IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUEST DIAGNOSTICS INVESTMENTS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>LABORATORY CORPORATION OF AMERICA HOLDINGS, ESOTERIX, INC., and ENDOCRINE SCIENCES, INC.,<br><br>    Defendants. | C.A. No. 1:18-cv-01436-MN<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANTS' MOTION FOR**
**JUDGMENT ON THE PLEADINGS UNDER 35 U.S.C. § 101**

Defendants Laboratory Corporation of America Holdings, Esoterix, Inc., and Endocrine Sciences, Inc. (collectively, "LabCorp") hereby move for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c) that the four patents-in-suit asserted by Plaintiff Quest Diagnostics Investments LLC are patent-ineligible under 35 U.S.C. § 101. The grounds for this motion are set forth in LabCorp's Opening Brief filed herewith.

-2-

*Of Counsel*:

Edward G. Poplawski
Olivia M. Kim
Erik Carlson
WILSON SONSINI GOODRICH
  & ROSATI, P.C.
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071
(323) 210-2900
epoplawski@wsgr.com
okim@wsgr.com
ecarlson@wsgr.com

Matias Ferrario
KILPATRICK TOWNSEND
  & STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC 27101-2400
(336) 607-7300
mferrario@kilpatricktownsend.com

Dated:  February 12, 2019

Respectfully submitted,

WILSON SONSINI GOODRICH
  & ROSATI, P.C.

 */s/ Ian R. Liston*
Ian R. Liston (#5507)
Johanna Peuscher-Funk (#6451)
222 Delaware Avenue, Suite 800
Wilmington, DE 19801
(302) 304-7600
iliston@wsgr.com
jpeuscherfunk@wsgr.com

*Counsel for Defendants Laboratory Corporation of America Holdings; Esoterix, Inc.; and Endocrine Sciences, Inc.*

## CERTIFICATE OF SERVICE

I, Ian R. Liston, hereby certify that on February 12, 2019, I caused the foregoing ***Defendants' Motion for Judgment on the Pleadings Under 35 U.S.C. § 101*** to be served via electronic mail upon the following counsel of record:

Kenneth L. Dorsney
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801
kdorsney@morrisjames.com

*Counsel for Plaintiff*
*Quest Diagnostic Investments LLC*

Adam R. Gahtan
Kevin X. McGann
Eric M. Majchrzak
FENWICK & WEST LLP
1211 Avenue of the Americas, 32nd Floor
New York, NY 10036
agahtan@fenwick.com
kmcgann@fenwick.com
emajchrzak@fenwick.com

Melanie L. Mayer
Elizabeth B. Hagan
FENWICK & WEST LLP
1191 Second Avenue, 10th Floor
Seattle, WA 98101
mmayer@fenwick.com
ehagan@fenwick.com

*Counsel for Plaintiff*
*Quest Diagnostic Investments LLC*


    */s/ Ian R. Liston*
Ian R. Liston (#5507)