IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUEST DIAGNOSTICS INVESTMENTS LLC,<br><br>Plaintiff,<br><br>v.<br><br>LABORATORY CORPORATION OF AMERICA HOLDINGS, ESOTERIX, INC., and ENDOCRINE SCIENCES, INC.,<br><br>Defendants. | C.A. No. 1:18-cv-01436 (MN) |

**DECLARATION OF LEONARD J. CHYALL, PH.D.**

**TABLE OF CONTENTS**

**Page**

I. BACKGROUND .......... 1
A. Education and Experience .......... 1
B. Materials Considered .......... 3
II. MASS SPECTROMETRY .......... 3
A. General Scientific Principles .......... 3
B. Ionization Techniques .......... 5
C. Mass Analysis and Detection .......... 6
D. Tandem Mass Spectrometry .......... 7
III. HPLC-MS AND HPLC-MS/MS .......... 8
A. High Performance Liquid Chromatography .......... 8
B. HPLC-MS and HPLC-MS/MS .......... 9
IV. PRACTICAL APPLICATION OF MASS SPECTROMETRY .......... 10

# I. BACKGROUND

1. I have been retained as an expert witness on behalf of Plaintiff Quest Diagnostics Investments LLC, ("Plaintiff" or "Quest") in connection with the above-identified action. In this declaration, I provide scientific background information and my opinions in relation to mass spectrometry technology.

## A. Education and Experience

2. I am an independent consultant and the president of Chyall Pharmaceutical Consulting, LLC ("Chyall Pharma"), which is my consulting business. I am a Ph.D. chemist with expertise in the study of organic materials and the synthesis, characterization, and analytical testing of organic compounds.

3. I obtained my Bachelor of Arts degree from Oberlin College in 1986, with a major in chemistry, and my Ph.D. in chemistry from the University of Minnesota in 1991. My doctoral research focused on the synthesis and characterization of novel organic molecules, and my dissertation focused on understanding the reactivity of high-energy cyclopropane molecules. I was a postdoctoral fellow from 1992-1996 in the chemistry department at Purdue University, where I studied the properties and reactivity of organic molecules using the techniques of mass spectrometry. My research involved both small molecular weight molecules as well as large biological molecules. Following my postdoctoral fellowship, I worked as a research chemist at Great Lakes Chemical Corporation, which is now part of LANXESS. My research involved the identification, characterization, and development of new products for the company. In 2000, I joined SSCI, Inc., as a Research Investigator. In 2003, I was promoted to Senior Research Investigator. In 2006, SSCI was purchased by Aptuit, Inc. In 2007, I was promoted to Principal, and in 2010, I was promoted to Director. While at Aptuit, Inc., I served as project leader and group manager for external client projects involving various aspects of organic and analytical chemistry.

I was also involved in the development of new pharmaceutical products and providing outside testing for chemical products.

4. I have spent my career working in the fields of analytical and organic chemistry. I have extensive experience with the characterization of organic compounds using a variety of analytical techniques, including mass spectrometry.

5. I have been an author on 23 publications in peer reviewed journals and have had 8 papers presented before various conferences, including multiple papers presented at the National Meeting of the American Chemical Society. I am named as an inventor on five U.S. patents directed to novel compounds, compositions, and crystalline materials. My publications and presentations include the application of mass spectrometry to identify and characterize organic compounds among other areas.

6. Through my education and work experiences, I have obtained extensive education and training in chemistry with specific experience in the areas of organic chemistry. I have worked on numerous projects providing research and consulting services related to the analysis of organic substances, particularly those involving pharmaceutical applications. I have directed research projects conducted on behalf of clients who were interested in quantitative determinations of the purity and contents of various products (*e.g.* assay determinations). Other projects involved determining the identity and quantity of trace levels of impurities in products and mixtures. I have also worked on research projects concerning the development of analytical methods for the preparation, characterization, and stability of solid compounds used in pharmaceutical applications.

