IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

QUEST DIAGNOSTICS INVESTMENTS LLC,

Plaintiff,

v.

LABORATORY CORPORATION OF
AMERICA HOLDINGS, ESOTERIX, INC., and
ENDOCRINE SCIENCES, INC.,

Defendants.

C.A. No. 18-1436 (MN)



**PUBLIC - REDACTED VERSION**

**DECLARATION OF ERIC M. MAJCHRZAK
IN SUPPORT OF PLAINTIFF'S RESPONSIVE BRIEF**

*Of Counsel*:

Adam R. Gahtan
Kevin X. McGann
Eric M. Majchrzak
Fenwick & West LLP
902 Broadway, Suite 14
New York, NY 10010
Telephone: 212.430.8500
Email:     agahtan@fenwick.com
kmcgann@fenwick.com
emajchrzak@fenwick.com

Melanie L. Mayer
Elizabeth B. Hagan
Fenwick & West LLP
1191 Second Avenue, 10th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Email:     mmayer@fenwick.com
ehagan@fenwick.com

Dated: March 19, 2019

Kenneth L. Dorsney (#3726)
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: 302.888.6800
kdorsney@morrisjames.com

*Attorney for Plaintiff*
*Quest Diagnostics Investments LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

QUEST DIAGNOSTICS INVESTMENTS LLC,

Plaintiff,

v.

LABORATORY CORPORATION OF
AMERICA HOLDINGS, ESOTERIX, INC., and
ENDOCRINE SCIENCES, INC.,

Defendants.

C.A. No. 1:18-cv-01436 (MN)

**DECLARATION OF ERIC M. MAJCHRZAK
IN SUPPORT OF PLAINTIFF'S RESPONSIVE BRIEF**

I, Eric M. Majchrzak, declare:

1.　　I am an attorney in the law firm of Fenwick & West LLP and counsel for Plaintiff Quest Diagnostics Investments LLC in the above-captioned matter.  I am admitted to practice in the State of New York.  I submit this declaration in support of Plaintiff's Responsive Brief in Opposition to the Defendants' Motion for Judgment on the Pleadings Under 35 U.S.C. § 101.

2.　　I have personal knowledge of the facts stated in this declaration and if called as a witness could competently testify to their truth.

3.　　A true and correct copy of G.J. Marcus & R. Durnford, *A simple enzyme-linked immunosorbent assay for testosterone*, 46(6) STEROIDS 975-86 (1985), is attached here as **Exhibit A**.  U.S. Patent No. 8,409,862 cites this document at column 1, line 67 through column 2, line 1 and incorporates this document by reference in its entirety at column 19, lines 8 through 13.

1

4.      A true and correct copy of Bernice Yeung & Paul Vouros, *Characterization of vitamin D₃ metabolites using continuous-flow fast atom bombardment tandem mass spectrometry and high-performance liquid chromatography*, 645(1) J. OF CHROMATOGRAPHY 115-23 (1993), is attached here as **Exhibit B**.  This document bears Bates Numbers QUESTMS-00001370 through QUESTMS-00001378, and was produced as part of the file history for U.S. Patent No. 7,979,868.

5.      A true and correct copy of the File History of the '868 patent, Response (Oct. 22, 2010), is attached here as **Exhibit C**.  This document bears Bates Numbers QUESTMS-00002058 through QUESTMS-00002084, and was produced as part of the file history for U.S. Patent No. 7,979,868.

6.      A true and correct copy of Anne-Marie Kissmeyer & Kim Sonne, *Sensitive analysis of 1α,25-dihydroxyvitamin D₃ in biological fluids by liquid chromatography – tandem mass spectrometry*, 935 J. OF CHROMATOGRAPHY A 93-103 (2001), is attached here as **Exhibit D**.  This document bears Bates Numbers QUESTMS-00001280 through QUESTMS-00001290, and was produced as part of the file history for U.S. Patent No. 7,979,868.

7.      A true and correct copy of Cedric Shackleton, *et al.*, *Electrospray mass spectrometry of testosterone esters: Potential for use in doping control*, 6 STEROIDS 523-29 (1997), is attached here as **Exhibit E**.  This document bears Bates Numbers QUESTMS-00002724 through QUESTMS-00002730, and was produced as part of the file history for U.S. Patent No. 8,409,862.

8.      A true and correct copy of Defendants' Responses and Objections to Quest Diagnostics Investments LLC's First Set of Interrogatories (Nos. 1-11), is attached here as **Exhibit F**.

9.      A true and correct copy of the File History of the '868 patent, Office Action (Dec. 17, 2010), is attached here as **Exhibit G**.  This document bears Bates Numbers QUESTMS-00002155 through QUESTMS-00002170, and was produced as part of the file history for U.S. Patent No. 7,979,868.

10.      A true and correct copy of the File History of the '862 patent, Request for Continued Examination (Mar. 28, 2012), is attached here as **Exhibit H**.  This document bears Bates Numbers QUESTMS-00002846 through QUESTMS-00002860, and was produced as part of the file history for U.S. Patent No. 8,409,862.

11.      A true and correct copy of the File History of the '862 patent, Office Action (Aug. 15, 2012), is attached here as **Exhibit I**.  This document bears Bates Numbers QUESTMS-00002961 through QUESTMS-00002977, and was produced as part of the file history for U.S. Patent No. 8,409,862.

12.      A true and correct copy of Gary Glish & Richard Vachet, *The Basics of Mass Spectrometry in the Twenty First-Century*, 2 NATURE REVIEWS DRUG DISCOVERY 140-150 (2003), is attached here as **Exhibit J**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 19th day of March 2019 in New York, New York.

/s/ Eric M. Majchrzak
Eric M. Majchrzak

# EXHIBIT A

975

# A SIMPLE ENZYME-LINKED IMMUNOSORBENT ASSAY FOR TESTOSTERONE*

G.J. Marcus and R. Durnford
Animal Research Centre
Agriculture Canada
Ottawa, Ontario K1A 0C6

Received 1-6-86
Revised 5-13-86

## ABSTRACT

A new, enzyme-linked, immunosorbent assay for testosterone is
described. The assay uses horseradish peroxidase coupled to
testosterone as the tracer and offers the same sensitivity and
reliability but greater convenience than radioimmunoassay. The assay
is also simpler and more rapidly completed than previously described
assays for testosterone.

## INTRODUCTION

Many investigators have been turning to enzymeimmunoassay (EIA) to

replace radioimmunoassay (RIA), because EIA offers freedom from

problems and hazards of handling radioisotopes and from the need for

nuclear counting instruments. Several such assays have been developed

for steroids, using the modification known as enzyme-linked

immunosorbent assay (ELISA) (1-5). In ELISA, the immobilization of

binder (specific antibody in the case of most steroid assays) on

multiwell plastic microtitration plates permits simple and rapid

separation of bound from free tracer, in many samples simultaneously,

by inversion and washing. The use of such multiwell plates has also

facilitated automation, and automatic photometric plate readers measure

retained tracer in all 96 wells in one minute.

Two multiwell plate-based assays for testosterone have been

described but seem unnecessarily prolonged. One (4) requires the

**S T E R O I D S**

measurement of tracer to be completed in individual colorimeter tubes.  The other assay is based on an immobilized steroid and uses enzyme-labelled anti-IgG to detect retained steroid-specific antibody (5).  The latter procedure, although allowing the use of a common tracer for different assays, prolongs the assay by incorporating additional reagent addition, incubation and washing steps.

In developing a new ELISA for testosterone, we were influenced by favorable previous experience with an ELISA for progesterone, which we now use routinely (6).  The progesterone assay is based on antibody adsorbed to microtitration plates and horseradish peroxidase labelled steroid as the tracer.  The same protocol was adopted as the basis for the testosterone ELISA which we now describe, changing only the antiserum and the steroid used as tracer.  This assay is simpler and faster than other non-isotopic assays for testosterone described thus far.

## MATERIALS AND METHODS

[1,2,6,7,16,17-$^3$H(N)]-Testosterone (specific activity: 170 Ci/mmol) was purchased from New England Nuclear (Lachine, Quebec).  Unlabelled steroids and testosterone-3-O-carboxymethyl oxime were purchased from Steraloids (Wilton, New Hampshire); testosterone-6-O-carboxymethyl oxime was obtained from Research Plus Steroid Laboratories, Inc. (Denville, New Jersey).  Horseradish peroxidase (HRP), type VI, bovine serum albumin (BSA, Cohn fraction V), 2,2'-azino-bis-(3-ethylbenzthiazoline sulfonic acid) diammonium salt (ABTS), N,N-dimethylformamide  and isobutylchloroformate were obtained from Sigma Chemical Co. (St. Louis, Missouri) and tri-n-butylamine was obtained from Kodak Laboratory Chemicals (Rochester, New York).  All other chemicals were of analytical grade and were purchased from Fisher Chemicals (Ottawa, Ontario).

Antiserum: Antisera against testosterone-6-O-carboxymethyl oxime linked to BSA were raised in 2 adult wethers by intradermal injection of 2 mg of the antigen in complete Freund's adjuvant (Gibco,

Burlington, Ont.) distributed in 10 sites, at weekly intervals for 6
weeks and monthly thereafter for 10 months.  One wether yielded an
antibody titer of 1 : 10,000, and antiserum from this animal was used
in subsequent assay work.  The gamma globulin fraction of this
antiserum (designated antiserum T-8310) was precipitated 3X by
addition of 0.5 volume of saturated ammonium sulfate adjusted to pH
7.8, redissolving the precipitate each time in 0.01 N borate buffer in
0.9% sodium chloride.  The final precipitate was dissolved in half the
original volume of buffered saline and dialyzed against the same
buffer for 48 h to remove residual ammonium sulfate.  The addition of
various amounts of BSA to samples of the antibody produced no
discernible precipitate; therefore the gamma globulin fraction was
used without absorption against albumin.  The purified globulin
fraction was stored diluted 1:10 in 0.01 N sodium phosphate buffer, pH
7, in 0.9% sodium chloride (PBS) in aliquots of 2.5 ml in
glass-stoppered tubes at -20°C. (See Table 1.)

Enzyme-conjugate:  Testosterone-3-O-carboxymethyl oxime (T-3CMO) was
conjugated to HRP by the mixed anhydride reaction (7), using a 20:1
molar ratio of steroid to enzyme (M.W. 40,000).  To 3.8 mg of T-3CMO
in 200 µl of N,N-dimethylformamide at -15° C, 3.5 µl of tri-n-
butylamine and 2 µl of isobutylchloroformate were added with
continual stirring using a magnetic "flea."  This solution was added
slowly, in 10 µl portions, with stirring, to 20 mg HRP dissolved in
200 µl of distilled water and 150 µl of N,N-dimethylformamide.
Stirring was continued at -15° C for 60 min and then at 0° C for 120
min, after which 2 mg of solid sodium bicarbonate was added.  The
conjugate was purified by dialysis overnight against distilled water,
followed by chromatography on a 2 x 40 cm column of Sephadex G-25
(Pharmacia, Dorval, Quebec) which had been equilibrated with PBS.  The
conjugate was eluted with PBS, collecting the light brown band in a
single cut of 5 ml.  The eluted conjugate, containing 14 mg protein
(estimated from uv absorbance at 280 nm), was diluted to 100 ml with
PBS and stored at -20° C in 1 ml aliquots.  The proportion of
testosterone incorporated in the conjugate was determined by
radioimmunoassay.  The conjugate was prepared for use by diluting 0.1
ml from a thawed aliquot to 100 ml in PBS containing 0.1% BSA (PBSA).
No loss of enzymatic activity occurred after thawing and refreezing
the aliquots at least 5 times.

Plate coating:  Samples of antibody were diluted 1:1000 in a series
of PBS solutions adjusted with HCl or NaOH to cover the range pH 3.5
to 9.5 in increments of 0.5 units.  The diluted antibody was dispensed
in 50 µl aliquots into the wells of flat-bottomed microtitration
plates (Linbro E.I.A. microtitration plates, Flow Laboratories, Inc.,
McLean, Virginia) using 4 wells per pH value in each plate.  After
incubation overnight at 4° C, the plates were washed with 3 x 0.25 ml
PBSA using an automatic plate washer (Titertek Microplate Washer 120,
Flow Laboratories Inc.) and 100 µl of either $^3$H-testosterone (8000
cpm) in PBSA or of enzyme conjugate (final dilution 1:20,000) added to
each well.  The plates were then incubated for 2 h at room temperature

(23°C).  Samples of the solutions in the wells containing
$^3$H-testosterone (80 µl) were removed and the unbound testosterone
determined by scintillation counting.  The wells containing enzyme
conjugate were washed 3X with PBSA, 100 µl of substrate solution
(see below) added to each and color allowed to develop at room
temperature for 1 h.  The color density was measured at 405 nm with a
Dynatech MR580 Microelisa Plate Reader (Dynatech Laboratories Inc.,
Alexandria, Virginia) using uncoated wells to provide a machine blank.

<u>Substrate</u>:  The working substrate solution was freshly prepared for
use from stock solutions: 250 µl of 0.22% ABTS in 0.05 M citrate
buffer, pH 4.0, was combined with 80 µl of 1.5% hydrogen peroxide in
citrate buffer and diluted to a final volume of 25 ml with citrate
buffer.  The working solution is stable for several hours when kept on
ice in the dark.

<u>Sample preparation</u>:  Usually, serum samples (0.1 ml) were extracted
with 2 ml of benzene (A.C.S. grade, Caledon Laboratories Ltd.,
Georgetown, Ontario), the extracts dried under jets of nitrogen gas in
10 x 75 mm disposable glass tubes and redissolved in a suitable volume
(according to the dilution desired) of working enzyme conjugate
solution (1:20,000) with gentle warming.
　　Larger volumes of serum were required in the case of normal female
animals (Table 2).  Such sera, usually 3 ml per animal, were extracted
with 5 volumes of benzene and the extracts dried under nitrogen.  The
extracts were taken up in 2 x 0.2 ml portions of isooctane:benzene:
methanol, 90:5:5 and applied to minicolumns made from disposable glass
10 ml pipets, plugged with a 3 mm glass bead and filled with 1.0 g of
Sephadex LH-20 (100 mesh, Pharmacia) (8).  The columns were then
washed with 10 ml of the solvent used to apply the samples and steroid
eluted by adding 5.0 ml of isooctane:benzene:methanol, 70:16:14 and
collecting the effluent in glass tubes.  The eluted material was dried
under nitrogen, redissolved in 1.0 ml methanol and appropriate
aliquots (up to 500 µl) dried and taken up in 250 µl of working
enzyme-conjugate, providing duplicate 100 µl samples for ELISA.  In
the case of RIA, the dried aliquot was taken up in RIA buffer (8).
Recoveries were estimated within each assay by parallel processing of
known amounts of testosterone added to charcoal-stripped freemartin
serum and used to correct measured values.  Recoveries were
consistently 80 to 85% overall.  Column blanks were indistinguishable
from zero assay standards.

<u>Standards</u>:  Stock testosterone standards in ethanol were dried under
jets of nitrogen in glass tubes in the same way as the serum extracts
and taken up in 1.0 ml of conjugate solution.

<u>Assay procedure:</u>  Linbro microtitration plates were coated with
50 µl per well of antibody diluted 1:1500 in PBS, pH 4.0, except for
the first column of 8 wells.  The plates were sealed and incubated
overnight at 4° C, then drained and washed 3X with PBSA, using the
automatic plate washer.  Sample or standard in conjugate solution was

**S**TEROIDS

added, 100 µl per well, taking care to complete the loading of the plate within 6 min.   The plate was then incubated at 4° C for 2 h, drained and washed 3X with PBSA and 100 µl of substrate solution added to each well, using an Eppendorf Repeater pipet (Brinkmann Instruments Co., Rexdale, Ontario).   The plate was then incubated at room temperature for 60 min in the dark and the absorbance at 405 nm of each well measured with the automatic plate reader.   No quench solution was used as the rate of color development by 60 min   was only 1% per min,   and measurement required only 1 min for the whole plate.

Antiserum specificity:  Displacement of tritium- or enzyme-labelled testosterone in RIA and ELISA, respectively, by up to 1500 pg of cold competing steroid was determined and the amounts producing 50% displacement calculated.   Cross-reactivity is expressed as the amount of unlabelled testosterone causing 50% displacement as a percent of the corresponding weight of cross-reacting steroid.

Correlation with RIA:  Various amounts of testosterone were added to samples from a pool of charcoal-stripped freemartin serum and the testosterone in the serum measured by ELISA and by an RIA (8) that has been used in this laboratory for several years (9).   In addition, the testosterone contents of serum samples from normal bulls, rams and from normal, non-pregnant cows and ewes (3 ml serum per animal) were measured by RIA and ELISA.


RESULTS

Plate coating:  In preliminary experiments, bicarbonate buffer, pH

9.6 was used as a vehicle for coating the microtitration plates with

antibody, but was found to support very low adsorption of antiserum

T-8310.  The relation of pH to adsorption efficiency was therefore

investigated with the result shown in Figure 1.  It was clearly

evident that a distinct optimum in coating efficiency was provided by

buffer at pH 4.0 and this pH was used for the coating buffer in all

subsequent work with antiserum T-8310.

Enzyme-conjugate:  The conjugate was found by RIA to contain 0.17

mole of immunoreactive testosterone per mole of enzyme protein, which

corresponded to 17 pg of testosterone-equivalent in the amount of

conjugate added to each well of the microtitration plates under the

protocol described.

**S**TEROIDS



Figure 1.   Influence of pH on adsorption of antibody to plate.  Each point represents average for 4 wells, shown as fraction of $^3$H-testosterone (8000 cpm, 15 pg/well) bound and $A_{405}$ due to bound peroxidase-labelled testosterone (16 pg equivalent/well).

Antiserum specificity:  The degree of cross-reactivity of antiserum T-8310 with various steroids which may occur in biological samples is shown in Table 1.  The only relevant steroid showing appreciable cross-reactivity is 5α-dihydrotestosterone.

Validation of assay:  A typical standard curve is shown in Figure 2.  The limit of detection of testosterone in this assay, according to the accepted criterion, being the amount which differs from the blank reading by 2 standard deviations, was from 1 to 3 pg per well in different runs (i.e., different plates).  The useful range of the assay was therefore, from below 5 pg to about 80 pg per well.

**S TEROIDS**

Table 1.  Specificities of Antiserum T-8310 in RIA and ELISA

| Steroid | % Cross-Reaction | |
|---|---|---|
| | RIA | ELISA |
| testosterone | 100 | 100 |
| 5α-dihydrotestosterone | 10.4 | 33 |
| 5α-androstan-3β,17β-diol | 6.3 | 8.5 |
| 5α-androstan-3α,17β-diol | 4.5 | 6.6 |
| estradiol-17β | 15.5 | 1.7 |
| 19-hydroxytestosterone | 2.7 | 4.5 |
| androstenedione | 1.8 | 3.3 |
| 5α-androstan-3,17-dione | 0.4 | 2.4 |
| androsterone | 0.2 | 0.5 |
| progesterone | 0.2 | <0.1 |
| 5α-pregnan-3,20-dione | <0.1 | <0.1 |



Figure 2.  Standard curve for assay of testosterone.  Each point
represents the mean and standard deviation for measurements
of 8 wells per standard.  Plate coated with antibody diluted
1:1500.  Enzyme-conjugate used at dilution of 1:20,000 (16
pg testosterone-equivalent per well).

982                                     **S**ᴛᴇʀᴏɪᴅꜱ



Figure 3.  Correlation of testosterone levels found by RIA and by ELISA
in serum samples to which various amounts of testosterone
have been added (solid circles) and in normal bull and ram
sera (open circles).

The within-assay coefficient of variation for 8 samples of each

serum ranged from 2.6% for serum containing 2 ng/ml to 8.6% for serum

containing 4.7 ng/ml, while the interassay coefficient of variation,

for the same sera, ranged from 7.3% to 9.7% in 8 assays.  The recovery

of known amounts of testosterone added to stripped freemartin serum

varied from 90% to 98%.  Assay of the testosterone contents of a

series of stripped freemartin serum samples spiked with testosterone

by a standard RIA used in this laboratory (8, 9) and by the present

ELISA was performed and the results compared.  Values found by the two

procedures in these and male sera were linearly correlated with

$r = 0.99$ (N=76) for the range tested (0.5 to 17.4 ng/ml) and a

regression curve of slope 0.985 and intercept (on the RIA axis) -0.24

**STEROIDS**                                                        983

pg (Fig. 3).  A comparison of the testosterone levels measured in
normal male and female sera is presented in Table 2 and indicates the
wide range of values to which the ELISA may be applied.  The virtually
identical values found by RIA for all but one of the female sera
suggest  that RIA cannot distinguish values in this region, close to
the limit of sensitivity of the RIA.  The ELISA does, however,
distinguish among these same serum samples.

Table 2.  Testosterone Contents of Normal Male and Female Sera as
          Determined by RIA and by ELISA, ng/ml

| Bull Sera | | Ram Sera | | | |
|---|---|---|---|---|---|
| RIA | ELISA | RIA | ELISA | RIA | ELISA |
| 4.20 | 4.50 | 1.28 | 1.30 | 3.60 | 3.70 |
| 1.10 | 1.50 | 6.80 | 6.50 | 8.00 | 7.80 |
| 0.50 | 0.80 | 11.00 | 11.40 | 14.10 | 14.4 |
| 10.2 | 11.6 | 10.4 | 11.6 | 16.5 | 17.4 |
| 8.3 | 7.6 | 16.4 | 16.5 | 9.6 | 10.2 |

| Cow Sera | | Ewe Sera | |
|---|---|---|---|
| RIA | ELISA | RIA | ELISA |
| 0.0075 | 0.0080 | 0.0070 | 0.0103 |
| 0.0075 | 0.0080 | 0.0070 | 0.0090 |
| 0.0070 | 0.0090 | 0.0075 | 0.0085 |
| 0.0420 | 0.0500 | 0.0070 | 0.0070 |
| 0.0065 | 0.0085 | 0.0070 | 0.0055 |
| 0.0070 | 0.0090 | 0.0070 | 0.0092 |

Overall correlation between RIA and ELISA values: $r = 0.993$.
Correlation for set of male sera only, $r = 0.995$;
for female sera only, $r = 0.997$.

DISCUSSION

Preparation of a solid phase antibody by passive adsorption to a
plastic surface, first described by Catt and Tregear (10), is usually
carried out using antibody suitably diluted in a buffer at about pH
9.5.  This pH has most likely become the automatic choice of

**S**TEROIDS

investigators because it was originally reported to be the optimal pH for the coating buffer. Subsequently, it has been claimed that there are no significant effects of pH or ionic strength on antibody adsorption (11). Although we also found no appreciable influence of pH in coating polystyrene microtitration plates with antiserum in developing an ELISA for progesterone (6), the anomalous findings reported here with antiserum T-8310 suggest that coating conditions must be reconsidered for any new antiserum to be used in ELISA. We have since observed similar anomalous effects of pH with a high-titer anti-estradiol serum used in developing an ELISA for estradiol.

It is noteworthy that different antibody specificities are expressed in RIA and ELISA. Such disparities have been noted by other workers (12, 13) and are attributable to the influence of different binding conditions. In RIA of the sort used in the present study, competitive binding occurs homogeneously in the liquid phase and equilibrium is reached. The ELISA, however, involves heterogeneous binding and equilibrium is not reached during the time allowed. Moreover, the different labelled species used in RIA and ELISA, $^3$H-testosterone and T-3CMO linked to a protein, respectively, have different binding affinities and hence compete differently with cross-reacting species.

One of the principal advantages claimed for ELISA procedures is their rapidity; therefore any steps in the procedure which unnecessarily prolong the assay vitiate that advantage. In the first of the two previously described ELISA's for testosterone, penicillinase coupled to testosterone was the tracer, requiring transfer of the enzyme reaction product to a colorimeter tube to which

a chromogenic agent had to be added to permit measurement (4). In the second case (5) steroid linked to thyroglobulin was the immobile phase which competed with unknown or standard in the liquid phase for antibody, requiring the use of enzyme-labelled second antibody to measure bound first antibody and also required a reaction quencher to stop color development. The present ELISA obviates these additional steps, allowing the entire assay to be completed within 3.5 h. Thus the sensitivity and reliability of RIA are retained without the disadvantages attendant on the use of radioisotopes and sequential counting in individual sample tubes or vials.

*Contribution No. 1368 of the Animal Research Centre.

## REFERENCES

1. Sauer, M.J., Foulkes, J.A. and Cookson, A.D., Steroids 38, 45 (1981).

2. Power, M.J., Cleere, W.F., Gosling,J.P., Fotterll, P.F., Langley, O.H. and Sreenan, J.M., Irish Vet. J. 39, 18 (1985).

3. Lewis, J.G. and Elder, P.A., J. Steroid Biochem. 22, 635 (1985).

4. Joshi, U.M., Shah, H.P. and Sankolli, G.M., J. Steroid Biochem. 19, 419 (1983).

5. Elder, P.A. and Lewis, J.G., J. Steroid Biochem. 22, 635 (1985).

6. Marcus, G.J. and Hackett, A.J., J. Dairy Sci. 69, 818 (1986).

7. Erlanger, B.F., Borek, F., Beiser, S.M. and Lieberman, S. J., Biol. Chem. 234, 1090 (1959).

8. Auletta, F.J., Caldwell, B.V. and Hamilton, G.L., in: Methods of Hormone Radioimmunoassay (Jaffe, B.M. and Behrman, H.R., Editors) Academic Press, New York, 2nd Edition (1979), pp 715-726.

9. Tsang, B.K., Ainsworth, L., Downey and Marcus, G.J., J. Reprod. Fertil. 74, 459 (1985).

10. Catt, K. and Tregear, G.W., Science <u>158</u>, 1570 (1967).

11. Parsons, G.H. Jr., Methods in Enzymol. <u>73</u>, 224 (1981).

12. Arakawa, H., Maeda, M., Tsuji, A. and Kambegawa, A., Steroids <u>38</u>, 453 (1981).

13. Sauer, M.J., Foulkes, J.A. and O'Neill, P.M., Brit. Vet. J. <u>138</u>, 522 (1982).

# EXHIBIT B

Journal of Chromatography, 645 (1993) 115–123
Elsevier Science Publishers B.V., Amsterdam

CHROM. 25 241

# Characterization of vitamin D₃ metabolites using continuous-flow fast atom bombardment tandem mass spectrometry and high-performance liquid chromatography

Bernice Yeung and Paul Vouros*

*Department of Chemistry and The Barnett Institute, Northeastern University, Boston, MA 02115 (USA)*

G. Satyanarayana Reddy

*Department of Pediatrics, Women and Infants Hospital of Rhode Island, and Brown University School of Medicine, Providence, RI 02905 (USA)*

(Received April 5th, 1993)

## ABSTRACT

A mass spectrometric method for the detection of vitamin $D_3$ metabolites is described. This method involves the derivatization of the metabolites by cycloaddition with 4-phenyl-1,2,4-triazoline-3,5-dione, followed by their characterization by continuous-flow fast atom bombardment (CF-FAB) tandem mass spectrometry (MS–MS) and high-performance liquid chromatography (HPLC). Using HPLC, this derivatization has been shown to increase the UV detectability of 25-hydroxyvitamin $D_3$ by about 5-fold. The FAB spectra of the adducts are dominated by peaks corresponding to a protonated molecule and a fragment ion derived in part from the loss of the side chain. Multiple reaction monitoring (MRM) of this transition by MS–MS may be utilized for trace level analysis of vitamin D metabolites. Sample introduction by flow injection yields detection limits in the low nanogram to high picogram range, whereas the use of on-line capillary LC has been found to decrease the detection limits to the low picogram level.

## INTRODUCTION

Vitamin $D_3$, a secosteroid involved in the regulation of calcium homeostasis, is synthesized in the skin from 7-dehydrocholesterol on exposure to ultraviolet light. During the past three decades, the metabolism of vitamin $D_3$ has been extensively investigated [1]. It has been found that vitamin $D_3$ is first metabolized in the liver to 25(OH)$D_3$ [a], followed by metabolism in the kidney to 24,25(OH)$_2$D$_3$ and 1,25(OH)$_2$D$_3$. 1,25(OH)$_2$D$_3$ is the most active metabolite of vitamin $D_3$, and is now accepted to be the steroid hormone involved in the maintenance of calcium homeostasis [2]. Recently, it has been found that 1,25(OH)$_2$D$_3$ possesses the ability to differentiate several cancer cells [3,4]. *In vitro* studies have shown that 1,25(OH)$_2$D$_3$ can suppress the proliferation of leukemic cells and, at the same time, induce their differentiation towards more mature macrophages. These results indicate that 1,25(OH)$_2$D$_3$ may have a therapeutic potential in the treatment of leukemia. Unfortunately, dosages required to achieve these

---

* Corresponding author.
[a] Abbreviations: 25(OH)$D_3$ = 25-hydroxyvitamin $D_3$; 24,-25(OH)$_2$D$_3$ = 24,25-dihydroxyvitamin $D_3$; 1,25(OH)$_2$D$_3$ = 1,25-dihydroxyvitamin $D_3$.

0021-9673/93/$06.00    ©  1993 Elsevier Science Publishers B.V. All rights reserved

effects were found to cause hypercalcemia. Thus, much interest has arisen in the development of similar analogues as potential anti-cancer agents that are non-calcemic [5].

In the development and testing of new synthetic non-calcemic analogues of 1,25(OH)$_2$D$_3$, their serum levels in the body need to be closely monitored to avoid overdose. Also, routine quantification and identification of natural vitamin D metabolites in the plasma are equally important. However, the detection of these vitamin D metabolites in plasma has proved to be a difficult task, due to their structural and chemical similarities to one another, and the presence of large quantities of other lipids and sterols in samples. Most importantly, the plasma concentrations of these metabolites in a normal human are extremely low. For example, typical levels are [6]: vitamin D$_3$, 8.1 ± 4.8 ng/ml; 25(OH)D$_3$, 27 ± 10 ng/ml; 24,25(OH)$_2$D$_3$, 1.6 ± 0.6 ng/ml; 1,25(OH)$_2$D$_3$, 55 ± 10 pg/ml. At such low levels, the detection of the metabolites requires much sensitivity and specificity.

Current methods that are most frequently used for characterizing these metabolites include saturation analysis, high-performance liquid chromatography (HPLC) and gas chromatography–mass spectrometry (GC–MS) measurements. HPLC with UV detection is only sensitive enough for measuring metabolites such as vitamin D$_3$ and 25(OH)D$_3$ [7] which occur at higher concentration levels. GC–MS with isotope dilution has been applied to the detection of vitamin D$_3$ metabolites as well. However, the metabolites are not suitable for GC analysis, and some form

of pre-column derivatization must be carried out in order to make them compatible with the high temperature in the column. Typical derivatization employed includes their conversion into trimethylsilyl and *tert.*-butyldimethylsilyl ethers [8]. While the electron impact (EI) spectra of these derivatives are often structurally informative, the compounds still suffer from thermal lability. Moreover, the ion peak intensity at the high mass is relatively low and molecular weight information may be obscured. Saturation analysis includes the use of antibodies, plasma binding proteins or receptor proteins. These methods in general have sufficient sensitivity for quantifying the metabolites; however, they lack the necessary specificity [9], and cross reactions often occur. Consequently, each metabolite needs to be completely isolated before reactions with antibodies or proteins can be carried out, thus posing more stringent requirements on the preliminary HPLC separations.

Mass spectrometry (MS) is generally recognized as one of the most definitive analytical techniques currently available. When used in conjunction with a GC or LC system, MS detection can provide excellent sensitivity and specificity. Besides GC–MS, however, there has not been much advancement in such combined techniques in vitamin D research. Yergey et al. [10] described a quantitative technique for metabolic assay using thermospray LC–MS with isotope dilution. Although it was successful for many drug metabolites, it did not have a detection limit that is physiologically realistic for 1,25(OH)$_2$D$_3$. It is therefore deemed important



Scheme 1

*B. Yeung et al. / J. Chromatogr. 645 (1993) 115–123*                117

to develop a combined LC–MS method that is
capable of detecting vitamin D metabolites at
biological levels.

In this paper, we describe a MS technique that
allows for sensitive detection of vitamin D
metabolites by capillary LC–MS. A simple pre-
column derivatization step is employed, using
the Cookson reagent 4-phenyl-1,2,4-triazoline-
3,5-dione (PTAD, **II**) [11]. PTAD is one of the
strongest dienophiles known; it is capable of
attacking the 5,7-diene bonds in the vitamin D
structure and forms an adduct via a Diels–Alder
reaction (Scheme 1). Due to the high UV
response of the phenyl ring associated with the
PTAD structure, this reaction is found to be
promising for the selective labelling of diene
compounds for HPLC separation, where large
amounts of interferences might be present [12].
PTAD and its methyl analogue, 4-methyl-1,2,4-
triazoline-3,5-dione (MTAD), have previously
been used as derivatizing reagents for the de-
termination of compounds containing a conju-
gated diene moiety in an aliphatic chain [13,14].
It has also been examined as a protecting agent
for the diene bonds in vitamin $D_3$ as an approach
for A ring derivatization [15]. It is thus quite
clear that PTAD is an ideal candidate for the
selective labelling of vitamin D metabolites. In
our laboratory, we have been examining the
utility of these vitamin $D_3$–PTAD adducts for
analysis by MS [16] and HPLC [16,17]. Since the
adducts formed are too polar to be ionized by
the traditional EI or chemical ionization tech-
niques, fast atom bombardment (FAB) MS
operating in the continuous-flow mode has been
employed, as reported here.

## EXPERIMENTAL SECTION

### Chemicals

Vitamin $D_3$ and PTAD were purchased from
Aldrich (Milwaukee, WI, USA). Other metabo-
lites were synthesized by Dr. M.R. Uskokovic of
Hoffmann LaRoche (Nutley, NJ, USA). [26,27-
$^3$H]-25(OH)$D_3$ was obtained from Amersham
(Arlington Heights, IL, USA) with a specific
activity of 20 Ci/mmol. All solvents used were of
the highest qualities available.

