# EXHIBIT B

## Carlson, Erik

| | |
|---|---|
| **From:** | Eric Majchrzak <emajchrzak@fenwick.com> |
| **Sent:** | Monday, May 6, 2019 12:03 PM |
| **To:** | Carlson, Erik; Dorsney, Kenneth L.; Quest_LabCorp_Team |
| **Cc:** | WSGR - LabCorp |
| **Subject:** | RE: Quest v. LabCorp, 18-cv-1436 (D. Del.) |

Erik,

We have only just now been able to confer with our client about your request from this morning.

Quest's proposed amendment is appropriate and timely, under both the Federal Rules and the agreed schedule, so we will not agree to any condition in exchange for LabCorp's consent. Also, assignor estoppel clearly affects LabCorp's Rule 12(c) motion, as we indicate in our letter.

Regards,
Eric

---

**From:** Carlson, Erik [mailto:ecarlson@wsgr.com]
**Sent:** Monday, May 06, 2019 2:52 PM
**To:** Dorsney, Kenneth L. <KDorsney@morrisjames.com>; Eric Majchrzak <emajchrzak@fenwick.com>; Quest_LabCorp_Team <Quest_LabCorp_Team@fenwick.com>
**Cc:** WSGR - LabCorp <labcorp@wsgr.com>
**Subject:** RE: Quest v. LabCorp, 18-cv-1436 (D. Del.)

Counsel:

We have not received a response to my email or my VM to Mr. Majchrzak. Please respond as soon as possible. It would be unfortunate if Quest's lack of a response burdens the Court with an additional filing and a teleconference about a dispute that the parties could work out on their own.

Regards,
Erik

---

**From:** Carlson, Erik
**Sent:** Monday, May 6, 2019 7:09 AM
**To:** Dorsney, Kenneth L.; Eric Majchrzak; Quest_LabCorp_Team
**Cc:** WSGR - LabCorp
**Subject:** Quest v. LabCorp, 18-cv-1436 (D. Del.)

Counsel:

We have reviewed Quest's letter to the Court on 5/3 and understand that Quest no longer seeks expedited discovery on assignor estoppel or to defer ruling on LabCorp's motion for judgment on the pleadings. On Quest's confirmation that it no longer seeks such relief, LabCorp will consent that Quest may file the amended pleading attached to Quest's 5/3 letter. Please confirm immediately and by no later than 1 pm Eastern today. Thank you.

Regards,
Erik J. Carlson


Erik J. Carlson • Wilson Sonsini Goodrich & Rosati
633 West Fifth Street, Suite 1550 • Los Angeles, CA 90071 • 323.210.2940 • ecarlson@wsgr.com

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient.  Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited.  If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

------------------------------------------
NOTICE:
This email and all attachments are confidential, may be legally privileged, and are intended solely for the individual or entity to whom the email is addressed.  However, mistakes sometimes happen in addressing emails.  If you believe that you are not an intended recipient, please stop reading immediately.  Do not copy, forward, or rely on the contents in any way.  Notify the sender and/or Fenwick & West LLP by telephone at (650) 988-8500 and then delete or destroy any copy of this email and its attachments.  Sender reserves and asserts all rights to confidentiality, including all privileges that may apply.