# **EXHIBIT 1**

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUEST DIAGNOSTICS INVESTMENTS LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 1:18-cv-01436-MN ) |
| LABORATORY CORPORATION OF AMERICA HOLDINGS, ESOTERIX, INC., and ENDOCRINE SCIENCES, INC., | ) ) ) ) |
| Defendants. | ) ) |

**DECLARATION AND CONFIDENTIALITY UNDERTAKING**

I certify that I have received and carefully read the Stipulated Protective Order in this action and that I fully understand the terms of the Order. I recognize that I am bound by the terms of that Order, and I agree to comply with those terms. I hereby consent to the personal jurisdiction of the United States District Court, District of Delaware, for any proceedings involving the enforcement of that Order. I declare under penalty of perjury under the laws of the United States of America this Declaration and Confidentiality Undertaking is true and correct.

EXECUTED this __18th__ day of __July__, __2019__

John E. Peterson
Name

*John Peterson* (signature)
Signature

Laboratory Corporation of America Holdings
Present Employer or Other Business Affiliation