# **EXHIBIT 2**



# About Us

LabCorp, headquartered in Burlington, North Carolina, is a leading global life sciences company that is deeply integrated in guiding patient care through its comprehensive clinical laboratory and end-to-end drug development services. Employing nearly 61,000 employees worldwide, the company's mission is to improve health and improve lives by delivering world-class diagnostics, accelerating the availability of innovative medicines to patients, and using technology to change the way care is delivered. LabCorp serves a broad range of customers, including managed care organizations, biopharmaceutical companies, governmental agencies, physicians and other healthcare providers, hospitals and health systems, employers, patients and consumers, contract research organizations, and independent clinical laboratories.

The company provides diagnostic, drug development and technology-enabled solutions for more than 120 million patient encounters per year. LabCorp typically processes tests on more than 2.5 million patient specimens per week and supports clinical trial activity in approximately 100 countries through its industry-leading central laboratory business, generating more safety and efficacy data to support drug approvals than any other company.

Laboratory Corporation of America Holdings is listed on the New York Stock Exchange (NYSE) under ticker symbol LH.

# Investor Relations

Visit the LabCorp Investor Relations (https://ir.labcorp.com) site.

# Media Relations Inquiries

For Media Relations inquiries, visit the Media page (/media-contacts).

# Careers

Each day, LabCorp employees have an opportunity to build rewarding careers and experience the satisfaction of knowing that the work they do to improve health and improve lives.

If you're looking for a career that offers opportunities for growth, continual development, professional challenge and the chance to make a real difference, connect to LabCorp.

Click here to visit www.labcorpcareers.com (https://jobs.labcorp.com/).