# **EXHIBIT 3**

| | |
|---|---|
| **From:** | Eric Majchrzak <emajchrzak@fenwick.com> |
| **Sent:** | Monday, April 8, 2019 2:26 PM |
| **To:** | Kim, Olivia; Liston, Ian; Carlson, Erik; Peuscher-Funk, Johanna; Poplawski, Edward; mferrario@kilpatricktownsend.com; WSGR - LabCorp |
| **Cc:** | Dorsney, Kenneth L.; Quest_LabCorp_Team |
| **Subject:** | Quest v. LabCorp, 18-cv-1436 (D. Del.) |
| **Attachments:** | Exhibit A - Dina Mack.pdf |

Counsel,

Pursuant to Paragraphs 6.1(b), 6.2(b), and 7.1 and of the Protective Order entered in the above-referenced matter, please find attached a signed Exhibit A from Dina Mack.

Please let us know if LabCorp will agree to waive Paragraph 7.1's 7-day waiting period for disclosure to in-house counsel.

Regards,
Eric

## ERIC MAJCHRZAK

Associate | Fenwick & West LLP | 212-430-2689 | emajchrzak@fenwick.com
Admitted to practice only in New York.

---------------------------------------------

NOTICE:
This email and all attachments are confidential, may be legally privileged, and are intended solely for the individual or entity to whom the email is addressed. However, mistakes sometimes happen in addressing emails. If you believe that you are not an intended recipient, please stop reading immediately. Do not copy, forward, or rely on the contents in any way. Notify the sender and/or Fenwick & West LLP by telephone at (650) 988-8500 and then delete or destroy any copy of this email and its attachments. Sender reserves and asserts all rights to confidentiality, including all privileges that may apply.