# **EXHIBIT 4**

## Contact

www.linkedin.com/in/dina-mack-9a121047 (LinkedIn)

# Dina Mack

Deputy General Counsel and Chief Litigation Officer at Quest Diagnostics
Maplewood, New Jersey

## Summary

Versatile legal executive with extensive experience with Quest Diagnostics, AT&T, Sidley Austin and Simpson Thacher and Bartlett. Expertise includes:

-- Developing and managing corporate legal teams with diverse subject matter expertise
-- Advising officers and directors on significant legal and compliance issues
-- Litigating and resolving complex domestic and international disputes
-- Managing government and internal investigations
-- Negotiating sophisticated commercial agreements
-- Handling international, federal and state regulatory and compliance matters
-- Budgeting responsibility for legal department

---

## Experience

Quest Diagnostics
Deputy General Counsel and Chief Litigation Officer
February 2007 - Present
Secaucus, NJ

Supervise a team of attorneys, paralegals and executive security personnel. Lead counsel on litigation, compliance and employment issues with rotating supervisory responsibilities for other areas, including international and domestic operations.  Report to the Board of Directors on litigation and other matters.  Advise senior management on legal, compliance and risk management issues.  Supervise all significant internal and government investigations.  Work with finance team on SEC materiality, disclosure and reserve issues, and report to outside auditors on all litigation matters.  Select and aggressively manage outside counsel to improve quality and reduce litigation costs.  Manage legal department's budget.  Review and negotiate a wide variety of agreements, including complex commercial, IP licensing

and employment agreements. Partner with Government Affairs to advance company's interests in connection with rulemaking proceedings and legislation. Litigation areas include: intellectual property, securities, antitrust, privacy, employment, qui tam, bankruptcy, and complex commercial suits, state and federal government fraud and abuse investigations, and professional and product liability actions.

---

## Education

Duke University School of Law
Doctor of Law (J.D.) · (1984 - 1987)

Georgetown University
Bachelor of Arts (B.A.), Economics · (1979 - 1983)