## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of August 2019, I caused the foregoing documents to be served, by CM/ECF, upon the following counsel:

| | |
|---|---|
| Kenneth L. Dorsney<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>kdorsney@morrisjames.com<br><br>*Counsel for Plaintiff*<br>*Quest Diagnostic Investments LLC* | Adam R. Gahtan<br>Kevin X. McGann<br>Eric M. Majchrzak<br>FENWICK & WEST LLP<br>1211 Avenue of the Americas, 32nd Floor<br>New York, NY 10036<br>agahtan@fenwick.com<br>kmcgann@fenwick.com<br>emajchrzak@fenwick.com<br><br>Melanie L. Mayer<br>Elizabeth B. Hagan<br>FENWICK & WEST LLP<br>1191 Second Avenue, 10th Floor<br>Seattle, WA 98101<br>mmayer@fenwick.com<br>ehagan@fenwick.com<br><br>*Counsel for Plaintiff Quest Diagnostic*<br>*Investments LLC* |

        */s/ Ian R. Liston*
        Ian R. Liston (#5507)