## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of September 2019, I caused the foregoing documents to be served, by CM/ECF, upon the following counsel:

Kenneth L. Dorsney
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
kdorsney@morrisjames.com

*Counsel for Plaintiff*
*Quest Diagnostic Investments LLC*

Adam R. Gahtan
Kevin X. McGann
Eric M. Majchrzak
FENWICK & WEST LLP
1211 Avenue of the Americas, 32nd Floor
New York, NY 10036
agahtan@fenwick.com
kmcgann@fenwick.com
emajchrzak@fenwick.com

Melanie L. Mayer
Elizabeth B. Hagan
FENWICK & WEST LLP
1191 Second Avenue, 10th Floor
Seattle, WA 98101
mmayer@fenwick.com
ehagan@fenwick.com

*Counsel for Plaintiff Quest Diagnostic Investments LLC*

 */s/ Ian R. Liston*
Ian R. Liston (#5507)