IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUEST DIAGNOSTICS INVESTMENTS LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LABORATORY CORPORATION OF AMERICA HOLDINGS, ESOTERIX, INC., and ENDOCRINE SCIENCES, INC.,<br><br>　　　　　　Defendants. | C.A. No. 1:18-cv-01436 (MN)<br><br><br><br>**DEMAND FOR JURY TRIAL** |

## JOINT CLAIM CONSTRUCTION CHART – VOL I

　　　Pursuant to Paragraph 11 of the Scheduling Order (D.I. 18) and the Stipulation and Order to Extend Time (D.I. 61), Plaintiff Quest Diagnostics Investments LLC ("Quest") and Defendants Laboratory Corporation of America Holdings ("LabCorp"), Esoterix, Inc. ("Esoterix"), and Endocrine Sciences, Inc. ("Endocrine Sciences") submit the following Joint Claim Construction Chart in advance of the claim construction hearing scheduled for December 18, 2019 regarding U.S. Patent No. 8,409,862 ("the '862 patent"), U.S. Patent No. 7,972,867 ("the '867 patent"), U.S. Patent No. 8,101,427 ("the '427 patent"), and U.S. Patent No. 7,972,868 ("the '868 patent").

　　　This Joint Claim Construction Chart, attached as **Exhibit A**, sets forth (i) agreed undisputed claim terms; (ii) the disputed claim terms; (iii) the parties' respective proposed constructions for the disputed claim terms; and (iv) citations to the intrinsic evidence on which each party will rely to support its proposed construction for disputed claim terms. The parties have made good faith effort to include herein all support in the specifications and prosecution

histories of the patents-in-suit, but reserve the right to rely on additional evidence in their claim construction briefs.

In addition to the Joint Claim Construction Chart, the parties attach hereto copies of the cited intrinsic evidence as follows:

**Exhibit B** – a copy of the '862 patent

**Exhibit C** – a copy of the '867 patent

**Exhibit D** – a copy of the '427 patent

**Exhibit E** – a copy of the '868 patent

**Exhibit F** – a copy of the '862 patent file history[1]

**Exhibit G** – a copy of the '867 patent file history[1]

**Exhibit H** – a copy of the '427 patent file history[1]

**Exhibit I** – a copy of an excerpt of the '862 patent file history (Request for Continued Examination, dated March 28, 2012)[2]

---

[1] Submitted by Defendants.
[2] Submitted by Plaintiff.

| | |
|---|---|
| MORRIS JAMES LLP | WILSON SONSINI GOODRICH & ROSATI, P.C. |
| */s/ Kenneth L. Dorsney* | */s/ Ian R. Liston* |
| Kenneth L. Dorsney (#3726) | Ian R. Liston (#5507) |
| 500 Delaware Avenue, Suite 1500 | Johanna Peuscher-Funk (#6451) |
| Wilmington, DE 19801-1494 | 222 Delaware Avenue, Suite 800 |
| Telephone: 302.888.6800 | Wilmington, DE 19801 |
| kdorsney@morrisjames.com | Telephone: 302.304.7600 |
| | iliston@wsgr.com |
| | jpeuscherfunk@wsgr.com |

OF COUNSEL (left column):

Adam R. Gahtan (admitted *Pro Hac Vice*)
Kevin X. McGann (admitted *Pro Hac Vice*)
Eric M. Majchrzak (admitted *Pro Hac Vice*)
FENWICK & WEST LLP
902 Broadway, Suite 14
New York, NY 10010-6035
Telephone: 212.921.2001
agahtan@fenwick.com
kmcgann@fenwick.com
emajchrzak@fenwick.com

Melanie L. Mayer (admitted *Pro Hac Vice*)
Elizabeth B. Hagan (admitted *Pro Hac Vice*)
FENWICK & WEST LLP
1191 Second Avenue, 10th Floor
Seattle, WA 98101
Telephone: 206.389.4510
mmayer@fenwick.com
ehagan@fenwick.com

*Attorneys for Plaintiff Quest Diagnostics Investments LLC*

OF COUNSEL (right column):

Edward G. Poplawski
Oliva M. Kim
Erik Carlson
WILSON SONSINI GOODRICH & ROSATI, P.C.
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071
Telephone: 323.210.2900
epoplawski@wsgr.com
okim@wsgr.com
ecarlson@wsgr.com

Matias Ferrario
KILPATRICK TOWNSEND & STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC 27101-2400
Telephone: 336.607.7300
mferrario@kilpatricktownsend.com

*Attorneys for Defendants Laboratory Corporation of America Holdings, Esoterix, Inc., and Endocrine Sciences, Inc.*

Dated: September 25, 2019