7. Among other techniques, I have extensive experience in the analysis of organic compounds using mass spectrometry, including quadrupole and triple-quadrupole systems,

quadrupole ion traps, and ion cyclotron resonance ("ICR") systems. I am familiar with the underlying technology of other mass spectrometers including sector instruments and time-of-flight mass spectrometers. I am also familiar with techniques used in tandem mass spectrometry (or "MS/MS") analysis, and I have published several research articles involving MS/MS techniques.

8. I have extensive experience with high performance liquid chromatography (HPLC), particularly HPLC techniques involving assay determinations of organic compounds. I am familiar with the applications of mass spectrometry as a means of detection and quantification of compounds, including analytical techniques where mass spectrometry is coupled with HPLC analysis. I am familiar with various sample preparation techniques used for analyses involving HPLC, MS, HPLC-MS, and HPLC-MS/MS systems.

9. My background and qualifications are more fully set out in my curriculum vitae, attached to this Declaration.

### B. Materials Considered

10. In forming my opinions and preparing this declaration, I have reviewed and relied upon my many years of experience in analytical and organic chemistry. I have also relied upon the following publication: Glish, G. L., & Vachet, R. W. (2003). The basics of mass spectrometry in the twenty-first century. Nature Reviews Drug Discovery, 2(2), 140–150.

11. I intend this declaration to be only a high-level overview of mass spectrometry, as a way to assist the Court with a complex technology. I do not intend for it to serve as an exhaustive treatise on the topic.

## II. MASS SPECTROMETRY

### A. General Scientific Principles

12. Chemical substances can be distinguished from one another by their constituent atoms. For example, water consists of individual molecules with the molecular formula $H_2O$,

which designates that each molecule of water contains two hydrogen atoms (each with a mass of 1 atomic mass unit ("amu" or "Dalton")) and one oxygen atom (16 amu). At the atomic level, atoms are distinguished from one another by the number of protons, neutrons, and electrons present in each atom. Hydrogen (when neutrally charged), for example, has one proton, no neutrons, and one electron. Oxygen, as another example, has eight protons, eight neutrons, and eight electrons.[1]

13. Because different atoms will have differing amounts of these atomic particles, different atoms will have different masses. It follows that molecules, such as water, will have a characteristic mass that is a summation of the individual masses of the constituent atoms. Water ($H_2O$), for example, will have a mass of 18 amu (each hydrogen atom has a mass of 1 amu and oxygen has a mass of 16 amu, so, 1 + 1 + 16 = 18). Therefore, molecules can be characterized by their molecular mass, which is colloquially referred to as "molecular weight." Mass spectrometry is an analytical technique used to characterize compounds on the basis of their molecular mass. The technique can be thought of as a means of "weighing" molecules to determine molecular weight. However, mass spectrometers bear little resemblance to the traditional weighing devices (*e.g.* balances) that are used to weigh bulk substances. Instead, the masses of individual molecules and fragments of molecules are determined through their interactions with magnetic and/or electromagnetic fields.

14. One requirement for analysis by mass spectrometry is that the atomic or molecular species contain either a positive or negative charge. Charged species are referred to as "ions." Positively charged ions are deficient in electrons compared to the neutral species and are referred to as "cations." Negatively charged ions contain additional electrons compared to the neutral

---

1 While the atoms of a given chemical element will always contain the same number of protons, the atoms may contain different numbers of neutrons. Atoms that contain the same number of protons but different numbers of neutrons are referred to as isotopes of one another.

species and are referred to as "anions." Mass spectrometry specifically measures the mass ("m")-to-charge ("z") ratio (*m/z*) of these ionic species, which are either cations or anions depending on the type of charge. The charge of an ion is necessarily an integer value (*i.e.*, a whole number). If this value is not known before conducting the mass spectrometry experiment, it may be determined by interpretation of the experimental data. It is therefore possible to calculate the mass of an ionic species (created during the experiment itself) and, in turn, the neutral component (as it existed before the experiment), once the mass-to-charge ratio of an ion is determined. It is also possible to use mass spectrometry to analyze compounds that already exist in ionic form.