### HPLC conditions

A Waters 600E LC system equipped with a
Model 990 photodiode array detector (Waters,
Milford, MA, USA) was used. Wavelengths
monitored were 226 nm for the adduct, and 265
nm for the metabolite. The column used was a
15 cm × 4.6 mm $C_8$ column (Rainin, Woburn,
MA, USA) with 5 μm particle size. Mobile
phase was made up of water–acetonitrile (50:50,
v/v) (both HPLC grade and filtered). Flow-rate
was maintained at 2.0 ml/min. Fractions were
collected using a Retriever II fraction collector.
$^3$H counting was done by a scintillation counter
(TM Analytic, Bensenville, IL, USA) using
Scintilene (Fisher Scientific, Pittsburgh, PA,
USA) as the reagent.

### MS conditions

All data were obtained on a Fisons/VG Quat-
tro triple quadrupole mass spectrometer (Fisons/
VG Biotech, UK). For CF-FAB, the matrix
solution was made up as follows: 1% tetra-
methylene sulfone, 5% acetonitrile and 19%
ethanol in deionized water. This solution was
delivered at a flow-rate of 5 μl/min using an Isco
μLC-500 pump (Isco, Lincoln, NE, USA) to the
dynamic probe tip through a 50 μm I.D.
fused-silica capillary (Polymicro Technologies,
Phoenix, AZ, USA). A stainless-steel wire mesh
[5 μm pore size, 0.003 in. thick ( 1 in. = 2.54 cm)
≈ 2 mm in diameter] was placed at the tip to
stabilize the solution flow. Samples were intro-
duced by flow injection via a Rheodyne injector
(No. 7520) equipped with a 0.5-μl internal
sample loop (Rheodyne, Cotati, CA, USA).
Source temperature was maintained at 35°C in
the MS. The collision induced dissociation (CID)
(static probe) and multiple reaction monitoring
(MRM) data were obtained with a collision
energy set at 70 eV. Peak intensity was at-
tenuated by 75% using argon gas.

### Capillary LC and LC–MS conditions

A Fisons/Carlo Erba Phoenix 30 capillary LC
system (Fisons, Danvers, MA, USA) was used in
the isocratic mode at 5 μl/min with the following
solvents: (1) Vitamin $D_3$– and 25(OH)$D_3$–
PTAD: acetonitrile–$H_2O$–thioglycerol (85:14:1,
v/v/v); (2) 24,25(OH)$_2D_3$– and 1,25(OH)$_2D_3$–

QUESTMS-00001372

118                                                      *B. Yeung et al. / J. Chromatogr. 645 (1993) 115–123*

PTAD: acetonitrile–$H_2O$–thioglycerol (60:39:1, v/v/v). A $C_{18}$ Fusica column of 320 $\mu$m I.D. (LC Packings, Switzerland) was used in all work. The LC eluent was delivered to the CF-FAB probe via a 50 $\mu$m I.D. fused-silica capillary.

### Reaction of metabolites with PTAD

Samples of metabolites were dissolved and stored in ethanol. Solid PTAD was dissolved in acetonitrile in concentrations in the order of several hundred $\mu$g/ml. The PTAD solution was added directly to each metabolite, until the red color persisted for a few seconds. The reaction mixtures were vortexed for a few minutes, and then left at room temperature for at least 30 min, during which time the color would gradually change to orange or straw-like. For HPLC studies, the samples were first dried down by nitrogen gas and resuspended in the mobile phase before injections. For MS analyses, samples were examined directly in their original solvent mixture.

### Tritium counting experiment

For the study of the effect of PTAD derivatization on HPLC–UV sensitivity, 20 $\mu$g of 25(OH)$D_3$ was spiked with 1 $\mu$Ci of $^3$H-labelled 25(OH)$D_3$. A part (3/4) of this solution was reserved for reaction with PTAD, following the conditions as outlined above and using a 1000 molar excess of PTAD to ensure complete conversion. The remaining sample was injected into the HPLC under isocratic conditions. Fractions were collected from 14 to 21 min and peak areas were summed, which contained the eluted 25(OH)$D_3$ at 17 min. Of each fraction one third was kept for $^3$H counting, whereas the rest was pooled and reinjected into the HPLC. This procedure was repeated three more times. Similar experiment was carried out with the [$^3$H]-25(OH)$D_3$–PTAD adduct, with fractions collected between 3 to 8 min. Four sets of readings were also taken of the $^3$H counts and of the peak areas for the adduct.

### RESULTS AND DISCUSSION

Several aspects of the pre-column derivatization with PTAD were evaluated. These included

reaction requirements, potential usefulness of the derivatization for HPLC–UV analysis and detectability of the adducts by MS. Results of these studies are outlined below.

### Evaluation of the derivatization reaction

Vitamin $D_3$ solutions of various concentrations ranging from $10^{-3}$ to $10^{-8}$ $M$ were allowed to react with different amounts of PTAD. Each reaction product was examined by static FAB-MS, with close attention paid to the protonated molecular ion regions of the vitamin $D_3$–PTAD adduct ($m/z$ 560) and the unreacted vitamin $D_3$ ($m/z$ 385). It was found that at a concentration of $10^{-3}$ $M$, a 2-fold molar excess of PTAD was



Fig. 1. HPLC chromatograms, shown in the same scale, of (a) $^3$H-labelled 25(OH)$D_3$–PTAD, 5 $\mu$g; (b) $^3$H-labelled 25(OH)$D_3$, 5 $\mu$g.

QUESTMS-00001373

sufficient to convert all the vitamin $D_3$ into the adduct, as no peak was visible at $m/z$ 385. At a concentration as low as $10^{-8}$ $M$, it appeared that the reaction was complete using a 4000-fold molar excess of PTAD. The $10^{-8}$ $M$ concentration would be equivalent to about 3 ng/ml of vitamin $D_3$ in plasma, which is a physiologically realistic level.

After conversion to the PTAD adducts, it was expected that the phenyl ring in the adduct structure would increase the UV sensitivity of the metabolites. In order to examine this potential increase quantitatively, we used [³H]-25(OH)$D_3$ as the starting substrate and compared the UV absorbance generated by the [³H]-25(OH)$D_3$ and its PTAD adduct by HPLC, as outlined in the Experimental section. The advantage of this method is that peak areas from HPLC could be directly related to and quantified by post-column ³H counting, thereby eliminating the need to account for the recovery of sample after HPLC. The chromatograms of labelled 25(OH)$D_3$ and 25(OH)$D_3$–PTAD are shown in Fig. 1. A plot of ³H counts *vs.* peak areas for both compounds indicates that the PTAD adduct of 25(OH)$D_3$ is about 5 times more UV sensitive than the unreacted metabolite in terms of peak area per ³H count. (Slope = $9.0 \times 10^{-7}$ for 25(OH)$D_3$ with $r = 0.9745$; slope = $5.2 \times 10^{-6}$ for 25(OH)$D_3$–PTAD with $r = 0.9741$). This result further establishes the advantage of pre-column derivatization of the vitamin $D_3$ metabolites with PTAD for UV detection purposes.

### Detectability by FAB-MS

Fig. 2 shows the normal full scan positive ion FAB spectra of PTAD adducts of the four most common vitamin $D_3$ metabolites. Since the adducts contain nitrogens, protonation by FAB is facilitated and this is advantageous for increasing the detectability of the analytes by MS. In each mass spectrum, the protonated molecules (MH$^+$) can be seen clearly, along with the [MH − H$_2$O]$^+$ peaks. Typical of FAB spectra, these spectra are quite simple and contain few fragment ion peaks. Prominent in the spectra of the adducts of vitamin $D_3$, 25(OH)$D_3$ and 24,25(OH)$_2$D$_3$ is the fragment ion of $m/z$ 298. For the A ring hydroxylated metabolite









Fig. 2. Full scan FAB spectra of the four adducts studied: (a) vitamin $D_3$–PTAD, 40.6 ng; (b) 25(OH)$D_3$–PTAD, 119 ng; (c) 1,25(OH)$_2$D$_3$–PTAD, 61 ng; (d) 24,25(OH)$_2$D$_3$–PTAD, 50 ng.

QUESTMS-00001374

120                                                    B. Yeung et al. / J. Chromatogr. 645 (1993) 115–123

Scheme 2

1,25(OH)$_2$D$_3$, this peak is shifted by 16 mass units to $m/z$ 314. It may be postulated that this fragment is formed via the process depicted in Scheme 2, starting with a hydrogen transfer which leads to the losses of a reduced PTAD molecule and part of the side chain. Presumably, these ions can undergo a series of rearrangements, resulting in the localization of a charge in the D ring (Scheme 3). The ions of $m/z$ 298 and $m/z$ 314 have been subjected to CID and the

data (Fig. 3) are consistent with the indicated structural assignments (IV).

The CID data of the MH$^+$ ion of all the adducts show high relative abundance for the fragment 298/314 ions. In view of the high abundance of the latter in the normal MS spectra, MRM utilizing these ions appeared to be an attractive detection scheme for the metabolites. In MRM, the transition under collision conditions is monitored in a fashion similar to single-



Scheme 3

QUESTMS-00001375

B. Yeung et al. / J. Chromatogr. 645 (1993) 115–123



Fig. 3. CID spectra of: (a) $m/z$ 298 and (b) $m/z$ 314. Fragmentation schemes are shown in the inserts.

ion monitoring, and the results are represented as chromatographic profiles. Fig. 4 shows the profiles of the MRM transitions of $MH^- \rightarrow$ 298(314) for vitamin $D_3$– and $1,25(OH)_2D_3$–PTAD near their detection limits by flow injection. The data of Fig. 4 indicate that detection of low nanogram quantites is readily achievable using this derivative and the appropriate MRM transition.

Given the encouraging results obtained via the flow injection mode, we next considered the analysis of vitamin D–PTAD derivatives by on-line capillary LC–CF–FAB–MS–MS. The focus thus far has been on the further improvement of

the detection limits in view of the concentration effects associated with the use of a chromatographic inlet. Indeed, a significant enhancement in detection limit is indicated for both vitamin $D_3$– and $1,25(OH)_2D_3$–PTAD as shown in Fig. 5. Triplicate injections are shown at 5 pg (13 fmol) for vitamin $D_3$–PTAD, indicating a relative standard deviation of 25% in terms of area counts and a $S/N$ ratio of 3.6. As expected, an improvement in signal reproducibility (relative standard deviation = 16%) was observed for analysis at the 50 pg level. For $1,25(OH)_2D_3$–PTAD, injections of 150 pg (360 fmol) give a $S/N$ of 2.3 and relative standard deviation of

QUESTMS-00001376

*B. Young et al. / J. Chromatogr. 645 (1993) 115–123*



Fig. 4. Detection limits using MRM, by flow injection (in duplicates) of: (a) vitamin D₃–PTAD, 740 pg; (b) 1,25(OH)₂D₃–PTAD, 3 ng. Blanks are shown in the inserts.



Fig. 5. LC–CF–FAB–MS–MS data, from three injections of: (a) vitamin D₃–PTAD, MRM of $m/z$ 560→298, 5 pg (13 fmol); (b) 1,25(OH)₂D₃–PTAD, MRM of $m/z$ 592→314, 150 pg (360 fmol).

6.9% for triplicate injections. In general, the use of a PTAD derivative and analysis by LC–CF–FAB–MS–MS has been found to give detection limits in the range of 100–300 pg for other vitamin D₃ compounds examined thus far.

## CONCLUSIONS

Our work in the derivatization of vitamin D₃ metabolites with PTAD has demonstrated the following: (1) The reaction is simple and goes to completion with all the vitamin D₃ metabolites tested in this study, even in very dilute solutions; (2) The 25(OH)D₃–PTAD adduct shows 5 times more UV response than the underivatized metabolite; (3) From the FAB spectra we can distinguish the A ring hydroxylated metabolites from side chain hydroxylated isomeric metabolites, *e.g.* 1,25(OH)₂D₃ and 24,25(OH)₂D₃; (4)

The transition from the protonated molecule to $m/z$ 298/314 can be monitored by MS–MS for trace level detection of specific vitamin D metabolites; (5) Use of capillary LC–CF–FAB–MS–MS has been shown to give detection limits in the mid to low picogram range (mid to high femtomole) for the vitamin D metabolites investigated. These detection limits appear to be in line with the physiologically encountered levels of most commonly occurring metabolites in plasma except for 1,25(OH)₂D₃. Further work to improve on the detectability of this and other vitamin D₃ compounds is currently in progress.

## ACKNOWLEDGEMENTS

We would like to thank Ms. Khursheed F. Wankadiya for her assistance with the ³H counting experiment. This work was partially supported by grant number DK-39138 from the National Institute of Health (G.S.R.).

QUESTMS-00001377

*B. Yeung et al. / J. Chromatogr. 645 (1993) 115–123*

123

## REFERENCES

1 J.L. Napoli and R.L. Horst, in R. Kumar (Editor), *Vitamin D: Basic Clinical Aspects*, Martinus Nijhoff Publishing, Boston, MA, 1984, p. 91.

2 A.W. Norman, J. Roth and L. Orci, *Endocr. Rev.*, 3 (1982) 331–366.

3 E. Abe, C. Miyaura, H. Sakagami, M. Takeda, K. Konno, T. Yamazaki, S. Yoshiki and T. Suda, *Proc. Natl. Acad. Sci. U.S.A.*, 78 (1981) 4990.

4 T. Suda, T. Shinki and N. Takahashi, *Annu. Rev. Nutr.*, 10 (1990) 195.

5 Y.J. Zhou, A.W. Norman, M. Lübbert, E.D. Collins, M.R. Uskokovic and H.P. Koeffler, *Blood*, 74 (1989) 82.

6 R.D. Coldwell, D.J.H. Trafford, M.J. Varley, D.N. Kirk and H.L.J. Makin, *Steroids*, 55 (1990) 418.

7 R.D. Coldwell, C.E. Porteous, D.J.H. Trafford and H.L.J. Makin, *Steroids*, 49 (1987) 155.

8 G. Jones, D.A. Seamark, D.J.H. Trafford and H.L.J. Makin, in A.P. De Leenheer, W.E. Lambert and M.G.M. De Ruyter (Editors), *Modern Chromatographic Analysis of the Vitamins*, Marcel Dekker, New York, 1985, p.73.

9 R.M. Bauwens, J.A. Kint, M.P. Devos, K.A. Van Brussel and A.P. De Leenheer, *Clin. Chim. Acta*, 170 (1987) 37.

10 A.L. Yergey, N.V. Esteban and D.J. Liberato, *Biomed. Environ. Mass Spectrom.*, 14 (1987) 623.

11 R.C. Cookson, S.S. Gutpe, I.D.R. Stevens and C.T. Watts, *Org. Synth.*, 51 (1971) 121.

12 K. Shimada, T. Oe and T. Mizuguchi, *Analyst*, 116 (1991) 1393.

13 D.C. Young, P. Vouros, B. Decosta and M.F. Holick, *Anal. Chem.*, 59 (1987) 1954.

14 D.C. Young, P. Vouros and M.F. Holick, *J. Chromatogr.*, 522 (1990) 295.

15 D.J. Aberhart and A.C.T. Hsu, *J. Org. Chem.*, 41 (1976) 2098.

16 B. Yeung, G.S. Reddy and P. Vouros, *Proceedings of the 40th ASMS Conference on Mass Spectrometry and Allied Topics, May 31–June 5, 1992, Washington, D.C*, p. 1089.

17 B. Yeung, G.S. Reddy and P. Vouros, *J. Bone Miner. Res.*, 7 (1982) S 171.

# EXHIBIT C

Atty. Dkt. No. 054769-9991

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Applicant: | Holmquist et al. |
| Title: | METHODS FOR DETECTING DIHYDROXYVITAMIN D METABOLITES BY MASS SPECTROMETRY |
| Appl. No.: | 11/946,765 |
| Filing Date: | 11/28/2007 |
| Examiner: | Cole, Monique T |
| Art Unit: | 1773 |
| Confirmation No.: | 9763 |

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

### AMENDMENT AND REPLY

This communication is responsive to the Non-Final Office Action dated June 24, 2010 concerning the above-referenced patent application.

**Amendments to the Claims** are reflected in the listing of claims which begins on page 2 of this document.

**Remarks** begin on page 10 of this document.

-1-

DLMR_795846

QUESTMS-00002058

Atty. Dkt. No. 054769-9991

## AMENDMENTS TO THE CLAIMS

This listing of claims will replace all prior versions, and listings, of claims in the application:

**Listing of Claims:**

1.     (Currently Amended) A method for determining the amount of one or more dihydroxyvitamin D metabolites in a <u>biological</u> sample<u>, when taken from a human,</u> by tandem mass spectrometry, comprising:

(a) immunopurifying the dihydroxyvitamin D metabolites from said sample;

(b) further purifying the immunopurified dihydroxyvitamin D metabolites from step (a) by HPLC;

(c) determining the amount of the vitamin D metabolites obtained from step (b) by tandem mass spectrometry comprising:

(i) generating a precursor ion of said one or more dihydroxyvitamin D metabolites <u>by ionizing said one or more dihydroxyvitamin D metabolites with atmospheric pressure chemical ionization (APCI)</u>;

(ii) generating one or more fragment ions of said precursor ion; and

(iii) detecting the amount of one or more of said ions generated in step (i) or (ii) or both and relating the amount of detected ions to the amount of said one or more dihydroxyvitamin D metabolites in said sample.

2-3. (Canceled)

4. (Previously presented)  The method of claim 1, wherein said one or more dihydroxyvitamin D metabolites are not subject to derivatization.

5. (Previously presented)  The method of claim 1, wherein said one or more dihydroxyvitamin D metabolites are derivatized prior to mass spectrometry.

DLMR_795845

QUESTMS-00002059

Atty. Dkt. No. 054769-9991

6. (Original)  The method of claim 5, wherein said one or more dihydroxyvitamin D metabolites are derivatized with a 4-substituted 1,2,4-triazoline-3,5-dione (TAD) prior to mass spectrometry.

7. (Original)  The method of claim 5, wherein said one or more dihydroxyvitamin D metabolites are derivatized with 4-phenyl-1,2,4-triazoline-3,5-dione (PTAD) prior to mass spectrometry.

8. (Canceled)

9. (Previously presented)  The method of claim 1, wherein said one or more dihydroxyvitamin D metabolites comprise $1\alpha,25(OH)_2D_2$.

10. (Previously presented)  The method of claim 1, wherein said one or more dihydroxyvitamin D metabolites comprise $1\alpha,25(OH)_2D_3$.

11. (Previously presented)  The method of claim 1, wherein  said one or more dihydroxyvitamin D metabolites comprise $1\alpha,25(OH)_2D_2$  and $1\alpha,25(OH)_2D_3$ and wherein said amount of said metabolites are determined in a single assay.

12. (Previously presented)  The method of claim 1, wherein said one or more dihydroxyvitamin D metabolites comprise $1\alpha,25(OH)_2D_2$; wherein said $1\alpha,25(OH)_2D_2$ is derivatized with 4-phenyl-1,2,4-triazoline-3,5-dione (PTAD) prior to mass spectrometry; and wherein said precursor ion of said $1\alpha,25(OH)_2D_2$ has a mass/charge ratio of $586.37 \pm 0.5$.

13. (Original)  The method of claim 12, wherein said one or more fragment ions comprise an ion having a mass/charge ratio of $314.12 \pm 0.5$.

14. (Previously presented)  The method of claim 1, wherein said one or more dihydroxyvitamin D metabolites comprise $1\alpha,25(OH)_2D_3$; wherein said $1\alpha,25(OH)_2D_3$ is

QUESTMS-0000206

derivatized with 4-phenyl-1,2,4-triazoline-3,5-dione (PTAD) prior to mass spectrometry; and wherein said precursor ion of said $1\alpha,25(OH)_2D_3$ has a mass/charge ratio of $574.37 \pm 0.5$.

15. (Original)  The method of claim 14, wherein said one or more fragment ions comprise an ion having a mass/charge ratio of $314.12 \pm 0.5$.

16. (Previously presented)  The method of claim 1, wherein said one or more dihydroxyvitamin D metabolites comprise $1\alpha,25(OH)_2D_2$; wherein said $1\alpha,25(OH)_2D_2$ is not derivatized prior to mass spectrometry; and wherein said precursor ion of said $1\alpha,25(OH)_2D_2$ has a mass/charge ratio of $411.35 \pm 0.5$.

17. (Original)  The method of claim 16, wherein said one or more fragment ions comprise one or more ions selected from the group consisting of ions having a mass/charge ratio of $151.12 \pm 0.5$ and $135.12 \pm 0.5$.

18. (Previously presented)  The method of claim 1, wherein said one or more dihydroxyvitamin D metabolites comprise $1\alpha,25(OH)_2D_3$; wherein said $1\alpha,25(OH)_2D_3$ is not derivatized; and wherein said precursor ion of said $1\alpha,25(OH)_2D_3$ has a mass/charge ratio of $399.35 \pm 0.5$.

19. (Original)  The method of claim 18, wherein said one or more fragment ions comprise one or more ions selected from the group consisting of ions having a mass/charge ratio of $151.12 \pm 0.5$ and $135.12 \pm 0.5$.

20. (Currently Amended)  A method for determining the amount of $1\alpha,25(OH)_2D_2$ in a biological sample, when taken from a human, by tandem mass spectrometry, comprising:

(a) derivatizing said $1\alpha,25(OH)_2D_2$ in said sample with 4-phenyl-1,2,4-triazoline-3,5-dione (PTAD);

(b) purifying the derivatized $1\alpha,25(OH)_2D_2$ from step (a) by high performance liquid chromatography (HPLC);

-4-

Atty. Dkt. No. 054769-9991

(c) generating a precursor ion of the derivatized $1\alpha,25(OH)_2D_2$ obtained from step (b) having a mass/charge ratio of $586.37 \pm 0.5$;

(d) generating one or more fragment ions of said precursor ion, wherein at least one of said one or more fragment ions comprise an ion having a mass/charge ratio of $314.12 \pm 0.5$; and

(e) detecting the amount of one or more of said ions generated in step (c) or (d) or both and relating the detected ions to the amount of said $1\alpha,25(OH)_2D_2$ in said sample.

21. (Original)  The method of claim 20, wherein the $1\alpha,25(OH)_2D_2$ in said sample is purified by immunopurification prior to step (a).

22. (Original)  The method of claim 21, wherein the immunopurification utilizes immunoparticles.

23. (Previously presented)  The method of claim 20, wherein the method further comprises determining the amount of $1\alpha,25(OH)_2D_3$ in said sample.

24. (Original)  The method of claim 23, wherein said $1\alpha,25(OH)_2D_3$ is derivatized with 4-phenyl-1,2,4-triazoline-3,5-dione (PTAD) prior to mass spectrometry; and wherein said precursor ion of said $1\alpha,25(OH)_2D_3$ has a mass/charge ratio of $574.37 \pm 0.5$.

25. (Currently Amended)  A method for determining the amount of $1\alpha,25(OH)_2D_3$ in a biological sample, when taken from a human, by tandem mass spectrometry, comprising:

(a) derivatizing said $1\alpha,25(OH)_2D_3$ in said sample with 4-phenyl-1,2,4-triazoline-3,5-dione (PTAD);

(b) purifying the derivatized $1\alpha,25(OH)_2D_3$ step (a) by high performance liquid chromatography (HPLC);

(c) generating a precursor ion of the derivatized $1\alpha,25(OH)_2D_3$ having a mass/charge ratio of $574.37 \pm 0.5$;

(d) generating one or more fragment ions of said precursor ion, wherein at least one of

DLMR_795845

QUESTMS-00002062

Atty. Dkt. No. 054769-9991

said one or more fragment ions comprise an ion having a mass/charge ratio of $314.12 \pm 0.5$; and

(e) detecting the amount of one or more of said ions generated in step (c) or (d) or both and relating the detected ions to the amount of said $1\alpha,25(OH)_2D_3$ in said sample.[.]

26. (Original)  The method of claim 25, wherein the $1\alpha,25(OH)_2D_3$ in said sample is purified by immunopurification prior to step (a).

27. (Original)  The method of claim 26, wherein the immunopurification utilizes immunoparticles.

28. (Previously presented)  The method of claim 25, wherein the method further comprises determining the amount of $1\alpha,25(OH)_2D_2$ in said sample.

29. (Original)  The method of claim 28, wherein said $1\alpha,25(OH)_2D_2$ is derivatized with 4-phenyl-1,2,4-triazoline-3,5-dione (PTAD) prior to mass spectrometry; and wherein said precursor ion of said $1\alpha,25(OH)_2D_2$ has a mass/charge ratio of $586.37 \pm 0.5$.

30. (Currently Amended)  A method for determining the amount of $1\alpha,25(OH)_2D_2$ in a biological sample, when taken from a human, by tandem mass spectrometry, comprising:

(a) purifying the $1\alpha,25(OH)_2D_2$ by high performance liquid chromatography (HPLC);

(b) generating a precursor ion of the $1\alpha,25(OH)_2D_2$ obtained from step (a) having a mass/charge ratio of $411.35 \pm 0.5$;

(c) generating one or more fragment ions of said precursor ion, wherein said one or more fragment ions comprise one or more ions selected from the group consisting of ions having a mass/charge ratio of $151.12 \pm 0.5$ and $135.12 \pm 0.5$; and

(d) detecting the amount of one or more of said ions generated in step (b) or (c) or both and relating the detected ions to the amount of said $1\alpha,25(OH)_2D_2$ in said sample;

wherein said $1\alpha,25(OH)_2D_2$ is not derivatized.

DLMR_795845

QUESTMS-00002063

Atty. Dkt. No. 054769-9991

31. (Currently Amended)  The method of claim 30, wherein the $1\alpha,25(OH)_2D_2$ in said sample is purified by immunopurification prior to step (a).

32. (Original)  The method of claim 31, wherein the immunopurification utilizes immunoparticles.

33. (Previously presented)  The method of claim 30, wherein the method further comprises determining the amount of $1\alpha,25(OH)_2D_3$ in said sample.

34. (Original)  The method of claim 33, wherein said $1\alpha,25(OH)_2D_3$ is not derivatized prior to mass spectrometry; and wherein said precursor ion of said $1\alpha,25(OH)_2D_3$ has a mass/charge ratio of $399.35 \pm 0.5$.

35. (Currently Amended)  A method for determining the amount of $1\alpha,25(OH)_2D_3$ in a biological sample, when taken from a human, by tandem mass spectrometry, comprising:

(a) purifying the $1\alpha,25(OH)_2D_3$ by high performance liquid chromatography (HPLC);

(b) generating a precursor ion of the $1\alpha,25(OH)_2D_3$ obtained from step (a) having a mass/charge ratio of $399.35 \pm 0.5$;

(c) generating one or more fragment ions of said precursor ion, wherein said one or more fragment ions comprise one or more ions selected from the group consisting of ions having a mass/charge ratio of $151.12 \pm 0.5$ and $135.12 \pm 0.5$; and

(d) detecting the amount of one or more of said ions generated in step (b) or (c) or both and relating the detected ions to the amount of said $1\alpha,25(OH)_2D_3$ in said sample;

wherein said $1\alpha,25(OH)_2D_3$ is not derivatized prior to mass spectrometry.

36. (Original)  The method of claim 35, wherein the $1\alpha,25(OH)_2D_3$ in said sample is purified by immunopurification prior to step (a).

DLMR_795845

QUESTMS-00002064

Atty. Dkt. No. 054769-9991

37. (Original)  The method of claim 36, wherein the immunopurification utilizes immunoparticles.

38. (Previously presented)  The method of claim 35, wherein the method further comprises determining the amount of $1\alpha,25(OH)_2D_2$ in said sample.

39. (Original)  The method of claim 38, wherein said $1\alpha,25(OH)_2D_2$ is not derivatized prior to mass spectrometry; and wherein said precursor ion of said $1\alpha,25(OH)_2D_2$ has a mass/charge ratio of $411.35 \pm 0.5$.

40-45. (Canceled)

46.  (New) The method of claim 1, wherein one or more dihydroxyvitamin D metabolites from said sample are immunopurified prior to mass spectrometry.

47.  (New) The method of claim 1, wherein one or more dihydroxyvitamin D metabolites from said sample are purified by high performance liquid chromatography (HPLC) prior to mass spectrometry.

48.  (New) The method of claim 46, wherein one or more dihydroxyvitamin D metabolites from said sample are further purified by high performance liquid chromatography (HPLC) prior to mass spectrometry.

49.  (New) The method of claim 20, wherein said generating a precursor ion comprises ionizing by atmospheric pressure chemical ionization (APCI).

50.  (New) The method of claim 25, wherein said generating a precursor ion comprises ionizing by atmospheric pressure chemical ionization (APCI).

51.  (New) The method of claim 30, wherein said generating a precursor ion comprises ionizing by atmospheric pressure chemical ionization (APCI).

DLMR_795845

QUESTMS-00002065

Atty. Dkt. No. 054769-9991

52. (New) The method of claim 35, wherein said generating a precursor ion comprises ionizing by atmospheric pressure chemical ionization (APCI).

53. (New)  A method for determining the amount of one or more dihydroxyvitamin D metabolites in a sample by tandem mass spectrometry, comprising:

(a) derivatizing the dihydroxyvitamin D metabolites from said sample with 4'-carboxyphenyl-TAD; and

(b) determining the amount of the derivatized vitamin D metabolites obtained from step (b) by tandem mass spectrometry comprising:

(i) generating a precursor ion of said one or more dihydroxyvitamin D metabolites;

(ii) generating one or more fragment ions of said precursor ion; and

(iii) detecting the amount of one or more of said ions generated in step (i) or (ii) or both and relating the amount of detected ions to the amount of said one or more dihydroxyvitamin D metabolites in said sample.

54. (New)  The method of claim 53, wherein said one or more dihydroxyvitamin D metabolites are purified from said sample prior to mass spectrometry.

55. (New)  The method of claim 54, wherein said purification comprises immunopurification.

56. (New)  The method of claim 54, wherein said purification comprises high performance liquid chromatography (HPLC).

57. (New)  The method of claim 55, wherein said purification further comprises high performance liquid chromatography (HPLC).

58. (New)  The method of claim 54, wherein said generating a precursor ion is conducted with atmospheric pressure chemical ionization (APCI).

DLMR_795845

QUESTMS-00002066

Atty. Dkt. No. 054769-9991

## REMARKS

### I.     Status of Claims

This paper amends claims 1, 20, 25, 30, and 35; adds new claims 46-58, and cancels claims 2-3, 8, and 41-45, without prejudice. Claims 1, 20, 25, 30, and 35 have been amended to recite that dihydroxyvitamin D metabolites are determined in a in a biological sample when taken from a human. This phrase refers to the level of dihydroxyvitamin D that is present in a sample after it was drawn (i.e., a physiological level). Exemplary support for this amendment is found at paragraph [0038]. Claim 1 has also been amended to delete the recited purification steps and add the requirement that the ionization source used to generate the dihydroxyvitamin D precursor ions is an atmospheric pressure chemical ionization (APCI) source. Exemplary support for this amendment is found at paragraph [0073]. Claims 20, 25, 30, and 35 have been amended to define "HPLC". New claims 46-48 depend from claim 1 and recite the purification steps found in original claim 1. New claims 49, 50, 51, and 52 depend from independent claims 20, 25, 30, and 35, respectively, and recite an APCI ionization source. Exemplary support for this amendment is found at paragraph [0073]. New claims 53-57 find support in canceled claim 8 and throughout the specification. New claim 58 depends from independent claim 53, and recites an APCI ionization source. Exemplary support for this amendment is found at paragraph [0073]. As such, no new matter is entered by these amendments. After the above amendments are entered, claims 1, 4-7, 9-39, and 46-58 are pending and under examination.

### II.    Rejections under 35 USC § 103

#### A.     Rejections over Yeung and Armbruster

Claims 1-3, 5-7, 10, 14, 15, 17, 25-27, and 40-42 stand rejected under 35 U.S.C. § 103(a) as being unpatentable over Yeung et al. (J. Chromatog., 645:115-123 (1993); hereinafter "Yeung") in view of Armbruster et al. (U.S. Pat. No. 6,787,660; hereinafter "Armbruster"). Independent claims 1 and 25 have been amended. Claims 2-3 and 40-42 have been canceled by way of the instant amendment, thus rendering rejection of these claims moot. Applicants

QUESTMS-00002067

respectfully submit that claims 1, 5-7, 10, 14, 15, 17, and 25-27 are not obvious over Yeung in light of Armbruster. Applicants further submit that new claims 46-48 and 50, which directly or indirectly depend from rejected claims, are also non-obvious.

### 1. Claims 1, 5-7, 10, 14, 15, and 17, and new claims 46-48

As amended, claim 1 is directed to a method for determining the amount of one or more dihydroxyvitamin D metabolites in a biological sample, when taken from a human, by tandem mass spectrometry comprising generating a dihydroxyvitamin D metabolite precursor ion by atmospheric pressure chemical ionization (APCI). The asserted prior art has a number of deficiencies. Neither Yeung nor Armbruster generate a dihydroxyvitamin D precursor ion by APCI. Additionally, Yeung and Armbruster do not assess dihydroxyvitamin D metabolites in a biological sample when taken from a human, nor is there a reasonable expectation that their methods could determine the amount of dihydroxyvitamin D in such a sample at human physiological levels (i.e., levels present in a sample "when taken from a human").

#### i. Yeung teaches away from ionization by APCI

Yeung detects 1,25-dihydroxyvitamin $D_3$ (1,25(OH)$_2$D$_3$) and 24,25-dihydroxyvitamin $D_3$ (24,25(OH)$_2$D$_3$) by mass spectrometry. See, e.g., Yeung, p. 119, Figures 2(c) and 2(d). In doing so, Yeung does not use APCI (as required by the amended claims), but rather uses continuous-flow fast atom bombardment (CF-FAB) ionization. See e.g., Yeung, p. 115, Abstract. In fact, Yeung teaches away from chemical ionization techniques for analysis of derivatized dihydroxyvitamin D, explaining that vitamin $D_3$-PTAD derivatives (including dihydroxy-metabolites) are "too polar to be ionized by traditional EI or chemical ionization techniques." Yeung, p. 117, left column, second paragraph (emphasis added). In light of Yeung's teaching away, one in the art would be motivated against using APCI (a chemical ionization technique), as required by the pending claims.

Armbruster is relied upon for anti-vitamin D binding protein antibodies. Armbruster makes no mention of any mass spectrometry techniques, and therefore, fails to cure the deficiencies of Yeung.