**B. Ionization Techniques**

15. As mentioned above, a key requirement for mass spectrometry is that the materials contain either a positive or negative charge. The process of converting a neutral molecule into a charged one is called ionization, and numerous ionization techniques may be used for this process. One technique is called electron impact (EI) ionization, which consists of bombarding gaseous molecules with high-energy electrons. Those electrons serve to either remove electrons from neutral molecules to generate cations, or attach to form anions. Electron impact ionization may also cause molecules to separate into charged fragments, the masses of which can then be determined to determine structural details of the molecular species.

16. Chemical ionization (CI) is another technique. It involves chemical reactions between ions and neutral molecules. A common outcome of chemical ionization is to produce an ionic compound by transfer of a hydrogen ion ($H^+$, also referred to as a "proton") to the compound under investigation. The resulting species is a protonated version of the molecule (referred to as "M+H"), which will have a molecular mass one mass unit higher than the corresponding molecular species.

17. Atmospheric pressure chemical ionization (APCI) is a type of chemical ionization process. This technique typically involves injecting a solution of the analyte along with a stream of heated gas to generate a mixture of analyte and solvent vapors. The vapors then pass through a corona discharge device, which ionizes the solvent molecules that, in turn, undergo ion-molecule reactions with the analyte to produce ions of the analyte.

18. Electrospray ionization ("ESI") is another technique. It involves spraying a solution of the analyte into a heated vacuum chamber that removes the solvent molecules from the solution. The sprayed solution is then exposed to a high-voltage potential prior to entering the chamber, which imparts charge on the droplets of sprayed solution as they enter a desolvation chamber. As the analyte is stripped of its surrounding solvent molecules the charge remains on the analyte molecules, which are then introduced into the mass spectrometer.

19. Laser desorption ionization (LDI) and a related technique called matrix-assisted laser desorption ionization (MALDI) are yet other methods to ionize compounds for analysis by mass spectrometry. These techniques work by exposing solid samples of the analyte to a beam of laser light, which both vaporizes and ionizes the analyte. MALDI involves preparation of the analyte as a mixture with other compounds (*i.e.*, a matrix), which facilitates the transfer of the laser energy to the analyte molecules. MALDI has been applied to large molecular weight species such as biomolecules among other compounds.

**C. Mass Analysis and Detection**

20. Once an ionic species is generated in the gas phase, it is amenable for analysis by mass spectrometry using a variety of instrumental techniques. Although many different types of mass spectrometer exist, all are able to discriminate ions based on their mass-to-charge ratio. One method of mass selection makes use of the principle that ions with different $m/z$ values will move differently within an electromagnetic field. Once the ions are selected by their $m/z$ values, they

may be detected by a number of technologies that convert the charge of the ions into an electrical signal. That signal can then be further analyzed using computer systems and data analysis software associated with the instrument.

21. The amount of signal produced by the detector can then be related to the number of ions present. In other words, a larger number of ions at a particular *m/z* value will produce a proportionally larger amount of signal. Under the right experimental conditions, the number of ions may be related to the amount of analyte that was initially introduced into the mass spectrometer. This allows mass spectrometry to be used in quantitative assay determinations of the composition of compounds.

22. A typical output of a mass spectrometer is a chart of ions of specific *m/z* values and the corresponding intensities of the signals associated with those ions. This chart may be represented graphically with *m/z* plotted on the x-axis of the graph and the associated signal intensity plotted on the y-axis. This chart is commonly referred to as an "ion scan" or "mass spectrum". Multiple charts are referred to as "mass spectra."

23. Ionization of neutral analytes often results in fragmentation, so it is common for the mass spectrum of an analyte to contain multiple ions resulting from the fragmentation of the analyte upon ionization. The intact ionic form of the analyte (the "molecular ion") may or may not be observed, depending on the ionization conditions.