QUESTMS-00002068

Atty. Dkt. No. 054769-9991

ii.  Yeung and Armbruster do not teach or suggest quantitation of
dihydroxyvitamin D metabolites in biological samples when taken from a
human

Yeung is further deficient in that Yeung does not provide a reasonable expectation of
success for quantitation of any dihydroxyvitamin D metabolite in a biological sample when taken
from a human.

Yeung analyzes laboratory-created samples with dihydroxyvitamin $D_3$ metabolites
dissolved in pure ethanol. Yeung, p. 117, left column, last paragraph, and p. 118, left column,
second paragraph. Despite analyzing these relatively simple samples, Yeung is unable to detect
$1,25(OH)_2D_3$ at physiological levels (i.e., "when taken from a human"). Yeung states that the
detection limits attainable by the reported method in these simple samples are "in line with the
physiologically encountered levels of most commonly occurring metabolites in plasma except
$1,25(OH)_2D_3$." Yeung, p. 122, right column, emphasis added. As the instant claims require
detection of dihydroxyvitamin D metabolites in biological samples, which are much more
complex than Yeung's ethanol solutions, there is no reasonable expectation that the methods of
Yeung would be able to achieve the performance necessary to quantitate dihydroxyvitamin D
metabolites as claimed.

Further, even if Yeung had detected $1,25(OH)_2D_3$ at physiological levels in pure ethanol,
Applicants respectfully submit that it is generally understood in the art that assay sensitivities for
mass spectrometric analysis of a particular analyte in more complex sample matrices are
unpredictable, especially for methods utilizing APCI. For example, Fiehn et al. (Exhibit 1)
states:

> The most difficult aspect of quantitation in LC/MS is the ionization
> process. . . [T]here are numerous fundamental publications
> showing the quenching effect of co-eluting compounds on the
> ionization efficiency of the target molecules. This phenomenon is
> called ion suppression and is fundamental to all 'soft' ionization
> techniques [e.g., APCI]. . . [P]rediction of the severity of ion
> suppression is impossible.

DLMR_795845

QUESTMS-00002069

Atty. Dkt. No. 054769-9991

Fiehn et al., Mass spectrometry: Quantitation. In: Encyclopedic Reference of Genomics and Proteomics in Molecular Medicine. Ganten D, Ruckpaul K (eds.), Springer, New York/Heidelberg, ISBN: 3-540-44244-8, DOI 10.1007/3-540-29623-9_3550, part 13, 1030-1034, 1031-32. Emphasis added.

Another example of the recognition in the art of the unpredictability of APCI-MS techniques is found in Aguera et al. (Exhibit 2):

> Another limitation [on ESI and APCI ionization techniques] is the ion suppression effect, observed as a consequence of the presence of sample matrix during ionization of the target analytes that can reduce drastically the chromatographic signal and, thus, affect both quantitation and detectability of [analytes] in real samples. This problem has a more difficult solution because of its unpredictability and the high dependence on the kind of matrix considered.

Aguera et al., J. Chromatog. A, 1045:125-35 (2004), p. 126, left column, second paragraph. Emphasis added.

Thus, it is generally known in the art that it is not possible to predict the levels at which an analyte may be quantitated in a complex sample matrix by an APCI-MS technique based on performance characteristics of sample matrices such as ethanol.

Armbruster is relied upon for anti-vitamin D binding protein antibodies. Armbruster makes no mention of any mass spectrometry techniques, and therefore, fails to cure the deficiencies of Yeung.

### iii. Conclusion

For the reasons stated above, Applicants respectfully submit that the rejection of claims 1-3, 5-7, 10, 14, 15, and 17 over Yeung and Armbruster should be withdrawn. New claims 46-48, which depend from independent claim 1, are also not obvious over Yeung and Armbruster.

QUESTMS-00002070

### 2. Claims 25-27 and new claim 50

As amended, claim 25 is directed to a method for determining the amount of $1,25(OH)_2D_3$ in a biological sample when taken from a human, by tandem mass spectrometry. Independent claim 25 differs from claim 1 in being directed to analysis of a single dihydroxyvitamin D metabolite ($1,25(OH)_2D_3$) by methods which require derivatization prior to mass spectrometric detection of specific PTAD-$1,25(OH)_2D_3$ precursor and fragment ions. Claim 25 further differs from claim 1 in that APCI is not required. Applicants submit that Yeung and Armbruster do not render claim 25, or claims 26-27 which depend therefrom, obvious as neither Yeung nor Armbruster provide a reasonable expectation of success that $1,25(OH)_2D_3$ could be quantitated in biological samples at physiological levels.

#### i. Yeung and Armbruster do not teach or suggest quantitation of $1,25(OH)_2D_3$ in biological samples when taken from a human

As described above, Yeung teaches away from quantitating dihydroxyvitamin $D_3$ in a biological sample when taken from a human, as required by the pending claims. Specifically, Yeung states that the detection limits attainable by the reported method for simple ethanol solutions are "in line with the physiologically encountered levels of most commonly occurring metabolites in plasma except $1,25(OH)_2D_3$," Yeung, p. 122, right column, emphasis added. In light of Yeung's inability to detect $1,25(OH)_2D_3$ at physiological levels even in simple sample matrix, Yeung teaches away from attempting quantitation in biological samples at levels present when taken from a human.

Armbruster makes no mention of any mass spectrometry techniques, and therefore, fails to cure the deficiencies of Yeung.

#### ii. Conclusion

For at least these reasons, Applicants respectfully submit that the rejection of claims 25-27 should be withdrawn.

New claim 50 depends from claim 25 and is further distinguished as reciting APCI as the ionization source. For the reasons discussed above with respect to claim 1, Yeung and

-14-

QUESTMS-00002071

Atty. Dkt. No. 054769-9991

Armbruster, alone or in combination, do not render new claim 50 obvious. Neither Yeung or Armbruster demonstrate use of APCI, and in fact, Yeung teaches away from its use.

### 3. Rebuttal of Yeung's asserted demonstration of ions of claims 15, 17, and 25

The Examiner asserts that Yeung discloses the specific mass to charge (m/z) ratios recited in claims 14, 15, 17, and 25. In Figure 2(c), Yeung shows the precursor ion recited in claim 14. Yeung, p. 119. However, Applicants cannot find where Yeung teaches the ions required by claims 15, 17, and 25. Claims 15 and 25 recite a specific PTAD-1,25(OH)$_2$D$_3$ precursor/fragment ion pair. That is, claims 15 and 25 recite a fragment ion with m/z of $314.12 \pm 0.5$ generated by fragmenting a precursor ion with m/z of $574.37 \pm 0.5$. Similarly, claim 17 requires the specific 1,25(OH)$_2$D$_2$ precursor/fragment ion pair of a fragment ion with m/z of $314.12 \pm 0.5$ or $135.15 \pm 0.5$ generated by fragmenting the precursor ion with m/z of $411.35 \pm 0.5$. These precursor/fragment pairs are not demonstrated in Yeung.

The Examiner alleges that Yeung's Figures 2 and 3 show ions with m/z which correspond to those of the instant claims. Applicant disagrees. First, Figure 2 shows "full scan" spectra, which demonstrate ions found at the ionization source (i.e., the ions demonstrated in Figure 2 are possible precursor ions). The ions in Figure 2 are not generated by fragmentation of a specific precursor ion. Thus, the precursor ion/fragment ion pairs required in claims 15, 17, and 25 are necessarily absent from Figure 2.

Figure 3 shows "CID" spectra, which demonstrate ions that result from fragmentation of a selected precursor ion. Specifically, the CID spectra shown in Figure 3 were generated from fragmentation of (a) a precursor ion with a m/z of 298, and (b) a precursor ion with a m/z of 314. Yeung, p. 121, Fig. 3, legend. Claims 15, 17, and 25 do not recite ions pairs which include these precursor ions. Thus, the precursor/fragment ion pairs required by claims 15, 17, and 25 are necessarily absent from Figure 3.

DLMR_795845

QUESTMS-00002072

Atty. Dkt. No. 054769-9991

Additionally, with respect to claim 17, Yeung's work is limited to vitamin $D_3$ related analytes. There is nothing in Figure 2 or Figure 3 showing spectra generated for any vitamin $D_2$ related analyte.

If, upon further review, the Examiner maintains the position that Yeung demonstrates the ion pairs recited in claims 15, 17, and 25, Applicants respectfully request that the Examiner clearly identify the precise location of these ion pairs in the next Office Action.

### B.    Rejections over Yeung, Armbruster, and Higashi

Claims 9, 11-13, 20-24, and 28-29 stand rejected under 35 U.S.C. § 103(a) as being unpatentable over Yeung in view of Armbruster, and further in view of Higashi et al. (Biol. Pharm. Bull. 24:738-43 (2001); hereinafter "Higashi"). Independent claims 1, 20, and 25, from which all rejected claims depend, have been amended. Applicants respectfully submit that claims 9, 11-13, 20-24, and 28-29 are not obvious over Yeung in light of Armbruster. Applicants further submit that new claim 49, which depends from claim 20, also is not obvious.

#### 1. Claims 9 and 11-13

Claims 9 and 11-13 depend from claim 1, and further specify that the analyzed dihydroxyvitamin D metabolites comprise $1\alpha,25(OH)_2D_2$. As described above, claim 1 has been amended to determine the amount of dihydroxyvitamin D metabolites in a biological sample, when taken from a human, by a tandem mass spectrometry method utilizing atmospheric pressure chemical ionization (APCI). None of Yeung, Armbruster, or Hiagashi provide any reasonable expectation of success for quantitation of $1\alpha,25(OH)_2D_2$ in biological samples when taken from a human. Further, none of Yeung, Armbruster, or Hiagashi demonstrate ionization of $1\alpha,25(OH)_2D_2$ by APCI, nor do they provide a reasonable expectation that APCI would be useful for the claimed quantitative methods.

QUESTMS-00002073

Atty. Dkt. No. 054769-9991

### i. None of Yeung, Armbruster, nor Hiagashi teach or suggest quantitation of $1\alpha,25(OH)_2D_2$ in biological samples when taken from a human

The Examiner asserts that Higashi's disclosure of simultaneous determination of monohydroxyvitamin $D_2$ and $D_3$ makes it obvious to modify the methods of Yeung/Armbruster to simultaneously quantitate dihydroxyvitamin $D_2$ and $D_3$. Even if the Examiner's assertion is assumed *arguendo*, the combined references provide no reasonable expectation that the methods of Yeung and Armbruster could be modified to quantitate any dihydroxyvitamin D metabolite in a biological sample at physiological levels.

As described above, Yeung is unable to detect $1\alpha,25(OH)_2D_3$ at physiological levels, even when the analyte is dissolved in pure ethanol. Also as already discussed, assay sensitivity for mass spectrometric analysis of a particular analyte in a complex sample matrix is unpredictable and may be diminished by ion suppression by co-eluting species. Armbruster makes no mention of any mass spectrometry technique, and therefore, fails to cure the deficiency of Yeung or provide any reasonable expectation of successfully modifying Yeung's method to achieve the claimed methods.

Higashi also fails to cure this deficiency. Higashi reports that "the practical minimal measurable amount" of both $25(OH)D_2$ and $25(OH)D_3$ (by a method utilizing APCI ionization) was the same (*ca.* 3 ng/mL). Higashi, p. 742, left column, first paragraph. Thus, at best, Higashi provides no reason to expect that sensitivity for detection of $1\alpha,25(OH)_2D_2$ is any better than that achievable for $1\alpha,25(OH)_2D_3$. As Yeung is incapable of detecting $1\alpha,25(OH)_2D_3$ at physiological levels even in simple ethanol samples, there is no expectation that $1,25(OH)_2D_2$ could be detected at physiological levels even in a similar sample matrix, much less in the biological samples required by the pending claims.

DLMR_795845

QUESTMS-00002074

Atty. Dkt. No. 054769-9991

> ii. None of Yeung, Armbruster, nor Higashi teach or suggest APCI for quantitation of dihydroxyvitamin D metabolites in biological samples at levels present when taken from a human

As indicated above, neither Yeung nor Armbruster teach or suggest APCI for ionization of dihydroxyvitamin D metabolites. Higashi uses APCI to ionize monohydroxyvitamin D metabolites in biological samples. However, Higashi fails to provide an indication that APCI could be useful for quantitating $1\alpha,25(OH)_2D_2$, or any other dihydroxyvitamin D metabolite, in biological samples at levels present when taken from a human.

Plasma concentrations of dihydroxyvitamin D metabolites are significantly lower than those for the monohydroxyvitamin D metabolites, with exemplary normal plasma concentration being $1.6 \pm 0.6$ ng/mL for $24,25(OH)_2D_3$ and $55 \pm 10$ pg/mL for $1,25(OH)_2D_3$. Yeung, p. 116, left column, second paragraph. See also, Markestad et al., Am. J. Clin. Nutrition, 40:1057-63 (1984), reporting maternal serum concentrations of $1,25(OH)_2D_2$ of $90.1 \pm 31.2$ pg/mL *after 20-30 weeks of vitamin $D_2$ supplementation*, (Exhibit 3).

Higashi reports that the "minimal measurable amount" achieved was *ca.* 3 ng/mL for both $25(OH)D_2$ and $25(OH)D_3$, and provides no reason to expect better sensitivities for any dihydroxy metabolites. Higashi, p. 742, left column, first paragraph.

Thus, even assuming *arguendo* a similar sensitivity for dihydroxy and monohydroxy metabolites, Higashi's minimal measurable amounts are too high for Higashi's method to be used for determination of dihydroxyvitamin D metabolites at physiological levels. Therefore, Higashi creates no expectation of success for a mass spectrometric method which includes APCI for quantitation of dihydroxyvitamin D metabolites in biological samples present when taken from a human.

> iii. Rebuttal of obviousness of ions of claims 12-13

The Examiner asserts that the specific ions in claims 12-13 (for PTAD derivatized $1,25(OH)_2D_2$) would be achieved by Yeung/Armbruster in view of Higashi. This assertion appears to be based on inherency and the Examiner has cited no scientific evidence as basis.

DLMR_795845

QUESTMS-00002075

Applicants respectfully submit that this assertion is therefore improper as the Examiner has not met the appropriate burden to establish an inherency rejection. Despite the Examiner's failure to sufficiently establish a basis for an inherency rejection, Applicants provide the following rebuttal which demonstrates that the m/z values of precursor and fragment ions of a particular analyte are not inherent to all mass spectrometric methods.

As evidence of the variability of ions generated under different conditions from the same analyte, Applicants respectfully direct the Examiner's attention to ionization of 1,25(OH)₂D₃ by Coldwell and Kissmeyer (relied upon in rejections below). Both references report specific ions generated by ionizing 1,25(OH)₂D₃; however, none of the ions recited in Coldwell match those recited in Kissmeyer. See, Coldwell, Table 3, p. 355, and Kissmeyer, Figures 2A and 2B, p. 97.

One possible explanation for the different ion profiles in the two studies stems from differences in the ionization sources (EI versus ESI). This further bolsters Applicants' contention that the use of APCI and the resulting ions are not obvious. It is only after actual generation and detection of the particular ions generated by APCI would these ions be known.

As none of Yeung, Armbruster, or Higashi report ions with the m/z recited in claims 12-13, Applicant submits that the specific ions are not obvious.

### iv. Conclusion

In sum, one or more elements of claims 9 and 11-13 are not disclosed by the combination of Yeung, Armbruster, and Higashi. Additionally, Yeung, Armbruster, and Higashi do not create a reasonable expectation of success for quantitation of 1α,25(OH)₂D₂ in a biological sample, when taken from a human, by a tandem mass spectrometry method utilizing atmospheric pressure chemical ionization (APCI). Applicants respectfully submit that the rejection of claims 9 and 11-13 should be withdrawn.

### 2. Claims 20-24 and new Claim 49

As amended, claim 20 is directed to a method for determining the amount of 1,25(OH)₂D₂ in a biological sample when taken from a human, by tandem mass spectrometry.

QUESTMS-00002076

Independent claim 20 differs from claim 1 in being directed to analysis of a single dihydroxyvitamin D metabolite ($1,25(OH)_2D_2$) by methods which require derivatization prior to mass spectrometric detection of specific PTAD-$1,25(OH)_2D_2$ precursor and fragment ions. Claim 20 further differs from claim 1 in that APCI is not required.. Dependent claims 23 and 24 further require simultaneous determination of $1,25(OH)_2D_3$ (claim 23) with specific PTAD-$1,25(OH)_2D_3$ precursor and fragment ions (claim 24).

As discussed above, none of Yeung, Armbruster, or Hiagashi provide any reasonable expectation of success for quantitation of $1\alpha,25(OH)_2D_2$ (alone or simultaneously with $1\alpha,25(OH)_2D_3$) in a biological sample when taken from a human. Further, the ions generated during a mass spectrometry technique will vary depending on instrumental specifics and ionization conditions employed, making the novel ions of claims 20-24 nonobvious.

As such, Applicants respectfully submit that for at least these reasons, the rejection of claims 20-24 should be withdrawn. Applicants respectfully submit that new claim 49 is not obvious for at least these reasons.

### 3. Claims 28-29

Claims 28-29 depend from amended claim 25, and thus require determining the amount of $1,25(OH)_2D_2$ in a biological sample when taken from a human (claim 28) with specific PTAD-$1,25(OH)_2D_2$ ions (claim 29).

As discussed above, none of Yeung, Armbruster, or Hiagashi provide any reasonable expectation of success for quantitation of $1\alpha,25(OH)_2D_2$ (alone or simultaneously with $1\alpha,25(OH)_2D_3$) in a biological sample when taken from a human. Further, the ions generated during a mass spectrometry technique will vary depending on instrumental specifics and ionization conditions employed, making the novel ions of claims 29 nonobvious.

As such, Applicants respectfully submit that for at least these reasons, the rejection of claims 28-29 should be withdrawn.

QUESTMS-00002077

### C.    Rejections over Coldwell and Kissmeyer

Claims 1-4, 9-11, 16-19, and 30-45 stand rejected under 35 U.S.C. § 103(a) as being unpatentable over Coldwell et al. (J. Mass Spectrom. 30:348-56 (1995); hereinafter "Coldwell") in view of Kissmeyer et al. (J. Chromatog. A. 935:93-103 (2001); hereinafter "Kissmeyer") and Armbruster. Independent claims 1, 30, and 35, from which all other rejected claims depend, have been amended. Also as indicated above, claims 2-3 and 40-45 have been canceled by way of the instant amendment, thus rendering the rejection of these claims moot. Applicants respectfully submit that claims 1, 4, 9-11, 16-19, and 30-39 are not obvious over Coldwell in light of Kissmeyer and Armbruster. Applicants further submit that new claims 46-48, 51, and 52, which depend from claims 1, 30, and 35, should not be subject to this rejection as well.

#### 1. Claims 1, 4, 9-11, 16-19, and new Claims 46-48

Amended claim 1 is directed to a method for determining the amount of dihydroxyvitamin D metabolites in a biological sample when taken from a human, with the method requiring generation of a precursor ion by APCI. None of Coldwell, Kissmeyer, or Armbruster teach or suggest determining the amount of dihydroxyvitamin D metabolites in a biological sample when taken from a human by a method which includes ionization by APCI. Further, none of Coldwell, Kissmeyer, or Armbruster provide a reasonable expectation of success for the claimed methods.

##### i. None of Coldwell, Kissmeyer, or Armbruster teach or suggest APCI

Coldwell describes detection, but not quantitation, of various derivatized and underivatized dihydroxyvitamin D metabolites. See Coldwell, p. 355, Table 3, listing observed peaks for various dihydroxyvitamin D analytes. Coldwell makes no mention of APCI, but rather uses electron impact (EI) ionization to generate the reported ions.

Kissmeyer also fails to teach or suggest APCI as an ionization source. Kissmeyer describes determining the amount of $1,25(OH)_2D_3$ in plasma. However, like Coldwell, Kissmeyer does not mention APCI. Instead, Kissmeyer teaches electrospray ionization (ESI).

DLMR_795845

QUESTMS-00002078

Atty. Dkt. No. 054769-9991

As previously indicated, Armbruster has nothing to do with mass spectrometry, and therefore fails to cure this deficiency.

Thus, none of Coldwell, Kissmeyer, or Armbruster teaches or suggests APCI as an ionization source for the quantitation of dihydroxyvitamin D metabolites.

> ii. None of Coldwell, Kissmeyer, or Armbruster provide a reasonable expectation of success for use of APCI in determining the amount of dihydroxyvitamin D metabolites in a biological sample when taken from a human.

Applicants reiterate that it is generally known in the art that levels at which a particular analyte may be quantitated in a particular sample matrix by an APCI-MS technique are unpredictable absent an actual demonstration. As none of Coldwell, Kissmeyer, or Armbruster teach or suggest that dihydroxyvitamin D metabolites could be quantitated by APCI-MS in biological samples when taken from a human, Applicants respectfully submit that there is no reasonable expectation for success of the claimed methods.

> iii. Rebuttal of obviousness of ions of claims 16 and 17

The Examiner asserts that the specific $1,25(OH)_2D_2$ precursor and fragment ions of claims 16 and 17 would be achieved by Yeung/Armbruster in view of Higashi. This assertion appears to be based on inherency and the Examiner has cited no scientific evidence as basis. Applicants respectfully submit that this assertion is therefore improper as the Examiner has not met the appropriate burden to establish an inherency rejection. Despite the Examiner's failure to sufficiently establish a basis for an inherency rejection, Applicants reiterate the following rebuttal which demonstrates that m/z values of precursor and fragment ions of a particular analyte are not inherent to all mass spectrometric methods.

Evidence of the variability of ions from the same analyte generated under different conditions is found in Coldwell's and Kissmeyer's description of ions observed from ionization (and Kissmeyer's fragmentation) of $1,25(OH)_2D_3$. Both references report specific ions generated by ionizing $1,25(OH)_2D_3$; however, none of the ions recited in Coldwell match those recited in

DLMR_795845

QUESTMS-00002079

Kissmeyer. See, Coldwell, Table 3, p. 355, and Kissmeyer, Figures 2A and 2B, p. 97. Perhaps more importantly, none of the precursor/fragment ion pairs reported by Kissmeyer match the $1,25(OH)_2D_3$ precursor/fragment ion pairs recited in any of the instant claims.

Thus, Applicants respectfully submit that absent an actual demonstration of generation of the claimed $1,25(OH)_2D_2$ precursor/fragment ion pairs, these ions are not inherent in any reported method.

### iv. Conclusion

For the reasons stated above, Applicants respectfully submit that the rejection of claims 1, 4, 9-11, and 16-19 should be withdrawn. Additionally, Applicants submit that this rejection should not apply to new claims 46-48, which depend from claim 1

### 2. Claims 30-34, and new claim 51

As amended, claim 30 is directed to a method for determining the amount of $1,25(OH)_2D_2$ in a biological sample when taken from a human, by tandem mass spectrometry. Independent claim 30 differs from claim 1 in being directed to analysis of a single dihydroxyvitamin D metabolite ($1,25(OH)_2D_2$) by methods which require mass spectrometric detection of specific $1,25(OH)_2D_2$ precursor and fragment ions. Claim 30 further differs from claim 1 in that APCI is not required.. None of Coldwell, Kissmeyer, or Armbruster teach or suggest the specific $1,25(OH)_2D_2$ precursor and fragment ions recited in claim 30. Further, Coldwell, Kissmeyer, or Armbruster do not create a reasonable expectation of success for quantitation of $1,25(OH)_2D_2$ in a biological sample when taken from a human.

### i. Rebuttal of obviousness of ions of claims 30-34

The Examiner asserts that the specific $1,25(OH)_2D_2$ precursor and fragment ions of claims 30-34 would be achieved by Yeung/Armbruster in view of Higashi. This assertion appears to be based on inherency and the Examiner has cited no scientific evidence as basis. Applicants respectfully submit that this assertion is therefore improper as the Examiner has not met the appropriate burden to establish an inherency rejection. Despite the Examiner's failure to

QUESTMS-00002080

sufficiently establish a basis for an inherency rejection, Applicants reiterate the following rebuttal which demonstrates that m/z values of precursor and fragment ions of a particular analyte are not inherent to all mass spectrometric methods.

Evidence of the variability of ions generated under different conditions from the same analyte is found in Coldwell's and Kissmeyer's description of ions observed from ionization (and Kissmeyer's fragmentation) of $1,25(OH)_2D_3$. Both references report specific ions generated by ionizing $1,25(OH)_2D_3$; however, none of the ions recited in Coldwell match those recited in Kissmeyer. See, Coldwell, Table 3, p. 355, and Kissmeyer, Figures 2A and 2B, p. 97. Perhaps more importantly, none of the precursor/fragment ion pairs reported by Kissmeyer match the $1,25(OH)_2D_3$ precursor/fragment ion pairs recited in any of the instant claims.

Thus, Applicants respectfully submit that absent an actual demonstration of generation of the claimed $1,25(OH)_2D_2$ precursor/fragment ion pairs, these ions are not inherent in any reported method.

### ii. None of Coldwell, Kissmeyer, or Armbruster provide a reasonable expectation of success for detecting the amount of $1,25(OH)_2D_2$ in a biological sample when taken from a human.

None of Coldwell, Kissmeyer, or Armbruster demonstrate quantitation of $1,25(OH)_2D_2$. Applicants respectfully submit that it is generally known in the art that the level at which it is possible to quantitate a particular analyte in a particular sample matrix is unpredictable, at least in part due to ion suppression effects from complex samples. See, Exhibits 1 and 2 above. Thus, Applicants respectfully submit that none of Coldwell, Kissmeyer, or Armbruster teaches or suggests an ability to detect $1,25(OH)_2D_3$ present in biological samples when taken from a human. Thus, given the known unpredictability of the art, there is no reasonable expectation of success.

### iii. Conclusion

For the reasons stated above, Applicants respectfully submit that the rejection of claims 1, 4, 9-11, and 16-19 should be withdrawn. Additionally, Applicants submit that this rejection

DLMR_795845

QUESTMS-00002081

should not apply to new claim 50. New claim 50 is further distinguished by requiring APCI. As discussed extensively above, Coldwell, Kissmeyer, and Armbruster do not teach or suggest APCI for ionization of $1,25(OH)_2D_2$.

### 3. Claims 35-39, and new claim 52

As amended, claim 35 is directed to a method for determining the amount of $1,25(OH)_2D_3$ in a biological sample when taken from a human, by tandem mass spectrometry. Independent claim 35 differs from claim 1 in being directed to analysis of a single dihydroxyvitamin D metabolite ($1,25(OH)_2D_3$) by methods which require mass spectrometric detection of specific $1,25(OH)_2D_3$ precursor and fragment ions. Claim 30 further differs from claim 1 in that APCI is not required..

With respect to the specific $1,25(OH)_2D_3$ precursor and fragment ions of claims 35-39, Applicants reiterate that m/z values of precursor and fragment ions of a particular analyte are not inherent to all mass spectrometric methods.

Evidence of the variability of ions generated under different conditions from the same analyte is found in Coldwell's and Kissmeyer's description of ions observed from ionization (and Kissmeyer's fragmentation) of $1,25(OH)_2D_3$. Both references report specific ions generated by ionizing $1,25(OH)_2D_3$; however, none of the ion pairs recited in Kissmeyer, or the precursor ions recited in Coldwell match required by claims 35-39. See, Coldwell, Table 3, p. 355, and Kissmeyer, Figures 2A and 2B, p. 97. In fact, none of the ions of Kissmeyer even match any of those reported by Coldwell.

Thus, Applicants respectfully submit that absent an actual demonstration of generation of the claimed $1,25(OH)_2D_3$ precursor/fragment ion pairs, these ions are not inherent in any reported method.

Applicants respectfully submit that the rejection of claims 35-39 should be withdrawn. Additionally, Applicants submit that this rejection should not apply to new claim 52. New claim 55 is further distinguished by requiring APCI. As discussed extensively above, Coldwell, Kissmeyer, and Armbruster do not teach or suggest APCI for ionization of $1,25(OH)_2D_3$.

DLMR_795845

QUESTMS-00002082

Atty. Dkt. No. 054769-9991

### III.   Allowable Subject Matter

The Examiner has recognized that the subject matter of claim 8 would be allowable if rewritten in independent form. In the indicia of allowable subject matter, the Examiner states that the prior art does not teach or suggest derivatizing vitamin D metabolites with 4'-carboxyphenyl-TAD prior to mass spectrometry. Accordingly, Applicant has conformed new claim 53 to the characteristics of allowibility as specified by the Examiner. Claim 8 has been canceled, and new claims 53-58 added.

Therefore, Applicant submits that new claims 53-58 are novel and non-obvious, and are in immediate condition for allowance.

### IV.   Double Patenting

The Examiner has asserted provisional nonstatutory obviousness-type double patenting rejections over various claims of co-pending Applications 11/101,166, 11/386,215, 12/630,790, and 12/630,796. In the interim, Application 11/101,166 has issued as U.S. Patent No. 7,745,226. With respect to the rejections over the various claims of Applications 11/386,215, 12/630,790, and 12/630,796, Applicants request that these provisional rejections be held in abeyance until otherwise allowable subject matter is identified. Applicant will address any address any provisional double patenting rejections at that time, should those rejections remain.

With respect to the rejection over claims of U.S. Patent 7,745,226, Applicants submit that the instant claims are not rendered obvious by the claims directed to detection or quantitation of **monohydroxy**vitamin D metabolites (specifically, $25(OH)D_2$ and $25(OH)D_3$). The instant claims recite methods for quantitating **dihydroxy**vitamin D metabolites. As discussed above, detection or quantitation of one analyte is <u>not</u> predictive of the levels at which another analyte may be able to be quantitated. Additionally to the extent that the current claims recite specific m/z ratios, the m/z of precursor and fragment ions that may be generated from an analyte are not

QUESTMS-0000208

predictable. Thus, the pending claims are not obvious over the claims of U.S. Patent 7,745,226, and this rejection should be withdrawn.

## V.    **CONCLUSION**

Applicants respectfully submit that the pending claims are in condition for allowance. Should any matters remain outstanding, the Examiner is encouraged to contact the undersigned at the telephone number listed below so that they may be resolved without the need for a written action.

The Commissioner is hereby authorized to charge any fees which may be required regarding this application under 37 C.F.R. §§ 1.16-1.17, or credit any overpayment, to Deposit Account No. 19-0741. Should no proper payment be enclosed herewith, as by a check or credit card payment form being in the wrong amount, unsigned, post-dated, otherwise improper or informal or even entirely missing, the Commissioner is authorized to charge the unpaid amount to Deposit Account No. 19-0741. If any extensions of time are needed for timely acceptance of papers submitted herewith, Applicants hereby petition for such extension under 37 C.F.R. §1.136 and authorizes payment of any such extensions fees to Deposit Account No. 19-0741.

Respectfully submitted,

Date   10/22/10                                  By _____

FOLEY & LARDNER LLP                              Barry S. Wilson, Reg. No. 39,431
P.O. Box 80278                                   Anthony C. Kuhlmann, Reg. No. 57,147
San Diego, California  92138-0278                Attorneys for Applicants
Telephone:    (858) 847-6722
Facsimile:    (858) 792-6773

DLMR_795845

QUESTMS-00002084

# EXHIBIT D



ELSEVIER

Journal of Chromatography A, 935 (2001) 93–103

JOURNAL OF
CHROMATOGRAPHY A

www.elsevier.com/locate/chroma

# Sensitive analysis of 1α,25-dihydroxyvitamin D₃ in biological fluids by liquid chromatography–tandem mass spectrometry

Anne-Marie Kissmeyer*, Kim Sonne

*Department of Pharmacokinetics and Metabolism, Leo Pharmaceutical Products, DK-2750 Ballerup, Denmark*

## Abstract

A liquid chromatographic–tandem mass spectrometric assay using 5% bovine serum albumin as the calibration matrix has been developed for the quantitative analysis of 1α,25-dihydroxyvitamin D₃ [1α,25(OH)₂D₃] in biological fluids. The analyte was extracted from the matrix after protein precipitation using an automated solid-phase extraction procedure involving both a reversed-phase and normal-phase procedure on a single C₁₈ cartridge. The analytical chromatography was performed using a Symmetry C₈ 50×2.1 mm, 3.5 μm column. The mobile phase was a linear gradient from 75 to 99% methanol with a constant concentration of 2 m$M$ ammonium acetate. 1α,25(OH)₂D₃ and the internal standard [²H₆]1α,25(OH)₂D₃ were detected by using MS–MS. The ion source was operated in the positive electrospray ionisation mode. The assay is specific, sensitive, and has a capacity of more than 100 samples per day, with a limit of quantitation of 20 pg ml⁻¹ for a 1.0-ml sample aliquot. The assay has been used for the analysis of 1α,25(OH)₂D₃ in serum from rats and pigs simultaneously with the analysis of the vitamin D analog seocalcitol.  © 2001 Elsevier Science B.V. All rights reserved.

*Keywords:* Validation; Stability studies; Vitamins; Seocalcitol; Calcitriol

## 1. Introduction

1α,25-dihydroxyvitamin D₃ [1α,25(OH)₂D₃] is the physiologically active form of vitamin D₃. Vitamin D₃ is formed in the skin from its precursor 7-dehydrocholesterol after UV irradiation or it is absorbed from the diet [1]. In the 1920s it was discovered that vitamin D₃ had a positive effect on rickets [2,3]. But it took about 50 years before it was demonstrated that 1α,25(OH)₂D₃ is the active form of vitamin D₃ [4,5]. The activation to 1α,25(OH)₂D₃ occurs initially in the liver, where vitamin D₃ is hydroxylated to 25-hydroxy vitamin D₃ (25OHD₃) [6], and subsequently 25OHD₃ is hydroxylated to 1α,25(OH)₂D₃ in the kidney [4,7]. The physiological level of 1α,25(OH)₂D₃ in the blood steam is in the low pg ml⁻¹ range [8].

The classical function of 1α,25(OH)₂D₃ is to maintain the extracellular concentration of calcium and phosphorus in the physiological range and to stimulate bone mineralisation [9]. However, in the 1980s it was discovered that 1α,25(OH)₂D₃ also exerts other biological activities. These effects include cell growth regulation (inhibition of proliferation and induction of differentiation) of various cell types, for example cancer cells, skin cells, and cells of the immune system [9]. The effect of 1α,25(OH)₂D₃ is mediated via a specific intracellular receptor, which belongs to the superfamily of

---

*Corresponding author. Tel.: +45-44-923-800; fax: +45-44-845-880.