**D. Tandem Mass Spectrometry**

24. Tandem mass spectrometry permits further interrogation of ions that have been selected by their *m/z* ratio. Conceptually tandem mass spectrometry involves selection of ions in one mass spectrometry experiment (called "parent ions" or "precursor ions") and further analysis of those ions in another mass spectrometry experiment. The further analysis of the precursor ions may include subjecting them to conditions that either result in fragmentation or conditions that

result in a chemical reaction with a neutral species to provide a new ion with a different *m/z*. The ions produced by those processes are referred to as "daughter ions," "product ions," or "fragment ions." The way a given precursor ion fragments or chemically reacts with another species provides information about the structure of the ion and can be used in principle to identify specific compounds in complex mixtures, such as biological sample. Practically, this can be a very difficult task due to the complexity of some samples, particularly biological samples.

25. Scientists perform tandem mass spectrometry using instruments that enclose two mass analyzers connected to one another, in tandem if you will, such that the ions selected in one mass analyzer (*i.e.*, the precursor ion) are converted to new ions (the product ions), which are then introduced into the second mass analyzer where the new ions are analyzed. Another alternative to is to use mass spectrometers that can trap, isolate and store ions, such as quadrupole ion storage traps or ion cyclotron resonance (ICR) mass spectrometers, to perform additional experiments on selected and isolated ions. These mass spectrometers have the capability of performing sequential experiments on isolated ions that are held over time within an electromagnetic field. Regardless of the specific technology, additional experiments conducted on selected ions are referred to as MS/MS experiments.

## III. HPLC-MS AND HPLC-MS/MS

### A. High Performance Liquid Chromatography

26. High performance liquid chromatography (HPLC) is an analytical technique that can be used to separate mixtures of compounds into individual components. Briefly, the method involves injecting a solution of the material into a column filled with particles of a solid material (called the stationary phase) that is designed to interact differently with different chemical compounds. As the solution of a mixture of compounds flows through the HPLC column, the different interactions between the stationary phase and the different compounds result in each

compound taking a different time than others to pass through the column. HPLC therefore separates different chemicals in a mixture by virtue of the fact that each compound will exit the HPLC column at a time specific to the compound. The time taken for a compound to exit, or "elute", through an HPLC column is referred to as the compound's retention time.

27. In an HPLC experiment, the composition of the solution exiting the HPLC column is monitored using one or more of a variety of detectors. HPLC detectors include ultra-violet (UV) and refractive index (RI) detectors, and mass spectrometers, among many others. HPLC data is typically plotted as a chart of intensity of the detected signal on the vertical axis vs. time on the horizontal axis. Such a chart is referred to as a chromatogram, and an HPLC chromatogram will display a peak or series of peaks corresponding to the chemicals that are present in the sample being analyzed.

28. If a compound of known structure (*i.e.* a reference standard) is injected into an HPLC instrument, its retention time can be determined under the particular HPLC conditions used. If a sample of unknown composition is then analyzed by HPLC under the same conditions, a compound that elutes with the same retention time as the standard will, in principle, correspond to the same chemical as the reference standard. However, in practice it is a difficult exercise to identify the proper parameters that permit separation of a compound from the other components in a mixture.

**B. HPLC-MS and HPLC-MS/MS**

29. A mass spectrometer can be used as an HPLC detector in a technique referred to as HPLC-mass spectrometry or HPLC-MS. This technique involves introduction of the solution exiting the HPLC column into a mass spectrometer, where it is ionized and mass analyzed. Mass spectrometry used in this manner has the advantage over other HPLC detectors in that structural information in the form of *m/*z values can be obtained for the analytes. This can serve as a check

to ensure that the analyte sample is not contaminated with other compounds, as mixtures would exhibit different mass spectra than pure substances.

30. HPLC-MS can also be used to analyze trace components in mixtures. This is because MS detectors have high "sensitivity" in that large amounts of signal for the detected ions can be produced from very small amounts of sample.

31. Another application of mass spectrometry in HPLC analysis is the use of MS/MS instruments as an HPLC detector. In this system a precursor ion may be selected from the mass spectrum associated with a compound eluted from the HPLC column and further analyzed in MS/MS experiments. The choice of precursor ion is important because it will determine the sensitivity and selectivity of the experiment. When the precursor ions are further reacted to produce product ions, a product ion is then selected and isolated. The intensity of the signal for that product ion can then be related to the concentration of analyte that was present in the sample that was initially introduced into the HPLC instrument.