*E-mail address:* anne-marie.kissmeyer@leo-pharma.com (A.-M. Kissmeyer).

0021-9673/01/$ – see front matter  © 2001 Elsevier Science B.V. All rights reserved.
PII: S0021-9673(01)00985-2

*A.-M. Kissmeyer, K. Sonne / J. Chromatogr. A 935 (2001) 93–103*

steroid receptors [10]. After binding to $1\alpha,25(OH)_2D_3$, the receptor–ligand complex acts as a transcription factor that binds to the vitamin D responsive elements (VDREs) on the genome and regulates the expression of a number of genes involved in calcium homeostasis or in the control of cell growth and differentiation, depending on the target cell.

The clinical usefulness of $1\alpha,25(OH)_2D_3$ is mainly limited by its effect on calcium metabolism, with the risk of inducing hypercalcemia and soft tissue calcifications. On the other hand, the promising effects on cell growth regulation have encouraged the search for vitamin D analogs with strong effects on the cell growth regulation combined with a reduced activity in the calcium metabolism. Thus, analogs for the treatment of psoriasis, cancer, and immunological diseases have been or are under development. This includes, for example, calcipotriol [11], tacalcitol [12,13], 22-oxacalcitriol [14], seocalcitol [15], and lexacalcitol [16]. Other analogs, e.g. $F_6-1\alpha,25(OH)_2D_3$ [17], 19-nor-$1\alpha,25(OH)_2D_2$ [18], 22-oxacalcitriol [19], and ED 71 [20] have been or are under development for the treatment of secondary hyperparathyroidism, renal osteodystrophy, and osteoporosis. In addition, to the above synthetic analogs, $1\alpha$-hydroxyvitamin $D_2$ ($1\alpha OHD_2$) is a prodrug of $1\alpha,25(OH)_2D_3$ that has been clinically used for many years for the treatment of renal osteodystrophy [21], and $1\alpha$-hydroxyvitamin $D_3$ ($1\alpha OHD_3$) has recently been approved for the treatment of secondary hyperparathyroidism [22]. Both prodrugs are converted in the liver to $1\alpha,25(OH)_2D_3$ and $1\alpha,24(OH)_2D_2$ or $1\alpha,25(OH)_2D_2$, respectively [23,24].

$1\alpha,25(OH)_2D_3$ and vitamin D analogs are active after oral administration of very low doses or after topical application. For example, the anticancer analog seocalcitol is orally administered to humans in doses from 1 to 25 μg per individual [25,26]. Consequently, highly sensitive assays in the picogram range or lower are required in order to study pharmacokinetics in humans, but also to investigate toxicokinetics in animals.

Various sensitive assays for the analysis of $1\alpha,25(OH)_2D_3$ or its analogs in serum have been published over the past 5–10 years [27–32]. However, as discussed recently [33] none of these assays

is suitable for routine analysis or applicable for metabolites or analogs of vitamin D in general. The introduction of the latest generation of triple quadrupole mass spectrometers, e.g. PE/Sciex API 3000, in the late 1990s has now made it possible to obtain highly sensitive liquid chromatography–tandem mass spectrometric assays for metabolites and analogs of vitamin D. Recently, two sensitive assays for the analysis of seocalcitol and 22-oxacalcitriol, respectively, in serum were independently reported [33–35]. Both assays include two solid-phase extraction procedures followed by reversed-phase LC–electrospray ionisation (ESI)-MS–MS, and they are both reported to be suitable for routine analysis. Vitamin D analogs are known to suppress the level of endogenous $1\alpha,25(OH)_2D_3$ [25,28,29,36]. It would therefore be valuable, if the level of $1\alpha,25(OH)_2D_3$ could be determined simultaneously with the investigation of the serum concentrations of an analog. Hence, the present paper is a follow-up on the first LC–MS–MS assay of seocalcitol in serum [33], and it describes how this assay is also applicable to the analysis of $1\alpha,25(OH)_2D_3$ separately or simultaneously with seocalcitol (Fig. 1).

## 2. Experimental

### 2.1. Materials

$1\alpha,25(OH)_2D_2$ and $[26,27-^2H_6]-1\alpha,25(OH)_2D_3$ [internal standard (I.S.)] (Fig. 1) were synthesised at Leo Pharmaceutical Products (Ballerup, Denmark). All other chemicals and reagents were commercially available. All solvents were HPLC-grade. Ammonium acetate was analytical reagent-grade and nitrogen gas was 99.999% pure.

### 2.2. Samples for validation of the $1\alpha,25(OH)_2D_3$ assay

Serum from the relevant species (e.g., rats, pigs, and humans) contains endogenous $1\alpha,25(OH)_2D_3$, and in rats and pigs the level is in the 50–100 pg $ml^{-1}$ range, however, it is somewhat lower in humans. Therefore, it was decided to use a 5% bovine serum albumin (BSA) solution as the matrix for the validation of the $1\alpha,25(OH)_2D_3$ assay. Prior

A.-M. Kissmeyer, K. Sonne / J. Chromatogr. A 935 (2001) 93–103

Fig. 1. The chemical structure of $1\alpha,25(OH)_2D_3$ (left) and seocalcitol (right). The asterisks show the deuterium position in the internal standard $[^2H_6]1\alpha,25(OH)_2D_3$.

to validation it was verified that the slope of a $1\alpha,25(OH)_2D_3$ spiked 5% BSA calibration curve was identical to the slope of the spiked serum curves. The 5% BSA solution was also chosen instead of pure water as vitamin D analogs in aqueous solutions easily adsorb to glassware etc. when neither an organic solvent nor some protein is present.

### 2.2.1. Standards and quality control samples (calibration curves and precision/accuracy)

To perform a standard curve, 1.00 ml of 5% bovine serum albumin was spiked with 50 μl of calibration standards [33]. The concentration of $1\alpha,25(OH)_2D_3$ in the calibration samples was 0, 20, 40, 60, 80, and 100 pg ml$^{-1}$, respectively, and the concentration of the I.S. was approximately 1000 pg ml$^{-1}$. Quality control (QC) samples were prepared correspondingly at 20, 50, and 100 pg ml$^{-1}$.

### 2.2.2. Selectivity samples

One millilitre ($N=6$) of serum from rat, pig or human was precipitated with two volumes of acetonitrile with and without the I.S. Subsequently, the precipitated samples were handled as above. In addition, serum samples collected from rats and pigs with normal and completely suppressed levels of endogenous $1\alpha,25(OH)_2D_2$ were used to investigate selectivity.

### 2.2.3. Recovery samples

One millilitre of 5% BSA was precipitated with two volumes of acetonitrile. Thereafter, the precipitated samples were handled in the same way as the

standards until reconstitution. The samples were reconstituted in calibration standards containing 20, 50, or 100 pg ml$^{-1}$ of $1\alpha,25(OH)_2D_3$ and 1000 pg ml$^{-1}$ of the I.S.

### 2.2.4. Freeze–thaw cycle stability

The stability following three freeze–thaw cycles was determined in authentic serum from rats and pigs. Three samples from each pool were immediately analysed. The pool from each species was frozen at $-18°C$ for 24 h and thawed unassisted at room temperature. When the pools were completely thawed, three samples from each pool were collected for immediate analysis. The remaining pools were returned to the freezer. The cycle of thawing and freezing was repeated two more times, and the samples were collected and analysed after each cycle.

### 2.2.5. Autosampler stability

The effect of 24 h storage in the autosampler was investigated by using samples identical to the QC samples and authentic rat serum. The samples at each level were analysed in duplicate at time 0 and at 24 h.

### 2.3. Extraction procedures

All samples were extracted as previously described [33]. Briefly, 1 ml of sample was protein precipitated with two volumes of acetonitrile after the I.S. had been added. The supernatant was diluted with water and loaded to an Isolute MF $C_{18}$ solid

QUESTMS-00001282

phase extraction (SPE) column (100 mg; 1 ml) (IST, Mid-Glamorgan, UK). Following a washing procedure, the analytes were eluated with heptane–2-propanol (93:7). The organic solvent was evaporated and the residues were reconstituted in 200 μl of methanol–1 $M$ ammonium acetate–water (500:2: 500) before injection to the LC–MS–MS system.

## 2.4. Liquid chromatography–tandem mass spectrometry

The LC conditions have previously been described [33]. Briefly, the analytical column was a Symmetry $C_8$ 50×2.1 mm (I.D.) (3.5-μm particle size) (Waters, Milford, MA, USA). The mobile phase was a linear gradient from 75 to 99% methanol with a constant concentration of 2 m$M$ ammonium acetate with a flow-rate of 0.3 ml min$^{-1}$. The injection volume was 150 μl.

The mass detector was a PE/Sciex API 3000 Mass Spectrometer using a PE/Sciex TurboIonSpray ion source (Concord, Canada), which was operated in the positive ESI mode at 250°C. The settings were the same as described for seocalcitol [33] except for the multiple reaction monitoring (MRM) transitions of $1\alpha,25(OH)_2D_3$ and the I.S. The retention time for $1\alpha,25(OH)_2D_3$ and the I.S. was approximately 4.2 min.

## 2.5. Calculation of validation parameters

The method was validated over the concentration range of 20–100 pg ml$^{-1}$. The calibration curve was based on six spiked samples in singlet and QC samples in duplicate at three levels in three separate runs. A fixed amount of 1000 pg ml$^{-1}$ of $[^2H_6]1\alpha,25(OH)_2D_3$ was used as the I.S. for all samples. Calibration curves were constructed using 1/concentration weighted linear regression (peak height ratios vs. the concentrations). Peak heights, regression parameters, concentrations, and intra-run accuracy and precision were calculated using Turbo-Quan Version 1.0.

## 3. Results and discussion

The main objective of this work was to develop

and validate an assay to determine the level of endogenous $1\alpha,25(OH)_2D_3$ in serum in connection with toxicokinetic investigations of seocalcitol in rats and pigs, as vitamin D analogs at high doses are known to suppress the level of endogenous $1\alpha,25(OH)_2D_3$ [25,28,29,36]. Due to the presence of endogenous $1\alpha,25(OH)_2D_3$ in serum, most of the validation has been performed using 5% BSA as the matrix. The assay was set up to be used separately or simultaneously with seocalcitol.

### 3.1. MS–MS and selectivity

The ESI mass spectrum of $1\alpha,25(OH)_2D_3$ and the product ion mass spectrum of $1\alpha,25(OH)_2D_3$ are shown in Fig. 2. The most intense ion formed from $1\alpha,25(OH)_2D_3$ was $m/z$ 434, corresponding to the ammonium adduct ion ($[M+NH_4]^+$) (small amounts of, e.g., the $[M+Na]^+$ is also observed). The most intense product ion was $m/z$ 399 corresponding to a neutral loss of 35 mass units, e.g., water ($H_2O$) and ammonia ($NH_3$). The energy in the skimmer zone, the collision energy and collision gas setting have optimal settings identical to the settings for seocalcitol [33], which makes it possible to determine seocalcitol and $1\alpha,25(OH)_2D_3$ simultaneously. Other energy settings and higher temperature in the ion source were also investigated in order to obtain a more sufficient decomposition of $[M+NH_4]^+$. However, a more complete degradation of $[M+NH_4]^+$ did not increase the intensity of the base peak $[M+NH_4-35]$ in the MS–MS spectrum nor did other abundant product ions appear.

A neutral loss of 35 is usually not considered to be specific. However, by using the "phase-switching" solid-phase extraction clean-up procedure combined with reversed-phase HPLC a very high degree of selectivity was achieved. Typical selected reaction monitoring (SRM) chromatograms from pig serum are shown in Fig. 3. The left panel is a chromatogram of serum from an untreated pig with a significant signal corresponding to approximately 60 pg ml$^{-1}$ $1\alpha,25(OH)_2D_3$. The right panel is a chromatogram of serum from a pig treated with seocalcitol showing no signal corresponding to $1\alpha,25(OH)_2D_3$ (similar observations were done in rat serum). This is an indirect demonstration of the selectivity of the assay as we know that seocalcitol, at calcemic doses,

QUESTMS-00001283



Fig. 2. Full scan positive ESI ion mass spectrum of 1α,25(OH)$_2$D$_3$ ([M+NH$_4$]+ m/z of 434.5) (A). Product ion mass spectrum (MS–MS) of 1α,25(OH)$_2$D$_3$ ([M+NH$_4$]– m/z of 434.5) (B).

98                                         A.-M. Kissmeyer, K. Sonne / J. Chromatogr. A 935 (2001) 93–103



Fig. 3. Selected reaction monitoring (SRM) ion chromatogram of pig serum before treatment with seocalcitol. Transitions: $m/z$ 434.5→399.2 for $1\alpha,25(OH)_2D_3$ (A). Selected reaction monitoring (SRM) ion chromatogram of pig serum after 8 days treatment with seocalcitol (0.5 µg/kg once daily). Transitions: $m/z$ 434.5→399.2 for $1\alpha,25(OH)_2D_3$ (B).

QUESTMS-00001285

suppresses the level of endogenous $1\alpha,25(OH)_2D_3$ completely [25]. In addition, no interference was observed with the blank serum samples from rats, pigs, humans, and identical samples spiked with the $[^2H_6]$-$1\alpha,25(OH)_2D_3$ (the I.S.). Consequently, the transitions $m/z$ 434→399 and 440→405 could be used as the MRM settings.

All the vitamin analogs that we have investigated to date using the PE/Sciex API 3000 mass spectrometer form ammonium adduct ions as the base peak in single MS scans. Many of the analogs give the most intense product ions corresponding to a neutral loss of 35 mass units, e.g. water ($H_2O$) and ammonia ($NH_3$) in MS–MS scans. The signal-to-noise response might on the other hand be different, which is illustrated in Fig. 4 showing the SRM ion chromatogram of the 26-hydroxy and 26a-hydroxy derivatives of seocalcitol (these compounds are major or minor metabolites of seocalcitol) [37,38]. The different intensity of these six very similar compounds indicates that the sensitivity of the vitamin D analogs might not always be in the same range. Although many of the vitamin analogs investigated have a loss of 35 mass units there are also analogs which form completely different MS–MS spectra. For example one analog very similar to seocalcitol (one of the double bonds in the side chain is replaced by a triple bond), gives a MS–MS base peak of $m/z$ 135. Finally, the most intense product ion of 22-oxacalcitol is reported to be $m/z$ 297, which corresponds to a loss of 139 mass units [35].

### 3.2. Linearity of $1\alpha,25(OH)_2D_3$

The response function for the calibration curve covering the concentration of 20–100 pg ml⁻¹ was determined with every run within the validation. The best calibration curves were obtained using 1/concentration weighted linear regression (peak height ratio of the analyte versus the I.S., plotted against the concentration). The slopes, intercepts, and coefficients of regression appear in Table 1 and the residuals are stated in Table 2. The highest concentration in the standard curve has been chosen to be 100 pg ml⁻¹ because all serum samples are expected to contain less than 100 pg ml⁻¹. However, in connection with an extension of the assay it was

subsequently demonstrated that the linearity can be extended several fold upwards.

### 3.3. Precision and accuracy of $1\alpha,25(OH)_2D_3$

The precision and accuracy were investigated on two conditions: within run (intra-run) and between run (inter-run). Six determinations at three levels covering the analytical range were used to determine the intra-run precision and accuracy. Between the runs, parameters were assessed from duplicate samples at each level on three separate days. The precision is calculated as RSD (%)=standard deviation/mean·100%, and the accuracy is calculated as the percentage of nominal concentration[(measured conc./nominal conc.)·100%]. The intra- and inter-run precision and accuracy are given in Table 3. The repeatability (intra-run) and reproducibility (inter-run) were <15% at all levels. The accuracy was within 85–115% at all levels. The intra- and inter-run precision of endogenous $1\alpha,25(OH)_2D_3$ in rat and pig serum was also <15%. Due to the very low levels of endogenous $1\alpha,25(OH)_2D_3$ in the human serum available, it has been impossible to get any precision data in human serum so far.

### 3.4. Lower limit of quantitation (LLOQ) of $1\alpha,25(OH)_2D_3$

The lower limit of quantitation is defined as the lowest quantified level with precision of +20% and accuracy of 80–120%. From the results listed in Table 3 it can be seen that 20 pg ml⁻¹ of $1\alpha,25(OH)_2D_3$ in 5% BSA fulfils the definition of LLOQ. Ten pg ml⁻¹ was originally included in the validation, but it could not meet the LLOQ criteria.

### 3.5. Extraction recovery of $1\alpha,25(OH)_2D_3$

The extraction recovery was determined by analysis of six samples at three levels by comparison of the response from spiked and extracted samples and from extracted 5% BSA samples spiked with $1\alpha,25(OH)_2D_3$ and the I.S. after the extraction procedure. Recovery is given as the ratio between

QUESTMS-00001286



Fig. 4. Selected reaction monitoring (SRM) ion chromatogram (transition: $m/z$ 488.4→453.4) of 26-hydroxy and 26a-hydroxy derivatives of seocalcitol: 26a(I)-OH seocalcitol (1); (25R),26R-OH seocalcitol (2); (25R),26S-OH seocalcitol (3); 26a(II)-OH seocalcitol (4); (25S),26S-OH seocalcitol (5) and (25S),26R-OH seocalcitol in the relative concentrations: 0.5:1:1:0.4:1:1.

the mean height of a spiked sample versus the mean height of a blank sample spiked with analytes after extraction [including correction for the dilution (0.86) done in connection with the extraction]. The mean ($N=6$) recoveries are stated in Table 4. The data suggest the recoveries of $1\alpha,25(OH)_2D_3$ to be

QUESTMS-00001287

**Table 1**

Calibration curve equations using 1/concentration weighing of $1\alpha,25(OH)_2D_3$ in 5% BSA

| Run | Slope | Intercept | Correlation coefficient (r) |
|---|---|---|---|
| 1 | 0.00111 | 0.00639 | 0.9998 |
| 2 | 0.00105 | 0.00335 | 0.9994 |
| 3 | 0.00112 | 0.00038 | 0.9999 |

**Table 2**

Percentage residuals of the calibration curve of $1\alpha,25(OH)_2D_3$ in 5% BSA

| Nominal concentration (pg ml$^{-1}$) | Run no. (%) | | |
|---|---|---|---|
| | 1 | 2 | 3 |
| 20 | 1.1 | −1.2 | 0.5 |
| 40 | Ex[a] | 0.8 | −0.3 |
| 60 | −1.9 | 2.5 | −0.6 |
| 80 | −0.1 | −2.4 | −0.4 |
| 100 | 1.1 | 0.4 | 0.8 |

[a] Ex= Excluded to optimise linear regression.

**Table 3**

Intra- and inter-run precision and accuracy (N=6) of $1\alpha,25(OH)_2D_3$ in 5% BSA and authentic serum from rat and pig

| | | Nominal concentration in 5% BSA | | |
|---|---|---|---|---|
| | | 20 pg ml$^{-1}$ | 50 pg ml$^{-1}$ | 100 pg ml$^{-1}$ |
| Intra | Precision RSD (%) | 12.5 | 8.4 | 2.1 |
| | Accuracy (%) | 98 | 88 | 108 |
| Inter | Precision RSD (%) | 5.7 | 9.1 | 10.7 |
| | Accuracy (%) | 108 | 92 | 96 |
| | | Authentic serum samples | | |
| | | Rat | Pig | |
| Intra | Precision RSD (%) | 7.1 | 7.6 | |
| | Mean (pg ml$^{-1}$) | 87.5 | 80.0 | |
| Inter | Precision RSD (%) | 8.1 | 8.8 | |
| | Mean (pg ml$^{-1}$) | 74.1 | 83.8 | |

**Table 4**

Percentage recovery of $1\alpha,25(OH)_2D_3$ and $[^2H_6]1\alpha,25(OH)_2D_3$ from 5% BSA[a]

| Recovery (%) | | | |
|---|---|---|---|
| $1\alpha,25(OH)_2D_3$ | | | $[^2H_6]1\alpha,25(OH)_2D_3$ |
| 20 pg ml$^{-1}$ | 50 pg ml$^{-1}$ | 100 pg ml$^{-1}$ | 1000 pg ml$^{-1}$ |
| 52 (10/4.6) | 59 (6.2/3.3) | 59 (5.2/2.1) | 57 (4.9/3.7) |

[a] The numbers in brackets are RSDs (%) of the peak height found in spiked and extracted samples and in blank samples spiked after the extraction procedure, respectively.

independent on the concentration in the tested ranges.

### 3.6. Stability

The stability of $1\alpha,25(OH)_2D_3$ under various conditions was investigated. A stock solution of 100 µg ml$^{-1}$ of $1\alpha,25(OH)_2D_3$ in 2-propanol was demonstrated to be stable for at least 1 year when stored at −18°C. A working solution of 40 ng ml$^{-1}$ of $1\alpha,25(OH)_2D_3$ in methanol was found to be stable for at least 1 month at −18°C. The stability of $1\alpha,25(OH)_2D_3$ was also investigated in rat and pig serum. After three freeze–thaw cycles, the concentrations were within 85–115% range of the initial concentration (Table 5). The extended stability of $1\alpha,25(OH)_2D_3$ in serum stored at −18°C and −80°C is on-going. Data are not yet available. Finally, stability of $1\alpha,25(OH)_2D_3$ in extracted and reconstituted 5% BSA or rat serum samples stored in the autosampler at 8°C for 24 h was demonstrated, as the

QUESTMS-00001288

Table 5
Freeze–thaw stability of $1\alpha,25(OH)_2D_3$ in rat and pig serum

| Species | Percentage of initial concentration after three freeze–thaw cycles |
|---------|--------------------------------------------------------------------|
| Rat     | 102                                                                |
| Pig     | 89                                                                 |

concentrations compared between 0 and 24 h of storage were within the above ranges of acceptance (Table 6).

### 3.7. Application of the assay

After validation the assay has successfully been used to simultaneously determine the level of endogenous $1\alpha,25(OH)_2D_3$ and seocalcitol after repeated administration of seocalcitol to rats and pigs [38]. The chromatograms in Fig. 3 originate from a toxicokinetic study in pigs demonstrating that repeated administration of toxicological doses of seocalcitol completely suppresses the endogene presence of $1\alpha,25(OH)_2D_3$ in serum. The validation of $1\alpha,25(OH)_2D_3$ in human serum has not yet been fully completed, as the LC–MS–MS assay needs to be cross-validated against the presently most-used assays, e.g., the receptor binding assay and the radioimmunoassay [39–41]. In addition, due to the lower levels of $1\alpha,25(OH)_2D_3$ in human serum (at least from Scandinavians) compared to rats and minipigs it is necessary to use an aliquot of 2 ml of serum in order to obtain a sufficient sensitivity ($LLOQ \leq 10$ pg ml$^{-1}$).

The assay has also been utilised for other purposes. For example, the assay is used to determine the level of $1\alpha,25(OH)_2D_3$ and $24,25(OH)_2D_3$ in different cell cultures [42]. $24,25(OH)_2D_3$ is another metabolite of vitamin $D_3$ showing the same optimal MRM setting as $1\alpha,25(OH)_2D_3$ but with a shorter retention time. In addition, as to cell culture samples,

Table 6
Twenty-four hour autosampler stability of $1\alpha,25(OH)_2D_3$ in 5% BSA and rat serum in reconstituted samples

| Percentage of nominal concentration at 24 h in autosampler | | | |
|------------------|------------------|-------------------|-----------|
| 25 pg ml$^{-1}$  | 50 pg ml$^{-1}$  | 100 pg ml$^{-1}$  | Rat serum |
| 97               | 99               | 97                | 89        |

the sample preparation procedure can be modified by using a liquid-phase extraction procedure instead of the solid-phase extraction procedure.

### 4. Conclusion

A liquid chromatography–tandem mass spectrometry assay for the determination of $1\alpha,25(OH)_2D_3$ has been developed and validated with a lower limit of quantitation of 20 pg ml$^{-1}$ using 5% BSA as the biological matrix for calibration. The assay is specific, sensitive and has a capacity of more than 100 samples per day making it suitable for routine analysis. The assay can be used for the analysis of $1\alpha,25(OH)_2D_3$ separately or simultaneously with seocalcitol or other vitamin D analogs. Except for the MRM settings the present assay is also considered to be applicable for many other vitamin D analogs.

### Acknowledgements

The authors would like to thank Gitte Hedelund for her great technical assistance and Conni Bendsen for secretary assistance.

### References

[1] M.F. Holick, J. Invest. Dermatol. 77 (1981) 51.
[2] E. Mellanby, Lancet 1 (1919) 407.
[3] E.V. McCollum, N. Simonds, J.E. Becker, P.G. Shipley, Bull. Johns Hopkins Hosp. 33 (1922) 229.
[4] M.F. Holick, H.K. Schnoes, H.F. DeLuca, T. Suda, R.J. Cousins, Biochemistry 10 (1971) 2759.
[5] A.W. Norman, J.F. Myrtle, R.J. Midgett, H.G. Nowicki, V. Williams, G. Popjak, Science 173 (1971) 51.
[6] J.G. Haddad, Clin. Orthop. Rel. Res. 142 (1979) 249.
[7] D.E.M. Lawson, D.R. Fraser, E. Kodicek, H.R. Morris, D.H. Williams, Nature 230 (1971) 228.
[8] A.E. Broadus, R.L. Horst, R. Laug, R.T. Littledize, H. Rasmussen, New Engl. J. Med. 302 (1980) 421.
[9] H. Reichel, H.P. Koeffler, A.W. Norman, New Engl. J. Med. 320 (1989) 980.
[10] M.R. Haussler, P.W. Jurutka, J.C. Hsieh, P.D. Thompson, S.H. Selznick, C.A. Haussler, G.K. Whitfield, Bone 17 (1995) 33S.
[11] K. Kragballe, Pharmacol. Toxicol. (1995) 241.
[12] T. Kato, M. Rozugo, T. Terui, H. Tagami, Br. J. Dermatol. (1986) 431.

QUESTMS-00001289

[13] N.K. Veien, J.R. Bjerke, I. Rossmann-Ringdahl, H.B. Jakobsen, Br. J. Dermatol. 137 (1997) 581.

[14] H. Koizumi, A. Kaplan, T. Shimizu, A. Ohkawara, J. Dermatol. Sci. 15 (1997) 207.

[15] C.M. Hansen, P.H. Mäenpää, Biochem. Pharmacol. 54 (1997) 1173.

[16] C.P. Glade, C.J.M. van der Vleuten, P.E.J. van Erp, E.M.J.J. de Jong, P.C.M. van de Kerkhof, Clin. Exp. Dermatol. 23 (1998) 14.

[17] T. Akiba, F. Marumo, A. Owada, S. Kurihara, A. Inoue, Y. Chida, R. Ando, T. Shinoda, Y. Ishida, Y. Ohashi, Am. J. Kidney Diseases 32 (1998) 238.

[18] M.M. Goldenberg, Clin. Ther. 21 (1999) 432.

[19] M.C. Monier-Faugere, Z. Geng, R.M. Friedler, Q. Qi, N. Kubodera, E. Slatopolsky, H.H. Malluche, Kidney Int. 55 (1999) 821.

[20] K. Yamane, T. Okano, H. Kishimoto, H. Hagino, Bone 24 (1999) 187.

[21] P.M. Jehle, D.R. Jehle, S. Mohan, F. Keller, Nephron 79 (1998) 249.

[22] J.M. Frazao, R.W. Chesney, J.W. Coburn, Nephrol. Dial. Transplant. 13 (1998) 68.

[23] H.F. DeLuca, M.F. Holick, S.A. Holick, Calcif. Tissue Res. 21 (1976) 128.

[24] S. Strugnell, V. Byford, H.L.J. Makin, R.M. Moriarty, R. Gilardi, L.W. Levan, J.C. Knutson, C.W. Bishop, G. Jones, Biochem. J. 310 (1995) 233.

[25] K.J. Hamberg, S. Moeller, Vitamin D, chemistry, biology and clinical applications of the steroid hormone, in: A.W. Norman, R. Bouillon, M. Thomasset (Eds.), Proceedings of the Tenth Workshop on Vitamin D, Strasbourg, France, University of California, Riverside, 1997, p. 491.

[26] K. Dalhoff, L. Astrup, J. Bach-Hansen, F. Burcharth, H.I.O. Haahr, K.J. Hamberg, T.R.J. Evans, F. Lofts, S. Moeller, L. Ranek, T. Skovsgaard, W.P. Steward, Hepatology 28 (1998) 2.

[27] S. Komuro, I. Nakatsuka, A. Yoshitake, K. Iba, Biol. Mass Spectrom. 23 (1994) 33.

[28] J.C. Knutson, B.W. Hollis, L.W. Levan, C. Valliere, K.G. Gould, C.W. Bishop, Endocrinology 136 (1995) 4749.

[29] J.C. Knutson, L.W. Levan, C.R. Valliere, C.W. Bishop, Biochem. Pharmacol. 53 (1997) 829.

[30] N. Kobayashi, K. Shimada, H. Taki, Y. Sakamoto, S. Kamachi, Biol. Pharm. Bull. 18 (1995) 382.

[31] N. Kobayashi, T. Imazu, J. Kitahori, H. Mano, K. Shimada, Anal. Biochem. 244 (1997) 374.

[32] N.C. Arbour, T.K. Ross, C. Zierold, J.M. Prahl, H.F. DeLuca, Anal. Biochem. 255 (1998) 148.

[33] A.-M. Kissmeyer, K. Sonne, E. Binderup, J. Chromatogr. B 740 (2000) 117.

[34] A.-M. Kissmeyer, K. Sonne, E. Binderup, Exp. Toxicol. Pathol. 50 (1998) 115.

[35] M. Ishigai, Y. Asoh, K. Kumaki, J. Chromatogr. B (1998) 261.

[36] A.S. Dusso, L. Negrea, J. Finch, S. Kamimura, S. Lopez-Hilker, T. Mori, Y. Nishii, A. Brown, E. Slatopolsky, Endocrinology 130 (1992) 3129.

[37] A.-M. Kissmeyer, E. Binderup, L. Binderup, C.M. Hansen, N.R. Andersen, H.L.J. Makin, N.J. Schroeder, V.N. Shankar, G. Jones, Biochem. Pharmacol. 53 (1997) 1087.

[38] A.-M. Kissmeyer, J.T. Mortensen, Xenobiotica 30 (2000) 815.

[39] T.A. Reinhardt, R.L. Horst, J.W. Orf, B.W. Hollis, J. Clin. Endocrinol. Metab. 58 (1984) 91.

[40] B.W. Hollis, Clin. Chem. 32 (1986) 2060.

[41] W.D. Fraser, B.H. Durham, J.L. Berry, E.B. Mawer, Ann. Clin. Biochem. 34 (1997) 632.

[42] A.-M. Kissmeyer, C.M. Hansen, P.K. Holm, M.W. Madsen, J.L. Nielsen, L. Binderup, in: Presented at the 11th Workshop on vitamin D, Nashville, 2000, p. 133, Abstracts.

QUESTMS-00001290

# EXHIBIT E



# Electrospray mass spectrometry of testosterone esters: Potential for use in doping control

Cedric H.L. Shackleton,* Hans Chuang,* John Kim,* Xavier de la Torre,† and Jordi Segura†

*Children's Hospital Oakland Research Institute, Oakland, California, USA; and †Drug Abuse Research Unit, Institut Municipal d'Investigació Mèdica (IMIM), Barcelona, Spain

*The study described involves an attempt to identify 17β-fatty acid esters of testosterone in blood plasma following administration of such agents. These drugs are therapeutic but are increasingly misused by athletes in an attempt to improve sports performance. The mass spectral properties of testosterone esters under electrospray ionization are described. These esters (testosterone acetate, propionate, isocaproate, benzoate, enanthate, cypionate, phenylpropionate, decanoate, and undecanoate) essentially give only a protonated molecular ion ($MH^+$) under "optimum sensitivity" mass spectrometric conditions but could be induced to fragment in the source or collision cell of a triple quadrupole mass spectrometer. The underivatized steroid esters were analyzed by direct infusion because development of solvent systems compatible with high-performance liquid chromatography (HPLC) was not achieved for these nonpolar compounds. HPLC/MS (mass spectrometry) was possible when the steroids were converted to polar, water soluble, Girard hydrazones, and almost all compounds were separated by microbore $C_4$ HPLC using a water, acetonitrile, TFA gradient. The mass spectra under optimal ionization conditions essentially comprised only a molecular ion ($M^+$), but source fragmentation gave major ions at M - 59 and M - 87 for all compounds. The molecular ion and these fragment ions were monitored in a selected–ion–recording (SIR) method developed for detecting the steroids in plasma. Using this methodology, testosterone enanthate and undecanoate could be detected after intramuscular injection or oral administration of the drugs. Further development of the technique could form the basis of a protocol for confirming the misuse of testosterone in sport, especially if sensitivity could be improved.   (Steroids 62:523–529, 1997) © 1997 by Elsevier Science Inc.*

**Keywords:** doping control; testosterone esters; high-performance liquid chromatography/electrospray mass spectrometry (HPLC/ESMS)

## Introduction

Injectable preparations of testosterone esters have become widely misused to increase muscle mass and improve performance in athletes. Proof of such administration is difficult to obtain, because testosterone is an endogenous compound, and the esters are rapidly hydrolyzed to this steroid. The accepted test for testosterone administration has been the urinary testosterone/epitestosterone ratio,[1] a value of >6 being taken as the hallmark of drug misuse. However, rare false positives and many false negatives present a drawback to the universal use of such a discriminant. One technique used to prove the presence of synthetic testosterone or its metabolites in urine is combustion isotope ratio mass spectrometry, which renders it possible to distinguish endogenous from synthetic testosterone by differing [13]C content.

Encouraging studies utilizing this technique have been described.[2–4] Another potential method would be to characterize the intact testosterone esters in plasma, because the short-chain ones commonly used in drug preparations are not synthesized in the body, in contrast to long-chain fatty acid steroid esters.[5,6] The major drawback in performing this type of assay relates to the fact that the esters are efficiently hydrolyzed following administration and only very low concentrations can be expected in blood plasma.