## IV. PRACTICAL APPLICATION OF MASS SPECTROMETRY

32. In practice, there is no standard mass spectrometry method or experiment. Each method must be designed and optimized for the particular analyte of interest. Every analyte behaves differently in the mass spectrometry process and therefore a method that works for one compound will not necessarily work for another. Moreover, different mass spectrometers have their advantages and disadvantages, so instrument selection is an important factor in using mass spectrometry to address a particular scientific study. Indeed, each of variables discussed in Section II.B-D above must be taken into account – for each individual analyte being investigated – and then optimized. There is no one-size-fits-all or "standard" mass spectrometer or mass spectrometry method.

33. Designing a mass spectrometry method to detect and/or quantify small amounts of analyte in a biological sample is further complicated by the fact that biological samples often contain numerous proteins, small molecules, and compounds other than the analyte of interest. Therefore, to achieve a successful method of detection and/or quantification of an analyte in a biological sample, scientists must design and optimize a specific mass spectrometry method that can focus on the analyte of interest while simultaneously distinguishing or excluding signals from a multitude of contaminating substances.

**JURAT**

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true. I further declare that these statements were made with the knowledge that willful false statements and the like are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code.

Dated: March 19, 2019

Respectfully submitted,

Leonard J. Chyall

Leonard J. Chyall, Ph.D.

# CURRICULUM VITAE

# Leonard J. Chyall, Ph.D.

Chyall Pharma, 1281 Win Hentschel Blvd, West Lafayette, Indiana 47906 USA
Tel 765.237.3391 (office); Tel 765.413.3207 (mobile)

## Education

B.A. (Chemistry), 1986, Oberlin College, Oberlin, OH
Ph.D. (Chemistry), 1991, University of Minnesota, Minneapolis, MN
Postdoctoral Fellow, 1992-1996, Purdue University, West Lafayette, IN
Pharmaceutical Solids and Regulatory Affairs Short Course, Purdue University, 2001

## Employment

**May 2011 –** **Chyall Pharmaceutical Consulting, LLC; West Lafayette, Indiana**
**President and Consultant**
Independent consultant serving the pharmaceutical industry. Expertise in synthetic chemistry, and analytical testing of drug substances and drug products. Services directed toward scientific data and document review, laboratory testing, and technical assistance with IP matters.

**2000-2011** **Aptuit, Inc. (formerly SSCI, Inc.), West Lafayette, Indiana**
**Director (August 2010 – May 2011)**
**Principal (January 2007 – July 2010)**
**Senior Research Investigator (2003 - 2006)**
**Research Investigator (2000 - 2003)**
Project manager and group leader for external client projects involving various aspects of organic and analytical chemistry. These projects involve the development of new products (primarily pharmaceuticals) or providing scientific consulting to support patent litigation, counterfeit analysis or tampering analysis projects. Leader of a department responsible for fee-for-service laboratory testing and consulting services. Responsible for business development, client relations, and strategic planning of the business. Administrative supervisor for numerous chemists throughout my tenure with the organization.

**1996-2000** **Great Lakes Chemical (now Chemtura), West Lafayette, Indiana**
**Research Chemist**
Lead Scientist for a new technology development program in the GLCC Corporate R&D division. Technology Coordinator for contract research programs. Project Leader for a new product development project in GLCC Polymer Additives R&D.

## Representative Technical Skills

**Analytical Chemistry**
- Mass Spectrometry
  - Triple Quadrupole Systems
  - Ion Cyclotron Resonance MS
  - Ion-Molecule Chemistry
- Infrared (IR) and Raman Spectrometry
- NMR spectroscopy
- Spectrophotometry
- Solubility and dissolution testing
  - USP dissolution testing
  - Intrinsic dissolution rate studies
- Powder dissolution testing
- pH measurements
- Potentiometric titrations
- Karl Fischer titration