In a previous study, we reported the gas chromatography–mass spectrometric (GC/MS) analysis of testosterone esters in plasma and found that levels down to 1 ng/ml could be detected.[7] An alternate mass spectrometric technique to GC/MS is HPLC/electrospray MS which has been used for characterizing steroids esterfied with long-chain fatty acids.[5] This communication details the electrospray mass spectrometric properties of testosterone esters and the development of a potential method for testosterone ester characterization utilizing the technology.

Address reprint requests to Cedric H.L. Shackleton, Children's Hospital Oakland Research Institute, 747 52nd Street, Oakland, CA 94609, USA. Received December 16, 1996; accepted February 17, 1997.

© 1997 by Elsevier Science Inc. All rights reserved.
655 Avenue of the Americas, New York, NY 10010

0039-128X/97/$17.00
PII S0039-128X(97)00004-4

QUESTMS-00002724

*Papers*

## Experimental

### Source of steroid esters

Testosterone acetate, propionate, enanthate, cypionate, benzoate, and phenylpropionate were obtained from the Sigma Chemical Company, St. Louis, Missouri, USA. Testosterone isocaproate and undecanoate were products of Organon, OSS, The Netherlands. 19-Nor-testosterone acetate was synthesized by acetylation of the parent steroid obtained from Sigma.

### Plasma samples

Plasma samples were obtained from volunteers following intramuscular administration of 25 mg testosterone propionate + 110 mg testosterone enanthate (Testoviron® depot, Schering, Berlin) or oral administration of 160 mg testosterone undecanoate (Androxon®, Organon, Netherlands). These experiments were approved by the Institutional Research board of IMIM (Institut Municipal d'Investigació Medica, Barcelona), and the volunteers gave informed consent.

### Extraction of plasma

The plasma samples analyzed were stored in the Barcelona laboratories where the initial work-up was undertaken. Plasma proteins were precipitated by adding 4 mL acetone : ethanol (1 : 1 v/v) to 1 mL of plasma samples. After brief sonication, the proteins were pelleted by centrifugation at 3600 rpm for 1 min. The solvent was decanted and evaporatively removed under nitrogen. On receipt in California, the samples were reconstituted in 2 mL water : glacial acetic acid (1 : 1 v/v) and 10 mg Girard reagent T was added.[8] The reaction tubes were heated at 100° for 30 min to allow formation of the Girard hydrazones. The mixture was extracted twice with 5 mL isooctane : methylene chloride (2 : 1 v/v), and the solvent (containing the bulk of the plasma lipids and "nonketonic" steroids) was discarded. Girard hydrazones are water soluble and, therefore, stay in the water phase. This water phase was extracted by $C_{18}$ cartridge (Waters Sep-pak) according to the method of Shackleton and Whitney.[9]

The sample recovered from Sep-pak in 4 mL of methanol was dried in anticipation of mass spectrometric analysis.

### HPLC/ESMS analysis

The analysis of testosterone ester Girard hydrazones was conducted on a Michrom microbore HPLC instrument interfaced to a Micromass (VG) BioQ triple quadrupole mass spectrometer. The column used was a Vydac $C_4$ (150 × 1.0 mm), and the manual injector utilized a 100 μL loop. The solvent flow rate was 50 μL/min, although the eluant was split 7 : 1 after passing through an ultraviolet cell, so only 7 μL/min entered the mass spectrom-



**Structure 1** Chemical structure of testosterone enanthate Girard hydrazone.

eter. Solvent A was 98% water, 2% acetonitrile, and 0.1% TFA. Solvent B was 10% water, 90% acetonitrile, and 0.0975% TFA. The following elution profile was utilized. Between 0 and 1 min, the proportion of A was decreased from 65 to 45%; by 9 min, A was 20%; by 10 min, 2%, where it remained for 10 min. Samples for *direct infusion* into the mass spectrometer were introduced at 10 μL per minute.

### Mass spectrometric conditions

The voltages of capillary and HV lens were 3.9 and 1 kv, respectively. The cone voltage was 35 v when maximum sensitivity and no fragmentation was desired, and 75 v when fragmentation in the source was needed. Typically between 9 and 26 ions were recorded by selected ion monitoring using dwell times of 0.5 and 0.2 s, respectively.

Collision cell MS/MS was only conducted in association with direct infusion. Capillary and HV lens voltages were kept as before and cone voltages of 35 or 75 v were utilized. The collision energy was ramped from 60 at *m/z* 50 to 40 at *m/z* 650.

## Results and discussion

### ESMS of underivatized testosterone esters

All the underivatized testosterone esters gave simple mass spectra when analyzed by direct infusion ESMS, the protonated molecular ion $(MH)^+$ dominating; namely, testosterone acetate *m/z* 331, propionate *m/z* 345, isocaproate *m/z* 387, benzoate *m/z* 393, enanthate *m/z* 401, cypionate *m/z* 413, phenylpropionate *m/z* 421, decanoate *m/z* 443, and undecanoate *m/z* 457. Attempts to develop a mass spectrometric compatible HPLC system for their separation proved futile because of their extreme non-polar properties.

### MS/MS of underivatized esters

Many collision cell-induced fragmentations of the molecular ions were common to all the esters and can be illustrated by the spectrum of testosterone enanthate (Figure 1). The fragment ion of highest mass present in all testosterone ester spectra represented a 41 or 42 mass unit loss from the protonated molecular ion, illustrated for testosterone enanthate by the ion at *m/z* 360. When this ion was produced by source fragmentation and further cleaved in the collision cell the products formed by B ring fission (*m/z* 109, 123, discussed below) were not obtained, providing evidence for A-ring fission with loss of the 3-carbonyl. It is probable that the loss is related to the ketene fragment (−42 mass units) produced from underivatized testosterone during electron impact fragmentation.[10] Loss of enanthate ion $C_6H_{13}CO$ is illustrated by fragment ion at *m/z* 113 and loss of 112 mass units (113 - H) from the protonated molecular ion. A prominent ion is seen at $MH^+$ - 130 (*m/z* 271), probably representing loss of protonated $C_6H_{13}COOH$. The *m/z* 271 ion is found in all spectra of testosterone esters, and further loss of water gives rise to the *m/z* 253 ion, representing the fundamental steroid ring structure.

Among the low mass ions common to all the testosterone esters, the one at *m/z* 123 is readily explained by the well-known cleavage of 9–10 and 6–7 bonds. Similarly, the *m/z* 109 ion is probably formed by fission of 9–10 and 5–6 bonds.[10] MS/MS fragmentation of the *m/z* 123 ion does not

QUESTMS-00002725

*Mass spectrometry of testosterone esters: Shackleton et al.*



**Figure 1**  MS/MS mass spectra of testosterone enanthate. The upper panel shows the collision cell-induced fragmentation of the protonated molecular ion of the underivatized ester, and the bottom panel attempts to rationalize the fragmentations.

give rise to the ion at *m/z* 109. Testosterone esters with phenyl containing fatty acids (testosterone benzoate and testosterone phenylpropionate) have very intense ions (usually the base peak) at *m/z* 105, an ion representing the phenylic group.

One of the two major low mass ions common to all testosterone esters was at *m/z* 97. MS/MS fragmentation of both source produced *m/z* 289 and *m/z* 271 resulted in formation of the ion but fragmentation of *m/z* 253 failed to generate it, suggesting an intact A-ring requirement. The ion

was not formed by fragmentation of 19-nor-testosterone acetate so presumably the C-19 methyl group forms part of the structure. Although clearly important, we have failed to determine the genesis of this ion component.

## ESMS of Girard hydrazones of testosterone esters

Failure of attempts to develop HPLC methods for separating unmodified testosterone esters necessitated development of polar and ionizable derivatives more compatible with water/



**Figure 2**  Daughter ion mass spectrum and proposed MS/MS fragmentation of testosterone enanthate Girard hydrazone.

QUESTMS-00002726

*Papers*



**Figure 3** HPLC/ESMS separation of nine testosterone ester Girard hydrazones. These were scanned data; the plots represent the molecular ions of each compound. The small peak or shoulder ahead of main component suggests that syn- and anti-forms of the derivative are at least partially resolved.

methanol or water/acetonitrile type solvent systems, and we chose Girard hydrazones. These derivatives add 113 mass units to the mass of the testosterone esters. Under ESMS conditions for maximizing sensitivity (low cone voltage), the spectra of the steroids was essentially comprised only of the molecular ion ($M^+$), as follows: testosterone acetate $m/z$ 444, propionate $m/z$ 458, isocaproate $m/z$ 500, benzoate $m/z$ 506, enanthate $m/z$ 514, cypionate $m/z$ 526, phenylpropionate $m/z$ 506, decanoate $m/z$ 556, and undecanoate $m/z$ 570.

## MS/MS fragmentation of Girard hydrazones

MS/MS was carried out both by source induced cleavage achieved by increasing the nozzle-skimmer voltage and by collision cell fragmentation. One of the requirements for potential detection methods for testosterone ester misuse is high specificity, usually achievable by monitoring more than one ion per steroid component. Although daughter ions

can be obtained by source or collision cell fragmentation, only the former is practical under our HPLC conditions, partly because of prohibitive cost of collision gas required to pass through the cells continuously, and partly because of compromised sensitivity.

Similar daughter spectra were obtained for source and collision cell fragmentation, and all the testosterone esters gave spectra with fragmentations in common, the example of testosterone enanthate Girard hydrazone (TEGH) being given in Figure 2. The molecular ion ($M^+$ of TE was at $m/z$ 514, and prominent ions are found at $m/z$ 455 (M - 59) and $m/z$ 427 (M - 87). The 59 and 87 mass unit losses are common to all the esters, and the latter almost certainly represents a 28 mass unit loss from the former. The M – 59 loss is readily explained by loss of $(CH_3)_3N$ from the Girard derivative, and a corresponding strong fragment ion is seen at $m/z$ 60, $(CH_3)_3NH$. Loss of $(CH_3)_3N$ must involve a

QUESTMS-00002727

*Mass spectrometry of testosterone esters: Shackleton et al.*



**Figure 4** HPLC/ESMS analysis of testosterone enanthate Girard hydrazone (TEGH). Panel A shows the three ions (*m/z* 514, 455 and 427) monitored for 100 ng of standard injected, and panel B gives equivalent data for 1 ng. Panel C shows TEGH isolated from plasma, and panel D a plasma blank.

rearrangement, because direct cleavage would give the unstable primary ion $^+CH_2CONH$ -. A six-membered intermediate is likely formed, which readily loses CO ($-28$).

Major low mass ions are seen in all esters at *m/z* 60, 123, 135, 151, 163, and 177. MS/MS studies showed that *m/z* 151, 163, and 177 can be generated by fragmentation of M$^+$ and M - 59, and corresponding ions (less 28 mass units) are formed from dissociation of M - 87 (i.e., *m/z* 123, 135, and 149). A well-known steroid fission breaks the 9–10 and 7–8 bonds and this gives rise to identifiable ions at *m/z* 177 and *m/z* 149 (*m/z* 177–28). The *m/z* 163 and related *m/z* 135 (163–28) ions are likely formed by cleavage across 9–10 and 5–6 bonds. The major ions *m/z* 151 and its "−28" derivative M - 123 have yet to be rationalized. The *m/z* 151 ion corresponds to the prominent *m/z* 97 ion in the spectrum of underivatized TE that was also not characterized (*m/z* 151 = 97 + 113–59). These ions were not found in 19-nortestosterone acetate giving further evidence that C - 13 and

C - 19 must form part of the ion structure. As in the spectra of the unmodified steroid esters, low intensity ions corresponding to losses of fatty acid (RCOOH) and fatty acid anhydride (RCO) are also present.

## HPLC/ESMS analysis of testosterone ester Girard hydrazones

The Girard hydrazones have excellent HPLC properties under reverse phase conditions. Figure 3 shows the separation of each of the nine compounds, using in each case the molecular ion for detection. Virtually all peaks seem to have a separable component or a shoulder ahead of the major peak, which is probably caused by full or partial separation of the syn- and anti- forms of the hydrazones, both of which are presumably formed in the reaction, but apparently to different extent. Chromatographic separation, although not necessary in a selected–ion-recording method, was achieved

QUESTMS-00002728

*Papers*



**Figure 5** HPLC/ESMS analysis of testosterone undecanoate Girard hydrazone (TUGH). Panel A shows the three ions (*m/z* 570, 511, and 483) monitored for 100 ng standard; panel B equivalent data for 1 ng; panel C shows TUGH isolated from plasma, and panel D is a plasma blank.

for all compounds, except the T-benzoate and phenylpropionate pair and the T-enanthate and cypionate pair.

For achieving specificity in plasma analysis, we chose to monitor three ions: the molecular ion and fragment ions $m/z$ M - 59; and M - 87. In the samples we intended to analyze: i.e., those following testosterone ester administration, only testosterone enanthate, testosterone propionate, and testosterone undecanoate could be present, so our SIR methodology was only directed toward identification of these compounds. Analysis of other esters would only require variation in the choice of ions monitored.

Figure 4A illustrates the HPLC/MS chromatography of reference TEGH with monitoring of $M^+$, M - 59 and M - 87. Under the conditions used TEGH has a retention time of about 12.4 min. The peaks represent about 100 ng injected. Figure 5B shows the equivalent data for 1 ng, which represents about the maximum sensitivity, and Figure 5C illustrates TEGH isolated from plasma collected 96 h after

intramuscular administration of 110 mg testosterone enanthate and 25 mg propionate (Testoviron depot, Schering, Berlin, Germany). While there are many more components present and a high background, the presence of TEGH is clearly indicated. The steroid was not quantified, but previous analysis of the sample by GC MS/MS[7] indicated that the concentration was 0.8 ng/mL. Figure 4D indicates analysis of a sample collected 12 h before drug administration. Equivalent data for analysis of testosterone undecanoate GH(TUGH) is shown in Figure 5A–D. The plasma sample analyzed was obtained 1 h after oral administration of 80 mg testosterone undecanoate (Androxon, Organon, Netherlands). Once again, peaks appropriate for the TUGH are represented, but the amount, estimated about 1 ng, is clearly at the borderline of method sensitivity. Improvements in sensitivity could be achieved either by sample clean-up to remove the major part of nonsteroidal contaminants and background *or* by employing a more sensitive chromato-

QUESTMS-00002729

*Mass spectrometry of testosterone esters: Shackleton et al.*

graphic technique, such as capillary HPLC. Sampling a greater proportion of the extract would also help, because under the current conditions, only 14% of the eluant from the microbore column reaches the mass spectrometer. This is necessary to achieve the desired sampling rate of 7 $\mu$L/min into the mass spectrometer.

## Conclusion

We describe here a straightforward method for extracting and analyzing intact testosterone esters by preparing their Girard hydrazones. Excellent HPLC properties and simple but informative MS/MS spectra allow accurate characterization of such esters extracted from plasma, although improvement of sensitivity is desirable. With further development, a method may be established suitable for routine use in sports doping control, although it must be noted that ESMS instruments are much more costly to purchase and maintain as compared to their GC/MS equivalent. Such routine use would also depend upon blood samples being regularly collected during athletic events or during random inter-event testing. Trial blood sampling during athletic events has been undertaken by the IAAF and routine sampling was done at the 1994 winter Olympics for detection of homologous blood transfusions.[11]

## Acknowledgments

The California authors acknowledge financial support from the U.S. Olympic Committee and the NIH through whose grant (RR06505) the electrospray mass spectrometer was purchased. The Spanish authors acknowledge the financial support of CIRIT (Generalitat de Catalunya, Grants FI93/77 and 95-SGR-432, and Ministerio de Sanidad y Consumo FIS 96/1050). CHLS is grateful to Fred McLafferty for helpful suggestions on mass spectrometric fragmentation.

## References

1. Catlin DH, Cowan DA, De la Torre R, Donike M, Fraisse D, Oftegro H, Hatton CK, Starcevic B, Becchi M, de la Torre X, Norli H, Geyer H, Walker CJ (1996). Urinary testosterone (T) to epitestosterone (E) ratios by GC/MS. I. Initial comparison of uncorrected T/E in six international laboratories. *J Mass Spectrom* **31**:397–402.
2. Becchi M, Aguilera R, Farizon Y, Flament IM-M, Casabianca H, James P (1994). Gas chromatography/combustion/isotope-ratio mass spectrometry analysis of urinary steroids to detect misuse of testosterone in sport. *Rapid Commun Mass Spectrom* **8**:301–308.
3. Aguilera R, Becchi M, Casabianca H, Hatton CK, Catlin DH, Starcevic B, Pope J, HG (1996). Improved method of detection of testosterone abuse by gas chromatography/combustion/isotope ratio mass spectrometry analysis of urinary steroids. *J Mass Spectrom* **31**:169–176.
4. Shackleton CHL, Phillips A, Chang T, Li Y (1997). Confirming testosterone administration by isotope ratio mass spectrometric analysis of urinary androstanediol. *Steroids* **62**:379–387.
5. Larner JM, Pahuja SL, Shackleton CH. McMurray WJ, Giordano G, Hochberg RB (1993). The isolation and characterization of estradiol-fatty acid esters in human ovarian follicular fluid. *J Biol Chem* **268**:13893–13899.
6. Borg W, Shackleton CHL, Pahuja SL, Hochberg RB (1995). Long-lived testosterone esters in the rat. *Proc Natl Acad Sci USA* **92**:1545–1549.
7. de la Torre X, Segura J, Polettini A, Montagna M (1995). Detection of testosterone esters in human plasma. *J Mass Spectrom* **30**:1393–1404.
8. Girard A, Sandulesco G (1936). Sur une nouvelle serie de réactif du groupe carbonyle, leurs utilisation à l'extraction des substances cetoniques et à la characterisation microchimique des aldehydes et cetones. *Helv Chim Acta* **19**:1095–1107.
9. Shackleton CHL, Whitney JO (1980). Use of Sep-pak® cartridges for urinary steroids extraction: Evaluation of the method for use prior to gas chromatographic analysis. *Clin Chim Acta* **107**:231–243.
10. Zaretskii ZV (1996). *Mass Spectrometry of Steroids.* Wiley, New York, pp. 28–31.
11. Lillehammer Olympic Organizing Committee (LOOC) (1994). *Guidelines for Doping Control (Blood Testing Procedures).* (Internal work), LOOC, Lillehammer, Norway.

QUESTMS-00002730

# EXHIBIT F

# EXHIBIT REDACTED IN ITS ENTIRETY

# EXHIBIT G



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/946,765 | 11/28/2007 | Brett Holmquist | 054769-9991 | 9763 |

30542        7590        12/17/2010
FOLEY & LARDNER LLP
P.O. BOX 80278
SAN DIEGO, CA 92138-0278

| EXAMINER |
|---|
| COLE, MONIQUE T |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1773 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 12/17/2010 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)

QUESTMS-00002155

| | Application No. | Applicant(s) |
|---|---|---|
| **Office Action Summary** | 11/946,765 | HOLMQUIST ET AL. |
| | Examiner | Art Unit | |
| | M. COLE | 1773 | |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1) ☒ Responsive to communication(s) filed on <u>22 October 2010</u>.

2a) ☒ This action is **FINAL**.  2b) ☐ This action is non-final.

3) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4) ☒ Claim(s) <u>1, 4-7, 9-39 and 46-58</u> is/are pending in the application.

    4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5) ☒ Claim(s) <u>53-58</u> is/are allowed.

6) ☒ Claim(s) <u>1,5-7,9-15,20-39 and 46-52</u> is/are rejected.

7) ☒ Claim(s) <u>4 and 16-19</u> is/are objected to.

8) ☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9) ☐ The specification is objected to by the Examiner.

10) ☐ The drawing(s) filed on _____ is/are: a) ☐ accepted or b) ☐ objected to by the Examiner.

    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

11) ☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a) ☐ All  b) ☐ Some * c) ☐ None of:

      1. ☐ Certified copies of the priority documents have been received.

      2. ☐ Certified copies of the priority documents have been received in Application No. _____.

      3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

    * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☐ Notice of References Cited (PTO-892)

2) ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3) ☒ Information Disclosure Statement(s) (PTO/SB/08)
    Paper No(s)/Mail Date <u>See Office Action</u>.

4) ☐ Interview Summary (PTO-413)
    Paper No(s)/Mail Date. _____.

5) ☐ Notice of Informal Patent Application

6) ☐ Other: _____.

QUESTMS-00002156

Application/Control Number: 11/946,765                                      Page 2
Art Unit: 1773

## DETAILED ACTION

### Information Disclosure Statement

The information disclosure statement (IDS) submitted on October 22, 2010 is in

compliance with the provisions of 37 CFR 1.97. Accordingly, the information disclosure

statement has been considered by the Examiner.

### Claim Rejections - 35 USC § 103

The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set
> forth in section 102 of this title, if the differences between the subject matter sought to be patented and
> the prior art are such that the subject matter as a whole would have been obvious at the time the
> invention was made to a person having ordinary skill in the art to which said subject matter pertains.
> Patentability shall not be negatived by the manner in which the invention was made.

Claims 1, 5-7, 9-15, 20-29, and 46-52 are rejected under 35 U.S.C. 103(a) as

being unpatentable over Higashi et al. "Simultaneous Determination of 25-

Hydroxyvitamin $D_2$ and 25-Hydroxyvitamin $D_3$ in Human Plasma by Liquid

Chromatography-Tandem Mass Spectrometry Employing Derivatization with a

Cookson-Type Reagent" ("Higashi") in view of USP 6,787,660 to Armbruster et al.

("Armbruster").

Higashi teaches the individual and simultaneous determination of vitamin $D_2$ and

vitamin $D_3$ after being derivatized with PTAD utilizing atmospheric pressure chemical

ionization (APCI). The method is clearly directed to biological samples obtained from

human subjects. The disclosed methodology also involves tandem mass spectrometry.

*See* Abstract; page 738, last paragraph of the introduction; and page 739, 1st full paragraph.

With respect to claims 21, 22. 26, 27, 46, 47, 48, Higashi differs from the instant claims in that it does not require immunopurifying the vitamin D metabolites. It should be noted that, at page 738, the third full paragraph, Higashi discloses that it is conventionally known to purify the sample volumes with HPLC prior to quantification. However, in the practice of the methodology therein, Higashi actually utilizes commercially purchased vitamin D.

Armbruster is assigned to Immunodiagnostik, a commercial supplier of vitamin D metabolites. Armbruster notes that its product is available for routine diagnostic use and in research (col. 5, lines 47-54). Armbruster teaches that to detect vitamin D derivatives anti-vitamin D binding protein antibodies are used (col. 6, lines 52-63) and may be combined with microparticles (col. 6, line 64 – col. 7, line 7). This method facilitates non-radioactive detection of vitamin D derivatives without extensive safety measures being required. Moreover, the competitive method is "*suitable for routine investigations, . . . , for diagnostics is general, and in research.*" *See* col. 7, lines 8-14.

In the instances where the skilled artisan were using HPLC instead of and/or in addition to APCI, it would have been obvious to one of ordinary skill in the art to modify the Higashi methodology by the inclusion of immunopurification *via* anti-vitamin D antibodies to ensure a purified initial product for further research. Certainly, a commercial supplier of vitamin D derivatives would perform a quality control process such as that detailed by Armbruster to ensure the purity of the commercial product.

Case 1:18-cv-01436-MN   Document 39   Filed 03/26/19   Page 83 of 140 PageID #: 632

With respect to the claims reciting specific mass/charge ratios, it is the Examiner's position that the practice of the combined methodology of Higashi/Armbruster would generate ions having similar mass/charge ratios, absent any evidence to the contrary.

Claims 30, 31, 32, 33, 34, 35, 36, 37, 38, and 39 are rejected under 35 U.S.C. 103(a) as being unpatentable over Coldwell et al. "*Mass Fragmentographic Assay for 25-Hydroxyvitamin D in Plasma Without Derivatization: Enhanced Sensitivity for Metabolites of Vitamins $D_2$ and $D_3$ After Pre-Column Dehydration*" ("Coldwell") in view of Kissmeyer et al. "*Sensitive analysis of 1α, 25-dihydroxyvitamin $D_3$ in biological fluids by liquid chromatography-tandem mass spectrometry*" ("Kissmeyer") and Armbruster.

Coldwell discloses a method for measuring at least one vitamin D metabolite (i.e., 25-hydroxyvitamin $D_2$ and 25-hydroxyvitamin $D_3$), which comprises generating dehydrated molecular ions and subjecting the ions to gas chromatography (GC). *See, at least*, page 351, second paragraph in left column.

The samples were subjected to purification prior to ionization. *See* page 349, discussing that a dehydrating pre-column is utilized to avoid problems such as poor peak shape or destruction.

It is noted that Coldwell does not expressly disclose the measurement of 1, 25-dihydroxyvitamin $D_2$. However, Coldwell does disclose "the possibility of extending this method to include dihydroxylated metabolites has also been considered." *See* page 353, right column, last paragraph. *See also* Table 2, page 354. Thus, it is the

QUESTMS-00002159

Application/Control Number: 11/946,765                                                   Page 5
Art Unit: 1773

Examiner's position that the method disclosed by Coldwell would be applicable to 1, 25-

dihydroxyvitamin $D_2$, absent any evidence to the contrary.

Coldwell differs from the instant claims in that it does not disclose the use of

HPLC as the purification method. Coldwell suggests adding additional quality

assurance schemes to ensure precision and accuracy. *See* page 348, second column,

first paragraph.

Kissmeyer teaches a method for the sensitive analysis of vitamin D metabolites

*via* liquid chromatography-tandem mass spectrometry. *See* Title. Kissmeyer discloses

that liquid chromatography-tandem mass spectrometry is an improvement over the

older gas chromatography method, by providing increased specificity and sensitivity of

analytes, and increased testing capacity. *See* page 94, right column, first paragraph;

and page 102, Conclusion.

Kissmeyer further discloses that the purification step comprises protein

precipitation. *See* abstract.

Given the noted advantages of liquid chromatography-tandem mass

spectrometry (LC-MS/MS) as taught by Kissmeyer, it would have been obvious to one

of ordinary skill in the art to modify the GC methodology of Coldwell to obtain an

improved LC-MS/MS process of measuring vitamin D metabolites.

Coldwell and Kissmeyer ("Coldwell/Kissmeyer") does not expressly disclose

immunopurifying the vitamin $D_3$ metabolites.

Armbruster discloses a method of purifying vitamin D metabolites available for

routine diagnostic use and in research (col. 5, lines 47-54). Armbruster teaches that to

Application/Control Number: 11/946,765                                    Page 6
Art Unit: 1773

detect vitamin D derivatives anti-vitamin D binding protein antibodies are used (col. 6,

lines 52-63) and may be combined with microparticles (col. 6, line 64 – col. 7, line 7).

Moreover, the competitive method is "*suitable for routine investigations, . . . , for*

*diagnostics is general, and in research.*" *See* col. 7, lines 8-14.

It would have been obvious to one of ordinary skill in the art to modify

Coldwell/Kissmeyer by the inclusion of immunopurification *via* anti-vitamin D antibodies

to ensure a purified vitamin D metabolite product with precision and accuracy of the

results.

### Double Patenting

The nonstatutory double patenting rejection is based on a judicially created

doctrine grounded in public policy (a policy reflected in the statute) so as to prevent the

unjustified or improper timewise extension of the "right to exclude" granted by a patent

and to prevent possible harassment by multiple assignees.   A nonstatutory

obviousness-type double patenting rejection is appropriate where the conflicting claims

are not identical, but at least one examined application claim is not patentably distinct

from the reference claim(s) because the examined application claim is either anticipated

by, or would have been obvious over, the reference claim(s). See, e.g., *In re Berg*, 140

F.3d 1428, 46 USPQ2d 1226 (Fed. Cir. 1998); *In re Goodman*, 11 F.3d 1046, 29

USPQ2d 2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir.

1985); *In re Van Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422

F.2d 438, 164 USPQ 619 (CCPA 1970); and *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969).

A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) or 1.321(d) may be used to overcome an actual or provisional rejection based on a nonstatutory double patenting ground provided the conflicting application or patent either is shown to be commonly owned with this application, or claims an invention made as a result of activities undertaken within the scope of a joint research agreement.

Effective January 1, 1994, a registered attorney or agent of record may sign a terminal disclaimer. A terminal disclaimer signed by the assignee must fully comply with 37 CFR 3.73(b).

Claims 1, 4, 9, 10, and 11 are provisionally rejected on the ground of nonstatutory obviousness-type double patenting as being unpatentable over claims 1, 2, 3, 4, 5, 9, 10, 17, 18, 19, 20, 21, 22, 24, 28 and 29 of copending Application No. 11/386,215 ("the '215 application"). Although the conflicting claims are not identical, they are not patentably distinct from each other because the '215 application overlaps with the subject matter of the instant application.

The '215 application is directed to determining the presence or amount of vitamin D metabolites (vitamin $D_2$, vitamin $D_3$, or both) *via* tandem mass spectrometry, wherein purification (which embraces all forms of purification, including immunopurification and HPLC) is performed prior to ionization. The skilled artisan would understand the need to purify the vitamin D metabolites in such a way to ensure that extraneous materials

would be eliminated.  Immunopurification provides the requisite specificity to further this

goal. The claims of the '215 application do not include derivatization.

This is a provisional obviousness-type double patenting rejection because the

conflicting claims have not in fact been patented.


Claims 1, 6, 7, 9, 10, and 11 are provisionally rejected on the ground of

nonstatutory obviousness-type double patenting as being unpatentable over claims 1, 2,

4, 6, 7, 8, 9, 10, 11, 14, 17, 21, 25, 26, 28, 29, 30, 31, 32, 33, 34, 35, 38, 41, 45, 49, 50,

51, 54, 57, 60, and 64 of copending Application No. 12/630,790 ("the '790 application").

Although the conflicting claims are not identical, they are not patentably distinct from

each other because the '790 application overlaps with the subject matter of the instant

application.

The '790 application is directed to determining the presence or amount of vitamin

D metabolites (vitamin $D_2$, vitamin $D_3$, or both) via tandem mass spectrometry, wherein

the sample is purified run through extraction and analytical columns prior to ionization.

For the purpose of claim interpretation, the instant specification defines

"immunopurifying" as being performed by various forms of columns.  See instant

specification, paragraphs [0041] – [0046]. The skilled artisan would understand the

need to purify the vitamin D metabolites in such a way to ensure that extraneous

materials would be eliminated.  Immunopurification provides the requisite specificity to

further this goal.  The claims of the '790 application include PTAD-derivatization.

Application/Control Number: 11/946,765                                    Page 9
Art Unit: 1773

This is a <u>provisional</u> obviousness-type double patenting rejection because the conflicting claims have not in fact been patented.

Claims 1 and 4 are provisionally rejected on the ground of nonstatutory obviousness-type double patenting as being unpatentable over claims 38-49 of copending Application No. 12/630,796 ("the '796 application"). Although the conflicting claims are not identical, they are not patentably distinct from each other because the '790 application overlaps with the subject matter of the instant application.

The '796 application is directed to determining the presence or amount of vitamin D metabolites (vitamin $D_2$, vitamin $D_3$, or both) *via* tandem mass spectrometry, wherein the sample is purified *via* immunopurifying and HPLC. The present specification at paragraph [0008] teaches that dihydroxyvitamin D metabolites include $1\alpha,25(OH)_2D_2$. The instant application claims are broad enough to cover the mass/charge ratios recited in the '796 application. Since the present application method is similar to that of the '796 application, it would be obvious to expect similar mass to charge ratios (m/z) to be obtained. The claims of the '796 application do not include derivatization.

This is a <u>provisional</u> obviousness-type double patenting rejection because the conflicting claims have not in fact been patented.

### Response to Arguments

Applicant's arguments with respect to the Yeung reference have been considered but are moot in view of the new grounds of rejection.

Applicant's arguments filed October 22, 2010 have been fully considered but they are not persuasive.

With regard to the Armbruster reference, the Examiner respectfully submits that Applicant's arguments are moot in light of new grounds of rejection. Armbruster is still being used as a secondary reference for the purpose of demonstrating immunopurification *via* anti-vitamin D antibodies.

With regard to the Higashi reference, particularly Applicant's arguments at pages 17-18 of the response, the Examiner respectfully disagrees with the mischaracterization of the reference. First, Higashi is clearly testing biological fluids from humans. Second, it is the Examiner's position that the disclosure page 743 makes it clear that the disclosed derivitization method can be applied to both monohydroxyvitamin D metabolites and dihydroxyvitamin D metabolites in biological fluids, absent evidence to the contrary.

Applicant's arguments regarding the combination of Coldwell/Kissmeyer/Armbruster have been fully considered but they are not persuasive. First, the claims subject to the present rejection do not include APCI. Second, Applicant has mischaracterized the Coldwell reference by the assertion that it does not describe quantification of dihydroxyvitamin D metabolites. Rather, Coldwell discloses at page 350, the first paragraph in the right column, that the method is used to construct

Application/Control Number: 11/946,765                           Page 11
Art Unit: 1773

calibration graphs from which the plasma and serum levels are calculated (i.e.,

quantified). With regard to the recited mass/charge ratios, it is the Examiner's position

that the practice of the combined methodology of Coldwell/Kissmeyer/Armbruster would

generate ions having similar mass/charge ratios, absent any evidence to the contrary.

Applicant's arguments with respect to the double patenting rejection over USP

7,745,226 have been fully considered and are persuasive. This rejection has been

withdrawn. However, the remaining provisional double patenting rejections will remain

until such time that allowed subject matter in each application is determined.

### *Allowable Subject Matter*

Claims 53-58 are allowed.

Claims 4 and 16-19 are objected to as being dependent upon a rejected base

claim, but would be allowable if rewritten in independent form including all of the

limitations of the base claim and any intervening claims. The following is a statement of

reasons for the indication of allowable subject matter: the prior art does not teach or

suggest a method according to the present invention, wherein the dihydroxyvitamin D

metabolite is underivatized and is ionized with APCI.

Application/Control Number: 11/946,765                                      Page 12
Art Unit: 1773

### Conclusion

Applicant's amendment necessitated the new ground(s) of rejection presented in this Office action. Accordingly, **THIS ACTION IS MADE FINAL**. See MPEP § 706.07(a). Applicant is reminded of the extension of time policy as set forth in 37 CFR 1.136(a).