**Organic Chemistry**
- Synthetic chemistry
  - mg to kg scale laboratory reactions
  - high pressure reactions
  - air-sensitive procedures
- Crystallization methods
- Enantiomer resolutions
- Polymorph, salt and cocrystal screening and characterization

**Solid Form Analytical Techniques**
- X-ray powder diffraction (XRPD)
- Thermogravimetric analyses (TGA)
- Differential scanning calorimetry (DSC)
- Optical microscopy
- Moisture sorption/desorption analyses

## Professional Affiliations and Activities

- American Chemical Society
- American Association of Pharmaceutical Scientists
- Purdue Research Park Life Sciences Executive Council
- Guest Lecturer, Chemistry Department, Purdue University (Undergraduate Organic Chemistry Courses) 2016 – 2017.

## Publications

1. Chyall, L, J. Current Applications of X-Ray Powder Diffraction in the Pharmaceutical Industry *Am. Pharm. Rev.* **2012**, *15*, 70-73.

2. Park, A.; Chyall, L.; Dunlap, J.; Schertz, C.; Jonaitis, D.; Stahly, B.; Bates, S.; Shipplett, R.; Childs S. New solid-state chemistry technologies to bring better drugs to market: knowledge-based decision making. *Exp. Opin. Drug Disc.*, **2007**, *2(1)*, 145-154.

3. Lohani, S.; Zhang, Y.; Chyall, L. J.; Mougin-Andres, P.; Muller, F. X.; Grant, D. J. W. Carbamazepine-2,2,2-trifluoroethanol (1/1). *Acta Cryst.* **2005**, *E61*, 1310-1312.

4. Childs, S. L.; Chyall L. J.; Dunlap, J. T.; Smolenskaya, V. N.; Stahly B. C.; Stahly, G. P. Crystal Engineering Approach to Forming Cocrystals of Amine Hydrochlorides with Organic Acids. Molecular Complexes of Fluoxetine Hydrochloride with Benzoic, Succinic, and Fumaric Acids. *J. Am. Chem. Soc.* **2004**, 126, 13335-13342.

5. Childs, S. L.; Chyall L. J.; Dunlap, J. T.; Coates, D. A.; Stahly B. C.; Stahly, G. P. A Metastable Polymorph of Metformin Hydrochloride: Isolation and Characterization Using Capillary Crystallization and Thermal Microscopy Techniques. *Crystal Growth & Design* **2004**, *4*, 441-449.

6. Chyall, L. J.; Tower, J. M.; Coates, D. A.; Houston, T. L.; Childs, S. L. Polymorph Generation in Capillary Spaces: The Preparation and Structural Analysis of a Metastable Polymorph of Nabumetone. *Crystal Growth & Design* **2002**, *2*, 505-510.

7. Morgan, A. B.; Harris, R. H., Jr.; Kashiwagi, T.; Chyall, L. J.; Gilman, J. W. Flammability of polystyrene layered silicate (clay) nanocomposites: Carbonaceous char formation. *Fire and Materials* **2002**, *26*, 247-253.

8. Hill, B. T.; Poutsma, J. C.; Chyall, L. J.; Hu, J.; Squires, R. R. Distonic ions of the "Ate" class. *J. Am. Soc. Mass Spectrom.* **1999**, *10(9)*, 896-906.

9. Gassman, P. G.; Han, S.; Chyall, L. J. Thermal rearrangement of trans-7,7-dihalobicyclo[4.1.0]hept-3-enes. *Tetrahedron Lett.* **1998**, *39(31)*, 5459-5462.

10. Poutsma, J. C.; Seburg, R. A.; Chyall, L. J.; Sunderlin, L. S.; Hill, B. T.; Hu, J.; Squires, R. R. Combining Electrospray Ionization and the Flowing Afterglow Method. *Rapid Commun. Mass Spectrom.* **1997**, *11*, 489-493.

11. Chyall, L. J.; Squires, R. R. The Proton Affinity and Absolute Heat of Formation of Trifluoromethanol. *J. Phys. Chem.* **1996**, *100*, 16435-16440.