A shortened statutory period for reply to this final action is set to expire THREE MONTHS from the mailing date of this action. In the event a first reply is filed within TWO MONTHS of the mailing date of this final action and the advisory action is not mailed until after the end of the THREE-MONTH shortened statutory period, then the shortened statutory period will expire on the date the advisory action is mailed, and any extension fee pursuant to 37 CFR 1.136(a) will be calculated from the mailing date of the advisory action. In no event, however, will the statutory period for reply expire later than SIX MONTHS from the date of this final action.

Any inquiry concerning this communication or earlier communications from the examiner should be directed to M. COLE whose telephone number is 571-272-1463. The examiner can normally be reached on M - Th (9-5).

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Jill Warden can be reached on 571-272-1267. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

QUESTMS-00002167

Application/Control Number: 11/946,765                    Page 13
Art Unit: 1773

Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system. Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a

USPTO Customer Service Representative or access to the automated information

system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/Jill Warden/                                      M. COLE
Supervisory Patent Examiner, Art Unit 1773         Examiner
                                                   Art Unit 1773

QUESTMS-00002168

| *Search Notes* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| **\*1194676 5\*** | 11946765 | HOLMQUIST ET AL. |
| | Examiner | Art Unit |
| | M. COLE | 1797 |

## SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| 436 | 173 | 6/9/2010 | MC |
| | updated | 12/2010 | MC |

## SEARCH NOTES

| Search Notes | Date | Examiner |
|---|---|---|
| Internet search: 4-carboxyphenyl-TAD; spectrometry | 6/12/2010 | MC |

## INTERFERENCE SEARCH

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| | | | |

Part of Paper No.: 20101210

QUESTMS-00002169

Receipt date: 10/22/2010

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office  U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | Complete if Known | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | | Application Number | 11/946765 |
| | | | Filing Date | 11/28/2007 |
| | | | First Named Inventor | Brett Holmquist |
| _(use as many sheets as necessary)_ | | | Art Unit | 1773 |
| | | | Examiner Name | Monique T. Cole |
| Sheet | 1 | of 1 | Attorney Docket Number | 054769-9991 |

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| /MC/ | A1 | 7,321,116 | 01-22-2008 | PICARD ET AL. | |
| /MC/ | A2 | 7,348,137 | 03-25-2008 | CAULFIELD ET AL. | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No. | Foreign Patent Document Country Code[3] Number[4] Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Documents | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | | | | | |

## NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
|---|---|---|---|
| /MC/ | A3 | Coldwell et al., Measurement of Vitamins D2 and D3 and Seven Major Metabolites in a Single Sample of Human Plasma Using Gas Chromatography/Mass Spectrometry, Biomedical and Environmental Mass Spectrometry, 16:81-85 (1988). | |
| /MC/ | A4 | International Preliminary Report on Patentability dated 10/9/2007 in related application PCT/US2006/012539 (034827-3604) | |
| /MC/ | A5 | International Preliminary Report on Patentability dated 6/10/2010 in related application PCT/US2008/084709 (054769-9992) | |
| /MC/ | A6 | US Office Action dated 6/28/2010 in related application 12/630,790 (034827-0740) | |
| /MC/ | A7 | US Office Action dated 7/7/2010 in related application 12/630,796 (054769-9993) | |

| Examiner Signature | /M. Cole/ | Date Considered | 11/10/2010 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional) 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST ~8 if possible. 6 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450

_If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2._

DLMR_77213' 1

# Exhibit H

Atty. Dkt. No. 034827-9107

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant: Caulfield et al.

Title: DETERMINATION OF
TESTOSTERONE BY MASS
SPECTROMETRY

Appl. No.: 12/946,785

Appl. Filing Date: 11/15/2010

Examiner: Cordero Garcia, Marcela M.

Art Unit: 1654

Confirmation 1630
Number:

### REQUEST FOR CONTINUED EXAMINATION (RCE)
### TRANSMITTAL

Mail Stop RCE
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Commissioner:

  This is a Request for Continued Examination (RCE) under 37 C.F.R. § 1.114 of the above-identified application. This RCE and the enclosed items listed below are being filed prior to the earliest of: (1) payment of the issue fee (unless a petition under 37 C.F.R. § 1.313 is granted); (2) abandonment of the application; or (3) the filing of a notice of appeal to the U.S. Court of Appeals for the Federal Circuit under 35 U.S.C. §141, or the commencement of a civil action under 35 U.S.C. §145 or §146 (unless the appeal or civil action is terminated).

1. Submission **required** under 37 C.F.R. §1.114:  (check items that apply)

  a. Previously submitted:

QUESTMS-00002846

Atty. Dkt. No. 034827-9107

[ ]    Please enter and consider the amendment and/or reply previously filed on __.

[ ]    Please consider the Affidavit(s)/Declaration(s) previously filed on __ but not considered.

[ ]    Please consider the arguments in the Appeal Brief or Reply previously filed on __.

[ ]    Other __.

b.  Enclosed are:

[ X ]    Amendment/Reply (11 pages)

[ X ]    Declaration of Michael P. Caulfield Under 37 CFR 1.131 (5 pages)

[ X ]    Information Disclosure Statement.

[ X ]    Form PTO/SB/08 with copies of 6 listed reference(s).

[ X ]    Terminal Disclaimer over U.S. Patent No. 6,977,143 (1 page)

Miscellaneous:

[ ]    Suspension of action of the above-identified application is requested under 37 C.F.R. § 1.103(c) for a period of __ months.

The filing fee is calculated below:

| | Claims as Amended | | Previously Paid For | | Extra Claims Present | | Rate | | Fee Totals |
|---|---|---|---|---|---|---|---|---|---|
| RCE Fee 1.17(e): | | | | | | | $930.00 | = | $930.00 |
| Total Claims: | 24 | - | 27 | = 0 | | x | $60.00 | = | $0.00 |
| Independents | 2 | - | 3 | = 0 | | x | $250.00 | = | $0.00 |
| First presentation of any Multiple Dependent Claims: | | | | | | + | $450.00 | = | $0.00 |

4811-9298-0751.1

QUESTMS-00002847

Atty. Dkt. No. 034827-9107

CLAIMS FEE TOTAL:   =   $930.00

[ ]   Applicant hereby petitions for an extension of time under 37 C.F.R. §1.136(a) for the total number of months checked below:

| | | | |
|---|---|---|---|
| [ ] | Extension for response filed within the first month: | $150.00  0 | $0.00 |
| [ ] | Extension for response filed within the second month: | $560.00 | $0.00 |
| [ ] | Extension for response filed within the third month: | $1,270.00 | $0.00 |
| [ ] | Extension for response filed within the fourth month: | $1,980.00 | $0.00 |
| [ ] | Extension for response filed within the fifth month: | $2,690.00 | $0.00 |
| | EXTENSION FEE SUBTOTAL: | | $0.00 |
| | EXTENSION FEE ALREADY PAID: - | | $0.00 |
| | EXTENSION FEE TOTAL | | $0.00 |
| | CLAIMS AND EXTENSION FEE TOTAL: | | $930.00 |
| [ ] | Small Entity Fees Apply (subtract ½ of above): | | $0.00 |
| [ ] | Suspension of action requested under 37 C.F.R. § 1.103(c) | | $0.00 |
| [ X ] | Terminal Disclaimer Fee | | $160.00 |
| | Subtotal | | $1,090.00 |
| [ X ] | Less previously paid Terminal Disclaimer Fee | | $160.00 |
| | TOTAL FEE: | | $930.00 |

The above-identified fees of $930.00 are being paid by credit card via EFS-Web.

The Commissioner is hereby authorized to charge any additional fees which may be required regarding this application under 37 C.F.R. §§ 1.16-1.17, or credit any overpayment, to Deposit Account No. 19-0741. Should no proper payment be enclosed herewith, as by the credit card payment instructions in EFS-Web being incorrect or absent, resulting in a rejected or incorrect credit card transaction, the Commissioner is authorized to charge the unpaid amount to Deposit Account No. 19-0741.

-3-

QUESTMS-00002848

Atty. Dkt. No. 034827-9107

Please direct all correspondence to the undersigned attorney or agent at the address indicated below.

Respectfully submitted,

Date ___3/28/12___          By _____

FOLEY & LARDNER LLP                Barry S. Wilson, Reg. No. 39,431
Customer Number: 30542             Anthony C. Kuhlmann, Reg. No. 57,147
Telephone:    (858) 847-6776       Attorneys for Applicant
Facsimile:    (858) 792-6773

-4-

4811-9298-0751.1

QUESTMS-00002849

Atty. Dkt. No. 034827-9107

## *IN THE UNITED STATES PATENT AND TRADEMARK OFFICE*

Applicant:      Caulfield et al.

Title:          DETERMINATION OF
                TESTOSTERONE BY MASS
                SPECTROMETRY

Appl. No.:      12/946,785

Filing Date:    11/15/2010

Examiner:       Cordero Garcia, M.M.

Art Unit:       1654

Confirmation    1630
Number:

## REQUEST FOR CONTINUED EXAMINATION UNDER 37 C.F.R. § 1.114

Mail Stop RCE
Commissioner for Patents
PO Box 1450
Alexandria, Virginia 22313-1450

Sir:

In response to the Office Action mailed January 13, 2012, please enter the following
amendments and consider the following remarks.

**Amendments to the Claims** are reflected in the listing of claims which begins on page 2
of this document.

**Remarks/Arguments** begin on page 6 of this document.

Please amend the application as follows:

-1-

4814-2117-6335.1

QUESTMS-00002850

Atty. Dkt. No. 034827-9107

**Amendments to the Claims:**

This listing of claims will replace all prior versions, and listings, of claims in the application:

**Listing of Claims**:

    1.-12.  (Canceled)

    13.    (Currently Amended) A method for determining the amount of testosterone in a sample when taken from a female human, comprising:

> (a) purifying testosterone from a sample from a female human, wherein said purifying comprises extracting testosterone from said sample;
>
> (b) ionizing said purified testosterone to produce one or more testosterone ions detectable by a mass spectrometer; and
>
> (c) detecting the amount of one or more of the testosterone ion(s) by a mass spectrometer, wherein the amount of one or more of the testosterone ion(s) is related to the amount of testosterone in the sample;
>
> wherein said testosterone is not derivatized prior to mass spectrometry, and wherein the method is capable of detecting testosterone at concentrations of less than 10 ng/dL in the sample.

    14.-15. (Canceled)

    16.    (Currently Amended) The method of claim [15] 13, wherein said extracting comprises subjecting said sample to solid phase extraction (SPE).

    17.    (Currently Amended) The method of claim [15] 13, wherein said extracting comprises subjecting said sample to high turbulence liquid chromatography (HTLC).

    18.    (Currently Amended) The method of claim [15] 13, wherein said extracting comprises subjecting said sample to liquid extraction.

-2-

QUESTMS-00002851

Atty. Dkt. No. 034827-9107

19. (Currently Amended) The method of claim 13, wherein purifying testosterone further comprises purifying testosterone from said sample by chromatography.

20. (Previously Presented) The method of claim 19, wherein said chromatography comprises liquid chromatography.

21. (Previously Presented) The method of claim 19, wherein said chromatography comprises high performance liquid chromatography (HPLC).

22. (Currently Amended) The method of claim 13, wherein the method is capable of detecting testosterone at concentrations of less than 5 ng/dL in the test sample.

23. (Currently Amended) The method of claim 13, wherein the method is capable of detecting testosterone at concentrations of less than 1 ng/dL in the test sample.

24. (Previously Presented) The method of claim 13, wherein the ionizing of step (b) comprises producing a testosterone ion having a mass/charge ratio of $289.1 \pm 0.5$.

25. (Previously Presented) The method of claim 13, wherein the ionizing of step (b) comprises producing one or more testosterone fragment ions having a mass/charge ratio selected from the group consisting of $109.2 \pm 0.5$ and $96.9 \pm 0.5$.

26. (Previously Presented) The method of claim 13, wherein the ionizing of step (c) comprises:

> producing a testosterone precursor ion having a mass/charge ratio (m/z) of about $289.1 \pm 0.5$;

> isolating the precursor ion by mass spectrometry; and

> effecting a collision between the isolated precursor ion and an inert collision gas to produce one or more testosterone ions detectable by mass spectrometry having m/z selected from the group consisting of $109.2 \pm 0.5$, and $96.9 \pm 0.5$.

-3-

QUESTMS-00002852

Atty. Dkt. No. 034827-9107

27.    (Previously Presented) The method of claim 13, wherein said sample comprises urine, blood, plasma, or serum from a female human.

28.    (Previously Presented) The method of claim 13, wherein said sample comprises blood, plasma, or serum from a female human.

29.    (Currently Amended) A method for determining the amount of testosterone in a sample when taken from a female human, comprising:

> (a) purifying testosterone from a sample from a female human by extracting testosterone from said sample by high turbulence liquid chromatography (HTLC) and subjecting said sample the extracted testosterone to high performance liquid chromatography (HPLC);
>
> (b) ionizing said purified testosterone to produce one or more testosterone ions detectable by a mass spectrometer; and
>
> (c) detecting the amount of one or more of the testosterone ion(s) by a mass spectrometer, wherein the amount of one or more of the testosterone ion(s) is related to the amount of testosterone in the sample;
>
> wherein the method is capable of detecting testosterone at concentrations of less than 10 ng/dL in the test sample.

30.    (Previously Presented) The method of claim 29, wherein said testosterone is not derivatized prior to mass spectrometry.

31.-33. (Canceled)

34.    (Currently Amended) The method of claim 31, wherein said extracting further comprises subjecting said sample to liquid extraction.

35.    (Canceled)

-4-

QUESTMS-00002853

Atty. Dkt. No. 034827-9107

36.  (Currently Amended) The method of claim [31] 29, wherein the ionizing of step (b) comprises producing a testosterone ion having a mass/charge ratio of 289.1 ± 0.5.

37.  (Currently Amended) The method of claim [31] 29, wherein the ionizing of step (b) comprises producing one or more testosterone fragment ions having a mass/charge ratio selected from the group consisting of 109.2 ± 0.5 and 96.9 ± 0.5.

38.  (Currently Amended) The method of claim [31] 29, wherein the ionizing of step (c) comprises:

> producing a testosterone precursor ion having a mass/charge ratio (m/z) of about 289.1 ± 0.5;

> isolating the precursor ion by mass spectrometry; and

> effecting a collision between the isolated precursor ion and an inert collision gas to produce one or more testosterone ions detectable by mass spectrometry having m/z selected from the group consisting of 109.2 ± 0.5, and 96.9 ± 0.5.

39.  (Currently Amended) The method of claim [31] 29, wherein said sample comprises urine, blood, plasma, or serum from a female human.

40.  (Currently Amended) The method of claim [31] 29, wherein said sample comprises blood, plasma, or serum from a female human.

41.  (New) The method of claim 31, wherein the method is capable of detecting testosterone at concentrations of less than 5 ng/dL in the sample.

42.  (New) The method of claim 31, wherein the method is capable of detecting testosterone at concentrations of less than 1 ng/dL in the sample.

4814-2117-6335.1

QUESTMS-00002854

Atty. Dkt. No. 034827-9107

## REMARKS

**Status of the Claims**

This paper amends claims 13, 16-19, 29, 34, and 36-40, adds claims 41-42, and cancels claims 15, 31-33, and 35. Applicants reserve the right to prosecute canceled subject matter in related applications. After the amendments set forth above are entered, claims 13, 16-30, and 36-40 are pending and under examination.

Claim 13 has been amended to include the limitation of canceled claim 15; namely that purifying testosterone comprises extracting testosterone from the sample. Claim 13 has also been amended to specify that the claimed methods are capable of detecting testosterone at concentrations of less than 10 ng/dL. Support for this detection limit is found, e.g., in the Specification at paragraph [0030].

Claims 16-18 have been amended to adjust dependencies necessitated by incorporation of the limitation of claim 15 into claim 13.

Claim 19 has been amended to specify that purifying testosterone <u>further</u> comprises chromatography. This change was also necessitated by incorporation of the limitation of claim 15 into claim 13.

Claims 22 and 23 have been amended to replace "test sample" with "sample", consistent with the language of the base claim from which they depend.

Claim 29 has been amended to incorporate the limitations of canceled claims 33 and 35; namely, that testosterone is purified by extracting from a sample by high turbulence liquid chromatography (HTLC) (claim 33) and subjecting the extracted testosterone to high performance liquid chromatography (HPLC) (claim 35). Claim 29 has also been amended to specify that the claimed methods are capable of detecting testosterone at concentrations of less than 10 ng/dL. Support for these detection limits is found, e.g., in the Specification at paragraph [0030].

-6-

QUESTMS-00002855

Atty. Dkt. No. 034827-9107

Claims 36-40 have been amended to adjust dependencies necessitated by cancelation of claim 31 and incorporation of the limitations of canceled claims 33 and 35 into claim 29.

New claims 41 and 42 depend from claim 29 and further specify that the methods are capable of detecting testosterone in the sample at concentrations of less than 5 ng/dL (claim 41), and less than 1 ng/dL (claim 42). Support for these detection limits is found, e.g., in the Specification at paragraph [0030].

As such, no new matter is introduced by the instant amendments.

A detailed listing of all claims that are, or were, in the application, irrespective of whether the claim(s) remain under examination in the application, is presented, with an appropriate defined status identifier.

**Interview Summary**

Applicant thanks Examiner Cordero for courtesies extended to Applicant's representative in the telephonic interview of March 27, 2012. During that interview, the prior art-based rejections over Soldin, Ong, and Tiller were discussed. The substance of the interview is reflected in the claim amendments and arguments presented herein.

**Rejections under 35 U.S.C. § 102 (e)**

Claims 13, 15-16, 18-22, 24-32, and 34-40 stand rejected as allegedly anticipated by Soldin (U.S. Pat. No. 7,473,560). Applicants respectfully traverse as the present invention was reduced to practice prior to Soldin's earliest filing date.

Applicant herewith submits a declaration under 37 CFR 1.131 executed by inventor Dr. Michael P. Caulfield demonstrating reduction to practice prior to the filing date of the Soldin patent application. Exhibits 1 and 2 accompanying the declaration are excerpts from a Validation Summary Report demonstrating application of the claimed method for quantitation of testosterone in human serum and plasma samples.

-7-

QUESTMS-00002856

Atty. Dkt. No. 034827-9107

Dr. Caulfield attests that the data shown in Exhibit 2 were collected by the method described in Exhibit 1 prior to April 14, 2003, the filing date of Soldin's earliest patent application.

Thus, Applicant respectfully submits that the subject matter of claims 13, 15-16, 18-22, 24-32, and 34-40 was invented prior to the filing date of Soldin's earliest patent application. As such, Soldin is not prior art against the pending claims. Applicant respectfully requests withdrawal of this rejection.

## Rejections under 35 U.S.C. § 103 (a)

### Ong et al (50th ASMS Conference Abstract, 2001)

*Ong et al (50th ASMS Conference Abstract, 2001)*

Claims 13, 15-21, and 27-40 are rejected as allegedly obvious over the Ong Abstract. Claims 15, 31-33, and 35 have been canceled, rendering rejection of those claims moot. Claims 13 and 29, from which all other rejected claims depend, have been amended to specify that the claimed methods are capable of detecting testosterone at concentrations of less than 10 ng/dL. Applicants respectfully request reconsideration and withdrawal.

The Ong Abstract is asserted to allegedly teach a mass spectrometric method for determining testosterone in test samples, such as plasma samples, at concentrations of less than 10 ng/dL. Applicant respectfully disagrees.

Ong describes use of testosterone as an internal standard and mass spectrometric detection in an unknown matrix at concentrations of over 14,000 ng/dL. This detection is conducted with a first instrumental configuration involving parallel extraction columns and a single analytical column (i.e., the parallel configuration). Ong Abstract, second to last paragraph. Ong also describes use of a second instrumental configuration involving single extraction column and a single analytical column (i.e., the serial configuration) for the detection of "various analytes" in plasma or tissue samples. Ong Abstract, last paragraph. Ong does not specify analytes that were measured using the serial configuration, but rather generically suggests that for

-8-

QUESTMS-00002857

analyses in biological matrices "in which lower limits of quantitation approaching 0.1 ng/mL are routinely required" (emphasis added) the serial configuration may be used. Ong Abstract, last paragraph.

Thus, even if it is assumed that the cited portion of Ong teaches detection of testosterone in biological samples lower limits of quantitation approaching 0.1 ng/mL (which Applicant does not concede), Ong still does not provide any reasonable expectation that testosterone could be detected in biological samples at levels below 0.1 ng/mL (or 10 ng/dL) as required in the instant claims.

As such, Applicant respectfully requests reconsideration and withdrawal.

*Tiller et al (J. Chromatogr. A, 1997)*

Claims 13, 16-17, 19-21, 25-30, and 35-40 stand rejected over Tiller et al. (J. chromatogr. A, (1997) 771:119-125). Claim 13, from which claims 16-17, 19-21, and 25-28 depend, has been amended to include the limitation of unrejected claim 15; namely that in the claimed methods, purifying testosterone comprises extracting testosterone from the sample. Similarly, claim 29, from which claims 30 and 35-40 depend, has been amended to include the limitation of unrejected claim 33; namely that testosterone is purified by extracting from a sample by high turbulence liquid chromatography (HTLC).

Applicant submits that amendment of claim 13 to include the limitation of previously unrejected claim 15 and amendment of claim 29 to include the limitation of previously unrejected claim 33 renders rejection over Tiller moot and respectfully requests withdrawal.

**Double Patenting Rejections**

Claims 13-28 stand rejected as on the ground of nonstatutory obviousness-type double patenting as allegedly obvious over claims 1-39 of U.S. Patent 6,977,143. The terminal disclaimer submitted with the last response to Office Action had a typographical error indicating

-9-

QUESTMS-00002858

Atty. Dkt. No. 034827-9107

an incorrect patent number. A new terminal disclaimer correcting this clerical error is submitted herewith. As such, Applicant respectfully requests withdrawal of the obviousness-type double patenting rejection.

Claims 13 and 15-40 also stand provisionally rejected on the ground of nonstatutory obviousness-type double patenting as allegedly obvious over claims 1-13 of copending Application No. 12/607,905. Applicant has requested that this provisional rejection be held in abeyance until otherwise allowable subject matter is identified. Applicant will address any address any provisional double patenting rejections at that time, should this rejection remain.

## **CONCLUSION**

In the event that any matters remain to be resolved in view of this communication, the Examiner is encouraged to call the undersigned so that a prompt disposition of this application can be achieved.

The Commissioner is hereby authorized to charge any additional fees which may be required regarding this application under 37 C.F.R. §§ 1.16-1.17, or credit any overpayment, to Deposit Account No. 19-0741. Should no proper payment be enclosed herewith, as by a check or credit card payment form being in the wrong amount, unsigned, post-dated, otherwise improper or informal or even entirely missing, the Commissioner is authorized to charge the unpaid amount to Deposit Account No. 19-0741. If any additional extensions of time are needed for timely acceptance of papers submitted herewith, Applicant hereby petitions for such extension under 37 C.F.R. §1.136 and authorizes payment of any such extensions fees to Deposit Account No. 19-0741.

4814-2117-6335.1

QUESTMS-00002859

Atty. Dkt. No. 034827-9107

Respectfully submitted,

Date ___5/28/12___                                    By _____

FOLEY & LARDNER LLP                          Barry S. Wilson, Reg. No. 39,431
Customer Number: 30542                          Anthony C. Kuhlmann, Reg. No. 57,147
Telephone:     (858) 847-6722                   Attorneys for Applicant
Facsimile:     (858) 792-6773

-11-

4814-2117-6335.1

QUESTMS-00002860

# EXHIBIT I

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 12/946,785 | 11/15/2010 | Michael P. Caulfield | 034827-9107 | 1630 |

30542          7590          08/15/2012
FOLEY & LARDNER LLP
P.O. BOX 80278
SAN DIEGO, CA 92138-0278

| EXAMINER |
|---|
| CORDERO GARCIA, MARCELA M |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1654 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 08/15/2012 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

QUESTMS-00002961

| | Application No. | Applicant(s) |
|---|---|---|
| **Office Action Summary** | 12/946,785 | CAULFIELD ET AL. |
| | Examiner | Art Unit | |
| | MARCELA M. CORDERO GARCIA | 1654 | |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
- Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1) ☒ Responsive to communication(s) filed on *28 March 2012*.

2a) ☐ This action is **FINAL**.     2b) ☒ This action is non-final.

3) ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

5) ☒ Claim(s) *13,16-30,34 and 36-42* is/are pending in the application.

    5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6) ☐ Claim(s) _____ is/are allowed.

7) ☐ Claim(s) _____ is/are rejected.

8) ☐ Claim(s) _____ is/are objected to.

9) ☒ Claim(s) *13,16-30,34 and 36-42* are subject to restriction and/or election requirement.

**Application Papers**

10) ☐ The specification is objected to by the Examiner.

11) ☐ The drawing(s) filed on _____ is/are: a) ☐ accepted or b) ☐ objected to by the Examiner.

    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

12) ☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

13) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a) ☐ All   b) ☐ Some * c) ☐ None of:

       1. ☐ Certified copies of the priority documents have been received.

       2. ☐ Certified copies of the priority documents have been received in Application No. _____.

       3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

    * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☒ Notice of References Cited (PTO-892)

2) ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3) ☒ Information Disclosure Statement(s) (PTO/SB/08) Paper No(s)/Mail Date *3/28/2012*.

4) ☐ Interview Summary (PTO-413) Paper No(s)/Mail Date. _____.

5) ☐ Notice of Informal Patent Application

6) ☐ Other: _____.

## DETAILED ACTION

### Continued Examination Under 37 CFR 1.114

1. A request for continued examination under 37 CFR 1.114, including the fee set forth in 37 CFR 1.17(e), was filed in this application after final rejection. Since this application is eligible for continued examination under 37 CFR 1.114, and the fee set forth in 37 CFR 1.17(e) has been timely paid, the finality of the previous Office action has been withdrawn pursuant to 37 CFR 1.114. Applicant's submission filed on 3/28/2012 has been entered.

### Status of the claims

2. Claims 13, 16-30, 34, 36-42 are pending. Claims 13, 16-19, 22-23, 29, 34, 36-40 have been amended. Claims 13, 16-30, 34, 36-42 are presented for examination on the merits.

### Declaration under 37 CFR 1.131

3. The declaration of Michael P. Caulfied filed on 3/28/2012 under 37 CFR 1.131 is sufficient to overcome the Soldin (US 7,473,560) reference.

### Terminal Disclaimer

4. The terminal disclaimer for US 6,977,143 has been reviewed and is accepted. The terminal disclaimer has been recorded.

### Interview

5. Examiner contacted Applicant's representative (Joseph P. Meara) to request TDs for 12/607,905 and 13/118,180 in order to place the application in condition for

QUESTMS-00002963

allowance. However, Examiner was not able to get a timely response. Therefore the corresponding ODP rejections are set forth as follows:

### *Double Patenting*

6.      The nonstatutory double patenting rejection is based on a judicially created doctrine grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or improper timewise extension of the "right to exclude" granted by a patent and to prevent possible harassment by multiple assignees.   A nonstatutory obviousness-type double patenting rejection is appropriate where the conflicting claims are not identical, but at least one examined application claim is not patentably distinct from the reference claim(s) because the examined application claim is either anticipated by, or would have been obvious over, the reference claim(s). See, e.g., *In re Berg*, 140 F.3d 1428, 46 USPQ2d 1226 (Fed. Cir. 1998); *In re Goodman*, 11 F.3d 1046, 29 USPQ2d 2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir. 1985); *In re Van Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422 F.2d 438, 164 USPQ 619 (CCPA 1970); and  *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969).

A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) or 1.321(d) may be used to overcome an actual or provisional rejection based on a nonstatutory double patenting ground provided the conflicting application or patent either is shown to be commonly owned with this application, or claims an invention made as a result of activities undertaken within the scope of a joint research agreement.

Effective January 1, 1994, a registered attorney or agent of record may sign a terminal disclaimer. A terminal disclaimer signed by the assignee must fully comply with 37 CFR 3.73(b).

7.      Claims 13, 16-30, 34, 36-42  are provisionally rejected on the ground of nonstatutory obviousness-type double patenting as being unpatentable over claims 1-5, 7-11, 13-14 of copending Application No. 12/607,905 in view of Sowers et al. (American Journal of Epidemiology, 2001).  Although the conflicting claims are not identical, they are not patentably distinct from each other because both the instant application and US '905 are drawn to a method for determining the amount of testosterone in a sample when taken from a human, comprising:

(a) purifying testosterone from a sample from a female human, wherein said purifying comprises extracting testosterone from said sample;

(b) ionizing said purified testosterone to produce one or more testosterone ions detectable by a mass spectrometer; and

(c) detecting the amount of one or more of the testosterone ion(s) by a mass spectrometer, wherein the amount of one or more of the testosterone ion(s) is related to the amount of testosterone in the sample;

wherein said testosterone is not derivatized prior to mass spectrometry, and wherein the method is capable of detecting testosterone at concentrations of less than 10 ng/dL in the sample.

US '905 does not expressly teach measuring testosterone in samples from a human female.

Sowers et al. teach that estrogens and their effect on reproductive health and chronic diseases, including cardiovascular disease and cancers, particularly breast cancer, have been the overwhelming focus of hormone studies in women. In contrast, there is relatively little information about the role of androgens in women's health. However, testosterone products are being increasingly promoted to women in the lay press as a means of increasing well-being.

Testosterone is the most important circulating and naturally occurring androgen in both men and women. In women, testosterone is produced primarily through peripheral conversion of androstenedione (50 percent) with the remainder of production concentrated in the ovary (25 percent) and adrenal cortex (25 percent). During pregnancy, the placenta may also serve as a source of the hormone.

In women, abnormally high levels of testosterone have been associated with hirsutism and polycystic ovary syndrome. Hirsutism is a consequence of increased production of testosterone or testosterone precursors (dehydroepiandrosterone, 3*-androstanediol, or androst-4-ene-3,17-dione) and depression of sex hormone binding globulin. Circulating levels of free to total testosterone in hirsute women are double those of nonhirsute women. Polycystic ovary syndrome is related to ovulatory dysfunction and is a common cause of female infertility.

Testosterone concentrations have been evaluated for their associations with chronic diseases. Serum levels of testosterone have been suspected in the etiology of breast cancer of postmenopausal women. Zeleniuch-Jacquotte et al. reported an increased risk of breast cancer with increasing concentrations of serum total

QUESTMS-00002966

testosterone (unadjusted p for trend < 0.05). However, this trend was no longer significant after adjustment for total estradiol concentrations and the percent of sex hormone binding globulin-bound estradiol. Nonetheless, those authors speculated that testosterone or its metabolites might still play a role in breast cancer etiology by altering the availability of estrogens, by competitively binding with sex hormone binding globulin, and/or by acting as an estrogen precursor. Likewise, androgen concentrations have been associated with insulin levels and diabetes mellitus. However, a temporal sequence between higher levels of androgen and increased insulin levels has not been firmly established, as higher androgen concentrations may result in increased insulin resistance or increased insulin production may stimulate androgen production in the ovary. Sowers et al. have reported an association of osteoarthritis and serum testosterone concentrations in women aged 25–45 years.

Numerous studies have examined factors that influence testosterone concentrations in men, and these may provide an indication of the factors that influence or are associated with testosterone concentrations in women. In men, older age has been consistently associated with declining levels of testosterone. Lower testosterone concentrations were associated with increased body mass. Smoking was also associated with increased concentrations of serum testosterone in men, whereas alcohol consumption and moderate physical activity do not appear to be associated with variation in testosterone concentrations (e.g., abstract).

Testosterone levels. Women were evaluated annually on the anniversary of their initial assessment (±1 month). At each examination, blood was drawn in days 3–7 of the

follicular phase of the menstrual cycle and after an 8-hour fast. For women not normally

menstruating within 3 months of the examination, blood was drawn after fasting and

indexed to the anniversary date of their first annual examination. Serum was frozen at

−80°C. Total testosterone was assessed with a solid-phase 125I radioimmunoassay

based on a testosterone-specific antibody immobilized to the wall of a polypropylene

tube. The assay precision was ±15.5 percent. Table 1 shows that total testosterone in

pg/mL has a concentration of about 209-223 pg/mL and 33 pg/mL for low

concentrations in women (e.g., page 258). Please note that 209 pg/mL x (100 mL/dL) x

(1 ng/1000 pg) is equal to 20.9 pg/dL which is within the detection limit. Further, the

method also includes extraction of testosterone which reads upon concentrating the

sample and thus would potentially encompass lower levels than the testosterone

circulating levels in women.

It would have been obvious to one of ordinary skill in the art at the time the

invention was made to utilize the method of US '905 to measure testosterone in women.

One of ordinary skill in the art at the time the invention was made would have been

motivated to do so because estrogens and their effect on reproductive health and

chronic diseases, including cardiovascular disease and cancers, particularly breast

cancer, have been the overwhelming focus of hormone studies in women. In contrast,

there is relatively little information about the role of androgens in women's health.

However, testosterone products are being increasingly promoted to women in the lay

press as a means of increasing well-being.  One of ordinary skill in the art at the time

the invention was made would have had a reasonable expectation of success because

QUESTMS-00002968

the method of US '905 was more sensitive than the average values of testosterone in serum in women and because the method includes concentrating the sample extraction before testosterone measurement.

This is a provisional obviousness-type double patenting rejection because the conflicting claims have not in fact been patented.

8.      Claims 13, 16-30, 34, 36-42 are provisionally rejected on the ground of nonstatutory obviousness-type double patenting as being unpatentable over claims 13-39 of copending Application No. 13/118,180 in view of Sowers et al. (American Journal of Epidemiology, 2001).  Although the conflicting claims are not identical, they are not patentably distinct from each other because Although the conflicting claims are not identical, they are not patentably distinct from each other because both the instant application and US '180 are drawn to a method for determining the amount of testosterone in a sample when taken from a human, comprising:

(a) purifying testosterone from a sample from a female human, wherein said purifying comprises extracting testosterone from said sample;

(b) ionizing said purified testosterone to produce one or more testosterone ions detectable by a mass spectrometer; and

(c) detecting the amount of one or more of the testosterone ion(s) by a mass spectrometer, wherein the amount of one or more of the testosterone ion(s) is related to the amount of testosterone in the sample;

QUESTMS-00002969

Case 1:18-cv-01436-MN   Document 39   Filed 03/26/19   Page 121 of 140 PageID #: 670

wherein said testosterone is not derivatized prior to mass spectrometry, and wherein the method is capable of detecting testosterone at concentrations of less than 10 ng/dL in the sample.