12. Leeck, D. T.; Li, R.; Chyall, L. J.; Kenttämaa, H. I. Homolytic Se-H Bond Energy and Ionization Energy of Benzeneselenol, and the Acidity of the Corresponding Radical Cation. *J. Phys. Chem.* **1996**, *100*, 6608-6611.

13. Chyall, L. J.; Squires, R. R. Determination of the proton affinity and absolute heat of formation of cyclopropenylidene. *Int. J. Mass Spectrom. Ion Processes* **1995**, *149/150*, 257-266.

14. Smith, R. L.; Chyall, L. J.; Beasley, B. J.; Kenttämaa, H. I. The Site of Protonation of Aniline. *J. Am. Chem. Soc.* **1995**, *117*, 7971-7973.

15. Chou, P. K.; Smith, R. L.; Chyall, L. J.; Kenttämaa, H. I. Reactivity of the Prototype Organosulfur Distonic Ion: $^{\bullet}CH_2SH_2^+$ *J. Am. Chem. Soc.* **1995**, *117*, 4374-4378.

16. Chyall, L. J.; Kenttämaa, H. I. Gas-phase reactions of the 4-dehydroanilinium ion and its isomers. *J. Mass Spectrom.* **1995**, *30*, 81-87.

17. Chyall, L. J.; Byrd, M. H. C.; Kenttämaa, H. I. Reactions of the Charged Radical $(CH_3)_2S^+$-$CH_2^{\bullet}$ with Cyclic Alkenes. *J. Am. Chem. Soc.* **1994**, *116*, 10767-10772.

18. Chyall, L. J.; Brickhouse, M. D.; Schnute, M. E.; Squires, R. R. Kinetic versus Thermodynamic Control in the Deprotonation of Unsymmetrical Ketones in the Gas Phase. *J. Am. Chem. Soc.* **1994**, *116*, 8681-8690.

19. Chyall, L. J.; Kenttämaa, H. I. The 4-Dehydroanilinium Ion: a Stable Distonic Isomer of Ionized Aniline. *J. Am. Chem. Soc.* **1994**, *116*, 3135-3136.

20. Smith, R. L.; Chyall, L. J.; Stirk, K. M.; Kenttämaa, H. I. Radical-type reactivity of the methylenedimethylsulfonium ion, $(CH_3)_2S^+$-$CH_2^{\bullet}$ *Org. Mass Spectrom.* **1993**, *28*, 1623-1631.

21. Smith, R. L.; Chyall, L. J.; Chou, P. K.; Kenttämaa, H. I. The Acyclic Distonic Isomer of Ionized Cyclopentanone: $^{\bullet}CH_2CH_2CH_2CH_2CO^+$ *J. Am. Chem. Soc.* **1994**, *116*, 781-782.
22. Mlinaric-Majerski, K.; Vinkovic, V.; Chyall, L. J.; Gassman, P. G. Deuterium isotope effects on nuclear shielding. Cross-ring effects in rigid cyclic molecules. *Magn. Reson. Chem.* **1993**, *31*, 903-905.
23. Brickhouse, M. D.; Chyall, L. J.; Sunderlin, L. S.; Squires, R. R. Kinetics of isobaric ion/molecule reactions determined by the flowing afterglow-triple quadrupole technique. *Rapid Commun. Mass Spectrom.* **1993**, *7*, 383-3

**<u>Patents</u>**

1. Gushurst, K. S.; Chyall, L. J.; Koztecki, L. H.; Wolfe, B. S. Crystalline forms of oxymorphone hydrochloride US 8,563,571 (October 22, 2013).
2. Quigley, K. A.; Still, E. J.; Chyall, L. J. 4-[3[(4-Cyclopropanecarbonyl-piperazine-1-carbonyl-4-fluorobenzyl]-2H-phthalazin-1-one. US 8,183,369 B2 (May 22, 2012).
3. Chyall, L. J.; Hodgen, H. A.; Vyverberg, F. J.; Chapman, R. W. Intumescent Polymer Compositions. US 6,905,693 (June 14, 2005).
4. Chyall, L. J.; Hodgen, H. A.; Vyverberg, F. J.; Chapman, R. W.; Chou, P. K. Intumescent Polymer Compositions. US 6,632,442 B1 (October 14, 2003).
5. Robin, M. L.; Mazac, C. J.; Chyall, L. J.; Kleindl, P. Bromine-containing 1,2-bis(phenyl)difluoromethanes and method of imparting flame retardancy to flammable materials. US 6,348,633 (February 19, 2002).