US '180 does not expressly teach measuring testosterone in samples from a human female.

Sowers et al. teach that estrogens and their effect on reproductive health and chronic diseases, including cardiovascular disease and cancers, particularly breast cancer, have been the overwhelming focus of hormone studies in women. In contrast, there is relatively little information about the role of androgens in women's health. However, testosterone products are being increasingly promoted to women in the lay press as a means of increasing well-being.

Testosterone is the most important circulating and naturally occurring androgen in both men and women. In women, testosterone is produced primarily through peripheral conversion of androstenedione (50 percent) with the remainder of production concentrated in the ovary (25 percent) and adrenal cortex (25 percent). During pregnancy, the placenta may also serve as a source of the hormone.

In women, abnormally high levels of testosterone have been associated with hirsutism and polycystic ovary syndrome. Hirsutism is a consequence of increased production of testosterone or testosterone precursors (dehydroepiandrosterone, 3*-androstanediol, or androst-4-ene-3,17-dione) and depression of sex hormone binding globulin. Circulating levels of free to total testosterone in hirsute women are double

QUESTMS-00002970

those of nonhirsute women. Polycystic ovary syndrome is related to ovulatory dysfunction and is a common cause of female infertility.

Testosterone concentrations have been evaluated for their associations with chronic diseases. Serum levels of testosterone have been suspected in the etiology of breast cancer of postmenopausal women. Zeleniuch-Jacquotte et al. reported an increased risk of breast cancer with increasing concentrations of serum total testosterone (unadjusted p for trend < 0.05). However, this trend was no longer significant after adjustment for total estradiol concentrations and the percent of sex hormone binding globulin-bound estradiol. Nonetheless, those authors speculated that testosterone or its metabolites might still play a role in breast cancer etiology by altering the availability of estrogens, by competitively binding with sex hormone binding globulin, and/or by acting as an estrogen precursor. Likewise, androgen concentrations have been associated with insulin levels and diabetes mellitus. However, a temporal sequence between higher levels of androgen and increased insulin levels has not been firmly established, as higher androgen concentrations may result in increased insulin resistance or increased insulin production may stimulate androgen production in the ovary. Sowers et al. have reported an association of osteoarthritis and serum testosterone concentrations in women aged 25–45 years.

Numerous studies have examined factors that influence testosterone concentrations in men, and these may provide an indication of the factors that influence or are associated with testosterone concentrations in women. In men, older age has been consistently associated with declining levels of testosterone. Lower testosterone

concentrations were associated with increased body mass. Smoking was also associated with increased concentrations of serum testosterone in men, whereas alcohol consumption and moderate physical activity do not appear to be associated with variation in testosterone concentrations (e.g., abstract).

Testosterone levels. Women were evaluated annually on the anniversary of their initial assessment (±1 month). At each examination, blood was drawn in days 3–7 of the follicular phase of the menstrual cycle and after an 8-hour fast. For women not normally menstruating within 3 months of the examination, blood was drawn after fasting and indexed to the anniversary date of their first annual examination. Serum was frozen at −80°C. Total testosterone was assessed with a solid-phase 125I radioimmunoassay based on a testosterone-specific antibody immobilized to the wall of a polypropylene tube. The assay precision was ±15.5 percent. Table 1 shows that total testosterone in pg/mL has a mean concentration of about 209-223 pg/mL and 33 pg/mL for low concentrations in women (e.g., page 258). Please note that 209 pg/mL x (100 mL/dL) x (1 ng/1000 pg) is equal to 20.9 pg/dL which is within the detection limit. Further, the method also includes extraction of testosterone which reads upon concentrating the sample and thus would potentially encompass lower levels than the testosterone circulating levels in women.

It would have been obvious to one of ordinary skill in the art at the time the invention was made to utilize the method of US '180 to measure testosterone in women. One of ordinary skill in the art at the time the invention was made would have been motivated to do so because estrogens and their effect on reproductive health and

QUESTMS-00002972

Application/Control Number: 12/946,785                                    Page 12
Art Unit: 1654

chronic diseases, including cardiovascular disease and cancers, particularly breast

cancer, have been the overwhelming focus of hormone studies in women. In contrast,

there is relatively little information about the role of androgens in women's health.

However, testosterone products are being increasingly promoted to women in the lay

press as a means of increasing well-being. One of ordinary skill in the art at the time the

invention was made would have had a reasonable expectation of success because the

method of US '180 was more sensitive than the average values of testosterone in serum

in women and because the method includes concentrating the sample extraction before

testosterone measurement.

This is a provisional obviousness-type double patenting rejection because the

conflicting claims have not in fact been patented.

### Conclusion

9.      No claim is currently allowed.

The prior art made of record and not relied upon is considered pertinent to

applicant's disclosure.

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to MARCELA M. CORDERO GARCIA whose telephone

number is (571)272-2939.  The examiner can normally be reached on M-F 8:30-5:00.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Cecilia J. Tsang can be reached on (571) 272-0562.  The fax phone number

for the organization where this application or proceeding is assigned is 571-273-8300.

QUESTMS-00002973

Application/Control Number: 12/946,785                                    Page 13
Art Unit: 1654

Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system.  Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a

USPTO Customer Service Representative or access to the automated information

system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.


/MARCELA M CORDERO GARCIA/
Primary Examiner, Art Unit 1654

MMCG 08/2012

QUESTMS-00002974

| | Notice of References Cited | | Application/Control No. 12/946,785 | Applicant(s)/Patent Under Reexamination CAULFIELD ET AL. | | |
|---|---|---|---|---|---|---|
| | | | Examiner MARCELA M. CORDERO GARCIA | Art Unit 1654 | Page 1 of 1 | |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country-Number-Kind Code | Date MM-YYYY | Name | | Classification |
|---|---|---|---|---|---|---|
| * | A | US-2011/0226946 | 09-2011 | Caulfield et al. | | 250/282 |
| * | B | US-2010/0047849 | 02-2010 | Caulfield et al. | | 435/29 |
| | C | US- | | | | |
| | D | US- | | | | |
| | E | US- | | | | |
| | F | US- | | | | |
| | G | US- | | | | |
| | H | US- | | | | |
| | I | US- | | | | |
| | J | US- | | | | |
| | K | US- | | | | |
| | L | US- | | | | |
| | M | US- | | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | Sowers et al. Testosterone Concentrations in Women Aged 25-50 Years: Associations with Lifestyle, Body Composition, and Ovarian Status. American Journal of Epidemiology, 2001. Vol. 153, No. 3, pages 256-264. |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

QUESTMS-00002975

Receipt date: 03/28/2012

12946785 - GAU: 1654

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid
OMB control number.

| Substitute for form 1449/PTO | | | *Complete if Known* | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | | Application Number | 12/946,785 |
| | | | Filing Date | 11/15/2010 |
| | | | First Named Inventor | Michael P. Caulfield |
| | | | Art Unit | 1654 |
| *(use as many sheets as necessary)* | | | Examiner Name | Cordero Garcia, Marcela M. |
| Sheet | 1 | of | 2 | Attorney Docket Number | 034827-9107 |

| | | **U.S. PATENT DOCUMENTS** | | | |
|---|---|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Document Number<br>Number-Kind Code[2] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
| | A1 | 6,743,448 | 06-01-2004 | Kryger | |

| | | **UNPUBLISHED U.S. PATENT APPLICATION DOCUMENTS** | | | |
|---|---|---|---|---|---|
| Examiner Initials* | Cite No.[1] | U.S. Patent Application Document Serial Number-Kind Code[2] *(if known)* | Filing Date of Cited Document MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
| | | | | | |

| | | **FOREIGN PATENT DOCUMENTS** | | | | |
|---|---|---|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3] Number[4] Kind Code[5] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Documents | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
| | | | | | | |
| | | | | | | |

| | | **NON PATENT LITERATURE DOCUMENTS** | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
| | A2 | ALARY, "Comparative Study: LC-MS/MS Analysis of Four Steroid Compounds Using a New Photoionization Source and a Conventional APCI Source," Proceedings of the 49th ASMS Conference on Mass Spectrometry and Allied Topics, Chicago Illinois, May 27-31, 2001 | |
| | A3 | DRAISCI et al., "Quantitation of anabolic hormones and their metabolites in bovine serum and urine by liquid chromatography-tandem mass spectrometry," J. of Chromatography A, (2000), 870:511-522 | |
| | A4 | ROBB, et al., "Atmospheric Pressure Photoionization: An Ionization Method for Liquid Chromatography-Mass Spectrometry," Anal. Chem., (2000) 72:3653-3559 | |
| | A5 | TILLER, et al, "Drug quantitation on a benchtop liquid chromatography-tandem mass spectrometry system," J. Chromatography A, (1997), 771:119-125 | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

4852-2841-2430.1

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /M.M.C.G./

QUESTMS-00002976

Receipt date: 03/28/2012

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | | *Complete if Known* | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | | | **Application Number** | 12/946,785 |
| | | | | **Filing Date** | 11/15/2010 |
| | | | | **First Named Inventor** | Michael P. Caulfield |
| | | | | Art Unit | 1654 |
| *(use as many sheets as necessary)* | | | | **Examiner Name** | Cordero Garcia, Marcela M. |
| Sheet | 2 | of | 2 | **Attorney Docket Number** | 034827-9107 |

| | | NON PATENT LITERATURE DOCUMENTS | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
| | A6 | US Non-Final Office Action dated December 16, 2011 in related U.S. Patent Appl Serial No. 12/607,905 (034827-9106) | |
| | A7 | US Non-Final Office Action dated November 17, 2011 in related U.S. Patent Appl. Serial No. 13/118,180 (034827-9108) | |
| | | | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /M.M.C.G./

| Examiner Signature | /Marcela Cordero Garcia/ | Date Considered | 07/19/2012 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

4852-2841-2430.1

# EXHIBIT J

REVIEWS

# THE BASICS OF MASS SPECTROMETRY IN THE TWENTY-FIRST CENTURY

*Gary L. Glish\* and Richard W. Vachet‡*

Enormous advances in our understanding of the chemistry underlying life processes have identified new targets for therapeutic agents. The discovery of effective therapeutics to address these targets is often accomplished through parallel synthetic and screening efforts. In almost all cases, what has enabled target identification and allowed parallel approaches to drug discovery to be effective are the development of either new analytical tools or the improvement of currently existing ones. Among these tools, mass spectrometry has evolved to become an irreplaceable technique in the analysis of biologically related molecules. This article will guide researchers in drug discovery through the basic principles of mass spectrometry.

By virtue of its sensitivity and speed, mass spectrometry (MS) has played a key role in many phases of drug discovery. The identification of proteins, which are often drug targets and are present at low concentration levels in complicated mixtures, is significantly facilitated by the sensitivity of MS. Also, high-throughput analysis of drug libraries produced in a parallel format can be simplified by the speed of MS. Reaction monitoring and optimization, assessment of library compound quality and structural analysis of library products are just some of the ways in which MS is employed. Associated with these applications is the added advantage that mass spectrometers can be automated, which further increases throughput. The utility of MS in the drug discovery process might, however, extend to other areas too. In combination with separation techniques, MS can play an important role in identifying and monitoring biomarkers in physiological fluids, which is a useful way of assessing drug efficacy and safety issues. In addition, MS might have some promise as a stand-alone assay for the rapid screening of drug–target binding, including both the strength and sites of interaction.

As a result of its utility in biochemical analyses, MS has become a standard tool of many laboratories. Of course, as MS becomes a routinely used technique it becomes more of a 'black box' technology. Also, the increasing interest in making mass spectrometers available for open-access operation will create numerous operators who are unaware of the fundamentals of MS. The goal of this review is to provide a guide for understanding current MS technology. It is our hope that a more detailed understanding of the fundamentals of MS will allow users involved in drug discovery to take full advantage of this powerful technique and avoid misinterpretation of results. This review will provide very few examples of how MS is specifically applied to drug discovery efforts. Readers interested in such details are directed to other reviews that have been published in the past few years[1–5].

The name 'mass spectrometry' is a misnomer of sorts. The mass is not what is measured; instead, mass spectrometry determines the mass-to-charge ($m/z$) ratio or a property related to $m/z$. A mass spectrum is a plot of ion abundance versus $m/z$, although in many cases the x-axis is labelled 'mass' rather than $m/z$. The spectrum is presented in terms of Daltons (Da) per unit charge. So for example, benzene (molecular mass 78 g/mol), when ionized, can form an ion of the intact molecule at $m/z$ 78 (the number of places after the decimal that can be determined depends on the type of mass analyser and often just the integer mass is reported). However, the molecular weight is the molar

*\*Department of Chemistry, University of North Carolina, Chapel Hill, North Carolina 3290, USA. ‡Department of Chemistry, University of Massachusetts, 710 North Pleasant Street, Amherst, Massachusetts 9336, USA. Correspondence to G.L.G. e-mail: glish@unc.edu*
doi: 10.1038/nrd1011

mass of a compound and what is actually measured in a mass spectrometer are individual ions, and the true units of the measurement are kilograms per Coulomb. As individual ions are measured, an important result that is often overlooked by those not familiar with MS is the effect of isotopes. For example, chlorobenzene has a molecular weight of 112.56; however, chlorobenzene does not form ions of $m/z$ 112.56. The 112.56 molar mass is a result of the weighted average of the two chlorine isotopes ($^{35}Cl$, 75.4% and $^{37}Cl$, 24.6%). The individual ions that are measured in the mass spectrometer will have either a $^{35}Cl$ or a $^{37}Cl$, and thus ions are detected at $m/z$ 112.01 and 114.01. Also, approximately one ion at $m/z$ 114 will be detected for every three ions detected at $m/z$ 112 (24.6/75.4).

Basically, any information gathered from a mass spectrometer comes from the analysis of gas-phase ions. There are three main components of a mass spectrometer: an ionization source, a mass analyser and a detector (FIG. 1). The following discussion will provide an overview of the different ionization sources and mass analysers that are most often used in the analysis of biologically relevant samples. Although the raw data that mass spectrometers provide are $m/z$ ratios and abundances of the components in a sample, the information that can be gathered from MS is not just limited to molecular weight and sample amount. Mass analysers can also be used in certain ways to gather structural information, such as the connectivity of atoms in a molecule. Structural analysis combined with its inherent sensitivity and speed is where MS realizes much of its power.

### Ionization

As ions are actually analysed in the vacuum of the mass spectrometer, arguably the most important reaction in MS is the one that converts ANALYTES of interest into gas-phase ions. Historically, the most commonly used ionization processes (for example, electron ionization) occur in two discrete steps: the sample is first volatilized and then it is ionized. This approach to ionization limits the types of analytes that can be analysed intact to relatively low-molecular-weight compounds that are thermally stable. As most compounds of biological interest have relatively high molecular weights and their high polarities severely limit their volatility, such an approach to ionization restricted the applicability of MS to biological studies for many years.

The past two decades, however, have seen the development of new ionization techniques that now allow almost any large, non-volatile and thermally labile compound to be converted into a gas-phase ion. Although a number of ionization techniques have been developed over the years for the analysis of non-volatile and thermally labile compounds, two have emerged as the primary methods of choice today: electrospray ionization (ESI)[6] and matrix-assisted laser desorption/ionization (MALDI)[7]. The efforts related to the development of these two techniques lead to a share of the 2002 Nobel Prize in Chemistry. In addition, ESI has led to a revival of the technique of atmospheric-pressure chemical ionization (APCI)[8].

*Electrospray ionization.* Ions in ESI are generated at atmospheric pressure by passing a solution-based sample through a small capillary (internal diameter < 250 μm) that is at a potential difference relative to a counter electrode at voltages between +500 and +4,500 V. The actual voltage required depends on both the inner diameter of the needle and the solvents that make up the solution. Generally, capillaries with larger inner diameters and solvents with higher boiling points require higher voltages (BOX 1).

Regardless of the dimensions of the ESI set up, electrostatic spraying of a sample solution initially generates an aerosol of charged droplets. Sometimes a concentric flow of gas, such as $N_2$, is used to facilitate this nebulization process. The charged droplets consist of both solvent and analyte molecules with a net positive or negative charge, depending on the polarity of the applied voltage. Eventually, ions become free of the solvent that surrounds them, and these ions make their way into the mass analyser of the spectrometer.

PROTONATION/DEPROTONATION is the main source of charging for biologically relevant ions in ESI. In fact, ions of proteins, peptides, oligonucleotides and other molecules with acid/base functionality are often found with several sites of protonation or deprotonation. FIGURE 2a is an example of the positive ESI mass spectrum of cytochrome *c*. Although at first glance the multiple charging might seem to make information about molecular weight more difficult to determine, in actuality each peak in this spectrum represents a separate mass measurement that can ultimately increase the precision of the measurement (BOX 2). Multiple charging also enables mass spectrometers with limited $m/z$ ranges to analyse higher-molecular-weight molecules. For example, cytochrome *c* has a molecular weight of 12,360 Da, but the addition of between 10 and 20 protons brings the $m/z$ ratio of the protein below 2,000, which is within the working range of most mass analysers.

ESI has some very impressive attributes that allow it to be used for a wide variety of biological problems. There seems to be no inherent limit to the size of molecules that can be ionized, as observed by the ionization of Coliphage T4 DNA, which has a nominal molecular weight around $1.1 \times 10^8$ Da[9,10]. In addition, ESI is a very 'soft' technique that allows non-covalent biomacromolecular complexes

ANALYTE
The substance being analyzed.

PROTONATION
The addition of one or more protons to a compound so that the net charge of the compound is positive.

DEPROTONATION
The removal of one or more protons from a compound so that the net charge of the compound is negative.



Figure 1 | **Basic components of a typical mass spectrometer used in drug discovery.**
*FT-ICR does not use an electron multiplier. APCI, atmospheric-pressure chemical ionization; ESI, electrospray ionization; MALDI, matrix-assisted laser desorption/ionization; FT-ICR, Fourier-transform ion-cyclotron resonance.

**R E V I E W S**

---

| Box 1 | **Micro-electrospray/nanospray** |

Although the size criteria necessary for a method to be described as either micro-electrospray or nanospray are somewhat ambiguous, some dimensions are typical for these techniques. Capillary inner diameters (i.d.) and solvent flow rates seem to be useful criteria for establishing a particular ESI setup as either micro-electrospray or nanospray. Typical nanospray devices use fused silica or glass capillaries with orifice i.d. < 10 µm from which solution normally flows at rates < 100 nL/min. Micro-electrospray devices use larger capillaries (10 µm < i.d. < 100 µm) with slightly higher flow rates (100 nL/min < flow rate < 500 nL/min). ESI devices with larger needle dimensions and higher flow rates are typically referred to as 'conventional' electrospray.

to be ionized intact[11], which expands the utility of MS to the study of protein–protein complexes, double-stranded DNA, protein–drug complexes, DNA–drug complexes and generally any multimolecular complexes. In the ultimate experiment to demonstrate the gentle nature of ESI, it has been shown that after ionization, mass analysis and collection, the tobacco mosaic virus retains not only its rod-like structure but also its viability[12]. Perhaps the most practically useful attribute of ESI is its ability to couple MS and liquid-separation techniques. Now the separation power of techniques such as HPLC and capillary electrophoresis can be joined with the positive attributes of MS, so that compounds in complicated biological matrices can be thoroughly and rapidly investigated with high sensitivity.

Despite the power of ESI, it does have two notable shortcomings. First, the flowing nature of ESI means that a sample is constantly being consumed. Unfortunately, however, no mass spectrometer constantly analyses ions, which means that some of the sample is wasted. This shortcoming is being addressed by using mass analysers that have an inherently higher duty cycle and by developing pulsed ESI sources[13,14]. The second shortcoming of ESI is its susceptibility to ion suppression effects. When solutions contain high salt concentrations (that is, > ~1 mM), analyte ion formation is usually hindered, which means most biological samples need to be desalted before analysis. In addition, when complex mixtures of compounds are present, the higher-concentration analytes can suppress ion formation by lower-concentration analytes.

---

| Box 2 | **Calculating mass from an ESI spectrum** |

Calculating the mass of a protein from an ESI mass spectrum with multiple charge states (for example, FIG. 2A) can be done in the following manner:

- $(m/z)_1$ and $(m/z)_2$ are the measured $m/z$ ratios of two adjacent peaks with $(m/z)_2 > (m/z)_1$

- Assume ion charging is due to H[+], so that each extra proton adds one extra mass unit. Therefore $(m + z_1)/z_1 = (m/z)_1$ and $(m + z_2)/z_2 = (m/z)_2$, where $m$ is the mass of the protein and $z$ is the number of charges.

- Assume: $z_1 = z_2 + 1$ (adjacent charge states should differ by only one H[+]). Therefore $[m + (z_2 + 1)]/(z_2 + 1) = (m/z)_1$ and $(m + z_2)/z_2 = (m/z)_2$

- Now, there are two equations and two unknowns, and the mass of the protein ($m$) can be calculated. This same process can be repeated for each pair of adjacent peaks, and all the determined values of $m$ can be averaged for better mass measurement precision.

*Atmospheric-pressure chemical ionization.* Most mass spectrometers that are sold with ESI sources also have optional APCI sources. Although there are some similarities between ESI and APCI, they are very much complementary ionization techniques[15]. The ionization process in APCI occurs at atmospheric pressure through ion/molecule reactions. Ionization is initiated by a corona discharge from a very fine needle. Typically ~1 kV up to 5 kV is applied to the needle to generate a corona discharge current of 2–5 µA. Electrons from this corona discharge ionize reagent molecules such as $N_2$, $O_2$, $H_2O$ and solvent molecules that are present around the needle. A complex series of reactions can ultimately lead to efficient analyte ionization when the analytes are transported into the discharge region. Liquids are introduced through a capillary like that used for ESI. However, instead of applying a voltage to nebulize the sample, a nebulizing gas ($N_2$) and heat (100–500 ºC) are used. Both positive and negative ions are formed in the discharge, and analyte charging is typically due to either protonation, which generates positive ions, or deprotonation, which gives negative ions.

APCI has several notable attributes. First, APCI can be readily coupled with liquid separation techniques in a manner similar to ESI. In contrast to ESI, however, APCI has the advantage of being less susceptible to matrix interferences from salts. APCI also has the advantage over ESI that weakly polar analytes not existing as preformed ions in solution can be readily ionized, which is what makes APCI and ESI complementary. The reduced matrix susceptibility and ability to ionize weakly polar analytes often makes APCI suitable for monitoring drug and metabolite concentrations in samples from animals and humans. The very high sensitivity of APCI further enhances the applicability of this technique in drug analysis.

Despite its clear utility, though, APCI does have some drawbacks. Labile compounds can be thermally decomposed in the heated nebulization. Additionally, the high sensitivity of APCI places high demands on solvent purity. Ionization in APCI is thermodynamically controlled, and some compounds can completely suppress analyte ion formation. For example, very basic additives, such as amines, which are sometimes added to improve the chromatographic behavior of a sample, can divert the proton-transfer reactions that lead to analyte protonation. As a result, care has to be taken when mixing additives to a sample. Finally, APCI often has difficulty analysing complex mixtures, for similar reasons. The most stable products after ionization (for example, the analytes with the highest basicity) will usually be observed to the exclusion of less stable products (that is, the analytes with the lowest basicity).

*Matrix-assisted laser desorption/ionization.* Unlike ESI, in which analyte ions are produced continuously, ions in matrix-assisted laser desorption/ionization (MALDI) are produced by pulsed-laser irradiation of a sample. The sample is co-crystallized with a solid matrix that can absorb the wavelength of light emitted by the laser. Usually the sample and matrix are mixed on a probe that

 

Figure 2 | **A comparison of the mass spectra for cytochrome c generated using electrospray ionization and matrix-assisted laser desorption/ionization. a** | Electrospray ionization (ESI) mass spectrum of cytochrome *c*: multiple peaks are observed due to the different charge states that arise from varying degrees of protonation. **b** | Matrix-assisted laser desorption/ionization (MALDI) mass spectrum of cytochrome *c*: only a single peak is observed for the analyte because ionization in MALDI generally occurs by the addition of a single proton. Note the different mass-to-charge (*m/z*) scales.

is inserted into the vacuum system, and after irradiation the gas-phase ions that are formed are directed toward the mass analyser[7,16]. Recently, however, it has been demonstrated that this same process can be carried out at atmospheric pressure[17,18], and the generated ions are then transferred into the vacuum system for mass analysis in a manner similar to ESI-derived ions. The formation of singly-protonated analytes in MALDI is typical, but the mechanism by which ions are formed is not fully clear. MALDI has several favourable attributes. First, due to the pulsed nature of most lasers, ions are formed in discrete events. If mass analysis is then synchronized with ion formation, very little sample is wasted. Therefore, MALDI can achieve very high levels of sensitivity, often providing data from sub-femtomole (< 1 x $10^{-15}$ moles) amounts of sampling loading. A second advantage of MALDI lies in the fact that singly charged analytes are usually generated. When coupled with certain mass analysers (for example, time-of-flight), MALDI can be used to rapidly provide molecular weight information for one or more analytes (FIG. 2b). High throughput can then be readily accomplished by using sample plates that are loaded with ~100 different samples. A final practical advantage of MALDI is its relatively high tolerance to salts and buffers. Unlike ESI, ions can be formed by MALDI from samples that contain physiological levels of salts. In fact, MALDI has been used recently to ionize proteins directly from cell lysates and whole cells[19,20].

Although MALDI has significant advantages, it also has some drawbacks. Even though the pulsed nature of the technique is one source of MALDI's inherent sensitivity, it is also a source of difficulty when coupling to some mass analysers. Consequently, only certain mass spectrometers are easily coupled with MALDI. Also, the presence of a matrix, which facilitates ionization, causes a large degree of chemical noise to be observed at *m/z* ratios below 500 Da. As a result, samples with low molecular weights are usually difficult to analyse by MALDI. Recent variations of MALDI, however, seem promising

for enabling the analyses of low-molecular-weight compounds. In particular, the desorption/ionization on silicon (DIOS) technique provides similar results to MALDI without the chemical background at low *m/z* ratios[21,22].

## Mass analysers

The different types of mass analyser measure ions in different ways. In most analytical measurements, two of the predominant figures of merit are accuracy and precision. It is important to note that an accurate measurement does not necessarily require a precise measurement and vice versa. In MS, the precision of the measurement is related to the resolution (that is, the ability to resolve two adjacent peaks). In general, resolution is defined as $m/\Delta m$, where $m$ is the integer mass of the peaks being resolved and $\Delta m$ is the mass difference between the two peaks

There are five principal types of mass analyser in use today. These analysers can be divided into two groups: beam analysers and trapping analysers. In beam analysers, the ions leave the ion source in a beam and pass through the analyzing field to the detector (FIG. 3). In trapping analysers, the ions are trapped in the analyzing field, after being formed in the analyser itself or being injected from an external ion source (FIG. 4).

*Time-of-flight.* Conceptually, the simplest mass analyser is probably the time-of-flight (TOF) mass spectrometer[23]. A TOF spectrometer separates ions based on their velocity and can, essentially, be thought of as a race from a starting point to the detector. Theoretically, the ions are all formed at the same time and place in the ion source and then accelerated through a fixed potential (for example, 1–20 kV) into the TOF drift tube. As all the ions with same charge obtain the same KINETIC ENERGY after acceleration, the lower *m/z* ions achieve higher velocities than the higher *m/z* ions. In fact, ion velocities are inversely related to the square root of *m/z*. After the ions are accelerated,

KINETIC ENERGY
The energy associated with a substance because of its translational motion; equal to one-half its mass times the square of its velocity.

## REVIEWS



**a** | Ion source | TOF drift tube | Detector | ±V | 0.5–2.0 m

**b** | Ion source | +V | Magnetic sector (field into page) | +E | −E | Electric sector | Detector | 0.5–2.0 m

**c** | Ion source | Quadrupole | Detector | 20–50 cm

Figure 3 | **Pictorial diagrams of the common beam mass analysers viewed from above. a** | Mass analysis in time-of-flight (TOF) spectrometry is achieved because ions of different mass-to-charge (*m/z*) values have different velocities and therefore reach the detector at different times. **b** | A double-focusing analyser provides direction focusing through both the electric and magnetic sectors. Ions with the same kinetic energy-to-charge ratio follow a common path through an electric sector, and ions can then be dispersed according to their momentum-to-charge ratio in a magnetic sector. Overall analysis according to *m/z* is achieved. **c** | In a quadrupole mass analyser (top rod not shown), the correct magnitude of the radio frequency and direct current voltages applied to the rods allows ions of a single *m/z* to maintain stable trajectories from the ion source to the detector, whereas ions with different *m/z* values are unable to maintain stable trajectories.

they travel through a fixed distance, typically 0.5–2.0 metres, before striking the detector. Thus, by measuring the time it takes to reach the detector after the ion is formed, the *m/z* of the ion can be determined.

TOF was a popular method in the early days of MS. However, as TOF requires a pulse of ions (that is, a well-defined start time) it was not readily compatible with the ionization methods available then. Additionally, fast electronics that would allow the detection of all the ions in a single pulse were not available. As such, from the 1960s through the 1980s, TOF was rarely used for routine MS experiments to identify organic and biological compounds. The advances in electronics and computers, however, along with the development of new pulsed-ionization

techniques such as MALDI, led to a renaissance in TOF in the 1990s. TOF now offers mass resolution in the thousands and mass accuracies in the tens of parts per million (ppm).

The above description of TOF is generally termed linear TOF. The best performance is obtained on more sophisticated TOF instruments that include a reflectron[24]. In a reflectron TOF, after travelling through one flight distance, the ions enter an electrostatic mirror (that is, a reflectron) that turns the ions around and sends them down a second flight distance to the detector. The function of the reflectron is to compensate for small differences in the velocities of ions with the same *m/z*. These differences in velocity are caused by a number of different factors, but are inherent in the experiment. Therefore, the reflectron increases the resolution of TOF spectrometry. The mass accuracy has been increased by the faster electronics available today, where nanosecond time resolution is now routine.

Another characteristic of TOF spectrometry that has lead to its resurgence as a mass-analysis method is that the mass range is theoretically unlimited. Ions that have *m/z* ratios of up to several hundred thousand can be analysed, which is significantly above the range of the other common mass analysers. The combination of high *m/z* range and compatibility with pulsed-ionization methods has made TOF the most commonly used analyser for MALDI experiments.

*Sectors.* From the 1950s through the 1980s, instruments with sector analysers were one of the predominant types of mass spectrometer. All sector instruments include a magnetic sector and some also have an electric sector. Ions accelerated from the ionization source are curved by the magnetic field and adopt a constant radius around the centre of field. For a fixed magnetic field strength and a fixed accelerating potential — typically 2–10 kV — only ions with a certain *momentum*-to-charge ratio will pass through slits placed before and after the magnetic field. The magnetic sector actually disperses ions on the basis of their momentum (analogously to a prism diffracting light according to wavelength) at the same time as focusing ions that have the same momentum but diverging angles as they pass through the slit. This process is called direction focusing.

A mass spectrum can be obtained by scanning the magnetic field strength so that ions of different *m/z* can travel through both slits, with resolutions of a few hundred typically obtained. The resolution is primarily limited by the differences in ion velocity, which is similar to what limits resolution in linear TOF analysers. To improve performance, most sector mass spectrometers include an electric sector before or after the magnetic sector. An electric sector disperses ions on the basis of their kinetic-energy-to-charge ratio. As all ions have the same nominal kinetic energy, they all have the same path through the electric sector and no mass analysis can be done with the electric sector, although the same type of direction focusing as with a magnetic sectors does occur. However, as a result of the small differences in ion velocities as ions enter the electric sector, small



**Figure 4 | Pictorial diagrams of the common trapping mass analysers. a** | Ions in a quadrupole ion trap maintain stable trajectories inside the device as a result of the application of a radio frequency voltage to the ring electrode. Mass analysis is achieved by making ion trajectories unstable in a mass-selective manner. **b** | Ions in an Fourier-transform ion-cyclotron resonance (FT-ICR) oscillate around the magnetic field at frequencies that are related to their mass-to-charge ($m/z$) scales. As the ions oscillate near the top and bottom metal plates of the cubic trapping cell, they induce an alternating current that can be measured and then related to their $m/z$. Note that whereas the FT-ICR cell is small, it is in a high magnetic field (typically a super-conducting magnet), so the actual instrument size is large.

dispersions of the ions do take place. By careful design of a two-sector instrument, the kinetic energy dispersion in an electric sector can be corrected (reversed) by the momentum dispersion in a magnetic sector. The two sectors combined therefore provide velocity focusing, which means that ions of the same $m/z$, but which differ in velocity by a small amount, can be focused to the same point. At the same time, both sectors continue to provide direction focusing, so the end result is 'double focusing', which means that ions with both direction and velocity differences can be focused to the same point. Using double-focusing instruments, mass resolutions in the tens of thousands can readily be obtained, and with the best instruments, resolutions > 100,000 are feasible. Mass accuracies in the low ppm range are obtainable with sector instruments (BOX 3).

*Quadrupole.* Over the years, the quadrupole has probably been the most widely used mass analyser, and was typically the choice for gas chromatography MS (GC/MS) and liquid chromatography MS (LC/MS) instruments in the 1970s, 1980s and 1990s. This popularity was mainly a result of the relatively low cost of these instruments and

their ease of automation. Quadrupoles also use much lower voltages to accelerate the ions from the source to the analyser (2–50 V versus kV) and are physically much smaller than sector analysers or most TOF instruments.