**<u>Papers Presented</u>**

1. "Crystallization Studies of Nabumetone: Preparation and Characterization of a Novel, High-Energy Polymorph." Chyall, L. J.; Tower, J. M.; Coates, D. A.; Houston, T. L., 223rd National Meeting of the American Chemical Society, Orlando, FL, April 7-11, 2002: Abstract IEC 268
2. "The Synthesis and Properties of 7,7-Dichloro-*trans*-bicyclo-[4.1.0]-hept-3-ene." P. G. Gassman and <u>L. J. Chyall</u>, 22nd Great Lakes Regional Meeting of the American Chemical Society, Duluth, MN, May 31-June 2, 1989: Abstract 98.
3. "The Synthesis and Thermal Isomerization of 7,7-Dihalo-*trans*-bicyclo-[4.1.0]-hept-3-enes." P. G. Gassman and <u>L. J. Chyall</u>, 201st National Meeting of the American Chemical Society, Atlanta, GA, April 14-19, 1991: Abstract ORGN 228.
4. "Free Radical Rearrangements of Dihalo-*trans*-bicyclo-[4.1.0]-hept-3-enes." P. G. Gassman and <u>L. J. Chyall</u>, 32nd National Organic Chemistry Symposium, University of Minnesota, Minneapolis, MN, June 16-20, 1991: Abstract B-65.
5. "Kinetic Versus Equilibrium Control in the Deprotonation of Unsymmetrical Ketones in the Gas Phase." <u>L. J. Chyall,</u> M. D. Brickhouse, M. E. Schnute, and R. R. Squires,

205th National Meeting of the American Chemical Society, Denver, CO, March 28-April 2, 1993: Abstract ORGN 29.

6. "Ion-Molecule Chemistry of the Methylene Dimethylsulfonium Ion: A Novel Alpha-Distonic Ion." L. J. Chyall, R. L. Smith, K. M Stirk, and H. I Kenttämaa, 41st ASMS Conference on Mass Spectrometry, San Francisco, CA, May 30-June 4, 1993: Abstract MOD 12:10
7. "Radical-Type Reactivity of Distonic Ions: The 4-Dehydroanilinium Ion." L. J. Chyall and H. I Kenttämaa, 208th National Meeting of the American Chemical Society, Washington, DC, August 21-25, 1994: Abstract ORGN 404.
8. "Astrophysical Thermochemistry: The Heats of Formation of $C_3H_2$ Isomers." L. J. Chyall and R. R. Squires, 43rd ASMS Conference on Mass Spectrometry, Atlanta, GA, May 21-26, 1995: Abstract WOE 11:50.

**Invited Lectures**

1. "Environmentally Friendly Fire Suppression Technology." Department of Chemistry, Purdue University, West Lafayette, IN. April 8, 1997.
2. "The Proton Affinity and Absolute Heat of Formation of Trifluoromethanol." Joint Institute Laboratory for Astrophysics, University of Colorado, Boulder, CO. March 1, 1996.
3. "Understanding the Atmospheric Fate of Hydrofluorocarbons: Thermochemisty of Trifluoromethanol." Aeronomy Laboratory, National Oceanic and Atmospheric Administration, Boulder, CO. February 29, 1996.

**Dissertation**

Chyall, L. J. The synthesis and thermal rearrangements of 7,7-dibromo-*trans*-bicyclo[4.1.0]hept-3-ene and 7,7-dichloro-*trans*-bicyclo[4.1.0]hept-3-ene. (1991) 192 pp. Avail.: Univ. Microfilms Int., Order No. DA9209417 From: Diss. Abstr. Int. B 1992, 52(10), 5264.