Mass separation in a quadrupole is a result of ion motion in a dynamic (radio frequency or rf) electric field and is dependent directly on the $m/z$ of the ion. Whereas the kinetic energy of the ion is a crucial parameter in sector and TOF instruments, it is not in quadrupole instruments. Mass analysis is a function of rf voltages and direct current (DC) voltages applied to four rods, which are typically cylindrical in geometry. As a result of the time-varying nature of the rf voltage, the equations of motion are second-order differential equations, as opposed to the more simple equations for sector and TOF instruments. However, a graphical representation termed the Mathieu stability diagram, which is based on general solutions to these second-order differential equations, provides a straightforward way to understand which ions pass through the quadrupole to the detector and which ions do not. The stability diagram is a plot of a parameter, $q$, related to rf voltage versus a parameter, $a$, related to dc voltage. Other variables in determining these Mathieu parameters $a$ and $q$ are the physical size of the quadrupole, the frequency of the rf voltage and the $m/z$ of the ions of interest. The size of the quadrupole and the rf frequency are usually kept constant, so that ions of different $m/z$ can be sequentially allowed to reach the detector by increasing the magnitude of the rf and dc voltages. Usually this is done while keeping the ratio of the rf and DC voltages constant.

Depending on the physical parameters of the quadrupole, the upper $m/z$ limit can vary from 300 to 4000; the mass accuracy is generally in the hundreds of ppm. The mass resolution is a function of the ratio of the rf and dc voltages and is often varied such that unit resolution is obtained over the whole mass range. This means that at

---

**Box 3 | Mass resolution or mass accuracy?**

Mass resolution is a term often used inappropriately. Many journals still incorrectly require 'high resolution mass spectrometry' data to support identification of newly synthesized compounds. Resolution, however, refers to the precision of the measurement, whereas identity is established by the accuracy of the measurement, that is, how close the measured mass is to the true (or theoretical) mass. A more accurate measurement allows determination of the mass of the ion to more places beyond the decimal point. So, mass accuracy, typically reported as parts per million (ppm), is the most important parameter in establishing compound identity. Mass resolution is only important if there are two ions of very similar mass. If these ions are not resolved, then some weighted average of their masses will be determined, which will be incorrect. For pure compounds, this should rarely be an issue.

REVIEWS

$m/z$ 200, the resolution is 200 (that is, $m/z$ 200 is resolved from $m/z$ 201) and at $m/z$ 1000 the resolution is 1000 (that is, $m/z$ 1000 is resolved from $m/z$ 1001). As in most instruments, the sensitivity decreases as the resolution increases, so there can be a substantial drop off in sensitivity when analysing ions with higher $m/z$ values. Although the quadrupole had been the instrument of choice for combination with separation techniques, the quadrupole ion trap has become an important competitor. The one area in which the quadrupole still excels relative to the other instruments is in quantification.

*Quadrupole ion trap.* The quadrupole ion trap is a close relative of the quadrupole mass analyser. Whereas a quadrupole has electric fields in two dimensions ($x$ and $y$) and the ions move perpendicular to the field (that is, in the $z$ direction), the ion trap has the electric field in all three dimensions, which can result in ions being trapped in the field. A Mathieu stability diagram applies to the ion trap just like the quadrupole, but there is an important conceptual difference in the way that these two related instruments operate. In a quadrupole, the ions that are detected to obtain the mass spectrum have a stable trajectory through the quadrupole, whereas to obtain a mass spectrum with an ion trap the ion trajectories must be made unstable. Ions are made unstable in a mass-selective manner by increasing the rf voltage that is applied to the device. This mass-selective instability mode of operation was only developed in the 1980s (REF. 25), and led to the ion trap's commercialization, even though the ion trap was invented in the 1950s. Since that time, more advanced modes of operation have made the ion trap one of the most commonly used mass spectrometers today.

Commercial ion traps typically have an $m/z$ range similar to quadrupoles (4,000) and also have similar resolution. However, resolution can be improved substantially by using slower rf voltage scan rates[26,27], and the mass range can been extended up to 70,000 (REF. 28). Unlike the quadrupole, there is not the drastic fall off in sensitivity with ion traps at higher $m/z$. The mass accuracy of ion traps is similar to quadrupoles (hundreds of ppm). The sensitivity, throughput and ease of use of the ion trap, combined with its relatively low cost — at least for a mass spectrometer ($100,000-200,000) — has led to it becoming the workhorse in many labs.

*Fourier-transform ion-cyclotron resonance.* Like a sector mass spectrometer, a Fourier-transform ion-cyclotron-resonance (FT-ICR) mass spectrometer (also referred to as a Fourier-transform mass spectrometer, or FTMS) uses a magnetic field to determine the $m/z$ of an ion[29,30]. The main difference in the operation of an FT-ICR versus a magnetic sector is the kinetic energy of the ions. In the latter, ions typically have kinetic energies in the keV range, whereas in an FT-ICR ions have kinetic energies, at most, of a few tens of electron volts (eV). At low kinetic energies, ions do not pass through the magnetic field with a deflection related to the momentum-to-charge ratio, like in a magnetic sector, but are actually trapped in the magnetic field. For a constant magnetic

field, ions oscillate around the magnetic field with a cyclotron frequency that is inversely related to the $m/z$. In a very simplified view of FT-ICR, the cyclotron frequencies of the ions trapped in the FT-ICR are measured and then converted into $m/z$. State-of-the-art electronic equipment is capable of measuring frequencies with extremely high precision. This translates to a very high mass resolution, which is the property FT-ICR is most widely known for. Mass resolutions in the hundreds of thousands are fairly easy to obtain on instruments with large (that is, > 7 Tesla) magnetic field strengths, and resolutions in the millions have been demonstrated. Very high mass accuracies, down to the ppm level, can also be obtained. The high resolution and high mass accuracy, however, come at a price, as high-end FT-ICR instruments can cost more than US $1 million. FT-ICRs also require much more laboratory space, as high field superconducting magnets are an integral part of the instrument, and throughput in FT-ICR instruments is much lower than the other mass spectrometers discussed above.

**Tandem mass spectrometry**

Whereas the ionization techniques and mass analysers developed in the mid-1980s are crucial to the application of MS to biological compounds, the technique of tandem mass spectrometry (MS/MS) is an equally important factor in the contributions to the field[31]. As the name implies, MS/MS involves two stages of MS. In the first stage of MS/MS, ions of a desired $m/z$ are isolated from the rest of the ions emanating from the ion source. These isolated ions (termed parent ions or precursor ions) are then induced to undergo a chemical reaction that changes either their mass ($m$) or charge ($z$). Typically, the reactions involve some type of process to increase the INTERNAL ENERGY of the ions, leading to dissociation. The ions resulting from the various chemical reactions are termed product ions, and these are analysed with the second stage of MS/MS. EQN 1 is a representation of this, in which $m_p^+$ is the parent ion, $m_d^+$ is the product ion and $m_n$ the neutral fragment (if the parent ion is formed by ESI and is multiply charged, $m_n$ might also be an ion).

$$m_p^+ \quad \rightarrow \quad m_d^+ \quad + \quad m_n \qquad (1)$$

With some instruments, it is possible to repeat this process, leading to what is termed an MS$^n$ experiment, where $n$ is equal to the number of stages of MS performed. MS/MS is particularly useful when analysing complex mixtures. It can be thought of as analogous to a chromatography/mass spectrometry (for example, LC/MS) experiment in which the first stage of MS separates an individual species from the mixture and the second stage provides the mass spectrum of that species (FIG. 5).

An important advantage of the MS/MS experiment is that either the first stage or second stage of MS can be the independent variable. In the LC/MS experiment, the mass spectrum is dependent on the analyte that is eluting from the column. Therefore, the MS stage is always the dependent variable and the LC stage is always the

INTERNAL ENERGY
The energy associated with the movement of the atoms and electrons in a chemical compound relative to one another; the increase in the internal energy of a compound leads to an increase in its temperature and in some cases dissociation.



**Figure 5 | Schematic diagram of tandem mass spectrometry.** In tandem mass spectrometry (or MS/MS) ions with the mass-to-charge (*m/z*) ratio of interest (that is, parent or precursor ion) are selectively reacted to generate a mass spectrum of product ions. CID, collision-induced dissociation; IRMPD, infrared multi-photon photodissociation; SID, surface-induced dissociation.

independent variable. In MS/MS, however, experiments are possible in which the dependent stage is the first stage of MS (the stage analogous to the LC stage). The experiment most analogous to the LC/MS experiment is called a product-ion scan. In this case, the first stage of MS (MS-I) is the independent stage (that is, fixed parent ion) and the second stage (MS-II) is dependent (that is, scan to detect all the product ions). The goal of the product-ion scan (as well as the LC/MS experiment) is to identify the selected component of the sample.

What is unique to the MS/MS experiment compared with the LC/MS experiment is the ability to screen samples rapidly for certain compound types. One way to do this is for the product ion to be the independent variable (fix MS-II) and the parent ions the dependent variables (scan MS-I). This type of experiment is known as a parent-ion (or precursor-ion) scan. It is dependent on the analyte parent ions of interest all reacting to give a common product ion. An example of this is screening a mixture of peptides to determine those that are glycosylated[32]. When a glycosylated peptide is dissociated, one of the product ions is *m/z* 204, which is a glycosyl fragment. By setting MS-II to only detect ions of *m/z* 204, MS-I can be scanned to sequentially pass all the ions emitted from the ion source, but only those ions that dissociate to *m/z* 204 will be detected.

In the product- and parent-ion scans, the third chemical constituent of MS/MS experiments — the neutral fragment —is unimportant. However, in another type of experiment — a neutral-loss scan — the neutral fragment is the independent variable. In this experiment, both MS-I and MS-II are scanned in such a way that they are offset by the desired neutral mass that is lost (or gained) in the reaction between the two MS stages. This experiment also provides the ability to screen a mixture for a given compound type. An example of a neutral-loss experiment is the identification of

phosphorylated peptides[33]. A phosphorylated peptide will lose a neutral $H_3PO_4$ fragment. Phosphorylated peptides can be detected by scanning MS-II to pass ions that have changed mass by this amount in the reaction between MS-I and MS-II.

Both the parent-ion scan and neutral-loss scan can have an important role in drug discovery. Often a series of homologues can be of interest. The homologues will have a common core structure that often will either form a specific product ion or will be lost as a neutral fragment in the MS/MS experiment. These homologues might be variations of a potential therapeutic compound or more commonly, metabolites of a specific target compound. In the latter case, parent-ion or neutral-loss scans can be used to screen biological samples to discover unknown metabolites.

Another important type of MS/MS experiment is reaction monitoring. This experiment is analogous to single-ion monitoring in LC/MS, and is typically used for quantification. For a known analyte to be detected, MS-I is set to pass the parent ion (typically the protonated molecule), and MS-II is set to pass a known product ion(s). If there is a single parent ion and single product ion, this is a single-reaction-monitoring experiment. There are two forms of multiple-reaction monitoring. In one form, a single parent ion is continually passed through MS-I, and MS-II is programmed to sequentially pass two (or more) known product ions. This provides added specificity over the single-reaction-monitoring experiment, as the parent ion has to dissociate to all the monitored product ions, and the ratio of the product ions should match a known value for the experimental conditions. The other form of multiple-reaction monitoring involves multiple parent ions. There are several permutations of this experiment. The most common can be thought of as multiple single-reaction-monitoring experiments. A typical example of this would be when a deuterated internal standard is used for quantification. MS-I would switch back and forth between the unlabelled and labelled analyte, with MS-II set to pass the corresponding product ion. Depending on the location of the label and the fragmentation mechanism, the product ions from the analyte and the isotopically labelled analyte might either: have the same *m/z* (the isotopic label is lost as part of the neutral fragment); be separated in *m/z* by the same amount as the parent ions (the label is completely retained in the product ion); or differing in *m/z* by less than the amount of the parent ions (part of the label is lost with the neutral fragment).

The various MS/MS experiments also offer another important feature — improvement in signal/noise ratio. The detectors used in most mass spectrometers can detect single ions impinging on them. So, the background 'noise' in a mass spectrum is typically not from the detector but from actual ions emitted from the ion source and transmitted through the mass analyser(s). This is typically referred to as 'chemical noise', and it often defines the limit of detection. In MS/MS, MS-I acts as a chemical filter, removing the ions that give rise to the peaks everywhere else in the mass spectrum

except for the parent ion *m/z* being transmitted. Therefore, when detecting the product ions after MS-II, the 'noise' is truly detector noise, which can be several orders of magnitude lower than the chemical noise. So, whereas there are typically losses in the absolute ion signal in MS/MS experiments, the signal/noise ratio actually increases.

**Dissociation methods**

A crucial aspect of the MS/MS experiment is the reaction that occurs between the two MS stages. By far the most frequent reaction is unimolecular dissociation, which is generally enhanced by some form of ion activation. The ion activation is necessary to increase the internal energy of the parent ion so that it will dissociate before analysis by MS-II. In practice, the activation cannot be separated from the dissociation, so the ion activation techniques are typically referred to as dissociation methods. The dissociation method almost universally used is collision-induced dissociation (CID)[34]. In CID, the parent ion collides with a neutral target (collision) gas and some of the kinetic energy of the parent ion can be converted to internal energy.

Although CID is essentially universally used across all types of mass spectrometers, there are a few other techniques that can be used on certain instruments. Two of these techniques are surface-induced dissociation (SID) and photodissociation. SID involves converting the kinetic energy of an ion to internal energy through a collision with a surface, usually one that has been modified with a self-assembled monolayer[35,36]. Although SID has been demonstrated on trapping instruments, it is more common and practical for beam instruments, particularly quadrupole-based mass spectrometers. In photodissociation, ions are activated by absorption of a photon(s). Early photodissociation experiments used UV and visible lasers, typically with beam instruments[37,38], but generally these are not very efficient experiments. More recently, however, infrared multiphoton photodissociation (IRMPD), implemented on trapping instruments, has shown a lot of promise[39–41]. With trapping instruments, the parent ions can be maintained in the laser beam for extended periods of time, allowing absorption of multiple photons.

**MS/MS instruments**

Often MS/MS instruments are classified in one of two categories: tandem-in-space or tandem-in-time. Tandem-in-space instruments require a distinct analyser for each stage of MS/MS. Beam-type analysers are used in tandem-in-space instruments. Trapping instruments are typically tandem-in-time. The various stages of MS/MS are performed in the same analyser but separated in time. The tandem-in-time instruments have the advantage of being able to do multiple stages of MS/MS (MS$^n$) with a single analyser[42]. Although trapping instruments have the advantage of readily being able to do MS$^n$, they cannot perform parent-ion scans or neutral-loss scans. So, for screening mixtures, beam instruments have a definite advantage.

The earliest MS/MS instruments (which were developed in the mid-1970s) used sectors for both stages of MS[43]. The main reason that sectors were the earliest MS/MS instruments is that they were the only mass spectrometers with multiple analysers. The early promise of MS/MS led to the development of the triple quadrupole (QqQ) instrument as a cheaper, easier-to-use alternative to sector instruments[44]. In the QqQ instrument, the first and third quadrupoles are operated as mass spectrometers, whereas the second (middle) quadrupole acts as the collision region for CID. Following the development of the QqQ instrument, various hybrid instruments were developed. These instruments coupled different types of analyser together to produce tandem MS instruments. Of the variety of hybrid instruments that were developed in the mid-1980s, one — the quadrupole/time-of-flight (Q/TOF)[45] — has evolved into a mainstay of modern MS/MS instruments.

Today, almost all tandem-in-space MS/MS instruments are either QqQs or Q/TOFs. One of the advantages of the QqQ versus the Q/TOF is that the former can perform the parent and neutral loss scans discussed above. Because the TOF does not 'scan', but instead passes all ions in a pulse and separates them in time, these screening-type scans cannot be performed directly. The advantage of the Q/TOF is the speed in which an MS/MS spectrum can be obtained because the whole spectrum can be recorded for a single pulse of ions. This makes the Q/TOF particularly well suited for LC/MS/MS experiments.

The tandem-in-time instruments (quadrupole ion trap and FTICR) generally have much higher MS/MS efficiencies because ions do not have to be transferred from one analyser to another for each stage of MS/MS and because the time frame of the experiment is several orders of magnitude longer, giving the parent ions more time to dissociate. Although MS$^n$ experiments can readily be performed on both the ion trap and FTICR, only a small fraction of analyses actually incorporate this capability. The MS/MS experiment is much simpler and faster to implement on a quadrupole ion trap. Because of this, and the relatively small size and low cost of the ion trap, it is by far the most common tandem-in-time instrument, especially for LC/MS/MS analysis.

**Conclusions and future prospects**

The inherent analytical advantages of mass spectrometry, including sensitivity and speed, combined with recent advances promise to make MS a mainstay of drug design and discovery. The development of ionization techniques such as ESI and MALDI now allows almost any compound to be studied by MS. In addition, MS/MS and MS$^n$ add the capability for structural analysis of compounds that are present at low levels and/or are present in complex mixtures.

The gentle nature of relatively new ionization techniques such as ESI and the structural analysis capability of MS should extend this technique into new areas. In particular, MS has the potential to serve as a platform for strategies that screen large numbers of compounds

against DNA and protein drug targets. Numerous studies have shown, for example, that ESI-MS can readily produce non-covalent complexes of double-stranded DNA (ds-DNA) and various drugs[46–49]. Many studies of ds-DNA/drug complexes demonstrate that ESI-MS not only reflects solution-phase binding STOI-CHIOMETRIES but also binding specificity and relative binding affinities of various drugs[49–52]. The potential of ESI-MS for high-throughput screening has been demonstrated recently using FTICR-MS[53,54]. The high resolution and high mass accuracy of this technique enabled the simultaneous study of the binding of multiple ligands to multiple RNA targets. The identity of the ligands that bound successfully, the RNA target to which they were bound and the compound-specific binding affinity could all be determined in a single rapid experiment. Similarly, the relative binding affinities of a mixture of drugs to a given protein have been studied by combining size-exclusion chromatography with MS[55–57]. The sensitivity and high-throughput capability of MS should make it a powerful tool for the early stages of drug discovery.

Another area in which MS might have an impact on drug discovery efforts is in the determination of three-dimensional protein structure. MS-based approaches to determining three-dimensional structures have the same advantages mentioned above (that is, speed, sensitivity and mixture analysis capability), and significant strides have been made in the determination of higher-order structure[58–60]. Three-dimensional structural analysis by MS relies on solution-phase H/D exchange in a manner similar to NMR analyses of protein structure. After H/D exchange, mass shifts are easily observed, and the mass spectrometer can readily measure the degree of deuterium incorporation. Furthermore, recent efforts using CID suggest that the specific sites of deuterium incorporation[61–63] — and thus insight into higher-order structure — can be determined.

Without doubt, the biggest area that these new mass-spectrometry techniques are contributing to — and will continue to contribute to — is proteomics. Understanding the proteome of a species will be intimately related to drug development. A variety of approaches based on various combinations of the ionization and mass analysis techniques discussed above are integral to proteomics[64]. The actual combinations depend on the desired goal, such as protein identification, de novo peptide sequencing, identification of post-translation modification and determination of protein–protein interactions. By extension, these MS techniques will play a crucial role in almost all of the other emerging '-omics' fields.

STOICHIOMETRY
The quantitative relationship between the reactants and products in a chemical reaction.

1. Lee, M. S. & Kerns, E. H. LC/MS applications in drug development. *Mass Spectrom. Rev.* **18**, 187–279 (1999).
2. Cheng, X. & Hochlowski, J. Current application of mass spectrometry to combinatorial chemistry. *Anal. Chem.* **74**, 2679–2690 (2002).
3. Triolo, A., Altamura, M., Cardinali, F., Sisto, A. & Maggi, C. A. Mass spectrometry and combinatorial chemistry: a short outline. *J. Mass Spectrom.* **36**, 1249–1259 (2001).
4. Shin, Y. G. & Breemen, R. B. v. Analysis and screening of combinatorial libraries using mass spectrometry. *Biopharm. Drug Dispos.* **22**, 353–372 (2001).
5. Kassel, D. B. Combinatorial chemistry and mass spectrometry in the 21st century drug discovery laboratory. *Chem. Rev.* **101**, 255–267 (2001).
6. Yamashita, M. & Fenn, J. B. Electrospray ion source. another variation of the free-jet theme. *J. Phys. Chem.* **88**, 4451–4459 (1984).
   **The initial publication in the development of electrospray as a useful ionization technique for mass spectrometry.**
7. Karas, M., Bachmann, D., Bahr, U. & Hillenkamp, F. Matrix-assisted ultraviolet laser desorption of non-volatile compounds. *Int. J. Mass Spectrom. Ion Processes* **78**, 53–68 (1987).
   **Seminal publication describing the use of a matrix to enhance the ionization efficiency of non-volatile compounds — this method of laser/desorption ionization is the most commonly used today.**
8. Horning, E. C., Horning, M. G., Carroll, D. I., Dzidic, I. & Stillwell, R. N. New Picogram detection system based on a mass spectrometer with an external ionization source at atmospheric pressure. *Anal. Chem.* **45**, 936–943 (1973).
9. Chen, R. *et al.* Trapping, detection, and mass determination of coliphage T4 DNA Ions by electrospray ionization Fourier transform ion cyclotron resonance mass spectrometry. *Anal. Chem.* **67**, 1159–1163 (1995).
10. Smith, R. D., Cheng, X., Bruce, J. E., Hofstadler, S. A. & Anderson, G. A. Trapping, detection, and reaction of very large single molecular ions by mass spectrometry. *Nature* **369**, 137–139 (1994).
11. Smith, R. D., Bruce, J. E., Wu, Q. & Lei, Q. P. New mass spectrometric methods for the study of noncovalent associations of biopolymers. *Chem. Soc. Rev.* **26**, 191–202 (1997).
    **A good review of how mass spectrometry is used to study non-covalent complexes of proteins, DNA, DNA–drug interactions and enzyme–inhibitor interactions.**

12. Suizdak, G. *et al.* Mass spectrometry and viral analysis. *Chem. Biol.* **3**, 45–48 (1996).
13. Berggren, W. T., Westphall, M. S. & Smith, L. M. Single-pulse nanoelectrospray ionization. *Anal. Chem.* **74**, 3443–3448 (2002).
14. Lu, Y., Zhou, F., Shui, W., Bian, L., Guo, Y. & Yang, P. Pulsed Electrospray for mass spectrometry. *Anal. Chem.* **73**, 4748–4753 (2001).
15. Siegel, M. M., Tabei, K., Lambert, F., Candela, L. & Zoltan, B. Evaluation of a dual electrospray ionization/atmospheric pressure chemical ionization source at low flow rates (50μl/min) for analysis of both highly and weakly polar compounds. *J. Am. Soc. Mass Spectrom.* **9**, 1196–1203 (1998).
16. Tanaka, K. *et al.* Protein and polymer analyses up to m/z 100000 by laser ionization time-of-flight mass spectrometry. *Rapid Commun. Mass Spectrom.* **2**, 151–153 (1988).
17. Laiko, V. V., Baldwin, M. A. & Burlingame, A. L. Atmospheric pressure matrix-assisted laser desorption/ionization mass spectrometry. *Anal. Chem.* **72**, 652–657 (2000).
18. Laiko, V. V., Moyer, S. C. & Cotter, R. J. Atmospheric pressure MALDI/Ion trap mass spectrometry. *Anal. Chem.* **72**, 5239–5243 (2000).
19. Lay, J. O. MALDI–TOF Mass spectrometry of bacteria. *Mass Spectrom. Rev.* **20**, 172–194 (2001).
20. Fenselau, C. & Demirev, P. A. Characterization of intact microorganisms by MALDI mass spectrometry. *Mass Spectrom. Rev.* **20**, 157–171 (2001).
21. Thomas, J. J., Shen, Z., Crowell, J. E., Finn, M. G. & Siuzdak, G. Desorption/ionization on silicon (DIOS): a diverse mass spectrometry platform for protein characterization. *Proc. Natl Acad. Sci. USA* **98**, 4932–4937 (2001).
22. Shen, Z. *et al.* Porous silicon as a versatile platform for laser desorption/ionization mass spectrometry. *Anal. Chem.* **73**, 612–619 (2001).
23. Weickhardt, C., Moritz, F. & Grotemeyer, J. Time-of-flight mass spectrometry: state-of-the-art in chemical analysis and molecular science. *Mass Spectrom. Rev.* **15**, 139–162 (1996).
24. Wiley, W. C. & McLaren, I. H. Time of flight mass spectrometer with improved resolution. *Rev. Sci. Instr.* **26**, 1150–1157 (1955).
25. Stafford, G. C. J., Kelley, P. E., Syka, J. E. P., Reynolds, W. E. & Todd, J. F. J. Recent improvements in and analytical applications of advanced ion trap technology. *Int. J. Mass Spectrom. Ion Processes* **60**, 85–98 (1984).
    **A description of important improvements to the quadrupole ion trap mass spectrometer that eventually led to its wide use today.**

26. Schwartz, J. C., Syka, J. E. P. & Jardine, I. High resolution on a quadrupole ion trap mass spectrometer. *J. Am. Soc. Mass Spectrom.* **2**, 198–204 (1991).
27. Goeringer, D. E., Whitten, W. B., Ramsey, J. M., McLuckey, S. A. & Glish, G. L. Theory of high-resolution mass spectrometry achieved via resonance ejection in the quadrupole ion trap. *Anal. Chem.* **64**, 1434–1439 (1992).
28. Kaiser, R. E. J., Louris, J. N., Amy, J. W. & Cooks, R. G. Extending the mass range of the quadrupole ion trap using axial modulation. *Rapid Commun. Mass Spectrom.* **3**, 225–229 (1989).
29. Marshall, A. G. & Comisarow, M. Fourier transform ion cyclotron resonance [FT–ICR] spectroscopy. *Chem. Phys. Lett.* **25**, 282–283 (1974).
    **The first demonstration of the use of Fourier-transform ion-cyclotron resonance for mass analysis in ion-cyclotron resonance mass spectrometers.**
30. Marshall, A. G., Hendrickson, C. L. & Jackson, G. S. Fourier transform ion cyclotron resonance mass spectrometry: a primer. *Mass Spectrom. Rev.* **17**, 1–35 (1998).
31. Busch, K. L., Glish, G. L. & McLuckey, S. A. *Mass Spectrometry/Mass Spectrometry: Techniques and Applications of Tandem Mass Spectrometry* (VCH New York, 1988).
32. Carr, S. A., Huddleston, M. J. & Bean, M. E. Selective identification and differentiation of N- and O-linked oligosaccharides in glycoproteins by liquid chromatography–mass spectrometry. *Protein Sci.* **2**, 183–196 (1993).
33. Schlosser, A., Pipkorn, R., Bossemeyer, D. & Lehmann, W. D. Analysis of protein phosphorylation by a combination of elastase digestion and neutral loss tandem mass spectrometry. *Anal. Chem.* **73**, 170–176 (2001).
34. McLuckey, S. A., Principles of collisional activation in analytical mass spectrometry. *J. Am. Soc. Mass Spectrom.* **3**, 599–614 (1992).
35. Dongré, A. R., Somogyi, A. & Wysocki, V. H. Surface-induced dissociation: an effective tool to probe structure, energetics and fragmentation mechanisms of protonated peptides. *J. Mass Spectrom.* **31**, 339–350 (1996).
36. Mabud, M. A., Dekrey, M. J. & Cooks, R. G. Surface-induced dissociation of molecular ions. *Int. J. Mass Spectrom. Ion Processes* **67**, 285–294 (1985).
37. Hunt, D. F., Shabanowitz, J. & Yates, J. R. Peptide sequence analysis by laser photodissociation Fourier transform mass spectrometry. *J. Chem. Soc. Chem. Commun.* 548–550 (1987).

## REVIEWS

38. Tecklenburg, R. E., Miller, M. N. & Russell, D. H. Laser ion beam photodissociation studies of model amino acids and peptides. *J. Am. Chem. Soc.* **111**, 1161–1171 (1989).

39. Goolsby, B. J. & Brodbelt, J. S. Characterization of β-lactams by photodissociation and collision-activated dissociation in a quadrupole ion trap. *J. Mass Spectrom.* **33**, 705–712 (1998).

40. Payne, A. H. & Glish, G. L. Thermally assisted infrared multiphoton photodissociation in a quadrupole ion trap. *Anal. Chem.* **73**, 3542–3548 (2001).

41. Little, D. P., Speir, J. P., Senko, M. W., O'Connor, P. B. & McLafferty, F. W. Infrared multiphoton dissociation of large multiply charged ions for biomolecule sequencing. *Anal. Chem.* **66**, 2809–2815 (1994).

42. Glish, G. L. Multiple stage mass spectrometry: the next generation tandem mass spectrometry experiment. *Analyst* **119**, 533–537 (1994).

43. Kondrat, R. W. & Cooks, R. G. Direct analysis of mixtures by mass spectrometry. *Anal. Chem.* **50**, 81A–92A (1978).

44. Yost, R. A. & Enke, C. G. Selected ion fragmentation with a tandem quadrupole mass spectrometer. *J. Am. Chem. Soc.* **100**, 2274–2275 (1978).
   **The first demonstration of a triple quadrupole mass spectrometer and its advantages for structural analysis by tandem mass spectrometry.**

45. Glish, G. L. & Goeringer, D. E. Tandem quadrupole/time-of-flight instrument for mass spectrometry/mass spectrometry. *Anal. Chem.* **56**, 2291–2295 (1984).
   **The first tandem quadrupole/time of flight mass spectrometer, developed for high-speed and high-sensitivity MS/MS.**

46. Wan, K. X., Gross, M. L. & Shibue, T. Gas-phase stability of double-stranded oligodeoxynucleotides and their noncovalent complexes with DNA-binding drugs as revealed by collisional activation in an ion trap. *J. Am. Soc. Mass Spectrom.* **11**, 450–457 (2000).

47. Gale, D. C., Goodlett, D. R., Light-Wahl, K. J. & Smith, R. D. Observation of duplex DNA–drug noncovalent complexes by electrospray ionization mass spectrometry. *J. Am. Chem. Soc.* **116**, 6027–6028 (1994).

48. Kapur, A., Beck, J. L. & Sheil, M. M. Observation of daunomycin and nogalamycin complexes with duplex DNA using electrospray ionisation mass spectrometry. *Rapid Commun. Mass Spectrom.* **13**, 2489–2497 (1999).

49. Gabelica, V. DePauw, E. & Rosu, F. Interaction between antitumor drugs and a double-stranded oligonucleotide studied by electrospray ionization mass spectrometry. *J. Mass Spectrom.* **34**, 1328–1337 (1999).

50. Gupta, R., Kapur, A., Beck, J. L. & Sheil, M. M. Positive ion electrospray ionization mass spectrometry of double-stranded DNA/drug complexes. *Rapid Commun. Mass Spectrom.* **15**, 2472–2480 (2001).

51. David, W. M., Brodbelt, J., Kerwin, S. M. & Thomas, P. W. Investigation of quadruplex oligonucleotide–drug interactions by electrospray ionization mass spectrometry. *Anal. Chem.* **74**, 2029–2033 (2002).

52. Rosu, F., Gabelica, V., Houssier, C. & DePauw, E. Determination of affinity, stoichiometry and sequence selectivity of minor groove binder complexes with double-stranded oligodeoxynucleotides by electrospray ionization mass spectrometry. *Nucleic Acids Res.* **30**, e82 (2002).

53. Hofstadler, S. A. *et al.* Multiplexed screening of neutral mass-tagged RNA targets against ligand libraries with electrospray ionization FTICR MS: a paradigm for high-throughput affinity screening. *Anal. Chem.* **71**, 3436–3440 (1999).

54. Masselon, C., Anderson, G. A., Harkewicz, R., Bruce, J. E., Pasa-Tolic, L. & Smith, R. D. Accurate mass multiplexed tandem mass spectrometry for high-throughput polypeptide identification from mixtures. *Anal. Chem.* **72**, 1918–1924 (2000).

55. Wabnitz, P. A. & Loo, J. A. Drug screening of pharmaceutical discovery compounds by micro-size exclusion chromatography/mass spectrometry. *Rapid Commun. Mass Spectrom.* **16**, 85–91 (2002).

56. Moy, F. J. *et al.* MS/NMR: A structure-based approach for discovering protein ligands and for drug design by coupling size exclusion chromatography. Mass spectrometry, and nuclear magnetic resonance spectroscopy. *Anal. Chem.* **73**, 571–581 (2001).

57. Siegel, M. M., Tabei, K., Bebernitz, G. A. & Baum, E. Z. Rapid methods for screening low molecular mass compounds non-covalently bound to proteins using size exclusion and mass spectrometry applied to inhibitors of human cytomegalovirus protease. *J. Mass Spectrom.* **33**, 264–273 (1998).

58. Kaltashov, I. A. & Eyles, S. J. Studies of biomolecular conformations and conformational dynamics by mass spectrometry. *Mass Spectrom. Rev.* **21**, 37–71 (2002).

59. Smith, D. L., Deng, Y. & Zhang, Z. Probing the non-covalent structure of proteins by amide hydrogen exchange and mass spectrometry. *J. Mass Spectrom.* **32**, 135–146 (1997).

60. Engen, J. R. & Smith, D. L. Investigating protein structure and dynamics by hydrogen exchange MS. *Anal. Chem.* **73**, 256A–265A (2001).
   **A good review of the use of mass spectrometry with hydrogen exchange to probe structure and dynamics.**

61. Deng, Y., Pan, H. & Smith, D. L. Selective isotope labeling demonstrates that hydrogen exchange at individual peptide amide linkages can be determined by collision-induced dissociation mass spectrometry. *J. Am. Chem. Soc.* **121**, 1966–1967 (1999).

62. Eyles, S. J., Speir, J. P., Kruppa, G. H., Gierasch, L. M. & Kaltashov, I. A. Protein conformational stability probed by Fourier transform ion cyclotron resonance mass spectrometry. *J. Am. Chem. Soc.* **122**, 495–500 (2000).

63. Kaltashov, I. A. & Eyles, S. J. Crossing the phase boundary to study protein dynamics and function: combination of amide hydrogen exchange in solution and ion fragmentation in the gas phase. *J. Mass Spectrom.* **37**, 557–565 (2002).

64. Aebersold, R. & Goodlett, D. R. Mass spectrometry in proteomics. *Chem. Rev.* **101**, 269–295 (2001).

### 🌐 Online links

**FURTHER INFORMATION**
International Mass Spectrometry Society: http://www.imss.nl/
American Society for Mass Spectrometry: http://www.asms.org/
Encyclopedia of Life Sciences: http://www.els.net
Mass spectrometry in biology
**Access to this interactive links box is free online.**