# EXHIBIT G
# 1 OF 2



2827824

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

*November 29, 2018*

**THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE FILE WRAPPER AND CONTENTS OF:**

**APPLICATION NUMBER:** *11/386,215*
**FILING DATE:** *March 21, 2006*
**PATENT NUMBER:** *7972867*
**ISSUE DATE:** *July 05, 2011*

Certified by

*Andrew Faren*

**Under Secretary of Commerce
for Intellectual Property
and Director of the United States
Patent and Trademark Office**

QUESTMS-00000001

Atty. Dkt. No. 034827-3608

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:      Clarke, et al.

Title:      METHODS FOR DETECTING
VITAMIN D METABOLITES
BY MASS SPECTROMETRY

Prior Appl. No.:   11/101,166

Prior Appl.
Filing Date:    4/6/2005

Examiner:     Unknown

Art Unit:     1614

| CERTIFICATE OF EXPRESS MAILING |
|---|
| I hereby certify that this correspondence is being deposited with the United States Postal Service's "Express Mail Post Office To Addressee" service under 37 C.F.R. § 1.10 on the date indicated below and is addressed to: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450. |

| EV 727839163 US | 3/21/2006 |
|---|---|
| (Express Mail Label Number) | (Date of Deposit) |
| Rachel Caputo | |
| (Printed Name) | |
| (Signature) | |

## CONTINUING PATENT APPLICATION
## TRANSMITTAL LETTER

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

Transmitted herewith for filing under 37 C.F.R. § 1.53(b) is a:

[ ] Continuation    [ ] Division    [ X ] Continuation-In-Part (CIP)

of the above-identified copending prior application in which no patenting, abandonment, or termination of proceedings has occurred. Priority to the above-identified prior application is hereby claimed under 35 U.S.C. § 120 for this continuing application. The entire disclosure of the above-identified prior application is considered as being part of the disclosure of the accompanying continuing application and is hereby incorporated by reference therein.

Enclosed are:

[ X ]   Application Cover Sheet (1 page).

-1-

DLMR_282130.1

QUESTMS-00000002

Atty. Dkt. No. 034827-3603

[ X ]   Description, Claim(s), and Abstract (34 pages).

[ X ]   Formal drawings (4 sheets, Figures 1-4).

[ X ]   Application Data Sheet (37 CFR 1.76).

[ X ]   Return postcard.

The filing fee is calculated below:

| | Number Filed | | Included in Basic Fee | | Extra | | Rate | | Fee Totals |
|---|---|---|---|---|---|---|---|---|---|
| Basic Filing Fee | | | | | | | $300.00 | = | $300.00 |
| Search Fee | | | | | | | $500.00 | | $500.00 |
| Examination Fee | | | | | | | $200.00 | | $200.00 |
| Size Fee | 38 | - | 100 | = 0 | | x | $250.00 | | $0.00 |
| Total Claims: | 29 | - | 20 | = 9 | | x | $50.00 | = | $450.00 |
| Independents: | 2 | - | 3 | = 0 | | x | $200.00 | = | $0.00 |
| If any Multiple Dependent Claim(s) present: | | | | | + | | $360.00 | = | $0.00 |
| Surcharge under 37 CFR 1.16(e) for late filing of Executed Declaration and late payment of filing fee | | | | | + | | $130.00 | | $130.00 |
| | | | | | | SUBTOTAL: | | = | $1580.00 |
| [ ] | | | | Small Entity Fees Apply (subtract ½ of above): | | | | = | 0 |
| | | | | | | TOTAL FILING FEE: | | = | $1580.00 |
| Assignment Recordation Fee: | | | | | + | | $40.00 | = | $0.00 |
| Processing Fee under 37 CFR 1.17(i) for Late Filing of English Translation of Application: | | | | | + | | $130.00 | | $0.00 |
| TOTAL FEE | | | | | | | | = | $1580.00 |

[ X ]   The required filing fees are not enclosed but will be submitted in response to the Notice to File Missing Parts of Application.

-2-

DLMR_282130.1

QUESTMS-00000003

Atty. Dkt. No. 034827-3603

[ **X** ]   The Commissioner is hereby authorized to charge any additional fees which may be
required regarding this application under 37 C.F.R. §§ 1.16-1.17, or credit any
overpayment, to Deposit Account No. 50-0872. Should no proper payment be enclosed
herewith, as by a check being in the wrong amount, unsigned, post-dated, otherwise
improper or informal or even entirely missing, the Commissioner is authorized to charge
the unpaid amount to Deposit Account No. 50-0872.

Please direct all correspondence to the undersigned attorney or agent at the address
indicated below.

Respectfully submitted,

Date _March 21, 2006_                         By _____

FOLEY & LARDNER LLP                           Richard J. Warburg (Reg. no. 32,327)
Customer Number: 30542                        Attorney for Applicant
Telephone:    (858) 847-6722                   By Barry S. Wilson (Reg. No. 39,431)
Facsimile:    (858) 792-6773

-3-

DLMR_282130.1

QUESTMS-00000004

Atty. Dkt. No. 034827-3603



CERTIFICATE OF EXPRESS MAILING
I hereby certify that this correspondence is being deposited with the United States Postal Service's "Express Mail Post Office To Addressee" service under 37 C.F.R. § 1.10 on the date indicated below and is addressed to: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

EV 727839163 US        3/21/2006
(Express Mail Label Number)        (Date of Deposit)

Rachel Caputo
(Printed Name)

(Signature)

# U.S. UTILITY PATENT APPLICATION

## FOR

## METHODS FOR DETECTING VITAMIN D METABOLITES BY MASS SPECTROMETRY

Inventors:    Nigel Clarke

Brett Holmquist

Kwang-Ja Lee

Richard E. Reitz

DLMR_279805.1

QUESTMS-00000005

Atty. Dkt. No. 034827-3603

# METHODS FOR DETECTING VITAMIN D METABOLITES BY MASS SPECTROMETRY

## CROSS REFERENCE TO RELATED PATENT APPLICATIONS

[0001]  This application claims priority under 35 U.S.C. § 120 to U.S. Application Serial No. 11/101,166, filed April 6, 2005, incorporated herein by reference in its entirety.

## FIELD OF THE INVENTION

[0002]  The invention relates to the detection of vitamin D metabolites.  In a particular aspect, the invention relates to methods for detecting vitamin D metabolites by mass spectrometry.

## BACKGROUND OF THE INVENTION

[0003]  Vitamin D is an essential nutrient with important physiological roles in the positive regulation of calcium ($Ca^{2+}$) homeostasis.  Vitamin D can be made *de novo* in the skin by exposure to sunlight or it can be absorbed from the diet.  There are two forms of vitamin D; vitamin $D_2$ (ergocalciferol) and vitamin $D_3$ (cholecalciferol).  Vitamin $D_3$ is the form synthesized *de novo* by animals.   It is also a common supplement added to milk products and certain food products produced in the United States.  Both dietary and intrinsically synthesized vitamin $D_3$ must undergo metabolic activation to generate bioactive metabolites.  In humans, the initial step of vitamin $D_3$ activation occurs primarily in the liver and involves hydroxylation to form the intermediate metabolite 25-hydroxyvitamin $D_3$ (25-hydroxycholecalciferol; calcifediol; $25OHD_3$).  Calcifediol is the major form of vitamin $D_3$ in the circulation.  Circulating $25OHD_3$ is then converted by the kidney to 1,25-dihydroxyvitamin $D_3$ (calcitriol; $1,25(OH)_2D_3$), which is generally believed to be the metabolite of vitamin $D_3$ with the highest biological activity.

[0004]  Vitamin $D_2$ is derived from fungal and plant sources.  Many over-the-counter dietary supplements contain ergocalciferol (vitamin $D_2$) rather than cholecalciferol (vitamin $D_3$).

1

DLMR_279805.1

QUESTMS-00000006

Atty. Dkt. No. 034827-3603

Drisdol, the only high-potency prescription form of vitamin D available in the United States, is formulated with ergocalciferol. Vitamin $D_2$ undergoes a similar pathway of metabolic activation in humans as vitamin $D_3$, forming the metabolites 25-hydroxyvitamin $D_2$ ($25OHD_2$) and 1,25-dihydroxyvitamin $D_3$ ($1,25(OH)_2D_2$). Vitamin $D_2$ and vitamin $D_3$ have long been assumed to be biologically equivalent in humans, however recent reports suggest that there may be differences in the bioactivity and bioavailability of these two forms of vitamin D (Armas *et. al.,* (2004) J. Clin. Endocrinol. Metab. 89:5387-5391).

[0005]   Measurement of vitamin D, the inactive vitamin D precursor, is rare in clinical settings and has little diagnostic value. Rather, serum levels of 25-hydroxyvitamin $D_3$ and 25-hydroxyvitamin $D_2$ (total 25-hydroxyvitamin D; "25OHD") are a useful index of vitamin D nutritional status and the efficacy of certain vitamin D analogs. Therefore, the measurement of 25OHD is commonly used in the diagnosis and management of disorders of calcium metabolism. In this respect, low levels of 25OHD are indicative of vitamin D deficiency associated with diseases such as hypocalcemia, hypophosphatemia, secondary hyperparathyroidism, elevated alkaline phosphatase, osteomalacia in adults and rickets in children. In patients suspected of vitamin D intoxication, elevated levels of 25OHD distinguishes this disorder from other disorders that cause hypercalcemia.

[0006]   Measurement of $1,25(OH)_2D$ is also used in clinical settings, however, this metabolite has a more limited diagnostic usefulness than 25OHD. Factors that contribute to limitations of the diagnostic values of $1,25(OH)_2D$ as an index of vitamin D status include the precision of the endogenous regulation of renal production of the metabolite and its short half-life in circulation. However, certain disease states such as kidney failure can be diagnosed by reduced levels of circulating $1,25(OH)_2D$ and elevated levels of $1,25(OH)_2D$ may be indicative of excess parathyroid hormone or may be indicative of certain diseases such as sarcoidosis or certain types of lymphoma.

[0007]   Detection of vitamin D metabolites has been accomplished by radioimmunoassay with antibodies co-specific for 25-hydroxyvitamin $D_3$ and 25-hydroxyvitamin $D_2$. Because the current immunologically-based assays do not separately resolve 25-hydroxyvitamin $D_3$ and 25-hydroxyvitamin $D_2$, the source of a deficiency in vitamin D nutrition cannot be determined without resorting to other tests. More recently, reports have been published that disclose

DLMR_279805.1

QUESTMS-00000007

Atty. Dkt. No. 034827-3603

methods for detecting specific vitamin D metabolites using mass spectrometry. For example Yeung B, *et al.,* J Chromatogr. 1993, 645(1):115-23; Higashi T, et al., Steroids. 2000, 65(5):281-94; Higashi T, *et al.,* Biol Pharm Bull. 2001, 24(7):738-43; and Higashi T, *et al.,* J Pharm Biomed Anal. 2002, 29(5):947-55 disclose methods for detecting various vitamin D metabolites using liquid chromatography and mass spectrometry. These methods require that the metabolites be derivatized prior to detection by mass-spectrometry. Methods to detect underivatized $1,25(OH)_2D_3$ by liquid chromatography / mass-spectrometry are disclosed in Kissmeyer and Sonne, J Chromatogr A. 2001, 935(1-2):93-103.

## SUMMARY OF THE INVENTION

[0008]  The present invention provides methods for detecting the presence or amount of a vitamin D metabolite in a sample by mass spectrometry, including tandem mass spectrometry. Preferably, the methods of the invention do not include derivatizing the vitamin D metabolites prior to the mass spectrometry analysis.

[0009]  In one aspect, the invention provides a method for determining the presence or amount of a vitamin D metabolite in a sample. The method may include: (a) ionizing the vitamin D metabolite, if present in the sample; and (b) detecting the presence or amount of the ion by mass spectrometry and relating presence or amount of the detected ion to the presence or amount of the vitamin D metabolite in the sample. In some preferred embodiments, the ionization step (a) may include (i) ionizing the vitamin D metabolite, if present in the sample, to produce an ion of the vitamin D metabolite; (ii) isolating the ion of step (i) by mass spectrometry to provide a precursor ion; and (iii) effecting a collision between the precursor ion and an inert collision gas to produce at least one fragment ion detectable in a mass spectrometer. Preferably, at least one of the fragment ions is specific for the vitamin D metabolite of interest. In certain embodiments of the invention, the fragment ions to be detected include at least one fragment ion other than that which results solely by a dehydration or deamination of the precursor ion. In some particularly preferred embodiments, the precursor ion is a protonated and dehydrated ion of the vitamin D metabolite. In certain embodiments the vitamin D metabolite is one or more vitamin D metabolites selected from the group consisting of 25-hydroxyvitamin $D_3$; 25-hydroxyvitamin $D_2$; 1,25-dihydroxyvitamin $D_2$; and 1,25-dihydroxyvitamin $D_3$.

3

QUESTMS-00000008

Atty. Dkt. No. 034827-3603

[0010]   In a related aspect, the invention provides a method for determining the presence or amount of a vitamin D metabolite in a sample by tandem mass spectrometry.  The method may involve (a) generating a protonated and dehydrated precursor ion of the vitamin D metabolite if present in the sample; (b) generating one or more fragment ions of the precursor ion; and (c) detecting the presence or amount of one or more of the ions generated in step (a) or (b) or both and relating the detected ions to the presence or amount of the vitamin D metabolite in the sample.  In certain embodiments, the method is used to detect the presence or amount of two or more vitamin D metabolites in a single assay.  Preferably, the method does not involve derivatizing the samples or the vitamin D metabolites prior to analysis by mass spectrometry.  In certain embodiments the vitamin D metabolite is one or more vitamin D metabolites selected from the group consisting of 25-hydroxyvitamin $D_3$; 25-hydroxyvitamin $D_2$; 1,25-dihydroxyvitamin $D_2$; and 1,25-dihydroxyvitamin $D_3$.

[0011]   In another aspect the invention provides a method for determining the presence or amount of two or more vitamin D metabolites in a sample in a single assay.  The method includes ionizing the vitamin D metabolites, if present in the sample, to generate ions specific for each of the vitamin D metabolites of interest, detecting the presence or amount of the ions by mass spectrometry, and relating the presence or amount of the ions to the presence or amount of the vitamin D metabolites in the sample.  In certain embodiments the mass spectrometry analysis of the method is tandem mass spectrometry.

[0012]   As used herein, the term "vitamin D metabolite" refers to any chemical species that may be found in the circulation of an animal which is formed by a biosynthetic or metabolic pathway for vitamin D or a synthetic vitamin D analog.  Vitamin D metabolites include forms of vitamin D that are generated by a biological organism, such as an animal, or that are generated by biotransformation of a naturally occurring form of vitamin D or a synthetic vitamin D analog.  In certain preferred embodiments, a vitamin D metabolite is formed by the biotransformation of vitamin $D_2$ or vitamin $D_3$.  In particularly preferred embodiments, the vitamin D metabolite is one or more compounds selected from the group consisting of 25-hydroxyvitamin $D_3$, 25-hydroxyvitamin $D_2$, 1,25-dihydroxyvitamin $D_3$ and 1,25-dihydroxyvitamin $D_2$.

[0013]   As used herein, the term "purification" refers to a procedure that enriches the amount of one or more analytes of interest relative to one or more other components of the sample.

4

QUESTMS-00000009

Atty. Dkt. No. 034827-3603

Purification, as used herein does not require the isolation of an analyte from all others. In preferred embodiments, a purification step or procedure can be used to remove one or more interfering substances, *e.g.*, one or more substances that would interfere with the operation of the instruments used in the methods or substances that may interfere with the detection of an analyte ion by mass spectrometry.

[0014]   As used herein, "biological sample" refers to any sample from a biological source. As used herein, "body fluid" means any fluid that can be isolated from the body of an individual. For example, "body fluid" may include blood, plasma, serum, bile, saliva, urine, tears, perspiration, and the like.

[0015]   As used herein, "derivatizing" means reacting two molecules to form a new molecule. Derivatizing agents may include isothiocyanate groups, dinitro-fluorophenyl groups, nitrophenoxycarbonyl groups, and/or phthalaldehyde groups.

[0016]   As used herein, "chromatography" refers to a process in which a chemical mixture carried by a liquid or gas is separated into components as a result of differential distribution of the chemical entities as they flow around or over a stationary liquid or solid phase.

[0017]   As used herein, "liquid chromatography" (LC) means a process of selective retardation of one or more components of a fluid solution as the fluid uniformly percolates through a column of a finely divided substance, or through capillary passageways. The retardation results from the distribution of the components of the mixture between one or more stationary phases and the bulk fluid, (*i.e.*, mobile phase), as this fluid moves relative to the stationary phase(s). "Liquid chromatography" includes reverse phase liquid chromatography (RPLC), high performance liquid chromatography (HPLC) and high turbulence liquid chromatography (HTLC).

[0018]   As used herein, the term "HPLC" or "high performance liquid chromatography" refers to liquid chromatography in which the degree of separation is increased by forcing the mobile phase under pressure through a stationary phase, typically a densely packed column.

[0019]   As used herein, the term "gas chromatography" refers to chromatography in which the sample mixture is vaporized and injected into a stream of carrier gas (as nitrogen or helium) moving through a column containing a stationary phase composed of a liquid or a particulate

5

QUESTMS-00000010

Atty. Dkt. No. 034827-3603

solid and is separated into its component compounds according to the affinity of the compounds for the stationary phase

**[0020]** As used herein, "mass spectrometry" (MS) refers to an analytical technique to identify compounds by their mass. MS technology generally includes (1) ionizing the compounds to form charged compounds; and (2) detecting the molecular weight of the charged compound and calculating a mass-to-charge ratio (m/z). The compound may be ionized and detected by any suitable means. A "mass spectrometer" generally includes an ionizer and an ion detector. *See, e.g.*, U.S. Patent Nos. 6,204,500, entitled "Mass Spectrometry From Surfaces;" 6,107,623, entitled "Methods and Apparatus for Tandem Mass Spectrometry;" 6,268,144, entitled "DNA Diagnostics Based On Mass Spectrometry;" 6,124,137, entitled "Surface-Enhanced Photolabile Attachment And Release For Desorption And Detection Of Analytes;" Wright *et al.*, *Prostate Cancer and Prostatic Diseases* **2**:264-76 (1999); and Merchant and Weinberger, *Electrophoresis* **21**:1164-67 (2000).

**[0021]** The term "electron ionization" as used herein refers to methods in which an analyte of interest in a gaseous or vapor phase interacts with a flow of electrons. Impact of the electrons with the analyte produces analyte ions, which may then be subjected to a mass spectrometry technique.

**[0022]** The term "chemical ionization" as used herein refers to methods in which a reagent gas (*e.g.* ammonia) is subjected to electron impact, and analyte ions are formed by the interaction of reagent gas ions and analyte molecules.

**[0023]** The term "fast atom bombardment" as used herein refers to methods in which a beam of high energy atoms (often Xe or Ar) impacts a non-volatile sample, desorbing and ionizing molecules contained in the sample. Test samples are dissolved in a viscous liquid matrix such as glycerol, thioglycerol, m-nitrobenzyl alcohol, 18-crown-6 crown ether, 2-nitrophenyloctyl ether, sulfolane, diethanolamine, and triethanolamine.

**[0024]** The term "field desorption" as used herein refers to methods in which a non-volatile test sample is placed on an ionization surface, and an intense electric field is used to generate analyte ions.

6

QUESTMS-00000011

Atty. Dkt. No. 034827-3603

[0025]  The term "ionization" as used herein refers to the process of generating an analyte ion having a net electrical charge equal to one or more electron units.  Negative ions are those having a net negative charge of one or more electron units, while positive ions are those having a net positive charge of one or more electron units.

[0026]  The term "operating in negative ion mode" refers to those mass spectrometry methods where negative ions are detected.  Similarly, "operating in positive ion mode" refers to those mass spectrometry methods where positive ions are detected.

[0027]  The term "desorption" as used herein refers to the removal of an analyte from a surface and/or the entry of an analyte into a gaseous phase.

[0028]  The term "about" as used herein in reference to quantitative measurements, refers to the indicated value plus or minus 10%.

## BRIEF DESCRIPTION OF THE DRAWINGS

[0029]  Figure 1 shows the linearity of the quantification of $25OHD_2$ in serially diluted stock samples using an LC-MS/MS assay.  Details are described in Example 4.

[0030]  Figure 2 shows the linearity of the quantification of $25OHD_3$ in serially diluted stock samples using an LC-MS/MS assay.  Details are described in Example 4.

[0031]  Figure 3 shows the linearity of the quantification by LC-MS/MS of serially diluted samples containing $25OHD_2$ and $25OHD_3$ to final concentrations of 512 ng/mL.  Details are described in Example 4.

[0032]  Figure 4 shows the correlation between detection of total 25-hydroxyvitamin D using an LC-MS/MS assay and a commercially available radioimmunoassay kit.  Details are described in Example 6.

## DETAILED DESCRIPTION OF THE INVENTION

[0033]  Disclosed are methods for detecting the presence or amount of one or more vitamin D metabolites in a sample.  In certain aspects the method involves ionizing the vitamin D

7

QUESTMS-00000012

Atty. Dkt. No. 034827-3603

metabolite(s), detecting the ion(s) by mass spectrometry, and relating the presence or amount of the ion(s) to the presence or amount of the vitamin D metabolite(s) in the sample. The method may include (a) purifying a vitamin D metabolite, if present in the sample, (b) ionizing the purified vitamin D metabolite and (c) detecting the presence or amount of the ion, wherein the presence or amount of the ion is related to the presence or amount of the vitamin D metabolite in the sample. In preferred embodiments, the ionizing step (b) may include (i) ionizing a vitamin D metabolite, if present in the sample, to produce an ion; (ii) isolating the vitamin D metabolite ion by mass spectrometry to provide a precursor ion; and (iii) effecting a collision between the isolated precursor ion and an inert collision gas to produce at least one fragment ion detectable in a mass spectrometer. In certain preferred embodiments the precursor ion is a protonated and dehydrated ion of the vitamin D metabolite.

[0034]  In a related aspect, the invention provides a method for determining the presence or amount of a vitamin D metabolite in a test sample by tandem mass spectrometry. The method may involve (a) generating a protonated and dehydrated precursor ion of the vitamin D metabolite; (b) generating one or more fragment ions of the precursor ion; and (c) detecting the presence or amount of one or more of the ions generated in step (a) or (b) or both and relating the detected ions to the presence or amount of said vitamin D metabolite in the sample.

[0035]  In certain preferred embodiments of the invention, at least one fragment ion is detected, wherein the presence or amount of the precursor and/or at least one fragment ion is related to the presence or amount of the vitamin D metabolite in the sample. Preferably at least one fragment ion is specific for the vitamin D metabolite of interest. In some embodiments, the methods of the invention can be used to detect and quantify two or more vitamin D metabolites in a single assay. In certain embodiments, the vitamin D metabolite is one or more vitamin D metabolites selected from the group consisting of 25-hydroxyvitamin $D_3$; 25-hydroxyvitamin $D_2$; 1,25-dihydroxyvitamin $D_2$; and 1,25- dihydroxyvitamin $D_3$.

[0036]  Suitable samples include any sample that might contain the analyte of interest and/or one or more metabolites or precursors thereof. For example, samples obtained during the manufacture of an analyte can be analyzed to determine the composition and yield of the manufacturing process. In certain embodiments, a sample is a biological sample; that is, a sample obtained from any biological source, such as an animal, a cell culture, an organ culture,

QUESTMS-00000013

Atty. Dkt. No. 034827-3603

*etc.* Particularly preferred are samples obtained from a human, such as a blood, plasma, serum, hair, muscle, urine, saliva, tear, cerebrospinal fluid, or other tissue sample. Such samples may be obtained, for example, from a patient seeking diagnosis, prognosis, or treatment of a disease or condition. The vitamin D metabolites may be derivatized prior to mass spectrometry, however, in certain preferred embodiments, sample preparation excludes the use of derivitization.

[0037]   Samples may be processed or purified to obtain preparations that are suitable for analysis by mass spectrometry. Such purification will usually include chromatography, such as liquid chromatography, and may also often involve an additional purification procedure that is performed prior to chromatography. Various procedures may be used for this purpose depending on the type of sample or the type of chromatography. Examples include filtration, extraction, precipitation, centrifugation, dilution, combinations thereof and the like. Protein precipitation is one preferred method of preparing a liquid biological sample, such as serum or plasma, for chromatography. Such protein purification methods are well known in the art, for example, Polson *et al., Journal of Chromatography B* **785**:263-275 (2003), describes protein precipitation methods suitable for use in the methods of the invention. Protein precipitation may be used to remove most of the protein from the sample leaving vitamin D metabolites soluble in the supernatant. The samples can be centrifuged to separate the liquid supernatant from the precipitated proteins. The resultant supernatant can then be applied to liquid chromatography and subsequent mass spectrometry analysis. In one embodiment of the invention, the protein precipitation involves adding one volume of the liquid sample (e.g. plasma) to about four volumes of methanol. In certain embodiments, the use of protein precipitation obviates the need for high turbulence liquid chromatography ("HTLC") or on-line extraction prior to HPLC and mass spectrometry. Accordingly in such embodiments, the method involves (1) performing a protein precipitation of the sample of interest; and (2) loading the supernatant directly onto the HPLC-mass spectrometer without using on-line extraction or high turbulence liquid chromatography ("HTLC").

[0038]   The purification step may include chromatography, preferably liquid chromatography, more preferably high performance liquid chromatography (HPLC). In some preferred embodiments the chromatography is not gas chromatography. Preferably, the methods of the invention are performed without subjecting the samples, or the vitamin D metabolites of interest, to gas chromatography prior to mass spectrometric analysis.

9

QUESTMS-00000014

Atty. Dkt. No. 034827-3603

[0039]   Various methods have been described involving the use of HPLC for sample clean-up prior to mass spectrometry analysis.  See, *e.g.*, Taylor *et al.*, *Therapeutic Drug Monitoring* **22**:608-12 (2000) (manual precipitation of blood samples, followed by manual C18 solid phase extraction, injection into an HPLC for chromatography on a C18 analytical column, and MS/MS analysis); and Salm *et al.*, *Clin. Therapeutics* **22** Supl. B:B71-B85 (2000) (manual precipitation of blood samples, followed by manual C18 solid phase extraction, injection into an HPLC for chromatography on a C18 analytical column, and MS/MS analysis).  One of skill in the art can select HPLC instruments and columns that are suitable for use in the invention.  The chromatographic column typically includes a medium (*i.e.*, a packing material) to facilitate separation of chemical moieties (*i.e.*, fractionation).  The medium may include minute particles. The particles include a bonded surface that interacts with the various chemical moieties to facilitate separation of the chemical moieties such as vitamin D metabolites.  One suitable bonded surface is a hydrophobic bonded surface such as an alkyl bonded surface.  Alkyl bonded surfaces may include C-4, C-8, or C-18 bonded alkyl groups, preferably C-18 bonded groups. The chromatographic column includes an inlet port for receiving a sample and an outlet port for discharging an effluent that includes the fractionated sample.  In the method, the sample (or pre-purified sample) is applied to the column at the inlet port, eluted with a solvent or solvent mixture, and discharged at the outlet port.  Different solvent modes may be selected for eluting the analytes of interest.  For example, liquid chromatography may be performed using a gradient mode, an isocratic mode, or a polytyptic (i.e. mixed) mode.  In preferred embodiments, HPLC is performed on a multiplexed analytical HPLC system with a C18 solid phase using isocratic separation with 100% methanol as the mobile phase.

[0040]   Recently, high turbulence liquid chromatography ("HTLC"), also called high throughput liquid chromatography, has been applied for sample preparation prior to analysis by mass spectrometry.  See, *e.g.*, Zimmer *et al.*, *J. Chromatogr.* A **854**:23-35 (1999); see also, U.S. Patents Nos. 5,968,367; 5,919,368; 5,795,469; and 5,772,874.  Traditional HPLC analysis relies on column packings in which laminar flow of the sample through the column is the basis for separation of the analyte of interest from the sample.  The skilled artisan will understand that separation in such columns is a diffusional process.  In contrast, it is believed that turbulent flow, such as that provided by HTLC columns and methods, may enhance the rate of mass transfer, improving the separation characteristics provided.  In some embodiments, high turbulence liquid

10

QUESTMS-00000015

Atty. Dkt. No. 034827-3603

chromatography (HTLC), alone or in combination with one or more purification methods, may be used to purify the vitamin D metabolite of interest prior to mass spectrometry. In such embodiments samples may be extracted using an HTLC extraction cartridge which captures the analyte, then eluted and chromatographed on a second HTLC column or onto an analytical HPLC column prior to ionization. Because the steps involved in these chromatography procedures can be linked in an automated fashion, the requirement for operator involvement during the purification of the analyte can be minimized. In certain embodiments of the method, samples are subjected to protein precipitation as described above prior to loading on the HTLC column; in alternative embodiments, the samples may be loaded directly onto the HTLC without being subjected to protein precipitation.

[0041]   Recently, research has shown that epimerization of the hydroxyl group of the A-ring of vitamin $D_3$ metabolites is an important aspect of vitamin $D_3$ metabolism and bioactivation, and that depending on the cell types involved, 3-C epimers of vitamin $D_3$ metabolites (e.g., 3-epi-25(OH)$D_3$; 3-epi-24,25(OH)$_2$$D_3$; and 3-epi-1,25(OH)$_2$$D_3$) are often major metabolic products. *See* Kamao *et al., J. Biol. Chem.,* **279**:15897-15907 (2004). Kamao *et al.,* further provides methods of separating various vitamin D metabolites, including 3-C epimers, using Chiral HPLC. Accordingly, the invention also provides methods of detecting the presence, absence and/or amount of a specific epimer of one or more vitamin D metabolites, preferably vitamin $D_3$ metabolites, in a sample by (1) separating one or more specific vitamin D metabolites by chiral chromatography, preferably chiral HPLC; and (2) detecting the presence and/or amount of one or more vitamin D metabolites using mass spectrometry methods as described herein. The chiral chromatography procedures described in Kamao *et al.,* are suitable for the methods of the invention, however, one of ordinary skill in the art understands that there are numerous other chiral chromatography methods that would also be suitable. In preferred embodiments the method includes, separating 25(OH)$D_3$ from 3-epi-25(OH)$D_3$, if present in a sample, using chiral chromatography; and detecting the presence and/or amount of the 25(OH)$D_3$ and the 3-epi-25(OH)$D_3$ in the sample using mass spectrometry. In related embodiments, the method includes separating 1α,25(OH)$_2$$D_3$ from 3-epi-1α,25(OH)$_2$$D_3$, if present in a sample, using chiral chromatography; and detecting the presence and/or amount of the 1α,25(OH)$_2$$D_3$ and the 3-epi-1α,25(OH)$_2$$D_3$ in the sample using mass spectrometry. In certain embodiments of the invention, chiral chromatography is used in conjunction with the HTLC methods described above.

DLMR_279805.1

QUESTMS-00000016

Atty. Dkt. No. 034827-3603

[0042]  Mass spectrometry is performed using a mass spectrometer which includes an ion source for ionizing the fractionated sample and creating charged molecules for further analysis.  For example ionization of the sample may be performed by electrospray ionization (ESI), atmospheric pressure chemical ionization (APCI), photoinonization, electron ionization, fast atom bombardment (FAB)/liquid secondary ionization (LSIMS), matrix assisted laser desorption ionization (MALDI), field ionization, field desorption, thermospray/plasmaspray ionization, and particle beam ionization.  The skilled artisan will understand that the choice of ionization method can be determined based on the analyte to be measured, type of sample, the type of detector, the choice of positive versus negative mode, *etc.*

[0043]  After the sample has been ionized, the positively charged or negatively charged ions thereby created may be analyzed to determine a mass-to-charge ratio (*i.e.*, m/z).  Suitable analyzers for determining mass-to-charge ratios include quadropole analyzers, ion traps analyzers, and time-of-flight analyzers.  The ions may be detected using several detection modes.  For example, selected ions may be detected (*i.e.*, using a selective ion monitoring mode (SIM)), or alternatively, ions may be detected using a scanning mode, e.g., multiple reaction monitoring (MRM) or selected reaction monitoring (SRM).  Preferably, the mass-to-charge ratio is determined using a quadropole analyzer.  For example, in a "quadropole" or "quadropole ion trap" instrument, ions in an oscillating radio frequency field experience a force proportional to the DC potential applied between electrodes, the amplitude of the RF signal, and m/z.  The voltage and amplitude can be selected so that only ions having a particular m/z travel the length of the quadropole, while all other ions are deflected.  Thus, quadropole instruments can act as both a "mass filter" and as a "mass detector" for the ions injected into the instrument.

[0044]  One can often enhance the resolution of the MS technique by employing "tandem mass spectrometry," or "MS/MS."  In this technique, a precursor ion (also called a parent ion) generated from a molecule of interest can be filtered in an MS instrument, and the precursor ion is subsequently fragmented to yield one or more fragment ions (also called daughter ions or product ions) that are then analyzed in a second MS procedure.  By careful selection of precursor ions, only ions produced by certain analytes are passed to the fragmentation chamber, where collision with atoms of an inert gas to produce the daughter ions.  Because both the precursor and fragment ions are produced in a reproducible fashion under a given set of ionization/fragmentation conditions, the MS/MS technique can provide an extremely powerful

12

QUESTMS-00000017

Atty. Dkt. No. 034827-3603

analytical tool. For example, the combination of filtration/fragmentation can be used to eliminate interfering substances, and can be particularly useful in complex samples, such as biological samples.

[0045]   Additionally, recent advances in technology, such as matrix-assisted laser desorption ionization coupled with time-of-flight analyzers ("MALDI-TOF") permit the analysis of analytes at femtomole levels in very short ion pulses. Mass spectrometers that combine time-of-flight analyzers with tandem MS are also well known to the artisan. Additionally, multiple mass spectrometry steps can be combined in methods known as "MS/MS$^n$." Various other combinations may be employed, such as MS/MS/TOF, MALDI/MS/MS/TOF, or SELDI/MS/MS/TOF mass spectrometry.

[0046]   The mass spectrometer typically provides the user with an ion scan; that is, the relative abundance of each ion with a particular m/z over a given range (e.g., 100 to 1000 amu). The results of an analyte assay, that is, a mass spectrum, can be related to the amount of the analyte in the original sample by numerous methods known in the art. For example, given that sampling and analysis parameters are carefully controlled, the relative abundance of a given ion can be compared to a table that converts that relative abundance to an absolute amount of the original molecule. Alternatively, molecular standards can be run with the samples, and a standard curve constructed based on ions generated from those standards. Using such a standard curve, the relative abundance of a given ion can be converted into an absolute amount of the original molecule. In certain preferred embodiments, an internal standard is used to generate a standard curve for calculating the quantity of the vitamin D metabolite. Methods of generating and using such standard curves are well known in the art and one of ordinary skill is capable of selecting an appropriate internal standard. For example, an isotope of a vitamin D metabolite may be used as an internal standard, in preferred embodiments the vitamin D metabolite is a deuterated vitamin D metabolite, for example $^6$D-25OHD$_3$. Numerous other methods for relating the presence or amount of an ion to the presence or amount of the original molecule will be well known to those of ordinary skill in the art.

[0047]   One or more steps of the methods of the invention can be performed using automated machines. In certain embodiments, one or more purification steps are performed on line, and

13

QUESTMS-00000018

Atty. Dkt. No. 034827-3603

more preferably all of the purification and mass spectrometry steps may be performed in an on-line fashion.

**[0048]** In particularly preferred embodiments vitamin D metabolites are detected and/or quantified using LC-MS/MS as follows. The samples are subjected to liquid chromatography, preferably HPLC, the flow of liquid solvent from the chromatographic column enters the heated nebulizer interface of a LC-MS/MS analyzer and the solvent/analyte mixture is converted to vapor in the heated tubing of the interface. The analytes (i.e. vitamin D metabolites), contained in the nebulized solvent, are ionized by the corona discharge needle of the interface, which applies a large voltage to the nebulized solvent/analyte mixture. The ions, i.e. precursor ions, pass through the orifice of the instrument and enter the first quadrupole. Quadrupoles 1 and 3 (Q1 and Q3) are mass filters, allowing selection of ions (i.e., "precursor" and "fragment" ions) based on their mass to charge ratio (m/z). Quadrupole 2 (Q2) is the collision cell, where ions are fragmented. The first quadrupole of the mass spectrometer (Q1) selects for molecules with the mass to charge ratios of the specific vitamin D metabolites to be analyzed. Precursor ions with the correct m/z ratios of the precursor ions of specific vitamin D metabolites are allowed to pass into the collision chamber (Q2), while unwanted ions with any other m/z collide with the sides of the quadrupole and are eliminated. Precursor ions entering Q2 collide with neutral Argon gas molecules and fragment. This process is called Collision Activated Dissociation (CAD). The fragment ions generated are passed into quadrupole 3 (Q3), where the fragment ions of the desired vitamin D metabolites are selected while other ions are eliminated.

**[0049]** The methods of the invention may involve MS/MS performed in either positive or negative ion mode. Using standard methods well known in the art, one of ordinary skill is capable of identifying one or more fragment ions of a particular precursor ion of a vitamin D metabolite that can be used for selection in quadrupole 3 (Q3). Preferably, at least one fragment ion of the method is specific for the particular vitamin D metabolite of which detection is desired. A specific fragment ion for a particular vitamin D metabolite is one that will not be formed in significant amounts by other molecules with similar molecular structures. In contrast a non-specific fragment ion is one that is formed by related molecules other than the desired analyte. Therefore, detection of non-specific fragment ions alone is not reliable for distinguishing the desired vitamin D metabolite from other molecules that form the same or similar fragment ions. Specific fragment ions of a particular vitamin D metabolite can be

14

QUESTMS-00000019

Atty. Dkt. No. 034827-3603

identified by testing various molecular standards (e.g. vitamin D metabolites other than the metabolite to be detected) to determine whether fragment ions formed by the vitamin D metabolite of interest are also formed by other molecules with similar structures or features. In certain particularly preferred embodiments, a specific fragment ion is identified by testing at least one molecular standard that forms a precursor ion with the same m/z as the vitamin D metabolite to be detected.

[0050]   If the precursor ion of a vitamin D metabolite of interest includes an alcohol or amine group, fragment ions are commonly formed that represent a dehydration or deamination of the precursor ion, respectively. In the case of precursor ions that include an alcohol group, such fragment ions formed by dehydration are caused by a loss of one or more water molecules from the precursor ion (i.e., where the difference in m/z between the precursor ion and fragment ion is about 18 for the loss of one water molecule, or about 36 for the loss of two water molecules, etc.). In the case of precursor ions that include an amine group, such fragment ions formed by deamination are caused by a loss of one or more ammonia molecules (i.e. where the difference in m/z between the precursor ion and fragment ion is about 17 for the loss of one ammonia molecule, or about 34 for the loss of two ammonia molecules, etc.). Likewise, precursor ions that include one or more alcohol and amine groups commonly form fragment ions that represent the loss of one or more water molecules and/or one or more ammonia molecules (e.g., where the difference in m/z between the precursor ion and fragment ion is about 35 for the loss of one water molecule and the loss of one ammonia molecule). Generally, the fragment ions that represent dehydrations or deaminations of the precursor ion are not specific fragment ions for a particular analyte. For example, MS/MS performed to detect $25OHD_2$ by selecting for a precursor ion at 413 m/z (i.e. the protonated and hydrated ion) and detecting a fragment ion of 395 m/z (representing a dehydration of the 413 m/z precursor ion) would not be able to distinguish $25OHD_2$ from $1\alpha(OH)D_2$ which would form the same precursor and fragment ions. Therefore a 395 m/z fragment ion is not a specific fragment ion for $25OHD_2$ or $1\alpha(OH)D_2$. Accordingly, in preferred embodiments of the invention, MS/MS is performed such that at least one fragment ion of a vitamin D metabolite is detected that does not represent only a loss of one or more water molecules and/or a loss of one or more ammonia molecules from the precursor ion.

15

QUESTMS-00000020

Atty. Dkt. No. 034827-3603

[0051]  As ions collide with the detector they produce a pulse of electrons that are converted to a digital signal.  The acquired data is relayed to a computer, which plots counts of the ions collected versus time.  The resulting mass chromatograms are similar to chromatograms generated in traditional HPLC methods.  The areas under the peaks corresponding to particular ions, or the amplitude of such peaks, are measured and the area or amplitude is correlated to the amount of the analyte (vitamin D metabolite) of interest.  In certain embodiments, the area under the curves, or amplitude of the peaks, for fragment ion(s) and/or precursor ions are measured to determine the amount of a vitamin D metabolite.  As described above, the relative abundance of a given ion can be converted into an absolute amount of the original analyte, i.e., vitamin D metabolite, using calibration standard curves based on peaks of one or more ions of an internal molecular standard, such as $^6$D-25OHD$_3$.

[0052]  In certain aspects of the invention, the quantity of various ions is determined by measuring the area under the curve or the amplitude of the peak and a ratio of the quantities of the ions is calculated and monitored (i.e. "daughter ion ratio monitoring").  In certain embodiments of the method, the ratio(s) of the quantity of a precursor ion and the quantity of one or more fragment ions of a vitamin D metabolite can be calculated and compared to the ratio(s) of a molecular standard of the vitamin D metabolite similarly measured.  In embodiments where more than one fragment ion of a vitamin D metabolite is monitored, the ratio(s) for different fragment ions may be determined instead of, or in addition to, the ratio of the fragment ion(s) compared to the precursor ion.  In embodiments where such ratios are monitored, if there is a substantial difference in an ion ratio in the sample as compared to the molecular standard, it is likely that a molecule in the sample is interfering with the results.  To the contrary, if the ion ratios in the sample and the molecular standard are similar, then there is increased confidence that there is no interference.  Accordingly, monitoring such ratios in the samples and comparing the ratios to those of authentic molecular standards may be used to increase the accuracy of the method.

[0053]  In certain aspects of the invention, MS/MS is performed in positive ion mode with the first quadruple (Q1) tuned to select for precursor ions with a mass charge ratio corresponding to protonated and dehydrated ions of vitamin D metabolites.  The mass/charge ratio (m/z) for the protonated and dehydrated precursor vitamin D metabolite ions is about 383.16 m/z for 25-hydroxyvitamin D$_3$ and about 395.30 m/z for 25-hydroxyvitamin D$_2$.  In embodiments where the

16

QUESTMS-00000021

Atty. Dkt. No. 034827-3603

samples are spiked with hexadeuterated $25OHD_3$ ($^6D$-$25OHD_3$) for use as an internal standard, the mass/charge ratio (m/z) of the protonated and dehydrated $^6D$-$25OHD_3$ precursor ion is about 389.20.  In certain preferred embodiments of the invention, the mass/charge ratio (m/z) for the 25-hydroxyvitamin $D_3$ precursor ion is about 383.16 and the m/z for at least one 25-hydroxyvitamin $D_3$ fragment ion is about 211.35.  In related embodiments, the m/z for the 25-hydroxyvitamin $D_2$ precursor ion is about 395.30 and the 25-hydroxyvitamin $D_2$ fragment ion(s) include one or more ions selected from the group consisting of ions with mass/charge ratios (m/z) of about 179.10, about 209.20 and about 251.30.  In embodiments where the samples are spiked with $^6D$-$25OHD_3$ for use as an internal standard the mass/charge ratio (m/z) for the protonated and dehydrated $^6D$-$25OHD_3$ precursor ion is about 389.20 and the fragment ion(s) may include a fragment ion with a m/z of about 211.30.

[0054]   In other aspects, MS/MS is performed in positive ion mode with the first quadruple (Q1) tuned to select for precursor ions with a mass charge ratio corresponding to protonated and hydrated ions of vitamin D metabolites.  The mass/charge ratio (m/z) for the protonated and hydrated precursor vitamin D metabolite ions are about 401 m/z for 25-hydroxyvitamin $D_3$ and about 413 m/z for 25-hydroxyvitamin $D_2$.  In certain preferred embodiments of the invention, the mass/charge ratio (m/z) for the 25-hydroxyvitamin $D_3$ precursor ion is about 401 and the 25-hydroxyvitamin $D_3$ fragment ion(s) include one or more ions selected from the group consisting of ions with mass/charge ratios (m/z) of about 365 and about 383 m/z; more preferably the fragment ions include an ion with a m/z of about 365.  In related embodiments, the m/z for the protonated and hydrated 25-hydroxyvitamin $D_2$ precursor ion is about 413 m/z, and the 25-hydroxyvitamin $D_2$ fragment ion(s) include one or more ions with mass/charge ratios (m/z) of about 377 and about 395; more preferably the fragment ions include an ion with a mass charge ratio of about 377.

[0055]   In particularly preferred embodiments of the invention, the presence or absence or amount of two or more vitamin D metabolites in a sample are detected in a single assay using the above described MS/MS methods.

[0056]   Mass spectrometry instruments can vary slightly in determining the mass of a given analyte.  Thus, the term "about" in the context of mass of an ion or the m/z of an ion refers to +/- 0.5 atomic mass unit.

17

QUESTMS-00000022

[0057]  The following examples serve to illustrate the invention. These examples are in no way intended to limit the scope of the invention.

## EXAMPLES

**Example 1**:  Determination of 25-hydroxyvitamin D$_3$ and 25-hydroxyvitamin D$_2$ by LC-MS/MS

[0058]  Using a Perkin-Elmer MultiProbe II (S/N 432400) robotic liquid handler, human serum samples were first extracted using a protein precipitation method by adding 42.5 μl of serum to170 μl of methanol (1:4 ratio of serum:methanol) in a 96-well plate format.  For validation-related experiments, the methanol was spiked with hexadeuterated 25OHD$_3$ ($^6$D-25OHD$_3$) as an internal standard.  The 96 well plates were centrifuged to remove precipitated protein, leaving the vitamin D metabolites in the supernatant.  The supernatants were then transferred to an HPLC autosampler for loading to the LC-MS/MS analyzer.

[0059]  LC-MS/MS was performed using a Thermo Finnigan LC-MS/MS analyzer (Thermo Finnigan Quantum TSQ (S/N: TQU00655)) with an atmospheric pressure chemical ionization (APCI) source as the detector.  An autosampler was used to inject 50 μL of extracted sample supernatant onto an HPLC column.  Liquid chromatography was performed with a Cohesive Technologies Aria TX-4 (S/N: SJCTX409) LC system with Waters Symmetry C18 5μm 4.6x50mm columns using 100% methanol as the mobile phase.  After the analytes eluted and the detector window completed acquisition, the system was washed with 85% Mobile phase A and then re-equilibrated with Mobile phase B for a run time of 5 minutes.  Mobile phase A was 0.1% formic acid in HPLC-grade water and mobile phase B was 100% methanol.

[0060]  The flow of liquid solvent exiting the HPLC column entered the heated nebulizer interface of the Thermo Finnigan LC-MS/MS analyzer.  The solvent/analyte mixture was first converted to vapor in the heated tubing of the interface.  The analytes, contained in the nebulized solvent, were ionized (a positive charge added) by the corona discharge needle of the interface, which applies a large voltage to the nebulized solvent/analyte mixture. The ions pass through the orifice of the instrument and enter the first quadrupole.  Quadrupoles 1 and 3 (Q1 and Q3) are mass filters, allowing selection of ions based on their mass to charge ratio (m/z). Quadrupole 2 (Q2) is the collision cell, where ions are fragmented.

QUESTMS-00000023

Atty. Dkt. No. 034827-3603

[0061]   The first quadrupole of the mass spectrometer (Q1) selected for molecules with the mass to charge ratios of (protonated and dehydrated) $25OHD_2$, $25OHD_3$ and $^6D-25OHD_3$. Ions with these m/z ratios (see table below) were allowed to pass into the collision chamber (Q2), while unwanted ions with any other m/z collide with the sides of the quadrupole and are eliminated. Ions entering Q2 collide with neutral Argon gas molecules and fragment. The fragment ions generated are passed into quadrupole 3 (Q3), where the fragment ions of $25OHD_2$, $25OHD_3$ and $^6D-25OHD_3$ were selected (see table below) and other ions are eliminated. The following mass transitions were used for detection and quantitation during validation:

**Table 1. Mass transitions for selected vitamin D metabolites**

| Compound | Precursor Ion (m/z) | Fragment Ions (m/z) |
|---|---|---|
| $25OHD_2$ | 395.30 | 179.10, 251.30, 209.20 |
| $25OHD_3$ | 383.16 | 211.35 |
| $^6D-25OHD_3$ | 389.20 | 211.30 |

[0062]   As ions collide with the detector they produce a pulse of electrons that are converted to a digital signal. The acquired data is relayed to a computer, which plots counts of the ions collected versus time. The resulting mass chromatograms are similar to chromatograms generated in traditional HPLC methods.

[0063]   Area ratios of the analyte and internal standard (Hexadeuterated 25-Hydroxyvitamin D3, $^6D-25OHD_3$) peaks were used to construct calibration curves, which were then used to calculate analyte concentrations. Using the calibration curves, the concentrations of $25OHD_2$ and 25OHD3 were quantitated in the patient samples.

**Example 2**:  Intra-assay and Inter-assay Precision.

[0064]   Stock solutions of $25OHD_2$ and $25OHD_3$ were added to pooled serum to produce a Low Pool (20-25 ng/mL of each metabolite), a Medium Pool (45-55 ng/mL of each metabolite) and a High Pool (100-110 ng/mL). Pooled patient serum was used for the Medium and Low Pools, and stripped serum from Golden West Biologicals, Product #SP1070, was used for the Low Pool. Twenty aliquots from each of the Low, Medium and High Pools were analyzed in a single

19

DLMR_279805.1

QUESTMS-00000024

Atty. Dkt. No. 034827-3603

assay using the LC-MS/MS protocols described in Example 1.  The following precision values were determined:

**Table 2.  Intra-Assay Variation: 25-Hydroxyvitamin $D_2$ (25OHD$_2$)**

|  | Low 092804-L | Medium 092804-M | High 092804-H |
|---|---|---|---|
| 1 | 26.5 | 46.4 | 103.3 |
| 2 | 23.2 | 51.1 | 96.7 |
| 3 | 23.1 | 52.4 | 107.8 |
| 4 | 21.6 | 50.3 | 104.5 |
| 5 | 26.3 | 47.5 | 96.2 |
| 6 | 25.1 | 54.4 | 98.5 |
| 7 | 25.9 | 54.6 | 100.0 |
| 8 | 21.9 | 50.1 | 110.1 |
| 9 | 23.4 | 50.8 | 97.6 |
| 10 | 23.5 | 53.2 | 105.1 |
| 11 | 22.2 | 52.9 | 105.9 |
| 12 | 24.0 | 54.6 | 94.5 |
| 13 | 26.2 | 49.4 | 93.4 |
| 14 | 24.1 | 59.0 | 113.0 |
| 15 | 25.8 | 52.9 | 112.4 |
| 16 | 23.9 | 59.2 | 113.4 |
| 17 | 29.5 | 52.4 | 107.7 |
| 18 | 24.2 | 50.0 | 115.5 |
| 19 | 19.8 | 53.5 | 114.9 |
| 20 | 26.3 | 60.2 | 126.6 |
| Average (ng/mL) | 24.3 | 52.7 | 105.9 |
| Std Dev | 2.2 | 3.6 | 8.6 |
| CV (%) | 9.0 | 6.9 | 8.1 |

20

QUESTMS-00000025

Atty. Dkt. No. 034827-3603

**Table 3. Intra-Assay Variation: 25-Hydroxyvitamin $D_3$ (25OH$D_3$)**

|  | Low 092804-L | Medium 092804-M | High 092804-H |
|---|---|---|---|
| **1** | 22.7 | 43.6 | 99.1 |
| **2** | 22.4 | 45.3 | 93.5 |
| **3** | 22.4 | 50.7 | 98.2 |
| **4** | 21.0 | 40.1 | 95.9 |
| **5** | 21.8 | 41.5 | 82.0 |
| **6** | 20.8 | 42.2 | 97.4 |
| **7** | 22.9 | 50.1 | 96.0 |
| **8** | 19.0 | 42.0 | 106.7 |
| **9** | 21.8 | 44.2 | 96.6 |
| **10** | 23.4 | 49.5 | 94.9 |
| **11** | 21.8 | 46.5 | 97.9 |
| **12** | 20.7 | 49.9 | 87.1 |
| **13** | 25.4 | 44.7 | 85.5 |
| **14** | 24.5 | 48.0 | 101.5 |
| **15** | 25.1 | 45.8 | 101.5 |
| **16** | 22.5 | 52.0 | 104.7 |
| **17** | 29.2 | 45.9 | 107.7 |
| **18** | 19.5 | 49.3 | 107.6 |
| **19** | 18.1 | 49.6 | 109.4 |
| **20** | 24.8 | 49.3 | 116.1 |
| **Average (ng/mL)** | **22.5** | **46.5** | **99.0** |
| **Std Dev** | **2.5** | **3.5** | **8.4** |
| **CV (%)** | **11.2** | **7.5** | **8.5** |

21

QUESTMS-00000026

Atty. Dkt. No. 034827-3603

[0065] Each of the Low, Medium and High Pools described above were also analyzed to determine inter-assay precision. Four aliquots from each pool were analyzed over five different assays using the LC-MS/MS protocols described in Example 1. The following precision values were determined:

Table 4. Inter-Assay Variation: 25-Hydroxyvitamin $D_2$ (25OHD$_2$)

|  | Low 092804-L | Medium 092804-M | High 092804-H |
|---|---|---|---|
| 1 | 26.5 | 46.4 | 103.3 |
| 2 | 23.2 | 51.1 | 96.7 |
| 3 | 23.1 | 52.4 | 107.8 |
| 4 | 21.6 | 50.3 | 104.5 |
| 5 | 26.3 | 47.5 | 96.2 |
| 6 | 25.1 | 54.4 | 98.5 |
| 7 | 25.9 | 54.6 | 100.0 |
| 8 | 21.9 | 50.1 | 110.1 |
| 9 | 23.4 | 50.8 | 97.6 |
| 10 | 23.5 | 53.2 | 105.1 |
| 11 | 22.2 | 52.9 | 105.9 |
| 12 | 24.0 | 54.6 | 94.5 |
| 13 | 26.2 | 49.4 | 93.4 |
| 14 | 24.1 | 59.0 | 113.0 |
| 15 | 25.8 | 52.9 | 112.4 |
| 16 | 23.9 | 59.2 | 113.4 |
| 17 | 29.5 | 52.4 | 107.7 |
| 18 | 24.2 | 50.0 | 115.5 |
| 19 | 19.8 | 53.5 | 114.9 |
| 20 | 26.3 | 60.2 | 126.6 |
| Average (ng/mL) | 24.3 | 52.7 | 105.9 |
| Std Dev | 2.2 | 3.6 | 8.6 |
| CV (%) | 9.0 | 6.9 | 8.1 |

22

QUESTMS-00000027

Atty. Dkt. No. 034827-3603

Table 5.  Inter-Assay Variation: 25-Hydroxyvitamin $D_3$ (25OHD$_3$)

|  | Low 092804-L | Medium 092804-M | High 092804-H |
|---|---|---|---|
| 1 | 22.7 | 43.6 | 99.1 |
| 2 | 22.4 | 45.3 | 93.5 |
| 3 | 22.4 | 50.7 | 98.2 |
| 4 | 21.0 | 40.1 | 95.9 |
| 5 | 21.8 | 41.5 | 82.0 |
| 6 | 20.8 | 42.2 | 97.4 |
| 7 | 22.9 | 50.1 | 96.0 |
| 8 | 19.0 | 42.0 | 106.7 |
| 9 | 21.8 | 44.2 | 96.6 |
| 10 | 23.4 | 49.5 | 94.9 |
| 11 | 21.8 | 46.5 | 97.9 |
| 12 | 20.7 | 49.9 | 87.1 |
| 13 | 25.4 | 44.7 | 85.5 |
| 14 | 24.5 | 48.0 | 101.5 |
| 15 | 25.1 | 45.8 | 101.5 |
| 16 | 22.5 | 52.0 | 104.7 |
| 17 | 29.2 | 45.9 | 107.7 |
| 18 | 19.5 | 49.3 | 107.6 |
| 19 | 18.1 | 49.6 | 109.4 |
| 20 | 24.8 | 49.3 | 116.1 |
| Average (ng/mL) | 22.5 | 46.5 | 99.0 |
| Std Dev | 2.5 | 3.5 | 8.4 |
| CV (%) | 11.2 | 7.5 | 8.5 |

DLMR_279805.1

QUESTMS-00000028

Atty. Dkt. No. 034827-3603

**Example 3**:  Analytical Sensitivity: Limit of Detection and Limit of Quantitation Studies.

[0066]  To determine the limit of detection of the assay, blank diluent was analyzed 17 times within a single run using the LC-MS/MS protocols described in Example 1.  The mean and standard deviation were then calculated.   The limit of detection was determined as 2 SD above the mean of the blank peak area ratio based on a back calculation of peak area ratio against the calibration curve.  The limits of detection were as follows:

$$25OHD_2: \quad 3.0 \text{ ng/mL}$$
$$25OHD_3: \quad 3.5 \text{ ng/mL}$$

[0067]  To determine the limit of quantitation, stock solutions of $25OHD_2$ and $25OHD_3$ were used to generate standard curves with the following concentrations: 0, 2, 4, 8, 16, 32, 64 and 128 ng/mL. The diluted samples of the standard curve were analyzed in quadruplicate over five assays using the LC-MS/MS assay described in Example 1.  The results of the study were as follows:

**Table 6.  Limit of Quantitation Study Results: 25-Hydroxyvitamin $D_2$ ($25OHD_2$)**

|  | #1 | #2 | #3 | #4 | #5 | Summary | |
|---|---|---|---|---|---|---|---|
| **0 ng/mL** | -1.2 | -1.3 | -0.5 | -1.2 | -1.1 | Average (ng/mL) | -1.0 |
| | -1.1 | -1.4 | -0.9 | -1.3 | -0.7 | Standard Deviation | 0.6 |
| | -1.1 | -1.5 | -0.8 | NA | -2.6 | C of V (%) | 59.0 |
| | 0.4 | -1.7 | -0.6 | -0.5 | -0.6 | Accuracy (%) | N/A |
| **2 ng/mL** | 3.1 | 2.3 | 2.0 | 2.1 | 3.3 | Average (ng/mL) | 1.9 |
| | 2.1 | 2.7 | 2.1 | 2.4 | 1.9 | Standard Deviation | 0.6 |
| | 1.1 | 1.9 | 1.9 | 0.9 | 1.3 | C of V (%) | 33.7 |
| | 1.2 | 1.1 | 2.1 | 1.8 | 1.4 | Accuracy (%) | 103.9 |
| **4 ng/mL** | 3.5 | 3.9 | 5.0 | 4.5 | 4.8 | Average (ng/mL) | 3.9 |
| | 4.0 | 3.0 | 3.8 | 3.8 | 4.7 | Standard Deviation | 0.7 |
| | 3.6 | 2.9 | 2.8 | 3.1 | 2.0* | C of V (%) | 17.1 |
| | 4.1 | 4.6 | 4.5 | 4.4 | 3.7 | Accuracy (%) | 101.7 |

24

DLMR_279805.1

QUESTMS-00000029

Atty. Dkt. No. 034827-3603

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **8 ng/mL** | 10.2 | 9.1 | 9.1 | 8.8 | 9.8 | Average (ng/mL) | 8.6 |
| | 7.8 | 8.1 | 7.9 | 8.4 | 9.0 | Standard Deviation | 0.8 |
| | 8.6 | 8.3 | 7.4 | 8.4 | 7.5 | C of V (%) | 9.3 |
| | 10.2 | 8.4 | 8.0 | 8.1 | 8.6 | Accuracy (%) | 93.2 |
| **16 ng/mL** | 16.0 | 14.8 | 14.4 | 16.7 | 18.3 | Average (ng/mL) | 16.0 |
| | 15.5 | 15.6 | 15.3 | 16.7 | 16.8 | Standard Deviation | 1.1 |
| | 16.6 | 16.7 | 16.8 | 15.8 | 15.2 | C of V (%) | 7.1 |
| | 14.1 | 17.6 | 16.1 | 16.7 | 14.1 | Accuracy (%) | 100.1 |
| **32 ng/mL** | 31.3 | 39.9* | 29.9 | 33.2 | 32.7 | Average (ng/mL) | 31.8 |
| | 31.7 | 30.5 | 32.4 | 34.0 | 32.5 | Standard Deviation | 1.9 |
| | 29.5 | 31.2 | 30.2 | 35.7 | 28.7 | C of V (%) | 6.0 |
| | 32.9 | 34.7 | 32.4 | 30.8 | 29.2 | Accuracy (%) | 100.7 |
| **64 ng/mL** | 66.5 | 62.2 | 68.5 | 62.6 | 68.8 | Average (ng/mL) | 64.6 |
| | 66.6 | 67.8 | 67.3 | 58.9 | 61.5 | Standard Deviation | 3.2 |
| | 64.4 | 61.4 | 63.7 | 63.5 | 61.3 | C of V (%) | 4.9 |
| | 63.7 | 60.7 | 65.4 | 70.8 | 65.9 | Accuracy (%) | 99.1 |
| **128 ng/mL** | 125.1 | 128.2 | 123.4 | 127.8 | 124.1 | Average (ng/mL) | 126.9 |
| | 127.6 | 134.4 | 127.3 | 128.4 | 132.1 | Standard Deviation | 3.5 |
| | 128.9 | 124.5 | 128.5 | 126.5 | 131.7 | C of V (%) | 2.8 |
| | 126.1 | 119.7 | 127.9 | 121.2 | 125.0 | Accuracy (%) | 100.8 |

**Table 7. Limit of Quantitation Study Results: 25-Hydroxyvitamin D$_3$ (25OHD$_3$)**

| | Day #1 (11/19/04-1) | Day #2 (11/19/04-2) | Day #3 (11/22/04-1) | Day #4 (11/23/04-1) | Day #5 (11/23/04-2) | Summary | |
|---|---|---|---|---|---|---|---|
| **0 ng/mL** | -0.5 | -0.9 | -0.3 | 0.2 | -0.6 | Average (ng/mL) | -0.7 |
| | -0.7 | -1.3 | 0.3 | -1.1 | -1.0 | Standard Deviation | 0.6 |
| | 0.0 | -1.0 | -1.1 | -1.3 | 0.6 | C of V (%) | 86.4 |
| | -0.3 | -1.5 | -1.1 | -0.8 | -1.0 | Accuracy (%) | N/A |
| **2 ng/mL** | 2.6 | 1.5 | 2.4 | 2.5 | 1.7 | Average (ng/mL) | 1.9 |
| | 1.7 | 0.9 | 3.2 | 2.2 | 1.9 | Standard Deviation | 0.6 |
| | 1.8 | 1.8 | 2.0 | 1.1 | 2.2 | C of V (%) | 31.4 |
| | 1.3 | 2.4 | 1.5 | 1.1 | 2.5 | Accuracy (%) | 104.7 |

25

QUESTMS-00000030

Atty. Dkt. No. 034827-3603

| | | | | | | Average (ng/mL) | 3.8 |
|---|---|---|---|---|---|---|---|
| **4 ng/mL** | 3.9 | 3.5 | 4.8 | 4.0 | 3.4 | Average (ng/mL) | 3.8 |
| | 3.0 | 4.1 | 3.1 | 3.9 | 3.8 | Standard Deviation | 0.8 |
| | 4.5 | 3.7 | 2.9 | 3.5 | 2.4 | C of V (%) | 19.7 |
| | 4.0 | 5.2 | 3.8 | 3.8 | 5.5 | Accuracy (%) | 104.1 |
| **8 ng/mL** | 10.3 | 9.3 | 7.2 | 8.4 | 8.6 | Average (ng/mL) | 8.7 |
| | 10.6 | 8.5 | 7.2 | 10.0 | 9.6 | Standard Deviation | 1.1 |
| | 7.4 | 10.3 | 9.0 | 9.4 | 8.4 | C of V (%) | 13.1 |
| | 9.3 | 7.7 | 8.5 | 7.6 | 6.8 | Accuracy (%) | 91.9 |
| **16 ng/mL** | 15.9 | 15.6 | 16.2 | 18.6 | 17.1 | Average (ng/mL) | 16.0 |
| | 13.8 | 16.3 | 14.0 | 17.2 | 15.3 | Standard Deviation | 1.4 |
| | 15.6 | 16.1 | 15.1 | 18.8 | 16.1 | C of V (%) | 8.5 |
| | 14.8 | 17.2 | 17.0 | 14.3 | 15.3 | Accuracy (%) | 99.9 |
| **32 ng/mL** | 31.1 | 35.8 | 29.6 | 32.8 | 28.0 | Average (ng/mL) | 31.7 |
| | 30.8 | 29.9 | 31.8 | 33.0 | 32.8 | Standard Deviation | 1.9 |
| | 31.6 | 30.9 | 29.5 | 35.7 | 31.2 | C of V (%) | 6.2 |
| | 31.0 | 34.2 | 31.8 | 30.6 | 31.7 | Accuracy (%) | 101.0 |
| **64 ng/mL** | 65.9 | 64.6 | 64.4 | 64.8 | 67.8 | Average (ng/mL) | 64.8 |
| | 67.4 | 62.9 | 62.4 | 60.7 | 57.2 | Standard Deviation | 3.1 |
| | 68.9 | 64.2 | 62.1 | 64.0 | 64.7 | C of V (%) | 4.8 |
| | 63.2 | 64.2 | 66.8 | 67.7 | 71.1 | Accuracy (%) | 98.8 |
| **128 ng/mL** | 128.9 | 124.5 | 126.4 | 125.3 | 122.8 | Average (ng/mL) | 127.1 |
| | 129.7 | 135.7 | 128.3 | 125.9 | 128.7 | Standard Deviation | 4.7 |
| | 125.5 | 123.3 | 127.2 | 127.7 | 135.4 | C of V (%) | 3.7 |
| | 121.3 | 121.8 | 137.8 | 121.4 | 124.1 | Accuracy (%) | 100.7 |

**Example 4**:  Assay Reportable Range and Linearity.

[0068]   To establish the linearity of the vitamin D metabolite LC-MS/MS assay, a MultiProbe automated liquid handler robot independently constructed two standard curves by serially diluting a stock solution containing 128 ng/mL $25OHD_2$ and 128 ng/mL $25OHD_3$ in 25OHD with a solution of 5% Bovine Serum Albumin Fraction V dissolved in 0.01M PBS.  The standard

26

QUESTMS-00000031

Atty. Dkt. No. 034827-3603

curve samples were analyzed using the LC-MS/MS protocols described in Example 1. This process routinely produced standard curves with $R^2$ values of 0.99 or higher for each analyte for the range of $4 - 128$ ng/mL.

[0069]  To determine whether patient samples can also be diluted in a linear fashion, a total of eight samples were serially diluted with 25OHD diluent. Two samples were patient pools (Medium and High Control Pools), three were patient samples with high $25OHD_2$ values and three were patient samples with high $25OHD_3$ values. All samples were analyzed using the LC-MS/MS protocols described in Example 1. As shown in figure 1 and figure 2, each sample diluted in a linear fashion ($R^2 > 0.98$), demonstrating the linear range of the assay.

[0070]  Additionally, solutions of $25OHD_2$ and $25HOD_3$ at 512 ng/mL in 5% Bovine Serum Albumin Fraction V dissolved in 0.01M PBS were prepared and then serially diluted to 8 ng/mL. Each sample was extracted and run in duplicate using the LC-MS/MS protocols described in Example 1. As shown in figure 3, each of these curves was linear ($R^2 > 0.99$).

**Example 5**:  Accuracy of LC-MS/MS Vitamin D Assay.

[0071]  The stock solutions of $25OHD_2$ and $25OHD_3$ were quantified based upon the absorbance of the concentrated (10-50 μg/mL) stock solutions in the ultraviolet spectrum. The *cis*-triene chromophore present in all vitamin D compounds has a peak absorbance of 264 nm, which is dependent upon the analyte concentration. The molar extinction coefficient of 18.3 $mM^{-1}cm^{-1}$ was determined using purified, dessicated ergocalciferol and cholecalciferol and was used to determine the concentration of stock solutions for $25OHD_2$ and $25OHD_3$.

[0072]  To determine the ability to recover vitamin D metabolites from spiked serum samples, three patient pools with known levels of $25OHD_2$, $25OHD_3$ were spiked with two levels of $25OHD_2$, $25OHD_3$ and both $25OHD_2$ and $25OHD_3$ together. Each sample was extracted and run in duplicate using the LC-MS/MS protocols described in Example 1. The recovery was calculated by dividing the expected result by the observed result.

27

QUESTMS-00000032

Atty. Dkt. No. 034827-3603

**Table 8. Recovery of 25-hydroxylated vitamin D metabolites from spiked samples.**

| | $25OHD_2$ (ng/mL) | $25OHD_3$ (ng/mL) | $25OHD_2$ (% Recovery) | $25OHD_3$ (% Recovery) |
|---|---|---|---|---|
| Pool#1 | 58 | 51 | - | - |
| Pool#1+ 20 ng/mL $25OHD_2$ | 75 | 52 | 104 | - |
| Pool#1+ 20 ng/mL $25OHD_3$ | 52 | 68 | - | 105 |
| Pool#1+ 20 ng/mL of both | 72 | 68 | 109 | 105 |
| Pool#1+ 50 ng/mL $25OHD_2$ | 104 | 50 | 105 | - |
| Pool#1+ 50 ng/mL $25OHD_3$ | 56 | 109 | - | 93 |
| Pool#1+ 50 ng/mL of both | 104 | 110 | 104 | 92 |

| | $25OHD_2$ (ng/mL) | $25OHD_3$ (ng/mL) | $25OHD_2$ (% Recovery) | $25OHD_3$ (% Recovery) |
|---|---|---|---|---|
| Pool#2 | 53 | 47 | - | - |
| Pool#2+ 20 ng/mL $25OHD_2$ | 76 | 51 | 97 | - |
| Pool#2+ 20 ng/mL $25OHD_3$ | 52 | 66 | - | 101 |
| Pool#2+ 20 ng/mL of both | 70 | 65 | 105 | 103 |
| Pool#2+ 50 ng/mL $25OHD_2$ | 107 | 53 | 96 | - |
| Pool#2+ 50 ng/mL $25OHD_3$ | 57 | 109 | - | 88 |
| Pool#2+ 50 ng/mL of both | 100 | 105 | 103 | 92 |

| | $25OHD_2$ (ng/mL) | $25OHD_3$ (ng/mL) | $25OHD_2$ (% Recovery) | $25OHD_3$ (% Recovery) |
|---|---|---|---|---|
| Pool#3 | 53 | 47 | - | - |
| Pool#3+ 20 ng/mL $25OHD_2$ | 69 | 44 | 106 | - |
| Pool#3+ 20 ng/mL $25OHD_3$ | 55 | 75 | - | 90 |
| Pool#3+ 20 ng/mL of both | 74 | 69 | 98 | 97 |
| Pool#3+ 50 ng/mL $25OHD_2$ | 96 | 48 | 107 | - |
| Pool#3+ 50 ng/mL $25OHD_3$ | 53 | 114 | - | 85 |
| Pool#3+ 50 ng/mL of both | 105 | 113 | 98 | 85 |

DLMR_279805.1

QUESTMS-00000033

Atty. Dkt. No. 034827-3603

**Example 6**:  Comparison LC-MS/MS vitamin D metabolite assay and RIA procedures.

[0073]  A total of 1,057 patient samples were assayed using the LC-MS/MS methods described in Example 1 and a vitamin D radioimmunoassay commercially available from DiaSorin.  Figure 4 shows the correlation between detection of total 25-hydroxyvitamin D using the LC-MS/MS assay and a commercially available radioimmunoassay kit; the $R^2$ value was 0.5082 with a slope of 0.9684.

**Example 7**:  Selectivity of the LC-MS/MS assay.

[0074]  Samples containing various commercially available vitamin D metabolites and analogues at a concentration of 100 ng/mL were prepared.  The samples were extracted and run in duplicate using the LC-MS/MS methods described in Example 1.  None of the tested compounds exhibited detectable cross reactivity in the $25OHD_2$ and $25OHD_3$ assays.

**Table 9. Cross-Reactivity of the LC-MS/MS method with various vitamin D analogues and metabolites.**

| Compound | Compound Mass (Da) | Cross-Reactivity ($25OHD_2$) | Cross-Reactivity ($25OHD_3$) |
|---|---|---|---|
| 25-Hydroxyvitamin $D_2$ ($25OHD_2$) | 412 | (100%) | ND |
| 25-Hydroxyvitamin $D_3$ ($25OHD_3$) | 400 | ND | (100%) |
| Internal Standard ($^6D$-$25OHD_3$) | 406 | ND | ND |
| Vitamin $D_2$ (Ergocalciferol) | 396 | ND | ND |
| Vitamin $D_3$ (Cholecalciferol) | 384 | ND | ND |
| $1\alpha,25(OH)_2D_2$ | 428 | ND | ND |
| $1\alpha,25(OH)_2D_3$ | 416 | ND | ND |
| $25,26(OH)_2D_3$ | 416 | ND | ND |
| $1\alpha(OH)D_2$ (Doxercalciferol) | 412 | ND | ND |
| $1\alpha(OH)D_3$ (Alfacalcidiol) | 400 | ND | ND |

[0075]  The contents of the articles, patents, and patent applications, and all other documents and electronically available information mentioned or cited herein, are hereby incorporated by reference in their entirety to the same extent as if each individual publication was specifically and individually indicated to be incorporated by reference.  Applicants reserve the right to physically incorporate into this application any and all materials and information from any such articles, patents, patent applications, or other physical and electronic documents.

29

QUESTMS-00000034

[0076]   The inventions illustratively described herein may suitably be practiced in the absence of any element or elements, limitation or limitations, not specifically disclosed herein. Thus, for example, the terms "comprising", "including," containing", etc. shall be read expansively and without limitation. Additionally, the terms and expressions employed herein have been used as terms of description and not of limitation, and there is no intention in the use of such terms and expressions of excluding any equivalents of the features shown and described or portions thereof, but it is recognized that various modifications are possible within the scope of the invention claimed. Thus, it should be understood that although the present invention has been specifically disclosed by preferred embodiments and optional features, modification and variation of the inventions embodied therein herein disclosed may be resorted to by those skilled in the art, and that such modifications and variations are considered to be within the scope of this invention.

[0077]   The invention has been described broadly and generically herein. Each of the narrower species and subgeneric groupings falling within the generic disclosure also form part of the invention. This includes the generic description of the invention with a proviso or negative limitation removing any subject matter from the genus, regardless of whether or not the excised material is specifically recited herein.

[0078]   Other embodiments are within the following claims. In addition, where features or aspects of the invention are described in terms of Markush groups, those skilled in the art will recognize that the invention is also thereby described in terms of any individual member or subgroup of members of the Markush group.

30

QUESTMS-00000035

Atty. Dkt. No. 034827-3603

THAT WHICH IS CLAIMED IS:

1.     A method for determining the presence or amount of a vitamin D metabolite in a sample by tandem mass spectrometry, comprising:

      (a) generating a protonated and dehydrated precursor ion of said vitamin D metabolite;

      (b) generating one or more fragment ions of said precursor ion; and

      (c) detecting the presence or amount of one or more of said ions generated in step (a) or (b) or both and relating the detected ions to the presence or amount of said vitamin D metabolite in said sample.

2.     The method of claim 1, wherein said sample is subjected to a purification step prior to ionization.

3.     The method of claim 2, wherein said purification step comprises chromatography.

4.     The method of claim 3, wherein said chromatography comprises high performance liquid chromatography (HPLC).

5.     The method of claim 2, wherein said purification step comprises protein precipitation.

6.     The method of claim 5, wherein said purification step does not include high turbulence liquid chromatography (HTLC).

7.     The method of claim 2, wherein said purification step comprises chiral chromatography.

8.     The method of claim 1, wherein said sample or said vitamin D metabolite is not subjected to gas-chromatography prior to said ionization step.

9.     The method of claim 1, wherein said vitamin D metabolite is one or more vitamin D metabolites selected from the group consisting of 25-hydroxyvitamin $D_3$, 25-hydroxyvitamin $D_2$, 1,25-dihydroxyvitamin $D_3$ and 1,25-dihydroxyvitamin $D_2$.

10.     The method of claim 1, wherein said vitamin D metabolite is 25-hydroxyvitamin $D_3$.

DLMR_279805.1

QUESTMS-00000036

Atty. Dkt. No. 034827-3603

11.     The method of claim 10, wherein said precursor ion has a mass/charge ratio (m/z) of about 383.16.

12.     The method of claim 11, wherein said precursor ion has a mass/charge ratio (m/z) of about 383.16, and said one or more fragment ions comprise a fragment ion with an m/z of about 211.35.

13.     The method of claim 1, wherein said vitamin D metabolite is 25-hydroxyvitamin $D_2$.

14.     The method of claim 13, wherein said precursor ion has a mass/charge ratio (m/z) of about 395.30.

15.     The method of claim 13, wherein said precursor ion has a mass/charge ratio (m/z) of about 395.30, and said one or more fragment ions comprise one or more ions selected from the group consisting of ions with a m/z of about 179.10, about 209.20, and about 251.30.

16.     The method of claim 15, wherein said one or more fragment ions comprise two or more ions selected from the group consisting of ions with a m/z of about 179.10, about 209.20, and about 251.30.

17.     The method of claim 1, wherein said vitamin D metabolite is 1,25-dihydroxyvitamin $D_2$.

18.     A method for determining the presence or amount of two or more vitamin D metabolites in a sample in a single assay, said method comprising:

        (a)     ionizing said two or more vitamin D metabolites, if present in said sample, to generate protonated and dehydrated precursor ions specific for each of said two or more vitamin D metabolites;

        (b)     generating one or more fragment ions of each of said precursor ions; and

        (c)     detecting the presence or amount of one or more of said ions generated in step (a) or (b) or both and relating the detected ions to the presence or amount of said two or more vitamin D metabolites in said sample.

19.     The method of claim 18, wherein said sample subjected to a purification step prior to said ionization step.

32

DLMR_279805.1

QUESTMS-00000037

Atty. Dkt. No. 034827-3603

20.     The method of claim 19, wherein said purification step comprises chromatography.

21.     The method of claim 20, wherein said chromatography comprises is high performance liquid chromatography (HPLC).

22.     The method of claim 19, wherein said purification step comprises protein precipitation and does not include high turbulence liquid chromatography.

23.     The method of claim 18, wherein said sample or said two or more vitamin D metabolites are not subjected to gas-chromatography prior to said ionization step.

24.     The method of claim 18, wherein said vitamin D metabolites comprise 25-hydroxyvitamin $D_3$ and 25-hydroxyvitamin $D_2$.

25.     The method of claim 24, wherein the precursor ion of 25-hydroxyvitamin $D_3$ has a mass/charge ratio (m/z) of about 383.16 and the precursor ion of 25-hydroxyvitamin $D_2$ has a mass/charge ratio (m/z) of about 395.30.

26.     The method of claim 25, wherein the one or more fragment ions for 25-hydroxyvitamin $D_3$ comprise an ion with an m/z of about 383.16.

27.     The method of claim 25, wherein the one or more fragment ions for 25-hydroxyvitamin $D_2$ comprise one or more ions selected from the group consisting of ions with a m/z of about 179.10, about 209.20, and about 251.30.

28.     The method of claim 18, wherein said two or more vitamin D metabolites comprise one or more vitamin D metabolites selected from the group consisting of 25-hydroxyvitamin $D_3$, 25-hydroxyvitamin $D_2$, 1,25-dihydroxyvitamin $D_3$ and 1,25-dihydroxyvitamin $D_2$.

29.     The method of claim 18, wherein said two or more vitamin D metabolites comprise 1,25-dihydroxyvitamin $D_3$ and 1,25-dihydroxyvitamin $D_2$.

33

QUESTMS-00000038

Atty. Dkt. No. 034827-3603

## ABSTRACT OF THE INVENTION

Provided are methods of detecting the presence or amount of a vitamin D metabolite in a sample using mass spectrometry. The methods generally comprise ionizing a vitamin D metabolite in a sample and detecting the amount of the ion to determine the presence or amount of the vitamin D metabolite in the sample. Also provided are methods to detect the presence or amount of two or more vitamin D metabolites in a single assay.

34

DLMR_279805.1

QUESTMS-00000039



**FIGURE 1**



BEST AVAILABLE COPY

QUESTMS-00000040

**FIGURE 2**



BEST AVAILABLE COPY

QUESTMS-00000041

**FIGURE 3**



BEST AVAILABLE COPY

**FIGURE 4**



BEST AVAILABLE COPY

QUESTMS-00000043

### Application Data Sheet

**Application Information**

| | |
|---|---|
| **Application Type::** | Regular |
| **Subject Matter::** | Utility |
| **Suggested classification::** | -- |
| **Suggested Group Art Unit::** | -- |
| **CD-ROM or CD-R?::** | None |
| **Computer Readable Form (CRF)?::** | No |
| **Title::** | METHODS FOR DETECTING VITAMIN D METABOLITES BY MASS SPECTROMETRY |
| **Attorney Docket Number::** | 034827-3603 |
| **Request for Early Publication?::** | No |
| **Request for Non-Publication?::** | No |
| **Suggested Drawing Figure::** | 1 |
| **Total Drawing Sheets::** | 4 |
| **Small Entity?::** | No |
| **Petition included?::** | No |
| **Secrecy Order in Parent Appl.?::** | No |

**Applicant Information**

| | |
|---|---|
| **Applicant Authority Type::** | Inventor |
| **Primary Citizenship Country::** | UK |
| **Status::** | Full Capacity |
| **Given Name::** | Nigel |
| **Family Name::** | Clarke |

DLMR_282138.1

QUESTMS-00000044

**City of Residence::**              Oceanside

**State or Province of Residence::**   CA

**Country of Residence::**           US

**Street of mailing address::**      862 Masters Drive

**City of mailing address::**        Oceanside

**State or Province of mailing address::**   CA

**Postal or Zip Code of mailing address::**   92057


**Applicant Authority Type::**       Inventor

**Primary Citizenship Country::**    US

**Status::**                         Full Capacity

**Given Name::**                     Brett

**Family Name::**                    Holmquist

**City of Residence::**              Mission Viejo

**State or Province of Residence::**   CA

**Country of Residence::**           US

**Street of mailing address::**      21858 Bahamas

**City of mailing address::**        Mission Viejo

**State or Province of mailing address::**   CA

**Postal or Zip Code of mailing address::**   92692


**Applicant Authority Type::**       Inventor

**Primary Citizenship Country::**    KR

**Status::**                         Full Capacity

**Given Name::**                     Kwang-Ja

Page # 2                        Initial 03/21/06

DLMR_282138.1

QUESTMS-00000045

**Family Name::**                     Lee
**City of Residence::**               Irvine
**State or Province of**              CA
**Residence::**
**Country of Residence::**            US
**Street of mailing address::**       10 Apple Way

**City of mailing address::**         Irvine
**State or Province of mailing**      CA
**address::**
**Postal or Zip Code of mailing**     92602
**address::**

**Applicant Authority Type::**        Inventor
**Primary Citizenship Country::**     US
**Status::**                          Full Capacity
**Given Name::**                      Richard E.
**Family Name::**                     Reitz
**City of Residence::**               San Clemente
**State or Province of**              CA
**Residence::**
**Country of Residence::**            US
**Street of mailing address::**       3710 Calle Fino Clarete
**City of mailing address::**         San Clemente
**State or Province of mailing**      CA
**address::**
**Postal or Zip Code of mailing**     92673
**address::**

DLMR_282138.1

QUESTMS-00000046

**Correspondence Information**

**Correspondence Customer Number::**   30542
**E-Mail address::**                                   PTOMailSanDiegoNorth@foley.com

**Representative Information**

| **Representative Customer Number::** | 30542 | |
|---|---|---|

**Domestic Priority Information**

| **Application::** | **Continuity Type::** | **Parent Application::** | **Parent Filing Date::** |
|---|---|---|---|
| This Application | Continuation in part of | 11/101,166 | 4/6/2005 |

**Foreign Priority Information**

| **Country::** | **Application number::** | **Filing Date::** | **Priority Claimed::** |
|---|---|---|---|
| | | | |

**Assignee Information**

**Assignee Name::**                       Quest Diagnostics Investments Incorporated

Page # 4                                    Initial 03/21/06

QUESTMS-00000047

Atty. Dkt. No. 034827-3608

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:      Clarke, et al.

Title:          METHODS FOR DETECTING
                VITAMIN D METABOLITES
                BY MASS SPECTROMETRY

Prior Appl. No.:  11/101,166

Prior Appl.
Filing Date:    4/6/2005

Examiner:       Unknown

Art Unit:       1614

**CERTIFICATE OF EXPRESS MAILING**
I hereby certify that this correspondence is being deposited with the
United States Postal Service's "Express Mail Post Office To
Addressee" service under 37 C.F.R. § 1.10 on the date indicated
below and is addressed to: Commissioner for Patents, P.O. Box
1450, Alexandria, VA 22313-1450.

| EV 727839163 US | 3/21/2006 |
| --- | --- |
| (Express Mail Label Number) | (Date of Deposit) |

Rachel Caputo
(Printed Name)

(Signature)

## CONTINUING PATENT APPLICATION
## TRANSMITTAL LETTER

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

Transmitted herewith for filing under 37 C.F.R. § 1.53(b) is a:

[ ] Continuation    [ ] Division    [ X ] Continuation-In-Part (CIP)

of the above-identified copending prior application in which no patenting, abandonment, or
termination of proceedings has occurred. Priority to the above-identified prior application is
hereby claimed under 35 U.S.C. § 120 for this continuing application. The entire disclosure of
the above-identified prior application is considered as being part of the disclosure of the
accompanying continuing application and is hereby incorporated by reference therein.

Enclosed are:

[ X ]    Application Cover Sheet (1 page).

-1-

DLMR_282130.1

QUESTMS-00000048

Atty. Dkt. No. 034827-3603

[ **X** ]   Description, Claim(s), and Abstract (34 pages).

[ **X** ]   Formal drawings (4 sheets, Figures 1-4).

[ **X** ]   Application Data Sheet (37 CFR 1.76).

[ **X** ]   Return postcard.

The filing fee is calculated below:

| | Number Filed | | Included in Basic Fee | Extra | | Rate | | Fee Totals |
|---|---|---|---|---|---|---|---|---|
| Basic Filing Fee | | | | | | $300.00 | = | $300.00 |
| Search Fee | | | | | | $500.00 | | $500.00 |
| Examination Fee | | | | | | $200.00 | | $200.00 |
| Size Fee | 38 | - | 100 | = 0 | x | $250.00 | | $0.00 |
| Total Claims: | 29 | - | 20 | = 9 | x | $50.00 | = | $450.00 |
| Independents : | 2 | - | 3 | = 0 | x | $200.00 | = | $0.00 |
| If any Multiple Dependent Claim(s) present: | | | | | + | $360.00 | = | $0.00 |
| Surcharge under 37 CFR 1.16(e) for late filing of Executed Declaration and late payment of filing fee | | | | | + | $130.00 | | $130.00 |
| | | | | | SUBTOTAL: | | = | $1580.00 |
| [ ]  | | | | Small Entity Fees Apply (subtract ½ of above): | | | = | 0 |
| | | | | | TOTAL FILING FEE: | | = | $1580.00 |
| Assignment Recordation Fee: | | | | | + | $40.00 | = | $0.00 |
| Processing Fee under 37 CFR 1.17(i) for Late Filing of English Translation of Application: | | | | | + | $130.00 | | $0.00 |
| TOTAL FEE | | | | | | | = | $1580.00 |

[ **X** ]   The required filing fees are not enclosed but will be submitted in response to the Notice
to File Missing Parts of Application.

-2-

DLMR_282130.1

QUESTMS-00000049

Atty. Dkt. No. 034827-3603

[ X ]   The Commissioner is hereby authorized to charge any additional fees which may be

required regarding this application under 37 C.F.R. §§ 1.16-1.17, or credit any

overpayment, to Deposit Account No. 50-0872.  Should no proper payment be enclosed

herewith, as by a check being in the wrong amount, unsigned, post-dated, otherwise

improper or informal or even entirely missing, the Commissioner is authorized to charge

the unpaid amount to Deposit Account No. 50-0872.

Please direct all correspondence to the undersigned attorney or agent at the address

indicated below.

Respectfully submitted,

Date _March 21, 2006_                      By _Barry Wilson_

FOLEY & LARDNER LLP                        Richard J. Warburg (Reg. no. 32,327)
Customer Number: 30542                     Attorney for Applicant
Telephone:     (858) 847-6722              By Barry S. Wilson (Reg. No. 39,431)
Facsimile:     (858) 792-6773

-3-

DLMR_282130.1

QUESTMS-00000050

PTO/SB/06 (12-04)
Approved for use through 7/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

**PATENT APPLICATION FEE DETERMINATION RECORD**
Substitute for Form PTO-875

**11386215**

### APPLICATION AS FILED – PART I

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | SMALL ENTITY RATE ($) | SMALL ENTITY FEE ($) | OR | OTHER THAN SMALL ENTITY RATE ($) | OTHER THAN SMALL ENTITY FEE ($) |
|---|---|---|---|---|---|---|---|
| BASIC FEE (37 CFR 1.16(a), (b), or (c)) | | | | | | | 300 |
| SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | | | | | | | 500 |
| EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | | | | | | | 200 |
| TOTAL CLAIMS (37 CFR 1.16(i)) | 29 minus 20 | * 9 | X$ 25= | | OR | X$50= | 450 |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | 2 minus 3 | * | X$100= | | | X$200= | |
| APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR | | | | | | |
| MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | N/A | | | N/A | |
| | * If the difference in column 1 is less than zero, enter "0" in column 2. | | TOTAL | | | TOTAL | 1450 |

### APPLICATION AS AMENDED – PART II

| | | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | RATE ($) | ADDITIONAL FEE ($) | OR | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|---|
| **AMENDMENT A** | Total (37 CFR 1.16(i)) | * | Minus ** | = | X = | | OR | X = | |
| | Independent (37 CFR 1.16(h)) | * | Minus *** | = | X = | | OR | X = | |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | N/A | | OR | N/A | |
| | | | | | TOTAL ADD'T FEE | | OR | TOTAL ADD'T FEE | |

| | | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | RATE ($) | ADDITIONAL FEE ($) | OR | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|---|
| **AMENDMENT B** | Total (37 CFR 1.16(i)) | * | Minus ** | = | X = | | OR | X = | |
| | Independent (37 CFR 1.16(h)) | * | Minus *** | = | X = | | OR | X = | |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | N/A | | OR | N/A | |
| | | | | | TOTAL ADD'T FEE | | OR | TOTAL ADD'T FEE | |

\* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
\*\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS.   **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

QUESTMS-00000051

Page 1 of 2

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371 (c) DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NUMBER |
|---|---|---|---|
| 11/386,215 | 03/21/2006 | Nigel Clarke | 034827-3603 |

**CONFIRMATION NO. 2019**

30542
FOLEY & LARDNER LLP
P.O. BOX 80278
SAN DIEGO, CA 92138-0278

**FORMALITIES
LETTER**

Date Mailed: 04/14/2006

## NOTICE TO FILE MISSING PARTS OF NONPROVISIONAL APPLICATION

### FILED UNDER 37 CFR 1.53(b)

#### *Filing Date Granted*

**Items Required To Avoid Abandonment:**

An application number and filing date have been accorded to this application. The item(s) indicated below, however, are missing. Applicant is given **TWO MONTHS** from the date of this Notice within which to file all required items and pay any fees required below to avoid abandonment. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a).

- The statutory basic filing fee is missing.
  *Applicant must submit $ 300 to complete the basic filing fee for a non-small entity. If appropriate, applicant may make a written assertion of entitlement to small entity status and pay the small entity filing fee (37 CFR 1.27).*
- The oath or declaration is missing. *A properly signed oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date, is required.*
  *Note: If a petition under 37 CFR 1.47 is being filed, an oath or declaration in compliance with 37 CFR 1.63 signed by all available joint inventors, or if no inventor is available by a party with sufficient proprietary interest, is required.*

The applicant needs to satisfy supplemental fees problems indicated below.

The required item(s) identified below must be timely submitted to avoid abandonment:

- Additional claim fees of **$450** as a non-small entity, including any required multiple dependent claim fee, are required. Applicant must submit the additional claim fees or cancel the additional claims for which fees are due.
- To avoid abandonment, a surcharge (for late submission of filing fee, search fee, examination fee or oath or declaration) as set forth in 37 CFR 1.16(f) of $130 for a non-small entity, must be submitted with the missing items identified in this letter.

**SUMMARY OF FEES DUE:**

Total additional fee(s) required for this application is **$1580** for a Large Entity

QUESTMS-00000052

- **$300** Statutory basic filing fee.
- **$130** Surcharge.

- The application search fee has not been paid. Applicant must submit **$500** to complete the search fee.
- The application examination fee has not been paid. Applicant must submit **$200** to complete the examination fee for a large entity

- Total additional claim fee(s) for this application is **$450**

  - **$450** for **9** total claims over 20.

Replies should be mailed to:    Mail Stop Missing Parts
                                 Commissioner for Patents
                                 P.O. Box 1450
                                 Alexandria VA 22313-1450

*A copy of this notice __MUST__ be returned with the reply.*

Office of Initial Patent Examination (571) 272-4000, or 1-800-PTO-9199, or 1-800-972-6382
PART 3 - OFFICE COPY

QUESTMS-00000053



$1 \mu$

Atty. Dkt. No. 034827-3603

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:    Clarke, et al.

Title:    METHODS FOR DETECTING
VITAMIN D METABOLITES
BY MASS SPECTROMETRY

Appl. No.:    11/386,215

Filing Date:    03/21/2006

Examiner:    Unknown

Art Unit:    1743

Confirmation    2019
Number:

<table>
<tr><td colspan="2">CERTIFICATE OF MAILING<br>I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as First Class Mail in an envelope addressed to: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450, on the date below.</td></tr>
<tr><td>ANITA PATEL<br>(Printed Name)</td></tr>
<tr><td>(Signature)</td></tr>
<tr><td>MAY 24 2006<br>(Date of Deposit)</td></tr>
</table>

### INFORMATION DISCLOSURE STATEMENT
### UNDER 37 CFR §1.56

Mail Stop Amendment-IDS
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

Submitted herewith on Form PTO/SB/08 is a listing of the documents cited by or submitted to the U.S. PTO in parent application Serial No. 11/101,166 filed 04/06/2005. As provided in 37 CFR §1.98(d), copies of the documents are not being provided since they were previously submitted to the United States Patent & Trademark Office in the above-identified parent application.

The submission of any document herewith, which is not a statutory bar, is not intended as an admission that such document constitutes prior art against the claims of the present application or that such document is considered material to patentability as defined in 37 CFR §1.56(b). Applicants do not waive any rights to take any action which would be appropriate to

DLMR_284096.1                          -1-

QUESTMS-00000054

Atty. Dkt. No. 034827-3603

antedate or otherwise remove as a competent reference any document which is determined to be a *prima facie* art reference against the claims of the present application.

## TIMING OF THE DISCLOSURE

The listed documents are being submitted in compliance with 37 CFR §1.97(b), within three (3) months of the filing date of the application.

## RELEVANCE OF EACH DOCUMENT

All of the documents are in English.

Applicants respectfully request that each listed document be considered by the Examiner and be made of record in the present application and that an initialed copy of Form PTO/SB/08 be returned in accordance with MPEP §609.

Although Applicant believes that no fee is required for this Request, the Commissioner is hereby authorized to charge any additional fees which may be required for this Request to Deposit Account No. 50-0872.

Respectfully submitted,

Date ___05/24/2006___          By _____

FOLEY & LARDNER LLP                    Barry S. Wilson
Customer Number: 30542                 Attorney for Applicant
Telephone:   (858) 847-6722            Registration No. 39,431
Facsimile:   (858) 792-6773

DLMR_284096.1                    -2-

QUESTMS-00000055

MODIFIED PTO/SB/08  (08-00)
Approved for use through 10/31/2002. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449B/PTO

**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**

(use as many sheets as necessary)

| Sheet | 1 | of | 2 |
|---|---|---|---|

| *Complete if Known* | |
|---|---|
| Application Number | ~~11/101,166.1~~  11/386,215 |
| Filing Date | ~~04/06/2005~~  March 21, 2006 |
| First Named Inventor | Nigel Clarke |
| Group Art Unit | ~~1614~~  1743 |
| Examiner Name | Unknown |
| Attorney Docket Number | ~~034827-3602~~  034827-3603 |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | U.S. Patent Document Number | Kind Code[2] (if known) | Name of Patentee or Applicant of Cited Document | Date of Publication of Cited Document MM-DD-YYYY | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | A1 | 5772874 | | Quinn et al. | 06-30-1998 | |
| | A2 | 5795469 | | Quinn et al. | 08-18-1998 | |
| | A3 | 5919368 | | Quinn et al. | 07-06-1999 | |
| | A4 | 5968367 | | Quinn et al. | 10-19-1999 | |
| | A5 | 6107623 | | Bateman et al. | 08-22-2000 | |
| | A6 | 6124137 | | Hutchens et al. | 09-26-2000 | |
| | A7 | 6204500 | | Whitehouse et al. | 03-20-2001 | |
| | A8 | 6268144 | | Köster | 07-31-2001 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Office[3] | Number[4] | Kind Code[5] (If known) | Name of Patentee or Applicant of Cited Documents | Date of Publication of Cited Document MM-DD-YYYY | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
|---|---|---|---|
| | A9 | ARMAS *et al.*, Vitamin D2 Is Much Less Effective than Vitamin D3 in Humans, J. Clin. Endocrinol. Metab. 89:5387-5391 (2004). | |
| | A10 | HIGASHI T, *et al.*, Simultaneous Determination of 25-Hydroxyvitamin D$^2$ and 25-Hydroxyvitamin D$^3$ in Human Plasma by Liquid Chromatography-Tandem Mass Spectrometry Employing Derivatization with a Cookson-Type Reagent, Biol Pharm Bull. 24(7):738-43, (2001). | |
| | A11 | HIGASHI T, *et al.*, Characterization of urinary metabolites of vitamin D$_3$ in man under physiological conditions using liquid chromatography-tandem mass spectrometry, J Pharm Biomed Anal. 29(5):947-55 (2002) | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] Unique citation designation number. [2]See attached Kinds of U.S. Patent Documents. [3]Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4]For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5]Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST. 16 if possible. [6]Applicant is to place a check mark here if English language Translation is attached.

Burden Hour Statement: This form is estimated to take 2.0 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

DLMR_272297.1

MODIFIED PTO/SB/08 (08-00)
Approved for use through 10/31/2002. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449B/PTO | | | | Complete if Known | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | | | Application Number | ~~11/101,166-1~~   11/386,215 |
| | | | | Filing Date | ~~04/06/2005~~   March 21, 2006 |
| | | | | First Named Inventor | Nigel Clarke |
| *(use as many sheets as necessary)* | | | | Group Art Unit | ~~1614~~   1743 |
| | | | | Examiner Name | Unknown |
| Sheet | 2 | of | 2 | Attorney Docket Number | ~~034827-3602~~   034827-3603 |

| NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
| | A12 | HIGASHI T, et al., Characterization of new conjugated metabolites in bile of rats administered 24,25-dihydroxyvitamin $D_3$ and 25-hydroxyvitamin $D_3$, Steroids. 65(5):281-94 (2000) | |
| | A13 | KISSMEYER and SONNE, Sensitive analysis of $1\alpha$,25-dihydroxyvitamin $D_3$ in biological fluids by liquid chromatography-tandem mass spectrometry, J Chromatogr A. 935(1-2):93-103 (2001) | |
| | A14 | MERCHANT and WEINBERGER, Recent advancements in surface-enhanced laser desorption/ionization-time of flight-mass spectrometry, *Electrophoresis* 21:1164-77 (2000) | |
| | A15 | SALM *et al.*, The Quantification of Sirolimus by High-Performance Liquid Chromatography-Tandem Mass Spectrometry and Microparticle Enzyme Immunoassay in Renal Transplant Recipients, *Clin. Therapeutics* **22** Supl. B:B71-B85 (2000) | |
| | A16 | TAYLOR *et al.*, Simultaneous Quantification of Tacrolimus and Sirolimus in Human Blood, by High-Performance Liquid Chromatography – Tandem Mass Spectrometry, *Therapeutic Drug Monitoring* **22**:608-12 (2000) | |
| | A17 | WRIGHT *et al.*, Proteinchip® surface enhanced laser desorption/ionization (SELDI) mass spectrometry: a novel protein biochip technology for detection of prostate cancer biomarkers in complex protein mixtures, *Prostate Cancer and Prostatic Diseases* 2:264-76 (1999) | |
| | A18 | YEUNG B,  *et al., Characterization of viatmin $D_3$ metabolites using continuous-flow fast atom bombardment tandem mass spectrometry and high performance liquid chromatography,* Chromatogr. 645(1):115-23 (1993) | |
| | A19 | ZIMMER *et al.*, Comparison of turbulent-flow chromatography with automated solid-phase extraction in 96-well plates and liquid-liquid extraction used as plasma sample preparation techniques for liquid chromatography-tandem mass spectrometry, *J. Chromatogr.* A **854**:23-35 (1999) | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

[1] Unique citation designation number. [2]See attached Kinds of U.S. Patent Documents. [3]Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4]For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document.  [5]Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST. 16 if possible.  [6]Applicant is to place a check mark here if English language Translation is attached.

Burden Hour Statement: This form is estimated to take 2.0 hours to complete.  Time will vary depending upon the needs of the individual case.  Any comments on the amount of  time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS.  SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
DLMR_272297.1

QUESTMS-00000057



Page 1 of 2

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371 (c) DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NUMBER |
|---|---|---|---|
| 11/386,215 | 03/21/2006 | Nigel Clarke | 034827-3603 |

**CONFIRMATION NO. 2019**

30542
FOLEY & LARDNER LLP
P.O. BOX 80278
SAN DIEGO, CA 92138-0278

**FORMALITIES
LETTER**

Date Mailed: 04/14/2006

## NOTICE TO FILE MISSING PARTS OF NONPROVISIONAL APPLICATION

06/13/2006 DEMXAXU1 00000052 11386215

```
01 FC:1011        300.00 OP
02 FC:1051        130.00 OP
03 FC:1111        500.00 OP
04 FC:1311        200.00 OP
05 FC:1202        450.00 OP
```

**FILED UNDER 37 CFR 1.53(b)**

*Filing Date Granted*

### Items Required To Avoid Abandonment:

An application number and filing date have been accorded to this application. The item(s) indicated below, however, are missing. Applicant is given **TWO MONTHS** from the date of this Notice within which to file all required items and pay any fees required below to avoid abandonment. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a).

- The statutory basic filing fee is missing.
  *Applicant must submit $ 300 to complete the basic filing fee for a non-small entity. If appropriate, applicant may make a written assertion of entitlement to small entity status and pay the small entity filing fee (37 CFR 1.27).*
- The oath or declaration is missing. *A properly signed oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date, is required.*
  *Note: if a petition under 37 CFR 1.47 is being filed, an oath or declaration in compliance with 37 CFR 1.63 signed by all available joint inventors, or if no inventor is available by a party with sufficient proprietary interest, is required.*

The applicant needs to satisfy supplemental fees problems indicated below.

The required item(s) identified below must be timely submitted to avoid abandonment:

- Additional claim fees of **$450** as a non-small entity, including any required multiple dependent claim fee, are required. Applicant must submit the additional claim fees or cancel the additional claims for which fees are due.
- To avoid abandonment, a surcharge (for late submission of filing fee, search fee, examination fee or oath or declaration) as set forth in 37 CFR 1.16(f) of $130 for a non-small entity, must be submitted with the missing items identified in this letter.

### SUMMARY OF FEES DUE:

Total additional fee(s) required for this application is **$1580** for a Large Entity

QUESTMS-00000058

- **$300** Statutory basic filing fee.
- **$130** Surcharge.

- The application search fee has not been paid. Applicant must submit **$500** to complete the search fee.
- The application examination fee has not been paid. Applicant must submit **$200** to complete the examination fee for a large entity

- Total additional claim fee(s) for this application is **$450**

  - **$450** for **9** total claims over 20.

Replies should be mailed to:    Mail Stop Missing Parts
                                 Commissioner for Patents
                                 P.O. Box 1450
                                 Alexandria VA 22313-1450

*A copy of this notice <u>MUST</u> be returned with the reply.*

Office of Initial Patent Examination (571) 272-4000, or 1-800-PTO-9199, or 1-800-972-6382
PART 2 - COPY TO BE RETURNED WITH RESPONSE

QUESTMS-00000059



Atty. Dkt. No. 034827-3603

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:     Clarke, et al.

Title:     METHODS FOR DETECTING
VITAMIN D METABOLITES
BY MASS SPECTROMETRY

Appl. No.:     11/386,215

Filing Date:     3/21/2006

Examiner:     Unknown

Art Unit:     1614

Confirmation     2019
Number:

**CERTIFICATE OF MAILING**
I hereby certify that this correspondence is being deposited with the
United States Postal Service with sufficient postage as First Class
Mail in an envelope addressed to: Commissioner for Patents, P.O.
Box 1450, Alexandria, VA 22313-1450, on the date below.

*Vanessa E. Agha*
(Printed Name)

Vanessa E. (Signature)

*June 7, 2006*
(Date of Deposit)

## TRANSMITTAL OF MISSING PARTS
## OF PATENT APPLICATION

Mail Stop Missing Parts
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

     In response to the Notice to File Missing Parts of Application mailed April 14, 2006, in
the above-identified patent application, transmitted herewith are the missing parts to complete
the filing of the subject patent application.

     Enclosed are:

     [ X ]     Declaration and Power of Attorney (4 pages).

     [ X ]     Return Copy of Notice to File Missing Parts.

     [ X ]     Credit Card Payment Form.

     [ X ]     Return Postcard.

DLMR_284724.1

-1-

QUESTMS-00000060

Atty. Dkt. No. 034827-3603

[ ]   Applicant hereby petitions for an extension of time under 37 C.F.R. §1.136(a) for

the total number of months checked below:

[ ] Extension for response filed within the first month

[ ] Extension for response filed within the second month

[ ] Extension for response filed within the third month

[ ] Extension for response filed within the fourth month

[ ] Extension for response filed within the fifth month

[ ]   Other:

The filing fee is calculated below:

| | Claims as Filed | | Included in Basic Fee | | Extra Claims | | Rate | | Fee Totals |
|---|---|---|---|---|---|---|---|---|---|
| Basic Filing Fee, Search Fee & Examination Fee | | | | | | | $1,000.00 | | $1,000.00 |
| Size Fee | 38 | - | 100 | = | 0 | x | $250.00 | = | $0.00 |
| Total Claims: | 29 | - | 20 | = | 9 | x | $50.00 | = | $450.00 |
| Independents: | 2 | - | 3 | = | 0 | x | $200.00 | = | $0.00 |
| If any Multiple Dependent Claim(s) present: | | | | | | + | $360.00 | = | $0.00 |
| Surcharge under 37 CFR 1.16(f) for late filing of Executed Declaration and late payment of filing fee | | | | | | + | $130.00 | = | $130.00 |
| Extension fee for response filed within the MONTH month: | | | | | | + | | = | $0.00 |
| | | | | | | SUBTOTAL: | | = | $1,580.00 |
| [ ] | | Small Entity Fees Apply (subtract ½ of above): | | | | | | = | 0 |
| | | | | | | TOTAL FILING FEE: | | = | $1,580.00 |
| Processing Fee under 37 CFR 1.17(i) for Late Filing of English Translation of Application: | | | | | | + | $130.00 | = | $0.00 |
| | | | | | | TOTAL FEE | | = | $1,580.00 |
| Difference to pay: | | | | | | | - | $0.00 | - | $1,580.00 |

QUESTMS-00000061

Atty. Dkt. No. 034827-3603

A credit card payment form in the amount of $1,580.00 is enclosed in payment of surcharge fee (37 C.F.R. § 1.16(f)).

The Commissioner is hereby authorized to charge any additional fees which may be required regarding this application under 37 C.F.R. §§ 1.16-1.17, or credit any overpayment, to Deposit Account No. 50-0872. Should no proper payment be enclosed herewith, as by the credit card payment form being unsigned, providing incorrect information resulting in a rejected credit card transaction, or even entirely missing, the Commissioner is authorized to charge the unpaid amount to Deposit Account No. 50-0872.

If any extensions of time are needed for timely acceptance of papers submitted herewith, applicant hereby petitions for such extension under 37 C.F.R. §1.136 and authorizes payment of any such extensions fees to Deposit Account No. 50-0872.

Respectfully submitted,

Date  06 / 07 / 2006

By _____

FOLEY & LARDNER LLP
Customer Number: 30542
Telephone:    (858) 847-6722
Facsimile:    (858) 792-6773

Richard Warburg, Reg. No. 32,327
By Barry S. Wilson, Reg. No. 39,431
Attorney for Applicant

DLMR_284724.1

-3-

QUESTMS-00000062



Atty. Dkt. No. 034827-3603

## DECLARATION AND POWER OF ATTORNEY

As a below named inventor, I HEREBY DECLARE:

THAT my residence, post office address, and citizenship are as stated below next to my name;

THAT I believe I am the original, first, and sole inventor (if only one inventor is named below) or an original, first, and joint inventor (if plural inventors are named below or in an attached Declaration) of the subject matter which is claimed and for which a patent is sought on the invention entitled

METHODS FOR DETECTING VITAMIN D METABOLITES BY MASS
SPECTROMETRY
_____

(Attorney Docket No. 034827-3603)
_____

the specification of which (check one)

_____     is attached hereto.

__X__     was filed on __3/21/2006__ as United States Application Number or
          PCT International Application Number __11/386,215__ and was
          amended on _____ (if applicable).

THAT I do not know and do not believe that the same invention was ever known or used by others in the United States of America, or was patented or described in any printed publication in any country, before I (we) invented it;

THAT I do not know and do not believe that the same invention was patented or described in any printed publication in any country, or in public use or on sale in the United States of America, for more than one year prior to the filing date of this United States application;

THAT I do not know and do not believe that the same invention was first patented or made the subject of an inventor's certificate that issued in any country foreign to the United States of America before the filing date of this United States application if the foreign application was filed by me (us), or by my (our) legal representatives or assigns, more than twelve months (six months for design patents) prior to the filing date of this United States application;

THAT I have reviewed and understand the contents of the above-identified specification, including the claim(s), as amended by any amendment specifically referred to above;

Page 1 of 4

QUESTMS-00000063

Atty. Dkt. No. 034827-3603

THAT I believe that the above-identified specification contains a written description of the invention, and of the manner and process of making and using it, in such full, clear, concise, and exact terms as to enable any person skilled in the art to which it pertains, or with which it is most nearly connected, to make and use the invention, and sets forth the best mode contemplated by me of carrying out the invention; and

THAT I acknowledge the duty to disclose to the U.S. Patent and Trademark Office all information known to me to be material to patentability as defined in Title 37, Code of Federal Regulations, §1.56.

I HEREBY CLAIM foreign priority benefits under Title 35, United States Code §119(a)-(d) or § 365(b) of any foreign application(s) for patent or inventor's certificate, or §365(a) of any PCT international application which designated at least one country other than the United States of America, listed below and have also identified below any foreign application for patent or inventor's certificate or of any PCT international application having a filing date before that of the application on which priority is claimed.

| Prior Foreign Application Number | Country | Foreign Filing Date | Priority Claimed? | Certified Copy Attached? |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

I HEREBY CLAIM the benefit under Title 35, United States Code § 119(e) of any United States provisional application(s) listed below.

| U.S. Provisional Application Number | Filing Date |
|---|---|
|  |  |
|  |  |
|  |  |

I HEREBY CLAIM the benefit under Title 35, United States Code, §120 of any United States application(s), or § 365(c) of any PCT international application designating the United States of America, listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States or PCT International application in the manner provided by the first paragraph of Title 35, United States Code, § 112, I acknowledge the duty to disclose information which is material to patentability as defined in Title 37, Code of

QUESTMS-00000064

Atty. Dkt. No. 034827-3603

Federal Regulations, § 1.56 which became available between the filing date of the prior application and the national or PCT international filing date of this application.

| U.S. Parent Application Number | PCT Parent Application Number | Parent Filing Date | Parent Patent Number |
|---|---|---|---|
| 11/101,166 | | 4/6/2005 | |
| | | | |
| | | | |

I HEREBY APPOINT the registered attorneys and agents at Customer Number

## 30542

to have full power to prosecute this application and any continuations, divisions, reissues, and reexaminations thereof, to receive the patent, and to transact all business in the United States Patent and Trademark Office connected therewith.

I request that all correspondence be directed to:

Barry S. Wilson
FOLEY & LARDNER LLP
Customer Number: 30542

Telephone:    (858) 847-6722
Facsimile:    (858) 792-6773

I UNDERSTAND AND AGREE THAT the foregoing attorneys and agents appointed by me to prosecute this application do not personally represent me or my legal interests, but instead represent the interests of the legal owner(s) of the invention described in this application.

I FURTHER DECLARE THAT all statements made herein of my own knowledge are true, and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

Page 3 of 4

QUESTMS-00000065

Atty. Dkt. No. 034827-3603

| | |
|---|---|
| Name of first inventor | Nigel Clarke |
| Residence | Oceanside, California |
| Citizenship | UK |
| Post Office Address | 862 Masters Drive<br>Oceanside, California 92057 |
| Inventor's signature | |
| Date | 5/16/06 |

| | |
|---|---|
| Name of second inventor | Brett Holmquist |
| Residence | Mission Viejo, California |
| Citizenship | US |
| Post Office Address | 21858 Bahamas<br>Mission Viejo, California 92692 |
| Inventor's signature | Brett |
| Date | 5/23/86 |

| | |
|---|---|
| Name of third inventor | Gloria Kwangja Lee |
| Residence | Irvine, California |
| Citizenship | US |
| Post Office Address | 10 Apple Valley<br>Irvine, California 92602 |
| Inventor's signature | |
| Date | 5/23/06 |

| | |
|---|---|
| Name of fourth inventor | Richard E. Reitz |
| Residence | San Clemente, California |
| Citizenship | US |
| Post Office Address | 3710 Calle Fino Clarete<br>San Clemente, California 92673 |
| Inventor's signature | |
| Date | 5/23/06 |

Page 4 of 4

QUESTMS-00000066

*JfW*



Atty. Dkt. No. 034827-3603

*IN THE UNITED STATES PATENT AND TRADEMARK OFFICE*

Applicant:      Clarke, et al.

Title:          METHODS FOR DETECTING
                VITAMIN D METABOLITES
                BY MASS SPECTROMETRY

Appl. No.:      11/386,215

Filing Date:    3/21/2006

Examiner:       Gary W. Counts

Art Unit:       1743

Confirmation    2019
Number:

---

**CERTIFICATE OF MAILING**
I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as First Class Mail in an envelope addressed to: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450, on the date below.

DIANE GARCIA
(Printed Name)

*Diane Garcia*
(Signature)

3-14-07
(Date of Deposit)

---

## INFORMATION DISCLOSURE STATEMENT
## UNDER 37 CFR §1.56

Mail Stop Amendment-IDS
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

    Submitted herewith on Form PTO/SB/08 is a listing of documents known to Applicants in order to comply with Applicants' duty of disclosure pursuant to 37 CFR §1.56.

    A copy of each non-U.S. patent document and each non-patent document is being submitted to comply with the provisions of 37 CFR §1.97 and §1.98.

    The submission of any document herewith, which is not a statutory bar, is not intended as an admission that such document constitutes prior art against the claims of the present application or that such document is considered material to patentability as defined in 37 CFR §1.56(b). Applicants do not waive any rights to take any action which would be appropriate to

QUESTMS-00000067

Atty. Dkt. No. 034827-3603

antedate or otherwise remove as a competent reference any document which is determined to be a *prima facie* art reference against the claims of the present application.

## TIMING OF THE DISCLOSURE

The listed documents are being submitted in compliance with 37 CFR §1.97(b), before the mailing date of the first Office Action on the merits.

## RELEVANCE OF EACH DOCUMENT

All of the documents are in English and some were cited in the International Search Report for PCT Application PCT/US06/12539.  Two of the documents in the Search Report (Kissmeyer and Higashi) were previously disclosed by the applicant.

Applicants respectfully request that each listed document be considered by the Examiner and be made of record in the present application and that an initialed copy of Form PTO/SB/08 be returned in accordance with MPEP §609.

DLMR_301986.1

-2-

QUESTMS-00000068

Atty. Dkt. No. 034827-3603

Although Applicant believes that no fee is required for this Request, the Commissioner is hereby authorized to charge any additional fees which may be required for this Request to Deposit Account No. 50-0872.

Respectfully submitted,

Date  07/13/2007

By _____

FOLEY & LARDNER LLP
Customer Number: 30542
Telephone:    (858) 847-6722
Facsimile:    (858) 792-6773

Richard Warburg, Reg. No. 32,327
By Barry S. Wilson, Reg. No. 39,431
Attorney for Applicant

DLMR_301986.1

-3-

QUESTMS-00000069

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | **Complete if Known** | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (Use as many sheets as necessary) | | Application Number | 11/386,215 |
| | | Filing Date | 3/21/2006 |
| | | First Named Inventor | Nigel Clarke |
| | | Art Unit | 1614 |
| | | Examiner Name | Gary W. Counts |
| Sheet | 1 of 2 | Attorney Docket Number | 034827-3603 |

MAR 19 2007

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] (If known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | A1 | 20060094125 | 05-04-2006 | Singh et al. | |

### UNPUBLISHED U.S. PATENT APPLICATION DOCUMENTS

| Examiner Initials* | Cite No.[1] | U.S. Patent Application Document — Serial Number-Kind Code[2] (if known) | Filing Date of Cited Document MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | | | | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document — Country Code[3] Number[4] Kind Code[5] (If known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Documents | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | | | | | |

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
|---|---|---|---|
| | A2 | COLDWELL et al., "Mass Fragmentographic Assay for 25-Hydroxyvitamin D in Plasma Without Derivatization: Enhanced Sensitivity for Metabolites of Vitamins D2 and D3 After Pre-column Dehydration", Journal of Mass Spectrometry, 30:348-356, 1995. | |
| | A3 | MAUNSELL et al., "Routine Isotope-Dilution Liquid Chromatography-Tandem Mass Spectrometry Assay for Simultaneous Measurement of the 25-Hydroxy Metabolites of Vitamins D2 and D2", Clinical Chemistry, 51:9 1683-1690, 2005. | |
| | A4 | ODRZYWOLSKA et al., "Convergent Synthesis, Chiral HPLC, and Vitamin D Receptor Affinity of Analogs of 1,25-Dihydroxycholecalciferol", Chirality, 11:249-255, 1999. | |
| | A5 | WATSON et al., "Analysis of Vitamin D and its Metabolites using Thermospray Liquid Chromatography/Mass Spectrometry", Biomedical Chromatography, Vol. 5, 153-160, 1991. | |
| | A6 | YEUNG et al., "Characterization of the Metabolic Pathway of 1,25-Dihydroxy-16-Ene Vitamin D3 in Rat Kidney By On-Line High Performance Liquid Chromatography-Electrospray Tandem Mass Spectrometry", Biochemical Pharmacology, Vol. 49, No. 8, pp.1099-1110, 1995. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

DLMR_301990.1

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(use as many sheets as necessary)* | | | | *Complete if Known* | |
|---|---|---|---|---|---|
| | | | | Application Number | 11/386,215 |
| | | | | Filing Date | 3/21/2006 |
| | | | | First Named Inventor | Nigel Clarke |
| | | | | Art Unit | 1614 |
| | | | | Examiner Name | Gary W. Counts |
| Sheet | 2 | of | 2 | Attorney Docket Number | 034827-3603 |

| NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
| | A7 | International Search Report for PCT Application PCT/US2006/12539 | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

DLMR_301990.1

QUESTMS-00000071

JOURNAL OF MASS SPECTROMETRY, VOL. 30, 348–356 (1995)

# Mass Fragmentographic Assay for 25-Hydroxyvitamin D in Plasma Without Derivatization: Enhanced Sensitivity for Metabolites of Vitamins $D_2$ and $D_3$ After Pre-column Dehydration

**Ruth D. Coldwell, D. J. H. Trafford and H. L. J. Makin†**
Department of Chemical Pathology, The London Hospital Medical College, Turner Street, London E1 2AD, UK

A mass fragmentographic method for the measurement in plasma of underivatized, dehydrated 25-hydroxyvitamin $D_2$ and 25-hydroxyvitamin $D_3$ was developed. Quantitative dehydration of vitamin D metabolites was achieved prior to gas chromatography using a new high-temperature injection system and a small precolumn packed with aluminium powder in the injection port, followed by mass fragmentography on an inexpensive bench-top mass spectrometer. Plasma (2 ml) was incubated with hexadeuterated 25-hydroxyvitamin $D_3$ prior to acetonitrile extraction and purification using cartridges pre-packed with microparticulate silica using reversed- and normal-phase solvent systems. After purification, capillary gas chromatography mass spectrometry was carried out following dehydration of the secosteroids on the aluminium powder pre-column at 400 °C. High-intensity dehydrated molecular ions were produced which were used for selected ion monitoring. The assay sensitivity for 25-hydroxyvitamin D was approximately 1 ng ml$^{-1}$. The intra-assay variation was less than 7% and the recovery of added standard was quantitative. It is suggested that this method may be used to provide target values for much needed quality control schemes to monitor assays routinely used in the estimation of 25-hydroxyvitamin D. The behaviour of a number of other hydroxylated vitamin D metabolites, when injected without derivatization on to a gas chromatographic column, was also investigated.

## INTRODUCTION

Vitamin D‡ and its metabolites are measured routinely by radioimmunoassay, competitive protein binding or radioreceptor assay, after varying degrees of extraction and purification.[1,2] However, many of these methods, although sometimes giving good intra-laboratory precision, have given very poor inter-laboratory figures, particularly for 25-hydroxyvitamin D.[3,4] In many cases accuracy has not been properly assessed and it has only been possible to examine the accuracy of many of the assays currently available since the introduction of gas chromatography-mass spectrometry (GC-MS) methods for the vitamin D analyte under consideration. Two surveys[3,5] of the methods used for the measurement of 25-hydroxyvitamin D and 1,25-dihydroxyvitamin D have demonstrated extremely poor inter-laboratory variation and indeed in some laboratories the precision was such that physiological variations in the analyte could not be determined.[5] The introduction of quality assurance for a wide variety of steriod hormone assays has proved to be extremely valuable in improving precision and accuracy. Assays for vitamin D and its metabolites could likewise be improved if proper quality assurance schemes were in place using target values provided by GC-MS.[6]

Methods have been developed, the majority by two groups in Europe, for the measurement of several vitamin D metabolites in human plasma by mass fragmentography, all using conventional magnetic sector mass spectrometers.[7] Although such techniques provide definitive methods which may be used to assess less rigorous assays, the equipment involved is expensive and hence not generally available for routine use. However, the advent of highly efficient, small-scale, bench-top mass spectrometers allows access to this most valuable analytical technique. GC-MS systems such as the Hewlett-Packard mass-selective detector, used in the present work, are moderately priced, simple to use and are linked to computer software capable of extensive data handling.

Vitamin D and its metabolites are secosteroids containing one or more hydroxyl groups in their structure. Gas chromatography of underivatized compounds may lead to adsorption of the secosteroids on the inert support of the column, resulting in poor peak shape or

---

* Paper prepared for Publication in *Biological Mass Spectrometry*.
† Author to whom correspondence should be addressed.
‡ Vitamin $D_2$(ergocalciferol, 9,10-seco-5,7,10(19),22-ergostatetraen-3β-ol), $D_2$: vitamin $D_3$(cholecalciferol, 9,10-seco-5,7,10(19),22-cholestatrien-3β-ol), $D_3$; 25-hydroxyvitamin $D_2$, 25-OHD$_2$; 25-hydroxyvitamin $D_3$, 25-OHD$_3$; 24,25-dihydroxyvitamin $D_3$,24,25-(OH)$_2D_3$; 24,25-dihydroxyvitamin $D_2$, 24,25-(OH)$_2D_2$; 25,26-dihydroxyvitamin $D_3$, 25,26-(OH)$_2D_3$; 25,26-dihydroxyvitamin $D_2$, 25,26-(OH)$_2D_2$; 1,25-dihydroxyvitamin $D_3$, 1,25-(OH)$_2D_3$. Unless it is required to distinguish between vitamin $D_2$ and vitamin $D_3$, the term vitamin D is used.

BEST AVAILABLE COPY

destruction. Because of this, all previously published GC-MS methods involve the formation of derivatives prior to injection on to the column. These derivatives include pertrimethylsilyl ethers,[6] *tert*-butyl dimethylsilyl ethers[9] and *n*-butyl boronate ester–trimethylsilyl ethers.[10,11] The formation of derivatives, particularly mixed derivatives, can be time consuming and may lead to loss of the analyte. The choice of derivative for successful GC separation is not always the best choice for MS as derivatives which provide successful GC separation may not have the high-mass ions in their spectrum with the necessary high abundance for sensitive assay by single ion monitoring.

During previous studies on vitamin D metabolites by GC-MS using conventional packed columns, dehydration occurred from time to time. This was found to be due to the presence of broken glass on the top of the packing material.[12] This observation was investigated further using capillary GC and has led to the development of a dehydrating pre-column[13] which removes the need for sample derivatization prior to assay. Dehydration produces stable products for both the vitamin $D_2$ and vitamin $D_3$ series and mass spectra that are ideally suited for mass fragmentography. The dehydration method for 25-hydroxyvitamin D described here incorporates both dehydration and the use of a simple benchtop instrument.

## EXPERIMENTAL

### Materials

Standard 25-hydroxyvitamin $D_2$ (25-$OHD_2$) was isolated from patients taking large oral doses of vitamin $D_2$, extensively purified and its identity determined by mass spectrometry. 25,26-Dihydroxyvitamin $D_2$ was a generous gift from Dr E. B. Mawer (Department of Medicine, University of Manchester, UK). All other metabolites, including hexadeuteriated standards, were chemically synthesized as described previously.[14] Standards were purified by normal-phase high-performance liquid chromatography (HPLC) or solid-phase extraction using Sep-Pak SIL cartridges, dissolved in ethanol and their concentration determined by measuring the UV absorbance at 264 nm, using the molar extinction coefficient of 18 200. Bond-Elut C18 extraction columns (200 mg) (Analytchem International) were obtained from Anachem (Luton, Beds., UK) and Sep-Pak SIL cartridges were purchased from Millipore (UK) (Watford, Herts., UK). Capillary gas chromatography mass spectrometry was carried out using a Hewlett-Packard HP 5890 gas chromatography fitted with an HP1 capillary column (WCOT non-selective silicone, 12.5 m × 0.3 mm i.d.) and an HP 5970 mass-selective detector attached to a ChemStation computer system capable of extensive data handling. Helium was used as the carrier gas at a flow-rate of 1 ml min$^{-1}$. All spectra were obtained by electron impact (EI) ionization monitoring the positive ions produced at an ionization energy of 70 eV. The ion source temperature was 200 °C. Standards and samples, prepared in sealed glass

microvials (100 µl) (Hewlett-Packard, Winnersh, Berks., UK) were injected in the splitless mode, via an HP 7673 autoinjection system and a Jade septumless injector (SGE, Milton Keynes, Beds., UK). The derivatizing agent *n*-trimethylsilylimidazole (TMSI) was purchased from Pierce and Warriner (UK) (Chester, Cheshire, UK). HPLC-grade hexane and propan-2-ol were obtained from Rathburn Chemicals (Walkerburn, Scotland). All other extraction solvents were of analytical-reagent grade, from BDH (Poole, Dorset, UK) or May and Baker (Dagenham, Essex, UK). Absolute ethanol (98.86%, v/v) was purchased from Hayman (Witham, Essex, UK) and was redistilled before use. Glassware to be used during the drying of sample extracts or standards was silanized by soaking overnight in 1% (v/v) dimethyldichlorosilane (BDH) in toluene and rinsed thoroughly with methanol before use. Silanized glass-wool was prepared similarly, and was thoroughly dried in a vacuum oven at 37 °C before storage.

### Method

**Sample extraction.** The method used for sample extraction is summarized in Fig. 1. Approximately 100 ng of $[^2H_6]$-25-hydroxyvitamin $D_3$ were added to 2 ml of plasma or serum, smaller samples being diluted to 2 ml with distilled water. After equilibration at room temperature for 30 min, the samples were extracted with an



Figure 1. Flow diagram of sample extraction procedure.

QUESTMS-00000073

equal volume of acetonitrile, vortex mixed and centrifuged at 4000 g for 10 min. The supernatant was made 65% aqueous with 0.4 M phosphate buffer pH 10.5 and applied to a Bond-Elut C18 cartridge which had been pre-washed with methanol and water. The cartridge was sequentially washed with 3 ml of water and 3 ml of methanol–water (60:40 v/v), and vitamin D and its metabolites were eluted with 3 ml of methanol. The methanol eluate was evaporated to dryness in a vacuum oven at 37 °C and the residue was dissolved in approximately 300 µl of propan-2-ol–hexane (1:99, v/v), then applied to a Sep-Pak silica cartridge which had been washed with both methanol and propan-2-ol–hexane (1:99, v/v). The Sep-Pak cartridge was washed with a further 10 ml of propan-2-ol–hexane (1:99, v/v) to remove vitamin D, cholesterol and other contaminants. 25-Hydroxyvitamin D was then eluted with 10 ml of propan-2-ol–hexane (3:97, v/v). More polar metabolites of vitamin D could be eluted with propan-2-ol–hexane (30:70, v/v).

**Gas chromatography–mass spectrometry.** Sample extracts were dried in a vacuum oven at 37 °C, then transferred in redistilled ethanol into silanized microvials prior to GC-MS. A series of standard solutions containing 100 ng of $[^2H_6]$-25-hydroxyvitamin $D_3$ and various amounts of 25-hydroxyvitamin $D_3$ and 25-hydroxyvitamin $D_2$ was also prepared. Ethanol was removed in the heated vacuum oven and all standards and samples were reconstituted in small volumes of redistilled ethanol (typically 15–50 µl). The microvials were sealed and 3 µl aliquots were auto injected in the splitless mode on to the GC column via a Jade septumless injector and dehydration liner, which were heated to 400 °C (Fig. 2). The dehydration liner was made up of a pre-column of silanized borosilicate glass packed with a small quantity of coarse aluminium powder held in place by silanized glass-wool plugs, which served to dehydrate the standards and samples prior to chroma-

tography. The top 3 cm of the capillary column stripped of its methylsilicone phase and protected by anization before use, as the high-temperature limi the original coating was less than the 400 °C requi for effective dehydration. The standards and samp were cold-trapped on the top of the capillary colum 75 °C, and the temperature was raised to 240 °C at 30 min⁻¹, held at 240 °C for 1 min and then increased 270 °C at 5 min⁻¹. Standards and samples had elu from the column by 12 min, but the column te perature was finally raised to 300 °C for 3.5 min order to purge the column prior to the next injectic The dehydrated molecular ions of $[^2H_6]$-2 hydroxyvitamin $D_3$ (m/z 370), 25-hydroxyvitamin $L$ (m/z 364) and 25-hydroxyvitamin $D_2$ (m/z 376) we monitored (dwell time on each mass 300 ms), and th heights of the pyro peaks produced were measure Peak-height ratios of 25-hydroxyvitamin $D_3$ and 25 hydroxyvitamin $D_2$ to the hexadeuteriated interna standard were determined, and used to construct cali bration graphs from which the plasma and serum levels of 25-hydroxyvitamin $D_3$ and 25-hydroxyvitamin $D_2$ were calculated.

## RESULTS

Samples prepared as described above produced clean, unambiguous traces when subjected to GC-MS with dehydration. Typical mass fragmentograms of both standards and sample extracts are shown in Fig. 3 (25-OHD₃) and Fig. 4 (25-OHD₂). Statistical validation of the assay was carried out and the results are given in Table 1. No inter-assay data are given in Table 1 as this method has not been in operation for a sufficient time to gather meaningful figures.

### Development of the method

**Choice of temperature for dehydration.** Previous investigations, using $5\alpha$-androstan-$3\alpha$-ol, a simple monofunctional $C_{19}$ steroid, had indicated that at 400 °C dehydration was complete and no unchanged steroid could be detected.[13] All vitamin D metabolites examined followed this pattern and therefore all dehydration was carried out at 400 °C. Figure 5 shows peak-height ratios (25-OHD₃/ $5\alpha$-cholestane (monitoring m/z 372)) in a number of situations: (1) 25-hydroxyvitamin $D_3$-per-TMSI without dehydration at an injection temperature of 250 °C, monitoring the most abundant high-mass ion at m/z 439 $[M - 90 - 15]^+$, (2) 25-hydroxyvitamin $D_3$-per-TMSI without dehydration at an injection temperature of 400 °C, again monitoring the ion at m/z 439 $[M - 90 - 15]^+$ and (3) 25-hydroxyvitamin $D_3$ using the dehydration system at 400 °C without derivatization, monitoring the molecular ion at m/z 364. A common internal standard containing no hydroxyl groups, $5\alpha$-cholestane, was used in this experiment so that absolute comparisons could be made in order to establish the sensitivity of the technique. It can be seen that raising the temperature to 400 °C



**Figure 2.** Diagrammatic representation of the septumless injector and dehydration liner (not to scale).

GLASS WOOL
COARSE ALUMINIUM POWDER

GC-MS ASSAY FOR VITAMIN D METABOLITES







**Figure 3.** Typical mass fragmentograms of standards and sample extract from the assay of 25-hydroxyvitamin D₃. Upper trace: standard 25-hydroxyvitamin D₃ (m/z 364, 80 ng standard as shown in Fig. 7(A)) and hexadeuteriated 25-hydroxyvitamin D₃ (m/z 370). Lower trace : plasma extract (16.3 ng ml⁻¹).

**Figure 4.** Typical mass fragmentograms of standards and sample extract from the assay of 25-hydroxyvitamin D₂. Upper trace: standard 25-hydroxyvitamin D₂ (m/z 376, 80 ng standard as shown in Fig. 7(A)) and hexadeuteriated 25-hydroxyvitamin D₂ (m/z 370). Lower trace : plasma extract (9.7 ng ml⁻¹).

increased the sensitivity of detection even when dehydration did not occur. Dehydration however, monitoring the dehydrated molecular ion at $m/z$ 364, improved the sensitivity even further. The slopes of the three lines illustrated in Fig. 5 are in the ratio $1:4.5:7.4$. It will also be noted that the line using dehydration is the only one where the intercept on both $x$ and $y$ axes is not significantly different from zero.

**Dehydration of 25-hydroxyvitamin D.** Mass spectra of standard 25-hydroxyvitamin D₃, 25-hydroxyvitamin D₂ and [²H₆]-25-hydroxyvitamin D₃ were obtained by monitoring the total ion current produced after dehydration and GC as described above. Averaged background-subtracted spectra were generated and are shown in Fig. 6. The spectra contained high abundance dehy-

drated molecular ions and showed little other fragmentation. In contrast, the mass spectrum of the pertrimethylsilyl ether of 25-hydroxyvitamin D₃, a commonly used derivative in the GC-MS of vitamin D metabolites, also given in Fig. 6, shows considerable fragmentation and a relatively weak molecular ion. Mass spectra of the pertrimethylsilylated derivatives of the vitamin D₂ series showed extensive fragmentation and a molecular ion peak of negligible intensity.

In previous methods for the mass fragmentographic measurement of several hydroxylated metabolites of vitamin D₂, it has been observed that these secosteroids are more labile than metabolites of vitamin D₃ and that the sensitivity of mass fragmentography is not as good as that achieved for vitamin D₃ metabolites. The use of dehydration, however, avoided the inevitable losses

**Table 1. Statistical validation of the assay**

*Recovery of added standard*

25-Hydroxyvitamin D₂
  119% (n = 10), 13.2 ng added to 2 ml of plasma, 15.8 ng recovered

25-Hydroxyvitamin D₃
  112% (n = 7), 32 ng added to 2 ml of plasma, 35.8 ng recovered

*Intra-assay variation*

25-Hydroxyvitamin D₂
  6.9% (n = 10), mean concentration = 15.8 ng ml⁻¹

25-Hydroxyvitamin D₃
  4.7% (n = 9), mean concentration = 20.4 ng ml⁻¹

QUESTMS-000000

352                                    R. D. COLDWELL *ET AL.*



Figure 5. Comparison of the calibration graphs for derivatized and dehydrated 25-hydroxyvitamin D$_3$, injected at different temperatures, using 5$\alpha$-cholestane as internal standard. Peak-height ratios of 25-OHD$_2$ to 5$\alpha$-cholestane (monitoring $m/z$ 372) are plotted thus: (● 25-hydroxyvitamin D$_3$-per-TMSI at 250°C, monitoring $m/z$ 439 ([M − 90 − 15$^+$) ($y = 0.2182 + 5.9610 \times 10^{-3}\ x$, $R^2 = 0.865$); (○ 25-hydroxyvitamin D$_3$-per-TMSI at 400°C, monitoring $m/z$ 439 ([M − 90 − 15]$^+$) ($y = 0.2533 + 1.8317 \times 10^{-2}\ x$, $R^2 = 0.959$); ▲ 25-hydroxyvitamin D$_3$ after dehydration at 400°C, monitoring $m/z$ 364 ($y = 6.8560 \times 10^{-3} + 3.0612 \times 10^{-2}\ x$, $R^2 = 0.986$).

which occurred during derivatization and gave mass spectra with high-mass ions of roughly equal abundance to those obtained with vitamin D$_3$ metabolites, a considerable improvement on any other derivative for the D$_2$ series of metabolites that have been examined so far. This is illustrated in Fig. 7, where it can be seen that the calibration graphs for 25D$_3$ and 25D$_2$ share a common slope. The peak-height ratio plotted is that calculated using dehydrated hexadeuteriated 25D$_3$ as the internal standard. Also illustrated in Fig. 7 is a comparison of the calibration graphs for 25-OHD$_3$ and 25-OHD$_2$ as pertrimethylsilyl ether (per-TMSI) derivatives, with peak-height ratios calculated using the per-TMSI derivative of hexadeuteriated 25-OHD$_3$. The sevenfold increase in sensitivity after dehydration has already been demonstrated in Fig. 5.

Careful inspection of Fig. 3 indicates that injection of underivatized 25-OHD$_3$ on to the GC column gave rise to two peaks which were largely unresolved. It is suggested that these are two isomers which arise from dehydration at C-25 and use of 25,26-hexadeuteriated 25-hydroxyvitamin D$_3$ confirmed this view, although theoretically isomers could occur at both C-3 and C-25. Only a single peak was observed for hexadeuteriated 25-hydroxyvitamin D$_3$ when monitoring the molecular ion at $m/z$ 370. The reason for this can be seen by inspection of the mass spectrum shown in Fig. 6(C), which shows the presence of two molecular ions of roughly equal abundance at $m/z$ 369 and 370. These can









Figure 6. Averaged, background-subtracted spectra (EI, positive ion 70 eV) of (A) dehydrated 25-hydroxyvitamin D$_3$, (B) dehydrated 25-hydroxyvitamin D$_2$, (C) dehydrated [$^2$H$_6$]-25-hydroxyvitamin D$_3$ and (D) the pertrimethylsilyl ether derivative of 25-hydroxyvitamin D$_3$ (pyro peak).

QUESTMS-00000076





Figure 7. Calibration graphs for (● 25-hydroxyvitamin and (○) 25-hydroxyvitamin $D_2$ using [$^2H_6$]-25-hydroxyvitamin $D_3$ as internal standard and (A) the dehydration method described in the text, monitoring molecular ions at $m/z$ 364 (25-hydroxyvitamin $D_3$), 376 (25-hydroxyvitamin $D_2$) and 370 ([$^2H_6$])-25-hydroxyvitamin $D_3$) (peak-height ratios of analyte to internal standard) or (B) pertrimethylsilyl ether derivative formation and selected ion monitoring of [M − 90 − 15]$^+$ ($m/z$ 439 (25-hydroxyvitamin $D_3$), 451 (25-hydroxyvitamin $D_2$) and 445 ([$^2H_6$]-25-hydroxyvitamin $D_3$) (peak-area ratios of analyte to internal standard).

be resolved by mass chromatography, monitoring the two ions separately (Fig. 8). As the internal standard is deuterated at C-25 and C-26, dehydration of the C-25 hydroxyl caused loss of deuterium in approximately

50% of the product to form the two molecular ions observed in the spectrum (Fig. 9). Injection of 25-hydroxyvitamin $D_2$, on the other hand, appeared to give rise to a single peak with a dehydrated molecular ion at $m/z$ 376. An explanation for this may be that only one isomer is preferentially formed owing to the presence of a methyl group on C-28 and a conjugated double bond in this molecule. No deuterated 25-hydroxyvitamin $D_2$ is available to investigate this further. During its use in the determination of 25-hydroxyvitamin D only one of the dehydrated molecular ions from the internal standard ($m/z$ 370) needed to be monitored. Attempts to use the data-handling software to provide integrated areas were not entirely successful since the split peak of 25-OHD$_3$ gave rise to a number of inconsistencies in the determination of peak area. The use of peak heights, however, gave reproducible results, using the peak height of the first peak for quantification. This method gave values in normal plasma which were identical with those using a previously described mass fragmentographic procedure.[8]

All vitamin D metabolites when injected on to a GC column undergo B-ring cyclization, producing two isomers, pyro and isopyro. These are usually formed with a pyro:isopyro ratio of 2:1. In the case of the dehydrated compounds, only one major peak is observed. This is a common finding during GC-MS of many vitamin D metabolite derivatives and the explanation for this observation is unclear. Presumably the isopyro isomer is not ionized to the same degree as the pyro isomer. The presence of single peaks when using dehydration is a further advantage of this method of mass fragmentography.

*Other vitamin D metabolites.* The studies described here were directed towards the production of a simple mass fragmentographic assay for 25-hydroxyvitamins $D_2$ and $D_3$, but the possibility of extending this method to include the dihydroxylated metabolites has also been considered. Table 2 lists the retention times of all the metabolites of vitamins $D_2$ and $D_3$ which have been studied as dehydration products. It can be seen that all the metabolites examined are completely resolved from each other when subjected to GC-MS. Table 3 summarizes the EI positive-ion mass spectra of the dehydration products which were obtained, listing the major



Figure 8. Mass chromatography of the two ions produced by dehydration of [25,26-$^2H_6$]-25-hydroxyvitamin $D_3$.

QUESTMS-00000077

354                                   R. D. COLDWELL ET AL.



Figure 9. Suggested mechanism for the formation of the two isomers observed after dehydration of [25,26-²H₆]-25-hydroxyvitamin D₃. The position of the double bond in the A-ring is not known and is illustrated here, for convenience, as being in the 2,3-position, but it could equally well be in the 3,4-position.

ions and the relative intensity of the base peak as a proportion of the total ion current.

Studies were carried out to establish whether it was possible to protect the side-chain from dehydration by the use of cyclic boronate derivatives and whether or not these derivatives gave enhanced chromatographic or mass spectral characteristics which could be utilized for the development of more sensitive methods for their analysis. For example, Fig. 10 compares two mass spectra obtained from 25,26-dihydroxyvitamin D₃ one fully dehydrated and one as the 25,26-n-butyl boronate ester, dehydrated only at C-3. Both are clean spectra with high-intensity molecular ion peaks, making both ideal for selected ion monitoring. The formation of a boronate derivative across C-25 and C-26, however increases the retention time considerably. Boronate formation is very simple and causes negligible loss analyte. The formation of such a selective and sensitivderivative may be useful when investigating compleextracts, and allow them to be analysed after minimum of purification.

The physiologically important dihydroxylated metal olite of vitamin D₃, 1,25-dihydroxyvitamin D₃, has als been studied in the dehydration system described. Fro the retention times shown in Table 2 it can be seen th two well separated peaks are formed when this metab lite is injected into the gas chromatograph. When th mass spectra of these two peaks were examined th

Table 2. Retention times of vitamin D₂, vitamin D₃ and metabolites that were studied as dehydration products

| Dehydration product from | Relative retention time[a] | As n-BBA derivatives | Relative retention time[a] |
|---|---|---|---|
| Vitamin D₃ | 2.37 | 24,25-(OH)₂D₃ | 3.76 |
| 25-OH-vitamin D₃ | 2.45 | 25,26-(OH)₂D₃ | 4.13 |
| 24,25-(OH)₂D₃ | 2.51 | [²H₆]-24,25-(OH)₂D₃ | 3.73 |
| 25,26-(OH)₂D₃ | 3.00 | [²H₆]-25,26-(OH)₂D₃ | 4.04 |
| 1,25-(OH)₂D₃ | 2.63[b] | 24,25-(OH)₂D₂ | 3.70/3.75[c] |
| Vitamin D₂ | 2.46 | 25,26-(OH)₂D₂ | 4.13/4.19[c] |
| 25-OH-vitamin D₂ | 2.44 | [²H₃]-24,25-(OH)₂D₂ | 3.71 |
| 24,25-(OH)₂D₂ | 2.92 | | |
| [²H₆] vitamin D₃ | 2.35 | | |
| [²H₆]-OH- vitamin D₃ | 2.44 | | |
| [²H₆]-24,25-(OH)₂D₃ | 2.50 | | |
| [²H₆]-25,26-(OH)₂D₃ | 2.99 | | |
| [²H₃]-24,25-(OH)₂D₂ | 2.89 | | |

[a] Relative to that of 5α-androstane (retention time 4.2 min).
[b] Dehydrated 1,25-(OH)₂D₃ gives two peaks on GC/MS.¹³ Data for the first peak only given.
[c] Two peaks of roughly equal height were observed for these two steroids. The mass spectra of both peaks were identical.

GC-MS ASSAY FOR VITAMIN D METABOLITES

355

Table 3. Summary of mass spectra produced by dehydration products of vitamin $D_2$, vitamin $D_3$ and metabolites, listing major ions and the relative intensity of the base peak as a proportion of the total ion current

| Dehydration production from | Main ions in mass spectrum (m/z [% abundance relative to base peak]) | % TIC* |
|---|---|---|
| Vitamin $D_3$ | 376 [30.3], 366 (M*) [100], 158 [26.3], 143 [62.6] | 21.0 |
| 25-OH-vitamin $D_3$ | 365 [29.8], 364 (M*) [100], 158 [19.6], 143 [47.4] | 25.8 |
| 24,25-$(OH)_2D_3$ | 363 [33.1], 362 (M*) [100], 143 [41.4], | 21.0 |
| 25,26-$(OH)_2D_3$ | 381 [31.0], 380 (M*) [100], 158 [22.3], 143 [59.9] | 18.9 |
| 1,25-$(OH)_2D_3$ | 363 [24.0], 362 (M*) [100], 156 [27.2], 155 [35.1], 141 [25.0], 105 [33.5] | 22.0 |
| Vitamin $D_2$ | 379 [31.2], 378 (M*) [100], 253 [27.2], 157 [26.3], 143 [41.5] | 19.9 |
| 25-OH-vitamin $D_2$ | 377 [34.2], 376 (M*) [100], 253 [30.0], 157 [28.0], 143 [38.8] | 18.51 |
| 24,25-$(OH)_2D_2$ | 393 [30.3], 392 (M*) [100], 253 [11.5], 143 [22.7] | 29.7 |
| [²H₆]vitamin $D_3$ | 373 [34.9], 372 (M*) [100], 158 [27.6], 143 [65.8] | 19.54 |
| [²H₆]-25-OH-vitamin $D_3$ | 371 [31.5], 370 (M*) [100], 369 [89.3], 253 [19.5], 157 [26.8], 141 [91.8] | 10.5 |
| [²H₆-24,25-OH)₂$D_3$ | 368 [32.6], 367 (M*) [100], 366 [53.3], 143 [68.5], 141 [28.6] | 9.3 |
| [²H₆]-25,26-OH)₂$D_3$ | 384 (M*) [100], 158 [59.0], 145 [61.0], 144 [47.0], 143 [99.0] | 7.9 |
| [²H₃]24,25(OH)₂$D_2$ | 396 [29.3], 395 (M*) [100], 157 [26.0], 143 [43.0], 81 [30.1] | 15.2 |
| **As n-BBA derivatives** | | |
| 24,25-$(OH)_2D_3$ | 454 [32.5], 464 (M*) [100], 463 [24.3], 158 [22.3], 143 [43.7] | 14.5 |
| 25,26-$(OH)_2D_3$ | 465 [32.0], 464 (M*) [100], 463 [24.1], 158 [19.7], 143 [38.0] | 20.0 |
| [²H₆]-24,25-(OH)₂$D_3$ | 471 [36.5], 470 (M*) [100], 158 [35.7], 145 [33.2], 143 [66.2] | 14.0 |
| [²H₆]-25,26-(OH)₂$D_3$ | 470 [41.2], 469 (M*) [100], 468 [26.2], 158 [44.9], 143 [83.6] | 8.7 |
| 24,25-$(OH)_2D_2$ | 477 [346], 476 (M*) [100], 157 [30.7], 143 [43.8], 81 [31.6] | 11.6 |
| 25,26-$(OH)_2D_2$ | 476 (M*) [52.7], 157 [18.4], 143 [22.6], 141 [100], 81 [30.3] | 16.4 |
| [²H₃]-24,25-(OH)₂$D_2$ | 480 [33.9], 479 (M*) [100], 252 [26.6], 157 [33.0], 143 [51.1] | 12.5 |

* % Total ion current (TIC) of base peak.

appeared to be qualitatively identical, although there were differences in the abundances of some ions (notably those at m/z 209, 208 and 251). The molecular ion in both cases occurred at m/z 362, indicating the loss of three hydroxyls. The spectra of these compounds have been published elsewhere.[10]

## DISCUSSION

A method has been developed for the accurate determination of 25-hydroxyvitamin $D_3$ and 25-hydro-xyvitamin $D_2$ in plasma or serum by the use of highly selective mass fragmentography. Sample preparation is simple but rigorous. Time-consuming derivatization prior to gas chromatography, previously necessary for secosteroids, has been replaced by on-column dehydration, which provides mass spectra with high-abundance dehydrated molecular ions ideal for selected ion monitoring. The use of autoinjection allows extracts to be analysed overnight and a batch of 20 samples can be processed in 24 h. In addition, data-editing software can be written to produce computer-calculated results at the end of each analysis.

The quality of the mass spectra produced after dehydration, for the purposes of mass fragmentographic quantification, is a great improvement on that obtained from pertrimethylsilyl ether derivatives. This is especially true for the vitamin $D_2$ series of metabolites, which in our hands show extensive fragmentation as trimethylsilyl ethers and have molecular ions of negligible abundance. Polyhydroxylated vitamin $D_2$ metabolites (24,25-dihydroxyvitamin $D_2$ and 25,26-dihydroxyvitamin $D_2$) appear to be particularly unstable when prepared as either pertrimethylsilyl ethers or as the n-butyl boronate ester-25-trimethylsilyl ether mixed derivative. Although mass fragmentography is possible, sensitivity is reduced and ions other than the molecular ion have





Figure 10. Averaged, background-subtracted spectra (EI, positive ion, 70 eV) of (A) dehydrated 25,26-dihydroxyvitamin $D_3$ and (B) the 25,26-n-butyl boronate ester 3-dehydrated derivative of 25,26-dihydroxyvitamin $D_3$.

QUESTMS-00000079

356 R. D. COLDWELL ET AL.

to be monitored. Such problems may be overcome using on-column dehydration of underivatizated compounds.

Inter-laboratory comparisons of methods used for the measurement of 25-hydroxyvitamin D and 1,25-dihydroxyvitamin D, the most commonly investigated metabolites, have highlighted the need for quality control schemes to be developed in this area. GC-MS is generally accepted as the definitive technique in the determination of plasma metabolites. The method described here could be used to provide target values for a quality control scheme for 25-hydroxyvitamin D. The cost of implementing this method is only moderate, as a bench-top gas chromatography mass spectrometer need cost no more than a comprehensive HPLC system.

## REFERENCES

1. C. E. Porteous, R. D. Coldwell, D. J. H. Trafford and H. L. J. Makin, *J. Steroid Biochem.* **28**, 785 (1987).
2. G. Jones, D. J. H. Trafford, H. L. J. Makin and B. W. Hollis, in *Modern Chromatographic Analysis of the Vitamins*, edited by A. P. Deleenheer, W. E. Lambert and H. Nelis, Chromatographic Science Series, Vol. 60, 2nd ed., Chapt. 2, pp. 73–151. Marcel Dekker, New York (1992).
3. E. Mayer and H. Schmidt-Gayk, *Clin. Chem.* **30**, 1199 (1984).
4. H. L. J. Makin, R. D. Coldwell and D. J. H. Trafford, in *Vitamin D: Gene Regulation, Structure–function Analysis and Clinical Application*, edited by A. W. Norman, R. Bouillon and M. Thomasset, pp. 635–643. Walter de Gruyter, Berlin, New York (1991).
5. M. J. M. Jongen, F. C. Van Ginkel, W. J. F. Van der Vijgh, S. Kuiper, J. C. Netelenbos and P. Lips *Clin Chem.* **30**, 399 (1984).
6. G. D. Carter, J. Hewitt, D. J. H. Trafford and H. L. J. Makin, *Abstracts of 9th Vitamin D Workshop, Orlando, Florida 1994*, p. 34.
7. R. D. Coldwell, C. E. Porteous, D. J. H. Trafford and H. L. J. Makin *Steroids* **49**, 155 (1987).
8. D. A. Seamark, D. J. H. Trafford and H. L. J. Makin, *Clin. Chim. Acta* **106**, 51 (1980).
9. I. Holmberg, T. Kristiansen, and M. Sturen, *Scand. J. Clin. Lab. Invest.* **44**, 275 (1984).
10. R. D. Coldwell, D. J. H. Trafford, H. L. J. Makin, M. J. Varley, D. N. Kirk, *Clin. Chem.* **30**, 1193 (1984).
11. R. D. Coldwell, D. J. H. Trafford, H. L. J., Makin, M. J. Varley and D. N. Kirk, *J. Chromatogr.* **338**, 289 (1985).
12. D. J. H. Trafford, D. A. Seamark, H. L. J. Makin, unpublished work.
13. D. J. H. Trafford, R. D. Coldwell, R. D., and H. L. J. Makin, *J. Pharm. Biomed. Anal.* **9** 1095 (1991).
14. M. J. Varley, D. N. Kirk, D. J. H. Trafford and H. L. J. Makin, *J. Chem. Soc., Perkin Trans. 1* 2563 (1983).

QUESTMS-00000080

**This Page is Inserted by IFW Indexing and Scanning Operations and is not part of the Official Record**

**BEST AVAILABLE IMAGES**

Defective images within this document are accurate representations of the original documents submitted by the applicant.

Defects in the images include but are not limited to the items checked:

❑ **BLACK BORDERS**

❑ **IMAGE CUT OFF AT TOP, BOTTOM OR SIDES**

❑ **FADED TEXT OR DRAWING**

❑ **BLURRED OR ILLEGIBLE TEXT OR DRAWING**

❑ **SKEWED/SLANTED IMAGES**

☑ **COLOR OR BLACK AND WHITE PHOTOGRAPHS**

❑ **GRAY SCALE DOCUMENTS**

☑ **LINES OR MARKS ON ORIGINAL DOCUMENT**

☑ **REFERENCE(S) OR EXHIBIT(S) SUBMITTED ARE POOR QUALITY**

❑ **OTHER:** _____

**IMAGES ARE BEST AVAILABLE COPY.**
**As rescanning these documents will not correct the image problems checked, please do not report these problems to the IFW Image Problem Mailbox.**

*Clinical Chemistry* 51:9
1683–1690 (2005)   September


Endocrinology and
Metabolism

# Routine Isotope-Dilution Liquid Chromatography–Tandem Mass Spectrometry Assay for Simultaneous Measurement of the 25-Hydroxy Metabolites of Vitamins D₂ and D₃

Zoë Maunsell, Dennis J. Wright, and Sandra J. Rainbow*

*Background:* Measurement of 25-hydroxyvitamin $D_2$ and $D_3$ (25-OH $D_2$ and $D_3$) is essential for investigating vitamin D deficiency. Competitive binding techniques are unable to distinguish between the 2 metabolites and suffer from interference from other hydroxy metabolites of vitamin D.

*Methods:* We used isotope-dilution liquid chromatography–tandem mass spectrometry (ID-LC-MS/MS) for routine determination of 25-OH $D_2$ and $D_3$ with a stable-isotope–labeled internal standard (IS). Serum samples (100 μL) were denatured with methanol–propanol containing IS, vortex-mixed, extracted into hexane, and dried under nitrogen. The reconstituted extract was chromatographed on a BDS $C_8$ HPLC column, and the metabolites and IS were detected by electrospray ionization MS/MS in multiple-reaction monitoring mode.

*Results:* 25-OH $D_2$ and $D_3$ and the IS nearly coeluted, whereas 1α-hydroxyvitamin $D_3$ was separated; total run time was 8 min. The interassay CVs for 25-OH $D_2$ were 9.5% and 8.4% at 52 and 76 nmol/L, respectively, and for 25-OH $D_3$ were 5.1% and 5.6% at 55 and 87 nmol/L, respectively. The detection limit of the present method was <4 nmol/L for both metabolites. Method comparison with a commercial RIA measuring total 25-hydroxyvitamin D showed good correlation: $y = 0.97x − 2.7$ nmol/L ($r = 0.91$). The analytical system can assay 100 samples in 12.5 h.

*Conclusions:* This simple robust interference-free LC-MS/MS assay is suitable for routine measurement of the 25-hydroxy metabolites of vitamins $D_2$ and $D_3$ in human serum. The assay has been in use for 9 months and has been used to assay more than 6000 routine samples.
© 2005 American Association for Clinical Chemistry

Vitamin D (vitD)[1] exists in 2 forms, $D_2$ and $D_3$; plants and fungi synthesize ergosterol, which is converted to previtamin $D_2$ and then rapidly isomerized to vitamin $D_2$ (vitD₂). Animals synthesize 7-dehydrocholesterol, the immediate precursor of cholesterol; absorption of ultraviolet B radiation (290–315 nm) leads to a rearrangement of the 5–7-diene in the B ring of 7-dehydrocholesterol, causing ring breakage to form previtamin $D_3$ (9,10-secosterol). This is thermodynamically unstable and rearranges to the more stable vitamin $D_3$ (vitD₃) structure (1). Structurally, vitD₂ differs from vitD₃ by an extra methyl group on carbon-24 and a double bond in the side chain between carbons-22 and -23. When exposure to ultraviolet B radiation is insufficient for synthesis of adequate amounts of vitD₃ in the skin, adequate intake of vitD from the diet is essential for health.

The in vivo metabolism of vitD has been reviewed extensively, and its role and interactions with other hormones in calcium homeostasis are well understood (2). In addition to the calcium regulatory functions of vitD, several other tissues, including heart, stomach, pancreas, brain, skin, gonads, and activated T and B lymphocytes, have nuclear receptors for 1α,25-dihydroxyvitamin D, and non–calcium-related functions for vitD have been described (3, 4).

VitD homeostasis is best assessed by the measurement

Department of Clinical Biochemistry, Northwick Park Hospital, North West London Hospitals NHS Trust, Harrow, United Kingdom.

*Address correspondence to this author at: Department of Clinical Biochemistry, Northwick Park Hospital, North West London Hospitals NHS Trust, Watford Rd., Harrow HA1 3UL, United Kingdom. Fax 44-20-8869-2119; e-mail sandra.rainbow@nwlh.nhs.uk.

Received April 28, 2005; accepted June 21, 2005.
Previously published online at DOI: 10.1373/clinchem.2005.052936

[1] Nonstandard abbreviations: vitD, vitamin D; vitD₂ and vitD₃, vitamin D₂ and D₃, respectively; GC-MS, gas chromatography–mass spectrometry; LC-MS/MS, liquid chromatography–tandem mass spectrometry; ID, isotope dilution; 25-OH D, 25-hydroxyvitamin D; 25-(OH) D₂ and 25-(OH) D₃, 25-hydroxyvitamin D₂ and D₃, respectively; and IS, internal standard.

QUESTMS-00000082

of total 25-hydroxyvitamin D (25-OH D) (5) because the half-life of 25-OH D is ~3 weeks whereas the half-life of vitD is ~24 h (6, 7). Dietary supplementation of food and vitamin tablets comes in the form of both vitD$_2$ and vitD$_3$; it is therefore essential that both analytes are measured equimolarly. Laboratory methods for 25-OH D have been critically reviewed recently (8). Mass spectrometric analysis has been used in research settings: in particular, gas chromatography–mass spectrometry (GC-MS) has been used for measuring vitD metabolites (9), and research assays using fast atom bombardment liquid chromatography–tandem MS (LC-MS/MS) after derivatization with Cookson-type reagents have been described (10). Two LC-MS/MS methods have been reported recently: a candidate reference method for the quantification of circulating 25-OH D$_3$ in serum that uses column switching for on-line solid-phase extraction (11); and a method incorporating manual cartridge extraction before LC-MS/MS (12).

We report here the development of a routine isotopedilution (ID) LC-MS/MS assay for the measurement of the 25-OH D$_2$ and D$_3$.

## Materials and Methods

25-OH D$_2$ (25-hydroxyergocalciferol; >98% purity) and 25-OH D$_3$ (25-hydroxycholecalciferol; >98% purity) were purchased from Sigma Aldrich. 1α-Hydroxyvitamin D$_3$ (2 mg/L) was a sterile pharmaceutical preparation (Leo Pharma). [$^2$H$_6$]25-OH D$_3$ (26,26,26,27,27,27-hexadeutero-25-hydroxycholecalciferol) was purchased from as Vitas and used as internal standard (IS). Formic acid (AnalaR), hexane (Chromonorm), methanol (HyperSolv), propan-2-ol (HyperSolv), and water (HyperSolv) were obtained from VWR. Reversed-phase HPLC columns [BDS C$_8$; 50 × 2.1 mm (i.d.); 3 μm particle size] were purchased from ThermoHypersil. The HPLC system was an Agilent 1100 system comprising a quaternary pump, a vacuum degasser, a temperature-controlled autosampler, and a temperature-controlled column oven. The API 3000™ tandem mass spectrometer and TurboIonSpray™ source were supplied by Applied Biosystems, and the system was controlled by Analyst™ software (Ver. 1.3; Applied Biosystems). The API 3000 was calibrated for mass accuracy by use of polybutylene glutarate calibrators (Applied Biosystems). Disposable 12 × 75 mm borosilicate tubes were purchased from VWR. Autosampler vials (2 mL) were purchased from Agilent UK. Nitrogen gas was supplied by a gas generator (Peak Scientific) and was used as the drying, nebulizing, curtain, and collision gas.

Calibration solutions of 25-OH D$_2$ and 25-OH D$_3$ (~25 μmol/L) were individually prepared in ethanol. The absolute concentrations of the calibrators were checked by use of a Lambda 5 ultraviolet/visible spectrophotometer (Perkin-Elmer) and calculated using molar absorptivities of 19 400 and 18 300 AU · mol$^{-1}$ · L$^{-1}$ at 265 nm for

25-OH D$_2$ and 25-OH D$_3$, respectively (13). Working calibrators containing both analytes were prepared in methanol–water (50:50 by volume) over the range 4–250 nmol/L. The zero calibrator (no analyte) was methanol–water (50:50 by volume).

The API 3000 tandem mass spectrometer was operated in positive mode with a TurboIonSpray electrospray source operating at a voltage of +5kV and desolvation temperature of 350 °C. The conditions for the ion selection and collision-activated fragmentation of the molecular ions were optimized by continuous infusion (Harvard infusion pump) of pure compounds (25 μmol/L) at a flow rate of 10 μL/min. After optimization, the instrument was operated in multiple-reaction monitoring mode with the following transitions: $m/z^+$ 413.5/395.4 for 25-OH D$_2$; $m/z^+$ 401.8/383.5 for 25-OH D$_3$; and $m/z^+$ 407.2/389.4 for [$^2$H$_6$]-25-OH D$_3$.

Blood samples were collected into SST tubes (BD Vacutainer Systems) and were centrifuged at 1200g for 10 min; the serum thus obtained was stored at −20 °C before analysis.

### SAMPLE PREPARATION

Patient sera, controls, or calibrators (100 μL) were pipetted into disposable borosilicate tubes. To each of these, 75 μL of 60 nmol/L IS in methanol–propanol (80:20 by volume) was added, which acted as a protein-precipitating agent. The tubes were vortex-mixed for 10 s, and 500 μL of hexane was added to extract the 25-OH D$_2$ and D$_3$ metabolites and the IS. The tubes were revortexed for 10 s and centrifuged for 15 min at 1600g; finally, 400 μL of each hexane layer was transferred to a clean autosampler vial. The solvent was evaporated to dryness under a stream of nitrogen in a heating block (Grant Instruments) at 75 °C. The residue was reconstituted in 300 μL of methanol–water (70:30 by volume). Vials were sealed, vortex-mixed, and assayed by LC-MS/MS.

### LC-MS/MS

Chromatographic separation was performed with a BDS C$_8$ reversed-phase column [51 × 2.1 mm (i.d.); 3 μm particle size] equilibrated at 20 ± 0.1 °C. Two eluants were used in the mobile phase: methanol (eluant A) and 0.5 mL/L formic acid in water (eluant B). The flow rate was 300 μL/min, and 50 μL of extract was injected per assay. A methanol gradient was used to elute the analytes from the column. The composition of the mobile phase was 70% A:30% B for 3 min, which retained the 25-hydroxy metabolites on the column. The concentration of eluant A was increased to 95% (5% B) over 1 min and held constant for 1 min. The mobile phase was then returned to 70% A:30% B over 1 min, and the column was reequilibrated with 70% A:30% B for an additional 2 min. The total run time was 8 min per sample.

Comparative analysis of total 25-OH D was performed in batch mode by RIA (DiaSorin) after acetonitrile precipitation according to the manufacturer's recommended

QUESTMS-00000083

Clinical Chemistry 51, No. 9, 2005

1685

procedures. The manufacturer reports that this method measures 25-OH $D_2$ and 25-OH $D_3$ equimolarly but also measures the dihydroxy metabolites.

### INTERFERENCES

A pharmaceutical preparation of $1\alpha$-OH $D_3$ was used to demonstrate that the 25-hydroxy metabolites of vitD could be resolved from the $1\alpha$-hydroxy metabolite. Other monohydroxy metabolites of vitD are not commercially available and could not be tested. The dihydroxy metabolites do not have a molecular mass that would be detected by the transitions selected.

A computer search for compounds with the same molecular masses as the monohydroxides of vitD$_2$ and D$_3$ and the IS was performed with an internet search engine (14).

### Results

The instrument settings were optimized in positive mode for the detection of 25-OH $D_2$ and 25-OH $D_3$ to give maximum signals. The molecular ion for 25-OH $D_2$ was $m/z^+$ 413.5 (Fig. 1C), that for 25-OH $D_3$ was $m/z^+$ 401.8 (Fig. 1A), and that for hexadeuterated 25-OH $D_3$ (IS) was $m/z^+$ 407.2. The optimum conditions found were a declustering potential of 50V, focusing potential of 220V, and entrance potential of 10V. The nebulizer gas was set at 15 and the curtain gas at 11 on the instrument settings. The temperature of the drying gas was optimized at 350 °C, and the drying gas flow rate was 7 L/min. Molecular ions were individually fragmented in the collision cell, using a product ion scan with a ramp program to select a robust product ion. The molecular ions were easily fragmented, and the most intense and reproducible product ions were



Fig. 1. Scanning results for 25-OH D$_2$ and D$_2$.

Quadrupole 1 scanning of a 25-OH D$_3$ calibration solution in positive mode revealed that the molecular ion is located at $m/z^+$ 401.8 (A), and fragmentation and quadrupole 3 scanning identified a large peak at $m/z^+$ 383.5 corresponding to the molecular ion with a loss of water (B). Infusion of a calibration solution of 25-OH D$_2$ and scanning with quadrupole 1 revealed a molecular ion at $m/z^+$ 413.5 (C), and quadrupole 3 scanning showed an intense peak at $m/z^+$ 395.5 (D).

QUESTMS-00000084

1686                    Maunsell et al.: Routine Measurement of Vitamin D Metabolites by MS/MS

**Table 1. Relative maximum fragmentation intensities of 25-OH D₂ and 25-OH D₃ as a percentage of the molecular ion.**

| | 25-OH D₂ | | | 25-OH D₃ | |
|---|---|---|---|---|---|
| Fragment ion, m/z | Intensity compared with molecular ion (2.4 × 10⁶ cps), % | CE,ᵃ V | Fragment ion, m/z | Intensity compared with molecular ion (2.4 × 10⁶ cps), % | CE, V |
| 395 | 54.1 | 12 | 383 | 81.1 | 12 |
| 377 | 10.4 | 16 | 365 | 28.8 | 15 |
| 355 | 24.2 | 15 | 284 | 4.4 | 25 |
| 337 | 24.6 | 27 | 273 | 2.7 | 13 |
| 325 | 6.7 | 15 | 257 | 27.1 | 16 |
| 301 | 45.8 | 27 | 189 | 1.3 | 23 |
| 271 | 14.2 | 15 | 159 | 33.8 | 30 |
| 255 | 9.2 | 21 | 109 | 20.3 | 39 |
| 119 | 6.7 | 47 | 107 | 32.2 | 34 |

ᵃ CE, collision energy.

seen with the loss of H₂O from each molecule with a low collision energy of 12V and collision gas flow of 8 (Table 1). At the conditions selected, product ions for 25-OH D₂ were seen at m/z⁺ 395.5, 377.0, 355.4, 337.4, 325.1, 271.1,

and 255.4 (Fig. 1D), and product ions for 25-OH D₃ were seen at m/z⁺ 383.5, 365, 5, 257.4, 131.1, and 109.1 (Fig. 1B). Finally, the conditions of the third quadrupole were optimized, and the cell exit potential was set at 12V. Once the instrument had been optimized, it was operated in multiple-reaction monitoring mode with the following transitions: 25-OH D₂, m/z⁺ 413.5/395.5; 25-OH D₃, m/z⁺ 401.8/383.5; and IS, m/z⁺ 407.2/389.4.

### CHROMATOGRAPHY

The eluant was optimized to retain the 25-hydroxy metabolites of vitD on the column while eluting ions suppressing moieties, with an isocratic solvent of 70:30 methanol–aqueous formic acid (by volume) for 3 min. Higher initial concentrations of organic phase led to broadening of the peaks. A fast gradient was used to elute the metabolites, and no attempt was made to resolve the metabolites chromatographically because the specificity of the mass selection and fragmentation gave the necessary compound specificity. The retention time of 25-OH D₂ was fractionally, but not significantly, longer (5.91 min) than that for 25-OH D₃ (5.88 min) and the IS (5.87 min); this allowed the use of a single IS (Fig. 2).



Fig. 2. Simultaneous quantification of 25-OH D₂ and 25-OH D₃ in patient samples to which the IS [²H₆]25-OH D₃ had been added.
It is important to measure both the D₂- and D₃-derived forms of 25-OH D because although many patients will not have measurable 25-OH D₂ (A), measurement of 25-OH D₃ alone can significantly underestimate vitD status of the many patients taking vitD supplements in the form of vitD₂ (B).

QUESTMS-00000085

IS

The IS was investigated in terms of chemical and isotopic purity. Chemical purity was assessed by running a 25 $\mu$mol/L IS solution in 500 mL/L methanol through the column. Monitoring of the transition $m/z^+$ 407.7/389.5, which corresponded to the IS, revealed the presence of 2 impurity peaks after the main IS peak; however, these were easily separable from the IS by the liquid chromatography step. Monitoring of the transitions used to detect 25-OH $D_2$ and 25-OH $D_3$ revealed that there was none of either analyte in the solution. This was important because contamination of the IS with nondeuterated 25-OH $D_2$ or $D_3$ could lead to false calibration of the assay. To assess the isotopic purity of the IS, we monitored transitions $m/z^+$ 407.7/389.5, 406.7/388.5, 405.7/387.5, and 404.7/386.5, which corresponded to the hexa-, penta-, tetra-, and trideuterated forms of the IS and subsequent loss of water to form the product ion. By comparing relative peak areas, we found that the material was >98% isotopically pure.

ASSAY PERFORMANCE AND VALIDATION

Assay calibration was achieved by means of 8-point calibration curves for 25-OH $D_2$ and 25-OH $D_3$ constructed from serial dilutions of the working calibrators in 500 mL/L methanol. Data are reported as ratios of the peak areas of 25-OH $D_2$ or $D_3$ to the peak area of the IS. These calibrators were prepared in the same way as patient samples, undergoing all stages of sample preparation. The concentrations in the calibrators ranged from 4.95 to 316 nmol/L for 25-OH $D_2$ and 4.0 to 256 nmol/L for 25-OH $D_3$. Linear responses were achieved over this range. A 0 calibrator (500 mL/L methanol) was included in assays for both analytes (Fig. 3).

We investigated the efficiency of the release of 25-OH D from binding proteins after protein precipitation by allowing 5 aliquots of the same sample to stand for 0, 2, 5,



Fig. 3. Eight-point calibration curves for 25-OH $D_2$ and 25-OH $D_3$.
Curves were constructed by analyzing 1:2 dilutions of 25-OH $D_2$ and $D_3$ calibrator solutions in 50:50 methanol–water (by volume).

10, and 30 min after addition of the protein precipitation reagent. Recoveries of the 25-hydroxy metabolites did not increase with increased equilibration time. Extraction of the 25-hydroxy metabolites into the hexane layer was used to reduce the ion suppression; a single extraction recovered >94%.

The limit of detection can be defined in MS as a peak with a signal-to-noise ratio >3, whereas the limit of quantification requires a signal-to-noise ratio >10 *(15)*. The lowest calibrator, corresponding to 4.95 nmol/L 25-OH $D_2$ and 4.0 nmol/L 25-OH $D_3$, was analyzed and found to have signal-to-noise ratios of 12.4 and 10.7, respectively. It was therefore concluded that the limit of quantification was below these values.

To assess assay precision, both the intra- and interassay CVs were calculated for 25-OH $D_2$ and 25-OH $D_3$. We assessed the intraassay CV by extracting 3 patient samples independently 10 times and assaying them in a single run. Intraassay CVs were 6.2%, 3.5%, and 5.2% at 16, 35, and 76 nmol/L, respectively. We prepared an internal quality control by adding the metabolites to serum. For the internal quality control, the interassay CVs for 25-OH $D_2$ were 9.5% and 8.4% at 52 and 76 nmol/L, respectively, and for 25-OH $D_3$ were 5.1% and 5.6% at 55 and 87 nmol/L, respectively.

To determine recoveries, we added high- and low-concentration solutions of 25-OH $D_2$ and 25-OH $D_3$ in methanol to 5 patient samples in various concentrations (endogenous total 25-OH D concentrations, 9, 16, 25, 66, and 83 nmol/L). We then added 5 $\mu$L of each to a 95-$\mu$L sample. The high-concentration solution contained 317 nmol/L 25-OH $D_2$ and 256 nmol/L $D_3$, and the low-concentration solution contained 158.5 nmol/L 25-OH $D_2$ and 128 nmol/L 25-OH $D_3$. The recoveries were 91%–110% for 25-OH $D_3$ and 94%–108% for 25-OH $D_2$.

We assessed method linearity by preparing 1:2 and 1:4 dilutions of patient samples (total 25-OH D concentrations, 9, 53, 62, and 83 nmol/L) in 50:50 methanol–water (by volume). These were all assayed by LC-MS/MS in the same run. Recoveries ranged from 89% to 113% (mean, 102%).

Interferences in this method were predicted to be minimal because of the nature of the assay. The analytical method uses 2 separation stages: chromatography based on polarity, followed by detection on the basis of mass-to-charge ratios. The MS/MS step is highly specific because fragments unique to the molecule of interest are detected. To identify potential interfering substances, we carried out molecular weight searches. Computer searches were performed on the molecular weights of 412.6 ± 0.5 (25-OH $D_2$; 56 compounds listed) 400.6 ± 0.5 (25-OH $D_3$; 59 compounds listed), and 406.8 ± 0.5 (IS; 82 compounds listed) *(14)*. The majority of these were not compounds of pharmaceutical or metabolic interest. None of the compounds with listed molecular weights of 412.6 ± 0.5 and 406.8 ± 0.5 were considered to be of any biological significance. A few naturally occurring and



Fig. 4. Chromatographic separation of 25-OH D₃ and 1α-OH D₃.
Molecular weight searches indicated that 1α-OH D₃ could be a potential interferent in the assay because it shares the same molecular weight and potentially has a fragmentation ion of the same structure as 25-OH D₃. However, analysis of a 25-OH D₂ calibrator with added 1α-OH D₃ (1α-cholecalciferol) showed that the 2 analytes were clearly resolved during the chromatography step.



Fig. 5. Bland–Altman plot showing that there was no concentration-dependent difference between the DiaSorin RIA and the LC-MS/MS method.
Samples (n = 16) containing >60% of the total as 25-OH D₂ are indicated by ▲.

pharmaceutical compounds of sterols and fatty acid derivatives were listed with a molecular weight of 400.6 (same as for 25-OH D₃); the ones of metabolic or pharmaceutical interest were 1α-OH D₃; 7α-hydroxy-4-cholesten-3-one (a bile acid precursor), whose plasma concentration has been suggested as a marker of bile acid malabsorption (16); Campesterol (a phytosterol); colostolone [a 3-hydroxy-3-methylglutaryl coenzyme-A reductase inhibitor (American Cyaphytnamid) that entered clinical trials in 1987 and has never been marketed]; and gefarnate (an unsaturated fatty acid, currently in phase 1 clinical trials in Japan). These were excluded from further examination. The only molecules that were considered to be potential interfering compounds with molecular weights of 400.6 ± 0.5 were 1α-OH D₃ (Alfacalcidol) and 7α-hydroxy-4-cholesten-3-one, which was first identified as a large peak in chromatographic 25-OH D analysis and subsequently identified by GC-MS (17). A solution of 1α-OH D₃ was added to a calibration solution containing 250 nmol/L 25-OH D₂, the mixture was then extracted into hexane and prepared as above. This was injected on the column and run on the mass spectrometer; the transition corresponding to 25-OH D₃ was monitored. Two distinct peaks were observed; the first (retention time, 5.95 min) corresponded to 25-OH D₃ and the second (retention time, 6.61 min) to 1α-OH D₃ (Fig. 4). The 2 metabolites, although not separable by MS alone, were clearly resolved by the HPLC step. A late-eluting peak (retention time, 6.36 min) was observed during routine analysis of some patient samples, particularly sera from patients with short bowel syndrome or intestinal failure; this was consistent with the retention time for 7α-hydroxy-4-cholesten-3-one.

## METHOD COMPARISON

A method comparison was performed with samples (n = 185) submitted for routine analysis by RIA and ID-LC-MS/MS. Twenty-five patient results were excluded from the analysis because the 25-OH D result measured by RIA was below the detection limit (<13 nmol/L) of the assay. ID-LC-MS/MS results for 7 of the 25 samples were below the detection limit (<4 nmol/L for both 25-OH D₂ and D₃), whereas 14 samples had results between 4 and 12 nmol/L, of which the predominant metabolite was 25-OH D₃. Four samples had measured concentrations of 15, 17, 19, and 19 nmol/L, and in all of these samples, 25-OH D₂ accounted for >50% of the total 25-OH D. A total of 160 patient samples had total 25-OH D concentrations that were measurable by both assays. The Deming regression against the DiaSorin RIA was $y = 0.97x - 2.7$ nmol/L ($r = 0.91$). Bland–Altman analysis indicated that there were no concentration-dependent differences between the 2 methods (Fig. 5). Of the samples analyzed, 18 had 25-OH D₂ concentrations that were >60% of the total 25-OH D; the correlation against the DiaSorin RIA method for these samples was $y = 0.93x + 2.9$ nmol/L ($r = 0.97$).

## Discussion

During the past 30 years, the importance of measuring 25-OH D metabolites for the assessment of calcium homeostasis has been recognized. More recently, the important nonendocrine functions of vitD metabolites have been described (1, 18). To assess vitD status, it is essential that both endogenous and exogenous vitD metabolites are measured equimolarly. There is conflicting evidence as to the relative potency of vitD₂ and vitD₃; Rapui et al. (19) showed that they were equipotent in increasing serum 25-OH D concentrations in elderly women, whereas several authors, using small numbers of study participants,

*Clinical Chemistry* 51, No. 9, 2005    1689

have shown that vitD$_3$ supplementation increases the serum 25-OH D concentrations more efficiently than vitD$_2$ (20, 21).

Laboratory methods for the measurement of 25-OH D using immunologic techniques and chromatographic methods have been reviewed recently (8). The replacement of the traditional RIA with nonisotopically labeled assays has allowed automation of the analysis; however, recent studies have suggested that both the Nichols Advantage automated chemiluminescence protein-binding assay and, to a lesser extent, the IDS RIA underrecover 25-OH D$_2$ compared with HPLC analysis (22, 23). Recent publications have highlighted the interlaboratory variability of 25-OH D analysis on patient samples measured by RIA and chemiluminescence assays (24) and quality assurance material (22). In view of this, some authors have suggested that there should be international standardization of assays and have suggested that until that is achieved, RIA techniques should be used for clinical analyses (24). However, the use of a routine LC-MS/MS method offers a real alternative and negates the use of radioactive tracers.

MS has until recently been the prerogative of research and reference laboratories and has rarely been applied to the routine quantification of analytes in the clinical laboratory. GC-MS has been used for research analysis of vitD metabolites in plasma, but the complexity of the analysis has precluded its use for routine analysis (9). Recent evaluations of LC-MS/MS have shown that this technique offers an alternative to the traditional immunoassay and potentially offers increased specificity and sensitivity for a variety of analytes (25, 26). LC-MS/MS methods have been described for metabolites of vitD, including a recent suggestion for a candidate reference method for circulating 25-OH D$_3$ (11) that uses electrospray ionization and LC-MS/MS after extensive protein precipitation and column switching as a clean-up procedure. However, the measurement of 25-OH D$_3$ alone is not sufficient for the clinical assessment of vitD status. Another recent report used atmospheric pressure chemical ionization and LC-MS/MS after protein precipitation and purification on Bond Elute C$_{18}$ silica cartridges (12). Both of these methods use the transitions of molecular ions to small fragment ions: 25-OH D$_3$, $m/z^+$ 401/159 and tetradeuterated 25-OH D$_3$ (IS), $m/z^+$ 401/59 (11); 25-OH D$_3$, $m/z^+$ 401.1/257.0; 25-OH D$_2$, $m/z^+$ 413.4/355.4; and [$^2$H$_6$]25-OH D$_3$, $m/z^-$ 407.4/263.4 (12). We have chosen the less specific fragmentation ions (loss of water) for 25-OH D$_2$ ($m/z^+$ 413.5/395.4), 25-OH D$_3$ ($m/z^+$ 401.8/383.5), and [$^2$H$_6$]25-OH D$_3$ ($m/z^+$ 407.2/389.4), using low collision energy cell conditions, which in our hands always gave the most intense and reproducible signal (Table 1).

We have developed an ID-LC-MS/MS assay for the routine measurement of the 25-hydroxy metabolites of vitD$_2$ and vitD$_3$. It has advantages over other previously reported LC-MS/MS methods in that it uses a small sample volume (100 $\mu$L) and the sample preparation is

relatively simple and could be automated. The automated LC-MS/MS system allows up to 180 tests to be performed in a 24-h period. The method has been fully validated and is now in routine diagnostic use. We measured 25-OH D$_2$ and D$_3$ in 185 samples by ID-LC-MS/MS compared with a commercial RIA (25 samples had undetectable concentrations by RIA). The correlation (r) of total 25-OH D was 0.91 (y = 0.97x − 2.7 nmol/L; n = 160) for all samples and 0.97 (y = 0.93x + 2.9 nmol/L; n = 16) for the samples in which the 25-OH D$_2$ concentration comprised >60% of the total 25-OH D, which supports the manufacturer's claim that the RIA method does measure the 25-OH D$_2$ metabolite equimolarly.

The system is able to independently quantify 25-OH D$_2$ and D$_3$ in serum and is free of interference from the dihydroxy metabolites of vitD because of differences in mass. Separation of the 25-hydroxy metabolites from the 1$\alpha$-hydroxy metabolites was achieved chromatographically, but other monohydroxy metabolites were not tested. The reported concentrations of these metabolites are extremely low (<6 nmol/L) in patients treated with small daily doses of vitD$_2$, however, but can increase to 70 nmol/L in individuals treated with large daily doses (50 000 IU/day) of vitD$_2$ (27).

The method has been in routine use in this laboratory for 9 months, and >6000 samples have been routinely analyzed by biomedical scientists. We therefore conclude that the assay is suitable for use in routine laboratory medicine departments.

## References

1. Holick MF. Vitamin D. Importance in the prevention of cancers, type 1 diabetes, heart disease, and osteoporosis. Am J Clin Nutr 2004;79:362–71.

2. DeLuca HF, Schnoes HK. Vitamin D: recent advances. Annu Rev Biochem 1983;52:411–39.

3. Stumpf WE, Sar M, Reid FA, Tanaka Y, DeLuca HF. Target cells for 1,25-dihydroxyvitamin D$_3$ in intestinal tract, stomach, kidney, skin, pituitary, and parathyroid. Science 1979;206:1188–90.

4. Manolagas SC, Provvedini DM, Tsoukas CD. Interactions of 1,25-dihydroxyvitamin D$_3$ and the immune system. Mol Cell Endocrinol 1985;43:113–22.

5. Haddad JG, Stamp TCB. Circulating 25-hydroxyvitamin D in man. Am J Med 1974;57:57–62.

6. Barraguy JM, France MW, Corless D, Gupta SP, Switala S, Boucher BJ, et al. Intestinal cholecalciferol absorption in the elderly and in younger adults. Clin Sci Mol Med 1978;55:213–20.

7. Clemens TL, Zhou X, Myles M, Endres D, Linsay R. Serum Vitamin D$_2$ and D$_3$ metabolite concentrations and absorption of vitamin D$_2$ in elderly subjects. J Clin Endocrinol Metab 1986;63:656–60.

8. Zerwekh JE. The measurement of vitamin D: analytical aspects. Ann Clin Biochem 2004;41:272–81.

9. Coldwell RD, Trafford DJ, Varley MJ, Kirk DN, Makin HL. Measurement of 25-hydroxyvitamin D$_2$, 25-hydroxyvitamin D$_3$, 24,25-dihydroxyvitamin D$_2$ and 25,26-dihydroxyvitamin D3 in a single plasma sample by mass fragmentography. Clin Chim Acta 1989;180:157–68.

10. Yeung B, Vouros P, Reddy GS. Characterization of vitamin D$_3$ metabolites using continuous-flow fast atom bombardment tan-

QUESTMS-00000088

dem mass spectrometry and high-performance liquid chromatography. J Chromatogr 1993;645:115–23.

11. Vogeser M, Kyriatsoulis A, Huber E, Kobold U. Candidate reference method for the quantification of circulating 25-hydroxyvitamin $D_3$ by liquid chromatography-tandem mass spectrometry. Clin Chem 2004;50:1415–7.

12. Tsugawa N, Suhara Y, Kamao M, Okano T. Determination of 25-hydroxyvitamin D in human plasma using high-performance liquid chromatography-tandem mass spectrometry. Anal Chem 2005;77:3001–7.

13. Hollis BW. Comparison of commercially available [125]I-based RIA methods for the determination of circulating 25-hydroxyvitamin D. Clin Chem 2000;46:1657–61.

14. Chemfinder. http://chemfinder.cambridgesoft.com (accessed December 2004).

15. Shah VP, Midha KK, Findlay JWA, Hill HM, Hulse JD, McGilveray IJ, et al. Bioanalytical method validation—a revisit with a decade of progress. Pharm Res 2000;17:1551–7.

16. Thomas PD, Forbes A, Green J, Howdle P, Long R, Playford R, et al. Guidelines for the investigation of chronic diarrhoea, 2nd edition. Gut 2003;52:1–15.

17. Alexon M, Aly A, Sjovall J. Levels of 7α-hydroxy-4-cholesten-3-one in plasma reflect rates of bile acid synthesis in man. FEBS Lett 1998;239:324–8.

18. Zittermann A. Vitamin D in preventative medicine: are we ignoring the evidence? Br J Nutr 2003;89:552–72.

19. Rapuri PB, Gallagher JC, Haynatzki G. Effect of vitamin D2 and D3 supplementation on serum 25-OHD concentration in elderly women in summer and winter. Calcif Tissue Int 2004;74:150–6.

20. Trang HM, Cole DEC, Rubin LA, Pierratos A, Siu S, Vieth R. Evidence that vitamin D3 increases the serum 25-hydroxyvitamin

D more efficiently than does vitamin D2. Am J Clin Nutr 1998;68:854–8.

21. Whyte MP, Haddad JC Jr, Walters DD, Stamp DC. Vitamin D bioavailability: serum 25-hydroxyvitamin D levels in man after oral, subcutaneous, intramuscular and intravenous vitamin D administration. J Clin Endocrinol Metab 1979;48:906–11.

22. Carter GD, Carter R, Jones J, Berry J. How accurate are assays for 25-hydroxyvitamin D? Data from the international plasma D external quality assessment scheme. Clin Chem 2004;50:2195–7.

23. Glendenning P, Noble JM, Taranto M, Musk AA, McGuiness M, Goldswain PR, et al. Issues of methodology, standardization and metabolite recognition of 25-hydroxyvitamin D when comparing DiaSorin radioimmunoassay and the Nichols Advantage automated chemiluminescence protein-binding assay in hip fracture cases. Ann Clin Biochem 2003;40:546–51.

24. Binkley N, Krueger D, Cowgill CS, Plum L, Lake E, Hansen KE, et al. Assay variation confounds the diagnosis of hypovitaminosis D: a call for standardisation. J Clin Endocrinol Metab 2004;89:3152–7.

25. Taylor RL, Grebe SK, Singh RJ. Quantitative, highly sensitive liquid chromatography–tandem mass spectrometry method for detection of synthetic corticosteroids. Clin Chem 2004;50:2345–52.

26. Stabler S, Allen RH. Quantification of serum and urinary S-adenosylmethionine and S-adenosylhomocysteine by stable-isotope-dilution liquid chromatography–mass spectrometry. Clin Chem 2004;50:365–72.

27. Mawer EB, Jones G, Davies M, Still PE, Byford V, Schoeder NJ, et al. Unique 24-hydroxylated metabolites represent a significant pathway of metabolism of vitamin $D_3$ in humans: 24-hydroxyvitamin $D_3$ and 1,24-dihydroxyvitamin $D_3$ detectable in human serum. J Clin Endocrinol Metab 1998;83:2156–66.

QUESTMS-00000089

CHIRALITY 11:249–255 (1999)

# Convergent Synthesis, Chiral HPLC, and Vitamin D Receptor Affinity of Analogs of 1,25-Dihydroxycholecalciferol

MAŁGORZATA ODRZYWOLSKA,[1] MICHAŁ CHODYŃSKI,[1] SEBASTIAN J. HALKES,[2] JAN-PAUL VAN DE VELDE,[2] HANNA FITAK,[1] AND ANDRZEJ KUTNER[1]*
[1]*Pharmaceutical Research Institute, Warszawa, Poland*
[2]*Solvay Pharmaceuticals, Weesp, The Netherlands*

*ABSTRACT*     A series of analogs of 1,25-dihydroxycholecalciferol was obtained with an additional chiral center at the terminus of the aliphatic side chain (C-25). The analogs were obtained from (+)-(R)- and (–)-(S)-2-methylglycidols, by opening of the oxirane ring with the carbanions derived from vitamin D $C_{23a,24}$- or $C_{22}$-sulfones. The diastereomeric purity of the analogs was determined by high-performance liquid chromatography on a chiral stationary phase. The binding affinity of analogs for the calf thymus intracellular vitamin D receptor (VDR) was two orders of magnitude lower than that of the lead compound of this group, 24a,24b-dihomo-1,25-dihydroxycholecalciferol, and it was comparable to the affinity of analogs of 24-nor-1,25-dihydroxycholecalciferol. However, a twofold difference was observed for analogs diastereomeric at C-25 in their affinity for VDR. The diastereodifferentiation of the binding affinity was found to be specific for vitamin D vicinal 25,26-diols as it disappears for analogs where 26-hydroxyl, neighboring the C-25 chiral center, is replaced with methyl. *Chirality 11:249–255, 1999.*
© 1999 Wiley-Liss, Inc.

*KEY WORDS:* vitamin D synthons; convergent synthesis; chiral stationary phase HPLC; (+)-(R)-2-methylglycidol; (–)-(S)-2-methylglycidol

A secosteroid hormone, 1,25-dihydroxycholecalciferol [1,25-dihydroxyvitamin $D_3$, 1,25-$(OH)_2D_3$, Fig. 1],[1,2] initiates numerous biological responses via both genomic and non-genomic pathways.[3] In contrast to other steroid hormones with a rigid skeleton, 1,25-$(OH)_2D_3$ is a flexible molecule that can exist in a number of structurally distinct conformations.[4–8] It is now being hypothesized[9] that the diversity of biological responses to 1,25-$(OH)_2D_3$ results from its different conformations. These conformations function as ligands for different vitamin D-related proteins.[9] The three-dimensional (3D) structure of vitamin D thus plays a key role in the expression of its biological activity.[10–12]

One of the major goals in the field is to obtain an analog with tissue-specific activity that might be of potential therapeutic use.[10–12] In this search the design and synthesis of vitamin D compounds of selected configuration is the only feasible approach, as the 3D structure of ligand binding domain of vitamin D proteins[13] still remains to be determined. Different configurations of the vitamin D molecule can be generated by altering the geometry of the conjugated triene system, by inversion at the existing chiral centers, or by introducing a new one. The reversal of configuration at tertiary carbons, C-14, C-20, and C-24, resulted in substantial changes to the activity profile.[14–16] Inversion of absolute configuration at chiral centers at C-1 and C-3 involved in protein binding gave analogs with modified affinity for vitamin D proteins.[17,18]

© 1999 Wiley-Liss, Inc.

As a part of our search for an analog with separated calcium and cell-differentiation property we have previously obtained side-chain extended analogs of 1,25-dihydroxyergocalciferol [1,25-$(OH)_2D_2$, Fig. 1] with reversed configuration at C-24.[19] In this paper we describe the effect of chirality at C-25 and substitution at C-26 on the affinity of the analog for VDR. The goal was to test the ability of the vitamin D receptor to discriminate between different configuration at the side-chain carbon center involved in protein binding.

## EXPERIMENTAL PROCEDURES
### Methods

**Affinity for intracellular vitamin D receptor.** Vitamin D compounds **1–6** were dissolved in ethanol in a concentration range from $10^{-13}$ to $10^{-7}$ M. The affinity toward the specific intracellular vitamin D receptor (VDR) was determined with Nichol's radioreceptor assay (Nichol's Institute, San Juan Capistrano, CA, USA) by measuring the displacement of 1,25-$(OH)_2$[26,27-$^3H_3$]$D_3$, which is specifically bound to the calf thymus VDR,[20] with the compound tested.

Contract grant sponsor: Solvay Pharmaceuticals; Contract grant sponsor: PRI, Poland; Contract grant number: 0004.00.
Correspondence to: Prof. A. Kutner, Pharmaceutical Research Institute, 8 Rydygiera, 01-793 Warszawa, Poland. E-mail: akutner@plearn.edu.pl
Received for publication 30 July 1998; Accepted 30 September 1998

QUESTMS-00000090

250                                              ODRZYWOLSKA ET AL.



Fig. 1. Structures of (a) 1,25-dihydroxy-ergocalciferol [1,25-(OH)₂D₂] and (b) 1,25-di-hydroxycholecalciferol [1,25-(OH)₂D₃]

## Chemistry

Sodium amalgam was obtained in this laboratory by the method adopted from Organic Syntheses. Tetrahydrofuran (THF) was distilled over sodium benzophenone ketyl. Infrared (IR) spectra were recorded on a Perkin-Elmer model 1725X FTIR spectrophotometer (Norwalk, CN, USA) as films of oily substances or CHCl₃ solutions. Ultraviolet (UV) spectra were taken on a Shimadzu model 160A UV-VIS spectrophotometer (Tokyo, Japan) in the solvents indicated. Nuclear magnetic resonance (¹H-NMR and ¹³C-NMR) spectra were recorded at 200 MHz on a Varian Gemini 2000 spectrometer (San Fernando, CA, USA), at 400 MHz on a Bruker AM 400 spectrometer, and at 500 MHz on a Bruker AM 500 spectrometer (Billerica, Massachusetts, USA) in the solvents indicated, downfield from the internal standard, tetramethylsilane (TMS). Electron impact mass spectra (EIMS) were recorded on a Finnigan MAT model 8200 spectrometer. Column flash chromatography was performed on silica gel Si 60 (230–400 mesh) from Merck (Darmstadt, Germany) and on LiChroprep RP-18 (25–40 µm, Merck). High-performance liquid chromatography (HPLC) was done using a Knauer Instrument model 64 (Bad Homburg, Germany), Hibar Si 60 column, 5 µm, 4 × 25 cm (Merck), Si 100 column, 10 µm, 10 × 25 cm, and Si 60 22 × 25 cm (Solvay Pharmaceuticals, Weesp, The Netherlands). Chiral stationary phase HPLC was done on Chiralpak AD amylose and Chiracel OD cellulose columns, 4.6 × 250 cm (Daicel Chemical Ind., Tokyo, Japan).

## Syntheses

Preparation of (5Z,7E)-(1S,3R,25S)-1,3-bis[(t-butyl-dimethylsilyl)oxy]-24a-phenylsulfonyl-24a,24b-dihomo-9,10-secocholesta-5,7,10(19)-triene-25,26-diol (8). A solution of n-BuLi (154 µl, 1.3 M, 200 µmol) was added to a stirred solution of sulfone 7 (74 mg, 100 µmol) in 250 µl of THF at –60°C. After 10 min the solution was warmed up to –10°C and (+)-(R)-2-methylglycidol (10 µl, 110 µmol) was added. The mixture was stirred at –10°C for 60 min. Ethyl acetate extraction and silica gel chromatography gave dihydroxysulfone 8 (57 mg, 97% yield, as calculated for the consumed substrate) as a colorless oil: IR (CHCl₃) 2951, 2857, 1463, 1378, 1294, 1142, 1083, 838 cm⁻¹; UV (EtOH) λ_max 264.8 nm; ¹H-NMR (CDCl₃) δ 0.48 (3H, s, 18-CH₃), 0.90 (3H, d, J = 6 Hz, 21-CH₃), 1.20 (3H, s, 27-

CH₃), 3.27 (1H, m, 24a-H), 3.52 (2H, m, 26-H), 4.18 (1H, m, 3-H), 4.37 (1H, m, 1-H), 4.85 (1H, s, 19Z-H), 5.18 (1H, s, 19E-H), 6.02 (1H, d, J = 11 Hz, 6-H), 6.21 (1H, d, J = 11 Hz, 7-H), 7.83 (5H, m, Ar-H). The unreacted sulfone 7 (21 mg) was also recovered.

Preparation of (5Z,7E)-(1S,3R,25S)-1,3-bis[(t-butyl-dimethylsilyl)oxy]-24a,25b-dihomo-9,10-secocholesta-5,7,10(19)-triene-25,26-diol (10). A saturated solution of Na₂HPO₄ in methanol (1 ml) was added to a solution of dihydroxysulfone 8 (46 mg, 60 µmol) in 250 µl of THF, followed by sodium amalgam (5%, 0.6 g). The mixture was stirred under argon at room temperature for 1.5 h. Ethyl acetate extraction and silica gel chromatography gave diol 10 (22.4 mg, 52% yield) as a colorless oil: IR (CHCl₃) 2932, 2855, 1471, 1254, 1072, 831 cm⁻¹; UV (EtOH) λ_max 264.0 nm; ¹H-NMR (CDCl₃) δ 0.53 (3H, s, 18-CH₃), 0.88 (3H, d, J = 6 Hz, 21-CH₃), 1.19 (3H, s, 27-CH₃), 3.42 (2H, m, 26-H), 4.19 (1H, m, 3-H); 4.38 (1H, m, 1-H), 4.88 (1H, br s, 19Z-H), 5.18 (1H, br s, 19E-H), 6.02 (1H, d, J = 11 Hz, 6-H), 6.25 (1H, d, J = 11 Hz, 7-H).

Preparation of (5Z,7E)-(1S,3R,25S)-24a,24b-di-homo-9,10-secocholesta-5,7,10(19)-triene-1,3,25,26-tetrol (1). TBAF (8.9 mg, 23 µmol) was added to a solution of diol 10 (15.8 mg, 23 µmol) in 1.0 ml of THF. The mixture was stirred at 60°C for 2.5 h. Ethyl acetate extraction, silica gel chromatography, and preparative HPLC gave tetrol 1 (8.6 mg, 82% yield) as a colorless oil: IR (film) 3360, 2926, 2850, 1471, 1266, 1060, 802 cm⁻¹; UV (EtOH) λ_max 264.4 nm; ¹H-NMR (CDCl₃) δ 0.46 (3H, s, 18-CH₃), 0.88 (3H, d, J = 5 Hz, 21-CH₃), 1.06 (3H, s, 27-CH₃), 3.33 (2H, m, 26-H), 4.17 (1H, m, 3-H), 4.37 (1H, m, 1-H), 4.91 (1H, br s, 19Z-H), 5.27 (1H, br s, 19E-H), 6.03 (1H, d, J = 12 Hz, 6-H), 6.26 (1H, d, J = 12 Hz, 7-H); MS m/z (relative intensity) 460 (M+, 8), 442 (32), 424 (28), 406 (11), 287 (14), 269 (20), 251 (41), 152 (36), 134 (100); HRMS calculated for C₂₉H₄₈O₄: 460.3553; found: 460.3548.

Preparation of (5Z,7E)-(1S,3R,25R)-1,3-bis[(t-butyl-dimethylsilyl)oxy]-24a-phenylsulfonyl-24a,24b-dihomo-9,10-secocholesta-5,7,10(19)-triene-25,26-diol (9). A solution of n-BuLi (300 µl, 1.3 M, 300 µmol) was added to a stirred solution of sulfone 7 (109 mg, 150 µmol) in 300 µl of THF at –60°C. After 10 min the solution was warmed up

QUESTMS-00000091

to –10°C and (–)-(S)-2-methylglycidol (14 μl, 160 μmol) was added. The mixture was stirred at –10°C for 1 h. Ethyl acetate extraction and silica gel chromatography gave dihydroxysulfone 9 (49 mg, 74% yield), as calculated for the consumed substrate) as a colorless oil: IR (CHCl₃) 2952, 2857, 1603, 1463, 1299, 1142, 1084, 837 cm⁻¹; UV (EtOH) $\lambda_{max}$ 264.0 nm; ¹H-NMR (CDCl₃) δ 0.47 (3H, s, 18-CH₃), 0.88 (3H, d, $J$ = 6 Hz, 21-CH₃), 1.20 (3H, s, 27-CH₃), 3.27 (1H, m, 24a-H), 3.46 (2H, m, 26-H), 4.17 (1H, m, 3H), 4.37 (1H, m, 1-H), 4.86 (1H, br s, 19Z-H), 5.22 (1H, br s, 19E-H), 6.01 (1H, d, $J$ = 11 Hz, 6-H), 6.25 (1H, d, $J$ = 11 Hz, 7-H), 8.80 (5H, m, Ar-H). Unreacted sulfone 7 (49 mg) was also recovered.

**Preparation of (5Z,7E)-(1S,3R,25R)-1,3-bis[(t-butyldimethylsilyl)oxy]-24a,24b-dihomo-9,10-secocholesta-5,7,10(19)-triene-25,26-diol (11).** A saturated solution of Na₂HPO₄ in methanol (1 ml) was added to a stirred solution of dihydroxysulfone 9 (49 mg, 60 μmol) is 250 μl of THF, followed by 0.6 g of sodium amalgam (5%). The mixture was stirred under argon at room temperature for 1.5 h. Ethyl acetate extraction and silica gel chromatography gave diol 11 (24 mg, 60% yield) as a colorless oil: IR (CHCl₃) 2932, 2857, 1603, 1471, 1377, 1258, 1075, 837 cm⁻¹; UV (EtOH) $\lambda_{max}$ 264.1 nm; ¹H-NMR (CDCl₃) δ 0.53 (3H, s, 18-CH₃), 0.89 (3H, d, $J$ = 6 Hz, 21-CH₃), 1.17 (3H, s, 27-CH₃), 3.48 (2H, m, 26-H), 4.18 (1H, m, 3-H), 4.38 (1H, m, 1-H), 4.88 (1H, br s, 19Z-H), 5.19 (1H, br s, 19E-H), 6.02 (1H, d, $J$ = 11 Hz, 6-H), 6.25 (1H, d, $J$ = 11 Hz, 7-H).

**Preparation of (5Z,7E)-(1S,3R,25R)-24a,24b-dihomo-9,10-secocholesta-5,7,10(19)-triene-1,3,25,26-tetrol (2).** TBAF (7.6 mg, 24 μmol) was added to a stirred solution of 11 (17 mg, 24 μmol) in 1 ml of THF at 60°C. The mixture was stirred for 2.5 h. Ethyl acetate extraction, silica gel chromatography, and preparative HPLC gave tetrol 2 (8.8 mg, 80% yield) as a colorless oil: IR (film) 3366, 2926, 2850, 1442, 1377, 1054 cm⁻¹; UV (EtOH) $\lambda_{max}$ 264.2 nm; ¹H-NMR (CDCl₃) δ 0.52 (3H, s, 18-CH₃), 0.89 (3H, d, $J$ = 6 Hz, 21-CH₃), 1.13 (3H, s, 27-CH₃), 3.40 (2H, m, 26-H), 4.23 (1H, m, 3-H), 4.42 (1H, m, 1-H), 4.97 (1H, br s, 19Z-H), 5.31 (1 H, br s, 19E-H), 6.02 (1H, d, $J$ = 11 Hz, 6-H), 6.36 (1H, d, $J$ = 11 Hz, 7-H); MS m/z (relative intensity) 460 (M⁺ 8), 442 (31), 424 (25), 406 (10), 287 (14), 269 (18), 251 (33), 171 (26), 152 (39), 134 (100); HRMS calculated for C₂₉H₄₈O₄: 460.3553; found: 460.3543.

**Preparation of (5Z,7E)-(1S,3R,25R)-1,3-bis[(t-butyldimethylsilyl)oxy]-26-p-toluenesulfonyl-oxy)-24a,24b-dihomo-9,10-secocholesta-5,7,10(19)-trien-25-ol (13).** The catalytic amounts of DMAP and p-toluenesulfonyl chloride (10 mg, 52 μmol) were added to a solution of diol 11 (24.1 mg, 35 μmol) in 1 ml pyridine at 40°C. The mixture was stirred for 2.5 h. Ethyl acetate extraction and silica gel chromatography gave the tosylate 13 (18.5 mg, 63% yield) as a colorless oil: IR (film) 3442, 2926, 2855, 1477, 1359, 1260, 1183, 1078, 843, 779 cm⁻¹; UV (EtOH) $\lambda_{max}$ 264.2 nm; ¹H-NMR (CDCl₃) δ 0.52 (3H, s, 18-CH₃), 0.86 (3H, d, $J$ = 5 Hz, 21-CH₃), 1.15 (3H, s, 27-CH₃), 2.46 (3H, s, CH₃-Ar), 3.84 (2H, s, 26-H), 4.19 (1H, m, 3-H), 4.38

(1H, m, 1-H), 4.87 (1H, br s, 19Z-H), 5.18 (1H, br s, 19E-H), 6.04 (1H, d, $J$ = 11 Hz, 6-H), 6.27 (1H, d, $J$ = 11 Hz, 7-H), 7.28 (2H, d, Ar-H), 7.81 (2H, d, Ar-H).

**Preparation of (5Z,7E)-(1S,3R,25S)-1,3-bis[(t-butyldimethylsilyl)oxy]-24a,24b,26-trihomo-9,10-secocholesta-5,7,10(19)-trien-25-ol (15).** Methylmagnesium bromide (8.9 mg, 74 μmol) and lithium tetrachlorocuprate (4 μl, 0.1 M) were added to a stirred solution of tosylate 13 (10.5 mg, 12.4 μmol) in 250 μl of THF at –65°C. The solution was warmed to room temperature and stirred for 4 h. Ethyl acetate extraction and silica gel chromatography gave alcohol 15 (5.5 mg, 65% yield) as a colorless oil: IR (film) 3383, 2932, 2861, 1465, 1260, 1078, 831, 779 cm⁻¹; UV (EtOH) $\lambda_{max}$ 262 nm; ¹H-NMR (CDCl₃ δ 0.52 (3H, s, 18-CH₃), 0.87 (3H, d, $J$ = 6 Hz, 21-CH₃), 1.14 (3H, s, 27-CH₃), 4.21 (1H, m, 3-H), 4.37 (1H, m, 1-H), 4.87 (1H, br s, 19Z-H), 4.18 (1H, br s, 19E-H), 6.04 (1H, d, $J$ = 11 Hz, 6-H), 6.27 (1H, d, $J$ = 11 Hz, 7-H).

**Preparation of (5Z,7E)-(1S,3R,25S)-24a,24b,26-trihomo-9,10-secocholesta-5,7,10(19)-triene-1,3,25-triol (6).** TBAF (2.5 mg, 8 mmol) was added to a stirred solution of alcohol 15 (5.5 mg, 8 μmol) in 250 μl of THF at 60°C. The mixture was stirred for 3 h. Ethyl acetate extraction, silica gel chromatography, and preparative HPLC gave the triol 6 (2.1 mg, 58% yield) as a colorless oil: UV (IPA/Hx) 265 nm; ¹H-NMR (CDCl₃) δ 0.56 (3H, s, 18-CH₃), 0.95 (3H, d, $J$ = 6 Hz, 21-CH₃), 1.16 (3H, s, 27-CH₃), 4.21 (1H, m, 3-H), 4.41 (1H, m, 1-H), 5.01 (1H, br s, 19Z-H), 5.33 (1H, br s, 19E-H), 6.03 (1H, d, $J$ = 11 Hz, 6-H), 6.39 (1H, d, $J$ = 11 Hz, 7-H); MS m/z (relative intensity) 458 (M⁺, 6), 440 (38), 422 (27), 407 (7), 287 (16), 270 (12), 251 (15), 171 (15), 152 (36), 134 (100); HRMS calculated for C₃₀H₅₀O₃: 458.3760; found: 458.3760.

**Preparation of (5Z,7E)-(1S,3R,25R)-24a,24b,26-trihomo-9,10-secocholesta-5,7,10(19)-triene-1,3,25-triol (5).** Catalytic amounts of DMAP and p-toluenesulfonyl chloride (28 mg, 100 μmol) were added to a solution of diol 10 (68 mg, 99 μmol) in 2 ml of pyridine at 40°C. The mixture was stirred for 2.5 h. Ethyl acetate extraction and silica gel chromatography gave the tosylate 12 (54.1 mg, 93% yield, calculated for the consumed substrate) as a colorless oil: UV (EtOH) 263 nm. Methylmagnesium bromide (45 mg, 380 μmol) and dilithium tetrachlorocuprate (20.6 μl, 0.1 M) were added to a solution of tosylate 12 (54.1 mg, 64 μmol) in 600 μl of THF at –65°C. The solution was warmed to room temperature and stirred for 4 h. Ethyl acetate extraction and silica gel chromatography gave alcohol 14 (39.2 mg, 89% yield) as a colorless oil. TBAF (18 mg, 60 μmol) was added to a solution of alcohol 14 (39.2 mg, 57.8 μmol) in 2 ml of THF at 60°C. The mixture was stirred for 3 h. Ethyl acetate extraction, silica gel chromatography, and preparative HPLC gave triol 5 (17.5 mg, 67% yield) as a colorless oil: UV (IPA/Hx) $\lambda_{max}$ 264.6 nm; ¹H-NMR (CDCl₃) δ 0.56 (3H, s, 18-CH₃), 0.95 (3H, d, $J$ = 6 Hz, 21-CH₃), 1.16 (3H, s, 27-CH₃), 4.21 (1H, m, 3-H), 4.41 (1H, m, 1-H), 5.01 (1H, br s, 19Z-H), 5.33 (1H, br s, 19E-H), 6.03 (1H, d, $J$ = 11 Hz, 6-H), 6.39 (1H, d, $J$ = 11 Hz, 7-H); MS m/z

252                                                    ODRZYWOLSKA ET AL.

(relative intensity) 458 (M+, 7), 440 (42), 422 (31), 407 (9),
287 (19), 269 (16), 251 (18), 171 (24), 152 (44), 134 (100);
HRMS calculated for $C_{30}H_{50}O_3$: 458.3760; found: 458.3761.

**Preparation of (5Z,7E)-(1S,3R,25S)-24-nor-9,10-
secocholesta-5,7,10(19)-triene-1,3,25,26-tetrol (3).** A
solution of n-BuLi (50 µl, 1.6 M, 80 µmol) was added with
stirring to a solution of 57 mg (85 µmol) of sulfone **16** in
500 µl of THF and 250 µl of HMPA at −60°C. The mixture
was allowed to warm up to −20°C and after 20 min cooled
down to −60°C. (+)-(R)-2-methyl-glycidol was added (8.5 µl,
85 µmol) and stirring was continued for 15 min at −10°C.
Ethyl acetate extraction and silica gel chromatography
gave dihydroxysulfone **17** (57 mg, 87% yield) as a colorless
oil. A solution of 27 mg of dihydroxysulfone **17** in 100 µl of
THF was added to a standard solution of $Na_2HPO_4$ in 1 ml
of methanol. Sodium amalgam (5%, ~0.5 g) was added un-
der argon and the mixture was stirred for 1.5 h at ambient
temp. Silica gel chromatography gave diol **19** (20 mg, 90%
yield) as a colorless oil. A solution of TBAF (100 µmol, 1
M)in 100 µl of THF was added with stirring to a solution of
19 mg of diol **19** in 0.5 ml of THF at 55°C. Stirring was
continued for 2 h. Ethyl acetate extraction, silica gel flash
chromatography, and preparative HPLC (20% water in
methanol) gave tetrol **3** (7.4 mg, 60% yield) as a colorless
oil: IR (film) 3332, 2964, 2877, 1461, 1381, 1248, 1053, 886
cm⁻¹; UV (EtOH) $\lambda_{max}$ 264.2 nm; ¹H-NMR (CDCl₃) δ 0.54
(3H, s, 18-CH₃), 0.93 (3H, d, J = 8 Hz, 21-CH₃), 4.09 (1H, m,
3-H), 4.32 (1H, m, 1-H), 4.86 (1H, br s, 19Z-H), 5.25 (1H, br
s, 19E-H), 6.05 (1H, d, J = 12 Hz, 7-H), 6.29 (1H, d, J = 12 Hz,
6-H); MS m/z (relative intensity) 418 (M⁺, 8), 399 (32), 381
(42), 268 (34), 250 (100), 196 (88), 144 (52), 94 (72), 43
(51); HRMS calculated for $C_{26}H_{42}O_4$: 418.3083; found:
418.3079.

**Preparation of (5Z,7E)-(1S,3R,25R)-24-nor-9,10-
secocholesta-5,7,10(19)-triene-1,3,25,26-tetrol
(4).** Tetrol **4** was obtained from sulfone **16** and (−)-(S)-
2-methylglycidol by the method described for tetrol **3**. Di-
hydroxysulfone **18** was obtained in 98% yield, as calculated
for the consumed starting sulfone **16**. Diol **20** was ob-
tained in 91% yield from dihydroxysulfone **18** and tetrol **4**
was obtained from diol **20** in 73% yield as a colorless oil: IR
(film) 3356, 2928, 1645, 1383, 1217, 1051, 955, 913 cm⁻¹; UV
(EtOH) $\lambda_{max}$ 264.4 nm; ¹H-NMR (CDCl₃) δ 0.54 (3H, s,
18-CH₃), 0.93 (3H, d, J = 8 Hz, 21-CH₃), 4.09 (1H, m, 3-H),
4.31 (1H, m, 1-H), 4.86 (1H, d, 19Z-H), 5.25 (1H, d, 19E-H),
6.05 (1H, d, J = 12 Hz, 7-H), 6.29 (1H, d, J = 12 Hz, 6-H); MS
m/z (relative intensity) 418 (M⁺, 42), 399 (62), 381 (90),
268 (38), 250 (100), 196 (82), 94 (45), 43 (90); HRMS cal-
culated for $C_{26}H_{42}O_4$: 418.3083; found: 418.3095.

**RESULTS AND DISCUSSION**

A convergent synthesis[21–26] was used to obtain a series
of analogs **1**–**6** (Fig. 2) of 1,25-(OH)₂D₃ with an additional
chiral center at carbon C-25. The key step of our synthesis
involved the coupling of the vitamin D synthon with the
side-chain fragment. Vitamin D synthon ($C_{23a,24}$ sulfone **7**,
Scheme 1) was prepared from $C_{23a,24}$ ester by the previ-
ously described method.[27] The terminal fragment of the



Fig. 2. Chiral analogs of 24a,25b-dihomo-1,25-dihydroxycholecalciferol
(**1**, **2**, **5**, and **6**) and of 24-nor-1,25-dihydroxycholecalciferol (**3** and **4**).

side chain carrying the designed configuration at C-25 was
derived from (+)-(R)-2-methyl glycidol.[28] This chiron was
reported[29] to give a very low yield (~10%) of oxirane ring
opening with methylphenylsulfone and it had to be pro-
tected as a silyl ether (TBDP) to react with carbanions in a
reasonable yield.[30] In our hands, however, opening the
oxirane ring of unprotected (+)-(R)-2-methylglycidol with
deprotonated sulfone **7** yielded, almost quantitatively, a
mixture of diastereomeric dihydroxysulfones **8**. The car-
banion stabilizing sulfone moiety in **8** was removed by
sodium amalgam reduction in buffered methanol. Fluoride
ion-promoted desilylation of 1,3-diprotected tetrol **10** gave
the final (25S)-analog **1** in 41% overall yield from sulfone **7**.
(25R)-Analog **2** was obtained by the same method using
(−)-S-2-methylglycidol. Analog **5** was obtained by methyl
substitution of tosylate **12**, obtained from diol **10**, with
lithium dimethylcopper reagent in 55% overall yield. In a
similar way analog **6** was obtained from diol **11**.

Analogs **3** and **4** (Scheme 2) were synthesized[31] from
$C_{22}$ sulfone **16** by the method described for analogs **1** and
**2**. The diastereomeric purity of analogs **1**–**6** was deter-
mined by HPLC with the use of a chiral stationary
phase.[32,33] Diastereomeric analogs **1** and **2**, **3** and **4**, and
**5** and **6** were not separable by achiral HPLC in a number
of straight and reversed phase systems. However, separa-

QUESTMS-00000093

Scheme 1. Synthesis of analogs 1, 2, 5, and 6. Reagents and conditions: (i) n-BuLi, (+)-(R)- (for 8) and (−)-(S)-2-methylglycidol (for 9), THF, −10°C, 60 min; (ii) Na₂HPO₄, MeOH, 5% Na/Hg, RT, 1.5 h; (iii) n-Bu₄NF, THF, 60°C, 2.5 h; (iv) p-TsCl, DMAP, pyridine, 40°C, 2.5 h; (v) CH₃MgBr, LiCuCl₄, THF, RT, 4 h (vi) n-Bu₄NF, THF, 60°C, 2.5 h.

tion was obtained on amylose 3,5-dimethylphenylcarbamate (Chiralpak AD) (Table 1). To the best of our knowledge this is the first evidence of chiral stationary phase HPLC separation of diastereomers in the vitamin D field. As it might be expected, the best separation was obtained for diastereomers 3 and 4, which have the additional chiral center located closer to chiral C-20 than for the other diastereomers studied. The separation of diastereomers 1 and 2, and 5 and 6 ($\alpha \approx 1.1$) could not be improved by optimizing the composition of the mobile phase and by

TABLE 1. High-performance liquid chromatographic separation of diastereomeric analogs of 1,25-dihydroxycholecalciferol on chiral stationary phase[a]

| | HPLC parameters | | |
|---|---|---|---|
| | Capacity factors | | Selectivity |
| Analog | $k_1'$ | $k_2'$ | $\alpha$ |
| 1, PRI-1892 | 2.1 | | |
| | | | 1.1[a] |
| 2, PRI-1891 | | 2.3 | |
| 3, PRI-2169 | 1.1 | | |
| | | | 4.4[b] |
| 4, PRI-2170 | | 4.3 | |
| 5, PRI-1893 | 4.1 | | |
| | | | 1.1[c] |
| 6, PRI-1894 | | 3.8 | |

[a]Chromatographic conditions: stationary phase: Chiralpak AD (amylose) column, 4.6 × 25 cm; detection, UV, 265 nm. Mobile phase: [a]19% EtOH in hexane; [b]15% EtOH in hexane; [c]10% EtOH in hexane.

Scheme 2. Synthesis of analogs 3 and 4. Reagents and conditions: (i) n-BuLi, (+)-(R)- (for 17) and (−)-(S)-2-methylglycidol (for 18), THF, −10°C, 60 min; (ii) Na₂HPO₄, MeOH, 5% Na/Hg, RT, 1.5 h; (iii) n-Bu₄NF, THF, 60°C, 2.5 h.

QUESTMS-00000094

254                                                          ODRZYWOLSKA ET AL.

TABLE 2. Relative binding affinity of analogs of
1,25-dihydroxycholecalciferol [1,25-(OH)$_2$D$_3$] for vitamin
D receptor*

| Analog | EC$_{50}$ | Relative affinity Analog/1,25-(OH)$_2$D$_3$ (×10$^2$) |
|---|---|---|
| 1 | $5.4 \times 10^{-9} \pm 0.2^a$ | 27$^b$ |
| 2 | $2.6 \times 10^{-9} \pm 0.1$ | 13 |
| 3 | $1.5 \times 10^{-9} \pm 0.2$ | 75 |
| 4 | $7.6 \times 10^{-9} \pm 0.2$ | 38 |
| 5 | $1.7 \times 10^{-9} \pm 0.2$ | 8.5 |
| 6 | $1.7 \times 10^{-9} \pm 0.2$ | 8.5 |

*Affinity for calf thymus vitamin D receptor was determined with a Nichol's kit (see ref. 20) by measuring the displacement of 1,25-(OH)$_2$[26,27-$^3$H]$_2$D$_3$ from the specific binding sites with the analog tested.
$^a$The value from three different experiments done in duplicate.
$^b$The value indicates how many times the affinity of the analog tested was lower than that of 1,25-(OH)$_2$D$_3$.

selecting various polar solvents. Nevertheless, the separation now obtained allowed us to determine that our synthesis gives analogs 1–6 with diastereomeric purity above 97%, which is acceptable for further biological evaluation of these compounds. Interestingly, no separation of diastereomers 1 and 2, 3 and 4, or 5 and 6 was observed on cellulose 3,5-dimethylphenylcarbamate (Chiracel OD) as stationary phase. The use of other chiral stationary phases in straight- and reversed-phase mobile systems for the separation of diastereomeric analogs of 1,25-(OH)$_2$D$_3$ is under way in this laboratory.

The affinity of analogs 1–4 was measured for the intracellular calf thymus VDR (Table 2). Introducing an additional hydroxyl at the C-26 in analogs 1 and 2 with the extended side chain[34,35] caused a decrease of the binding affinity of two orders of magnitude, as compared with the lead structure[36] [24a,24b-dihomo-1,25-(OH)$_2$D$_3$]. The lowering of the binding affinity for VDR was also observed for analogs 3 and 4 with the side chain truncated by one carbon unit. However, for both pairs of diastereomers (1 and 2 as well as for 3 and 4) the affinity of the (25S) 25,26-diol was consistently twice that for the analog with the opposite chirality at C-25, i.e., (25R). In order to test the specificity of the effect observed, we prepared analogs 5 and 6 with the C-26 hydroxyl replaced by methyl. The effect of chiral discrimination by VDR was found to be limited to the 25,26-diols, as it disappeared for other C-25 chiral analogs with the C-26 hydroxyl replaced with methyl. It might be concluded that the presence of an additional hydroxyl at the carbon neighboring the C-25 center is a prerequisite for the diastereoselective interaction of vitamin D analogs with VDR. The present goal is to obtain analogs with the chiral terminus in the side chain, as in analogs 1 and 2, and with increased affinity for VDR. According to one of our recent findings,[31] this might be achieved by constructing a more rigid side chain with one or two double bonds located in the vicinity of the C-25 center. Work on these side chain-substituted and unsaturated chiral analogs of vitamin D is under way in our laboratories.

## ACKNOWLEDGMENTS

Dr. P. Dobrowolski from Pharmaceutical Research Institute and A.J.M. Borst and J.L. Brugman from Solvay Pharmaceuticals are acknowledged for their recording of NMR spectra, and J. Witowska from the Institute of Industrial Chemistry (Warszawa, Poland) for mass spectra. The authors are also grateful to Ing. Willy Hasselink from Mallinckrodt Baker B.V. (Deventer, Holland) and to Hirofumi Oda from Daicel Science Industries (Tokyo, Japan) for their kind assistance in selecting the chiral HPLC column.

## LITERATURE CITED

1. Ettinger RA, DeLuca HF. The vitamin D endocrine system and its therapeutic potential. Adv Drug Res 1996;28:269–312.
2. DeLuca HFD. Historical overview. In: Feldman D, Glorieux FH, Pike JW, editors. Vitamin D. San Diego: Academic Press; 1997. p 3–11.
3. Bouillon R, Okamura WH, Norman AW. Structure-function relationships in the vitamin D endocrine system. Endocrine Rev 1995;16:200–257.
4. Zhu G-D, Okamura WH. Synthesis of vitamin D (Calciferol). Chem Rev 1995;95:1877–1952.
5. Midland MM, Hammond MW, Rahman NA, Dormanen MC, Nemere I, Norman AW. Chemistry and conformation of vitamin D molecules. J Steroid Biochem Mol Biol 1995;53:603–613.
6. Dai H, Posner GH. Synthetic approaches to vitamin D. Synthesis 1994;1383–1398.
7. Wilson SR, Yasmin A. Stereoselective synthesis of vitamin D. In: Atta-ur-Rahman, editor. Studies in natural products chemistry. Vol. 10. Amsterdam: Elsevier Science Publishers; 1992. p 43–75.
8. Okamura WH, Zhu G-D. Chemistry and design: structural biology of vitamin D action. In: Feldman D, Glorieux FH, Pike JW, editors. Vitamin D. San Diego: Academic Press; 1997:939–971.
9. Norman AW, Bishop JE, Collins ED, Seo EG, Satchel DP, Dormanen MC, Zanello SB, Farach-Carson MC, Bouillon R, Okamura WH. Differing shapes of 1α, 25-dihydroxyvitamin D$_3$ function as ligands for the D-binding protein, nuclear receptor and membrane receptor: a status report. J Steroid Biochem Mol Biol 1996;56:13–22.
10. Bouillon R, Verstuyf A, Verlinden A, Allewart K, Branisteanu D, Mathieu C, van Baelen H. Non-hypercalcemic pharmacological aspects of vitamin D analogs. Biochem Pharmacol 1995;50:577–583.
11. Darwish H, DeLuca HF. Vitamin D-regulated gene expression. Crit Rev Eukar Gene Expr 1993;3:89–116.
12. DeLuca HF. Applications of new vitamin D compounds to disease. Drug News Perspec 1992;5:87–92.
13. Rastinejad F, Perlmann T, Evans RM, Sigler PB. Structural determinants of nuclear receptor assembly on DNA direct repeats. Nature 1994;375:203–211.
14. Maynard DF, Trankle WG, Norman AW, Okamura WH. 14-Epi stereoisomers of 25-hydroxy- and 1-alpha-25-dihydroxyvitamin D$_3$: synthesis, isomerization to previtamins, and biological studies. J Med Chem 1994; 37:2387–2393.
15. Posner GH. 1-Alpha,25-dihydroxy vitamin D$_3$ hybrid analogs with structural changes at both the A-ring and the C,D-ring side chain. II. Bioorg Med Chem Lett 1995;5:2163–2168.
16. Siciński RR, Tanaka Y, Schnoes HK, DeLuca HF. Synthesis of 1α,25-dihydroxyvitamin D$_3$, its 24 epimer and related isomers, and their binding affinity for the 1,25-dihydroxyvitamin D$_3$ receptor. J Org Chem 1985;13:158–169.
17. Ishida H, Shimizu M, Yamamoto Y, Iwasaki Y, and Yamada S. Synthesis of 1-alkyl-1,25-dihydroxyvitamin D$_3$. J Org Chem 1995;60:1828–1833.
18. Muralidharan KR, de Lera AR, Isaeff SD, Norman AW, Okamura WH. Studies on the A-ring diastereomers of 1α,25-dihydroxyvitamin D$_3$. J Org Chem 1993;58:1895–1899.
19. Chodyński M, Kutner A. Synthesis of side-chain homologated analogs

of 1,25-dihydroxycholecalciferol and 1,25-dihydroxyergocalciferol. Steroids 1991:56:311–315.

20. Hollis BW. Assay of a circulating 1,25-dihydroxyvitamin D involving a novel single cartridge extraction and purification procedure. Clin Chem 1986;32:2060–2063.

21. Andrews DR, Barton DHR, Hesse RH, Pechet MM. Synthesis of 25-hydroxy- and 1α,25-dihydroxyvitamin $D_2$ from vitamin $D_2$ (calciferol). J Org Chem 1986;51:4819–4828.

22. Perez-Sestello J, Mascarenas JL, Castedo L, Mourino A. A short, flexible approach to vitamin $D_3$ analogs with modified side chains. Tetrahedron Lett 1994;35:275–278.

23. Calverley MJ, Strugnell S, Jones G. The seleno-acetal route to 1α-hydroxy-vitamin D analogues: synthesis of 24-oxa-1α-hydroxy-vitamin $D_3$, a useful vitamin D metabolism probe. Tetrahedron 1993;49:739–746.

24. Kutner A, Perlman LK, Siciński RR, Phelps ME, Schnoes HK, DeLuca HF. Vitamin D C-22 aldehyde. New key intermediate for the synthesis of side-chain modified vitamin D analogs. Tetrahedron Lett 1987;28:6129–6132.

25. Kutner A, Perlman KL, Lago A, Siciński RR, Schnoes HK, DeLuca HF. Novel convergent sythesis of side-chain modified analogs of 1α,25-dihydroxycholecalciferol and 1α,25-dihydroxyergocalciferol. J Org Chem 1988;53:3450–3457.

26. Kutner A, Chodyński M, Halkes SJ, Brugman J. Novel concurrent synthesis of side-chain modified analogs of vitamin $D_2$ and $D_3$: 24,24-dihomo-25-hydroxycholecalciferol and (22E)-22-dehydro-24,24-dihomo-25-dihydroxycholecalciferol. Bioorg Chem 1993;21:13–23.

27. Chodyński M, Wjoceichowska W, Halkes SJ, van de Velde J-P, Kutner A. Synthesis and in vitro evaluation of side-chain unsaturated analogs

of 24a,24b-dihomo-1,25-dihydroxycholecalciferol. Steroids 1997;62:546–553.

28. Shao H, Zhu Q, Goodman M. A new asymmetric synthesis of α-methylcysteines via chiral aziridines. J Org Chem 1995;60:790–791.

29. Scherkenbeck J, Bart M, Thiel U, Metten K-H, Heinemann F, Welzel P. Model studies directed toward forskolin: synthesis of a tricyclic model compound from farnesol. Tetrahedron 1988;44:6325–6336.

30. Okabe M, Sun R-C. t-Butyldimethylsilyl group was also used for protection of (-)-(S)-2-methylglycidol in an oxirane ring opening with lithium methylenetriphenylphosphorane. An efficient synthesis of (22E,25R)-1α,25,26-Trihydroxy-Δ$^{22}$-vitamin $D_3$. Tetrahedron Lett 1993;34:6533–6536.

31. Odrzywolska M, Chodyński M, Halkes SJ, van de Velde J-P, Kutner A. Pol. Patent P-316696, 1996.

32. Yashima E, Kasashima E, Okamoto Y. Enantioseparation on 4-halogen-substituted phenylcarbamates of amylose as chiral stationary phases for high-performance liquid chromatography. Chirality 1997;9:63–68, and references cited therein.

33. Dingenen J. Polysacchoride phases in enantioseparations. In: Subramanian G, editor. A practical approach to chiral separations by liquid chromatography. New York: VCH Publishers; 1994. p 115–181.

34. DeLuca HF. Recent advances in the molecular mechanism of action of 1,25-dihydroxyvitamin $D_3$. J Bone Min Metab 1991;9:171–179.

35. Kutner A. Novel practical synthesis of 24,24-dihomo-1,25-dihydroxycholecalciferol. Pol J Chem 1993;67:759–761.

36. Perlman K, Kutner A, Prahl J, Smith C, Inaba M, Schnoes HK, DeLuca HF. 24-Homologated 1,25-dihydroxyvitamin $D_3$ compounds: separation of calcium and cell differentiation activities. Biochemistry 1990;29:190–196.

QUESTMS-00000096

BIOMEDICAL CHROMATOGRAPHY, VOL. 5, 153–160 (1991)

# Analysis of Vitamin D and its Metabolites using Thermospray Liquid Chromatography/Mass Spectrometry

**David Watson and Kenneth D. R. Setchell\***
Mass Spectrometry Laboratory, Children's Hospital Medical Center, Elland and Bethesda Avenues, Cincinnati, Ohio 45229, USA

**Richardus Ross**
Department of Neonatology, Children's Hospital Medical Center, Elland and Bethesda Avenues, Cincinnati, Ohio 45229, USA

A new method is described for the analysis of vitamin D and its metabolites utilizing thermospray (TSP) mass spectrometry as an on-line detector for high performance liquid chromatography. Ionization conditions were optimized for use with isocratic reversed phase chromatography. TSP mass spectrometry was employed in series with a UV absorbance detector to facilitate comparisons between the two methods of detection. Positive ion TSP mass spectra were recorded for vitamin $D_2$, vitamin $D_3$, 25-hydroxyvitamin $D_3$ (25(OH)$D_3$), 1,25-dihydroxyvitamin $D_3$ (1,25(OH)$_2$$D_3$) and 24,25-dihydroxyvitamin $D_3$ (24,25(OH)$_2$$D_3$). The spectra contained protonated molecular ions, ammonium adduct ions and fragment ions due to the loss of one or more molecules of water. A comparison of quantitative precision was made by determining UV absorbance and TSP standard curves for vitamin $D_3$ using two different methods: (1) External standard method with post-column (post UV detector) addition of ammonium acetate. (2) As (1) but using the method of internal standards with a closely eluting internal standard (vitamin $D_2$). In each case the quantitative precision (correlation coefficient) for UV absorbance detection was superior owing to intrinsic instability of the TSP ion beam. A stable isotopically labelled internal standard was employed in the development of an assay for 1,25(OH)$_2$$D_3$. The assay was used to quantify *in vitro* enzymatic conversion of 25(OH)$D_3$ to 1,25(OH)$_2$$D_3$ in guinea pig and sheep renal mitochondrial incubations. TSP LC/MS was also applied to analysis of an extract of human blood plasma in which $D_3$ and each of its principal metabolites were identified in a single analysis.

## INTRODUCTION

The metabolism of vitamin D and the biological activities of vitamin D metabolites have been studied with growing interest during the past 25 years. In order to facilitate clinical and biochemical investigations much effort has focussed on the development of appropriate analytical methods. Currently the methods routinely used for quantification of vitamin $D_3$ metabolites include competitive protein binding assays (Belsey *et al.*, 1971; Horst *et al.*, 1981), radioreceptor assays (Chandler *et al.*, 1980; Oftebro *et al.*, 1988), radioimmonoassays (Gray *et al.*, 1981; Hollis and Napoli, 1985) and high performance liquid chromatography (HPLC) with ultraviolet (UV) absorbance detection (Clemens *et al.*, 1982; Okano *et al.*, 1981). HPLC has also been employed in conjunction with competitive binding assays (Asknes, 1980; Jongen *et al.*, 1981) to furnish greater compound specificity and to facilitate multicomponent analysis.

As a result of the commercialization of the thermospray (TSP) interface and ion source (Blakley and Vestal, 1983) it is now routinely possible to introduce the entire eluate from analytical scale HPLC systems into a mass spectrometer without loss of chromatographic resolution, and on-line mass spectrometric analysis of polar and thermally labile compounds eluting from the HPLC column can be readily accomplished. Biomedical applications of TSP liquid chromatography/mass spectrometry (LC/MS) are now numerous, including analyses of drugs and drug metabolites (Covey *et al.*, 1985), steroid conjugates (Watson *et al.*, 1985, 1986) corticosteroid hormones (Watson *et al.*, 1987; Gaskell *et al.*, 1987), eicosanoids (Richmond *et al.*, 1986; Voyksner and Bush, 1987), phospholipids (Kim *et al.*, 1987), glutathione conjugates (Parker *et al.*, 1988), phytoestrogens (Setchell *et al.*, 1987), bacterial phenazines (Watson *et al.*, 1988), bile acids (Setchell and Vestal, 1989) and many others. Since HPLC is by far the most popular chromatographic technique in use for the purification and assay of vitamin D and its metabolites there is much potential benefit to be gained from the application of TSP mass spectrometry us an HPLC detector for these compounds. In concept TSP LC/MS possesses characteristics which should afford several advantages for analysis of vitamin D and its metabolites compared with gas chromatography/mass spectrometry (GC/MS); it should be possible to reduce the number of sample extraction steps, no derivatization is required prior to chromatography and thermal effects should be eliminated. For these reasons we have investigated the qualitative and quantitative aspects of the TSP mass spectrometric behaviour of the most biologically important vitamin D related compounds.

\* Author to whom correspondence should be addressed.

0269–3879/91/040153–08 $05.00
© 1991 by John Wiley & Sons, Ltd.

*Received 21 August 1990*
*Accepted 11 September 1990*

QUESTMS-00000097

154                                    D. WATSON, R. ROSS AND K. D. R. SETCHELL

## EXPERIMENTAL

**Chemicals.** Vitamins $D_2$ and $D_3$ were purchased from Sigma Chemical Co. (St Louis, MO, USA). Vitamin D metabolites were generously donated by Hoffmann-la-Roche, Nutley, NJ, USA. These materials were stored in ethanol at $-20\,°C$ when not in use and the concentrations of stock solutions were verified by UV absorbance prior to use in quantitative analyses. Water for HPLC was purified to 18 M$\Omega$ cm resistivity; HPLC quality methanol was purchased from Baxter Healthcare Corporation, Muskegon, MI, USA. Ammonium acetate (HPLC grade) was obtained from J. T. Baker Chemical Co., Phillipsburg, NJ, USA. All other chemicals and biochemicals were standard commercial high purity preparations.

**Instrumentation.** The HPLC mobile phase was delivered by a Waters Model 600-MS pump and the eluate was passed through the high pressure flow-cell of a Waters Model 490-MS variable wavelength detector (set to monitor at 264 nm) connected directly to the vaporizer tube of a Vestec 201 TSP LC/MS system (Vestec Corp., Houston, TX, USA). This system has a single quadrupole mass analyser (10–800 Da, unit resolution). All of the analyses were performed using a standard Vestec vaporizer tube with a 150 µm spray orifice. Samples were introduced into the mass spectrometer either via an HPLC column or using a column bypass loop with a Waters Model U6K injector. Instrument control and data acquisition were performed using a Teknivent Vector 1 (Teknivent, St Louis, MO, USA) mass spectrometer data system.

**High performance liquid chromatography.** Three different reversed phase chromatography systems were developed in the course of these studies; while each was designed partly to satisfy the operating requirements of the TSP ionization process, the elution conditions are compatible with those used generally in the field of vitamin D research:

Method A. For separation of hydroxylated vitamin D metabolites a Waters Nova-PAK $C_{18}$ column (15 cm × 0.46 cm i.d., 4 µm particle size) was eluted isocratically with methanol:water (80:20 v/v) containing ammonium acetate (0.1 M) at a flow rate of 1 mL/min.

Method B. For $D_2$ and $D_3$ analysis a Hypersil $C_{18}$ column (25 cm × 0.46 cm i.d., 5 µm particle size, Keystone Scientific Inc., Bellefonte, PA, USA) was eluted with methanol (0.9 mL/min). The ionizing buffer for the TSP source (0.4 M ammonium acetate, pH 6.5, flow rate 0.3 mL/min) was added via a Valco zero dead volume "tee" connector on the outlet side of the UV absorbance detector using a separate pulse-dampled HPLC pump (Waters Model 590).

Method C. For simultaneous analysis of vitamins $D_2$, $D_3$ and their hydroxylated metabolites a combination of Methods A and B were used; the Hypersil column was eluted at 0.9 mL/min with a linear solvent gradient running from methanol:water (80:20 v/v) to 100% methanol over a 15-min period. The final solvent composition was held for 10 min at the end of the gradient. The ionizing buffer was added as in Method B.

**TSP mass spectra.** The operating parameters of the TSP LC/MS system (vaporizer control temperature, vaporizer tip temperature, ion source block temperature) were initially optimized using background ions generated by ionization of HPLC Method A mobile phase which was continuously pumped into the ion source at a flow rate of 1 mL/min.

Ionization was enhanced when the ion source filament was switched on. Detailed optimization of ionization was then carried out using a "tuning solution" (a 2 µg/mL solution of $1,25(OH)_2D_3$ in the mobile phase, pumped continuously via the column bypass loop into the ion source at a flowrate of 1 mL/min). All available modes of ionization (pure TSP, "filament-ion" and "discharge-on") were investigated in both positive and negative ion detection modes. The most favourable response was realized in positive ion filament-on mode.

After thoroughly purging the system of $1,25(OH)_2D_3$, authentic standards (200 ng each) of vitamins $D_2$, $D_3$, $25(OH)D_3$, $1,25(OH)_2D_3$ and $24,25(OH)_2D_3$ in mobile phase (50 µL) were introduced separately into the TSP ion source via the column bypass loop. Positive ion, filament-on TSP mass spectra (mass range $m/z$ 100–600 scanned every 2 s) were recorded for each compound.

**Quantitative precision of TSP LC/MS: standard curves for vitamin $D_3$.** Method (1). Varying amounts (0-40 ng) of vitamin $D_3$ were detected in series by both UV absorbance (264 nm) and filament-on TSP MS using HPLC Method B. The $[M + H]^+$ ion ($m/z$ 385) was monitored for TSP detection. Separate standard curves were constructed using the UV peak heights and the TSP peak heights or integrated peak areas.

Method (2). In this method an internal standard (40 ng of vitamin $D_2$) was present with each vitamin $D_3$ standard injected and an additional ion channel ($m/z$ 397, $[M + H]^+$ for vitamin $D_2$) was monitored. Other conditions were exactly as described for method (1). The method of internal standards was used for construction of both UV absorbance and TSP standard curves.

*In vitro* **application: 1$\alpha$-hydroxylation of $25(OH)D_3$ by guinea pig and sheep renal mitochondria.** The preparation of mitochondria, the incubation protocol and initial extraction of the products using $C_{18}$ solid phase extraction cartridges were performed as described by Hagenfeldt *et al.* (1988). The crude extracts were dried in a stream of nitrogen and reconstituted in mixture A (50 µL). The reconstituted extracts were analyzed by TSP LC/MS in selected ion monitoring (SIM) mode using HPLC method A. The eluate was monitored at $m/z$ 399 and 402 to detect $1,25(OH)_2D_3$ and the added internal standard (96 pmol of $[26,26,26-^2H_3]1,25(S)(OH)_2D_3$, 98 atom % excess). The amounts of $1,25(OH)_2D_3$ formed were estimated from a calibration curve prepared from analysis of standard mixtures. Mixtures containing 96 pmol of $[26,26,26-^2H_3]1,25(S)(OH)_2D_3$ (98 atom % excess) and 0-96 pmol $1,25(OH)_2D_3$ were analysed in triplicate by TSP LC/MS in SIM mode. The mass spectrometer was set to monitor $m/z$ 399 and 402 with maximized dwell-time and signal averaging within a specified cycle time of 3 s. The ion signals generated by $1,25(OH)_2D_3$ and the deuterated analogue from each standard mixture were integrated and linear regression analysis was performed to generate standard curves using the method of internal standards.

*In vivo* **application: vitamin D metabolite profile in human plasma.** Human blood plasma (10 mL) was obtained from a normal adult male volunteer. A lipophilic fraction was obtained by extraction with acetonitrile. This extract was made 50% (v/v) aqueous by addition of dibasic potassium phosphate buffer (pH 10.4) and applied to a Waters $C_{18}$ Sep-Pak cartridge which had been prewashed sequentially with methanol, methanol:water (70:30 v/v) and water (5 mL each). After washing with water (2 × 3 mL) and methanol:



**Figure 1.** Positive ion filament-assisted TSP mass spectra of vitamin D and metabolites. Each spectrum was obtained from 480 pmol of material; (a) vitamin $D_2$, (b) vitamin $D_3$, (c) 25(OH)$D_3$, (d) 1,25(OH)$_2D_3$, (e) 24,25(OH)$_2D_3$.

water (70:30 v/v, 2×2 mL). This extract was eluted with acetonitrile:methanol (95:5 v/v, 2×2 mL). This extract, to which was added 96 pmol of [26,26,26-$^2H_3$]1,25(OH)$_2D_3$, was dried under a stream of nitrogen, reconstituted in methanol:water (80:20 v/v, 50 µL) and subjected to TSP LC/MS analysis using HPLC Method C. Ions specific for vitamin $D_2$, vitamin $D_3$ and the major metabolites of vitamin $D_3$ were monitored throughout the analysis and a mixture of authentic standards was chromatographed immediately afterwards.

## RESULTS AND DISCUSSION

This paper describes a new method for the analysis of vitamin D and its metabolites. Several methodological reviews of methodology in this field have appeared during the last ten years (Seamark et al., 1981; Bikle, 1983; Horst, 1985; Porteous et al., 1987). The reliability of many routine clinical assays for these compounds has been shown to be unsatisfactory on the grounds that inter-laboratory variations are unacceptably large

**Table 1.** Retention data for authentic standards using HPLC Methods A–C

| Compound | Retention time (min) | | |
|---|---|---|---|
| | Method A | Method B | Method C |
| Vitamin $D_2$ | >60 | 9.8 | 26.2 |
| Vitamin $D_3$ | >60 | 10.3 | 27.0 |
| 25-Hydroxyvitamin $D_3$ | 28.3 | — | 17.4 |
| 1,25-Dihydroxyvitamin $D_3$ | 10.4 | — | 14.8 |
| 24,25-Dihydroxyvitamin $D_3$ | 6.8 | — | 12.8 |

(Mayer and Schmidt-Gayk, 1984; Jongen et al., 1984). Combined gas chromatography/mass spectrometry (GC/MS) has been advocated for use as a definitive reference technique against which to standardize less specific assays. Stable isotope dilution assays based on GC/MS have been developed for most of the important vitamin $D_3$ metabolites (Björkhem et al., 1979; Seamark et al., 1980; Björkhem and Holmberg, 1980; Coldwell et al., 1984) but few laboratories in the field of vitamin D analysis are equipped to employ these techniques. The development of a clinically useful GC/MS assay for 1,25(OH)$_2D_3$ in blood has proved difficult; the methods reported to date require 10–20 mL blood samples and are therefore impractical for routine measurement of normal range concentrations (ca. 0.1 pmol/mL). In general, published sample preparation procedures for vitamin D and its metabolites prior to GC/MS analysis are laborious, typically requiring liquid–liquid extraction followed by two liquid–solid extractions, one or two HPLC purification steps and finally formation of suitable volatile derivatives. Overall recoveries from these lengthy procedures are sometimes rather low, e.g. 34% (Oftebro et al., 1988). A further well-known disadvantage associated with GC/MS analysis of these compounds is heat-induced isomerization to pyro and isopyro isomers during gas chromatography (Coldwell et al., 1984). To date this problem has either been tolerated, at the expense of detection limits, or circumvented by pre-analysis isomerization to isothasterols. We have investigated the TSP LC/MS behaviour of vitamin D and its most important metabolites and evaluated the potential usefulness of the technique as a research tool in this field.

### TSP mass spectra

For initial instrument tuning the vaporizer, ion source block, tip heater and lens temperatures were optimized using background ions (m/z 50 and 318) in positive ion, direct TSP ionization mode. Fine tuning was then performed with the aid of a tuning solution of 1,25(OH)$_2D_3$. Operation in positive ion filament-on mode generated substantially increased ion signals compared with direct TSP ionization although the qualitative appearance of the spectrum was unchanged. No appreciable ion currents were observed in negative ion mode. Strong positive ion TSP mass spectra were generated for each compound from 480 pmol of material injected (Fig. 1). The mass spectra of vitamins $D_2$ and $D_3$ contained only [M + H]$^+$ ions, while the hydroxylated metabolites additionally formed ammonium adduct ions and fragment ions corresponding to the loss of one or more molecules of water. It is usually difficult to distinguish between positional isomers from TSP mass spectra due to the paucity of fragment ions; however in the case of 1,25(OH)$_2D_3$ and its 24,25-dihydroxy isomer, the striking difference between the relative intensities of the [M + H – H$_2$O]$^+$ (m/z 399) and [M + H]$^+$ (m/z 417) signals permitted a reliable distinction to be made. Retention times were subsequently determined for authentic vitamin D and its metabolites using HPLC Method A and by monitoring the appropriate compound specific ions for eluting components. Retention data for all three HPLC methods are shown in Table 1.

156                          D. WATSON, R. ROSS AND K. D. R. SETCHELL



**Figure 2.** Selected ion monitoring trace showing detection of 0.6 pmol of 1,25(OH)$_2$D$_3$ by TSP LC/MS.

**Detection limit for 1,25(OH)$_2$D$_3$**

We used 1,25(OH)$_2$D$_3$ for fine tuning because this is the most biologically potent metabolite and its concentration *in vivo* is normally three orders of magnitude lower than that of vitamin D$_3$ and 25(OH)D$_3$. Hence the detection limit for 1,25(OH)$_2$D$_3$ is an important test of any proposed comprehensive analytical approach for this group of compounds. Under conditions optimized to yield the maximum relative ion current at *m/z* 399 it was possible to detect 0.6 pmol of 1,25(OH)$_2$D$_3$ post-LC (*S/N* 3:1, see Fig. 2).

**Quantitative precision comparison between UV and TSP methods of detection**

A direct comparison between UV absorbance and TSP detection methods was facilitated by in-series connection of the two detection systems so that a single injection of analyte could be monitored by both. Multiple analyses of each standard mixture were made using each of Methods (1) and (2) described in Experimental Section. A comparison of precision was made by determining the correlation coefficients of linear regression standard curves for UV and TSP



**Figure 3.** Standard curves for HPLC quantification of vitamin D$_3$ using both UV absorbance detection (264 nm) and "in-series" TSP MS detection by Methods (1) and (2). (a) Method (1), TSP detection; (b) Method (1), UV detection; (c) Method (2), TSP detection; (d) Method (2), UV detection.

Case 1:18-cv-01436-MN   Document 72-7   Filed 09/25/19   Page 102 of 505 PageID #: 292



**Figure 4.** (a) Selected ion monitoring responses for vitamins $D_2$ ($m/z$ 397) and $D_3$ ($m/z$ 385) used for TSP standard curve constructed by Method (2). (b) Ultraviolet absorbance profile (264 nm) from the same analytical run as shown in (a). Chromatographic resolution of vitamins $D_2$ and $D_3$ was deliberately compromised using method (2) in order to optimize conditions for TSP measurement.

detection in each case. The results of this comparison are shown in Fig. 3. It was strongly apparent that the quantitative precision of UV detection was superior to that of TSP detection in both cases. This is perhaps surprising for Method (2), where conditions were selected to favour the TSP MS detector by using vitamin $D_2$ as a nearly co-eluting, chemically similar internal standard and exploiting mass specificity to give clean, Gaussian responses for measurement (Fig. 4a). At the same time conditions for UV measurement were necessarily suboptimal (Fig. 4b). These results clearly demonstrate the intrinsic instability, even over very short time periods, of the ion current signals generated by the TSP ion source and suggest that, in general superior quantitative data will be afforded by UV

absorbance detection. The only further improvement which can be made in the quantitative precision of TSP detection is by the use of the stable isotope internal standard, in which case a direct comparison with UV detection is precluded. An indirect comparison can be made between our stable isotope dilution TSP standard cure for 1,25(OH)$_2$D$_3$ (Fig. 5) and GC/MS standard curves for similar isotope dilution assays which have been developed by ourselves and others (Björkhem *et al.*, 1979; Watson *et al.*, 1990). These GC/MS assays all afford considerably greater quantitative precision than we obtained using TSP mass spectrometric detection in the current study; this further demonstrates the relative weakness of the TSP technique in quantitative applications.



**Figure 5.** Calibration curve for quantification of 1,25(OH)$_2$D$_3$ in the range 0–96 pmol using [26,26,26-$^2$H$_3$]1,25(S)(OH)$_2$D$_3$ as internal standard.

QUESTMS-00000101

D. WATSON, R. ROSS AND K. D. R. SETCHELL

158



**Figure 6.** UV absorbance HPLC profile at 264 nm from a simple liquid–solid extract of the supernatant from an incubation of 25(OH)D₃ with guinea pig renal mitochondria.

*In vitro* application: 1α-hydroxylation of 25-hydroxyvitamin D₃ by guinea pig and sheep renal mitochondria

The renal 1α-hydroxylation of 25(OH)D₃ is the final step in the biogenesis of 1,25(OH)₂D₃, the active antirachitic metabolite of vitamin D₃. Extensive mechanis-

**Table 2.** Amounts of 1,25-dihydroxyvitamin D₃ formed in renal mitochondrial incubations: quantification by stable isotope dilution and LC/MS analysis

| Extract | Species | Incubation time (min) | ng 1,25(OH)₂D₃ per 100 mg mitochondrial tissue |
|---------|---------|------------------------|----------------------------------------------------|
| 1 | Guinea pig | 30 | 22.0 |
| 2 | Guinea pig | 30 | 28.2 |
| 3 | Sheep | 15 | 23.6 |
| 4 | Sheep | 15 | 16.7 |
| 5 | Sheep | 60 | 17.9 |
| 6 | Sheep | 60 | 23.0 |

tic studies of this metabolic reaction have been carried out in the chicken (Henry and Norman, 1984) and in rachitic rats (Paulson and DeLuca, 1985). In these early animal models relatively large quantities of 1,25(OH)₂D₃ were formed and reliable quantification using competitive binding assays or HPLC with single wavelength UV detection was possible. More recently the latter approach has been extended to measurement of renal 1α-hydroxylase activity in both pigs (Holmberg *et al.*, 1986) and guinea pigs (Delvin and Dussault, 1985) with normal vitamin D status. Hagenfeldt *et al.* (1988) developed an isotope dilution method based on GC/MS for quantification of 1,25(OH)₂D₃ produced by guinea pig renal mitochondria *in vitro*.

The UV profiles generated in our experiments from simple liquid–solid extracts (Fig. 6) were complicated by additional intensely absorbing species eluting close to 1,25(OH)₂D₃ and consequently measurement of 1,25(OH)₂D₃ UV responses in these extracts was difficult. The SIM profiles obtained on-line from the same analyses show far less chemical noise and demonstrate the superior compound specificity obtained with mass spectrometric detection. The SIM responses due to the internal standard and 1,25(OH)₂D₃ formed in the guinea pig mitochondrial incubations were clearly measurable (peaks III and IV in Fig. 7).



**Figure 7.** Selected ion monitoring profiles from: (a) A standard mixture containing 40 ng each of 1,25(OH)₂D₃ and [26,26,26-²H₃]1,25(S)(OH)₂D₃. (b) The same incubation extract which generated the UV absorbance profile shown in Fig. 6.



**Figure 8.** TSP LC/MS summed ion chromatogram (summed SIM signals at *m/z* 399, 401, 402 and 417) of human plasma extract showing detection of vitamin D₃ and its principal metabolites using HPLC Method C: peak I, 24,25(OH)₂D₃; peak II, 1,25(OH)₂D₃ plus trideuterated internal standard; peak III, 25(OH)D₃; peak IV, vitamin D₃.

QUESTMS-00000102

In the experiments using sheep mitochondria a modified mobile phase was used (methanol:water, 80:20, v/v containing 2% formic acid) in order to determine whether the intensity of the $[M + H - H_2O]^+$ signal for $1,25(OH)_2D_3$ could be increased by eliminating ammonium adduct formation. Observed signal-to-noise ratios were clearly lower in this experiment, indicating that 2% formic acid is less efficient for primary ionization of $1,25(OH)_2D_3$ than $0.1 M$ ammonium acetate. The standard curve obtained from SIM analyses for $1,25(OH)_2D_3$ using $[26,26,26-^2H_3]1,25(S)(OH)_2D_3$ as internal standard is shown in Fig. 5 and the measured amounts of $1,25(OH)_2D_3$ formed in incubations using guinea pig and sheep mitochondria are listed in Table 2.

In addition to $1,25(OH)_2D_3$, the $m/z$ 399 ion current profiles from some incubation extracts from both guinea pig and sheep mitochondria contained responses arising from two other, more hydrophilic species (peaks I and II in Fig. 7). The 24,25- and 25,26-dihydroxyvitamin $D_3$ isomers are known to elute earlier than $1,25(OH)_2D_3$ in reversed phase systems and the presence of these metabolites in the incubation extracts probably accounts for peaks I and II in the $m/z$ 399 ion profiles. Authentic $24,25(OH)_2D_3$ had a mass spectrum and elution time relative to $[^2H_3]1,25(OH)_2D_3$ identical to those of peak II.

### In vivo application: vitamin D metabolite profile in human plasma

The UV absorbance profile resulting from gradient elution of the plasma extract was extremely complex and it was not possible to confidently assign specific responses to vitamin D metabolites. From the TSP SIM profiles, however, it was possible to detect vitamin $D_3$, the added deuterated standard and the three principal metabolites of vitamin $D_3$ and to generate the reconstructed total ion current profile shown in Fig. 8. The identities of peaks I–IV were confirmed in terms of

retention time and compound-specific mass using a standard mixture chromatographed immediately after the plasma extract. Considerable contamination of the HPLC column was caused by the plasma extract, as evidenced by a high UV absorbance background throughout the standard mixture analysis. The contamination was removed after several blank runs where methanol only was injected. TSP LC/MS clearly has strong potential for multicomponent analysis of vitamin D metabolites in blood plasma, although to obtain quantitative data, particularly from a gradient elution, stable isotopically labelled standards for each component will be required, due to the compound and solvent composition dependent response of the TSP ionization process.

## CONCLUSION

In conclusion, our results indicate that TSP LC/MS is useful for the detection of vitamin D and its major biologically active metabolites and can be applied to in vitro and in vivo studies of metabolism of these compounds. The sample preparation procedures required prior to TSP LC/MS analysis are simpler than those required for GC/MS analysis while compound specificity is not compromised, although the precision of quantitative measurements compares rather poorly with other techniques. We anticipate that TSP LC/MS will play an increasingly important role, complementary to that of GC/MS, in many aspects of vitamin D research in the future.

### Acknowledgements

Professor I. Björkhem (Huddinge Hospital, Stockholm, Sweden) is thanked for supplying the guinea pig renal mitochondrial incubation extracts used in this work.

## REFERENCES

Asknes, L. (1980). Clin. Chim. Acta 104, 147.
Belsey, R., De Luca, H. F. and Potts, J. T. (1971). J. Clin. Endocrin. Metabol. 33, 554.
Bikle, D. D. (1983). Assay of Calcium-regulating Hormones. Springer-Verlag, New York.
Björkhem, I. and Holmberg, I. (1980). Meth. Enzym. 67, 385.
Björkhem, I., Holmberg, I., Kristiansen, T. and Pedersen, J. I. (1979). Clin. Chem. 25, 584.
Blakely, C. R. and Vestal, M. L. (1983). Anal. Chem. 55, 750.
Chandler, J. S., Pike, J. W., Hagan, L. A. and Haussler, M. R. (1980). Meth. Enzym. 67, 522.
Clemens, T. L., Adams, J. S., Nolan, J. H. and Holick, M. F. (1982). Clin. Chim. Acta 121, 301.
Coldwell, R. D., Trafford, D. J. H., Makin, H. L. J., Varley, M. J. and Kirk, D. N. (1984). Clin. Chem. 30, 1193.
Covey, R. T., Crowther, J. B., Dewey, E. A. and Henion, J. D. (1985). Anal. Chem. 57, 474.
Delvin, E. E. and Dussault, M. (1985). Arch. Biochem. Biophys. 240, 337.
Gaskell, S. J., Rollins, K., Smith, R. W. and Parker, C. E. (1987). Biomed. Environ. Mass Spectrom. 14, 717.
Gray, T. K., Meadoo, T., Pool, D., Lester, G. E. and Williams, M. E. (1981). Clin. Chem. 27, 458.
Hagenfeldt, Y., Pedersen, J. I. and Björkhem, I. (1988). Biochem. J. 250, 521.

Henry, H. I. and Norman, A. W. (1984). Ann. Rev. Nutr. 4, 493.
Hollis, B. W. and Napoli, J. L. (1985). Clin. Chem. 31, 1815.
Holmberg, I., Saarem, K., Pedersen, J. I. and Björkhem, I. (1986). Anal. Biochem. 159, 317.
Horst, R. L. (1985). In Vitamin D: Basic and Clinical Aspects, ed. by Kumar, R., p. 423. Martinus Nijhoff, Boston.
Horst, R. L., Reinhardt, T. A., Beitz, D. C. and Littledike, E. T. (1981). Steroids 37, 581.
Jongen, M. J. M., Van der Vijgh, W. J. F., Willems, H. J. J. and Netelenbos, J. C. (1981). Clin. Chem. 27, 444.
Jongen, M. J. M., Van Ginkel, F. C., Van der Vijgh, W. J. F., Kuiper, S., Netelenbos, J. C. and Lips P. (1984). Clin. Chem. 30, 399.
Kim, H. Y., Yergey, J. A. and Salem, N. Jr. (1987). J. Chromatogr. 394, 155.
Mayer, E. and Schmidt-Gayk, H. (1984). Clin. Chem. 30, 1199.
Oftenbro, H., Falch, J. A., Holmberg, I. and Haug, E. (1988). Clin. Chim. Acta 176, 157.
Okano, T., Mizuno, N., Shida, S., Takahashi, N., Kobayashi, T., Kuroda, E., Kodama, S. and Matsuo, T. (1981). J. Nutr. Sci. Vitamin 27, 43.
Parker, C. E., de Wit, J. S. M., Smith, R. W., Gopinathan, M. B., Hernandez, O., Tomer, K. B., Vestal, C. H., Sanders, J. M. and Bend, J. R. (1988). Biomed. Environ. Mass Spectrom. 15, 623.

QUESTMS-00000103

160                              D. WATSON, R. ROSS AND K. D. R. SETCHELL

Paulson, S. K. and DeLuca, H. F. (1985). *J. Biol. Chem.* **260**, 11488.

Porteous, C. E., Coldwell, R. D., Trafford, D. J. H. and Makin, H. L. J. (1987). *J. Steroid Biochem.* **28**, 785.

Richmond, R., Clarke, S. R., Watson, D., Chappell, C. G., Dollery, C. T. and Taylor, G. W. (1986). *Biochim. Biophys. Acta* **881**, 159.

Seamark, D. A., Trafford, D. J. H. and Makin, H. L. J. (1980). *Clin. Chim. Acta* **106**, 51.

Seamark, D. A., Trafford, D. J. H. and Makin, H. L. J. (1981). *J. Steroid Biochem.* **14**, 111.

Setchell, K. D. R. and Vestal, C. H. (1989). *J. Lipid Res.*

Setchell, K. D. R., Welsh, M. B. and Lim, C. K. (1987). *J. Chromatogr.* **386**, 315.

Voyksner, R. D. and Bush, E. D. (1987). *Biomed. Environ. Mass Spectrom.* **14**, 213.

Watson, D., Taylor, G. W. and Murray, S. (1985). *Biomed. Mass Spectrom.* **12**, 610.

Watson, D., Taylor, G. W. and Murray, S. (1986). *Biomed. Environ. Mass Spectrom.* **13**, 65.

Watson, D., Taylor, G. W., Laird, S. and Vinson, G. P. (1987). *Biochem. J.* **242**, 109.

Watson, D., Taylor, G. W., Wilson, R., Cole, P. J. and Rowe, C. (1988). *Biomed. Environ. Mass Spectrom.* **17**, 251.

Watson, D., Ross R. and Setchell, K. D. R. (1990). *Proceedings of the 38th ASMS Meeting on Mass Spectrometry and Allied Topics.*

QUESTMS-00000104

160                               D. WATSON, R. ROSS AND K. D. R. SETCHELL

Paulson, S. K. and DeLuca, H. F. (1985). *J. Biol. Chem.* **260**, 11488.

Porteous, C. E., Coldwell, R. D., Trafford, D. J. H. and Makin, H. L. J. (1987). *J. Steroid Biochem.* **28**, 785.

Richmond, R., Clarke, S. R., Watson, D., Chappell, C. G., Dollery, C. T. and Taylor, G. W. (1986). *Biochim. Biophys. Acta* **881**, 159.

Seamark, D. A., Trafford, D. J. H. and Makin, H. L. J. (1980). *Clin. Chim. Acta* **106**, 51.

Seamark, D. A., Trafford, D. J. H. and Makin, H. L. J. (1981). *J. Steroid Biochem.* **14**, 111.

Setchell, K. D. R. and Vestal, C. H. (1989). *J. Lipid Res.*

Setchell, K. D. R., Welsh, M. B. and Lim, C. K. (1987). *J. Chromatogr.* **386**, 315.

Voykaner, R. D. and Bush, E. D. (1987). *Biomed. Environ. Mass Spectrom.* **14**, 213.

Watson, D., Taylor, G. W. and Murray, S. (1985). *Biomed. Mass Spectrom.* **12**, 610.

Watson, D., Taylor, G. W. and Murray, S. (1986). *Biomed. Environ. Mass Spectrom.* **13**, 65.

Watson, D., Taylor, G. W., Laird, S. and Vinson, G. P. (1987). *Biochem. J.* **242**, 109.

Watson, D., Taylor, G. W., Wilson, R., Cole, P. J. and Rowe, C. (1988). *Biomed. Environ. Mass Spectrom.* **17**, 251.

Watson, D., Ross R. and Setchell, K. D. R. (1990). *Proceedings of the 38th ASMS Meeting on Mass Spectrometry and Allied Topics.*

QUESTMS-000001051

 **Pergamon**

Biochemical Pharmacology, Vol. 49, No. 8, pp. 1099–1110, 1995.
Copyright © 1995 Elsevier Science Ltd
Printed in Great Britain. All rights reserved
0006–2952/95 $9.50 + 0.00

0006-2952(95)00058-5

# CHARACTERIZATION OF THE METABOLIC PATHWAY OF 1,25-DIHYDROXY-16-ENE VITAMIN D₃ IN RAT KIDNEY BY ON-LINE HIGH PERFORMANCE LIQUID CHROMATOGRAPHY–ELECTROSPRAY TANDEM MASS SPECTROMETRY

BERNICE YEUNG,* PAUL VOUROS,*† MEI-LING SIU-CALDERA‡ and
G. SATYANARAYANA REDDY‡

*Department of Chemistry and The Barnett Institute, Northeastern University, Boston, MA 02115;
and ‡Department of Pediatrics, Women & Infants' Hospital of Rhode Island and Brown University
School of Medicine, Providence, RI 02905, U.S.A.

(Received 19 September 1994; accepted 14 November 1994)

**Abstract**—1,25-Dihydroxy-16-ene vitamin D₃ is a synthetic analog of 1,25-dihydroxyvitamin D₃, the most physiologically active metabolite of vitamin D₃. The renal metabolism of 1,25-dihydroxy-16-ene vitamin D₃ had been studied previously using a perfused rat kidney system [Reddy et al., *Bioorg Med Chem Lett* 3: 1879–1884, 1993], and its C-24 oxidative metabolic pathway had been found to be different from that of 1,25-dihydroxyvitamin D₃ by HPLC. To further delineate the differences between the C-24 oxidative metabolic pathways of 1,25-dihydroxyvitamin D₃ and 1,25-dihydroxy-16-ene vitamin D₃ in this present study we investigated the C-24 oxidation pathway of 1,25-dihydroxy-16-ene vitamin D₃ using a novel detection approach based on on-line capillary liquid chromatography coupled to electrospray tandem mass spectrometry. Two types of tandem mass spectrometric detection were employed to characterize the metabolites in the kidney perfusate: (a) the preliminary screening of metabolites by parent scan, which led to the tentative discovery of the production of 1,23,25-trihydroxy-24-oxo-16-ene vitamin D₃, a new metabolite of 1,25-dihydroxy-16-ene vitamin D₃, and (b) the pharmacokinetic studies of the substrate, 1,25-dihydroxy-16-ene vitamin D₃ and its metabolites by multiple reaction monitoring. In the latter, the mass spectrometric sensitivity for quantification was found to be about 20-fold better than UV detection. The current study concluded that the C-24 oxidative metabolic pathway of 1,25-dihydroxy-16-ene vitamin D₃ closely mimicked that of its natural counterpart. Furthermore, the use of mass spectrometry permitted the clearance rate of the starting substrate to be studied at a more physiological level (ng/mL or submicromolar level), which had not been possible previously by HPLC-UV detection.

*Key words:* electrospray tandem mass spectrometry; packed capillary liquid chromatography; rat kidney perfusion; pharmacokinetics; chemical derivatization

Vitamin D₃ is a secosteroid synthesized in the skin from 7-dehydrocholesterol upon exposure to sunlight. It is now accepted that vitamin D₃ is

† Corresponding author: Professor Paul Vouros, Department of Chemistry, Northeastern University, 360 Huntington Ave., Boston, MA 02115. Tel. (617) 373-2840; FAX (617) 373-8795

§ Abbreviations: 25(OH)D₃, 25-hydroxyvitamin D₃; 1,25(OH)₂D₃, 1α,25-dihydroxyvitamin D₃; 24,25(OH)₂D₃, 24(R),25-dihydroxyvitamin D₃; Δ¹⁶1,25(OH)₂D₃, 1α,25-dihydroxy-16-ene vitamin D₃; Δ¹⁶1,24,25(OH)₃D₃, 1α,24,25-trihydroxy-16-ene vitamin D₃; Δ¹⁶1,25(OH)₂-24-oxo D₃, 1α,25-dihydroxy-24-oxo-16-ene vitamin D₃; 1,25(OH)₂-24-oxo D₃, 1α,25-dihydroxy-24-oxo-vitamin D₃; Δ¹⁶1,23,25(OH)₃-24-oxo D₃, 1α,23,25-trihydroxy-24-oxo-16-ene vitamin D₃; 1,23,25(OH)₃-24-oxo D₃, 1α,23,25-trihydroxy-24-oxo-vitamin D₃; PTAD, 4-phenyl-1,2,4-triazoline-3,5-dione; μLC, capillary liquid chromatography; TFA, trifluoroacetic acid; ESI, electrospray ionization; MRM, multiple reaction monitoring; and CID, collision-induced dissociation.

hydroxylated in the liver at the C-25 position to form 25(OH)D₃§, then in the kidney at the C-1 or C-24 positions to form 1,25(OH)₂D₃ and 24,25(OH)₂D₃ [1]. Currently, 1,25(OH)₂D₃ (Scheme 1) is believed to be the most physiologically active form of vitamin D₃ and its role in the maintenance of calcium homeostasis is well established. Research has shown that 1,25(OH)₂D₃ like other steroid hormones binds to its specific intracellular receptor, which in turn modulates the transcription of various genes [2].

The presence of the 1,25(OH)₂D₃ receptor has been found in cells that are not involved in calcium metabolism, including the various cancer cell lines, and subsequently it has been discovered that 1,25(OH)₂D₃ possesses several noncalcemic biological functions [3]. Abe et al. [4] for the first time demonstrated the action of 1,25(OH)₂D₃ on the differentiation of mouse myeloid leukemia cells *in vitro*. Because of this revelation, a great deal of research has been carried out in search of synthetic noncalcemic analogs of 1,25(OH)₂D₃ that have equal or higher potency in cell differentiation but much

QUESTMS-00000106

1100

B. YEUNG et al.



Scheme 1. C-24 oxidative metabolic pathway of $1,25(OH)_2D_3$ in kidney.

lower calcemic effects [5–10]. Several recent studies suggest the possibility of using some of the newly synthesized noncalcemic analogs of $1,25(OH)_2D_3$ as potential drugs in the treatment of psoriasis, cancer, immune disorders and hyperparathyroidism [8, 11–14]. Calcipotriol (MC 903), developed by Leo Pharmaceuticals, has been approved as a drug for the treatment of psoriasis [5, 15–17]. The unique biological activities of the various noncalcemic analogs of $1,25(OH)_2D_3$ may be due to: (a) changes in binding to vitamin D receptor and vitamin D binding protein, and (b) changes in their metabolic pathways and final inactivation in the body. One type of noncalcemic analogs that have received attention includes those that are modified in the D-ring with a 16,17-double bond [7]. In a recent study, $\Delta^{16}1,25(OH)_2D_3$ [Scheme 2, (1)] has been shown as a potent antileukemic agent with low potential to cause hypercalcemia [18]. In an attempt to get a

better understanding of the effects of D-ring structural modification on the metabolism of these analogs, Reddy et al. [19] studied the metabolic pathway of $\Delta^{16}1,25(OH)_2D_3$ in rat kidney and compared it with that of $1,25(OH)_2D_3$ (Scheme 1). It was concluded that, similar to $1,25(OH)_2D_3$, $\Delta^{16}1,25(OH)_2D_3$ was metabolized into its respective 24-hydroxy and 24-oxo metabolites, but ultimately resisted C-23 hydroxylation. As a result, $\Delta^{16}1,25(OH)_2$-24-oxo-$D_3$ accumulates as a stable intermediary metabolite when compared with $1,25(OH)_2$-24-oxo-$D_3$ which is metabolized further into $1,23,25(OH)_2$-24-oxo-$D_3$. Most recently, it has been demonstrated that $\Delta^{16}1,25(OH)_2$-24-oxo-$D_3$ is as active as its parent in its immunosuppressive activity, but exhibits less calcemic activity [20]. At present the further metabolic fate of $\Delta^{16}1,25(OH)_2D_3$ is unknown.

In the present work, a novel detection approach



Scheme 2. Derivatization of vitamin D-type compounds by PTAD.

QUESTMS-00000107

comprised of on-line μLC and tandem mass spectrometry (MS/MS) was utilized for the characterization and detection of the metabolites of $\Delta^{16}1,25(OH)_2D_3$ formed through the C-24 oxidation pathway. Unlike the previous study, rat kidney perfusion experiments of the present study were carried out with lower starting substrate concentrations in order to minimize saturation of the enzymes of the C-24 oxidation pathway. Perfusate samples were first purified by solid phase extraction, and were then subjected to a selective yet simple derivatization reaction with the dienophile PTAD as previously described [21, 22] and illustrated in Scheme 2. The PTAD-derivatized vitamin D compounds were ionized by ESI where their protonated molecular ions (MH$^+$) underwent facile fragmentation under CID conditions in the mass spectrometer as shown in Scheme 3, resulting in a



Scheme 3. Fragmentation of MH$^+$ ion of $1,25(OH)_2D_3$-PTAD to $m/z$ 314 under collision-induced dissociation conditions.

characteristic ion transition (MH$^+$ ----> $m/z$ 314) that may be utilized for detection purposes. Based on this unique ion transition, two modes of MS/MS detection were carried out for characterizing the perfusate samples: parent scan, which specifically detected the vitamin D compounds in a mixture and determined their molecular weights, and MRM, which quantified the individual target vitamin D compounds at the trace levels.

## MATERIALS AND METHODS

### Chemicals

$1,25(OH)_2D_3$ and $\Delta^{16}1,25(OH)_2D_3$ standards were obtained from Dr. M. Uskokovic of Hoffmann-La Roche (Nutley, NJ). The [$^3$H]$1,25(OH)_2D_3$ tracer (< 1 μCi = < 37 kBq/4 mL) was part of an assay kit obtained from the Nichols Institute (San Juan Capistrano, CA). PTAD was purchased from Aldrich (Milwaukee, WI). Scintilene, Scintiverse II, and HPLC grade acetonitrile and methanol were obtained from Fisher (Pittsburgh, PA). TFA was obtained from Sigma (St. Louis, MO). HPLC grade water was produced in-house by a Milli-Q Plus system (Millipore, Milford, MA).

### PTAD-derivatized vitamin D standards

Procedure and reaction conditions were as described before [21, 22].

### Rat kidney perfusion

Male Sprague–Dawley rats (375–450 g) (Taconic, Germantown, NY), raised on normal rodent diet sufficient in calcium, phosphorus and vitamin D, were injected with 2 μg of $1,25(OH)_2D_3$ at 20 and 4 hr prior to surgery, in order to achieve maximum renal 24-hydroxylase activity. One kidney was perfused with 100 mL of perfusate containing 8 μg of $\Delta^{16}1,25(OH)_2D_3$, while another kidney was perfused with 100 mL of perfusate containing 80 μg of the substrate, using methodology described previously [23]. Aliquots (5 mL) from each perfusion system were drawn at 10 min, and 1, 2, 3 and 4 hr, after which the perfusion experiments were stopped. The 5-mL aliquots were used to determine the production rates of the metabolites and the clearance rate of the starting substrate by MRM. Twenty-milliliter aliquots were obtained at 4 hr from each perfusion system for the screening of total vitamin D contents by parent scanning.

### Solid phase extraction

Two stages of extraction of the perfusate samples using C18 cartridges (500 mg/6 mL; Varian, Sunnyvale, CA) were employed. A vacuum manifold (Alltech, Deerfield, IL) was used for all extraction work. The first stage of the procedure, adapted from a literature method [24], was used for the extraction of analytes from the perfusate. The sample aliquots were collected in borosilicate test tubes and were dried down completely in a Speed-Vac vacuum centrifuge (Savant Instruments, Farmingdale, NY). The dried samples were then reconstituted in 500 μL of acetonitrile, and a solution of PTAD in acetonitrile (20–30 μg/μL) was added dropwise to each tube until the red color persisted. Since the PTAD reagent was added in excess to ensure complete reaction, a second extraction was necessary for its removal so that the chromatography would not be affected. The procedure for this extraction was developed and evaluated using the [$^3$H]$1,25(OH)_2D_3$ tracer and was as follows: After 30 min of reaction time, each sample aliquot was brought up to 5 mL with $H_2O$, and the samples were decanted into the reconditioned C18 cartridges. The cartridges were washed with 5 mL of $H_2O$ and 30% acetonitrile under ≈ 0.5 atm (7.4 psi), followed by 4 mL of 100% acetonitrile under ≤ 0.17 atm (2.5 psi), which eluted the PTAD-derivatized analyte. The sample aliquots were collected in 5-mL glass v-vials and were dried to completion in the Speed-Vac. Based on final radioactivity counts of the [$^3$H]$1,25(OH)_2D_3$ tracer, a 66.1% analyte recovery (relative standard deviation = 2.8%, N = 6) was achieved after all the sample treatment steps as indicated above.

This aforementioned method developed in our laboratory has been used for treating all the perfusate aliquots collected from the rat kidney perfusion experiments. Instead of the tracer, non-radioactive $1,25(OH)_2D_3$ was added as the internal standard and samples were treated in the same fashion. For μLC–

1102                                    B. YEUNG *et al.*

MS/MS analysis, the final dried samples were resuspended in methanol for injection.

### *μLC conditions*

A Carlo Erba Phoenix 20 μLC system (Fisons Instruments, Beverly, MA) was operated in the gradient mode at 5 μL/min as follows: 20% B for 5 min, then up to 100% B in 8 min, held at 100% B for 15 min, where solvent A = H$_2$O and B = acetonitrile (both with 0.1% TFA). The column was a C18 packed capillary LC column (3 μm, 100 Å particles, 320 μm × 15 cm) (LC Packings, San Francisco, CA). A Rheodyne 7125 injector (Cotati, CA) with a 20-μL PEEK loop was used for all injections, which varied from 1 to 20 μL in volume (in methanol). All separations were carried out at room temperature.

### *MS conditions*

All MS data were obtained on a VG Quattro triple quadrupole mass spectrometer (Fisons Instruments, Beverly, MA) by ESI in the positive ion mode. To maximize intensity of the MH$^+$ ions of the analytes, the focus lens was set to 10 V and the skimmer lens to 25 V. Source temperature was maintained at 80°, and N$_2$ was used as both the coaxial gas and the bath gas for desolvation of the droplets. For flow injection work, an Isco μLC-500 pump was used with a carrier solvent of 60% acetonitrile (0.1% TFA) at 5 μL/min. A fused silica capillary (280 μm o.d., 75 μm i.d.) (Polymicro Technologies, Phoenix, AZ) was used for connection between the ESI probe and either solvent pump. For MS/MS, high purity argon was used as the collision gas, and the gas cell pressure was maintained at ≈ 3.8 to 4.3 × 10$^{-3}$ mbar for MRM and parent scan, and at ≈ 8.0 × 10$^{-4}$ to 1.0 × 10$^{-3}$ mbar for product ion scan. A collision energy of 20 eV was used for all MS/MS work.

### RESULTS

### *Principles of MS/MS techniques*

Before proceeding to the presentation and discussion of results from the rat kidney perfusion experiments, it is appropriate to first define the various MS/MS techniques that were utilized. The three types of MS/MS detection described in this work are product ion scan, parent scan and MRM, all of which are based on the presence of ions (typically including MH$^+$) in the regular normal scan mass spectrum acquired by ESI. The basic principle behind the MS/MS techniques involves the selection of the appropriate ion (e.g. MH$^+$), which is admitted into the rf-only mass filter in the second quadrupole of the instrument. Collision of this ion (parent ion) with an inert gas (e.g. argon) then takes place in the collision chamber. Finally, fragment ions resulting from the breakdown of the parent ion are detected in the third quadrupole.

Product ion scan is utilized primarily for structural characterization of an analyte, where the fragment ions formed from the collision of its MH$^+$ are recorded as a normal scan mass spectrum in the third quadrupole. For a given class of analytes, one or more common fragment ions may be identified

from their product ion spectra; such is the case here for the m/z 314 ion in the spectra of the derivatized vitamin D compounds. These ions then form the basis of parent scanning, which is used to identify the presence as well as the molecular masses of these analytes. Finally, when the molecular mass of an analyte is known, MRM may be used for more sensitive detection, where the first and the third quadrupoles are set up to transmit only the targeted MH$^+$ and its selected fragment ion, respectively. In many ways, MRM is analogous to single ion monitoring, which detects only one ion at a specific m/z. However, the specificity of MRM is superior since it detects a specific fragmentation involving a pair of ions, rather than only a single ion. MRM data are plotted as a chromatographic peak that represents the abundance of a specific ion transition, which can be used for quantitative purposes. In MRM, multiple ion transitions may be detected and plotted simultaneously, as demonstrated in the following sections. Together these three MS/MS techniques provide a powerful means for the trace level detection and identification of unknown and/ or target analytes. For further discussion of these and other MS/MS techniques, readers are referred to Ref. 25.

### *PTAD-derivatized vitamin D standards*

The ESI normal scan mass spectra of 1,25(OH)$_2$D$_3$ and Δ$^6$1,25(OH)$_2$D$_3$ standards derivatized by PTAD are shown in Fig. 1. Under conditions that were optimized for MS/MS detection, very little fragmentation was seen for the MH$^+$ ion in the spectra. Figure 2 shows the product ion spectra of the MH$^+$ ions of the two PTAD derivatives under CID conditions. In each case, the fragmentation of the MH$^+$ ions to primarily a single product ion at m/z 314 is demonstrated. The ion fragmentation has been described in detail previously [21] and is briefly summarized in Scheme 3. This unique fragmentation pattern, namely MH$^+$ ----> m/z 314, was utilized in all subsequent detections by MS/MS.

Using a μLC on-line with the MS for sample preconcentration, MRM detection of 1,25(OH)$_2$D$_3$-PTAD standard was carried out and is illustrated in Fig. 3. As explained earlier, MRM detects a specific pair of ions in a fragmentation that, in the case of 1,25(OH)$_2$D$_3$-PTAD, was m/z 592 (MH$^+$) ----> m/z 314. As shown in Fig. 3, the detection limit for 1,25(OH)$_2$D$_3$ by MRM was ca. 50 pg (120 fmol), with a linear response of MRM area counts in the range of 50 pg to 500 ng ($y = 1.2 \cdot 10^5 x + 1.0 \cdot 10^5$, where $x$ = pmol of analyte injected, and $y$ = MRM area counts; N = 2). The error to the estimate was 0.046. The rising baselines seen in parts of Fig. 3 are typical for the trace level detections by MRM, as is the case in the work described in the subsequent sections. It was also observed that peak shapes tended to broaden as the amounts of analytes increased, which was probably caused by: (a) column overloading, and (b) instability of ESI spray when analyte molecules competed for ionization. Nevertheless, the linearities of response as well as the dynamic range of analysis were found to be satisfactory and neither was affected by the peak shapes.

QUESTMS-00000109

Renal metabolism of $\Delta^{16}1,25(OH)_2D_3$                          1103





Fig. 1. Electrospray ionization (ESI) normal scan spectra of (top panel) $1,25(OH)_2D_3$-PTAD, 50 ng,
with $MH^+ = 592.9$; and (bottom panel) $\Delta^{16}1,25(OH)_2D_3$-PTAD, 50 ng, with $MH^+ = 590.8$. Data were
obtained by flow injection analysis.

QUESTMS-0000110

1104                                            B. YEUNG *et al.*



Fig. 2. Product ion spectra of the MH⁺ ions of (top panel) 1,25(OH)₂D₃-PTAD (*m/z* 592.7), 50 ng; and (bottom panel) Δ¹⁶¹,25(OH)₂D₃-PTAD (*m/z* 590.6), 50 ng. Both were obtained by flow injection analysis.

QUESTMS-00000111



Fig. 3. Multiple reaction monitoring (MRM) analysis of $1,25(OH)_2D_3$-PTAD standard using the ion transition of $m/z\ 592 \longrightarrow m/z\ 314$. Data were obtained by $\mu$LC-ESI MS/MS and are plotted as a function of retention time (r.t.). Area counts are indicated next to each peak.

### Spiked blank perfusate samples

Blank perfusate solutions spiked with various amounts of both $1,25(OH)_2D_3$ and $\Delta^{16}1,25(OH)_2D_3$ standards were prepared and treated as outlined in Materials and Methods. The final dried samples were resuspended in 20 $\mu$L of methanol for injections onto the capillary LC column. For MRM detection, two ion transitions were selected for the simultaneous monitoring of both analyses: $m/z\ 592 \longrightarrow m/z\ 314$ for $1,25(OH)_2D_3$-PTAD, and $m/z\ 590 \longrightarrow m/z\ 314$ for $\Delta^{16}1,25(OH)_2D_3$-PTAD. Figure 4 shows the results of some of these analyses, in the range from 500 pg/mL to 500 ng/mL of each analyte spiked (N = 2). For $1,25(OH)_2D_3$-PTAD, the standard curve was $y = 4.3 \cdot 10^2 x - 6.0 \cdot 10^3$, with an error to the estimate = 0.0025; for $\Delta^{16}1,25(OH)_2D_3$-PTAD, the standard curve was $y = 3.1 \cdot 10^2 x - 5.1 \cdot 10^2$, with an error to the estimate = 0.00015. Similar to the observation with the $1,25(OH)_2D_3$-PTAD standard, the MRM peak shapes obtained with the spiked perfusate also broadened as the amounts of analytes increased.

To evaluate sample recovery during $\mu$LC-MS analysis, blank perfusate solutions were purified as described before [24] and then spiked with various amounts of both PTAD-derivatized $1,25(OH)_2D_3$ and $\Delta^{16}1,25(OH)_2D_3$ standards. These samples were examined using the $\mu$LC-MS/MS by MRM, and the area counts obtained were compared with those shown in Fig. 4. Comparison of these results (i.e. MRM signals from analyte spiked in sample before



Fig. 4. MRM analysis by $\mu$LC-ESI MS/MS of blank perfusate samples spiked with $1,25(OH)_2D_3$ (top traces, $m/z\ 592 \longrightarrow m/z\ 314$) and $\Delta^{16}1,25(OH)_2D_3$ (bottom traces, $m/z\ 590 \longrightarrow m/z\ 314$). Amounts of both compounds spiked in each mL of perfusate sample: (a) 500 pg; (b) 5 ng; (c) 50 ng. Area counts are indicated.

QUESTMS-00000112

B. YEUNG *et al.*



Fig. 5. Identification of metabolites of $\Delta^{16}1,25(OH)_2D_3$ produced in rat kidney by $\mu$LC-ESI MS/MS using parent scan on 2 mL of final perfusate. Metabolites were detected as PTAD derivatives and identified as $\Delta^{16}1,25(OH)_2D_3$ (substrate, $m/z$ 590.7), $\Delta^{16}1,24,25(OH)_3D_3$ ($m/z$ 606.4), $\Delta^{16}1,25(OH)_2$-24-oxo $D_3$ ($m/z$ 604.9) and $\Delta^{16}1,23,25(OH)_2$-24-oxo $D_3$ ($m/z$ 621.0). The reconstructed ion chromatograms of these ions are shown in the inset. $m/z$ 572.7 is the loss of $H_2O$ from $m/z$ 590.7.

vs after solid phase extraction) revealed average MS signal recoveries of 64% for $1,25(OH)_2D_3$-PTAD and 68% for $\Delta^{16}1,25(OH)_2D_3$-PTAD, which was well in line with the analyte recovery found by radioactivity counting after sample extraction and treatment (see Materials and Methods). These results demonstrated that no significant analyte loss was encountered during the $\mu$LC-MS/MS detection. The linearities of detection by MRM of both analytes also established the suitability of $1,25(OH)_2D_3$ as an internal standard for the detection of $\Delta^{16}1,25(OH)_2D_3$ in perfusate. The detection limit by MRM in perfusate was $\approx 500$ pg (1.2 pmol) for both analytes.

*Perfusate samples from rat kidney perfusion experiment*

*Parent scan.* A 2-ml aliquot from the 80 $\mu$g perfusion experiment was prepared as described earlier, and the final sample was injected onto the $\mu$LC-MS/MS system and examined by parent scan. As explained earlier, this technique identifies the molecular masses of analytes that fragment to give ions of a specific $m/z$. In this experiment, the third quadrupole of the mass spectrometer was set up to detect only the production of the $m/z$ 314 fragment ion after collision, while the first quadrupole was used to scan over a mass range that bracketed the

expected $MH^+$. Based on previous findings [19, 26], a mass range of $m/z$ 540 to $m/z$ 670 was scanned in the first quadrupole, which would bracket the masses of the $MH^+$ ions of all possible metabolites produced in the C-24 oxidation pathway (Scheme 1) after derivatization with the PTAD reagent. The parent scan results are shown in Fig. 5, which contains the $MH^+$ of all C-24 metabolites found previously by Reddy *et al.* [19] ($\Delta^{16}1,24,25(OH)_3D_3$ and $\Delta^{16}1,25(OH)_2$-24-oxo-$D_3$), as well as an additional C-24 metabolite in minor quantity, corresponding in mass to the PTAD-derivatized $\Delta^{16}1,23,25(OH)_3$-24-oxo-$D_3$. A 5-mL aliquot from the same sample was examined by conventional HPLC with UV detection, and the chromatogram (Fig. 6) was similar to that obtained in the previous work [19] which, however, had failed to provide evidence for the existence of the third metabolite.

*MRM detection.* Aliquots (5 mL) from the 80 $\mu$g/100 mL perfusion collected at different time points were each spiked with 4 $\mu$g of the internal standard $1,25(OH)_2D_3$. After sample clean up and derivatization with PTAD, the final samples were each resuspended in 80 $\mu$L of methanol. Four injections were made from each vial of sample onto the $\mu$LC-MS/MS system, with each injection containing 1 $\mu$g of the internal standard. Rep-

Renal metabolism of $\Delta^{16}1,25(OH)_2D_3$                1107



Fig. 6. Identification of metabolites of $\Delta^{16}1,25(OH)_2D_3$ produced in rat kidney by HPLC-UV detection at 265 nm of 5 mL of the final perfusate, identifying the starting substrate, and two C-24 metabolites, $\Delta^{16}1,24,25(OH)_3D_3$ and $\Delta^{16}1,25(OH)_2$-24-oxo $D_3$. UV spectra of these compounds are also shown. The HPLC system used was a Waters 600 pump with a 900 PDA detector. Isocratic separation was carried out using a Zorbax-SIL column (25 cm × 4.6 cm) with hexane:isopropanol (90:10) at 2 mL/min.



Fig. 7. MRM analysis by μLC-ESI MS/MS of perfusates from the 80 μg/100 mL perfusion experiment, drawn at (a) 10 min; (b) 2 hr; (c) 4 hr. In each figure, trace (1) $\approx \Delta^{16}1,25(OH)_2D_3$-PTAD (substrate, $m/z$ 590 ----> $m/z$ 314), trace (2) = $1,25(OH)_2D_3$-PTAD (internal standard, $m/z$ 592 ----> 314), trace (3) = $\Delta^{16}1,25(OH)_2$-24-oxo $D_3$ ($m/z$ 605 ---> $m/z$ 314), and trace (4) = $\Delta^{16}1,24,25(OH)_3D_3$ ($m/z$ 606 ----> $m/z$ 314). All compounds were derivatives of PTAD. Data of perfusates taken at 1 and 3 hr of the perfusion experiment are not shown.

QUESTMS-00000114

resentative MRM profiles from the $\mu$LC-MS/MS analysis at several of the time points are displayed in Fig. 7, which shows the simultaneous detection of the internal standard, the starting substrate and two of the C-24 oxidative metabolites, using ion transitions as indicated in the figure legend. The third C-24 metabolite, discovered by parent scan as described earlier, was not detected by MRM due to its low quantities in these aliquots. Notably, the detection of $\Delta^{16}1,23,25(OH)_3$-24-oxo-$D_3$ by parent scan (Fig. 5) was done with the final (4 hr) perfusate when it was present at its highest concentration. The production rates of the two C-24 oxidative metabolites were plotted in Fig. 8.

From the second perfusion experiment using a 8 $\mu$g/100 mL starting substrate concentration, 5-mL aliquots collected at each time point were each spiked with 180 ng of $1,25(OH)_2D_3$, and then were extracted and treated with PTAD. Each final sample was reconstituted in 80 $\mu$L of methanol, and four injections were made, each containing 45 ng of the internal standard. MRM analyses were carried out simultaneously for the substrate and the internal standard (data not shown), using the appropriate ion transitions as described in the legend of Fig. 7. Based on the area counts observed in the MRM analyses, the half-life ($t_{1/2}$) of $\Delta^{16}1,25(OH)_2D_3$ was calculated to be 220 min for the 80 $\mu$g/100 mL perfusion, and 63 min for the 8 $\mu$g/100 mL perfusion. Therefore, the clearance of $\Delta^{16}1,25(OH)_2D_3$ by the kidney was found to be faster when a lower starting substrate concentration was present.

## DISCUSSION

In this study, the utility and feasibility of $\mu$LC-ESI MS/MS coupled with a simple chemical derivatization for the analysis of vitamin D metabolites in biological samples were demonstrated. Methods for sample treatment as well as the analytical methodology were developed and applied toward the characterization of the metabolic pathway of $\Delta^{16}1,25(OH)_2D_3$ in rat kidney. From the parent scan data, it appears that the C-24 oxidation of $\Delta^{16}1,25(OH)_2D_3$ resembles that of $1,25(OH)_2D_3$, in which the third C-24 oxidative metabolite, $\Delta^{16}1,23,25(OH)_3$-24-oxo-$D_3$, is in fact produced in the kidney, albeit in a much smaller quantity. Therefore, contrary to previous results [19], it appears that structural modification in the D-ring of $1,25(OH)_2D_3$ does not alter the sequence of the enzymatic reaction of the C-24 oxidation pathway. It only alters the rate of C-23 hydroxylation of $\Delta^{16}1,25(OH)_2D_3$. The parent scan results reported here are the first indication of the production of $\Delta^{16}1,23,25(OH)_3$-24-oxo-$D_3$ in the kidney. However, further verification of the presence and precise pharmacokinetic measurements of this metabolite are warranted.

Pharmacokinetic studies of the perfusion experiments were also possible using the $\mu$LC-MS/MS system. Because of the sensitivity of the technique, small aliquots of perfusate may be drawn at various time points for time-course studies without adversely affecting the overall environment of the kidney perfusion system. The production rates of the C-24 metabolites as well as the $t_{1/2}$ values of the substrate were characterized based on the MRM data obtained. More importantly, the sensitivity of MRM detection allowed the starting substrate concentration to be reduced by $\approx$ 20-fold over that used previously [19]. The lower concentration (ng/mL or submicromolar) used was significantly closer to physiological conditions, and its $t_{1/2}$ in the kidney, as determined by MRM analysis, was therefore more realistically reflected. As evident from the calculated $t_{1/2}$ values of $\Delta^{16}1,25(OH)_2D_3$ in the two perfusion experiments, the clearance of the substrate was $\approx$ 3.5 times faster when a lower starting concentration was present,



Fig. 8. Production rates of $\Delta^{16}1,24,25(OH)_3D_3$ (broken line) and $\Delta^{16}1,25(OH)_2$-24-oxo $D_3$ (solid line) in the rat kidney, based on MRM analysis of perfusate samples drawn from the 80 $\mu$g/100 mL perfusion experiment. Number of injections at each time point = 4. Values are means ± SD.

QUESTMS-00000115

Renal metabolism of $\Delta^{16}1,25(OH)_2D_3$                                    1109

since the enzyme(s) involved in the C-24 oxidation pathway was not oversaturated under that situation.

Detection of vitamin D compounds in biological media by $\mu$LC-ESI MS/MS is both sensitive and specific. The derivatization with PTAD is selective for vitamin D-type compounds, and it increases the ESI detectability of the analytes. The resulting ion transition under CID from these derivatives is unique and highly selective. For trace level quantification, the more commonly used single ion monitoring technique may be slightly more sensitive than MRM, but it suffers from a severe lack of specificity when applied to the analysis of biological samples. By taking advantage of the unique ion transition observed for PTAD-derivatized vitamin D compounds, target analytes may be detected with higher specificity and confidence without sacrificing the sensitivity needed for trace level analysis. Similarly, the parent scan technique based on the same ion transition provides the necessary specificity for analysis in biological samples, while simplifying the screening process by identifying only vitamin D-type compounds. The on-line coupling of a $\mu$LC further enhances the sensitivity of this multi-dimensional analysis by preconcentrating the analytes prior to MS detection. Complete HPLC separation is not necessary as the detection of specific ion transitions by MS/MS suffices in distinguishing the individual analytes.

Besides sensitivity and selectivity, detection of vitamin D compounds by the techniques described here offers a further advantage in that both natural and synthetic vitamin D compounds can be detected, provided that the diene bonds at 5,6 and 10,19 positions are available for derivatization with PTAD. This point was demonstrated in the work reported here where the natural $1,25(OH)_2D_3$ and the synthetic $\Delta^{16}1,25(OH)_2D_3$ were both detected with equal sensitivities. Therefore, the $\mu$LC-ESI MS/MS technique can potentially overcome detection problems encountered with some synthetic vitamin D analogs that fail to bind efficiently with vitamin D binding protein or vitamin D receptor preparation in conventional radioreceptor protein binding assays.

*Acknowledgements*—Financial support for this work from USPHS Biomedical Support Grant RR07143 (P.V.) and NIH Grant DK-39138 (G.S.R.) is gratefully acknowledged. This is Publication No. 620 from the Barnett Institute.

### REFERENCES

1. Napoli JL and Horst RL, Vitamin D metabolism. In: *Vitamin D: Basal Clinical Aspects* (Ed. Kumar R), pp. 91–123. Martinus Nijhoff, Boston, 1984.
2. Minghetti PP and Norman AW, 1,25(OH)$_2$-Vitamin D$_3$ receptors: Gene regulation and genetic circuitry. *FASEB J* 2: 3043–3053, 1988.
3. Walters MR, Newly identified actions of the vitamin D endocrine system. *Endocr Rev* 13: 719–764, 1992.
4. Abe E, Miyaura C, Sakagami H, Takeda M, Konno K, Yamazaki T, Yoshiki S and Suda T, Differentiation of mouse myeloid leukemia cells induced by 1$\alpha$,25-dihydroxyvitamin D$_3$. *Proc Natl Acad Sci USA* 78: 4990–4994, 1981.
5. Kragballe K and Wildfang IL, Calcipotriol (MC 903), a novel vitamin D analogue, stimulates terminal differentiation and inhibits proliferation of cultured

human keratinocytes. *Arch Dermatol Res* 282: 164–167, 1990.
6. Zhou J-Y, Norman AW and Lubbert M, Novel vitamin D analogs that modulate leukemic cell growth and differentiation with little effect on either intestinal calcium absorption or bone calcium mobilization. *Blood* 74: 82–93, 1989.
7. Zhou J-Y, Norman AW, Chen D-L, Sun G-W, Uskokovic M and Koeffler HP, 1,25-Dihydroxy-16-ene-23-yne-vitamin D$_3$ prolongs survival time of leukemic mice. *Proc Natl Acad Sci USA* 87: 3929–3932, 1990.
8. Colston KW, Chander SK, MacKay AG and Coombes RC, Effects of synthetic vitamin D analogues on breast cancer cell proliferation *in vivo* and *in vitro*. *Biochem Pharmacol* 44: 693–702, 1992.
9. Colston KW, MacKay AG and James SY, EB 1089: A new vitamin D analogue that inhibits the growth of breast cancer cells *in vivo* and *in vitro*. *Biochem Pharmacol* 44: 2273–2280, 1992.
10. Binderup L, Latini S and Binderup E, 20-Epi-vitamin D analogues: A novel class of potent regulators of cell growth and immune responses. *Biochem Pharmacol* 42: 1569–1575, 1991.
11. Bikle DD, Clinical counterpoint: Vitamin D: New actions, new analogs, new therapeutic potential. *Endocr Rev* 13: 765–784, 1992.
12. Kragballe K, Vitamin D analogues in the treatment of psoriasis. *J Cell Biochem* 49: 46–52, 1992.
13. Lowe KE and Norman AW, Vitamin D and psoriasis. *Nutr Rev* 50: 138–142, 1992.
14. Binderup L, Immunological properties of vitamin D analogues and metabolites. *Biochem Pharmacol* 43: 1885–1892, 1992.
15. Binderup L and Bramm E, Effects of a novel vitamin D analogue MC 903 on cell proliferation and differentiation *in vitro* and on calcium metabolism *in vivo*. *Biochem Pharmacol* 37: 889–895, 1988.
16. Kissmeyer A-M and Binderup L, Calcipotriol (MC 903): Pharmacokinetics in rats and biological activities of metabolites. *Biochem Pharmacol* 41: 1601–1606, 1991.
17. Sorensen H, Binderup L and Calverley MJ, *In vitro* metabolism of calcipotriol (MC 903), a vitamin D analogue. *Biochem Pharmacol* 39: 391–393, 1990.
18. Jung SJ, Lee YY, Pakkala S, De Vos S, Elstner E, Norman AW, Green J, Uskokovic M and Koeffler HP, 1,25(OH)$_2$-16-ene-Vitamin D$_3$ is a potent antileukemic agent with low potential to cause hypercalcemia. *Leuk Res* 18: 453–463, 1994.
19. Reddy GS, Clark JW, Tserng KY, Uskokovic MR and McLane JA, Metabolism of 1,25(OH)$_2$ 16-ene D$_3$ in kidney: Influence of structural modification of D-ring on side chain metabolism. *Bioorg Med Chem Lett* 3: 1879–1884, 1993.
20. Lemire JM, Archer DC and Reddy GS, 1,25-Dihydroxy-24-oxo-16-ene-vitamin D3, a renal metabolite of the vitamin D analog 1,25-dihydroxy-16-ene-vitamin D3, exerts immunosuppressive activity equal to its parent without causing hypercalcemia *in vivo*. *Endocrinology* 135: 2818–2821, 1994.
21. Yeung B, Vouros P and Reddy GS, Characterization of vitamin D$_3$ metabolites using continuous-flow fast atom bombardment tandem mass spectrometry and high performance liquid chromatography. *J Chromatogr* 645: 115–123, 1993.
22. Yeung B, Reddy GS and Vouros P, Characterization of vitamin D$_3$ metabolites by static and dynamic fast atom bombardment tandem mass spectrometry. In: *Proceedings of the 40th ASMS Conference on Mass Spectrometry and Allied Topics, Washington, DC, May 31–June 5, 1992* (Ed. Marshall AG), p. 1089–1090. The American Society for Mass Spectrometry, East Lansing, MI, 1992.

QUESTMS-00000116

B. YEUNG *et al.*

23. Reddy GS, Jones G, Kooh SW and Fraser D, Inhibition of 25-hydroxyvitamin $D_3$-1-hydroxylase by chronic metabolic acidosis. *Am J Physiol* **243**: E265–E271, 1982.

24. Rhodes CJ, Claridge PA, Trafford DJH and Makin HLJ, An evaluation of the use of Sep-Pak C18 cartridges for the extraction of vitamin $D_3$ and some of its metabolites from plasma and urine. *J Steroid Biochem* **19**: 1349–1354, 1983.

25. Busch KL, Glish GL and McLuckey SA, *Mass Spectrometry/Mass Spectrometry: Techniques and Applications of Tandem Mass Spectrometry*. VCH Publishers, New York, 1988.

26. Reddy GS and Tserng K-Y, Calcitroic acid, end product of renal metabolism of 1,25-dihydroxyvitamin $D_3$ through C-24 oxidation pathway. *Biochemistry* **28**: 1763–1769, 1989.

QUESTMS-00000117

PATENT COOPERATION TREATY                     **RECEIVED**

From the INTERNATIONAL SEARCHING AUTHORITY                     JAN 0 8 2007

| To:<br>RICHARD J. WARBURG<br>FOLEY & LARDNER LLP<br>P.O. BOX 80278<br>SAN DIEGO, CA  92138-0278 | A19 = 3/4/07<br>WO = 4/4/07 | **PCT** I.P. DEPT.<br>FOLEY & LARDNER<br><br>NOTIFICATION OF TRANSMITTAL OF<br>THE INTERNATIONAL SEARCH REPORT AND<br>THE WRITTEN OPINION OF THE INTERNATIONAL<br>SEARCHING AUTHORITY, OR THE DECLARATION<br><br>(PCT Rule 44.1) |
|---|---|---|

| | Date of mailing<br>*(day/month/year)*  **0 4 JAN 2007** |
|---|---|

| Applicant's or agent's file reference<br>034827-3604 | **FOR FURTHER ACTION**   See paragraphs 1 and 4 below |
|---|---|
| International application No.<br>PCT/US06/12539 | International filing date<br>*(day/month/year)*  05 April 2006 (05.04.2006) |

| Applicant<br>QUEST DIAGNOSTICS INVESTMENTS INCORPORATED |
|---|

1.  ☒   The applicant is hereby notified that the international search report and the written opinion of the International Searching Authority have been established and are transmitted herewith.

   **Filing of amendments and statement under Article 19:**
   The applicant is entitled, if he so wishes, to amend the claims of the international application (see Rule 46):

   **When?**   The time limit for filing such amendments is normally two months from the date of transmittal of the international search report.

   **Where?**   Directly to the International Bureau of WIPO, 34 chemin des Colombettes
   1211 Geneva 20, Switzerland, Facsimile No.: (41-22) 338.82.70.

   **For more detailed instructions,** see the notes on the accompanying sheet.

2.  ☐   The applicant is hereby notified that no international search report will be established and that the declaration under Article 17(2)(a) to that effect and the written opinion of the International Searching Authority are transmitted herewith.

3.  ☐   **With regard to the protest** against payment of (an) additional fee(s) under Rule 40.2, the applicant is notified that:

   ☐   the protest together with the decision thereon has been transmitted to the International Bureau together with the applicant's request to forward the texts of both the protest and the decision thereon to the designated Offices.

   ☐   no decision has been made yet on the protest; the applicant will be notified as soon as a decision is made.

4.  **Reminders**

   Shortly after the expiration of 18 months from the priority date, the international application will be published by the International Bureau. If the applicant wishes to avoid or postpone publication, a notice of withdrawal of the international application, or of the priority claim, must reach the International Bureau as provided in Rules 90*bis*.1 and 90*bis*.3, respectively, before the completion of the technical preparations for international publication.

   The applicant may submit comments on an informal basis on the written opinion of the International Searching Authority to the International Bureau. The International Bureau will send a copy of such comments to all designated Offices unless an international preliminary examination report has been or is to be established. These comments would also be made available to the public but not before the expiration of 30 months from the priority date.

   Within 19 months from the priority date, but only in respect of some designated Offices, a demand for international preliminary examination must be filed if the applicant wishes to postpone the entry into the national phase **until 30 months** from the priority date (in some Offices even later); otherwise, the applicant must, **within 20 months** from the priority date, perform the prescribed acts for entry into the national phase before those designated Offices.

   In respect of other designated Offices, the time limit of 30 months (or later) will apply even if no demand is filed within 19 months.

   See the Annex to Form PCT/IB/301 and, for details about the applicable time limits, Office by Office, see the *PCT Applicant's Guide*, Volume II, National Chapters and the WIPO Internet site.

| Name and mailing address of the ISA/ US<br>    Mail Stop PCT, Attn: ISA/US<br>    Commissioner for Patents<br>    P.O. Box 1450<br>    Alexandria, Virginia 22313-1450<br>Facsimile No. (571) 273-3201 | Authorized officer<br><br>Yelena G. Gakh, Ph.D.<br><br>Telephone No. (571) 272-1700 |
|---|---|

Form PCT/ISA/220 (January 2004)                     *(See notes on accompanying sheet)*

QUESTMS-00000118

(

## PATENT COOPERATION TREATY

# PCT

## INTERNATIONAL SEARCH REPORT

(PCT Article 18 and Rules 43 and 44)

| Applicant's or agent's file reference<br>034827-3604 | **FOR FURTHER**<br>**ACTION** | see Form PCT/ISA/220<br>as well as, where applicable, item 5 below. | |
|---|---|---|
| International application No.<br>PCT/US06/12539 | International filing date (day/month/year)<br>05 April 2006 (05.04.2006) | (Earliest) Priority Date (day/month/year)<br>06 April 2005 (06.04.2005) |
| Applicant<br>QUEST DIAGNOSTICS INVESTMENTS INCORPORATED | | |

This international search report has been prepared by this International Searching Authority and is transmitted to the applicant according to Article 18. A copy is being transmitted to the International Bureau.

This international search report consists of a total of ⎫⎫ sheets.

☒   It is also accompanied by a copy of each prior art document cited in this report.

1. **Basis of the Report**
   a. With regard to the **language**, the international search was carried out on the basis of:
      ☒   the international application in the language in which it was filed.
      ☐   a translation of the international application into _____ , which is the language
           of a translation furnished for the purposes of international search (Rules 12.3(a) and 23.1(b))
   b. ☐   With regard to any **nucleotide and/or amino acid sequence** disclosed in the international application, see Box No. I.
2. ☐   **Certain claims were found unsearchable** (See Box No. II)
3. ☐   **Unity of invention is lacking** (See Box No. III)
4.    With regard to the **title**,
      ☐   the text is approved as submitted by the applicant.
      ☒   the text has been established by this Authority to read as follows:
   Please See Continuation Sheet

5. With regard to the **abstract**,
   ☐   the text is approved as submitted by the applicant.
   ☒   the text has been established, according to Rule 38.2(b), by this Authority as it appears in Box No. IV. The applicant
        may, within one month from the date of mailing of this international search report, submit comments to this Authority.
6. With regard to the **drawings**,
   a.   the figure of the **drawings** to be published with the abstract is Figure No. _____
      ☐   as suggested by the applicant.
      ☐   as selected by this Authority, because the applicant failed to suggest a figure.
      ☐   as selected by this Authority, because this figure better characterizes the invention.
   b. ☒   none of the figures is to be published with the abstract.

Form PCT/ISA/210 (first sheet) (April 2005)

QUESTMS-00000119

| INTERNATIONAL SEARCH REPORT | International application No. |
|---|---|
| | PCT/US06/12539 |

**Box IV  TEXT OF THE ABSTRACT  (Continuation of Item 5 of the first sheet)**

NEW ABSTRACT

Provided are methods for simultaneous detection of non-derivatized vitamins $D_2$ and $D_3$ metabolites using tandem mass spectrometry. The methods may comprise purification of the samples and applying HPLC chromatography, as well as performing protein precipitation before MS/MS analysis.

Form PCT/ISA/210  (continuation of first sheet(3)) (April 2005)

QUESTMS-00000120

## INTERNATIONAL SEARCH REPORT

| International application No. |
| --- |
| PCT/US06/12539 |

**A.    CLASSIFICATION OF SUBJECT MATTER**

IPC:    G01N 24/00( 2007.01)

USPC:    436/173

According to International Patent Classification (IPC) or to both national classification and IPC

**B.    FIELDS SEARCHED**

Minimum documentation searched (classification system followed by classification symbols)
    U.S. : 436/173

Documentation searched other than minimum documentation to the extent that such documentation are included in the fields searched

Electronic data base consulted during the international search (name of data base and, where practicable, search terms used)
vitamins D, D2 ,D3, metabolites, mass spectrometry, tandem MS/MS, HPLC

**C.    DOCUMENTS CONSIDERED TO BE RELEVANT**

| Category * | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
| --- | --- | --- |
| X,P  N | MAUNSELL et al. "Routine isotope-dilution liquid chromatography-tandem, mass spectrometry assay for simultaneous measurement of the 25-hydroxy metabolites of vitamins D2 and D3", Clinical Chemistry, Septemer 2005, v. 51, No. 9, pp. 1683-1690 | 1-20 |
| X  Y | KISSMEYER et al. "Sensitive analysis of 1a,25-dihydroxyvitamin D3 in biological fluids by liquid chromatography-tandem mass spectrometry", J. Chrom. A, 2001, v. 935, pp. 93-103 | 1-6, 8-10 |
| X  Y | YEUNG et al. "Characterization of the metabolic pathway of 1,25-dihydroxy-16-ene vitamin D3 in rat kidney by on-line high performance liquid chromatography-electrospray tandem mass spectrometry", Biochem. Pharmac., 1995, v. 49, No. 8, pp. 1099-1110 | 1-6, 8 |
| Y  N | COLDWELL et al. "Mass fragmentographic assay for 25-hydroxyvitamin D in plasma without derivatization: enhanced sensitivity for metabolites of vitamins D2 and D3 after pre-column dehydration", J. Mass Spectrm., 1995, v. 30, pp. 348-356 | 1-6, 8-29 |

☒  Further documents are listed in the continuation of Box C.         ☐   See patent family annex.

| * | Special categories of cited documents: | "T" | later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention |
| --- | --- | --- | --- |
| "A" | document defining the general state of the art which is not considered to be of particular relevance | | |
| "E" | earlier application or patent published on or after the international filing date | "X" | document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone |
| "L" | document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified) | "Y" | document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art |
| "O" | document referring to an oral disclosure, use, exhibition or other means | | |
| "P" | document published prior to the international filing date but later than the priority date claimed | "&" | document member of the same patent family |

| Date of the actual completion of the international search | Date of mailing of the international search report |
| --- | --- |
| 05 December 2006 (05.12.2006) | 0 4 JAN 2007 |
| Name and mailing address of the ISA/US | Authorized officer |
| Mail Stop PCT, Attn: ISA/US
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450 | Yelena G. Gakh, Ph.D. |
| Facsimile No. (571) 273-3201 | Telephone No. (571) 272-1700 |

Form PCT/ISA/210 (second sheet) (April 2005)

QUESTMS-00000121

( ( (

**INTERNATIONAL SEARCH REPORT**

International application No.

PCT/US06/12539

C. (Continuation) DOCUMENTS CONSIDERED TO BE RELEVANT

| Category * | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| Y | WATSON et al. "Analysis of vitamin D and its metablites using thermospray liquid chomatogrphy/mass spectrometry", Biomed. Chromat., 1991, v. 5, pp. 153-160 | 1-6, 8-29 |
| Y | HIGASHI et al. "Simultaneuos determinaiton of 25-hydroxyvitamin D2 and 25-hydroxyvitamin D3 in human plasma by liquid chromatography-tandem mass spectrometry employing derivatization with a Cookson-type reagent", Biol. Pharm. Bull., 2001, v. 24, No. 7, pp. 738-743 | 1-6, 8-29 |
| Y | ODRZYWOLSKA et al. "Convergent synthesis, chiral HPLC, and vitamin D receptor affinity of analogs of 1,25-dihydroxycholecalciferol", Chirality, 1999, v. 11, pp. 249-255. | 7 |

**INTERNATIONAL SEARCH REPORT**

International application No.
PCT/US06/12539

Continuation of Item 4 of the first sheet:
Method for simultaneous detection of non-derivatized metabolites of vitamins D2 and D3 using tandem mass spectrometry

QUESTMS-00000123

# PATENT COOPERATION TREATY

From the
INTERNATIONAL SEARCHING AUTHORITY

| To:<br>RICHARD J. WARBURG<br>FOLEY & LARDNER LLP<br>P.O. BOX 80278<br>SAN DIEGO, CA 92138-0278 | **PCT**<br><br>WRITTEN OPINION OF THE<br>INTERNATIONAL SEARCHING AUTHORITY<br><br>(PCT Rule 43*bis*.1) |
|---|---|

| | Date of mailing<br>(*day/month/year*) | **0 4 JAN 2007** |
|---|---|---|

| Applicant's or agent's file reference | **FOR FURTHER ACTION** |
|---|---|
| 034827-3604 | See paragraph 2 below |

| International application No. | International filing date (*day/month/year*) | Priority date (*day/month/year*) |
|---|---|---|
| PCT/US06/12539 | 05 April 2006 (05.04.2006) | 06 April 2005 (06.04.2005) |

International Patent Classification (IPC) or both national classification and IPC

IPC: G01N 24/00( 2007.01)
USPC: 436/173

Applicant

QUEST DIAGNOSTICS INVESTMENTS INCORPORATED

1. This opinion contains indications relating to the following items:

- ☒ Box No. I    Basis of the opinion
- ☐ Box No. II   Priority
- ☐ Box No. III  Non-establishment of opinion with regard to novelty, inventive step and industrial applicability
- ☐ Box No. IV   Lack of unity of invention
- ☒ Box No. V    Reasoned statement under Rule 43*bis*.1(a)(i) with regard to novelty, inventive step or industrial applicability; citations and explanations supporting such statement
- ☐ Box No. VI   Certain documents cited
- ☐ Box No. VII  Certain defects in the international application
- ☐ Box No. VIII Certain observations on the international application

## 2. FURTHER ACTION

If a demand for international preliminary examination is made, this opinion will be considered to be a written opinion of the International Preliminary Examining Authority ("IPEA") except that this does not apply where the applicant chooses an Authority other than this one to be the IPEA and the chosen IPEA has notified the International Bureau under Rule 66.1*bis(b)* that written opinions of this International Searching Authority will not be so considered.

If this opinion is, as provided above, considered to be a written opinion of the IPEA, the applicant is invited to submit to the IPEA a written reply together, where appropriate, with amendments, before the expiration of 3 months from the date of mailing of Form PCT/ISA/220 or before the expiration of 22 months from the priority date, whichever expires later.

For further options, see Form PCT/ISA/220.

3. For further details, see notes to Form PCT/ISA/220.

| Name and mailing address of the ISA/ US<br>Mail Stop PCT, Attn: ISA/US<br>Commissioner for Patents<br>P.O. Box 1450<br>Alexandria, Virginia 22313-1450<br>Facsimile No. (571) 273-3201 | Date of completion of this opinion<br><br>05 December 2006 (05.12.2006) | Authorized officer<br><br>Yelena G. Gakh, Ph.D.<br><br>Telephone No. (571) 272-1700 |
|---|---|---|

Form PCT/ISA/237 (cover sheet) (April 2005)

QUESTMS-00000124

| WRITTEN OPINION OF THE<br>INTERNATIONAL SEARCHING AUTHORITY | International application No.<br><br>PCT/US06/12539 |
| --- | --- |

### Box No. I   Basis of this opinion

1. With regard to the **language**, this opinion has been established on the basis of:

   ☒   the international application in the language in which it was filed

   ☐   a translation of the international application into _____, which is the language of a translation furnished for the purposes of international search (Rules 12.3(a) and 23.1(b)).

2. With regard to any **nucleotide and/or amino acid sequence** disclosed in the international application and necessary to the claimed invention, this opinion has been established on the basis of:

   a.   type of material

      ☐   a sequence listing

      ☐   table(s) related to the sequence listing

   b.   format of material

      ☐   on paper

      ☐   in electronic form

   c.   time of filing/furnishing

      ☐   contained in the international application as filed.

      ☐   filed together with the international application in electronic form.

      ☐   furnished subsequently to this Authority for the purposes of search.

3. ☐   In addition, in the case that more than one version or copy of a sequence listing and/or table(s) relating thereto has been filed or furnished, the required statements that the information in the subsequent or additional copies is identical to that in the application as filed or does not go beyond the application as filed, as appropriate, were furnished.

4. Additional comments:

Form PCT/ISA/237 (Box No. I) (April 2005)

QUESTMS-00000125

(           (

| **WRITTEN OPINION OF THE**<br>**INTERNATIONAL SEARCHING AUTHORITY** | International application No.<br>PCT/US06/12539 |
|---|---|

**Box No. V Reasoned statement under Rule 43 bis.1(a)(i) with regard to novelty, inventive step or industrial applicability; citations and explanations supporting such statement**

1. Statement

| | | |
|---|---|---|
| Novelty (N) | Claims 7, 11-29 | YES |
| | Claims 1-6, 8-10 | NO |
| Inventive step (IS) | Claims NONE | YES |
| | Claims 1-29 | NO |
| Industrial applicability (IA) | Claims 1-29 | YES |
| | Claims NONE | NO |

2. Citations and explanations:

**Claims 1-6 and 8** lack novelty under PCT Article 33(2) as being anticipated by Yeung et al. (Biochem. Pharmac., 1995). Yeung teaches "characterization of the metabolic pathway of 1,25-dihydroxy-16-ene vitamin $D_3$ in rat kidney by on-line high performance liquid chromatography-electrospray tandem mass spectrometry". The samples were purified by the solid phase extraction (page 1101, left column).

**Claims 1-6 and 8-10** lack novelty under PCT Article 33(2) as being anticipated by Kissmeyer et al. (J. Chromat. A, 2001). Kissmeyer teaches "sensitive analysis of $1\alpha,25$-dihydroxyvitamin $D_3$ in biological fluids by liquid chromatography - tandem mass spectrometry". The sample is protein precipitated and purified by the solid-phase extraction.

**Claims 1-6, 8-29** lack an inventive step under PCT Article 33(3) as being obvious over Coldwell et al. (J. Mass Spec., 1995) or Watson et al. (Biomedical Chromatography, 1991) in view of Higashi et al. (Biol. Pharm. Bull., 2001). Coldwell teaches "mass fragmentographic assay for 25-hydroxyvitamin D in plasma without derivatization: enhanced sensitivity for metabolites of vitamins $D_2$ and $D_3$ after pre-column dehydration". The method comprises purification and gas chromatography prior to mass spectrometric analysis (GS-MS) of vitamin $D_2$ and $D_3$ metabolites and obtaining their protonated and dehydrated precursor ions. Watson teaches "analysis of vitamin D and its metabolites using thermospray liquid chromatography/mass spectrometry" with major precursor ion m/z ratios indicated in Figure 1.

Coldwell and Watson do not teach tandem MS/MS spectroscopy. Higashi et al. teach "simultaneous determination of 25-hydroxyvitamin $D_2$ and 25-Hydroxyvitamin $D_3$ in human plasma by liquid chromatography-tandem mass spectrometry employing dramatization with a Cookson-type reagent". Moreover, MS/MS spectroscopy advantages over single MS analysis, including better resolution and more accurate results, are well known in the art, which makes it obvious for any person of ordinary kill to modify older GC-MS method taught by Coldwell or Watson with more modern HPLC- (or GC)-MS/MS method taught by Higashi for determining the presence or amount of vitamin D through measuring its metabolites. Corresponding daughter ions recited in claims 11-16 and 25-27 would have been obtained for non-derivatized metabolites.

**Claim 7** lacks an inventive step under PCT Article 33(3) as being obvious over any of the prior art indicated above in view of Odrzywolska et al. (Chirality, 1999).

While the prior art does not teach purification of vitamin D metabolites using chiral chromatography, Odrzywolska discloses exactly such purification/separation, which makes it obvious for any routineer in the art to use chiral purification/separation in the methods taught in the references indicated above.

**Claims 1-29** meet the criteria set out in PCT Article 33(4), and thus have industrial applicability because the subject matter claimed can be made or used in industry.

Form PCT/ISA/237 (Box No. V) (April 2005)

QUESTMS-00000126

## NOTES TO FORM PCT/ISA/220 (continued)

The letter must indicate the differences between the claims as filed and the claims as amended. It must, in particular, indicate, in connection with each claim appearing in the international application (it being understood that identical indications concerning several claims may be grouped), whether

(i) the claim is unchanged;

(ii) the claim is cancelled;

(iii) the claim is new;

(iv) the claim replaces one or more claims as filed;

(v) the claim is the result of the division of a claim as filed.

**The following examples illustrate the manner in which amendments must be explained in the accompanying letter:**

1. [Where originally there were 48 claims and after amendment of some claims there are 51]:
   "Claims 1 to 29, 31, 32, 34, 35, 37 to 48 replaced by amended claims bearing the same numbers; claims 30, 33 and 36 unchanged; new claims 49 to 51 added."

2. [Where originally there were 15 claims and after amendment of all claims there are 11]:
   "Claims 1 to 15 replaced by amended claims 1 to 11."

3. [Where originally there were 14 claims and the amendments consist in cancelling some claims and in adding new claims]:
   "Claims 1 to 6 and 14 unchanged; claims 7 to 13 cancelled; new claims 15, 16 and 17 added." or
   "Claims 7 to 13 cancelled; new claims 15, 16 and 17 added; all other claims unchanged."

4. [Where various kinds of amendments are made]:
   "Claims 1-10 unchanged; claims 11 to 13, 18 and 19 cancelled; claims 14, 15 and 16 replaced by amended claim 14; claim 17 subdivided into amended claims 15, 16 and 17; new claims 20 and 21 added."

**"Statement under Article 19(1)" (Rule 46.4)**

The amendments may be accompanied by a statement explaining the amendments and indicating any impact that such amendments might have on the description and the drawings (which cannot be amended under Article 19(1)).

The statement will be published with the international application and the amended claims.

**It must be in the language in which the international application is to be published.**

It must be brief, not exceeding 500 words if in English or if translated into English.

It should not be confused with and does not replace the letter indicating the differences between the claims as filed and as amended. It must be filed on a separate sheet and must be identified as such by a heading, preferably by using the words "Statement under Article 19(1)."

It may not contain any disparaging comments on the international search report or the relevance of citations contained in that report. Reference to citations, relevant to a given claim, contained in the international search report may be made only in connection with an amendment of that claim.

**Consequence if a demand for international preliminary examination has already been filed**

If, at the time of filing any amendments and any accompanying statement, under Article 19, a demand for international preliminary examination has already been submitted, the applicant must preferably, at the time of filing the amendments (and any statement) with the International Bureau, also file with the International Preliminary Examining Authority a copy of such amendments (and of any statement) and, where required, a translation of such amendments for the procedure before that Authority (see Rules 55.3(a) and 62.2, first sentence). For further information, see the Notes to the demand form (PCT/IPEA/401).

If a demand for international preliminary examination is made, the written opinion of the International Searching Authority will, except in certain cases where the International Preliminary Examining Authority did not act as International Searching Authority and where it has notified the International Bureau under Rule 66.1bis(b), be considered to be a written opinion of the International Preliminary Examining Authority. If a demand is made, the applicant may submit to the International Preliminary Examining Authority a reply to the written opinion together, where appropriate, with amendments before the expiration of 3 months from the date of mailing of Form PCT/ISA/220 or before the expiration of 22 months from the priority date, whichever expires later (Rule 43bis.1(c)).

**Consequence with regard to translation of the international application for entry into the national phase**

The applicant's attention is drawn to the fact that, upon entry into the national phase, a translation of the claims as amended under Article 19 may have to be furnished to the designated/elected Offices, instead of, or in addition to, the translation of the claims as filed.

For further details on the requirements of each designated/elected Office, see the *PCT Applicant's Guide*, Volume II.

QUESTMS-00000127

Atty. Dkt. No. 034827-3603

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:    Clarke, et al.

Title:    METHODS FOR DETECTING
VITAMIN D METABOLITES
BY MASS SPECTROMETRY

Appl. No.:    11/386,215

Filing Date:    3/21/2006

Examiner:

Art Unit:    1743

Confirmation    2019
Number:

### INFORMATION DISCLOSURE STATEMENT
### UNDER 37 CFR §1.56

Mail Stop Amendment-IDS
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

Submitted herewith on Form PTO/SB/08 is a listing of documents known to Applicants

in order to comply with Applicants' duty of disclosure pursuant to 37 CFR §1.56.

A copy of each non-U.S. patent document and each non-patent document is being

submitted to comply with the provisions of 37 CFR §1.97 and §1.98.

The submission of any document herewith, which is not a statutory bar, is not intended as

an admission that such document constitutes prior art against the claims of the present

application or that such document is considered material to patentability as defined in 37 CFR

§1.56(b).  Applicants do not waive any rights to take any action which would be appropriate to

DLMR_317623.1                                                    -1-

QUESTMS-00000128

Atty. Dkt. No. 034827-3603

antedate or otherwise remove as a competent reference any document which is determined to be a *prima facie* art reference against the claims of the present application.

### TIMING OF THE DISCLOSURE

The listed documents are being submitted in compliance with 37 CFR §1.97(b), before the mailing date of the first Office Action on the merits.

### RELEVANCE OF EACH DOCUMENT

All of the documents are in English.

Applicants respectfully request that each listed document be considered by the Examiner and be made of record in the present application and that an initialed copy of Form PTO/SB/08 be returned in accordance with MPEP §609.

Although Applicant believes that no fee is required for this Request, the Commissioner is hereby authorized to charge any additional fees which may be required for this Request to Deposit Account No. 19-0741.

Respectfully submitted,

Date 07/26/2007                          By _____

FOLEY & LARDNER LLP                      Barry S. Wilson
Customer Number: 30542                   Attorney for Applicant
Telephone:   (858) 847-6722              Registration No. 39,431
Facsimile:   (858) 792-6773

DLMR_317623.1                            -2-

QUESTMS-00000129

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | | Complete if Known | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | | | Application Number | 11/386,215 |
| | | | | Filing Date | 3/21/2006 |
| | | | | First Named Inventor | Nigel Clarke |
| *(use as many sheets as necessary)* | | | | Art Unit | 1743 |
| | | | | Examiner Name | |
| Sheet | 1 | of | 1 | Attorney Docket Number | 034827-3603 |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number<br>Number-Kind Code[2] *(if known)* | Publication Date<br>MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Figures Appear |
|---|---|---|---|---|---|
| | A1 | US-2004/0235193 | 11-25-2004 | Soldin | |

### UNPUBLISHED U.S. PATENT APPLICATION DOCUMENTS

| Examiner Initials* | Cite No.[1] | U.S. Patent Application Document<br>Serial Number-Kind Code[2] *(if known)* | Filing Date of Cited Document<br>MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | | | | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document<br>Country Code[3]Number[4]Kind Code[5] *(if known)* | Publication Date<br>MM-DD-YYYY | Name of Patentee or Applicant of Cited Documents | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | | | | | |

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
|---|---|---|---|
| | A2 | Vogeser et al., Candidate reference method for the quantification of circulating 25-Hydroxyvitamin $D_3$ by liquid chromatography-tandem mass spectrometry. Clinical Chemistry, 50(8): 1415-1417, 2004. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

DLMR_317624.1

*Clinical Chemistry* 50, No. 8, 2004                1415

**Candidate Reference Method for the Quantification of Circulating 25-Hydroxyvitamin D3 by Liquid Chromatography–Tandem Mass Spectrometry,** *Michael Vogeser,[1]* *Apostolos Kyriatsoulis,[2] Erasmus Huber,[2] and Uwe Kobold[2]* ([1] Institute of Clinical Chemistry, Hospital of the University of Munich, Munich, Germany; [2] Roche Diagnostics GmbH, Penzberg, Germany; * address correspondence to this author at: Institute of Clinical Chemistry, Hospital of the University of Munich, D-81366 Munich, Germany; fax 49-89-7095-3240, e-mail Michael.Vogeser@med.uni-muenchen.de)

Quantification of 25-hydroxyvitamin $D_3$ (25-hydroxycholecalciferol) in serum is the best-established indicator of vitamin D status *(1)*. Vitamin $D_3$ (cholecalciferol) is absorbed from the diet, and, given sufficient ultraviolet irradiation, nutritionally adequate amounts of vitamin $D_3$ are formed in the skin from its precursor, 7-dehydrocholesterol. In the liver, vitamin $D_3$ undergoes hydroxylation to 25-hydroxyvitamin $D_3$, which is further metabolized in the kidney to form the active metabolite 1,25-dihydroxyvitamin $D_3$. Vitamin $D_2$ (ergocalciferol) is derived solely from plant sources; relevant serum concentrations of 25-hydroxyvitamin $D_2$ are observed only after ingestion of vitamin $D_2$ drug preparations, and biological equivalence to vitamin $D_3$ has never been demonstrated conclusively.

The prevalence of hypovitaminosis D has been recognized as substantial *(2, 3)*, even in regions with high sun exposure *(4)*, contributing not only to osteoporosis *(5, 6)* but possibly to a loss of muscle strength in aging as well *(7)*.

Various assays are used for the quantification of circulating 25-hydroxyvitamin $D_3$ that incorporate either vitamin D-binding globulin or anti-vitamin D antibodies for analyte recognition *(8–10)*. Fully automated tests have become available during recent years *(11)*. Several HPLC methods with ultraviolet detection have been described as well *(12, 13)*, but their routine use is limited by complex sample preparation requirements.

A key problem for the quantification of circulating 25-hydroxyvitamin $D_3$ is the strong binding of the molecule to vitamin D-binding globulin. Precipitation of serum constituents by use of organic solvents or acids can lead to variable coprecipitation of the analyte. Release of 25-hydroxyvitamin $D_3$ from its bonds to the binding protein is technically challenging in automated assays in particular. In light of these analytical problems, a reference method for the quantification of 25-hydroxyvitamin $D_3$ is desired to permit validation of routine immunoassays. Gas chromatography–mass spectrometry methods were developed years ago *(14–17)*, but they are extremely complex and did not gain use for quality-control programs or routine assay validation. Liquid chromatography–tandem mass spectrometry (LC-TMS) requires substantially less time-consuming sample clean-up and offers far shorter analytical run times than gas chromatography–mass spectrometry. The feasibility of vitamin D quantification by LC-TMS was demonstrated previously *(18)*, but

the procedure included derivatization, which is complex and labor-intensive. Reference systems based on LC-MS were accepted in clinical chemistry recently *(19, 20)*, and we decided to develop a convenient and specific isotope-dilution LC-TMS method for the quantification of 25-hydroxyvitamin $D_3$ in serum as a candidate reference method.

For use as an internal standard, stable-isotope-labeled 25-hydroxyvitamin $D_3$ was synthesized as described previously *(14, 17)*; the molecule contained three deuterium atoms and one $^{13}C$ atom. 25-Hydroxyvitamin $D_3$ was from Sigma Chemical Co.

A Waters Alliance 2690 HPLC module coupled with a split of ~1:10 to a Micromass Quattro LC TMS system was used.

For sample preparation, we added 30 $\mu$L of an internal standard working solution (570 nmol/L) to 200 $\mu$L of serum. After vigorous mixing, the samples were allowed to equilibrate at 37 °C for 2 h. We added 20 $\mu$L of a 1 mol/L sodium hydroxide solution to release the analyte and the internal standard from the protein bonds during a 20-min incubation, and then added 250 $\mu$L of acetonitrile for protein precipitation. During a 1-h incubation at 4 °C, the samples formed a nonliquid gel. After centrifugation for 20 min at 16 000*g*, a clear supernatant was obtained and transferred to HPLC vials.

For online solid-phase extraction, we used a Waters Oasis HLB® column [20 × 2.1 mm (i.d.); 25-$\mu$m bead size; Waters, Milford] in combination with a six-port high-pressure switching valve. Deproteinized sample (70 $\mu$L) was injected and then loaded on the extraction column in valve position A (Fig. 1); the mobile phase was water–methanol (95:5 by volume) delivered at a flow rate of 3 mL/min. Potentially interfering compounds were washed into the waste. In parallel, the analytical column [LiChrospher® 100 RP-18 end-capped; 125 × 4 mm (i.d.); 5-$\mu$m bead size; Merck] was equilibrated with methanol–0.5 mmol/L ammonium acetate (90:10 by volume) delivered at a flow rate of 0.85 mL/min. After 3 min, the switching valve changed to position B. The analytes bound to the extraction column were then eluted in backflush mode onto the analytical column. After 2 min, the valve switched back to position A. During analytical chromatography into the mass spectrometer in position A, the extraction column was washed with acetonitrile–methanol (50:50 by volume) at a flow rate of 3 mL/min for 3.5 min and subsequently reequilibrated with water–methanol (95:5 by volume). The extraction and analytical columns were kept at 30 °C. The retention time of 25-hydroxyvitamin $D_3$ and the stable isotope-labeled internal standard was ~8.1 min after injection into the extraction column.

Electrospray atmospheric pressure ionization in the positive mode was used; the source conditions were set to obtain the protonated quasimolecular ions of 25-hydroxyvitamin $D_3$ and the labeled internal standard compound ($m/z$ 401 and $m/z$ 405, respectively). The instrument settings were as follows: capillary voltage, 3.0 kV; cone voltage, 20V; source temperature, 90 °C; desolvation tem-

QUESTMS-00000131



Fig. 1. Column-switching scheme used for online solid-phase extraction of 25-hydroxyvitamin $D_3$ and the internal standard.

W, waste; AC, analytical column.

perature, 280 °C; nitrogen flow, ~550 L/h; cone gas flow, ~75 L/h; collision energy, 25 V. The following transitions were recorded: 25-hydroxyvitamin $D_3$, $m/z$ 401→159; labeled 25-hydroxyvitamin $D_3$, $m/z$ 405→159.

For quantification, we performed a one-point calibration using a pure solution of 25-hydroxyvitamin $D_3$ [25 nmol/L in methanol–water (1:1 by volume)].

To study the efficiency of the extraction procedure, we injected a pure solution of labeled 25-hydroxyvitamin $D_3$ (325 nmol/L) by HPLC directly into the MS system without online extraction; we then subjected a serum sample containing the same quantity of labeled analyte as the internal standard to the complete extraction protocol and compared the respective peak areas of labeled 25-hydroxyvitamin $D_3$. The mean (SD) amount of 25-hydroxyvitamin $D_3$ measured after the extraction protocol, including deproteinization and online solid-phase extraction, was 91 (1.6)% (n = 3) of the initial concentration.

To verify the linearity of the method, to a low-concentration pool (original 25-hydroxyvitamin $D_3$ concentration, 14.5 nmol/L) we added 25-hydroxyvitamin $D_3$ to a concentration of 363 nmol/L. The enriched sample was serially diluted 1:1 with the low pool in four steps, and 25-hydroxyvitamin $D_3$ was measured in duplicate in all samples. We obtained a correlation coefficient ($r^2$) of 0.9996 between expected and observed 25-hydroxyvitamin $D_3$ concentrations.

To study the imprecision of the method, we analyzed two serum pools five times in four independent analytical series to calculate the intraassay and total CV; for the "low pool", the total CV was 12% (mean analyte concentration, 14.5 nmol/L), and for the "normal pool", the CV was 7.8% (mean concentration, 66.0 nmol/L).

Pure solutions, each containing 25 000 nmol/L of the following compounds in methanol, were analyzed as samples to verify the specificity of the method: vitamin $D_3$ (cholecalciferol); 1,25-(OH)$_2$ vitamin $D_3$; 24,25-(OH)$_2$-vitamin $D_3$; vitamin $D_2$ (ergocalciferol); and 25-OH-vitamin

$D_2$. None of the compounds generated a signal in the multiple-reaction mode traces of 25-hydroxyvitamin $D_3$ or the labeled internal standard.

In a method comparison with a RIA (Gamma B 25-Hydroxy Vitamin D RIA; IDS), MS gave a mean concentration of 56.8 nmol/L (range, 7.3–182 nmol/L) and RIA gave a concentration of 47.8 nmol/L by (n = 140 samples). Passing–Bablok regression analysis (21) produced the following equation:

$$[LC\text{-}TMS] = 1.25 \times [RIA] - 4.0 \ nmol/L$$

with a Pearson coefficient of correlation of 0.87. [Note: to convert nmol/L to ng/mL, multiply nmol/L by 0.4; to convert ng/mL to nmol/L, multiply ng/mL by 2.5.]

The principle of isotope dilution (ID) with stable-isotope–labeled internal standard compounds and mass spectrometric detection is generally accepted as yielding the highest attainable analytical accuracy. The physicochemical behavior of stable-isotope-labeled compounds with respect to sample preparation and signal generation is practically identical to that of the native unlabeled analyte, but labeled and unlabeled analyte can be clearly separated by mass spectrometric detection. Thus, any matrix effect of an assay is fully compensated by ID standardization. In the assay described here, samples to which labeled internal standard has been added are allowed to equilibrate over an extended period of time during which the labeled compound is bound to vitamin D-binding protein in the same manner as the target analyte. The characteristics of release from the binding protein can be assumed to be identical to that of native unlabeled 25-hydroxyvitamin $D_2$ as well. In a method comparison study with a widely used RIA, we found a limited correlation, with lower concentrations reported by the immunoassay; this may be explained by incomplete release of the analyte from its protein bond during the

precipitation step, which is identical in both methods. In contrast, in the MS method, such loss of analyte during sample preparation is fully compensated by the highly accurate principle of ID.

The ID-LC-TMS method described here is proposed for evaluation as a reference method for the quantification of 25-hydroxyvitamin $D_3$. The semiautomated sample preparation protocol and excellent practicability of LC-TMS allow the method to be used with large validation series, but the method is also applicable in routine laboratory settings. A multicenter validation of the method is currently planned with the goal of implementing an international reference system for 25-hydroxyvitamin $D_3$ measurement.

**References**
1. Endres DB, Rude RK. Mineral and bone metabolism. In: Burtis CA, Ashwood ER, eds. Tietz textbook of clinical chemistry, 3rd edition. Philadelphia: WB Saunders, 1999:1395–457.
2. Thomas MK, Lloyd-Jones DM, Thadhani RI, Shaw AC, Deraska DJ, Kitch BT, et al. Hypovitaminosis D in medical inpatients. N Engl J Med 1998;338: 777–83.
3. Romagnoli E, Caravella P, Scarnecchia L, Martinez P, Minisola S. Hypovitaminosis D in an Italian population of healthy subjects and hospitalized patients. Br J Nutr 1999;81:133–7.
4. Fuleihan GE, Deeb M. Hypovitaminosis D in a sunny country. N Engl J Med 1999;340:1840–1.
5. Elliott ME, Binkley NC, Carnes M, Zimmerman DR, Petersen K, Knaap K, et al. Fracture risks for women in long-term care: high prevalence of calcaneal osteoporosis and hypovitaminosis D. Pharmacotherapy 2003;23:702–10.
6. Valimaki VV, Alfthan H, Lehmuskallio E, Loyttyniemi E, Sahi T, Stenman UH, et al. Vitamin D status as a determinant of peak bone mass in young Finnish men. J Clin Endocrino. Metab 2004;89:76–80.
7. Visser M, Deeg DJH, Lips P. Low vitamin d and high parathyroid hormone levels as determinants of low of muscle strength and muscle mass (sarcopenia): the longitudinal aging study Amsterdam. J Clin Endocrinol Metab 2003:88:5766–72.
8. Haddad JC, Chyu KJ. Competitive protein-binding radioassay for 25-hydroxycholecalciferol. J Clin Endocrinol 1971;33:992–6.
9. Hollis BW, Kamerud JQ, Selvaag SR, Lorenz JD, Napoli JL. Determination of vitamin D status by radioimmunoassay with a $^{125}$I-labeled tracer. Clin Chem 1993;39:529 –33.
10. Lind C, Chen J, Byrjalsen I. Enzyme immunoassay for measuring 25-hydroxyvitamin D3 in serum. Clin Chem 1997;43:943–9.
11. Roth HJ, Zahn I, Alkier R, Schmidt H. Validation of the first automated chemiluminescence protein-binding assay for the detection of 25-hydroxycalciferol. Clin Lab 2001;47:357–65.
12. Gilbertson TJ, Stryd RP. High-performance liquid chromatographic assay for 25-hydroxyvitamin D3 in serum. Clin Chem 1977;23:1700–4.
13. Turpe nen U, Hoherthal U, Stenman UH. Determination of 25-hydroxyvitamin D in serum by HPLC and immunoassay. Clin Chem 2003;49:1521–4.
14. Campbell JA, Squires DM, Babcock JC. Synthesis of 25-hydroxycholecalciferol, the biologically effective metabolite of vitamin D3. Steroids 1969;13: 567–77.
15. De Leenheer AP, Cruyl AA. Vitamin D3 in plasma: quantitation by mass fragmentography. Anal Biochem 1978;91:293–303.
16. Coldwell RD, Trafford DJ, Varley MJ, Kirk DN, Makin HL. Measurement of 25-hydroxyvitamin D2, 25-hydroxyvitamin D3, 24,25-dihydroxyvitamin D2 and 25,26-dihydroxyvitamin D2 in a single plasma sample by mass fragmentography. Clin Chim Acta 1989;180:157–68.
17. Björkhem I, Holmberg I. Mass fragmentographic assay of 25-hydroxyvitamin-D3. Methods Enzymol 1980;67:385–93.
18. Higashi T, Awada D, Shimada K. Simultaneous determination of 25-hydroxyvitamin D2 and 25-hydroxyvitamin D3 in human plasma by liquid chromatography-tandem mass spectrometry employing derivatization with a Cookson-type reagent. Biol Pharm Bull 2001;24:738–43.
19. Kobold U, Jeppsson JO, Dulffer T, Finke A, Hoelzel W, Miedema K. Candidate reference methods for hemoglobin A1c based on peptide mapping. Clin Chem 1997;43:1944–51.
20. Jeppsson JO, Kobold U, Barr J, Finke A, Hoelzel W, Hoshino T, et al. Approved IFCC reference method for the measurement of HbA1c in human blood. Clin Chem Lab Med 2002;40:78–89.
21. Passing H, Bablok W. A new biometrical procedure for testing the equality of

measurements from two different analytical methods. J Clin Chem Clin Biochem 1983;21:709–20.

DOI: 10.1373/clinchem.2004.031831

## Convenient Single-Nucleotide Polymorphism Typing from Whole Blood by Probe Extension and Bioluminescence Detection,

*Yukie Nakashima,[1] Kazunori Okano,[2]* Kyoko Kojima,[1] Hiromi Shirakura,[3] Shinichi Ishida,[3] Masaki Watanabe,[4] Kohshi Maeda,[4] Hiroyuki Tsunoda,[2] Yasushi Imai,[5] and Keiichi Nagai[5]* ([1] Central Research Laboratory and [2] Advanced Research Laboratory, Hitachi Ltd., Tokyo, Japan; [3] Hitachi Science Systems Ltd., Tokyo, Japan; [4] Naka Division, Hitachi High-Technologies Corporation, Ibaraki, Japan; [5] Department of Cardiovascular Medicine, Graduate School of Medicine, the University of Tokyo, Tokyo, Japan; * address correspondence to this author at: Advanced Research Laboratory, Hitachi Ltd., Tokyo 185-8601, Japan; e-mail okano_kazunori@bpx.cu-tokyo.ac.jp)*

The information obtained on sequence variations in the genome (1, 2) could make it possible for clinical science, based on molecular biology, to provide patient-specific medical care based on a patient's genotype. Of these variations, single-nucleotide polymorphisms (SNPs) are the most common, and they are gradually being revealed as associated with phenotypes related to the onset or severity of diseases and to the effects of drugs. Methods for genotyping SNPs are becoming increasingly important for diagnosing diseases and determining an appropriate treatment for each patient.

We recently reported that SNP types can be determined by a new genotyping method based on the bioluminescence detection of the pyrophosphate produced in a specific probe-extension reaction. That method, called bioluminometric assay coupled with modified probe extension reactions (BAMPER) (3), requires that the single-stranded PCR products used as templates for probe-extension reactions be purified before the reaction by use of streptavidin-conjugated magnetic beads to remove the remaining PCR primers and substrates, which is a time-consuming and labor-intensive process. We also reported a BAMPER-based SNP-typing method that uses the PCR products directly and does not require single-stranded DNA (4). Before the SNP-typing probe-extension reaction, exonuclease I and shrimp alkaline phosphatase are used to remove the PCR primers, the residual deoxynucleotide triphosphates, and the residual pyrophosphate produced during the PCR reaction (5) to minimize the background intensity in the subsequent luciferin-luciferase assay. In this report we introduce a simplified and improved BAMPER method that can be used for SNP genotyping of whole blood drawn from individuals as well as for genotyping of purified genomic DNA by use blood dried on paper. The process flow for our method is shown schematically in Fig. 1 of the Data Supplement that

QUESTMS-00000133

ase 1:18-cv-01436-MN   Document 72-7   Filed 09/25/19   Page 134 of 505 PageID #: 296

## Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 2019373 |
| **Application Number:** | 11386215 |
| **International Application Number:** | |
| **Confirmation Number:** | 2019 |
| **Title of Invention:** | Methods for detecting vitamin D metabolites by mass spectrometry |
| **First Named Inventor/Applicant Name:** | Nigel  Clarke |
| **Customer Number:** | 30542 |
| **Filer:** | Barry S. Wilson/Anita Patel |
| **Filer Authorized By:** | Barry S. Wilson |
| **Attorney Docket Number:** | 034827-3603 |
| **Receipt Date:** | 27-JUL-2007 |
| **Filing Date:** | 21-MAR-2006 |
| **Time Stamp:** | 14:14:49 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Information Disclosure Statement (IDS) Filed | IDS.pdf | 223862<br>963e5d211e604e6940f21aa138ca9a49ded1b498 | no | 3 |
| **Warnings:** | | | | | |

QUESTMS-00000134

| Information: | | | | | | |
|---|---|---|---|---|---|---|
| This is not an USPTO supplied IDS fillable form | | | | | | |
| 2 | NPL Documents | Vogeser.pdf | 153405<br><br>9e15d9d3965d7f06f13dfd30ca7510205<br>44db44a99 | no | 3 |

**Warnings:**

**Information:**

| | | |
|---|---|---|
| **Total Files Size (in bytes):** | | 377267 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

QUESTMS-00000135

Atty. Dkt. No. 034827-3603

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:    Clarke, et al.

Title:    METHODS FOR DETECTING
VITAMIN D METABOLITES
BY MASS SPECTROMETRY

Appl. No.:    11/386,215

Filing Date:    03/21/2006

Examiner:

Art Unit:    1743

Confirmation    2019
Number:

### INFORMATION DISCLOSURE STATEMENT
### UNDER 37 CFR §1.56

Mail Stop Amendment-IDS
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

Submitted herewith on Form PTO/SB/08 is a listing of documents known to Applicants
in order to comply with Applicants' duty of disclosure pursuant to 37 CFR §1.56.

A copy of each non-U.S. patent document and each non-patent document is being
submitted to comply with the provisions of 37 CFR §1.97 and §1.98.

The submission of any document herewith, which is not a statutory bar, is not intended as
an admission that such document constitutes prior art against the claims of the present
application or that such document is considered material to patentability as defined in 37 CFR
§1.56(b).  Applicants do not waive any rights to take any action which would be appropriate to

-1-

QUESTMS-00000136

Atty. Dkt. No. 034827-3603

antedate or otherwise remove as a competent reference any document which is determined to be a *prima facie* art reference against the claims of the present application.

### TIMING OF THE DISCLOSURE

The listed documents are being submitted in compliance with 37 CFR §1.97(b), before the mailing date of the first Office Action on the merits, and within three (3) months of the mailing date of the foreign search report.

### RELEVANCE OF EACH DOCUMENT

All of the documents are in English and were cited in the International Search Report for related PCT Patent Application No. PCT/US2008/084709.

Applicants respectfully request that each listed document be considered by the Examiner and be made of record in the present application and that an initialed copy of Form PTO/SB/08 be returned in accordance with MPEP §609.

Although Applicant believes that no fee is required for this Request, the Commissioner is hereby authorized to charge any additional fees which may be required for this Request to Deposit Account No. 19-0741.

Respectfully submitted,

Date  03/16/2009                              By  _Barry Wilson_

FOLEY & LARDNER LLP                          Barry S. Wilson
Customer Number: 30542                       Attorney for Applicant
Telephone:    (858) 847-6722                 Registration No. 39,431
Facsimile:    (858) 792-6773

DLMR_590011.1                          -2-

QUESTMS-00000137

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid
OMB control number.

| Substitute for form 1449/PTO | | Complete if Known | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(use as many sheets as necessary)* | | Application Number | 11/386,215 |
| | | Filing Date | 3/21/2006 |
| | | First Named Inventor | Nigel Clarke |
| | | Art Unit | 1743 |
| | | Examiner Name | |
| Sheet | 1 of 1 | Attorney Docket Number | 034827-3603 |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | A1 | US-2006/0228808 | 10-12-2006 | Clarke et al. | |
| | A2 | US-2006/0228809 | 10-16-2006 | Clarke et al. | |
| | A3 | US-7087395 | 08-08-2006 | Garrity et al. | |

### UNPUBLISHED U.S. PATENT APPLICATION DOCUMENTS

| Examiner Initials* | Cite No. | U.S. Patent Application Document — Serial Number-Kind Code[2] (if known) | Filing Date of Cited Document MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | | | | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3] Number[4] Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Documents | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | A4 | WO 2007/039193 | 04-12-2007 | Roche Diagnostics Inc. | | |
| | A5 | WO 1996/018618 | 06-20-1996 | Bayer Aktiengesellschaft | | |

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
|---|---|---|---|
| | A6 | International Search report for PCT Patent Application No. PCT/US2008/084709 | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

DLMR_590017.1

(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

(19) World Intellectual Property Organization
International Bureau



(43) International Publication Date
12 April 2007 (12.04.2007)

PCT

(10) International Publication Number
WO 2007/039193 A1



(51) International Patent Classification:
C07K 16/26 (2006.01)

(21) International Application Number:
PCT/EP2006/009360

(22) International Filing Date:
27 September 2006 (27.09.2006)

(25) Filing Language: English

(26) Publication Language: English

(30) Priority Data:
05021247.1    29 September 2005 (29.09.2005)    EP

(71) Applicant (for DE only): ROCHE DIAGNOSTICS GMBH [DE/DE]; Sandhofer Strasse 116, 68305 Mannheim (DE).

(71) Applicant (for all designated States except DE, US): F. HOFFMANN-LA ROCHE AG [CH/CH]; Grenzacherstrasse 124, CH-4070 Basel (CH).

(72) Inventors; and
(75) Inventors/Applicants (for US only): HUBER, Erasmus [DE/DE]; St. Willibald 12, 86923 Finning (DE).

BECKER, Juergen [DE/DE]; Loisachstrasse 27, 82377 Penzberg (DE). KRAUS, Werner [DE/DE]; Simböckstrasse 31, 82362 Weilheim (DE). KYRIATSOULIS, Apostolos [GR/DE]; Schwattschweg 1, 82362 Weilheim (DE). VOGEL, Rudolf [DE/DE]; Luberstrasse 5a, 82362 Weilheim (DE). WAECHTER, Nicole [DE/DE]; Ferd.-v.-Strasse 18, 82343 Niederpoecking (DE).

(74) Common Representative: ROCHE DIAGNOSTICS GMBH; c/o NASER, Werner, Patent Department (TR-E), Postfach 11 52, 82372 Penzberg (DE).

(81) Designated States (unless otherwise indicated, for every kind of national protection available): AE, AG, AL, AM, AT, AU, AZ, BA, BB, BG, BR, BW, BY, BZ, CA, CH, CN, CO, CR, CU, CZ, DE, DK, DM, DZ, EC, EE, EG, ES, FI, GB, GD, GE, GH, GM, HN, HR, HU, ID, IL, IN, IS, JP, KE, KG, KM, KN, KP, KR, KZ, LA, LC, LK, LR, LS, LT, LU, LV, LY, MA, MD, MG, MK, MN, MW, MX, MY, MZ, NA, NG, NI, NO, NZ, OM, PG, PH, PL, PT, RO, RS, RU, SC, SD, SE, SG, SK, SL, SM, SV, SY, TJ, TM, TN, TR, TT, TZ, UA, UG, US, UZ, VC, VN, ZA, ZM, ZW.

[Continued on next page]

(54) Title: ANTIBODIES AGAINST 25-HYDROXYVITAMIN D

(57) Abstract: The present invention concerns processes for producing antibodies against hydroxyvitamin D, the antibodies produced according to the invention as well as methods for the detection of 25-hydroxyvitamin D using these antibodies.



WO 2007/039193 A1

**WO 2007/039193  A1**

(84) **Designated States** *(unless otherwise indicated, for every kind of regional protection available):* ARIPO (BW, GH, GM, KE, LS, MW, MZ, NA, SD, SL, SZ, TZ, UG, ZM, ZW), Eurasian (AM, AZ, BY, KG, KZ, MD, RU, TJ, TM), European (AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HU, IE, IS, IT, LT, LU, LV, MC, NL, PL, PT, RO, SE, SI, SK, TR), OAPI (BF, BJ, CF, CG, CI, CM, GA, GN, GQ, GW, ML, MR, NE, SN, TD, TG).

**Declaration under Rule 4.17:**
— *of inventorship (Rule 4.17(iv))*

**Published:**
— *with international search report*
— *before the expiration of the time limit for amending the claims and to be republished in the event of receipt of amendments*

*For two-letter codes and other abbreviations, refer to the "Guidance Notes on Codes and Abbreviations" appearing at the beginning of each regular issue of the PCT Gazette.*

QUESTMS-00000140

Antibodies against 25-hydroxyvitamin D

Background information

5      The present invention concerns processes for the production of antibodies against
25-hydroxyvitamin D, the antibodies produced according to the invention as well
as methods for detecting 25-hydroxyvitamin D using these antibodies.

An adequate supply of vitamin D is vital as the term "vitamin" already suggests. A
deficiency of vitamin D leads to severe diseases such as rickets or osteoporosis.
10     While vitamin D was still regarded as a single substance at the beginning of the last
century, the vitamin D system has developed further in the course of the last three
decades into a complex and manifold network of vitamin D metabolites. Nowadays
more than 40 different vitamin D metabolic products are known (Zerwekh, J.E.,
Ann. Clin. Biochem. 41 (2004) 272-281).

15     Humans can only produce $D_3$ vitamins or calciferols by the action of ultraviolet
rays from sunlight on the skin. Vitamin $D_3$ that is produced in the skin binds to the
so-called vitamin D-binding protein which transports it into the liver where it is
converted into 25-hydroxyvitamin $D_3$ by 25-hydroxylation. A multitude of other
tissues are nowadays known to be involved in vitamin D metabolism in addition to
20     the skin and liver, the two organs that have already been mentioned (refer to
Schmidt-Gayk, H. et al. (eds.), "Calcium regulating hormones, vitamin D
metabolites and cyclic AMP", Springer Verlag, Heidelberg (1990), pp. 24-47). 25-
Hydroxyvitamin D and more specifically 25-hydroxyvitamin $D_2$ and 25-
hydroxyvitamin $D_3$ are the central storage forms of vitamin-D in the human
25     organism with regard to their amounts. When needed these precursors can be
converted in the kidneys to form the biologically active $1\alpha,25$-dihydroxyvitamin D,
the so-called D hormone. The biologically active vitamin D regulates among others
calcium uptake from the intestine, bone mineralization and it influences a large
number of other metabolic pathways such as e.g. the insulin system.

30     Measuring the vitamin D level itself is of little benefit when determining the
vitamin D status of a patient, because concentrations of vitamin D (vitamin $D_2$ and
vitamin $D_3$) fluctuate greatly depending on food uptake. In addition vitamin D has
a relatively short biological half-life in the circulation (24 hours) and it is therefore
also for this reason not a suitable parameter for determining the vitamin D status
35     of a patient. The same also applies to physiologically active forms of vitamin D

QUESTMS-00000141

- 2 -

(1,25–dihydroxyvitamin D). These biologically active forms also occur in relatively small and highly fluctuating concentrations compared to 25-hydroxyvitamin D. For all these reasons the quantification of 25-hydroxyvitamin D in particular is a suitable means to globally analyse the total vitamin D status of a patient.

5    Due to the high clinical importance of 25-hydroxyvitamin D, a large number of methods are known from the literature which allow 25-hydroxyvitamin D to be more or less reliably determined.

Haddad, J.G. et al., J. Clin. Endocrinol. Metab. 33 (1971) 992-995 and Eisman, J.A. et al., Anal. Biochem. 80 (1977) 298 – 305 for example describe the determination
10    of 25-hydroxyvitamin D concentrations in blood samples using high performance liquid chromatography (HPLC).

Other approaches for the determination of 25-hydroxyvitamin D are based among others on the use of vitamin D binding proteins like those that are present in milk. Thus Holick, M.F. and Ray, R. (US 5,981,779) and DeLuca et al. (EP 0 583 945)
15    describe vitamin D assays for hydroxyvitamin D and dihydroxyvitamin D which are based on the binding of these substances to vitamin D-binding protein where the concentrations of these substances are determined by means of a competitive test procedure. However, a prerequisite of this method is that vitamin D metabolites to be determined firstly have to be isolated from the original blood or
20    serum samples by organic extraction and have to be purified by, for example, chromatography.

Armbruster, F.P. et al. (WO 99/67211) teach that a serum or plasma sample should be prepared for vitamin D determination by ethanol precipitation. In this method the protein precipitate is removed by centrifugation and the ethanolic supernatant
25    contains soluble vitamin D metabolites. These can be measured in a competitive binding assay.

Alternatively EP 0 753 743 teaches that the proteins can be separated from blood or serum samples using a periodate salt. In this case vitamin D compounds are determined in the protein-free supernatant from the samples treated with
30    periodate. In some commercial tests acetonitrile is recommended for the extraction of serum or plasma samples (e.g. in the radioimmunoassay from DiaSorin or in the vitamin D test from the "Immundiagnostik" Company).

QUESTMS-00000142

- 3 -

In recent years a number of different release reagents were proposed which should in principle be suitable for releasing vitamin D compounds from binding protein present in the sample. However, this release or detachment should be carried out under relatively mild conditions thus enabling a direct use of the sample treated with the release reagent in a binding test (see for example WO 02/57797 and US 2004/0132104). Despite immense efforts in recent years, all available methods for determining vitamin D have certain disadvantages such as laborious sample preparation, poor standardization, poor agreement between test procedures or bad recovery of spiked vitamin D (see for this in particular Zerwekh, J.E., supra).

In particular no methods are described in the prior art that can be used to reliably produce antibodies for determining 25-hydroxyvitamin D. The object of the present invention was therefore, among others, to find a method which can be used to reliably produce suitable antibodies for a 25-hydroxyvitamin D test. Such a method, the antibodies produced by the method, as well as methods and kits for determining vitamin D using these antibodies are described in the following.

Summary of the invention

The present invention concerns a process for producing antibodies against 25-hydroxyvitamin D which comprises the following steps:

a)   immunizing an experimental animal with a conjugate which contains 25-hydroxyvitamin $D_3$ or 25-hydroxyvitamin $D_2$ as the hapten,

b)   isolating serum or plasma from the said experimental animal and

c)   purifying the antibodies contained in the serum or plasma by immunosorption to a complementary matrix, comprising 25-hydroxyvitamin $D_2$ or 25-hydroxyvitamin $D_3$, respectively.

Furthermore the invention concerns antibodies against 25-hydroxyvitamin $D_3$ which have a cross-reaction with 25-hydroxyvitamin $D_2$ of the order of magnitude of 10 % to 1000 %.

The present application also describes how the antibodies according to the present invention can be used for an automated test to detect 25-hydroxyvitamin D.

In addition a test kit for detecting 25-hydroxyvitamin D is disclosed which contains the reagent compositions required for the test procedure and among others the antibodies against 25-hydroxyvitamin D according to the invention.

QUESTMS-00000143

WO 2007/039193                                    PCT/EP2006/009360

- 4 -

### Detailed description

The present invention concerns a process for producing antibodies against 25-hydroxyvitamin D which comprises the following steps:

5   a)   immunizing an experimental animal with a conjugate which contains 25-hydroxyvitamin $D_3$ or 25-hydroxyvitamin $D_2$ as the hapten,

b)   isolating serum or plasma from the said experimental animal and

c)   purifying the antibodies contained in the serum or plasma by immunosorption to a complementary matrix, comprising 25-hydroxyvitamin

10   $D_2$ or 25-hydroxyvitamin $D_3$, respectively.

If not stated otherwise the term "vitamin D" is understood to include the forms of vitamin $D_2$ and vitamin $D_3$ according to the following structural formulae I and II.

Formula I



QUESTMS-00000144

- 5 -

Formula II



In the structural formulae I and II the positions of vitamin D are stated according to the steroid nomenclature. The 25-hydroxyvitamin D denotes vitamin D metabolites that are hydroxylated at position 25 of the structural formulae I and II i.e. 25-hydroxyvitamin $D_2$ as well as 25-hydroxyvitamin $D_3$. As already elucidated above, 25-hydroxyvitamin $D_2$ and 25-hydroxyvitamin $D_3$ are particularly relevant forms of vitamin D for diagnostics.

1,25-Dihydroxyvitamin D refers to the active forms of vitamin D (the so-called D hormones) that have a hydroxylation at position 1 as well as at position 25 of the structural formulae I and II.

Other known vitamin D metabolites are 24-dihydroxyvitamin $D_2$ and 25-di-hydroxyvitamin $D_2$ as well as 24-dihydroxyvitamin $D_3$ and 25-dihydroxyvitamin $D_3$.

All known vitamin D metabolites are as such not immunogenic. The chemical activation of components from vitamin D metabolism as well as their coupling to carrier molecules or reporter groups is not trivial. Thus for a successful immunization it is essential to prepare a conjugate which for example contains a 25-hydroxyvitamin D as a hapten. The term hapten is understood by a person skilled in the art as a substance which per se is not immunogenic but, by coupling

QUESTMS-00000145

- 6 -

to a larger carrier molecule, is present in a form against which antibodies can be generated. Suitable carrier materials for the production of hapten conjugates are known to a person skilled in the art. Bovine serum albumin, $\beta$-galactosidase or the so-called keyhole limpet hemocyanine (KLH) are usually used as carrier materials.

5      KLH has proven to be a particularly suitable carrier for the method according to the invention. Hence a conjugate of 25-hydroxyvitamin D and KLH is preferably used for the immunization.

Various positions of the structures as they are shown in formula I and II are in principle suitable for activation and coupling to a carrier material. Coupling via 10     position 3 of 25-hydroxyvitamin $D_2$ or 25-hydroxyvitamin $D_3$ has for example proven to be favourable for the generation of antibodies which bind a 25-hydroxyvitamin D in a suitable manner. Hence in a preferred embodiment a conjugate is used in an immunization method according to the invention which contains 25-hydroxyvitamin $D_3$ or 25-hydroxyvitamin $D_2$ that has been coupled via position 3 15     of the backbone (cf. formulae I and II).

In a series of experiments that were part of the work for the present invention, attempts were made to purify antibodies that had been produced using a 25-hydroxyvitamin $D_3$ immunogen by immunosorption to a 25-hydroxyvitamin $D_3$ matrix and to use them in a corresponding test. However, these experiments were 20     unsuccessful. However, it was surprisingly found that suitable antibodies can be obtained from the same sera by immunosorption to a 25-hydroxyvitamin $D_2$ matrix. This method has proven to be reliable and reproducible. The method according to the invention therefore comprises a step for purifying antibodies against 25-hydroxyvitamin $D_x$ (where x = 2 or 3) from serum or plasma by 25     immunosorption to a matrix which contains a conjugate of the respective complementary form of the 25-hydroxyvitamin D. In this sense 25-hydroxyvitamin $D_3$ is complementary to 25-hydroxyvitamin $D_2$ and conversely 25-hydroxyvitamin $D_2$ is complementary to 25-hydroxyvitamin $D_3$. This means that immunosorption to 25-hydroxyvitamin $D_2$ is carried out when immunizing with 25-hydroxyvitamin 30     $D_3$ and immunosorption to 25-hydroxyvitamin $D_3$ is carried out when immunizing with 25-hydroxyvitamin $D_2$.

Moreover, it has proven to be advantageous to use the same position of the vitamin D backbone for chemical coupling in the 25-hydroxyvitamin D conjugate used for the immunization and in the matrix used for the immunosorption. The coupling in

QUESTMS-00000146

ase 1:18-cv-01436-MN   Document 72-7   Filed 09/25/19   Page 148 of 505 PageID #: 297

the 25-hydroxyvitamin $D_3$ conjugate is preferably via position 3 of 25-hydroxy-vitamin $D_3$ for the immunization and 25-hydroxyvitamin $D_2$ is also preferably coupled to the matrix at position 3.

The converse procedure is also successful i.e. immunization with a 25-hydroxy-vitamin $D_2$ conjugate and immunosorption with a matrix to which 25-hydroxy-vitamin $D_3$ is coupled. In another preferred element of the invention a 25-hydroxyvitamin $D_2$ conjugate is used as the immunogen conjugate and the antibodies generated with this immunogen are immuno-adsorbed onto a 25-hydroxyvitamin $D_3$ matrix.

EAH-Sepharose has proven to be particularly suitable as the matrix material for the immunosorption. In a preferred embodiment the antibodies contained in the serum or plasma from an immunization against 25-hydroxyvitamin $D_3$ or 25-hydroxy-vitamin $D_2$ are purified by immunosorption using a matrix which contains 25-hydroxyvitamin $D_2$ or 25-hydroxyvitamin $D_3$. EAH-Sepharose is a preferred column material.

Using the procedure previously described in detail i.e. for example immunization with a 25-hydroxyvitamin $D_3$ conjugate and immunosorption using a 25-hydroxy-vitamin $D_2$ conjugate it is possible to reproducibly produce antibodies which react with both forms of 25-hydroxyvitamin D i.e. with 25-hydroxyvitamin $D_2$ and 25-hydroxyvitamin $D_3$. The antibodies obtained in this manner have a cross-reaction of the order of magnitude of 10 % to 1000 %. Thus in a preferred embodiment the present invention concerns for example antibodies against 25-hydroxyvitamin $D_3$ which have a cross-reaction of 10 % to 1000 % with 25-hydroxyvitamin $D_2$. The cross-reaction with the complementary 25-hydroxyvitamin D form is also preferably in a range of 20 % to 500 %. The extent of cross-reactions is determined in an immunological test method using the antibodies produced according to the present invention. An antibody produced against 25-hydroxyvitamin $D_3$ as a hapten for example has a cross-reaction of 10 % for 25-hydroxyvitamin $D_2$ if, when using the same analyte concentration of 25-hydroxyvitamin $D_2$ or 25-hydroxyvitamin $D_3$, only a tenth of 25-hydroxyvitamin $D_3$ is read-off on a calibration curve generated with 25-hydroxyvitamin $D_3$.

The antibodies against 25-hydroxyvitamin D produced by a process according to the invention have proven to be suitable for use in an automated test for 25-hydroxyvitamin D. Hence the present invention preferably concerns the use of an

QUESTMS-00000147

- 8 -

antibody against 25-hydroxyvitamin D in an immunological test for the detection of 25-hydroxyvitamin D. The test for 25-hydroxyvitamin D is preferably completely automated. The antibodies according to the invention are particularly preferably used in a test that can be carried out on automated Elecsys® analyzers
5    from Roche Diagnostics.

The teaching according to the present invention enables a person skilled in the art to put together a test kit which contains all components required for the detection of 25-hydroxyvitamin D. A preferred test kit for detecting 25-hydroxyvitamin D is in particular characterized in that such a kit contains an antibody against 25-
10    hydroxy-vitamin D which recognizes both forms of 25-hydroxyvitamin D i.e. has a cross-reaction of 10 % to 1000 % to the complementary form of 25-hydroxyvitamin D in each case.

The test is preferably carried out as a competitive immunoassay in which the antibodies against 25-hydroxyvitamin D according to the invention are preferably
15    used as a detection reagent. In such a competitive test a 25-hydroxyvitamin D "wall antigen" added in a defined amount to the test competes with the 25-hydroxy-vitamin D from the sample for the binding sites of the detection antibody. The more 25-hydroxyvitamin D is present in the sample the smaller is the detection signal.

20    In addition it has proven to be advantageous that the form of 25-hydroxyvitamin D present as the wall antigen in the competitive test corresponds to the form that is used in the immunosorption. If one for example immunizes with an immunogen containing 25-hydroxyvitamin $D_3$, immunosorption is carried out on a 25-hydroxy-vitamin $D_2$ matrix and a 25-hydroxyvitamin $D_2$ derivative is preferably
25    used in the test as the wall antigen. The wall antigen is preferably also modified at the same ring position as the immunogen and as the 25-hydroxyvitamin D used on the matrix for immunosorption.

In a further preferred embodiment the present invention concerns an immunological detection method for 25-hydroxyvitamin D in which a polyclonal
30    antibody is used which was obtained by immunization with a 25-hydroxyvitamin D conjugate and immunosorption to the complementary 25-hydroxyvitamin D conjugate and wherein in a competitive test a derivative of the 25-hydroxyvitamin D complementary to the immunogen is used as the wall antigen.

QUESTMS-00000148

- 9 -

The invention is further elucidated by the following examples and figures. The actual protective scope results from the claims attached to this invention.

Description of the figures:

Figure 1:    Schematic representation of the synthesis of a 25-hydroxyvitamin $D_3$ immunogen

Vitamin $D_3$ was activated via position 3 of the backbone from formula II and coupled to keyhole limpet hemocyanine (KLH) as the carrier.

Figure 2:    Schematic representation of the synthesis of a 25-hydroxyvitamin $D_2$ immunoadsorber

Vitamin $D_2$ was activated via position 3 of the backbone from formula I and coupled to the matrix material EAH-Sepharose.

Figure 3:    Schematic representation of the synthesis of biotinylated vitamin $D_2$

The steps for synthesizing 25-hydroxyvitamin $D_2$ used as a wall antigen are shown diagrammatically.

Figure 4:    Immunoassay using antibodies of the prior art

The content of 25-hydroxyvitamin D was determined in a total of 32 samples by means of an immunoassay as well as by means of HPLC. The values determined in the immunoassay are plotted on the Y axis and the HPLC values on the X axis.

Figure 5:    Comparison of HPLC and LC-MS-MS

The content of 25-hydroxyvitamin D was determined in a total of 66 samples by means of LC-MS-MS as well as by means of HPLC. The values determined in the LC-MS-MS are plotted on the Y axis and the HPLC values on the X axis.

Figure 6:    Comparison of an immunoassay using antibodies according to the invention and LC-MS-MS

The content of 25-hydroxyvitamin D was determined in a total of 66 samples by means of an immunoassay based on antibodies according to the present invention as well as by means of HPLC. The values determined in the immunoassay are plotted on the Y axis and the HPLC values on the X axis.

QUESTMS-00000149

- 10 -

Example 1

Synthesis of 25-hydroxyvitamin $D_3$-3-hemisuccinate-KLH

For this synthesis 25-hydroxyvitamin $D_3$ was chemically activated at position 3 (cf
formula II) and coupled to KLH as an immunogen support. This synthesis via the
5   intermediate steps 25-hydroxyvitamin $D_3$-3-hemisuccinate and 25-hydroxyvitamin
$D_3$-3-hemisuccinate-N-hydroxysuccinimide ester is shown schematically in figure
1.

1.1     Preparation of 25-hydroxyvitamin $D_3$-3-hemisuccinate

10 mg (25 μmol) 25-hydroxyvitamin $D_3$ (Sigma-Aldrich, No. H-4014) is dissolved
10   in 1 ml absolute pyridine and stirred for 4 days at room temperature in the dark
with 125 mg (1.25 mmol) succinic anhydride. The reaction mixture is taken up in
10 ml ethyl acetate and in each case washed with 2 x 10 ml water, 0.1 M
hydrochloric acid and subsequently again with water. The organic phase is dried
using about 1 g anhydrous sodium sulfate, filtered and the solvent is removed in a
15   vacuum. The residual solid is dried in a high vacuum. 10.5 mg (yield: 84 %) of a
colourless solid is obtained.

1.2     Preparation of 25-hydroxyvitamin $D_3$-3-hemisuccinate-N-hydroxy-
succinimide ester

10.0 mg (20 μmol) 25-hydroxyvitamin $D_3$-3-hemisuccinate is dissolved in 7 ml
20   anhydrous dichloromethane and admixed with 2.76 mg (24 μmol) N-hydroxy-
succinimide and 3.72 mg (24 μmol) N(3-dimethylaminopropyl)-N'-ethyl-
carbodiimide (EDC). It is stirred overnight under argon, the organic phase is then
washed twice with 10 ml water, dried over about 1 g anhydrous sodium sulfate and
filtered. The solvent is removed in a vacuum and the residual reaction product is
25   dried for 3 h in a high vacuum. 11.3 mg (yield: 94 %) N-hydroxysuccinimide ester
is obtained which is used for the conjugation without further purification.

1.3     Synthesis of 25-hydroxyvitamin $D_3$-3-hemisuccinate-KLH

150 mg keyhole limpet hemocyanin (KLH; Sigma-Aldrich No. H 8283) is dissolved
in 25 ml 0.1 M potassium phosphate buffer, pH 8.0 and 11.3 mg of the N-hydroxy-
30   succinimide ester in 2 ml DMSO is added. It is stirred overnight at room
temperature, the product is subsequently purified by means of a gel column (AcA
202, column volume 0.5 l; 0.1 M potassium phosphate buffer pH 7.0). The fractions
containing the conjugated protein are detected by means of UV absorption ($\lambda$ =

- 11 -

256 nm) and pooled. 10 % Glycerol is added and the grey opalescent solution is used for the immunization.

### Example 2
Production and isolation of antibodies against 25-hydroxyvitamin $D_3$

2.1    Immunization

The antibodies are produced in sheep. The 25-hydroxyvitamin $D_3$-3-hemisuccinate KLH conjugate from example 1 is used for the immunization. The immunization dosage is 0.1 mg per animal. The first immunization is carried out in complete Freud's adjuvant. Further immunizations take place at 4 week intervals in incomplete Freud's adjuvant over a period of 10 months. Serum is collected in the middle of each immunization interval.

2.2    Purification of the polyclonal sheep antibodies

The lipid-containing components are removed from the serum of the sheep immunized with 25-hydroxyvitamin $D_3$-3-hemisuccinate-KLH conjugate with the aid of Aerosil® (1.5 %). Subsequently the immunoglobulins are precipitated with ammonium sulfate (1.7 M). The precipitate is dialysed against 15 mM potassium phosphate buffer containing 50 mM NaCl, pH 7.0 and subsequently purified chromatographically by DEAE sepharose. The IgG fraction (= PAB <25-hydroxy-vitamin $D_3$> S-IgG (DE)) is obtained from the flow-through of this chromatography column.

2.3    Affinity chromatography to purify 25-hydroxyvitamin D-specific antibodies

An immunadsorber which contains conjugated 25-hydroxyvitamin $D_2$ as the specificity determinant is prepared for the immunochromatographic purification of the polyclonal antibodies. The immunadsorber is obtained by the following steps:

a)    Synthesis of hydroxyvitamin $D_2$-3-2′-cyanoethyl ether

20.6 mg (50 µmol) 25-hydroxyvitamin $D_2$ (Fluka No. 17937) is dissolved in a 25 ml three necked round bottom flask with an internal thermometer in 10 ml dry acetonitrile under an argon atmosphere. 1.5 ml tert.-butanol/acetonitrile (9:1) is added to the solution and cooled to 6°C in an ice bath. Subsequently 820 µl of an acrylonitrile solution (86 µl acrylonitrile in 1.0 ml acetonitrile) is added and stirred for 15 minutes at 6°C. Then 205 µl of a potassium hydride solution (25 mg KH in 0.5 ml tert.-butanol/acetonitrile 9:1) is added. A brief flocculation occurs after

QUESTMS-00000151

WO 2007/039193                                              PCT/EP2006/009360

- 12 -

which a clear solution is obtained. The reaction solution is stirred for a further 45 minutes at 6°C and subsequently for 60 minutes at 4°C.

Subsequently the reaction solution is diluted with 10 ml methyl-tert.-butyl ether and washed twice with 10 ml $H_2O$ each time. The organic phase is dried with about 1 g anhydrous sodium sulfate, filtered over a G3 glass frit and evaporated on a rotary evaporator. It is dried in a high vacuum to a viscous clear residue with a mass of about 55 mg.

b)       Synthesis of hydroxyvitamin $D_2$-3-3′-aminopropyl ether

The entire nitrile obtained above is dissolved in 15 ml diethyl ether and admixed with a suspension of 7.5 mg lithium hydride in 7.5 ml diethyl ether while stirring. The reaction mixture is stirred for 1 hour at room temperature. Afterwards a suspension of 38.4 lithium aluminium hydride in 6.6 ml diethyl ether is added. This results in a strong turbidity of the mixture. The reaction mixture is stirred for a further hour at room temperature, then the reaction mixture is cooled to 0-5°C in an ice bath and 35 ml water is carefully added. The pH is made strongly basic by addition of 6.6 ml 10 M potassium hydroxide solution.

It is extracted three times with 65 ml methyl-tert.-butyl ether each time. The combined organic phases are dried using about 5 g anhydrous sodium sulfate, filtered and evaporated at room temperature on a rotary evaporator. The residue is dried to mass constancy using an oil pump. The crude product is dissolved in 5 ml DMSO and 3.0 ml acetonitrile and purified by means of preparative HPLC.

eluant A = Millipore H2O + 0.1 % trifluoroacetic acid;
eluant B = 95 % acetonitrile + 5 % Millipore H2O + 0.1 % TFA;
gradient: from 50 % B to 100 % B in 100 min

| | |
|---|---|
| flow rate: | 30 ml/min |
| temperature: | room temperature |
| column dimension: | Ø = 5.0 cm; L = 25 cm; |
| column material: | Vydac C18/300Å/15-20 μm |
| det. wavelength: | 226 nm |

Fractions whose product content is higher than 85 % according to analytical HPLC (Vydac C18/300Å/5 μm; 4.6 x 250 mm) are pooled in a round bottom flask and lyophilized. 13.7 mg (yield: 58 %) of a colourless lyophilisate is obtained.

QUESTMS-00000152

- 13 -

c) Synthesis of hydroxyvitamin $D_2$-3-3'-N-(hemisuberyl)aminopropyl-ether-N-hydroxysuccinimide ester

11.7 mg (25 µmol) of the amino derivative is dissolved in 5 ml freshly distilled DMF and 92 mg (250 µmol) suberic acid-N-hydroxysuccinimide ester is added. 3.5 µl triethylamine is added and the solution is stirred overnight under argon. The crude product is purified by preparative HPLC (conditions as above). 10.1 mg (yield: 56 %) N-hydroxysuccinimide ester is obtained after lyophilization.

d) Synthesis of the hydroxyvitamin $D_2$ immunoadsorber

20 ml EAH Sepharose (Amersham Biosciences, No. 17-0569-03) is washed with 200 ml 0.5 M sodium chloride solution on a G3 glass frit and equilibrated with 200 ml 0.03 M potassium phosphate buffer pH 7.1. After excess liquid has drained off through the frit, the suspension is taken up in 200 ml of the same buffer and 1.7 mg (2.3 µmol) of the N-hydroxysuccinimide ester in 10 ml DMSO is added. The reaction mixture is agitated overnight at room temperature on a shaker. It is again transferred to a G3 glass frit, allowed to drain and washed with 500 ml 0.05 M potassium phosphate buffer/0.15 M sodium chloride, pH 7.0. After complete drainage, it is resuspended in 25 ml of the same buffer and 0.15 ml of a 25 % sodium azide solution is added for preservation.

e) Purification of the antibodies

10 ml of the affinity matrix from d) is packed into a column and equilibrated with a buffer consisting of 50 mM potassium phosphate, 150 mM NaCl at a pH of 7.5 (PBS). 3.6 g of PAB <25-hydroxyvitamin $D_3$> S-IgG (DE) is loaded onto the column. The column is washed stepwise with PBS, 0.5 M NaCl solution containing 0.05 % Tween® 20 and 30 mM sodium chloride. The specifically bound immunoglobulin is detached from the affinity matrix with 3 mM HCl solution. The HCl eluate is dialysed against 1 mM ethyl acetate and subsequently lyophilized. The lyophilisate is dissolved in PBS, aggregates are removed by chromatography on Superdex 200® and the immunoadsorbed polyclonal antibodies obtained in this manner are used in a further step. The immunoaffinity matrix is regenerated with 1 M propionic acid and preserved in a solution of PBS containing 0.9 % sodium azide.

QUESTMS-00000153

- 14 -

Example 3

Assays for the detection of 25-hydroxyvitamin D

Commercial assays are used according to the manufacturer's instructions. The 25-hydroxyvitamin D determinations are carried out by means of HPLC (test for
5    25(OH)vitamin $D_3$, from the "Immundiagnostik" Company, Bensheim, order No. KC 3400) or by means of LC-MS-MS (Vogeser, M. et al., Clin. Chem. 50 (2004) 1415-1417) as described in the literature.

The preparation of the ingredients and the general test procedure for a new immunological test is described in the following on the basis of antibodies
10   produced according to the invention.

3.1      Synthesis of hydroxyvitamin $D_2$-3-3'-N-(hemisuberyl)aminopropyl-ether-biotin-(beta-Ala)-Glu-Glu-Lys(epsilon) conjugate (= Ag-Bi)

13.7 mg (25 µmol) hydroxyvitamin $D_2$-3-3'-aminopropyl ether is dissolved in 3.5 ml DMSO, 28.7 mg (30 µmol) biotin-(beta-Ala)-Glu-Glu-Lys(epsilon)-hemi-
15   suberate-N-hydroxysuccinimide ester (Roche Applied Science, No. 11866656) and 12.5 µl triethylamine are added and it is stirred overnight at room temperature. The reaction solution is diluted with 4.5 ml DMSO, filtered through a 0.45 µm microfilter and subsequently purified by means of preparative HPLC (conditions see example 2.3 b)). Fractions that contain more than 85 % product according to
20   analytical HPLC are pooled and lyophilized. 9.8 mg (yield: 30 %) purified biotin conjugate is obtained.

3.2      Ruthenylation of polyclonal antibodies against 25-hydroxyvitamin D (= PAB-Ru) purified by affinity chromatography

The affinity-purified antibodies according to example 2.3 e) are transferred to
25   100 mM potassium phosphate buffer, pH 8.5 and the protein concentration is adjusted to 1 mg/ml. The ruthenylation reagent (ruthenium (II) tris (bipyridyl)-N-hydroxysuccinimide ester) is dissolved in DMSO and added to the antibody solution at a molar ratio of 7.5 to 1. After a reaction time of 60 min the reaction is stopped by addition of l-lysine and the excess labelling reagent is separated by gel
30   permeation chromatography on Sephadex G25.

3.3      Test procedure in the immunoassay

The sample is measured using an Elecsys® system from the Roche Diagnostics company. 25 µl sample is mixed with 30 µl release reagent and simultaneously or sequentially with 15 µl ruthenylated detection antibody and incubated for

- 15 -

9 minutes. In the next step the biotinylated wall antigen (50 µl) is added and the pH value is kept in the desired range by further addition of release reagent (50 µl). After a further 9 minutes incubation magnetizable polystyrene particles coated with streptavidin (SA) (30 µl) are added and after a further incubation for 9 minutes, the amount of bound ruthenylated antibody is determined as usual.

The solution containing the ruthenylated <25-OH-vitamin D> antibody conjugate contains:

| | |
|---|---|
| 20 mM | phosphate buffer, pH 6.5 |
| 0.1 % | oxypyrion |
| 0.1 % | MIT (N-methylisothiazolone-HCl) |
| 10 % | DMSO (dimethyl sulfoxide) |
| 1 % | EtOH (ethanol) |
| 0.1 % | polydocanol |
| 1 % | rabbit IgG (DET) |
| 2.0 µg/ml | PAB-Ru (from example 3.2) |

The release reagent contains:

| | |
|---|---|
| 220 mM | acetate buffer, pH 4.0 |
| 0.1 % | oxypyrion |
| 0.1 % | MIT |
| 10 % | DMSO |
| 1 % | EtOH |
| 0.1 % | polydocanol |
| 0.2 % | rabbit IgG |

The solution with the biotinylated wall antigen contains:

| | |
|---|---|
| 20 mM | phosphate buffer, pH 6.5 |
| 0.1 % | oxypyrion |
| 10 % | DMSO |
| 1 % | EtOH |
| 0.1 % | polydocanol |
| 0.2 % | rabbit IgG |
| 0.18 µg/ml | Ag-Bi (from example 3.1) |

- 16 -

The suspension with SA-coated latex particles contains:

0.72 mg/ml   SA-coated magnetizable polystyrene particles having a
binding capacity of 470 ng/ml.

5   <u>Example 4</u>
Results and discussion

4.1   Antibodies which are obtained using 25-hydroxyvitamin $D_3$ as an
immunogen as well as an immunoadsorber

In many (unsuccessful) experiments antibodies were used which had been
10   produced according to methods of the prior art i.e. immunization with and
immunosorption to 25-hydroxyvitamin $D_3$. Figure 4 shows as an example that
these antibodies are not suitable for reliably determining 25-hydroxyvitamin D.
Figure 4 clearly shows that 25-hydroxyvitamin D values determined in an
immunoassay using these antibodies do not correlate with the reference method
15   (HPLC).

4.2   Comparison of HPLC with LC-MS-MS

The detection of vitamin D metabolites by LC-MS-MS as described in Vogeser, M.,
et al., Clin. Chem. 50 (2004) 1415-1417 is increasingly becoming the reference
method for vitamin D metabolite determinations. It was therefore investigated
20   whether the previous HPLC reference method results in comparable values to the
newer LC-MS-MS reference method. As can be seen from figure 5, both reference
methods compare well. A correlation coefficient of 0.94 was determined by linear
regression.

4.3   Immunoassay using the antibodies against 25-hydroxyvitamin D according
25   to the invention

A total of 66 samples are compared in the new immunological test as well as by
means of LC-MS-MS with regard to their content of 25-hydroxyvitamin D. As can
be seen from figure 6 the values determined with both methods correlate very well.
Linear regression yields a correlation coefficient of 0.85. This is surprisingly high
30   considering that both analytical methods are based on completely different
principles.

Thus a test for the detection of 25-hydroxyvitamin D can be established using the
antibodies according to the present invention, which enables a reliable
determination of 25-hydroxyvitamin D.

QUESTMS-00000156

- 17 -

### Patent Claims

1. Process for the production of antibodies against 25-hydroxyvitamin D comprising the steps

    a) immunizing an experimental animal with a conjugate which contains 25-hydroxyvitamin $D_3$ or 25-hydroxyvitamin $D_2$ as the hapten,

    b) isolating serum or plasma from the said experimental animal and

    c) purifying the antibodies contained in the serum or plasma by immunosorption to a complementary matrix, comprising 25-hydroxyvitamin $D_2$ or 25-hydroxyvitamin $D_3$, respectively.

2. Process according to claim 1, characterized in that the linkage in the 25-hydroxyvitamin $D_3$ conjugate is via position 3 of 25-hydroxyvitamin $D_3$.

3. Process according to claim 1, characterized in that the linkage in the 25-hydroxyvitamin $D_2$ conjugate is via position 3 of 25-hydroxyvitamin $D_2$.

4. Process according to claim 2, characterized in that 25-hydroxyvitamin $D_2$ is linked to the matrix used for immunosorption via position 3 of 25-hydroxyvitamin $D_2$.

5. Process according to claim 3, characterized in that 25-hydroxyvitamin $D_3$ is linked to the matrix used for immunosorption via position 3 of 25-hydroxyvitamin $D_3$.

6. Antibody against 25-hydroxyvitamin $D_3$ which has a cross-reaction of 10 % to 1000 % with 25-hydroxyvitamin $D_2$.

7. Antibody against 25-hydroxyvitamin $D_3$ which has a cross-reaction of 20 % to 500 % with 25-hydroxyvitamin $D_2$.

8. Use of an antibody according to claim 6 or 7 in a test for the detection of 25-hydroxyvitamin $D_3$.

9. Test kit for the detection of 25-hydroxyvitamin $D_3$, characterized in that this kit contains an antibody according to claim 6 or 7.

QUESTMS-00000157

WO 2007/039193                                            PCT/EP2006/009360

**Fig. 1**

Synthesis of 25-hydroxyvitamin D₃-3-hemisuccinate-KLH

**25-hydroxyvitamin D₃-3-hemisuccinate**

/ Pyridin

**25-hydroxyvitamin D₃-3-hemisuccinate-N-hydroxysuccinimide ester**

-OH / EDC

**25-hydroxyvitamin D₃-3-hemisuccinate-KLH**

KLH

QUESTMS-00000158

2/6

**Fig. 2**

**Synthesis of hydroxyvitamin D₂-immunoadsorber**



**hydroxyvitamin D₂-3-2'-cyanoethyl ether**

**hydroxyvitamin D₂-3-3'-aminopropyl ether**

**hydroxyvitamin D₂-3-3'-N-(hemisuberyl)aminopropyl ether - N-hydroxysuccinimide ester**

**hydroxyvitamin D₂-immunoadsorber**

QUESTMS-00000159

**Fig. 3**

Synthesis of hydroxyvitamin D$_2$-3-3'-N-(hemisuberyl)aminopropyl ether -
biotin-(beta-Ala)-Glu-Glu-Lys(epsilon) - conjugate

- 4/6 -

**Fig. 4**



QUESTMS-00000161

- 5/6 -

**Fig. 5**



QUESTMS-00000162

WO 2007/039193                                    PCT/EP2006/009360

- 6/6 -

**Fig. 6**



QUESTMS-00000163

# INTERNATIONAL SEARCH REPORT

International application No

PCT/EP2006/009360

**A. CLASSIFICATION OF SUBJECT MATTER**
INV. C07K16/26

According to International Patent Classification (IPC) or to both national classification and IPC

**B. FIELDS SEARCHED**

Minimum documentation searched (classification system followed by classification symbols)
C07K

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched

Electronic data base consulted during the international search (name of data base and, where practical, search terms used)

EPO-Internal, BIOSIS, EMBASE, CHEM ABS Data

**C. DOCUMENTS CONSIDERED TO BE RELEVANT**

| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| Y | EP 0 312 360 A2 (TOYO JOZO KK [JP]) 19 April 1989 (1989-04-19) page 5, line 52 ~ page 6, line 14; example 3 | 1-9 |
| Y | MCVICAR J P ET AL: "CHARACTERISTICS OF HUMAN LIPO PROTEINS ISOLATED BY SELECTED AFFINITY IMMUNO SORPTION OF APO LIPO PROTEIN A-I/" PROCEEDINGS OF THE NATIONAL ACADEMY OF SCIENCES OF THE UNITED STATES OF AMERICA, vol. 81, no. 5, 1984, pages 1356-1360, XP002415292 ISSN: 0027-8424 page 1356, right-hand column | 1-9 |
| | —/— | |

| X | Further documents are listed in the continuation of Box C. | | X | See patent family annex. |
|---|---|---|---|---|

* Special categories of cited documents:

"A" document defining the general state of the art which is not considered to be of particular relevance

"E" earlier document but published on or after the international filing date

"L" document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified)

"O" document referring to an oral disclosure, use, exhibition or other means

"P" document published prior to the international filing date but later than the priority date claimed

"T" later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention

"X" document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone

"Y" document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art.

"&" document member of the same patent family

| Date of the actual completion of the international search | Date of mailing of the international search report |
|---|---|
| 17 January 2007 | 06/02/2007 |

| Name and mailing address of the ISA/ | Authorized officer |
|---|---|
| European Patent Office, P.B. 5818 Patentlaan 2 NL – 2280 HV Rijswijk Tel. (+31-70) 340-2040, Tx. 31 651 epo nl, Fax: (+31-70) 340-3016 | Hennard, Christophe |

Form PCT/ISA/210 (second sheet) (April 2005)

QUESTMS-00000164

## INTERNATIONAL SEARCH REPORT

International application No

PCT/EP2006/009360

**C(Continuation).   DOCUMENTS CONSIDERED TO BE RELEVANT**

| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| X | KOBAYASHI NORIHIRO ET AL: "Production and specificity of antisera raised against 25-hydroxyvitamin D-3-(C-3-)-bovine serum albumin conjugates" STEROIDS, vol. 57, no. 10, 1992, pages 488-493, XP002415293 ISSN: 0039-128X page 488, last paragraph; page 489-490; page 491, table 1 | 6-9 |
| X | HUMMER L ET AL: "A SELECTIVE AND SIMPLIFIED RADIOIMMUNOASSAY OF 25-HYDROXYVITAMIN D3" SCANDINAVIAN JOURNAL OF CLINICAL AND LABORATORY INVESTIGATION, BLACKWELL SCIENTIFIC PUBLICATIONS, OXFORD, GB, vol. 44, no. 2, 1984, pages 163-167, XP009017542 ISSN: 0085-591X page 164, "Materials and Methods"; page 166, table I | 6-9 |
| Y | KOBAYASHI NORIHIRO ET AL: "PRODUCTION AND CHARACTERIZATION OF MONOCLONAL ANTIBODIES AGAINST TWO HAPTENIC DERIVATIVES OF 1ALPHA,25-DIHYDROXYVITAMIN D3 CONJUGATED WITH BOVINE SERUM ALBUMIN THROUGH THE C-3 OR C-24 POSITION" BIOLOGICAL & PHARMACEUTICAL BULLETIN (OF JAPAN), PHARMACEUTICAL SOCIETY OF JAPAN, TOKYO, JP, vol. 20, no. 9, 1997, pages 948-953, XP001248794 ISSN: 0918-6158 page 950, Figure 1 and table 2 | 1-9 |
| Y | KOBAYASHI N ET AL: "Production and characterization of monoclonal antibodies against a novel 1alpha,25-dihydroxyvitamin D3-bovine serum albumin conjugate linked through the 11alpha-position" JOURNAL OF STEROID BIOCHEMISTRY AND MOLECULAR BIOLOGY, ELSEVIER SCIENCE LTD., OXFORD, GB, vol. 63, no. 1-3, September 1997 (1997-09), pages 127-137, XP002272138 ISSN: 0960-0760 page 133, table 3; page 135, right-hand column | 1-9 |

-/--

Form PCT/ISA/210 (continuation of second sheet) (April 2005)

QUESTMS-00000165

## INTERNATIONAL SEARCH REPORT

International application No

PCT/EP2006/009360

C(Continuation).   DOCUMENTS CONSIDERED TO BE RELEVANT

| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| A | HARRIS J R ET AL:  "Keyhole limpet hemocyanin (KLH): A biomedical review" MICRON, vol. 30, no. 6, December 1999 (1999-12), pages 597-623, XP002415294 ISSN: 0968-4328 page 615, part 6. | 1-9 |

Form PCT/ISA/210 (continuation of second sheet) (April 2005)

QUESTMS-00000166

## INTERNATIONAL SEARCH REPORT

Information on patent family members

| International application No |
| --- |
| PCT/EP2006/009360 |

| Patent document cited in search report | | Publication date | Patent family member(s) | | Publication date |
| --- | --- | --- | --- | --- | --- |
| EP 0312360 | A2 | 19-04-1989 | DE | 3872153 D1 | 23-07-1992 |
| | | | DE | 3872153 T2 | 17-12-1992 |
| | | | JP | 2000274 A | 05-01-1990 |
| | | | US | 5075465 A | 24-12-1991 |

Form PCT/ISA/210 (patent family annex) (April 2005)

QUESTMS-00000167

**PCT**

WELTORGANISATION FÜR GEISTIGES EIGENTUM
Internationales Büro



INTERNATIONALE ANMELDUNG VERÖFFENTLICHT NACH DEM VERTRAG ÜBER DIE
INTERNATIONALE ZUSAMMENARBEIT AUF DEM GEBIET DES PATENTWESENS (PCT)

| (51) Internationale Patentklassifikation [6] : C07D 249/12, 413/04, 405/04, A01N 43/653 | A1 | (11) Internationale Veröffentlichungsnummer:   WO 96/18618 |
|---|---|---|
| | | (43) Internationales Veröffentlichungsdatum:            20. Juni 1996 (20.06.96) |

(21) Internationales Aktenzeichen:          PCT/EP95/04759

(22) Internationales Anmeldedatum: 4. Dezember 1995 (04.12.95)

(30) Prioritätsdaten:
P 44 44 741.8          15. Dezember 1994 (15.12.94)   DE
195 31 152.3          24. August 1995 (24.08.95)   DE

(71) Anmelder (für alle Bestimmungsstaaten ausser US): BAYER AKTIENGESELLSCHAFT [DE/DE]; D-51368 Leverkusen (DE). NIHON BAYER AGROCHEM K.K. [JP/JP]; 10-8, Takanawa 4-chome, Minato-ku, Tokyo 108 (JP).

(72) Erfinder; und
(75) Erfinder/Anmelder (nur für US): LINKER, Karl-Heinz [DE/DE]; Albert-Schweitzer-Strasse 3, D-51377 Leverkusen (DE). FINDEISEN, Kurt [DE/DE]; Dünfelder Strasse 28, D-51375 Leverkusen (DE). SCHALLNER, Otto [DE/DE]; Noldeweg 22, D-40789 Monheim (DE). LENDER, Andreas [DE/DE]; Lüneburger Strasse 15, D-21376 Salzhausen (DE). SANTEL, Hans-Joachim [DE/DE]; Grünstrasse 9a, D-51371 Leverkusen (DE). DOLLINGER, Markus [DE/DE]; Burscheider Strasse 154b, D-51381 Leverkusen (DE). YANAGI, Akihiko [JP/JP]; 214-1, Oyama, Oyamashi, Tochigi (JP). GOTO, Toshio [JP/JP]; 214-18, Koganei, Kokubunji-machi, Tochigi (JP).

(74) Gemeinsamer Vertreter:          BAYER   AKTIENGE-SELLSCHAFT; D-51368 Leverkusen (DE).

(81) Bestimmungsstaaten: AU, BB, BG, BR, BY, CA, CN, CZ, FI, HU, JP, KR, KZ, LK, MX, NO, NZ, PL, RO, RU, SK, UA, US, europäisches Patent (AT, BE, CH, DE, DK, ES, FR, GB, GR, IE, IT, LU, MC, NL, PT, SE), OAPI Patent (BF, BJ, CF, CG, CI, CM, GA, GN, ML, MR, NE, SN, TD, TG).

Veröffentlicht
*Mit internationalem Recherchenbericht.*
*Vor Ablauf der für Änderungen der Ansprüche zugelassenen Frist. Veröffentlichung wird wiederholt falls Änderungen eintreffen.*

(54) Title: 3-ARYL-1,2,4-TRIAZOLE DERIVATIVES WITH HERBICIDAL PROPERTIES

(54) Bezeichnung: 3-ARYL-1,2,4-TRIAZOLDERIVATE MIT HERBIZIDEN EIGENSCHAFTEN

(57) Abstract

   The invention concerns novel substituted N-aryl nitrogenous heterocycles of general formula (I) and associated isomeric compounds of formulae (Ia) and (Ib), in which $Q^1$, $Q^2$, $R^1$, $R^2$ and Ar have the meanings indicated in the description. The invention also concerns methods for manufacturing said compounds and their use as herbicides.

(57) Zusammenfassung

   Die Erfindung betrifft neue substituierte N-Aryl-Stickstoffheterocyclen der allgemeinen Formel (I) sowie die zu den substituierten N-Aryl-Stickstoffheterocyclen der Formel (I) isomeren Verbindungen der Formeln (Ia) und (Ib), in welchen $Q^1$, $Q^2$, $R^1$, $R^2$ und Ar die in der Beschreibung genannten Bedeutungen haben, Verfahren zu ihrer Herstellung sowie ihre Verwendung als Herbizide.

## *LEDIGLICH ZUR INFORMATION*

Codes zur Identifizierung von PCT-Vertragsstaaten auf den Kopfbögen der Schriften, die internationale Anmeldungen gemäss dem PCT veröffentlichen.

| | | | | | |
|---|---|---|---|---|---|
| AT | Österreich | GA | Gabon | MR | Mauretanien |
| AU | Australien | GB | Vereinigtes Königreich | MW | Malawi |
| BB | Barbados | GE | Georgien | NE | Niger |
| BE | Belgien | GN | Guinea | NL | Niederlande |
| BF | Burkina Faso | GR | Griechenland | NO | Norwegen |
| BG | Bulgarien | HU | Ungarn | NZ | Neuseeland |
| BJ | Benin | IE | Irland | PL | Polen |
| BR | Brasilien | IT | Italien | PT | Portugal |
| BY | Belarus | JP | Japan | RO | Rumänien |
| CA | Kanada | KE | Kenya | RU | Russische Föderation |
| CF | Zentrale Afrikanische Republik | KG | Kirgisistan | SD | Sudan |
| CG | Kongo | KP | Demokratische Volksrepublik Korea | SE | Schweden |
| CH | Schweiz | KR | Republik Korea | SI | Slowenien |
| CI | Côte d'Ivoire | KZ | Kasachstan | SK | Slowakei |
| CM | Kamerun | LI | Liechtenstein | SN | Senegal |
| CN | China | LK | Sri Lanka | TD | Tschad |
| CS | Tschechoslowakei | LU | Luxemburg | TG | Togo |
| CZ | Tschechische Republik | LV | Lettland | TJ | Tadschikistan |
| DE | Deutschland | MC | Monaco | TT | Trinidad und Tobago |
| DK | Dänemark | MD | Republik Moldau | UA | Ukraine |
| ES | Spanien | MG | Madagaskar | US | Vereinigte Staaten von Amerika |
| FI | Finnland | ML | Mali | UZ | Usbekistan |
| FR | Frankreich | MN | Mongolei | VN | Vietnam |

QUESTMS-00000169

- 1 -

### 3-ARYL-1,2,4-TRIAZOLDERIVATE MIT HERBIZIDEN EIGENSCHAFTEN

5

Die Erfindung betrifft neue substituierte N-Aryl-Stickstoffheterocyclen, Verfahren zu ihrer Herstellung und ihre Verwendung als Herbizide.

10    Es ist bekannt, daß bestimmte N-Aryl-Stickstoffheterocyclen herbizide Eigenschaften aufweisen (vgl. EP 11693, DE 2952685, DE 3026739, US 4276420, US 4326878, WO 94/14817, EP 75267 und EP 210137). Die aus den angegebenen Patentanmeldungen bekannten Verbindungen haben jedoch keine nennenswerte Bedeutung erlangt.

15    Es wurden nun die neuen substituierten N-Aryl-Stickstoffheterocyclen der allgemeinen Formel (I) gefunden,



(I)

20    in welcher

$Q^1$    für Sauerstoff oder Schwefel steht,

$Q^2$    für Sauerstoff oder Schwefel steht,

25

$R^1$    für Wasserstoff, Cyano, Formyl oder für gegebenenfalls durch Halogen, Cyano, Carboxy, Alkoxy, Alkenyloxy, Alkinyloxy, Alkylthio, Alkenylthio, Alkinylthio, Alkoxycarbonyl, Alkenyloxycarbonyl oder Alkinyloxycarbonyl substituiertes Alkyl steht,

QUESTMS-0000017

2

$R^1$  weiterhin für jeweils gegebenenfalls durch Halogen substituiertes Alkenyl oder Alkinyl steht,

5  $R^1$  weiterhin für jeweils gegebenenfalls durch Halogen substituiertes Alkyl-carbonyl, Alkenylcarbonyl, Alkinylcarbonyl, Alkoxycarbonyl, Alkenyloxy-carbonyl oder Alkinyloxycarbonyl steht,

$R^1$  weiterhin für jeweils gegebenenfalls durch Halogen, Cyano oder Carboxy sub-
10  stituiertes Cycloalkyl oder Cycloalkylcarbonyl steht,

$R^2$  für Wasserstoff, Cyano, Formyl oder für gegebenenfalls durch Halogen, Cyano, Carboxy, Alkoxy, Alkenyloxy, Alkinyloxy, Alkylthio, Alkenylthio, Alkinylthio, Alkoxycarbonyl, Alkenyloxycarbonyl oder Alkinyloxycarbonyl
15  substituiertes Alkyl steht,

$R^2$  weiterhin für jeweils gegebenenfalls durch Halogen, substituiertes Alkenyl oder Alkinyl steht,

20  $R^2$  weiterhin für jeweils gegebenenfalls durch Halogen substituiertes Alkyl-carbonyl, Alkenylcarbonyl, Alkinylcarbonyl, Alkoxycarbonyl, Alkenyloxy-carbonyl oder Alkinyloxycarbonyl steht,

$R^2$  weiterhin für jeweils gegebenenfalls durch Halogen, Cyano oder Carboxy sub-
25  stituiertes Cycloalkyl oder Cycloalkylcarbonyl steht, und

Ar  für die nachstehend definierte substituierte, monocyclische oder bicyclische Aryl- oder Heteroaryl-Gruppierung steht,

QUESTMS-00000171

3



worin

R$^3$  für Wasserstoff oder Halogen steht,

R$^4$  für Wasserstoff oder Halogen steht,

R$^5$  für  Cyano,  Carboxy,  Chlorcarbonyl,  Carbamoyl,  Thiocarbamoyl, Hydroxy,  Halogen  oder  für  jeweils  gegebenenfalls  durch  Halogen  substituiertes Alkyl, Alkoxy oder Alkoxycarbonyl steht,

R$^6$  für die nachstehende Gruppierung steht,

-A$^1$-A$^2$-A$^3$

in welcher

A$^1$  für eine Einfachbindung oder für Sauerstoff, Schwefel, -SO-, -SO$_2$-, -CO- oder die Gruppierung -N-A$^4$- steht, worin A$^4$ für Wasserstoff, Hydroxy, Alkyl, Alkenyl, Alkinyl, Alkoxy, Aryl, Alkylcarbonyl, Arylcarbonyl, Alkylsulfonyl oder Arylsulfonyl steht,

A$^1$  weiterhin für jeweils gegebenenfalls durch Halogen substituiertes Alkandiyl, Alkendiyl, Azaalkendiyl, Alkindiyl, Cycloalkandiyl, Cycloalkendiyl oder Phenylen steht,

QUESTMS-0000017

4

$A^2$ für eine Einfachbindung oder für Sauerstoff, Schwefel, -SO-, -SO$_2$-, -CO- oder die Gruppierung -N-$A^4$- steht, worin $A^4$ für Wasserstoff, Hydroxy, Alkyl, Alkoxy, Aryl, Alkylsulfonyl oder Arylsulfonyl steht,

5    $A^2$ weiterhin für jeweils gegebenenfalls durch Halogen substituiertes Alkandiyl, Alkendiyl, Azaalkendiyl, Alkindiyl, Cycloalkandiyl, Cycloalkendiyl oder Phenylen steht,

$A^3$ für Wasserstoff steht mit der Maßgabe, daß in diesem Fall $A^1$ und/oder
10    $A^2$ nicht für eine Einfachbindung stehen

$A^3$ weiterhin für Hydroxy, Mercapto, Amino, Cyano, Isocyano, Thiocyanato, Nitro, Carboxy, Carbamoyl, Thiocarbamoyl, Sulfo, Chlorsulfonyl, Halogen, für jeweils gegebenenfalls durch Halogen oder Alkoxy substitu-
15    iertes Alkyl, Alkoxy, Alkylthio, Alkylsulfinyl, Alkylsulfonyl, Alkylamino, Dialkylamino, Alkoxycarbonyl oder Dialkoxy(thio)phosphoryl steht,

$A^3$ weiterhin für jeweils gegebenenfalls durch Halogen substituiertes Alkenyl, Alkenyloxy, Alkenylthio, Alkenylamino, Alkylidenamino, Alkenyloxy-
20    carbonyl, Alkinyl, Alkinyloxy, Alkinylthio, Alkinylamino oder Alkinyloxy-carbonyl steht,

$A^3$ weiterhin für jeweils gegebenenfalls durch Halogen, Cyano, Carboxy, Alkyl und/oder Alkoxy-carbonyl substituiertes Cycloalkyl, Cycloalkyloxy,
25    Cycloalkylalkyl, Cycloalkylalkoxy, Cycloalkylidenamino, Cycloalkyloxy-carbonyl oder Cycloalkylalkoxycarbonyl steht,

$A^3$ weiterhin für jeweils gegebenenfalls durch Nitro, Cyano, Carboxy, Halogen, Alkyl, Halogenalkyl, Alkyloxy, Halogenalkyloxy und/oder Alkoxy-
30    carbonyl substituiertes Aryl, Aryloxy, Aralkyl, Arylalkoxy, Aryloxy-carbonyl oder Arylalkoxycarbonyl steht,

5

$A^3$ weiterhin für jeweils gegebenenfalls ganz oder teilweise hydriertes Pyrrolyl, Pyrazolyl, Imidazolyl, Triazolyl, Furyl, Oxiranyl, Oxetanyl, Dioxolanyl, Thienyl, Oxazolyl, Isoxazolyl, Thiazolyl, Isothiazolyl, Oxadiazolyl, Thiadiazolyl, Pyridinyl, Pyrimidinyl, Triazinyl, Pyrazolylalkyl, Furylalkyl, Thienylalkyl, Oxazolylalkyl, Isoxazolylalkyl, Thiazolylalkyl, Pyridinylalkyl, Pyrimidinylalkyl, Pyrazolylalkoxy, Furylalkoxy, für Perhydropyranylalkoxy oder Pyridylalkoxy steht, und

$R^7$ für Wasserstoff oder Halogen steht,

oder jeweils zwei benachbarte Reste - $R^3$ und $R^4$, $R^4$ und $R^5$, $R^5$ und $R^6$ oder $R^6$ und $R^7$ - zusammen für eine der nachstehenden Gruppierungen stehen

$-Q^3-CQ^4-$, $-Q^3-CQ^4-Q^5-$, $-Q^3-C(R^8,R^9)-Q^5-$, $-C(R^8,R^9)-CQ^4-$,
$-C(R^8,R^9)-Q^3-CQ^4-$, $-Q^3-C(R^8,R^9)-C(R^8,R^9)-$,
$-Q^3-C(R^8,R^9)-C(R^8,R^9)-Q^5-$, $-C(R^8,R^9)-C(R^8,R^9)-CQ^4-$,
$-Q^3-C(R^8)=C(R^8)-$, $-C(R^8)=C(R^8)-CQ^4-$, $-Q^3-C(R^8,R^9)-CQ^4-$,
$-N(R^{10})-C(R^8,R^9)-CQ^4-$, $-C(R^8)=N-$, $-Q^3-CQ^4-C(R^8,R^9)-$,
$-Q^3-CQ^4-N(R^{10})-$, $-Q^3-C(R^8,R^9)-CQ^4-N(R^{10})-$,
$-C(R^8,R^9)-Q^3-CQ^4-N(R^{10})-$, $-C(R^8,R^9)-C(R^8,R^9)-N(R^{10})-$,
$-C(R^8,R^9)-C(R^8,R^9)-CQ^4-N(R^{10})-$, $-C(R^8)=C(R^8)-N(R^{10})-$,
$-C(R^8)=C(R^8)-CQ^4-N(R^{10})-$, $-C(R^8,R^9)-CQ^4-N(R^{10})-$,
$-N(R^{10})-C(R^8,R^9)-CQ^4-N(R^{10})-$, $-C(R^8)=N-N(R^{10})-$,
$-Q^3-CQ^4-C(R^8,R^9)-N(R^{10})-$, $Q^3-C(R^8,R^9)-C(R^8,R^9)-CQ^4-N(R^{10})-$

wobei

$Q^3$, $Q^4$ und $Q^5$ gleich oder verschieden sind und jeweils für Sauerstoff oder Schwefel stehen,

$R^8$ und $R^9$ gleich oder verschieden sind und einzeln für Wasserstoff, Halogen oder Alkyl stehen oder zusammen für Alkandiyl stehen, und

QUESTMS-0000017

6

$R^{10}$ für Wasserstoff, Hydroxy, für gegebenenfalls durch Cyano, Halogen, Alkoxy, Alkyl-carbonyl oder Alkoxy-carbonyl substituiertes Alkyl, Alkyl-carbonyl, Alkoxycarbonyl oder Alkylsulfonyl, für jeweils gegebenenfalls durch Halogen substituiertes Alkenyl oder Alkinyl, für jeweils gegebenenfalls durch Halogen oder Alkyl substituiertes Cycloalkyl oder Cycloalkyl-alkyl, für jeweils gegebenenfalls durch Halogen substituiertes Alkoxy oder Alkenyloxy, oder für jeweils gegebenenfalls durch Cyano, Halogen, Alkyl, Halogenalkyl, Alkoxy oder Halogenalkoxy substituiertes Arylalkyl oder Arylalkoxy steht,

mit der Maßgabe, daß $R^1$ und $R^2$ nicht gleichzeitig für Wasserstoff stehen können und die vorbekannten Verbindungen 4-(3,4-Dichlor-phenyl)-1,2-dimethyl-5-thioxo-1,2,4-triazolidin-3-on und 4-(4-Chlor-3-trifluormethyl-phenyl)-1,2-dimethyl-5-thioxo-1,2,4-triazolidin-3-on (vgl. DE 2952685 und DE 3026739) durch Disclaimer ausge-nommen sind.

Es wurden ferner auch die zu den substituierten N-Aryl-Stickstoffheterocyclen der Formel (I) isomeren Verbindungen der Formeln (Ia) und (Ib) gefunden,



in welcher

$Q^1$, $Q^2$, $R^1$, $R^2$ und Ar     die oben angegebenen Bedeutungen haben.

Man erhält die neuen substituierten N-Aryl-Stickstoffheterocyclen der allgemeinen Formel (I) und gegebenenfalls die Verbindungen der Formeln (Ia) oder (Ib), wenn man

(a) (Thio)Semicarbazid-Derivate der allgemeinen Formel (II)

QUESTMS-00000175

7



$(II)$

in welcher

Q[1], Q[2], R[1], R[2] und Ar    die oben angegebenen Bedeutungen haben und

R    für Alkyl steht,

gegebenenfalls in Gegenwart eines Reaktionshilfsmittels und gegebenenfalls in Gegenwart eines Verdünnungsmittels cyclisierend kondensiert und gegebenenfalls im Anschluß daran im Rahmen der Substituentendefinition auf übliche Weise elektrophile oder nucleophile Substitutionsreaktionen durchführt,

oder wenn man

(b) Aryliminoheterocyclen der allgemeinen Formel (III)



$(III)$

in welcher

Q[1], Q[2], R[1], R[2] und Ar    die oben angegebenen Bedeutungen haben,

- oder Verbindungen der Formel (Ia) oder (Ib) - oben -

gegebenenfalls in Gegenwart eines Reaktionshilfsmittels und gegebenenfalls in Gegenwart eines Verdünnungsmittels thermisch ("pyrolytisch") isomerisiert.

8

Die Verbindungen der Formel (I) können prinzipiell auch wie im Folgenden schematisch dargestellt synthetisiert werden:

5     (c) Umsetzung von Aryliso(thio)cyanaten der Formel (IV) mit Hydrazinen der Formel (V) zu Aryl(thio)semicarbaziden der Formel (VI) und deren Umsetzung mit (Thio)Phosgen:

$R^1$-NH-NH-$R^2$    (V)

+

Ar-N=C=$Q^1$    (IV)

$+ CQ^2Cl_2$

$- 2HCl$      (I)

10     (d) Umsetzung von Aryliso(thio)cyanaten der Formel (IV) mit S-Alkyldithio-carbazaten der Formel (VII) und anschließende cyclisierende Kondensation:

(VII)

+

Ar-N=C=$Q^1$    (IV)

$- RSH$      (I)

15     (e) Umsetzung von N,N-Bis-chlorcarbonyl- oder N,N-Bis-phenoxycarbonyl-aryl-aminen der Formel (VIII) - Y: Cl oder $OC_6H_5$ - mit Hydrazinen der Formel (V):

$R^2$-NH-NH-$R^1$    (V)

+

(VIII)

$- 2 HY$      (I)

QUESTMS-00000177

9

(f) Umsetzung von Arylaminen der Formel (IX) mit Hydrazindicarbonsäureestern der
Formel (X):



Die Verbindungen der allgemeinen Formel (I) können auch nach weiteren üblichen
Methoden in andere Verbindungen der allgemeinen Formel (I) gemäß obiger
Definition umgewandelt werden, beispielsweise durch übliche Umwandlungen von
Carbonsäure-Gruppierungen oder deren Derivaten (z.B. $R^5$: COOH → COCl, COOH
→ COOCH$_3$, COCl → CONH$_2$, COOCH$_3$ → CONH$_2$, CONH$_2$ → CN, CN →
CSNH$_2$), durch Alkylierungsreaktionen (z.B. $R^1$: H → CH$_3$ oder CHF$_2$) oder durch
Oxidation oder Schwefelung (z.B. $Q^1$: O → S oder S → O) - vgl. auch die Her-
stellungsbeispiele.

Die neuen substituierten N-Aryl-Stickstoffheterocyclen der allgemeinen Formel (I)
zeichnen sich durch starke herbizide Wirksamkeit aus.

In den Definitionen sind die gesättigten oder ungesättigten Kohlenwasserstoffketten,
wie Alkyl, Alkenyl oder Alkinyl jeweils geradkettig oder verzweigt.

Halogen steht im allgemeinen für Fluor, Chlor, Brom oder Iod, vorzugsweise für
Fluor, Chlor oder Brom, insbesondere für Fluor oder Chlor.

Gegenstand der Erfindung sind vorzugsweise Verbindungen der Formeln (I), (Ia) und
(Ib) , in welchen

$Q^1$      für Sauerstoff oder Schwefel steht,

10

$Q^2$          für Sauerstoff oder Schwefel steht,

$R^1$          für Wasserstoff, Cyano, Formyl oder für jeweils gegebenenfalls durch Fluor,
Chlor, Cyano, Carboxy, $C_1$-$C_4$-Alkoxy, $C_3$-$C_4$-Alkenyloxy, $C_3$-$C_4$-Alkinyl-
oxy, $C_1$-$C_4$-Alkylthio, $C_3$-$C_4$-Alkenylthio, $C_3$-$C_4$-Alkinylthio, $C_1$-$C_4$-Alk-
oxy-carbonyl, $C_3$-$C_4$-Alkenyloxy-carbonyl oder $C_3$-$C_4$-Alkinyloxy-carbonyl
substituiertes $C_1$-$C_6$-Alkyl steht,

$R^1$          weiterhin für jeweils gegebenenfalls durch Fluor oder Chlor substituiertes $C_3$-
$C_6$-Alkenyl oder $C_3$-$C_6$-Alkinyl steht,

$R^1$          weiterhin für jeweils gegebenenfalls durch Fluor oder Chlor substituiertes $C_1$-
$C_6$-Alkyl-carbonyl, $C_3$-$C_6$-Alkenyl-carbonyl, $C_3$-$C_6$-Alkinyl-carbonyl, $C_1$-
$C_6$-Alkoxy-carbonyl, $C_3$-$C_6$-Alkenyloxy-carbonyl oder $C_3$-$C_6$-Alkinyloxy-
carbonyl steht,

$R^1$          weiterhin für jeweils gegebenenfalls durch Fluor, Chlor, Brom, Cyano oder
Carboxy substituiertes $C_3$-$C_6$-Cycloalkyl oder $C_3$-$C_6$-Cycloalkyl-carbonyl
steht,

$R^2$          für Wasserstoff, Cyano, Formyl oder für jeweils gegebenenfalls durch Fluor,
Chlor, Cyano, Carboxy, $C_1$-$C_4$-Alkoxy, $C_3$-$C_4$-Alkenyloxy, $C_3$-$C_4$-Alkinyl-
oxy, $C_1$-$C_4$-Alkylthio, $C_3$-$C_4$-Alkenylthio, $C_3$-$C_4$-Alkinylthio, $C_1$-$C_4$-
Alkoxy-carbonyl, $C_3$-$C_4$-Alkenyloxy-carbonyl oder $C_3$-$C_4$-Alkinyloxy-
carbonyl substituiertes $C_1$-$C_6$-Alkyl steht,

$R^2$          weiterhin für jeweils gegebenenfalls durch Fluor oder Chlor substituiertes $C_3$-
$C_6$-Alkenyl oder $C_3$-$C_6$-Alkinyl steht,

$R^2$          weiterhin für jeweils gegebenenfalls durch Fluor oder Chlor substituiertes $C_1$-
$C_6$-Alkyl-carbonyl, $C_3$-$C_6$-Alkenyl-carbonyl, $C_3$-$C_6$-Alkinyl-carbonyl, $C_1$-

WO 96/18618                                                    PCT/EP95/04759

11

$C_6$-Alkoxy-carbonyl, $C_3$-$C_6$-Alkenyloxy-carbonyl oder $C_3$-$C_6$-Alkinyloxy-carbonyl steht,

$R^2$     weiterhin für jeweils gegebenenfalls durch Fluor, Chlor, Brom, Cyano oder Carboxy substituiertes $C_3$-$C_6$-Cycloalkyl oder $C_3$-$C_6$-Cycloalkyl-carbonyl steht, und

Ar     für die nachstehend definierte substituierte, monocyclische oder bicyclische Aryl- oder Heteroaryl-Gruppierung steht,



worin

$R^3$   für Wasserstoff, Fluor, Chlor oder Brom steht,

$R^4$   für Wasserstoff, Fluor, Chlor oder Brom steht,

$R^5$   für   Cyano,   Carboxy,   Chlorcarbonyl,   Carbamoyl,   Thiocarbamoyl, Hydroxy, Fluor, Chlor, Brom oder für jeweils gegebenenfalls durch Fluor und/oder Chlor substituiertes Alkyl, Alkoxy oder Alkoxycarbonyl mit jeweils bis zu 4 Kohlenstoffatomen steht,

$R^6$   für die nachstehende Gruppierung steht,

     $-A^1$-$A^2$-$A^3$

in welcher

QUESTMS-000001

12

$A^1$ für eine Einfachbindung oder für Sauerstoff, Schwefel, -SO-, -SO$_2$-, -CO-
oder die Gruppierung -N-A$^4$- steht, worin A$^4$ für Wasserstoff, Hydroxy,
$C_1$-$C_4$-Alkyl, $C_3$-$C_4$-Alkenyl, $C_3$-$C_4$-Alkinyl, $C_1$-$C_4$-Alkoxy, Phenyl,
$C_1$-$C_4$-Alkyl-carbonyl, Phenylcarbonyl, $C_1$-$C_4$-Alkyl-sulfonyl oder Phe-
5       nylsulfonyl steht,

$A^1$ weiterhin für jeweils gegebenenfalls durch Fluor, Chlor oder Brom sub-
stituiertes $C_1$-$C_6$-Alkandiyl, $C_2$-$C_6$-Alkendiyl, $C_2$-$C_6$-Azaalkendiyl, $C_2$-
$C_6$-Alkindiyl,   $C_3$-$C_6$-Cycloalkandiyl,   $C_3$-$C_6$-Cycloalkendiyl   oder
10      Phenylen steht,

$A^2$ für eine Einfachbindung oder für Sauerstoff, Schwefel, -SO-, -SO$_2$-, -CO-
oder die Gruppierung -N-A$^4$- steht, worin A$^4$ für Wasserstoff, Hydroxy,
$C_1$-$C_4$-Alkyl, $C_1$-$C_4$-Alkoxy, Phenyl, $C_1$-$C_4$-Alkylsulfonyl oder Phenyl-
15      sulfonyl steht,

$A^2$ weiterhin für jeweils gegebenenfalls durch Fluor, Chlor oder Brom sub-
stituiertes $C_1$-$C_6$-Alkandiyl, $C_2$-$C_6$-Alkendiyl, $C_2$-$C_6$-Azaalkendiyl, $C_2$-
$C_6$-Alkindiyl,   $C_3$-$C_6$-Cycloalkandiyl,   $C_3$-$C_6$-Cycloalkendiyl   oder
20      Phenylen steht,

$A^3$ für Wasserstoff steht, mit der Maßgabe, daß in diesem Fall $A^1$ und/oder
$A^2$ nicht für eine Einfachbindung stehen,

25      $A^3$ weiterhin für Hydroxy, Mercapto, Amino, Cyano, Isocyano, Thiocyanato,
Nitro, Carboxy, Carbamoyl, Thiocarbamoyl, Sulfo, Chlorsulfonyl, Fluor,
Chlor, Brom steht,

$A^3$ weiterhin für jeweils gegebenenfalls durch Fluor, Chlor oder $C_1$-$C_4$-
30      Alkoxy substituiertes Alkyl, Alkoxy, Alkylthio, Alkylsulfinyl, Alkyl-
sulfonyl, Alkylamino, Dialkylamino, Alkoxycarbonyl oder Dialkoxy(thio)-
phosphoryl mit jeweils 1 bis 6 Kohlenstoffatomen in den Alkylgruppen
steht,

QUESTMS-00000181

13

$A^3$ weiterhin für jeweils gegebenenfalls durch Fluor oder Chlor substituiertes Alkenyl, Alkenyloxy, Alkenylamino, Alkylidenamino, Alkenyloxycarbonyl, Alkinyl, Alkinyloxy, Alkinylamino oder Alkinyloxycarbonyl mit jeweils 2 bis 6 Kohlenstoffatomen in den Alkenyl-, Alkyliden- oder Alkinylgruppen steht,

$A^3$ weiterhin für jeweils gegebenenfalls durch Fluor, Chlor, Cyano, Carboxy, $C_1$-$C_4$-Alkyl und/oder $C_1$-$C_4$-Alkoxy-carbonyl substituiertes Cycloalkyl, Cycloalkyloxy, Cycloalkylalkyl, Cycloalkylalkoxy, Cycloalkylidenamino, Cycloalkyloxycarbonyl oder Cycloalkylalkoxycarbonyl mit jeweils 3 bis 6 Kohlenstoffatomen in den Cycloalkylgruppen und gegebenenfalls 1 bis 4 Kohlenstoffatomen in den Alkylgruppen steht,

$A^3$ weiterhin für jeweils gegebenenfalls durch Nitro, Cyano, Carboxy, Fluor, Chlor, Brom, $C_1$-$C_4$-Alkyl, $C_1$-$C_4$-Halogenalkyl, $C_1$-$C_4$-Alkyloxy, $C_1$-$C_4$-Halogenalkyloxy und/oder $C_1$-$C_4$-Alkoxy-carbonyl substituiertes Phenyl, Phenyloxy, Phenyl-$C_1$-$C_4$-alkyl, Phenyl-$C_1$-$C_4$-alkoxy, Phenyl-oxycarbonyl oder Phenyl-$C_1$-$C_4$-alkoxycarbonyl steht,

$A^3$ weiterhin für jeweils gegebenenfalls ganz oder teilweise hydriertes Pyrro-lyl, Pyrazolyl, Imidazolyl, Triazolyl, Furyl, Oxiranyl, Oxetanyl, Dioxola-nyl, Thienyl, Oxazolyl, Isoxazolyl, Thiazolyl, Isothiazolyl, Oxadiazolyl, Thiadiazolyl, Pyridinyl, Pyrimidinyl, Triazinyl, Pyrazolyl-$C_1$-$C_4$-alkyl, Fu-ryl-$C_1$-$C_4$-alkyl, Thienyl-$C_1$-$C_4$-alkyl, Oxazolyl-$C_1$-$C_4$-alkyl, Isoxazolyl-$C_1$-$C_4$-alkyl, Thiazolyl-$C_1$-$C_4$-alkyl, Pyridinyl-$C_1$-$C_4$-alkyl, Pyrimidinyl-$C_1$-$C_4$-alkyl, Pyrazolylmethoxy, Furylmethoxy, für Perhydropyranyl-methoxy oder Pyridylmethoxy steht, und

$R^7$ für Wasserstoff, Fluor oder Chlor steht,

oder jeweils zwei benachbarte Reste - $R^3$ und $R^4$, $R^4$ und $R^5$, $R^5$ und $R^6$ oder $R^6$ und $R^7$ - zusammen für eine der nachstehenden Gruppierungen stehen

QUESTMS-0000018

$14$

$-Q^3-CQ^4-$, $-Q^3-CQ^4-Q^5-$, $-Q^3-C(R^8,R^9)-Q^5-$, $-C(R^8,R^9)-CQ^4-$,

$-C(R^8,R^9)-Q^3-CQ^4-$, $-Q^3-C(R^8,R^9)-C(R^8,R^9)-$,

$Q^3-C(R^8,R^9)-C(R^8,R^9)-Q^5-$, $-C(R^8,R^9)-C(R^8,R^9)-CQ^4-$,

$-Q^3-C(R^8)=C(R^8)-$, $-C(R^8)=C(R^8)-CQ^4-$, $-Q^3-C(R^8,R^9)-CQ^4-$,

$-N(R^{10})-C(R^8,R^9)-CQ^4-$, $-C(R^8)=N-$, $-Q^3-CQ^4-C(R^8,R^9)-$,

$-Q^3-CQ^4-N(R^{10})-$, $-Q^3-C(R^8,R^9)-CQ^4-N(R^{10})-$,

$-C(R^8,R^9)-Q^3-CQ^4-N(R^{10})-$, $-C(R^8,R^9)-C(R^8,R^9)-N(R^{10})-$,

$-C(R^8,R^9)-C(R^8,R^9)-CQ^4-N(R^{10})-$, $-C(R^8)=C(R^8)-N(R^{10})-$,

$-C(R^8)=C(R^8)-CQ^4-N(R^{10})-$, $-C(R^8,R^9)-CQ^4-N(R^{10})-$,

$-N(R^{10})-C(R^8,R^9)-CQ^4-N(R^{10})-$, $-C(R^8)=N-N(R^{10})-$,

$-Q^3-CQ^4-C(R^8,R^9)-N(R^{10})-$, $Q^3-C(R^8,R^9)-C(R^8,R^9)-CQ^4-N(R^{10})-$

wobei

$Q^3$, $Q^4$ und $Q^5$ gleich oder verschieden sind und jeweils für Sauerstoff oder
Schwefel stehen,

$R^8$ und $R^9$   gleich oder verschieden sind und einzeln für Wasserstoff, Fluor,
Chlor, Brom oder $C_1-C_4$-Alkyl stehen oder zusammen für $C_2$-
$C_5$-Alkandiyl stehen, und

$R^{10}$ für Wasserstoff, Hydroxy oder für gegebenenfalls durch Cyano, Fluor,
Chlor, $C_1-C_4$-Alkoxy, $C_1-C_4$-Alkyl-carbonyl oder $C_1-C_4$-Alkoxy-carbo-
nyl substituiertes Alkyl, Alkylcarbonyl, Alkoxycarbonyl oder Alkylsulfonyl
mit jeweils 1 bis 6 Kohlenstoffatomen in den Alkylgruppen steht,

$R^{10}$ weiterhin für jeweils gegebenenfalls durch Fluor, Chlor oder Brom sub-
stituiertes Alkenyl oder Alkinyl mit jeweils 2 bis 6 Kohlenstoffatomen
steht,

$R^{10}$ weiterhin für jeweils gegebenenfalls durch Fluor, Chlor, Brom oder $C_1-$
$C_4$-Alkyl substituiertes Cycloalkyl oder Cycloalkylalkyl mit jeweils 3 bis 6

QUESTMS-00000183

15

Kohlenstoffatomen in den Cycloalkylgruppen und gegebenenfalls 1 bis 3 Atomen in der Alkylgruppe steht,

$R^{10}$ weiterhin für jeweils gegebenenfalls durch Fluor und/oder Chlor substituiertes Alkoxy oder Alkenyloxy mit jeweils bis zu 6 Kohlenstoffatomen steht,

$R^{10}$ weiterhin für jeweils gegebenenfalls durch Cyano, Fluor, Chlor, $C_1$-$C_4$-Alkyl, $C_1$-$C_4$-Halogenalkyl, $C_1$-$C_4$-Alkoxy oder $C_1$-$C_4$-Halogenalkoxy substituiertes Benzyl oder Benzyloxy steht,

mit der Maßgabe, daß $R^1$ und $R^2$ nicht gleichzeitig für Wasserstoff stehen können und die vorbekannten Verbindungen 4-(3,4-Dichlor-phenyl)-1,2-dimethyl-5-thioxo-1,2,4-triazolidin-3-on und 4-(4-Chlor-3-trifluormethyl-phenyl)-1,2-dimethyl-5-thioxo-1,2,4-triazolidin-3-on (vgl. DE 2952685 und DE 3026739) durch Disclaimer ausgenommen sind.

Die Erfindung betrifft insbesondere Verbindungen der Formeln (I), (Ia) und (Ib), in welcher

$Q^1$    für Sauerstoff oder Schwefel steht,

$Q^2$    für Sauerstoff oder Schwefel steht,

$R^1$    für Wasserstoff, Cyano, Formyl oder für jeweils gegebenenfalls durch Fluor, Chlor, Cyano, Carboxy, Methoxy oder Ethoxy substituiertes Methyl, Ethyl, n- oder i-Propyl, n-, i-, s- oder t-Butyl steht,

$R^1$    weiterhin für jeweils gegebenenfalls durch Fluor oder Chlor substituiertes Propenyl, Butenyl, Propinyl oder Butinyl steht,

$R^1$    weiterhin für jeweils gegebenenfalls durch Fluor oder Chlor substituiertes Acetyl, Propionyl, Methoxycarbonyl oder Ethoxycarbonyl steht,

R$^1$ weiterhin für gegebenenfalls durch Fluor oder Chlor substituiertes Cyclopropyl steht,

R$^2$ für Wasserstoff, Cyano, Formyl oder für jeweils gegebenenfalls durch Fluor, Chlor, Cyano, Carboxy, Methoxy oder Ethoxy substituiertes Methyl, Ethyl, n- oder i-Propyl, n-, i-, s- oder t-Butyl steht,

R$^2$ weiterhin für jeweils gegebenenfalls durch Fluor oder Chlor substituiertes Propenyl, Butenyl, Propinyl oder Butinyl steht,

R$^2$ weiterhin für jeweils gegebenenfalls durch Fluor oder Chlor substituiertes Acetyl, Propionyl, Methoxycarbonyl oder Ethoxycarbonyl steht,

R$^2$ weiterhin für gegebenenfalls durch Fluor oder Chlor substituiertes Cyclopropyl steht, und

Ar für die nachstehend definierte substituierte, monocyclische oder bicyclische Aryl- oder Heteroaryl-Gruppierung steht,



worin

R$^3$ für Wasserstoff, Fluor oder Chlor steht,

R$^4$ für Wasserstoff, Fluor oder Chlor oder steht,

R$^5$ für Cyano, Thiocarbamoyl, Chlor, Brom, Methyl, Trifluormethyl, Methoxy, Difluormethoxy oder Trifluormethoxy steht,

QUESTMS-00000185

17

$R^6$ für die nachstehende Gruppierung steht,

$$-A^1-A^2-A^3$$

5      in welcher

$A^1$ für eine Einfachbindung oder für Sauerstoff, Schwefel, -SO-, -SO$_2$-, -CO- oder die Gruppierung -N-$A^4$- steht, worin $A^4$ für Wasserstoff, Hydroxy, Methyl, Ethyl, n- oder i-Propyl, Methoxy, Ethoxy, n- oder i-Propoxy,
10      Methylsulfonyl oder Ethylsulfonyl steht,

$A^1$ weiterhin für Methylen, Ethan-1,1-diyl, Ethan-1,2-diyl, Propan-1,1-diyl, Propan-1,2-diyl, Propan-1,3-diyl, Ethen-1,2-diyl, Propen-1,2-diyl, Propen-1,3-diyl, Ethin-1,2-diyl, Propin-1,2-diyl oder Propin-1,3-diyl steht,
15

$A^2$ für eine Einfachbindung oder für Sauerstoff, Schwefel, -SO-, -SO$_2$-, -CO- oder die Gruppierung -N-$A^4$- steht, worin $A^4$ für Wasserstoff, Hydroxy, Methyl, Ethyl, n- oder i-Propyl, Methoxy, Ethoxy, n- oder i-Propoxy, Methylsulfonyl, Ethylsulfonyl, n- oder i-Propylsulfonyl oder Phenyl-
20      sulfonyl steht,

$A^2$ weiterhin für Methylen, Ethan-1,1-diyl, Ethan-1,2-diyl, Propan-1,1-diyl, Propan-1,2-diyl, Propan-1,3-diyl, Ethen-1,2-diyl, Propen-1,2-diyl, Propen-1,3-diyl, Ethin-1,2-diyl, Propin-1,2-diyl oder Propin-1,3-diyl steht,
25

$A^3$ für Wasserstoff steht, mit der Maßgabe, daß in diesem Fall $A^1$ und/oder $A^2$ nicht für eine Einfachbindung stehen,

$A^3$ weiterhin für Hydroxy, Amino, Cyano, Nitro, Carboxy, Carbamoyl, Sulfo,
30      Fluor, Chlor, Brom steht,

$A^3$ weiterhin für jeweils gegebenenfalls durch Fluor, Chlor, Methoxy oder Ethoxy substituiertes Methyl, Ethyl, n- oder i-Propyl, n-, i-, s- oder t-

18

Butyl, n-, i-, s- oder t-Pentyl, Methoxy, Ethoxy, n- oder i-Propoxy, n-, i-,
s- oder t-Butoxy, n-, i-, s- oder t-Pentyloxy, Methylthio, Ethylthio, n-
oder i-Propylthio, n-, i-, s- oder t-Butylthio, Methylsulfinyl, Ethylsulfinyl,
n- oder i-Propylsulfinyl, Methylsulfonyl, Ethylsulfonyl, n- oder i-Propyl-
5    sulfonyl, Methylamino, Ethylamino, n- oder i-Propylamino, n-, i-, s- oder
t-Butylamino, Dimethylamino, Diethylamino, Methoxycarbonyl, Ethoxy-
carbonyl, n- oder i-Propoxycarbonyl, Dimethoxyphosphoryl, Diethoxy-
phosphoryl, Dipropoxyphosphoryl oder Diisopropoxyphosphoryl steht,

10   $A^3$   weiterhin für jeweils gegebenenfalls durch Fluor oder Chlor substituiertes
Propenyl, Butenyl, Propenyloxy, Butenyloxy, Propenylamino, Butenyl-
amino, Propylidenamino, Butylidenamino, Propenyloxycarbonyl, Butenyl-
oxycarbonyl, Propinyl, Butinyl, Propinyloxy, Butinyloxy, Propinylamino,
Butinylamino, Propinyloxycarbonyl oder Butinyloxycarbonyl steht,

15

$A^3$   weiterhin für jeweils gegebenenfalls durch Fluor, Chlor, Cyano, Carboxy,
Methyl, Ethyl, n- oder i-Propyl, Methoxycarbonyl oder Ethoxycarbonyl
substituiertes Cyclopropyl, Cyclobutyl, Cyclopentyl, Cyclohexyl, Cyclo-
propyloxy, Cyclobutyloxy, Cyclopentyloxy, Cyclohexyloxy, Cyclopropyl-
20   methyl, Cyclobutylmethyl, Cyclopentylmethyl, Cyclohexylmethyl, Cyclo-
propylmethoxy, Cyclobutylmethoxy, Cyclopentylmethoxy, Cyclohexyl-
methoxy, Cyclopentylidenamino, Cyclohexylidenamino, Cyclopentyloxy-
carbonyl, Cyclohexyloxycarbonyl, Cyclopentylmethoxycarbonyl oder
Cyclohexylmethoxycarbonyl steht,

25

$A^3$   weiterhin für jeweils gegebenenfalls durch Nitro, Cyano, Carboxy, Fluor,
Chlor, Brom, Methyl, Ethyl, n- oder i-Propyl, Trifluormethyl, Methoxy,
Ethoxy, n- oder i-Propoxy, Difluormethoxy, Trifluormethoxy, Methoxy-
carbonyl und/oder Ethoxycarbonyl substituiertes Phenyl, Phenyloxy,
30   Benzyl, Phenylethyl, Benzyloxy, Phenyloxycarbonyl, Benzyloxycarbonyl
steht,

PCT/EP95/04759

$A^3$ weiterhin für jeweils gegebenenfalls ganz oder teilweise hydriertes Pyrrolyl, Pyrazolyl, Imidazolyl, Triazolyl, Furyl, Thienyl, Oxazolyl, Isoxazolyl, Thiazolyl, Isothiazolyl, Oxadiazolyl, Thiadiazolyl, Pyridinyl, Pyrimidinyl, Triazinyl, Pyrazolylmethyl, Furylmethyl, Thienylmethyl, Oxazolylmethyl, Isoxazolylmethyl, Thiazolylmethyl, Pyridinylmethyl, Pyrimidinylmethyl, Pyrazolylmethoxy, Furylmethoxy oder Pyridylmethoxy steht,

$R^7$ für Wasserstoff, Fluor oder Chlor steht,

oder jeweils zwei benachbarte Reste - $R^3$ und $R^4$, $R^4$ und $R^5$, $R^5$ und $R^6$ oder $R^6$ und $R^7$ - zusammen für eine der nachstehenden Gruppierungen stehen

$-Q^3-CQ^4-$, $-Q^3-CQ^4-Q^5-$, $-Q^3-C(R^8,R^9)-Q^5-$, $-C(R^8,R^9)-CQ^4-$,
$-C(R^8,R^9)-Q^3-CQ^4-$, $-Q^3-C(R^8,R^9)-C(R^8,R^9)-$,
$-Q^3-C(R^8,R^9)-C(R^8,R^9)-Q^5-$,
$-C(R^8,R^9)-C(R^8,R^9)-CQ^4-$, $-Q^3-C(R^8)=C(R^8)-$, $-C(R^8)=C(R^8)-CQ^4-$,
$-Q^3-C(R^8,R^9)-CQ^4-$, $-N(R^{10})-C(R^8,R^9)-CQ^4-$,
$-C(R^8)=N-$, $-Q^3-CQ^4-C(R^8,R^9)-$, $-Q^3-CQ^4-N(R^{10})-$,
$-Q^3-C(R^8,R^9)-CQ^4-N(R^{10})-$, $-C(R^8,R^9)-Q^3-CQ^4-N(R^{10})-$,
$-C(R^8,R^9)-C(R^8,R^9)-N(R^{10})-$, $-C(R^8,R^9)-C(R^8,R^9)-CQ^4-N(R^{10})-$,
$-C(R^8)=C(R^8)-N(R^{10})-$, $-C(R^8)=C(R^8)-CQ^4-N(R^{10})-$,
$-C(R^8,R^9)-CQ^4-N(R^{10})-$, $-N(R^{10})-C(R^8;R^9)-CQ^4-N(R^{10})-$,
$-C(R^8)=N-N(R^{10})-$, $-Q^3-CQ^4-C(R^8,R^9)-N(R^{10})-$,
$Q^3-C(R^8,R^9)-C(R^8,R^9)-CQ^4-N(R^{10})-$

wobei

$Q^3$, $Q^4$ und $Q^5$ gleich oder verschieden sind und jeweils für Sauerstoff oder Schwefel stehen,

$R^8$ und $R^9$ gleich oder verschieden sind und einzeln für Wasserstoff, Fluor, Chlor, Methyl oder Ethyl stehen oder zusammen für Ethan-1,2-diyl (Dimethylen) stehen, und

QUESTMS-000001

20

$R^{10}$ für Wasserstoff, Hydroxy oder für gegebenenfalls durch Cyano, Fluor, Chlor, Methoxy, Ethoxy, Acetyl, Propionyl, Methoxycarbonyl oder Ethoxy-carbonyl substituiertes Methyl, Ethyl, n- oder i-Propyl, n-, i-,s oder t-Butyl steht,

$R^{10}$ weiterhin für jeweils gegebenenfalls durch Fluor, Chlor oder Brom substituiertes Propenyl, Butenyl, Propinyl oder Butinyl steht,

$R^{10}$ weiterhin für jeweils gegebenenfalls durch Fluor, Chlor, Brom, Methyl oder Ethyl substituiertes Cyclopropyl, Cyclobutyl, Cyclopentyl, Cyclo-hexyl, Cyclopropylmethyl, Cyclobutylmethyl, Cyclopentylmethyl oder Cyclohexylmethyl steht,

$R^{10}$ weiterhin für jeweils gegebenenfalls durch Fluor und/oder Chlor substitu-iertes Methoxy, Ethoxy, n- oder i-Propoxy, n-, i- oder s-Butoxy, Propenyloxy oder Butenyloxy steht,

$R^{10}$ weiterhin für jeweils gegebenenfalls durch Cyano, Fluor, Chlor, Methyl, Ethyl, Trifluormethyl, Methoxy, Ethoxy, Difluormethoxy oder Trifluor-methoxy substituiertes Benzyl oder Benzyloxy steht,

mit der Maßgabe, daß $R^1$ und $R^2$ nicht gleichzeitig für Wasserstoff stehen können und die vorbekannten Verbindungen 4-(3,4-Dichlor-phenyl)-1,2-dimethyl-5-thioxo-1,2,4-triazolidin-3-on und 4-(4-Chlor-3-trifluormethyl-phenyl)-1,2-dimethyl-5-thioxo-1,2,4-triazolidin-3-on (vgl. DE 2952685 und DE 3026739) durch Disclaimer ausge-nommen sind.

Die oben aufgeführten allgemeinen oder in Vorzugsbereichen angegebenen Restede-finitionen gelten sowohl für die Endprodukte der Formel (I) als auch entsprechend für die jeweils zu Herstellung benötigten Ausgangstoffe bzw. Zwischenprodukte. Diese Restedefinitionen können untereinander, also auch zwischen den angegebenen Be-reichen bevorzugter Verbindungen, beliebig kombiniert werden.

QUESTMS-00000189

Beispiele für die erfindungsgemäßen Verbindungen der Formel (I) sind in den nach-
stehenden Gruppen aufgeführt.

Gruppe 1



(IA-1)

Ar hat hierbei beispielhaft die im Folgenden aufgeführten Bedeutungen:

2,4-Dichlor-phenyl, 3-Chlor-4-fluor-phenyl, 2-Chlor-4-cyano-phenyl, 2-Fluor-4-
cyano-phenyl, 4,5-Difluor-phenyl, 2,4,5-Trichlor-phenyl, 2,4-Dichlor-5-fluor-phenyl,
2-Chlor-4,5-difluor-phenyl, 4-Chlor-2,5-difluor-phenyl, 5-Chlor-2,4-difluor-phenyl, 2-
Fluor-5-chlor-4-cyano-phenyl, 2,4,5-Trifluor-phenyl, 2,5-Dichlor-4-cyano-phenyl, 2-
Chlor-5-fluor-4-cyano-phenyl, 2-Chlor-4,5-dicyano-phenyl, 2-Chlor-4-fluor-5-cyano-
phenyl, 2,5-Difluor-4-cyano-phenyl, 4-Cyano-3-methyl-phenyl, 2-Chlor-4-cyano-5-
methyl-phenyl, 2,4-Dichlor-5-methoxy-phenyl, 2,4-Dichlor-5-ethoxy-phenyl, 2,4-
Dichlor-5-n-propoxy-phenyl, 2,4-Dichlor-5-i-propoxy-phenyl, 4-Chlor-2-fluor-5-
methoxy-phenyl, 4-Chlor-2-fluor-5-ethoxy-phenyl, 4-Chlor-2-fluor-5-n-propoxy-
phenyl, 4-Chlor-2-fluor-5-i-propoxy-phenyl, 2-Fluor-4-cyano-5-methyl-phenyl, 2,4-
Dichlor-5-methyl-phenyl, 2-Chlor-4-cyano-5-trifluormethyl-phenyl, 4-Fluor-3-trifluor-
methyl-phenyl, 2-Fluor-4-cyano-5-trifluormethyl-phenyl, 2-Chlor-4-methyl-5-trifluor-
methyl-phenyl, 2-Chlor-5-fluor-4-methoxy-phenyl, 2-Fluor-4-methoxy-5-methyl-
phenyl, 2,5-Difluor-4-thiocarbamoyl-phenyl, 2-Chlor-4-fluor-5-i-propoxy-phenyl, 2-
Fluor-4-cyano-5-methoxy-phenyl, 2-Fluor-4-cyano-5-i-propoxy-phenyl, 2-Chlor-4-
cyano-5-(2-propinyloxy)-phenyl, 2-Fluor-4-cyano-5-(1-methyl-2-propinyloxy)-phenyl,
2-Fluor-4-chlor-5-(1-methyl-2-propinyloxy)-phenyl, 2-Chlor-4-thiocarbamoyl-5-i-
propoxy-phenyl, 2-Fluor-4-cyano-5-(2-propenyloxy)-phenyl, 2-Fluor-4-chlor-5-(2-
propenyloxy)-phenyl, 2-Chlor-4-cyano-5-methylsulfonylamino-phenyl, 2-Fluor-4-
cyano-5-ethylsulfonylamino-phenyl, 2-Fluor-4-thiocarbamoyl-5-methylsulfonylamino-
phenyl, 2-Chlor-4-cyano-5-ethylsulfonylamino-phenyl, 2-Fluor-4-cyano-5-cyclo-
propylsulfonylamino-phenyl, 2-Fluor-4-cyano-5-i-propylsulfonylamino-phenyl, 2-

22

Chlor-4-thiocarbamoyl-5-ethylsulfonylamino-phenyl, 2-Chlor-4-cyano-5-cyanamino-phenyl, 2-Fluor-4-cyano-5-(2,2-difluorethylsulfonylamino)-phenyl, 2-Fluor-4-cyano-5-phenylsulfonylamino-phenyl, 2-Fluor-4-cyano-5-t-butylsulfonylamino-phenyl, 2-Chlor-4-cyano-5-methoxycarbonyl-phenyl, 2-Fluor-4-cyano-5-ethoxycarbonyl-phenyl,

5   2-Fluor-4-chlor-5-ethoxycarbonyl-phenyl, 2-Fluor-4-thiocarbamoyl-5-methoxy-carbonyl-phenyl, 2-Chlor-4-cyano-5-(N-cyclopropyl-ethylsulfonylamino)-phenyl, 2-Fluor-4-cyano-5-(1-methyl-2-propinylthio)-phenyl, 2-Fluor-4-cyano-5-methylamino-phenyl, 2-Chlor-4-thiocarbamoyl-5-methoxycarbonylmethyl-phenyl, 2-Chlor-4-cyano-5-(N-methyl-ethylsulfonylamino)-phenyl, 2-Fluor-4-cyano-5-i-propoxycarbonyl-

10   phenyl, 2-Fluor-4-chlor-5-i-propoxycarbonyl-phenyl, 2-Fluor-4-cyano-5-(bis-ethyl-sulfonyl-amino)-phenyl, 2-Fluor-4-cyano-5-(N-methylsulfonyl-ethylsulfonylamino)-phenyl, 2-Fluor-4-cyano-5-(1-methoxycarbonyl-ethoxy)-phenyl, 2-Fluor-4-cyano-5-(1-ethoxycarbonyl-ethoxy)-phenyl, 2-Fluor-4-chlor-5-(1-methoxycarbonyl-ethoxy)-phenyl, 2-Fluor-4-chlor-5-(1-ethoxycarbonyl-ethoxy)-phenyl, 2-Fluor-4-cyano-5-

15   cyclopropyloxy-phenyl, 2-Chlor-4-cyano-5-dimethylamino-phenyl, 2-Fluor-4-cyano-5-tetrahydrofurylmethoxy-phenyl, 4-Chlor-2-fluor-5-tetrahydrofurylmethoxy-phenyl, 2-Fluor-4-cyano-5-amino-phenyl, 2-Fluor-4-cyano-5-methylaminocarbonyl-phenyl, 2-Fluor-4-cyano-5-methylsulfonyloxy-phenyl, 2-Chlor-4-cyano-5-difluormethoxy-phenyl, 2-Fluor-4-chlor-5-methoxycarbonylmethoxy-phenyl, 2-Fluor-4-chlor-5-

20   ethoxycarbonylmethoxy-phenyl, 2-Fluor-4-cyano-5-methoxycarbonylmethoxy-phenyl, 2-Fluor-4-cyano-5-ethoxycarbonylmethoxy-phenyl, 4-Cyano-3-(1-methyl-2-propinyl-oxy)-phenyl, 2-Fluor-4-cyano-5-dimethylaminocarbonyl-phenyl, 2-Fluor-4-cyano-5-cyanomethoxy-phenyl, 2-Fluor-4-cyano-5-(2-chlor-2-propenyloxy)-phenyl, 2-Fluor-4-cyano-5-hydroxy-phenyl, 2-Fluor-4-cyano-5-nitro-phenyl, 2-Fluor-4-cyano-5-

25   diethoxyphosphorylamino-phenyl, 2-Fluor-4-cyano-5-chlorsulfonyl-phenyl, 2-Fluor-4-cyano-5-formylamino-phenyl, 2-Chlor-4-cyano-5-ethoxycarbonyloxy-phenyl, 2-Fluor-4-cyano-5-diethoxyphosphorylmethoxy-phenyl, 4-Chlor-2-fluor-5-diethoxy-phosphorylmethoxy-phenyl, 2-Fluor-4-cyano-5-(1-diethoxyphosphoryl-ethoxy)-phenyl, 4-Chlor-2-fluor-5-(1-diethoxyphosphoryl-ethoxy)-phenyl-, 2-Chlor-4-cyano-

30   5-hydroxy-phenyl, 2-Fluor-4-cyano-5-(N,N-diacetyl-amino)-phenyl, 2-Fluor-4-cyano-5-acetylamino-phenyl, 2-Chlor-4-cyano-5-thiocyanato-phenyl, 2-Fluor-4-cyano-5-diethylaminooxy-phenyl, 2-Fluor-4-cyano-5-tetrahydrofuryloxy-phenyl, 2-Fluor-4-cyano-5-ureido-phenyl, 2-Fluor-4-cyano-5-dimethoxymethylenamino-phenyl, 2-Chlor-

QUESTMS-00000191

PCT/EP95/04759

23

4-cyano-5-ethoxymethylenamino-phenyl, 2-Fluor-4-cyano-5-(2-chlor-ethoxycarbonyl-oxy)-phenyl, 2-Chlor-4-cyano-5-dimethylaminomethylenamino-phenyl, 2-Chlor-4-cyano-5-(perhydropyran-4-yloxy)-phenyl, 2-Fluor-4-cyano-5-(2-methoxycarbonyl-ethyl)-phenyl, 4-Chlor-2-fluor-5-(2-methoxycarbonyl-ethyl)-phenyl, 2-Chlor-4-cyano-
5-(2-carboxy-2-chlor-ethyl)-phenyl, 2-Fluor-4-cyano-5-(2-chlor-2-methoxycarbonyl-ethyl)-phenyl, 2-Fluor-4-chlor-5-(2-chlor-2-methoxycarbonyl-ethyl)-phenyl, 2-Fluor-4-cyano-5-(2-chlor-2-ethoxycarbonyl-ethyl)-phenyl, 2-Fluor-4-chlor-5-(2-chlor-2-ethoxycarbonyl-ethyl)-phenyl, 2-Fluor-4-cyano-5-(2-brom-2-methoxycarbonyl-ethyl)-phenyl, 2-Fluor-4-chlor-5-(2-brom-2-methoxycarbonyl-ethyl)-phenyl, 2-Fluor-4-
cyano-5-(2-brom-2-ethoxycarbonyl-ethyl)-phenyl, 2-Fluor-4-chlor-5-(2-brom-2-ethoxycarbonyl-ethyl)-phenyl, 2-Fluor-4-cyano-5-(2,3-dibrom-2-methoxycarbonyl-ethyl)-phenyl, 2-Fluor-4-chlor-5-(2,3-dibrom-2-methoxycarbonyl-ethyl)-phenyl, 2-Fluor-4-cyano-5-(2,3-dibrom-2-ethoxycarbonyl-ethyl)-phenyl, 2-Fluor-4-chlor-5-(2,3-dibrom-2-ethoxycarbonyl-ethyl)-phenyl, 2-Fluor-4-cyano-5-(2-chlor-2-s-butoxy-
carbonyl)-phenyl, 2-Fluor-4-cyano-5-(2-chlor-2-carbamoyl-ethyl)-phenyl, 2-Fluor-4-cyano-5-(2-chlor-2-methoxycarbonyl-1-methyl-ethyl)-phenyl, 2-Fluor-4-cyano-5-(1,2-dibrom-2-methoxycarbonyl-ethyl)-phenyl, 2-Chlor-4-cyano-5-(2-chlor-2-i-propoxy-carbonyl-ethyl)-phenyl, 2,4-Dichlor-5-(2-methoxycarbonyl-ethyl)-phenyl, 2-Fluor-4-cyano-5-(2-carboxy-2-chlor-ethyl)-phenyl, 2-Fluor-4-cyano-5-(2-chlor-2-ethylamino-
carbonyl-ethyl)-phenyl, 2-Fluor-4-cyano-5-(2-allylaminocarbonyl-2-chlor-ethyl)-phenyl, 2-Fluor-4-cyano-5-(2-methoxycarbonyl-ethenyl)-phenyl, 2-Fluor-4-chlor-5-(2-methoxycarbonyl-ethenyl)-phenyl, 2-Fluor-4-cyano-5-(2-ethoxycarbonyl-ethenyl)-phenyl, 2-Fluor-4-chlor-5-(2-ethoxycarbonyl-ethenyl)-phenyl, 2-Fluor-4-cyano-5-(2-chlor-2-methylaminocarbonyl-ethyl)-phenyl, 2-Fluor-4-cyano-5-(2-chlor-2-ethyl-
aminocarbonyl-ethyl)-phenyl, 2-Fluor-4-cyano-5-(2-chlor-2-cyclopropylamino-carbonyl-ethyl)-phenyl, 2-Fluor-4-chlor-5-(2-chlor-2-methylaminocarbonyl-ethyl)-phenyl, 2-Fluor-4-chlor-5-(2-chlor-2-ethylaminocarbonyl-ethyl)-phenyl, 2-Fluor-4-chlor-5-(2-chlor-2-cyclopropylaminocarbonyl-ethyl)-phenyl, 2-Fluor-4-cyano-5-(2-chlor-2-dimethylaminocarbonyl-ethyl)-phenyl, 2-Fluor-4-cyano-5-(2-chlor-2-ethyl-
sulfonylaminocarbonyl-ethyl)-phenyl, 2-Fluor-4-chlor-5-(2-chlor-2-ethylsulfonyl-aminocarbonyl-ethyl)-phenyl, 2-Fluor-4-chlor-5-(2-carboxy-ethenyl)-phenyl, 2-Fluor-4-thiocarbamoyl-5-(2-ethylaminocarbonyl-ethenyl)-phenyl, 2,6-Difluor-4-cyano-5-i-propoxy-phenyl, 2-Chlor-4-cyano-6-fluor-3-i-propoxy-phenyl, 2-Chlor-6-fluor-3-i-

QUESTMS-000001

PCT/EP95/04759

24

propoxy-4-trifluormethyl-phenyl, 2,6-Dichlor-4-cyano-3-fluor-phenyl, 2-Fluor-4-cyano-5-(1-ethoxycarbonyl-ethyl)-phenyl, 2-Chlor-4-cyano-5-(1-ethoxycarbonyl-ethyl)-phenyl, 2-Chlor-4-cyano-5-carboxy-phenyl, 2-Fluor-4-chlor-5-(1-ethoxy-carbonyl-ethyl)-phenyl, 2-Fluor-4-chlor-5-(1-i-propoxycarbonyl-ethyl)-phenyl, 2-Fluor-4-cyano-5-i-butoxy-phenyl, 2-Chlor-4-cyano-5-i-butoxy-phenyl, 2-Chlor-4-cyano-5-(2-methoxy-ethoxy)-phenyl, 2-Fluor-4-chlor-5-(2-methoxy-ethoxy)-phenyl, 2-Fluor-4-chlor-5-i-butoxy-phenyl, 4-Hydroxy-4-ethoxycarbonyl-phenyl, 2-Fluor-4-cyano-5-i-propoxycarbonyl-phenyl, 2-Fluor-4-hydroxy-5-i-propoxycarbonyl-phenyl, 2-Fluor-4-cyano-5-(2-oxetanyloxy)-phenyl, 2-Fluor-4-cyano-5-(2-oxetanyloxy-carbonylmethoxy)-phenyl, 2-Fluor-4-cyano-5-(2-oxetanyloxy)-phenyl, 2-Fluor-4-cyano-5-(2-chlor-2-propenyloxy)-phenyl, 4-Chlor-2-fluor-5-(2-chlor-2-propenyloxy)-phenyl, 2-Fluor-4-chlor-5-methoxycarbonylmethylthio-phenyl, 2-Fluor-4-chlor-5-ethoxycarbonylmethylthio-phenyl, 2-Fluor-4-cyano-5-methoxycarbonylmethylthio-phenyl, 2-Fluor-4-cyano-5-ethoxycarbonylmethylthio-phenyl, 2-Fluor-4-chlor-5-(1-methoxycarbonyl-ethylthio)-phenyl, 2-Fluor-4-chlor-5-(1-ethoxycarbonyl-ethylthio)-phenyl, 2-Fluor-4-cyano-5-(1-methoxycarbonyl-ethylthio)-phenyl, 2-Fluor-4-cyano-5-(1-ethoxycarbonyl-ethylthio)-phenyl,

25

26



R steht hierbei beispielsweise für Wasserstoff, Hydroxy, Methyl, Ethyl, n- oder i-Propyl, n-, i- oder s-Butyl, Allyl, Propargyl, Methoxy, Ethoxy, n- oder i-Propoxy, Cyanomethyl, Carboxymethyl, Methoxymethyl, Ethoxymethyl, Methoxycarbonyl-methyl, Ethoxycarbonylmethyl, Acetyl, Propionyl, Methoxycarbonyl, Ethoxycarbonyl, Methylsulfonyl oder Ethylsulfonyl.

Gruppe 2



(IA-2)

Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

Gruppe 3



(IA-3)

Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

27

Gruppe 4

$$H_3C-N\overset{}{\underset{}{\longrightarrow}}N-CH_3$$

(IA-4)

Ar

5    Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

Gruppe 5

$$H_3C-N\overset{}{\underset{}{\longrightarrow}}CHF_2$$

(IA-5)

Ar

10   Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

Gruppe 6

$$H_3C-N\overset{}{\underset{}{\longrightarrow}}N-CH_3$$

(IA-6)

Ar

15   Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

Gruppe 7

$$H_3C-N\overset{}{\underset{}{\longrightarrow}}N-CN$$

(IA-7)

Ar

Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

28

Gruppe 8



(IA-8)

5      Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

Gruppe 9



(IA-9)

10

Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

Gruppe 10



(IA-10)

15

Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

Gruppe 11

20



(IA-11)

29

Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

Gruppe 12



(IA-12)

5

Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

Gruppe 13

10



(IA-13)

Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

15    Gruppe 14



(IA-14)

Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

QUESTMS-0000019

30

Gruppe 15

H₃C─N─N─H
(IA-15)

Ar

5      Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

Gruppe 16

H₃C─N─N─C₂H₅
(IA-16)

Ar

10

Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

Gruppe 17

H₃C─N─N─C₂H₅
(IA-17)

Ar

15

Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

Gruppe 18

20

H₃C─N─N─C₂H₅
(IA-18)

Ar

QUESTMS-00000199

31

Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

Gruppe 19



(IA-19)

5

Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

Gruppe 20

10



(IA-20)

Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

15   Gruppe 21



(IA-21)

Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

QUESTMS-000002

32

Gruppe 22

$$H_3C-N \quad \quad N-CH(CH_3)_2$$

(IA-22)

Ar

5    Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

Gruppe 23

$$H-N \quad \quad N-CH(CH_3)_2$$

(IA-23)

Ar

10   Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

Gruppe 24

$$F_2CH-N \quad \quad N-CH(CH_3)_2$$

(IA-24)

Ar

15   Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

Gruppe 25

20

$$F_2CH-N \quad \quad N-CN$$

(IA-25)

Ar

33

Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

<u>Gruppe 26</u>

(IA-26)

5

Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

<u>Gruppe 27</u>

10

(IA-27)

Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

15    <u>Gruppe 28</u>

(IA-28)

Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

QUESTMS-0000020

34

Gruppe 29



(IA-29)

5    Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

Gruppe 30



(IA-30)

10

Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

Gruppe 31



(IA-31)

15

Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

Gruppe 32

20



(IA-32)

QUESTMS-00000203

35

Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

Gruppe 33



(IA-33)

5

Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

Gruppe 34

10



(IA-34)

Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

15   Gruppe 35



(IA-35)

Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

QUESTMS-0000020

36

Gruppe 36

$$F_2CH-N \underset{O}{\overset{}{\bigtriangleup}} N-CHF_2$$ (IA-36)

Ar

5       Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

Gruppe 37

$$H_5C_2-N \underset{S}{\overset{}{\bigtriangleup}} N-C_2H_5$$ (IA-37)

Ar

10      Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

Gruppe 38

$$H_5C_2-N \underset{S}{\overset{}{\bigtriangleup}} N-CHF_2$$ (IA-38)

Ar

15      Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

Gruppe 39

20

$$H_3C-N \underset{S}{\overset{}{\bigtriangleup}} N-CHF_2$$ (IA-39)

Ar

37

Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

Gruppe 40



(IA-40)

5

Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

Gruppe 41

10



(IA-41)

Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

15   Gruppe 42



(IA-42)

Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

QUESTMS-0000020

WO 96/18618                                          PCT/EP95/04759

38

Gruppe 43

$$F_2CH-N \underset{\substack{\\ Ar}}{\overset{\text{CH}_2\text{OCH}_3}{\bigg|}} \quad \text{(IA-43)}$$

5      Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

Gruppe 44

$$F_2CH-N \underset{\substack{\\ Ar}}{\overset{\text{CH}_2\text{OCH}_3}{\bigg|}} \quad \text{(IA-44)}$$

10     Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

Gruppe 45

$$F_2CH-N \underset{\substack{\\ Ar}}{\overset{\text{CH}_2\text{SCH}_3}{\bigg|}} \quad \text{(IA-45)}$$

15     Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

Gruppe 46

20

$$F_2CH-N \underset{\substack{\\ Ar}}{\overset{\text{CH}_2\text{CF}_3}{\bigg|}} \quad \text{(IA-46)}$$

QUESTMS-00000207

39

Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

Gruppe 47

5



(IA-47)

Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

10      Gruppe 48



(IA-48)

Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

15

Gruppe 49



(IA-49)

20      Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

QUESTMS-0000020

40

Gruppe 50



(IA-50)

5       Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

Gruppe 51



(IA-51)

10      Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

Gruppe 52



(IA-52)

15      Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

QUESTMS-00000209

41

### Gruppe 53



(IA-53)

5        Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

### Gruppe 54



(IA-54)

10       Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

### Gruppe 55



(IA-55)

15       Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

42

Gruppe 56



(IA-56)

5     Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

Gruppe 57



(IA-57)

10     Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

Gruppe 58



(IA-58)

15     Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

Gruppe 59

20



(IA-59)

WO 96/18618

PCT/EP95/04759

43

Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

<u>Gruppe 60</u>

5



(IA-60)

Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

10    <u>Gruppe 61</u>



(IA-61)

Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

15    <u>Gruppe 62</u>



(IA-62)

20    Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

QUESTMS-0000021

44

Gruppe 63



(IA-63)

5          Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

Gruppe 64



(IA-64)

10

Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

Gruppe 65



(IA-65)

15

Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

QUESTMS-00000213

45

Gruppe 66

$$H_3C-N-N-CH_2CH_2CH_2-F$$

(IA-66)

Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

Gruppe 67

$$H_3C-N-N-\triangle$$

(IA-67)

Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

Gruppe 68

$$H_3C-N-N-C_3H_7\text{-}n$$

(IA-68)

Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

46

Gruppe 69

$$F_2CH \quad C_3H_7\text{-}i$$

(IA-69)

5      Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

Gruppe 70

$$F_2CH$$

(IA-70)

10

Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

Gruppe 71

$$F_2CH$$

(IA-71)

15

Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

QUESTMS-00000215

47

Gruppe 72



(IA-72)

5     Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

Gruppe 73



(IA-73)

10

Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

Gruppe 74



(IA-74)

15

Ar hat hierbei beispielhaft die oben in Gruppe 1 aufgeführten Bedeutungen.

QUESTMS-0000027

48

Gruppe 75



(IA-75)

5      Ar hat hierbei beispielhaft die oben in Gruppe I aufgeführten Bedeutungen.

Verwendet man beispielsweise 4-(4-Cyano-2,5-difluor-phenyl)-1-methoxycarbonyl-
thiosemicarbazid als Ausgangsstoff, so kann der Reaktionsablauf beim erfindungs-
gemäßen Verfahren (a) durch das folgende Formelschema wiedergegeben werden:

10



Verwendet man beispielsweise 2-(4-Chlor-2-fluor-5-methoxy-phenylimino)-3,4-
dimethyl-3,4-dihydro-5-oxo-1,3,4-thiadiazol als Ausgangsstoff, so kann der Re-
15     aktionsablauf beim erfindungsgemäßen Verfahren (b) durch das folgende Formel-
schema skizziert werden:

4 9

Die beim erfindungsgemäßen Verfahren (a) zur Herstellung der Verbindungen der all-
gemeinen Formel (I) als Ausgangsstoffe zu verwendenden (Thio)Semicarbazid-
Derivate sind durch die Formel (II) allgemein definiert. In der Formel (II) haben $Q^1$,

5    $Q^2$, $R^1$, $R^2$ und Ar vorzugsweise bzw. insbesondere diejenigen Bedeutungen, die
bereits oben im Zusammenhang mit der Beschreibung der Verbindungen der Formel
(I) als bevorzugt bzw. als insbesondere bevorzugt für $Q^1$, $Q^2$, $R^1$, $R^2$ und Ar ange-
geben wurden; R steht vorzugsweise für Alkyl mit 1 bis 4 Kohlenstoffatomen, ins-
besondere für Methyl oder Ethyl.

10

Die Ausgangsstoffe der Formel (II) sind bekannt und/oder können nach bekannten
Verfahren hergestellt werden (vgl. Synthesis 1982, 159-160; DE 1200824, DE
2952685 und DE 3026739).

15    Man erhält die (Thio)Semicarbazid-Derivate der Formel (II), wenn man

($\alpha$) Aryliso(thio)cyanate der allgemeinen Formel (IV)

$$\text{Ar-N=C=Q}^1 \qquad\qquad \text{(IV)}$$

20    in welcher

Ar und $Q^1$ die oben angegebenen Bedeutungen haben,

25    mit Carbazaten der allgemeinen Formel (XI)

$$\text{RO-CQ}^2\text{-N(R}^2\text{)-NH-R}^1 \qquad\qquad \text{(XI)}$$

in welcher

30

$Q^2$, $R^1$ und $R^2$ die oben angegebenen Bedeutungen haben und

50

    R    für Alkyl, vorzugsweise für $C_1$-$C_6$-Alkyl, insbesondere bevorzugt für Methyl oder Ethyl steht,

5    gegebenenfalls in Gegenwart eines Verdünnungsmittels, wie z.B. Toluol, bei Temperaturen zwischen 0°C und 150°C umsetzt (vgl. die Herstellungsbeispiele),

oder wenn man

10    (β) Arylamine der allgemeinen Formel (XII)

$$Ar\text{-}NH_2 \qquad (XII)$$

in welcher

15    Ar    die oben angegebene Bedeutung hat,

mit (Thio)Carbonyl-diimidazol der Formel (XIII)

$$Im\text{-}CQ^1\text{-}Im \qquad (XIII)$$

20    in welcher

$Q^1$    die oben angegebene Bedeutung hat und

25    Im    für Imidazolyl steht,

und mit Carbazaten der allgemeinen Formel (XI)

$$RO\text{-}CQ^2\text{-}N(R^2)\text{-}NH\text{-}R^1 \qquad (XI)$$

30    in welcher

51

$Q^2$, $R^1$ und $R^2$ die oben angegebenen Bedeutungen haben und

R      für Alkyl, vorzugsweise für $C_1$-$C_6$-Alkyl, insbesondere bevorzugt für Methyl
         oder Ethyl steht,

gegebenenfalls in Gegenwart eines Reaktionshilfsmittels, wie z.B. Kaliumhydroxid,
und gegebenenfalls in Gegenwart eines Verdünnungsmittels, wie z.B. Methanol,
Ethanol und/oder Wasser, bei Temperaturen zwischen 0°C und 100°C umsetzt.

Die als Vorprodukte benötigten Aryliso(thio)cyanate der Formel (IV) sind bekannt
und/oder können nach bekannten Verfahren hergestellt werden (vgl. DE 4327743, DE
4335438 und DE 4343451).

Die weiter als Vorprodukte benötigten Carbazate der Formel (VIII) sind bekannte
organische Chemikalien.

Das erfindungsgemäße Verfahren (a) wird vorzugsweise in Gegenwart eines geeigne-
ten Reaktionshilfsmittels durchgeführt. Als solche kommen alle üblichen anorgani-
schen oder organischen Basen infrage. Hierzu gehören beispielsweise Alkalimetall-
oder Erdalkalimetall-hydride, -hydroxide, -amide, -alkoholate, -acetate, -carbonate
oder -hydrogencarbonate, wie beispielsweise Lithium-, Natrium-, Kalium- oder
Calcium-hydrid, Lithium-, Natrium- oder Kalium-amid, Natrium- oder Kalium-
methylat, Natrium- oder Kalium-ethylat, Natrium- oder Kalium-propylat, Aluminium-
isopropylat, Natrium- oder Kalium-tert-butylat, Natrium- oder Kalium-hydroxid,
Ammoniumhydroxid, Natrium-, Kalium- oder Calcium-acetat, Ammoniumacetat,
Natrium-, Kalium-, Rubidium-, Cäsium-, Magnesium- oder Calcium-carbonat,
Ammoniumcarbonat, Natrium- oder Kalium-hydrogencarbonat, sowie basische
organische Stickstoffverbindungen, wie Trimethylamin, Triethylamin, Tripropylamin,
Tributylamin, Ethyl-diisopropylamin, N,N-Dimethylcyclohexylamin, Dicyclohexyl-
amin, Ethyl-dicyclohexylamin, N,N-Dimethylanilin, N,N-Dimethyl-benzylamin,
Pyridin, 2-Methyl-, 3-Methyl- und 4-Methyl-pyridin, 2,4-Dimethyl-, 2,6-Dimethyl-,
3,4-Dimethyl- und 3,5-Dimethyl-pyridin, 5-Ethyl-2-methyl-pyridin, N-Methyl-

QUESTMS-0000022

piperidin, N,N-Dimethylaminopyridin, Diazabicyclooctan (DABCO), Diazabicyclo-
nonen (DBN) oder Diazabicycloundecen (DBU).

Als Verdünnungsmittel zur Durchführung des erfindungsgemäßen Verfahrens (a)
5      kommen die üblichen organischen Lösungsmittel in Betracht. Hierzu gehören insbe-
sondere aliphatische, alicyclische oder aromatische, gegebenenfalls halogenierte
Kohlenwasserstoffe, wie beispielsweise Pentan, Hexan, Heptan, Petrolether, Ligroin,
Benzin, Benzol, Toluol, Xylol, Chlorbenzol, Dichlorbenzol, Cyclohexan, Methyl-
cyclohexan, Dichlormethan, Chloroform, Tetrachlormethan; Ether, wie Diethylether,
10     Diisopropylether, t-Butyl-methylether, t-Pentyl-methylether, Dioxan, Tetrahydro-
furan, Ethylenglykol-dimethyl- oder -diethylether, Diethylenglykol-dimethylether oder
-diethylether; Ketone, wie Aceton, Butanon oder Methyl-isobutyl-keton; Nitrile, wie
Acetonitril, Propionitril, Butyronitril oder Benzonitril; Amide, wie N,N-Dimethyl-
formamid, N,N-Dimethylacetamid, N-Methylformanilid, N-Methyl-pyrrolidon oder
15     Hexamethylphosphorsäuretriamid; Ester wie Essigsäure-methylester, -ethylester, -n-
oder -i-propylester, -n-, -i- oder -s-butylester; Sulfoxide, wie Dimethylsulfoxid;
Alkohole, wie Methanol, Ethanol, n- oder i-Propanol, n-, i-, s- oder t-Butanol,
Ethylenglykol-monomethylether oder -monoethylether, Diethylenglykolmonomethyl-
ether, Diethylenglykolmonoethylether; deren Gemische mit Wasser oder reines
20     Wasser.

Die Reaktionstemperaturen können bei der Durchführung des erfindungsgemäßen
Verfahrens (a) in einem größeren Bereich variiert werden. Im allgemeinen arbeitet
man bei Temperaturen zwischen 0°C und +150°C, vorzugsweise bei Temperaturen
25     zwischen 10°C und 120°C.

Das erfindungsgemäße Verfahren (a) wird im allgemeinen unter Normaldruck durch-
geführt. Es ist jedoch auch möglich, unter erhöhtem oder vermindertem Druck - im
allgemeinen zwischen 0,1 bar und 10 bar - zu arbeiten.

30

Zur Durchführung des erfindungsgemäßen Verfahrens (a) werden im allgemeinen die
Ausgangsstoffe der Formel (II) in einem geeigneten Verdünnungsmittel vorgelegt und
- gegebenenfalls nach Zugabe eines Reaktionshilfsmittels - bei der erforderlichen

53

Temperatur bis zum Ende der Umsetzung gerührt. Die Aufarbeitung kann auf übliche Weise erfolgen (vgl. die Herstellungsbeispiele).

5   Die beim erfindungsgemäßen Verfahren (b) zur Herstellung der Verbindungen der allgemeinen Formel (I) als Ausgangsstoffe zu verwendenden Aryliminoheterocyclen sind durch die Formel (III) allgemein definiert. In der Formel (III) haben $Q^1$, $Q^2$, $R^1$, $R^2$ und Ar vorzugsweise bzw. insbesondere diejenigen Bedeutungen, die bereits oben im Zusammenhang mit der Beschreibung der Verbindungen der Formel (I) als bevorzugt bzw. als insbesondere bevorzugt für $Q^1$, $Q^2$, $R^1$, $R^2$ und Ar angegeben wurden.

10

Die Ausgangsstoffe der Formel (III) sind bisher noch nicht aus der Literatur bekannt; sie sind jedoch Gegenstand einer vorgängigen, nicht vorveröffentlichten Anmeldung (vgl. DE 4424787).

15   Man erhält die Aryliminoheterocyclen der Formel (III), wenn man Aryl(thio)semicarbazide der allgemeinen Formel (VI) mit reaktiven Kohlensäurederivaten, wie z.B. Phosgen oder Thiophosgen, gegebenenfalls in Gegenwart von Verdünnungsmitteln, wie z.B. Toluol und/oder Dichlormethan, bei Temperaturen zwischen 0°C und 100°C umsetzt.

20

Die beim erfindungsgemäßen Verfahren (b) zur Herstellung der Verbindungen der allgemeinen Formel (I) gegebenenfalls als Ausgangsstoffe zu verwendenden Verbindungen sind durch die Formeln (Ia) und (Ib) allgemein definiert. In den Formeln (Ia) und (Ib) haben $Q^1$, $Q^2$, $R^1$, $R^2$ und Ar vorzugsweise bzw. insbesondere die-
25   jenigen Bedeutungen, die bereits oben im Zusammenhang mit der Beschreibung der Verbindungen der Formel (I) als bevorzugt bzw. als insbesondere bevorzugt für $Q^1$, $Q^2$, $R^1$, $R^2$ und Ar angegeben wurden.

Man erhält die Verbindungen der Formel (Ia) oder (Ib), wenn man N-Aryl-Stickstoff-
30   heterocyclen der allgemeinen Formel (I) in welcher wenigstens eine der Gruppen $R^1$ oder $R^2$ für Wasserstoff steht, mit Alkylierungs- bzw. Acylierungsmitteln der Formeln (IXa) oder (IXb)

WO 96/18618                                                    PCT/EP95/04759

54

$$X\text{-}R^1 \quad (XIVa) \qquad X\text{-}R^2 \quad (XIVb)$$

worin

5    $R^1$ und $R^2$ mit Ausnahme von Wasserstoff die oben angegebenen Bedeutungen haben
und

X       für Halogen - vorzugsweise Chlor, Brom oder Iod - oder eine der
Gruppierungen $-O\text{-}SO_2\text{-}O\text{-}R^1$ oder $-O\text{-}SO_2\text{-}O\text{-}R^2$ steht,

10

gegebenenfalls in Gegenwart eines Verdünnungsmittels und gegebenenfalls in Gegen-
wart eines Reaktionshilfsmittels bei Temperaturen zwischen 0°C und 80°C umsetzt
(vgl. die Herstellungsbeispiele).

15    Es kommen hierbei vorzugsweise die gleichen Verdünnungsmittel und Reaktionshilfs-
mittel wie bei beim erfindungsgemäßen Verfahren (a) in Betracht.

Das erfindungsgemäße Verfahren (b) wird gegebenenfalls in Gegenwart eines
Reaktionshilfsmittels durchgeführt. Es kommen hierbei die gleichen Reaktionshilfs-
20    mittel wie beim erfindungsgemäßen Verfahren (a), außerdem jedoch auch noch Alkali-
metallsulfide, wie z.B. Natrium- oder Kaliumsulfid, in Betracht.

Das erfindungsgemäße Verfahren (b) wird vorzugsweise unter Verwendung eines
Verdünnungsmittels durchgeführt. Es kommen hierbei die gleichen Verdünnungsmittel
25    wie beim erfindungsgemäßen Verfahren (a) in Betracht.

Die Reaktionstemperaturen können bei der Durchführung des erfindungsgemäßen
Verfahrens (b) in einem größeren Bereich variiert werden. Im allgemeinen arbeitet
man bei Temperaturen zwischen 0°C und +250°C, vorzugsweise bei Temperaturen
30    zwischen 20°C und 150°C.

QUESTMS-00000223

55

Das erfindungsgemäße Verfahren (b) wird im allgemeinen unter Normaldruck durchgeführt. Es ist jedoch auch möglich, unter erhöhtem oder vermindertem Druck - im allgemeinen zwischen 0,1 bar und 10 bar - zu arbeiten.

5    Zur Durchführung des erfindungsgemäßen Verfahrens (b) werden im allgemeinen die Ausgangsstoffe der Formel (III) - bzw. der Formeln (Ia) oder (Ib) - in einem geeigneten Verdünnungsmittel vorgelegt und bei der erforderlichen Temperatur bis zum Ende der Umsetzung gerührt. Die Aufarbeitung kann auf übliche Weise erfolgen.

10   Die erfindungsgemäßen Wirkstoffe können als Defoliants, Desiccants, Krautabtötungsmittel und insbesondere als Unkrautvernichtungsmittel verwendet werden. Unter Unkraut im weitesten Sinne sind alle Pflanzen zu verstehen, die an Orten aufwachsen, wo sie unerwünscht sind. Ob die erfindungsgemäßen Stoffe als totale oder selektive Herbizide wirken, hängt im wesentlichen von der angewandten Menge ab.

15   Die erfindungsgemäßen Wirkstoffe können z.B. bei den folgenden Pflanzen verwendet werden:

Dikotyle Unkräuter der Gattungen: Sinapis, Lepidium, Galium, Stellaria, Matricaria,
20   Anthemis, Galinsoga, Chenopodium, Urtica, Senecio, Amaranthus, Portulaca, Xanthium, Convolvulus, Ipomoea, Polygonum, Sesbania, Ambrosia, Cirsium, Carduus, Sonchus, Solanum, Rorippa, Rotala, Lindernia, Lamium, Veronica, Abutilon, Emex, Datura, Viola, Galeopsis, Papaver, Centaurea, Trifolium, Ranunculus, Taraxacum.

25   Dikotyle Kulturen der Gattungen: Gossypium, Glycine, Beta, Daucus, Phaseolus, Pisum, Solanum, Linum, Ipomoea, Vicia, Nicotiana, Lycopersicon, Arachis, Brassica, Lactuca, Cucumis, Cucurbita.

Monokotyle Unkräuter der Gattungen: Echinochloa, Setaria, Panicum, Digitaria,
30   Phleum, Poa, Festuca, Eleusine, Brachiaria, Lolium, Bromus, Avena, Cyperus, Sorghum, Agropyron, Cynodon, Monochoria, Fimbristylis, Sagittaria, Eleocharis, Scirpus, Paspalum, Ischaemum, Sphenoclea, Dactyloctenium, Agrostis, Alopecurus, Apera.

56

<u>Monokotyle Kulturen der Gattungen:</u> Oryza, Zea, Triticum, Hordeum, Avena, Secale, Sorghum, Panicum, Saccharum, Ananas, Asparagus, Allium.

5   Die Verwendung der erfindungsgemäßen Wirkstoffe ist jedoch keineswegs auf diese Gattungen beschränkt, sondern erstreckt sich in gleicher Weise auch auf andere Pflanzen.

Die Verbindungen eignen sich in Abhängigkeit von der Konzentration zur Total-
10   unkrautbekämpfung z.B. auf Industrie- und Gleisanlagen und auf Wegen und Plätzen mit und ohne Baumbewuchs. Ebenso können die Verbindungen zur Unkrautbe-kämpfung in Dauerkulturen, z.B. Forst, Ziergehölz-, Obst-, Wein-, Citrus-, Nuß-, Bananen-, Kaffee-, Tee-, Gummi-, Ölpalm-, Kakao-, Beerenfrucht- und Hopfen-anlagen, auf Zier- und Sportrasen und Weideflächen und zur selektiven Unkrautbe-
15   kämpfung in einjährigen Kulturen eingesetzt werden.

Die erfindungsgemäßen Verbindungen der Formel (I) eignen sich insbesondere zur selektiven Bekämpfung von monokotylen und dikotylen Unkräutern in monokotylen Kulturen sowohl im Vorauflauf- als auch im Nachauflauf-Verfahren.
20

Die Wirkstoffe können in die üblichen Formulierungen übergeführt werden, wie Lösungen, Emulsionen, Spritzpulver, Suspensionen, Pulver, Stäubemittel, Pasten, lösliche Pulver, Granulate, Suspensions-Emulsions-Konzentrate, Wirkstoff-im-prägnierte Natur- und synthetische Stoffe sowie Feinstverkapselungen in polymeren
25   Stoffen.

Diese Formulierungen werden in bekannter Weise hergestellt, z. B. durch Vermischen der Wirkstoffe mit Streckmitteln, also flüssigen Lösungsmitteln und/oder festen Trägerstoffen, gegebenenfalls unter Verwendung von oberflächenaktiven Mitteln, also Emulgiermitteln und/oder Dispergiermitteln und/oder schaumerzeugenden Mitteln.
30

Im Falle der Benutzung von Wasser als Streckmittel können z.B. auch organische Lösungsmittel als Hilfslösungsmittel verwendet werden. Als flüssige Lösungsmittel kommen im wesentlichen in Frage: Aromaten, wie Xylol, Toluol, oder Alkyl-

QUESTMS-00000225

57

naphthaline, chlorierte Aromaten und chlorierte aliphatische Kohlenwasserstoffe, wie Chlorbenzole, Chlorethylene oder Methylenchlorid, aliphatische Kohlenwasserstoffe, wie Cyclohexan oder Paraffine, z.B. Erdölfraktionen, mineralische und pflanzliche Öle, Alkohole, wie Butanol oder Glykol sowie deren Ether und Ester, Ketone wie

5   Aceton, Methylethylketon, Methylisobutylketon oder Cyclohexanon, stark polare Lösungsmittel, wie Dimethylformamid und Dimethylsulfoxid, sowie Wasser.

Als feste Trägerstoffe kommen in Frage:
z.B. Ammoniumsalze und natürliche Gesteinsmehle, wie Kaoline, Tonerden, Talkum,

10   Kreide, Quarz, Attapulgit, Montmorillonit oder Diatomeenerde und synthetische Gesteinsmehle, wie hochdisperse Kieselsäure, Aluminiumoxid und Silikate, als feste Trägerstoffe für Granulate kommen in Frage: z.B. gebrochene und fraktionierte natürliche Gesteine wie Calcit, Marmor, Bims, Sepiolith, Dolomit sowie synthetische Granulate aus anorganischen und organischen Mehlen sowie Granulate aus

15   organischem Material wie Sägemehl, Kokosnußschalen, Maiskolben und Tabakstengeln; als Emulgier- und/oder schaumerzeugende Mittel kommen in Frage: z.B. nichtionogene und anionische Emulgatoren, wie Polyoxyethylen-Fettsäure-Ester, Polyoxyethylen-Fettalkohol-Ether, z.B. Alkylarylpolyglykolether, Alkylsulfonate, Alkylsulfate, Arylsulfonate sowie Eiweißhydrolysate; als Dispergiermittel kommen in

20   Frage: z.B. Lignin-Sulfitablaugen und Methylcellulose.

Es können in den Formulierungen Haftmittel wie Carboxymethylcellulose, natürliche und synthetische pulvrige, körnige oder latexförmige Polymere verwendet werden, wie Gummiarabicum, Polyvinylalkohol, Polyvinylacetat, sowie natürliche Phospho-

25   lipide, wie Kephaline und Lecithine und synthetische Phospholipide. Weitere Additive können mineralische und vegetabile Öle sein.

Es können Farbstoffe wie anorganische Pigmente, z.B. Eisenoxid, Titanoxid, Ferrocyanblau und organische Farbstoffe, wie Alizarin-, Azo- und Metallphthalocyaninfarb-

30   stoffe und Spurennährstoffe wie Salze von Eisen, Mangan, Bor, Kupfer, Kobalt, Molybdän und Zink verwendet werden.

QUESTMS-0000002

58

Die Formulierungen enthalten im allgemeinen zwischen 0,1 und 95 Gewichtsprozent Wirkstoff, vorzugsweise zwischen 0,5 und 90 %.

5   Die erfindungsgemäßen Wirkstoffe können als solche oder in ihren Formulierungen auch in Mischung mit bekannten Herbiziden zur Unkrautbekämpfung Verwendung finden, wobei Fertigformulierungen oder Tankmischungen möglich sind.

Für die Mischungen kommen bekannte Herbizide infrage, beispielsweise Anilide, wie z.B. Diflufenican und Propanil; Arylcarbonsäuren, wie z.B. Dichlorpicolin-säure, Di-
10   camba und Picloram; Aryloxyalkansäuren, wie z.B. 2,4-D, 2,4-DB, 2,4-DP, Fluroxypyr, MCPA, MCPP und Triclopyr; Aryloxy-phenoxy-alkansäureester, wie z.B. Diclofop-methyl, Fenoxaprop-ethyl, Fluazifop-butyl, Haloxyfop-methyl und Quizalofop-ethyl; Azinone, wie z.B. Chloridazon und Norflurazon; Carbamate, wie z.B. Chlorpropham, Desmedipham, Phenmedipham und Propham; Chloracetanilide,
15   wie z.B. Alachlor, Acetochlor, Butachlor, Metazachlor, Metolachlor, Pretilachlor und Propachlor; Dinitroaniline, wie z.B. Oryzalin, Pendimethalin und Trifluralin; Diphenyl-ether, wie z.B. Acifluorfen, Bifenox, Fluoroglycofen, Fomesafen, Halosafen, Lactofen und Oxyfluorfen; Harnstoffe, wie z.B. Chlortoluron, Diuron, Fluometuron, Iso-proturon, Linuron und Methabenzthiazuron; Hydroxylamine, wie z.B. Alloxydim,
20   Clethodim, Cycloxydim, Sethoxydim und Tralkoxydim; Imidazolinone, wie z.B. Imazethapyr, Imazamethabenz, Imazapyr und Imazaquin; Nitrile, wie z.B. Brom-oxynil, Dichlobenil und Ioxynil; Oxyacetamide, wie z.B. Mefenacet; Sulfonyl-harnstoffe, wie z.B. Amidosulfuron, Bensulfuron-methyl, Chlorimuron-ethyl, Chlor-sulfuron, Cinosulfuron, Metsulfuron-methyl, Nicosulfuron, Primisulfuron, Pyrazo-
25   sulfuron-ethyl, Thifensulfuron-methyl, Triasulfuron und Tribenuron-methyl; Thiol-carbamate, wie z.B. Butylate, Cycloate, Diallate, EPTC, Esprocarb, Molinate, Prosulfocarb, Thiobencarb und Triallate; Triazine, wie z.B. Atrazin, Cyanazin, Simazin, Simetryne, Terbutryne und Terbutylazin; Triazinone, wie z.B. Hexazinon, Metamitron und Metribuzin; Sonstige, wie z.B. Aminotriazol, Benfuresate,
30   Bentazone, Cinmethylin, Clomazone, Clopyralid, Difenzoquat, Dithiopyr, Ethofumesate, Fluorochloridone, Glufosinate, Glyphosate, Isoxaben, Pyridate, Quinchlorac, Quinmerac, Sulphosate und Tridiphane.

59

Auch eine Mischung mit anderen bekannten Wirkstoffen, wie Fungiziden, Insektiziden, Akariziden, Nematiziden, Schutzstoffen gegen Vogelfraß, Pflanzennähr-stoffen und Bodenstrukturverbesserungsmitteln ist möglich.

5      Die Wirkstoffe können als solche, in Form ihrer Formulierungen oder den daraus durch weiteres Verdünnen bereiteten Anwendungsformen, wie gebrauchsfertige Lösungen, Suspensionen, Emulsionen, Pulver, Pasten und Granulate angewandt werden. Die Anwendung geschieht in üblicher Weise, z.B. durch Gießen, Spritzen, Sprühen, Streuen.

10

Die erfindungsgemäßen Wirkstoffe können sowohl vor als auch nach dem Auflaufen der Pflanzen appliziert werden. Sie können auch vor der Saat in den Boden einge-arbeitet werden.

15     Die angewandte Wirkstoffmenge kann in einem größeren Bereich schwanken. Sie hängt im wesentlichen von der Art des gewünschten Effektes ab. Im allgemeinen liegen die Aufwandmengen zwischen 1 g und 10 kg Wirkstoff pro Hektar Boden-fläche, vorzugsweise zwischen 5 g und 5 kg pro ha.

20     Die Herstellung und die Verwendung der erfindungsgemäßen Wirkstoffe geht aus den nachfolgenden Beispielen hervor.

60

Herstellungsbeispiele:

Beispiel 1



5

20,2  g  (75  mMol)  4-(4-Cyano-2,5-difluor-phenyl)-1-ethoxycarbonyl-semicarbazid
werden in 50 ml 25%iger wässriger Kaliumhydroxid-Lösung 2 Stunden bei 80°C
gerührt. Nach Abkühlen auf 20°C wird mit konz. Salzsäure auf pH=4 eingestellt und
10    das kristallin anfallende Produkt durch Abfiltrieren isoliert.

Man  erhält  16,0  g  (90%  der  Theorie)  4-(4-Carboxy-2,5-difluor-phenyl)-1,2,4-
triazolin-2,5-dion vom Schmelzpunkt >250°C.

15

Beispiel 2



20    Eine  Mischung  aus  3,90  g  (10  mMol)  4-(4-Cyano-2-fluor-5-methylsulfonylamino-
phenyl)-2-methyl-1-ethoxycarbonyl-thiosemicarbazid, 8,10 g (80 mMol) Triethylamin
und  100  ml  Acetonitril  wird  12  Stunden  bei  Rückflußtemperatur  gerührt.  das

QUESTMS-00000229

PCT/EP95/04759

61

Lösungsmittel im Vakuum entfernt, der Rückstand mit Wasser verrührt, mit konz. Salzsäure angesäuert und das kristallin anfallende Produkt durch Abfiltrieren isoliert.

Man erhält 1,20 g (35% der Theorie) 4-(4-Cyano-2-fluor-5-methylsulfonylamino-phenyl)-1-methyl-5-thioxo-1,2,4-triazolin-3-on vom Schmelzpunkt >250°C.

Beispiel 3



Eine Mischung aus 5,2 g (15 mMol) 4-(4-Chlor-2-fluor-5-i-propoxycarbonyl-phenyl)-1-methyl-5-thioxo-1,2,4-triazolin-3-on, 5,2 g (37,5 mMol) Kaliumcarbonat und 50 ml Acetonitril wird 60 Minuten bei 60°C gerührt; dann wird bei 60°C 6 Stunden lang Frigen (CHClF$_2$) eingeleitet. Anschließend wird unter vermindertem Druck eingeengt, der Rückstand in Wasser aufgenommen, mit konz. Salzsäure angesäuert, mit Dichlormethan extrahiert, die organische Phase über Natriumsulfat getrocknet und filtriert. Das Filtrat wird eingeengt und das im Rückstand erhaltene Rohprodukt durch Säulenchromatographie (Kieselgel, Hexan/Essigsäure-ethylester, Vol.: 7:1) gereinigt.

Man erhält 0,7 g (12% der Theorie) 4-(4-Chlor-2-fluor-5-i-propoxycarbonyl-phenyl)-1-methyl-2-difluormethyl-5-thioxo-1,2,4-triazolin-3-on vom Schmelzpunkt 51°C.

QUESTMS-000002

62

### Beispiel 4



5      Eine Mischung aus 7,6 g (23 mMol) 2-(7-Fluor-3,4-dihydro-3-oxo-4-propargyl-(2H)-1,4-benzoxazin-6-yl-imino)-3-methyl-3,4-dihydro-5-oxo-(4H)-1,3,4-thiadiazol und 20 ml Dimethylsulfoxid wird 2 Stunden auf 50°C, weitere 2 Stunden bei 70°C und weitere 2 Stunden bei 80°C erwärmt. Dann wird unter vermindertem Druck einge-

10      engt, der Rückstand mit Wasser verrührt und das kristallin anfallende Produkt durch Abfiltrieren isoliert.

Man erhält 6,6 g (85% der Theorie) 4-(7-Fluor-3,4-dihydro-3-oxo-4-propargyl-(2H)-1,4-benzoxazin-6-yl)-1-methyl-5-thioxo-1,2,4-triazolin-3-on    vom    Schmelzpunkt

15      190°C.

Analog zu den Beispielen 1 bis 4 sowie entsprechend der allgemeinen Beschreibung der erfindungsgemäßen Herstellungsverfahren können beispielsweise auch die in der nachstehenden Tabelle 1 aufgeführten Verbindungen der Formel (I) hergestellt

20      werden.



(I)

63

Tabelle 1: Beispiele für die Verbindungen der Formel (I)

| Bsp.-Nr. | $Q^1$ | $Q^2$ | $R^1$ | $R^2$ | Ar | physikal. Daten |
|---|---|---|---|---|---|---|
| 5 | O | O | H | $CH_3$ | | Fp.: 234°C |
| 6 | S | O | $CH_3$ | H | | Fp.: 224°C |
| 7 | S | O | $CH_3$ | CHO | | Fp.: 95°C |
| 8 | O | S | H | $CH_3$ | | Fp.: 172°C |
| 9 | S | O | $CH_3$ | $CHF_2$ | | Fp.: 183°C |

64

| Bsp.-Nr. | $Q^1$ | $Q^2$ | $R^1$ | $R^2$ | Ar | physikal. Daten |
|---|---|---|---|---|---|---|
| 10 | S | O | $CH_3$ | $CH_3$ |  | Fp.: 118°C |
| 11 | S | O | $CH_3$ | H |  | Fp.: 139°C |
| 12 | S | O | $CH_3$ | $CH_3$ |  | Fp.: 227°C |
| 13 | S | S | $CH_3$ | $CH_3$ |  | Fp.: 175°C |
| 14 | S | O | $CH_3$ | $CHF_2$ |  | Fp.: 122°C |
| 15 | S | O | $CH_3$ | $CHF_2$ |  | Fp.: 64°C |

QUESTMS-0000233

WO 96/18618                                                    PCT/EP95/04759

65

| Bsp.-Nr. | $Q^1$ | $Q^2$ | $R^1$ | $R^2$ | Ar | physikal. Daten |
|---|---|---|---|---|---|---|
| 16 | S | S | $CH_3$ | $CH_3$ |  | Fp.: 155°C |
| 17 | S | S | $CH_3$ | $CH_3$ |  | Fp.: 70°C |
| 18 | S | S | $CH_3$ | $CH_3$ |  | Fp.: 198°C |
| 19 | S | S | $CH_3$ | $CH_3$ |  | Fp.: |
| 20 | S | S | $C_2H_5$ | $C_2H_5$ |  | Fp.: 120°C |

QUESTMS-0000023

66

| Bsp.-Nr. | $Q^1$ | $Q^2$ | $R^1$ | $R^2$ | Ar | physikal. Daten |
|---|---|---|---|---|---|---|
| 21 | S | S | $CH_3$ | $CH_3$ |  | Fp.: 228°C |
| 22 | S | S | $CH_3$ | $CH_3$ |  | Fp.: 146°C |
| 23 | S | S | $C_2H_5$ | $C_2H_5$ |  | Fp.: 142°C |
| 24 | S | S | $CH_3$ | $CH_3$ |  | Fp.: 192°C |
| 25 | S | S | $C_2H_5$ | $C_2H_5$ |  | Fp.: 149°C |

QUESTMS-00000235

67

| Bsp.-Nr. | $Q^1$ | $Q^2$ | $R^1$ | $R^2$ | Ar | physikal. Daten |
|---|---|---|---|---|---|---|
| 26 | S | S | $C_2H_5$ | $C_2H_5$ |  | Fp.: 195°C |
| 27 | S | S | $C_2H_5$ | $C_2H_5$ |  | Fp.: 148°C |
| 28 | S | S | $C_2H_5$ | $C_2H_5$ |  | Fp.: 133°C |
| 29 | S | S | $C_2H_5$ | $C_2H_5$ |  | |
| 30 | S | S | $CH_3$ | $CH_3$ |  | |

QUESTMS-0000023

68

| Bsp.-Nr. | $Q^1$ | $Q^2$ | $R^1$ | $R^2$ | Ar | physikal. Daten |
|---|---|---|---|---|---|---|
| 31 | S | S | $C_2H_5$ | $C_2H_5$ | | Fp.: 197°C |
| 32 | S | S | $CH_3$ | $CH_3$ | | F.: 229°C |
| 33 | S | S | $CH_3$ | $CH_3$ | | Fp.: 174°C |
| 34 | S | S | $C_2H_5$ | $C_2H_5$ | | Fp.: 103°C |
| 35 | S | S | $CH_3$ | $CH_3$ | | Fp.: 259°C |

69

| Bsp.-Nr. | Q$^1$ | Q$^2$ | R$^1$ | R$^2$ | Ar | physikal. Daten |
|---|---|---|---|---|---|---|
| 36 | S | S | C$_2$H$_5$ | C$_2$H$_5$ |  | Fp.: 248°C |
| 37 | S | S | CH$_3$ | CH$_3$ |  | Fp.: 251°C |
| 38 | O | S | H | CH$_3$ |  | Fp.: 201°C |
| 39 | O | S | CHO | CH$_3$ |  | Fp.: 75°C |
| 40 | O | O | CHF$_2$ | CH$_3$ |  | Fp.: 70°C |

QUESTMS-0000023

70

| Bsp.-Nr. | $Q^1$ | $Q^2$ | $R^1$ | $R^2$ | Ar | physikal. Daten |
|---|---|---|---|---|---|---|
| 41 | O | S | $CH_3$ | $CH_3$ |  | Fp.: 157°C |
| 42 | O | S | $CH_3$ | $CH_3$ |  | Fp.: 250°C |
| 43 | O | S | $CHF_2$ | $CH_3$ |  | Fp.: 127°C |
| 44 | O | S | $CH_3$ | $CH_3$ |  | Fp.: 58°C |
| 45 | O | S | $CH_3$ | $CH_3$ |  | Fp.: 138°C |

71

| Bsp.-Nr. | Q¹ | Q² | R¹ | R² | Ar | physikal. Daten |
|---|---|---|---|---|---|---|
| 46 | O | S | CH₃ | CH₃ | | Fp.: 236°C |
| 47 | O | S | | CH₃ | | Fp.: 122°C |
| 48 | O | S | | CH₃ | | Fp.: |
| 49 | O | S | -CH₂CF₃ | CH₃ | | Fp.: 135°C |
| 50 | O | S | | CH₃ | | Fp.: 42°C |

72

| Bsp.-Nr. | Q¹ | Q² | R¹ | R² | Ar | physikal. Daten |
|---|---|---|---|---|---|---|
| 51 | O | S | $CH_3$ | $CH_3$ |  | Fp.: 163°C |
| 52 | O | S | $CHF_2$ | $CH_3$ |  | Fp.: 176°C |
| 53 | O | S | $CH_3$ | $CH_3$ |  | Fp.: 150°C |
| 54 | O | S | H | $CH_3$ |  | Fp.: 67°C |
| 55 | O | S | H | H |  | Fp.: 250°C |

QUESTMS-00000241

73

| Bsp.-Nr. | $Q^1$ | $Q^2$ | $R^1$ | $R^2$ | Ar | physikal. Daten |
|---|---|---|---|---|---|---|
| 56 | O | S | H | $CH_3$ |  | |
| 57 | O | O |  |  |  | $n_d^{20} = 1{,}5442$ |
| 58 | O | O |  |  |  | $n_d^{20} = 1{,}5349$ |
| 59 | O | O |  | $CH_3$ |  | $n_d^{20} = 1{,}5600$ |
| 60 | O | O |  |  |  | |

QUESTMS-0000024

$\mathcal{H}_+$

| Bsp.-Nr. | $Q^1$ | $Q^2$ | $R^1$ | $R^2$ | Ar | physikal. Daten |
|---|---|---|---|---|---|---|
| 61 | O | O | H | $CH_3$ | | Fp.: 215°C |
| 62 | O | O | H | $CH_3$ | | Fp.: 250°C |
| 63 | O | O | H | $CH_3$ | | Fp.: 156°C |
| 64 | O | O | H | $CH_3$ | | $^1$H-NMR (CDCl$_3$): 3,25, 4,40-4,46, 7,22-7,24 ppm. |
| 65 | O | S | H | $CH_3$ | | Fp.: 210°C |

75

| Bsp.-Nr. | $Q^1$ | $Q^2$ | $R^1$ | $R^2$ | Ar | physikal. Daten |
|---|---|---|---|---|---|---|
| 66 | O | O | H | $CH_3$ | | Fp.: 163°C |
| 67 | O | S | H | $CH_3$ | | Fp.: 143°C |
| 68 | O | S | H | $CH_3$ | | Fp.: 158°C |
| 69 | O | S | H | $CH_3$ | | Fp.: 75°C |
| 70 | O | S | $CH_3$ | $CH_3$ | | $^1$H-NMR (CDCl$_3$): 3,45, 3,73, 7,30-7,40 ppm. |

QUESTMS-0000024

WO 96/18618

PCT/EP95/04759

76

| Bsp.-Nr. | $Q^1$ | $Q^2$ | $R^1$ | $R^2$ | Ar | physikal. Daten |
|---|---|---|---|---|---|---|
| 71 | O | S | $CH_3$ | $CH_3$ |  | Fp.: 146°C |
| 72 | O | S | $CH_3$ | $CH_3$ |  | Fp.: 208°C |
| 73 | O | S | $CH_3$ | $CH_3$ |  | Fp.: 195°C |
| 74 | O | O | H | $CH_3$ |  | (amorph) |
| 75 | O | O | H | H |  | Fp.: 150°C |

QUESTMS-00000245

77

| Bsp.-Nr. | $Q^1$ | $Q^2$ | $R^1$ | $R^2$ | Ar | physikal. Daten |
|---|---|---|---|---|---|---|
| 76 | O | O | $CH_3$ | $CH_3$ |  | Fp.: 101°C |
| 77 | O | S |  | $CH_3$ |  | Fp.: 172°C |
| 78 | O | S |  | $CH_3$ |  | Fp.: 199°C |
| 79 | O | S | H | $CH_3$ |  | amorph |
| 80 | S | S | $CH_3$ | $CH_3$ |  | Fp.: 160°C |

WO 96/18618          PCT/EP95/04759

78

| Bsp.-Nr. | $Q^1$ | $Q^2$ | $R^1$ | $R^2$ | Ar | physikal. Daten |
|---|---|---|---|---|---|---|
| 81 | O | S | H | $CH_3$ | | amorph |
| 82 | O | S | $CHF_2$ | $CH_3$ | | Fp.: 99°C |
| 83 | O | S | $CH_3$ | $CH_3$ | | |
| 84 | S | S | $CH_3$ | $CH_3$ | | Fp.: 131°C |
| 85 | O | S | $CHF_2$ | $CH_3$ | | Fp.: 74°C |

WO 96/18618                                              PCT/EP95/04759

79

| Bsp.-Nr. | $Q^1$ | $Q^2$ | $R^1$ | $R^2$ | Ar | physikal. Daten |
|---|---|---|---|---|---|---|
| 86 | O | S | $C_2H_5$ | $CH_3$ | | |



Die in Tabelle 1 als Beispiel 13 aufgeführte Verbindung kann beispielsweise wie folgt hergestellt werden:

5



10    Eine Mischung aus 1,0 g (0,3 mMol) 2-(4-Cyano-2-fluor-4-i-propoxy-phenyl-imino)-3,4-dihydro-3,4-dimethyl-5-thioxo(4H)-1,3,4-thiadiazol, 0,1 g (0,1 mMol) Natrium-sulfid und 20 ml Ethanol wird ca. 20 Stunden unter Rückfluß erhitzt. Dann wird ein-geengt, der Rückstand in Dichlormethan aufgenommen, mit Wasser gewaschen, mit Natriumsulfat getrocknet und filtriert. Das Filtrat wird eingeengt, der Rückstand mit Diethylether digeriert und das kristallin anfallende Produkt durch Abfiltrieren isoliert.

15    Man erhält 0,25 g (25% der Theorie) 4-(4-Cyano-2-fluor-5-i-propoxy-phenyl)-1,2-dimethyl-1,2,4-triazolin-2,5-dithion vom Schmelzpunkt 175°C.

QUESTMS-0000024

80

Die in Tabelle 1 als Beispiel 21 aufgeführte Verbindung kann beispielsweise wie folgt hergestellt werden:



5

In eine Mischung aus 0,9 g (2,6 mMol) 4-(4-Cyano-2-fluor-5-i-propoxy-phenyl)-1,2-dimethyl-1,2,4-triazolin-2,5-dithion, 2 ml (14 mMol) Triethylamin und 20 ml Pyridin wird 9 Stunden bei 90°C Schwefelwasserstoff eingeleitet. Nach dem Abkühlen wird das Lösungsmittel am Rotationsverdampfer abgezogen und der Rückstand mit 2

10    normaler Salzsäure verrührt. Das Rohprodukt wird abgesaugt, mit Wasser gewaschen, getrocknet und durch Säulenchromatographie (Laufmittel: Hexan/Essigsäureethylester 4:1) gereinigt.

Man erhält 0,42 g (43 % der Theorie) 4-(2-Fluor-5-i-propoxy-4-thiocarbamoyl-

15    phenyl)-1,2-dimethyl-1,2,4-triazolin-2,5-dithion vom Schmelzpunkt 228 °C.

QUESTMS-00000249

81

Die in Tabelle 1 als <u>Beispiel 46</u> aufgeführte Verbindung kann beispielsweise wie folgt hergestellt werden:



5

Eine Lösung von 2,1 g (6 mMol) 4-(7-Fluor-3,4-dihydro-3-oxo-4-propargyl-(2H)-1,4-benzoxazin-6-yl)-1-methyl-5-methylthio-1,2,4-triazolin-3-on in 20 ml Dimethyl-formamid wird 16 Stunden unter Rückfluß erhitzt. Anschließend wird im Wasser-strahlvakuum eingeengt und der Rückstand durch Säulenchromatographie gereinigt.

10

Man erhält 0,9 g (43% der Theorie) 4-(7-Fluor-3,4-dihydro-3-oxo-4-propargyl-(2H)-1,4-benzoxazin-6-yl)-1,2-dimethyl-5-thioxo-1,2,4-triazolin-3-on vom Schmelzpunkt 236°C.

82

Die in Tabelle 1 als <u>Beispiel 61</u> aufgeführte Verbindung kann beispielsweise wie folgt hergestellt werden:



5

44,7 g (0,15 Mol) 4-(4-Cyano-2,5-difluor-phenyl)-1-ethoxycarbonyl-2-methyl-semi-carbazid werden in 200 ml 4-molarer wässriger Kaliumhydroxyd-Lösung 30 Minuten bei 80°C gerührt. Nach Abkühlen auf 20°C wird mit konz. Salzsäure auf pH=4 einge-stellt und das kristallin angefallene Produkt durch Abfiltrieren isoliert.

10

Man erhält 36 g (95 % der Theorie) 4-(4-Carboxy-2,5-difluor-phenyl)-1-methyl-1,2,4-triazolin-3,5-dion vom Schmelzpunkt 215°C.

QUESTMS-00000251

83

Die in Tabelle 1 als <u>Beispiel 62</u> aufgeführte Verbindung kann beispielsweise wie folgt hergestellt werden:



5

27,1 g (0,1 Mol) 4-(4-Carboxy-2,5-difluor-phenyl)-1-methyl-1,2,4-triazol-3,5-dion werden in 200 ml Toluol auf 80°C erwärmt. Bei dieser Temperatur tropft man innerhalb von 30 Minuten 14,3 g (0,12 Mol) Thionylchlorid zu, erwärmt auf Rückflußtemperatur und rührt ca. 2 Stunden bis zur Beendigung der Gasentwicklung. Nach

10      dem Abkühlen auf 20°C wird das kristallin angefallene Produkt durch Abfiltrieren isoliert.

Man erhält 7,2 g (25 % der Theorie) 4-(4-Chlorcarbonyl-2,5-difluor-phenyl)-1-methyl-1,2,4-triazol-3,5-dion vom Schmelzpunkt >250°C.

15

QUESTMS-0000025

Die in Tabelle 1 als Beispiel 63 aufgeführte Verbindung kann beispielsweise wie folgt hergestellt werden:

6,5 g (0,024 Mol) 4-(4-Carboxy-2,5-difluor-phenyl)-1-methyl-1,2,4-triazol-3,5-dion werden mit 200 ml Methanol und 2 Tropfen Schwefelsäure 8 Stunden bei Rückfluß-temperatur gerührt. Nach dem Abkühlen auf 20°C wird im Wasserstrahlvakuum eingeengt, der Rückstand in Dichlormethan gelöst, mit Wasser gewaschen, die organische Phase über Natriumsulfat getrocknet und im Wasserstrahlvakuum sorgfältig vom Lösungsmittel befreit.

Man erhält 4,2 g (62 % der Theorie) an 4-(4-Methoxycarbonyl-2,5-difluor-phenyl)-1-methyl-1,2,4-triazol-3,5-dion vom Schmelzpunkt 156°C.

**PCT/EP95/04759**

85

Die in Tabelle 1 als <u>Beispiel 69</u> aufgeführte Verbindung kann beispielsweise wie folgt hergestellt werden:



5

29,3 g (0,096 Mol) 4-(4-Chlor-2-fluor-phenyl)-2-methyl-1-ethoxycarbonyl-thiosemicarbazid werden in 400 ml Acetonitril mit 78 g (0,77 Mol) Triethylamin 8 Stunden bei Rückflußtemperatur gerührt und nach dem Abkühlen wird im Wasserstrahlvakuum eingeengt. Der Rückstand wird mit Wasser versetzt, mit konz. Salzsäure auf pH=4
10   eingestellt, mit Dichlormethan extrahiert, die organische Phase abgetrennt, über Natriumsulfat getrocknet und im Wasserstrahlvakuum eingeengt.

Man erhält 22 g (88 % der Theorie) 4-(4-Chlor-2-fluor-phenyl)-1-methyl-5-thioxo-1,2,4-triazol-3-on vom Schmelzpunkt 75°C.

15

QUESTMS-0000025

86

Die in Tabelle 1 als <u>Beispiel 70</u> aufgeführte Verbindung kann beispielsweise wie folgt hergestellt werden:



5

7,1 g (0,026 Mol) der mesoionischen Verbindung gemäß Beispiel (Ia-5) - unten - werden in 100 ml Dimethylformamid 18 Stunden unter Rückfluß gerührt und nach Abkühlen im Wasserstrahlvakuum eingeengt.

10

Man erhält 5,9 g (83 % der Theorie) 4-(4-Chlor-2-fluor-phenyl)-1,2-dimethyl-5-thioxo-1,2,4-triazol-3-on.

[1]H-NMR (CDCl$_3$): 3,45; 3,73; 7,30-7,40 ppm.

QUESTMS-00000255

87

Die in Tabelle 1 als Beispiel 71 aufgeführte Verbindung kann beispielsweise wie folgt hergestellt werden:



5

4,65 g (0,017 Mol) 4-(4-Chlor-2-fluor-phenyl)-1,2-dimethyl-5-thioxo-1,2,4-triazol-3-on werden in 30 ml konz. Schwefelsäure vorgelegt und bei 0°C tropfenweise mit 3 ml 98 %iger Salpetersäure versetzt. Man rührt 8 Stunden bei Raumtemperatur nach, verrührt mit Eiswasser und filtriert das ausgefallene Produkt ab.

10

Man erhält 2,9 g (54 % der Theorie) 4-(4-Chlor-2-fluor-5-nitro-phenyl)-1,2-dimethyl-5-thioxo-1,2,4-triazol-3-on vom Schmelzpunkt 146°C.

QUESTMS-0000025

88

Die in Tabelle 1 als Beispiel 72 aufgeführte Verbindung kann beispielsweise wie folgt hergestellt werden:



5

2,6 g (0,008 Mol) 4-(4-Chlor-2-fluor-5-nitro-phenyl)-1,2-dimethyl-5-thioxo-1,2,4-triazol-3-on werden in 20 ml Essigsäure mit 10 ml Wasser und 10 ml Essigsäureethylester vorgelegt und portionsweise mit 4,6 g (0,0082 Mol) Eisenpulver versetzt, wobei die Temperatur mit einem Eisbad bei max. 45 °C gehalten wird. Nach beendeter

10 Zugabe wird 2 Stunden bei 23 °C nachgerührt, abgesaugt und der Rückstand mit Wasser gewaschen. Das Filtrat extrahiert man mit Essigsäureethylester, die organische Phase wird mit Natriumhydrogencarbonat-Lösung gewaschen, über Natriumsulfat getrocknet und im Wasserstrahlvakuum eingeengt.

15 Man erhält 1,5 g (65 % der Theorie) 4-(4-Chlor-2-fluor-5-amino-phenyl)-1,2-dimethyl-5-thioxo-1,2,4-triazol-3-on vom Schmelzpunkt 208°C.

89

Die in Tabelle 1 als <u>Beispiel 73</u> aufgeführte Verbindung kann beispielsweise wie folgt
hergestellt werden:



5

1,3 g (0,0045 Mol) 4-(4-Chlor-2-fluor-5-amino-phenyl)-1,2-dimethyl-5-thioxo-1,2,4-
triazol-3-on werden in 50 ml Dichlormethan bei -10°C mit 1,8 g (0,018 Mol) Triethyl-
amin und anschließend mit 2,3 g (0,018 Mol) Ethansulfonsäurechlorid versetzt, 3
Stunden bei Raumtemperatur gerührt, mit Wasser versetzt, die organische Phase

10    abgetrennt, über Natriumsulfat getrocknet und im Wasserstrahlvakuum eingeengt.

Man erhält 2,0g (94 % der Theorie) 4-[4-Chlor-2-fluor-5-(diethylsulfonyl)-amino-
phenyl]-1,2-dimethyl-5-thioxo-1,2,4-triazol-3-on vom Schmelzpunkt 195°C (Zers.).

QUESTMS-000002

90

Verbindungen der Formeln (Ia) oder (Ib):

Beispiel (Ia-1)

5



10   Eine Mischung aus 4,2 g (12 mMol) 4-(4-Chlor-2-fluor-5-i-propoxycarbonyl-phenyl)-
1-methyl-5-thioxo-1,2,4-triazolin-3-on, 3,5 g (25 mMol) Kaliumcarbonat, 2,2 g (15
mMol) Methyliodid und 60 ml Acetonitril wird 12 Stunden bei 40°C gerührt. Dann
wird eingeengt, der Rückstand in Wasser aufgenommen, mit konz. Salzsäure ange-
säuert, mit Dichlormethan extrahiert, die organische Phase mit Natriumsulfat ge-
15   trocknet und filtriert. Das Filtrat wird eingeengt und das als Rückstand erhaltene Roh-
produkt durch Säulenchromatographie (Kieselgel, Dichlormethan/Methanol, Vol.:
40:1) gereinigt.

Man erhält 1,0 g (24% der Theorie) der Verbindung der oben angegebenen Struktur-
formel vom Schmelzpunkt 159°C.

20

Analog können beispielsweise auch die in der nachstehenden Tabelle 2 aufgeführten
Verbindungen der Formel (Ia) hergestellt werden.

QUESTMS-00000259

WO 96/18618

PCT/EP95/04759



(Ia)

Tabelle 2:  Beispiele für die Verbindungen der Formel (Ia)

5

| Bsp.-Nr. | $Q^1$ | $Q^2$ | $R^1$ | $R^2$ | Ar | physikal. Daten |
|---|---|---|---|---|---|---|
| Ia-2 | S | O | $CH_3$ | $CH_3$ |  | Fp.: 237°C |
| Ia-3 | S | O | $CH_3$ | $CH_3$ |  | Fp.: 168°C |
| Ia-4 | S | O | $CH_3$ | $CH_3$ |  | Fp.: 185°C |
| Ia-5 | S | O | $CH_3$ | $CH_3$ |  | Fp.: 182°C |

QUESTMS-0000026

92

Die in Tabelle 2 als <u>Beispiel (Ia-5)</u> aufgeführte Verbindung kann beispielsweise wie folgt hergestellt werden:



5

20,7 g (0,08 Mol) 4-(4-Chlor-2-fluor-phenyl)-1-methyl-5-thioxo-1,2,4-triazol-3-on werden mit 150 ml Dimethylsulfoxid und 22 g (0,16 Mol) Kaliumcarbonat vorgelegt. Bei 0°C werden dann innerhalb 30 Minuten 23 g (0,16 Mol) Methyliodid tropfenweise dazu gegeben. Anschließend wird die Mischung 4 Stunden bei 23°C gerührt und dann

10     eingeengt. Der Rückstand wird mit Wasser verrührt, mit konz. Salzsäure angesäuert, mit Dichlormethan extrahiert, die organische Phase über Natriumsulfat getrocknet und im Wasserstrahlvakuum eingeengt. Nach Verrühren des Rückstandes mit Isopropanol wird das kristallin angefallene Produkt durch Abfiltrieren isoliert.

15     Man erhält 7,8 g (36 % der Theorie) der mesoionischen Verbindung der oben an-gegebenen Struktur.

QUESTMS-00000261

93

Ausgangsstoffe der Formel (II):

Beispiel (II-1)

5



18,0 g (0,10 Mol) 4-Cyano-2,5-difluor-phenyl-isocyanat werden bei 10°C zu einer
Lösung von 10,4 g (0,10 Mol) Ethylcarbazat in 100 ml Toluol gegeben und die
10    Mischung wird 2 Stunden bei 20°C und dann weitere 2 Stunden bei Rückfluß-
temperatur gerührt. Das nach Abkühlen kristallin anfallende Produkt wird durch Ab-
filtrieren isoliert.

Man erhält 24,2 g (90% der Theorie) 4-(4-Cyano-2,5-difluor-phenyl)-1-ethoxy-
15    carbonyl-semicarbazid vom Schmelzpunkt 245°C.

QUESTMS-0000026

94

Beispiel (II-2)



5

18,8 g (0,1 Mol) 4-Chlor-2-fluor-phenylisothiocyanat werden in 200 ml Acetonitril mit 11,8 g (0,1 Mol) 2-Methyl-1-ethoxycarbonyl-hydrazin und 9,24 g (0,11 Mol) Natriumhydrogencarbonat 8 Stunden bei Rückflußtemperatur gerührt. Nach Abkühlen wird im Wasserstrahlvakuum eingeengt, der Rückstand mit Wasser verrührt, mit

10   Dichlormethan extrahiert, die organische Phase abgetrennt, über Natriumsulfat getrocknet und im Wasserstrahlvakuum eingeengt.

Man erhält 29 g (95 % der Theorie) 4-(4-Chlor-2-fluor-phenyl)-2-methyl-1-ethoxy-carbonyl-thiosemicarbazid vom Schmelzpunkt 151°C.

15

Ausgangsstoffe der Formel (III):

Beispiel (III-1)

5



Zu einer Suspension von 3,1 g (10 mMol) 2-Methyl-4-(7-fluor-3,4-dihydro-3-oxo-4-propargyl-(2H)-1,4-benzoxazin-6-yl)-thiosemicarbazid in 50 ml Dichlormethan gibt
10   man bei ca. 20°C 6 g (12 mMol) einer 20%igen Lösung von Phosgen in Toluol. Man erwärmt die Reaktionsmischung ca. 15 Stunden auf 40°C, entfernt das Lösungsmittel im Vakuum und nimmt den Rückstand in Wasser auf. Man neutralisiert mit Natriumbicarbonatlösung, filtriert den Feststoff, wäscht mit Wasser und trocknet im Vakuum bei 40-50°C.

15   Man erhält 2,8 g (84% der Theorie) 2-(7-Fluor-3,4-dihydro-3-oxo-4-propargyl-(2H)-1,4-benzoxazin-6-yl-imino)-3-methyl-3,4-dihydro-5-oxo-(4H)-1,3,4-thiadiazol. Schmelzpunkt: 214°C.

96

Beispiel (III-2)



5

Zu einer Lösung von 1,7 g (5,7 mMol) 4-(4-Cyano-2-fluor-5-i-propoxy-phenyl)-1,2-dimethylthiosemicarbazid in 30 ml trockenem Dichlormethan gibt man 0,66 g (5,7 mMol) Thiophosgen. Die Reaktion ist leicht exotherm. Man rührt das Reaktions-gemisch 4 Stunden bei Rückflußtemperatur, entfernt das Lösungsmittel im Vakuum

10    und verrührt den Rückstand mit gesättigter Natriumcarbonatlösung. Der sich bildende Feststoff wird abfiltriert, mit Wasser gewaschen und auf Ton abgepreßt.

Man erhält 1,5 g (78% der Theorie) 2-(4-Cyano-2-fluor-5-i-propoxy-phenylimino)-3,4-dimethyl-5-thio-1,3,4-thiadiazol vom Schmelzpunkt 117°C.

15

97

Ausgangsstoffe der Formel (IV):

Beispiel (IV-1)

5



81 g (0,56 Mol) 4-Chlor-2-fluor-anilin werden in 500 ml Chlorbenzol bei 80°C bis
90°C innerhalb einer Stunde mit 129 g (1,12 Mol) Thiophosgen versetzt und an-
10   schließend bei Rückflußtemperatur 2 Stunden bis zur Beendigung der Gasentwicklung
gerührt. Die klare Lösung wird im Wasserstrahlvakuum zur Trockene eingeengt.

Man erhält 102 g (97 % der Theorie) 4-Chlor-2-fluor-phenylisothiocyanat.

15   1H-NMR (CDCl$_3$): 7,10 - 7,20 ppm;   GC-MS: (M=187) 98,4%ig

98

Anwendungsbeispiele:

Beispiel A

5        Pre-emergence-Test

Lösungsmittel:    5 Gewichtsteile Aceton
Emulgator:        1 Gewichtsteil Alkylarylpolyglykolether

10       Zur Herstellung einer zweckmäßigen Wirkstoffzubereitung vermischt man 1
         Gewichtsteil Wirkstoff mit der angegebenen Menge Lösungsmittel, gibt die ange-
         gebene Menge Emulgator zu und verdünnt das Konzentrat mit Wasser auf die
         gewünschte Konzentration.

15       Samen der Testpflanzen werden in normalen Boden ausgesät und nach 24 Stunden
         mit der Wirkstoffzubereitung begossen. Dabei hält man die Wassermenge pro
         Flächeneinheit zweckmäßigerweise konstant. Die Wirkstoffkonzentration in der
         Zubereitung spielt keine Rolle, entscheidend ist nur die Aufwandmenge des Wirkstoffs
         pro Flächeneinheit. Nach drei Wochen wird der Schädigungsgrad der Pflanzen
20       bonitiert in % Schädigung im Vergleich zur Entwicklung der unbehandelten
         Kontrolle. Es bedeuten:

                 0 %   =    keine Wirkung (wie unbehandelte Kontrolle)
                 100 % =    totale Vernichtung

25

         In diesem Test zeigen beispielsweise die Verbindungen gemäß den Herstellungsbei-
         spielen 3, 9, 10, 12, 13, 14 und 15 bei Aufwandmengen von 60 g/ha teilweise gute
         Verträglichkeit gegenüber Kulturpflanzen, wie z.B. Gerste und Mais (10-70 %) und
         sehr starke Wirkung gegen Unkräuter wie Alopecurus (90-100 %), Cynodon (95 -100
30       %), Setaria (70-100 %), Amaranthus (90-100 %), Chenopodium (100 %), Matricaria
         (95-100%), Polygonum (80-100 %), Portulaca (95-100 %) und Viola (90-100 %).

QUESTMS-00000267

Beispiel B

Post-emergence-Test

5      Lösungsmittel:    5 Gewichtsteile Aceton
       Emulgator:        1 Gewichtsteil Alkylarylpolyglykolether

Zur Herstellung einer zweckmäßigen Wirkstoffzubereitung vermischt man 1
Gewichtsteil Wirkstoff mit der angegebenen Menge Lösungsmittel, gibt die an-
10    gegebene Menge Emulgator zu und verdünnt das Konzentrat mit Wasser auf die
gewünschte Konzentration.

Mit der Wirkstoffzubereitung spritzt man Testpflanzen, welche eine Höhe von 5 -
15 cm haben so, daß die jeweils gewünschten Wirkstoffmengen pro Flächeneinheit
15    ausgebracht werden. Nach drei Wochen wird der Schädigungsgrad der Pflanzen
bonitiert in % Schädigung im Vergleich zur Entwicklung der unbehandelten
Kontrolle.
Es bedeuten:

20           0 % = keine Wirkung (wie unbehandelte Kontrolle)
             100 % = totale Vernichtung

In diesem Test zeigen beispielsweise die Verbindungen gemäß den Herstellungsbei-
spielen 3, 4, 9, 10, 12, 13, 14 und 15 sowie Ia-1 und Ia-2 bei Aufwandmengen
25    zwischen 15 und 250 g/ha starke Wirkung gegen Unkräuter wie Amaranthus (60-100
%), Chenopodium (90-100 %), Datura (80-100 %), Galium (90-100 %) und Veronica
(50-100 %).

QUESTMS-0000020

100

### Patentansprüche

1. Substituierte N-Aryl-Stickstoffheterocyclen der allgemeinen Formel (I)



(I)

in welcher

$Q^1$     für Sauerstoff oder Schwefel steht,

$Q^2$     für Sauerstoff oder Schwefel steht,

$R^1$     für Wasserstoff, Cyano, Formyl oder für gegebenenfalls durch Halogen, Cyano, Carboxy, Alkoxy, Alkenyloxy, Alkinyloxy, Alkylthio, Alkenylthio, Alkinylthio, Alkoxycarbonyl, Alkenyloxycarbonyl oder Alkinyloxycarbonyl substituiertes Alkyl steht,

$R^1$     weiterhin für jeweils gegebenenfalls durch Halogen substituiertes Alkenyl oder Alkinyl steht,

$R^1$     weiterhin für jeweils gegebenenfalls durch Halogen substituiertes Alkylcarbonyl, Alkenylcarbonyl, Alkinylcarbonyl, Alkoxycarbonyl, Alkenyloxycarbonyl oder Alkinyloxycarbonyl steht,

$R^1$     weiterhin für jeweils gegebenenfalls durch Halogen, Cyano oder Carboxy substituiertes Cycloalkyl oder Cycloalkylcarbonyl steht,

$R^2$     für Wasserstoff, Cyano, Formyl oder für gegebenenfalls durch Halogen, Cyano, Carboxy, Alkoxy, Alkenyloxy, Alkinyloxy, Alkylthio,

QUESTMS-00000269

101

Alkenylthio, Alkinylthio, Alkoxycarbonyl, Alkenyloxycarbonyl oder Alkinyloxycarbonyl substituiertes Alkyl steht,

$R^2$    weiterhin für jeweils gegebenenfalls durch Halogen, substituiertes Alkenyl oder Alkinyl steht,

$R^2$    weiterhin für jeweils gegebenenfalls durch Halogen substituiertes Alkylcarbonyl, Alkenylcarbonyl, Alkinylcarbonyl, Alkoxycarbonyl, Alkenyloxycarbonyl oder Alkinyloxycarbonyl steht,

$R^2$    weiterhin für jeweils gegebenenfalls durch Halogen, Cyano oder Carboxy substituiertes Cycloalkyl oder Cycloalkylcarbonyl steht, und

Ar    für die nachstehend definierte substituierte, monocyclische oder bi-cyclische Aryl- oder Heteroaryl-Gruppierung steht,



worin

$R^3$    für Wasserstoff oder Halogen steht,

$R^4$    für Wasserstoff oder Halogen steht,

$R^5$    für Cyano, Carboxy, Chlorcarbonyl, Carbamoyl, Thiocarbamoyl, Hydroxy, Halogen oder für jeweils gegebenenfalls durch Halogen sub-stituiertes Alkyl, Alkoxy oder Alkoxycarbonyl steht,

$R^6$    für die nachstehende Gruppierung steht,

102

$$-A^1-A^2-A^3$$

in welcher

A$^1$ für eine Einfachbindung oder für Sauerstoff, Schwefel, -SO-, -SO$_2$-, -CO- oder die Gruppierung -N-A$^4$- steht, worin A$^4$ für Wasserstoff, Hydroxy, Alkyl, Alkenyl, Alkinyl, Alkoxy, Aryl, Alkylcarbonyl, Arylcarbonyl, Alkylsulfonyl oder Arylsulfonyl steht,

A$^1$ weiterhin für jeweils gegebenenfalls durch Halogen substituiertes Alkandiyl, Alkendiyl, Azaalkendiyl, Alkindiyl, Cycloalkandiyl, Cycloalkendiyl oder Phenylen steht,

A$^2$ für eine Einfachbindung oder für Sauerstoff, Schwefel, -SO-, -SO$_2$-, -CO- oder die Gruppierung -N-A$^4$- steht, worin A$^4$ für Wasserstoff, Hydroxy, Alkyl, Alkoxy, Aryl, Alkylsulfonyl oder Arylsulfonyl steht,

A$^2$ weiterhin für jeweils gegebenenfalls durch Halogen substituiertes Alkandiyl, Alkendiyl, Azaalkendiyl, Alkindiyl, Cycloalkandiyl, Cycloalkendiyl oder Phenylen steht,

A$^3$ für Wasserstoff steht mit der Maßgabe, daß in diesem Fall A$^1$ und/oder A$^2$ nicht für eine Einfachbindung stehen

A$^3$ weiterhin für Hydroxy, Mercapto, Amino, Cyano, Isocyano, Thiocyanato, Nitro, Carboxy, Carbamoyl, Thiocarbamoyl, Sulfo, Chlorsulfonyl, Halogen, für jeweils gegebenenfalls durch Halogen oder Alkoxy substituiertes Alkyl, Alkoxy, Alkylthio, Alkylsulfinyl, Alkylsulfonyl, Alkylamino, Dialkylamino, Alkoxycarbonyl oder Dialkoxy-(thio)phosphoryl steht,

QUESTMS-00000271

$A^3$    weiterhin für jeweils gegebenenfalls durch Halogen substituiertes Alkenyl, Alkenyloxy, Alkenylthio, Alkenylamino, Alkylidenamino, Alkenyloxycarbonyl, Alkinyl, Alkinyloxy, Alkinylthio, Alkinylamino oder Alkinyloxycarbonyl steht,

$A^3$    weiterhin für jeweils gegebenenfalls durch Halogen, Cyano, Carboxy, Alkyl und/oder Alkoxy-carbonyl substituiertes Cycloalkyl, Cycloalkyloxy, Cycloalkylalkyl, Cycloalkylalkoxy, Cycloalkylidenamino, Cycloalkyloxycarbonyl oder Cycloalkylalkoxycarbonyl steht,

$A^3$    weiterhin für jeweils gegebenenfalls durch Nitro, Cyano, Carboxy, Halogen, Alkyl, Halogenalkyl, Alkyloxy, Halogenalkyloxy und/oder Alkoxy-carbonyl substituiertes Aryl, Aryloxy, Aralkyl, Arylalkoxy, Aryloxycarbonyl oder Arylalkoxycarbonyl steht,

$A^3$    weiterhin für jeweils gegebenenfalls ganz oder teilweise hydriertes Pyrrolyl, Pyrazolyl, Imidazolyl, Triazolyl, Furyl, Oxiranyl, Oxetanyl, Dioxolanyl, Thienyl, Oxazolyl, Isoxazolyl, Thiazolyl, Isothiazolyl, Oxadiazolyl, Thiadiazolyl, Pyridinyl, Pyrimidinyl, Triazinyl, Pyrazolylalkyl, Furylalkyl, Thienylalkyl, Oxazolylalkyl, Isoxazolylalkyl, Thiazolylalkyl, Pyridinylalkyl, Pyrimidinylalkyl, Pyrazolylalkoxy, Furylalkoxy, für Perhydropyranylalkoxy oder Pyridylalkoxy steht, und

$R^7$    für Wasserstoff oder Halogen steht,

oder jeweils zwei benachbarte Reste - $R^3$ und $R^4$, $R^4$ und $R^5$, $R^5$ und $R^6$ oder $R^6$ und $R^7$ - zusammen für eine der nachstehenden Gruppierungen stehen

$-Q^3-CQ^4-$, $-Q^3-CQ^4-Q^5-$, $-Q^3-C(R^8,R^9)-Q^5-$, $-C(R^8,R^9)-CQ^4-$, $-C(R^8,R^9)-Q^3-CQ^4-$, $-Q^3-C(R^8,R^9)-C(R^8,R^9)-$, $-Q^3-C(R^8,R^9)-C(R^8,R^9)-Q^5-$, $-C(R^8,R^9)-C(R^8,R^9)-CQ^4-$, $-Q^3-C(R^8)=C(R^8)-$, $-C(R^8)=C(R^8)-CQ^4-$, $-Q^3-C(R^8,R^9)-CQ^4-$, $-N(R^{10})-C(R^8,R^9)-CQ^4-$, $-C(R^8)=N-$, $-Q^3-CQ^4-C(R^8,R^9)-$,

104

$-Q^3-CQ^4-N(R^{10})-$, $-Q^3-C(R^8,R^9)-CQ^4-N(R^{10})-$,

$-C(R^8,R^9)-Q^3-CQ^4-N(R^{10})-$, $-C(R^8,R^9)-C(R^8,R^9)-N(R^{10})-$,

$-C(R^8,R^9)-C(R^8,R^9)-CQ^4-N(R^{10})-$, $-C(R^8)=C(R^8)-N(R^{10})-$,

$-C(R^8)=C(R^8)-CQ^4-N(R^{10})-$, $-C(R^8,R^9)-CQ^4-N(R^{10})-$,

5       $-N(R^{10})-C(R^8;R^9)-CQ^4-N(R^{10})-$, $-C(R^8)=N-N(R^{10})-$,

$-Q^3-CQ^4-C(R^8,R^9)-N(R^{10})-$, $Q^3-C(R^8,R^9)-C(R^8,R^9)-CQ^4-N(R^{10})-$

wobei

10      $Q^3$, $Q^4$ und $Q^5$ gleich oder verschieden sind und jeweils für Sauerstoff oder

Schwefel stehen,

$R^8$ und $R^9$      gleich oder verschieden sind und einzeln für Wasserstoff, Halo-

gen oder Alkyl stehen oder zusammen für Alkandiyl stehen, und

15      $R^{10}$ für Wasserstoff, Hydroxy, für gegebenenfalls durch Cyano, Halogen,

Alkoxy, Alkyl-carbonyl oder Alkoxy-carbonyl substituiertes Alkyl,

Alkylcarbonyl, Alkoxycarbonyl oder Alkylsulfonyl, für jeweils gegebe-

nenfalls durch Halogen substituiertes Alkenyl oder Alkinyl, für jeweils

20      gegebenenfalls durch Halogen oder Alkyl substituiertes Cycloalkyl

oder Cycloalkylalkyl, für jeweils gegebenenfalls durch Halogen sub-

stituiertes Alkoxy oder Alkenyloxy, oder für jeweils gegebenenfalls

durch Cyano, Halogen, Alkyl, Halogenalkyl, Alkoxy oder Halogen-

alkoxy substituiertes Arylalkyl oder Arylalkoxy steht,

25

mit der Maßgabe, daß $R^1$ und $R^2$ nicht gleichzeitig für Wasserstoff stehen

können und die Verbindungen 4-(3,4-Dichlor-phenyl)-1,2-dimethyl-5-thioxo-

1,2,4-triazolidin-3-on und 4-(4-Chlor-3-trifluormethyl-phenyl)-1,2-dimethyl-5-

thioxo-1,2,4-triazolidin-3-on ausgenommen sind.

30

2.      Substituierte N-Aryl-Stickstoffheterocyclen der allgemeinen Formel (Ia)

105



(Ia)

in welcher

5        $Q^1$, $Q^2$, $R^1$, $R^2$ und Ar     die in Anspruch 1 genannten Bedeutungen haben.

3.    Substituierte N-Aryl-Stickstoffheterocyclen der allgemeinen Formel (Ib)



(Ib)

10

in welcher

$Q^1$, $Q^2$, $R^1$, $R^2$ und Ar     die in Anspruch 1 genannten Bedeutungen

15        haben.

4.    Verfahren zur Herstellung von substituierten N-Aryl-Stickstoffheterocyclen der allgemeinen Formel (I) und der Verbindungen der Formeln (Ia) oder (Ib) gemäß der Ansprüche 1 bis 3, dadurch gekennzeichnet, daß man

20

(a) (Thio)Semicarbazid-Derivate der allgemeinen Formel (II)



(II)

QUESTMS-0000027

106

in welcher

$Q^1$, $Q^2$, $R^1$, $R^2$ und Ar   in Anspruch 1 angegebenen Bedeutungen haben
und

R   für Alkyl steht,

gegebenenfalls in Gegenwart eines Reaktionshilfsmittels und gegebenenfalls
in Gegenwart eines Verdünnungsmittels cyclisierend kondensiert und gege-
benenfalls im Anschluß daran im Rahmen der Substituentendefinition auf
übliche Weise elektrophile oder nucleophile Substitutionsreaktionen durch-
führt,

oder daß man

(b) Aryliminoheterocyclen der allgemeinen Formel (III)



(III)

in welcher

$Q^1$, $Q^2$, $R^1$, $R^2$ und Ar   die oben angegebenen Bedeutungen haben,

- oder Verbindungen der Formel (Ia) oder (Ib) - oben -

gegebenenfalls in Gegenwart eines Reaktionshilfsmittels und gegebenenfalls in
Gegenwart eines Verdünnungsmittels thermisch ("pyrolytisch") isomerisiert.

5.    Substituierte N-Aryl-Stickstoffheterocyclen der allgemeinen Formeln (I), (Ia)
und (Ib) gemäß der Ansprüche 1 bis 3, dadurch gekennzeichnet, daß

$Q^1$      für Sauerstoff oder Schwefel steht,

$Q^2$      für Sauerstoff oder Schwefel steht,

$R^1$      für Wasserstoff, Cyano, Formyl oder für jeweils gegebenenfalls durch Fluor, Chlor, Cyano, Carboxy, $C_1$-$C_4$-Alkoxy, $C_3$-$C_4$-Alkenyloxy, $C_3$-$C_4$-Alkinyloxy, $C_1$-$C_4$-Alkylthio, $C_3$-$C_4$-Alkenylthio, $C_3$-$C_4$-Alkinyl-thio, $C_1$-$C_4$-Alkoxy-carbonyl, $C_3$-$C_4$-Alkenyloxy-carbonyl oder $C_3$-$C_4$-Alkinyloxy-carbonyl substituiertes $C_1$-$C_6$-Alkyl steht,

$R^1$      weiterhin für jeweils gegebenenfalls durch Fluor oder Chlor substitu-iertes $C_3$-$C_6$-Alkenyl oder $C_3$-$C_6$-Alkinyl steht,

$R^1$      weiterhin für jeweils gegebenenfalls durch Fluor oder Chlor substitu-iertes $C_1$-$C_6$-Alkyl-carbonyl, $C_3$-$C_6$-Alkenyl-carbonyl, $C_3$-$C_6$-Alkinyl-carbonyl, $C_1$-$C_6$-Alkoxy-carbonyl, $C_3$-$C_6$-Alkenyloxy-carbonyl oder $C_3$-$C_6$-Alkinyloxy-carbonyl steht,

$R^1$      weiterhin für jeweils gegebenenfalls durch Fluor, Chlor, Brom, Cyano oder Carboxy substituiertes $C_3$-$C_6$-Cycloalkyl oder $C_3$-$C_6$-Cycloalkyl-carbonyl steht,

$R^2$      für Wasserstoff, Cyano, Formyl oder für jeweils gegebenenfalls durch Fluor, Chlor, Cyano, Carboxy, $C_1$-$C_4$-Alkoxy, $C_3$-$C_4$-Alkenyloxy, $C_3$-$C_4$-Alkinyloxy, $C_1$-$C_4$-Alkylthio, $C_3$-$C_4$-Alkenylthio, $C_3$-$C_4$-Alkinyl-thio, $C_1$-$C_4$-Alkoxy-carbonyl, $C_3$-$C_4$-Alkenyloxy-carbonyl oder $C_3$-$C_4$-Alkinyloxy-carbonyl substituiertes $C_1$-$C_6$-Alkyl steht,

$R^2$      weiterhin für jeweils gegebenenfalls durch Fluor oder Chlor substitu-iertes $C_3$-$C_6$-Alkenyl oder $C_3$-$C_6$-Alkinyl steht,

$R^2$      weiterhin für jeweils gegebenenfalls durch Fluor oder Chlor substitu-iertes $C_1$-$C_6$-Alkyl-carbonyl, $C_3$-$C_6$-Alkenyl-carbonyl, $C_3$-$C_6$-Alkinyl-

QUESTMS-000002

108

carbonyl, $C_1$-$C_6$-Alkoxy-carbonyl, $C_3$-$C_6$-Alkenyloxy-carbonyl oder $C_3$-$C_6$-Alkinyloxy-carbonyl steht,

$R^2$    weiterhin für jeweils gegebenenfalls durch Fluor, Chlor, Brom, Cyano oder Carboxy substituiertes $C_3$-$C_6$-Cycloalkyl oder $C_3$-$C_6$-Cycloalkyl-carbonyl steht, und

Ar    für die nachstehend definierte substituierte, monocyclische oder bi-cyclische Aryl- oder Heteroaryl-Gruppierung steht,



worin

$R^3$   für Wasserstoff, Fluor, Chlor oder Brom steht,

$R^4$   für Wasserstoff, Fluor, Chlor oder Brom steht,

$R^5$   für Cyano, Carboxy, Chlorcarbonyl, Carbamoyl, Thiocarbamoyl, Hydroxy, Fluor, Chlor, Brom oder für jeweils gegebenenfalls durch Fluor und/oder Chlor substituiertes Alkyl, Alkoxy oder Alkoxycarbonyl mit jeweils bis zu 4 Kohlenstoffatomen steht,

$R^6$   für die nachstehende Gruppierung steht,

-$A^1$-$A^2$-$A^3$

in welcher

109

$A^1$ für eine Einfachbindung oder für Sauerstoff, Schwefel, -SO-, -SO$_2$-, -CO- oder die Gruppierung -N-$A^4$- steht, worin $A^4$ für Wasserstoff, Hydroxy, $C_1$-$C_4$-Alkyl, $C_3$-$C_4$-Alkenyl, $C_3$-$C_4$-Alkinyl, $C_1$-$C_4$-Alkoxy, Phenyl, $C_1$-$C_4$-Alkyl-carbonyl, Phenylcarbonyl, $C_1$-$C_4$-Alkyl-sulfonyl oder Phe-

5    nylsulfonyl steht,

$A^1$ weiterhin für jeweils gegebenenfalls durch Fluor, Chlor oder Brom substituiertes $C_1$-$C_6$-Alkandiyl, $C_2$-$C_6$-Alkendiyl, $C_2$-$C_6$-Azaalkendiyl, $C_2$-$C_6$-Alkindiyl, $C_3$-$C_6$-Cycloalkandiyl, $C_3$-$C_6$-Cycloalkendiyl oder

10   Phenylen steht,

$A^2$ für eine Einfachbindung oder für Sauerstoff, Schwefel, -SO-, -SO$_2$-, -CO- oder die Gruppierung -N-$A^4$- steht, worin $A^4$ für Wasserstoff, Hydroxy, $C_1$-$C_4$-Alkyl, $C_1$-$C_4$-Alkoxy, Phenyl, $C_1$-$C_4$-Alkylsulfonyl oder Phenyl-

15   sulfonyl steht,

$A^2$ weiterhin für jeweils gegebenenfalls durch Fluor, Chlor oder Brom substituiertes $C_1$-$C_6$-Alkandiyl, $C_2$-$C_6$-Alkendiyl, $C_2$-$C_6$-Azaalkendiyl, $C_2$-$C_6$-Alkindiyl, $C_3$-$C_6$-Cycloalkandiyl, $C_3$-$C_6$-Cycloalkendiyl oder

20   Phenylen steht,

$A^3$ für Wasserstoff steht, mit der Maßgabe, daß in diesem Fall $A^1$ und/oder $A^2$ nicht für eine Einfachbindung stehen,

25   $A^3$ weiterhin für Hydroxy, Mercapto, Amino, Cyano, Isocyano, Thiocyanato, Nitro, Carboxy, Carbamoyl, Thiocarbamoyl, Sulfo, Chlorsulfonyl, Fluor, Chlor, Brom steht,

$A^3$ weiterhin für jeweils gegebenenfalls durch Fluor, Chlor oder $C_1$-$C_4$-

30   Alkoxy substituiertes Alkyl, Alkoxy, Alkylthio, Alkylsulfinyl, Alkylsulfonyl, Alkylamino, Dialkylamino, Alkoxycarbonyl oder Dialkoxy(thio)-phosphoryl mit jeweils 1 bis 6 Kohlenstoffatomen in den Alkylgruppen steht,

$A^3$ weiterhin für jeweils gegebenenfalls durch Fluor oder Chlor substituiertes Alkenyl, Alkenyloxy, Alkenylamino, Alkylidenamino, Alkenyloxycarbonyl, Alkinyl, Alkinyloxy, Alkinylamino oder Alkinyloxycarbonyl mit jeweils 2 bis 6 Kohlenstoffatomen in den Alkenyl-, Alkyliden- oder Alkinylgruppen steht,

$A^3$ weiterhin für jeweils gegebenenfalls durch Fluor, Chlor, Cyano, Carboxy, $C_1$-$C_4$-Alkyl und/oder $C_1$-$C_4$-Alkoxy-carbonyl substituiertes Cycloalkyl, Cycloalkyloxy, Cycloalkylalkyl, Cycloalkylalkoxy, Cycloalkylidenamino, Cycloalkyloxycarbonyl oder Cycloalkylalkoxycarbonyl mit jeweils 3 bis 6 Kohlenstoffatomen in den Cycloalkylgruppen und gegebenenfalls 1 bis 4 Kohlenstoffatomen in den Alkylgruppen steht,

$A^3$ weiterhin für jeweils gegebenenfalls durch Nitro, Cyano, Carboxy, Fluor, Chlor, Brom, $C_1$-$C_4$-Alkyl, $C_1$-$C_4$-Halogenalkyl, $C_1$-$C_4$-Alkyloxy, $C_1$-$C_4$-Halogenalkyloxy und/oder $C_1$-$C_4$-Alkoxy-carbonyl substituiertes Phenyl, Phenyloxy, Phenyl-$C_1$-$C_4$-alkyl, Phenyl-$C_1$-$C_4$-alkoxy, Phenyloxycarbonyl oder Phenyl-$C_1$-$C_4$-alkoxycarbonyl steht,

$A^3$ weiterhin für jeweils gegebenenfalls ganz oder teilweise hydriertes Pyrrolyl, Pyrazolyl, Imidazolyl, Triazolyl, Furyl, Oxiranyl, Oxetanyl, Dioxolanyl, Thienyl, Oxazolyl, Isoxazolyl, Thiazolyl, Isothiazolyl, Oxadiazolyl, Thiadiazolyl, Pyridinyl, Pyrimidinyl, Triazinyl, Pyrazolyl-$C_1$-$C_4$-alkyl, Furyl-$C_1$-$C_4$-alkyl, Thienyl-$C_1$-$C_4$-alkyl, Oxazolyl-$C_1$-$C_4$-alkyl, Isoxazolyl-$C_1$-$C_4$-alkyl, Thiazolyl-$C_1$-$C_4$-alkyl, Pyridinyl-$C_1$-$C_4$-alkyl, Pyrimidinyl-$C_1$-$C_4$-alkyl, Pyrazolylmethoxy, Furylmethoxy, für Perhydropyranylmethoxy oder Pyridylmethoxy steht, und

$R^7$ für Wasserstoff, Fluor oder Chlor steht,

oder jeweils zwei benachbarte Reste - $R^3$ und $R^4$, $R^4$ und $R^5$, $R^5$ und $R^6$ oder $R^6$ und $R^7$ - zusammen für eine der nachstehenden Gruppierungen stehen

QUESTMS-00000279

-$Q^3$-$CQ^4$-, -$Q^3$-$CQ^4$-$Q^5$-, -$Q^3$-$C(R^8,R^9)$-$Q^5$-, -$C(R^8,R^9)$-$CQ^4$-,

-$C(R^8,R^9)$-$Q^3$-$CQ^4$-, -$Q^3$-$C(R^8,R^9)$-$C(R^8,R^9)$-,

$Q^3$-$C(R^8,R^9)$-$C(R^8,R^9)$-$Q^5$-, -$C(R^8,R^9)$-$C(R^8,R^9)$-$CQ^4$-,

-$Q^3$-$C(R^8)$=$C(R^8)$-, -$C(R^8)$=$C(R^8)$-$CQ^4$-, -$Q^3$-$C(R^8,R^9)$-$CQ^4$-,

-$N(R^{10})$-$C(R^8;R^9)$-$CQ^4$-, -$C(R^8)$=N-, -$Q^3$-$CQ^4$-$C(R^8,R^9)$-,

-$Q^3$-$CQ^4$-$N(R^{10})$-, -$Q^3$-$C(R^8,R^9)$-$CQ^4$-$N(R^{10})$-,

-$C(R^8,R^9)$-$Q^3$-$CQ^4$-$N(R^{10})$-, -$C(R^8,R^9)$-$C(R^8,R^9)$-$N(R^{10})$-,

-$C(R^8,R^9)$-$C(R^8,R^9)$-$CQ^4$-$N(R^{10})$-, -$C(R^8)$=$C(R^8)$-$N(R^{10})$-,

-$C(R^8)$=$C(R^8)$-$CQ^4$-$N(R^{10})$-, -$C(R^8,R^9)$-$CQ^4$-$N(R^{10})$-,

-$N(R^{10})$-$C(R^8;R^9)$-$CQ^4$-$N(R^{10})$-, -$C(R^8)$=N-$N(R^{10})$-,

-$Q^3$-$CQ^4$-$C(R^8,R^9)$-$N(R^{10})$-, $Q^3$-$C(R^8,R^9)$-$C(R^8,R^9)$-$CQ^4$-$N(R^{10})$-

wobei

$Q^3$, $Q^4$ und $Q^5$ gleich oder verschieden sind und jeweils für Sauerstoff oder
Schwefel stehen,

$R^8$ und $R^9$   gleich oder verschieden sind und einzeln für Wasserstoff, Fluor,
Chlor, Brom oder $C_1$-$C_4$-Alkyl stehen oder zusammen für $C_2$-
$C_5$-Alkandiyl stehen, und

$R^{10}$ für Wasserstoff, Hydroxy oder für gegebenenfalls durch Cyano, Fluor,
Chlor, $C_1$-$C_4$-Alkoxy, $C_1$-$C_4$-Alkyl-carbonyl oder $C_1$-$C_4$-Alkoxy-carbo-
nyl substituiertes Alkyl, Alkylcarbonyl, Alkoxycarbonyl oder Alkylsulfonyl
mit jeweils 1 bis 6 Kohlenstoffatomen in den Alkylgruppen steht,

$R^{10}$ weiterhin für jeweils gegebenenfalls durch Fluor, Chlor oder Brom sub-
stituiertes Alkenyl oder Alkinyl mit jeweils 2 bis 6 Kohlenstoffatomen
steht,

$R^{10}$ weiterhin für jeweils gegebenenfalls durch Fluor, Chlor, Brom oder $C_1$-
$C_4$-Alkyl substituiertes Cycloalkyl oder Cycloalkylalkyl mit jeweils 3 bis 6

QUESTMS-000002

112

Kohlenstoffatomen in den Cycloalkylgruppen und gegebenenfalls 1 bis 3 Atomen in der Alkylgruppe steht,

$R^{10}$ weiterhin für jeweils gegebenenfalls durch Fluor und/oder Chlor substituiertes Alkoxy oder Alkenyloxy mit jeweils bis zu 6 Kohlenstoffatomen steht,

$R^{10}$ weiterhin für jeweils gegebenenfalls durch Cyano, Fluor, Chlor, $C_1$-$C_4$-Alkyl, $C_1$-$C_4$-Halogenalkyl, $C_1$-$C_4$-Alkoxy oder $C_1$-$C_4$-Halogenalkoxy substituiertes Benzyl oder Benzyloxy steht,

mit der Maßgabe, daß $R^1$ und $R^2$ nicht gleichzeitig für Wasserstoff stehen können und die Verbindungen 4-(3,4-Dichlor-phenyl)-1,2-dimethyl-5-thioxo-1,2,4-triazolidin-3-on und 4-(4-Chlor-3-trifluormethyl-phenyl)-1,2-dimethyl-5-thioxo-1,2,4-triazolidin-3-on ausgenommen sind.

6.   Substituierte N-Aryl-Stickstoffheterocyclen der allgemeinen Formeln (I), (Ia) und (Ib), gemäß der Ansprüche 1 bis 3, dadurch gekennzeichnet, daß

$Q^1$   für Sauerstoff oder Schwefel steht,

$Q^2$   für Sauerstoff oder Schwefel steht,

$R^1$   für Wasserstoff, Cyano, Formyl oder für jeweils gegebenenfalls durch Fluor, Chlor, Cyano, Carboxy, Methoxy oder Ethoxy substituiertes Methyl, Ethyl, n- oder i-Propyl, n-, i-, s- oder t-Butyl steht,

$R^1$   weiterhin für jeweils gegebenenfalls durch Fluor oder Chlor substituiertes Propenyl, Butenyl, Propinyl oder Butinyl steht,

$R^1$   weiterhin für jeweils gegebenenfalls durch Fluor oder Chlor substituiertes Acetyl, Propionyl, Methoxycarbonyl oder Ethoxycarbonyl steht,

QUESTMS-00000281

113

R¹ weiterhin für gegebenenfalls durch Fluor oder Chlor substituiertes Cyclopropyl steht,

R² für Wasserstoff, Cyano, Formyl oder für jeweils gegebenenfalls durch Fluor, Chlor, Cyano, Carboxy, Methoxy oder Ethoxy substituiertes Methyl, Ethyl, n- oder i-Propyl, n-, i-, s- oder t-Butyl steht,

R² weiterhin für jeweils gegebenenfalls durch Fluor oder Chlor substituiertes Propenyl, Butenyl, Propinyl oder Butinyl steht,

R² weiterhin für jeweils gegebenenfalls durch Fluor oder Chlor substituiertes Acetyl, Propionyl, Methoxycarbonyl oder Ethoxycarbonyl steht,

R² weiterhin für gegebenenfalls durch Fluor oder Chlor substituiertes Cyclopropyl steht, und

Ar für die nachstehend definierte substituierte, monocyclische oder bicyclische Aryl- oder Heteroaryl-Gruppierung steht,



worin

R³ für Wasserstoff, Fluor oder Chlor steht,

R⁴ für Wasserstoff, Fluor oder Chlor oder steht,

R⁵ für Cyano, Thiocarbamoyl, Chlor, Brom, Methyl, Trifluormethyl, Methoxy, Difluormethoxy oder Trifluormethoxy steht,

QUESTMS-0000028

114

$R^6$  für die nachstehende Gruppierung steht,

$-A^1-A^2-A^3$

in welcher

$A^1$  für eine Einfachbindung oder für Sauerstoff, Schwefel, -SO-, -SO$_2$-, -CO-
oder die Gruppierung -N-A$^4$- steht, worin A$^4$ für Wasserstoff, Hydroxy,
Methyl, Ethyl, n- oder i-Propyl, Methoxy, Ethoxy, n- oder i-Propoxy,
Methylsulfonyl oder Ethylsulfonyl steht,

$A^1$  weiterhin für Methylen, Ethan-1,1-diyl, Ethan-1,2-diyl, Propan-1,1-diyl,
Propan-1,2-diyl, Propan-1,3-diyl, Ethen-1,2-diyl, Propen-1,2-diyl, Pro-
pen-1,3-diyl, Ethin-1,2-diyl, Propin-1,2-diyl oder Propin-1,3-diyl steht,

$A^2$  für eine Einfachbindung oder für Sauerstoff, Schwefel, -SO-, -SO$_2$-, -CO-
oder die Gruppierung -N-A$^4$- steht, worin A$^4$ für Wasserstoff, Hydroxy,
Methyl, Ethyl, n- oder i-Propyl, Methoxy, Ethoxy, n- oder i-Propoxy,
Methylsulfonyl, Ethylsulfonyl, n- oder i-Propylsulfonyl oder Phenyl-
sulfonyl steht,

$A^2$  weiterhin für Methylen, Ethan-1,1-diyl, Ethan-1,2-diyl, Propan-1,1-diyl,
Propan-1,2-diyl, Propan-1,3-diyl, Ethen-1,2-diyl, Propen-1,2-diyl,
Propen-1,3-diyl, Ethin-1,2-diyl, Propin-1,2-diyl oder Propin-1,3-diyl steht,

$A^3$  für Wasserstoff steht, mit der Maßgabe, daß in diesem Fall A$^1$ und/oder
A$^2$ nicht für eine Einfachbindung stehen,

$A^3$  weiterhin für Hydroxy, Amino, Cyano, Nitro, Carboxy, Carbamoyl, Sulfo,
Fluor, Chlor, Brom steht,

115

$A^3$ weiterhin für jeweils gegebenenfalls durch Fluor, Chlor, Methoxy oder Ethoxy substituiertes Methyl, Ethyl, n- oder i-Propyl, n-, i-, s- oder t-Butyl, n-, i-, s- oder t-Pentyl, Methoxy, Ethoxy, n- oder i-Propoxy, n-, i-, s- oder t-Butoxy, n-, i-, s- oder t-Pentyloxy, Methylthio, Ethylthio, n- oder i-Propylthio, n-, i-, s- oder t-Butylthio, Methylsulfinyl, Ethylsulfinyl, n- oder i-Propylsulfinyl, Methylsulfonyl, Ethylsulfonyl, n- oder i-Propylsulfonyl, Methylamino, Ethylamino, n- oder i-Propylamino, n-, i-, s- oder t-Butylamino, Dimethylamino, Diethylamino, Methoxycarbonyl, Ethoxycarbonyl, n- oder i-Propoxycarbonyl, Dimethoxyphosphoryl, Diethoxyphosphoryl oder Dipropoxyphosphoryl, Diisopropoxyphosphoryl steht,

$A^3$ weiterhin für jeweils gegebenenfalls durch Fluor oder Chlor substituiertes Propenyl, Butenyl, Propenyloxy, Butenyloxy, Propenylamino, Butenylamino, Propylidenamino, Butylidenamino, Propenyloxycarbonyl, Butenyloxycarbonyl, Propinyl, Butinyl, Propinyloxy, Butinyloxy, Propinylamino, Butinylamino, Propinyloxycarbonyl oder Butinyloxycarbonyl steht,

$A^3$ weiterhin für jeweils gegebenenfalls durch Fluor, Chlor, Cyano, Carboxy, Methyl, Ethyl, n- oder i-Propyl, Methoxycarbonyl oder Ethoxycarbonyl substituiertes Cyclopropyl, Cyclobutyl, Cyclopentyl, Cyclohexyl, Cyclopropyloxy, Cyclobutyloxy, Cyclopentyloxy, Cyclohexyloxy, Cyclopropylmethyl, Cyclobutylmethyl, Cyclopentylmethyl, Cyclohexylmethyl, Cyclopropylmethoxy, Cyclobutylmethoxy, Cyclopentylmethoxy, Cyclohexylmethoxy, Cyclopentylidenamino, Cyclohexylidenamino, Cyclopentyloxycarbonyl, Cyclohexyloxycarbonyl, Cyclopentylmethoxycarbonyl oder Cyclohexylmethoxycarbonyl steht,

$A^3$ weiterhin für jeweils gegebenenfalls durch Nitro, Cyano, Carboxy, Fluor, Chlor, Brom, Methyl, Ethyl, n- oder i-Propyl, Trifluormethyl, Methoxy, Ethoxy, n- oder i-Propoxy, Difluormethoxy, Trifluormethoxy, Methoxycarbonyl und/oder Ethoxycarbonyl substituiertes Phenyl, Phenyloxy, Benzyl, Phenylethyl, Benzyloxy, Phenyloxycarbonyl, Benzyloxycarbonyl steht,

QUESTMS-000002

$A^3$ weiterhin für jeweils gegebenenfalls ganz oder teilweise hydriertes Pyr-
rolyl, Pyrazolyl, Imidazolyl, Triazolyl, Furyl, Thienyl, Oxazolyl, Isoxa-
zolyl, Thiazolyl, Isothiazolyl, Oxadiazolyl, Thiadiazolyl, Pyridinyl, Pyrimi-
dinyl, Triazinyl, Pyrazolylmethyl, Furylmethyl, Thienylmethyl, Oxazolyl-
methyl, Isoxazolylmethyl, Thiazolylmethyl, Pyridinylmethyl, Pyrimidinyl-
methyl, Pyrazolylmethoxy, Furylmethoxy oder Pyridylmethoxy steht,

$R^7$ für Wasserstoff, Fluor oder Chlor steht,

oder jeweils zwei benachbarte Reste - $R^3$ und $R^4$, $R^4$ und $R^5$, $R^5$ und $R^6$ oder
$R^6$ und $R^7$ - zusammen für eine der nachstehenden Gruppierungen stehen

$-Q^3-CQ^4-$, $-Q^3-CQ^4-Q^5-$, $-Q^3-C(R^8,R^9)-Q^5-$, $-C(R^8,R^9)-CQ^4-$,
$-C(R^8,R^9)-Q^3-CQ^4-$, $-Q^3-C(R^8,R^9)-C(R^8,R^9)-$,
$-Q^3-C(R^8,R^9)-C(R^8,R^9)-Q^5-$,
$-C(R^8,R^9)-C(R^8,R^9)-CQ^4-$, $-Q^3-C(R^8)=C(R^8)-$, $-C(R^8)=C(R^8)-CQ^4-$,
$-Q^3-C(R^8,R^9)-CQ^4-$, $-N(R^{10})-C(R^8,R^9)-CQ^4-$,
$-C(R^8)=N-$, $-Q^3-CQ^4-C(R^8,R^9)-$, $-Q^3-CQ^4-N(R^{10})-$,
$-Q^3-C(R^8,R^9)-CQ^4-N(R^{10})-$, $-C(R^8,R^9)-Q^3-CQ^4-N(R^{10})-$,
$-C(R^8,R^9)-C(R^8,R^9)-N(R^{10})-$, $-C(R^8,R^9)-C(R^8,R^9)-CQ^4-N(R^{10})-$,
$-C(R^8)=C(R^8)-N(R^{10})-$, $-C(R^8)=C(R^8)-CQ^4-N(R^{10})-$,
$-C(R^8,R^9)-CQ^4-N(R^{10})-$, $-N(R^{10})-C(R^8,R^9)-CQ^4-N(R^{10})-$,
$-C(R^8)=N-N(R^{10})-$, $-Q^3-CQ^4-C(R^8,R^9)-N(R^{10})-$,
$Q^3-C(R^8,R^9)-C(R^8,R^9)-CQ^4-N(R^{10})-$

wobei

$Q^3$, $Q^4$ und $Q^5$ gleich oder verschieden sind und jeweils für Sauerstoff oder
Schwefel stehen,

$R^8$ und $R^9$　gleich oder verschieden sind und einzeln für Wasserstoff, Fluor, Chlor, Methyl oder Ethyl stehen oder zusammen für Ethan-1,2-diyl (Dimethylen) stehen, und

$R^{10}$ für Wasserstoff, Hydroxy oder für gegebenenfalls durch Cyano, Fluor, Chlor, Methoxy, Ethoxy, Acetyl, Propionyl, Methoxycarbonyl oder Ethoxy-carbonyl substituiertes Methyl, Ethyl, n- oder i-Propyl, n-, i-,s oder t-Butyl steht,

$R^{10}$ weiterhin für jeweils gegebenenfalls durch Fluor, Chlor oder Brom substituiertes Propenyl, Butenyl, Propinyl oder Butinyl steht,

$R^{10}$ weiterhin für jeweils gegebenenfalls durch Fluor, Chlor, Brom, Methyl oder Ethyl substituiertes Cyclopropyl, Cyclobutyl, Cyclopentyl, Cyclohexyl, Cyclopropylmethyl, Cyclobutylmethyl, Cyclopentylmethyl oder Cyclohexylmethyl steht,

$R^{10}$ weiterhin für jeweils gegebenenfalls durch Fluor und/oder Chlor substituiertes Methoxy, Ethoxy, n- oder i-Propoxy, n-, i- oder s-Butoxy, Propenyloxy oder Butenyloxy steht,

$R^{10}$ weiterhin für jeweils gegebenenfalls durch Cyano, Fluor, Chlor, Methyl, Ethyl, Trifluormethyl, Methoxy, Ethoxy, Difluormethoxy oder Trifluormethoxy substituiertes Benzyl oder Benzyloxy steht,

mit der Maßgabe, daß $R^1$ und $R^2$ nicht gleichzeitig für Wasserstoff stehen können und die Verbindungen 4-(3,4-Dichlor-phenyl)-1,2-dimethyl-5-thioxo-1,2,4-triazolidin-3-on und 4-(4-Chlor-3-trifluormethyl-phenyl)-1,2-dimethyl-5-thioxo-1,2,4-triazolidin-3-on ausgenommen sind.

7.　Herbizide Mittel, gekennzeichnet durch einen Gehalt an mindestens einem N-Aryl-Stickstoffheterocyclus der allgemeinen Formel (I), (Ia) oder (Ib) gemäß den Ansprüchen 1 bis 6.

QUESTMS-0000028

118

8.   Verfahren zur Bekämpfung von unerwünschten Pflanzen, dadurch gekenn-
zeichnet, daß man N-Aryl-Stickstoffheterocyclen der allgemeinen Formeln (I),
(Ia) oder (Ib) gemäß den Ansprüchen 1 bis 6 auf unerwünschte Pflanzen
und/oder ihren Lebensraum einwirken läßt.

5

9.   Verwendung von N-Aryl-Stickstoffheterocyclen der allgemeinen Formeln (I),
(Ia) oder (Ib) gemäß der Ansprüche 1 bis 6 zur Bekämpfung von uner-
wünschten Pflanzen.

10   10.   Verfahren zur Herstellung von herbiziden Mitteln, dadurch gekennzeichnet,
daß man N-Aryl-Stickstoffheterocyclen der allgemeinen Formeln (I), (Ia) oder
(Ib) gemäß der Ansprüche 1 bis 6 mit Streckmitteln und/oder oberflächen-
aktiven Substanzen vermischt.

QUESTMS-00000287

## INTERNATIONAL SEARCH REPORT

| Inter-  nal Application No |
|---|
| PCT/EP 95/04759 |

**A. CLASSIFICATION OF SUBJECT MATTER**
IPC 6   C07D249/12   C07D413/04   C07D405/04   A01N43/653

According to International Patent Classification (IPC) or to both national classification and IPC

**B. FIELDS SEARCHED**

Minimum documentation searched (classification system followed by classification symbols)
IPC 6   C07D   A01N

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched

Electronic data base consulted during the international search (name of data base and, where practical, search terms used)

**C. DOCUMENTS CONSIDERED TO BE RELEVANT**

| Category * | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| X | JOURNAL OF PHARMACEUTICAL SCIENCES, vol. 82, no. 4, April 1993 WASHINGTON DC, US, pages 408-15, R. SIMLOT ET AL. 'Synthesis and hypolipidemic activity of 4-substituted 1-acyl-1,2,4-triazolidine-3,5-diones in rodents' see Page 411, Compounds 15 --- | 1,4,5,7, 10 |
| X | CHEMICAL ABSTRACTS, vol. 89, no. 3, 17 July 1978 Columbus, Ohio, US; abstract no. 24319z, page 653; see abstract & JP,A,78 018 571 (MITSUBISHI CHEMICAL INDUSTRIES CO., LTD.) 20 February 1978 --- | 1,4-7,10 |
|  | -/-- |  |

| [X] | Further documents are listed in the continuation of box C. | [X] | Patent family members are listed in annex. |
|---|---|---|---|

* Special categories of cited documents :

"A" document defining the general state of the art which is not considered to be of particular relevance

"E" earlier document but published on or after the international filing date

"L" document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified)

"O" document referring to an oral disclosure, use, exhibition or other means

"P" document published prior to the international filing date but later than the priority date claimed

"T" later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention

"X" document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone

"Y" document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art.

"&" document member of the same patent family

| Date of the actual completion of the international search | Date of mailing of the international search report |
|---|---|
| 29 March 1996 | 17. 04. 96 |

| Name and mailing address of the ISA | Authorized officer |
|---|---|
| European Patent Office, P.B. 5818 Patentlaan 2  NL - 2280 HV Rijswijk  Tel. (+31-70) 340-2040, Tx. 31 651 epo nl,  Fax: (+31-70) 340-3016 | Allard, M |

Form PCT/ISA/210 (second sheet) (July 1992)

page 1 of 2

QUESTMS-0000028

## INTERNATIONAL SEARCH REPORT

Inter. nal Application No

PCT/EP 95/04759

C.(Continuation) DOCUMENTS CONSIDERED TO BE RELEVANT

| Category * | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| X,Y | GB,A,2 055 826 (CHEVRON RESEARCH COMPANY) 11 March 1981 cited in the application see the whole document --- | 1-10 |
| X,Y | GB,A,2 041 353 (CHEVRON RESEARCH COMPANY) 10 September 1980 cited in the application see the whole document --- | 1-10 |
| X,Y | GB,A,2 063 855 (CHEVRON RESEARCH COMPANY) 10 June 1981 see the whole document, in particular Page 4, Compounds 3 and 6 --- | 1-10 |
| X,Y | EP,A,0 011 693 (CIBA-GEIGY AG) 11 June 1980 cited in the application see the whole document , in particular Pages 91, 92 in abstract with page 25 --- | 1-10 |
| Y | US,A,5 108 486 (K. KONDO ET AL.) 28 April 1992 see the whole document ----- | 1-10 |

2

Form PCT/ISA/210 (continuation of second sheet) (July 1992)

page 2 of 2

QUESTMS-00000289

## INTERNATIONAL SEARCH REPORT

Information on patent family members

Inte     xnal Application No

PCT/EP 95/04759

| Patent document cited in search report | Publication date | Patent family member(s) | | Publication date |
|---|---|---|---|---|
| GB-A-2055826 | 11-03-81 | US-A- | 4326878 | 27-04-82 |
| | | CA-A- | 1148550 | 21-06-83 |
| | | DE-A- | 3026739 | 19-02-81 |
| | | FR-A- | 2462430 | 13-02-81 |
| | | JP-A- | 56020578 | 26-02-81 |
| GB-A-2041353 | 10-09-80 | US-A- | 4276420 | 30-06-81 |
| | | CA-A- | ·1120039 | 16-03-82 |
| | | DE-A- | 2952685 | 21-08-80 |
| | | FR-A- | 2448537 | 05-09-80 |
| | | JP-A- | 55105673 | 13-08-80 |
| | | US-A- | 4326878 | 27-04-82 |
| GB-A-2063855 | 10-06-81 | NONE | | |
| EP-A-11693 | 11-06-80 | NONE | | |
| US-A-5108486 | 28-04-92 | US-A- | 5310724 | 10-05-94 |

Form PCT/ISA/210 (patent family annex) (July 1992)

QUESTMS-0000029

# INTERNATIONALER RECHERCHENBERICHT

Intern.   aal es Aktenzeichen
PCT/EP 95/04759

**A. KLASSIFIZIERUNG DES ANMELDUNGSGEGENSTANDES**
IPK 6   C07D249/12   C07D413/04   C07D405/04   A01N43/653

Nach der Internationalen Patentklassifikation (IPK) oder nach der nationalen Klassifikation und der IPK

**B. RECHERCHIERTE GEBIETE**

Recherchierter Mindestprüfstoff (Klassifikationssystem und Klassifikationssymbole )
IPK 6   C07D   A01N

Recherchierte aber nicht zum Mindestprüfstoff gehörende Veröffentlichungen, soweit diese unter die recherchierten Gebiete fallen

Während der internationalen Recherche konsultierte elektronische Datenbank (Name der Datenbank  und evtl. verwendete Suchbegriffe)

**C. ALS WESENTLICH ANGESEHENE UNTERLAGEN**

| Kategorie* | Bezeichnung der Veröffentlichung, soweit erforderlich unter Angabe der in Betracht kommenden Teile | Betr. Anspruch Nr. |
|---|---|---|
| X | JOURNAL OF PHARMACEUTICAL SCIENCES, Bd. 82, Nr. 4, April 1993 WASHINGTON DC, US, Seiten 408-15, R. SIMLOT ET AL. 'Synthesis and hypolipidemic activity of 4-substituted 1-acyl-1,2,4-triazolidine-3,5-diones in rodents' siehe Seite 411, Verbindung 15 --- | 1,4,5,7, 10 |
| X | CHEMICAL ABSTRACTS, vol. 89, no. 3, 17.Juli 1978 Columbus, Ohio, US; abstract no. 24319z, Seite 653; siehe Zusammenfassung & JP,A,78 018 571 (MITSUBISHI CHEMICAL INDUSTRIES CO., LTD.) 20.Februar 1978 --- | 1,4-7,10 |

-/--

[X] Weitere Veröffentlichungen sind der Fortsetzung von Feld C zu entnehmen        [X] Siehe Anhang Patentfamilie

* Besondere Kategorien von angegebenen Veröffentlichungen    :
"A" Veröffentlichung, die den allgemeinen Stand der Technik definiert, aber nicht als besonders bedeutsam anzusehen ist
"E" älteres Dokument, das jedoch erst am oder nach dem internationalen Anmeldedatum veröffentlicht worden ist
"L" Veröffentlichung, die geeignet ist, einen Prioritätsanspruch zweifelhaft er- scheinen zu lassen, oder durch die das Veröffentlichungsdatum einer anderen im Recherchenbericht genannten Veröffentlichung belegt werden soll oder die aus einem anderen besonderen Grund angegeben ist (wie ausgeführt)
"O" Veröffentlichung, die sich auf eine mündliche Offenbarung, eine Benutzung, eine Ausstellung oder andere Maßnahmen bezieht
"P" Veröffentlichung, die vor dem internationalen Anmeldedatum, aber nach dem beanspruchten Prioritätsdatum veröffentlicht worden ist

"T" Spätere Veröffentlichung, die nach dem internationalen Anmeldedatum oder dem Prioritätsdatum veröffentlicht worden ist und mit der Anmeldung nicht kollidiert, sondern nur zum Verständnis des der Erfindung zugrundeliegenden Prinzips oder der ihr zugrundeliegenden Theorie angegeben ist
"X" Veröffentlichung von besonderer Bedeutung; die beanspruchte Erfindung kann allein aufgrund dieser Veröffentlichung nicht als neu oder auf erfinderischer Tätigkeit beruhend betrachtet werden
"Y" Veröffentlichung von besonderer Bedeutung; die beanspruchte Erfindung kann nicht als auf erfinderischer Tätigkeit beruhend betrachtet werden, wenn die Veröffentlichung mit einer oder mehreren anderen Veröffentlichungen dieser Kategorie in Verbindung gebracht wird und diese Verbindung für einen Fachmann naheliegend ist
"&" Veröffentlichung, die Mitglied derselben Patentfamilie ist

| Datum des Abschlusses der internationalen Recherche | Absendedatum des internationalen Recherchenberichts |
|---|---|
| 29.März 1996 | 17. 04. 96 |
| Name und Postanschrift der Internationale Recherchenbehörde  Europäisches Patentamt, P.B. 5818 Patentlaan 2  NL - 2280 HV Rijswijk  Tel. (+31-70) 340-2040, Tx. 31 651 epo nl,  Fax (+31-70) 340-3016 | Bevollmächtigter Bediensteter  Allard, M |

Formblatt PCT/ISA/210 (Blatt 2) (Juli 1992)

Seite 1 von 2

QUESTMS-0000029

# INTERNATIONALER RECHERCHENBERICHT

| | Inter    onales Aktenzeichen |
|---|---|
| | PCT/EP 95/04759 |

**C.(Fortsetzung)** ALS WESENTLICH ANGESEHENE UNTERLAGEN

| Kategorie* | Bezeichnung der Veröffentlichung, soweit erforderlich unter Angabe der in Betracht kommenden Teile | Betr. Anspruch Nr. |
|---|---|---|
| X,Y | GB,A,2 055 826 (CHEVRON RESEARCH COMPANY) 11.März 1981 in der Anmeldung erwähnt siehe das ganze Dokument --- | 1-10 |
| X,Y | GB,A,2 041 353 (CHEVRON RESEARCH COMPANY) 10.September 1980 in der Anmeldung erwähnt siehe das ganze Dokument --- | 1-10 |
| X,Y | GB,A,2 063 855 (CHEVRON RESEARCH COMPANY) 10.Juni 1981 siehe das ganze Dokument, insbesondere Seite 4, Verbindungen 3 und 6 --- | 1-10 |
| X,Y | EP,A,0 011 693 (CIBA-GEIGY AG) 11.Juni 1980 in der Anmeldung erwähnt siehe das ganze Dokument, insbesondere Seiten 91, 92 in Zusammenhang mit Seite 25 --- | 1-10 |
| Y | US,A,5 108 486 (K. KONDO ET AL.) 28.April 1992 siehe das ganze Dokument ----- | 1-10 |

2

Formblatt PCT/ISA/210 (Fortsetzung von Blatt 2) (Juli 1992)

Seite 2 von 2

QUESTMS-00000292

## INTERNATIONALER RECHERCHENBERICHT

Angaben zu Veröffentlichungen, die zur selben Patentfamilie gehören

Inter... males Aktenzeichen

PCT/EP 95/04759

| Im Recherchenbericht angeführtes Patentdokument | Datum der Veröffentlichung | Mitglied(er) der Patentfamilie | | Datum der Veröffentlichung |
|---|---|---|---|---|
| GB-A-2055826 | 11-03-81 | US-A- | 4326878 | 27-04-82 |
| | | CA-A- | 1148550 | 21-06-83 |
| | | DE-A- | 3026739 | 19-02-81 |
| | | FR-A- | 2462430 | 13-02-81 |
| | | JP-A- | 56020578 | 26-02-81 |
| GB-A-2041353 | 10-09-80 | US-A- | 4276420 | 30-06-81 |
| | | CA-A- | 1120039 | 16-03-82 |
| | | DE-A- | 2952685 | 21-08-80 |
| | | FR-A- | 2448537 | 05-09-80 |
| | | JP-A- | 55105673 | 13-08-80 |
| | | US-A- | 4326878 | 27-04-82 |
| GB-A-2063855 | 10-06-81 | KEINE | | |
| EP-A-11693 | 11-06-80 | KEINE | | |
| US-A-5108486 | 28-04-92 | US-A- | 5310724 | 10-05-94 |

Formblatt PCT/ISA/210 (Anhang Patentfamilie)(Juli 1992)

QUESTMS-0000029

 

## PATENT COOPERATION TREATY

RECEIVED

FEB 2 6 2009

I.P. DEPT.
FOLEY & LARDNER

From the INTERNATIONAL SEARCHING AUTHORITY

To:

BARRY WILSON
FOLEY & LARDNER LLP
11250 EL CAMINO REAL, SUITE 200
SAN DIEGO, CA 92130

**PCT**

NOTIFICATION OF TRANSMITTAL OF
THE INTERNATIONAL SEARCH REPORT AND
THE WRITTEN OPINION OF THE INTERNATIONAL
SEARCHING AUTHORITY, OR THE DECLARATION

(PCT Rule 44.1)

| Date of mailing *(day/month/year)* | |
|---|---|
| Applicant's or agent's file reference 054769-9992 | **FOR FURTHER ACTION**   See paragraphs 1 and 4 below |
| International application No. PCT/US 08/84709 | International filing date *(day/month/year)*   25 November 2008 (25.11.2008) |

Applicant  QUEST DIAGNOSTICS INVESTMENTS INCORPORATED

1. ☒ The applicant is hereby notified that the international search report and the written opinion of the International Searching Authority have been established and are transmitted herewith.

   **Filing of amendments and statement under Article 19:**
   The applicant is entitled, if he so wishes, to amend the claims of the international application (see Rule 46):

   **When?**  The time limit for filing such amendments is normally two months from the date of transmittal of the international search report.

   **Where?**  Directly to the International Bureau of WIPO, 34 chemin des Colombettes
   1211 Geneva 20, Switzerland, Facsimile No.: +41 22 740 14 35

   **For more detailed instructions,** see the notes on the accompanying sheet.

2. ☐ The applicant is hereby notified that no international search report will be established and that the declaration under Article 17(2)(a) to that effect and the written opinion of the International Searching Authority are transmitted herewith.

3. ☐ With regard to the protest against payment of (an) additional fee(s) under Rule 40.2, the applicant is notified that:

   ☐ the protest together with the decision thereon has been transmitted to the International Bureau together with the applicant's request to forward the texts of both the protest and the decision thereon to the designated Offices

   ☐ no decision has been made yet on the protest; the applicant will be notified as soon as a decision is made.

4. **Reminders**

   Shortly after the expiration of **18 months** from the priority date, the international application will be published by the International Bureau. If the applicant wishes to avoid or postpone publication, a notice of withdrawal of the international application, or of the priority claim, must reach the International Bureau as provided in Rules 90bis.1 and 90bis.3, respectively, before the completion of the technical preparations for international publication.

   The applicant may submit comments on an informal basis on the written opinion of the International Searching Authority to the International Bureau. The International Bureau will send a copy of such comments to all designated Offices unless an international preliminary examination report has been or is to be established. These comments would also be made available to the public but not before the expiration of 30 months from the priority date.

   Within 19 months from the priority date, but only in respect of some designated Offices, a demand for international preliminary examination must be filed if the applicant wishes to postpone the entry into the national phase until **30 months** from the priority date (in some Offices even later); otherwise, the applicant must, within 20 months from the priority date, perform the prescribed acts for entry into the national phase before those designated Offices.

   In respect of other designated Offices, the time limit of **30 months** (or later) will apply even if no demand is filed within 19 months.

   See the Annex to Form PCT/IB/301 and, for details about the applicable time limits, Office by Office, see the *PCT Applicant's Guide*, Volume II, National Chapters and the WIPO Internet site.

| Name and mailing address of the ISA/US | Authorized officer: |
|---|---|
| Mail Stop PCT, Attn: ISA/US<br>Commissioner for Patents<br>P.O. Box 1450, Alexandria, Virginia 22313-1450<br>Facsimile No. 571-273-3201 | Lee W. Young<br><br>PCT Helpdesk: 571-272-4300<br>PCT OSP: 571-272-7774 |

Form PCT/ISA/220 (January 2004)                    *(See notes on accompanying sheet)*

QUESTMS-00000294

 

## PATENT COOPERATION TREATY

From the INTERNATIONAL SEARCHING AUTHORITY

| | |
|---|---|
| To:<br>BARRY WILSON<br>FOLEY & LARDNER LLP<br>11250 EL CAMINO REAL, SUITE 200<br>SAN DIEGO, CA  92130 | **PCT**<br><br>NOTIFICATION OF TRANSMITTAL OF<br>THE INTERNATIONAL SEARCH REPORT AND<br>THE WRITTEN OPINION OF THE INTERNATIONAL<br>SEARCHING AUTHORITY, OR THE DECLARATION<br><br>(PCT Rule 44.1) |

| | |
|---|---|
| | Date of mailing<br>*(day/month/year)* **24 FEB 2009** |
| Applicant's or agent's file reference<br>054769-9992 | **FOR FURTHER ACTION**  See paragraphs 1 and 4 below |
| International application No.<br>PCT/US 08/84709 | International filing date<br>*(day/month/year)*   25 November 2008 (25.11.2008) |

Applicant  QUEST DIAGNOSTICS INVESTMENTS INCORPORATED

1. ☒ The applicant is hereby notified that the international search report and the written opinion of the International Searching Authority have been established and are transmitted herewith.

   **Filing of amendments and statement under Article 19:**
   The applicant is entitled, if he so wishes, to amend the claims of the international application (see Rule 46):
   **When?**  The time limit for filing such amendments is normally two months from the date of transmittal of the international search report.
   **Where?**  Directly to the International Bureau of WIPO, 34 chemin des Colombettes
   1211 Geneva 20, Switzerland, Facsimile No.: +41 22 740 14 35
   **For more detailed instructions,** see the notes on the accompanying sheet.

2. ☐ The applicant is hereby notified that no international search report will be established and that the declaration under Article 17(2)(a) to that effect and the written opinion of the International Searching Authority are transmitted herewith.

3. ☐ With regard to the protest against payment of (an) additional fee(s) under Rule 40.2, the applicant is notified that:
   ☐ the protest together with the decision thereon has been transmitted to the International Bureau together with the applicant's request to forward the texts of both the protest and the decision thereon to the designated Offices.
   ☐ no decision has been made yet on the protest; the applicant will be notified as soon as a decision is made.

4. **Reminders**
   Shortly after the expiration of 18 months from the priority date, the international application will be published by the International Bureau. If the applicant wishes to avoid or postpone publication, a notice of withdrawal of the international application, or of the priority claim, must reach the International Bureau as provided in Rules 90bis.1 and 90bis.3, respectively, before the completion of the technical preparations for international publication.

   The applicant may submit comments on an informal basis on the written opinion of the International Searching Authority to the International Bureau. The International Bureau will send a copy of such comments to all designated Offices unless an international preliminary examination report has been or is to be established. These comments would also be made available to the public but not before the expiration of 30 months from the priority date.

   Within 19 months from the priority date, but only in respect of some designated Offices, a demand for international preliminary examination must be filed if the applicant wishes to postpone the entry into the national phase **until 30 months** from the priority date (in some Offices even later); otherwise, the applicant must, **within 20 months** from the priority date, perform the prescribed acts for entry into the national phase before those designated Offices.

   In respect of other designated Offices, the time limit of 30 months (or later) will apply even if no demand is filed within 19 months.

   See the Annex to Form PCT/IB/301 and, for details about the applicable time limits, Office by Office, see the *PCT Applicant's Guide*, Volume II, National Chapters and the WIPO Internet site.

| Name and mailing address of the ISA/US | Authorized officer: |
|---|---|
| Mail Stop PCT, Attn: ISA/US<br>Commissioner for Patents<br>P.O. Box 1450, Alexandria, Virginia 22313-1450<br>Facsimile No. 571-273-3201 | Lee W. Young<br><br>PCT Helpdesk: 571-272-4300<br>PCT OSP: 571-272-7774 |

Form PCT/ISA/220 (January 2004)                    *(See notes on accompanying sheet)*

QUESTMS-00000295

 

PATENT COOPERATION TREATY

# PCT

INTERNATIONAL SEARCH REPORT

(PCT Article 18 and Rules 43 and 44)

| Applicant's or agent's file reference 054789-9992 | **FOR FURTHER ACTION** | see Form PCT/ISA/220 as well as, where applicable, item 5 below. |
|---|---|---|
| International application No. PCT/US 08/84709 | International filing date (day/month/year) 25 November 2008 (25.11.2008) | (Earliest) Priority Date (day/month/year) 28 November 2007 (28.11.2007) |

Applicant
QUEST DIAGNOSTICS INVESTMENTS INCORPORATED

---

This international search report has been prepared by this International Searching Authority and is transmitted to the applicant according to Article 18. A copy is being transmitted to the International Bureau.

This international search report consists of a total of __3__ sheets.

☐ It is also accompanied by a copy of each prior art document cited in this report.

1. **Basis of the report**

   a. With regard to the **language**, the international search was carried out on the basis of:

   ☒ the international application in the language in which it was filed.

   ☐ a translation of the international application into _____ which is the language of a translation furnished for the purposes of international search (Rules 12.3(a) and 23.1(b)).

   b. ☐ This international search report has been established taking into account the **rectification of an obvious mistake** authorized by or notified to this Authority under Rule 91 (Rule 43.6bis(a)).

   c. ☐ With regard to any **nucleotide and/or amino acid sequence** disclosed in the international application, see Box No. I.

2. ☒ **Certain claims were found unsearchable** (see Box No. II).

3. ☐ **Unity of invention is lacking** (see Box No. III).

4. With regard to the **title**,

   ☒ the text is approved as submitted by the applicant.

   ☐ the text has been established by this Authority to read as follows:

5. With regard to the **abstract**,

   ☒ the text is approved as submitted by the applicant.

   ☐ the text has been established, according to Rule 38.2(b), by this Authority as it appears in Box No. IV. The applicant may, within one month from the date of mailing of this international search report, submit comments to this Authority.

6. With regard to the **drawings**,

   a. the figure of the **drawings** to be published with the abstract is Figure No. _____

   ☐ as suggested by the applicant.

   ☐ as selected by this Authority, because the applicant failed to suggest a figure.

   ☐ as selected by this Authority, because this figure better characterizes the invention.

   b. ☒ none of the figures is to be published with the abstract.

Form PCT/ISA/210 (first sheet) (April 2007)

QUESTMS-00000296

 

| INTERNATIONAL SEARCH REPORT | International application No. |
|---|---|
| | PCT/US 08/84709 |

**Box No. II    Observations where certain claims were found unsearchable (Continuation of item 2 of first sheet)**

This international search report has not been established in respect of certain claims under Article 17(2)(a) for the following reasons:

1. ☐ Claims Nos.:
   because they relate to subject matter not required to be searched by this Authority, namely:

2. ☐ Claims Nos.:
   because they relate to parts of the international application that do not comply with the prescribed requirements to such an extent that no meaningful international search can be carried out, specifically:

3. ☒ Claims Nos.: 9-19 and 43-45
   because they are dependent claims and are not drafted in accordance with the second and third sentences of Rule 6.4(a).

**Box No. III    Observations where unity of invention is lacking (Continuation of item 3 of first sheet)**

This International Searching Authority found multiple inventions in this international application, as follows:

1. ☐ As all required additional search fees were timely paid by the applicant, this international search report covers all searchable claims.

2. ☐ As all searchable claims could be searched without effort justifying additional fees, this Authority did not invite payment of additional fees.

3. ☐ As only some of the required additional search fees were timely paid by the applicant, this international search report covers only those claims for which fees were paid, specifically claims Nos.:

4. ☐ No required additional search fees were timely paid by the applicant. Consequently, this international search report is restricted to the invention first mentioned in the claims; it is covered by claims Nos.:

**Remark on Protest**    ☐ The additional search fees were accompanied by the applicant's protest and, where applicable, the payment of a protest fee.
   ☐ The additional search fees were accompanied by the applicant's protest but the applicable protest fee was not paid within the time limit specified in the invitation.
   ☐ No protest accompanied the payment of additional search fees.

Form PCT/ISA/210 (continuation of first sheet (2)) (April 2007)

QUESTMS-00000297

 

| INTERNATIONAL SEARCH REPORT | International application No. |
|---|---|
| | PCT/US 08/84708 |

**A.   CLASSIFICATION OF SUBJECT MATTER**
IPC(8) - G01N 1/18 (2009.01)
USPC - 436/177
According to International Patent Classification (IPC) or to both national classification and IPC

**B.   FIELDS SEARCHED**

Minimum documentation searched (classification system followed by classification symbols)
IPC(8): G01N 1/18 (2009.01)
USPC: 436/177

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched
436/63, 436/173, 436/177, 436/518, 436/523, 436/535, 436/824

Electronic data base consulted during the international search (name of data base and, where practicable, search terms used)
PubWEST(USPT,PGPB,EPAB,JPAB);  DialogPRO–Chemical Engineering and Biotechnology Abstracts, INSPEC, NTIS (National
Technical Information Service), PASCAL, Current Contents Search, MEDLINE
Search Terms: mass spectrometry, dione, TAD derivative, , dihydroxyvitamin D metabolites,

**C.   DOCUMENTS CONSIDERED TO BE RELEVANT**

| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| Y | US 2006/0228868 A1 (Clarke et al.) 12 October 2006 (12.10.2006), para [0007], [0008], [0009], [0010], [0011], [0012],[0032], [0034], [0036], [0043]. [0045] | 1-8, 20-42 |
| Y | US 2006/0228809 A1 (Clarke et al.) 16 October 2006 (16.10.2006), para [0045],[0050],[0054] | 30, 31, 33- 39 |
| Y | WO 2007/039193 A1 (Huber et al.) 12 April 2007 (12.04.2007), pg 3, ln 27-29. | 1- 8, 21, 22, 26, 27,31,32, 36, 37, 40-42 |
| Y | US 7,087,395 B1 (Garrity, et al.) 08 August 2006 (08.08.2006), col 3, ln 30. | 2, 3, 22, 27, 32, 37 |
| Y  ✓ | YEUNG, et al., Characterization of vitamin D 3 metabolites using continuous-flow fast atom bombardment tandem mass spectrometry and high-performance liquid chromatography. J Chromatog (1993) vol 645, pg 115-123, Abstract, pg 118, para 2, pg 119, col 2, Fig. 2c. | 5-8, 20-29, 42 |
| Y  ✓ | HIGASHI, et al., Simultaneous Determination of 25-Hydroxyvitamin D2 and 25-Hydroxyvitamin D3 in Human Plasma by Liquid Chromatography-Tandem Mass Spectrometry Employing "Derivatization with a Cookson-Type Reagent, Biol. Pharm. Bul. (2001) vol 24, no7, pg 738?743, pg 738, col 2. para 2. | 8 |
| Y | WO1996/018616 A1 (Tinker et al.) 20 June 1996 (20.06.1996) abstract, pg 2, ln 22, 24, 26, pg 3, ln 7, 9, 13, 15, pg 4, ln 9, 10, pg 5, ln 9). | 8 |

☐   Further documents are listed in the continuation of Box C.          ☐

| * | Special categories of cited documents: | "T" | later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention |
|---|---|---|---|
| "A" | document defining the general state of the art which is not considered to be of particular relevance | | |
| "E" | earlier application or patent but published on or after the international filing date | "X" | document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone |
| "L" | document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified) | "Y" | document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art |
| "O" | document referring to an oral disclosure, use, exhibition or other means | | |
| "P" | document published prior to the international filing date but later than the priority date claimed | "&" | document member of the same patent family |

| Date of the actual completion of the international search | Date of mailing of the international search report |
|---|---|
| 22 January 2009 (22.01.2009) | **24 FEB 2009** |

| Name and mailing address of the ISA/US | Authorized officer: |
|---|---|
| Mail Stop PCT, Attn: ISA/US, Commissioner for Patents P.O. Box 1450, Alexandria, Virginia 22313-1450 | Lee W. Young |
| Facsimile No.    571-273-3201 | PCT Helpdesk: 571-272-4300 PCT OSP: 571-272-7774 |

Form PCT/ISA/210 (second sheet) (April 2007)

QUESTMS-00000298




## PATENT COOPERATION TREATY

From the
INTERNATIONAL SEARCHING AUTHORITY

To:
BARRY WILSON
FOLEY & LARDNER LLP
11250 EL CAMINO REAL, SUITE 200
SAN DIEGO, CA  92130

# PCT

WRITTEN OPINION OF THE
INTERNATIONAL SEARCHING AUTHORITY

(PCT Rule 43*bis*.1)

| | |
|---|---|
| Date of mailing *(day/month/year)* | 24 FEB 2009 |

| Applicant's or agent's file reference | FOR FURTHER ACTION |
|---|---|
| 054769-9992 | See paragraph 2 below |

| International application No. | International filing date *(day/month/year)* | Priority date *(day/month/year)* |
|---|---|---|
| PCT/US 08/84709 | 25 November 2008 (25.11.2008) | 28 November 2007 (28.11.2007) |

International Patent Classification (IPC) or both national classification and IPC
IPC(8) - G01N 1/18 (2009.01)
USPC - 436/177

Applicant    QUEST DIAGNOSTICS INVESTMENTS INCORPORATED

---

1.  This opinion contains indications relating to the following items:

   ☒  Box No. I    Basis of the opinion

   ☐  Box No. II    Priority

   ☒  Box No. III    Non-establishment of opinion with regard to novelty, inventive step and industrial applicability

   ☐  Box No. IV    Lack of unity of invention

   ☒  Box No. V    Reasoned statement under Rule 43*bis*.1(a)(i) with regard to novelty, inventive step or industrial applicability;
              citations and explanations supporting such statement

   ☐  Box No. VI    Certain documents cited

   ☐  Box No. VII    Certain defects in the international application

   ☐  Box No. VIII    Certain observations on the international application

2.  **FURTHER ACTION**

If a demand for international preliminary examination is made, this opinion will be considered to be a written opinion of the
International Preliminary Examining Authority ("IPEA") except that this does not apply where the applicant chooses an Authority
other than this one to be the IPEA and the chosen IPEA has notified the International Bureau under Rule 56.1*bis*(b) that written
opinions of this International Searching Authority will not be so considered.

If this opinion is, as provided above, considered to be a written opinion of the IPEA, the applicant is invited to submit to the IPEA
a written reply together, where appropriate, with amendments, before the expiration of 3 months from the date of mailing of Form
PCT/ISA/220 or before the expiration of 22 months from the priority date, whichever expires later.

For further options, see Form PCT/ISA/220.

3.  For further details, see notes to Form PCT/ISA/220.

---

| Name and mailing address of the ISA/US | Date of completion of this opinion | Authorized officer |
|---|---|---|
| Mail Stop PCT, Attn: ISA/US<br>Commissioner for Patents<br>P.O. Box 1450, Alexandria, Virginia 22313-1450<br>Facsimile No.  571-273-3201 | 22 January 2009 (22.01.2009) | Lee W. Young<br><br>PCT Helpdesk: 571-272-4300<br>PCT OSP: 571-272-7774 |

Form PCT/ISA/237 (cover sheet) (April 2007)

QUESTMS-00000299



**WRITTEN OPINION OF THE**
**INTERNATIONAL SEARCHING AUTHORITY**

| International application No. |
|---|
| PCT/US 08/84709 |

| Box No. 1 | Basis of this opinion |
|---|---|

1. With regard to the **language**, this opinion has been established on the basis of:

   [X]   the international application in the language in which it was filed.

   [ ]   a translation of the international application into _____ which is the language of a translation furnished for the purposes of international search (Rules 12.3(a) and 23.1(b)).

2. [ ]   This opinion has been established taking into account the **rectification of an obvious mistake** authorized by or notified to this Authority under Rule 91 (Rule 43bis.1(a)).

3. With regard to any **nucleotide and/or amino acid sequence** disclosed in the international application, this opinion has been established on the basis of:

   a.   type of material

   [ ]   a sequence listing

   [ ]   table(s) related to the sequence listing

   b.   format of material

   [ ]   on paper

   [ ]   in electronic form

   c.   time of filing/furnishing

   [ ]   contained in the international application as filed

   [ ]   filed together with the international application in electronic form

   [ ]   furnished subsequently to this Authority for the purposes of search

4. [ ]   In addition, in the case that more than one version or copy of a sequence listing and/or table(s) relating thereto has been filed or furnished, the required statements that the information in the subsequent or additional copies is identical to that in the application as filed or does not go beyond the application as filed, as appropriate, were furnished.

5. Additional comments:

Form PCT/ISA/237 (Box No. I) (April 2007)

QUESTMS-00000300

 

| | |
|---|---|
| **WRITTEN OPINION OF THE**<br>**INTERNATIONAL SEARCHING AUTHORITY** | International application No.<br><br>PCT/US 08/84709 |

**Box No. III    Non-establishment of opinion with regard to novelty, inventive step and industrial applicability**

The questions whether the claimed invention appears to be novel, to involve an inventive step (to be non obvious), or to be industrially applicable have not been examined in respect of

☐  the entire international application

☒  claims Nos. 9-19 and 43-45

because:

☐  the said international application, or the said claims Nos. _____ relate to the following subject matter which does not require an international search *(specify)*:

☐  the description, claims or drawings *(indicate particular elements below)* or said claims Nos. _____ are so unclear that no meaningful opinion could be formed *(specify)*:

☒  the claims, or said claims Nos. 9-19 and 43-45 _____ are so inadequately supported by the description that no meaningful opinion could be formed *(specify)*:
Claims 9-19 and 43-45 have been held unsearchable because they are multiple dependent claims not drafted in accordance with PCT Rule 6.4(a).

☒  no international search report has been established for said claims Nos. 9-19 and 43-45

☐  a meaningful opinion could not be formed without the sequence listing; the applicant did not, within the prescribed time limit:

☐  furnish a sequence listing on paper complying with the standard provided for in Annex C of the Administrative Instructions, and such listing was not available to the International Searching Authority in a form and manner acceptable to it.

☐  furnish a sequence listing in electronic form complying with the standard provided for in Annex C of the Administrative Instructions, and such listing was not available to the International Searching Authority in a form and manner acceptable to it.

☐  pay the required late furnishing fee for the furnishing of a sequence listing in response to an invitation under Rule 13ter.1(a) or (b).

☐  a meaningful opinion could not be formed without the tables related to the sequence listings; the applicant did not, within the prescribed time limit, furnish such tables in electronic form complying with the technical requirements provided for in Annex C-bis of the Administrative Instructions, and such tables were not available to the International Searching Authority in a form and manner acceptable to it.

☐  the tables related to the nucleotide and/or amino acid sequence listing, if in electronic form only, do not comply with the technical requirements provided for in Annex C-bis of the Administrative Instructions.

☐  See Supplemental Box for further details.

Form PCT/ISA/237 (Box No. III) (April 2007)

QUESTMS-00000301

 

**WRITTEN OPINION OF THE
INTERNATIONAL SEARCHING AUTHORITY**

| International application No. |
|---|
| PCT/US 08/84709 |

| Box No. V | Reasoned statement under Rule 43bis.1(a)(i) with regard to novelty, inventive step or industrial applicability; citations and explanations supporting such statement |
|---|---|

1. Statement

| | | | | |
|---|---|---|---|---|
| Novelty (N) | Claims | 1-8, 20-42 | | YES |
| | Claims | None | | NO |
| Inventive step (IS) | Claims | None | | YES |
| | Claims | 1-8, 20-42 | | NO |
| Industrial applicability (IA) | Claims | 1-8, 20-42 | | YES |
| | Claims | None | | NO |

2. Citations and explanations:

Claims 30, 33-35, 38 and 39 lack an inventive step under PCT Article 33(3) as being obvious over US 2006/0228808 A1 to Clarke, et al. (hereinafter "Clarke'808") in view of US 2006/0228809 A1 to Clarke, et al. (hereinafter "Clarke'809").

Regarding claim 30, Clarke'808 teaches a method for determining the amount of 1a,25(OH)2D2 in a sample (para [0009]-- a method for determining the presence or amount of 1,25-dihydroxyvitamin D2 in a biological sample) by tandem mass spectrometry (para [0007]), comprising:
(a) purifying the 1a,25(OH)2D2 by HPLC (para [0036]-- Use of HPLC for sample clean-up prior to mass spectrometry analysis) and
(b) generating a precursor ion of the 1a,25(OH)2D2 obtained from step (a) (ionizing 1,25-dihydroxyvitamin D2 to provide a precursor ion; para [0009])
(c) generating one or more fragment ions of said precursor ion, wherein said one or more fragment ions comprise one or more ions ( affecting a collision between the isolated precursor ion and an inert collision gas to produce at least one fragment ion (para [0009]);
(d) detecting the amount of one or more of said ions (para [0008]-- detectable in a mass spectrometer) generated in step (b) or (c) or both and relating the detected ions to the amount of said 1a,25(OH)2D2 in said sample (para [0043]-- relating the presence or amount: of an ion to the presence or amount of the original molecule), wherein said 1a,25(OH)2D2 is not derivatized (para [0034]-- do not include a derivatization step).
Clarke'808 does not teach wherein the precursor ion of step (b) has a mass/charge ratio of 411.35 +/- 0.5; or wherein the one or more fragment ions of step (c) have a mass/charge ratio of 151.12 +/- 0.5 and 135.12 +/- 0.5.
However, Clarke'809 teaches wherein the precursor ion of step (b) has a mass/charge ratio of 411.35 +/- 0.5 (para [0054]--413 m/z and para [0050]-- the protonated and hydrated ion and the difference in m/z is about 18 for the loss of one water molecule).
It would have been obvious to a person having ordinary skill in the art to provide the method of Clarke'808, with wherein the precursor ion of step (b) has a mass/charge ratio of 411.35 +/- 0.5 and wherein the fragment ions of step (c) have a mass/charge ratio of 151.12 +/- 0.5 and 135.12 +/- 0.5. ; to obtain the invention as claimed because a skilled artisan would know that under vatized, unionized 1a,25(OH)2C2 has a molecular weight of 428.6 and the difference in m/z is about 18 for the loss of a water molecule (para [0050]) providing the precursor ion has a mass/charge ratio of 411.35 +/- 0.5 because the method would be useful for ionizing and detecting an underivatized vitamin D metabolite in a biological sample. Although the claimed fragment mass/charge ratios of 151.12 +/- 0.5 and 135.12 +/- 0.5 are not specifically taught, such would have been found obvious based on routine experimentation because it is well known that ionization can produce a number of unique fragments.

Regarding claim 33, Clarke'808 teaches wherein the method further comprises determining the amount of 1a,25(OH)2D3 in said sample (para [0010]-- the presence or amount of two or more vitamin D metabolites in a test sample in a single assay and para [0011]--a vitamin D metabolite is 1,25-dihydroxyvitamin D3).

Regarding claim 34, Clarke'808 teaches wherein said 1a,25(OH)2D3 is not derivatized prior to mass spectrometry (para [0034]-- do not include a derivatization step does not teach wherein said precursor ion of said 1a,25(OH)2D3 has a mass/charge ratio of 399.35 +/- 0.5. However, Clarke'809 wherein said precursor ion of said 1a,25(OH)2D3 has a mass/charge ratio of 399.35 +/- 0.5 (para [0054]--401 m/z). It would have been obvious to a person having ordinary skill in the art to provide the method of Clarke'808, with wherein said precursor ion of said 1a,25(OH)2D3 has a mass/charge ratio of 399.35 +/- 0.5, as taught by Clarke'809 to obtain the invention as claimed because a skilled artisan would know that underivatized, unionized 1a,25(OH)2D3 has a molecular weight of 416.63 and the difference in m/z is about 18 for the loss of a water molecule (para [0050]) thus providing the precursor ion of 1a,25(OH)2D3 with a mass/charge ratio of 399.35 +/- 0.5 because the method would be useful for ionizing and detecting an underivatized vitamin D metabolite in a biological sample.

--Please see continuation sheet--

Form PCT/ISA/237 (Box No. V) (April 2007)




**WRITTEN OPINION OF THE**
**INTERNATIONAL SEARCHING AUTHORITY**

| International application No. |
| --- |
| PCT/US 08/84709 |

**Supplemental Box**

In case the space in any of the preceding boxes is not sufficient.
Continuation of:
Box V.2. Citations and explanation

Regarding claim 35, Clarke'808 teaches a method for determining the amount of 1a,25(OH)2D3 in a sample (para [0009]--a method for determining the presence or amount of a vitamin D metabolite in a sample and para [0011]--1,25-dihydroxyvitamin D3) by tandem mass spectrometry (para [0008]), comprising:
   (a) purifying the 1a,25(OH)2D3 by HPLC  (para [0036]-- use of HPLC for sample clean-up prior to mass spectrometry analysis);
   (b) generating a precursor ion of the 1a,25(OH)2D3 obtained from step (a) (para [0032]--ionizing the vitamin D metabolite and provide a precursor ion);
   (c)  generating one or more fragment ions of said precursor, wherein said one or more fragment ions (para [0032]-- produce at least one fragment ion)
   (d) detecting the amount of one or more of said ions (para [0008]--detectable in a mass spectrometer) generated in step (b) or (c) and both and relating the detected ions to the amount of said 1a,25(OH)2D3 in said sample (para [0043]-- relating the presence or amount of an ion to the presence or amount of the original molecule); wherein said 1a,25(OH)2D3 is not derivatized prior to mass spectrometry  (para [0034]) -- do not include a derivatization step;.
   Clarke'808 does not teach a precursor ion of (b) having a mass/charge ratio of 399.35 +/- 0.5  or (c) having a mass/charge ratio of 151.12 +/- 0.5 and 135.12 +/- 0.5. However, Clarke'809 teaches (b) a precursor ion having a mass/charge ratio of 399.35 +/- 0.5 (para [0054]--401 m/z) and (c) fragment ions having a mass/charge ratio of  209.1 and 179.1 (para [0045]--m/z about 209.1 and 179.1 and para [0050]--the difference in m/z between the precursor ion and fragment ion is about 18 for the loss of one water molecule, or about 36 for the loss of two water molecules.  It would have been obvious to a person having ordinary skill in the art to provide the method of Clarke'808, with (b) having a precursor ion with a mass/charge ratio of 399.35 +/- 0.5 as taught by Clarke'809 and (c) having fragment ions with mass/charge ratio of 151.12 +/- 0.5 and 135.12 +/- 0.5, to obtain the invention as claimed because a skilled artisan would know that underivatized, unionized 1a,25(OH)2D3 has a molecular weight of 416.63 and the difference is about 18 for the loss of a water molecule (para [0050]) thus providing the precursor ion of 1a,25(OH)2D3 has a mass/charge ratio of 399.35 +/- 0.5 and the difference in m/z between the precursor ion and fragment ion is about 18 for the loss of one water molecule (para [0050]), or about 36 for the loss of two water molecules. Although the claimed fragment mass/charge ratios of 151.12 +/- 0.5 and 135.12 +/- 0.5 are not specifically taught, such would have been found obvious based on routine experimentation because it is well known that ionization can produce a number of unique fragments.

Regarding claim 38, Clarke'808 teaches wherein the method further comprises determining the amount of 1a,25(OH)2D2 in said sample (para [0007]--detecting the presence or amount of a vitamin D metabolite in a test sample and para [0011]--1,25dihydroxyvitaminD2).

Regarding claim 39, Clarke'808 teaches wherein said 1a,25(OH)2D2 is not derivatized prior to mass spectrometry (para [0034]-- do not include a derivatization step); and wherein said precursor ion of said 1a,25(OH)2D2 (para [0010]) but does not teach has a mass/charge ratio of 411.35 +/- 0.5. However, Clarke '809 teaches wherein the precursor ion of step (b) has a mass/charge ratio of 411.35 +/- 0.5 (para [0054]--413 m/z and para [0050]-- the protonated and hydrated  ion and the difference in m/z is about 18 for the loss of one water molecule).  It would have been obvious to a person having ordinary skill in the art to provide the method of Clarke'809, wherein the precursor ion of step (b) has a mass/charge ratio of 411.35 +/- 0.5; to obtain the invention as claimed because a skilled artisan would know that underivatized, unionized 1a,25(OH)2D2 has a molecular weight of 428.6 and the difference in m/z is about 18 for the loss of a water molecule (para [0050]) because the method would be useful for ionizing and detecting an underivatized vitamin D metabolite in a biological sample.

Claims 1, 4, 40 and 41 lack an inventive step under PCT Article 33(3) as being obvious over Clarke'808 in view of WO 2007/039193 A1 to Huber et al. (hereinafter "Huber").

Regarding claim 1, Clarke'808  teaches a method for determining the amount of one or more dihydroxyvitamin D metabolites in a sample (para [0009]-- a method for determining the presence or amount of 1,25-dihydroxyvitamin D2 in a biological sample) by tandem mass spectrometry (para [0007]), comprising:
   (a) purifying the dihydroxyvitamin D metabolites from said sample by one or more procedures, such as chromatography, to enrich the sample for the analyte and remove one or more interfering substances (para [0012]; [0034]; [0035]);
   (b) further purifying the immunopurified dihydroxyvitamin D metabolites from said sample (para [0036]-- use of HPLC for sample clean-up prior to mass spectrometry analysis);
   (c) determining the amount of the vitamin D metabolites obtained from step (b) by tandem mass spectrometry comprising:
      (i) generating a precursor ion (para [0008]--provide a precursor ion) of said one or more dihydroxyvitamin D metabolites (para [0007]);
      (ii) generating one or more fragment ions of said precursor (para [0008]-- effecting a collision between the isolated precursor ion and an inert collision gas to produce at least one fragment ion); and
      (iii) detecting the amount of one or more of said ions (para [0008]--detectable in a mass spectrometer) generated in step (i) or (ii) or both and relating the amount of detected ions to the amount of said one or more dihydroxyvitamin D metabolites in said sample (para [0043]-- relating the presence or amount of an ion to the presence or amount of the original molecule).
   However, Clarke does not teach wherein (a) purifying the dihydroxyvitamin D metabolites from said sample by chromatography comprises immunopurifying.
   Huber teaches antibodies against  25-hydroxyvitamin D 2 and 25-hydroxyvitamin D 3  (pg 3, ln 18-29)
   It would have been obvious to a person having ordinary skill in the art to provide a method for determining the amount of one or more dihydroxyvitamin D metabolites in a sample taught by Clarke, wherein (a) purifying the dihydroxyvitamin D metabolites from said sample by chromatography comprises immunopurifying in view of Huber to obtain the invention as claimed because Clark teaches purifying via chromatography (para [0034]; [0035]) while Huber teaches antibodies that bind dihydroxyvitamin D metabolites (pg 3, ln 18-29) and because  immunopurification is a well-known chromatographic purification technique and a skilled artisan would have readily appreciated that the antibodies of Huber would provide the affinity required to enrich the sample for the analyte and remove one or more interfering substances, as taught by Clarke (para [0012]; [0035]).

--Please see continuation sheet--

Form PCT/ISA/237 (Supplemental Box) (April 2007)

 

**WRITTEN OPINION OF THE
INTERNATIONAL SEARCHING AUTHORITY**

International application No.
PCT/US 08/84709

**Supplemental Box**

In case the space in any of the preceding boxes is not sufficient.
Continuation of:
Box V.2  Citations and explanation

RRegarding claim 4, Clarke'808 teaches wherein said one or more dihydroxyvitamin D metabolites are not subject to derivatization (para [0034]-- do not include a derivatization step).

Regarding claim 40, Clarke'808 teaches a method for determining the amount of one or more dihydroxyvitamin D metabolites in a sample (para [0032]-- detecting the amount of one or more vitamin D metabolites in a tes] by tandem mass spectrometry (para [0009]), comprising:
   (a) purifying the dihydroxyvitamin D metabolites from said sample by one or more procedures, such as chromatography, to enrich the sample for the analyte and remove one or more interfering substances (para [0012]; [0034]; [0035]);
   (b) determining the amount of the vitamin D metabolites obtained from step (a) by tandem mass spectrometry comprising:
      (i) generating a precursor ion of said one or more dihydroxyvitamin D metabolites; (para [0010]--ionizing the vitamin D metabolites to generate ions specific for each of the vitamin D metabolites of interest and para [0008]--precursor ion);
      (ii) generating one or more fragment ions of said precursor ion (para [0008]--produce at least one fragment ion), and
      (iii) detecting the amount of one or more of said ions (para [0008]--detectable in a mass spectrometer) generated in step (i) or (ii) or both and relating the amount of detected ions to the amount of said one or moredihydroxyvitamin D metabolites in said sample (para [0043]-- relating the presence or amount of an ion to the presence or amount of the original molecule).
However, Clarke does not teach wherein (a) purifying the dihydroxyvitamin D metabolites from said sample by chromatography comprises immunopurifying.
Huber teaches antibodies against 25-hydroxyvitamin D 2 and 25-hydroxyvitamin D 3 (pg 3, ln 18-29).
   It would have been obvious to a person having ordinary skill in the art to provide a method for determining the amount of one or more dihydroxyvitamin D metabolites in a sample taught by Clarke, wherein (a) purifying the dihydroxyvitamin D metabolites from said sample by chromatography comprises immunopurifying in view of Huber to obtain the invention as claimed because Clarke teaches purifying via chromatography (para [0034]; [0035]) while Huber teaches antibodies that bind dihydroxyvitamin D metabolites (pg 3, ln 18-29) and because immunopurification is a well-known chromatographic purification technique and a skilled artisan would have readily appreciated that the antibodies of Huber would provide the affinity required to enrich the sample for the analyte and remove one or more interfering substances, as taught by Clarke (para [0012]; [0035]).

Regarding claim 41, Clarke'808 teaches wherein the purified dihydroxyvitamin D metabolites from step (a) are further purified by liquid chromatography prior to mass spectrometry (para [0036]-- use of HPLC for sample clean-up prior to mass spectrometry analysis).

Claims 20, 23-25, 28, and 29 lack an inventive step under PCT Article 33(3) as being obvious over Clarke'808 in view of an article entitled "Characterization of vitamin D 3 metabolites using continuous-flow fast atom bombardment tandem mass spectrometry and high-performance liquid chromatography" by Young, et al., (hereinafter "Young").

Regarding claim 20, Clarke'808 teaches a method for determining the amount of 1 alpha,25(OH)2D2 in a sample (para [0009]-- a method for determining the presence or amount of 1,25-dihydroxyvitamin D2 in a biological sample) by tandem mass spectrometry (para [0007]), comprising:
   (a) providing a 1 alpha,25(OH)2D2 in said sample (para [0009])
   (b) purifying the 1 alpha,25(OH)2D2 from step (a) by HPLC  (para [0036]-- use of HPLC for sample clean-up prior to mass spectrometry analysis);
   (c) generating a precursor ion of the 1 alpha,25(OH)2D2 obtained from step (b) ( ionizing 1,25-dihydroxyvitamin D2 to provide a precursor ion; para [0009]);
   (d) generating one or more fragment ions of said precursor ion  ( effecting a collision between the isolated precursor ion and an inert collision gas to produce at least one fragment ion [para [0009]);
   (e) detecting the amount of one or more of said ions (para [0008]--detectable in a mass spectrometer) generated in step (c) or (d) or both and relating the detected ions to the amount of said 1 alpha,25(OHnD2 in said sample (para [0043]-- relating the presence or amount of an ion to the presence or amount of the original molecule).
   Clarke'808 does not teach wherein:
step (a) comprises derivatizing said 1alpha,25(OH)2D2 in said sample with 4-phenyl-1,2,4-triazoline-3,5-dione(PTAD),
the precursor ion generated in step (c) has  mass/charge ratio of 586.37 +/- 0.5; or
the one or more fragment ions of said precursor ion generated in step (d) have a mass/charge ratio of 314.12 +/- 0.5.
However, Young teaches
   (a) derivatizing 1alpha,25(OH)2D3 in said sample with 4-phenyl-1,2,4-triazoline-3,5-dione(PTAD) (abstract--the derivatization of the metabolites by cycloaddition with 4-phenyl-1,2,4-triazoline-3,5-dione);
   (c) generating an ion of the derivatized 1,25(OH)2D3  of m/z of 574, 590 and 592 (pg 119, col 2, Fig. 2c);
   (c) generating one or more fragment ions of a precursor ion, wherein at least one of said one or more fragment ions comprise an ion having a mass/charge ratio of 314.12 +/-0.5 (pg 119, col 2, Fig. 2c).
   Young does not teach wherein the precursor ion generated in step (c) has a mass/charge ratio of 586.37 +/- 0.5;.
   It would have been obvious to a person having ordinary skill in the art to provide the method of Clarke'808, wherein step (a) comprises derivatizing said metabolite in said sample with 4-phenyl-1,2,4-triazoline-3,5-dione(PTAD), as taught by Young, wherein the one or more fragment ions of said precursor ion generated in said (d) have a mass/charge ratio of 314.12 +/- 0.5, as taught by Young, and wherein the precursor ion generated in step (c) has a mass/charge ratio of 586.37 +/- 0.5 in light of Young, to obtain the invention as claimed because at least one fragment ion of derivatized vitamin D metabolites has a mass/charge ratio of 314.12 +/- 0.5 and a precursor ion of 1alpha,25(OH)2D2 has a mass/charge ratio of 586.37 +/- 0.5 providing a sensitive mass spectroscopy method for the detection of vitamin D metabolites in a biological sample.


--Please see continuation sheet--

Form PCT/ISA/237 (Supplemental Box) (April 2007)

QUESTMS-00000304

 

**WRITTEN OPINION OF THE**
**INTERNATIONAL SEARCHING AUTHORITY**

International application No.
PCT/US 08/84769

Supplemental Box

In case the space in any of the preceding boxes is not sufficient.
Continuation of:
Box V.2. Citations and explanation

Regarding claim 23. Clarke'808 teaches further comprises determining the amount of 1 alpha,25(OH)2D3 in said sample (para [0010]--presence or amount of two or more vitamin D-metabolites and para [0011]--a vitamin D metabolite is 1,25-dihydroxyvitamin D 3)

Regarding claim 24. Clarke'808 does not teach wherein said 1 alpha,25(OH)2D3 is derivatized with 4-phenyl-1 ,2,4-triazoline-3 ,5-dione (PTAD) prior to mass spectrometry or wherein said precursor ion of said 1 alpha,25(OH)2D3has a mass/charge ratio of 574.37 +/- 0.5. However, such would have been obvious to obtain the invention as claimed for the reasons discussed above and because Yeung teaches wherein said 1 alpha,25(OH)2D3 is derivatized with 4-phenyl-1 ,2,4-triazoline-3 ,5-dione (PTAD) prior to mass spectrometry (pg 119, col 2, Fig. 2c-- 1,25(OH)2D3-PTAD), wherein said precursor ion of said 1 alpha,25(OH)2D3has a mass/charge ratio of 574.37 +/- 0.5 (pg 119, col 2, Fig. 2c fragment ion of m/z of 574).

Regarding claim 25, Clarke'808 teaches a method for determining the amount of 1-alpha, 25(OH)2D3--a method for determining the presence or amount of a vitamin D metabolite in a sample and 1,25-dihydroxyvitamin D3) by tandem mass spectrometry (para [0008]), comprising:
    (a) providing a 1 alpha,25(OH)2D3 in said sample (para [0009])
    (b) purifying the derivatized 1 alpha,25(OH)2D3 step (a) by HPLC (para [0036]-- use of HPLC for sample clean-up prior to mass spectrometry analysis);
    (c) generating a precursor ion of the 1 alpha,25(OH)2D3 obtained from step (b) (ionizing 1,25-dihydroxyvitamin D2 to provide a precursor ion; para [0008]; [0009]);
    (d) generating one or more fragment ions of said precursor ion (effecting a collision between the isolated precursor ion and an inert collision gas to produce at least one fragment ion (para [0009]);
    (e) detecting the amount of one or more of said ions (para [0008]--detectable in a mass spectrometer) generated in step (c) or (d) or both and relating the detected ions to the amount of said 1a,25(OH)2D3 said sample (para [0043]--relating the presence or amount of an ion to the presence or amount of the original molecule)
    Clarke'808 does not teach wherein:
    step (a) comprises derivatizing said 1alpha,25(OH)2D3 in said sample with 4-phenyl-1,2,4-triazoline-3,5-dione(PTAD);
    the precursor ion generated in step (c) has ( mass/charge ratio of 574.37 +/- 0.5; or
    the one or more fragment ions of said precursor ion generated in step (d) have a mass/charge ratio of 314.12 +/- 0.5.
    However, Yeung teaches
    (a) derivatizing 1alpha,25(OH)2D3 n said sample with 4-phenyl-1,2,4-triazoline-3,5-dione(PTAD) pg 118, para 2--reaction of metabolites with PTAD and pg 119, col 2, Fig. 2c-- 1,25(OH)2D3-PTAD);
    (c) generating a precursor ion of the derivatized 1 alpha,25(OH)2D3 having a mass/charge ratio of 574.37 +/- 0.5 (pg 119, col 2, Fig. 2c-- fragment ion of m/z of 574);
    (d) generating one or more fragment ions of a precursor ion, wherein at least one of said one or more fragment ions comprise an ion having a mass/charge ratio of 314.12 +/-0.5 (pg 119, col 2, Fig. 2c). It would have been obvious to a person having ordinary skill in the art to provide the method of Clarke'808, wherein step (a) comprises derivatizing said metabolite in said sample with 4-phenyl-1,2,4-triazoline 3,5-dione(PTAD), as taught by Yeung, wherein  the one or more fragment ions of said precursor ion generated in step (d) have a mass/charge ratio of 314.12 +/- 0.5, as taught by Yeung, to obtain the invention as claimed because PTAD is a strong dienophile which selectively forms an adduct with the vitamin D structure allowing the sensitivity necessary for detecting vitamin D metabolites at low biological concentrations.

Regarding claim 28, Clarke'808 teaches wherein the method further comprises determining the presence or amount of 1a,25(OH)2D2 in said sample (para [0007]--detecting the presence or amount of a vitamin D metabolite in a test sample and para [0011]--1,25dihydroxyvitaminD2).

Regarding claim 29, Yeung teaches wherein said 1a,25(OH)2D2 is derivatized with 4-phenyl-1,2,4-triazoline-3,5-dione (PTAD) prior to mass spectrometry (abstract--the derivatization of the metabolites by cycloaddition with 4-phenyl-1,2,4-triazoline-3,5-dione); but does not teach wherein said precursor ion of said 1a 25(OH)2D2 has a mass/charge ratio of 586.37 +/- 0.5. However, Yeung teaches (c) 1,25(OH)2D3-PTAD (pg 119, col 2, Fig. 2c) and fragment ions of m/z of 574, 590 and 592. It would have been obvious to a person having ordinary skill in the art to combine 1,25(OH)2D3-PTA and fragment ions of m/z of 574, 590 and 592, as taught by Yeung and the rout ne experimentation to achieve (c) generating a precursor ion of the derivatized 1 alpha,25(OH)2D2 obtained from step (b) having a mass/charge ratio of 586.37 + 0.5 because a skilled artisan would know that underivatized, unionized 1a,25(OH)2D3 has a molecular weight of 428.6 and the derivatized has a m/z of 574, as taught by Yeung (pg 119, col 2, Fig. 2c) for a difference of 157 and that underivatized, unionized 1a,25(OH)2D2 with a molecular weight of 416.6 would thus result in a derivative m/z about 586.37, because PTAD is a strong dienophile which selectively forms an adduct with the vitamin D structure useful for detecting a vitamin D metabolite in a biological sample.

--Please see continuation sheet--

Form PCT/ISA/237 (Supplemental Box ) (April 2007)

QUESTMS-00000305

 

**WRITTEN OPINION OF THE**
**INTERNATIONAL SEARCHING AUTHORITY**

International application No.
PCT/US 08/64709

---

**Supplemental Box**

In case the space in any of the preceding boxes is not sufficient.
Continuation of:
Box V.2. Citations and explanation

Claims 2, 3 and 32 lack an inventive step under PCT Article 33(3) as being obvious over Clarke'808, in view of Huber further in view of US 7,087,395 B1 to Garrity, et al. (hereinafter "Garrity").

Regarding claim 2, neither Clarke'808 nor Huber teach wherein the immunopurifying step utilizes immunoparticles. However, Garrity teaches wherein the immunopurifying step utilizes immunoparticles (col 3, In 26-29 separator such as magnetic particle) and that the immunoparticles (separators) facilitate separating out and isolation, for example, by a magnetic field (col 8, In 41-59) . It would have been obvious to a person having ordinary skill in the art to provide the method produced by the combined teachings of Clarke and Huber, wherein the immunopurification utilizes immunoparticles, as taught by Garrity, to obtain the invention as claimed to facilitate separation with reduced effort (eg via magnetic field), as taught by Garrity.

Regarding claim 3, Huber suggests providing antidihydroxyvitamin D antibodies in the immunopurification, as discussed in claim 1 while Garrity suggests using immunoparticles, as discussed in claim 2.

Regarding claim 32, neither Clarke'808 nor Huber teach wherein the immunopurification utilizes immunoparticles; However, such would have been further obvious for the reasons discussed in claim 2, specifically to facilitate separation with reduced effort (eg via magnetic field), as taught by Garrity.

Claims 31 and 36 lack an inventive step under PCT Article 33(3) as being obvious over Clarke'808, in view of Clarke'809 further in view of Huber.

Regarding claim 31, neither Clarke'808 nor Huber teach wherein the 1a,25(OH)2D2 in said sample is purified by immunopurification prior to step (a). However, such would have been further obvious to obtain the invention as claimed for the reasons discussed in claim 1, specifically because Clark teaches purifying via chromatography (para [0034]; [0035]) while Huber teaches antibodies that bind dihydroxyvitamin D metabolites (pg 3, In 18-29) and because immunopurification is a well-known chromatographic purification technique and a skilled artisan would have readily appreciated that the antibodies of Huber would provide the affinity required to enrich the sample for the analyte and remove one or more interfering substances, as taught by Clarke (para [0012]; [0035]).

Regarding claim 36, Clarke'808 does not teach wherein the 1a,25(OH)2D3 in said sample is purified by immunopurification prior to step (a). However, such would have been further obvious to obtain the invention as claimed for the reasons discussed in claim 1, specifically because Clark teaches purifying via chromatography (para [0034]; [0035]) while Huber teaches antibodies that bind dihydroxyvitamin D metabolites (pg 3, In 18-29) and because immunopurification is a well-known chromatographic purification technique and a skilled artisan would have readily appreciated that the antibodies of Huber would provide the affinity required to enrich the sample for the analyte and remove one or more interfering substances, as taught by Clarke (para [0012]; [0035]).

Claims 5-7, 21, 26 and 42 lack an inventive step under PCT Article 33(3) as being obvious over Clarke'808, in view of Huber, further in view of Yeung.

Regarding claim 5, neither Clarke'808 nor Huber teach wherein said one or more dihydroxyvitamin D metabolites are derivatized prior to mass spectrometry. However, Yeung teaches wherein said one or more dihydroxyvitamin D metabolites are derivatized prior to mass spectrometry (abstract-the derivatization of the metabolites by cycloaddition with 4-phenyl-l,2,4-triazoline-3,5-dione). It would have been obvious to a person having ordinary skill in the art to provide the method produced by the combined teachings of Clarke and Huber, wherein one or more dihydroxyvitamin D metabolites are derivatized prior to mass spectrometry, as taught by Yeung, to obtain the invention as claimed for selectively forming adducts with the vitamin D structure allowing the sensitivity necessary for detecting vitamin D metabolites at low biological concentrations.

Regarding claim 6 and 7, Yeung teaches wherein said one or more dihydroxyvitamin D metabolites are derivatized with the 4-substituted 1,2,4-triazoline-3,5-dione (TAD) 4-phenyl-l,2,4-triazoline-3,5-dione (PTAD) prior to mass spectrometry (abstract--the derivatization of the metabolites by cycloaddition with 4-phenyl-l,2,4-triazoline-3,5-dione).

Regarding claim 21, the combined teachings of Clarke'808 and Yeung produce the method of claim 20, as discussed above. Clarke'808 teaches purifying the 1a,25(OH)2D3 from said sample by one or more procedures, such as chromatography, to enrich the sample for the analyte and remove one or more interfering substances (para [0012]; [0034]; [0035]); however neither Clarke nor Yeung teaches wherein said purification is immunopurification.
Huber teaches antibodies against 25-hydroxyvitamin D3 (pg 3, In 27-29). It would have been obvious to a person having ordinary skill in the art to provide wherein the 1a,25(OH)D3 in said sample is purified by immunopurification prior to step (a), to obtain the invention as claimed because Clarke'808 teaches purifying via chromatography (para [0034]; [0035]) while Huber teaches antibodies that bind dihydroxyvitamin D metabolites (pg 3, In 18-29) and because immunopurification is a well-known chromatographic purification technique and a skilled artisan would have readily appreciated that the antibodies of Huber would provide the affinity required to enrich the sample for the analyte and remove one or more interfering substances, as taught by Clarke'808 (para [0012]; [0035]).

--Please see continuation sheet--

---

Form PCT/ISA/237 (Supplemental Box) (April 2007)

QUESTMS-000000308

 

| WRITTEN OPINION OF THE INTERNATIONAL SEARCHING AUTHORITY | International application No. |
|---|---|
| | PCT/US 08/84709 |

**Supplemental Box**

In case the space in any of the preceding boxes is not sufficient.

Continuation of:
Box V.2. Citations and explanation

Regarding claim 26, the combined teachings of Clarke'808 and Yeung produce the method of claim 25, as discussed above. Clarke'808 teaches purifying the 1a,25(OH)D3 from said sample by one or more procedures, such as chromatography, to enrich the sample for the analyte and remove one or more interfering substances (para [0012]; [0034]; [0035]); however neither Clarke nor Yeung teaches wherein said purification is immunopurification.
Huber teaches antibodies against 25-dihydroxyvitamin D3 (pg 3, ln 27-29). It would have been obvious to a person having ordinary skill in the art to provide wherein the 1a,25(OH)D3 in said sample is purified by immunopurification prior to step (e), to obtain the invention as claimed because Clarke'808 teaches purifying via chromatography (para [0034]; [0035]) while Huber teaches antibodies that bind dihydroxyvitamin D metabolites (pg 3, ln 18-29) and because immunopurification is a well-known chromatographic purification technique and a skilled artisan would have readily appreciated that the antibodies of Huber would provide the affinity required to enrich the sample for the analyte and remove one or more interfering substances, as taught by Clarke'808 (para [0012]; [0035]).

Regarding claim 42, neither Clarke'808 nor Huber teach wherein said one or more dihydroxyvitamin D metabolites are derivatized with 4-phenyl-I ,2,4-triazoline-3,5-dione (PTAD) prior to mass spectrometry. However, Yeung teaches wherein said one or more dihydroxyvitamin D metabolites are derivatized with 4-phenyl-I ,2,4-triazoline-3,5-dione (PTAD) prior to mass spectrometry (abstract--the derivatization of the metabolites by cycloaddition with 4-phenyl-I,2,4-triazoline-3,5-dione). It would have been obvious to a person having ordinary skill in the art to provide wherein said one or more dihydroxyvitamin D metabolites are derivatized with 4-phenyl-I ,2,4-triazoline-3,5-dione (PTAD) prior to mass spectrometry, as taught by Yeung (abstract) to obtain the invention as claimed because PTAD is a strong dienophile forming selective adducts with vitamin D derivatives allowing detection in small amounts in biological samples.

Claim 37 lacks an inventive step under PCT Article 33(3) as being obvious over Clarke'808, in view of in view of Clarke'809, in view of Huber, further in view of Garrity.

Regarding claim 37, neither Clarke'808 nor Huber teaches wherein the immunopurification utilizes immunoparticles. However, Garrity teaches wherein the immunopurifying step utilizes immunoparticles (col 3, ln 26-29 separator such as magnetic particle) and that the immunoparticles (separators) facilitate separating out and isolation, for example, by a magnetic field (col 6, ln 41-59).
It would have been obvious to a person having ordinary skill in the art to provide the method produced by the combined teachings of Clarke and Huber, wherein the immunopurification utilizes immunoparticles, as taught by Garrity, to obtain the invention as claimed to facilitate separation with reduced effort (eg via magnetic field), as taught by Garrity.

Claims 22 and 27 lack an inventive step under PCT Article 33(3) as being obvious over Clarke'808 in view of Yeung, in view of Huber, further in view of Garrity.

Regarding claim 22, neither Clarke'808 nor Yeung nor Huber teach wherein the immunopurification utilizes immunoparticles. However, Garrity teaches wherein the immunopurifying step utilizes immunoparticles (col 3, ln 30--magnetic particle). It would have been obvious to a person having ordinary skill in the art to provide wherein the immunopurification utilizes immunoparticles, as taught by Garrity, to obtain the invention as claimed to provide a method of detecting dihydroxyvitamin D metabolites in a sample, as taught by Garrity (col 3, ln 30).

Regarding claim 27, neither Clarke'808 nor Yeung nor Huber teach wherein the immunopurification utilizes immunoparticles. However, Garrity teaches wherein the immunopurifying step utilizes immunoparticles (col 3, ln 30--magnetic particle). It would have been obvious to a person having ordinary skill in the art to provide wherein the immunopurification utilizes immunoparticles, as taught by Garrity, for the same reasoning given above for claim 22.

Claim 8 lacks an inventive step under PCT Article 33(3) as being obvious over Clarke'808, in view of Huber, in view of Yeung, further in view of an article entitled " Simultaneous Determination of 25-Hydroxyvitamin D2 and 25-Hydroxyvitamin D3 in Human Plasma by Liquid Chromatography-Tandem Mass Spectrometry Employing Derivatization with a Cookson-Type Reagent " by Higashi, et al. (hereinafter "Higashi") and further in view of WO/1998/018618 to Linker, et al. (hereinafter "Linker").

Regarding claim 8, neither Clarke'808 nor Huber nor Yeung teach wherein said one or more dihydroxyvitamin D metabolites are derivatized with 4' -carboxyphenyl-TAD prior to mass spectrometry. However, Higashi teaches derivatization of 24,25-dihydroxyvitamin D3 with a Cookson-type reagent (4-substituted 1,2,4-triazoline-3,5-dione (pg 738, col 2, para 2) and Linker teaches 4'-carboxyphenyl-TAD (abstract--general formula I and pg 1, ln 22--Q1 fuer Sauerstoff steht, pg 1, ln 24--Q2 fuer Sauerstoff steht and pg2, ln 26--R1 fuer Wasserstoff steht, pg 3, ln 2 R2 fuer Wasserstoff steht and pg 3, ln 5--R3 fuer Wasserstoff steht and pg 3, ln 7--R4 fuer Wasserstoff steht pg 3, ln 9--R5 fuer carboxy steht) pg 3, ln 13, 15--R6 fuer die nachstehende Gruppierung steht -A1-A2-A3 and pg 4, ln 9 and 10--A3 steht fuer Wasserstoff steht mit der Massgabe, dass in diesem Fall A1 und/oder A2 nicht fuer eine Einfachbindung stehen and pg 5, ln 9--R7 fuer Wasserstoff steht). It would have been obvious to a person having ordinary skill in the art to provide a Cookson-type reagent (4-substituted 1,2,4-triazoline-3,5-dione) for derivatization of a vitamin D derivative, as taught by Higashi, with 4'carboxyphenyl-TAD, as taught by Linker, to obtain the invention as claimed to provide a strong dienophile for formation of selective adducts with vitamin D derivatives for detection in small amounts in biological samples, as taught by Higashi (pg 738, col 2, para 2) and Linker (abstract, pg 2, ln 22, 24, 26, pg 3, ln 7, 9, 13, 15, pg 4, ln 9, 10, pg 5, ln 9).

Claims 1-8, 20-42 have industrial applicability as defined by PCT Article 33(4) because the subject matter can be made or used in industry

QUESTMS-00000307

 

## NOTES TO FORM PCT/ISA/220

These Notes are intended to give the basic instructions concerning the filing of amendments under Article 19. The Notes are based on the requirements of the Patent Cooperation Treaty, the Regulations and the Administrative Instructions under that Treaty. In case of discrepancy between these Notes and those requirements, the latter are applicable. For more detailed information, see also the *FCT Applicant's Guide*, a publication of WIPO.

In these Notes, "Article," "Rule" and "Section" refer to the provisions of the PCT, the PCT Regulations and the PCT Administrative Instructions, respectively.

### INSTRUCTIONS CONCERNING AMENDMENTS UNDER ARTICLE 19

The applicant has, after having received the international search report and the written opinion of the International Searching Authority, one opportunity to amend the claims of the international application. It should however be emphasized that, since all parts of the international application (claims, description and drawings) may be amended during the international preliminary examination procedure, there is usually no need to file amendments of the claims under Article 19 except where, e.g. the applicant wants the latter to be published for the purposes of provisional protection or has another reason for amending the claims before international publication. Furthermore, it should be emphasized that provisional protection is available in some States only (see *PCT Applicant's Guide*, Volume I/A, Annexes B1 and B2).

The attention of the applicant is drawn to the fact that amendments to the claims under Article 19 are not allowed where the International Searching Authority has declared, under Article 17(2), that no international search report would be established (see *FCT Applicant's Guide*, Volume I/A, paragraph 296).

**What parts of the international application may be amended ?**

Under Article 19, only the claims may be amended.

During the international phase, the claims may also be amended (or further amended) under Article 34 before the International Preliminary Examining Authority. The description and drawings may only be amended under Article 34 before the International Preliminary Examining Authority.

Upon entry into the national phase, all parts of the international application may be amended under Article 28 or, where applicable, Article 41.

**When ?**  Within 2 months from the date of transmittal of the international search report or 16 months from the priority date, whichever time limit expires later. It should be noted, however, that the amendments will be considered as having been received on time if they are received by the International Bureau after the expiration of the applicable time limit but before the completion of the technical preparations for international publication (Rule 46.1).

**Where not to file the amendments ?**

The amendments may only be filed with the International Bureau and not with the receiving Office or the International Searching Authority (Rule 46.2).

Where a demand for international preliminary examination has been/is filed, see below.

**How ?**  Either by cancelling one or more entire claims, by adding one or more new claims or by amending the text of one or more of the claims as filed.

A replacement sheet must be submitted for each sheet of the claims which, on account of an amendment or amendments, differs from the sheet originally filed.

All the claims appearing on a replacement sheet must be numbered in Arabic numerals. Where a claim is cancelled, no renumbering of the other claims is required. In all cases where claims are renumbered, they must be renumbered consecutively (Section 205(b)).

**The amendments must be made in the language in which the international application is to be published.**

**What documents must/may accompany the amendments ?**

**Letter (Section 205(b)):**

The amendments must be submitted with a letter.

The letter will not be published with the international application and the amended claims. It should not be confused with the "Statement under Article 19(1)" (see below, under "Statement under Article 19(1)").

**The letter must be in English or French, at the choice of the applicant. However, if the language of the international application is English, the letter must be in English; if the language of the international application is French, the letter must be in French.**

Notes to Form PCT/ISA/220 (first sheet)  (October 2005)

QUESTMS-000003083

## Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 4980161 |
| **Application Number:** | 11386215 |
| **International Application Number:** | |
| **Confirmation Number:** | 2019 |
| **Title of Invention:** | Methods for detecting vitamin D metabolites by mass spectrometry |
| **First Named Inventor/Applicant Name:** | Nigel Clarke |
| **Customer Number:** | 30542 |
| **Filer:** | Barry S. Wilson |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 034827-3603 |
| **Receipt Date:** | 17-MAR-2009 |
| **Filing Date:** | 21-MAR-2006 |
| **Time Stamp:** | 18:00:16 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| Submitted with Payment | no |
|---|---|

### File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | IDS03172009.pdf | 177391 <br> 229ccab45c24324aa132b378afac73b04829e85 | yes | 3 |

QUESTMS-00000309

| | | Multipart Description/PDF files in .zip description | | |
|---|---|---|---|---|
| | | **Document Description** | **Start** | **End** |
| | | Information Disclosure Statement Letter | 1 | 2 |
| | | Information Disclosure Statement (IDS) Filed (SB/08) | 3 | 3 |

**Warnings:**

**Information:**

| 2 | Foreign Reference | WO07039193.pdf | 1016532<br><br>2e05fa4caae7a0f2d1d13889fc15ed31fba9818f | no | 29 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 3 | Foreign Reference | WO9618618.pdf | 2973510<br><br>f65dec9fe045ea004a973a76d2e1398b093b1ce18 | no | 126 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 4 | NPL Documents | ISR.pdf | 1303518<br><br>faec22E3c79bf907a25827af204b1015db417598b | no | 15 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| | | **Total Files Size (in bytes):** | 5470951 | |
|---|---|---|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

QUESTMS-00000310

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | Complete if Known | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | | Application Number | 11/386,215 |
| | | | Filing Date | 03/21/2006 |
| | | | First Named Inventor | Clarke et al. |
| | | | Art Unit | 1743 |
| *(use as many sheets as necessary)* | | | Examiner Name | Not assigned |
| Sheet | 1 | of | 1 | Attorney Docket Number | 034827-3603 |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | | | | |

### UNPUBLISHED U.S. PATENT APPLICATION DOCUMENTS

| Examiner Initials* | Cite No.[1] | U.S. Patent Application Document — Serial Number-Kind Code[3] (if known) | Filing Date of Cited Document MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | | | | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No. | Foreign Patent Document Country Code[3] Number[4] Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Documents | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | | | | | |

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog. etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
|---|---|---|---|
| | A1 | Tsugawa et al., Determination of 25-hydroxyvitamin D in human plasma using high-performance liquid chromatography-tandem mass spectrometry. Anal. Chem., 77:3001-3007, 2005. | |
| | A2 | Jones et al., Biological activity of 1,25-Dihydroxyvitamin $D_2$ in the Chick. Biochemistry, 15(3): 713-716, 1976. | |
| | A3 | Watson and Setchell, Analysis of Vitamin D and its metabolites using thermospray liquid chromatography/Mass spectrometry. Biomedical Chromatography, 5:153-160, 1991. | |
| | A4 | Extended European Search Report for EPO Patent Application no. 06749272.8-2404 | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translator is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

DLMR_608055.1

QUESTMS-00000311

Subscriber access provided by - Access paid by the | UCLA Library

Technical Note

# Determination of 25-Hydroxyvitamin D in Human Plasma Using High-Performance Liquid Chromatography–Tandem Mass Spectrometry

Naoko Tsugawa, Yoshitomo Suhara, Maya Kamao, and Toshio Okano

*Anal. Chem.*, **2005**, 77 (9), 3001-3007 • DOI: 10.1021/ac048249c

**Downloaded from http://pubs.acs.org on February 2, 2009**

## More About This Article

Additional resources and features associated with this article are available within the HTML version:

- Supporting Information
- Links to the 4 articles that cite this article, as of the time of this article download
- Access to high resolution figures
- Links to articles and content related to this article
- Copyright permission to reproduce figures and/or text from this article

View the Full Text HTML



## ACS Publications
High quality. High impact.

Analytical Chemistry is published by the American Chemical Society. 1155 Sixteenth Street N.W., Washington, DC 20036

*Anal. Chem.* **2005,** *77,* 3001–3007

# Determination of 25-Hydroxyvitamin D in Human Plasma Using High-Performance Liquid Chromatography–Tandem Mass Spectrometry

**Naoko Tsugawa, Yoshitomo Suhara, Maya Kamao, and Toshio Okano***

*Department of Hygienic Sciences, Kobe Pharmaceutical University, 4-19-1, Motoyamakita-machi, Higashinada-ku, Kobe 658-8558, Japan*

We report here the development of a precise and sensitive method to determine 25-hydroxyvitamin D (25-OH-$D_2$/-$D_3$) in human plasma using high-performance liquid chromatography–tandem mass–mass spectrometry with atmospheric pressure chemical ionization (LC-APCI-MS/MS). The method involves the use of deuterated 25-OH-$D_3$ as an internal standard compound for 25-OH-$D_2$/-$D_3$, which was synthesized in our laboratory, and the selection of a precursor and product ion with a MS/MS multiple reaction monitoring method. The average intraassay and interassay variation values (relative standard deviation) were 5.7 and 2.5%, respectively, for 25-OH-$D_3$ and 4.5 and 5.1%, respectively, for 25-OH-$D_2$. The average spiked recoveries from authentic compounds added to normal human plasma samples for 25-OH-$D_3$ and 25-OH-$D_2$ were 103.8 and 98.8%, respectively. Mean plasma concentrations of 25-OH-$D_3$ and 25-OH-$D_2$ in healthy subjects were 20.5 and 0.4 ng/mL, respectively. We conclude that this novel LC-APCI-MS/MS method would be useful for the evaluation of the vitamin D status in postmenopausal women and elderly subjects and provide useful information in the diagnosis of vitamin D insufficiency/deficiency, as well as for the treatment and prevention of osteoporosis with vitamin D.

Vitamin D is an important regulating factor of calcium metabolism. Vitamin D deficiency or insufficiency is a risk factor for bone metabolic diseases such as rickets, osteomalacia, and osteoporosis.[1] Vitamin D exists naturally in two forms, namely, vitamin $D_2$ and vitamin $D_3$. Dietary vitamin $D_2$ and vitamin $D_3$ originate mainly from mushrooms and fish, respectively.[2] Vitamin $D_3$ is also generated in the skin by sunlight exposure.[3] Vitamin $D_2$ and vitamin $D_3$ have similar metabolic pathways for activation and have equipotent physiological activities in mammals and humans. In general, blood circulating levels of vitamin $D_2$ and its metabolites are much lower than those of vitamin $D_3$ and its metabolites[4] because vitamin $D_2$ is supplied only from the intake of fungi, excluding those who take vitamin $D_2$ supplements.

Vitamin D is metabolized to 25-hydroxyvitamin D (25-OH-D) in the liver[5] and subsequently metabolized to 1,25-dihydroxyvitamin D (1,25(OH)₂D), a hormonal form of vitamin D in the kidney.[6] The half-life and concentrations of 25-OH-D in blood are the longest and the highest among vitamin D metabolites because 25-OH-D predominantly binds vitamin D binding protein (DBP),[7-9] resulting in a stable protein/ligand complex. Thus, the serum or plasma concentration of 25-OH-D is considered to be a good indicator of cumulative effects of exposure to sunlight and dietary intake of vitamin D.[10] In contrast, the circulating level of 1,25(OH)₂D is at the approximately 1/500 to 1/1000 of the 25-OH-D level, and its serum or plasma concentration is considered to be a good clinical marker for bone mineral metabolism because production of 1,25(OH)₂D in the kidney is strictly regulated by calcium regulating hormones, mainly parathyroid hormone (PTH).[11-13]

Recently, it has become evident from epidemiological studies that serum 25-OH-D levels correlate negatively with serum PTH levels,[14-18] and thus vitamin D insufficiency causes secondary hyperparathyroidism with consequent bone loss and osteoporosis, especially in postmenopausal women. On the basis of these findings, much effort has been focused on defining a reference value for the concentration of 25-OH-D needed for the diagnosis

(4) Rapuri, P. B.; Gallagher, J. C.; Haynatzki, G. *Calcif. Tissue Int.* 2004, *74,* 150–6.
(5) Blunt, J. W.; DeLuca, H. F.; Schnoes, H. K. *Biochemistry* 1968, *7,* 3317–22.
(6) Holick, M. F.; Schnoes, H. K.; DeLuca, H. F. *Proc. Natl. Acad. Sci. U.S.A.* 1971, *68,* 803–4.
(7) Mawer, E. B.; Schaefer, K.; Lumb, G. A.; Stanbury, S. W. *Clin. Sci.* 1971, *40,* 39–53.
(8) Vicchio, D.; Yergey, A.; O'Brien, K.; Allen, L.; Ray, R.; Holick, M. *Biol. Mass Spectrom.* 1993, *22,* 53–8.
(9) Kumar, R. *Kidney Int.* 1986, *30,* 793–803.
(10) Haddad, J. G., Jr.; Hahn, T. J. *Nature* 1973, *244,* 515–6.
(11) Portale, A. A.; Booth, B. E.; Halloran, B. P.; Morris, R. C., Jr. *J. Clin. Invest.* 1984, *73,* 1580–9.
(12) Reichel, H.; Koeffler, H. P.; Norman, A. W. *N. Engl. J. Med.* 1989, *320,* 980–91.
(13) Fraser, D. R. *Physiol. Rev.* 1980, *60,* 551–613.
(14) Krall, E. A.; Sahyoun, N.; Tannenbaum, S.; Dallal, G. E.; Dawson-Hughes, B. *N. Engl. J. Med.* 1989, *321,* 1777–83.
(15) Kruse, K.; Bartels, H.; Kracht, U. *Eur. J. Pediatr.* 1984, *141,* 158–62.
(16) Lips, P.; Wiersinga, A.; van Ginkel, F. C.; Jongen, M. J.; Netelenbos, J. C.; Hackeng, W. H.; Delmas, P. D.; van der Vijgh, W. J. *J. Clin. Endocrinol. Metab.* 1988, *67,* 644–50.
(17) Webb, A. R.; Pilbeam, C.; Hanafin, N.; Holick, M. F. *Am. J. Clin. Nutr.* 1990, *51,* 1075–81.
(18) Zeghoud, F.; Vervel, C.; Guillozo, H.; Walrant-Debray, O.; Boutignon, H.; Garabedian, M. *Am. J. Clin. Nutr.* 1997, *65,* 771–8.

* To whom correspondence should be addressed. E-mail: t-okano@kobepharma-u.ac.jp.
(1) DeLuca, H. F. *FASEB J.* 1988, *2,* 224–36.
(2) Takeuchi, A.; Okano, T.; Teraoka, S.; Murakami, Y.; Kobayashi, T. *J. Nutr. Sci. Vitaminol.* 1984, *30,* 11–25.
(3) Holick, M. F. *Fed. Proc.* 1987, *46,* 1876–82.

10.1021/ac048249e CCC: $30.25   © 2005 American Chemical Society
Published on Web 04/02/2005

QUESTMS-00000313

of vitamin D insufficiency/deficiency. In much of the literature, a serum 25-OH-D concentration ranging from 50 to 80 nmol/L (20–32 ng/mL) has been recommended as the cutoff value in judging vitamin D insufficiency. However, many reports have also pointed out the marked interlaboratory variability in the serum 25-OH-D measurement, making it difficult to define the optimal serum 25-OH-D concentration for the maintenance of bone health. Therefore, precise and reliable methods to determine serum 25-OH-D concentration are required. Plasma or serum 25-OH-D concentration can be measured by HPLC with a UV detector,[19] competitive protein binding (CPBA),[20] radioimmunoassay (RIA),[21,22] enzyme immunoassay (EIA),[23] or automated chemiluminescence protein-binding assay (CLPBA).[24] In recent years, RIA, EIA, and CLPBA have been widely used in many laboratories and hospitals because of their superior simplicity, rapidity, and accuracy. However, these methods require high-quality control to ensure reliable results.[25–28] HPLC is the most reliable method for determining 25-OH-D and is considered to be the gold standard for the validation of serum 25-OH-D measurement. However, HPLC the method sometimes has difficulties with respect to the separation of the analytes of interest with contaminants derived from plasma or serum components. Against this background, we aimed in the present study to develop a novel method to determine serum 25-OH-D more reliably, namely, a gold standard better than HPLC, and confirm its validation as a precise assay for 25-OH-D.

In the United States and Japan, vitamin $D_2$ has been widely used in vitamin D supplements. Therefore, to judge vitamin D status, both 25-OH-$D_3$ and 25-OH-$D_2$ must be measured simultaneously by the assay. In addition, conventional RIA and CLPBA methods measure 25-OH-D along with 24,25(OH)$_2$D because their antibodies and DBP exhibit a 100% cross-reaction with 24,25(OH)$_2$D. Therefore, we decided to develop a method to ensure reliable results of serum 25-OH-D and 24,25(OH)$_2$D concentrations.

## EXPERIMENTAL SECTION

**Reagents and Chemicals.** HPLC-grade solvents and reagents for chemical synthesis were purchased from Nakarai Tesque, Inc. (Kyoto, Japan) and Wako Pure Chemical Industries, Ltd. (Osaka, Japan). The deuterated [$^2$H$_6$]-25-OH-$D_3$ used as an internal standard was synthesized in our laboratory, and the chemical identity of the product was confirmed by nuclear magnetic resonance (NMR) spectrometry and high-resolution mass spectra (HREIMS) (Scheme 1). Standard compounds for 25-OH-$D_3$, 25-OH-$D_2$, and 24,25(OH)$_2$D$_3$ were gifts from Chugai Pharmaceutical Co. Ltd. (Tokyo, Japan). A 25-hydroxyvitamin D $^{125}$I radioimmu-

(19) Jones, G. *Clin. Chem.* **1078**, *24*, 287–98.
(20) Haddad J. G.; Chyu, K. J. *J. Clin. Endocrinol. Metab* **1971**, *33*, 992–6.
(21) Hollis, B. W.; Napoli, J. L. *Clin. Chem.* **1985**, *31*, 1815–9.
(22) Hollis, B. W.; Kamerud, J. Q.; Selvaag, S. R.; Lorenz, J. D.; Napoli, J. L. *Clin. Chem.* **1993**, *39*, 529–33.
(23) Lind, C.; Chen, J.; Byrjalsen, I. *Clin. Chem.* **1997**, *43*, 943–9.
(24) Nichols ADVANTAGE *25-hydroxyvitamin D assay*, product insert; Nichols Institute Diagnostics: San Juan Capistrano, CA, 2001.
(25) Carter, G. D.; Carter, R.; Jones, J.; Berry, J. *Clin. Chem.* **2004**, *50*, 2195–7.
(26) Carter, G. D.; Carter, R.; Gunter, E.; Jones, J.; Jones, G.; Makin, H. L.; Sufi, S. *J. Steroid Biochem. Mol. Biol.* **2004**, *89–90*, 467–71.
(27) Binkley, N.; Krueger, D.; Cowgill, C. S.; Plum, L.; Lake, E.; Hansen, K. E.; DeLuca, H. F.; Drezner, M. K. *J. Clin. Endocrinol. Metab.* **2004**, *89*, 3152–7.
(28) Hollis, B. W. *Clin. Chem.* **2000**, *46*, 1657–61.

## Scheme 1. Synthetic Route to Deuterated 25-Hydroxyvitamin D₃ Analogues[a]



[a] Reagents: (a) 1.5 M $^n$BuLi in hexane, HMPA, 88%; (b) Na–Hg, Na$_2$HPO$_4$, 93%; (c) pTsOH, MeOH, 85%; (d) TPAP, NMO, 90%; (e) 1.0 M NaHMDS in THF, BrCH$_2$PPh$_3$Br, 52%; (f) Pd(PPh$_3$)$_4$, toluene/Et$_3$N (1:3); (g) $^n$Bu$_4$NF in THF, 48% over yield as a mixture of **1a** and **1b** in two steps.

noassay (RIA) kit (DiaSorin Inc., Stillwater, MN) was used to compare the assayed values from our LC-APCI-MS/MS method with those from the RIA method. Plasma concentrations of total intact PTH (PTH 1–84 plus PTH 7–84) and whole PTH (PTH 1–84 alone) were measured by immunoradiometric (IRMA) assay kit (Scantibodies Laboratory, Inc. Santee, CA).

A liquid control human serum (Lot No. DG118) was purchased from Wako Pure Chemical.

**Preparation of Standard Solutions.** A standard mixture (25-OH-$D_3$, 25-OH-$D_2$, and 24,25(OH)$_2$D$_3$) stock solution of 100 ng/mL for the reference compounds was prepared in ethanol and stored at –30 °C prior to use. For the analytical curves, working solutions of the standard mixture, ranging from 10 to 200 ng/mL, were prepared by dilution of the stock solution with ethanol. A stock solution of 10 μg/mL as an internal standard (deuterated 25-OH-$D_3$; [$^2$H$_6$]-25-OH-$D_3$) as shown in Scheme 1 was prepared by dilution in ethanol and stored at –30 °C prior to use. Dilution of the solution with ethanol gave working internal standard solutions of 400 and 100 ng/mL, respectively. The 400 ng/mL mixture was used to determine vitamin D metabolites in human plasma samples. An equal amount of the standard solution of 10–200 ng/mL and a [$^2$H$_6$]-25-OH-$D_3$ solution of 100 ng/mL produced the solution used for the standard curve. The final concentration ranged from 5 to 100 ng/mL in the case of the standard and contained 50 ng/mL of the standard solution.

**Sample Preparation.** A liquid control serum was used to validate the LC-APCI-MS/MS method. From healthy subjects 98 human plasma samples were obtained, through the help of Dr. Masataka Shiraki, the Research Institute and Practice for Involutional Disease, Nagano, Japan. Exactly 0.1 mL of serum or plasma sample was placed in a screwed-capped Pyrex tube. After addition of the internal standard (2 ng of [$^2$H$_6$]-25-OH-$D_3$ in 5 μL

QUESTMS-00000314

of ethanol), 0.2 mL of methanol was added for protein removal. The mixture was shaken for 1 min and centrifuged at 3000 rpm for 15 min. The supernatant was applied to a Bond Elute $C_{18}$ silica column (Waters, USA) and washed with 15 mL of methanol:water (30:70 (v/v)). 25-OH-$D_2$, 25-OH-$D_3$, and 24,25(OH)$_2D_3$ were eluted into the same fraction with 6 mL of methanol:acetonitrile (20:80 (v/v)). The elute was evaporated under reduced pressure, and the resulting residue was dissolved with 100 $\mu$L of methanol. The 50 $\mu$L aliquots were applied to the LC-APCI/MS/MS system.

**Apparatus and HPLC Conditions.** The HPLC analyses were conducted with a Shimadzu HPLC system (Shimadzu, Kyoto, Japan) consisting of a binary pump (LC-10AD liquid chromatograph), automatic solvent degasser (DGU-14A degasser), and autosampler (SIL-10AD auto injector). Separation was carried out using a reversed-phase $C_{18}$ analytical column (CAPCELL PAK $C_{18}$ UG120, 5 $\mu$m; 4.6 i.d. × 250 mm; SHISEIDO, Tokyo, Japan) with a solvent system consisting of methanol:water (95:5 (v/v)) as the mobile phase and a flow rate of 0.5 mL/min. The HPLC system was controlled by a SCL-10A system controller (Shimadzu, Kyoto, Japan).

**Apparatus and Mass Spectrometry.** Mass spectrometry was performed with an API3000 LC/MS/MS system (Applied Biosystems, Foster City, CA), equipped with an APCI electrospray interface. All MS data were collected in the positive ion mode. Typically, setting source conditions were as follows: corona discharge needle voltage, 5.0 kV; vaporizer temperature, 400 °C; sheath gas (high-purity nitrogen) pressure, 50 psi; auxiliary gas, none; transfer capillary temperature, 220 °C. The electron multiplier voltage was set at 850 eV. The ion energies of quadrupole 1 (Q1) and quadrupole 3 (Q3) were 0.5 and 0.6. Multipliers were set to 650 V, and the dwell times for 25-OH-$D_3$, 25-OH-$D_2$, 24,25(OH)$_2D_3$, and [$^2H_6$]-25-OH-$D_3$ were 300 ms.

**Quantitation.** Quantitative analysis was carried out using MS/MS-MRM of the precursor/product ion for 25-OH-$D_3$ ($m/z$ 401.4/257.0), [$^2H_6$]-25-OH-$D_3$ ($m/z$ 407.4/263.4), 25-OH-$D_2$ ($m/z$ 413.4/355.4), and 24,25(OH)$_2D$ ($m/z$ 317.4/363.1) with a dwell time of 300 ms. Five different concentrations of standard solutions ranging from 5 ng/mL (0.25 ng/50 $\mu$L) to 100 ng/mL (5 ng/50 $\mu$L) were used to make calibration curves. Each standard solution contained 50 ng/mL of internal standard. The ratio of the standard to the internal standard peak area was used to calibrate by linear regression analysis. The measured data of samples were converted to the concentration in 1 mL of plasma according to the following equation: plasma concentration (ng/mL) = measured data × (20/50).

**Sensitivity, Precision, and Accuracy.** Interassay and intraassay variations (RSD) and spiked recoveries for 25-OH-$D_3$, 25-OH-$D_2$, and 24,25(OH)$_2D$ were calculated from the control serum. Sample dilution tests for 25-OH-$D_3$, 25-OH-$D_2$, and 24,25(OH)$_2D_3$ were also performed using the control serum. The 98 plasma samples obtained from healthy postmenopausal women were used to evaluate the correlation between the data obtained from our LC-APCI-MS/MS method and the conventional RIA method.

**Sample Collection.** Blood samples (10 mL) were collected into heparinized tubes from a convenient forearm vein. The samples were centrifuged at 2000$g$ for 5 min at room temperature, and the plasma was separated and stored at −30 °C until the assay of vitamin D metabolite concentrations.

**Chemical Synthesis of Deuterated 25-Hydroxyvitamin $D_3$ and Data Analysis.** The synthesis method and the data on deuterated 25-hydroxyvitamin $D_3$ as an internal standard are shown in Scheme 1 and described as follows. The 500 MHz $^1H$ NMR spectra data of the synthetic compounds were measured on a Varian VXR-500. All compounds were dissolved in deuterized chloroform (CDCl$_3$; Merck, Germany). Chemical shifts are given in parts per million ($\delta$) using tetramethylsilane (TMS) as the internal standard. Mass spectra were registered on a JMS SX-102A instrument. Column chromatography was carried out on silica gel 60 F254 (Merck). Unless otherwise noted, all reagents were purchased from commercial suppliers and used as received.

**Deuterated Sulfone (4).** To a solution of 3[rs] (3.0 g, 11.0 mmol) in dry tetrahydrofuran (THF; 4 mL) and hexamethylphosphoranide (HMPA; 4.4 mL), $n$-BuLi solution (1.6 M in $n$-hexane, 6.8 mL, 11.0 mmol) was added dropwise with stirring at −78 °C. The resulting mixture was stirred for 10 min; then a solution of 2[30] (1.6 g, 3.6 mmol) in dry THF (10 mL) was added. The mixture was stirred at −78 °C for 40 min, and then the reaction was quenched by adding saturated aqueous NH$_4$Cl solution. The whole was extracted with ethyl acetate. The organic solution was dried over magnesium sulfate, filtered, and concentrated. The crude product was separated by silica gel column chromatography (ethyl acetate:$n$-hexane = 1:10) to give deuterated sulfone 4 (1.9 g) in 88% yield. $^1H$ NMR (500 MHz, CDCl$_3$): $\delta$ −0.024 (3H, s), −0.021 (3H, s), 0.66 (3H, d, $J$ = 6.4 Hz), 0.85 and 0.87 (9H, s), 2.08 (1H, m), 2.15 (1H, dd, $J$ = 1.5, 14.5 Hz), 3.27 (3H, s), 3.96 (1H, br s), 4.52 (1H, d, $J$ = 7.5 Hz), 4.56 (1H, dd, $J$ = 7.5, 12.5 Hz), 4.63 (1H, d, $J$ = 7.5 Hz), 2.32 (1H, dd, $J$ = 4.0, 15.5 Hz), 7.55 (2H, t, $J$ = 6.3 Hz), 7.63 (1H, t, $J$ = 6.3 Hz), 7.88 (2H, t, $J$ = 6.3 Hz). $^{13}C$ NMR (125 MHz, CDCl$_3$): $\delta$ −5.5, −4.9, 14.2, 17.5, 18.0, 18.1, 23.0, 25.7, 27.0, 27.7, 32.0, 33.4, 34.3, 38.1, 38.4, 40.6, 40.7, 42.3, 52.9, 53.0, 55.1, 57.0, 58.0, 58.4, 58.6, 25.8, 69.3, 90.9, 91.0, 128.9, 129.0, 133.3, 133.4, 138.3, 138.9. HRMS. Calcd for [C$_{32}H_{56}D_6O_4SSi$]: 586.3988. Found: 586.3986.

**(20R)-De-A,B-8$\beta$-[($tert$-butyldimethylsilyl)oxy]-25-[(methyloxymethyl)oxy]cholestane (5).** A saturated solution of Na$_2$-HPO$_4$ (20 g) in MeOH (30 mL) was added to a stirred solution of 4 (1.5 g, 2.6 mmol) in 30 mL 30 mL of THF. To this mixture was added a 5% sodium amalgam (35 g) at 0 °C. The resulting suspension was stirred under argon for 1 h at room temperature. The mixture was diluted with ether, and the whole was filtered over Celite and concentrated. The residue was purified by silica gel column chromatography (ethyl acetate:$n$-hexane = 1:8) to give 5 (1.10 g) as a colorless oil at a 98% yield. $^1H$ NMR (500 MHz, CDCl$_3$): $\delta$ −0.03 (3H, s), −0.02 (3H, s), 0.87 (9H, s), 3.31 (1H, dd, $J$ = 1.5, 8.0 Hz), 3.34 (3H, s), 3.97 (1H, m), 4.68 (2H, s). $^{13}C$ NMR (125 MHz, CDCl$_3$): $\delta$ −5.1, −4.8, 13.7, 17.7, 18.0, 18.6, 20.5, 23.1, 25.8, 27.3, 34.5, 35.3, 36.3, 40.7, 42.1, 53.1, 55.1, 56.8, 69.5, 91.0. HRMS. Calcd for [C$_{26}H_{48}D_6O_3Si$]: 446.4056. Found: 446.4052.

(29) (a) Fujishima, T.; Konno, K.; Nakagawa, K.; Kurobe, M.; Okano, T.; Takayama, H. *Bioorg. Med. Chem.* **2000**, *8*, 123−34.

(30) The side chain moiety 2, deuterated 2-methyl-4-(phenylsulfonyl)butan-2-ol MOM-ether, was synthesized via three-step conversion ((a) MeOH/H$_2$SO$_4$, rt, 93%; (b) CD$_3$MgBr/THF, 0 °C, 90%; (c) MOMCl/Pr$_2$Net, rt, 96%) of commercially available 3-(phenylsulfonyl)propionic acid. Compound 2. $^1H$ NMR (500 MHz, CDCl$_3$): $\delta$ 1.88 (2H, dt, $J$ = 4.6, 8.8 Hz), 3.22 (2H, dt, $J$ = 4.0, 8.5 Hz), 3.27 (3H, s), 4.59 (2H, s), 7.56−7.60 (2H, m), 7.65−7.68 (1H, m), 7.91−7.93 (2H, m). $^{13}C$ (125 MHz, CDCl$_3$): $\delta$ 34.3, 51.9, 55.2, 91.0, 128.0, 129.2, 133.6, 139.1. HRMS. Calcd for [C$_{12}H_{12}D_3O_4S$]: 278.1459. Found: 278.1433.

QUESTMS-00000315

**(20R)-De-A,B-cholestane-8β,25-diol (6).** To a solution of **5** (100 mg, 0.22 mmol) in MeOH (4 mL) was added p-TsOH·H₂O (191 mg, 1.00 mmol) at room temperature. The reaction mixture was stirred at room temperature for 12 h. The solution was concentrated with silica gel (1.2 g) and purified by silica gel column chromatography (ethyl acetate:n-hexane = 1:2) to give **6** (52 mg) as a colorless oil in 85% yield. ¹H NMR (500 MHz, CDCl₃): δ 0.91 (3H, d, J = 7.0 Hz), 0.93 (3H, s), 1.84 (2H, m), 2.01 (1H, m), 4.07 (1H, m). ¹³C NMR (125 MHz, CDCl₃): δ 13.5, 17.4, 18.5, 20.7, 22.5, 27.2, 33.6, 35.3, 36.3, 40.4, 41.9, 44.3, 52.6, 56.6, 69.4. HRMS. Calcd for [C₁₈H₃₂D₆O₂]: 288.2929. Found: 288.2931.

**(20R)-De-A,B-25-hydroxycholestan-8-one (7).** Solid tetrapropylammonium perruthenate (TPAP, 135 mg, 0.38 mmol) was added to a stirred mixture of **6** (190 mg, 0.66 mmol), 4-methylmorpholine N-oxide (NMO, 198 mg, 1.7 mmol), and 4 Å MS (50 mg) in dry CH₂Cl₂ (10 mL) at room temperature under argon. After completion of the reaction, the mixture was directly purified by silica gel column chromatography (ethyl acetate:n-hexane = 1:3) to give the ketone **7** (170 mg) as a colorless oil in 90% yield. ¹H NMR (500 MHz, CDCl₃): δ 0.61 (3H, s), 0.94 (3H, d, J = 6.5 Hz), 2.42 (1H, dd, J = 7.5, 11.5 Hz), 4.07 (1H, m). ¹³C NMR (125 MHz, CDCl₃): δ 12.5, 18.7, 19.1, 20.7, 24.0, 27.5, 35.5, 36.2, 39.0, 40.9, 44.1, 49.9, 56.6, 62.0, 71.0, 212.1. HRMS. Calcd for [C₁₈H₃₀D₆O₂]: 286.2773. Found: 286.2775.

**(E)-(20R)-De-A,B-8-(bromomethylene)cholestan-25-ol (8).** To a solution of (bromomethylene)triphenylphosphonium bromide (389 mg, 0.90 mmol) in THF (1.5 mL) was added sodium bis(trimethylsilyl)amide (NaHMDS) (1.0 M in THF, 0.86 mL, 0.86 mmol) at −60 °C under argon. After stirring for 1 h, a solution of **7** (50 mg, 0.18 mmol) in THF was added. After an additional 1 h at room temperature, the reaction mixture was diluted with n-hexane. The filtrate was concentrated and then purified by silica gel column chromatography (ethyl acetate:n-hexane = 1:5) to give **8** (33 mg) as colorless oil in 52% yield. ¹H NMR (500 MHz, CDCl₃): δ 0.56 (3H, s), 0.94 (3H, d, J = 6.5 Hz), 2.88 (1H, m), 5.64 (1H, s). ¹³C NMR (125 MHz, CDCl₃): δ 12.5, 18.7, 19.1, 20.7, 24.0, 27.5, 35.5, 36.2, 39.0, 40.9, 44.1, 49.9, 56.6, 62.0, 71.0, 98.0, 145.4. HRMS. Calcd for [C₁₉H₂₉D₆BrO]: 362.2085. Found: 362.2082.

**Deuterated 25-Hydroxyvitamin D₃ (1a,b).** A mixture of tetrakis(triphenylphosphine)palladium (47 mg, 0.04 mmol) and triethylamine (1.5 mL) in toluene (0.5 mL) was stirred for 10 min at room temperature; then a solution of the A-ring moiety 9[31] (70 mg, 294 mmol) and deuterated CD-ring **8** (70 mg, 193 mmol) in toluene (1.0 mL) was added. After being stirred for 15 min at room tenperature, the resultant yellow solution was heated at reflux for 2 h. The reaction mixture was filtered through a pad of silica gel (20% EtOAc in hexanes), giving the crude protected vitamin as a white solid, which was used in the next step without further purification.

To a stirred solution of the crude protected vitamin in THF (2.0 mL) was added tetrabutylammonium fluoride—1.0 M THF solution (2.0 mL). After being stirred for 12 h at room temperature, the reaction mixture was diluted with EtOAc (10 mL) and washed with saturated aqueous NaHCO₃ (5 mL) and brine (5 mL). The aqueous layer was dried over Na₂SO₄. Filtration and concentration, followed by preparative thin-layer chromatography on silica gel (10% MeOH in CH₂Cl₂), gave 38 mg of a diastereomer mixture deuterated 25-hydroxyvitamin D₃ (**1a,b**; 48% over yield in 2 steps) as a white solid. Further separation of the mixture of **1a** and **1b** was conducted by using straight-phase HPLC (SUMITOMO SUMICHIRAL OA-2000 column, 5 μm, 4.6 × 250 mm, 1.0 mL/min, 3.5% 2-propanol/hexane). The 500 MHz ¹H NMR spectra of deuterated 25-hydroxyvitamin D₃ (**1a,b**) were measured on a Varian VXR-500 (¹H, 499.9 MHz). Purified compounds were dissolved in 40 μL of CDCl₃ and transferred into a nanoprobe. Chemical shifts are given in parts per million (δ) using TMS as the internal standard. Mass spectra were obtained using an M-4100 (Hitachi, Tokyo, Japan).

*Deuterated 3Epi-25-hydroxyvitamin D₃ (1a).* ¹H NMR (500 MHz, CDCl₃): δ 0.55 (s, 3H), 0.94 (d, J = 6.5, 3H), 1.11–1.68 (m, 16H), 1.84–1.88 (m, 2H), 1.96–2.02 (m, 2H), 2.15 (m, 1H), 2.27 (m, 1H), 2.40 (m, 1H), 2.58 (dd, J = 4.0, 13.0, 1H), 2.82 (dd, J = 4.0, 13.5, 1H), 3.88 (m, 1H), 4.84 (m, 1H), 5.06 (m, 1H), 6.04 (d, J = 12.0, 1H), 6.24 (d, J = 11.0, 1H). HREIMS. Calcd for C₂₇H₃₈D₆O₂ (M⁺): 406.3712. Found: 406.3718.

*Deuterated 25-Hydroxyvitamin D₃ (1b).* ¹H NMR (500 MHz, CDCl₃): δ 0.55 (s, 3H), 0.94 (d, J = 6.5, 3H), 1.11–1.68 (m, 16H), 1.84–1.90 (m, 2H), 1.96–2.02 (m, 2H), 2.18 (m, 1H), 2.30 (m, 1H), 2.40 (m, 1H), 2.58 (dd, J = 4.0, 13.0, 1H), 2.83 (dd, J = 4.5, 12.0, 1H), 3.95 (m, 1H), 4.82 (m, 1H), 5.05 (m, 1H), 6.04 (d, J = 11.5, 1H), 6.24 (d, J = 11.0, 1H). HREIMS. Calcd for C₂₇H₃₈D₆O₂ (M⁺): 406.3712. Found: 406.3721.

**RESULTS AND DISCUSSION**

**Method Development.** Separation of the three vitamin D metabolites and [²H₆]-25-OH-D₃ in human plasma was achieved in 11 min. The reliability of the LC method was evaluated on the basis of the variation in retention time. The RSD, calculated from retention times from over 30 injections proved to be less than 1.0% for all compounds, indicating good chromatographic reproducibility. The precursor and product ions for each analyte of interest were determined by direct infusion of single-analyte solutions (1 μg/mL in methanol). After optimization of the separation process and selection of a unique precursor–product combination for each compound, a quantitative LC-APCI-MS/MS method was developed on the basis of MRM.

To ensure maximum sensitivity in the MS analysis, the chromatographic run was divided into seven segments. Each segment was optimized for the compounds of interest eluted within a given time period. The following ion transitions and optimized compound parameters were obtained: 25-OH-D₂ (precursor ion/product ion (m/z), 401.4/257.0; disclustering potential (DP), 16; focusing potential (FP), 80; entrance potential (EP), 10; collision energy (CE), 19; collision cell exit potential (CXP), 20), [²H₆]-25-OH-D₂ (m/z, 407.4/263.4; DP, 21; FP, 80; EP, 10; CE, 21; CXP, 18), 25-OH-D₂ (m/z, 413.4/355.4; DP, 16; FP, 70; EP, 10; CE, 15; CXP, 26), and 24,25-(OH)₂D₃ (m/z, 417.4/363.1; DP, 21; FP, 90; EP, 10; CE, 15; CXP, 24).

---

(31) The A-ring moiety 9, 5-(tert-butyldimethylsilyl)oxyoct-1en-7-yne, was obtained via two-step chemical synthesis (a) LiCCH EDTA complex, 80%; (b) TBDMSOTf, 2,6-lutidine, 90%) from commercially available 1,2-epoxy-5-hexene. Compound 9. ¹H NMR (500 MHz, CDCl₃): δ 0.07 (3H, s), 0.08 (3H, s), 0.90 (9H, s), 1.59–1.86 (1H, m), 1.70–1.77 (1H, m), 1.98 (1H, t, J = 2.5 Hz), 2.04–2.11 (1H, m), 2.15–2.23 (1H, m), 2.28–2.38 (2H, m), 3.80–3.85 (2H, m), 4.95–4.98 (1H, m), 5.01–5.06 (1H, m), 5.49–5.87 (1H, m). ¹³C NMR (125 MHz, CDCl₃): δ 18.1, 25.6, 25.8, 27.3, 29.3, 35.7, 69.9, 70.3, 81.5, 114.5, 138.5. HRMS. Calcd for [C₁₆H₃₀OSi]: 238.1783. Found: 238.1750.

QUESTMS-00000316



**Figure 1.** MRM chromatograms of standard solution (25 ng/mL; A) and control serum (B). (A) The retention times of the standards were as follows: 25-OH-D₃, 9.8 min; 25-OH-D₂, 10.3 min; 24,25(OH)₂D₃, 7.5 min; deuterated 25-OH-D₃, 9.7 min. (B) 25-OH-D₃ was detected as the main vitamin D metabolite. Both 25-OH-D₂ and 24,25(OH)₂D₃ were observed as minor peaks in the control serum.

**Deuterated 25-OH-D₃.** As a preliminary experiment, we detected 25-OH-D₂, 25-OH-D₃, and 24,25(OH)₂D₂ in several human plasma samples using LC-APCI-MA/MS. The efficiency of methanol extraction from plasma was almost identical among 25-OH-D₃, 25-OH-D₂, and 24,25(OH)₂D₃, these compounds were eluted in the same fraction from a Bond Elute C₁₈ column using a mixed solution of methanol−acetonitrile (20:80 (v/v)) as the eluting solvent, and they were successfully separated from other contaminants with high recoveries. Therefore, we decided to use [²H₆]-25-OH-D₃ as an internal standard to measure the three vitamin D metabolites with LC-APCI-MS/MS. The stable isotopes are nonradioactive forms of elements that occur naturally within the environment and have applications for human research. There have been recent studies using stable isotope-labeled vitamins, such as deuterated menaquinone-4 and ¹⁸O-labeled vitamin K homologues, to examine metabolic pathways in vitro and quantification of vitamin K homologues using mass spectrometry.[32] In the present study, we tried to synthesize deuterated 25-OH-D₃. The efficiency of extraction could be adjusted accurately since the chemical property of the labeled compound is almost the same as that of 25-OH-D₃ and very similar to those of the other two vitamin D metabolites. The synthesis of deuterated 25-OH-D₃ was carried out as shown in Scheme 1.

Thus [²H₆]-25-OH-D₃ was prepared for LC-APCI-MS/MS detection.

**Sensitivity, Precision, and Accuracy.** Calibration using internal standardization with standard samples and [²H₆]-25-OH-D₃ was performed. Under the stated conditions, stock solutions proved to be stable for at least 3 months. Analyte responses in the stability experiments were within the variability range obtained for precision and accuracy. No significant loss or deterioration of any of the compounds of interest was observed. Analytes were stable during sample pretreatment at room temperature.

The method fulfilled our analytical standard criteria. MRM provided high specificity for all of the compounds, and no cross-talk interference with [²H₆]-25-OH-D₃ was observed. The positive precursor ions APCI-MS of 25-OH-D₃, 25-OH-D₂, 24,25(OH)₂D₃, and [²H₆]-25-OH-D₃ showed base peaks at m/z 401.4, 413.4, 417.4, and 407.4 corresponding to protonated molecules, respectively. The product ions of 25-OH-D₃, 25-OH-D₂, 24,25(OH)₂D₃, and [²H₆]-25-OH-D₃ were m/z 257.0, 355.4, and 363.1 and that of the labeled analogue was m/z 263.4. Each calibration curve could be drawn as a linear line through zero. All values were calculated as ratios (intensity of analyte area)/(that of internal standard area). Over the range of the compounds of interest, 25−100 ng/mL, positive ion APCI produced a linear response and the correlation coefficients of the calibration curves in 25-OH-D₃, 25-OH-D₂, and 24,25(OH)₂D₃ were 0.9997, 1.0000, and 0.9991, respectively. LC-APCI-MS/MS was used throughout this investigation because of its wide dynamic range and linearity of detector response. Thus, 25-OH-D₃, 25-OH-D₂, and 24,25(OH)₂D₃ could all be directly detected without conversion to other derivatives.

MRM chromatograms of standard solution and control serum are shown in Figure 1. Retention times of the compounds were as follows: 25-OH-D₃, 9.8 min; 25-OH-D₂, 10.3 min; 24,25(OH)₂D₃, 7.5 min; and [²H₆]- 25-OH-D₃, 9.7 min. MRM provided high specificity for all of the compounds, and no cross-talk interference between 25-OH-D₃ and [²H₆]-25-OH-D₃ was observed. 25-OH-D₃ was detected as a major peak, however, and both 25-OH-D₂ and 24,25(OH)₂D₃ were observed as minor peaks in the control serum.

As shown in Table 1, the intraassay and interassay variations (RSD) for 25-OH-D₃, 25-OH-D₂, and 24,25(OH)₂D₃ were 5.7, 4.5, and 11.4%, respectively, and 2.5, 5.1, and 9.9%, respectively. Averaged spiked recoveries from authentic compounds (25-OH-D₃, 20.0 ± 1.1 ng/mL; 25-OH-D₂, 2.5 ± 0.1 ng/mL; and 24,25(OH)₂D₃, 2.8 ± 1.1 ng/mL) added to the control serum for 25-OH-D₃, 25-OH-D₂, and 24,25(OH)₂D₃ were 103.8, 99.3, and 98.8%, respectively. With this method, the detection limits for each

(32) Suhara, Y.; Kamao, M.; Tsugawa, N.; Okano, T. *Anal. Chem.* **2005**, *77*, 757−63.

QUESTMS-00000317

**Table 1. Accuracy of Measurement of 25-OH-D₃, 25-OH-D₂, and 24,25(OH)₂D₃[a]**

| metabolites | mean SD | RSD (%) |
|---|---|---|
| 25-OH-D₃ | | |
| intraassay ($n = 10$) | $20.3 \pm 1.1$ ng/mL | 5.7 |
| interassay ($n = 5$) | $18.6 \pm 0.5$ ng/mL | 2.5 |
| recovery ($n = 5$) | $103.8 \pm 4.3$ % | 4.1 |
| 25-OH-D₂ | | |
| intraassay ($n = 10$) | $2.5 \pm 0.1$ ng/mL | 4.5 |
| interassay ($n = 5$) | $2.7 \pm 0.1$ ng/mL | 5.1 |
| recovery ($n = 5$) | $99.3 \pm 2.2$ % | 2.2 |
| 24,25(OH)₂D₃ | | |
| intraassay ($n = 10$) | $2.8 \pm 0.3$ ng/mL | 11.4 |
| interassay ($n = 5$) | $2.5 \pm 0.3$ ng/mL | 9.9 |
| recovery ($n = 5$) | $98.8 \pm 5.1$ % | 5.2 |

[a] Control serum was used to evaluate the accuracy and recovery rate of 25-OH-D₃, 25-OH-D₂, and 24,25(OH)₂D₃

compound were 2.5 ng/mL (0.125 ng/injection, an amount corresponding to 1 ng/mL as a plasma concentration) at 3 times the signal/noise (S/N) ratio. For the dilution test, 25-OH-D₃, 25-OH-D₂, and 24,25(OH)₂D₃ were determined in the control serum, which was diluted with the same volume or three volumes of phosphate buffered saline ($n = 3$). Ratios to nondiluted serum were calculated, and linear regression analysis of these ratios and dilution factors was performed. Correlation coefficients in the analysis of 25-OH-D₃, 25-OH-D₂, and 24,25(OH)₂D₃ were 0.9999, 0.9967, and 0.9997, respectively. These results proved our system was reliable and reproducible for measurements of 25-OH-D₃, 25-OH-D₂, and 24,25(OH)₂D₃ in plasma and allowed the measurements of the above vitamin D metabolites in relation to at least 0.1 mL of plasma.

**Comparison of the Proposed LC-APCI-MS/MS Method with the Conventional RIA Method.** This method was applied to the assay for 25-OH-D and 24,25(OH)₂D₃ in plasma samples obtained from 98 healthy postmenopausal women in Japan. 25-OH-D₃ was detected as a major vitamin D metabolite in all the samples. In contrast, 25-OH-D₂ and 24,25(OH)₂D₃ were clearly detected in 12 and 16 of 98 samples, respectively, and other samples had undetectable or negligible levels of the two vitamin D metabolites. Concentrations of 25-OH-D₃, 25-OH-D₂, and 24,25(OH)₂D₃ in plasma were $20.5 \pm 7.94$, $0.4 \pm 1.35$, and $0.5 \pm 0.69$ ng/mL, respectively. We compared the proposed method with the conventional RIA method using a DiaSorin RIA kit. The DiaSorin RIA kit uses polyclonal antibodies against 25-OH-D₃ that exhibit 100% cross-reaction with 25-OH-D₂ and 24,25(OH)₂D₃, resulting in a total concentration of the three vitamin D metabolites. Therefore, we calculated the total concentration from each concentration of 25-OH-D₂, 25-OH-D₃, and 24,25(OH)₂D₃ obtained from LC-APCI-MS/MS. The concentrations of 25-OH-D measured by the RIA method and 25-OH-D plus 24,25(OH)₂D₃ measured by the LC-APCI-MS/MS method correlated, although the RIA method gave slightly higher concentrations than the LC-APCI-MS/MS method, as shown in Figure 2.

**Application of the Proposed LC-APCI-MS/MS Method to the Evaluation of Vitamin D Nutrition Status in Postmenopausal Women.** Plasma PTH level is an important indicator of vitamin D deficiency or insufficiency. Recently, a negative correlation between plasma 25-OH-D and PTH levels was reported



**Figure 2.** Correlation between the values obtained from LC-APCI-MS/MS and those of RIA. There was a good correlation between the two methods ($p < 0.0001$).

**Table 2. Relationship between Plasma 25-OH-D3 Level Measured by LC-APCI-MS/MS or RIA Method and Plasma PTH Levels**

| | whole PTH | | total intact PTH | |
|---|---|---|---|---|
| | $r$ | $p$ value | $r$ | $p$ value |
| LC-APCI MS/MS | | | | |
| 25-OH-D₃ | −0.2078 | 0.0401[a] | −0.2323 | 0.0213[a] |
| 25-OH-D₂/D₃ | −0.2294 | 0.0231[a] | −0.2489 | 0.0135[a] |
| 25-OH-D₂/D₃ and 24,25(OH)₂D₂ | −0.2273 | 0.0244[a] | −0.2461 | 0.0146[a] |
| RIA 25-OH-D | −0.0817 | 0.4240 | −0.0587 | 0.5660 |

[a] Significance of correlation.

from some cohort studies of healthy subjects.[14–18] Table 2 shows the relationship of plasma levels between 25-OH-D and PTH. Even in the small population size of 98 subjects, a significant negative correlation in plasma levels between 25-OH-D and PTH, 25-OH-D₂/D₃ and PTH, and 25-OH-D₂/D₃ plus 24,25(OH)₂D₃ and PTH was observed with the LC-APCI-MS/MS method. In contrast, no significant correlation was observed in the plasma levels between 25-OH-D and PTH with the RIA method.

Our LC-APCI-MS/MS system has much greater sensitivity and selectivity in comparison with the conventional method. The conventional method using antibodies against 25-OH-D and 24,25(OH)₂D is rapid, accurate, and easy to use, but sometimes produces significant variation in the measurements. Therefore, this method requires rigorous quality control to ensure reliable results. In the present study, we tried to establish a new gold standard method to determine 25-OH-D and 24,25(OH)₂D. The results suggest that the accuracy of the quantitative determination of 25-OH-D and 24,25(OH)₂D with this method is sufficient for nutritional and clinical applications.

**CONCLUSION**

This study shows that LC-APCI/MS/MS provides a rapid and relatively easy-to-use approach to the quantification of 25-OH-D₂/D₃ and 24,25(OH)₂D₃ in human plasma without compromising assay sensitivity. This approach overcame major disadvantages of the existing methods using antibodies and serum binding proteins against 25OH-D and 24,25(OH)₂D. For the analysis of these metabolites and an internal standard, the method has been thoroughly validated. The sensitivity has been shown to be excellent, with no interference from impurities.

QUESTMS-00000318

We conclude that this novel LC-APCI-MS/MS method using a deuterated internal standard will be useful in the evaluation of vitamin D status; it will be an excellent tool to provide useful information for the treatment and prevention of osteoporosis with vitamin D.

## ACKNOWLEDGMENT

We address special thanks to Dr. Masataka Shiraki, the Research Institute and Practice for Involutional Disease for providing plasma samples and Sumitomo Seiyaku Biomedical Co., Ltd. We also thank Yumiko Inoue, Kimi Ueta, and Reo Ozaki for their excellent technical assistance. This work was partly supported by the 15390083 Grant-in-Aid from the Ministry of Education, Science, Culture and Sports of Japan, a Grant-in-Aid for Comprehensive Research on Cardiovascular Diseases and the Research on the Dietary Reference Intakes in Japanese from the Ministry of Health, Labor and Welfare of Japan, and the Second Project of Advanced Research and High Technology of Kobe Pharmaceutical University.

## SUPPORTING INFORMATION AVAILABLE

Calibration curves for 25-OH-$D_3$, 25-OH-$D_2$, and 24,25(OH)$_2D_3$. This material is available free of charge via the Internet at http://pubs.acs.org.

Received for review on November 25, 2004. Accepted February 4, 2005.

AC048249C

QUESTMS-00000319



XP-002507929

1,25-DIHYDROXYVITAMIN D2

Gurd, J. W., and Mahler, H. R. (1974), *Biochemistry 13*, 5193.

Havell, E. A., and Vilček, J. (1972), *Antimicrob. Agents Chemother. 2*, 476.

Huang, J. W., Davey, M. W., Hejna, C. I., Muenchhausen, W., Sulkowski, E., and Carter, W. A. (1974), *J. Biol. Chem. 249*, 4665.

Levy, H. B., and Carter, W. A. (1968), *J. Mol. Biol. 31*, 561.

Lootiens, F. G., van Wauwe, J. P., De Gussem, R., and De Bruyne, C. K. (1973), *Carbohydr. Res. 30*, 51.

Némethy, G., and Sheraga, H. A. (1962), *J. Chem. Phys. 36*, 3401.

Nicolson, G. L. (1974), *Int. Rev. Cytol. 39*, 89.

Noonan, K. D., and Burger, M. M. (1973), *J. Biol. Chem.*

*249*, 4286.

Norden, A. G. W., and O'Brien, J. S. (1974), *Biochem. Biophys. Res. Commun. 56*, 193.

Penhoet, E., Olsen, C., Carlson, S., Lacorbiere, M., and Nicholson, G. L. (1974), *Biochemistry 13*, 3561.

Pidot, A. L. R., O'Keefe, III, G., McManus, M., and McIntyre, O. R. (1972), *Proc. Soc. Exp. Biol. Med. 140*, 1263.

Poretz, R. D., and Goldstein, I. J. (1971), *Biochem. Pharmacol. 20*, 2727.

Rush, R. A., Thomas, P. E., and Kindler, S. H. (1974), *Biochem. Biophys. Res. Commun. 57*, 1301.

Sulkowski, E., and Laskowski, M., Sr. (1974), *Biochem. Biophys. Res. Commun. 57*, 463.

Yang, D. C. H., Gall, W. E., and Edelman, G. M. (1974), *J. Biol. Chem. 249*, 7018.

## Biological Activity of 1,25-Dihydroxyvitamin D2 in the Chick[†]

Glenville Jones, Lee Ann Baxter, Hector F. DeLuca,* and Heinrich K. Schnoes

ABSTRACT: 1,25-Dihydroxyvitamin D2 has been prepared from 25-hydroxyvitamin D2 using a rachitic chick kidney mitochondria. This metabolite was highly purified by Sephadex LH-20 chromatography and by preparative high-pressure liquid chromatography. Its purity was assessed by analytical high-pressure liquid chromatography which revealed no other 254-nm absorbing material and by mass spectrometry. The concentration of dilute solutions of 1,25-dihydroxyvitamin D2 was determined by high-pressure liquid chromatography and deflection of the 254-nm column monitor. The 1,25-dihydroxyvitamin D2 was then shown to be ⅓ to ¹⁄₁₀ as active as 1,25-dihydroxyvitamin D3 in the chick while it had previously been shown to be equal in activity in the rat. Thus, discrimination against the vitamin D2 side chain by the chick persists in the metabolically active 1,25-dihydroxyvitamin D compounds.

The discrimination between vitamin D3 and vitamin D2 that has been observed in chicks (Steenbock et al., 1932; Chen and Busmann, 1964) is thought to be due to the rapid excretion of vitamin D2 and its metabolites by the biliary route (Imrie et al., 1967). In support of this theory are the extremely low levels of 25-hydroxyvitamin D2 (25-OH-D2)[1] (Drescher et al., 1969) and 1,25-dihydroxyvitamin D2 (1,25-(OH)2D2) (Jones et al., 1975) that are observed in the rachitic chick after the in vivo administration of physiological doses of radioactive vitamin D2. Using in vitro techniques we were able to show that these reduced levels of hydroxylated vitamin D2 metabolites are not due to a failure of the enzymic machinery to carry out the reactions (Jones et al., 1976). In this present paper we now show that 1,25-(OH)2D2 is only ⅓ to ¹⁄₁₀ as active as 1,25-dihydroxyvitamin D3 (1,25-(OH)2D3) in the chick, demonstrating that the

mechanism of discrimination applies also to the metabolically active form.

### Materials and Methods

*Chemicals.* 25-OH-D2 was prepared by the method of Suda et al. (1969) as modified by Jones et al. (1975). 1,25-(OH)2D3 was the synthetic material prepared by Semmler et al. (1972).

*General Procedures.* High-pressure liquid chromatography (HPLC) was performed on a Dupont 830 LC fitted with a 254-nm ultraviolet (uv) detector (Dupont Instruments, Wilmington, Del.) and a U6K injector (Waters Associates, Milford, Mass.). When two analytical columns (25 cm × 2.1 mm) containing Zorbax-SIL (Dupont) were arranged in series, a pressure of 4400 psi gave a solvent (15% 2-propanol-Skellysolve B) flow rate of 0.8 ml/min. Using a semipreparative column of Zorbax-SIL (25 cm × 7.9 mm) a flow rate of 1.8 ml/min (15% 2-propanol in Skellysolve B) was achieved with a pressure of 500 psi.

Mass spectrometric determinations were made with an AEI MS-9 mass spectrometer using a direct probe inlet at temperatures of 118–110 °C above ambient. All solvents were reagent grade and those used in the HPLC and mass spectrometry were doubly distilled before use.

Radioactive determinations were carried out with a Nu-

[†] From the Department of Biochemistry, College of Agricultural and Life Sciences, University of Wisconsin—Madison, Madison, Wisconsin 53706. *Received September 9, 1975.* Supported by a grant from the National Institutes of Health (AM-14881) and a contract from the U.S. Atomic Energy Commission (AT-(11-1)-1668).

[1] Abbreviations used are: 25-OH-D3, 25-hydroxyvitamin D3; 1,25-(OH)2D3, 1,25-dihydroxyvitamin D3; 1,25-(OH)2D2, 1,25-dihydroxyvitamin D2; 25-OH-D3, 25-hydroxyvitamin D3; HPLC, high-pressure liquid chromatography.

QUESTMS-0000032






FIGURE 1: HPLC of: (a) 79 ng of crystalline 1,25-(OH)₂D₂; and (b) 15 μl of purified 1,25-(OH)₂D₂; run under identical conditions: pressure, 4400 psi; flow rate, 0.8 ml/min; solvent, 15% 2-propanol in Skellysolve B; two 25 × 2.1 mm Zorbax-SIL columns in series.

Table I: Biological Activity of 312 pmol of 1,25-(OH)₂D₃ in the Chick Duodenal Assay System

| Time Elapsed after Administration of Dose (h) | % ⁴⁵Ca Transported in 30 min[a] | | |
| --- | --- | --- | --- |
| | Ethanol Dosed | 1,25-(OH)₂D₃ (312 pmol) | 1,25-(OH)₂D₂ (312 pmol) |
| 6 | 22.3 ± 3.9 (5)[b] | 30.2 ± 11.2 (5) | 49.9 ± 5.2[c] (5) |
| 9 | 21.0 ± 5.4 (5) | 31.2 ± 6.2[d] (5) | 50.8 ± 6.1[c] (5) |
| 24 | 20.8 ± 1.6 (4) | 23.4 ± 1.4 (3) | 45.9 ± 9.6[d] (3) |

[a] ± standard deviation. [b] Numbers in parentheses represent number of animals in each group. [c] Significantly different from ethanol control; P less than 0.001 [d] Significantly different from ethanol control; P less than 0.05.

clear-Chicago Isocap 300 liquid scintillation counter. One-hundred microliter samples of aqueous ⁴⁵Ca solutions were mixed with 1 ml of water and 15 ml of Aquasol (New England Nuclear, Boston, Mass.) so that counting efficiencies (around 40%) could be checked on a standard quench curve.

*In Vitro Preparation of 1,25-(OH)₂D₂.* The method used was a simplified version of the procedure of Jones et al. (1975). The metabolite 1,25-(OH)₂D₂ was generated from 25-OH-D₂ using kidney mitochondria from rachitic chicks incubated in the media of Ghazarian and DeLuca (1974) under scaled up conditions. Erlenmeyer flasks (125 ml) each containing 2 ml of mitochondrial suspension and 1.5 ml of succinate–magnesium acetate in buffer were used. From 20 such flasks (each containing 1.5 μg of 25-OH-D₂) incubated for 30 min, a combined lipid extract was prepared (Jones et al., 1975).

Chromatography of the lipid extract on Sephadex LH-20 (Holick and DeLuca, 1971) was carried out using a 1 cm × 60 cm column packed in and eluted with 65:35 chloroform–Skellysolve B. Fractions 21–40 (5 ml), which contained the 1,25-(OH)₂D₂, were pooled and evaporated to dryness before redissolving in a volume of 60 μl of 15% 2-propanol in Skellysolve B. At this point the lipid had an intense yellow color.

The 1,25-(OH)₂D₂ preparation was divided into three aliquots (20 μl each) which were each subjected to HPLC on a semipreparative Zorbax-SIL column using 15% 2-propa-

nol–Skellysolve B and collecting 0.5-min fractions using a Gilson microfractionator set on the time mode (Gilson Medical Electronics, Inc., Middleton, Wis.). The uv₂₅₄ peak of 1,25-(OH)₂D₂ appeared in fractions 33–36 relatively free of the other uv₂₅₄ absorbing lipids. Fractions 33–36 from HPLC of each of the three aliquots of the Sephadex LH-20 peak were pooled, evaporated to dryness, and redissolved in 1.2 ml of ethanol.

This material was pure by HPLC standards. It gave a single 254-nm absorbing peak when run on the two-column analytical system described under general procedures. Furthermore, the purity was further assessed by mass spectrometry (Figure 2).

*Estimation of the Concentrations of 1,25-(OH)₂D₂ and 1,25-(OH)₂D₃ Dosing Solutions by HPLC.* HPLC resolves 1,25-(OH)₂D₂ from 1,25-(OH)₂D₃ (Jones and DeLuca, 1975). Using the 15% 2-propanol-Skellysolve B system employed here it is possible to retain resolution of 1,25-(OH)₂D₃ (8.1 min) from 1,25-(OH)₂D₃ (8.5 min) and yet obtain sharper, more quantitative peaks.

Estimation involves running the 1,25-(OH)₂D₂ of unknown concentration under identical conditions that were used for a standard solution of 1,25-(OH)₂D₃ (Figure 1). Figure 1a represents the injection of 79 ng of 1,25-(OH)₂D₂ and Figure 1b the back-to-back run of 15 μl of the unknown solution of 1,25-(OH)₂D₂. Using peak areas (peak height × half peak base) the concentration of 1,25-(OH)₂D₂ can be calculated as 85 ng/15 μl.

The total preparation of 1,25-(OH)₂D₂ thus contained 17 μg of metabolite which amounted to a 20–25% conversion. Though the material was free of contaminants detectable on HPLC, it nevertheless was not totally devoid of impurities in the 220–230-nm range on spectrophotometric analysis. These made quantitation by conventional means difficult. Nevertheless, the peak from the analytical HPLC run was collected and subjected to mass spectrometric analysis. The spectrum depicted in Figure 2 shows all the peaks present in the original mass spectrum of 1,25-(OH)₂D₂ (Jones et al., 1975), i.e. 428 (M), 410 (M − H₂O); 352 (M − 18 − 58); 287 (M-side chain); 269 (M − side chain − H₂O); 251 (M − side chain − 2H₂O); 152 (cis triene cleavage); and 134 (cis triene cleavage, then − H₂O). The mass spectrum suggests that the 220–230-nm absorbing contaminant is minor. Therefore, it was with confidence that this material was used in the bioassay using the chick duodenal loop method.

*Bioassay of 1,25-(OH)₂D₂ in Chicks.* Purified 1,25-

FANDOCID <XF>   2507768A  E>

QUESTMS-00000321

1,25-DIHYDROXYVITAMIN D₂

Table II: Biological Activity of 625 and 1250 pmol of 1,25-(OH)₂D₂ in the Chick Duodenal Assay System.

| Time Elapsed after Administration of Dose (h) | % ⁴⁵Ca Transported in 30 min[a] | | | | |
|---|---|---|---|---|---|
| | Ethanol Dosed | 1,25-(OH)₂D₂ (625 pmol) | 1,25-(OH)₂D₃ (1250 pmol) | 1,25-(OH)₂D₃ (625 pmol) | 1,25-(OH)₂D₃ (312 pmol) |
| 9 h | 22.7 ± 6.2 (8)[b] | 54.1 ± 9.0[c] (8) | 58.1 ± 4.5[c] (4) | 43.1 ± 7.9[c] (7) | 58.9 ± 6.8[c] (6) |

[a] ± standard deviation. [b] Numbers in parentheses represent number of animals in each group. [c] Significantly different from ethanol control; P less than 0.001.



FIGURE 2: Mass spectrum of 1,25-(OH)₂D₂ eluted from HPLC as in Figure 1b.

(OH)₂D₂ and crystalline 1,25-(OH)₂D₃ were dissolved in ethanol at a concentration to give the desired dosage in 50 μl. One-day-old white Leghorn cockerel chicks were obtained from Northern Hatcheries (Beaver Dam, Wis.). They were maintained on a vitamin D deficient purified soy protein diet for 4 weeks before use (Omdahl et al., 1971).

Twenty-four hours before ⁴⁵Ca transport was measured, the animals were weighed and arranged into representative weight groups of 6–10 animals. At 24, 12, 9, or 6 h prior to ⁴⁵Ca transport measurement, the test compound was administered in 50 μl of ethanol by wing vein injection.

⁴⁵Ca transport from a 10-cm duodenal loop in situ was carried out as described by Omdahl et al. (1971). The intestinal loops containing residual ⁴⁵Ca were then removed from the animals and ashed, the ash dissolved in 2 N hydrochloric acid, and this solution was neutralized with 2 M Tris. Duplicate 100-μl aliquots were counted as described above. Results are expressed as percent ⁴⁵Ca transported, this representing initial ⁴⁵Ca minus remaining ⁴⁵Ca divided by initial ⁴⁵Ca times 100.

Results

The duodenal loop method is a reliable, sensitive method for the assay of vitamin D compounds in the chick. As shown in Tables I and II, the baseline calcium absorption is around 20% in 30 min for a rachitic chick whereas it rises to almost 60% in a vitamin D treated animal.

In early experiments the biological activity of small amounts of 1,25-(OH)₂D₂ (such as 62.5 pmol) gave virtually no calcium transport, whereas 62.5 pmol of 1,25-(OH)₂D₃ gave a significant but less than maximal response (Table II). Larger dose levels (i.e., 312 pmol) of 1,25-(OH)₂D₂ were thus administered and it was possible to see a small but significant response at 9 h after administration. At this dose level 1,25-(OH)₂D₂ gave maximal ⁴⁵Ca transport at 9 h with significant values at 6 and 24 h (Table I). This is in agreement with the work of Omdahl et al. (1971).

In order to demonstrate the complete biological potency

of 1,25-(OH)₂D₂ it was necessary to administer 625 or 1250 pmol to chicks 9 h before measurement of ⁴⁵Ca absorption (Table II). From the combined data of Tables I and II it becomes apparent that 1,25-(OH)₂D₂ is about 5–10 times less active than 1,25-(OH)₂D₃ (62.5 pmol of 1,25-(OH)₂D₂ is more active than 312 pmol of 1,25-(OH)₂D₃ but less active than 625 pmol of 1,25-(OH)₂D₂).

Discussion

The present report demonstrates that chicks discriminate against 1,25-(OH)₂D₂ as well as other forms of vitamin D₂. The biopotency of 1,25-(OH)₂D₂ was found to be ⅕ to ¹⁄₁₀ that of 1,25-(OH)₂D₃ while it is equal in activity in the rat (Jones et al., 1975). This observation is in line with the D₂/D₃ activity ratio of five- to eightfold (Chen and Bosmann, 1964) and the 25-OH-D₂/25-OH-D₃ ratio of tenfold (Drescher et al., 1969) as seen previously. From these results it seems clear that the discrimination against D₂ or its metabolites is not due to a single specific block in metabolism of vitamin D₂ or 25-OH-D₂ to its active forms since the discrimination should have been eliminated by administration of the final active form of vitamin D₂ or 1,25-(OH)₂D₂. Instead, discrimination is expressed as a lowered biopotency of all of the metabolites of vitamin D₂. It is, therefore, likely that the metabolic discrimination reaction occurs in large measure on vitamin D₂ and 25-OHD₂ resulting in rapid excretion and formation of only small amounts of 25-OH-D₂ and 1,25-(OH)₂D₂. These metabolites are then also susceptible to the same discriminatory mechanism.

The recognition portion of the D₂ molecule for the discrimination is obviously the C₂₂-₂₃ double bond or the C₂₄ methyl group of the vitamin D₂ side chain. Holick et al. (1976) have suggested that the chick rapidly excretes 24-substituted vitamin D compounds possibly as a protective mechanism against vitamin D intoxication. In support of this concept, it is known that vitamin D₄ (22,24-dihydroxy-vitamin D₂) which differs from vitamin D₂ only by the pres-

QUESTMS-0000032

ence of the $C_{24}$ methyl group is also only $\frac{1}{10}$ as active as vitamin $D_3$ in chicks (DeLuca et al., 1968; Windaus and Trautman, 1937).

The mechanism of discrimination by which the chick recognizes 24-substituted D compounds may involve the blood carrier proteins shown to be selective at least against vitamin $D_2$ compounds by Belsey et al. (1974). In the experiments described here, intravenously administered 1,25-$(OH)_2D_2$ might be only poorly picked up and transported to its target tissues enabling some degradative mechanism to rapidly inactivate and excrete it.

The present results could also be due to target tissue discrimination against the vitamin $D_2$ side chain. Experiments with $^3H$-labeled 1,25-$(OH)_2D_2$ are now planned to test this possibility. Inasmuch as the $D_2$ compounds are rapidly excreted (Imrie et al., 1967) and only small amounts of 25-$OH$-$D_2$ (Drescher et al., 1969) or 1,25-$(OH)_2D_2$ (Jones et al., 1975) are found even though the enzymatic machinery can metabolize vitamin $D_2$ normally (Jones et al., 1976), it is likely that discrimination is at the metabolic level in which all vitamin D compounds with a $C_{24}$ substitution are rapidly eliminated. However, the full elucidation of such a mechanism must await identification of the site of such discriminatory metabolism.

The advent of HPLC will be of great assistance to those who are generating vitamin D metabolites for biological assay. As shown in this paper it serves not only as a purification method, but also as an accurate method of estimating the concentration of dilute solutions. The 254-nm uv detector is particularly suited for vitamin D since the vitamins' uv absorption maximum is at 265 nm. Any ambiguity as to the identity of the peak of 1,25-$(OH)_2D_2$ was dispelled by the application of mass spectrometry. A combination of HPLC and mass spectrometry is a very powerful tool in purification and identification which must certainly gain more

importance when a continuous interface apparatus becomes commercially available.

References

Belsey, R. E., DeLuca, H. F., and Potts, J. R. (1974), *Nature (London)* 247, 208.

Chen, P. S., and Bosmann, H. B. (1964), *J. Nutr. 83*, 133.

DeLuca, H. F., Weller, M., Blunt, J. W., and Neville, P. F. (1968), *Arch. Biochem. Biophys. 124*, 122.

Drescher, D., DeLuca, H. F., and Imrie, M. H. (1969), *Arch. Biochem. Biophys. 130*, 657.

Ghazarian, J. G., and DeLuca, H. F. (1974), *Arch. Biochem. Biophys. 160*, 63.

Holick, M. F., Baxter, L. A., Schnaufregel, P. K., Tavela, T. E., and DeLuca, H. F. (1976), *J. Biol. Chem.* (in press).

Holick, M. F., and DeLuca, H. F. (1971), *J. Lipid Res. 12*, 460.

Imrie, M. H., Neville, P. F., Snellgrove, A. W., and DeLuca, H. F. (1967), *Arch. Biochem. Biophys. 120*, 525.

Jones, G., and DeLuca, H. F. (1975), *J. Lipid Res. 16*, 448.

Jones, G., Schnoes, H. K., and DeLuca, H. F. (1975), *Biochemistry 14*, 1250.

Jones, G., Schnoes, H. K., and DeLuca, H. F. (1976), *J. Biol. Chem.* (in press).

Omdahl, J. L., Holick, M. F., Suda, T., Tanaka, Y., and DeLuca, H. F. (1971), *Biochemistry 10*, 2935.

Semmler, E. J., Holick, M. F., Schnoes, H. K., and DeLuca, H. F. (1972), *Tetrahedron Lett. 40*, 4147.

Steenbock, H., Kletzien, S. W. F., and Halpin, J. G. (1932), *J. Biol. Chem. 97*, 249.

Suda, T., DeLuca, H. F., Schnoes, H. K., and Blunt, J. W. (1969), *Biochemistry 8*, 3515.

Windaus, A., and Trautman, G. (1937), *Hoppe-Seylers Z. Physiol. Chem. 247*, 185.

## CORRECTIONS

ATP ↔ $P_i$ Exchange and Membrane Phosphorylation in Sarcoplasmic Reticulum Vesicles: Activation by Silver in the Absence of a $Ca^{2+}$ Concentration Gradient, by Leopoldo de Meis* and Martha M. Sorenson, Volume 14, Number 12, 1975, pages 2739–2744.

Page 2741: a line was omitted. The last sentence in the first column should read: "The concentration of $Ag^+$ required for maximal activation of ATP ↔ $P_i$ exchange increases with the SRV protein concentration (Figure 3, left)".

$^1H$ Nuclear Magnetic Resonance of Modified Bases of Valine Transfer Ribonucleic Acid (*Escherichia coli*), A Direct Monitor of Sequential Thermal Unfolding, by Rodney V. Kastrup and Paul G. Schmidt, Volume 14, Number 16, August 12, 1975, pages 3612–3618.

Page 3613; second column, line 6 from bottom: the authors made incorrect reference to data of Dr. P. Sattsangi. The correct statement should be: "In dimethyl sulfoxide the methyl peak of $N^6$-methyladenosine is found at 3.0 ppm from internal $Me_4Si$".

Degradation of Fibrinogen by Plasmin: Isolation of an Early Cleavage Product, by Elizabeth J. Harfenist* and Robert E. Canfield, Volume 14, Number 18, 1975, pages 4110–4117.

Page 4114, in Table II, the residues in the major sequence have not been underlined. The major sequence is given directly under the numbers.

Page 4115, first column, first paragraph; line 7 should be omitted and the paragraph should read "... which was entirely consistent with this effluent curve and which was composed of at least . . .".

ase 1:18-cv-01436-MN   Document 72-7   Filed 09/25/19   Page 325 of 505 PageID #: 315



XP008075295

BIOMEDICAL CHROMATOGRAPHY, VOL. 5, 153–160 (1991)

# Analysis of Vitamin D and its Metabolites using Thermospray Liquid Chromatography/Mass Spectrometry

**David Watson and Kenneth D. R. Setchell***

Mass Spectrometry Laboratory, Children's Hospital Medical Center, Elland and Bethesda Avenues, Cincinnati, Ohio 45229, USA

**Richardus Ross**

Department of Neonatology, Children's Hospital Medical Center, Elland and Bethesda Avenues, Cincinnati, Ohio 45229, USA

A new method is described for the analysis of vitamin D and its metabolites utilizing thermospray (TSP) mass spectrometry as an on-line detector for high performance liquid chromatography. Ionization conditions were optimized for use with isocratic reversed phase chromatography. TSP mass spectrometry was employed in series with a UV absorbance detector to facilitate comparisons between the two methods of detection. Positive ion TSP mass spectra were recorded for vitamin $D_3$, vitamin $D_3$, 25-hydroxyvitamin $D_3$ (25(OH)$D_3$), 1,25-dihydroxyvitamin $D_3$ (1,25(OH)$_2D_3$) and 24,25-dihydroxyvitamin $D_3$ (24,25(OH)$_2D_3$). The spectra contained protonated molecular ions, ammonium adduct ions and fragment ions due to the loss of one or more molecules of water. A comparison of quantitative precision was made by determining UV absorbance and TSP standard curves for vitamin $D_3$ using two different methods: (1) External standard method with post-column (post UV detector) addition of ammonium acetate. (2) As (1) but using the method of internal standards with a closely eluting internal standard (vitamin $D_2$). In each case the quantitative precision (correlation coefficient) for UV absorbance detection was superior owing to intrinsic instability of the TSP ion beam. A stable isotopically labelled internal standard was employed in the development of an assay for 1,25(OH)$_2D_3$. The assay was used to quantify *in vitro* enzymic conversion of 25(OH)$D_3$ to 1,25(OH)$_2D_3$ in guinea pig and sheep renal mitochondrial incubations. TSP LC/MS was also applied to analysis of an extract of human blood plasma in which $D_3$ and each of its principal metabolites were identified in a single analysis.

## INTRODUCTION

The metabolism of vitamin D and the biological activities of vitamin D metabolites have been studied with growing interest during the past 25 years. In order to facilitate clinical and biochemical investigations much effort has focussed on the development of appropriate analytical methods. Currently the methods routinely used for quantification of vitamin $D_3$ metabolites include competitive protein binding assays (Belsey *et al.*, 1971; Horst *et al.*, 1981), radioreceptor assays (Chandler *et al.*, 1980; Oftebro *et al.*, 1988), radioimmunoassays (Gray *et al.*, 1981; Hollis and Napoli, 1985) and high performance liquid chromatography (HPLC) with ultraviolet (UV) absorbance detection (Clemens *et al.*, 1982; Okano *et al.*, 1981). HPLC has also been employed in conjunction with competitive binding assays (Asknes, 1980; Jongen *et al.*, 1981) to furnish greater compound specificity and to facilitate multi-component analysis.

As a result of the commercialization of the thermospray (TSP) interface and ion source (Blakley and Vestal, 1983) it is now routinely possible to introduce the entire eluate from analytical scale HPLC systems into a mass spectrometer without loss of chromato-graphic resolution, and on-line mass spectrometric analysis of polar and thermally labile compounds eluting from the HPLC column can be readily accomplished. Biomedical applications of TSP liquid chromatography/mass spectrometry (LC/MS) are now numerous, including analyses of drugs and drug metabolites (Covey *et al.*, 1985), steroid conjugates (Watson *et al.*, 1985, 1986) corticosteroid hormones (Watson *et al.*, 1987; Gaskel *et al.*, 1987), eicosanoids (Richmond *et al.*, 1986, Voyksner and Bush, 1987), phospholipids (Kim *et al.*, 1987), glutathione conjugates (Parker *et al.*, 1988), phytoestrogens (Setchell *et al.*, 1987), bacterial phenazines (Watson *et al.*, 1988), bile acids (Setchell and Vestal, 1989) and many others. Since HPLC is by far the most popular chromatographic technique in use for the purification and assay of vitamin D and its metabolites there is much potential benefit to be gained from the application of TSP mass spectrometry as an HPLC detector for these compounds. In concept TSP LC/MS possesses characteristics which should afford several advantages for analysis of vitamin D and its metabolites compared with gas chromatography/mass spectrometry (GC/MS); it should be possible to reduce the number of sample extraction steps, no derivatization is required prior to chromatography and thermal effects should be eliminated. For these reasons we have investigated the qualitative and quantitative aspects of the TSP mass spectrometric behaviour of the most biologically important vitamin D related compounds.

* Author to whom correspondence should be addressed.

0269–3879/91/040153–08 $05.00

© 1991 by John Wiley & Sons, Ltd.

*Received 21 August 1990*
*Accepted 11 September 1990*




154                   D. WATSON, R. ROSS AND K. D. R. SETCHELL

## EXPERIMENTAL

**Chemicals.** Vitamins $D_2$ and $D_3$ were purchased from Sigma Chemical Co. (St Louis, MO, USA). Vitamin D metabolites were generously donated by Hoffmann-la-Roche, Nutley, NJ, USA. These materials were stored in ethanol at $-20°C$ when not in use and the concentrations of stock solutions were verified by UV absorbance prior to use in quantitative analyses. Water for HPLC was purified to 18 M$\Omega$ cm resistivity; HPLC quality methanol was purchased from Baxter Healthcare Corporation, Muskegon, MI, USA. Ammonium acetate (HPLC grade) was obtained from J. T. Baker Chemical Co., Phillipsburg, NJ, USA. All other chemicals and biochemicals were standard commercial high purity preparations.

**Instrumentation.** The HPLC mobile phase was delivered by a Waters Model 600-MS pump and the eluate was passed through the high pressure flow-cell of a Waters Model 490-MS variable wavelength detector (set to monitor at 264 nm) connected directly to the vaporizer tube of a Vestec 201 TSP LC/MS system (Vestec Corp., Houston, TX, USA). This system has a single quadrupole mass analyser (10–800 Da, unit resolution). All of the analyses were performed using a standard Vestec vaporizer tube with a 150 μm spray orifice. Samples were introduced into the mass spectrometer either via an HPLC column or using a column bypass loop with a Waters Model U6K injector. Instrument control and data acquisition were performed using a Teknivent Vector 1 (Teknivent, St Louis, MO, USA) mass spectrometer data system.

**High performance liquid chromatography.** Three different reversed phase chromatography systems were developed in the course of these studies; while each was designed partly to satisfy the operating requirements of the TSP ionization process, the elution conditions are compatible with those used generally in the field of vitamin D research:

Method A. For separation of hydroxylated vitamin D metabolites a Waters Nova-PAK $C_{18}$ column (15 cm × 0.46 cm i.d., 4 μm particle size) was eluted isocratically with methanol:water (80:20 v/v) containing ammonium acetate (0.1 M) at a flow rate of 1 mL/min.

Method B. For $D_2$ and $D_3$ analysis a Hypersil $C_{18}$ column (25 cm × 0.46 cm i.d., 5 μm particle size, Keystone Scientific Inc., Bellefonte, PA, USA) was eluted with methanol (0.9 mL/min). The ionizing buffer for the TSP source (0.4 M ammonium acetate, pH 6.5, flow rate 0.3 mL/min) was added via a Valco zero dead volume "tee" connector on the outlet side of the UV absorbance detector using a separate pulse-dampled HPLC pump (Waters Model 590).

Method C. For simultaneous analysis of vitamins $D_2$, $D_3$ and their hydroxylated metabolites a combination of Methods A and B were used; the Hypersil column was eluted at 0.9 mL/min with a linear solvent gradient running from methanol:water (80:20 v/v) to 100% methanol over a 15-min period. The final solvent composition was held for 10 min at the end of the gradient. The ionizing buffer was added as in Method B.

**TSP mass spectra.** The operating parameters of the TSP LC/MS system (vaporizer control temperature, vaporizer tip temperature, ion source block temperature) were initially optimized using background ions generated by ionization of HPLC Method A mobile phase which was continuously pumped into the ion source at a flow rate of 1 mL/min.

Ionization was enhanced when the ion source filament was switched on. Detailed optimization of ionization was then carried out using a "tuning solution" (a 2 μg/mL solution of $1,25(OH)_2D_3$ in the mobile phase, pumped continuously via the column bypass loop into the ion source at a flowrate of 1 mL/min). All available modes of ionization (pure TSP, "filament-ion" and "discharge-on") were investigated in both positive and negative ion detection modes. The most favourable response was realized in positive ion filament-on mode.

After thoroughly purging the system of $1,25(OH)_2D_3$, authentic standards (200 ng each) of vitamins $D_2$, $D_3$, $25(OH)D_3$, $1,25(OH)_2D_3$ and $24,25(OH)_2D_3$ in mobile phase (53 μL) were introduced separately into the TSP ion source via the column bypass loop. Positive ion, filament-on TSP mass spectra (mass range $m/z$ 100–600 scanned every 2 s) were recorded for each compound.

**Quantitative precision of TSP LC/MS: standard curves for vitamin $D_3$.** Method (1). Varying amounts (0–40 ng) of vitamin $D_3$ were detected in series by both UV absorbance (264 nm) and filament-on TSP MS using HPLC Method B. The $[M + H]^+$ ion ($m/z$ 385) was monitored for TSP detection. Separate standard curves were constructed using the UV peak heights and the TSP peak heights or integrated peak areas.

Method (2). In this method an internal standard (40 ng of vitamin $D_2$) was present with each vitamin $D_3$ standard injected and an additional ion channel ($m/z$ 397, $[M + H]^+$ for vitamin $D_2$) was monitored. Other conditions were exactly as described for method (1). This method of internal standards was used for construction of both UV absorbance and TSP standard curves.

**In vitro application: 1α-hydroxylation of $25(OH)D_3$ by guinea pig and sheep renal mitochondria.** The preparation of mitochondria, the incubation protocol and initial extraction of the products using $C_{18}$ solid phase extraction cartridges were performed as described by Hagenfeldt et al. (1988). The crude extracts were dried in a stream of nitrogen and reconstituted in mixture A (50 μL). The reconstituted extracts were analyzed by TSP LC/MS in selected ion monitoring (SIM) mode using HPLC method A. The eluate was monitored at $m/z$ 399 and 402 to detect $1,25(OH)_2D_3$ and the added internal standard (96 pmol of $[26,26,26-^2H_3]1,25(S)(OH)_2D_3$, 98 atom % excess). The amounts of $1,25(OH)_2D_3$ formed were estimated from a calibration curve prepared from analysis of standard mixtures. Mixtures containing 96 pmol of $[26,26,26-^2H_3]1,25(S)(OH)_2D_3$ (98 atom % excess) and 0–96 pmol $1,25(OH)_2D_3$ were analysed in triplicate by TSP LC/MS in SIM mode. The mass spectrometer was set to monitor $m/z$ 399 and 402 with maximized dwell-time and signal averaging within a specified cycle time of 3 s. The ion signals generated by $1,25(OH)_2D_3$ and the deuterated analogue from each standard mixture were integrated and linear regression analysis was performed to generate standard curves using the method of internal standards.

**In vivo application: vitamin D metabolite profile in human plasma.** Human blood plasma (10 mL) was obtained from a normal adult male volunteer. A lipophilic fraction was obtained by extraction with acetonitrile. This extract was made 50% (v/v) aqueous by addition of dibasic potassium phosphate buffer (pH 10.4) and applied to a Waters $C_{18}$ Sep-Pak cartridge which had been prewashed sequentially with methanol, methanol:water (70:30 v/v) and water (5 mL each). After washing with water (2 × 3 mL) and methanol:

QUESTMS-00000325

XP008075295

ANALYSIS OF VITAMIN D AND ITS METABOLITES USING TSP LC/MS                   155



**Figure 1.** Positive ion filament-assisted TSP mass spectra of vitamin D and metabolites. Each spectrum was obtained from 480 pmol of material. (a) vitamin $D_2$, (b) vitamin $D_3$, (c) 25(OH)$D_3$, (d) 1,25(OH)$_2D_3$, (e) 24,26(OH)$_2D_3$.

water (70:30 v/v, 2×2 mL), vitamin D metabolites were eluted with acetonitrile:methanol (95:5 v/v, 2×2 mL). This extract, to which was added 96 pmol of [26,26,26-$^2$H$_3$]1,25(OH)$_2D_3$, was dried under a stream of nitrogen, reconstituted in methanol:water (80:20 v/v, 50 µL) and subjected to TSP LC/MS analysis using HPLC Method C. Ions specific for vitamin $D_2$, vitamin $D_3$ and the major metabolites of vitamin $D_3$ were monitored throughout the analysis and a mixture of authentic standards were chromatographed immediately afterwards.

## RESULTS AND DISCUSSION

This paper describes a new method for the analysis of vitamin D and its metabolites. Several excellent reviews of methodology in this field have appeared during the last ten years (Seamark et al., 1981; Bikle, 1983; Horst, 1985; Porteous et al., 1987). The reliability of many routine clinical assays for these compounds has been shown to be unsatisfactory on the grounds that inter-laboratory variations are unacceptably large

**Table 1. Retention data for authentic standards using HPLC Methods A–C**

| Compound | Retention time (min) | | |
|---|---|---|---|
| | Method A | Method B | Method C |
| Vitamin $D_2$ | >60 | 9.8 | 26.2 |
| Vitamin $D_3$ | >60 | 10.3 | 27.0 |
| 25-Hydroxyvitamin $D_3$ | 28.3 | — | 17.4 |
| 1,25-Dihydroxyvitamin $D_3$ | 10.4 | — | 14.8 |
| 24,25-Dihydroxyvitamin $D_3$ | 6.8 | — | 12.8 |

(Mayer and Schmidt-Gayk, 1984; Jongen et al., 1984). Combined gas chromatography/mass spectrometry (GC/MS) has been advocated for use as a definitive reference technique against which to standardize less specific assays. Stable isotope dilution assays based on GC/MS have been developed for most of the important vitamin $D_3$ metabolites (Björkhem et al., 1979; Seamark et al., 1980; Björkhem and Holmberg, 1980; Coldwell et al., 1984) but few laboratories in the field of vitamin D analysis are equipped to employ these techniques. The development of a clinically useful GC/MS assay for 1,25(OH)$_2D_3$ in blood has proved difficult; the methods reported to date require 10–20 mL blood samples and are therefore impractical for routine measurement of normal range concentrations (ca. 0.1 pmol/mL). In general, published sample preparation procedures for vitamin D and its metabolites prior to GC/MS analysis are laborious, typically requiring liquid–liquid extraction followed by two liquid–solid extractions, one or two HPLC purification steps and finally formation of suitable volatile derivatives. Overall recoveries from these lengthy procedures are sometimes rather low, e.g. 34% (Oftebro et al., 1988). A further well-known disadvantage associated with GC/MS analysis of these compounds is heat-induced isomerization to pyro and isopyro isomers during gas chromatography (Coldwell et al., 1984). To date this problem has either been tolerated, at the expense of detection limits, or circumvented by pre-analysis isomerization to isotachysterols. We have investigated the TSP LC/MS behaviour of vitamin D and its most important metabolites and evaluated the potential usefulness of the technique as a research tool in this field.

## TSP mass spectra

For initial instrument tuning the vaporizer, ion source block, tip heater and lens temperatures were optimized using background ions ($m/z$ 50 and 318) in positive ion, direct TSP ionization mode. Fine tuning was then performed with the aid of a tuning solution of 1,25(OH)$_2D_3$. Operation in positive ion filament-on mode generated substantially increased ion signals compared with direct TSP ionization although the qualitative appearance of the spectrum was unchanged. No appreciable ion currents were observed in negative ion mode. Strong positive ion TSP mass spectra were generated for each compound from 480 pmol of material injected (Fig. 1). The mass spectra of vitamins $D_2$ and $D_3$ contained only [M+H]$^+$ ions, while the hydroxylated metabolites additionally formed ammonium adduct ions and fragment ions corresponding to the loss of one or more molecules of water. It is usually difficult to distinguish between positional isomers from TSP mass spectra due to the paucity of fragment ions; however in the case of 1,25(OH)$_2D_3$ and its 24,25-dihydroxy isomer, the striking difference between the relative intensities of the [M+H – H$_2$O]$^+$ ($m/z$ 399) and [M+H]$^+$ ($m/z$ 417) signals permitted a reliable distinction to be made. Retention times were subsequently determined for authentic vitamin D and its metabolites using HPLC Method A and by monitoring the appropriate compound specific ions for eluting components. Retention data for all three HPLC methods are shown in Table 1.

OHSDCCHD  ×XP          8075295A  l  ×

QUESTMS-00000326





**Figure 2.** Selected ion monitoring trace showing detection of 0.6 pmol of 1,25(OH)₂D₃ by TSP LC/MS.

### Detection limit for 1,25(OH)₂D₃

We used $1,25(OH)_2D_3$ for fine tuning because this is the most biologically potent metabolite and its concentration *in vivo* is normally three orders of magnitude lower than that of vitamin $D_3$ and $25(OH)D_3$. Hence the detection limit for $1,25(OH)_2D_3$ is an important test of any proposed comprehensive analytical approach for this group of compounds. Under conditions optimized to yield the maximum relative ion current at $m/z$ 399 it was possible to detect 0.6 pmol of $1,25(OH)_2D_3$ post-LC ($S/N$ 3:1, see Fig. 2).

### Quantitative precision comparison between UV and TSP methods of detection

A direct comparison between UV absorbance and TSP detection methods was facilitated by in-series connection of the two detection systems so that a single injection of analyte could be monitored by both. Multiple analyses of each standard mixture were made using each of Methods (1) and (2) described in Experimental Section. A comparison of precision was made by determining the correlation coefficients of linear regression standard curves for UV and TSP



**Figure 3.** Standard curves for HPLC quantification of vitamin D₃ using both UV absorbance detection (264 nm) and "in-series" TSP MS detection by Methods (1) and (2). (a) Method (1), TSP detection; (b) Method (1), UV detection; (c) Method (2), TSP detection; (d) Method (2), UV detection.

QUESTMS-00000327

XP008075295

157



**Figure 4.** (a) Selected ion monitoring responses for vitamins $D_2$ ($m/z$ 397) and $D_3$ ($m/z$ 385) used for TSP standard curve constructed by Method (2). (b) Ultraviolet absorbence profile (264 nm) from the same analytical run as shown in (a). Chromatographic resolution of vitamins $D_2$ and $D_3$ was deliberately compromised using method (2) in order to optimize conditions for TSP measurement.

detection in each case. The results of this comparison are shown in Fig. 3. It was strongly apparent that the quantitative precision of UV detection was superior to that of TSP detection in both cases. This is perhaps surprising for Method (2), where conditions were selected to favour the TSP MS detector by using vitamin $D_2$ as a nearly co-eluting, chemically similar internal standard and exploiting mass specificity to give clean, Gaussian responses for measurement (Fig. 4a). At the same time conditions for UV measurement were necessarily suboptimal (Fig. 4b). These results clearly demonstrate the intrinsic instability, even over very short time periods, of the ion current signals generated by the TSP ion source and suggest that in general superior quantitative data will be afforded by UV

absorbance detection. The only further improvement which can be made in the quantitative precision of TSP detection is by the use of the stable isotope internal standard, in which case a direct comparison with UV detection is precluded. An indirect comparison can be made between our stable isotope dilution TSP standard cure for $1,25(OH)_2D_3$ (Fig. 5) and GC/MS standard curves for similar isotope dilution assays which have been developed by ourselves and others (Björkhem *et al.*, 1979; Watson *et al.*, 1990). These GC/MS assays all afford considerably greater quantitative precision than we obtained using TSP mass spectrometric detection in the current study; this further demonstrates the relative weakness of the TSP technique in quantitative applications.



$$y = 0.013908x - 0.00437 \quad (r^2 = 0.977)$$

**Figure 5.** Calibration curve for quantification of $1,25(OH)_2D_3$ in the range 0–96 pmol using $[26,26,26-^2H_3]1,25(S)(OH)_2D_3$ as internal standard.

BNSDOCID <XP    8076296A_1_>

XP008075295

158                                D. WATSON, R. ROSS AND K. D. R. SETCHELL



**Figure 6.** UV absorbance HPLC profile at 264 nm from a simple liquid–solid extract of the supernatant from an incubation of 25(OH)D₃ with guinea pig renal mitochondria.

*In vitro* application: 1α-hydroxylation of 25-hydroxyvitamin D₃ by guinea pig and sheep renal mitochondria

The renal 1α-hydroxylation of 25(OH)D₃ is the final step in the biogenesis of 1,25(OH)₂D₃, the active antirachitic metabolite of vitamin D₃. Extensive mechanis-

**Table 2.** Amounts of 1,25-dihydroxyvitamin D₃ formed in renal mitochondrial incubations: quantification by stable isotope dilution and LC/MS analysis

| Extract | Species | Incubation time (min) | pg 1,25(OH)₂D₃ per 100 mg mitochondrial tissue |
|---------|---------|------------------------|-----------------------------------------------|
| 1 | Guinea pig | 30 | 22.0 |
| 2 | Guinea pig | 30 | 28.2 |
| 3 | Sheep | 15 | 23.6 |
| 4 | Sheep | 15 | 16.7 |
| 5 | Sheep | 60 | 17.9 |
| 6 | Sheep | 60 | 23.0 |

tic studies of this metabolic reaction have been carried out in the chicken (Henry and Norman, 1984) and in rachitic rats (Paulson and DeLuca, 1985). In these early animal models relatively large quantities of 1,25(OH)₂D₃ were formed and reliable quantification using competitive binding assays or HPLC with single wavelength UV detection was possible. More recently the latter approach has been extended to measurement of renal 1α-hydroxylase activity in both pigs (Holmberg *et al.*, 1986) and guinea pigs (Delvin and Dussault, 1985) with normal vitamin D status. Hagenfeldt *et al.* (1988) developed an isotope dilution method based on GC/MS for quantification of 1,25(OH)₂D₃ produced by guinea pig renal mitochondria *in vitro*.

The UV profiles generated in our experiments from simple liquid–solid extracts (Fig. 6) were complicated by additional intensely absorbing species eluting close to 1,25(OH)₂D₃ and consequently measurement of 1,25(OH)₂D₃ UV responses in these extracts was difficult. The SIM profiles obtained on-line from the same analyses show far less chemical noise and demonstrate the superior compound specificity obtained with mass spectrometric detection. The SIM responses due to the internal standard and 1,25(OH)₂D₃ formed in the guinea pig mitochondrial incubations were clearly measurable (peaks III and IV in Fig. 7).



**Figure 7.** Selected ion monitoring profiles from: (a) A standard mixture containing 40 ng each of 1,25(OH)₂D₃ and [26,26,26-²H₃]1,25(5(H)OH)₂D₃. (b) The same incubation extract which generated the UV absorbance profile shown in Fig. 6.



**Figure 8.** TSP LC/MS summed ion chromatogram (summed SIM signals at *m/z* 399, 401, 402 and 417) of human plasma extract showing detection of vitamin D₃ and its principal metabolites using HPLC Method C: peak I, 24,25(OH)₂D₃; peak II, 1,25(OH)₂D₃ plus trideuterated internal standard; peak III, 25(OH)D₃, peak IV, vitamin D₃.

BNSDOCID <XP      88075295A

In the experiments using sheep mitochondria a modified mobile phase was used (methanol:water, 80:20, v/v containing 2% formic acid) in order to determine whether the intensity of the $[M + H - H_2O]^+$ signal for $1,25(OH)_2D_3$ could be increased by eliminating ammonium adduct formation. Observed signal-to-noise ratios were clearly lower in this experiment, indicating that 2% formic acid is less efficient for primary ionization of $1,25(OH)_2D_3$ than 0.1 M ammonium acetate. The standard curve obtained from SIM analyses for $1,25(OH)_2D_3$ using $[2_H,26,26-^2H_3]1,25(OH)_2D_3$ as internal standard is shown in Fig. 5 and the measured amounts of $1,25(OH)_2D_3$ formed in incubations using guinea pig and sheep mitochondria are listed in Table 2.

In addition to $1,25(OH)_2D_3$, the $m/z$ 399 ion current profiles from some incubation extracts from both guinea pig and sheep mitochondria contained responses arising from two other, more hydrophilic species (peaks I and II in Fig. 7). The 24,25- and 25,26-dihydroxyvitamin $D_3$ isomers are known to elute earlier than $1,25(OH)_2D_3$ in reversed phase systems and the presence of these metabolites in the incubation extracts probably accounts for peaks I and II in the $m/z$ 399 ion profiles. Authentic $24,25(OH)_2D_3$ had a mass spectrum and elution time relative to $[^3H_3]1,25(OH)_2D_3$ identical to those of peak II.

### In vivo application: vitamin D metabolite profile in human plasma

The UV absorbance profile resulting from gradient elution of the plasma extract was extremely complex and it was not possible to confidently assign specific responses to vitamin D metabolites. From the TSP SIM profiles, however, it was possible to detect vitamin $D_3$, the added deuterated standard and the three principal metabolites of vitamin $D_3$ and to generate the reconstructed total ion current profile shown in Fig. 8. The identities of peaks I–IV were confirmed in terms of retention time and compound-specific mass using a standard mixture chromatographed immediately after the plasma extract. Considerable contamination of the HPLC column was caused by the plasma extract, as evidenced by a high UV absorbance background throughout the standard mixture analysis. The contamination was removed after several blank runs where methanol only was injected. TSP LC/MS clearly has strong potential for multicomponent analysis of vitamin D metabolites in blood plasma, although to obtain quantitative data, particularly from a gradient elution, stable isotopically labelled standards for each component will be required, due to the compound and solvent composition dependent response of the TSP ionization process.

## CONCLUSION

In conclusion, our results indicate that TSP LC/MS is useful for the detection of vitamin D and its major biologically active metabolites and can be applied to in vitro and in vivo studies of metabolism of these compounds. The sample preparation procedures required prior to TSP LC/MS analysis are simpler than those required for GC/MS analysis while compound specificity is not compromised, although the precision of quantitative measurements compares rather poorly with other techniques. We anticipate that TSP LC/MS will play an increasingly important role, complementary to that of GC/MS, in many aspects of vitamin D research in the future.

### Acknowledgements

Professor I. Björkhem (Huddinge Hospital, Stockholm, Sweden) is thanked for supplying the guinea pig renal mitochondrial incubation extracts used in this work.

## REFERENCES

Asknes, L. (1980). Clin. Chim. Acta 104, 147.

Belsey, R., De Luca, H. F. and Potts, J. T. (1971). J. Clin. Endocrin. Metabol. 33, 554.

Bikle, D. D. (1983). Assay of Calcium-regulating Hormones. Springer-Verlag, New York.

Björkhem, I. and Holmberg, I. (1980). Meth. Enzym. 67, 385.

Björkhem, I., Holmberg, I., Kristiansen, T. and Pedersen, J. I. (1979). Clin. Chem. 25, 584.

Blakely, C. R. and Vestal, M. L. (1983). Anal. Chem. 55, 750.

Chandler, J. S., Pike, J. W., Hagan, L. A. and Heussler, M. R. (1980). Meth. Enzym. 67, 522.

Clemens, T. L., Adams, J. S., Nolan, J. H. and Holick, M. F. (1982). Clin. Chim. Acta 121, 301.

Coldwell, R. D., Trafford, D. J. H., Makin, H. L. J., Varley, M. J. and Kirk, D. N. (1984). Clin. Chem. 30, 1193.

Covey, R. T., Crowther, J. B., Dewey, E. A. and Henion, J. D. (1985). Anal. Chem. 57, 474.

Delvin, E. E. and Dussault, M. (1985). Arch. Biochem. Biophys. 240, 337.

Gaskell, S. J., Rollins, K., Smith, R. W. and Parker, C. E. (1987). Biomed. Environ. Mass Spectrom. 14, 717.

Gray, T. K., Moadoo, T., Pool, D., Lester, G. E. and Williams, M. E. (1981). Clin. Chem. 27, 458.

Hagenfeldt, Y., Pedersen, J. I. and Björkhem, I. (1988). Biochem. J. 250, 521.

Henry, H. I. and Norman, A. W. (1984). Ann. Rev. Nutr. 4, 493.

Hollis, B. W. and Napoli, J. L. (1985). Clin. Chem. 31, 1815.

Holmberg, I., Saarem, K., Pedersen, J. I. and Björkhem, I. (1986). Anal. Biochem. 159, 317.

Horst, R. L. (1986). In Vitamin D: Basic and Clinical Aspects, ed. by Kumar, R., p. 423. Martinus Nijhoff, Boston.

Horst, R. L., Reinhardt, T. A., Beitz, D. C. and Littledike, E. T. (1981). Steroids 37, 581.

Jongen, M. J. M., Van der Vijgh, W. J. F., Willems, H. J. J. and Netelenbos, J. C. (1981). Clin. Chem. 27, 444.

Jongen, M. J. M., Van Ginkel, F. C., Van der Vijgh, W. J. F., Kuiper, S., Netelenbos, J. C. and Lips P. (1984). Clin. Chem. 30, 399.

Kim, H. Y., Yergey, J. A. and Salam, N. Jr. (1987). J. Chromatogr. 394, 155.

Mayer, E. and Schmidt-Gayk, H. (1984). Clin. Chem. 30, 1199.

Oftebro, H., Falch, J. A., Holmberg, I. and Haug, E. (1988). Clin. Chim. Acta 176, 187.

Okano, T., Mizuno, N., Shida, S., Takahashi, N., Kobayashi, T., Kuroda, E., Kodama, S. and Matsuo, T. (1981). J. Nutr. Sci. Vitamin 27, 43.

Parker, C. E., de Wit, J. S. M., Smith, R. W., Gopinathan, M. B., Hernandez, O., Tomer, K. B., Vestal, C. H., Sanders, J. M. and Bend, J. R. (1988). Biomed. Environ. Mass Spectrom. 15, 623.

 

XP008075295

180                    D. WATSON, R. ROSS AND K. D. R. SETCHELL.

Paulson, S. K. and DeLuca, H. F. (1985). *J. Biol. Chem.* **260**, 11488.

Porteous, C. E., Coldwell, R. D., Trafford, D. J. H. and Makin, H. L. J. (1987). *J. Steroid Biochem.* **28**, 785.

Richmond, R., Clarke, S. R., Watson, D., Chappell, C. G., Dollery, C. T. and Taylor, G. W. (1986). *Biochim. Biophys. Acta* **881**, 159.

Seamark, D. A., Trafford, D. J. H. and Makin, H. L. J. (1980). *Clin. Chim. Acta* **106**, 51.

Seamark, D. A., Trafford, D. J. H. and Makin, H. L. J. (1981). *J. Steroid Biochem.* **14**, 111.

Setchell, K. D. R. and Vestal, C. H. (1989). *J. Lipid Res.*

Setchell, K. D. R., Welsh, M. B. and Lim, C. K. (1987). *J. Chromatogr.* **385**, 315.

Voyksner, R. D. and Bush, E. D. (1987). *Biomed. Environ. Mass Spectrom.* **14**, 213.

Watson, D., Taylor, G. W. and Murray, S. (1985). *Biomed. Mass Spectrom.* **12**, 610.

Watson, D., Taylor, G. W. and Murray, S. (1986). *Biomed. Environ. Mass Spectrom.* **13**, 65.

Watson, D., Taylor, G. W., Laird, S. and Vinson, G. P. (1987). *Biochem. J.* **242**, 109.

Watson, D., Taylor, G. W., Wilson, R., Cole, P. J. and Rowe, C. (1988). *Biomed. Environ. Mass Spectrom.* **17**, 251.

Watson, D., Ross R. and Setchell, K. D. R. (1990). *Proceedings of the 38th ASMS Meeting on Mass Spectrometry and Allied Topics.*

FINSDOCID  XP      8075295A  1 >

QUESTMS-00000331

16-MAR-2009  17:23      U.P. MUNICH                    +49 89 21069757    S.10

**SUPPLEMENTARY**
**EUROPEAN SEARCH REPORT**

Application Number

EP 06 74 9272

## DOCUMENTS CONSIDERED TO BE RELEVANT

| Category | Citation of document with indication, where appropriate, of relevant passages | Relevant to claim | CLASSIFICATION OF THE APPLICATION (IPC) |
|---|---|---|---|
| X | TSUGAWA N ET AL: "DETERMINATION OF 25-HYDROXYVITAMIN D IN HUMAN PLASMA USING HIGH-PERFORMANCE LIQUID CHROMATOGRAPHY-TANDEM MASS SPECTROMETRY" ANALYTICAL CHEMISTRY, AMERICAN CHEMICAL SOCIETY. COLUMBUS, US, [Online] vol. 77, 2 April 2005 (2005-04-02), pages 3001-3007, XP008075265 ISSN: 0003-2700 | 1-16, 18-28 | INV. G01N33/82 G01N33/68 |
| Y | *abstract, page 3002, right-hand column, line 26 – page 3003, left-hand column, line 45* | 17 | |
| X | KISSMEYER A-M ET AL: "Sensitive analysis of 1alpha,25-dihydroxyvitamin D3 in biological fluids by liquid chromatography-tandem mass spectrometry" JOURNAL OF CHROMATOGRAPHY, ELSEVIER SCIENCE PUBLISHERS B.V. AMSTERDAM, NL, vol. 935, no. 1-2, 23 November 2001 (2001-11-23), pages 93-103, XP004322066 ISSN: 0021-9673 | 1-9 | |
| | | | TECHNICAL FIELDS SEARCHED (IPC)  G01N C07C |
| Y | * abstract, page 95, right-hand column, line 27 – page 96, figure 2* | 17 | |
| Y | JONES, G., ET AL: "Biological Activity of 1,25-Dihydroxyvitamin D2 in the Chick" BIOCHEMISTRY, vol. 15, no. 3, 1976, pages 713-716, XP002507929 *the whole document, especially figure 2* | 17 | |
| | -/-- | | |

The supplementary search report has been based on the last set of claims valid and available at the start of the search.

| Place of search | Date of completion of the search | Examiner |
|---|---|---|
| Munich | 15 January 2009 | Lindberg, Pia |

CATEGORY OF CITED DOCUMENTS

X : particularly relevant if taken alone
Y : particularly relevant if combined with another document of the same category
A : technological background
O : non-written disclosure
P : intermediate document

T : theory or principle underlying the invention
E : earlier patent document, but published on, or after the filing date
D : document cited in the application
L : document cited for other reasons

& : member of the same patent family, corresponding document

EPO FORM 1503 03.82 (P04C10)

QUESTMS-000000332

## SUPPLEMENTARY
## EUROPEAN SEARCH REPORT

Application Number

EP 06 74 9272

### DOCUMENTS CONSIDERED TO BE RELEVANT

| Category | Citation of document with indication, where appropriate, of relevant passages | Relevant to claim | CLASSIFICATION OF THE APPLICATION (IPC) |
|---|---|---|---|
| A | WATSON D ET AL:  "ANALYSIS OF VITAMIN D AND ITS METABOLITES USING THERMOSPRAY LIQUID CHROMATOGRAPHY/MASS SPECTROMETRY" BIOMEDICAL CHROMATOGRAPHY, vol. 5, 1 January 1991 (1991-01-01), pages 153-160, XP008075295 * figure 1 * | 1-29 | |

TECHNICAL FIELDS
SEARCHED      (IPC)

The supplementary search report has been based on the last set of claims valid and available at the start of the search.

| Place of search | Date of completion of the search | Examiner |
|---|---|---|
| Munich | 15 January 2009 | Lindberg, Pia |

CATEGORY OF CITED DOCUMENTS

X : particularly relevant if taken alone
Y : particularly relevant if combined with another
  document of the same category
A : technological background
O : non-written disclosure
P : intermediate document

T : theory or principle underlying the invention
E : earlier patent document, but published on, or
  after the filing date
D : document cited in the application
L : document cited for other reasons

& : member of the same patent family, corresponding
  document

EPO FORM 1503 03.82 (P04C09)

page 2 of 2

QUESTMS-00000333

| Datum Date Date | cf Form 1507 | Blatt Sheet Fuuille | 1 | Anmelde-Nr.: Application No.: Demande n° | C6 749 272.8 |
|---|---|---|---|---|---|

The search opinion is given to the **following application documents**:

**Description, Pages**

1-31            as published

**Claims, Numbers**

1-29            as published

**Drawings, Sheets**

1/4-4/4         as published

Reference is made to the following documents cited in the Supplementary European Search Report or cited in the International Search Report (ISA/US); the numbering will be adhered to in the rest of the procedure:

D1: TSUGAWA N ET AL: "DETERMINATION OF 25-HYDROXYVITAMIN D IN HUMAN PLASMA USING HIGH-PERFORMANCE LIQUID CHROMATOGRAPHY-TANDEM MASS SPECTROMETRY" ANALYTICAL CHEMISTRY, AMERICAN CHEMICAL SOCIETY. COLUMBUS, US, [Online] vol. 77, 2 April 2005 (2005-04-02), pages 3001-3007, XP008075265 ISSN: 0003-2700

D2: KISSMEYER A-M ET AL: "Sensitive analysis of 1alpha,25-dihydroxyvitamin D3 in biological fluids by liquid chromatography-tandem mass spectrometry" JOURNAL OF CHROMATOGRAPHY, ELSEVIER SCIENCE PUBLISHERS B.V. AMSTERDAM, NL, vol. 935, no. 1-2, 23 November 2001 (2001-11-23), pages 93-103, XP004322066 ISSN: 0021-9673

D3: JONES, G., ET AL: "Biological Activity of 1,25-Dihydroxyvitamin D2 in the Chick" BIOCHEMISTRY, vol. 15, no. 3, 1976, pages 713-716, XP002507929

D4: WATSON D ET AL: "ANALYSIS OF VITAMIN D AND ITS METABOLITES USING THERMOSPRAY LIQUID CHROMATOGRAPHY/MASS SPECTROMETRY" BIOMEDICAL CHROMATOGRAPHY, vol. 5, 1 January 1991 (1991-01-01), pages 153-160, XP008075295

QUESTMS-00000334

16-MAR-2009   17:24        UTG MUNICH                    +49 89 21069757    S.13

Datum
Date    c.f. Form 1507                    Blatt
Date                                      Sheet      2        Application No.    06 749 272.8
                                          Feuille                Demande n°.

## 1. Subject-matter of the application

1.1    The present application relates to methods for determining the presence or amount of vitamin D metabolites in samples by applying HPLC-MS/MS. Especially the application claims the measurement of 25-hydroxyvitamin $D_3$ (25(OH)D3), 25-hydroxyvitamin $D_2$ (25(OH)D2), 1,25-dihydroxyvitamin $D_3$ (1,25(OH)2D3) and 1,25-dihydroxyvitamin $D_2$ (1,25(OH)2D2).

## 2. Clarity

2.1    The present application does not fulfil the requirements of Art. 84 EPC with respect to clarity for the following reasons;

2.2    **Claims 1, 9, 10-18**, and **24-29** claim the detection of the presence or amount of vitamin D metabolite, especially of 25-hydroxyvitamin $D_3$, 25-hydroxyvitamin $D_2$, 1,25-dihydroxyvitamin $D_3$ and 1,25-dihydroxyvitamin $D_2$ in a sample by directly applying mass spectrometry without any chromatographic step of purification or separation. The description of the application does not provide support for such methods contrary to Art. 84 EPC.

Furthermore **claim 7** referring to chiral chromatography as a purification step prior to ionization of the analyte molecules is not supported by the description in the sense of Art. 84 EPC.

2.3    **Claims 9, 17, 28** and **29** referring to methods of detection of 1,25-dihydroxyvitamin $D_2$ alone or in a single assay together with 1,25-dihydroxyvitamin $D_3$ are not supported by the description. The only reference to 1,25-dihydroxyvitamin $D_2$ and $D_3$ is made in the description of the application in connection with cross reactivity in the 25OHD2 and 25OHD3 assays (see example 7). The application documents do not disclose any examples of measuring 1,25-dihydroxyvitamin $D_2$ or $D$ itself in a sample. The requirements of Art. 84 EPC are thus not fulfilled.

## 3. Novelty and Inventive step

QUESTMS-00000335

| Datum Date Date | cf Form 1507 | Blatt Sheet Feuille | 3 | +49 89 21069757 S.14 Anmelde-Nr.: Application No: 06 749 272.8 Demande n°: |
|---|---|---|---|---|

3.1 The application does not fulfil the requirements of Art. 54 and 56 EPC with respect to novelty and inventive step for the following reasons;

3.2 **Document D1** discloses a method for determining in a single assay 25-hydroxyvitamin $D_2$ and 25-hydroxyvitamin $D_3$ in a human plasma sample by applying HPLC-MS/MS in multiple reaction monitoring mode. The assay detects the precursor/product ion for 25OHD2 ($m/z$ 413,4/355,4) and 25OHD3 ($m/z$ 401,4/257,0), the $m/z$ representing the protonated and hydrated precursor vitamin D metabolite ions, see D1 abstract and page 3002, right-hand column, line 26 - page 3003, left-hand column, line 45.

The measurement of hydrated or dehydrated ionized analyte molecules is merely one of several straightforward possibilities well known in the art. As also shown in **document D4**, the spectrum of 25-hydroxyvitamin $D_3$ obtained from HPLC-MS run discloses hydrated and dehydrated precursor ions as well as ammonium adduct ions. Depending on which precursor ion mass is selected for further fragmentation, different daughter masses are obtained. Furthermore in the description of the application in paragraph [0053] reference is made to the measurement of protonated and hydrated ions of vitamin D metabolites as an aspect of the invention.

Therefore the subject-matter of claims 1-16 and 18-28 is not novel or at least not inventive over the disclosure of D1, Art. 54 and 56 EPC.

3.3 Furthermore **document D2** refers to the HPLC-MS/MS analysis of 1,25-dihydroxyvitamin $D_3$ in biological fluids, see abstract, page 95, right-hand column, line 27 - page 96 and figure 2. Claims 1-6 and 8-9 are therefore not novel and claim 7 not inventive over D2, Art. 54 and 56 EPC.

3.4 **Document D3** discloses the analysis of 1,25-dihydroxyvitamin $D_2$ in sample by applying chromatographic separation and mass spectrometry, see D4 the whole document, especially figure 2. As the use of tandem mass spectrometry in the analysis of vitamin D metabolites is known from the prior art (exemplified in documents D1 and D2), the modification of the analysis method of D3 to contain MS/MS analysis is considered obvious. Thus the subject-matter of claim 17 is not inventive over D3 combined with D1 or D2, Art. 56 EPC.

QUESTMS-00000336



Furthermore it is noted that as already objected above, see 2.3, based on the application documents as filed, no examples have been provided for a method of measuring 1,25-dihydroxyvitamin $D_3$ and/or 1,25-dihydroxyvitamin $D_2$ in a sample by applying (tandem) mass spectrometry. The subject-matter of claims 9, 17 and 28-29 thus does not fulfil the requirements of Art. 56 EPC, since the technical problem underlying these claims has not been solved.

### 4. Further remarks

4.1   Reference to documents in the description in form of "which is hereby incorporated by reference" should be deleted from the description as the European application should be self contained (see the Guidelines C-II, 4.19).

EPA Form 2906 12.07/0.5X

QUESTMS-00000337

## Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 5331967 |
| **Application Number:** | 11386215 |
| **International Application Number:** | |
| **Confirmation Number:** | 2019 |
| **Title of Invention:** | Methods for detecting vitamin D metabolites by mass spectrometry |
| **First Named Inventor/Applicant Name:** | Nigel Clarke |
| **Customer Number:** | 30542 |
| **Filer:** | Richard J. Warburg |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 034827-3603 |
| **Receipt Date:** | 14-MAY-2009 |
| **Filing Date:** | 21-MAR-2006 |
| **Time Stamp:** | 17:08:41 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| Submitted with Payment | no |
|---|---|

### File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | IDS051409.pdf | 178268 <br> 7319c769960206761b0559a352e644c357 cae009 | yes | 3 |

QUESTMS-00000338

| | Multipart Description/PDF files in .zip description | | | |
|---|---|---|---|---|
| | **Document Description** | **Start** | | **End** |
| | Transmittal Letter | 1 | | 2 |
| | Information Disclosure Statement (IDS) Filed (SB/08) | 3 | | 3 |
| **Warnings:** | | | | |
| **Information:** | | | | |
| 2 | NPL Documents | Tsugawa.pdf | 826153 | no | 8 |
| | | | c438fdd6b5472335d1f0b2a7df503a417a1d224f | | |
| **Warnings:** | | | | |
| **Information:** | | | | |
| 3 | NPL Documents | JONES.pdf | 318404 | no | 4 |
| | | | 15c4c30c22664307d0a3bd391fa677c70fae403 | | |
| **Warnings:** | | | | |
| **Information:** | | | | |
| 4 | NPL Documents | WATSON.pdf | 679899 | no | 8 |
| | | | 0734e29f1b2daf7105e7e7a59613f4b55114dc7b | | |
| **Warnings:** | | | | |
| **Information:** | | | | |
| 5 | NPL Documents | ExtendedEPOSearchReport.pdf | 281861 | no | 6 |
| | | | 3775ab5b5cadebd830962d1d8386ac8cd6d4c8 | | |
| **Warnings:** | | | | |
| **Information:** | | | | |
| | **Total Files Size (in bytes):** | 2284585 | | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

Atty. Dkt. No. 034827-3603

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:     Clarke et al.

Title:     METHODS FOR DETECTING
          VITAMIN D METABOLITES
          BY MASS SPECTROMETRY

Appl. No.:     11/386,215

Filing Date:     March 21, 2006

Examiner:

Art Unit:     1743

Confirmation     2019
Number:

### INFORMATION DISCLOSURE STATEMENT
### UNDER 37 CFR §1.56

Mail Stop Amendment-IDS
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

Submitted herewith on Form PTO/SB/08 is a listing of documents known to Applicants in order to comply with Applicants' duty of disclosure pursuant to 37 CFR §1.56.

A copy of each non-U.S. patent document and each non-patent document is being submitted to comply with the provisions of 37 CFR §1.97 and §1.98.

The submission of any document herewith, which is not a statutory bar, is not intended as an admission that such document constitutes prior art against the claims of the present application or that such document is considered material to patentability as defined in 37 CFR §1.56(b). Applicants do not waive any rights to take any action which would be appropriate to

QUESTMS-00000341

Atty. Dkt. No. 034827-3603

antedate or otherwise remove as a competent reference any document which is determined to be a *prima facie* art reference against the claims of the present application.

## TIMING OF THE DISCLOSURE

The listed documents are being submitted in compliance with 37 CFR §1.97(b), before the mailing date of the first Office Action on the merits, and within three (3) months of the mailing date of the foreign search report.

## RELEVANCE OF EACH DOCUMENT

All of the documents are in English and were cited in the extended European Search Report for EPO Patent Application no. 06749272.8-2404.

Applicants respectfully request that each listed document be considered by the Examiner and be made of record in the present application and that an initialed copy of Form PTO/SB/08 be returned in accordance with MPEP §609.

Although Applicant believes that no fee is required, the Commissioner is hereby authorized to charge any additional fees which may be due to Deposit Account No. 19-0741.

Respectfully submitted,

Date _05/13/2009_          By _Bary Wil_

FOLEY & LARDNER LLP           Barry S. Wilson
Customer Number: 30542         Attorney for Applicant
Telephone:    (858) 847-6722      Registration No. 39,431
Facsimile:    (858) 792-6773

QUESTMS-00000342

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | Complete if Known | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | | Application Number | 11/386,215 |
| | | | Filing Date | 3/21/2006 |
| | | | First Named Inventor | Nigel Clarke |
| *(use as many sheets as necessary)* | | | Art Unit | 1797 |
| | | | Examiner Name | Warden, Jill Alice |
| Sheet | 1 | of | 3 | Attorney Docket Number | 034827-3603 |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | A1 | US-2007/0139956 | 06-21-2007 | SUGIMOTO ET AL | |
| | A2 | US-2009/0137056 | 05-28-2009 | HOLMQUIST ET AL. | |
| | A3 | US-6,977,143 | 12-20-2005 | CAULFIELD ET AL. | |
| | | | | | |
| | | | | | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[2] Number[4] Kind Code[5] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Documents | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[3] |
|---|---|---|---|---|---|---|
| | A4 | WO-2007/139956 | 12-06-2007 | LABORATORY CORPORATION OF AMERICA HOLDINGS | | |

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[3] |
|---|---|---|---|
| | A5 | Aronov et al, Metabolic profiling of major vitamin D metabolites using Diels-Alder derivatization and ultra-performance liquid chromatography-tandem mass spectrometry, Anal Bioanal Chem, 2008, 391:1917-1930 | |
| | A6 | Bartolucci et al, Liquid chromatography tandem mass spectrometric quantitation of sulfamethazine and its metabolites: direct analysis of swine urine by triple quadrupole and by ion trap mass spectrometry, Rapid Communications in Mass Spectrometry, 14: 967-973, 2000. | |
| | A7 | Busch, A Glossary for Mass Spectrometry, Mass Spectrometry, 17(65):526-534, 2002 | |
| | A8 | Coldwell et al, Stable isotope-labeled vitamin D, metabolites and chemical analogs: synthesis and use in mass spectrometric studies, Steroids, 55: 418-432, 1990. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

DLMR_704637.1

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

QUESTMS-00000343

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | **Complete if Known** | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(use as many sheets as necessary)* | | | Application Number | 11/386,215 |
| | | | Filing Date | 3/21/2006 |
| | | | First Named Inventor | Nigel Clarke |
| | | | Art Unit | 1797 |
| | | | Examiner Name | Warden, Jill Alice |
| Sheet | 2 | of | 3 | Attorney Docket Number | 034827-3603 |

| | | NON PATENT LITERATURE DOCUMENTS | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
| | A9 | Guo et al, Steroid profiles using liquid chromatography-Tandem mass spectrometry with atmospheric pressure photoionization source, Arch Pathol Lab Med., 128: 469-475, 2004. | |
| | A10 | Higashi et al, Liquid chromatography-tandem mass spectrometric method for the determination of salivary 25-hydroxyvitamin $D_3$: a noninvasive tool for the assessment of vitamin D status, Anal. Bioanal Chem, 2008, 391:229-238 | |
| | A11 | Interview Summary dated 1/28/09 for U.S. App. No. 11/101,166 | |
| | A12 | Jemal, High-throughput quantitative bioanalysis by LC/MS/MS, Biomedical Chromatography, 14:422-429, 2000. | |
| | A13 | Jones et al, Current understanding of the molecular actions of Vitamin D, Physiological Reviews, 78(4): 1193-1231, 1998. | |
| | A14 | Jones et al, Vitamin Ds: Metabolites and Analogs, Chapter 2 in Modern Chromatographic Analysis of Vitamins, Third Edition, 2002, 79 pgs. | |
| | A15 | Kamao et al, C-3 Epimerization of Vitamin $D_3$ metabolites and further metabolism of C-3 epimers, The Journal of Biological Chemistry, 279 (16):15897-15907, (2004). | |
| | A16 | Kobayashi et al, Tandem immunoaffinity chromatography for plasma $1\alpha$.25-dihydroxyvitamin $D_3$ utilizing two antibodies having different specificities: A novel and powerful pretreatment tool for $1\alpha$,25-dihydroxyvitamin $D_3$ radioreceptor assays, J.Steroid Biochem. Molec. Biol., 54(5/6): 217-226, 1995. | |
| | A17 | Miller et al, Genetic causes of rickets, Current Opinions in Pediatrics, 11:333-339, 1999. | |
| | A18 | Office Action dated 10/08/2008 for U.S. App. No. 11/101,166 | |
| | A19 | Polson et al, Optimization of protein precipitation based upon effectiveness of protein removal and ionization effect in liquid chromatography-tandem mass spectrometry, Journal of Chromatography B, 785:263-275 (2003). | |
| | A20 | Robb et al, Atmospheric Pressure Photoionization: An Ionization Method for Liquid Chromatography-Mass Spectrometry, Anal. Chem., 72(15): 3653-3659 (2000). | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete. Including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

DLMR_704637.1

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

QUESTMS-00000344

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | **Complete if Known** | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(use as many sheets as necessary)* | | | Application Number | 11/386,215 |
| | | | Filing Date | 3/21/2006 |
| | | | First Named Inventor | Nigel Clarke |
| | | | Art Unit | 1797 |
| | | | Examiner Name | Warden, Jill Alice |
| Sheet | 3 | of | 3 | Attorney Docket Number | 034827-3603 |

| NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
| | A21 | Singh et al, C-3 epimers can account for a significant proportion of total circulating 25-hydroxyvitamin D in infants, complicating accurate measurement and interpretation of vitamin D status, The Journal of Clinical Endocrinology & Metabolism, 91(8): 3055-3061, 2006. | |
| | A22 | US Notice of Allowance dated 12/15/2009 for U.S. App. No. 11/101,166 | |
| | A23 | US Notice of Allowance dated 8/19/2009 for U.S. App. No. 11/101,166 | |
| | A24 | Vieth et al, Age-related changes in the 25-hydroxyvitamin D versus parathyroid hormone relationship suggest a different reason why older adults require more Vitamin D, The Journal of Clinical Endocrinology & Metabolism, 88(1): 185-191, 2003. | |
| | A25 | Vieth, Vitamin D supplementation, 25-hydroxyvitamin D concentrations, and safety, Am J Clin Nutr, 69:842-856, 1999. | |
| | A26 | Vreeken et al, On-line post-column Diels-Alder derivatization for the determination of vitamin $D_3$ and its metabolites by liquid chromatography/thermospray mass spectrometry, Biological Mass Spectrometry, 22:621-632, (1993). | |
| | A27 | Wharton et al, Rickets, The Lancet, 362: 1389-1400, 2003. | |
| | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached. The collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

DLMR_704637.1

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

QUESTMS-00000345

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 6932185 |
| **Application Number:** | 11386215 |
| **International Application Number:** | |
| **Confirmation Number:** | 2019 |
| **Title of Invention:** | Methods for detecting vitamin D metabolites by mass spectrometry |
| **First Named Inventor/Applicant Name:** | Nigel Clarke |
| **Customer Number:** | 30542 |
| **Filer:** | Barry S. Wilson/Jennifer Vail |
| **Filer Authorized By:** | Barry S. Wilson |
| **Attorney Docket Number:** | 034827-3603 |
| **Receipt Date:** | 02-FEB-2010 |
| **Filing Date:** | 21-MAR-2006 |
| **Time Stamp:** | 19:53:02 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | NPL Documents | ARONOV.pdf | 243522 <br> 58c732a0f4f538a92 acbaa3d45c80abf85068 6af0 | no | 14 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |

QUESTMS-00000346

| 2 | NPL Documents | Bartolucci.pdf | 741507<br>cdacb27948967d6cas1270caedb1fc0f7dcc118cd | no | 7 |
|---|---|---|---|---|---|
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | NPL Documents | Busch.pdf | 1711522<br>3a54c9d92c01c0070a713c87feb80778ac1d20b | no | 9 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 4 | NPL Documents | Coldwell_Stable.pdf | 1776601<br>33d725a37eacecc7d1f5982a70a01c5959-8z68 | no | 15 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 5 | NPL Documents | Guo.pdf | 810358<br>92a8669d6024c337a3d08e9935b332604cd9a51 | no | 7 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 6 | NPL Documents | HIGASHI_391-pp229-238.pdf | 264887<br>3791a2ddfc72f974f9bad8b5d7dadd4f0c8d416db | no | 10 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 7 | NPL Documents | 3602_Interview_summary_1-28-09.pdf | 172307<br>92b4a1ad8ae17375442594127b313c54483d2cba | no | 4 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 8 | NPL Documents | Jemal.pdf | 802920<br>tf6ad273930f03c0f3d51b02bd25612130fe518443 | no | 8 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 9 | NPL Documents | Jones_Vitamin_D_79pgs.pdf | 873171<br>s71da686e574f504ca51<<99d700657ja981306f | no | 80 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 10 | NPL Documents | KAMAO.pdf | 472172<br>8a1d60be1292cd320d0d0421z18f625e966d5f91 | no | 11 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |

QUESTMS-00000347

| 11 | NPL Documents | Kobayashi.pdf | 875919 | no | 10 |
| --- | --- | --- | --- | --- | --- |
| | | | 79C703f207cdda101fdbb018f02fee02e55fef803 | | |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 12 | NPL Documents | Miller.pdf | 550380 | no | 7 |
| | | | 74be96008e075d26107c12a5d90ae64fc770c2d3 | | |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 13 | NPL Documents | 3602_OA_dated_10-08-08.pdf | 805029 | no | 13 |
| | | | 35e21189fed137ab97945d849f6ab1dae58be709 | | |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 14 | NPL Documents | Polson.pdf | 644686 | no | 9 |
| | | | 838b5d9f26221356874335a9a338fa79aac920345 | | |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 15 | NPL Documents | Robb.pdf | 1181395 | no | 7 |
| | | | 30441fcbecafe65f07f26e47c1aa3fdf8217ccaa | | |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 16 | NPL Documents | Singh.pdf | 924024 | no | 7 |
| | | | ae55cd7d9f878ee21d37b049e4f769e0962e3f66c | | |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 17 | NPL Documents | 3602_NOA-dated_12-15-09.pdf | 285849 | no | 5 |
| | | | 3bd514e15229bfeb1e9bacf4d8672e1394b9accfbd7 | | |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 18 | NPL Documents | 3602_NOA-dated_8-19-09.pdf | 702594 | no | 8 |
| | | | 0367a5a389833bde04d7ca93dff03cf1f14565 | | |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 19 | NPL Documents | Vieth_pp_842-856.pdf | 1461909 | no | 15 |
| | | | 2ab9cce69d7f9be21237f3b911ba17929e65802c | | |
| **Warnings:** | | | | | |
| **Information:** | | | | | |

| 20 | NPL Documents | VREEKEN.pdf | 226270 95d0e293cd9e75c014319cb20f270bacd1e-6940d | no | 12 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 21 | NPL Documents | Wharton.pdf | 1362452 358d58866bcca8ada490e4dacc0354e6638-80eb3 | no | 12 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 22 | Foreign Reference | WO2007139956.pdf | 852205 636c4b6e8aee1df6e69745e4d1a3757d63-4e86f | no | 16 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 23 | NPL Documents | Jones_1193-1231.pdf | 797358 ade46a5c152832747386f4b07ef0ae852cd6-ad526 | no | 39 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 24 | NPL Documents | Vieth_pp185-191.pdf | 419534 d3c0e6228efd5ad9a6753e7f297e03cb494a-d1da | no | 7 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 25 | | 3603_IDS.pdf | 104144 f367733c8eabcc8ea989c44f3148f8eed159-3d74 | yes | 5 |
|---|---|---|---|---|---|

| Multipart Description/PDF files in .zip description | | |
|---|---|---|
| **Document Description** | **Start** | **End** |
| Transmittal Letter | 1 | 2 |
| Information Disclosure Statement (IDS) Filed (SB/08) | 3 | 5 |

**Warnings:**

**Information:**

| | **Total Files Size (in bytes):** | 19662715 |
|---|---|---|

QUESTMS-00000349

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111

If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371

If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office

If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

QUESTMS-00000350

Anal Bioanal Chem (2008) 391:1917–1930
DOI 10.1007/s00216-008-2095-8

ORIGINAL PAPER

# Metabolic profiling of major vitamin D metabolites using Diels–Alder derivatization and ultra-performance liquid chromatography–tandem mass spectrometry

**Pavel A. Aronov · Laura M. Hall · Katja Dettmer ·
Charles B. Stephensen · Bruce D. Hammock**

Received: 7 February 2008 / Revised: 20 March 2008 / Accepted: 25 March 2008 / Published online: 24 April 2008
© Springer-Verlag 2008

**Abstract** Biologically active forms of vitamin D are important analytical targets in both research and clinical practice. The current technology is such that each of the vitamin D metabolites is usually analyzed by individual assay. However, current LC-MS technologies allow the simultaneous metabolic profiling of entire biochemical pathways. The impediment to the metabolic profiling of vitamin D metabolites is the low level of $1\alpha,25$-dihydroxyvitamin $D_3$ in human serum (15–60 pg/mL). Here, we demonstrate that liquid–liquid or solid-phase extraction of vitamin D metabolites in combination with Diels–Alder derivatization with the commercially available reagent 4-phenyl-1,2,4-triazoline-3,5-dione (PTAD) followed by ultra-performance liquid chromatography (UPLC)–electrospray/tandem mass spectrometry analysis provides rapid and simultaneous quantification of $1\alpha,25$-dihydroxyvitamin $D_3$, $1\alpha,25$-dihydroxyvitamin $D_2$, $24R,25$-dihydroxyvitamin $D_3$, 25-hydroxyvitamin $D_3$ and 25-hydroxyvitamin $D_2$ in 0.5 mL human serum at a lower limit of quantification of 25 pg/mL. Precision ranged from 1.6–4.8 % and 5–16 % for 25-hydroxyvitamin $D_3$ and $1\alpha,25$-dihydroxyvitamin $D_3$, respectively, using solid-phase extraction.

**Keywords** $1\alpha,25$-Dihydroxyvitamin $D_3$ ·
25-Hydroxyvitamin $D_3$ · $24R,25$-Dihydroxyvitamin $D_3$ ·
UPLC · LC-MS · Metabolic profiling · Derivatization

**Electronic supplementary material** The online version of this article (doi:10.1007/s00216-008-2095-8) contains supplementary material, which is available to authorized users.

P. A. Aronov
Department of Entomology, University of California,
Davis, CA 95616, USA

L. M. Hall · C. B. Stephensen
Department of Nutrition and USDA Western Human Nutrition
Research Center, University of California,
Davis, CA 95616, USA

K. Dettmer
Institute of Functional Genomics, University of Regensburg,
Regensburg, Germany

B. D. Hammock (✉)
Department of Entomology and U.C. Davis Cancer
Research Center, University of California,
Davis, CA 95616, USA
e-mail: bdhammock@ucdavis.edu

## Introduction

Metabolic profiling, defined here as the quantification of metabolites involved in the same metabolic pathway, has become an important tool for determining steady-state concentrations of metabolites and studying the regulation of the corresponding metabolic pathways [1, 2]. Metabolic profiling allows metabolic regulation to be surveyed in a minimally invasive manner using biofluids such as plasma or urine that are subsequently analyzed by GC-MS or LC-MS. The field of vitamin D metabolite analysis has been historically dominated by immunoassays and receptor binding assays [3], although there are examples of the application of LC-UV or LC-MS to the analysis of 25-hydroxyvitamin $D_2$ (25(OH)$D_2$) and 25-hydroxyvitamin $D_3$ (25(OH)$D_3$) [4–6]. LC-MS can potentially detect and measure more than 40 reported vitamin D metabolites [7]. If we draw parallels with other families of steroid hormones, many of the vitamin D metabolites may have other biological roles beyond being mere catabolic products. However, very little is known about the biological roles of most of the downstream vitamin D metabolites, and the development of a comprehensive profiling method would facilitate research on vitamin D metabolism. Currently, most research and diagnostic assays

🍪 Springer

QUESTMS-00000351

focus on 25(OH)D and 1α,25-dihydroxyvitamin D (1α, 25(OH)₂D) produced in a series of oxidations by the cytochromes P450 from their dietary precursor vitamin D (Fig. 1) [8]. Most current analytical methods based on immunoassays are not able to separate forms of vitamin D with different side-chains (mainly D₂ and D₃). There is a growing body of evidence that the biological activities of these forms may be different [9, 10]. This illustrates a need for analytical methods that are selective for D₂ and D₃ forms. Analytical methods for vitamin D also are needed for regulatory, quality control and nutritional studies. Biologically, the conversion of vitamin D₂ and D₃ into corresponding 25 (OH)D forms is rapid, as estimated from the 36–48-hour half-life of vitamin D₃ in human circulation [11]. Thus, there is usually little need to analyze the blood levels of vitamin D₂ and D₃ except supplementation studies. Subsequently, 25 (OH)D₃ is converted into biologically active 1α,25(OH)₂D₃, which binds to the vitamin D nuclear receptor (genomic response) as well as to a putative membrane receptor (rapid response) to initiate a cascade of biological events related to calcium and phosphorus homeostasis, cancer and inflammation [12]. Alternatively, 25(OH)D₃ is thought to be deactivated via conversion into 24R,25-dihydroxyvitamin D₃ (24R,25(OH)₂D₃) by 25-hydroxyvitamin D 24-hydroxylase, although independent biological effects of 24R,25(OH)₂D₃ are also known [13–15]. Furthermore, the same enzyme deactivates 1α,25(OH)₂D₃ via conversion into 1α,24R,25-trihydroxyvitamin D₃ (1,24R,25(OH)₃D₃). These metabolites can undergo further metabolism by several pathways including further oxidation and conjugation [8].

The development of an LC-MS profiling method for vitamin D metabolites is impeded by their low concentration in human circulation, particularly for 1α,25(OH)₂D₃, with concentrations ranging from 15 to 60 pg/mL. Recently, an LC-tandem MS method was introduced to measure nonderivatized 1α,25(OH)₂D₃, but this requires 2 mL of human serum [16]. Vitamin D metabolites have low ionization efficiencies in electrospray (ESI) or atmospheric pressure chemical ionization (APCI) sources because they lack easily charged groups, which would enhance ioniza-

tion efficiencies. However, the conjugated diene group of vitamin D metabolites makes them a specific target for Diels–Alder derivatization. In fact, several highly reactive 4-substituted 1,2,4-triazoline-3,5-diones (TADs or Cookson-type reagents) have been reported in the literature for the analysis of vitamin D metabolites, their analogs and other dienes, including derivatization reagents for ESI-MS [6, 17–22]. The derivatization reagents introduce polar groups and thus typically result in a 100–1000-fold increase in sensitivity over nonderivatized compounds. However, no method for profiling the major vitamin D metabolites 1α,25(OH)₂D₂, 1α,25(OH)₂D₃, 24R,25(OH)₂D₃, 25(OH) D₂ and 25(OH)D₃ has been reported that can detect and quantify endogenous levels of 1α,25(OH)₂D₃. Here, we demonstrate an ultra-performance liquid chromatography (UPLC)–tandem MS method for the quantification of an array of the most biologically important vitamin D metabolites after Diels–Alder derivatization with 4-phenyl-1,2, 4-triazoline-3,5-dione (PTAD). The method was validated for solid-phase extraction (SPE) and liquid–liquid extraction (LLE) of 1α,25(OH)₂D₃ and 25(OH)D₃ from serum and applied to studies of vitamin D metabolism in humans.

## Experimental

### Chemicals

Hexane, methyl *tert*-butyl ether, dichloromethane, acetonitrile, ethyl acetate, methanol, formic acid, and K₂HPO₄ were purchased from Fisher Scientific (Pittsburgh, PA, USA). Deionized water (resistivity of 18.1 MΩ/cm) and distilled water were prepared in-house and used for mobile phase preparation and SPE extraction, respectively. PTAD was purchased from Fluka (St. Louis, MO, USA). Standards of vitamin D metabolites were purchased from Fluka, Sigma-Aldrich (St. Louis, MO, USA) and BIOMOL (Plymouth Meeting, PA, USA) as indicated below. Deuterated surrogates of vitamin D metabolites were purchased from Synthetica (Oslo, Norway) and Medical Isotopes (Pelham, NH, USA).

**Fig. 1** Metabolism of vitamin D. The metabolites measured in this study are highlighted in a darker font on the *left*. The two major forms of vitamin D and sites of hydroxylation are shown on the right





QUESTMS-00000352

Anal Bioanal Chem (2008) 391:1917–1930

Human serum from healthy male donors for method development purposes was ordered from Fisher Scientific (Pittsburgh, PA, USA).

### Stock and calibration solutions

Neat standards of vitamin D metabolites were diluted and stored at −80 °C; 10 μg $1\alpha,25$-dihydroxyvitamin $D_3$ (Sigma–Aldrich) was dissolved in 1000 μL acetonitrile in the original vial and then transferred into an amber glass HPLC vial; 1 mg $1\alpha,25$-dihydroxyvitamin $D_2$ (Fluka) was dissolved in 500 μL acetonitrile; 1 mg 25-hydroxyvitamin $D_3$ (Fluka) was dissolved in 500 μL acetonitrile; 1 mg 25-hydroxyvitamin $D_2$ (Fluka) was dissolved in 1000 μL acetonitrile and transferred into an amber glass HPLC vial; 50 μg $24R,25$-dihydroxyvitamin $D_3$ (BIOMOL) in 50 μL ethanol was diluted with 950 μL acetonitrile; 1 mg calcipotriol (Sequoia Research Products, Pangbourne, UK) was dissolved in 2000 μL acetonitrile. Calcipotriol was further diluted with acetonitrile to make a 125 ng/mL derivatization quality control spike. The deuterated internal standards (IS) $26,26,26,27,27,27$-hexadeuterium-$1\alpha,25$-dihydroxyvitamin $D_3$ (Medical Isotopes) and $26,26,26,27,27,27$-hexadeuterium-25-hydroxyvitamin $D_3$ (Synthetica) were dissolved in acetonitrile to prepare stock solutions. The stock solutions were combined and diluted to obtain a 12.5 ng/mL $d_6$ $1\alpha,25(OH)_2D_3$ and 500 ng/mL $d_6$ $25(OH)D_3$ IS solution. The purity of the derivatized IS was assessed by LC-MS (full scan and MRM) up to 500 ng/mL and no interferences were found, including no traces of natural metabolites. All analytes were individually dissolved in a solution of PTAD (0.5 mg/mL) in acetonitrile at 100 ng/mL and allowed to react at room temperature for 4 h to form the corresponding PTAD Diels–Alder conjugate. No nonderivatized analytes were found in these solutions as analyzed by LC-MS (MRM). To prevent cross-contamination of the $1\alpha,25$ $(OH)_2D$-PTAD calibration solution, it was prepared separarely from the rest of the analytes. Using serial dilutions, 0.1, 0.3, 1.0, 3.0, and 10.0 ng/mL calibration stocks of $1\alpha,25$ $(OH)_2D_3$-PTAD and $1\alpha,25(OH)_2D_2$-PTAD were prepared. Similarly, we prepared calibration solutions of $25(OH)D_2$-PTAD and $25(OH)D_3$-PTAD at the levels of 0.1, 0.3, 1.0, 3.0, 10.0, 30.0, 100, 300 and 1000 ng/mL. These calibration solutions also contained $24R,25(OH)_2D_3$-PTAD at tenfold lower levels than $25(OH)D_2$-PTAD and $25(OH)D_3$-PTAD; however, 0.01 and 0.03 ng/mL levels of $24R,25(OH)_2D_3$ were not used in practice.

### Human samples

Plasma samples for the HIV study were obtained from the Reaching for Excellence in Adolescent Care and Health (REACH) repository [23, 24]. Serum samples from the sun exposure study were acquired from 17 volunteers in fall 2006 and 17 different volunteers in winter 2007 at week 0, week 4, and week 7 (week 8 in winter). Two 10-mL tubes of blood were collected from each participant after a four-hour fast from fat. The tubes were wrapped in foil and allowed to clot at room temperature for one hour. The tubes were centrifuged and then aliquoted into ten 1-mL tubes. These tubes were placed in light-proof boxes and kept frozen at −80 °C. Commercial human serum from male donors (Fisher Scientific) was used for method development and validation except in the extraction reproducibility study, where donor plasma was used.

### Sample pretreatment

Sample preparation was adapted from published methods [25]. Briefly, 500 μL aliquots of human serum in 2 mL plastic tubes (Fisher Scientific) were spiked with 20 μL solution of internal standard (12.5 ng/mL $d_6$ $1\alpha,25$-dihydroxyvitamin $D_3$ and 500 ng/mL $d_6$ 25-hydroxyvitamin $D_3$) in acetonitrile and allowed to equilibrate for 15 min at room temperature. Proteins were precipitated by the addition of 500 μL acetonitrile and by spinning the sample on a Vortex mixer for 1 min at maximum speed followed by 10 min centrifugation at 10,000×g.

### Liquid–liquid extraction

The supernatant from protein precipitation was transferred into 2-mL plastic tubes (Fisher Scientific) containing 400 μL 0.4 M $K_2HPO_4$ and mixed using a Vortex mixer for 30 s followed by the addition of 500 μL methyl $t$-butyl ether (MTBE). The tubes were vigorously mixed for 2 min on a Vortex mixer, centrifuged for 5 min at 10,000×g, and the upper organic layer was transferred into 2-mL plastic tubes (Fisher Scientific). For method development, the organic extracts were spiked with 10 μL 25 ng/mL calcipotriol used as a control for derivatization efficiency. Samples were evaporated for 1 h using an RC10.22 vacuum concentrator (Jouan, Winchester, VA, USA), and 100 μL 0.75 mg/mL PTAD in acetonitrile was added to the residue followed by 1 min of mixing. Samples were left at room temperature for 1 h and then stored overnight at +4 °C to allow the derivatization reaction to proceed to completion; then the samples were mixed for 30 s, centrifuged and transferred into 150-μL vial inserts.

### Solid-phase extraction

Solid-phase extraction of vitamin D metabolites using Oasis HLB (Waters, Milford, MA, USA) sorbent was adopted from published methods [22, 25]. Oasis HLB cartridges (3 cc 60 mg) were preconditioned with 3 mL ethyl acetate,



QUESTMS-00000353

3 mL methanol and 3 mL water. Individual valves of cartridges were closed after the water meniscus reached the sorbent surface. Cartridges were loaded with 900 μL supernatant from the protein precipitation protocol and 1 mL 0.4 M $K_2HPO_4$. The valves were opened and samples were extracted using gravity only. Cartridges were subsequently washed with 3 mL water and 2 mL of 70% methanol and dried for 2 min by application of negative pressure. The needles of the extraction manifold were wiped to remove residual solvent droplets. Samples were eluted with 1.5 mL of acetonitrile into 2 mL plastic tubes. For method development the organic extracts were spiked with 10 μL 25 ng/mL calcipotriol used as a control for derivatization efficiency. Samples were evaporated for 2.5 h using a vacuum concentrator (RC10.22) and 100 μL 0.75 mg/mL PTAD in acetonitrile was added to the residue followed by 1 min of vigorous mixing. Samples were left at room temperature for 1 h, stored overnight at +4 °C for complete derivatization, vigorously mixed for 30 s, centrifuged and transferred into 150-μL vial inserts.

### HPLC and tandem MS conditions

Separation was performed using an ACQUITY UPLC separation module (Waters). Samples were kept in the autosampler in amber glass vials at +10 °C, and 10 μL samples were injected on the column. The UPLC BEH C18 2.1×100 mm 1.7 μm column (Waters) was kept at +40 °C. Aqueous phase A consisted of 10 % v/v acetonitrile in water containing 0.1% formic acid as a modifier. Organic phase B was 100% methanol. Starting gradient conditions were 60% B at 0.4 mL/min flow rate. The following gradient program was used: 0–1 min 60% B; 7 min 72% B. After separation the column was washed with 100% B for 2 min, and equilibrated with 60% B for 2 min at a 0.4 mL/min flow rate. The Quattro Premier tandem mass spectrometer (Waters) was operated in positive electrospray mode with the capillary voltage set to 3.00 kV. Nitrogen gas flow rates were fixed with a cone gas flow of 25 L/h and a desolvation gas flow of 700 L/h. A source temperature of 125 °C and a desolvation temperature of 350 °C were applied. Argon was used as a collision gas at $2.2 \times 10^{-3}$ mbar. Other compound-specific settings are listed in Table 1. To obtain acceptable chromatographic peak statistics (12–20 points per peak), MRM (multiple reaction monitoring) functions were divided into three groups with 0.25 s dwell time for each reaction shown in Table 1 (MRM1: 0–4.75 min, calcipotriol, $24R,25(OH)_2D_3$; MRM2: 4.50–6.50 min, $1\alpha,25(OH)_2D_3$, $d_6$ $1\alpha,25(OH)_2D_3$, $1\alpha,25(OH)_2D_2$; MRM3: 6.25–8.00 min, $25(OH)D_3$, $d_6$ $25(OH)D_3$, $25(OH)D_2$).

### Standard addition experiment

For LLE standard addition experiments 400 μL pooled human serum was aliquoted into 2 mL plastic tubes and each group ($n=4$) was spiked with 10 μL blank, 1.0, 3.0 and 10.0 ng/mL $1\alpha,25(OH)_2D_3$ as well as 125, 250 or 500 ng/mL $25(OH)D_3$. Samples were extracted and measured independently as described above. For SPE standard addition experiments 500 μL pooled human serum was aliquoted into 2 mL plastic tubes and each group ($n=5$) was spiked with 10 μL blank, spike 1 (0.75 ng/mL $1\alpha,25(OH)_2D_3$, 10.0 ng/mL $24R,25(OH)_2D_3$, 100 ng/mL $25(OH)D_3$ and 100 ng/mL $25(OH)D_2$), spike 2 (twofold spike 1) and spike 3 (fourfold spike 1). Samples were extracted and measured independently as described above.

### Quantification and data analysis

Quantification was performed using a QuantLynx module of MassLynx 4.1 (Waters). Multi-point external calibrations with $1/x$ weighting were built for all endogenous analytes and one-point calibrations were made for deuterated analogs and calcipotriol. Calibration statistics are shown in Table 2. Calcipotriol was added to ~10% samples as a derivatization

**Table 1** Mass spectrometry conditions

| PTAD derivative | Cone voltage (V) | Precursor ion (m/z) | Collision energy (V) | Product ion (m/z) |
|---|---|---|---|---|
| Calcipotriol | 30 | 570.3 | 20 | 314.0 |
| $24R,25(OH)_2D_3$ | 25 | 574.3 | 20 | 298.0 |
| $d_6$ $1\alpha,25(OH)_2D_3$ | 32 | 580.3 | 18 | 314.0 |
| $1\alpha,25(OH)_2D_3$ | 32 | 574.3 | 18 | 314.0 |
| $1\alpha,25(OH)_2D_2$ | 32 | 586.3 | 18 | 314.0 |
| $d_6$ $25(OH)D_3$ | 20 | 564.3 | 16 | 298.0 |
| $25(OH)D_3$ | 20 | 558.3 | 16 | 298.0 |
| $25(OH)D_2$ | 20 | 570.3 | 16 | 298.0 |
| $d_6$ $D_3$ (cholecalciferol) | 35 | 566.3 | 20 | 298.0 |
| $D_3$ (cholecalciferol) | 35 | 560.3 | 20 | 298.0 |
| $D_2$ (ergocalciferol) | 35 | 572.3 | 20 | 298.0 |



QUESTMS-00000354

Anal Bioanal Chem (2008) 391:1917–1930

**Table 2** Calibration statistics

| PTAD derivative | $t_R$ (min) | Calibration curve equation | $R^2$ | ILD (pg) | LLOQ (pg/mL) |
|---|---|---|---|---|---|
| $24R,25(OH)_2D_3$ | 3.20, 4.40[a] | $y=295.1x + 4.2$ | 0.9980 | 0.2 | 25 |
| $1\alpha,25(OH)_2D_3$ | 5.56 | $y=300.3x + 3.0$ (area) $y=3.46x + 121.76$ (height)[b] | 0.9999 (area) 0.9985 (height) [b] | 0.2 | 25 |
| $1\alpha,25(OH)_2D_2$ | 5.97, 6.13 | $y=195.2x - 24.70$ | 0.9964 | 0.3 | 25 |
| $25(OH)D_3$ | 7.01, 7.47 | $y=421.1x + 99.2$ | 0.9817 | 0.1 | 25 |
| $25(OH)D_2$ | 7.39, 7.86 | $y=137.1x + 52.4$ | 0.9949 | 0.3 | 25 |

*ILD*, instrumental limit of detection; *LLOQ*, lower limit of quantification
[a] Retention time of the major isomer peak is given in bold font
[b] Height was used for $1\alpha,25(OH)_2D_3$ calibration and quantification in the samples. Recoveries of internal standards and reproducibility in SPE and LLE extraction methods

quality control. Deuterated $1\alpha,25(OH)_2D_3$ was used as an internal reference for the quantification of $24R,25(OH)_2D_3$, $1\alpha,25(OH)_2D_2$ and $1\alpha,25(OH)_2D_3$, while deuterated 25 $(OH)D_3$ was the internal reference for the quantification of $25(OH)D_2$ and $25(OH)D_3$. Prior to integration the chromatograms were smoothed using the Savitzky–Golay algorithm (two iterations using four points). Statistical data analysis and regressions were performed using Microsoft Excel 2003 (Microsoft, Redmond, WA, USA), and SigmaPlot 9.0 (Systat Software, San Jose, CA, USA).

### 25(OH)D RIA

25(OH)D in serum was measured in the Bioanalytical Support Laboratory of the Western Human Nutrition Research Center (WHNRC) using a standard RIA protocol (DiaSorin, Stillwater, MN, USA) according to the manufacturer's instructions with the following modification: the centrifugation following the precipitation step was performed at $3000 \times g$ for 60 min at $-10$ °C instead of the recommended $1800 \times g$ for 20 min at $-20$–$25$ °C. This modified procedure facilitated the aspiration of the supernatant from above the pellet containing the labeled 25(OH)D. The WHNRC participates in the DEQAS Vitamin D External Quality Assessment Scheme (http://www.deqas.org/) [26] and calibration standards from DEQAS analyzed during this period were all within acceptable limits.

### Results and discussion

#### Derivatization reaction and product stability

TADs are among the most reactive dienophiles known. However, they are unstable in protic solvents. To determine derivatization rates, $1\alpha,25(OH)_2D_3$ and $25(OH)D_3$ at concentrations of 10 ng/mL (26 nM) and 10 μg/mL (25 μM), respectively, were allowed to react with 0.75 mg/mL (4.3 mM) PTAD at room temperature. Aliquots of the reaction mixtures were taken at fixed time intervals and

quenched with equal volumes of methanol. The regression analysis according to a pseudo-first-order kinetics model resulted in $t_{1/2} < 1$ min for $25(OH)D_3$ and $t_{1/2} \approx 8$ min for $1\alpha,25(OH)_2D_3$. Because the deuterium label is distant from the Diels–Alder reaction site, no isotope effects on the reaction kinetics are expected for isotopically labeled $1\alpha,25$ $(OH)_2D_3$ and $25(OH)D_3$. Thus, >99% yield of derivatization products is achieved after one hour at room temperature, as predicted by the kinetic study. An increase in the PTAD concentration to over 2 mg/mL leads to a significant decrease in yield.

Derivatization of vitamin D metabolites results in an approximately 100-fold increase in the analytical signal in MRM mode, as shown for $1\alpha,25(OH)_2D_3$ in Fig. 2. Moreover, while CID produces multiple fragments of native vitamin D metabolites, it produces a single major fragment for the derivatized products. The fragmentation patterns of native and derivatized $1\alpha,25(OH)_2D_3$ are shown in Fig. 3. This could also potentially be used to screen for additional vitamin D metabolites and other conjugated dienes using the precursor ion scan function. We also examined the stability of the derivatization reaction products. A test solution of derivatized analytes was prepared and stored for one week at $-80$ °C, $-20$ °C, $+4$ °C and room temperature. No significant loss of the analytes was detected in samples stored at room temperature for one week compared to the samples stored at $-80$ °C.

#### LC and MS optimization

Cone voltage and collision energies were optimized using injections of diluted standards. No sharp maxima were found and optimized parameters did not differ significantly in the range of $\pm 5$ V and $\pm 3$ V for cone voltage and collision energy, respectively (Table 1). Both derivatized and nonderivatized vitamin D metabolites containing a hydroxyl group at position 25 easily lose water in the Z-spray source probably due to the formation of a stable tertiary carbocation. We observed similar dominant water loss in the QTRAP4000

🙋 Springer

QUESTMS-00000355

1922                                                                                    Anal Bioanal Chem (2008) 391:1917–1930



**Fig. 2a–b** Improvement in the sensitivity of MS/MS analysis of 1α,25(OH)₂D₃ by derivatization with PTAD. Analysis of 1α,25 (OH)₂D₃-PTAD, 1 ng injected on column (574.3>314.0 reaction trace), is shown in panel **a**, and that of native 1α,25 (OH)₂D₃, 10 ng injected on column (399.4>135.2 reaction trace), is shown in panel b. Both chromatograms were scaled the same way, indicating a 100-fold increase in signal intensity for the derivatized 1α,25(OH)₂D₃. Standards were injected in 10 μL acetonitrile and separated using gradient elution on a 5-cm UPLC BEH C18 column

Turbo V IonSpray (Applied Biosystems; Foster City, CA, USA) ion source, and presumably this loss is not source-specific. Thus, [M−18+H]⁺ was used as a precursor ion for all vitamin D metabolites hydroxylated at position 25. Initially, acetonitrile with 0.1% formic acid was used as an organic phase for UPLC separation. However, we found that methanol without modifier gave the best signal intensity, probably due to its higher volatility [27]. Thus, methanol was used as the organic solvent despite a significantly higher backpressure. This demonstrates the additional advantage of using UPLC to improve the sensitivity of LC-MS. The target analytes were separated using gradient elution on a 10-cm BEH C18 UPLC column in 12 min, including column wash and re-equilibration (Fig. 4; Table 2).

Derivatization of vitamin D metabolites with PTAD produces two epimers, 6S and 6R, corresponding to the position of the dienophile relative to the plane of the A ring. The major isomer peak was used for integration and quantification. We compared results for 25(OH)D₃ and 24R,25 (OH)₂D₃ quantification in 50 individual serum samples using integration of either the major or minor peak and found a good correlation between the values ($R^2$=0.9669 and $R^2$=0.8838, respectively). The lower correlation for 24R,25(OH)₂D₃ can be explained by the low intensity of the minor isomer peak and the lack of a corresponding isotopically labeled standard to correct the measurements. Interestingly, the C18 BEH UPLC stationary phase does not separate isomers of derivatized 1α,25(OH)₂D₃, probably due to the *anti* position of hydroxyl groups on its A ring, which make this structure more symmetric. Separation of derivatized 1α,25(OH)₂D₃ can be achieved using phenyl BEH column chemistry, but this separation is not advanta-

**Fig. 3a–b** CID spectra of 1α,25(OH)₂D₃. Native 1α,25 (OH)₂D₃ a; 1α,25(OH)₂D₃ – PTAD b. Both product ion spectra were acquired for the dominant [M−18+H]⁺ ion. The general fragmentation reaction for derivatized vitamin D metabolites is shown. We observed a dominant fragment for PTAD derivatives at m/z 298 (m/z 314 for metabolites hydroxylated at position 1)



QUESTMS-00000356

Anal Bioanal Chem (2008) 391:1917–1930

1923

**Fig. 4** Chromatographic separation of major vitamin D metabolites using the conditions described in the "Experimental" section



geous for quantitative purposes. While the C18 BEH phase does not separate isomers of $1\alpha,25(OH)_2D_3$-PTAD, it does separate the isomers of $1\alpha,25(OH)_2D_2$-PTAD (see the "Electronic supplementary material").

In addition to cycloaddition to the locked C-10-19 : C-5-6 cisoid diene, the Diels–Alder reaction can theoretically occur at the C-5-6 : C-7-8 diene if the C-6-C-7 bond rotates into a cisoid conformation. However, this reaction would be unfavorable because of the activation barrier to uncoupling the conjugated triene system and the steric hindrance to forming a planar diene. PTAD is not only a potent dienophile but also a mild oxidizing reagent. Therefore, other possible by-products of derivatization can be form because of the oxidation of secondary alcohols of vitamin D metabolites into corresponding ketones. We surveyed mass chromatograms of derivatized standards and did not find an abundant signal (>1% peak height of derivatized standard) that would correspond to keto- ([M–2+H]+) and diketo- ([M–4+H]+) by-products.

Selectivity of the method was determined by surveying MRM chromatograms of the analytes extracted from human serum extracts. No significant interfering peaks were found for any of the analytes except $1\alpha,25(OH)D_3$ (Fig. 5). The interference was present in both LLE and SPE human serum extracts. The interfering ion could not be suppressed with increasing quadrupole resolution because of concomitant $1\alpha,25(OH)_2D_3$-PTAD signal loss. The interfering ion is a product of serum matrix derivatization, because it was not found in nonderivatized serum matrix. It was not possible to use a different transition for the detection of $1\alpha,25$ $(OH)_2D_3$-PTAD, because the derivative only produces one dominant fragment ion, as shown above. The low signal intensity of the interfering peak did not allow the product and precursor MS/MS scan experiment to be performed. However, because the interfering compound coelutes with

vitamin D metabolites under selective SPE conditions and undergoes Diels–Alder derivatization, we hypothesize that it is an unknown dihydroxyvitamin $D_3$ isomer with two hydroxyl groups on the A ring because of the characteristic $m/z$ 314 fragment. A possible candidate metabolite is $1\alpha,25$-dihydroxy-3-epi-vitamin $D_3$, a biologically active product of the catabolic epimerization of $1\alpha,25(OH)_2D_3$ [24]. However, the lack of a commercially available standard does not allow this finding to be confirmed. Interestingly, 25-hydroxy-3-epi-vitamin $D_3$ was found as an interference in another LC-MS assay [29]. Thus, we used a 10-cm column to separate $1\alpha,25(OH)_2D_3$-PTAD from the interfering peak. It is crucial to use isotopically labeled $1\alpha,25(OH)_2D_3$ to assign the correct retention time to this analyte. To increase the precision of quantification, we measured the height of the $1\alpha,25(OH)_2D_3$-PTAD peak while the area was measured for the quantification of other analytes (see "Electronic supplementary material").

Sample preparation

Initially, we used liquid–liquid extraction of vitamin D metabolites to demonstrate the feasibility of the method. Initial sample preparation steps such as protein precipitation with acetonitrile and subsequent dilution with 0.4 M $K_2HPO_4$ were adopted from known methods of vitamin D extraction to fit the format of 2-mL polypropylene plastic tubes [25]. No losses of $1\alpha,25(OH)_2D_3$ were detected with plastic tubes compared to borosilicate glass tubes (see "Electronic supplementary material"). We tested different modes of serum protein precipitation using acetonitrile, including fast and slow mixing and addition of the serum drop-wise to acetonitrile, and found no significant difference between them (see "Electronic supplementary material"). We also tested three different extraction solvents, MTBE,

🕭 Springer

QUESTMS-00000357

Anal Bioanal Chem (2008) 391:1917–1930



**Fig. 5** Separation of $1\alpha,25$ (OH)$_2$D$_3$ from coeluting interferences using a 10-cm UPLC BEH C18 column. The identity of the peak was supported by a standard addition experiment (see Table 5) and the use of the deuterated internal standard d$_6$ $1\alpha,25$(OH)$_2$D$_3$. Hexadeuterated surrogates of vitamin D metabolites were found to elute ~0.03 min earlier than their native analogs (see Fig. 4). *Arrows* indicate $1\alpha,25$(OH)$_2$D$_3$-PTAD. Detection was performed in MRM mode

dichloromethane and ethyl acetate, and found very similar extraction recoveries with the exception of dichloromethane, which produced lower recoveries for 25(OH)D$_3$ (Fig. 6). Thus, we selected MTBE due to its low absorption of water, which deactivates PTAD, and its high volatility. To simplify sample preparation, one extraction step was performed subsequently.

The SPE method was adopted from the literature [22, 25]. The effects of SPE sample dilution, cartridge washing and elution solvents are shown in Fig. 7. The resulting data correspond to standard guidance for vitamin D sample preparation, including sample dilution with 1 v. 0.4 M K$_2$HPO$_4$ at pH 10.4 and cartridge washing with 70% methanol. Although a 30% methanol wash resulted in the highest recoveries of d$_6$ $1\alpha,25$(OH)$_2$D$_3$, we selected 70% methanol wash as a standard procedure because samples obtained with <50% methanol wash contained a substantial amount of residual moisture that slows down sample concentration and may interfere with the yield of the derivatization reaction (Fig. 7b). We found that an additional wash with hexane was not critical to sample preparation and thus omitted it to avoid forming a biphasic solution in SPE wastes. We selected acetonitrile as elution solvent because ethyl acetate and especially methanol negatively affected the yield of the derivatization reaction, as monitored with the derivatization control compound calcipotriol in the extraction matrix (Fig. 7c). To elute residual analytes remaining on the cartridges after the first 1 mL of eluent, we increased the final elution volume to 1.5 mL.

The recoveries of the deuterated surrogates d$_6$ $1\alpha,25$ (OH)$_2$D$_3$ and d$_6$ 25(OH)D$_3$ were determined in 25 individual human plasma samples extracted by optimized liquid–liquid extraction (Table 3). Because these recoveries also include the yield of the derivatization reaction, we spiked the organic extracts with the $1\alpha,25$(OH)$_2$D$_3$ analog calcipotriol

(calcitriene) to determine the effect of the sample matrix on the derivatization yield. Compared with liquid–liquid extraction, SPE results in a lower derivatization yield but comparable extraction recoveries. The lower derivatization yield in SPE is probably due to traces of protic solvents (water and methanol) that deactivate PTAD while the low solubility of water in MTBE makes the LLE extracts the preferred matrix for the derivatization reagent. LLE and SPE give statistically the same results for vitamin D metabolites except for 24$R$,25(OH)$_2$D$_3$. These data were generated by extracting six aliquots of the same human plasma sample by SPE ($n=3$) and LLE ($n=3$) methods (Table 3). The lower



**Fig. 6** Selection of solvents for liquid–liquid extraction. Human serum was spiked with deuterated $1\alpha,25$(OH)$_2$D$_3$ and prepared as described in the "Experimental" section. Extraction was performed in two steps (st) with methyl *tert*-butyl ether (MTBE), dichloromethane (DCM) and ethyl acetate (EtAc). No second extraction was performed for DCM, which formed an emulsion that was difficult to separate. Data are normalized to MTBE recoveries in the first step. No d$_6$ 25 (OH)D$_3$ was available at the time of the experiment, and so native 25 (OH)D$_3$ was used to measure the relative recovery. Four samples were analyzed independently in each sample group (*black bars*, d$_6$ $1\alpha,25$ (OH)$_2$D$_3$; *gray bars*, d$_3$ 25(OH)D$_3$). Error bars represent standard deviations

🌊 Springer

QUESTMS-00000358

Anal Bioanal Chem (2008) 391:1917–1930

1925



**Fig. 7a–c** Selection of solvents for sample loading, SPE wash, and elution. Supernatant from the protein precipitation was transferred into SPE cartridges (Oasis HLB) and diluted with given volume of water (W), 0.4 M $K_2HPO_4$ (K), or 0.4 M $Na_2HPO_4$ (Na). **a** SPE cartridges were washed with 50 % methanol and eluted with 1.5 mL ethyl acetate. **b** SPE cartridges loaded with diluted supernatant were washed with 2 mL 70% methanol, 2 mL 50% methanol, 2 mL 50% methanol and 2 mL hexane, 2 mL 30% methanol, and water and eluted with 1.5 mL ethyl acetate. **c** SPE cartridges were loaded with diluted supernatant, washed with 70% methanol and eluted from Oasis HLB cartridges with 3 × 1 mL of acetonitrile (MeCN), ethyl acetate (EtAc) or methanol (MeOH). Each 1 mL sample was spiked with calcipotriol to study the effect of matrix on derivatization efficiency. Four samples were analyzed independently in each sample group (*black bars*, $d_6$ $1\alpha,25(OH)_2D_3$; *gray bars*, $d_6$ $25(OH)D_3$; *white bars*, calcipotriol). All serum samples were spiked with deuterated surrogates prior to sample preparation. Error bars represent standard deviations

values obtained for $24R,25(OH)_2D_3$ in the SPE procedure compared to LLE can be explained by the relatively high polarity of $24R,25(OH)_2D_3$, which could result in losses during the SPE wash, and the lack of a deuterated internal standard ($d_6$ $1\alpha,25(OH)_2D_3$ was used as a reference for $24R,25(OH)_2D_3$ quantification).

In addition, SPE results in more precise measurements than LLE. Also, the throughput of SPE sample preparation is practically twice as fast as LLE. Thus, we suggest that SPE is the preferred technique for samples in clinical settings where precise measurements of $1\alpha,25(OH)_2D_2$, $1\alpha,25(OH)_2D_3$, $25(OH)D_2$ and $25(OH)D_3$ are critical. However, the LLE procedure is suitable for further explorations in vitamin D metabolic profiling, such as the addition of $1\alpha,24R,25(OH)_3D_3$ to the method, as well as the analysis of biohazardous human samples (e.g., HIV or hepatitis positive) that would otherwise require a special SPE extraction manifold.

Reverse-phase SPE is known for its very high retention of vitamin $D_2$ and $D_3$, which makes its application problematic. Only ~30% of vitamin $D_2$ and $D_3$ are eluted from SPE cartridges under the conditions selected for our method (1.5 mL acetonitrile), as monitored by UPLC-UV. Using a stronger solvent such as ethyl acetate would decrease the purity of the sample and the yield of the derivatization reaction. Surprisingly, we found that LLE also results in poor recoveries of vitamin $D_2$ and $D_3$. The addition of vitamin $D_2$ and $D_3$ standards to extracted serum matrix prior to derivatization revealed that the reason for the poor recoveries is a low derivatization reaction yield. However, poor recoveries were not obtained for other more polar forms of vitamin D. Taking into consideration the severe matrix effect present during the derivatization of vitamin $D_2$ and $D_3$ and the need for longer chromatographic runs, we omitted these analytes from the method.

Method validation

Calibration curves were linear over the entire range of selected concentrations (Table 2). Because all analytes in the vitamin D pathways have similar structures and produce similar fragments in CID, we obtained relatively similar instrumental limits of detection (ILD) for all analytes. Instrumental limit of detection was determined as the lowest concentration in a series of dilutions that produces a chromatographic peak with a root mean square (RMS) signal-to-noise $\geq 3$ under the standard chromatographic conditions of the method. Lower limits of quantification in plasma and serum were set to 25 pg/mL, estimated using the lowest calibration point of 100 pg/mL corrected for a sample dilution factor of 5 and 80% recovery (100/0.8/5). From the subsequent standard addition experiments we found that $1\alpha,25(OH)_2D_3$ measurements above the LLOQ have precisions of <20% for both LLE and SPE (Tables 4 and 5).

 Springer

QUESTMS-00000359

**Table 3** Recoveries of internal standards and reproducibilities for SPE and LLE extraction methods

| Recoveries | Solid-phase extraction | Liquid–liquid extraction |
|---|---|---|
| Calcipotriol derivatization yield (%) | 83.3±9.6 ($n$=50) | 105±11 ($n$=25) |
| $d_6$ 1$\alpha$,25(OH)$_2$D$_3$ recovery (%) | 70.5±6.7 ($n$=50) | 85.8±8.8 ($n$=25) |
| $d_6$ 25(OH)D$_3$ recovery (%) | 78.1±4.7 ($n$=50) | 81.0±8.0 ($n$=25) |
| Inter-sample reproducibility | | |
| 25(OH)D$_2$ (ng/mL) | 0.5±0.1 ($n$=3) | 0.6±0.1 ($n$=3) |
| 25(OH)D$_3$ (ng/mL) | 26.8±0.9 ($n$=3) | 29.9±2.5 ($n$=3) |
| 1$\alpha$,25(OH)$_2$D$_3$ (pg/mL) | 36±3 ($n$=3) | 41±9 ($n$=3) |
| 24$R$,25(OH)$_2$D$_3$ (ng/mL) | 1.2±0.2 ($n$=3) | 1.8±0.1 ($n$=3) |

The lowest calibration point (100 pg/mL) for all analytes produced chromatographic peaks with RMS signal to noise > 10. Because vitamin D metabolites are endogenous compounds, we studied method accuracy and precision using the addition of known quantities of vitamin D metabolites to human serum and extracted it by LLE and SPE. Separate standard addition experiments were performed for samples extracted by LLE (Table 4) and SPE (Table 5). For LLE, separate experiments for 1$\alpha$,25(OH)$_2$D$_3$ and 25(OH)D$_3$ standard spikes were performed, while for SPE, serum was spiked with a mixture of 24$R$,25(OH)$_2$D$_3$, 1$\alpha$,25(OH)$_2$D$_3$, 25(OH)D$_2$ and 25(OH)D$_3$. The differences in metabolite concentrations in native serum between LLE and SPE experiments are due to the different batches of pooled human serum used in the experiments. We set quality control criteria for all extractions as precision (RSD) <20% and accuracy (analyte recovery corrected to the recovery of a corresponding deuterated internal standard) in the range of 75–125%. All samples passed these criteria except 1$\alpha$,25(OH)$_2$D$_3$ measurement in native serum after SPE, which was below the LLOQ and above the 20% precision criterion. Average accuracies in the spiked samples were 99.6% for 25(OH)D$_3$ and 111% for 1$\alpha$,25(OH)$_2$D$_3$ in the LLE experiments and 92.3% for 25(OH)D$_3$, 100.6% for 25(OH)D$_2$, 106% for 1$\alpha$,25(OH)$_2$D$_3$ and 94.4% for 24$R$,25(OH)$_2$D$_3$ in the SPE experiments. SPE results in more precise measurements of 25(OH)D$_3$, while the accuracy

of LLE for 25(OH)D$_3$ is higher. Both extraction methods tend to overestimate 1$\alpha$,25(OH)$_2$D$_3$ levels while precision is slightly better with SPE, which corresponds to the data obtained by direct comparison of both techniques (Table 3). Linear regression curves built for standard addition of 1$\alpha$,25 (OH)$_2$D$_3$ are more linear if the height of the peak ($R^2$= 0.9996) is used instead of peak area ($R^2$=0.9850). For comparison, the $R^2$ values of the linear regression curves for 24$R$,25(OH)$_2$D$_3$, 25(OH)D$_3$ and 25(OH)D$_2$ were 0.9985, 1.000, and 0.9993, respectively (see the "Electronic supplementary material"). The poor slope ($\alpha$1) obtained in the standard addition experiment for 24$R$,25(OH)$_2$D$_3$ can be explained with its higher polarity compared to 1$\alpha$,25 (OH)$_2$D$_3$, thus resulting in extraction losses that could not be accurately corrected due to the lack of the corresponding isotopically labeled standard.

In addition, 50 individual human serum samples were analyzed with a 25(OH)D RIA (Diasorin). We found a good correlation between LC-MS and RIA results (Fig. 8). However, the results from the LC-MS method were systematically higher than the RIA 25(OH)D results. Both methods of 25(OH)D analysis were validated by the analysis of DEQAS samples [26] and found to give results within the desirable inter-laboratory mean (±σ). Interestingly, other LC-MS methods of 25(OH)D analysis in DEQAS studies tend to produce systematically higher measurements than RIA methods (data not shown). This LC-MS bias might be

**Table 4** Standard addition experiment using liquid–liquid extraction

| 25(OH)D$_3$ standard addition | 25(OH)D$_3$ measured (ng/mL) |
|---|---|
| Native serum ($n$=4) | 22.5 (±0.9%)[a] |
| Native serum + 1.25 ng[b] 25(OH)D$_3$ ($n$=4) | 26.1 (102.±2%) |
| Native serum + 2.5 ng 25(OH)D$_3$ ($n$=4) | 28.4 (98.9±4.8%) |
| Native serum + 5 ng 25(OH)D$_3$ ($n$=4) | 34.3 (98.0±3.3%) |
| 1$\alpha$,25(OH)$_2$D$_3$ standard addition | 1$\alpha$,25(OH)$_2$D$_3$ measured (pg/mL) |
| Native serum ($n$=3) | 60 (±9%) |
| Native serum + 10 pg[b] 1$\alpha$,25(OH)$_2$D$_3$ ($n$=4) | 86 (103±16%) |
| Native serum + 30 pg 1$\alpha$,25(OH)$_2$D$_3$ ($n$=4) | 160 (120±20%) |
| Native serum + 100 pg 1$\alpha$,25(OH)$_2$D$_3$ ($n$=3) | 343 (111±5%) |

[a] Concentration (accuracy (analyte recovery corrected to recovery of corresponding deuterated internal standard) ± precision (RSD))

[b] Quantity added to 0.4 mL serum prior to protein precipitation and extraction


Springer

QUESTMS-00000360

Anal Bioanal Chem (2008) 391:1917–1930

1927

**Table 5** Standard addition experiment using SPE

| | Native serum | Spike 1[a] | Spike 2 | Spike 3 |
|---|---|---|---|---|
| $24R,25(OH)_2D_3$ (ng/mL) | 2.83 ($\pm7.1\%$)[b] | 3.03 (99.9–11.1%) | 3.08 (95.2±6.5%) | 3.19 (88.0±5.4%) |
| $1\alpha,25(OH)_2D_3$ (pg/mL) | 18 ($\pm23\%$)[c] | 31 (94±16%) | 52 (108±16%) | 90 (116±7%) |
| $25(OH)D_3$ (ng/mL) | 16.2 ($\pm2.3\%$) | 17.4 (95.6±1.9%) | 18.7 (92.4±2.2%) | 21.5 (88.8±4.0%) |
| $25(OH)D_2$ (ng/mL) | 0.3 ($\pm7.7\%$) | 2.3 (101.4±6.1%) | 4.3 (100.6±3.9%) | 8.3 (99.8±8.6%) |

[a] Spike 1: 0.75 ng/mL $1\alpha,25(OH)_2D_3$, 10 ng/mL $24R,25(OH)_2D_3$, 100 ng/mL $25(OH)D_3$ and $25(OH)D_2$
Spike 2: 1.50 ng/mL $1\alpha,25(OH)_2D_3$, 20 ng/mL $24R,25(OH)_2D_3$, 200 ng/mL $25(OH)D_3$ and $25(OH)D_2$
Spike 3: 3.00 ng/mL $1\alpha,25(OH)_2D_3$, 40 ng/mL $24R,25(OH)_2D_3$, 400 ng/mL $25(OH)D_3$ and $25(OH)D_2$
10 μL spike was added to 0.5 mL serum resulting in ~50-fold spike dilution
[b] Concentration (accuracy (analyte recovery corrected to recovery of corresponding deuterated internal standard) ± precision (RSD))
[c] Below LOQ and above 20% precision criterion

explained by the more accurate estimation of $25(OH)D_2$ and $25(OH)D_3$ recoveries using isotopically labeled analogs. The development of internal standards for calibrating immunoassays remains problematic.

Biological applications

Photosynthesis of vitamin D is a route parallel to dietary supplementation in humans (Fig. 1). UV light (290–315 nm) induces cleavage of the C-9–C-10 bond of 7-dehydrocholesterol with subsequent proton migration and conformational changes producing vitamin $D_3$. For example, one minimal erythemal dose of UV exposure from sunlight resulted in the production of 10,000–20,000 IU (0.25–0.5 mg) of vitamin $D_3$ [38]. Typically, vitamin D photosynthesis in skin is thought to satisfy most human dietary requirements. However, the photosynthesis of vitamin $D_3$ in skin becomes less efficient in people with darker skin living in higher latitudes, where sun exposure is insufficient to generate enough vitamin $D_3$, or alternatively in people with mostly indoor lifestyles and those who habitually use

sunscreens. An LC-MS method specific for $D_3$ forms of vitamin D is particularly useful for studies of the photosynthesis of vitamin $D_3$ in skin because it avoids interference with $D_2$ metabolites from the diet. Because the major aim of our method development was to study the effect of skin pigmentation on vitamin D, we used a LLE version of the method to study the vitamin D deficiency in an HIV-positive urban Afro-American population previously reported to be 25(OH)D-deficient. The SPE version of the method was used for high-throughput phenotyping of vitamin D metabolism in subjects with different levels of sun exposure and different levels of skin pigmentation. The occurrence of $D_2$ group metabolites was sporadic in studied groups and was therefore omitted from the discussion.

Effect of HIV infection on vitamin D profile

As a pilot study we analyzed eight plasma samples from HIV-negative females and compared their vitamin D profile with the vitamin D profile in seven plasma samples of HIV-positive females. The samples were acquired from the REACH depository [23, 24]. We found good agreement with previously acquired immunoassay data on their 25 (OH)D status, showing that both groups are vitamin D-deficient (25(OH)D < 32 ng/mL), with no statistical difference between the groups (Fig. 9) [31]. No difference in the $24R,25(OH)_2D_3$ level was found either, which corresponds to low $25(OH)D_3$ status. However, $1\alpha,25(OH)_2D_3$ tends to be higher in the HIV-positive group ($p<0.08$; t-test). Therefore, the study of a larger population is required to increase the power of the statistical analysis and test this initial observation. The literature data on $1\alpha,25(OH)_2D_3$ status in patients with HIV infections are controversial. While some studies found suppressed levels of $1\alpha,25(OH)_2D_3$, presumably caused by antiretroviral treatment [32, 33], there are many cases of reported increases in $1\alpha,25(OH)_2D_3$ [34–37]. The increase in $1\alpha,25(OH)_2D_3$ in HIV-positive subjects can be caused by extrarenal production of $1\alpha,25(OH)_2D_3$ in macrophages activated by chronic inflammation or in tumors



$y = 1.2444x + 7.7443$
$R^2 = 0.8987$

**Fig. 8** Comparison of RIA (DiaSorin) and LC-MS data for 50 individual measurements of 25(OH)D in serum samples collected in the fall study. LC-MS data are plotted as the sum of the $25(OH)D_2$ and $25(OH)D_3$ concentrations

Springer

QUESTMS-00000361



**Fig. 9a–c** Metabolic profile of (a) 25(OH)D₃, (b) 1α,25(OH)₂D₃ and (c) 24R,25(OH)₂D₃ in HIV-positive (*black bars*; *n*=7) and -negative (*gray bars*; *n*=8) female subjects. Error bars represent standard deviations

in the final stages of the disease. This case shows the importance of not simply measuring 25(OH)D to assess vitamin D nutritional status but to access the whole cascade by also measuring its biologically active 1α,25(OH)₂D₃ form. In individuals with depressed 25(OH)D level but elevated 1α,25(OH)₂D₃ production, dietary supplementation with vitamin D or sun exposure may have a deleterious effect because of possible 1α,25(OH)₂D₃ deregulated extra-renal production and the resulting toxicity, as observed for example in some lymphomas [38], sarcoidosis [39] and tuberculosis [40].

Seasonal variations in vitamin D metabolites

We analyzed 102 individual serum samples acquired from 34 subjects with different levels of sun exposure and different levels of skin pigmentation. The preliminary data showed that the majority of the studied population had a very low level of 25(OH)D₂ (< 3.0 ng/mL), which corresponds to the fact that the diet is supplemented predominantly with the D₂ form. However, in three of the 34 subjects the level of 25(OH)D₂ was high (16.6, 9.2, and 6.3 ng/mL measured as the average of three time points). Those three subjects reported taking multivitamin supplements or drinking soy milk supplemented with vitamin D₂. The ability to separate 25(OH)D₂ and 25(OH)D₃ forms of vitamin D is a specific feature of our method compared to typically used immunoassays. There is evidence that 25(OH)D₂ does not have the same properties as 25(OH)D₃ [9, 10]. In addition, in contrast to vitamin D₃, which can be produced by photosynthesis in vivo, vitamin D₂ is adsorbed solely from the diet (Fig. 1). Thus, separate measurement of the D₂ and D₃ forms of vitamin D is especially valuable for studying the photosynthesis of this vitamin.

As expected from the seasonal variation in sun exposure, there was a significant difference in 25(OH)D₃ levels

between the fall and winter study groups (Fig. 10). Interestingly, while the level of 24R,25(OH)₂D₃ correlates well with the level of 25(OH)D₃ in two groups of 51 (17 subjects × 3 time points) measurements ($R^2$=0.8065 in fall and $R^2$=0.7452 in winter), the level of 1α,25(OH)₂D₃ correlates with the level of 25(OH)D₃ poorly ($R^2$=0.4633 in fall and $R^2$=0.1823 in winter). The difference in the correlations of the two major products of 25(OH)D₃ oxidation with their precursor can be rationalized by much stricter biological control of 25-hydroxyvitamin D 1α-hydroxylase compared to 25-hydroxyvitamin D 24-hydroxylase (Fig. 1). However, if 25(OH)D₃ status is sufficient (>32 ng/mL), as in the fall study group, the production of 1α,25(OH)₂D₃ becomes less strictly controlled. Thus, in the case of elevated 25-hydroxyvitamin D 1α-hydroxylase activity that is associated with some disease states, excess 25(OH)D₃ may lead to 1α,25(OH)₂D₃-associated toxicity.

While there are arguments that measuring 24R,25(OH)₂D₃ status has little biological value, it has been shown that this metabolite is active in bone tissue [14, 15]. Also, the level of 24R,25(OH)₂D₃ can be a measure of 1α,25(OH)₂D₃ clearance because 1α,25(OH)₂D₃ is also oxidized by 25-hydroxyvitamin D 24-hydroxylase, forming the inactive 1α,24R,25(OH)₃D₃. In addition, measurement of 24R,25(OH)₂D₃ can be a quality control for 1α,25(OH)₂D₃ analysis. It is well known that 25-hydroxyvitamin D 24-hydroxylase expression is positively regulated by 1α,25(OH)₂D₃ via a VDRE in its promoter [41]. Thus, an elevated 1α,25(OH)₂D₃ level (>50–60 pg/mL) corresponds to high production of 24R,25(OH)₂D₃ if 25(OH)D₃ status is sufficient.



Fig. 10a–c Seasonal variations in (a) 25(OH)D₃ [15.5 to 67.8 ng/mL; 8.0 to 50.7 ng/mL], (b) 1α,25(OH)₂D₃ [25 to 128 pg/mL; 25 to 108 pg/mL], and (c) 24R,25(OH)₂D₃ [0.9 to 9.6 ng/mL; 0.3 to 4.3 ng/mL] in two different groups of healthy subjects studied in fall (*black bars*; *n*=17) and winter (*gray bars*; *n*=17). Values in the brackets shows the ranges of concentrations in fall and winter, respectively. Error bars represent standard deviations

QUESTMS-00000362

Anal Bioanal Chem (2008) 391:1917–1930

## Conclusions

Metabolic profiling is a promising tool for assessing entire metabolic pathways and studying their regulation. While in the field of vitamin D analysis different forms of protein binding assays remain the dominant procedures, they do not have the flexibility to measure multiple analytes in the same run or to separate the $D_2$ and $D_3$ forms of vitamin D. However, measurements of both $1\alpha,25(OH)_2D_3$ and $25(OH)D_3$ have become an important diagnostic factor for the assessment of dysregulated $1\alpha,25(OH)_2D_3$ extrarenal production in cancerous and inflammatory states. Thus, a method to measure $1\alpha,25(OH)_2D_3$ and $25(OH)D_3$ simultaneously could become a valuable tool in clinical practice. While this method represents a considerable improvement on the assessment of $25(OH)D_3$ by LC-MS, the very low circulating levels of $1\alpha,25(OH)_2D_3$, its thermal instability and its low polarity impede the direct measurement of this biologically important hormone with LC-MS or GC-MS. However, the sensitivity of $1\alpha,25(OH)_2D_3$ detection can be significantly improved using Diels–Alder derivatization with PTAD. Thus, the application of Diels–Alder derivatization allows the entire vitamin D cascade to be surveyed in a single LC-MS run, including routine direct measurements of $1\alpha,25(OH)_2D_3$, which has not been achieved before using LC-MS or GC-MS methods. In addition, the improved sensitivity of $25(OH)D$ detection allows the development of a method for the assessment of dietary $25(OH)D$ in very small plasma or serum samples (<50 μL). While current immunoassay methods for $1\alpha,25(OH)_2D_3$ quantification are superior in terms of their limits of detection, the reported LC-MS method can be used to detect excessive $1\alpha,25(OH)_2D_2$ and $1\alpha,25(OH)_2D_3$ production associated with some cancerous states and inflammation. It can also simultaneously assess the vitamin D dietary status via measurements of both $25(OH)D_2$ and $25(OH)D_3$ levels and estimate the rate of $1\alpha,25(OH)_2D_3$ clearance by 25-hydroxyvitamin D 24-hydroxylase via measurements of the $24R,25(OH)_2D_3$ level. The method may be improved with the development of novel derivatization reagents with stronger ionic properties for more efficient electrospray ionization. By further expanding the list of analytes covered by this metabolic profiling method, we may gain unexpected insights into the biology of the vitamin D family of molecules.

**Acknowledgement** We thank John Newman who provided the UPLC for the initial method development experiments. We thank Theresa Pedersen and Katrin Georgi for discussion of the extraction procedure, Mike Eskander for help with preparation of standards and MS optimization, Alina Wettstein for help with preparation of REACH samples and Leslie Woodhouse and Manuel Tengonciang for 25(OH)D RIA analysis. P.A.A. was supported by NIEHS Advanced Training in Environmental Toxicology Grant T32 ES007059. L.M.H. was supported by NIH Grant P60 MD00222-01. C.B.S. was supported by USDA-ARS Project 5306-51530-006-00D. K.D. was supported in part by BayGene. This research was supported in part by California Dairy Research Foundation Grant 07 HAB-01-NH, Bristol-Meyers/Squibb Freedom to Discover Award, NIEHS Grant R37 ES027 0, NIEHS Superfund Basic Research Program P42 ES004699, NIEHS Center grant P30 ES05707, and NIEHS Center for Children's Environmental Health & Disease Prevention Grant P01 ES11269.

## References

1. Fiehn O (2002) Plant Mol Biol 48(1/2):155–171
2. Dettmer K, Aronov PA, Hammock BD (2007) Mass Spectrom Rev 26(1):51–78
3. Zerweich JE (2004) Ann Clin Biochem 41(4):272–281
4. Maunsell Z, Wright DJ, Rainbow SJ (2005) Clin Chem 51(9):1683–1690
5. Vogeser M, Kyriatsoulis A, Huber E, Kobold U (2004) Clin Chem 50(8):1415–1417
6. Higashi T, Awada D, Shimada K (2001) Biol Pharm Bull 24(7):738–743
7. Bouillon R, Okamura WH, Norman AW (1995) Endocr Rev 16(2):200–257
8. Prosser DE, Jones G (2004) Trends Biochem Sci 29(12):664–673
9. Armas LA, Hollis BW, Heaney RP (2004) J Clin Endocrinol Metab 89(11):5387–5391
10. Houghton LA, Vieth R (2006) Am J Clin Nutr 84(4):694–697
11. Avioli LV, Lee SW, McDonald JE, Lund J, DeLuca HF (1967) J Clin Invest 46(6):983–992
12. Norman AW (2006) Endocrinol 147(12):5542–5548
13. Boyan BD, Sylvia VL, Dean DD, Del Toro F, Schwartz Z (2002) Crit Rev Oral Biol Med 13(2):143–154
14. Schwartz Z, Ehland H, Sylvia VL, Larsson D, Hardin RR, Bingham V, Lopez D, Dean DD, Boyan BD (2002) Endocrinol 143(7):2775–2786
15. Boyan BD, Sylvia VL, Dean DD, Schwartz Z (2001) Steroids 66(3–5):363–374
16. Kissmeyer AM, Sonne K (2001) J Chromatogr A 935(1–2):93–103
17. Higashi T, Awada D, Shimada K (2001) Biomed Chromatogr 15(2):133–140
18. Higashi T, Yamauchi A, Shimada K (2003) Anal Sci 19(6):941–943
19. Higashi T, Homma S, Iwata H, Shimada K (2002) J Pharm Biomed Anal 29(5):947–955
20. Wilson SR, Tulchinsky ML, Wu Y (1993) Bioorg Med Chem Lett 3(9):1805–1808
21. Aronov PA, Dettmer K, Christiansen JA, Cornel AJ, Hammock BD (2005) J Agric Food Chem 53(9):3306–3312
22. Murao N, Ishigai M, Sekiguchi N, Takahashi T, Aso Y (2005) Anal Biochem 346(1):158–166
23. Anon (2001) J Adolesc Health 29(3, Suppl 1):5–6
24. Rogers AS, Futterman DK, Moscicki AB, Wilson CM, Ellenberg J, Vermund SH (1998) J Adolesc Health 22(4):300 311
25. Hollis BW (2005) Detection of vitamin D and its major metabolites. In: Feldman D, Pike JW, Glorieux FH (eds) Vitamin D. Elsevier, Amsterdam
26. Carter GD, Carter CR, Gunter E, Jones J, Jones G, Makin HL, Sufi S (2004) J Steroid Biochem Mol Biol 89–90(1–5):467–471
27. Giorgianni F, Cappiello A, Beranova-Giorgianni S, Palma P, Trufelli H, Desiderio DM (2004) Anal Chem 76(23):7028–7038
28. Asteeker N, Reddy GS, Herzig G, Vorisek G, Schuster I (2000) Mol Cell Endocrinol 170(1 2):91 101
29. Singh RJ, Taylor RL, Reddy GS, Grebe SK (2006) J Clin Endocrinol Metab 91(8):3055–3061



QUESTMS-00000363

30. Holick MF (2003) J Cell Biochem 88(2):296–307
31. Stephensen CB, Marquis GS, Kruzich LA, Douglas SD, Aldrovandi GM, Wilson CM (2006) Am J Clin Nutr 83(5):1135–1141
32. Madeddu G, Spanu A, Solinas P, Calia GM, Lovigu C, Chessa F, Mannazzu M, Falchi A, Mura MS, Madeddu G (2004) Q J Nucl Med Mol Imaging 48(1):39–48
33. Cozzolino M, Vidal M, Arcidiacono MV, Tebas P, Yarasheski KE, Dusso AS (2003) Aids 17(4):513–520
34. Delahunt JW, Romeril KE (1994) J Acquir Immune Defic Syndr 7 (8):871–872
35. Ahmed B, Jaspan JB (1993) Am J Med Sci 306(5):313–316
36. Adams JS, Fernandez M, Gacad MA, Gill PS, Endres DB, Rasheed S, Singer FR (1989) Blood 75(1):235–239
37. Aly ES, Baig M, Khanna D, Baumann MA (1999) Int J Clin Pract 53(3):227–228
38. Freeman NJ, Holik D (2003) J Clin Oncol 21(1):170–172
39. Barbour GL, Coburn JW, Slatopolsky E, Norman AW, Horst RL (1981) N Engl J Med 305(8):440–443
40. Barnes PF, Modlin RL, Bikle DD, Adams JS (1989) J Clin Invest 83(5):1527–1532
41. Akeno N, Saikatsu S, Kawane T, Horiuchi N (1997) Endocrinol 138(6):2233–2240

Springer

QUESTMS-00000364

RAPID COMMUNICATIONS IN MASS SPECTROMETRY
*Rapid Commun. Mass Spectrom.* 14, 967–973 (2000)

# Liquid chromatography tandem mass spectrometric quantitation of sulfamethazine and its metabolites: direct analysis of swine urine by triple quadrupole and by ion trap mass spectrometry

**Gianluca Bartolucci, Giuseppe Pieraccini, Fabio Villanelli, Gloriano Moneti and Antonio Triolo***

Centro Interdipartimentale di servizi di Spettrometria di Massa, University of Firenze, viale G. Pieraccini 6, I-50134 Firenze, Italy

SPONSOR REFEREE: Dr. P. Traldi, Consiglio Nazionale delle Ricerche, Padova, Italy

This work describes a new method for the quantitation of trace amounts of sulfamethazine (SMZ) and its main metabolite, N4-acetylsulfamethazine (Ac-SMZ), in swine urine, using high-performance liquid chromatography (HPLC) tandem mass spectrometric analysis of crude urine after addition of internal standard and simple dilution with water. The aim was to determine whether residues of this sulfamidic drug, normally administered to swine in order to prevent infectious diseases, were present in urine at levels lower than those permitted by regulatory authorities before human consumption (EU Project SMT, contract number CT 96-2092). A 10 µL volume of diluted urine was injected into a very short, narrow-bore chromatographic column (Zorbax SB-C18 2.1 i.d. ×30 mm length, 3.5 µm pore size). Elution of the analytes of interest was achieved in less than seven minutes using a rapid gradient (from 20 to 80% methanol in 3 minutes). Either a PE Sciex API 365 triple quadrupole (QqQ), operated in the selected reaction monitoring (SRM) mode, or a Finnigan LCQ ion trap (IT) mass spectrometer, operated in narrow-range product ion scan, was used as the final detector. Electrospray (ESI) was used as the ionization technique. A comparison of the two tandem mass spectrometers was performed by analyzing the same set of test samples, at three concentration levels, on three different days. Linearity of responses of the calibration standards, intra- and inter-assay precision of the samples, specificity and limits of detection were evaluated for both systems. Both the QqQ and the IT instrument was suitable for rapid, sensitive and specific determination of the analytes, although the overall performance of the QqQ was slightly superior in terms of linearity, precision and sensitivity. Copyright © 2000 John Wiley & Sons, Ltd.

*Received 4 April 2000; Accepted 6 April 2000*

The occurrence of veterinary drug residues in food is presently an important concern, due to the possibility of risk to human health. This makes for an increasing need for analytical methods capable of rapidly and reliably assaying the presence of residual drugs in animals destined for human consumption. From an analytical point of view, as it is necessary to detect and quantitate drugs and their metabolites in trace amounts in complex biological samples (e.g. in meat or organs from animals), the major requirements for an analytical method are sensitivity, specificity, minimum sample preparation, and speed. Enzyme immuno-assay (EIA) methods are widely used for the screening of these samples: they are rapid and adequately sensitive, but are not always sufficiently specific and reliable for trace analyses. On the other hand, mass spectrometry (MS), and especially tandem mass spectrometry (MS/MS) are endowed with very high specificity and sensitivity, and play an important role in confirming results obtained by other screening methods.

This work was aimed at developing a method for the determination of sulfamethazine (SMZ) and its main metabolite, N4-acetylsulfamethazine (Ac-SMZ), in swine urine. Sulfamidic drugs are widely used in veterinary therapy as antimicrobial agents. Their use is permitted, provided that their levels in edible tissues are lower than the allowed maximum residue limits (MRLs). For SMZ, the MRL established for the European Community is 100 mg/kg of tissue. To have a measure of the amounts of residual drugs in meat, the biological sample of choice is urine, for several reasons. Firstly, sample specimens can be collected before the animals are slaughtered, even in the stock farm; secondly, a liquid specimen like urine is potentially easier to handle in sample preparation than a solid sample like meat. Predictive relationships between SMZ levels in urine and tissues have been developed by Randecker et al.,[1] while EIA methods for screening of SMZ have been described.[2] Several confirmatory methods for SMZ are reported in the literature, making use of TLC with fluorescence detection,[1] GC,[3] GC/MS,[4] and HPLC.[2] All of these methods provide sufficient sensitivity in detecting SMZ below its MRL, but they all suffer from labour-intensive and time-consuming sample preparation. With the aim of providing a more rapid and specific analytical method, the potential of HPLC/

*Correspondence to: A. Triolo, Menarini Ricerche, Chemistry Department, via Sette Santi 3, I-50131 Firenze, Italy.
Contract/grant sponsor: European Community. Contract/grant number: CT 96-2092.

Copyright © 2000 John Wiley & Sons, Ltd.

QUESTMS-00000365

Sulfamethazine mw 278

N₄-Acetylsulfamethazine mw 320

Desaminosulfamethazine mw 263

**Figure 1.** Structures of sulfamethazine and its urinary metabolites, N4-acetylsulfamethazine and desaminosulfamethazine.

MS/MS was investigated here. A method making use of this technique was described by Henion and co-workers[5] as early as 1982, and appeared very promising in terms of specificity and speed, although the quantitative aspects were not considered. Furthermore, the early atmospheric pressure ionization equipment used did not have the sensitivity that can be achieved with modern instrumentation. For quantitation by LC/MS/MS, QqQ mass spectrometers are widely recognized to be reliable and robust, allowing accurate measurements and high sample throughput, and we thus firstly developed the method using such an instrument. However, the recent introduction to the market of lower-cost LC/MS systems based on ion trap (IT) technology, poses the question whether their performance in quantitative work is comparable. Consequently, we investigated the capabilities of a commercial IT instrument to perform the same analyses under the same conditions. Several reports have recently appeared in the literature regarding this topic. Hogenboom et al.[6] compared the performances of an IT versus a QqQ for the simultaneous determination of six triazine and eight phenylurea pesticides in water, finding essentially comparable performances in the first case, whereas in the second case the IT provided unsatisfactory results in terms of sensitivity, accuracy and precision. Wieboldt et al.[7] reported the analytical performance of an

IT for quantitation of the drug orlistat in plasma, demonstrating that comparable performance by the IT occurred only after improved sample preparation and chromatographic conditions. In this paper, we describe a simpler case, in which only two analytes have to be determined in a biological matrix and at higher concentration levels, yet without any sample pretreatment except for a dilution step.

## EXPERIMENTAL

### Instrumentation

Two LC/MS/MS systems were used for all the experiments performed. System 1 consisted of a Perkin Elmer Sciex (Thornhill, Canada) API 365 triple quadrupole mass spectrometer equipped with a Turbo IonSpray interface and a Varian 9012 solvent delivery system. Injections were performed manually using a Rheodyne (Cotati, CA, USA) model 7125 injection valve and a 30 mL loop. The mass spectrometer operation, data acquisition and analysis were controlled with MassChrom® software version 1.1, whereas the liquid chromatograph was operated using Star Workstation® software, version 5.0. System 2 consisted of a Thermoquest Finnigan LCQ (San Jose, CA, USA) quadrupole ion trap mass spectrometer equipped with a standard electrospray ion source and a Hewlett-Packard (Waldbronn, Germany) Series 1100 HPLC binary pump. Injections were performed using a Hewlett-Packard Series 1100 autosampler. The mass spectrometer operation, data acquisition and analysis were controlled with software Navigator®, version 1.2 (Thermoquest Finnigan), while the liquid chromatograph and autosampler were operated using the HP ChemStation® software, revision A.05.02 (Hewlett-Packard).

### Chemicals and materials

Sulfamethazine, its two principal urinary metabolites, N4-acetylsulfamethazine and desaminosulfamethazine (des-SMZ) (Fig. 1), and their deuterium-labeled isotopomers (²H₄-sulfamethazine, ²H₄-N4-acetylsulfamethazine, and ²H₂-desaminosulfamethazine) were acquired from the Bank of Reference Standards of RIVM (National Institute of Public Health and the Environment, Bilthoven, The Netherlands). HPLC-grade methanol was obtained from Riedel-de Haen (Seelze, Germany). Formic acid (98% purity) was purchased from Fluka (Buchs, Switzerland) and ammonium acetate (98% purity) was obtained from Sigma (Sigma-Aldrich, Milan, Italy). Deionized 18 MΩ cm⁻¹ water was produced with a Milli-Q plus system (Millipore, Bedford, MA, USA).

Swine urine samples from control and sulfamethazine-treated animals were provided by the Teagasc National Food Centre (Dublin, Ireland). Urine samples were collected, filtered through glass wool and cooled immediately (4 °C). After further filtration steps, urine samples from control and treated pigs were lyophilised in 1 mL aliquots by Euro-Diagnostica (Arnhem, The Netherlands) and stored at −20 °C until analysis.

### Standard solutions and calibration method

Solutions of each analyte and internal standard were prepared at 1 mg/mL in methanol and stored at 4 °C. Working solutions were freshly prepared for each com-

Copyright © 2000 John Wiley & Sons, Ltd.

QUESTMS-00000366



**Figure 2.** CID product ion spectra of sulfamethazine (A), N4-acetylsulfamethazine (B) and desaminosulfamethazine (C) obtained with the triple quadrupole instrument.

pound in a water/methanol mixture (9:1, v/v). A calibration curve was prepared in triplicate for the first day, and in duplicate for the second and third day of analysis of samples, spiking control urine with SMZ and Ac-SMZ at 50, 150, 500 and 1250 ng mL$^{-1}$, and des-SMZ at 5, 15, 50 and 125 ng mL$^{-1}$. The corresponding internal standards were at concentrations of 500, 500 and 50 ng mL$^{-1}$, respectively.

### Sample treatment

Lyophilised urine was thawed, reconstituted adding 1 mL of Milli-Q grade water and left for 30 min at room temperature, gently shaking every 10 min. An aliquot of 100 µL of reconstituted urine was taken, internal standards added, and left to equilibrate for 20 min. It was then diluted 20 times with Milli-Q grade water and injected into the LC/MS/MS instruments.

### High-performance liquid chromatography

The chromatographic conditions were identical for both systems. Samples were chromatographed using a 30 × 2.0 mm i.d., 3.5 µm particle size Zorbax SB-C18 column. Mobile phase A consisted of 5 mM aqueous ammonium acetate containing 0.1% formic acid, and mobile phase B was methanol. A gradient elution was performed going from 20 to 80% B in 3 min; B was held at 80% for 4 min, and then brought back to the starting value in 0.5 min. The equilibration time before the next injection was 5 min. The eluate, at a flow rate of 200 µL/min, was directly introduced into the LC/MS interface. The sample injection volume was 10 µL. All the analytes were eluted in less than 7 min.

### Electrospray tandem mass spectrometry

*System 1.* The compounds were ionized by positive ion electrospray and detected using multiple reaction monitoring (MRM). The needle and orifice voltages were adjusted to 5.2 kV and 35 V, respectively. The drying gas flow rate and temperature were 7 Lmin$^{-1}$ and 250°C, respectively. The first and third quadrupole mass analyzers were operated at unit mass resolution. Fragmentation was accomplished with a collision energy of 21 eV; nitrogen was used as the collision gas at a collision gas thickness (CGT) of 2.6 × 10$^{15}$ molecules cm$^{-2}$. The ion transitions monitored were $m/z$ 279.1 → 186.1 for SMZ, $m/z$ 283.1 → 186.1 for [$^2$H$_4$]SMZ, $m/z$ 321.1 → 134.1 for Ac-SMZ, $m/z$ 325.1 → 138.1 for [$^2$H$_4$]Ac-SMZ, $m/z$ 264.1 → 77.1 for des-SMZ and $m/z$ 271.1 → 77.1 for [$^2$H$_7$]des-SMZ. These transitions were selected based on the triple quadrupole Collision-induced dissociation (CID) product ion spectra of the analytes (Fig. 2) and their deuterium-labeled internal standards. Different time-dependent acquisition segments were set in order to monitor one analyte and its internal standard per time window, and to optimize the values of some instrument parameters (RO2, IQ3, and RO3) for each couple. The dwell time for each transition was 750 ms, resulting in a sampling of more than 20 points per chromatographic peak. The analyte abundance was evaluated by measuring the chromatographic peak areas of selected product ions.

*System 2.* The ionization mode was the same as system 1; the compounds of interest were analyzed by full-scan product ion MS/MS of their quasi-molecular ions. The vaporizer, heated capillary and tube lens potentials were 5000, 10 and 5 V, respectively. The capillary temperature was set at 265°C. Nitrogen was used both as sheath and auxiliary gas, respectively at flow rates of 80 and 12 (in arbitrary units). The precursor ion isolation width was 4 $m/z$ units, and the collision energy was 20%.

The analyte abundance was evaluated by measuring the chromatographic peak areas of selected product ions extracted from the full-scan total ion chromatograms, according to the corresponding ion trap product ion spectra (Fig. 3). The ions monitored and acquisition parameters for each analyte are summarized in Table 1. The maximum ion injection time was 700 ms; each scan was composed of one microscan, resulting in a minimum sampling rate of about 15 points per chromatographic peak.

### Sample analysis

Samples of swine urine containing three different levels of analytes (low, medium, high) were analyzed in triplicate, using the procedure described above, on three different days. 27 samples were analyzed in total. Calculations of peak area ratios of the analytes to their internal standards were performed for quantitative analysis. The calibration curves were obtained by least-squares regression analysis of the peak area ratios versus the analyte concentrations of the calibration standards. The corresponding equations were used to calculate analyte concentrations in the unknowns. On the first day, the samples were quantitated using a calibration curve prepared in triplicate, whereas on the other two days a calibration curve in duplicate was prepared.

Copyright © 2000 John Wiley & Sons, Ltd.

QUESTMS-00000367

970                                    LC/MS/MS QUANTITATION OF SULFAMETHAZINE IN URINE



**Figure 3.** CID product ion spectra of sulfamethazine (A), N4-acetylsulfamethazine (B) and desaminosulfamethazine (C) obtained with the ion trap mass spectrometer.

### Evaluation of the analytical performance of systems 1 and 2

The comparison of the two tandem mass spectrometers was performed by evaluating linearity of responses of the calibration standards, intra- and inter-assay precision, accuracy, specificity and limit of detection.

The linearity of analyte response was assessed by the coefficient of determination ($R^2$). Evaluation whether the intercept values were significantly different from zero was also performed.

Intra-assay precision was estimated after replicate analysis (n = 3) of a set of samples at the three concentration levels, using a duplicate standard curve in one batch. For inter-assay precision, all three batches of the given samples, at the three concentration levels, were evaluated. Precision was expressed as coefficient of variation (CV%).

Accuracy was estimated by means of the back-calculated concentrations of the calibration standards, obtained from the equation of the corresponding calibration curve.

**Table 1.** Ions monitored and acquisition parameters for each analyte for system 2 (ion trap tandem mass spectrometer)

| Analyte | $[M + H]^+$ | MS/MS scan range | Product ions monitored* |
|---|---|---|---|
| SMZ | 279 | 180–210 | 186, 204 |
| [$^2H_4$]SMZ | 283 | 180–210 | 186, 204 |
| Ac-SMZ | 321 | 180–210 | 186, 204 |
| [$^2H_4$]Ac-SMZ | 325 | 180–210 | 186, 204 |
| Des-SMZ | 265 | 130–210 | 141, 204 |
| [$^2H_7$]Des-SMZ | 271 | 130–210 | 141, 205 |

* For quantitation, the sum of the responses of the ions was used.

Selectivity was verified by analyzing, under the conditions described above, two samples of blank urine, to one of which only the internal standards had been added. The limit of detection was estimated from the regression curves according to Miller and Miller,[8] by multiplying the ratio of the standard deviation of the residual error to the slope of the curve by 3.

### RESULTS AND DISCUSSION

Figures 2 and 3 show the full-scan product ion spectra of the analytes for the QqQ and IT instruments. Some interesting differences exist in terms of qualitatively different product ions and relative abundances of common fragments, which can be explained when considering the different mechanisms of ion isolation and excitation. Generally speaking, the most important difference is that MS/MS spectra in IT instruments are characterized by a low-mass cutoff (LMCO), due to physical limitations in efficiently trapping product ions at $m/z$ ratios below a certain percentage of the precursor mass.[9] For the LCQ this is about 28%. Figure 4 depicts the chromatograms corresponding to a medium level sample as analyzed with the QqQ. Despite a very rapid gradient, the chromatographic column performance permitted us to divide the acquisition into three time-dependent segments, one for each analyte–internal standard pair. This minimized the scan cycle time, allowing adequate chromatographic peak sampling, and maximized the duty cycle for each analyte. This consequently maintained a sufficient sensitivity even after a 20-fold dilution of the samples.

The standard curve statistics for the QqQ and the IT are shown in Tables 2 and 3. The linearity of calibration curves, in the concentration range of interest, is satisfactory for both instruments. The average $R^2$ values for SMZ and Ac-SMZ

Copyright © 2000 John Wiley & Sons, Ltd.

QUESTMS-00000368



**Figure 4.** Chromatographic traces of an MRM acquisition of a medium level sample. The ionic profiles of the transitions recorded from (A) sulfamethazine, (B) N4-acetylsulfamethazine and (C) desaminosulfamethazine as analyzed with the QqQ. Dotted lines correspond to internal standards.

are 0.9993 and 0.9991 with the QqQ, slightly better than the corresponding values obtained with the IT (0.9945 and 0.9976 for SMZ and Ac-SMZ, respectively). Nevertheless, the intercept was not significantly different from zero (p

>0.05). Interestingly, the slope values of the curves of both analytes obtained with the QqQ are about three times higher than with the IT. This potentially leads to poorer precision in the measurements obtained with the latter instrument, because the variations in the replicate measurements of the area ratios of a peak correspond to a wider range of concentrations. However, this does not seem to dramatically affect the precision values of the back-calculated concentrations obtained with the two instruments (Tables 2 and 3). In fact, for the QqQ the highest relative standard deviation (RSD) was 6.7% for SMZ and 13.2% for Ac-SMZ, with relative errors (RE) ranging from 5.7 to 0.3% for SMZ and from 3.5 to 0.1% for Ac-SMZ. The corresponding RSD values for the IT instrument were 8.3% (SMZ) and 8.1% (Ac-SMZ), and REs (absolute values) in the ranges 12.9–1.1% (SMZ) and 4.9–0.6% (Ac-SMZ).

When dealing with the analyses of actual samples, the inter- and intra-assay values (Table 4 for SMZ and Table 5 for Ac-SMZ) showed a somewhat better precision for the QqQ. For example, in the case of the analyses by the QqQ, the inter-assay precision values were 1.9–2.9 times and 1.5–2.0 times higher for SMZ and Ac-SMZ, respectively. The measured inter-assay concentrations differed (as absolute values) from 0.8 to 10.6% (SMZ) and from 3.7 to 10.6% (Ac-SMZ), which are satisfactory for the purpose of the assay.

The limits of detection evaluated from the regression analysis of the standard curves, according to Ref. 8, were comparable for both instruments, although slightly higher for the IT. These were 15.9 (QqQ) and 24.1 (IT) ng/mL for SMZ, whereas the corresponding values for Ac-SMZ were 25.9 (QqQ) and 32.8 (IT) ng/mL.

No appreciable differences in selectivity were evident between the two instruments. Regarding des-SMZ (a minor urinary metabolite of SMZ), this molecule was not detected in the analyzed samples, as expected from literature data.[2] With the QqQ a good linearity was obtained ($R^2 \approx 0.997$) in the range 5–125 ng/mL. Instead, some problems were found with the IT instrument, resulting in poor linearity and low sensitivity. In this case, the specific transition from $m/z$

**Table 2. Standard curve statistics for SMZ and Ac-SMZ obtained with system 1 (triple quadrupole mass spectrometer)**

| SMZ | Theoretical concentrations (ng/mL) | | | | Calibration curve parameters | | |
|---|---|---|---|---|---|---|---|
| | 50 | 150 | 500 | 1250 | Slope | Intercept | $R^2$ |
| Curve nr. | Back-calculated concentrations (ng/mL) | | | | | | |
| 1 | 47.8 | 137.6 | 521.6 | 1242.9 | 0.003418 | −0.00393 | 0.9993 |
| 2 | 48.1 | 141.2 | 515.9 | 1244.8 | 0.003328 | 0.00333 | 0.9991 |
| 3 | 55.1 | 145.7 | 498.2 | 1251.0 | 0.003341 | −0.01734 | 0.9996 |
| MEAN | 50.3 | 141.5 | 511.9 | 1246.2 | 0.003362 | −0.00598 | 0.9993 |
| SD | 3.3 | 3.3 | 10.0 | 3.5 | | | |
| CV % | 6.7 | 2.3 | 1.9 | 0.3 | | | |
| Accuracy | 0.7 | −5.7 | 2.4 | −0.3 | | | |

| Ac-SMZ | Theoretical concentrations (ng/mL) | | | | Calibration curve parameters | | |
|---|---|---|---|---|---|---|---|
| | 50 | 150 | 500 | 1250 | Slope | Intercept | $R^2$ |
| Curve nr. | Back-calculated concentrations (ng/mL) | | | | | | |
| 1 | 57.2 | 146.2 | 494.0 | 1252.6 | 0.003227 | 0.00274 | 0.9997 |
| 2 | 44.7 | 167.9 | 482.1 | 1255.2 | 0.003419 | 0.03921 | 0.9986 |
| 3 | 42.9 | 150.2 | 511.1 | 1245.8 | 0.003223 | 0.05830 | 0.9991 |
| MEAN | 48.3 | 154.8 | 495.7 | 1251.2 | 0.003290 | 0.03342 | 0.9991 |
| SD | 6.4 | 9.4 | 11.9 | 4.0 | | | |
| CV % | 13.2 | 6.1 | 2.4 | 0.3 | | | |
| Accuracy | −3.5 | 3.2 | −0.9 | 0.1 | | | |

Copyright © 2000 John Wiley & Sons, Ltd.

QUESTMS-00000369

**Table 3. Standard curve statistics for SMZ and Ac-SMZ obtained with system 2 (ion trap tandem mass spectrometer)**

| SMZ | Theoretical concentrations (ng/mL) | | | | Calibration curve parameters | | |
|---|---|---|---|---|---|---|---|
| | 50 | 150 | 500 | 1250 | | | |
| Curve nr. | Back-calculated concentrations (ng/mL) | | | | Slope | Intercept | $R^2$ |
| 1 | 39.8 | 138.9 | 570.4 | 1224.4 | 0.000773 | 0.01259 | 0.9886 |
| 2 | 42.4 | 137.0 | 536.8 | 1237.1 | 0.001241 | 0.00765 | 0.9951 |
| 3 | 48.4 | 148.3 | 504.2 | 1248.6 | 0.001286 | 0.00150 | 0.9998 |
| MEAN | 43.5 | 141.4 | 537.1 | 1236.7 | 0.001100 | 0.00726 | 0.9945 |
| SD | 3.6 | 4.9 | 27.0 | 9.9 | | | |
| CV % | 8.3 | 3.5 | 5.0 | 0.8 | | | |
| Accuracy | −12.9 | −5.7 | 7.4 | −1.1 | | | |

| Ac-SMZ | Theoretical concentrations (ng/mL) | | | | Calibration curve parameters | | |
|---|---|---|---|---|---|---|---|
| | 50 | 150 | 500 | 1250 | | | |
| Curve nr. | Back-calculated concentrations (ng/mL) | | | | Slope | Intercept | $R^2$ |
| 1 | 48.7 | 138.2 | 532.9 | 1239.0 | 0.000880 | 0.00102 | 0.9951 |
| 2 | 50.3 | 156.3 | 518.5 | 1241.8 | 0.001571 | 0.02973 | 0.9982 |
| 3 | 58.4 | 144.6 | 507.3 | 1247.4 | 0.001613 | 0.03232 | 0.9995 |
| MEAN | 52.5 | 146.4 | 519.6 | 1242.7 | 0.001355 | 0.02102 | 0.9976 |
| SD | 4.2 | 7.5 | 10.5 | 3.5 | | | |
| CV % | 8.1 | 5.1 | 2.0 | 0.3 | | | |
| Accuracy | 4.9 | −2.4 | 3.9 | −0.6 | | | |

264.1 to 77.1 (base peak in the QqQ product ion spectrum) could not be used, due to the physical limitation in efficiently trapping this product ion, whose mass-to-charge ratio was too close to the LMCO of the instrument. Moreover, the efficiency of transmission of the base-peak ion in the IT product ion spectrum was only 7.4% of the parent ion abundance, compared with SMZ (49%) and Ac-SMZ (29%).

## CONCLUSIONS

The results obtained show that the performances of the two instruments are comparable and suitable to perform the analytical task described, although linearity, precision and sensitivity obtained with the QqQ were slightly superior. Other authors have already described some potential advantages of an IT,[7,10] such as the possibility of operating under full-scan MS/MS conditions instead of monitoring one or few selected transitions (adding spectral information to improve specificity to the assay and allowing more elastic post-acquisition data handling), and the usefulness of adding further stages of mass spectrometric analysis (MS$^n$) to enhance selectivity in the case of more complex analytical problems. During method development, some

known disadvantages of the IT were also highlighted, such as the poor performances for des-SMZ analysis, in which the main ion to be measured is close to the LMCO.[6] The necessity of setting up good chromatographic conditions also proved to be important[7] in view of the optimization of proper time-dependent acquisition segments. An older method developed by us, in which SMZ and Ac-SMZ with their internal standards all coeluted, resulted in appreciably poorer performance of the IT, showing some potential limitations during multiple-component analyses for this kind of instrument.

## Acknowledgements

We wish to thank Dr. G. Vago, Mr. M. Ortelli, and Mr. F. Tschantret for their technical assistance in performing the measurements on system 1, and Dr. D. Pezzetta for his technical assistance in performing the analyses on system 2. This work was supported in part by the European Community (EU Project SMT, contract number CT 96-2092); we appreciate the support of Dr. M. O'Keeffe from the Teagasc National Food Centre, and of Dr M. Sulden from Euro-Diagnostica, coordinator of the EU project. Dr. M. Sledge assisted in the linguistic revision of the manuscript.

**Table 4. Intra- and inter-assay precision for sulfamethazine**

Intra-assay precision

| | QqQ | | | IT | | |
|---|---|---|---|---|---|---|
| Mean | SD | CV % | Mean | SD | CV % | |
| Low | 67.3 | 1.5 | 2.3 | 72.3 | 6.9 | 9.6 |
| Medium | 241.7 | 2.3 | 1.0 | 273.5 | 1.4 | 0.5 |
| High | 639.7 | 11.4 | 1.8 | 686.9 | 59.2 | 8.6 |

Inter-assay precision

| | QqQ | | | IT | | |
|---|---|---|---|---|---|---|
| Mean | SD | CV % | Mean | SD | CV % | |
| Low | 63.8 | 3.4 | 5.3 | 64.3 | 10.0 | 15.5 |
| Medium | 241.7 | 4.8 | 2.0 | 267.4 | 14.0 | 5.2 |
| High | 638.8 | 14.5 | 2.3 | 667.0 | 54.6 | 8.2 |

**Table 5. Intra- and inter-assay precision for N4-acetylsulfamethazine**

Intra-assay precision

| | QqQ | | | IT | | |
|---|---|---|---|---|---|---|
| Mean | SD | CV % | Mean | SD | CV % | |
| Low | 70.0 | 9.0 | 12.9 | 80.6 | 12.5 | 15.5 |
| Medium | 362.3 | 1.5 | 0.4 | 375.6 | 22.1 | 5.9 |
| High | 985.7 | 75.1 | 7.6 | 933.6 | 37.1 | 4.0 |

Inter-assay precision

| | QqQ | | | IT | | |
|---|---|---|---|---|---|---|
| Mean | SD | CV % | Mean | SD | CV % | |
| Low | 83.9 | 13.9 | 16.5 | 79.2 | 20.2 | 25.4 |
| Medium | 567.7 | 20.6 | 5.6 | 380.6 | 43.7 | 11.5 |
| High | 988.1 | 55.5 | 5.6 | 883.2 | 95.8 | 10.8 |

Copyright © 2000 John Wiley & Sons, Ltd.

QUESTMS-00000370

## REFERENCES

1. Randecker VW, Reagan JA, Engel RE, Soderberg DL, McNeal JE. *J. Food Protection* 1987; **50**: 115.
2. Haasnoot W, Korsrud GO, Cazemier G, Maneval F, Keukens H, Nouws J. *Food Additives and Contaminants* 1996; **13**: 811.
3. Matusik JE, Barnes CJ, Newkirk DR, Fazio T. *J. Assoc. Off. Anal. Chem.* 1982; **65**: 828.
4. Carignan G, Carrier K. *J. Assoc. Off. Anal. Chem.* 1991; **74**: 479, and references cited therein.
5. Henion JD, Thomson BA, Dawson PH. *Anal. Chem.* 1982; **54**: 451.
6. Hogenboom AC, Niessen WMA, Brinkman UAT. *J. Chromatogr. A* 1998; **794**: 201.
7. Wieboldt R, Campbell DA, Henion J. *J. Chromatogr. B* 1998; **708**: 21.
8. Miller JC, Miller JN. *Statistics for Analytical Chemistry* (2nd edn). Ellis Horwood, 1988.
9. March RE. *J. Mass Spectrom.* 1997; **32**: 351.
10. Tiller PR, Cunniff JB, Land A. *Proc. 45th ASMS Conf.* 1997; 1442.

Copyright © 2000 John Wiley & Sons, Ltd.

QUESTMS-00000371

Glossary

# A Glossary for Mass Spectrometry

## Kenneth L. Busch

Like any scientific discipline, mass spectrometry (MS) has specialized terms that describe its instruments, procedures, and results. There is often short-hand used without definition or explanation in technical descriptions that involve MS. The purpose of this glossary is to compile some of the more widely used terms that new mass spectrometrists may encounter, and for which a simple definition would be helpful. The definitions are necessarily brief, but should be sufficient to provide basic understanding.



**Kenneth L. Busch** (buschken@hotmail.com) is a scientist at the National Science Foundation (Arlington, VA); any views and opinions expressed in this article are his and not those of the National Science Foundation. He has been involved with mass spectrometry since (almost) the time of Gaede pumps and LBOs. A scientific constant observed during that extended period of time has been the debate over proper nomenclature and its correct definition. The author's teaching of introductory courses in mass spectrometry shows the need for a concise glossary from which beginners can start, and here we have one. This compilation is a short guide rather than lexiconic dictum; the latter is saved for committees with years to consume and tomes to produce. For the rest of us, there are poems to write, places to know, and colleagues to share with us the fact that the ions know what they are doing.

Clearly, a selection process has been exercised by this author. The responsibility for selection and definition of these glossary terms resides solely with the author; complaints from aggrieved nomenclators should be sent directly to him. These definitions in a basic glossary are, as expected, basic. Those in search of more authoritative and comprehensive compilations would do well to begin with the ASMS compilation "Standard Definitions of Terms Relating to Mass Spectrometry: a Report from the Committee on Measurements and Standards of the American Society for Mass Spectrometry," by P. Price in *J. Am. Soc. Mass Spectrom.* **2**, 336–348 (1991) (also available at www.asms.org). IUPAC recommendations for terms for use in MS can be found in J.F.J. Todd, *Pure and Applied Chemistry* **63**, 1541–1566 (1991). Definitions for more-specialized MS terms can also be found in several glossaries found on the web, or the terms can be used as targets for a search engine. The arrangement of terms here is strictly alphabetical, in contrast to some web glossaries that separate terms within broad general areas. After all, if one has to look up the meaning of a term, it's not likely that one would know which category to start with. Many of these terms are associated with acronyms, which are given in parentheses; a more complete listing of acronyms was previously published in "Mass Spectrometry Forum" (1). Positive ions are used as the default descriptive example throughout the text.

QUESTMS-00000372



## Accelerating voltage (V)

The accelerating voltage is applied to the source to move ions formed in the source into the mass analyzer of the instrument. This accelerating voltage can be a few tens of volts in quadrupole mass spectrometers to several thousand volts in sector instruments or in time-of-flight mass spectrometers.

## Accelerator mass spectrometry (AMS)

In this specialized method, atomic ions are formed from the sample by charge stripping in a very high voltage source, usually coupled to a Van de Graff accelerator. Accelerator mass spectrometry is used for low-level analysis of $^{13}C$ isotopes in radiocarbon dating and biological tracer studies.



## Accurate mass

The accurate mass (or exact mass) of an ion of specified isotopic composition is calculated by summation of the exact masses of the constituent atoms. Conversely, the empirical formula of an ion can be deduced from the measured accurate mass of the ion if the ion mass is low enough to limit the number of formulaic possibilities and if the exact mass value is known accurately enough.

## Analyzer

The analyzer is the section of the mass spectrometer in which ions (formed in the source) are differentiated on the basis of their mass-to-charge ratios. The detector of the instrument follows the mass analyzer(s).

## Atmospheric pressure chemical ionization (APCI)

In this method of ionization, an aerosol of sample solution is sprayed at atmospheric pressure into a heated region in which a sharp metal pin held at high potential sustains a corona discharge. The action of the discharge on the solvent creates reagent ions that react with the neutral sample molecules to create protonated ions of the molecule. These ions then pass through a sampling aperture into the mass analyzer of the mass spectrometer.

## Atomic mass unit (amu)

The atomic mass unit represents the relative scale in which the mass of $^1H$ is given an integral value of 1, $^{12}C$ is 12, and so on. The amu is an older unit, replaced by the unified atomic mass unit u.

## Average mass

The average mass of an ion of a known empirical formula is calculated by summing the relative average atomic mass of each atom present. For example, carbon has an average

atomic mass of 12.01115 Da, hydrogen is 1.00797 Da, and so on. The average mass of the molecular ion of a chemical compound is also the mass that appears on the bottle. However, in a stick representation of a mass spectrum, there is no ion signal at the average mass. Instead, signals appear for ions of various isotopic compositions. The average mass corresponds to the center of the centroid signal recorded for higher mass ions at lower instrumental resolutions.

## Base peak

The base peak in a mass spectrum (within the user-selected mass range) is the ion with the highest measured abundance. The relative abundance of the base peak ion is assigned a value of 100, and the abundances of all the other ions plotted in that mass spectrum are normalized to that value. The y-axis in a mass spectrum is therefore given in terms of relative abundance.

## Charge stripping

Charge stripping is a process by which atomic ions are transformed into a higher charge state, thereby changing their mass-to-charge ratios. Different cross sections for charge stripping of isobaric atomic ions allow their differentiation and subsequent trace level analysis.

## Chemical ionization (CI)

Chemical ionization is a process of ionization that involves the reaction of a reagent ion and a neutral molecule to yield a charged ionic form of the molecule. The first step in chemical ionization is creation of the reagent ion through electron ionization of the reagent gas molecules present in great excess. A stable population of reagent ions is formed through ion–molecule reactions, and these ions will eventually react with the neutral gas-phase sample molecules. In a common case, methane gas is ionized to form predominantly $CH_5^+$, which then reacts with the neutral sample molecule in a process of protonation to form $(M+H)^+$.

## Collision-induced dissociation (CID)

In a collision between an ion and a neutral species, a portion of the ion translational energy is converted to internal energy. This internal energy causes dissociation of the ion into smaller fragment ions and can also cause changes in the ion charge. Collision-induced dissociation is also known as collisionally activated dissociation. Collision-induced dissociation is common in MS/MS experiments.

QUESTMS-00000373

## Glossary

**Constant neutral loss scan**

In an MS/MS experiment, mass-selected precursor ions are induced to dissociate into product ions, which are then mass-analyzed by a second analyzer. There are three common scans in the single-step MS/MS experiment: the product ion scan, the precursor ion scan, and the constant neutral loss scan. In the latter, both mass analyzers are scanned at the same rate, with a mass offset between them. Therefore, only ions that dissociate by loss of the specified neutral species mass will form a precursor–product ion pair that is passed through to the detector.

**Dalton (Da)**

This is a newer unit of mass taken as identical to u (the unified atomic mass unit), but not accepted as standard nomenclature by the IUPAC or IUPAP. The dalton or u is equal in mass to $\frac{1}{12}$ the mass of a $^{12}$C atom. Mass is often expressed by biologists as kilodaltons and abbreviated kDa, and this unit sometimes appears as the label on the x-axis of a mass spectrum.

**Delayed extraction (DE)**

Delayed extraction is an experimental technique in time-of-flight mass spectrometry in which improved mass resolution is obtained by using a controlled time delay between the initial pulse of ion formation and acceleration of the ions into the flight tube of the instrument. The technique is also called time-lag focusing.

**Desorption ionization (DI)**

This is a general term used to group various methods (secondary ion mass spectrometry, fast atom bombardment, californium fission fragment desorption, and plasma desorption) in which ions are generated directly from a sample by rapid energy input into the condensed phase sample. There



may be no discrete process of desorption (in the thermal sense), but instead a transfer of usually nonvolatile sample molecules into the gas phase as ions that can subsequently be mass-analyzed.

**Detection limit**

The detection limit of an instrument or system is the smallest flow of sample into the source of the mass spectrometer (or the lowest partial pressure of sample gas) that gives a signal that can be distinguished from background noise. Often this is listed as the limit of detection, and specified at a signal-to-noise ratio of 3. The limit of quantitation is usually higher. The detection limit of a method is not the sensitivity of the method. The detection limit is a value. It is not "lower than" some value, a statement that is as meaningless as it is common.

**Direct exposure probe (DEP)**

This is a variant of the direct insertion probe (or direct probe) in which the sample is coated on a surface that is inserted within the ion source of the mass spectrometer, and thus exposed to the ionization beam in the source directly. The direct exposure probe can be used to generate mass spectra of otherwise nonvolatile sample molecules.

**Direct insertion probe (DIP)**

The direct insertion probe is a shaft having a sample holder at one end. The probe is inserted through a vacuum lock to place the sample holder near to the ion source. The sample is vaporized by heat from the ion source or by heat from a separate heater surrounding the sample holder. The sample molecules are evaporated into the ion source where they are then ionized as gas-phase molecules.

**Double-focusing mass spectrometer**

A magnetic analyzer and an electric analyzer are combined in a specified geometrical configuration and sequence to accomplish both direction and velocity focusing of an ion beam from an ion source. This combination provides a higher instrumental resolving power and the ability to make more accurate mass measurements for ions.

**Electric sector (E)**

The electric sector is a device constructed of curved, parallel metal plates that creates an electrostatic field perpendicular to the ion path. The sector (or analyzer) selects and focuses ions of the same kinetic energy. The electric sector does not separate ions according to mass or charge, and therefore is always used in conjunction with a magnetic analyzer, often in a double-focusing mass spectrometer. The electric sector is also sometimes called an electrostatic sector or electrostatic analyzer.

**Electron attachment**

Electron attachment is a process in which an electron of thermal energy is added to an atom or molecule (M) to form a stable ion (M$^-$). The molecule must have a positive electron affinity (for example, be electrophoric). Thermal electrons are required so as not to cause dissociation of the molecular ion.

**Electron energy**

The electron energy is the potential difference through which electrons are accelerated in the ionization source; these electrons are those used to initiate the electron ionization process. The term ionizing voltage is sometimes used in place of electron energy. The electron energy for standard electron ionization mass spectra is 70 eV, chosen to maximize ion production and provide reproducible mass spectra.

QUESTMS-00000374



### Electron ionization (EI)

Electron ionization is the process of molecular ionization initiated by interaction of the gas-phase molecule with an energetic electron. The beam of electrons is emitted from a heated metal filament in the source, and the electrons accelerated through a potential difference of 70 V. The collision between the molecule and the electron causes the ejection of an electron from the molecule (M), and produces a radical molecular ion in which the unpaired electron is indicated by the superscripted dot (M⁺). The overall process is: M + e⁻ ≫ M⁺ + 2e⁻. An older term for electron ionization is electron impact.

### Electron multiplier (EM)

An electron multiplier is a detection device inside the vacuum of the mass spectrometer that converts the arrivals of ions at its front dynodes into a detectable, amplified electron current at the back lead of the device. The overall gain (signal out/signal in) can be as high as 10⁴–10⁸. Positive ions exiting from the mass analyzer impact the first dynode surface, and the impact causes the release of several electrons, which are then accelerated through a potential to the next electrode. There, each electron impact causes the release of several secondary electrons, which are accelerated into the next dynode for a repetition of the impact–release process. A cascade of electrons is produced, generating a current that is further amplified and then sampled by an analog-to-digital converter to be recorded by the data system.

### Electrospray ionization (ESI)

In the electrospray ionization process, a solution containing the molecules of interest is pumped through a metal capillary tube held at a high potential. The solution is sprayed from the tube into a chamber held at ground and open to atmospheric pressure. The sample solution spray creates small droplets that carry a charge induced by the needle potential. The droplets in the mist become progressively smaller as the neutral solvent molecules evaporate. The charge is maintained on the surfaces of the droplets, eventually causing an instability that results in the expulsion of solvent-less, highly charged ions of the dissolved sample molecules. Multiple protonation can occur to form highly charged sample molecules of the form $(M+n\text{H})^{n+}$.

### Even-electron ion

An even-electron ion contains no unpaired electrons; for example, $CH_3^+$.

### Faraday cage

A Faraday cage is a hollow metal cylinder used as an ion detector. Ions enter the open end and then impact the metal walls or the closed end. The summed ion current carried by the ions is measured directly. Each singly charged ion carries a charge of $1.6 \times 10^{-19}$ coulombs.

### Fast-atom bombardment (FAB)

Fast-atom bombardment uses a beam of neutral atoms (created by neutralization of ions of about 5 keV energy) to sputter sample molecules from a liquid solution held on the surface of a beam-intersecting sample probe. The atom impact deposits energy into the semivolatile matrix, causing desorption of many species including ions, neutral molecules, and clusters of solvent and sample molecules. Desolvation follows desorption, and molecules (M) are usually ionized in a process of protonation to form $(M+\text{H})^+$. The mass spectra usually contain a large background of ions from the energy-moderating solvent. Glycerol was the first widely used FAB solvent, but many others have been developed.

### Field-free region (FFR)

In the flight path of an ion from the source of the mass spectrometer through the mass analyzer to the detector, the ion may pass through regions in which there is no specific magnetic or electric field. These are field-free regions, as in the portion of the ion path between the electric and magnetic analyzers in a double-focusing mass spectrometer, or between the source and the first sector of both single- and double-focusing mass spectrometers. Unimolecular ion dissociations in these regions can occur to give rise to signals in the mass spectrum recorded under normal conditions (metastable ions), or can be specifically investigated.

### Fragment ion

A fragment ion is the charged product of an ion dissociation. A fragment ion may be stable itself or may dissociate further to form other charged fragment ions and neutral species of successively lower mass. Molecular ions formed in the initial ionization process dissociate to fragment ions because of the excess internal energy that remains after ionization. Note that ions dissociate rather than decompose.

### Ion cyclotron resonance (ICR)

An ion cyclotron resonance mass spectrometer is a device for storage and mass analysis of ions. The ions are held in the cell by a combination of a static magnetic field and a coincident electrical field generated by potentials applied to all walls of the metal cell. Ions attain a coherent cyclotron orbit with frequency proportional to mass. Ions are detected by monitoring the alternating electrical current generated in detector plates by their regular orbits. A Fourier transformation converts the monitored frequency to ion mass.

QUESTMS-00000375

Glossary

### Ionization energy
The ionization energy is the minimum energy required to remove an electron from an atom or molecule in order to produce a positive ion.

### Ion/molecule reaction (I/M rxn)
This reaction occurs between an ion and a neutral gas-phase molecule to cause ionization (as in protonation in chemical ionization), or changes in the internal energy of one or both of the reactants.

### Ion trap analyzer
An ion trap analyzer consists of two end caps and a ring electrode assembled into a compact device that serves as a mass analyzer. The three-dimensional rotationally symmetric quadrupole field stores ions (externally generated) at its center. An additional electrical signal is then applied to mass-selectively eject ions to an external detector.



### Isobaric ion
Isobaric ions have identical masses (at whatever level of accuracy chosen) but have different atomic compositions. A common example is a positive ion at $m/z$ 28, which can have the empirical formulas of $CO^+$, $N_2^+$, or $C_2H_4^+$.

### Isotope
Isotopes are atomic forms of elements that contain the same numbers of protons and electrons, but different numbers of neutrons. For example, chlorine consists of two naturally occurring isotopes: $^{35}Cl$, atoms of which consist of 17 protons, 17 electrons, and 18 neutrons; and $^{37}Cl$, which has atoms containing 17 protons, 17 electrons, and 20 neutrons. Mass spectrometry does not usually deal with radioactive isotopes, except in special instances such as isotope ratio mass spectrometry.

### Isotope ratio mass spectrometry (IRMS)
Isotope ratio mass spectrometry provides high accuracy, high precision measurements to determine ratios of atomic isotopes, usually in small amounts of gaseous samples. These ratios are used in geochemistry, cosmological chemistry, dating, and tracer studies.

### Linked scan
In a sector instrument with both magnetic and electric sectors, a linked scan is an experiment in which both sector field values (the magnetic and the electric sector values) are changed simultaneously so that ion mass- and



charge-changing reactions that occur after the ion source, but before the sectors, or in the field-free region between the sectors, can be recorded in a mass spectrum.

### Magnetic analyzer (B)
A magnetic analyzer creates a magnetic field perpendicular to the ion path and, in conjunction with entrance and exit slits along the flight path, selects and focuses ions of a selected momentum (and, nominally, then, with the same mass-to-charge ratio) through to the detector. A magnetic analyzer is also called a magnetic sector. An instrument that includes magnetic or electric analyzers is called a sector mass spectrometer.

### Mass defect
The term mass defect has an "official" meaning that is quite different from one of its meanings in mass spectrometry. Officially, the mass defect is the difference in the mass of a polyatomic atom and the sum of the masses of all of the particles (electrons, protons, and neutrons) of which it is composed. This mass defect occurs because matter is converted into energy according to the Einstein equation; this energy binds the nucleus together and overcomes the mutual repulsion between protons. In mass spectrometry, the mass defect is the term also used for the difference (whether positive or negative) between the exact mass of an ion, and the nearest integer mass.

### Mass spectrometry/mass spectrometry (MS/MS)
MS/MS is a concept that recognizes ions as reactive entities that can be interrogated. The prototype MS/MS instrument consists of two independently operated mass analyzers linked by a reaction region in which the ion can be induced to react. Induction often occurs through collision (collision-induced dissociation) in which a selected higher-mass ion dissociates to a smaller product fragment ion. Even in this simple conceptual instrument, three experiments are possible: precursor ion scan, product ion scan, and constant neutral loss scan. MS/MS that recurs over multiple steps is known as MSⁿ. MS/MS is also known as tandem mass spectrometry, but this latter term does not reflect the full analytical capabilities of the experiment.

### Mathieu stability diagram
A graphical representation for reduced variables that incorporate the values of dc and ac voltages applied either to the four rods of a quadrupole mass filter or to the electrodes of an ion trap. The stability diagram illustrates areas of ion stability and ion instability and designates scan lines for the changes in those voltages so that the device can serve as an ion mass-to-charge ratio analyzer.

QUESTMS-00000376

### Matrix-assisted laser desorption ionization (MALDI)

In MALDI, sample molecules are mixed with an excess of an energy-absorbing (usually solid) matrix. The mixture is cocrystallized in a thin film on an inert metal support. Repetitive irradiation of the film with a pulsed laser releases ions from the surface, which are usually accelerated into a time-of-flight mass spectrometer. Since the matrix is usually a solid organic acid, the predominant mode of ionization is protonation of the sample molecule M to form $(M+H)^+$.

### Membrane inlet mass spectrometry (MIMS)

A membrane inlet system consists of a semipermeable membrane that permits passage of gas-phase volatile sample molecules directly into the mass spectrometer ion source, which is usually operated as an electron ionization or chemical ionization source.

### Metastable ion

A metastable ion is a precursor ion that dissociates into a fragment ion and neutral species after leaving the ion source (that is, after acceleration) but before reaching the detector. The dissociation is most readily observed when it takes place in one of the field-free regions of a sector mass spectrometer.

### Molecular ion

A molecular ion is formed by the removal (positive ions) or addition (negative ions) of one or more electrons from a molecule M to form $M^+$ or $M^-$. The mass of the molecular ion corresponds to the nominal or monoisotopic mass of the molecule, with the mass of the electron added or lost usually consequential. Of course, the mass of such a molecular ion reflects the isotopic composition of the ion, rather than the average molecular mass of the molecule. Thus the molecular ion mass is the sum of the relative masses of the most abundant naturally occurring isotopes of the various atoms that make up the molecule.

### Monoisotopic ion mass

The monoisotopic mass of an ion is defined as the mass of an ion for a given empirical formula calculated using the exact mass of the most abundant isotope of each element; for example, C = 12.000000 Da (exactly), H = 1.007825 Da, O = 15.994915 Da.

### Multiple reaction monitoring (MRM)

The MS/MS experiment uses two sequential stages of independent mass analysis. In the product ion MS/MS scan, a precursor ion is selected by mass with the first mass analyzer, and the fragment ions formed as a result of collision-induced dissociation are measured with a scan of the second mass analyzer and recorded in a mass spectrum. In an analogy to selected ion monitoring, if both mass analyzers in an MS/MS instrument are set on a specific mass, the signal represents the precursor-to-product ion transition for a specific ion pair. This experiment is called reaction monitoring. If several different precursor–product ion pairs are monitored, as is most often the case, the experiment is multiple reaction monitoring.

### $m/z$

The x-axis of a plotted mass spectrum is often labeled in units of $m/z$, where $m$ denotes the mass of the ion (in daltons), and $z$ represents the total number of charges on the ion (in units of the elementary charge). An older abbreviation is $m/e$, where $e$ represents the charge. The term Thomson has also been suggested. Da (daltons) and kDa are also used as labeling units for the x-axis of a mass spectrum.

### Nanospray

The term describes a design for a miniaturized electrospray ionization source using a pulled and coated glass capillary as the spray tip. This design achieves a flow rate of 20–50 nL/min, much lower than the usual electrospray ionization source.

### Nominal ion mass

The nominal ion mass is the mass of an ion for a given empirical formula calculated using the integer mass of the most abundant isotope of each element (for example, C is 12 Da, H is 1 Da, and O is 16 Da).

### Odd-electron ion

An odd-electron ion contains an unpaired electron; for example, $CH_4^+$. The superscripted dot denotes the unpaired electron. The molecular ion initially formed in electron ionization is an odd-electron ion.

### Parent ion

The term parent ion is synonymous with the term precursor ion and denotes the ion that dissociates to a smaller fragment ion, usually as a result of collision-induced dissociation in an MS/MS experiment. Precursor ion is the preferred term.

### Percent accuracy

In the experimental measurement of an exact mass, the percent accuracy is calculated as the (true mass − observed



QUESTMS-00000377

Glossary

mass)/true mass × 100%. The percent accuracy is often expressed in parts per million (ppm). For example, 0.01% accuracy is 100 ppm. A 100 ppm accuracy for an ion with a mass of 1000 Da is 0.1 Da.

### Postsource decay (PSD)

Postsource decay processes are ion dissociations that occur within the drift region of a time-of-flight mass analyzer. After initial ion formation and acceleration out of the source into the flight tube, ions may dissociate or neutralize. In a linear time-of-flight instrument, these fragment ions and neutral species reach the detector at the same time as the precursor ions from which they are formed. However, these reactions can be specifically studied by using a reflectron (adjusting the ratio of accelerating to reflectron voltages in a stepwise manner) to bring fragment ions formed in post-source decay processes into focus at the detector.

### Precursor ion scan

In an MS/MS experiment, mass-selected precursor ions are



induced to dissociate into product ions, which are then mass analyzed by a second analyzer. The three common scans in the single-step MS/MS experiment are: product ion scan, precursor ion scan, and then the constant neutral loss scan. In the precursor ion scan, the second mass analyzer is set at the mass of the selected product ion, and then the first mass analyzer is scanned from that mass upwards. The result is a mass spectrum that contains signals for all the precursor ions that dissociate to that selected product ion.

### Product ion scan

In an MS/MS experiment, mass-selected precursor ions are induced to dissociate into product ions, which are then mass analyzed by a second analyzer. The three common scans in the single-step MS/MS experiment are: product ion scan, precursor ion scan, and then the constant neutral loss scan. In the product ion scan, the first mass analyzer is set at the mass



of the selected precursor ion, and then the second mass analyzer is scanned from that mass downwards. The result is a mass spectrum that contains signals for all the product ions formed from that selected precursor ion.

### Protonated molecule

A protonated molecule is (usually) an ion formed by addition of a proton to the neutral molecule M , namely $(M+H)^+$. The process of chemical ionization using a reagent gas such as methane forms such a protonated molecule. The transfer of a proton from one molecule to the other in the gas phase is an acid/base reaction in which the relative proton affinities of the reacting species describe the energetics of the reaction. Protonated molecules formed in other ionization sources (such as fast atom bombardment, electrospray ionization, or MALDI) may not be the end result of such well-defined acid/base reactions. The term protonated molecular ion has been used to describe $(M+H)^+$ but is usually discouraged.

### Pyrolysis MS

In a pyrolysis source interfaced with a mass spectrometer, the sample is thermally decomposed in a reproducible pyrolysis. The gaseous products formed are then analyzed either as a mixture by mass spectrometry, or are analyzed by GC/MS. Pyrolysis mass spectrometry can be used for the analysis of otherwise nonvolatile samples.

### Quadrupole mass filter (Q)

In the quadrupole mass filter, the application of a particular combination of dc and rf voltages to four parallel metal rods creates a filtering device through which only ions of a defined $m/z$ value are transmitted. Changing the ratio of the voltages changes the $m/z$ value of the ion that is passed through to the detector. The quadrupole mass filter can also be operated in other modes, such as passing a mass range of ions through to the detector. If only the rf portion of the voltage is applied to the rods, essentially all ions are passed through to the detector.

### Rearrangement ion

A rearrangement ion is a fragment ion formed in a dissociation in which atoms or groups of atoms have transferred from one part of the molecule to another during the fragmentation process. Because the structural requirements to form rearrangement fragment ions are

QUESTMS-00000378

constrained, the identification and rationalization of rearrangement fragment ions are especially important in spectral interpretation.

### Reconstructed ion chromatogram

A normal mass spectrometric data set consists of full mass spectra recorded sequentially in time as sample is admitted to the ion source, either from a direct-insertion probe or from a chromatograph (for example, GC/MS). The total ion current trace is the sum of ion abundances in each mass spectrum plotted versus time. Clearly each mass spectrum will also contain a pattern of molecular and fragment ions. Ions of these particular masses can be specified, and the data system can plot the scan-by-scan abundances of these specific ions versus time, which is known as a reconstructed ion chromatogram. The reconstructed ion chromatogram can be used to identify all ions that belong together in a single mass spectrum by virtue of their coincident peaks in time (and discriminate against background ions), and can also be used to screen a GC/MS run for related classes of compounds by reconstruction of ion chromatograms for common structurally specific ions.

### Reflectron time-of-flight mass spectrometer

A reflectron is a device incorporated into the flight tube of a time-of-flight mass spectrometer that operates as an electrostatic mirror. Ions with a range of kinetic energies from the ionization source traverse the first portion of the flight tube and then spend different amounts of time in the reflectron. The net result is that these (reflected) ions all come into focus at the detector located at the end of the second portion of the flight tube, leading to higher mass resolution.

### Relative abundance (RA)

The relative abundance of an ion is the measured intensity for the ion beam at that designated $m/z$ value. To be precise, ion beams have intensities, and ions have abundances. Relative abundance is a term related to the practice of assigning the most abundant ion in a measured and plotted mass spectrum a relative abundance of 100% and normalizing all other ion abundances to that value.

### Resolution

Resolution is defined in several different ways relative to the commonly given formula of $m/\Delta m$, where $m$ is the mass of the ion at which resolution is specified. For two adjacent, symmetric peaks of equal height in a mass spectrum, the instrumental (physical or electrical) parameters are adjusted such that the peaks at masses $m$ and $(m - \Delta m)$ are separated by a valley that, at its lowest point, is just 10% of the height of either peak. Then, the resolution (10% valley definition) is $m/\Delta m$. The definition can be given also for 50% valley or 5% valley separations. For a single peak, the resolution is still calculated as $m/\Delta m$, but now $\Delta m$ is the width of the peak at a height that is a specified fraction of the maximum peak height. A 5% peak width definition is technically equivalent to the 10% valley definition of resolution. A common stan-

dard is the definition of resolution based on $\Delta m$ being the full width of the peak at half its maximum height (fwhm).

### Resolving power (RP)

Resolving power is the ability of a mass spectrometer to distinguish between ions that differ only slightly in their $m/z$ ratios. It is a definition that is distinct from resolution.



### Secondary ion mass spectrometry (SIMS)

In secondary ion mass spectrometry, a beam of energetic ions (usually around 5 keV energy) is used to sputter sample atoms and molecules from a thin solid film or surface (classic SIMS), or organic molecules that may be present as a thin film or dissolved in a liquid or solid solution (molecular SIMS or liquid SIMS) held on the surface of a beam-intersecting sample probe. In liquid SIMS, the ion impact deposits energy into the semivolatile matrix, causing desorption of many species, including ions, neutral molecules, and clusters of solvent (when present), matrix, and sample molecules. Desolvation follows desorption, and molecules (M) are usually ionized in a process of protonation to form $(M+H)^+$. The mass spectra or liquid SIMS usually contain a large background of ions from the energy-moderating solvent or matrix, if used. The same matrix solvents are used in liquid SIMS and FAB.

### Selected ion monitoring (SIM)

Selected ion monitoring is the practice of monitoring and recording ion currents at one or more selected ion $m/z$ values with time, rather than recording full mass spectra, as sample is introduced into the ion source. Because the detector is integrating signal for a longer time at the relevant ion, limits of detection can be lowered, albeit at a cost of susceptibility of the experiment to unexpected interferences. Use of the terms multiple ion detection, multiple ion (peak) monitoring, and mass fragmentography have also been used but are discouraged. The terms single ion monitoring or multiple ion monitoring are sometimes used.

### Sensitivity

The proper definition of sensitivity is that of a system response measured per amount of sample placed in the system. In mass spectrometry the units are most often given in terms of coulombs per microgram. An electron ionization source may provide $2 \times 10^{-7}$ C/µg for a standard test compound at a specified instrumental resolution, and a specified means of

QUESTMS-00000379



Glossary

introducing sample into the ionization source. Clearly sensitivity is a system parameter. An alternative specification for sensitivity is based on the change of ion current correlated to the change of partial pressure of the sample in the ion source. Here the unit is amperes per pascal, and system parameters must be specified. Most often, sensitivity is documented by examples of applications of system response for given conditions and sample input. System performance is then evaluated by the confluence of performance results exemplified by all the examples. Sensitivity is distinct from detection limit, which is the amount of sample required for a signal of a prescribed signal-to-noise ratio.

### Single-focusing
In a single-focusing mass spectrometer, a single magnetic sector is used to generate the magnetic field that differentiates ions according to their $m/z$ values (strictly, according to their momenta). The addition of an electric sector in a specified configuration provides a double-focusing mass spectrometer that can achieve higher mass resolution than a single-focusing mass spectrometer.

### Source
The source is the device within the mass spectrometer in which ionization of sample molecules occurs. The source may be under vacuum, or it can operate at atmospheric pressure. A chromatographic method may interface with the source, or samples may be introduced via a probe or an automated sample introduction system. Ions are accelerated out of the source into the mass analyzer of the instrument.

### Surface-induced dissociation (SID)
Surface-induced dissociation is the fragmentation of an ion induced by an energetic collision of that ion with a solid surface, which can be placed between two mass analyzers. The surface then takes the place of the neutral gas molecule that is the collision target in collision-induced dissociation.

### Time-of-flight (TOF) mass analyzer
A time-of-flight mass spectrometer is a mass analyzer that provides a measurement of mass via determination of the flight time of ions having the same kinetic energy over a fixed distance. Ions are formed in the same place at the

same time, and are given the same energy by an acceleration voltage as they pass into a flight tube. The time-of-flight mass spectrometer acts as a racetrack for ions, with the lower mass ions moving with higher velocity and the higher mass ions moving with slower velocities. Determination of the time of arrival of ions after the start signal then serves as a means of differentiating their masses.

### Total-ion current (TIC)
The total-ion current trace is the sum of the relative abundances of all the ions in each mass spectrum plotted against the time (or number of scans) in a data collection sequence. For example, the total-ion current trace in a GC/MS run is analogous to the output of a single-channel gas chromatography detector. The trace allows eluted peaks to be identified by an increase in the total-ion current over background. The scans corresponding to the eluted peak are averaged together to create the mass spectrum of the sample corresponding to that peak.

### Unified mass scale (u)
IUPAC & IUPAP (1959–1960) agreed on a standardized mass scale in which 1 u (the unified atomic mass unit) is defined as equal to ¹⁄₁₂ the mass of the most abundant form of carbon, the $^{12}C$ isotope. There had previously been two slightly different mass scales — the physical scale and the chemical scale. The unified scale brought coherence to mass metrology.

### Unimolecular dissociation
Unimolecular dissociation is the isolated, spontaneous dissociation of a neutral or an ion, based on the amount and distribution of its internal energy. In the electron ionization source, initial ionization of the molecule by the electrons leads to molecular ions, which then undergo rapid unimolecular dissociations leading to the fragment ions observed in the mass spectrum. Unimolecular dissociation that occurs after the ions leave the source and in the field-free regions of the mass spectrometer leads to metastable ions that can be observed with special methods. Unimolecular dissociation is contrasted with collision-induced dissociation, at least in concept. True unimolecular dissociation evolves into collision-induced dissociation as the operating pressure of the mass spectrometer increases.

### Reference
1. K.L. Busch, *Spectroscopy* **16**(11), 28–31 (2001). ∎

QUESTMS-00000380

# Stable isotope-labeled vitamin D, metabolites and chemical analogs: synthesis and use in mass spectrometric studies

Ruth D. Coldwell,* D. J. H. Trafford,* M. J. Varley,* D. N. Kirk,† and H. L. J. Makin*

*Department of Chemical Pathology, The London Hospital Medical College, London, UK; and †Chemistry Department, Queen Mary and Westfield College, London, UK

Methods for the measurement of vitamin D and its metabolites using stable isotope-labeled internal standards and mass spectrometry are reviewed. The synthesis of both labeled and unlabeled standards is illustrated, and details of the synthesis of (26,26,27,27,27-$^2H_5$)-25,26-dihydroxyvitamin $D_3$ and (28,28,28-$^2H_3$)-24,25-dihydroxyvitamin $D_2$ are given. The use of in vitro biologic systems for the production of further metabolites of deuterated 25-hydroxyvitamin $D_3$ is discussed. Use of deuterated 25-hydroxydihydrotachysterol$_3$ as a substrate in the isolated perfused rat kidney has provided valuable data for the assignment of structure to a number of metabolites of 25-hydroxydihydrotachysterol$_3$ formed in this system. (Steroids 55:418–432, 1990)

Keywords: steroids; vitamin D metabolites; deuterium labeling; gas chromatography; mass spectrometry

## Introduction

Assays for vitamin D‡ and its metabolites are widely used by those interested in the study of the mechanism of calcium and phosphate homeostasis in humans and experimental animals. The methodology available for such assays has recently been reviewed.[1] It is, however, quite clear that results obtained using many of these assays in different laboratories are unreliable in that results from one laboratory cannot generally be compared with results on the same sample from different laboratories[2,3]; indeed, the intralaboratory precision for some assays can be so poor that some laboratories may be unable to detect important physiologic variations in analyte concentration.[3] This is a typical situation that arises when assays developed for specific purposes in research laboratories become widely dis-

seminated and no interlaboratory quality control has been established. Good quality-control assurance schemes, which are essential for the maintenance of high standards in the multitude of different laboratories using such assays, are usually based on assigned target values for the samples circulated to participating laboratories. Target values are usually provided by prior assay by gas chromatography/mass spectrometry (GC/MS) (e.g., ref. 4), where such an analysis is appropriate. Vitamin D and its metabolites are low molecular weight hydrophobic molecules that can be separated by GC; therefore, we and others have been developing mass fragmentographic assays for vitamins $D_2$ and $D_3$ and their metabolites in human body fluids (reviewed in refs. 5 and 6).

The best mass fragmentographic methods use stable isotope labeled analytes as internal standards, and these, if added in excess concentration to that of the analyte, also act as protective agents against destruction or loss during preassay purification. Unfortunately, neither labeled nor unlabeled standards for many vitamin D metabolites are available commercially and thus have to be synthesized before suitable GC/MS assays can be developed. This report therefore reviews early work in the development of GC/MS assays for vitamin D and its metabolites, and describes chemical and biochemical methods used by us and oth-

Address reprint requests to Dr. H. L. J. Makin, Department of Chemical Pathology, The London Hospital Medical College, University of London, Turner Street, London E1 2AD, UK.

‡ Abbreviations: vitamin $D_2$ (ergocalciferol, 9,10-ergostaseco-5,7,10(19),22-tetraen-3β-ol), $D_3$; vitamin $D_3$ (cholecalciferol, 9,10-seco-cholesta-5,7,10(19)-trien-3β-ol), $D_3$; 25-hydroxyvitamin $D_2$, 25-OH-$D_2$; 25-hydroxyvitamin $D_3$, 25-OH-$D_3$; 24,25-dihydroxyvitamin $D_3$, 24,25-(OH)$_2D_3$; 24,25-dihydroxyvitamin $D_3$, 24,25-(OH)$_2D_3$; 25,26-dihydroxyvitamin $D_2$, 25,26-(OH)$_2D_2$. Unless it is required to distinguish between vitamin $D_2$ and vitamin $D_3$, the term vitamin D is used.

© 1990 Butterworth–Heinemann

QUESTMS-000003815

**Figure 1**   Structures of vitamins $D_2$ and $D_3$ and the major metabolites of vitamin $D_3$ (25-hydroxy-, 1,25-dihydroxy-, and 24,25-dihydroxyvitamin $D_3$).

ers for the synthesis of both labeled and unlabeled standards and their use in the development of mass fragmentographic assays.

Vitamin $D_3$, the natural compound synthesized in the skin in vivo from 7-dehydrocholesterol, is metabolized to a large number of different metabolites, mainly by modifications in the side chain. Initially, a hepatic 25-hydroxylation occurs producing 25-OH-$D_3$. The major calcium homeostatic hormone, 1,25-dihydroxyvitamin $D_3$ (1,25-$(OH)_2D_3$), is synthesized from 25-OH-$D_3$ by insertion of a hydroxyl at the 1$\alpha$ position under the influence of a parathyroid hormone-regulated renal 1$\alpha$-hydroxylase system. 1,25-$(OH)_2D_3$ circulates in normal human plasma at a concentration of approximately 30 pg/ml; thus, any comprehensive assay system for vitamin D metabolites must be capable of measuring down to this concentration. Metabolites of vitamin $D_2$ also occur in human plasma, particularly in countries that fortify foodstuffs with calciferol (vitamin $D_2$). Vitamin $D_2$ differs from vitamin $D_3$ in the side chain and has an extra methyl group (C-28) at C-24 and a double bond at C-22. Because of these chemical modifications to the side chain of vitamin $D_2$, it undergoes less extensive side chain metabolism than does vitamin $D_3$. Vitamin $D_2$ and its metabolites appear to be less stable than their counterparts in the vitamin $D_3$ series and synthesis

of labeled and unlabeled standards are thus more difficult. Figure 1 illustrates the structures of vitamins $D_2$ and $D_3$ and some of the more important metabolites of vitamin $D_3$. Table 1 lists the concentrations of some of these metabolites in human plasma as determined by GC/MS.

## Synthesis of labeled standards of vitamin D and metabolites

It has been the intention to synthesize standards that retain the chemical properties of the unlabeled material and simply differ in molecular weight. This enables the labeled material to be used as an internal standard to correct for losses that occur prior to the quantitation step by MS. However, while it is not essential, it is desirable, when developing stable isotope dilution assays, to ensure that the differences in molecular weight between the labeled and unlabeled standard is sufficient to avoid the effects of the natural abundance of many isotopes. In the case of steroids, this means that the difference in molecular weight should be at least 3 amu but probably not more than 6 to 10 amu, since the greater the difference in molecular weight, the greater the possibility that chromatographic differences may emerge during isolation and purification prior to assay. There are only two candidates for the stable isotope: carbon 13 and deuterium. The difficulty of introducing $^{13}$C into the cyclopentanoperhydrophenanthrene structure of vitamin D precursors has meant that all such labeled standards have been synthesized by introducing deuterium. There are many chemical methods for the synthesis of such deuterated compounds, but we propose in this paper to deal only with those that have led to the synthesis of such standards which have been used in GC/MS methods for the measurement of vitamin D or its metabolites.

Björkhem and Holmberg,[9] in the first description of a mass fragmentographic assay for a vitamin D metabolite, 25-hydroxyvitamin $D_3$, used a trideuterated standard labeled at C-26. The route adopted for this synthesis is illustrated in Figure 2, since it outlines the route followed by other syntheses of deuterated standards used in mass fragmentographic procedures. These routes usually involve the synthesis of labeled 7-dehydrocholesterol or the appropriate hydroxylated derivative, which is then converted into the analogous vita-

**Table 1**   Concentrations of vitamin D and metabolites in human plasma determined by gas chromatography/mass spectrometry

| Metabolite | Concentration (mean ± SD) | Reference |
|---|---|---|
| Vitamin $D_3$ | 8.1 ± 4.8 ng/ml | 7 |
| 25-OH-$D_2$ | 0.9 ± 0.2 ng/ml | 7 |
| 25-OH-$D_3$ | 27 ± 10 ng/ml | 9 |
|  | 18 ± 7 ng/ml | 7 |
| 24,25-$(OH)_2D_3$ | 1.6 ± 0.6 ng/ml | 12 |
|  | 1.7 ± 0.8 ng/ml | 7 |
| 25,26-$(OH)_2D_3$ | 0.4 ± 0.2 ng/ml | 11 |
| 1$\alpha$,25-$(OH)_2D_3$ | 55 ± 10 pg/ml | 10 |
|  | 26 ± 4 pg/ml | 13 |

QUESTMS-00000382

*Papers*



**Figure 2** Schematic outline of the synthetic route to 25-hydroxy-[26-$^2$H$_3$]vitamin D$_3$ (ref. 4). (1) 3$\beta$-Acetoxy-27-norcholest-5-en-25-one, (2) 3$\beta$-acetoxy-27-norcholesta-5,7-dien-25-one, (3) [26-$^2$H$_3$]cholesta-5,7-diene-3$\beta$,25-diol. (Reprinted with permission from Elsevier Science Publishers, Amsterdam.)

min D compound by opening the B ring by standard methods under the influence of UV light at 310 nm and heating. In the case illustrated,[9] three deuterium atoms were introduced into the side chain at C-26 using a Grignard synthesis (CD$_3$I/Mg), which produced the labeled 25-hydroxylated-7-dehydrocholesterol. Irradiation opened the B ring and heating produced the required secosteroid. The final product of this synthesis, after purification by thin-layer chromatography, was 0.3 mg trideuterated 25-OH-D$_3$ of isotopic abundance 92% (an overall yield from the starting material of 0.026%). A similar approach was adopted by Kirk et al.[14] for the synthesis of hexadeuterated and pentadeuterated standards used in the development of mass fragmentographic methods for 24,25- and 25,26-dihydroxyvitamin D$_3$; this synthetic route is discussed more fully below. Other deuterated standards ([3,4-$^2$H$_2$]vitamin D$_3$, [2,2,3,4,4,6-$^2$H$_6$]vitamin D$_3$) have been synthesized,[15,16] but have not been used in a fully evaluated mass fragmentographic procedure, although they have been used in studies of the occurrence of vitamin D fatty acid esters.[17,18]

Detailed synthesis of the trideuterated (26,26,26-$^2$H$_2$) analogs of vitamin D$_3$, 25-OH-D$_3$, 24,25-(OH)$_2$D$_3$ and 1,25-(OH)$_2$D$_3$, was described by Whitney et al.[19] The starting material for these syntheses, 3$\beta$-hydroxy-26-nor-cholest-5-ene-25,-one, and some of the chemical procedures used for the synthesis of these compounds were similar to those described above.[9] Insertion of hydroxyls at C-24 and C-26 utilized osmium tetroxide.[20] Insertion of the 1$\alpha$-hydroxyl was effected by production of the delta-1,4,6-triene using dichlorodicyanobenzoquinone,[21] formation of the 1$\alpha$,2$\alpha$-epoxide with alkaline hydrogen peroxide,[22] followed by treatment with liquid ammonia/tetrahydrofuran/ammonium

chloride.[23] B ring fission was carried out by standard photolytic methodology. Detailed characterization of the labeled compounds was carried out by MS and nuclear magnetic resonance (NMR). Capillary GC and high-performance liquid chromatography (HPLC) methods were described for the separation of all of these metabolites and their use in the development of mass fragmentographic procedures was suggested. However, no detailed investigation of these suggestions was carried out in this or any subsequent publication.

*Chemical synthesis of deuterium labeled 25,26-(OH)$_2$D$_3$ and 24,25-(OH)$_2$D$_2$*

The synthesis of hydroxylated vitamin D$_2$ standards is more difficult because of the lability of these compounds. As an example of the chemical methods we have used for the synthesis of deuterated standards, the synthesis of pentadeuterated 25,26-dihydroxyvitamin D$_3$ and trideuterated 24,25-dihydroxyvitamin D$_2$ is described.

A reported[24] synthesis of unlabeled cholesta-5,7-diene-3$\beta$,25$\xi$,26-triol   (25$\xi$,26-dihydroxyprovitamin D$_3$), starting from a degradation product of ergosterol, has little in common with our chosen route for preparation of the 26,27-$^2$H$_3$-labeled form, which started from 25-hydroxy-[26,27-$^2$H$_6$]cholesterol (Figure 3, **1a**), prepared as described previously.[14] The 3-hydroxy group was protected by acetylation (Figure 3, **1b**), and the 25-hydroxy group was eliminated by treatment with phosphoryl chloride/pyridine to give a mixture of the corresponding 24-ene (Figure 3, **2**) and 25-ene (Figure 3, **3**), which was directly hydroxylated by use of osmium tetroxide to give a separable mixture of the [26,27-$^2$H$_6$]-24$\xi$,25-diol (Figure 3, **4**) and the [26,27-$^2$H$_5$]-25$\xi$,26-diol (Figure 3, **5a**). The latter was transformed into the corresponding vitamin D, derivative (Figure 3, **6**) by the usual route via photolysis of the derived 5,7-diene (Figure 3, **5b**). The product (Figure 3, **6**) was a mixture of the (25R) and (25S) isomers, suitable for use as an MS standard.

For the synthesis of unlabeled (Figure 4, **12b**) and deuterated samples of 24-hydroxyercalcidiol (Figure 4, **12a**) (24,25-dihydroxyvitamin D$_2$), our starting material was the 22-alcohol (Figure 4, **7**), derived[25] from the 3-tetrahydropyranyl ether derivative of 3$\beta$-hydroxy-23,24-dinorchol-5-en-22-oic acid. Oxidation of the alcohol (Figure 4, **7**) with pyridinium chlorochromate gave the 22-aldehyde (Figure 4, **8**), which was converted into the enone (Figure 4, **9**) (54% yield overall from the alcohol [Figure 4, **7**), by a modification of the method of Eyley and Williams[26] and Jones and co-workers,[27] via an aldol condensation with the enolate of 3-methyl-3-(tetrahydropyran-2-yloxy)butan-2-one. The (E) configuration of the enone (Figure 4, **9**) was apparent from the $^1$H NMR spectrum ($J_{22,23}$ 15 Hz) and is consistent with previous work.[26] However, the enone proved to be unstable unless stored in the dark below $-20$ C, without these precautions, it rapidly afforded a mixture (HPLC) that appeared to comprise the enones isomeric

QUESTMS-00000383

**Figure 3** Intermediates in the synthesis of stable isotope-labeled 25,26-(OH)₂D₂.

about the C(22)-C(23) olefinic bond (IR, NMR; $J_{22,23}$ 11 Hz for the Z isomer). This instability was not investigated further, but may be significant (see below). Treatment of the enone (Figure 4, **9**) with [²H₃]methylmagnesium iodide in diethyl ether-benzene at reflux gave, after acetylation, a mixture of the (24S)- and (24R)-diols (Figure 4, **10a** and **10b**, respectively, in a 1.24 : 1 ratio after separation by HPLC. Jones and co-workers[27] report a ratio of 7 : 3 for the corresponding nondeuterated diols (Figure 4, **10c** and **10d**), prepared using methyllithium in tetrahydrofuran at 0 C. Our samples had melting points substantially higher (by approximately 20 C) than those reported,[27] although the NMR spectra were virtually identical with those reported[27] for the (R,S) material. It is possible that the starting enone used by Jones and co-workers may have undergone some isomerization, as described above, leading to 24,25-diols contaminated by the corresponding (22Z)-isomers.

The deuterated (24R)-diol (Figure 4, **10b**) and the mixture of the nondeuterated diols (Figure 4, **10c** and **10d**), prepared in a similar manner using unlabeled methylmagnesium iodide, were converted into the corresponding 24,25-dihydroxyvitamin D₂ derivatives

(Figure 4, **11a** and **11b**), respectively. Bromination of the diols at C-7 with an excess of 1,3-bromo-5,5-dimethylhydantoin followed by immediate dehydrobromination with collidine in boiling xylene gave, after alkaline hydrolysis of the 3-acetate, a crude mixture of the corresponding 5,7-diene and the 4,6-diene, with some unreacted 5-ene. The 5,7-ene (36%) was separated from this mixture by semipreparative HPLC. Ultraviolet irradiation and HPLC of the product gave the crude previtamin that was isomerized thermally to give the required vitamin D₂ derivative (Figure 4, **12a** or **12b**). The [²H₃] species constituted more than 98% of the deuterated compound (Figure 4, **12a**) on the basis of MS of the 24,25-cyclic-*n*-butylboronate-3-trimethylsilyl ether derivative.

Jones and co-workers,[27] during the synthesis of (24R,S)-24,25-dihydroxyvitamin D₂, converted their mixture of 24,25-diols (Figure 4, **10c** and **10d**) into the 5,7-diene via the 5-en-7-one and decomposition of the derived toluene-*p*-sulfonylhydrazone in approximately



**Figure 4** Intermediates in the synthesis of stable isotope-labeled 24,25-(OH)₂D₂.

QUESTMS-00000384

*Papers*

13% overall yield. Our method appears to be more direct and is slightly higher yielding (approximately 16% overall).

Katsumi and co-workers[28] have recently reported the application of a similar series of side-chain reactions to the cholen-22-al derivative obtained by side-chain degradation of the Diels-Alder adduct of ergosterol and 4-phenyltriazoline-3,5-dione as a synthesis of unlabeled 24,25-dihydroxyvitamin $D_2$.

## Experimental

### Chemical synthesis

Melting points were determined on a Reichert hot-stage apparatus. Infrared spectra refer to KBr discs. Nuclear magnetic resonance spectra were recorded at 100 MHz for solutions in deuterochloroform with tetramethylsilane as internal standard. Ultraviolet spectra were recorded for ethanol solutions. Deuterium incorporation was measured by MS using a Hewlett Packard mass-selective detector (HP 5970) attached to a Hewlett-Packard gas chromatograph (HP 5890). Preparative HPLC was carried out with a Waters Associates Prep LC/System 500 equipped with Prep-pak-500 silica cartridges. Small-scale preparative HPLC was carried out on columns (25 cm, 100 mm internal diameter) packed with Nucleosil-50 (5 m$\mu$). All solvents were distilled before use. Unless otherwise indicated, "light petroleum" refers to the fraction of bp 60 to 80 C. Tetrahydrofuran and dioxan were dried by distillation from lithium aluminum hydride. Pyridine, benzene, xylene, and cyclohexane were distilled from calcium hydride. Extracted solutions of organic products were washed as necessary with dilute hydrochloric acid and/or sodium hydrogen carbonate solution, dried over anhydrous sodium sulfate, and evaporated under reduced pressure below 40 C.

### Synthesis of [25R,S]-[26,27-²H₃]cholesta-5,7-diene-3β,25,26-triol (Figure 3, 5b)

(24R,S)-[26,27-²H₆]Cholest-5-ene-3β,24,25-triol 3-acetate (Figure 3, 4) and (25R,S)-[26,27-²H₆]cholest-5-ene-3β,25,26-triol 3-acetate (Figure 3, 5a) [26,27-²H₆]Cholest-5-ene-3β,25-diol (Figure 3, 1a) (408 mg) was treated with acetic anhydride (3 ml) and pyridine (10 ml) for 19 hours at room temperature. The mixture was then poured into water and the product was extracted by use of ether. The crude 3-acetate (Figure 3, 1b), in pyridine (13 ml), was treated with phosphoryl chloride (450 $\mu$l) under reflux for 30 minutes. The dark brown solution was cooled and diluted with ether (100 ml) and water (30 ml). The ethereal solution was washed with dilute hydrochloric acid and water, dried, and the solvent was removed to give a crude mixture of the 24-ene (Figure 3, 2) and 25-ene (Figure 3, 3).

This crude residue in benzene (6 ml) and pyridine (73 $\mu$l) was treated with 1% osmium tetroxide in benzene (25.6 ml) at room temperature for 16 hours, then with sodium metabisulfite (1.33 g) in water (20 ml) and ethanol (60 ml). After 5 hours, the suspension was

filtered, the residue was washed with ethanol, and the solvents were removed under reduced pressure. The organic products were extracted from the dry residue with chloroform and separated by HPLC on Nucleosil-50 (ethyl acetate/light petroleum 1:1) giving, in order of increasing polarity, (24R,S)-[26,27-²H₆]cholest-5-ene-3β,24,25-triol 3-acetate (Figure 3, 4; 209 mg, 45%) and (25R,S)-[26,27-²H₆]cholest-5-ene-3β,25,26-triol 3-acetate (Figure 3, 5a; 85 mg, 18%).

A similar preparation using nondeuterated materials gave first (24R,S)-cholest-5-ene-3β,24,25-triol 3-acetate (174 mg, 38%), mp 154 to 166 C (methanol) (literature,[25] mp 151 to 152.5 C); $v_{max}$ 3,470, 1,735, and 1,715 cm$^{-1}$; δ 0.70 (3H, s, 18-H₃), 0.94 (3H, d, J 7 Hz, 21-H₃), 1.02 (3H, s, 19-H₃), 1.18 and 1.23 (3H, s, and 3H, s, 26- and 27-H₃), 2.04 (3H, s, 3-OAc), ca 3.3 (1H, m, 24-H), ca 4.55 (1H, m, 3-H) and ca 5.35 (1H, m, $W_{1/2}$ 6-H). The deuterated sample (Figure 3, 4) had no detectable signals at δ 1.18 and 1.23 due to 26- and 27-¹H₃. The second fraction was (25R,S)-cholest-5-ene-3β,25,26-triol 3-acetate (136 mg, 30%), mp 164 to 166 C (acetone-hexane) (literature, ref. 29, mp 169 to 171 C; ref. 20, mp 160 to 161 C); $v_{max}$ 3,420 and 1,730 cm$^{-1}$; δ 0.68 (3H, s, 18-H₃), 0.92 (3H, d, J 7 Hz, 21-H₃), 1.01 (3H, s, 19-H₃), 1.16 (3H, s, 27-H₃), 2.02 (3H, s, 3-OAc), 3.26 to 3.58 (2H, m, 26-H₂), ca 4.55 (1H, m, $W_{1/2}$ 3-H), and ca 5.35 (1H, m, $W_{1/2}$ 6-H). The deuterated sample (Figure 3, 5a) had no detectable signals at δ 1.16 and 3.42, indicating essentially complete deuteration at C-26 and C-27.

(25R,S)-Cholesta-5,7-diene-3β,25,26-triol (Figure 3, 5b). The 5-ene-3β,25,26-triol 3-monoacetate (Figure 3, 5a) (230 mg) was treated in pyridine (6 ml) with acetic anhydride (2 ml) for 18 hours at room temperature. The solution was then diluted with water and the product was extracted with ethyl acetate to give crude (25R,S)-cholest-5-ene-3β,25,26-triol 3,26-diacetate (256 mg). Without further purification, the diacetate (201 mg) in light petroleum (bp 40 to 60 C) (12 ml) and cyclohexane (6 ml) was stirred and heated under reflux with 1,3-dibromo-5,5-dimethylhydantoin (114 mg) for 30 minutes, then cooled. Collidine (0.8 ml) was then added, low-boiling solvents were removed under reduced pressure at less than 25 C, and the residue was diluted with xylene (8 ml), then stirred and heated under reflux under nitrogen for 1 hour. The cooled mixture was diluted with ethyl acetate (40 ml), which was washed with dilute sulfuric acid, aqueous sodium hydrogen carbonate, and water, dried ($Na_2SO_4$) and evaporated. The residual oil was dissolved in acetone (8 ml) containing toluene-p-sulfonic acid monohydrate (20 mg). After 21 hours at room temperature, the product was extracted using ethyl acetate. Semipreparative HPLC of the residue (ethyl acetate/light petroleum, 1:2) gave, in order of increasing polarity, recovered (25R,S)-cholest-5-ene-3β,25,26-triol 3,26-diacetate (46 mg) and (25R,S)-cholesta-5,7-diene-3β,25,26-triol 3,26-diacetate (52 mg, 26%) as a pale yellow crystalline solid that appeared to be homogeneous. Without further purification, this 5,7-diene diacetate in dioxan (1 ml) and methanol (3 ml)

QUESTMS-00000385

*Deuterium-labeled vitamin D metabolites: Coldwell et al.*

was stirred at room temperature under nitrogen with methanolic 5% potassium hydroxide (0.33 ml) for 4 hours. Extraction by use of ethyl acetate gave (25R,S)-cholest-5,7-diene-3β,25,26-triol (Figure 3, **5b**) (44 mg), which was stored in the dark at less than 20 C under $N_2$ until required for photolysis, leading to the corresponding vitamin $D_3$ derivative.

*Synthesis of (24R,S)-ergosta-5,7,22-triene-3β,24,25-triol (Figure 4, **11a**) and its (24R)-28-$^2H_3$-labeled analog (Figure 4, **11b**)*

**3β-(Tetrahydropyran-2-yloxy)-23,24-dinorchol-5-en-22-al (Figure 4, 8).** Pyridinium chlorochromate (1.3 g, 24 mmol) was added to a stirred solution of 23,24-dinorchol-5-ene-3β,22-diol     3(tetrahydropyran-2-yl) ether[25] (Figure 4, 7) (1.25 g, 12 mmol) in dichloromethane (30 ml, distilled from anhydrous $K_2CO_3$) containing suspended anhydrous sodium acetate (100 mg, 1.2 mmol). The suspension was stirred at room temperature for 1.5 hours, then diluted with diethyl ether (150 ml; peroxide-free) and filtered through a column of florisil (50 g). Elution with additional ether (approximately 200 ml) gave crude 3β-(tetrahydropyran-2-yloxy)-23,24-dinorchol-5-en-22-al (Figure 4, 8) (1.13 g), which was used directly and with minimum delay in the next stage; $\nu_{max}$ 2,710 and 1,725 cm⁻¹; δ 0.76 (3H, s, 18-$H_3$), 1.05 (3H, s, 19-$H_3$), 1.40 (d, J 7 Hz, 21-$H_3$), 3.3 to 4.1 (4H, br, complex), 4.70 (1H, br s) (THP), 5.34 (1H, m, $W_{1/2}$ ≈8 Hz, 6-H), and 9.58 (1H, d, J 4 Hz, 22-H).

**(22E)-3β,25-Dihydroxycholesta-5,22-dien-24-one (Figure 4, 9).** A solution of *n*-butyllithium in hexane (1.6 M; 5.6 ml, 9 mmol) was added to a stirred solution of diisopropylamine (1.27 ml, 9 mmol, distilled from $CaH_2$) in dry tetrahydrofuran (19 ml) at 0 C under dry nitrogen. This solution was then treated at 0 C for 15 minutes with a solution of 3-methyl-3-(tetrahydropyran-2-yloxy)-butan-2-one[26] (1.675 g, 9 mmol) in tetrahydrofuran (19 ml). The mixture was stirred at 0 C for 1 hour, cooled to −70 C, and a solution of the above crude aldehyde (Figure 4, 8) (1.13 g) in tetrahydrofuran (15 ml) was added over 10 minutes. After a further 10 minutes, the temperature was raised to 0 C and maintained there for 3 hours. Acetic acid (1 ml) was then added and the solution was allowed to warm to room temperature. The product was extracted by use of ether, then dissolved in tetrahydrofuran (25 ml) and methanol (19 ml) and treated with dilute hydrochloric acid (3 ml; concentrated HCl-$H_2O$, 1:4). After 18 hours at room temperature, the product was isolated by use of ethyl acetate. Preparative HPLC (ethyl acetate/light petroleum, 1:2, as mobile phase) gave (22E)-3β,25-dihydroxycholesta-5,22-dien-24-one (Figure 4, 9) (676 mg, 54% from alcohol 7), mp 184 to 187 C (acetone/hexane); $\nu_{max}$ 3,400, 1,690, and 1,620 cm⁻¹; δ 0.72 (3H, s, 18-$H_3$), 1.02 (3H, s, 19-$H_3$), 1.12 (3H, d, J 6 Hz, 21-$H_3$), 1.4 (6H, s, 26- and 27-$H_3$), ca 3.45 (1H, m $W_{1/2}$ ~25 Hz, 3-H), ca 5.3 (1Hm, m, $W_{1/2}$ ~8 Hz,

6-H), 6.3 (1H, d, J 15 Hz, 23-H), and 6.97 (1H, dd, J 15 and 8 Hz, 22-H). Found: C, 78.1; H, 10.2. $C_{27}H_{42}O_3$ requires C, 78.2; H, 10.2%.

A sample of the enone (Figure 4, **9**) that had been exposed to daylight at room temperature over several days was chromatographed by semipreparative HPLC (ethyl acetate/light petroleum, 1:2) to give, in order of decreasing polarity, the enone (Figure 4, 9) and a second compound (probably the (22Z)-isomer; ratio approximately 3–1); $\nu_{max}$ 3,380, 1,690, and 1,620 cm⁻¹; δ 0.74 (3H, s, 18-$H_3$), 1.02 (3H, s, 19-$H_3$), δ 1.05 (3H, d, J 6 Hz, 21-$H_3$), 1.38 (6H, s, 26- and 27-$H_3$), ca 3.5 (1H, m, $W_{1/2}$ ~32 Hz, 3-H), ca 5.3 (1H (1H, m, $W_{1/2}$ ~8 Hz, 6-H), and 6.00 and 6.20 (2H, d,d, J 11 Hz, 22- and 23-H).

**(24S)- And (24R)-[28-$^2H_3$]ergosta-5,22-diene-3β,24,25-triol 3-acetates (Figure 4, 10a and 10b).** A solution of the enone (Figure 4, 9) (297 mg, 0.5 mmol) in benzene (39 ml, distilled from $CaH_2$) was added over 10 minutes to a stirred solution of [$^2H_3$]methyl magnesium iodide (prepared from [$^2H_3$]methyl iodide [1.92 ml, 16 mmol; 99% $^2H_3$] and magnesium [369 mg, 15 mmol] in ether (20 ml, distilled from $CaH_2$) at room temperature under dry nitrogen. The mixture was stirred and heated under reflux for 3 hours, then cooled to 0 C and treated with aqueous 50% acetic acid (19 ml) and water (5 ml) over 5 minutes. Extraction by use of ethyl acetate gave a crude mixture of triols that was acetylated (acetic anhydride-pyridine at room temperature overnight), then subjected to semipreparative HPLC (ethyl acetate/light petroleum, 1:2, as mobile phase) to give, in order of increasing polarity,[29] (24S)-[28-$_2H_3$]ergosta-5,22-diene-3β,24,25-triol 3-acetate (Figure 4, **10a**; 93 mg, 39%), mp 175 to 178 C (acetone-hexane) (literature,[27] 157 to 158 C for nondeuterated material, see text) and (24R)-[28-$^2H_3$]ergosta-5,22-diene-3β,24,25-triol 3-acetate (Figure 4, **10b**; 75 mg, 32%), mp 184 to 187 C (acetone/hexane) (literature,[27] 164 to 165 C for nondeuterated material, see text); $\nu_{max}$ 2,230 cm⁻¹ (C-D); no detectable NMR signal at δ 1.28 for 28-[$^1H_3$] for either isomer; more than 98% [$^2H_3$] (measured as the 24,25-cyclic *n*-butyl boronate). The corresponding nondeuterated materials (Figure 4, 10c and 10d) had identical IR and $^1H$ NMR spectra except for absence of the 2,230 cm⁻¹ IR band and signals for the protons at C-28 in the NMR spectra; $\nu_{max}$ 2,430 and 1,730 cm⁻¹; δ (for both isomers) 0.71 (3H, s, 18-$H_3$), 1.03 (3H, s, 19-$H_3$), 1.055 (3H, d, J 5 Hz, 21-$H_3$), 1.20 and 1.22 (3H, s, and 3H, s, 26- and 27-$H_3$), 1.28 (3H, s, 28-$H_3$), 2.04 (3H, s, 3-OAc), ca 4.6 (1H, m, $W_{1/2}$ ~25 Hz, 3-dH), and ca 5.35 (1H, m, $W_{1/2}$ ~8 Hz, 6-H); (24R)-isomer: δ 5.51 (1H, s) and δ 5.55 (1H, s); (24S)-isomer: δ 5.52 (1H, d, J 1 Hz) and 5.56 (1H, s), (22-H and 23-H). Found (Figure 4, 10c): C, 76.1; H, 10.4. Found (Figure 4, 10d): C, 76.4; H, 10.3. $C_{30}H_{48}O_4$ requires C, 76.2; H, 10.2%.

(24R,S)-Ergosta-5,7,22-triene-3β,24,25-triol (Figure 4, 11a) was prepared from an unseparated mixture of the 5,22-dienes (Figure 4, 10c and 10d) by essentially the procedure described above for (25R,S)-cholesta-

QUESTMS-00000386

*Papers*

5,7-diene-3β,25,26-triol (Figure 3, **5b**). The yield was 36%, δ 0.64 (3H, s, 18-H₃), 0.94 (3H, s, 19-H₃), 1.06 (3H, d, J 6 Hz, 21-H₃), 1.20 and 1.22 (3H, s, and 3H, s, 26- and 27-H₃), 1.28 (3H, s, 28-H₃), ca 3.6 (1H, m, W₁/₂ ~2, 3-H), and 5.3 to 5.7 (4H, overlapping complex multiplets, 6-, 7-, 22-, and 23-H).

The deuterated compound (24R)-[28-²H₃]ergosta-5,7,22-triene-3β,24,25-triol (Figure 4, **11b**), obtained in the same way from the 5,22-diene (Figure 4, **10b**), had identical spectral characteristics except for absence of the 28-H₃ signal at δ 1.28.

The 5,7-dienes (Figure 3, **5b** and Figure 4, **11a** and **11b**), were converted into the corresponding vitamin D derivatives in the normal way by photolysis followed by thermal isomerization. The following products were purified by semipreparative HPLC (ethyl acetate light petroleum, 1 : 1):

[26,27-²H₆]-25,26-Dihydroxy vitamin D₃ (Figure 3, **6**): $\nu_{max}$ 267 nm (ε 17,400); δ 0.57 (3H, s, 18-H₃), 0.95 (3H, d, J 6 Hz, 21-H₃), 1.20 (H, s, 27-H₃), 3.94 (1H, m, W₁/₂ 20 Hz, 3-H), 4.83 (1H, d, J ~2 Hz) and 5.05 (1H, d, J 2 Hz) (19-H₂), 6.04 (1H, d), and 6.25 (1H, d) (J 11 Hz, 6- and 7-H): m/z (as 25,26-n-butyl boronate 3-trimethylsilyl ether) 559 (M⁺, 20%), 454 ([M −90 −15]⁺, 100) and 428 ([M − 131]⁺, 28%). The corresponding ²H₂ species (M⁺ 558) was undetectable; the ²H₃ (M⁺ 557) and ²H₁ (M⁺ 556) species were possibly present at ≤2% each. A nondeuterated sample prepared in the same way from nondeuterated 25-hydroxycholesterol showed an additional signal at δ 3.45 (21H, br s, W₁/₂ 4 Hz, 26-Hz): m/z (as 25,26-n-butyl boronate 3-trimethylsilyl ether) 554 (M⁺, 20%), 449 ([M −90 −15]⁺, 100), and 423 ([M − 131]⁺, 20).

24,25-Dihydroxyvitamin D₂, (24R,S)-dihydroxycalcidiol (Figure 4, **12b**), was obtained from the 5,7,22-triene (Figure 4, **11a**); λ_max 263 nm (ε 18,300); δ 0.57 (3H, s, 18-H₃), 1.05 (3H, d, J 7Hz, 21-H₃), 1.20 and 1.22 (3H, s, and 3H, s, 26- and 27-H₃), 1.28 (3H, s, 28-H₃), ca 3.95 (1H, m, W₁/₂ 18 Hz, 3-H), 4.82 (1H, m) and 5.04 (1H, m) (19-H₂), 5.55 to 5.59 (each 1H, apparent s. s, 22- and 23-H), 6.04 (1H, d), and 6.24 (1H, d) (J 11 Hz, 6- and 7-H); m/z (as 24,25-n-butyl boronate 3-trimethylsilyl ether) 566 (M⁺, 29%), 461 (100), and 435 (20).

[28-²H₃]-24,25-Dihydroxyvitamin D₂, (24R)-24-hydroxy-[28-²H₃]ercalcidiol (Figure 4, **12a**): This compound, prepared from the (24R)-[28-²H₃]-diol (Figure 4, **11b**), showed no detectable NMR signal at δ 1.18 for 23-¹H₃, but the UV absorption and all other parts of the NMR spectrum were identical to those of the previous sample: m/z (as 24,25-n-butyl boronate-3-trimethylsilyl ether) 569 (M⁺, 29%), 464 (100), and 438 (23).

## Biosynthesis of labeled metabolites

A less common but valuable approach to the production of deuterated vitamin D standards is to utilize *in vitro* enzyme systems to synthesize the required compound using a labeled precursor as substrate. Correct choice of the experimental system can lead to efficient production of the required compound with good yield, in many cases, better than the corresponding synthetic route. Efficient biologic systems are not available for all required conversions, but insertion of a 1α-hydroxyl group by kidney extracts is an excellent way of producing 1-hydroxylated vitamin D standards. Björkhem et al.[10] used this approach for the biosynthesis of (26-¹H₃)-1,25-dihydroxyvitamin D₃ from previously synthesized (26-²H₃)-25-hydroxyvitamin D₃ (ref. 9) using a kidney homogenate from vitamin D-deficient chicks. Vitamin D deprivation enhances 1α-hydroxylase activity; even so, in this case, a yield of only 1.7% was reported. In our laboratory, we have recently produced labeled 1,25-OH-D₃ by a similar process, but with much higher yield than previously reported.[10] This process is detailed below.

Chicks were raised on a vitamin D-deficient diet from birth for 3 weeks and then killed. Their kidneys were removed and homogenized in 100 ml incubation buffer (0.2 mM sucrose containing 15 mM TRIS buffer, pH 7.4, 2 mM magnesium chloride, and 5 mM sodium succinate[30]). The homogenate was incubated under 95% O₂ : 5% CO₂ at 37 C for 1 hour with 100 μg (26,27-¹H₆)-25-hydroxyvitamin D₃, chemically synthesized by us.[14] The reaction was stopped with 100 ml acetonitrile, the precipitated protein removed by centrifugation, and the supernatant added to 50 ml 0.2 M sodium acetate buffer, pH 5.6, and extracted on several BondElut C₁₈ cartridges as described previously.[31] The methanol extracts produced were further fractionated on Sep-Pak SIL cartridges[11] to yield a "polyhydroxylated vitamin D metabolite" fraction. Further purification was achieved by HPLC on Zorbax SIL (5 μm, 25 cm × 6.2 mm) using the solvent system isopropanol/methanol/hexane (6 : 3 : 91, v/v/v at 2 ml/min). The chromatogram obtained is shown in Figure 5, from which it can be seen that a substantial peak, labeled D, has been obtained with the same retention time as that for 1,25-OH-D₃. This peak was collected and repurified on reverse-phase HPLC and quantitated by UV absorption of 264 nm assuming a molar extinction coefficient of 18,300,[32] indicating a recovery of 15 μg (15%), nearly 10 times that reported previously.[10] An aliquot of this preparation was converted into the pertrimethylsilyl ether derivative by treatment with trimethylsilylimidazole, and GC/MS was carried out. Figure 6 shows the mass spectrum obtained in comparison to that obtained from pertrimethylsilyl 1,25-(OH)₂D₃. Pilot studies had previously been carried out using both D-deficient chick and rat kidney preparations, but the D-deficient chick preparation was finally utilized. D-deficient rat kidney preparations also produced putative 1,25-(OH)₂D₃, but in lower yield; in addition, further, more polar, metabolites were produced. Production of further deuterated standards can of course also be carried out *in vivo*, which is valuable if many metabolic steps, which may occur in different tissues, are required. In vivo systems are, however, not efficient, and very low yields are usually obtained.

QUESTMS-00000387



**Figure 5** High-performance liquid chromatography (ZORBAX-SIL) of an extract of rachitic chick kidney homogenate incubated with [25,26-²H₆]-25-OH-D₃. A, B, C, and D indicate the retention times of pure standards of 25-OH-D₃, 24,25-(OH)₂D₃, 25,26-(OH)₂D₃, and 1α,25-(OH)₂D₃, respectively, run in the same system. The eluate was monitored by UV absorption at 264 nm.

## Mass fragmentographic assays for vitamin D and metabolites using stable isotope dilution

Using standard material produced by the methods described above, several mass fragmentographic procedures have been described for the measurement of vitamin D and its metabolites in human plasma or serum since 1976. These are summarized in Table 2, which also includes early methods developed without the use of stable isotope-labeled internal standards.

Two groups in Europe have produced the majority of the fully evaluated methods described (Björkhem and colleagues in Sweden and Makin and colleagues in the United Kingdom). Both groups have used conventional packed glass columns for GC, with a diameter of 2 mm or an internal diameter 4 mm (Table 3). A few workers[15,35] describe the use of capillary GC columns, but only one evaluated method has been described using capillary columns.[13] The use of capillary columns theoretically should produce an improvement in both resolution and sensitivity of mass fragmentographic assays, but, for various practical reasons, there may be

no improvement in sensitivity. There are considerable injection difficulties when applying vitamin D and its metabolites to capillary columns. Injection systems that "split" the injection volume obviously reduce sensitivity considerably and are therefore not suitable for assays designed to measure the very low circulating concentrations of some of the vitamin D metabolites. Using the injector in the "splitless" mode, the sample is introduced in a large solvent volume and peak shape may be severely distorted; we have experienced considerable difficulties using these systems. In addition, vitamin D and its metabolites are particularly susceptible to destruction and/or absorption during the injection system. Sample injection problems with capillary columns can be overcome by using an all-glass dropping needle injection assembly. This involves applying the sample, in stages, to a silanized glass needle and allowing the solvent to evaporate between each application. The dried concentrated sample is then released into the heated zone of the injection port, and the sample is efficiently transferred onto the capillary column. Unfortunately, all-glass dropping needle injection assemblies require adaptation of many injection ports and





**Figure 6** Mass spectra (EM(+) at 75 eV) of pertrimethylsilyl ethers of (A) putative [25,26-²H₆]-1,25-(OH)₂D₃ (Peak D, Figure 5) isolated from rachitic chick kidney homogenate incubate as described in text and legend to Figure 5, and (B) standard[1],25-(OH)₂D₃. Mass spectra were obtained using a Hewlett-Packard mass selective detector (Model 5970) after separation by GC.

QUESTMS-00000388

*Papers*

**Table 2**  Methods for the measurement of vitamin D and its metabolites in human plasma/serum using mass fragmentography

| Metabolite | Derivative used | Ion(s) monitored | Internal standard(s) used | Reference |
|---|---|---|---|---|
| $D_3$ | ITS-HFB | $M^+$ 586 | DHT | 33 |
| | TMSi | $(M - 131)^+$ 325 | $D_2$ | 34 |
| $D_3$ fatty acid esters | TMSi | $M^-$ 456 $(D_3)$ | $D_3$-$d_6$[a] | 15–18 |
| | | 468 $(D_2)$ | $D_2$-$d_3$[a] | |
| 25-OH-$D_3$ | TMSi | 131 (side-chain fragment)$^+$ | [26-$^2H_3$]-25-OH-$D_3$ | 9 |
| | TMSi | $(M - 90 - 15)^+$ 439 | None | 35 |
| | t-BDMSi/TMSi | $M^+$ 586 | [26-$^2H_3$]-25-OH-$D_3$ | 8,36,39,42 |
| | TMSi | 131 (side-chain fragment)$^+$ | None | 37 |
| | | $(M - 131)^+$ 413, $(M - 90 - 15)^+$ 439 | | |
| | | $M^+$ 544 | | |
| 24,25-$(OH)_2D_3$ | nBBA-TMSi | $(M - 90 - 15)^+$ 449 | [26,27-$^2H_6$]-24,25-$(OH)_2D_3$ | 12 |
| 25,26-$(OH)_2D_3$ | nBBA-TMSi | $(M - 90 - 15)^+$ 449 | [26,27-$^2H_6$]-25,26-$(OH)_2D_3$ | 11,38 |
| 1,25-$(OH)_2D_3$ | TMSi | $(M - 90 - 90)^+$ 452 | [26-$^2H_3$]-1,25-$(OH)_2D_3$ | 10 |
| 1,25-$(OH)_2D_3$ | TMSi | $(M - 90)^+$ 542 | [26-$^3H_3$]-1,25-$(OH)_2D_3$ | 13 |
| $D_3$ | TMSi | $M^+$ 456 and $(M - 90)^+$ 366 | $D_2$ | 7 |
| 25-OH-$D_2$ | | $M^+$ 544 | | |
| 25-OH-$D_3$ | | $M^+$ 556 | | |
| 24,25-$(OH)_2D_3$ | | $M^+$ 632 | | |
| $D_3$ | TMSi | $M^+$ 456 | [3,4-$^2H_2$]$D_3$ | 15 |
| 25-OH-$D_3$ | TMSi | $(M - 90)^+$ 454 | [26,27-$^2H_6$]25-OH-$D_3$ | 39 |
| | TMSi | $M^+$ 466 $(D_3)$ | [2,3,4,6,9,19-$^2H_6$]$D_3$ | 16[b] |
| | | $(M - 90)^+$ 454 (25-OH-$D_3$) | [26,27-$^2H_6$]25-OH-$D_3$ | |
| 25-OH-$D_2$ | TMSi | $(M - 90 - 15)^+$ 439 and 451 | [26,27-$^2H_6$]25-OH-$D_3$ | 31,40,41 |
| 25-OH-$D_3$ | | | | |
| 24,25-$(OH)_2D_2$ | nBBA/TMSi | $(M - 90 - 15)^+$ 461 | [28-$^2H_3$]24,25-$(OH)_2D_2$ | |
| 25,26-$(OH)_2D_2$ | | | [26,27-$^2H_6$]24,25-$(OH)_2D_3$ | |

Abbreviations: TMSi, pertrimethylsilyl ethers; nBBA, cyclic *n*-butyl boronates; *t*-BDMSi, *tertiary*-butyldimethylsilyl ethers; HFB, heptafluorobutyrate ester; DHT, dihydrotachysterol; ITS, isotachysterol.
[a] Same internal standards as described in ref. 16.
[b] Reference 16 describes a method for the measurement of $D_2$ (see also ref. 18) and 1,25-$(OH)_2D_3$ in addition to those described here, but no values are given for these latter two analytes.

**Table 3**  Details of chromatographic methodology used in mass fragmentography methods for the determination of vitamin D and metabolites

| Analyte | Column packing material | Column dimensions (diameter × length) | Reference |
|---|---|---|---|
| Conventional packed columns | | | |
| 25-OH-$D_3$ | 1.5% SE30 on Chromosorb W (80–100 mesh) | 2 mm × 2.5 m | 8,9,36,39,40 |
| $D_3$ | 1% FFAP on Gas Chrom (100–120 mesh) | 2 mm × 2.0 m | 33[a] |
| $D_3$ | 1.5% SE30 on Chromosorb W (80–100 mesh) | 2 mm × 2.5 m | 34,39 |
| 1,25-$(OH)_2D_3$ | 1.5% SE30 on Chromosorb W (80–100 mesh) | 1.5 mm × 2.5 m | 10 |
| $D_3$,25-OH-$D_2$ | 2% OV1 on Celite 545 (100–120 mesh) | 4 mm × 2 m | 7 |
| 25,OH-$D_3$ | | | |
| 24,25-$(OH)_2D_3$ | | | |
| 24,25-$(OH)_2D_3$ | 2% OV1 on Celite 545 (100–120 mesh) | 5 mm × 2.5 m | 11,12 |
| 25,26-$(OH)_2D_3$ | | | |
| 25-OH-$D_2$,25-OH-$D_3$ | 1% OV1 on Celite 545 (100–120 mesh) | 5 mm × 1.5 m | 31,40,41 |
| 24,25-$(OH)_2D_2$ | | | |
| 25,26-$(OH)_2D_2$ and other metabolites[43] | | | |
| Capillary WCOT columns | | | |
| 25-OH-$D_3$ | OV101 | 0.35 mm × 25 m | 35[b] |
| 24,25-$(OH)_2D_3$ | | | |
| 1,25-$(OH)_2D_3$ | | | |
| $D_3$,25-OH-$D_3$ | SE30 | 0.29 mm × 25 m | 15[b] |
| 1,25-$(OH)_2D_3$ | SUPEROX 4 | 0.25 mm × 4 m | 13[c] |
| $D_3$,25-OH-$D_3$ | OV101 | 0.32 mm × 25 m | 43[b] |
| 1,25-$(OH)_2D_3$ | | | |
| Polyhydroxylated | | | |
| 25-OH-$D_3$ metabolites | SE52 | unknown × 15 m | 51[d] |

All methods used EI(+) and single focusing magnetic sector mass spectrometers (LKB 2091, except [a]LKB 9000, [b]VG Micromass 16F, or [c]Finnigan 1020, or Hitachi M-52).

QUESTMS-00000389

are not readily adaptable to automation. Direct on-column injection onto a short (4-mm length) capillary column (0.25 m internal diameter Superox 4) has recently been used for the mass fragmentographic measurement of $1,25-(OH)_2D_3$ in human plasma, but no significant increase in sensitivity was observed.[13]

Early methods for the measurement of vitamin D and its metabolites, which did not use stable isotopes as internal standards, share several disadvantages. The use of radiolabeled vitamin D standard to assess the efficiency of the extraction procedure[17,33] necessitated the addition of a second internal standard prior to mass fragmentography. Many workers describe instability problems and inconsistent recovery of metabolites through the various extraction stages when radiolabel alone is used, although silanization of all glassware should overcome this problem.

It is preferable to use an excess amount of a vitamin D analog as internal standard, which will both protect the low concentration of analyte during sample preparation and serve as a suitable internal standard for GC/mass fragmentography. Vitamin $D_2$ has been used for this purpose in a method developed for the measurement of vitamin $D_3$ in human serum.[34] This approach is not without problems since vitamin $D_2$ (which can be ingested from certain foods) may be present in the sample being analyzed. However, these investigators[34] were confident that low levels of circulating vitamin $D_2$ would not affect their results, as the amount of vitamin $D_2$ added to the serum sample was in such large excess. An alternative method for the measurement of vitamin $D_3$ in human plasma[33] used [14]C-labeled vitamin $D_3$ to assess recovery and then dihydrotachysterol$_2$ (DHT$_2$), a pseudo $1\alpha$-vitamin $D_2$ analog) as an internal standard for mass fragmentography. Dihydrotachysterol$_2$ is unsuitable as the internal standard during the extraction stages, as, unlike vitamin D, it does not bind to vitamin D-binding globulin, and therefore is unlikely to behave in the same way during extraction.

The availability of deuterium-labeled vitamin D standards has allowed the development of several methods for the determination of the majority of vitamin D metabolites circulating in plasma. Stable isotopes supposedly mimic the behavior of the natural metabolite and the assay procedure is greatly simplified, although separation of labeled and unlabeled compounds in various systems has been reported.[44] Care should be taken, however, in ensuring that the stable isotope is in a suitable position. Zagalak et al.[15] describe the use of $[3,4-^2H_2]D_3$ as an internal standard for the measurement of vitamin $D_3$. However, cholesterol has a molecular weight only two mass units higher than vitamin $D_3$, and its contamination of extracts could lead to inaccurate results. Although their method painstakingly removed cholesterol from the serum sample using alumina column chromatography and thin-layer chromatography, (TLC), followed by HPLC on silver nitrate impregnated silica, the use of an alternative internal standard would appear to be indicated. Zagalak et al.[15] also describe the preparation of $[C2,2,3,4,4,6-^2H_8]$ vitamin $D_3$; this isotope would be a more sensible choice. The more

deuterium atoms that can be incorporated into the internal standard, the less interference from the presence of natural isotopes in the unlabeled analyte. However, this has to be balanced by the fact that increasing numbers of deuterium atoms increased the likelihood that separation of labeled and unlabeled analyte may occur, particularly during GC. Adequate purification of the sample prior to GC/MS is, of course, important. The preparation of extracts for the determination of vitamin $D_3$ concentration especially needs to ensure the efficient removal of cholesterol from the sample. Although appropriate GC systems can resolve the two compounds, cholesterol circulates in such larger concentrations than vitamin $D_3$ (mg/ml versus ng/ml) that considerable contamination of the vitamin $D_3$ trace can occur if only a small fraction of the cholesterol remains. Careful selection of the ion to be monitored may avoid this problem.[35] Cholesterol can be removed by several methods, including digitonin precipitation of cholesterol,[33] TLC,[7] and HPLC.[41]

The first full description of a mass fragmentographic procedure for the measurement of a vitamin D metabolite in plasma using stable isotope dilution was published in 1976.[9] The chemical preparation of $[26-^2H_3]$-25-OH-$D_3$ was described and was used as the internal standard in the determination of 25-OH-$D_3$ concentration in 2.5 ml serum. After solvent extraction and column chromatography, pertrimethylsilyl ether derivatives were formed.[45] A fragment ion of low mass was monitored during mass fragmentography ($m/z$ 131 and 134). This fragment represents C-26, C-27 and the derivatized C-25 hydroxyl group and thus retains the deuterium label. Although it would have been preferable to monitor an ion fragment of higher mass, it was reported that these were too low in intensity.

A subsequent publication from the same group[42] described the measurement of the formation of 25-OH-$D_3$ in liver homogenates using a mass fragmentographic procedure based on that outlined above, but with formation of the 25-trimethylsilyl-3-$t$-butyldimethylsilyl ether derivative. The use of this mixed derivative added further specificity to the assay previously described.[9] The new derivative fragmented to give high mass ions of good intensity, allowing the molecular ion of the analyte and internal standard ($m/z$ 586 and 589) to be monitored during mass fragmentography. The use of these ions produced much cleaner chromatograms and previously reported contamination problems were overcome. This assay procedure was successfully applied in several subsequent studies.[46]

Björkhem et al.[10] also described a method for the measurement of 1,25-dihydroxyvitamin $D_3$ (1,25-$(OH)_2D_3$) in plasma by isotope dilution mass fragmentography. 1,25-$(OH)_2D_3$, the calcium homeostatic hormone, circulates at levels of 20 to 60 pg/ml in normal humans. To measure these low levels accurately, 20 ml plasma or serum was required. Using $[26-^2H_3]$-1,25-$(OH)_2D_3$, prepared biosynthetically, as internal standard, plasma samples were extracted with organic solvent and subjected to extensive chromatography, including two HPLC steps. The 1,25-$(OH)_2D_3$ fraction

QUESTMS-0000039?

*Papers*

**Table 4**  Details of derivatives and ions monitored during single ion monitoring of vitamin D and vitamin D metabolites

| Analyte | Internal standard | Derivative | Ion monitored |
|---|---|---|---|
| $D_2$ | | 3-TMSi | $m/z$ 363 $[M - 90 - 15]^+$ |
| $D_3$ | | 3-TMSi | $m/z$ 351 $[M - 90 - 15]^+$ |
| | $(^2H_3)D_3$ | 3-TMSi | $m/z$ 358 $[M - 90 - 15]^+$ |
| 25-OH-$D_2$ | | 3,25(TMSi)$_2$ | $m/z$ 451 $[M - 90 - 15]^+$ |
| 25-OH-$D_3$ | | 3,25(TMSi)$_2$ | $m/z$ 439 $[M - 90 - 15]^+$ |
| | $(^2H_6)$25-OH-$D_3$ | 3,25(TMSi)$_2$ | $m/z$ 445 $[M - 90 - 15]^+$ |
| 24,25-(OH)$_2$D$_2$ | | 24,25-nBBA-3-TMSi | $m/z$ 461 $[M - 90 - 15]^+$ |
| | $(^2H_3)$24,25-(OH)$_2$D$_2$ | 24,25-nBBA-3-TMSi | $m/z$ 464 $[M - 90 - 15]^+$ |
| 24,25-(OH)$_2$D$_3$ | | 24,25-nBBA-3-TMSi | $m/z$ 449 $[M - 90 - 15]^+$ |
| 25,26-(OH)$_2$D$_3$ | | 25,26-nBBA-3-TMSi | $m/z$ 461 $[M - 90 - 15]^+$ |
| | $(^2H_6)$24,25-(OH)$_2$D$_3$ | 24,25-nBBA-3-TMSi | $m/z$ 455 $[M - 90 - 15]^+$ |
| 25,26-(OH)$_2$D$_3$ | | 26,26-nBBA-3-TMSi | $m/z$ 449 $[M - 90 - 15]^+$ |
| | $(^2H_6)$25,26-(OH)$_2$D$_3$ | 25,26-nBBA-3-TMSi | $m/z$ 454 $[M - 90 - 15]^+$ |
| 1,25-(OH)$_2$D$_3$ | | 1,3,25(TMSi)$_3$ | $m/z$ 501 $[M - 131]^+$ |
| | $(^2H_6)$1,25-(OH)$_2$D$_3$ | 1,3,25(TMSi)$_3$ | $m/z$ 507 $[M - 131]^+$ |

Abbreviations: TMSi, Trimethylsilyl ether; nBBA, cyclic *n*-butyl boronate ester.
Data from ref. 41, with permission of John Wiley & Sons Ltd.

isolated was converted into the pertrimethylsilyl ether derivative and mass fragmentography was performed monitoring the $(M - 90 - 90)^+$ ion ($m/z$ 452 and 455). The monitoring of base peak fragments $m/z$ 131 and 134 was also investigated. Although monitoring these ions was more sensitive, extensive contamination was a problem; thus, the more specific high mass ions were selected. Little progress has been made in the 10 years since this publication to reduce the sample volume necessary or the simplicity of the assay. This possibly may be achieved once the problems associated with the use of capillary columns for the estimation of vitamin D metabolites have been overcome, and may also require the use of more sensitive mass spectrometry systems, perhaps using negative ion chemical ionization (provided suitable and stable electron capture derivatives can be formed).

The majority of mass fragmentographic assays described for vitamin D metabolites during the 1980s have been developed in our laboratory. Using chemically synthesized deuterated internal standards,[14] fully evaluated methods for the measurement of 24,25-(OH)$_2$D$_3$ (ref. 12), 25,26-(OH)$_2$D$_3$ (ref. 11), 25-OH-D$_3$, 25-OH-D$_2$, 24,25-(OH)$_2$D$_2$, and 25,26-(OH)$_2$D$_2$ (ref. 31) in human plasma have been described. In these assays, the analyte is converted, after extensive purification, into either the pertrimethylsilyl ether derivative (25-OH$_3$-D$_2$ and 25-OH-D$_3$) or the *n*-butyl boronate ester-3-trimethylsilyl ether derivative (24,25-(OH)$_2$D$_3$, 25,26-(OH)$_2$D$_3$, 24,25-(OH)$_2$D$_2$, and 25,26-(OH)$_2$D$_2$) before GC/MS. *n*-Butyl boronate esters will form across vicinal or 1,3 *cis*-hydroxyl groups, and their formation improves the specificity of the assay by providing mass fragments of high mass to charge ratio. Other alkyl boronate esters can also be formed, but provide no particular advantages over the *n*-butyl boronate derivative. Methyl boronates can be formed across the C-24,C-25 but not, surprisingly, across C-25,C-26. Phenyl and *n*-butyl boronates, on the other hand, can be formed across both C-24,C-25 and C-25,C-26.[11]

The mass spectrometer used during the development of these assays only allowed selected ion monitoring of three ions simultaneously; therefore, no more than two metabolites could be analyzed at once. Modern machines equipped with data handling facilities would, however, be able to generate a "profile" of vitamin D metabolites from a single GC run, although the more ions monitored simultaneously, the less sensitive each assay becomes. The extraction and purification procedure devised for such a multiple assay is given in Figure 7. This is also the method used to prepare samples for the measurement of individual metabolites. Table 4 shows the derivatives used, the ions monitored, and the internal standards used during mass fragmentography. This method illustrates how it is possible to overcome the problems associated with lack of suitable deuteriated standard. In the assay developed for 25,26-(OH)$_2$D$_2$, no deuteriated standard was available; thus, hexadeuterated 24,25-(OH)$_2$D$_3$ was used as it co-eluted in the HPLC system used prior to GC/MS. Pentadeuterated 25,26-(OH)$_2$D$_3$, which might have seemed the obvious choice, although available, was not used because it was separated from 25,26-(OH)$_2$D$_2$ during HPLC. Typical mass fragmentograms of standard material are shown in Figure 8, along with the ions monitored and the differences in the structures of the different metabolites. On injection onto the GC column, B ring closure occurs and vitamin D and its metabolites isomerize into two forms, pyro and isopyro, which separate during chromatography. Thus, two peaks are obtained from each sample.

Dihydroxylated vitamin D metabolites have the same molecular weight, but *n*-butyl boronate ester-3-trimethylsilyl ether derivatives of 24,25-(OH)$_2$D and 25,26-(OH)$_2$D separate under the GC conditions used.[12] 1,25-(OH)$_2$D does not form an *n*-butyl boronate ester derivative, as the 1α and 3β hydroxyl groups are too far apart for a reaction to take place. In the methodology described by our group, using a single focusing magnetic sector mass spectrometer with electronic MID,

QUESTMS-00000391

*Deuterium-labeled vitamin D metabolites: Coldwell et al.*



**Figure 7** Proposed scheme for the extraction and purification of vitamins $D_2$ and $D_3$ and eight metabolites from plasma/serum prior to GC/MS. *Formation of pertrimethylsilyl ethers. **Formation of cyclic n-butyl boronate-3-trimethylsilyl ether. EtOH, ethanol; MeOH, methanol; iPrOH, isopropanol. It would be possible to collect 24,25-(OH)₂D₂, 25,26-(OH)₂D₃, and 25,26-(OH)₂D₂ in a single fraction and quantitate together. (Reprinted from ref. 5 with permission from the copyright holder, Butterworth–Heinemann.)

each metabolite is measured separately using the appropriate internal standard; this requires HPLC separation prior to derivatization. Using a modern mass spectrometer with computerized data handling, it should be possible to measure metabolites without prior HPLC in a single GC run. The use of fewer internal standards may be possible using this approach. Selective timing of the monitoring of ions may be necessary to detect metabolites in low concentration, but most data-handling systems are capable of this.

All the methods developed so far have used conventional packed GC columns. As mentioned above, increased sensitivity could be achieved using capillary columns if the injection and adsorption problems encountered could be overcome. Recent experiences using a simple "bench top" quadrupole mass selective detector (HP5970), linked to a capillary GC column and equipped with extensive data acquisition and manipulation facilities, have provided encouraging results. Sensitive selected ion monitoring is possible, with as little as 15 pg derivatized standard 1,25-(OH)₂D₃ being detected easily. There is a minimum detectable limit

(2 × background) of approximately 3 pg derivatized standard (Figure 9), and 25-OH-D levels are easily measured in 2 ml plasma (Figure 10).

## Use of stable isotope-labeled vitamin D in studies of metabolism

Vitamin D is extensively metabolized in the side chain, producing a large number of polyhydroxylated metabolites. One such metabolite is the 23,26-lactone of 25-hydroxyvitamin $D_3$, which is formed in vivo after administration of large amounts of vitamin $D_3$. The mechanism of formation of this metabolite was the subject



**Figure 8** Selected ion chromatograms of vitamins $D_2$ and $D_3$ and some of their metabolites. Side-chains of underivatized molecules are indicated at the right-hand side of each trace (as are the ions monitored in each channel). Hydroxyls at C-1 and C-3 are derivatized as trimethylsilyl ethers and C-25 as a trimethylsilyl ether or as a cyclic n-butyl boronate when a further vicinal hydroxyl is present (i.e., in 24,25- and 25,26-dihydroxy metabolites). The asterisks (*) indicates the positions at which deuterium label is attached. (Reprinted from ref. 41, with permission of John Wiley & Sons, Ltd.)

QUESTMS-00000392



*Papers*



**Figure 9**   Selected ion monitoring of the $(M - 90 - 90)^+$ ion produced from 15 pg 1,25-$(OH)_2D_3$, pertrimethylsilyl ether derivative (m/z 452), using capillary GC and the Hewlett-Packard 5970 mass-selective detector.



**Figure 10**   Mass fragmentography using 25-hydroxyvitamin $D_3$ in a plasma extract. After addition of 100 ng of $[^2H_6]$-25-OH-$D_3$, plasma (0.8 ml) was extracted and purified on Bond-Elut C-18 and Sep-Pak SIL cartridges as previously described.[31] Pertrimethylsilyl ethers were formed and an aliquot of the final extract was chromatographed on an HP1 (Hewlett-Packard line equivalent of OV101) wall-coated chemically bonded capillary column (0.25 mm internal diameter × 25 m). The ion monitored was $(M - 131)^+$ (m/z 413 for the analyte and m/z 419 for the hexadeuterated internal standard). The pyro peak for the analyte and internal standard are both relatively uncontaminated, whereas the iso-pyro peak of the analyte is contaminated with an unknown peak. This plasma sample contained 36 ng/ml 25-OH-$D_3$.

of some discussion until the suggestion that the 23,26-lactol was an intermediate.[47] A recent study[48] in the metabolism of 25-hydroxydihydrotachysterol$_3$ confirmed this pathway of side-chain metabolism, and all the suggested metabolites were isolated from and identified in the perfused rat kidney. Experiments were carried out using both labeled (deuterated) and unlabeled 25-hydroxy-DHT$_3$, and the use of the deuterium-labeled substrate was of considerable importance in confirming the structures assigned to both the lactone and lactol. The deuterium-labeled 25-hydroxy-DHT$_3$ was labeled on C-26 and C-27, incorporating six deuterium atoms, and was derived from deuterated 25-hydroxy-tachysterol$_3$ obtained as a by-product of B ring opening of 25-hydroxy-7-dehydrocholesterol$_3$ by UV light.[14] 25-Hydroxytachysterol$_3$ can be reduced with lithium in liquid ammonia[49] to produce, among other products, the 25-hydroxy-DHT$_3$ compound. With deu-

terium labeling on C-26, it is possible to predict (see Figure 11) that the lactol and lactone produced in vitro from such labeled 25-hydroxy-DHT$_3$ should give mass spectra containing, for example, molecular ions only 4 or 3 amu, respectively, higher than the unlabeled compounds, rather than the 6 amu difference between the substrates. This indeed occurred, and provided additional support for the structural assignments made on the basis of mobility in HPLC systems and mass spectra obtained from unlabeled metabolites.

**Summary**

It is clear that the best mass fragmentographic assays for vitamin D metabolites in human body fluids are those based on isotope dilution using the appropriate deuteriated-labeled metabolite as an internal standard. The difficulty that all workers in this area have experienced primarily relates to the lack of available standards, both unlabeled and labeled, although deuterium-labeled standards are particularly difficult to acquire. It has therefore been necessary to produce the required labeled standards using synthetic organic chemistry. However, the use of in vitro and in vivo biosynthetic systems for further conversion of synthetic labeled standards to more polar deuterated metabolites should not be ignored.

If the required standards are available, it is possible to develop mass fragmentographic methods for the measurement of the major metabolites of vitamin D in human plasma that give precise and accurate results. These assays are not designed for routine use, but rather as reference procedures against which other less rigorous analytic techniques can be evaluated. A simple mass fragmentographic method for the measurement of plasma levels of 1,25-$(OH)_2D_3$, the major calcium homeostatic hormone, in reasonable volumes of plasma has not yet been developed, although one mass fragmentographic assay, albeit requiring 20 ml plasma,



**Figure 11**   Predicted loss of deuterium atoms from the side chain of 25-hydroxy-[26,27-$^2H_6$]dihydrotachysterol$_3$ during the in vitro formation of the 25-hydroxyvitamin $D_3$-23,26-lactone in the isolated perfused rat kidney. (See ref. 48 for details of experimental procedure.)

QUESTMS-00000393

has been described; this method has recently been used[13] to validate the calf thymus radio receptor assay for 1,25-$(OH)_2D_3$ ref. 50.

The assays already developed will be greatly improved in terms of sensitivity and probably specificity when GC with capillary column is used. However, there appear to be injection difficulties to overcome. Vitamin $D_2$ and its metabolites are more difficult to measure than vitamin $D_3$, but the concentration of vitamin $D_2$ and its metabolites in human plasma is very low in the United Kingdom and only assumes significance in countries where foodstuffs are supplemented with vitamin $D_2$.

High-performance liquid chromatography/MS also offers an alternative approach to the measurement of vitamin D and its metabolites in human body fluids. However, no such assay has yet been described. It is unlikely that HPLC/MS will, in its present form, provide sufficient sensitivity for the measurement of 1,25-$(OH)_2D_3$ in human plasma, although it may be useful for 25-OH-$D_3$. Further developments in interfacing the HPLC and MS may, however, overcome this lack of sensitivity. High-performance liquid chromatography/MS has the advantage that excellent HPLC systems for the separation of the majority of vitamin D metabolites have been developed, and the direct injection of the solute into the MS obviates the necessity for derivatization. It is, however, not yet clear how specific such a procedure will be.

In our view, it is very important that laboratory personnel setting up assays for vitamin D and its metabolites think very carefully about the specificity of their assay and institute both internal and external quality-assurance schemes. Otherwise, results obtained may be of little value and it may not be possible to compare results with those obtained from other laboratories. Good external quality-assurance schemes use GC/MS target values, wherever possible, to enable participating laboratories to gauge the accuracy of their methodology. Some HPLC methods have purported to test the efficacy of purification procedures used by demonstrating that the final extract gives an apparently homogeneous peak with a mass spectrum identical to the analyte. However, Holmberg et al.[36] have clearly demonstrated that such procedures give a false sense of security and that the proper evaluation of such methods requires comparison of individual results obtained by both the method under evaluation and by mass fragmentography. It is essential for the provision of such mass fragmentographic values that labeled and unlabeled standards continue to be available so that suitable mass fragmentographic procedures can be carried out.

## Acknowledgments

We are grateful to the UK Medical Research Council for grants to D.N.K. (for support of the Steroid Reference Collection) and to D.N.K., H.L.J.M., and D.J.H.T. (project grant), to the Wellcome Trust, National Kidney Research Fund, and Duphar Pharmaceuticals Ltd. for grants to H.L.J.M.

## References

1. Porteous CE, Coldwell RD, Trafford DJH, Makin HLJ (1987). Recent developments in the measurement of vitamin D and its metabolites in human body fluids. *J Steroid Biochem* **28**:785–801.
2. Jongen MJM, VanGinkel FC, van der Vijgh WJF, Kuiper S, Netelenbos JC, Lips P (1984). An international comparison of vitamin D metabolite measurements. *Clin Chem* **30**:399–403.
3. Mayer E, Schmidt-Gayk H (1984). Interlaboratory comparison of 25-hydroxyvitamin D determination. *Clin Chem* **30**:1199–1204.
4. Lawson AM, Calam DH, Colinet AS (1985). Certification of cortisol in two lyophilised serum samples. BCR no. 192 and 193. Report EUR 9661 EN. Commission of the European Community, Luxembourg.
5. Coldwell RD, Porteous CE, Trafford DJH, Makin HLJ (1987). Gas chromatography-mass spectrometry and the measurement of vitamin D metabolites in human serum or plasma. *Steroids* **49**:155–196.
6. Makin HLJ, Trafford DJH (1984). Measurement of vitamin D and its metabolites by gas chromatography-mass spectrometry. In: Kumar R (ed), *Vitamin D: Basic and Clinical Aspects*. Martinus Nijhoff, Boston, pp. 497–521.
7. Seamark DA, Trafford DJH, Makin HLJ (1980). The estimation of vitamin D and some metabolites in human plasma by mass fragmentography. *Clin Chim Acta* **106**:51–62.
8. Björkhem I, Holmberg I (1980). Mass fragmentographic assay of 25-hydroxyvitamin $D_3$. *Methods Enzymol* **67**:385–393.
9. Mayer E, Holmberg I (1976). A novel specific assay of 25-hydroxyvitamin $D_3$. *Clin Chim Acta* **68**:215–221.
10. Björkhem I, Holmberg I, Kristiansen T, Pedersen JI (1979). Assay of 1,25-dihydroxyvitamin $D_3$ by isotope dilution-mass fragmentography. *Clin Chem* **25**:584–588.
11. Coldwell RD, Trafford DJH, Makin HLJ, Varley MJ, Kirk DN (1985). Specific mass fragmentographic assay for 25,26-dihydroxyvitamin D in human plasma using a deuterated internal standard. *J Chromatogr* **338**:289–302.
12. Coldwell RD, Trafford DJH, Makin HLJ, Varley MJ, Kirk DN (1984). Specific estimation of 24,25-dihydroxyvitamin D in human plasma by gas chromatography-mass spectrometry. *Clin Chem* **30**:1193–1198.
13. Oftebro H, Falch JA, Holmberg I, Haug E (1988). Validation of a radioreceptor assay for 1,25-dihydroxyvitamin D using selected ion monitoring GC-MS. *Clin Chim Acta* **176**:157–168.
14. Kirk DN, Varley MJ, Makin HLJ, Trafford DJH (1983). Synthesis of (26,27-$^2H_6$)cholesterol and derivatives substituted in the side chain. *J Chem Soc Perkin Trans* **I**:2563–2567.
15. Zagalak B, Curtius HCh, Foschi R, Wipf G, Redweik U, Zagalak M-J (1978). Mass fragmentographic determination of cholecalciferol and 25-hydroxycholecalciferol in human serum. *Experientia* **34**:1537–1539.
16. Zagalak B, Neuheiser F, Zagalak MJ, Kuster I, Curtius HCh, Exner GU, Fanconi S, Pruder A (1983). Application of mass fragmentography in the study of biosynthesis and excretion of vitamin in humans. In: Frigerio A (ed), *Chromatography and Mass Spectrometry in Biomedical Sciences*, Vol. 2. Elsevier, Amsterdam, pp. 347–360.
17. Zagalak B, Neuheiser F, Curtius HCh (1984). Lipophilic conjugates of vitamin $D_3$ in humans. *Naturwissenschaften* **71**:s231.
18. Zagalak B, Neuheiser F, Curtius HCh (1985). Fatty acid esters of calciol and ercalciol in humans and their possible metabolic function. In: Norman AW, Schaefer K, Grigoleit HG, von Herrath D (eds), *Vitamin D: A Chemical, Biochemical and Clinical Update*. Walter de Gruyter, Berlin, pp. 53–54.
19. Whitney JG, Shackleton CHL, Edmonds CG, Burlingame AL, Piel CF (1979). Synthesis of deuterium-labeled vitamin $D_3$ metabolites: purification from human plasma for selected ion monitoring-mass spectrometry. In: Klein ER, Klein PD (eds), *Stable Isotopes: Proceedings of the Third International Conference*. Academic Press, New York, pp. 47–61.
20. Seki M, Rubio-Lightbourn J, Morisaki M, Ikekawa N (1973). Synthesis of active forms of vitamin D. IV. Synthesis of 24,25-

QUESTMS-00000394

*Papers*

and 25,26-dihydroxy-cholesterols. *Chem Pharm Bull (Tokyo)* **21**:2783–2785.

21. Turner AB (1968). Applications of high-potential quinones. Part II. Synthesis of steroidal 1,4,6-trien-3-ones. *J Chem Soc* **C**:2568–2570.

22. Glotter E, Weissenberg M, Lavie D (1970). Studies on 1,4-dioxo-steroids. *Tetrahedron* **26**:3857–3871.

23. Barton DHR, Hesse RH, Pechet MM, Rizzardo E (1973). A convenient synthesis of 1α-hydroxy vitamin D. *J Am Chem Soc* **95**:2748–2749.

24. Eyley SC, Williams DH (1976). Synthesis of 25-hydroxyprovitamin $D_3$ and 25,26-dihydroxyprovitamin $D_3$. *J Chem Soc Perkin Trans* **1**:731–735.

25. Edwards JA, Mills JS, Sundeed J, Kreed JH (1969). The synthesis of the fungal sex steroid antheridiol. *J Am Chem Soc* **91**:1248–1249.

26. Eyley SC, Williams DH (1976). Synthesis of 24,25-dihydroxyprovitamin $D_3$. *J Chem Soc Perkin Trans* **1**:727–731.

27. Jones G, Rosenthal A, Segev D, Mazur Y, Frolow F, Halfon Y, Rabinovich D, Shakked Z (1979). Isolation and identification of 24,25-dihydroxyvitamin $D_3$ using the perfused rat kidney. *Biochemistry* **18**:1094–1101.

28. Katsumi K, Okano T, Ono Y, Maegaki E, Nishimura K, Baba M, Kobayashi T, Myata O, Naito T, Ninomiya I (1987). Synthesis of 24,25-dihydroxyvitamin $D_2$, 24,25-dihydroxy-22-dehydrovitamin $D_3$, 25-hydroxy-24-oxo-22-dehydrovitamin $D_3$ and 22,24,25-trihydroxyvitamin $D_3$. *Chem Pharm Bull (Tokyo)* **35**:970–979.

29. Redel J, Bell PA, Bazely N, Calando Y, Delbarre F, Kodicek E (1974). The synthesis and biological activity of 25,26-dihydroxycholecalciferol, a polar metabolite of vitamin $D_3$. *Steroids* **24**:463–476.

30. Yamada S, Ohmori M, Takayama H, Takasaki Y, Suda T (1983). Isolation and identification of 1α- and 23-hydroxylated metabolites of 25-hydroxy-24-oxovitamin $D_3$ from in vitro incubates of chick kidney homogenates. *J Biol Chem* **258**:457–463.

31. Coldwell RD, Trafford DJH, Varley MJ, Kirk DN, Makin HLJ (1989). Measurement of 25-hydroxyvitamin $D_2$, 25-hydroxyvitamin $D_3$, 24,25-dihydroxyvitamin $D_2$ and 25,26-dihydroxyvitamin $D_3$ in a single plasma sample by mass fragmentography. *Clin Chim Acta* **180**:157–168.

32. Norman AW (1979). *Vitamin D, The Calcium Homeostatic Hormone*. Academic Press, New York, p. 50.

33. DeLeenheer AP, Cruyl AA (1978). Vitamin $D_3$ in plasma: quantitation by mass fragmentography. *Anal Biochem* **91**:293–303.

34. Björkhem I, Larsson A (1978). A specific assay of vitamin $D_3$ in human plasma. *Clin Chim Acta* **88**:559–567.

35. Halket JM, Lisboa BP (1978). An approach to the recognition and quantitation of vitamin D and its metabolites using gas chromatography-mass spectrometry. *Acta Endocrinol [Suppl 215]* **87**:120–121.

36. Holmberg I, Kristiansen T, Sturen M (1984). Determination of 25-hydroxyvitamin D in serum by high-performance liquid chromatography and isotope dilution mass spectrometry. *Scand J Clin Lab Invest* **44**:275–282.

37. Axelson M (1985). Liquid-solid extraction of vitamin $D_3$ metabolites from plasma for analysis by HPLC, GC/MS and protein binding techniques. *Anal Lett* **18**:1607–1622.

38. Coldwell RD, Trafford DJH, Makin HLJ, Varley MJ, Kirk DN (1984). A specific method for the measurement of 25,26-dihydroxyvitamin D in human plasma by gas chromatography-mass spectrometry. *Program of the 5th International Symposium on Mass Spectrometry in the Life Sciences*, Ghent, p. 12 (abstr).

39. Holmberg I, Larsson A (1980). Seasonal variation of vitamin $D_2$ and 25-hydroxyvitamin $D_3$ in human serum. *Clin Chim Acta* **100**:173–174.

40. Coldwell RD, Trafford DJH, Makin HLJ, Varley MJ, Kirk DN (1986). The estimation of 25-hydroxyvitamin $D_2$, 25-hydroxyvitamin $D_3$, 24,25-dihydroxyvitamin $D_2$ and 25,26-dihydroxyvitamin $D_3$ in a single plasma sample using gas chromatography-mass spectrometry. *Program of the 5th International Symposium on Mass Spectrometry in the Life Sciences*, Ghent p. 24 (abstr).

41. Coldwell RD, Trafford DJH, Varley MJ, Makin HLJ, Kirk DN (1988). The measurement of vitamins $D_2$ and $D_3$ and seven major metabolites in a single sample of human plasma using gas chromatography/mass spectrometry. *Biomed Environ Mass Spectrom* **16**:81–85.

42. Björkhem I, Holmberg I (1978). Assay and properties of a mitochondrial 25-hydroxylase active on vitamin $D_3$. *J Biol Chem* **253**:842–849.

43. Halket JM, Lisboa BP (1978). Open tubular capillary column gas chromatography-mass spectrometry of cholecalciferol and its active metabolites. In: Frigerio A (ed), *Recent Developments in Mass Spectrometry in Biochemistry and Medicine*, vol. 1. Plenum Publishing, New York, pp. 457–470.

44. Halloran BP, Bikle DD, Whitney JO (1984). Separation of isotopically labeled vitamin D metabolites by high-performance liquid chromatography. *J Chromatogr* **303**:229–233.

45. Makita M, Wells WW (1963). Quantitative analysis of faecal bile acids by gas liquid chromatography. *Anal Biochem* **5**:523–530.

46. Björkhem I, Holmberg I (1979). On the 25-hydroxylation of vitamin $D_3$ in vitro studied with a mass fragmentographic technique. *J Biol Chem* **254**:9518–9524.

47. Yamada S, Nakayama K, Takayama H, Shinki T, Takasaki Y, Suda T (1984). Isolation, identification, and metabolism of (23S,25R)-25-hydroxyvitamin D3 26,23-lactol. A biosynthesis precursor of (23S,25R)-25-hydroxyvitamin D3 26,23-lactone. *J Biol Chem* **259**:884–889.

48. Jones G, Edwards N, Vriezen D, Porteous C, Trafford DJH, Cunningham J, Makin HLJ (1988). Isolation and identification of seven metabolites of 25-hydroxydihydrotachysterol3 formed in the isolated perfused rat kidney: a model for the study of side-chain metabolism of vitamin D. *Biochemistry* **27**:7070–7079.

49. Suda T, Hallick RB, DeLuca HF, Schnoes HK (1970). 25-Hydroxydihydrotachysterol3. Synthesis and biological activity. *Biochemistry* **9**:1651–1657.

50. Reinhardt T, Horst RL, Orf J, Hollis BW (1984). A microassay for 1,25-dihydroxyvitamin D not requiring high performance liquid chromatography: application of clinical studies. *J Clin Endocrinol Metab* **58**:91–98.

51. Shackleton CHL, Roitman E, Whitney J (1980). Urinary metabolites of vitamin $D_3$. *J Steroid Biochem* **12**:521–528.

QUESTMS-00000395

State of the Art in Clinical and Anatomic Pathology

# Steroid Profiles Using Liquid Chromatography–Tandem Mass Spectrometry With Atmospheric Pressure Photoionization Source

*Tiedong Guo, MS; Michael Chan, PhD; Steven J. Soldin, PhD*

Immunoassays are among the most sensitive and precise analytical methods. However, recent studies[1-14] have shown that many immunoassays lack specificity owing to cross-reactivity. Furthermore, results from the College of American Pathologists Proficiency Testing Program (CAP PT Program) for the year 2002 (Y-Survey)[14] clearly showed that the antibodies used in the commercially available immunoassays lack specificity. Table 1 presents the mean low and mean high values for each steroid using the different immunoassays currently available, and the data strongly illustrate their lack of specificity. In the past, steroids were analyzed individually using gas chromatography–mass spectrometry (MS) or immunoassay. Gas chromatography–MS is both sensitive and specific, but requires tedious and time-consuming sample preparation. Liquid chromatography–MS (LC-MS) and liquid chromatography–tandem MS are specific and offer simpler approaches to sample preparation without derivatization steps. Recently, a number of LC-MS–based methods using different ion sources have been reported for the determination of the following steroid hormones: testosterone,[15-17] cortisol,[18-23] 11-deoxycortisol,[23] androstenedione,[16,17] dehydroepiandrosterone (DHEA),[24] dehydroepiandrosterone 3-sulfate (DHEAS),[1A,24] progesterone,[25] 17-hydroxyprogesterone,[26] estriol,[27] and estradiol.[16,27]

Prior to the advent of the atmospheric pressure photoionization (APPI) ion source,[28] the LC-MS–based methods mentioned above used either an atmospheric pressure chemical ionization (APCI) or electrospray ionization source. Without multistep sample preparation procedures, the APCI source usually cannot provide adequate sensitivity for some steroids, such as estradiol and DHEA in

human serum. The electrospray ionization source is considered more sensitive than the APCI source for polar compounds. However, for the nonpolar or low-polar compounds, such as most steroid molecules, the sensitivity provided by the electrospray ionization source is less satisfactory.[22,25] than the APCI source. The more recently introduced APPI source has been demonstrated to be significantly more sensitive than APCI for certain compounds.[28] Alary[29] used APPI–tandem MS for the detection of steroids in biological matrices, and reported that in both selected ion monitoring mode and multiple reaction monitoring (MRM) mode, the signal obtained by photoionization was more intense by a factor of 3 to 10 when compared to the APCI source.

Because of the high sensitivity provided by the APPI source for steroids, we hypothesized that stable isotope dilution tandem MS in the MRM mode would allow for the rapid simultaneous quantitation of numerous steroids in a single sample. This article describes a method that permits the simultaneous measurement of 9 steroids in a 760-µL sample of serum or plasma, without derivatization and with minimal sample workup—acetonitrile protein precipitation. The reliability of the method has been evaluated by correlation with currently used immunoassays, and assessment of within-day and between-day imprecision, recovery, and accuracy. Comparison of results obtained by tandem MS with the all method mean (CAP PT Program, 2002)[14] has also been performed.

## MATERIALS AND METHODS

### Chemicals

Androstenedione (4-androstene-3,17-dione), testosterone (4-androsten-17β-ol-3-one), DHEA (5-androsten-3β-ol-17-one), DHEAS (5-androsten-3β-ol-17-one sulfate, sodium salt), cortisol (4-pregnen-11β,17α,21-triol-3,20-dione), 11-deoxycortisol (4-pregnen-17α,21-diol-3,20-dione), progesterone (4-pregnen-3,20-dione), 17α-hydroxyprogesterone (4-pregnen-17α-ol-3,20-dione), 17β-estradiol (1,3,5[10]-estratriene-3,17β-diol), estriol (1,3,5[10]-estratriene-3,16α,17β-triol), ammonium acetate, and bovine albumin (96%) were purchased from Sigma-Aldrich (St Louis, Mo). Deuterium-labeled internal standards (testosterone-1,2-$d_2$, cortisol-9,11,12,12-$d_4$, and estradiol-2,4,16,16-$d_4$) were from Cambridge Isotope Laboratory, Inc (Andover, Mass); 4-androstene-3,17-dione-2,2,4,6,6,16,6-$d_7$, dehydroepiandrosterone-16,16-$d_2$, 4-pregnen-17α-ol-3,20-dione-2,2,4,6,6,21,21,21-$d_8$, 11-deoxycortisol-21,21-$d_2$, estriol-2,4-$d_2$, and progesterone-2,2,4,6,6,17α,21,21,21-$d_9$ were from C/D/N Isotopes Inc (Pointe-Claire, Quebec). High-performance liquid chromatography–grade water and methanol were obtained from Bur-

Accepted for publication December 5, 2003.

From the Bioanalytical Core Laboratory, Georgetown University and Georgetown Clinical Research Center and Department of Biology, Catholic University of America, Washington, DC (Mr Guo); MDS SCIEX, Concord, Canada (Dr Chan); and the Departments of Pediatrics and Pathology, the George Washington University School of Medicine, the Department of Laboratory Medicine, Children's National Medical Center, and the Department of Pharmacology, Georgetown University and Georgetown Clinical Research Center, Washington, DC (Dr Soldin).

The authors have no relevant financial interest in the products or companies described in this article.

Reprints: Steven J. Soldin, PhD, Department of Laboratory Medicine, Children's National Medical Center, 111 Michigan Ave NW, Washington, DC 20010-2970 (e-mail: ssoldin@cnmc.org).

QUESTMS-00000396

| Table 1.   Problems With Immunoassays: Data From the College of American Pathologists Proficiency Testing Program, 2002* | | |
| --- | --- | --- |
| Analyte | Low | High |
| Androstenedione, ng/dL (nmol/L) | 17.3 (0.604) | 23.1 (0.806) |
| 17α-Hydroxyprogesterone, ng/dL (nmol/L) | 16.0 (0.48) | 82.7 (2.48) |
| Estradiol, pg/mL (pmol/L) | 25.7 (94.3) | 220.7 (810.0) |
| Progesterone, ng/mL (nmol/L) | 1.56 (4.96) | 3.85 (12.24) |
| Testosterone, ng/dL (nmol/L) | 20.1 (0.697) | 51.2 (1.777) |
| DHEAS, μg/dL (nmol/L) | 34.9 (9.42) | 59.9 (16.17) |
| Estriol, ng/mL (nmol/L) | 5.57 (19.33) | 20.5 (71.14) |

* SI values shown in parentheses.

| Table 2.   Gradient Timetable* | | | |
| --- | --- | --- | --- |
| | Time, min | Solvent A, % | Solvent B, % |
| Washing (1.0 mL/min) | 0 | 100 | 0 |
| Elution (0.5 mL/min) | 5 | 100 | 0 |
| | 7 | 50 | 50 |
| | 11 | 45 | 55 |
| | 14.5 | 40 | 60 |
| | 17.9 | 20 | 80 |
| | 18 | 100 | 0 |

* Solvent A contained water-methanol (98:2 vol/vol); solvent B, methanol. Solvent C, a mixture of 15-mM ammonium acetate and water-methanol (98:2 vol/vol, pH 5.5), was used only in positive-ion mode.

dick & Jackson (Muskegon, Mich). Optima-grade acetonitrile and toluene were from Fisher Scientific (Fair Lawn, NJ). All chemicals (except those noted otherwise) had a purity of at least 98%, as reported by the manufacturer.

### Standard Solutions

Stock solutions of 1.0 mg/mL in methanol were prepared for each steroid of interest and stored at −20°C. Working profile standard solutions at various concentrations were prepared as follows: appropriate amounts of the stock solutions were mixed and diluted with methanol to obtain a solution containing 7.81 μg/mL of 11-deoxycortisol, 2.96 μg/mL of 17α-hydroxyprogesterone, 1.26 μg/mL of androstenedione, 0.344 μg/mL of estradiol, 2.73 μg/mL of DHEA, 2.09 μg/mL of testosterone, 3.31 μg/mL of progesterone, 68.1 μg/mL of cortisol, and 469.4 μg/mL of DHEAS. This mixed steroid standard solution was added to a 4% solution of albumin in water to provide steroid profile standards that were diluted 10-, 20-, 100-, 200-, 500-, and 1000-fold. These 7 solutions, including the blank albumin solution, were then used to prepare a calibration curve covering the clinically important range of concentration for each steroid. A solution of 80 ng/mL for each of 8 deuterium-labeled steroids in acetonitrile was used as internal standard and precipitant of proteins either for the albumin standards or serum/plasma samples. Quality control samples at 3 concentration levels were purchased from Bio-Rad Laboratories (Irvine, Calif) or prepared in-house and were used to evaluate the within-day and between-day precision, as well as the accuracy of the method.

### Sample Preparation

Seven hundred sixty microliters of each profile standard or serum sample containing steroids of interest was placed into a 2.0-mL conical plastic centrifuge tube. One thousand nine hundred forty microliters of internal standard solution in acetonitrile was added to the tube to precipitate the proteins in the sample. The tubes were capped, vortexed vigorously for at least 30 seconds, and centrifuged at 13 000g for 10 minutes. The supernatant in the tubes was transferred into autosampler vials for injection into the LC-MS-MS system. Sample preparation was performed at room temperature.

### Liquid Chromatography–Tandem MS Analysis

We used a SCIEX (Applied Biosystems/MDS SCIEX, Foster City, Calif/Concord, Ontario, Canada) API-3000 triple quadrupole tandem MS equipped with an APPI (Applied Biosystems/MDS SCIEX) source. The photoionization lamp used was a 10-eV Cathodeon Ltd type number PKS100 krypton discharge lamp. Nitrogen produced by a high-purity nitrogen generator (PEAK Scientific Instruments Ltd, Chicago, Ill) was used as curtain, nebulizer, collision, and lamp gases. Unit mass resolution was set in both mass-resolving quadrupole Q1 and Q3. The high-performance liquid chromatography system consisted of 3 Shimadzu SCL-10A$_{vp}$ pumps, Shimadzu SIL-HT, autosampler, and Shimadzu DUG-14A degasser (Shimadzu Corp, Kyoto, Japan). Data were collected using a Dell Optiplex GX400 workstation and processed by Analyst 1.3.1 software package (MDS SCIEX).

Aliquots of 1700 μL were injected by the autosampler onto a Supelco LC-18-DB (3.3 cm × 3.0 mm, 3.0-mm internal diameter) chromatographic column equipped with Supelco Discovery C-18 (3.0 mm) guard column with identical packing material (Supelco, St Louis, Mo) at room temperature. The steroids adhered to the column, which was then washed with solvent C, a mixture of 15-mM ammonium acetate and water-methanol (98:2 vol/vol, pH 5.5), at a rate of 1.0 mL/min. After 5.0 minutes of washing, the switching valve (VICI, Valco Instruments Co Inc, Houston, Tex) was activated, and the column was eluted with a gradient (Table 2) at a rate of 0.5 mL/min, and the sample was introduced into the MS. The column was flushed for 4 minutes with 100% solvent B (methanol) before the next injection. The dopant (Optima-grade toluene) was delivered into the source using a syringe pump (model 22, Harvard Apparatus Inc, Holliston, Mass) at a flow rate of 50 μL/min. Analytes were then quantified in MRM mode.

Calibration, using internal standardization, was done by linear regression analysis over various concentration ranges for the different steroids of interest. For each standard curve, a minimum of 6 different concentrations was used. Stable isotope dilution was used for 8 of the 9 steroids. For DHEAS, we used testosterone-$d_3$ as the internal standard, because we could not find a sensitive and specific MRM transition for the deuterated DHEAS-$d_5$ in positive-ion mode. Peak area ratios between target analytes and their respective internal standards were used for quantification.

Precision was evaluated by assaying Bio-Rad Liquichek Immunoassay Plus Control (lot 40620) in replicates (n = 10 for within-day, n = 20 for between-day) at 3 levels of concentration. Accuracy for cortisol, progesterone, and testosterone was evaluated by assaying Bio-Rad Lyphochek Immunoassay Plus Control (lot 40130), which provides target MS values for these steroids.

### RESULTS AND COMMENT

The Figure shows the chromatograms obtained for each of the 9 steroids in a standard solution using the assay conditions described. The 9 steroids investigated in positive-ion mode and their respective deuterated internal standards were separated well in 18 minutes. Although both DHEA and 17α-hydroxyprogesterone have peaks at 14 minutes, no interference for these steroids was observed due to the specificity of the MRM mode in tandem MS.

*Steroid Profiles Using Liquid Chromatography–Tandem MS—Guo et al*

QUESTMS-00000397



Liquid chromatography–tandem mass spectroscopy (multiple reaction monitoring) profiles of the steroids of interest obtained for the injection of a standard mixture. Liquid chromatography conditions as in Table 2. DHEAS indicates dehydroepiandrosterone 3-sulfate; DHEA, dehydroepiandrosterone.

**Table 3.** Tandem Mass Spectrometry (Multiple Reaction Monitoring [MRM]) Conditions for the Steroids Analyzed in Positive-Ion Mode

| Steroid* | MRM Transition | Collision Energy, eV | Declustering Potential, V | Retention Time, min |
|---|---|---|---|---|
| DHEAS | 271→213 | 24 | 21 | 7.5 |
| Estriol† | 287→171 | −50 | −28 | 8.5 |
| Estriol-$d_3$† | 289→147 | −56 | −39 | 8.5 |
| Cortisol | 363→121 | 37 | 23 | 9.6 |
| Cortisol-$d_4$ | 367→121 | 37 | 23 | 9.6 |
| 11-Deoxycortisol | 347→97 | 42 | 22 | 11.1 |
| 11-Deoxycortisol-$d_3$ | 349→97 | 42 | 22 | 11.1 |
| Androstenedione | 287→97 | 31 | 25 | 11.9 |
| Androstenedione-$d_7$ | 294→100 | 31 | 28 | 11.9 |
| Estradiol | 255→159 | 26 | 21 | 12.7 |
| Estradiol-$d_4$ | 259→161 | 25 | 23 | 12.7 |
| Testosterone | 289→97 | 31 | 25 | 13.2 |
| Testosterone-$d_3$ | 291→99 | 37 | 32 | 13.2 |
| 17α-Hydroxyprogesterone | 331→97 | 37 | 23 | 14.0 |
| 17α-Hydroxyprogesterone-$d_8$ | 339→100 | 39 | 23 | 14.0 |
| DHEA | 271→213 | 24 | 21 | 14.1 |
| DHEA-$d_3$ | 273→213 | 24 | 23 | 14.1 |
| Progesterone | 315→109 | 37 | 24 | 16.9 |
| Progesterone-$d_9$ | 324→100 | 37 | 22 | 16.9 |

* DHEAS indicates dehydroepiandrosterone 3-sulfate; DHEA, dehydroepiandrosterone.
† Samples of estriol were run in negative-ion mode.

QUESTMS-00000398

| Table 4. | Tandem Mass Spectrometer Main Working Parameters |
|---|---|
| Parameters | Value |
| Nebulizer gas | 70 |
| Auxiliary gas | 8 |
| Curtain gas | 10 |
| Collision gas | 4 |
| Ion spray voltage,* V | 1400 |
| Probe temperature, °C | 450 |
| Dwell time per transition, ms | 200 |

* Samples of estriol were run in negative-ion mode and ion spray voltage was −1400 V.

We used the same MRM transition, 271→213, for compound DHEA and DHEAS in positive-ion mode. Because of the huge difference in human plasma or in profile standard, the peak of DHEA at 14.1 minutes is almost invisible in the same panel of DHEAS, which has a peak at 7.5 minutes. Optimal MRM transition, collision energy, and declustering potential for each analyte were obtained by continuous infusion of each analyte solution (1.0 µg/mL in water-methanol [50:50 vol/vol]) separately into the tandem MS, as recommended by the manufacturer. Table 3 shows the optimum conditions chosen for the steroid profile assay, and Table 4 shows the main working parameters used. Linear regression analysis (GraphPad Prism version 3.02 for Windows, GraphPad Software, San Diego, Calif) gave the values shown in Table 5 for correlations of the tandem MS method with current immunoassays. Correlation coefficients obtained were between 0.886 and 0.988. Within-day and between-day imprecision at 3 concentration levels is shown in Table 6. Between-day results gave a coefficient of variation (CV) of

7.1% to 22% at the low concentration level and of 4.2% to 13.4% at the high concentration level. Poorest precision was obtained for androstenedione. Accuracy was evaluated using several approaches. Cortisol, progesterone, and testosterone were measured in replicates of 10 on the Bio-Rad Lyphochek Immunoassay Plus Control (lot 40130), and the mean result was obtained. This result compared well with the Bio-Rad MS values provided (Table 7). Accuracy was also assessed through the addition of known amounts of the steroids to a plasma pool (Table 8) and by method comparison (Table 5). In Table 8, the amount of steroid measured was very close to the target added, with the exception of DHEAS. As shown in Table 5, correlation coefficients were excellent. Samples used were either serum or heparinized plasma. The recovery of the 9 steroids investigated in positive-ion mode was determined at 2 concentration levels in replicates of 5. As shown in Table 8, the mean recoveries of the steroids under study were all higher than 82% at both concentration levels, except for DHEAS. (We were unable to use the deuterated internal standard for DHEAS. It is clear that the recovery of DHEAS is lower than that of the other steroids evaluated.) A comparison between the tandem MS results of the steroids studied and the all method mean from the CAP PT Program, 2002, is summarized in Table 9. Not surprisingly, tandem MS results were lower than the all method mean, ranging from 22.1% for 11-deoxycortisol to 88.7% for DHEAS.

The method described allows for the simultaneous quantitation of 9 steroids in positive-ion mode by tandem MS within 18 minutes. The method is based on isotope dilution and unlike immunoassays is very specific for the analytes of interest. The method possesses adequate sen-

| Table 5. | Correlation Between Tandem Mass Spectrometry and Immunoassays* | | | | |
|---|---|---|---|---|---|
| Steroid | $S_{yx}$ | Equations | n | Correlation Coefficient (r) | Concentration Ranges, ng/mL (nmol/L) |
| DHEAS† | 241.5 | $y = 1.15x + 43.18$ | 50 | 0.971 | 14–3970 (0.378–107.2) |
| Cortisol‡ | 17.98 | $y = 1.036x + 16.28$ | 50 | 0.983 | 9.71–554 (27–1526) |
| Androstenedione§ | 0.564 | $y = 1.051x + 0.769$ | 50 | 0.905 | 0.1–6.8 (0.349–23.73) |
| Estriol‖ | 0.271 | $y = 1.132x + 0.079$ | 13 | 0.959 | 3.8–3.3 (2.78–11.45) |
| Progesterone¶ | 2.176 | $y = 1.236x - 0.502$ | 50 | 0.988 | 0.215–52.8 (0.684–167.90) |
| DHEA§ | 1.26 | $y = 1.973x + 2.063$ | 27 | 0.886 | 0.1–5.5 (0.347–19.09) |
| 11-Deoxycortisol ‡ | 0.688 | $y = 0.795x + 1.176$ | 15 | 0.908 | 0.5–6.0 (1.45–17.4) |
| Testosterone ‡ | 0.633 | $y = 0.919x - 0.264$ | 50 | 0.971 | 0.1–17.2 (0.38–59.68) |
| 17α-Hydroxyprogesterone ** | 0.232 | $y = 1.587x + 0.123$ | 46 | 0.988 | 0.11–6.07 (0.33–18.21) |
| Estradiol† | 1.392 | $y = 1.436x + 0.252$ | 43 | 0.969 | 0.15–14.1 (0.551–51.75) |

* DHEAS indicates dehydroepiandrosterone 3-sulfate; DHEA, dehydroepiandrosterone.
† Immunoassay, DPC Immulite (Diagnostic Products Corporation, Los Angeles, Calif).
‡ Immunoassay, Bayer ADVIA Centaur (Bayer, Tarrytown, NY).
§ Radioimmunoassay (Diagnostic Systems Laboratories, Webster, Tex).
‖ Colorimetric (Bayer). Samples of estriol were run in negative-ion mode.
¶ Radioimmunoassay, DPC Coat-A-Count (Diagnostic Products Corporation).
# Radioimmunoassay (ICN Pharmaceuticals, Costa Mesa, Calif).
** Extracted radioimmunoassay (Diagnostic Products Corporation).

QUESTMS-00000399

Table 6. Tandem Mass Spectrometry Within-Day and Between-Day Precision After Running Quality Control*

| Steroid | Level 1 Mean, ng/mL (nmol/L) | Level 1 % CV | Level 2 Mean, ng/mL (nmol/L) | Level 2 % CV | Level 3 Mean, ng/mL (nmol/L) | Level 3 % CV |
|---|---|---|---|---|---|---|
| **Cortisol** | | | | | | |
| Within-day | 41.36 (114) | 4.6 | 194.9 (547) | 6.2 | 353.9 (975) | 4.9 |
| Between-day | 39.79 (110) | 7.1 | 192.7 (531) | 6.9 | 341.1 (940) | 6.1 |
| **Androstenedione** | | | | | | |
| Within-day | 1.06 (3.69) | 17.5 | 1.85 (6.46) | 9.2 | 4.59 (16.02) | 5.3 |
| Between-day | 0.9 (3.14) | 22 | 1.82 (6.35) | 18.1 | 4.21 (14.69) | 13.4 |
| **Testosterone** | | | | | | |
| Within-day | 0.95 (3.30) | 4.2 | 5.11 (17.74) | 2.8 | 11.0 (3.817) | 2.7 |
| Between-day | 0.97 (3.37) | 8.7 | 5.06 (17.56) | 8.3 | 11.1 (38.52) | 6.8 |
| **17α-Hydroxyprogesterone** | | | | | | |
| Within-day | 0.83 (2.49) | 7.6 | 3.38 (10.14) | 5.2 | 6.35 (19.05) | 3.7 |
| Between-day | 0.87 (2.61) | 9.2 | 3.50 (10.5) | 7.1 | 6.70 (20.1) | 6.8 |
| **Progesterone** | | | | | | |
| Within-day | 0.57 (1.81) | 7.5 | 5.62 (17.87) | 3.0 | 14.2 (45.16) | 2.5 |
| Between-day | 0.86 (2.73) | 16.3 | 5.6 (17.83) | 11.4 | 13.6 (43.25) | 8.8 |
| **11-Deoxycortisol** | | | | | | |
| Within-day | 0.80 (2.32) | 8.4 | 7.91 (22.94) | 5 | 78.2 (226.78) | 4.0 |
| Between-day | 0.78 (2.26) | 12.7 | 7.86 (22.79) | 8.1 | 78.9 (228.81) | 4.2 |
| **Estradiol** | | | | | | |
| Within-day | NA | NA | 0.28 (1.03) | 4.3 | 0.60 (2.20) | 3.7 |
| Between-day | NA | NA | 0.28 (1.03) | 9 | 0.60 (2.20) | 8.5 |
| **DHEA** | | | | | | |
| Within-day | NA | NA | 0.84 (2.91) | 7.9 | 2.75 (9.54) | 6.4 |
| Between-day | NA | NA | 0.87 (3.02) | 9.2 | 2.86 (9.92) | 8.8 |
| **DHEAS** | | | | | | |
| Within-day | NA | NA | 404.5 (10.92) | 13.0 | 1372 (37.04) | 9.7 |
| Between-day | NA | NA | 415 (11.21) | 13.4 | 1436 (38.77) | 12.7 |

* Replicate: within-day, n = 10; between-day, n = 20. Quality control: BioRad Liquichek Immunoassay Plus Control (lot 40620) or in-house for 11-deoxycortisol. CV indicates coefficient of variation; NA, not available due to the lack of sensitivity of the tandem mass spectrometry method at this low level; DHEA, dehydroepiandrosterone; and DHEAS, dehydroepiandrosterone 3-sulfate.

sitivity (due to use of the APPI source, with the lower level of sensitivity being 100 pg/mL for each steroid) and precision to be used in the routine clinical laboratory. The method has been used for the measurement of steroid concentrations in patient samples. Unfortunately, we cannot measure estradiol below 100 pg/mL using the API-3000. We are now evaluating the API-4000, which enables quantitation down to 10 pg/mL. Results have been compared with immunoassay techniques. Generally, tandem MS provides lower values, no doubt due to improved specificity. The correlation coefficients shown in Table 5 are good.

Unlike immunoassays, in which each steroid has to be assayed separately, the current procedure allows for the simultaneous measurement of many steroids, thereby providing a steroid profile on each sample measured. We believe that the improved specificity and simultaneous quantitation features afforded by this method represent distinct advantages over current immunoassays. No drug interferences have been detected.

This work was supported by grant M01-RR13297 from the General Clinical Research Center Program of the National Center

QUESTMS-00000400

**Table 7. Tandem Mass Spectrometry (MS) Accuracy Running Against Bio-Rad Quality Control***

| Steroid | Level 1 Mean, ng/mL (nmol/L) | Level 1 Ranges, ng/mL (nmol/L) | Level 2 Mean, ng/mL (nmol/L) | Level 2 Ranges, ng/mL (nmol/L) | Level 3 Mean, ng/mL (nmol/L) | Level 3 Ranges, ng/mL (nmol/L) |
|---|---|---|---|---|---|---|
| **Cortisol** | | | | | | |
| Bio-Rad | 29.6 (82) | 21.9–37.3 (60–103) | 179 (493) | 132–226 (364–623) | 284 (782) | 207–361 (570–994) |
| Tandem MS | 31.9 (88) | 27.2–34 (75–94) | 186 (512) | 177–197 (486–543) | 287.7 (793) | 264–295 (727–813) |
| **Progesterone** | | | | | | |
| Bio-Rad | 0.88 (2.80) | 0.00–1.76 (0.00–5.60) | 6.96 (22.13) | 4.52–9.4 (14.4–29.9) | 16.5 (52.47) | 10.7–22.3 (34.0–70.9) |
| Tandem MS | 0.64 (2.04) | 0.54–0.95 (1.72–3.02) | 5.16 (16.41) | 4.62–5.80 (14.7–18.4) | 12.31 (39.14) | 11.7–13.6 (37.2–43.3) |
| **Testosterone** | | | | | | |
| Bio-Rad | 0.94 (13.26) | 0.38–1.51 (1.32–5.24) | 4.78 (16.59) | 3.06–6.5 (10.6–22.6) | 10.2 (35.39) | 6.83–13.6 (23.7–47.2) |
| Tandem MS | 0.96 (3.33) | 0.89–1.03 (3.09–3.57) | 4.81 (16.69) | 4.44–5.20 (15.4–18.0) | 10.07 (34.94) | 9.56–10.8 (33.5–37.5) |

* Replicate tandem mass spectroscopy, n = 10. Bio-Rad indicates isotope dilution mass spectrometry results of Bio-Rad Lyphochek Immunoassay Plus Control (lot 40130).

**Table 8. Recovery From Addition at 2 Concentration Levels***

| Steroid | Before Addition $a$, ng/mL (nmol/L) | Amount Added $b$, ng/mL (nmol/L) | Found $c$, ng/mL (nmol/L) | Difference $d$ $c - a$, ng/mL (nmol/L) | % Recovery $e$ ($d/b$) × 100 |
|---|---|---|---|---|---|
| Cortisol | 39.38 (109) | 68.1 (188) | 107 (295) | 67.62 (186) | 99.30 |
| | | 681 (1876) | 687.6 (1894) | 648.22 (1786) | 95.20 |
| Androstenedione | 0.08 (0.279) | 1.26 (4.397) | 1.20 (4.188) | 1.12 (3.909) | 88.89 |
| | | 12.6 (43.97) | 11.48 (40.06) | 11.40 (39.79) | 90.48 |
| Estradiol | Undetectable | 0.344 (1.262) | 0.321 (1.178) | 0.321 (1.178) | 93.31 |
| | | 3.44 (12.62) | 3.35 (12.29) | 3.35 (12.29) | 97.38 |
| DHEA | 0.61 (2.12) | 2.73 (9.47) | 2.87 (9.96) | 2.26 (7.84) | 82.78 |
| | | 27.3 (94.73) | 24.5 (85.02) | 23.98 (82.90) | 87.51 |
| 11-Deoxycortisol | 0.08 (0.232) | 7.81 (22.65) | 8.09 (23.46) | 8.01 (23.23) | 102.56 |
| | | 78.1 (226.49) | 71.82 (208.3) | 71.74 (208.05) | 91.86 |
| Testosterone | 0.25 (0.868) | 2.09 (7.25) | 2.14 (7.43) | 1.89 (6.56) | 90.43 |
| | | 20.9 (72.52) | 19.12 (66.35) | 18.87 (65.48) | 90.29 |
| 17α-Hydroxyprogesterone | 0.05 (0.15) | 2.96 (8.88) | 2.84 (8.52) | 2.79 (8.37) | 94.26 |
| | | 29.6 (88.8) | 27.46 (82.38) | 27.41 (82.23) | 92.60 |
| DHEAS | 223 (6.02) | 499 (13.47) | 623 (16.82) | 400 (10.80) | 80.16 |
| | | 4990 (134.73) | 3262 (88.07) | 3039 (82.05) | 60.90 |
| Progesterone | 0.067 (0.213) | 3.33 (10.59) | 3.06 (9.73) | 2.99 (9.51) | 89.79 |
| | | 33.3 (105.89) | 31.88 (101.4) | 31.81 (101.16) | 95.53 |

* Replicate: n = 5. DHEA indicates dehydroepiandrosterone; DHEAS, dehydroepiandrosterone 3-sulfate.

QUESTMS-00000401

**Table 9. Comparison Between the Results of Tandem Mass Spectrometry (MS) and the Results From the College of American Pathologists Proficiency Testing Program, 2002**

| Analytes | Tandem MS/All Method Mean, % |
|---|---|
| Androstenedione | 49.9 |
| 17α-Hydroxyprogesterone | 79.3 |
| 11-Deoxycortisol | 22.1 |
| Progesterone | 73.7 |
| Testosterone | 85.3 |
| DHEAS | 86.7 |
| Cortisol | 81.4 |
| Estriol | 75.5 |

* DHEAS indicates dehydroepiandrosterone 3-sulfate.

for Research Resources, National Institutes of Health, Department of Health and Human Services, Bethesda, Md.

## References

1. Soldin SJ, Papanastasiou-Diamandis A, Hayes J, et al. Are immunoassays for digoxin reliable? Clin Biochem. 1984;17:317–320.
2. Thong D, Soldin SJ, Lingwood CA. Lack of specificity of current anti-digoxin antibodies, and preparation of a new, specific polyclonal antibody that recognizes the carbohydrate moiety of digoxin. Clin Chem. 1985;31:1625–1631.
3. Soldin SJ. Digoxin: issues and controversies. Clin Chem. 1986;32:5–12.
4. Soldin SJ, Stanley C, Giesbrecht E, Harding R. Further problems with digoxin measurement. Clin Chem. 1986;32:1591.
5. Soren G, Farine D, Grundmann H, et al. Endogenous digoxin-like substance(s) associated with uneventful and high-risk pregnancies. Dev Pharmacol Ther. 1988;11:82–87.
6. Stone JA, Soldin SJ. An update on digoxin. Clin Chem. 1989;35:1326–1331.
7. Stone J, Bentur Y, Zalstein E, Soldin S, Giesbrecht E, Koren G. Effect of endogenous digoxin-like substances on the interpretation of high concentrations of digoxin in children. J Pediatr. 1992;117:321–325.
8. Murthy JN, Yatscoff RW, Soldin SJ. Cyclosporine metabolite cross-reactivity in different cyclosporine assays. Clin Biochem. 1998;31:159–163.
9. Murthy JN, Davis DL, Yatscoff RW, Soldin SJ. Tacrolimus metabolite cross-reactivity in different tacrolimus assays. Clin Biochem. 1998;31:613–617.
10. Shen S, Elin RJ, Soldin SJ. Characterization of cross-reactivity by carbamazepine 10,11-epoxide with carbamazepine assays. Clin Biochem. 2001;34:157–158.
11. Ghoshal AK, Soldin SJ. IMx tacrolimus II assay: is it reliable at low blood concentrations? A comparison with tandem MS/MS. Clin Biochem. 2002;35:389–392.
12. Soldin SJ, Steele BW, Witte DL, Wang E, Elin RJ. Lack of specificity of cyclosporine immunoassays: results of a College of American Pathologists study. Arch Pathol Lab Med. 2003;127:19–22.
13. Steele BW, Wang E, Soldin SJ, Klee G, Elin RJ, Witte DL. A longitudinal replicate study of immunosuppressive drugs: a College of American Pathologists study. Arch Pathol Lab Med. 2003;127:283–288.
14. College of American Pathologists Proficiency Testing Program (CAP PT), Surveys 2002 Y-A Ligands (Special). Northfield, Ill: College of American Pathologists; 2002.
15. Joos PE, Ryckeghem MV. Liquid chromatography–tandem mass spectrometry of some anabolic steroids. Anal Chem. 1999;71:4701–4710.
16. Dorgan JF, Fears TR, McMahon RP, Aronson Friedman L, Patterson BH, Greenhut SF. Measurement of steroid sex hormones in serum: a comparison of radioimmunoassay and mass spectrometry. Steroids. 2002;67:151–158.
17. Zhang YC, Li CM, Li LA, Jong SB, Liao PC, Chang LW. Quantitative measurement of male steroid hormones using automated on-line solid phase extraction–liquid chromatography–tandem mass spectrometry and comparison with radioimmunoassay. Analyst. 2003;128:363–368.
18. Ohno M, Yamaguchi I, Saiki K, Yamamoto I, Azuma J. Specific determination of urinary 6b-hydroxycortisol and cortisol by liquid chromatography–atmospheric pressure chemical ionization mass spectrometry. J Chromatogr B. 2000;746:95–101.
19. Tang PW, Law WC, Wan TSM. Analysis of corticosteroids in equine urine by liquid chromatography–mass spectrometry. J Chromatogr B. 2001;754:229–244.
20. Taylor RL, Machacek D, Singh RJ. Validation of a high-throughput liquid chromatography–tandem mass spectrometry method for urinary cortisol and cortisone. Clin Chem. 2002;48:1511–1519.
21. Jönsson BAG, Malmberg B, Amilon Å, Garde AH, Ørbæk P. Determination of cortisol in human saliva using liquid chromatography–electrospray tandem mass spectrometry. J Chromatogr B. 2003;784:63–68.
22. Kushnir MM, Rockwood AL, Nelson GJ, Terry AH, Meikle AW. Liquid chromatography–tandem mass spectrometry analysis of urinary free cortisol. Clin Chem. 2003;49:955–967.
23. Rao PC, Machacek DA, Magera MJ, Lacey JM, Rinaldo P. Diagnosis of adrenal cortical dysfunction by liquid chromatography–tandem mass spectrometry. Ann Clin Lab Sci. 2001;31:199–204.
24. Chatman K, Hollenbeck T, Hagey L, et al. Nanoelectrospray mass spectrometry and precursor ion monitoring for quantitative steroid analysis and attomole sensitivity. Anal Chem. 1999;71:2358–2363.
25. Wu ZP, Zhang C, Yang CD, Zhang XR, Wu E. Simultaneous quantitative determination of norgestrel and progesterone in human serum by high-performance liquid chromatography–tandem mass spectrometry with atmospheric pressure chemical ionization. Analyst. 2000;125:2201–2205.
26. Wudy SA, Hartmann M, Svoboda M. Determination of 17-hydroxyprogesterone in plasma by stable isotope dilution/benchtop liquid chromatography–tandem mass spectrometry. Horm Res. 2000;53:68–71.
27. Isobe T, Shiraishi H, Yasuda M, Shinoda A, Suzuki H, Morita M. Determination of estrogens and their conjugates in water using solid-phase extraction followed by liquid chromatography–tandem mass spectrometry. J Chromatogr A. 2003;984:195–202.
28. Robb DB, Covey TR, Bruins AP. Atmospheric pressure photoionization: an ionization method for liquid chromatography–mass spectrometry. Anal Chem. 2000;72:3563–3659.
29. Alary JF. AD10942. comparative study: LC-MS/MS analysis of four steroid compounds using a new photoionization source and a conventional APCI source [abstract]. In: Proceedings of the 49th ASMS Conference on Mass Spectrometry and Allied Topics [book on CD-ROM]. Chicago, Ill: American Society for Mass Spectrometry; 2001.

QUESTMS-00000402

Anal Bioanal Chem (2008) 391:229–238
DOI 10.1007/s00216-007-1780-3

ORIGINAL PAPER

# Liquid chromatography–tandem mass spectrometric method for the determination of salivary 25-hydroxyvitamin D₃: a noninvasive tool for the assessment of vitamin D status

Tatsuya Higashi · Yujin Shibayama · Mihoko Fuji · Kazutake Shimada

Received: 6 October 2007 / Revised: 22 November 2007 / Accepted: 27 November 2007 / Published online: 18 December 2007
© Springer-Verlag 2007

**Abstract** A sensitive liquid chromatography–electrospray ionization–tandem mass spectrometric (LC–ESI–MS/MS) method for the determination of 25-hydroxyvitamin D₃ [25 (OH)D₃] in human saliva has been developed and validated. The saliva was deproteinized with acetonitrile, purified using a Strata-X cartridge, derivatized with a Cookson-type reagent, 4-phenyl-1,2,4-triazoline-3,5-dione (PTAD), and subjected to LC–MS/MS. The PTAD derivative was much more easily ionized in positive-ESI-MS and efficiently produced a characteristic product ion during MS/MS, compared to the intact 25(OH)D₃. Methylamine was used as the mobile phase additive, and also effectively enhanced the assay sensitivity. Quantification was based on selected reaction monitoring, and 25-hydroxyvitamin D₄ was used as the internal standard. This method allowed the reproducible and accurate quantification of salivary 25(OH)D₃ using a 1.0-ml sample, and the limit of quantitation for 25 (OH)D₃ was 2.0 pg/ml. The applicability of the developed method for clinical studies was then examined. There was a positive linear relationship ($r^2$=0.830) between the serum 25(OH)D₃ level, which is conventionally used as a means of assessing the vitamin D status, and the salivary 25(OH)D₃ level measured using the proposed method. The method also enabled the detection of the increase in the salivary 25(OH)D₃ level after the supplementation of vitamin D₃.

**Keywords** 25-Hydroxyvitamin D₃ · Saliva · Liquid chromatography–electrospray ionization–tandem mass spectrometry · Derivatization · Mobile phase additive · Cookson-type reagent

## Introduction

Vitamin D, which actually consists of two different compounds, vitamin D₃ and vitamin D₂, is hydroxylated in the liver to the circulating form, 25-hydroxyvitamin D [25(OH)D], which is further metabolized in the kidney to the active form, 1α,25-dihydroxyvitamin D. A nutritionally adequate amount of vitamin D₃ is usually biosynthesized in the skin upon irradiation of 7-dehydrocholesterol by ultraviolet (UV) light, and it is also absorbed from the diet. The serum/plasma levels of vitamin D₂ (which is derived solely from plant sources) and its metabolites are usually less than one-tenth of those of vitamin D₃ and its metabolites [1], and so the quantification of 25(OH)D₂ in serum/plasma is widely used as a means of assessing vitamin D status; vitamin D deficiency or insufficiency is a risk factor for bone metabolic diseases, such as rickets, osteomalacia, and osteoporosis [2].

Although high-performance liquid chromatography (HPLC) with UV detection and radioimmunoassay have been conventionally used for the measurement of serum/plasma 25(OH)D₃ [3, 4], these methods are currently being superseded by LC coupled with electrospray ionization (ESI) or atmospheric pressure chemical ionization (APCI)–mass spectrometry (MS) due to its specificity and versatility [5–10]. Although the ionization efficiency of 25(OH)D₂ is not always high in ESI or APCI, its serum/plasma level can be measured with a 0.1-or 0.2-ml sample using LC–ESI– or APCI–MS [7–9], because this serum/plasma level is relatively high (10–40 ng/ml).

T. Higashi (✉) · Y. Shibayama · M. Fuji · K. Shimada
Division of Pharmaceutical Sciences,
Graduate School of Natural Science and Technology,
Kanazawa University,
Kakuma-machi, Kanazawa 920-1192, Japan
e-mail: higashi@p.kanazawa-u.ac.jp

 Springer

QUESTMS-00000403

Saliva has recently been attracting attention as a new tool in clinical examinations and therapeutic drug monitoring due to the easy, noninvasive nature of its collection [11, 12]. It is expected that saliva-based assessment of vitamin D status will be highly beneficial to subjects. However, a major disadvantage of using saliva is the low analyte concentration, and therefore the detection response of $25(OH)D_3$ in ESI– or APCI–MS should be significantly increased in order to use saliva for the above purpose.

Derivatization has often been employed to enhance the detection response of a poorly ionizable compound in ESI– or APCI–MS [13, 14]. For example, the application of Cookson-type reagents (4-substituted 1,2,4-triazoline-3,5-dione), which rapidly and quantitatively react with *s-cis*-diene, has been examined in order to enhance the sensitivity of vitamin D compounds in various modes of ionization. Among these reagents, 4-[2-(6,7-dimethoxy-4-methyl-3-oxo-3,4-dihydroquinoxalyl)ethyl]-1,2,4-triazoline-3,5-dione (DMEQTAD) [5], 4-(4-nitrophenyl)-1,2,4-triazoline-3,5-dione (NPTAD) [6] and 4-ferrocenylmethyl-1,2,4-triazoline-3,5-dione (FMTAD) [15] have been reported to be very effective at enhancing the detection response of vitamin D compounds in positive APCI–MS, electron capture APCI–MS and positive ESI–MS, respectively. However, methods using these reagents have a practical problem; none of them are currently commercially available. On the contrary, 4-phenyl-1,2,4-triazoline-3,5-dione (PTAD), a representative Cookson-type reagent, can be purchased from several reagent-manufacturing companies, which is a significant advantage when developing a method intended to be of great practicality. Furthermore, the PTAD derivatives of vitamin D compounds can provide a characteristic product ion during ESI–MS/MS [16, 17], enabling sensitive detection using the selected reaction monitoring (SRM) mode.

Mobile phase additives, such as alkylamines [18], organic acids [19] and metals [20], which have a significant effect on the formation of adduct ions with high intensities, have also been used to improve the sensitivity. Among them, methylamine was reported to be effective in the ESI–MS analysis of the lipoidal compound, ubiquinone [18], and is expected to have much less load on the mass spectrometer than metals, which are usually nonvolatile.

Based on this background information, we first developed a highly sensitive detection method for $25(OH)D_3$ in ESI–MS using PTAD as the derivatization reagent (Fig. 1) and methylamine as the mobile phase additive. Next, an LC–ESI–MS/MS method for the quantification of the salivary $25(OH)D_3$ was developed and validated using the proposed detection technique. The application of this method to clinical studies is also presented.

## Experimental

### Materials and chemicals

$25(OH)D_3$ and methylamine were obtained from Wako Pure Chemical Industries (Osaka, Japan). 25-Hydroxyvitamin $D_4$ [$25(OH)D_4$], donated by Dr. Yoji Tachibana (Nissin Flour Milling, Saitama, Japan), was used as the internal standard (IS) because it is structurally similar to $25(OH)D_3$, is not an endogenous compound, and is not currently being used as a drug or supplement. 1α-Hydroxyvitamin $D_3$ [$1α(OH)D_3$] was supplied by Chugai Pharmaceutical Co. (Tokyo, Japan). PTAD was synthesized from 4-phenylurazole (Nakalai Tesque, Kyoto, Japan) according to a known method [21], but it is now available from several reagent-manufacturing companies, such as Tokyo Kasei Kogyo (Tokyo, Japan), Sigma-Aldrich (St. Louis, MO, USA) and Fluka (Milwaukee, WI, USA). The stock solution of $25(OH)D_3$ was prepared as a 100 μg/ml solution in ethanol, the concentration of which was confirmed by UV spectroscopy using the molar absorptivity (ε) of 18,200 at 265 nm. Subsequent dilutions were carried out with ethanol to prepare 0.2, 0.5, 1.0, 2.0 and 5.0 ng/ml solutions. An ethanolic solution of IS with a concentration of 2.0 ng/ml was also prepared. Strata-X cartridges (60 mg adsorbent; Phenomenex, Torrance, CA, USA) were successively washed with ethyl acetate (2 ml), methanol (2 ml) and water (2 ml) prior to use. All other reagents and solvents were of analytical grade.

### LC–MS/MS

The LC–MS/MS was performed using an Applied Biosystems API 2000 triple stage quadrupole-mass spectrometer (Foster City, CA, USA) connected to a Shimadzu LC-20AD chromatograph (Kyoto, Japan). A YMC-Pack Pro C18 RS column (5 μm, 150×2.0 mm i.d.; YMC, Kyoto, Japan) was used at the flow rate of 0.2 ml/min at 40 °C. Intact $25(OH)D_3$ and its PTAD derivative were analyzed by ESI–MS in the positive-ion mode and the conditions were as follows: declustering potential: 50 (intact) or 10 V (PTAD derivative), focusing potential: 220 (intact) or 380 V (PTAD derivative), entrance potential: 10 V, ion spray voltage: 5 kV, curtain gas (nitrogen): 45 psi, ion source gas 1 (nitrogen): 80 psi, ion source gas 2 (nitrogen): 80 psi, turbo gas temperature: 350 (intact) or 500 °C (PTAD derivative) and interface heater: on. Nitrogen was used as the collision gas in the SRM mode with a collision energy of 12 (intact) or 25 eV (PTAD derivative) and a collision cell exit potential of 10 V.

### Collection and pretreatment of saliva

Saliva was directly collected into a glass tube (without a collection device) from healthy volunteers and immediately



Anal Bioanal Chem (2008) 391:229–238                                                                231



**Fig. 1** Derivatization of 25(OH)D₃ with PTAD and the chemical structure of 25(OH)D₄ (IS)

centrifuged at $1000{\times}g$ (4 °C, 5 min). The supernatant was stored at −20 °C until used. After the addition of IS (20 pg), the saliva (1.0 ml) was added with acetonitrile (2 ml), vortex-mixed for 30 s, and centrifuged at $1000{\times}g$ (4 °C, 5 min). The supernatant was diluted with water (3 ml), and the sample was passed through a Strata-X cartridge. After washing with water (2 ml) and methanol–water (7:3, v/v) (2 ml), 25(OH)D₃ and IS were eluted with ethyl acetate (1 ml). After evaporation, the residue was subjected to derivatization with PTAD as described below.

Derivatization reaction

The standard, test and calibration samples were dried and then dissolved in ethyl acetate (25 µl) containing PTAD (2.5 µg). The mixture was kept at room temperature for 30 min, an additional reagent (2.5 µg/25 µl of ethyl acetate) was added, and then the entire mixture was stored at room temperature for 30 min. After the addition of ethanol (40 µl) to decompose any excess reagent, the solvent was evaporated and, unless otherwise indicated, the residue was dissolved in methanol–10 mM ammonium formate (1:1, v/v, 30 µl), 10 µl of which was subjected to LC–MS/MS.

Calibration curve

The saliva (15 ml) was stirred overnight with activated charcoal (1.5 g, Norit EXW, Nakalai Tesque) and then centrifuged at $1000{\times}g$ (4 °C, 20 min). The supernatant, in which 25(OH)D₃ was not detected by the proposed method, was used as the 25(OH)D₃-free saliva to construct the calibration curve. The 25(OH)D₃-free saliva (1.0 ml) was

spiked with 25(OH)D₃ (2.0, 5.0, 10, 20 and 50 pg) and the IS (20 pg), which was then pretreated, derivatized and subjected to LC–MS/MS as described above. The calibration curve was constructed by plotting the peak area ratio of 25(OH)D₃ to IS ($y$) versus the concentration (pg/ml) of 25(OH)D₃ ($x$).

Recoveries of 25(OH)D₃ and the IS during pretreatment

The 25(OH)D₃-free saliva was used to determine the recoveries of 25(OH)D₃ and the IS during pretreatment. The recovery of 25(OH)D₃ was calculated from the peak area ratio [25(OH)D₃/IS] in samples A and C as described below. The recovery of the IS was calculated from the peak area ratio [IS/25(OH)D₃] in samples B and C as described below.

Sample A: The ethanolic solution of 25(OH)D₃ (10 pg in 10 µl) was added to the 25(OH)D₃-free saliva (1.0 ml) and the resulting sample was pretreated. After the addition of IS (20 pg), the sample was derivatized and subjected to LC–MS/MS.

Sample B: The ethanolic solution of IS (20 pg in 10 µl) was added to the 25(OH)D₃-free saliva (1.0 ml) and the resulting sample was pretreated. After the addition of 25(OH)D₃ (10 pg), the sample was derivatized and subjected to LC–MS/MS.

Sample C: 25(OH)D₃ (10 pg) and IS (20 pg) were added to the 25(OH)D₃-free saliva (1.0 ml) that had been pretreated, derivatized and subjected to LC–MS/MS.

 Springer

QUESTMS-00000405

Anal Bioanal Chem (2008) 391:229–238

Influence of the endogenous components
on the derivatization rate

The influence of the endogenous components on the
derivatization was examined by comparing the peak area
ratios [25(OH)D$_3$/IS] for samples A and B, as described
below.

Sample A (matrix sample): The 25(OH)D$_3$-free saliva
(1.0 ml) was pretreated as
described above without the
addition of the IS. 25(OH)
D$_3$ (10 pg) was added to the
residue and then derivatized
with PTAD. After the addi-
tion of IS-PTAD (20 pg),
which had been prepared
beforehand, the sample was
subjected to LC–MS/MS.

Sample B (standard sample): The standard 25(OH)D$_3$ was
derivatized. After the addi-
tion of IS-PTAD (20 pg), the
sample was subjected to
LC–MS/MS.

Assay precision and accuracy

Ethanol (10 μl; unspiked sample) or the ethanolic solution
of 25(OH)D$_3$ (10 or 30 pg in 10 μL; spiked sample) was
added to the saliva (1.0 ml). After the addition of IS
(20 pg), each of the resulting samples was pretreated,
derivatized and analyzed by LC–MS/MS. The intra-assay
precision was assessed by determining these samples ($n=5$
for each sample) during one day. The inter-assay precision
was assessed by determining these samples over five days.
The precision was determined as the relative standard
deviation (RSD, %). The % accuracy was defined as
$F/(F_0 + A) \times 100(\%)$, where $F$ is the concentration of 25
(OH)D$_3$ in the spiked sample, $F_0$ is the concentration of 25
(OH)D$_3$ in the unspiked sample, and $A$ is the spiked
concentration.

Freeze/thaw stability

The freeze/thaw stability of 25(OH)D$_3$ in saliva was
examined by determining two saliva samples before and
after one and three freeze/thaw cycles.

Samples in clinical studies

The saliva and serum samples were obtained from healthy
male and female volunteers. The volunteers took no food

and beverage within 30 min prior to sample collection. The
volunteers also did not brush their teeth within 2 h prior to
sample collection to avoid blood contamination in the
saliva. The blood was intravenously collected immediately
after the collection of saliva, and then the serum was
separated. Informed consent was obtained from all of the
volunteers.

Correlation between salivary and serum 25(OH)D$_3$ levels

The saliva samples collected from ten male (age: 23–
29 years) and ten female (age: 21–23 years) volunteers
known not to have received vitamin D supplementation
were analyzed using the proposed method.

The serum 25(OH)D$_3$ was determined using the LC–MS/
MS method that had been developed and validated in our
laboratories, the details of which will be reported else-
where. Briefly, the serum (0.1 ml) was purified by the
previously reported method [22] and subjected to LC-
positive ESI–MS/MS. 25(OH)D$_4$ was used as the IS and
quantification was based on SRM [25(OH)D$_3$ $m/z$
401.3→383.1 and IS $m/z$ 415.4→397.1]. The measurable
range was 5.0–50 ng/ml, with the inter- and intra-assay ($n=
5$) precisions less than 4.4% and the accuracy 100–102%.

The statistical analyses were performed using Pearson's
correlation coefficient test and Student's $t$-test.

Vitamin D$_3$ administration study

The vitamin D$_3$ supplement [400 IU (10 μg) /body] (Cross
Corporation, Osaka, Japan) was orally administered to three
male (23–29 years old) and three female (21–23 years old)
volunteers at 9:00 h once daily for ten days. The saliva was
collected at 13:00 h one, two and three days before
administration and one day after the last administration.
The statistical analysis was performed using the paired
$t$-test.

Results and discussion

Collection and pretreatment of saliva

The stimulated saliva collections (i.e., collection after
chewing Parafilm, gum and other commercially available
devices for a few minutes or citric acid stimulation) often
influenced (mostly decreased) the analyte concentration in
the saliva [11]. In this study, unstimulated saliva collection,
which has less effect on the analytical results than the
stimulated saliva collections, was employed. Some devices,
such as Salivette (Sarstedt, Nümbrecht, Germany), are often
used to collect the saliva. However, when a collection

⚡ Springer

QUESTMS-00000406

Anal Bioanal Chem (2008) 391:229–238                                                                                233



Fig. 2 a–f ESI–MS and ESI–MS/MS spectra of (a and b) intact 25(OH)D₃ and (c–f) 25(OH)D₃-PTAD. Methylamine (5 mM) was added to the mobile phase when the e and f spectra were measured. The LC–MS and LC–MS/MS conditions are described in the "Experimental" section

device is used, it is difficult to precisely determine the analyte concentration, because the recovery of the analyte from the device is not always quantitative [11, 23]. Furthermore, contaminants from the device sometimes interfere with the analysis [24]. Based on this information,

the saliva was directly collected into a glass tube without the use of any collection devices.

After the addition of 25(OH)D₄ (IS), the saliva was pretreated and derivatized as described in the "Experimental" section. Our method employed a one-step solid-phase



QUESTMS-00000407

234
Anal Bioanal Chem (2008) 391:229–238

extraction for the purification of the saliva samples, and the recovery rates [mean ± standard deviation (SD), $n=6$] of 25 (OH)D$_3$ and the IS during the pretreatment were 91.4±1.8 and 90.3±1.9%, respectively. The precisions of the recovery rates were satisfactory and there was no significant difference between the analyte and the IS.

The derivatization rate was quantitative for the standard sample, even when picogram amounts of vitamin D compounds were derivatized with excess PTAD. Furthermore, we examined the influence of the endogenous components on the derivatization according to the procedure described in the "Experimental" section. The peak area ratio [25(OH)D$_3$/IS] of the sample containing the saliva extract (matrix sample) was 90.6±2.7% ($n=6$) of that for the standard sample. Thus, although there was some reduction in the derivatization rate in the saliva sample, the rate was good enough for the salivary 25(OH)D$_3$ determination.

### Effect of the PTAD derivatization on the assay sensitivity

The LC–MS conditions for the analysis of the intact 25 (OH)D$_3$ and its PTAD derivative were optimized as described in the "Experimental" section. For the ESI–MS operating in the positive-ion mode, intact 25(OH)D$_3$ gave its protonated molecule ([M+H]$^+$, $m/z$ 401) as the base peak ion, together with the dehydrated ions ([M+H–H$_2$O]$^+$, $m/z$ 383 and [M+H–2H$_2$O]$^+$, $m/z$ 365) and the adduct ions ([M+ Na]$^+$, $m/z$ 423 and [M+K]$^+$, $m/z$ 439) (Fig. 2a). The product ion mass spectrum of 25(OH)D$_3$ employing [M+H]$^+$ as the precursor ion and a 12-eV collision energy is shown in Fig. 2b, in which the dehydrated ions were observed at $m/z$ 383 and 365 together with the residual precursor ion ($m/z$ 401). Because the SRM mode using the dehydrated ion of

the precursor ion as the product ion is somewhat advantageous in improving the specificity, the transition of $m/z$ 401→383 was examined for the detection of the salivary 25 (OH)D$_3$. When the 25(OH)D$_3$-free saliva (1.0 ml) spiked with 400 pg of the standard 25(OH)D$_3$ was analyzed, a signal-to-noise ratio (S/N) of 5 was obtained, as shown in Fig. 3a [mobile phase, methanol-10 mM ammonium formate (9:1, v/v) and retention time ($t_R$), 5.3 min].

The adduct of a vitamin D compound with PTAD consisted of the 6S and 6R isomers (Fig. 1), because the reagent attacked at the $s$-$cis$-diene of the compound from the α- and β-sides. In the case of 25(OH)D$_3$, the 6S-isomer was the main product (6S:6R = ca. 4:1) [25]. When methanol-10 mM ammonium formate (5:1, v/v) was used as the mobile phase, the 6R- and 6S-isomers were eluted at 4.7 and 5.3 min, respectively, and the latter was used in the following studies.

The PTAD derivative gave the base peak ion at $m/z$ 558, which was formed by the elimination of one water molecule from its protonated molecule ([M+H–H$_2$O]$^+$), together with [M+H]$^+$ ($m/z$ 576) and several adduct ions ([M+NH$_4$]$^+$, $m/z$ 593; [M+Na]$^+$, $m/z$ 598 and [M+K]$^+$, $m/z$ 614) with relative intensities of ca. 30–40% in the positive ESI–MS (Fig. 2c). The characteristic A-ring fragment ion derived from the cleavage of the C-6–7 bond of 25(OH)D$_3$ was also observed at $m/z$ 298 with a relative intensity of ca. 60%. The collision-induced dissociation (CID) of [M+H–H$_2$O]$^+$ also gave this characteristic fragment ion with a sufficient intensity (Fig. 2d). Based on these results, the SRM mode with the transition of $m/z$ 558→298 was used for the detection of 25(OH)D$_3$ as its PTAD derivative in the saliva, and a peak was clearly observed with an S/N of over 5 at a concentration of 4.0 pg/ml, as shown in Fig. 3b [mobile phase, methanol-10 mM ammonium formate (5:1, v/v) and

  

**Fig. 3 a–c** Chromatograms of 25(OH)D$_3$ in charcoal-treated saliva: **a** the sample spiked with 25(OH)D$_3$ (400 pg/ml) was analyzed without derivatization; **b** the sample spiked with 25(OH) D$_3$ (4.0 pg/ml) was analyzed after the PTAD derivatization; **c** the sample spiked with 25(OH) D$_3$ (2.0 pg/ml) was analyzed after PTAD derivatization and methylamine (5 mM) was used as the mobile phase additive. The LC-MS/MS conditions are described in the "Experimental" section

**a** intact 25(OH)D$_3$ (400 pg/ml)

**b** 25(OH)D$_3$-PTAD (4.0 pg/ml)

**c** 25(OH)D$_3$-PTAD + CH$_3$NH$_2$ (2.0 pg/ml)

QUESTMS-00000408

Anal Bioanal Chem (2008) 391:229–238

235

**Fig. 4 a–b** Chromatograms of derivatized 25(OH)D₃ and the IS in saliva: **a** the charcoal-treated saliva without the IS (the arrows indicate the elution positions of the derivatized 25(OH) D₃ and the IS); **b** the saliva obtained from a healthy male subject with IS (2.5 ng/ml) (the measured concentration of 25 (OH)D₃ was 6.3 pg/ml); **c** the charcoal-treated saliva spiked with 25(OH)D₃ (2.0 pg/ml) and the IS. The LC–MS/MS conditions are described in the "Experimental" section







$t_R$, 5.3 min]. This result proves that the PTAD derivatization increased the assay sensitivity by 100-fold for the intact 25(OH)D₃. This effect was caused by the proton-affinitive property of the triazoline moiety (rich in nitrogen atoms) of PTAD, which enhances the ionization efficiency, and the use of the SRM with the characteristic transition, which can significantly reduce the background noise.

**Effect of using methylamine as the mobile phase additive on the assay sensitivity**

As shown in Fig. 2c, the PTAD derivative of 25(OH)D₃ gave not only $[M+H-H_2O]^+$, which was used as the precursor ion in the SRM mode, but also several ions with fair abundance. In principle, a considerable increase in the



QUESTMS-00000409

236                                                                 Anal Bioanal Chem (2008) 391:229–238

**Table 1**  Assay precision and accuracy

| Sample | Intra-assay | | | Inter-assay | | |
|---|---|---|---|---|---|---|
| | Measured (pg/ml)[a] | RSD (%)[b] | Accuracy (%)[c] | Measured (pg/ml)[a] | RSD (%)[b] | Accuracy (%)[c] |
| Intact | 3.0±0.13 | 4.3 | – | 3.2±0.15 | 4.7 | – |
| Spiked (+10 pg/ml) | 12.8±0.28 | 2.2 | 98.5 | 13.2±0.26 | 2.0 | 100.0 |
| Spiked (+30 pg/ml) | 32.7±0.49 | 1.5 | 99.1 | 33.0±0.19 | 0.6 | 99.4 |

[a] Mean ± SD ($n=5$)

[b] $RSD = mean/SD \times 100(\%)$

[c] $Accuracy = F/(F_0 + A) \times 100(\%)$, where $F$ is the concentration of 25(OH)D$_3$ in the spiked sample, $F_0$ is the concentration of 25(OH)D$_3$ in the intact sample, and $A$ is the spiked concentration

sensitivity could be realized with the convergence of these ions into a single ion. When methylamine (5 mM) was added to the mobile phase, the derivative provided the methylamine adduct ion ($[M+CH_3NH_3]^+$, $m/z$ 607) as the base peak ion and the intensities of the protonated molecule, the adduct ions and the dehydrated ion significantly decreased (Fig. 2e). Thus, the use of methylamine as the mobile phase additive proved remarkably successful. Incidentally, the addition of methylamine to the mobile phase did not affect the chromatographic behavior of the PTAD derivative ($t_R$, 6.8, 4.7 min and 6.8, 5.3 min).

The CID of the characteristic adduct ion at $m/z$ 607 also provided the A-ring fragment ion at $m/z$ 298, which had a satisfactory intensity (Fig. 2f). Considering these results, the effect of the mobile phase additive in the saliva assay was examined by comparison of the concentration of 25 (OH)D$_3$ giving an S/N=5 using the SRM mode with the transition of $m/z$ 607.1→298.0. The chromatogram shown in Fig. 3c was obtained from the saliva with 2.0 pg/ml of 25 (OH)D$_3$, in which a clear peak was observed with an S/N of over 5. Thus, the use of methylamine further increased the sensitivity for the PTAD derivative of 25(OH)D$_3$. When the above results are summarized, by combining the PTAD derivatization and the addition of methylamine to the mobile phase, the concentration giving S/N=5 for the salivary 25(OH)D$_3$ amounted to 2.0 pg/ml, which was 200 times greater than that obtained without these two techniques.

**Specificity**

The chromatograms shown in Fig. 4a were obtained from the charcoal-treated saliva, in which there was no interfering peak at the elution positions (indicated by arrows) of the derivatized 25(OH)D$_3$ (transition, $m/z$ 607.1→$m/z$ 298.0) and the IS (transition, $m/z$ 621.4→$m/z$ 298.0). Although some endogenous components may be removed together with 25(OH)D$_3$ by the charcoal treatment, this chromatogram provides evidence that the saliva components and the derivatization reagent do not interfere with the 25 (OH)D$_3$ quantification. Typical chromatograms for the saliva samples obtained from a healthy volunteer with the IS are shown in Fig. 4b. The peaks corresponding to the derivatized 25(OH)D$_3$ and the IS (major isomers) were clearly observed at 5.3 and 6.5 min, respectively.

1α(OH)D$_3$, a synthetic prodrug of 1α,25-dihydroxyvitamin D$_3$, has been clinically used for several bone diseases.

**Table 2**  Freeze/thaw stability of 25(OH)D$_3$ in saliva

| Freeze/thaw cycle | Percentage of initial concentration | |
|---|---|---|
| | Saliva A (2.2 pg/ml) | Saliva B (5.0 pg/ml) |
| 0 | 100.0 | 100.0 |
| 1 | 98.2 | 98.8 |
| 3 | 100.9 | 99.4 |



**Fig. 5** Scatter diagram to examine the correlation between the salivary 25(OH)D$_3$ and serum 25(OH)D$_3$ levels (*filled circles,* male volunteers; *unfilled circles,* female volunteers)

QUESTMS-00000410

The PTAD derivative of this drug provided $[M–CH_3NH_3]^+$ at $m/z$ 607 in the ESI–MS, which was the same as that of 25(OH)D$_3$-PTAD. The most abundant product ion of $1\alpha$(OH)D$_3$-PTAD derived from the ion was observed at $m/z$ 314, because this drug has two hydroxy groups in the A-ring. Although the product ion at $m/z$ 298 (dehydroxylation of the ion at $m/z$ 314) was also formed, its intensity was very weak and the derivatized $1\alpha$(OH)D$_3$ ($t_R$, 4.7 and 11.0 min) was completely separated from the 25(OH)D$_3$-PTAD. Endogenous dihydroxy-metabolites, such as 24,25-dihydroxyvitamin D$_3$, do not have a molecular mass that would be detected by the selected transition. These data revealed that the present method is highly specific.

Calibration curve and limit of quantitation (LOQ)

The regression line obtained from the combination of five standard curves was $y=0.05184x+0.01919$ with a correlation coefficient ($r$) of 0.999 within the range of 2.0–50 pg/ml. The RSD values of the slope and intercept were 1.0 and 4.3%, respectively.

The back-calculated value of 25(OH)D$_3$ (mean ± SD, $n=$ 5) at the minimum point (2.0 pg/ml) was 1.90±0.11 pg/ml (RSD, 5.8% and relative error, 5.0%). At this concentration, the peak was clearly observed with an S/N of about 6, as shown in Fig. 4c. The LOQ was defined as the lowest concentration on the calibration curve of the analyte measured with an acceptable precision and accuracy (i.e., CV and RE <15%) and with at least an S/N of 5. A sample below 2.0 pg/ml did not meet this criterion. Therefore, the LOQ was determined to be 2.0 pg/ml when 1.0 ml of saliva was used.

Assay precision and accuracy

The intra-assay ($n=5$) RSD values were less than 4.3% and good inter-assay ($n=5$) RSD values (less than 4.7%) were also obtained, as shown in Table 1.

The saliva to which known amounts of 25(OH)D$_3$ had been added were pretreated and analyzed in order to evaluate the assay accuracy. Satisfactory results ranging from 98.5 to 100.0% were obtained (Table 1). These data indicate that the present method is highly reproducible and accurate.

Freeze/thaw stability

The freeze/thaw stability of 25(OH)D$_3$ in saliva was examined, which indicated that 25(OH)D$_3$ was stable for up to three freeze/thaw cycles (Table 2). Furthermore, it was possible to store the saliva at −20 °C without any loss of 25(OH)D$_3$ for at least four months.

Correlation between the salivary and serum 25(OH)D$_3$ levels

As mentioned in the "Introduction," the vitamin D status has conventionally been assessed by the serum/plasma 25 (OH)D$_3$ level. In order to put the new method reported here to practical use in the clinical field, it is important to examine the correlation between the serum 25(OH)D$_3$ level and the salivary 25(OH)D$_3$ level measured by the method. The level of 25(OH)D$_3$ in saliva was less than one-thousandth of that in serum. The salivary levels of drugs, steroids and other molecules generally reflect the part of the pharmacologically active forms (i.e., non-protein-bound forms) in the serum/plasma. Most of the 25(OH)D$_3$ is circulating in the blood as the vitamin D binding protein-bound form, and the affinity of this protein is very high for 25(OH)D$_3$ (affinity constant is in the range of $10^8$ M$^{-1}$) [26]. For these reasons, the salivary 25(OH)D$_3$ level is vastly lower than the serum level. However, as is obvious from Fig. 5, a good correlation ($r^2=0.830$, Pearson's correlation coefficient test, $P<0.01$) was observed between the two levels. This result reveals that there is a reliable ratio between the serum concentration and saliva concentration and that the saliva 25(OH)D$_3$ assay can be a noninvasive and useful tool for the assessment of vitamin D status.

Fairney and Saphier reported that the salivary 25(OH)D [sum of 25(OH)D$_2$ and 25(OH)D$_3$] level measured by a



Fig. 6 Changes in salivary 25(OH)D$_3$ level after the oral administration of vitamin D$_3$ (400 IU/body/day, ten days). The line graphs with the vertical axis on the left [salivary 25(OH)D$_3$ (pg/ml)] represent the salivary 25(OH)D$_3$ concentrations of the respective volunteers (*filled circles*, male volunteers; *unfilled circles*, female volunteers), while the bar graph with the vertical axis on the right [changes in salivary 25 (OH)D$_3$ (%)] represent the percentage (mean ± SD, $n=6$) of the measured concentration of 25(OH)D$_3$ on day 1

🍂 Springer

QUESTMS-00000411

Anal Bioanal Chem (2008) 391:229–238

competitive protein binding assay (CPBA) using the serum vitamin D binding protein was 105–1000 pg/ml ($n$=55) [27]. Even if the value from this report contained the quantity of $25(OH)D_2$, it was much higher than that in the present study (3.0–14.8 pg/ml, $n$=20). One potential explanation for this discrepancy is that our LC–MS/MS method is more specific and much less influenced by the saliva components (saliva matrix) than the CPBA method; that is, the CPBA method was detecting other compounds that were not $25(OH)D_3$.

There is a difference in the salivary $25(OH)D_3$ levels between the sexes: male (9.17±3.52 pg/ml) and female (5.79±3.15 pg/ml) (Student's $t$-test, $P<0.05$). A sex difference was also detected in the serum $25(OH)D_3$ level: male (21.5±5.47 ng/ml) and female (16.3±3.76 pg/ml) (Student's $t$-test, $P<0.05$). One cause of these sex differences is the use of cosmetics that block the absorption of UV light responsible for the cutaneous synthesis of vitamin D in women. Thus, the proposed method is as capable as serum/plasma $25(OH)D_3$ assays at assessing vitamin D status. However, the proposed method has an advantage over serum/plasma assays in terms of the collection of samples.

Vitamin $D_3$ administration study

The change in the salivary $25(OH)D_3$ level after the oral administration of vitamin $D_3$ (400 IU/body/day for ten days) was examined. Vitamin $D_3$ was administered from day 4 to day 13 and the saliva was collected on days 1, 2, 3 and 14. The results are expressed in two ways (Fig. 6); the salivary $25(OH)D_3$ concentrations of the respective volunteers are shown as line graphs with the vertical axis on the left [salivary $25(OH)D_3$ (pg/ml)] and the percentage (mean ± SD, $n$=6) of the measured concentration of $25(OH)D_3$ on day 1 is shown as a bar graph with the vertical axis on the right [changes in salivary $25(OH)D_3$ (%)]. Before administration (days 1–3), there was no significant change in the $25(OH)D_3$ level, while the level significantly increased after the administration of vitamin $D_3$ for ten days (day 14) in all of the volunteers ($P<0.05$). Thus, the present method allows one to detect the increase in the biogenic $25(OH)D_3$ by the supplementation of vitamin $D_3$.

Conclusion

We have demonstrated the LC–ESI–MS/MS method of determining $25(OH)D_3$ in human saliva. This method employed derivatization with PTAD and a mobile-phase additive of methylamine, which were useful not only for increasing the detectability of $25(OH)D_3$ in ESI–MS, but also for producing a characteristic fragment ion that was useful in SRM. The method was specific, accurate and reproducible, and was successfully applied to clinical studies. There was a reliable ratio between the $25(OH)D_3$ concentration in serum and that in saliva, and therefore the saliva 25 $(OH)D_3$ assay presented here provides a noninvasive alternative to serum assays in the assessment of vitamin D status. This method was also applicable to the determination of the change in the $25(OH)D_3$ level after vitamin $D_3$ supplementation. This well-characterized method will prove helpful in the diagnosis of diseases caused by vitamin D deficiency.

**Acknowledgments** Part of this work was supported by grants from the Japan Society for the Promotion of Science. We thank Dr. Yoji Tachibana (Nissin Flour Milling) and Chugai Pharmaceutical Co. for supplying $25(OH)D_2$ and $1\alpha(OH)D_3$, respectively.

References

1. Rapuri PB, Gallagher JC, Haynatzki G (2004) Calf Tissue Int 74:150–156
2. DeLuca HF (1988) FASEB J 2:224–236
3. Turpeinen U, Hohenthal U, Stenman UH (2003) Clin Chem 49:1521–1524
4. Zerwekh JE (2004) Ann Clin Biochem 41:272–281
5. Higashi T, Awada D, Shimada K (2001) Biol Pharm Bull 24:738–743
6. Higashi T, Yamauchi A, Shimada K (2003) Anal Sci 19:941–943
7. Vogeser M, Kyriatsoulis A, Huber E, Kobold U (2004) Clin Chem 50:1415–1417
8. Tsugawa N, Suhara Y, Kamao M, Okano T (2005) Anal Chem 77:3001–3007
9. Maunsell Z, Wright DJ, Rainbow SJ (2005) Clin Chem 51:1683–1690
10. Singh RJ, Taylor RL, Grebe S (2006) Vitamin D determination using LC-MS/MS techniques and deficiency diagnosis. US Pat Appl Publ CODEN: USXXCO US 2006094125 A1 20060504
11. Choo RE, Huestis MA (2004) Clin Chem Lab Med 42:1273–1287
12. Drummer OH (2006) Clin Biochem Rev 27:147–159
13. Higashi T, Shimada K (2004) Anal Bioanal Chem 378:875–882
14. Gao S, Zhang Z-P, Karnes HT (2005) J Chromatogr B 825:98–110
15. Murao N, Ishigai M, Sekiguchi N, Takahashi T, Aso Y (2005) Anal Biochem 346:158–166
16. Higashi T, Miura K, Kitahori J, Shimada K (1999) Anal Sci 15:619–623
17. Weiskopf AS, Vouros P, Cunniff J, Binderup E, Björkling F, Binderup L, White M-C, Posner GH (2001) J Mass Spectrom 36:71–78
18. Teshima K, Kondo T (2005) Anal Biochem 338:12–19
19. Goto T, Shibata A, Iida T, Mano N, Goto J (2004) Rapid Commun Mass Spectrom 18:2360–2364
20. Marwah A, Marwah P, Lardy H (2002) J Chromatogr A 964:137–151
21. Cookson RC, Gupte SS, Stevens IDR, Watts CT (1971) Org Synth 51:121–127
22. Higashi T, Awada D, Shimada K (2002) J Chromatogr B 772:229–238
23. Gröschl M, Rauh M (2006) Steroids 71:1097–1100
24. Higashi T, Shibayama Y, Shimada K (2007) J Chromatogr B 846:195–201
25. Shimizu M, Yamada S (1994) Vitamins (Japan) 68:15–30
26. Cooke NE, Murgia A, McLeod JF (1988) Ann NY Acad Sci 538:49–59
27. Fairney A, Saphier PW (1987) Br J Nutr 57:13–25

QUESTMS-00000412



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/101,166 | 04/06/2005 | Nigel Clarke | 034827-3602 | 2707 |

30542          7590          01/28/2009
FOLEY & LARDNER LLP
P.O. BOX 80278
SAN DIEGO, CA 92138-0278

| EXAMINER |
|---|
| WARDEN, JILL ALICE |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1797 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 01/28/2009 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)

QUESTMS-00000413

| ***Interview Summary*** | Application No. | Applicant(s) |
| --- | --- | --- |
| | 11/101,166 | CLARKE ET AL. |
| | Examiner | Art Unit |
| | JILL WARDEN | 1797 |

All participants (applicant, applicant's representative, PTO personnel):

(1) *Yelena Gakh*.                                    (3) _____.

(2) *applicant's representative*.                     (4) _____.

Date of Interview: *15 December 2008*.

Type:  a)☐ Telephonic   b)☐ Video Conference
       c)☒ Personal [copy given to: 1)☐ applicant   2)☐ applicant's representative]

Exhibit shown or demonstration conducted:  d)☐ Yes   e)☒ No.
   If Yes, brief description: _____.

Claim(s) discussed: *all pending*.

Identification of prior art discussed: *of record*.

Agreement with respect to the claims f)☐ was reached.  g)☒ was not reached.  h)☐ N/A.

Substance of Interview including description of the general nature of what was agreed to if an agreement was reached, or any other comments: *See Continuation Sheet*.

(A fuller description, if necessary, and a copy of the amendments which the examiner agreed would render the claims allowable, if available, must be attached.  Also, where no copy of the amendments that would render the claims allowable is available, a summary thereof must be attached.)

THE FORMAL WRITTEN REPLY TO THE LAST OFFICE ACTION MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW. (See MPEP Section 713.04).  If a reply to the last office action has already been filed, APPLICANT IS GIVEN A NON-EXTENDABLE PERIOD OF THE LONGER OF ONE MONTH OR THIRTY DAYS FROM THIS INTERVIEW DATE, OR THE MAILING DATE OF THIS INTERVIEW SUMMARY FORM, WHICHEVER IS LATER, TO FILE A STATEMENT OF THE SUBSTANCE OF THE INTERVIEW.  See Summary of Record of Interview requirements on reverse side or on attached sheet.

| /Yelena Gakh/ | /Jill Warden/ |
| --- | --- |
| Primary Examiner, Art Unit 1797 | Supervisory Patent Examiner, Art Unit 1797 |

U.S. Patent and Trademark Office
PTOL-413 (Rev. 04-03)                    **Interview Summary**                    Paper No. 20090121

QUESTMS-00000414

# Summary of Record of Interview Requirements

**Manual of Patent Examining Procedure (MPEP), Section 713.04, Substance of Interview Must be Made of Record**
A complete written statement as to the substance of any face-to-face, video conference, or telephone interview with regard to an application must be made of record in the application whether or not an agreement with the examiner was reached at the interview.

### Title 37 Code of Federal Regulations (CFR) § 1.133 Interviews
Paragraph (b)

In every instance where reconsideration is requested in view of an interview with an examiner, a complete written statement of the reasons presented at the interview as warranting favorable action must be filed by the applicant. An interview does not remove the necessity for reply to Office action as specified in §§ 1.111, 1.135. (35 U.S.C. 132)

### 37 CFR §1.2  Business to be transacted in writing.

All business with the Patent or Trademark Office should be transacted in writing. The personal attendance of applicants or their attorneys or agents at the Patent and Trademark Office is unnecessary. The action of the Patent and Trademark Office will be based exclusively on the written record in the Office. No attention will be paid to any alleged oral promise, stipulation, or understanding in relation to which there is disagreement or doubt.

_____

The action of the Patent and Trademark Office cannot be based exclusively on the written record in the Office if that record is itself incomplete through the failure to record the substance of interviews.

It is the responsibility of the applicant or the attorney or agent to make the substance of an interview of record in the application file, unless the examiner indicates he or she will do so. It is the examiner's responsibility to see that such a record is made and to correct material inaccuracies which bear directly on the question of patentability.

Examiners must complete an Interview Summary Form for each interview held where a matter of substance has been discussed during the interview by checking the appropriate boxes and filling in the blanks. Discussions regarding only procedural matters, directed solely to restriction requirements for which interview recordation is otherwise provided for in Section 812.01 of the Manual of Patent Examining Procedure, or pointing out typographical errors or unreadable script in Office actions or the like, are excluded from the interview recordation procedures below. Where the substance of an interview is completely recorded in an Examiners Amendment, no separate Interview Summary Record is required.

The Interview Summary Form shall be given an appropriate Paper No., placed in the right hand portion of the file, and listed on the "Contents" section of the file wrapper. In a personal interview, a duplicate of the Form is given to the applicant (or attorney or agent) at the conclusion of the interview. In the case of a telephone or video-conference interview, the copy is mailed to the applicant's correspondence address either with or prior to the next official communication. If additional correspondence from the examiner is not likely before an allowance or if other circumstances dictate, the Form should be mailed promptly after the interview rather than with the next official communication.

The Form provides for recordation of the following information:
- Application Number (Series Code and Serial Number)
- Name of applicant
- Name of examiner
- Date of interview
- Type of interview (telephonic, video-conference, or personal)
- Name of participant(s) (applicant, attorney or agent, examiner, other PTO personnel, etc.)
- An indication whether or not an exhibit was shown or a demonstration conducted
- An identification of the specific prior art discussed
- An indication whether an agreement was reached and if so, a description of the general nature of the agreement (may be by attachment of a copy of amendments or claims agreed as being allowable). Note: Agreement as to allowability is tentative and does not restrict further action by the examiner to the contrary.
- The signature of the examiner who conducted the interview (if Form is not an attachment to a signed Office action)

It is desirable that the examiner orally remind the applicant of his or her obligation to record the substance of the interview of each case. It should be noted, however, that the Interview Summary Form will not normally be considered a complete and proper recordation of the interview unless it includes, or is supplemented by the applicant or the examiner to include, all of the applicable items required below concerning the substance of the interview.

A complete and proper recordation of the substance of any interview should include at least the following applicable items:
1) A brief description of the nature of any exhibit shown or any demonstration conducted,
2) an identification of the claims discussed,
3) an identification of the specific prior art discussed,
4) an identification of the principal proposed amendments of a substantive nature discussed, unless these are already described on the Interview Summary Form completed by the Examiner,
5) a brief identification of the general thrust of the principal arguments presented to the examiner,
   (The identification of arguments need not be lengthy or elaborate. A verbatim or highly detailed description of the arguments is not required. The identification of the arguments is sufficient if the general nature or thrust of the principal arguments made to the examiner can be understood in the context of the application file. Of course, the applicant may desire to emphasize and fully describe those arguments which he or she feels were or might be persuasive to the examiner.)
6) a general indication of any other pertinent matters discussed, and
7) if appropriate, the general results or outcome of the interview unless already described in the Interview Summary Form completed by the examiner.

Examiners are expected to carefully review the applicant's record of the substance of an interview. If the record is not complete and accurate, the examiner will give the applicant an extendable one month time period to correct the record.

### Examiner to Check for Accuracy

If the claims are allowable for other reasons of record, the examiner should send a letter setting forth the examiner's version of the statement attributed to him or her. If the record is complete and accurate, the examiner should place the indication, "Interview Record OK" on the paper recording the substance of the interview along with the date and the examiner's initials.

QUESTMS-00000415

Continuation of Substance of Interview including description of the general nature of what was agreed to if an agreement was reached, or any other comments:  We discussed claims 1-12 and examiner indicated that the claims are definitely not allowable over the prior art. We discussed claims 13 and 15, which provide specific fragments, which are not disclosed in the prior art.  We also discussed specific instrument that the applicants applied to get these fragments, i.e. triple quadrupole tandem mass spectrometer.  The Applicants indicated that they used this spectrometer to select one specific ion and to fragment it further, while the prior art stops at the intermediate step.  We also discussed a very high sensitivity of the spectrometer, which allows detecting vitamin metabolites in femtogram quantities.  Examiner agreed that the claims with those specific ions can be considered allowable over the prior art.

   We discussed amending claim 23 to introduce the description of this instrument.  Applicants also indicated that they felt they had subject matter which interfered with the claims of 10/977121 and would consider requesting initiation of interference proceedings.

**QUESTMS-00000416**

BIOMEDICAL CHROMATOGRAPHY
*Biomed. Chromatogr.* 14: 422–429 (2000)

 *REVIEW ARTICLE*

# High-throughput quantitative bioanalysis by LC/MS/MS

**Mohammed Jemal\***

Bioanalytical Research, Metabolism and Pharmacokinetics, Bristol-Myers Squibb Pharmaceutical Research Institute, New Brunswick, NJ 08903-0191, USA

ABSTRACT: This review article discusses the most recent significant advances in the sample preparation and mass spectrometry aspects of high-throughput bioanalysis by LC/MS/MS for the quantitation of drugs, metabolites and endogenous biomolecules in biological matrices. The introduction and implementation of automated 96-well extraction has brought about high-throughput approaches to the biological sample preparation techniques of solid-phase extraction, liquid–liquid extraction and protein precipitation. The fast-flow on-line extraction technique is a different high-throughput approach that has also significantly speeded up analysis by LC/MS/MS. The use of pierceable caps for biological tubes further enhances the analysis speed and improves the safety in handling biological samples. The need for adequate chromatographic separation in order to eliminate interferences due to metabolites and/or matrix effects in LC/MS/MS is discussed. To highlight our limited understanding of atmospheric pressure ionization mass spectrometry, results from recent investigations that appear to be counter-intuitive are presented. Looking ahead to the future, multiplexed LC/MS/MS systems and capillary LC are presented as areas that can bring about further improvements in analysis speed and sensitivity to quantitative bioanalysis by LC/MS/MS. Copyright © 2000 John Wiley & Sons, Ltd.

## INTRODUCTION

The ever shortening timelines in drug discovery and development have brought about the need for high-throughput approaches to methods used to quantitate drugs, metabolites and endogenous biomolecules in biological matrices (blood, plasma, serum, urine, and *in-vitro* biological samples). The timely advent of the technique of liquid chromatography coupled with tandem mass spectrometry (LC/MS/MS) has greatly enabled bioanalysts to rise to this challenge. It has been possible to drastically reduce the chromatographic run time due to the inherent specificity/sensitivity of this technique compared to bioanalytical LC methods based on traditional detection means, such as UV. The achievement of very short chromatographic run times has in turn brought about the need for high-throughput approaches to biological sample preparation that precede the LC/MS/MS analyses. This review paper will highlight the most recent significant advances in sample preparation and LC/MS/MS.

\*Correspondence to: M. Jemal, Bioanalytical Research, Metabolism and Pharmacokinetics, Bristol-Myers Squibb Pharmaceutical Research Institute, Po Box 191, New Brunswick, NJ 08903-0191, USA.
E-mail: jemalm@bms.com
**Abbreviations used:** API, atmospheric pressure ionization; LLE, liquid–liquid extraction; SPE, solid-phase extraction; SRM, selective reaction monitoring; TOF, time-of-flight.

Copyright © 2000 John Wiley & Sons, Ltd.

## SAMPLE PREPARATION

### Automated 96-well extraction

This sample preparation technique is based on the use of 96-well format for extractions such as solid-phase extraction (SPE) and liquid–liquid extraction (LLE), automated using a robotic liquid handling system. This approach automates most of the tedious steps encountered in the traditional manual extraction procedures and eliminates some of the time-consuming steps, such as tube labeling and most of the capping/uncapping steps of individual tubes.

The principles and application details of automated 96-well SPE have been described in a number of publications (Allanson *et al.*, 1996; Simpson *et al.*, 1998; Hempenius *et al.*, 1998; Harrison and Walker, 1998; Jemal *et al.*, 1999a, 2000a; Zhang and Henion, 1999; Wells, 1999a,b). In a typical automated 96-well SPE procedure, a 96-well SPE plate is conditioned, using a robotic liquid handling system, with an organic solvent followed by an aqueous buffer solution. Using the robotic system, plasma samples are transferred to the 96-well SPE plate, internal standard and aqueous buffer solutions are added, and then vacuum is applied. The plate is rinsed by applying organic solvent/aqueous buffer solution robotically. The waste tray is then removed manually and replaced with a collection plate. Elution is performed robotically with an organic solvent. The collection plate is manually placed in an evaporator to evaporate the eluates to dryness. The collection plate is placed back on the robotic system for reconstitution. The 96-well plate is

QUESTMS-00000417



**Configuration (a): Loading sample, extraction and equilibration**



**Configuration (b): Elution**

**Figure 1.** A schematic representation of on-line extraction LC/MS/MS system.

sealed with a cover mat and placed on the autosampler, ready for injection. If elution can successfully be achieved with an appropriate organic/aqueous mixture, the eluates can be directly injected, obviating the evaporation and reconstitution steps.

A few papers have been published in the area of automated 96-well LLE (Jemal *et al.*, 1999a; Zweigenbaum *et al.*, 1999; Steinborner and Henion, 1999; Peng *et al.*, 2000; Teitz *et al.*, 2000). In a typical automated 96-well LLE, plasma samples are transferred, using a robotic liquid handling system, into separate wells of a 96-well plate consisting of racked collection microtubes. Then the internal standard solution, the appropriate reagent (a buffer, acid or base solution) and the extracting organic solvent are added using the robotic system. The microtubes are capped with strip caps and then the plate is shaken offline. The aqueous and the organic layers are then separated by centrifugation. The robot is used to transfer the organic layers from the microtubes to a clean deep 96-well collection plate. The extracts in the 96-well plate are evaporated offline and then the dried extracts in the 96-well plate are dissolved by adding the reconstitution solution using the robotic system. The 96-well plate is sealed with a cover mat and placed on the autosampler, ready for injection.

Using 96-well automation speeds up bioanalysis as measured by both the numbers of samples processed per unit time and by the analyst's available time for other tasks. For instance, to extract 96 samples by manual SPE or LLE, 4–6 h are required and the bioanalyst is physically occupied for most of this time. On the other hand, it takes only 20–120 min to process 96 samples by automated SPE or LLE and the bioanalyst is physically occupied for only approximately 10 min. Automated SPE has fewer manual steps than automated LLE and has the potential to be significantly less time-consuming when the evaporation step of SPE eluates can be eliminated. However, LLE generally tends to give cleaner extracts than SPE, as evidenced by less matrix effect (matrix effect is discussed below) and less tendency for pressure build-up in the LC column as more samples are injected.

It is well known that plasma protein precipitation with acids or water miscible organic solvents has been used as a sample clean-up procedure for the analysis of plasma samples by LC/MS/MS. The main attraction to the protein precipitation technique, compared with manual LLE or SPE, has been its speed, simplicity and universality, in that the same basic procedure can be applied to extract almost any analyte. The technique has been made even more attractive by the recent automation using a 96-well format (Biddlecombe and Pleasance, 1999; Watt *et al.*, 2000; Teitz D, Khan S, Powell ML, Jemal M. One-pot sample preparation in a 96-well plate combined with LC/MS/MS for a high-throughput analysis of plasma samples, unpublished). With the introduction of the fast-flow on-line extraction (discussed below) and 96-well automation for SPE and LLE, which have reduced the sample preparation time to less than 30 s per sample, the advantages of speed, simplicity and universality for the protein precipitation technique is now less obvious. The disadvantage of the protein precipitation approach is that the extract is not as clean as that obtained by SPE, LLE or fast-flow on-line extraction, as evidenced by the matrix effect or physical effects such as soiling of the mass spectrometer or the LC components. The result is that the chromatographic run time is normally relatively long in order to cleanse the system and avoid the matrix effect, usually incorporating a gradient scheme. Therefore, automated SPE, automated LLE, and on-line extraction are the preferred approaches to sample preparation, especially at a stage when the drug candidate enters the development phase, where sensitive, accurate, precise and rugged high-throughput methods are required for routine analyses of large batches of clinical samples.

## Fast-flow on-line extraction

This technique is based on direct injection of biological samples, without prior extraction, into an LC/MS/MS system that incorporates a switching valve. There is no

Copyright © 2000 John Wiley & Sons, Ltd.

QUESTMS-00000418

sample preparation except for sample aliquotting, internal standard addition and centrifugation.

The unique feature of this new on-line purification approach is the use of a narrow-bore LC column (typically $1 \times 50$ mm) packed with large particles of a stationary phase material (typically 30–50 µm), with a very high flow of the mobile phase (typically 3–5 mL/min), which translates to a very fast linear speed of approximately 10–17 cm/s. The combination of the fast flow and large particle sizes provides the desired chromatographic behavior (turbulent flow behavior) that allows for the rapid passage of the large biomolecules of the biological sample with the simultaneous retention of the small-molecule analyte(s) of interest. Because of the narrow i.d. of the column and the large particle sizes, the fast linear speed flow, which is a central feature of the direct-injection technique, can be achieved with a manageable volumetric flow of 3–5 mL/min and reasonable column pressure (typically 700–1200 psi). The principles and application details of fast-flow on-line extraction have been described in a number of publications (Ayrton *et al.*, 1997 1998, 1999; Jemal *et al.*, 1998a 1999b,c, 2000b; Zimmer *et al.*, 1999; Ding and Neue, 1999; Wu *et al.*, 2000; Xia *et al.*, 2000; Eeckhout *et al.*, 2000).

A simple on-line extraction system is presented in Fig. 1. The system is assembled using two pumps, two columns in series, an autosampler and a mass spectrometer equipped with a six-port switching valve. The first column (Oasis® HLB, $1 \times 50$ mm, 30 µm) is a specialized column that serves as the extraction column. The second column (C18, $2.0 \times 50$ mm, 5 µm) is a regular analytical column. A plasma sample fortified with an internal standard is injected into the extraction column, with a 100% aqueous mobile phase at a high flow rate (eg 5.0 mL/min, to achieve a linear speed of approximately 11 cm/s in the extraction column). This sample extraction stage lasts for less than 0.5 min [Fig. 1, configuration (a)]. During the extraction stage, the column effluent is diverted to waste to protect the mass spectrometer. The valve is then switched so that the extraction column is in-line with the analytical column and the mass spectrometer, using an organic/aqueous mobile phase at a flow rate (eg 0.5 mL/min) compatible with the analytical column and mass spectrometer [Fig. 1, configuration (b)]. This is the elution stage. The elution stage is followed by the equilibration stage to recondition the extraction column under the same conditions as the extraction stage, using a 100% aqueous mobile phase at the high flow rate [Fig. 1, configuration (a)]. A typical total run time is only 2.0 min, with the analyte retention time of about 1.0 min. Within this short run time, baseline chromatographic separation between an analyte and another compound can be achieved.

Using mass spectrometers and other equipment that already exist in a typical bioanalytical laboratory, the bioanalyst can put together a direct injection LC/MS/MS system using different autosamplers and pumps. The assembled systems are simple but very versatile, capable of accommodating different sample analysis needs. The most complex system that has been assembled in the author's laboratory utilizes a ternary-column approach, with dual extraction columns used in parallel for purification and an analytical column for analysis (Xia *et al.*, 2000). The use of this system allows the equilibration of one extraction column while the analysis is ongoing on the other extraction column. Thus, the equilibration time does not add to the chromatographic run time, thereby shortening the run time and hence increasing the sample throughput. The use of two extraction columns also extends the working life of the system, making it feasible to analyze several hundred samples in a single batch. It should be pointed out that integrated direct-injection systems are also commercially available.

A direct-injection system can also be used in conjunction with 96-well collection plates using a robotic liquid handling system to aliquot samples, prepare standards and quality control samples and add the internal standard solution into a 96-well collection plate. The samples are then injected directly from the 96-well plate. For compounds that are not stable in plasma at room temperature, even after a stabilization treatment, such as the adjustment of the sample pH, it is important that the autosamplers used possess temperature control capability for 96-well plates.

## Pierceable caps

Biological samples are normally collected and stored in capped tubes until analysis. To obtain aliquots of biological samples for analysis, the sample tubes have to be uncapped and then recapped for further storage. This is one of the tedious and labor intensive steps in the bioanalytical laboratory. Recently, the use of pierceable caps for sample tubes has been investigated in the author's laboratory with the aim of obviating the uncapping and recapping steps (Teitz *et al.*, 2000). The commercially available sample tube caps are retrofitted with pierceable septa. The probes of a robotic liquid handling system are programmed to pierce the septa of the capped sample tubes and aliquot the samples into a 96-well plate. A bioanalytical method was successfully developed and validated using calibration standards and QC samples contained in tubes with pierceable caps. In addition, post-dose samples which were collected and stored in tubes with pierceable caps have been successfully analyzed. Direct transfer of samples from capped tubes not only protects the analyst from biohazards and repetitive-motion injury but also saves the analyst's time.

Copyright © 2000 John Wiley & Sons, Ltd.

*Biomed. Chromatogr.* 14: 422–429 (2000)

QUESTMS-00000419



## LIQUID CHROMATOGRAPHY–TANDEM MASS SPECTROMETRY

### The need for chromatographic separation

Biological samples obtained from animals or humans dosed with a drug could contain, in addition to the administered drug, other compounds that arise from the biotransformation of the drug. Thus, *in vivo*, a lactone drug may hydrolyze to produce the open-ring acid form or, vice versa, an acid drug may conjugate to produce the acylglucuronide, and an amine drug may oxidize to produce the N-oxide metabolite. The presence of a prodrug, which has not been completely converted to the intended drug, can also be present in post-dose samples. The electrospray ionization of the biotransformation product (or the prodrug) may produce, via in-source transformation, an ion that is identical to the parent ion of the drug. Thus, the selected-reaction monitoring (SRM) transition adopted for the quantitative determination of the drug will respond not only to the drug but also to the biotransformation product or the prodrug. Thus, in the absence of adequate chromatography to separate the drug from the biotransformation product, the LC/MS/MS method will not be specific to the drug, the analyte of interest. This problem may not be apparent during the method development and validation for the drug since, in practice, the biotransformation products of the drug are not known in the very early phase of drug development. However, bioanalysts need to keep in mind the potential for this type of interference when working with post-dose samples arising from the administration of drugs of certain functional groups. A number of examples involving drugs with a variety of functional groups have been reported (Jemal and Xia, 1999; Jemal *et al.*, 2000a,b; Naidong *et al.*, 1999).

The occurrence of the problematic in-source transformation will depend on the mobile phase compositions and the mass spectrometric parameters, such as heated capillary temperature and capillary and tube lens potentials (these are the Finnigan TSQ-7000 mass spectrometer parameters), which affect in-source transformation. It will also depend on whether the electrospray is used in the positive or negative ion mode. Clearly, not all lactone/acid pairs, drug/drug-conjugate pairs, drug/prodrug pairs and amine/N-oxide pairs will have common SRM transitions. Future research in this area should focus on determining conditions that eliminate the occurrence of common SRM transitions. This will allow the use of methods with very short run times without the risk of interference from the drug-related compounds. It should be emphasized that the chromatographic capacity factor, $k'$, required to achieve the desired chromatographic separation, will depend on the particular pair of compounds that need to be separated (Jemal and Xia, 1999).

### Mobile phase optimization

A good understanding of the effects of the LC mobile phase composition on the two atmospheric pressure ionization (API) techniques (APCI and electrospray) is necessary in order to optimally utilize these techniques for analysis of biological samples for analytes that cover a wide scope of chemical structures. The effects of the mobile phase on the two API techniques, especially electrospray, is not well understood and hence the behavior of a compound under a set of LC mobile phase conditions cannot be routinely predicted. However, our practical knowledge base in this area is growing thanks to the active contributions by bioanalytical chemists, as evidenced by the wide coverage of this area in a number of published papers (Oda *et al.*, 1995; Zhou and Hamburger, 1995; Schaefer and Dixon, 1996; Jemal *et al.*, 1997a,b, 1998b; Mansoori *et al.*, 1997; Newby and Mallet, 1997; Jemal and Hawthorne, 1999; Temesi and Law, 1999; Huber and Premstaller, 1999; Huber and Krajete, 1999; Kamel *et al.*, 1999). The author will briefly present below two observations from the work in his laboratory that appear, at least on first glance, to be counter-intuitive or not amenable to straightforward explanations.

**Negative ion electrospray with formic acid in LC mobile phase.** The results of an investigation, undertaken to study the effects of varying concentrations of additives in the acetonitrile/water LC mobile phase, especially formic acid and ammonium formate, on the negative ion electrospray response of a carboxylic acid drug candidate, were very revealing (Jemal *et al.*, 1998b). The best response was achieved with a water/acetonitrile mobile phase that contains no additives. However, under this condition, the retention time of the analyte was not adequately reproducible on repeated injections. Both formic acid and ammonium formate decreased the analyte response, but the ammonium formate caused the more severe decrease. For instance, the sensitivity achieved with a 1 mM formic acid mobile phase, in which the carboxylic acid was expected to be about 10% in the ionized form, was approximately nine times better than the sensitivity achieved with a 1 mM ammonium formate mobile phase, in which the carboxylic acid was expected to be about 99% in the ionized form. Thus, contrary to common perceptions, there is no simple predictable correlation between the response and the pH of the mobile phase *vis-à-vis* the $pK_a$ of the analyte. Acidification of the mobile phase with formic acid also had the added benefit of maintaining a reasonably high capacity factor ($k'$) for the analyte even at a relatively high acetonitrile concentration. A concentration of 1 mM formic acid in the mobile phase was large enough to achieve the reproducible elongated retention time for the analyte, with a loss in the analyte response of about 60%

Copyright © 2000 John Wiley & Sons, Ltd.

QUESTMS-00000420

only. The finding that a 1 mM formic acid water/ acetonitrile appears to be the optimum mobile phase to use in the negative ion electrospray LC/MS/MS quantitation of a carboxylic acid compound has recently been confirmed in the author's laboratory with another drug candidate.

**Methanol vs acetonitrile in LC mobile phase.** The dramatic difference in the positive ion electrospray response that was witnessed in the author's laboratory when acetonitrile was substituted for methanol in the mobile phase during LC/MS method development for a new drug candidate was very surprising (Jemal and Hawthorne, 1999). The compound in a water/acetonitrile mobile phase gave only a weak electrospray response in the positive ion mode with formic acid and/or ammonium acetate. The compound in a water/methanol mobile phase, in contrast, gave a significantly higher response, approximately 25-fold, with formic acid and/or ammonium acetate. On the other hand, acetonitrile and methanol mobile phases gave about the same response in the negative ion mode. Another noteworthy finding was that for both methanol and acetonitrile mobile phases, the presence of formic acid and/or ammonium acetate enhanced the negative ion electrospray response. This was contrary to the expectation based on the previous work using the carboxylic acid compound (see above, under 'Negative ion electrospray with formic acid in LC mobile phase'). This difference between the two may be due to the fact that the methyl sulfone group of the second compound, to which the negative ion response is attributed, is a weaker acid compared to the carboxylic acid. It should also be noted that the weakly acidic methyl sulfone group, with the expected $pK_a$ of greater than 10, gave a good negative ion electrospray response in methanol or acetonitrile mobile phases of neutral and acidic pH in which the compound was not expected to be in the ionized form. This is again contrary to the common perceptions.

**Matrix effect**

In the absence of adequate chromatographic separation in a bioanalytical LC/MS/MS method, the response of the analyte in the biological matrix could be affected by endogenous coeluting components present in the original biological sample, even though those components themselves do not possess mass spectrometric response (Clarke *et al.*, 1996; Buhrman *et al.*, 1996; Fu *et al.*, 1998, Matuszewski *et al.*, 1998; Bonfiglio *et al.*, 1999). The basis for the matrix effect is thus the modification of the ionization of the drug analyte by endogenous matrix components, not arising from the drug administered. The matrix effect can occur with any biological matrix (plasma, serum, blood or urine). The extent of the effect in the same matrix (eg plasma) may vary depending on

the source of the matrix (eg plasma specimens from different subjects) and depending on the nature of the compound. Thus, if the internal standard used in a bioanalytical LC/MS/MS method does not behave identically to the analyte in terms of the degree of the matrix effect in the different batches of plasma, then it is conceivable that a method validated using QC samples prepared in one batch of plasma could fail when QC samples prepared in a different batch of plasma are used. The same matrix-effect problem could occur with the post-dose samples since such samples are taken from different subjects and at different time points from the same subject. Therefore, it is very important to evaluate the matrix effect during method development/validation by using different batches of plasma. The use of a stable isotope analog as the internal standard, which is expected to experience the same exact matrix effect as the analyte in any batch of plasma, will not eliminate the matrix effect but will ensure that the accuracy/precision of the method is unaffected by presence of the matrix effect. However, even with the use of a stable isotope analog internal standard, the matrix effect could significantly lower the response, affecting the achievable lower limit of quantitation. The probability of the occurrence of the matrix effect can be reduced or eliminated by utilizing a more thorough clean-up procedure of the biological samples, modifying the chromatographic conditions, or allowing longer run times in order to enhance the chromatographic separation between the matrix-effect causing component and the analyte. Generally, a bioanalytical LC/MS/MS method based on electrospray ionization is more likely to experience a matrix effect than that based on APCI (Clarke *et al.*, 1996).

**Multiplexed LC/MS/MS systems**

With the great advances made in sample preparation through the implementation of fast-flow on-line extraction and 96-well automation, the sample preparation time that precedes LC/MS/MS can be reduced to less than 30 s per sample. So, there is now a renewed impetus to shift the focus to reducing the chromatographic cycle time in order to use the mass spectrometer more efficiently. To this effect, LC/MS/MS bioanalytical methods for multiple analytes with run times of only 30 s have recently been reported (Zweigenbaum *et al.*, 1999; Heinig and Henion, 1999) using short dwell times to accommodate the fast-eluting chromatographic peaks. However, it should be realized that the chance of getting interference from biotransformation products and drug unrelated coeluting components (matrix effect) tends to increase as the chromatographic separation capability of the system is decreased, as would be the case when the chromatographic run time is greatly reduced. A system that maintains a run time long enough to provide an acceptable chromatographic separation but allows the

Copyright © 2000 John Wiley & Sons, Ltd.

QUESTMS-00000421

analysis of more than one sample during the period of a single chromatographic run time would increase the efficiency of the use of the mass spectrometer without compromising the chromatographic separation. Such a system has recently been put together in the author's laboratory using existing equipment, using two integrated LC units (each unit with an autosampler and a pumping component), two analytical columns in parallel (with each connected to its own LC unit) and one mass spectrometer. This system can be used to make two successive sample injections at specified intervals within a single chromatographic run time, with a mass spectrometer data file opened at each injection. Thus, the mass spectrometer collects data from two sample injections within a single chromatographic run time. Therefore, without compromising the chromatographic separation or the mass spectrometer dwell time, the sample throughput is increased by a factor of two. This type of approach has also been demonstrated in other laboratories. A second approach is to use a mass spectrometer equipped with several API spray probes so that each of the analytical columns in parallel will be connected to a separate spray probe and each spray will be sampled in rapid successions for data acquisition by the mass spectrometer, with a separate data file for each spray. Thus, within a single chromatographic run time several samples can be injected simultaneously onto the parallel columns, one sample per column. Such a system with a four-channel multiplexed electrospray is now commercially available (Biasi, *et al.*, 1999) and has been used with a time-of-flight (TOF) mass spectrometer.

## Capillary LC

Using a 1.0 mL volume of plasma, a sensitivity of as low as 10–50 pg/mL is often achievable using LC/MS/MS. As more potent drugs are discovered, the need to routinely achieve even better sensitivity will become a reality. Another reason for looking into ways of improving sensitivity is to be able to use smaller volumes of plasma for analysis. This would allow less blood to be drawn during pharmacokinetic studies, which is desirable especially for human pediatric studies and for rodent non-clinical studies, allowing several serial bleeds on each animal. After the LC/MS/MS method has been optimized in terms of the composition of the LC mobile phase, mass spectrometric parameters and chromatographic peak efficiency, there is normally little that the bioanalyst can do to further improve the sensitivity. One area that is now attracting closer attention for this purpose is the use of capillary LC columns for bioanalytical LC/MS/MS methods (Ayrton *et al.*, 1999; Zell *et al.*, 1997; Abian *et al.*, 1999; Plumb *et al.*, 1999; Fraser *et al.*, 1999; Zhou *et al.*, 2000). For an electrospray mass spectrometer, which tends to behave as if it were a concentration-sensitive detector (Abian *et al.*, 1999), a 100-fold increase in the

analyte peak concentration in the detector can theoretically be achieved by simply reducing the diameter of the LC column from 2 mm, which is currently in common use, to a capillary column dimension of 0.2 mm. To realize this tremendous theoretical gain in on-column sensitivity, a dedicated capillary LC/MS/MS system with minimum dead volume will be required to handle the very low flow-rates associated with capillary LC. To translate the excellent on-column sensitivity to equally excellent concentration sensitivity, there is a need to find a way to inject larger volumes of samples in a quicker manner than the normally low flow-rates would allow. Thus, it remains to be seen if rugged high-throughput capillary LC/MS/MS bioanalytical methods, with short run times, can be developed and routinely used.

## REFERENCES

Abian, J., Oosterkamp, A. J. and Gelpi, E. 1999. Comparison of conventional, narrow-bore and capillary liquid chromatography/mass spectrometry for electrospray ionization mass spectrometry: practical considerations. *Journal of Mass Spectrometry* 34:244.

Allanson, J. P., Biddlecombe, R. A., Jones, A. E. and Pleasance, S. 1996. The use of automated solid phase extraction in the '96 well' format for high throughput bioanalysis using liquid chromatography coupled to tandem mass spectrometry. *Rapid Communications in Mass Spectrometry* 10:811.

Ayrton, J., Dear, G. J., Leavens, W. J., Mallett, D. N. and Plumb, R. S. 1997. The use of turbulent flow chromatography/mass spectrometry for the rapid, direct analysis of a novel pharmaceutical compound in plasma. *Rapid Communications in Mass Spectrometry* 11:1953.

Ayrton, J., Dear, G. J., Leavens, W. J., Mallett, D. N. and Plumb, R. S. 1998. Optimisation and routine use of generic ultra-high flow-rate liquid chromatography with mass spectrometric detection for the direct on-line analysis of pharmaceuticals in plasma. *Journal of Chromatography A* 828:199.

Ayrton, J., Clare, R. A., Dear, G. J., Mallett, D. N. and Plumb, R. S. 1999. Ultra-high flow rate capillary liquid chromatography with mass spectrometric detection for the direct analysis of pharmaceuticals in plasma at sub-nanogram per millilitre concentrations. *Rapid Communications in Mass Spectrometry* 13:1657.

Biasi, V. D., Haskins, N., Organ, A., Bateman, R., Giles, K. and Jarvis, S. 1999. High throughput liquid chromatography/mass spectrometric analyses using a novel multiplexed electrospray interface. *Rapid Communications in Mass Spectrometry* 13:1165.

Biddlecombe, R. A. and Pleasance, S. 1999. Automated protein precipitation by filtration in the 96-well format. *Journal of Chromatography B* 734:257.

Bonfiglio, R., King, R. C., Olah, T. V. and Merkle, K. 1999. The effects of sample preparation methods on the variability of the electrospray ionization response for model drug compounds. *Rapid Communications in Mass Spectrometry* 13:1175.

Buhrman, D. L., Price, P. I. and Rudewicz, P. J. 1996. Quantitation of SR 27417 in human plasma using electrospray liquid chromatography-tandem mass spectrometry: a study of ion suppression. *Journal of the American Society for Mass Spectrometry* 7:1099.

Clarke, S. D., Hill, H. M., Noctor, T. A. G. and Thomas, D. 1996. Matrix-related modification of ionization in bioanalytical liquid chromatography-atmospheric pressure ionization tandem mass spectrometry. *Pharmaceutical Sciences* 2:203.

Ding, J. and Neue, U. D. 1999. A new approach to the effective preparation of plasma samples for rapid drug quantitation using on-line solid phase extraction mass spectrometry. *Rapid Communications in Mass Spectrometry* 13:2151.

Beckhout, N. V., Perez, J. C., Claereboudt, J., Vandeputte, R. and Peteghem, C. V. 2000. Determination of tetracyclines in bovine kidney by liquid chromatography/tandem mass spectrometry with

Copyright © 2000 John Wiley & Sons, Ltd.

QUESTMS-00000422

on-line extraction and clean-up. *Rapid Communications in Mass Spectrometry*, 14:280.

Fraser, I. J., Dear, G. J., Plumb, R., L'Affineur, M., Fraser, D. and Skippen, A. J. 1999. The use of capillary high performance liquid chromatography with electrospray mass spectrometry for the analysis of small volume blood samples from serially bled mice to determine the pharmacokinetics of early discovery compounds. *Rapid Communications in Mass Spectrometry* 13:2366.

Fu, I., Woolf, E. J. and Matuszewski, B. K. 1998. Effect of the sample matrix on the determination of indinavir in human urine by HPLC with turbo ion spray tandem mass spectrometric detection. *Journal of Pharmaceutical Biomedical Analysis*. 18:347.

Harrison, A. C. and Walker, D. K. 1998. Automated 96-well solid phase extraction for the determination of doramectin in cattle plasma. *Journal of Pharmaceutical and Biomedical Analysis* 16:777.

Heinig, K. and Henion, J. 1999. Fast liquid chromatographic-mass spectrometric determination of pharmaceutical compounds. *Journal of Chromatography B* 732:445.

Hempenius, J., Wieling, J., Brakenhoff, J. P. G., Maris, F. A. and Jonkman, J. H. G. 1998. High-throughput solid-phase extraction for the determination of cimetidine in human plasma. *Journal of Chromatography B* 714:361.

Huber, C. G. and Krajete, A. 1999. Analysis of nucleic acids by capillary ion-pair reversed-phase HPLC coupled to negative-ion electrospray ionization mass spectrometry. *Analytical Chemistry* 71:3730.

Huber, C. G. and Premstaller, A. 1999. Evaluation of volatile eluents and electrolytes for high-performance liquid chromatography-electrospray ionization mass spectrometry and capillary electrophoresis-electrospray ionization mass spectrometry of proteins: I. Liquid chromatography. *Journal of Chromatography A* 849:161.

Jemal, M. and Hawthorne, D. J. 1999. Effect of high performance liquid chromatography mobile phase (methanol versus acetonitrile) on the positive and negative ion electrospray response of a compound that contains both an unsaturated lactone and a methyl sulfone group. *Rapid Communications in Mass Spectrometry* 13:61.

Jemal, M. and Xia, Y.-Q. 1999. The need for adequate chromatographic separation in the quantitative determination of drugs in biological samples by high performance liquid chromatography with tandem mass spectrometry. *Rapid Communications in Mass Spectrometry* 13:97.

Jemal, M., Almond, R., Ouyang, Z. and Teitz, D. 1997a. Negative ion electrospray high-performance liquid chromatography-mass spectrometry method development for determination of a highly polar phosphonic acid/sulfonic acid compound in plasma: optimization of ammonium acetate concentration and in-source collision-induced dissociation. *Journal of Chromatography B* 703:167.

Jemal, M., Almond, R. B. and Teitz, D. 1997b. Quantitative bioanalysis utilizing high-performance liquid chromatography/electrospray mass spectrometry via selected-ion monitoring of the sodium ion adduct [M+Na]+. *Rapid Communications in Mass Spectrometry*. 11:1083.

Jemal, M., Xia, Y.-Q. and Whigan, D. B. 1998a. The use of high-flow high performance liquid chromatography coupled with positive and negative ion electrospray tandem mass spectrometry for quantitative bioanalysis via direct injection of the plasma/serum samples. *Rapid Communications in Mass Spectrometry* 12:1389.

Jemal, M., Ouyang, Z. and Teitz, D. 1998b. High performance liquid chromatography mobile phase composition optimization for the quantitative determination of a carboxylic acid compound in human plasma by negative ion electrospray high performance liquid chromatography tandem mass spectrometry. *Rapid Communications in Mass Spectrometry*. 12:429.

Jemal, M., Teitz, D., Ouyang, Z. and Khan, S. 1999a. Comparison of plasma sample purification by manual liquid-liquid extraction, automated 96-well liquid-liquid extraction and automated 96-well solid-phase extraction for analysis by high-performance liquid chromatography with tandem mass spectrometry. *Journal of Chromatography B* 732:501.

Jemal, M., Ouyang, Z., Xia, Y.-Q. and Powell, M. L. 1999b. A versatile system of high-flow high performance liquid chromatography with tandem mass spectrometry for rapid direct-injection analysis of plasma samples for quantitation of a β-lactam drug

candidate and its open-ring biotransformation product. *Rapid Communications in Mass Spectrometry* 13:1462.

Jemal, M., Huang, M., Jiang, X., Mao, Y. and Powell, M. L. 1999c. Direct injection versus liquid-liquid extraction for plasma sample analysis by high performance liquid chromatography with tandem mass spectrometry. *Rapid Communications in Mass Spectrometry* 13:2125.

Jemal, M., Huang, M., Mao, Y., Whigan, D. and Schuster, A. 2000a. Liquid chromatography-electrospray tandem mass spectrometry method for the quantitation of fosinoprilat in human serum using automated 96-well SPE for sample preparation. *Rapid Communications in Mass Spectrometry* 14:1023.

Jemal, M, Ouyang, Z. and Powell, M. L. 2000b. Direct-injection LC-MS-MS method for high-throughput simultaneous quantitation of simvastatin and simvastatin acid in human plasma. *Journal of Pharmaceutical and Biomedical Analysis*. In press.

Kamel, A. M., Brown, P. R. and Munson, B. 1999. Effects of mobile-phase additives, solution pH, ionization constant, and analyte concentration on the sensitivities and electrospray ionization mass spectra of nucleoside antiviral agents. *Analytical Chemistry* 71:5481.

Mansoori, B. A., Volmer, D. A. and Boyd, R. K. 1997. 'Wrong-way-round' electrospray ionization of amino acids. *Rapid Communications in Mass Spectrometry*. 11:1120.

Matuszewski, B. K., Constanzer, M. L. and Chavez-Eng, C. M. 1998. Matrix effect in quantitative LC/MS/MS analyses of biological fluids: a method for determination of finasteride in human plasma at picogram per milliliter concentrations. *Analytical Chemistry* 70:882.

Naidong, W., Lee, J. W., Jiang, X., Wehling, M., Hulse, J. D. and Lin, P. P. 1999. Simultaneous assay of morphine, morphine-3-glucuronide and morphine-6-glucuronide in human plasma using normal-phase liquid chromatography-tandem mass spectrometry with a silica column and an aqueous organic mobile phase. *Journal of Chromatography B* 735:255.

Newby, C. S. and Mallet, A. I. 1997. Rapid simultaneous analysis of prostaglandin E2, 12-hydroxyeicosatetraenoic acid and arachidonic acid using high performance liquid/electrospray ionization mass spectrometry. *Rapid Communications in Mass Spectrometry*. 11:1723.

Oda, Y., Mano, N. and Asakawa, N. 1995. Simultaneous determination of thromboxane B2, prostaglandin E2 and leukotriene B4 in whole blood by liquid chromatography/mass spectrometry. *Journal of Mass Spectrometry* 30:1671.

Peng, S. X., Henion, J., Strojnowski, M. J., Golebiowski, A. and Klopfenstein, S. R. 2000. Automated high-throughput liquid-liquid extraction for initial purification of combinatorial libraries. *Analytical Chemistry* 72:261.

Plumb, R. S., Dear, G. J., Mallett, D., Fraser, I. J., Ayrton, J. and Ioannou, C. 1999. The application of fast gradient capillary liquid chromatography/mass spectrometry to the analysis of pharmaceuticals in biofluids. *Rapid Communications in Mass Spectrometry* 13:865.

Schaefer, W. H. and Dixon, Jr. F. 1996. Effect of high-performance liquid chromatography mobile phase components on sensitivity in negative atmospheric pressure chemical ionization liquid chromatography-mass spectrometry. *Journal of the American Society for Mass Spectrometry*. 7:1059.

Simpson, H., Berthemy, A., Buhrman, D., Burton, R., Newton, J., Kealy, M., Wells, D. and Wu, D. 1998. High throughput liquid/mass spectrometry bioanalysis using 96-well disk solid phase extraction plate for the sample preparation. *Rapid Communications in Mass Spectrometry* 12:75.

Steinborner, S. and Henion, J. 1999. Liquid-liquid extraction in the 96-well plate format with SRM LC/MS quantitative determination of methotrexate and its major metabolite in human plasma. *Analytical Chemistry* 71:2340.

Teitz, D., Khan, S., Powell, M. L. and Jemal, M. 2000. An automated method of sample preparation of biofluids using pierceable caps to eliminate the uncapping of the sample tubes during sample transfer. *Journal of Biochemical and Biophysical Methods* (In press).

Temesi, D. and Law, B. 1999. The effect of LC eluent composition on MS responses using electrospray ionization. *LC-GC* 17:626.

Watt, A. P., Morrison, D., Locker, K. L. and Evans, D. C. 2000. Higher

Copyright © 2000 John Wiley & Sons, Ltd.

QUESTMS-00000423

throughput bioanalysis by automation of a protein precipitation assay using a 96-well format with detection by LC-MS/MS. _Analytical Chemistry_ **72**:979.

Wells, D. A. 1999a. 96-well plate products for solid-phase extraction. _LC-GC_ **17**:600.

Wells, D. A. 1999b. Accessory products for SPE using 96-well plates. _LC-GC_ **17**:808.

Wu, J.-T., Zeng, H., Qian, M., Brogden, B. L. and Unger, S. E. 2000. Direct plasma sample injection in multiple-component LC-MS-MS assays for high-throughput pharmacokinetic screening. _Analytical Chemistry_ **72**:61.

Xia, Y.-Q., Whigan, D. B., Powell, M. L. and Jemal, M. 2000. Ternary-column system for high-throughput direct-injection bioanalysis by liquid chromatography/tandem mass spectrometry. _Rapid Communications in Mass Spectrometry_ **14**:105.

Zell, M., Husser, C. and Hopfgartner, G. 1997. Low picogram determination of Ro 48-6791 and its major metabolite, Ro 48-6792, in plasma with column-switching microbore high-performance liquid chromatography coupled to ion spray tandem mass spectrometry. _Rapid Communications in Mass Spectrometry_ **11**:1107.

Zhang, H. and Henion, J. 1999. Quantitative and qualitative determination of estrogen sulfates in human urine by liquid chromatography/tandem mass spectrometry using 96-well technology. _Analytical Chemistry_ **71**:3955.

Zhou, S. and Hamburger, M. 1995. Effects of solvent composition on molecular ion response in electrospray mass spectrometry: investigation of the ionization process. _Rapid Communications in Mass Spectrometry_ **9**:1516.

Zhou, J., Rusnak, F., Colonius, T. and Hathaway, G. M. 2000. Quasi-linear gradients for capillary liquid chromatography with mass and tandem mass spectrometry. _Rapid Communications in Mass Spectrometry_ **14**:432.

Zimmer, D., Pickard, V., Czembor, W. and Muller, C. 1999. Comparison of turbulent-flow chromatography with automated solid-phase extraction win 96-well plates and liquid-liquid extraction used as plasma sample preparation techniques for liquid chromatography-tandem mass spectrometry. _Journal of Chromatography A_ **854**:23.

Zweigenbaum, J., Heinig, K., Steinborner, S., Wachs, T. and Henion, J. 1999. High-throughput bioanalytical LC/MS/MS determination of benzodiazepines in human urine: 1000 samples per 12 hours. _Analytical Chemistry_ **71**:2294.

Copyright © 2000 John Wiley & Sons, Ltd.

QUESTMS-00000424

# Modern
# Chromatographic
# Analysis of Vitamins

Third Edition, Revised and Expanded

edited by

André P. De Leenheer
Willy E. Lambert
Jan F. Van Bocxlaer
*University of Ghent*
*Ghent, Belgium*

 MARCEL DEKKER, INC.                    NEW YORK • BASEL

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000425

ISBN: 0-8247-0316-2

This book is printed on acid-free paper.

**Headquarters**
Marcel Dekker, Inc.
270 Madison Avenue, New York, NY 10016
tel: 212-696-9000; fax: 212-685-4540

**Eastern Hemisphere Distribution**
Marcel Dekker AG
Hutgasse 4, Postfach 812, CH-4001 Basel, Switzerland
tel: 41-61-261-8482; fax: 41-61-261-8896

**World Wide Web**
http://www.dekker.com

The publisher offers discounts on this book when ordered in bulk quantities. For more information, write to Special Sales/Professional Marketing at the headquarters address above.

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

Neither this book nor any part may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, microfilming, and recording, or by any information storage and retrieval system, without permission in writing from the publisher.

Current printing (last digit):
10   9   8   7   6   5   4   3   2   1

**PRINTED IN THE UNITED STATES OF AMERICA**

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000426

## CHROMATOGRAPHIC SCIENCE SERIES

*A Series of Textbooks and Reference Books*

Editor: JACK CAZES

1. Dynamics of Chromatography: Principles and Theory, *J. Calvin Giddings*
2. Gas Chromatographic Analysis of Drugs and Pesticides, *Benjamin J. Gudzinowicz*
3. Principles of Adsorption Chromatography: The Separation of Nonionic Organic Compounds, *Lloyd R. Snyder*
4. Multicomponent Chromatography: Theory of Interference, *Friedrich Helfferich and Gerhard Klein*
5. Quantitative Analysis by Gas Chromatography, *Josef Novák*
6. High-Speed Liquid Chromatography, *Peter M. Rajcsanyi and Elisabeth Rajcsanyi*
7. Fundamentals of Integrated GC-MS (in three parts), *Benjamin J. Gudzinowicz, Michael J. Gudzinowicz, and Horace F. Martin*
8. Liquid Chromatography of Polymers and Related Materials, *Jack Cazes*
9. GLC and HPLC Determination of Therapeutic Agents (in three parts), *Part 1 edited by Kiyoshi Tsuji and Walter Morozowich, Parts 2 and 3 edited by Kiyoshi Tsuji*
10. Biological/Biomedical Applications of Liquid Chromatography, *edited by Gerald L. Hawk*
11. Chromatography in Petroleum Analysis, *edited by Klaus H. Altgelt and T. H. Gouw*
12. Biological/Biomedical Applications of Liquid Chromatography II, *edited by Gerald L. Hawk*
13. Liquid Chromatography of Polymers and Related Materials II, *edited by Jack Cazes and Xavier Delamare*
14. Introduction to Analytical Gas Chromatography: History, Principles, and Practice, *John A. Perry*
15. Applications of Glass Capillary Gas Chromatography, *edited by Walter G. Jennings*
16. Steroid Analysis by HPLC: Recent Applications, *edited by Marie P. Kautsky*
17. Thin-Layer Chromatography: Techniques and Applications, *Bernard Fried and Joseph Sherma*
18. Biological/Biomedical Applications of Liquid Chromatography III, *edited by Gerald L. Hawk*
19. Liquid Chromatography of Polymers and Related Materials III, *edited by Jack Cazes*
20. Biological/Biomedical Applications of Liquid Chromatography, *edited by Gerald L. Hawk*
21. Chromatographic Separation and Extraction with Foamed Plastics and Rubbers, *G. J. Moody and J. D. R. Thomas*
22. Analytical Pyrolysis: A Comprehensive Guide, *William J. Irwin*
23. Liquid Chromatography Detectors, *edited by Thomas M. Vickrey*
24. High-Performance Liquid Chromatography in Forensic Chemistry, *edited by Ira S. Lurie and John D. Wittwer, Jr.*
25. Steric Exclusion Liquid Chromatography of Polymers, *edited by Josef Janca*
26. HPLC Analysis of Biological Compounds: A Laboratory Guide, *William S. Hancock and James T. Sparrow*

Copyright 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000427

27. Affinity Chromatography: Template Chromatography of Nucleic Acids and Proteins, *Herbert Schott*
28. HPLC in Nucleic Acid Research: Methods and Applications, *edited by Phyllis R. Brown*
29. Pyrolysis and GC in Polymer Analysis, *edited by S. A. Liebman and E. J. Levy*
30. Modern Chromatographic Analysis of the Vitamins, *edited by André P. De Leenheer, Willy E. Lambert, and Marcel G. M. De Ruyter*
31. Ion-Pair Chromatography, *edited by Milton T. W. Hearn*
32. Therapeutic Drug Monitoring and Toxicology by Liquid Chromatography, *edited by Steven H. Y. Wong*
33. Affinity Chromatography: Practical and Theoretical Aspects, *Peter Mohr and Klaus Pommerening*
34. Reaction Detection in Liquid Chromatography, *edited by Ira S. Krull*
35. Thin-Layer Chromatography: Techniques and Applications. Second Edition, Revised and Expanded, *Bernard Fried and Joseph Sherma*
36. Quantitative Thin-Layer Chromatography and Its Industrial Applications, *edited by Laszlo R. Treiber*
37. Ion Chromatography, *edited by James G. Tarter*
38. Chromatographic Theory and Basic Principles, *edited by Jan Åke Jönsson*
39. Field-Flow Fractionation: Analysis of Macromolecules and Particles, *Josef Janca*
40. Chromatographic Chiral Separations, *edited by Morris Zief and Laura J. Crane*
41. Quantitative Analysis by Gas Chromatography: Second Edition, Revised and Expanded, *Josef Novák*
42. Flow Perturbation Gas Chromatography, *N. A. Katsanos*
43. Ion-Exchange Chromatography of Proteins, *Shuichi Yamamoto, Kazuhiro Nakanishi, and Ryuichi Matsuno*
44. Countercurrent Chromatography: Theory and Practice, *edited by N. Bhushan Mandava and Yoichiro Ito*
45. Microbore Column Chromatography: A Unified Approach to Chromatography, *edited by Frank J. Yang*
46. Preparative-Scale Chromatography, *edited by Eli Grushka*
47. Packings and Stationary Phases in Chromatographic Techniques, *edited by Klaus K. Unger*
48. Detection-Oriented Derivatization Techniques in Liquid Chromatography, *edited by Henk Lingeman and Willy J. M. Underberg*
49. Chromatographic Analysis of Pharmaceuticals, *edited by John A. Adamovics*
50. Multidimensional Chromatography: Techniques and Applications, *edited by Hernan Cortes*
51. HPLC of Biological Macromolecules: Methods and Applications, *edited by Karen M. Gooding and Fred E. Regnier*
52. Modern Thin-Layer Chromatography, *edited by Nelu Grinberg*
53. Chromatographic Analysis of Alkaloids, *Milan Popl, Jan Fähnrich, and Vlastimil Tatar*
54. HPLC in Clinical Chemistry, *I. N. Papadoyannis*
55. Handbook of Thin-Layer Chromatography, *edited by Joseph Sherma and Bernard Fried*
56. Gas–Liquid–Solid Chromatography, *V. G. Berezkin*
57. Complexation Chromatography, *edited by D. Cagniant*
58. Liquid Chromatography–Mass Spectrometry, *W. M. A. Niessen and Jan van der Greef*
59. Trace Analysis with Microcolumn Liquid Chromatography, *Milos Krejci*
60. Modern Chromatographic Analysis of Vitamins: Second Edition, *edited by André P. De Leenheer, Willy E. Lambert, and Hans J. Nelis*

Copyright 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000428

61. Preparative and Production Scale Chromatography, edited by G. Ganetsos and P. E. Barker
62. Diode Array Detection in HPLC, edited by Ludwig Huber and Stephan A. George
63. Handbook of Affinity Chromatography, edited by Toni Kline
64. Capillary Electrophoresis Technology, edited by Norberto A. Guzman
65. Lipid Chromatographic Analysis, edited by Takayuki Shibamoto
66. Thin-Layer Chromatography: Techniques and Applications, Third Edition, Revised and Expanded, Bernard Fried and Joseph Sherma
67. Liquid Chromatography for the Analyst, Raymond P. W. Scott
68. Centrifugal Partition Chromatography, edited by Alain P. Foucault
69. Handbook of Size Exclusion Chromatography, edited by Chi-san Wu
70. Techniques and Practice of Chromatography, Raymond P. W. Scott
71. Handbook of Thin-Layer Chromatography: Second Edition, Revised and Expanded, edited by Joseph Sherma and Bernard Fried
72. Liquid Chromatography of Oligomers, Constantin V. Uglea
73. Chromatographic Detectors: Design, Function, and Operation, Raymond P. W. Scott
74. Chromatographic Analysis of Pharmaceuticals: Second Edition, Revised and Expanded, edited by John A. Adamovics
75. Supercritical Fluid Chromatography with Packed Columns: Techniques and Applications, edited by Klaus Anton and Claire Berger
76. Introduction to Analytical Gas Chromatography: Second Edition, Revised and Expanded, Raymond P. W. Scott
77. Chromatographic Analysis of Environmental and Food Toxicants, edited by Takayuki Shibamoto
78. Handbook of HPLC, edited by Elena Katz, Roy Eksteen, Peter Schoen-makers, and Neil Miller
79. Liquid Chromatography–Mass Spectrometry: Second Edition, Revised and Expanded, W. M. A. Niessen
80. Capillary Electrophoresis of Proteins, Tim Wehr, Roberto Rodríguez-Diaz, and Mingde Zhu
81. Thin-Layer Chromatography: Fourth Edition, Revised and Expanded, Bernard Fried and Joseph Sherma
82. Countercurrent Chromatography, edited by Jean-Michel Menet and Didier Thiébaut
83. Micellar Liquid Chromatography, Alain Berthod and Celia Garcia-Alverez-Coque
84. Modern Chromatographic Analysis of Vitamins: Third Edition, Revised and Expanded, edited by André P. De Leenheer, Willy E. Lambert, and Jan F. Van Bocxlaer
85. Quantitative Chromatographic Analysis, Thomas E. Beesley, Benjamin Buglio, and Raymond P. W. Scott
86. Current Practice of Gas Chromatography–Mass Spectrometry, edited by W. M. A. Niessen
87. HPLC of Biological Macromolecules: Second Edition, Revised and Expanded, edited by Karen M. Gooding and Fred E. Regnier
88. Scale-Up and Optimization in Preparative Chromatography: Principles and Biopharmaceutical Applications, edited by Anurag S. Rathore and Ajoy Velayudhan
89. Handbook of Thin-Layer Chromatography: Third Edition, Revised and Expanded, edited by Joseph Sherma and Bernard Fried

**ADDITIONAL VOLUMES IN PREPARATION**

Copyright 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000429

Chiral Separations by Liquid Chromatography and Related Technologies,
*Hassan Y. Aboul-Enein and Imran Ali*

Copyright 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000430

# Preface

This edition of *Modern Chromatographic Analysis of Vitamins* is the third of its kind. The first edition was published in 1985 and the second in 1992. The last decade has again witnessed an enormous proliferation of chromatographic techniques for the determination of vitamins in different matrices. It is exactly this progress that is covered in the third edition of this book.

The work covers both the fat-soluble (Chapters 1–4) and the water-soluble (Chapters 5–13) vitamins, with emphasis on state-of-the-art chromatography, sample preparation, and final measurement. Following present analytical evolution, sections on recent techniques such as capillary electrophoresis and mass spectrometry have been added or expanded. Information on metabolism and biochemical function has also been revised to incorporate current knowledge.

The contributors include many of the best-known and most knowledgeable workers in the field of vitamin analysis throughout the world and are all recognized experts on their topics.

The book aims to be a valuable source of information for scientists with a high degree of expertise in chromatographic analysis of vitamins. Nevertheless, most chapters contain considerable introductory and background material, making this book also appropriate for the relatively inexperienced researcher in this field.

We gratefully acknowledge all of the contributors, whose collaboration let us realize this third volume, which provides broad and up-to-date information on vitamins and their analysis.

*André P. De Leenheer*
*Willy E. Lambert*
*Jan F. Van Bocxlaer*

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000431

# Contents

*Preface*

*Contributors*

1   Vitamin A and Carotenoids
    *Arun B. Barua, Harold C. Furr, James A. Olson,
    and Richard B. van Breemen*

2   Vitamin Ds: Metabolites and Analogs
    *Glenville Jones and Hugh L. J. Makin*

3   Vitamin E
    *Hans J. Nelis, Eva D'Haese, and Karen Vermis*

4   Vitamin K
    *Günter Fauler, Wolfgang Muntean, and Hans Jörg Leis*

5   Ascorbic Acid
    *Kristiina Nyyssönen, Jukka T. Salonen,
    and Markku T. Parviainen*

6   Chromatographic Determination of Folates
    *Liisa Vahteristo and Paul Michael Finglas*

7   Nicotinic Acid and Nicotinamide
    *Katsumi Shibata and Hiroshi Taguchi*

8   Thiamine
    *Takashi Kawasaki and Yoshiko Egi*

9   Flavins
    *Peter Nielsen*

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000432

10  Vitamin B$_6$
    *Johan B. Ubbink*

11  Biotin
    *Olivier Ploux*

12  Cobalamins
    *Jan Lindemans*

13  Pantothenic Acid
    *Jan Velíšek and Jiří Davídek*

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000433

## Contributors

**Arun B. Barua, Ph.D.**    Department of Biochemistry, Biophysics, and Molecular Biology, Iowa State University, Ames, Iowa

**Jiří Davídek, Ph.D., Dr.Sc.**    Department of Food Chemistry and Analysis, Institute of Chemical Technology, Prague, Czech Republic

**André P. De Leenheer, Ph.D.**    Laboratory of Toxicology, University of Ghent, Ghent, Belgium

**Eva D'Haese, Ph.D.**    Department of Pharmaceutical Microbiology, University of Ghent, Ghent, Belgium

**Yoshiko Egi, Ph.D.**    Department of Nutrition, Suzugamine Women's College, Hiroshima, Japan

**Günter Fauler, Ph.D.**    Department of Analytical Biochemistry and Mass Spectrometry, University Children's Hospital, University of Graz, Graz, Austria

**Paul Michael Finglas, B.Sc.**    Diet Health and Consumer Science Division, Institute of Food Research, Colney, Norwich, Norfolk, England

**Harold C. Furr, Ph.D.**    Department of Nutritional Sciences, University of Connecticut, Storrs, Connecticut

**Glenville Jones, Ph.D.**    Departments of Biochemistry and Medicine, Queen's University, Kingston, Ontario, Canada

**Takashi Kawasaki, M.D., Ph.D.**    Department of Biochemistry, Hiroshima University School of Medicine, Hiroshima, Japan

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000434

**Willy E. Lambert, Ph.D.**   Laboratory of Toxicology, University of Ghent, Ghent, Belgium

**Hans Jörg Leis, Ph.D.**   Department of Analytical Biochemistry and Spectrometry, University Children's Hospital, University of Graz, Graz, Austria

**Jan Lindemans, Ph.D.**   Department of Clinical Chemistry, University Hospital Rotterdam, Rotterdam, The Netherlands

**Hugh L. J. Makin, P.L.D., D.Sc., F.R.S.C., F.R.C.Path**   Department of Clinical Biochemistry, St. Bartholomew's and the Royal London School of Medicine and Dentistry, Whitechapel Campus, London, England

**Wolfgang Muntean, M.D.**   Department of Pediatrics, University Children's Hospital, University of Graz, Graz, Austria

**Hans J. Nelis, Ph.D.**   Department of Pharmaceutical Microbiology, University of Ghent, Ghent, Belgium

**Peter Nielsen, M.D., Ph.D.**   Institute of Medical Biochemistry, University Hospital Eppendorf, Hamburg, Germany

**Kristiina Nyyssönen, Ph.D.**   Research Institute of Public Health, University of Kuopio, Kuopio, Finland

**James Allen Olson, Ph.D.**   Department of Biochemistry, Biophysics, and Molecular Biology, Iowa State University, Ames, Iowa

**Markku T. Parviainen, Ph.D., Eur.Clin.Chem.**   Department of Clinical Chemistry, Kuopio University Hospital, Kuopio, Finland

**Olivier Ploux, Ph.D.**   Department of Bioorganic Chemistry, University of Pierre and Marie Curie, Paris, France

**Jukka T. Salonen, M.D., Ph.D., M.Sc.P.H.**   Research Institute of Public Health, University of Kuopio, Kuopio, Finland

**Katsumi Shibata, Ph.D.**   Department of Life Style Studies, The University of Shiga Prefecture, Hikone, Shiga, Japan

**Hiroshi Taguchi, Ph.D.**   Department of Bioresources, Mie University, Tsu, Mie, Japan

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000435

**Johan B. Ubbink, D.Sc.**   Department of Chemical Pathology, University of Pretoria, Pretoria, South Africa

**Liisa Vahteristo, Ph.D.**   Department of Applied Chemistry and Microbiology, University of Helsinki, Helsinki, Finland

**Jan F. Van Bocxlaer, Ph.D.**   Laboratory of Medical Biochemistry and Clinical Analysis, University of Ghent, Ghent, Belgium

**Richard B. van Breemen, Ph.D.**   Department of Medicinal Chemistry and Pharmacognosy, University of Illinois at Chicago, Chicago, Illinois

**Jan Velíšek, Ph.D., D.Sc.**   Department of Food Chemistry and Analysis, Institute of Chemical Technology, Prague, Czech Republic

**Karen Vermis**   Department of Pharmaceutical Microbiology, University of Ghent, Ghent, Belgium

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000436

# 2

# Vitamin Ds: Metabolites and Analogs

**Glenville Jones**
*Queen's University, Kingston, Ontario, Canada*

**Hugh L. J. Makin**
*St. Bartholomew's and the Royal London School of Medicine and Dentistry, Whitechapel Campus, London, England*

## I.  INTRODUCTION

The demonstration over three decades ago (1) of the conversion of vitamin $D_3$ into 25-hydroxyvitamin $D_3$ (25-OH-$D_3$) triggered a dramatic surge of interest in the basic biochemistry and physiology of vitamin D. The resultant elucidation of the metabolism and role of vitamin D in calcium homeostasis (1–5) has led to a change of emphasis from the study of the parent vitamin itself to the study of its metabolites. Older methods of bioassay, colorimetric, and ultraviolet (UV) absorption assay have been replaced by newer techniques based upon chromatography, radioligand procedures, and mass spectrometry (reviewed in 6,7). Present methods separate and specifically measure a wide variety of metabolites and chemical analogs instead of a heterogeneous "vitamin D" group. The increased sensitivity and specificity offered by modern assays have enabled the measurement of picogram quantities of vitamin D metabolites, thereby permitting these techniques to be applied to the analysis of vitamin D and its metabolites in physiological fluids. Chemical synthesis of vitamin D metabolites and analogs for clinical trials has led to improvements in the separation and analysis of the vitamin D family of compounds, which has also been beneficial to analytical chemists in the pharmaceutical and food industries.

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000437

# 2

# Vitamin Ds: Metabolites and Analogs

**Glenville Jones**
*Queen's University, Kingston, Ontario, Canada*

**Hugh L. J. Makin**
*St. Bartholomew's and the Royal London School of Medicine and Dentistry, Whitechapel Campus, London, England*

## I. INTRODUCTION

The demonstration over three decades ago (1) of the conversion of vitamin $D_3$ into 25-hydroxyvitamin $D_3$ (25-OH-$D_3$) triggered a dramatic surge of interest in the basic biochemistry and physiology of vitamin D. The resultant elucidation of the metabolism and role of vitamin D in calcium homeostasis (1–5) has led to a change of emphasis from the study of the parent vitamin itself to the study of its metabolites. Older methods of bioassay, colorimetric, and ultraviolet (UV) absorption assay have been replaced by newer techniques based upon chromatography, radioligand procedures, and mass spectrometry (reviewed in 6,7). Present methods separate and specifically measure a wide variety of metabolites and chemical analogs instead of a heterogeneous "vitamin D" group. The increased sensitivity and specificity offered by modern assays have enabled the measurement of picogram quantities of vitamin D metabolites, thereby permitting these techniques to be applied to the analysis of vitamin D and its metabolites in physiological fluids. Chemical synthesis of vitamin D metabolites and analogs for clinical trials has led to improvements in the separation and analysis of the vitamin D family of compounds, which has also been beneficial to analytical chemists in the pharmaceutical and food industries.

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000438

Figure 1   Basic formulae of vitamin D compounds.

## A.  Basic Formulae

Vitamin D and its metabolites are a group of 9,10-secosteroids with the basic structure shown in Figure 1. The A ring of the steroid nucleus is rotated about the C6 position. The conjugated *cis*-triene system gives rise to the characteristic UV absorption spectrum of vitamin D (molar extinction coefficient = 18,300; $\lambda_{max}$ = 264 nm; $\lambda_{min}$ = 228 nm). The $D_3$ series has a side chain derived from cholesterol; the $D_2$ series has a side chain derived from ergosterol containing an additional C22(23) double bond and a C24 methyl group.

## B.  Chemistry

Vitamin $D_2$ and vitamin $D_3$ are derived by photoirradiation from their respective 5,7-diene sterol precursors: 7-dehydrocholesterol or ergosterol. The intact sterol precursor, known as a provitamin, undergoes photolysis when exposed to UV light of wavelength 280 to 320 nm to yield a variety of photoirradiation products, the principal ones being previtamin D, tachysterol, and lumisterol, the structures of which are illustrated in Figure 2. The previtamin D undergoes spontaneous thermal rearrangements to vitamin D (8). Vitamin D has a number of other closely related isomers and derivatives that have little biological activity but can be formed during synthesis, derivatization, or handling.

The isolation and identification of the metabolites of vitamin D have been followed by a keen interest in the chemical synthesis of the D vitamins. Clinical use of these new compounds has stimulated the development of more efficient syntheses (9). A popular approach to the synthesis of vitamin D metabolites involves the preparation of a suitably hydroxylated or substituted provitamin, conversion of this to the equivalent previtamin, followed by thermal isomerisation to the vitamin D, but other sophisticated procedures have been used where the molecule is synthesised in two halves (10–13).

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000439

**Figure 2** Irradiation products of pro-vitamin D.

## C.  Pro-drugs and Analogs

### 1.  Pro-drugs

Table 1 lists some of the important pro-drugs of vitamin D. All of these compounds require a step (or more) of activation in vivo before they are biologically active. Included there is vitamin $D_2$, which is derived from the plant sterol, ergosterol, by irradiation. Since vitamin $D_2$ is found rarely in nature and is hard to detect in humans eating non-fortified foods, it can be considered to be an artificial form of vitamin D or pro-drug. Vitamin $D_2$ possesses two specific modifications of the side chain (see Table 1) but is still able to undergo the same series of activation steps as vitamin $D_3$, giving rise to 25-OH-$D_2$, $1\alpha,25$-$(OH)_2D_2$, and $24,25$-$(OH)_2D_2$. Two other pro-drugs, $1\alpha$-OH-$D_3$ and $1\alpha$-OH-$D_2$, were synthesized in the early 1970s (14,15) as alternative sources of $1\alpha,25$-$(OH)_2D_3$ and $1\alpha,25$-$(OH)_2D_2$, respectively, and in the process circumvent the renal $1\alpha$-hydroxylase enzyme, which was shown to be tightly regulated and prone to damage in renal disease.

The final compound in the list, dihydrotachysterol (DHT), has had a complex history as a pro-drug. Originally it was believed to be "active" when converted to 25-OH-DHT by virtue of an A-ring rotated through 180° such that 3β-hydroxyl function assumes a pseudo-$1\alpha$-hydroxyl position (16). The mechanism of action of DHT has become less clear with the description of the extrarenal

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000440

**Table 1**   Vitamin D Pro-drugs

| Vitamin D pro-drugs [ring structure][a] | Side chain structure (R) | Company | Possible target diseases | Mode of delivery | Reference |
|---|---|---|---|---|---|
| 1α-OH-D₃ [3] |  | Leo | Osteoporosis | Systemic | 14 |
| 1α-OH-D₂ [3] (Hectorol) |  | Bone Care Int. | Osteoporosis Hyperpara-thyroidism | Systemic | 15 |
| Dihydro-tachysterol₂ [2] |  | Duphar | Renal failure | Systemic | 16, 17 |
| Vitamin D₃ [1] |  | Various | Rickets Osteomalacia | Systemic Systemic | 46 |

[a] Ring structures are indicated by the number in brackets and refer to the structures illustrated at the top of Table 2.
*Source:* Ref. 171.

metabolism of 25-OH-DHT to 1α,25-(OH)₂DHT and 1β,25-(OH)₂DHT, two further metabolites that have greater biological activity than either 25-OH-DHT or DHT itself (17). Both these 1-hydroxylated metabolites have been demonstrated to be present in human plasma after oral administration of DHT₂ (18).

## 2. Analogs

Table 2 lists some of the most promising analogs of 1α,25-(OH)₂D₃ already approved by governmental agencies or currently under development by various industrial and/or university research groups. Since the number of vitamin D analogs synthesized approaches the hundreds, the table is provided mainly to give a flavor of the structures experimented with, the thus far worldwide nature of the companies involved, and the broad spectrum of target diseases and uses.

The first generation of calcitriol analogs included molecules with fluorine atoms placed at metabolically vulnerable positions in the side chain and resulted in highly stable and potent ''calcemic'' agents such as 26,27-F6-1α,25-(OH)₂D₃. More recently, attention has focused on features that make the molecule more susceptible to clearance, such as in calcipotriol (MC903), where a C22≡C23 double bond, a 24-hydroxyl function, and a cyclopropane ring have been introduced into the side chain or in 22-oxocalcitriol (OCT) where the 22-carbon has been replaced with an oxygen atom. Both modifications have given rise to highly promising analogs (19,20).

The C24 position is a favorite site for modification and numerous analogs

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000441

Table 2   Analogs of 1,25-(OH)$_2$D$_3$



| Vitamin D analog (Ring structure)[a] | Side chain structure (R) | Company | Possible target diseases | Mode of delivery |
|---|---|---|---|---|
| 1α,25(OH)$_2$D$_3$ [1] | | Roche, Duphar | Hypocalcemia Psoriasis | Systemic Topical |
| 26,27-F6-1α,25(OH)$_2$D$_3$ [5] | | Sumitomo-Taisho Discovery Panoderm | Osteoporosis Hypoparathyroidism Osteoporosis Psoriasis | Systemic Systemic Systemic Topical |
| 19-Nor-1α,25(OH)$_2$D$_2$ [3] | | Abbott | Hyperparathyroidism | Systemic |
| 22-Oxacalcitriol (OCT) [3] | | Chugai | Hyperparathyroidism Psoriasis | Systemic Topical |
| Calcipotriol (MC903) [3] | | Leo | Psoriasis Cancer | Topical Topical |
| 1α,25(OH)$_2$,16-ene-23-yne-D$_3$ (Ro 23-7553) [6] | | Roche | Leukemia | Systemic |
| EB1089 [3] | | Leo | Breast cancer | Systemic |
| 20-Epi-1α,25(OH)$_2$D$_3$ [3] | | Leo | Immune diseases | Systemic |
| KH1060 [3] | | Leo | Immune diseases | Systemic |
| ED-71 [4] | | Chugai | Osteoporosis | Systemic |
| 1α,24(S)(OH)$_2$D$_2$ [3] | | Bone Care International | Psoriasis | Topical |
| 1α,24(R)(OH)$_2$D$_3$ (TV-02) [3] | | Teijin | Psoriasis | Topical |
| 24-Epi-1α,25(OH)$_2$D$_2$ [3] | | Elan | Osteoporosis | Systemic |

[a] Ring structures are indicated by the number in brackets and refer to the structures given at the top of this table.

*Source*: Ref. 172.

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000442

contain 24-hydroxyl groups, e.g. $1\alpha,24(S)\text{-}(OH)_2D_2$ and $1\alpha,24(R)\text{-}(OH)_2D_3$ (21). Other analogs contain multiple changes in the side chain in combination, including unsaturation, 20-epimerization, 22-oxa replacement, homologation in the side chain, or terminal methyl groups. The resultant molecules such as EB1089 and KH1060 are attracting strong attention of researchers because of greatly increased potencies in vitro and are being pursued as possible anticancer and immunomodulatory compounds, respectively.

Few attempts have been made thus far to modify the nucleus of calcitriol. The Roche compound $1\alpha,25\text{-}(OH)_2\text{-}16\text{-ene-}23\text{-yne-}D_3$, reported to be an antitumor compound in vivo, possesses a D-ring double bond. Relatively recently, the A-ring substituted 2-hydroxypropoxy-derivative, ED71, has been tested as an antiosteoporosis drug. The Abbott compound, 19-nor-$1\alpha,25\text{-}(OH)_2D_3$, lacks a 19-methylene group and is styled upon the in vivo active metabolite, $1\alpha,25\text{-}(OH)_2DHT$, formed from dihydrotachysterol (18), which retains biological activity though the C19 methylene is replaced by a C19 methyl. Many other compounds have been developed with rigid or altered *cis*-triene structures (22) or modifications of the $1\alpha\text{-}$, $3\beta\text{-}$, or 25-hydroxyl functions not for the purpose of developing active molecules for use as drugs but in order to allow us to establish minimal requirements for biological activity in structure activity studies (23,24).

## D. Biochemistry and Metabolism

Vitamin $D_3$ can be synthesized in the skin or derived from dietary sources. Skin synthesis of vitamin $D_3$ from 7-dehydrocholesterol involves a previtamin D intermediate (Fig. 2), is a nonenzymatic process involving light and heat, and therefore can be mimicked in the test tube. Once the previtamin D is formed in the upper layers of the skin as the result of the reaction of ultraviolet light, it filters down to the lower layers where it is slowly transformed thermally into vitamin $D_3$. Vitamin $D_3$ and its metabolites are primarily hydrophobic and thus require a transport protein to be carried in the aqueous environment of the bloodstream. A specific globulin known as vitamin D binding protein or DBP exists for the purpose of transporting vitamin $D_3$ from the skin to the liver for the first step of activation; to carry its initial product, 25-hydroxyvitamin $D_3$ (25-OH-$D_3$) to the kidney for the second step of activation, and also to carry the active form, $1\alpha,25\text{-}(OH)_2D_3$, to its sites of action.

Vitamin D from skin or dietary sources does not circulate for long in the bloodstream, but instead is immediately taken up by adipose tissue or liver for storage or activation. In humans, tissue storage of vitamin D can last for months or even years. Ultimately, the vitamin $D_3$ undergoes its first step of activation, namely 25-hydroxylation in the liver (Fig. 3). Over the years there has been some controversy over whether 25-hydroxylation is carried out by one enzyme or two and whether this cytochrome P450-based enzyme is found in the mitochondrial or microsomal fractions of liver (25). Currently, only one of these enzymes, the

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000443

**Figure 3**  Metabolism of vitamin $D_3$.

mitochondrial form, has been purified to homogeneity, subsequently cloned from several species, and studied in any detail (26–28). The cytochrome P450 involved is known as CYP27 or P450c27 because it is a bifunctional cytochrome P450 which in addition to 25-hydroxylating vitamin $D_3$ also carries out the side-chain hydroxylation of intermediates involved in bile acid biosynthesis. Even though 25-hydroxylation of vitamin $D_3$ has been clearly demonstrated in cells transfected with CYP27, there is still some scepticism in the vitamin D field that a single cytochrome P450 can explain all the metabolic findings observed over the past two decades of research. These unexplained observations include:

1.  Using the perfused rate liver, Fukushima et al. (29) demonstrated two 25-hydroxylase enzyme activities: a high-affinity, low-capacity form (presumably microsomal) and a low-affinity, high-capacity form (presumably mitochondrial; CYP27).

2.  Regulation, albeit weak, of the liver 25-hydroxylase in animals given normal dietary intakes of vitamin D after a period of vitamin D deficiency (30) is not explained by a transcriptional mechanism since the gene promoter of CYP27 lacks a VDRE.

3.  No obvious 25-OH-$D_3$ or $1\alpha,25$-(OH)$_2$D$_3$ deficiency in patients suffering from the genetically inherited disease cerebrotendinous xanthomatosis, where CYP27 is mutated. Although a subset of these patients can suffer from osteoporosis, this is more likely due to biliary defects leading to altered enterohepatic circulation of 25-OH-$D_3$ (31).

4.  CYP27 does not appear to 25-hydroxylate vitamin $D_2$.

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000444

Very recently, a pig liver microsomal 25-hydroxylase was purified to homogeneity and subsequently cloned (32). However, it remains to be seen if this cytochrome P450, which belongs to the CYP2D family has a human counterpart, represents a physiologically important enzyme in vivo and therefore explains the list of anomalous findings listed above. One thing that the existence of CYP27 does explain is the occasional reports of extrahepatic 25-hydroxylation of vitamin $D_3$ (33). CYP27 mRNA has been detected in a number of extrahepatic tissues including kidney and bone (osteoblast) (34,35). The product of the 25-hydroxylation step, 25-OH-$D_3$, is the major circulating form of vitamin $D_3$ and in humans is present in plasma at concentrations in the range 10 to 40 ng/mL (25 to 125 nM). The main reason for the extended plasma half-life of 25-OH-$D_3$ is its strong affinity for DBP. Serum levels of 25-OH-$D_3$ therefore represent a measure of the vitamin D status of the animal in vivo and the analyst is obliged to provide efficient and sensitive assays for its measurement.

25-Hydroxyvitamin $D_3$ is converted to the active form of vitamin D known as calcitriol or $1\alpha,25$-dihydroxyvitamin $D_3$ ($1\alpha,25$-$(OH)_2D_3$). The second step of activation, $1\alpha$-hydroxylation, occurs in the kidney (36), and the synthesis of $1\alpha,25$-$(OH)_2D_3$ in the normal nonpregnant mammal appears to be the exclusive domain of that organ. The main evidence for this stems from clinical medicine where patients with chronic renal failure exhibit frank rickets or osteomalacia due to deficiency of $1\alpha,25$-$(OH)_2D_3$ caused by lack of $1\alpha$-hydroxylase, a situation that is reversible by $1\alpha,25$-$(OH)_2D_3$ administration. As the result of a tremendous amount of attention over the past two decades, the cytochrome P450, CYP1$\alpha$, representing the $1\alpha$-hydroxylase enzyme, was finally cloned from a rat renal cDNA library by St Arnaud's group in Montreal (37,38). This was rapidly followed by cloning of cDNAs representing mouse and human CYP1$\alpha$ (37,39,40) as well as the human and mouse genes (37,40-42). It had been known for some time that the kidney mitochondrial $1\alpha$-hydroxylase enzyme comprises three proteins: a cytochrome P450, ferredoxin, and ferredoxin reductase for activity and is strongly downregulated by $1\alpha,25$-$(OH)_2D_3$ and upregulated by PTH (43,44). The promoter for the CYP1$\alpha$ gene appears to contain the necessary regulatory elements (CREs) necessary to explain the observed physiological regulation at the transcriptional level. There had been claims that CYP27 can catalyse $1\alpha$-hydroxylation (34), but the physiological relevance of these observations must now be in question following the finding of the new cytochrome P450 by St Arnaud et al. (37). There is little doubt that CYP1$\alpha$ is important since its human gene colocalizes (37,42,45) to the chromosomal location of vitamin D dependency rickets type I (VDDR-I), a human disease state first proposed to be due to a mutation of the $1\alpha$-hydroxylase 25 years ago (46).

Over the past 20 years, it has been suggested that there are several physiological or pharmacological situations in which an extrarenal $1\alpha$-hydroxylase activity may exist. Placental $1\alpha$-hydroxylase was reported (47) but has proved to be difficult to purify and there have been suggestions that the activity may be

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000445

artifactual. Adams and Gacad (48) have demonstrated the existence of a 25-OH-$D_3$-1$\alpha$-hydroxylase in sarcoid tissue and this poorly regulated enzyme results in elevated plasma 1$\alpha$,25-$(OH)_2D_3$ levels which in turn cause hypercalciuria and hypercalcemia in sarcoidosis patients. The induction of this 1$\alpha$-hydroxylase in macrophages by cytokines and other growth factors has been postulated but its role, if any, in normal macrophages is unknown. The availability of molecular probes for the renal CYP1$\alpha$ has made it possible to detect this cytochrome and should now allow for exact characterisation of these various extrarenal 1$\alpha$-hydroxylase activities. Indeed Jones et al. (210) have cloned the enzyme from human colon and lung sources and report the same sequence for extrarenal sources as the renal enzyme. The emphasis has now turned to the regulation of the CYP1$\alpha$ in renal and extrarenal sites in order to establish their physiological roles.

Irrespective of where 1$\alpha$,25-$(OH)_2D_3$ is synthesized, as the sole hormonal form it represents the molecule which transduces the biological response inside vitamin D target cells. The physiological functions of 1$\alpha$,25-$(OH)_2D_3$ are usually divided into (1) *classical roles*, which include the regulation of blood calcium and phosphate concentrations by actions at intestine, bone, and kidney; and (2) *nonclassical roles*, which include cell differentiation and antiproliferative actions on various cell lines, especially bone marrow (preosteoclast and lymphocyte), skin, and intestine. Though most of the classical physiological actions of vitamin D have been known from the early part of this century when dietary vitamin D deficiency was first demonstrated, the nonclassical roles have only emerged from more subtle studies involving experiments probing the mechanism of action of vitamin D at the molecular level.

All of these physiological functions of vitamin D are now known to be achieved largely through a steroid hormone-like mechanism involving a nuclear vitamin D receptor (VDR) which specifically regulates the transcription of vitamin D-dependent genes coding for proteins which in turn regulate cellular events such as intestinal calcium transport and cell division. In the steroid hormone model 1$\alpha$,25-$(OH)_2D_3$ enters the cell by crossing the plasma membrane in a free form and binds strongly to the VDR inside the nucleus ($K_d = 2 \times 10^{-10}$ M). The liganded or occupied VDR specifically targets only vitamin D-dependent genes by interacting with a specific sequence found upstream of the vitamin D-depending gene. The sequence, known as a vitamin D responsive element (VDRE), is a tandem repeating oligonucleotide of six base pairs containing a 3-nucleotide spacer which is situated normally around 400 to 500 base pairs upstream of the 5′ end of the vitamin D-responsive gene. A consensus VDRE, AGGTCAnnnAG-GTCA, is found in the rat and human osteocalcin genes, the rat calbindin-9K gene, and the mouse osteopontin gene, whereas more complex elements are found in the collagen type I gene and the pre-pro-PTH gene where they play a negative or suppressive role. Recent research has shown that VDR requires a heterodimeric partner called the retinoid X receptor (RXR) to transactivate genes. The current

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000446

model suggests that occupied RXR-VDR dimer binds to the VDRE triggering a protein conformational change in the AF-2 domain of the C-terminus of the VDR which allows recruitment of positive transcription factors and/or shedding of transcriptional inhibitory factors which lead to increased formation of a transcription initiation complex and an increased rate of gene transcription. Figure 4 gives some idea of the complexity of this mechanism and the number of specific and general transcription factors involved.

Knowledge of the widespread distribution of the VDR protein in different tissues besides the classical targets of bone, intestine, and kidney encouraged researchers to look for other vitamin D–dependent processes. This was reinforced by the reports of disparate effects of vitamin D and its analogs and changes brought about in biological systems in vitro and nonclassical tissues in vivo. Though it is not always clear if these effects are physiological or pharmacological, these observations have certainly broadened our view of vitamin D. The molecular approach has also strengthened the case that vitamin D is more than a calcemic hormone. VDRE-containing genes now number around 50 or more, suggesting that vitamin D through $1\alpha,25\text{-}(OH)_2D_3$ and VDR may regulate many physiological processes besides intestinal calcium absorption, bone resorption, and bone matrix protein formation. Our view is that skin differentiation, immuno-



**Figure 4**  Working model for transcriptional control by $1,25\text{-}(OH)_2D_3$. (From Ref. 199, where further details can be obtained.)

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000447

suppression, and osteoclast recruitment are all processes significantly affected by vitamin D. Now that VDR knockout mice have been bioengineered, we can look forward to dissecting even more of the secrets of vitamin D at the molecular level (e.g., the role of vitamin D in reproduction since VDR knockouts have defective uterine development).

24-Hydroxylation of both 25-OH-D$_3$ and 1α,25-(OH)$_2$D$_3$ has been shown to occur in vivo to give rise to 24R,25-(OH)$_2$D$_3$ and 1α,24,25-(OH)$_3$D$_3$, respectively (49,50). The importance of this step has been immersed in controversy since it has been claimed that 24-hydroxylated metabolites might play a role in bone mineralization (51,52), and egg hatchability (53). Experimental evidence favors a different function for 24-hydroxylation—attenuation of calcitriol signal in target cells. This concept comes from four main lines of evidence:

1. The level of 24,25-(OH)$_2$D$_3$ does not appear to be regulated, reaching >100 ng/mL in hypervitaminotic animals (54).

2. There is no apparent 24,25-(OH)$_2$D$_3$ receptor similar to VDR within the steroid receptor superfamily.

3. Synthesis of vitamin D analogs blocked with fluorine atoms at the various carbons of the side chain (e.g., 24F$_2$-1α,25-(OH)$_2$D$_3$) results in molecules with the *full* biological activity of vitamin D in vivo.

4. 24-Hydroxylation appears to be the first step in a degradatory pathway demonstrable in vitro (35,56) (Fig. 3), which culminates in a biliary excretory form, calcitroic acid, observed in vivo (57).

The 25-OH-D$_3$-24-hydroxylase was originally characterized as a P450-based enzyme over 20 years ago (58) and more recently the cytochrome P450 species was purified and cloned by Okuda's group (59). The enzyme appears to 24-hydroxylate both 25-OH-D$_3$ and 1α,25-(OH)$_2$D$_3$, the latter with a 10-fold higher efficiency (60,61). However, since the circulating level of 25-OH-D$_3$ is ~1000 times higher than 1α,25-(OH)$_2$D$_3$, the role of the enzyme in vivo is not clear. The enzyme, particularly the renal form, which appears to be expressed at high constitutive levels in the normal animal, may be involved in the inactivation and clearance of excess 25-OH-D$_3$ in the circulation (54). On the other hand, the 24-hydroxylase may be involved in target cell destruction of 1α,25-(OH)$_2$D$_3$, especially since 1α,25-(OH)$_2$D$_3$ is a very good substrate for the 24-hydroxylase. Using a variety of cell lines representing specific vitamin D target organs (intestine: CaCo2 cells; osteosarcoma: UMR-106 cells; kidney: LLC-PK1 cells; keratinocyte: HPK1A and HPK1A-ras) a number of researchers have shown that 24-hydroxylation is the first step in the C24 oxidation pathway, a five-step, vitamin D–inducible, ketoconazole-sensitive pathway which changes the vitamin D molecule to water-soluble truncated products such as calcitroic acid (see Fig. 2) (56,57). In most biological assays, the intermediates and truncated products of this pathway possess lower or negligible activity. Furthermore, many of these

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000448

compounds have little or no affinity for DBP, making their survival in plasma tenuous at best. The recent cloning of the cytochrome P450 component (CYP24) of the 24-hydroxylase enzyme has led to detection of CYP24 mRNA in a wide range of tissues, corroborating the earlier studies reporting widespread 24-hydroxylase enzyme activity in most if not all vitamin D target cells.

Additional studies have shown that mRNA transcripts for CYP24 are virtually undetectable in naïve target cells not exposed to $1\alpha,25\text{-}(OH)_2D_3$ but increase dramatically by a VDR-mediated mechanism within hours of exposure to $1\alpha,25(OH)_2D_3$ (62). In fact, the promoters of both human and rat CYP24 genes possess a double VDRE which has been shown to mediate the vitamin D inducibility of CYP24 enzyme in both species. It is therefore attractive to propose that not only is 24-hydroxylation an important step in inactivation of excess 25-OH-$D_3$ in the circulation but it is also involved in the inactivation of $1\alpha,25\text{-}(OH)_2D_3$ inside target cells. As such, one can hypothesize that C24 oxidation is a target cell attenuation or desensitization process which constitutes a molecular switch (see Fig. 5) to turn off vitamin D responses inside target cells (63). The recent development of CYP24 knockout animals (64,65) resulting in hypercalcemia, hypercalciuria, nephrocalcinosis, and premature death in 50% of null animals seems to support this hypothesis. On the other hand, surviving animals have unexplained changes in bone morphology which could suggest an alternative role for 24-hydroxylase in bone mineralization (64,65). These surviving CYP24 null animals might also be useful in demonstrating the importance of proposed backup systems such as 26,23-lactone formation to vitamin D catabolism. Calcitroic acid, the final product of $1\alpha,25\text{-}(OH)_2D_3$ catabolism, is probably not synthesized in



**Figure 5**   CYP24 as an attenuator of calcitriol signal in target cells.

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

liver because C24 oxidation does not occur in hepatocytes and therefore must presumably be transferred from target cells to liver via some plasma carrier. Though calcitroic acid has been found in various tissues in vivo (63), details of its transfer to bile have not been elucidated.

Many other vitamin D metabolites have been reported over the years but most are not much more than metabolic idiosyncrasies with little biological importance. The analyst should be familiar with a few of these because they can become quite abundant in certain biological samples, particularly those from animals given large doses of vitamin D, its metabolites, or analogs. Included in these is 25,26-$(OH)_2D_3$, which was the first dihydroxylated metabolite to be identified in the late 1960s (24) and yet is still the most poorly understood. The metabolite is readily detectable in the plasma of animals given in large doses of vitamin $D_3$ and it retains strong affinity for DBP (66). However, its biological activity is inferior to other endogenous vitamin D compounds and it is presumed to be a minor catabolite. The knowledge that CYP27 is involved in vitamin $D_3$ inactivation, and that 26(27)-OH-$D_3$ and $1\alpha$,27(OH)$_2D_3$ are formed from vitamin $D_3$ and $1\alpha$-OH-$D_3$ respectively in CYP27 transfection systems (27), when taken together suggests that 26(27)-hydroxylation may be a consequence of errant side chain hydroxylation.

The most abundant 26-hydroxylated analog appearing in vivo is the 26,23-lactone derivative of 25-OH-$D_3$, 25-OH-$D_3$-26,23-lactone, which accumulates in hypervitaminotic animals in vivo because of its extremely strong affinity for DBP (67). The route of synthesis of this metabolite is depicted in Figure 6 and research



25-OH-$D_3$

23,25-$(OH)_2D_3$

25-OH-$D_3$-23,26-lactone

23,25,26-$(OH)_3D_3$

**Figure 6**   Biosynthesis of 25-OH-$D_3$-23,26-lactone (only C and D rings and side chain illustrated).

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

**Table 3**  Vitamin D and Its Natural Metabolites

| Vitamin D metabolites [ring structure][a] | Side chain structure (R) | Site of synthesis | Relative VDR-binding affinity[b] | Relative DBP-binding affinity[c] | Reference |
|---|---|---|---|---|---|
| Vitamin $D_3$ [1] | | Skin | ≤0.001 | 3,130 | |
| 25-OH-$D_3$ [1] | | Liver | 0.1 | 66,800 | 1 |
| $1\alpha,25$-(OH)$_2$$D_3$ [3] | | Kidney | 100 | 106 | 34 |
| 24(R),25-(OH)$_2$$D_3$ [1] | | Kidney | 0.02 | 33,900 | 173 |
| $1\alpha,24(R),25$-(OH)$_3$$D_3$ [3] | | Target tissues[d] | 10 | 21 | 50 |
| 25(S),26-(OH)$_2$$D_3$ [1] | | Liver? | 0.02 | 26,800 | 66 |
| 25-OH-$D_3$-26,23-lactone [1] | | Kidney | 0.01 | 250,000 | 67 |

[a] Ring structures are indicated by the number in brackets and refer to those structures illustrated at the top of Table 2.
[b] Values reproduced from previously published data (201).
[c] Values reproduced from previously published data (202).
[d] Known target tissues include intestine, bone, kidney, skin, and the parathyroid gland.
*Source:* Ref. 171.

indicates that 26-hydroxylation follows 23-hydroxylation in this process (68). The site of this synthesis is probably extrahepatic, suggesting the existence of extrahepatic 26-hydroxylation. The recent evidence (69,70) that CYP24 carries out 23- as well as 24-hydroxylation of certain analogs raises the possibility that CYP24 may also be involved in 26,23-lactone formation. The role of 25(OH)$D_3$-26,23-lactone or its $1\alpha,25$-(OH)$_2$$D_3$ counterpart, which has also been reported (70a), are currently unknown. It is presumed that 26,23-lactone formation represents a backup degradatory pathway for 25-OH-$D_3$ and/or $1\alpha,25$-(OH)$_2$$D_3$. Studies with CYP24 knockout mice should test this hypothesis. Table 3 summarizes some of the pertinent biological properties of the common metabolites.

## II.  ANALYSIS

### A.  Introduction

The analysis of vitamin D and its metabolites is worthy of attention for many reasons. The measurement of the level of vitamin D metabolites provides impor-

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000451

tant knowledge about the etiology, pathogenesis, and treatment of diseases involving disturbances of calcium and phosphorus metabolism. The analysis of vitamin D compounds in drug formulations, such as multivitamin tablets, injectable solutions, and new metabolite preparations, is required to ensure purity, stability, and potency of the compounds. There is at present tremendous interest in elucidating the full details of the metabolism and mode of action of vitamin D. The need for unequivocal identification of increasing numbers of metabolites in animals studies in vivo and in vitro is placing increased demands on the resolving capabilities of modern chromatographic techniques and the sensitivity of detection and measurement.

Part of the interest in the study of vitamin D stems from the availability of pure radioisotopically labeled derivatives of vitamin D and its metabolites and chemically synthesized metabolites. Present techniques of quality control can accurately determine purity and specific activity in radioactively labeled vitamin D, and chemical synthesis has been greatly aided by chromatographic techniques able to resolve stereoisomers of vitamin D, analogs, and metabolites (e.g., 71,72). Last but not least, the food and pharmaceutical industries have now introduced liquid chromatographic- and LC-MS methods for vitamin D analysis of pharmaceutical preparations and vitamin D–supplemented human foods. Infant milk formulas and margarine provide the analyst with the task of measuring nanogram quantities of vitamin D in a matrix containing milligram or gram quantities of fat. Animal feeds also contain added vitamin D. It is likely that if vitamin D metabolites are to be used in the beef and dairy science industry on any major scale, there will be a need for accurate methods for the analysis of vitamin D and its metabolites in tissues and milk.

In this chapter we intend to concentrate on the use of LC and LC-MS methods for the analysis of vitamin D metabolites and analogs in biological fluids and in vitro cell cultures. The methodology used for these analyses does, however, have wider applications. Gas chromatography is no longer used for analysis unless attached to a mass spectrometer and thus GC-MS will be considered later on in this chapter as a means of method validation. The need for sample preparation, extraction, concentration, and partial purification prior to final analysis naturally depends upon the nature of the sample matrix and the methods of quantitation used. Minimal prepurification is required for concentrated samples of synthetic vitamin D compounds during chemical synthesis. At the other extreme, the analysis of vitamins $D_2$ and $D_3$ in foodstuffs involves saponification, extraction, and concentration prior to quantitation. The analysis of trace quantities of vitamin D metabolites, such as $1,25\text{-}(OH)_2D_3$, in human plasma requires the extraction of picogram quantities, purification by column chromatography, and finally, radioligand assay. Much attention has been paid to sample preparation, as a significant reduction in analysis time can be achieved by optimizing purification procedures.

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000452

Like all steroids, vitamin D and its metabolites are usually analysed in three stages, all of which are dependent on each other: [1] extraction of the metabolite of interest from the biological matrix; [2] separation of the metabolite of interest from other metabolites of vitamin D, other steroids, or nonspecific material which may interfere in stage 3; and [3] quantitation.

Clearly the specificity of stage 3, the method of quantitation chosen for a particular metabolite, will have a profound influence on the necessity for and extent of the prepurification required before quantitation. The development of immunoassays for steroid hormones has been extremely successful and many immunoassays are now available which can be carried out directly on plasma or on sample plasma extracts (73). Unfortunately the development of immunoassays for vitamin D and its metabolites has inexplicably not been so successful, and all such immunoassays require extensive prepurification before quantitation in order to achieve acceptable accuracy. Stage 3 does not end when an acceptable figure for the concentration of the analyte or analytes concerned is obtained. It is also necessary to show that the procedure used for quantitation, taken in conjunction with any preparatory purification, is precise (that is to say replicate measurements are close to the mean value—a coefficient of variation [CV] of <10%) and that the analytical result is accurate.

Accuracy implies that the measured concentration of the analyte is solely due to the analyte itself and not to closely related compounds or nonspecific interference. The assessment of accuracy is extremely difficult since there are seldom definitive methods available for vitamin D metabolites which enable this parameter to be measured. A number of devices have been used which purport to assess accuracy, such as addition of pure analyte and the demonstration of quantitative recovery and dilution of sample. In some instances such procedures do demonstrate deficiencies in the original analytical result, but even if recovery of pure standard is quantitative and/or dilution experiments are satisfactory, accuracy is not always guaranteed.

It seems to us that the only method available for the assessment of accuracy is by comparison to a definitive method, which is generally accepted to be isotope dilution mass spectrometry (74). Such methods are not widely available for vitamin D metabolites but will be discussed later on in this chapter. The use of such methodology is also subject to criticism in that the "definitive" GC-MS procedure may itself be flawed. It may be necessary in stage 3 to demonstrate the identity of the analyte, which can be done by a number of physicochemical means (such as UV and/or infrared spectra, nuclear magnetic resonance [NMR], mass spectrometry, etc.). These techniques have been reviewed (7) and will be dealt with later on in this chapter only insofar as they pertain to the solution of this problem in the field of vitamin D. There are a number of published reviews of vitamin D methodology which deal with both the early methodology and more recent developments (6,7,75–82).

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000453

## B. Extraction

### 1. Solvent Extraction

Since vitamin D and its metabolites are fat-soluble sterols, partition into organic solvents provides significant purification by removal of water-soluble contaminants. Solvent systems for extraction fall into two basic categories (see Table 4): [1] total lipid extraction, for example, methanol-chloroform-water (2:1:0:8) (83) or ethanol-water (9:1) (84), and [2] selective lipid extraction, for example, ether, ethylacetate-cyclohexane (1:1), hexane, dichloromethane, or hexane-isopropanol (1:2).

Clearly, though solvents in the second class are desirable to minimize contamination of vitamin D extract, they pose problems in that they tend to provide efficient extraction for one particular metabolite or group of metabolites (e.g., the dihydroxylated metabolites) and poorly extract those of a different polarity. When simultaneous analysis of several vitamin D metabolites with a wide range of polarities is required, a total lipid extraction (83) may be necessary. The high efficiency of the Bligh and Dyer technique (83) for total lipid extraction (i.e., methanol:chloroform 2:1, v/v) is probably due to the formation of a monophasic dispersion of sample in extracting solvent, followed by return to the classic two-phase system by addition of extra chloroform and saturated KCl. All hydroxylated nonacidic vitamin D metabolites can be extracted quantitatively by this technique.

Substitution of methylene chloride for chloroform avoids the known carcinogenicity of chloroform and reduces evaporation times by taking advantage of the lower boiling point of methylene chloride. The use of ethanol is a rapid method for precipitation of protein and extraction of vitamin D metabolites but

**Table 4** Extraction Procedures for Vitamin D and Its Metabolites

| Solvent | Metabolite | Ref. |
|---|---|---|
| Methanol-chloroform (2:1) | General | 83 |
| Methanol-methylene chloride (2:1) | General | 174 |
| Ethyl acetate-cyclohexane (1:1) | General | 85 |
| Hexane-isopropanol (1:2) | General | 86 |
| Ethanol | D, 25-OH-D | 175 |
| Ethanol:water (9:1) | General | 84 |
| Hexane (after saponification) | D | 176 |
| Ether | 25-OH-D | 177 |
| Methanol:water (Sep-Pak) | 25-OH-D | 93 |
| Dichloromethane | $24,25\text{-}(OH)_2D_3$ | 89 |
|  | $1,25\text{-}(OH)_2D_3$ |  |
| Dichloromethane on Extrelut | $24,25\text{-}(OH)_2D_3$ | 90 |
|  | $1,25\text{-}(OH)_2D_3$ |  |

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000454

becomes increasingly impractical as sample volumes exceed 1 mL. The Bligh and Dyer method (83) is particular useful for total extraction from cell culture medium, where the lipid content is so low and thus subsequent HPLC column overloading is not a significant issue.

Two-phase liquid-liquid extraction of samples is the preferred choice of sample preparation in the majority of applications. Vitamin D and its photoisomers are relatively nonpolar and can be extracted with hexane and other low-polarity solvents, provided the matrix is broken down by saponification, etc. Acid hydrolysis must be avoided due to the tendency to dehydrate the 1-hydroxyl and to give rise to isomerization. In the biochemical areas of analysis, all types of saponification are avoided, chiefly because of concern about the stability of vitamin D metabolites but also because of lack of convenience. More polar solvents, such as modified hexane mixtures, cyclohexane-ethyl acetate (1:1) (85), hexane-isopropanol (1:2) (86), or hexane-isopropanol-n-butanol (93:3:4) (87), are employed for the extraction of metabolites of vitamin D and to break protein-bound vitamin D complexes. Horst et al. (88) use ether followed by methanol-methylene chloride (1:3) in a lengthy but ingenious attempt to analyze a series of vitamin $D_2$ and $D_3$ metabolites simultaneously. Care must be taken when using ether, since this solvent may contain peroxides that can react with the *cis*-triene of vitamin D. Methylene chloride is frequently used for the extraction of 24(R),25-$(OH)_2D_3$ and 1,25-$(OH)_2D_3$ from plasma. Though the use of methylene chloride was originally as a two-phase system with plasma (89), one modification is to adsorb the plasma onto Kieselguhr packed in a column (commercial version, Extrelut, Merck, Darmstadt, Germany) and elute by passing methylene chloride through the column (90). A total of 80% to 90% extraction of both dihydroxylated metabolites is obtained, and the amount of lipid extracted is so small as to make additional cleanup steps unnecessary. An additional postextraction prechromatographic step that can be used is to backwash the extract with a low-ionic-strength, weakly basic (pH 9 to 10) buffer, such as phosphate. This tends to remove any acidic lipid components poorly ionized at neutral pH levels. It is often possible to avoid this wash by extracting from alkaline medium.

## 2. Solid-Phase Extraction and Prepacked Cartridges

The use of an inexpensive, disposable, gravity flow minicolumn as a penultimate step prior to LC serves several useful purposes:

1. It protects the expensive LC column from lipid, particulate matter, etc.
2. It eliminates remaining neutral and highly polar lipid contaminants, further reducing the lipid load applied to the LC.
3. It can be used to fractionate the vitamin D metabolites into major classes for subsequent analysis using different solvent systems.
4. It can serve as a support for solid-phase extractions.

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000455

Minicolumns have disadvantages, too:

1.   Batch-to-batch and manufacturer-to-manufacturer variability, requiring frequent calibration checks.

2.   The minicolumn sometimes provides unwanted resolution of $D_2$ and $D_3$ metabolites, particularly when using Sephadex-H20 and hydroxyalkoxypropyl Sephadex (HAPS), giving misleading results when using radioactive vitamin D metabolites as internal standards, unless larger fractions are collected to include both $D_2$ and $D_3$ metabolites.

3.   Losses can occur without achieving any substantial purification of the sample.

4.   Adsorbents used in the minicolumns can be dirty and introduce interference into subsequent analyses.

It is fair to say that many of these disadvantages of minicolumns have been overcome with the introduction of prepacked cartridges, particularly those based upon the syringe-type minicolumn. On balance then, the advantages of such cartridges outweigh the disadvantages and their introduction has revolutionized sample preparation, streamlining the procedures greatly and in some clinical assays eliminating the need for HPLC altogether (91). Cartridges have largely replaced the use of liquid-liquid extraction since they can act as a solid-phase extraction surface in the same way that Extrelut was used a decade ago. Cartridges can also be used as a separation tool to resolve vitamin D and its metabolites. They can be used for a combination of solid-phase extraction and separation procedures (82,97).

Cartridges are now available in a number of different chemistries ranging from straight-phase packings such as silica to exotic bonded phase packings (e.g., C18, or octadecasilane). An increasing number of different packing materials is becoming available from the manufacturers (AnalytChem and Waters), but the full use of these different packings has yet to be fully realized in the vitamin D field. Present-day procedures focus mainly on use of silica and C18 packings. For extraction of vitamin D, its analogs, and their metabolites C18 or ODS-bonded silica cartridges are the method of choice. Sep-Pak C18 is the reversed-phase analog of the silica cartridge and uses a bonded octadecasilane (C18) phase. It can also be used to fractionate plasma in the reverse manner to that described by Adams et al. (92). Dabek et al. (93), Turnbull et al (94), and Fraher et al. (95) have developed methods for $25\text{-OH-}D_2$ and $25\text{-OH-}D_3$ using Sep-Pak C18 for both extraction (94,95) and preliminary purification (93) of the sample. The method of Dabek et al. (93) utilizes the properties of methanol both as an extraction solvent and as a mobile phase. However, these procedures did not extract the parent compound, vitamin D. Hollis and Frank (96) described a technique that does remove vitamin D from serum or plasma using a modified solid-phase extraction technique.

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000456

Further investigation into the utility of ODS-bonded silica cartridges has led to a procedure that has been described as "phase switching" (97). This procedure uses a concept by which solid-phase extraction and subsequent normal-phase separation of vitamin D metabolites can be performed on a single cartridge. This study by Hollis (97) demonstrated that the type of ODS-microsilica packing used greatly affects the resolution one achieves with respect to metabolites of vitamin D. This concept is displayed in Figure 7. Using a fully end-capped ODS-silica cartridge results in little resolution between $24,25-(OH)_2D_3$ and $1,25(OH)_2D_3$ (Fig. 7A). However, using a partially end-capped ODS-silica material (ODS-OH), excellent resolution is achieved between these two important vitamin $D_3$ metabolites (Fig. 7B) (98), but it will be noted that using ODS-OH cartridges the resolution previously achieved between $25-OH-D_3$ and $24,25-(OH)_2D_3$ is lost. However, such a system has proved very useful in the purification of $1,25-(OH)_2D_3$ prior to radioligand assay (91) and is now available as part of a commercial assay (Diasorin Ltd., Wokingham, Berks., U.K.; formerly Incstar Inc.). Other reversed-phase-type silica cartridges ($-NO_2$) have been used to separate $25-OH-D_3$ and $1,25-(OH)_2D_3$ (99). Straight-phase cartridges can thus be used to provide a convenient and simple method for preliminary separation of metabolites into different polarity fractions. Today further analysis is mainly accomplished by the use of HPLC.

Sep-Pak SIL cartridges (Waters Associates, Milford, MA) use high-efficiency silica particles and offer minimal variability. These cartridges have been used by Hollis and colleagues (100) to demonstrate the lack of vitamin D sulfate in human milk, and by Adams et al. (92) to fractionate classes of vitamin D metabolites in human plasma. Evaluations of the use of Sep-Pak SIL as a means of preliminary fractionating vitamin D and its metabolites have been published (92,101). Hollis et al. (100) demonstrated the use of these cartridges for the rapid separation of vitamin D and vitamin D sulfate. The plastic coating of the Sep-Pak is made of virgin polyethylene with minimal or zero amounts of plasticizers. Early versions of the Sep-Pak SIL were not completely devoid of UV-absorbing impurities, and as a result numerous interfering peaks were introduced into the sample during "purification." Leaching may still occur from Sep-Paks with chlorinated hydrocarbons. Bond-Elut cartridges, on the other hand, are encased in surgical-grade polypropylene and leaching of plastics into the solvents has not been a problem. This issue becomes of great importance when using subsequent sensitive analytical techniques such as HPLC. In our hands, the separation of vitamin D metabolites on a Waters silica Sep-Pak cartridge is inferior to that achieved using the higher-quality microsilica supplied by Analytichem International as Bond-Elut cartridges (Fig. 8).

Immunoaffinity extraction has been used in the steroid field for some considerable time (102) but has only recently been introduced as part of methods for the analysis of vitamin D metabolites (103–105). Such systems involve the

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000457





**Figure 7** Elution of radiolabeled vitamin $D_3$ metabolites from (A) an ODS-BOND-ELUT cartridge and (B) an ODS-BOND-ELUT-OH cartridge. (From Refs. 96 and 98.)

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000458



**Figure 8**  Elution profiles of radiolabeled vitamin $D_3$ and its metabolites on a silica BOND-ELUT cartridge. Each bar represents the amount of radioactivity in 2 mL eluent during batch elution with various mixtures of isopropanol in methylene chloride or hexane. (From Ref. 96.)

covalent linking of antibodies to the analyte of interest to column support material (e.g., Sepharose). As binding to the immunosorbent occurs in the aqueous phase, solvent extracts of the matrix must be redissolved in aqueous ethanol (10% ethanol) before application to the column containing the immunosorbent (105). A commercially available immunoextraction system for $1,25\text{-}(OH)_2D_3$ in plasma delipidates with dextran sulfate and magnesium chloride prior to application to cartridges containing a solid-phase monoclonal antibody (103). The bound analyte is then eluted from the column. The specificity of extraction using such procedures is of course directly related to the specificity of the antibody used for this purpose which should ideally be a different antibody to that used for the quantitation.

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000459

## C. Separation

### 1. General Considerations

One of the most common problems with LC is the presence of particulate matter in the samples for injection. Unchecked, this ultimately leads to clogging of the injector or, worse, the inlet frit of the column. Changing of the inlet frit of the column is a procedure to be avoided by the inexperienced chromatographer if possible, since, unless great care is taken, disturbance of the bed may occur, in which case column efficiency may be reduced. Thus, filtering of samples prior to injection is recommended. Various chromatographic companies now sell a variety of filtration kits for clarification of samples before HPLC. These feature 0.45 µm filters made of solvent-resistant materials (e.g., Teflon or PTFE) and suction or centrifugation to facilitate passage of solvent through the filter. Alternatively, samples for LC analysis can be transferred to a 5-mL conical screw-capped vial (Reactivial; Pierce Chemical Co., Rockford, Il.) and centrifuged at low speed (around 500g for 5 min), although this is not always a completely satisfactory procedure.

LC analysis of vitamin D is now the method of choice, as over the last 15 years tremendous improvements in LC instrumentation have been made. Major advances have been made in pump technology which allow precise generation of isocratic and gradient solvent systems giving highly reproducible HPLC profiles. In addition, the improvement in automatic injection systems and the recent availability of automatic solid-phase cartridge injection systems make the introduction of the sample into the HPLC system more consistent, and the cartridge injection system negates the need for sample elution from the solid-phase extractant prior to LC, with all its attendant problems. In addition, improvements in detector sensitivity and column particle technology have made possible the detection of as little as 1 ng vitamin D under ideal conditions. Extra column peak broadening has been minimized by the design of eddy-free flow connectors and injectors and use of minimum dead-space tubing. While the modular approach to HPLC of the 1980s had its advantages, modern HPLC equipment is now increasingly marketed as an integrated computer-controlled system (e.g., the Alliance system marketed by Waters, Inc.), which can be very simply and directly connected to mass spectrometers.

### 2. Columns

The objective of all good LC analyses is to maximize resolution R, which is defined by the equation:

$$R = \frac{1}{4}\left(\frac{\alpha - 1}{\alpha}\right)\left(\sqrt{N}\right)\left(\frac{k'}{1 + k'}\right)$$

Selectivity   Plates   Retention

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000460

The value of $N$ is determined by the size and nature of the particles used to make the column and by the quality of the packing procedures. Most vitamin D applications utilize particles in the 3- to 10-μm size range, and values of $N$ in excess of 10,000 per column should be expected. The selectivity factor ($\alpha$) and capacity factor ($\kappa'$) can be altered by changing the chemical characteristics and the strength of the solvent, respectively. Examples of the effect of increasing $R$ by changing either $\alpha$ or $\kappa'$ are given below.

The nature of the type of analysis to be carried out and the design of the LC system may be important considerations in the selection of the type and size of the column to be used, since they may influence $N$. Some practical rules or considerations are given:

1. Use a column size appropriate to the volume of the injection, weight of solute, etc.

2. Use small volume injections since these are theoretically best for sharp peaks (i.e., large $N$). However, practical considerations of sample handling may dictate a compromise to a larger injection volume.

3. Use mobile phase as the sample solvent to avoid peak artifacts.

4. Standardize injection volumes for more reproducible results, since change in injection volume will influence the retention time and hence peak height area ratio. If peak areas are used for quantitation instead of peak heights, changes in injection volume have little effect.

Whereas a 25 × 0.21cm microbore LC column may be ideal for analysis of repeated 2- to 5-μL injections containing microgram quantities of a synthetic vitamin D metabolite using UV detection, it is not ideal for the analysis of 25-OH-$D_3$ in human plasma. Here the samples may still contain considerable amounts of lipid and a column with excellent loading capacity is the choice. Some of the newer 3μm particle columns (8cm × 0.62cm diameter, e.g., Zorbax) are ideal for the HPLC of biological samples since they are very tolerant of large injection volumes (100 to 200 μL) and large lipid load (i.e., whole extract from 2 to 5mL plasma), and yet give minimal sample losses and minimal effects of extracolumn band broadening. Several microparticulate (3 to 6μm) spherical silicas are now available: Lichrospher, Zorbax-SIL, and Spherisil. The advantage of these packings is that they pack more uniformly than irregularly shaped particles, and have less tendency to settle with time and pressure.

## 3. Solvents

Isopropanol-hexane mixtures provide a good solubility for the vitamins D and have been widely applied to the resolution of a variety of compounds ranging in polarity from photoirradiation mixtures of vitamin D to 1,24,25-(OH)$_3D_3$. Isocratic mixtures of 2.5% isopropanol in hexane separate vitamins $D_2$ and $D_3$ from

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000461

24-OH-D$_2$, 24-OH-D$_3$, 25-OH-D$_3$ (Fig. 9). Isopropanol-hexane (10:90) provides resolution of most of the known vitamin D metabolites (106) in a single chromatographic run (Fig. 10), and can also be useful for vitamin D$_2$ metabolites. These early separations can now be achieved on a single 25 × 0.46 or 25×0.6 cm column using similar solvent systems. The use of ternary solvent systems, incorporating methanol into the standard isopropanol-hexane mixture (107), greatly minimizes peak tailing, particularly of 24(R),25-(OH)$_2$D$_3$. Figure 11 shows the results of using a hexane-isopropanol-methanol (87:10:3) system solvent on the separation of 25-OH-D$_3$, 24(R),25-(OH)$_2$D$_3$, and 1,25-(OH)$_2$D$_3$. The polarity of the solvent can be reduced while keeping the proportion of isopropanol-methanol approximately the same.

Ikekawa and Koizumi (108) have described a gradient solvent system of



**Figure 9**   LC separation of vitamins D$_2$ and D$_3$, 24-OH-D$_2$, 24-OH-D$_3$, 25-OH-D$_2$, and 25-OH-D$_3$, using Zorbax SIL and eluting with 2.5% isopropanol in hexane. (From Ref. 106.)

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000462



**Figure 10**  LC separation of vitamin $D_3$ and its metabolites on Zorbax-SIL using the solvent system 10% isopropanol in hexane. (From Ref. 106.)



**Figure 11**  LC separation of 25-OH-$D_2$, 24(R).25-(OH)$_2$D$_3$, and 1,25(OH)$_2$D$_3$ on Zorbax-SIL. (25 cm × 6.2 mm) using the solvent system hexane-isopropanol-methanol (87: 10:3). (From Ref. 107.)

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000463

0.02% to 6% methanol in methylene chloride to resolve a mixture of dihydroxy metabolites on Zorbax-SIL ($25 \times 0.21$ cm). This solvent system gives a higher theoretical plate count $N$ than does the isopropanol-hexane-methanol mixture under otherwise identical conditions. However, the low viscosity of methylene chloride-methanol mixtures can lead to bubble problems with some solvent delivery systems. Replacing some of the methylene chloride with hexane and using a hexane–methylene chloride–methanol mixture (90:10:10) overcomes of the viscosity problems, but poor miscibility and poor sample solubility develop. The hexane–methylene chloride–methanol (90:10:10) mixture beautifully separates $D_2$ and $D_3$ metabolites (107) but not $D_2$ and $D_3$ themselves.

Figure 12 illustrates the influence of small changes in solvent composition ($\alpha$) on the resolution of 1,25-$(OH)_2D_2$ and 1,25-$(OH)_2D_3$ using the same column (Zorbax-Sil, $25 \times 0.62$cm) while keeping the retention time approximately the same. One further solvent system that should be mentioned, which separates 25-OH-$D_3$-26,23-lactone and 24(R),25-$(OH)_2D_3$, is a methylene chloride–isopropanol (96.5:3.5) mixture (67). The lactone runs with a retention time almost identical to 24,25-$(OH)_2D_3$ with isopropanol-hexane mixtures but elutes with 25-OH-$D_3$ with a solvent mixture rich in methylene chloride.

Matthews et al. (109) were the first to report LC of vitamin D metabolites using the pellicular packing ODS-Permaphase and a gradient of methanol and water. With the advent of the microparticulate bonded phases, such as μBonda-



**Figure 12**   LC separation of 1,25-$(OH)_2D_2$ (peak 1) and 1,25-$(OH)_2D_3$ (peak 2) on Zorbax-SIL using (a) hexane-isopropanol (85:15); (b) hexane-isopropanol-methanol (87:10:3); and (c) hexane-ethanol-chloroform (80:10:10). Retention times in minutes are shown above peaks. Note the effect of changing solvent selectivity α on resolution. (From Ref. 107.)

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000464

pack C18 and Zorbax-ODS, analysts have successfully used reversed-phase LC for many compounds. However, in the vitamin D field, their use has been sparing for all but the separation of vitamins $D_2$ and $D_3$. Mixtures of methanol-water or acetonitrile-methanol-water (67) are preferred for vitamin D and its metabolites. Acetonitrile greatly reduces the viscosity of the solvent mixture and this results in lower back pressures. The limited use of reversed-phase packings stems from the aversion of vitamin D analysts to aqueous mobile phases, particularly when competitive binding assay of collected fractions is used for quantitation, since aqueous phases are difficult to evaporate, because they tend to dissolve support material, and, since they contain dissolved oxygen, may give rise to oxidation to the 5,7-diene system. Second, the resolution of the dihydroxylated compounds is not as good as that achieved using silica. Plate counts on bonded-phase columns are generally lower, pressures are higher, and column lifetimes are shorter than systems using straight-phase silica LC.

A recent application of ODS cartridges and HPLC columns is during the purification of calcitroic acid from tissue extracts. Here, the ionization properties of the weak acid group can be minimized and the molecule retarded by its interaction with the C18 hydrophobic surface. An example of such an interaction during sample preparation and quantitation on HPLC has been described (55). Mobile phases for calcitroic acid are rich in water and contain a small percentage of acetic acid or other acid to lower pH (acetonitrile-water-GAA, 40:60:1). Figure 13 shows an example of the use of reversed-phase LC using ODS for the resolution of metabolites of OCT (110). While such systems provide good resolution of more polar metabolites (P1–P5), this figure illustrates the poor resolution of the less polar metabolites (P6–P9), which can more readily be resolved by straight-phase LC (111). It should be noted here that aqueous solvent systems are required for LC-MS. These authors (110) have demonstrated the identity of P5 and P6 as side chain truncated metabolites (demonstrated by loss of radioactivity in Fig. 13) which are suggested to be conjugated subsequently with glucuronic acid in vivo to give peaks P1–P4.

There has been limited use of other packings. Straight-phase bonded packings offer excellent recoveries, but often the solvent strength has to be weakened significantly in comparison to that for silica in order to conserve adequate retention. μBondapak-CN and Zorbax-CN (112) have been used with some success for the separation of hydroxylated metabolites of vitamin D from those containing aldehyde or keto groups. One excellent example of this is the difficult separation of $25\text{-OH-}D_3\text{-}26,23\text{-lactone}$ and $24,25\text{-(OH)}_2 D_3$ referred to earlier. Zorbax-CN can be used to provide baseline resolution, the 26,23-lactone being strongly retarded by this packing and emerging much after the $24,25\text{-(OH)}_2 D_3$ (113). Contrast this with the other means of resolution: methylene chloride/isopropanol mixtures where the 26,23-lactone comigrates with $25\text{-(OH)-}D_3$. The cyano packing has proven to be very useful in the recent identification of several oxo compounds

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000465



**Figure 13**   High-performance liquid radio chromatographic profile of plasma metabolites of 22-oxo-1α,25-(OH)₂D₃(OCT) 2h after administration of [³H]OCT to rats. [³H]OCT labeled at two different positions, [2β-³H]OCT (upper panel) and [26-³H]OCT (lower panel), were administered intravenously at the dose of 10 μg/kg to rats. Arrows (A–I) indicate the retention times of synthetic standards in the same system. (A) OCT; (B) pre-OCT; (C) 24-oxoOCT; (D) 26oxo-hexator-OCT; (E) 24S(OH)OCT; (F) 24R(OH)OCT; (G) 20S(OH)-hexator-OCT; (H) (25R)-26(OH)OCT; and (I) (25S)-26(OH)OCT. HPLC was carried out under the following conditions: column: YMC-Pack ODS-A A-313 (6.0 × 250 mm), mobile phase: (A): THF-H20 (1:9, v/v), (B): THF-CH₃OH-H₂O (2:1:2, v/ v/v), [(B): 0% (0 min); 75% (20 min); 75% (50 min); 100% (50.1 min)], flow rate: 1.0 mL/min, detection:radioactivity (CPS). (From Ref. 110.)

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000466

**Table 5**   LC Characterization of KH1060 Metabolites Generated in HPK1A-ras Cells

| Metabolite | HPLC analysis, retention time (min) | | Putative identity |
| | Z-SIL[a] | Z-CN[b] | |
| --- | --- | --- | --- |
| KH1060 | 9.35 | 7.30 | KH1060 |
| KH1060-Met 1 | 8.04 | 7.53 | 3-Epi-KH1060? |
| KH1060-Met 4 | 9.35 | 8.74 | 26-Oxo-KH1060 |
| KH1060-Met 5 | 10.01 | 9.32 | Octanor-20-oxo-KH1060 |
| KH1060-Met 6 | 11.30 | 10.48 | 24a-Oxo-KH1060 |
| KH1060-Met 7 | 12.05 | 9.93 | Pentanor-24a-OH-KH1060? |
| KH1060-Met 8 | 12.85 | 10.04 | Octanor-20-OH-KH1060 |
| KH1060-Met 9 | 13.39 | 10.51 | 24a-OH-KH1060 |
| KH1060-Met 13 | 17.66 | 11.88 | 24-OH-KH1060 |
| KH1060-Met 14 | 17.66 | 12.69 | 24a-Oxo-26-OH-KH1060? |
| KH1060-Met 15 | 17.66 | 13.13 | 24-Oxo-26-OH-KH1060? |
| KH1060-Met 16 | 22.14 | 12.87 | 26-OH-KH1060 |
| KH1060-Met 20 | 30.59 | 15.19 | 26a-OH-KH1060 |

[a] HPLC conditions: Zorbax-SIL (3 μm; 0.62 × 8 cm) column, 91/7/2 HIM (2.0 ml/min) solvent system.
[b] HPLC conditions: Zorbax-CN (6 μm; 0.46 × 25 cm) column, 91/7/2 HIM (1.5) ml/min) solvent system.
*Source:* Ref. 115

found on the pathway from $1,25$-$(OH)_2D_3$ to calcitroic acid (114), and in the purification of metabolites of 25-hydroxydihydrotachysterol, (16). Table 5 illustrates the use of Zorbax-CN in the resolution of the metabolites of a calcitriol analog, KH1060 (115). The structure of this analog is illustrated in Table 2.

### D.   Detection and Quantitation (Not Using Mass Spectrometry)

#### 1.   Ultraviolet Absorbance (Fixed or Variable Wavelength)

Variable wavelength detectors are useful for distinguishing compounds in photo-irradiation mixtures, where they take advantage of the differences in the UV spectra of the various photoisomers. Normally, little is gained from the use of variable wavelength detectors over the fixed wavelength detectors in the analysis of vitamin D metabolites, since $\epsilon$ 254 is 90% of $\epsilon$ 265 and usually variable wavelength detectors are noisier at comparable sensitivity than fixed wavelength detectors due to an inherently weaker lamp intensity. Similarly, dihydrotachysterol ($\epsilon$ 251 = 37,00) 37,000 metabolites with the 5,7-diene structure are best detected

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000467

using a fixed wavelength detector because of the closeness of the 254-nm mercury line to the $\lambda_{max}$. However, optimizing UV absorbance is not the only reason to switch detection from 254 to 265 nm. Many sample matrices, whether biological or artificial, contain UV interferences of an aromatic nature absorbing in the 254-nm region, such as ketones and benzene derivatives. Effects of these can be minimized by switching to 265 nm or an even higher wavelength. Unfortunately, estrogens and several other compounds (e.g., peptides and phenolics) often absorb in the 270- to 290-nm range so that variable wavelength detectors offer no panacea.

But variable wavelength detectors can have a considerable value when, for example, isotachysterol derivatives are used for LC, since these isomers at 290 nm give approximately twice the absorbance of unisomerized vitamin D metabolites at 264 nm (116). Isotachysterols have been used to improve the sensitivity and specificity of an LC system for plasma 25-OH-D$_2$ and 25-OH-D$_3$. A simple method for 25-OH-D$_2$ and 25-OH-D$_3$ in plasma has been described using LC of isotachysterols and monitoring at 301 nm, where absorbance of vitamin D metabolites is minimal but where isotachysterols still absorb significantly (94). It should perhaps be noted that use of the phenyl-4-TAD adduct of vitamin D and its metabolites can also enhance UV absorbance by a factor of 5 and thus these adducts can be used to enhance sensitivity of detection by LC-UV systems (117). It is obviously possible to improve UV sensitivity further by a suitable selection of the moiety attached to the TAD, although attention must be paid to the separation of these adducts in the LC system chosen. If, however, such separation is compromised, it should always be possible to adopt the postcolumn derivatization procedure described by Vreeken et al. (118). Use of LC with UV detection for the measurement of vitamin D and its metabolites has been reviewed by Porteous et al. (6) and Makin et al. (7).

## 2. Diode-Array Scanning Spectrophotometric Detectors

UV detection has been hampered by its lack of specificity. In most cases the major criterion for peak identification has been the basis of comparison of retention time with known standards. Over the last 10 years increasing use has been made of a more sophisticated UV detector based upon the diode-array scanning spectrophotometer (119). Such an instrument is able to make repeated 200- to 400-nm scans of chromatographic effluent passing through the detector flow cell in as little as 100 msec or less. Using a microcomputer and associated data storage devices, vast amounts of chromatographic data can be acquired in a single 20-min chromatographic run. Jones et al. (120) applied this technique to the separation of vitamin D metabolites in extracts of kidney perfusates. As illustrated in Figure 14, the diode-array scanning spectrophotometer detector adds another dimension, wavelength, to the conventional absorbance versus time plot. Vitamin D metabo-

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000468





**Figure 14** HPLC separation of metabolites of 24.25-(OH)₂D₃ made in the perfused rat kidney. Extract of perfusate from kidneys perfused in the presence of 1250 nM 24,25-(OH)₂-D₃. (A) Absorbance at 265 vs. run time. (B) Absorbance vs. wavelength vs. run time. (A) and (B) represent the same chromatographic run. Note in (A) that the peak marked as an impurity appears minor because the wavelength used for monitoring is 265 nm. The impurity peak absorbs strongly at 225 nm and in the 275- to 280-nm region. Note also that all metabolite peaks have the classical vitamin D absorption spectrum. Conditions: Zorbax-SIL (6.2 mm × 25 cm); hexane-isopropanol-methanol (94/5/1); 1.5 mL/min. (From Ref. 121.)

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

lite peaks can be recognized at retention times, 590, 700, 870, and 890 sec from their $\lambda_{max} = 265$ nm, $\lambda_{min} = 228$ nm properties without the use of known standards. In fact, the technique allowed Jones et al. (120) to recognize the existence of two new metabolites: 24-oxo-23,25-(OH)$_2$D$_3$ and 24,25,26,27-tetranor-23-(OH)-D$_3$, formed in the perfused kidney in vitro. It should be noted, however, that mass spectrometry in comparison to chemically synthesized material provided the means of identification of the metabolites in these studies (120,121). Another example can be seen in Jones et al. (16), where 3D plots have been used to identify metabolites of dihydrotachysterol$_3$ generated in vivo. DHT$_3$ has a characteristic tricuspid peak with maxima at 242, 251, and 26 nm, which stand out in the 3D plot.

    Later generations of these detectors (e.g., Waters 996 diode array detector) offer excellent performance even at high sensitivity (0.01 AUFS) due to data bunching, smoothing, and noise reduction software. We have found diode-array detectors to be an extremely valuable analytical tool and much more than just a pretty picture. Irrespective of the type of spectral representation used, 3D plot, or isoabsorbance plot, the scanning spectrophotometry provides valuable information regarding the purity of vitamin D preparations. This is of tremendous value in predicting when, during a metabolite purification scheme, on-line LC-MS will be feasible and will not be hampered by impurities. Figures 15 and 16 illustrate that the 3D plot does not always indicate the presence of contaminating peaks and in the case illustrated the isoabsorbance plot was more informative, although scanning the peaks at the leading and trailing edges clearly revealed the same information.

## 3. Radioactivity Detector

Several manufacturers (Walac-Berthold, Beckman, Packard) have developed sensitive radioactivity monitors to measure radiolabeled compounds flowing through a flow cell placed between two photomultiplier tubes. Early models were bulky and used a spirally arranged Teflon tube between two plates as a flow cell. With this system a pulsatile, low-pressure pump and a post-LC column mixer were used to mix effluent with standard scintillation fluid. The mixture flowed through the flow cell, where counting efficiencies for tritium were high but residence time was short. The system was unreliable since it tended to get blocked when incompatible scintillation fluid-effluent mixtures gelled in the flow cell causing the system to leak cocktail and was sensitive to the pulses produced by the pump causing baseline instability. Later models replaced the pulsatile pump with a standard HPLC pump to pump an application-specific scintillation cocktail customized to the requirements of HPLC (clear, low viscosity, flow optimized), thereby reducing the source of the detector instability. The newer generation of detectors also possess improved sensitivity due to smoothing algorithms incorpo-

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000470



Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.



**Figure 16** Contour plot of the UV spectrum of the same HPLC separation as that illustrated in Figure 15. It can clearly be seen from this plot that the major peak eluted between 8.1 and 8.6 min is composed of two components, one with a UV maximum at around 280 nm on the leading edge, and another with three UV maxima on the trailing edge. In contrast, smaller, more symmetrical and uncontaminated peaks are seen at 7.47 min and 8.85 min. (From Ref. 7.)

rated as part of computer-based data-handling software. These modern scintillation counter–based detectors are thus very sensitive and reliable. An example of data generated using this type of instrument is provided in Figure 17. One disadvantage of this instrument is the peak-broadening caused by mixing effluent and cocktail in the proportion 1:3 required for optimal efficiency.

Although most instruments now use the scintillation fluid-based mixer approach, some manufacturers offer instruments with a 300-µL flow cell containing

**Figure 15** Use of photodiode array detection of HPLC separation. (a) The photodiode array detector can produce three-dimensional pictures such as that illustrated in this figure, which represents part of an HPLC separation of the metabolites of 25-hydroxydihydrotachysterol₃ formed after in vitro incubation with HD-11 cells. The three-dimensional picture suggests that what appears to be a single peak is in fact composed of two unresolved compounds with very different spectra. This can perhaps be more easily appreciated in (b), which shows the HPLC peak monitored at 251 nm and the UV spectra of the leading edge of the peak, the peak apex, and the trailing edge. (From Ref. 7.)

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000472



Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000473

a solid glass yttrium salt–coated scintillator. This approach obviates the need for liquid scintillant and the result is that peaks are much sharper than when liquid scintillant is used. Adsorption of lipids to the scintillator is minimal, but eventually necessitates replacement of the flow cell and furthermore counting efficiency for $^3H$ is only in the 2% to 5% range. However, the detector provides excellent online counting efficiencies for [$^{14}C$]-labeled compounds of ~80%. In recent years only one ($^{14}C$)-labeled compound has been commercially available, this being [$^{14}C$]25-OH-$D_3$. Since most tracer studies use ($^3H$)-labeled vitamin D compounds, this type of flow cell is of limited value.

## 4. Electrochemical Detection

HPLC elutes can also be monitored by electrochemical (EC) means, and HPLC-EC systems have been described for the measurement of vitamin D in a number of situations. While this is an interesting and potentially valuable means of measuring vitamin D metabolites, and it does appear that at the moment these procedures are sufficiently sensitive for the measurement of plasma or serum concentrations, there is only one published method applied to plasma analysis. Table 6 gives a list of such methods which have been published in the last 10 years.

## 5. Fluorescence Detection

In order to enhance the sensitivity of detection of peaks emerging from an HPLC column other forms of detection have been investigated and one, using fluorescence detection, seems to provide significant improvements in sensitivity. Vitamin D and its metabolites are not themselves fluorescent and in order to utilize

**Figure 17**   Use of an in-line flow radioactive detector (Walac-Berthold) to detect [$^3H$]-labeled metabolites of [$^3H$]25-OH-$D_3$ produced by the human lung cancer cell line SW900. The metabolites were separated by HPLC using the usual Zorbax-SIL HM 91-7-2 solvent system referred to in Table 5 and Ref. 115 at a flow rate of 1 mL/min. The LC eluent is first passed through a UV detector and then mixed with scintillation cocktail (Ready Flow, Beckman) in a 1:2 ratio prior to being passed through the radioactivity detector. Dead space between the two detector cells was determined to be 0.77 min. Metabolites include [$^3H$]24,25-(OH)$_2D_3$ and [$^3H$]1α,25-(OH)$_2D_3$. Putative products can be identified precisely by comparison of peak retention time to that of a chemically synthesized $^3H$-labeled standard, as is illustrated for [$^3H$]1α,25-(OH)$_2D_3$ (10.616 vs. 10.723 min) or more approximately by comparison of retention time to that of a nonradioactive labelled standard using the UV detector. Retention times of nonradioactive standards in this system were 25-OH-$D_3$ = 4.38 min, 24,25-(OH)$_2D_3$ = 6.39 min, 1α,25-(OH)$_2D3$ = 9.88 min. Calibration of the instrument involves injection of pure $^3H$-labeled standards containing known amounts of radioactivity; alternatively, radioactive peaks can be collected and counted off-line. Data courtesy of Dr. Angi Zhang.

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000474

**Table 6** Recent Liquid Chromatography-Electrochemical Methods for the Measurement of Vitamin D and Its Metabolites

| Metabolite | Ref. | Comments |
|---|---|---|
| 7-Dehydrocholesterol | 178 | 7-Dehydrocholesterol measured in skin samples as small as 5 mm diameter. Normal values 12–81 µg/g dry weight. |
| Vitamins $D_2$ and $D_3$ | 179 | Studies oxidation at glassy carbon electrode and optimized LC-EC conditions. Linear response over range 10–200 ng injected. |
| Vitamins $D_2$ and $D_3$ | 180 | Measured in liquid formula diet. Minimum detectable limit or S:N of 2 was 200 pg. Linear response 0.05–1 µg/ml. Good precision. Used oxidation followed by reduction at downstream electrode. |
| Vitamin D | 181 | Measured in milk (see 182). |
| 1,25-$(OH)_2D_3$ and 25-OH-16-ene-23-yne-$D_3$ | 183 | Post-column mixing with electrolyte. Claimed 1,000-fold increase in sensitivity over UV detection. Standards only. |
| Vitamin $D_3$ and 25-OH-$D_3$ | 182 | Only using standards. Showed linear response 8–413 ng injected. Minimum detectable limit for $D_3$ 8 ng and for 25-OH-$D_3$ 25 ng. Reproducibility 3.2–5.8% CV |
| 25-OH-$D_3$, 24,25-$(OH)_2D_3$ and 25-OH-$D_2$ in plasma | 184 | Detection limits in pg range. Reproducibility <10% CV (between batch). |

*Source:* Ref. 7.

this methodology some precolumn derivatization is required. A number of methods for 25-OH-D utilizing the formation of fluorescent triazoline adducts have been described. These adducts provide a degree of specificity since they recognize the conjugated *cis*-triene structure of vitamin D and form a bridge across the 6-19 carbons (see Fig. 18).

The value of substituted 1,2,4-triazoline-3,5-dione (TAD) as a reagent for the protection of the vitamin D *cis*-triene structure during chemical synthesis or modification has been known for many years (122). By linking TAD to fluores-

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000475



| R group | Usage | Reference |
|---|---|---|
| Phenyl | Static & dynamic FAB LC-MS using thermospray | 117, 200 |
| 3-(1-pyrenyl)propyl | LC-fluorescent measurement of serum 25-OH-D₃ | 128 |
| 2-(6,7-dimethoxy-4-methyl-3,4-dihydroquinoxalinyl)ethyl [DMEQ] | LC-fluorescent measurement of 25-OH-D₃, 24,25-(OH)₂D₃ and 1,25-(OH)₂D₃ | 124, 126, 129 203,204 |
| benzo-15-crown-5 | LC-MS using electrospray | 127 |
| 4-[4-(6-methoxy-2-benzoxazolyl)-phenyl] | LC using fluorescence detection of 7-dehydro cholesterol / LC of vitamin D metabolites & conjugates | 205 / 130 |
| Hexafluoro-Phenyl | LC-MS using particle beam negative ionisation for analog Ro 24-2090 | 205 |

**Figure 18**   Examples of adducts of triazoline derivatives used for the measurement of vitamin D analogs and metabolites. (From Ref. 7.)

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000476

cent or UV absorbing moieties, adducts can be formed with vitamin D and its metabolites which can be used to enhance the sensitivity and specificity of detection after LC separation. TAD is not the only compound which can form such adducts with vitamin D, but a study of a number of such dienophilic compounds showed that phenyl-4-TAD was the reagent which most readily formed the appropriate adduct (118).

The development and synthesis of a number of derivatives of TAD and the nature of their reaction with vitamin D and its metabolites have been the subject of a number of investigations (118,123–127). Two methods for the measurement of 25-OH-D$_3$ using LC with fluorescence detection have been published, both procedures using precolumn formation of fluorescent adducts with derivatives of TAD. 25-OH-D$_3$ could be detected in serum at a concentration of 0.25 nmol/L (128) using as a derivatizing agent 3(1-pyrenyl)propyl-4-TAD. The second method (129), preliminary details of which were published in 1991 (124), used DMEQ-4-TAD (see Fig. 18) and assayed 25-OH-D$_3$ and 24,25-(OH)D$_3$ using 0.2 mL and 2 mL plasma, respectively. Both these methods require extraction, use of Sep-Pak SIL or C18 cartridges, formation of the appropriate adduct, and reversed-phase HPLC. Excess reagent was removed prior to HPLC using Baker NH$_2$ or Bond Elut PSA cartridges. The method of Shimizu et al. (129) interpolated an extra straight-phase LC separation after extraction and before derivatization, a step which was not found to be necessary by Jordan et al. (128). TAD adducts can be formed on either side of the vitamin D molecular and thus the hydrogen on C6 can be either α or β. The two isomers are separated in the reversed-phase LC system used by Shimizu et al. (129) but not in the system used by Jordan et al. (128). Details of the formation of TAD adducts with vitamin D and the formulae of some of the TAD derivatives used are given in Figure 18. LC systems for the separation of TAD adducts of pro-vitamin D, vitamin D, and 25-hydroxyvitamin D$_3$ and their glucuronide and sulfate conjugates have been described (130,131).

## E.  LC Detection and Quantitation by Offline Mass Spectrometry

### 1.  Introduction

In previous editions we have dealt with GC-MS as a distinct separation and quantitation technique. Few novel GC-MS methods have been described over the last 10 years, although a simple method for 25-OH-D$_3$ involving on-column dehydration has been described (132). The increased sensitivity of high-resolution GC-MS has also been demonstrated by its application to the measurement of hexafluorocalcitriol in plasma with a sensitivity of 2 pg/mL (133). The major development has been its application as a means of structural determination or confirma-

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000477

tion. We have therefore considered GC-MS as an offline means of LC detection and/or quantitation. Modern developments in the application of mass spectrometry have centered on the connection of the LC eluate directly to the mass spectrometer, and this application is considered as an online methodology. In this chapter we have not considered in detail direct probe MS analysis using EI or CI as no developments in this area have taken place. For convenience however a direct probe EI(+) spectrum of 25-OH-D$_3$ is illustrated in Figure 19, which



**Figure 19**   Mass spectrum of 25-OH-D$_2$ purified from Hep 3B cells (upper panel) compared to the mass spectrum of synthetic 25-OH-D$_3$ (lower panel). Hep 3B cells were incubated with vitamin D$_3$ (50 μM) for 48 h. Flasks were then extracted and the lipid extract dried under nitrogen and purified on HPLC (conditions: Zorbax SIL [6.2 mm × 25 cm], solvent HIM 96/3/3, flow rate 2 mL/min). A metabolite peak possessing the vitamin D chromophore and comigrating with synthetic 25-OH-D$_3$ was collected, purified further on a different HPLC system (conditions: Zorbax CN [4.6 mm × 25 cm], solvent HIM 94/5/1, flow rate 1 mL/min), and then dried under nitrogen and subjected to direct probe mass spectrometry using electron impact EI(+) ionization. The putative 25-OH-D$_3$ gave the expected molecular ion with m/z 400; the other ions observed were consistent with the molecule being 25-hydroxylated (see inset fragmentation pattern). (From Ref. 207.)

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000478

shows a comparison between a standard and 25-OH-D$_3$ obtained from in vitro incubation studies. However, GC-MS is still the method of choice at the present time for structural determination, provided the compounds of interest are stable in the gas chromatograph. In the study of the metabolism of calcitriol analogs, this has become an increasing problem.

## 2.  B-Ring Closure

A prerequisite for the use of gas-liquid chromatography is that the solute should be in the vapor phase during the process of partition between the mobile gas phase and the stationary liquid phase. For compounds of molecular mass in excess of around 200 Da, this requires analysis to be carried out at elevated temperatures, usually in excess of 100°C. At these temperatures, vitamin D and its hydroxylated metabolites undergo thermal rearrangement involving B-ring closure. In naturally occurring steroids (e.g., cholesterol), the 19-methyl attached to C10 is always β and is *trans* with respect to the 9α-hydrogen. When B-ring closure occurs in the vitamin D series, two isomers are formed, both of which are *cis* across the 9–10 carbon-carbon bond (i.e. C19β, 9β, isopyro: and C19α, 9α, pyro). The formation of these isomers was originally described in 1932 by Askew and his colleagues (134), who heated vitamin D in the test tube to around 190°C. Although isomerization took place rapidly at this temperature and was complete in about 4 h, ring closure has been shown to occur at all temperatures in excess of 125°C (135). It is irreversible and the ratio of pyro and isopyro remains at 2:1. This reaction occurs in the absence of oxygen, and it is now thought that the immediate precursor of these isomers is the previtamin (see Fig. 20). At the temperatures at which GLC is carried out, therefore, vitamin D and its metabolites are all converted irreversibly and quantitatively to a 2:1 mixture of pyro and isopyro isomers that separate in all the GLC systems so far examined (136–139). The formation of these two isomers during GLC was first demonstrated by Ziffer et al. (140).



**Figure 20**   Thermal transformation of vitamin D to pyro and isopyro isomers.

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000479

### 3. Derivatives for GLC

As with all GLC systems for steroid analysis, the stability and volatility of vitamin D and its metabolites can be increased by the formation of derivatives on the polar hydroxyl groups. Free underivatized hydroxyl groups may give rise to adsorption during chromatography (141) and non-linearity of detector response. If vitamin D and particularly its polyhydroxylated metabolites are injected into a GC without derivatization, broad peaks are obtained, indicating some degree of adsorption. In addition, dehydration of the 25-hydroxyl can occur, giving rise to two extra peaks in addition to the pyro and isopyro isomers. This dehydration is variable and occurs with all hydroxylated steroids (142), but 100% conversation to the 25-dehydro derivative can sometimes be achieved by introducing powdered glass at the top of the GC column, thus allowing use of the dehydro peaks for quantitation.

The use of powdered glass to achieve dehydration is not always effective, however, and more consistent results can be obtained if required using aluminum powder at 400°C. Although it would be expected that pyro and isopyro isomers would still be formed during chromatography, only one major peak is observed for each metabolite during GC-MS, probably because the isopyro isomer has only low-intensity ions. The mass spectra of dehydrated 25-OH-D$_3$ is shown in Figure 21. Dehydration can occur in a number of ways; for example, loss of the



**Figure 21**   EI(+) mass spectrum of dehydration product of 25-OH-D$_3$. There are two possible dehydration products but only one is illustrated. Note the relatively high intensity of the molecular ion.

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000480

25-hydroxyl could lead to a double bond between C24 and C25 or between C25 and C26. Use of a high-resolution capillary column indicates that two isomers are formed during dehydration of 25-OH-D, and use of stable isotope-labeled compounds has confirmed that both the expected dehydration products are formed. Dehydration of dihydroxylated vitamin D metabolites also occurs, and the products from 24,25-$(OH)_3D_3$ and 25,26-$(OH)_2D_3$ are easily resolved during GC because in 25,26-$(OH)_2D_3$ both the 25- and 26-hydroxyls cannot be removed simultaneously and the remaining hydroxyl makes the product more polar than that from 24,25-$(OH)_2D_3$. Use of dehydration as a simple GC-MS method for plasma 25-OH-$D_3$ has been described (132). Modification or derivatization of vitamin D and its metabolites may offer mass spectrometric advantages, and, as an example of this, dehydration gives rise to more intense high mass ions which is a positive advantage in developing specific and sensitive MS assays (*vide infra*).

Formation of derivatives on the polar hydroxyl groups of vitamin D and metabolites, although it improves stability and volatility, does not overcome the problem of the B-ring closure and the formation of the two pyro and isopyro peaks. The formation of these isomers is quantitative, and either or both peaks can be used for measurement (143–147), but the separation of a number of metabolites in a single run can be complicated by the multiplicity of peaks. Because the 25-hydroxyl is sterically hindered, it is difficult to derivatize, and only two reagents have proved satisfactory for the low levels present in plasma—trimethylsilylimidazole (TMSI), and a mixture of bis-trimethylsilyltrifluoroacetamide (BSTFA):trimethylchlorosilane (TMCS) (3:1, v/v). Early work on the GC separation of vitamin D and its metabolites used conventional packed columns with relatively high carrier gas flows. Great improvement in separation is now achieved by using capillary columns, which can also be linked directly to the mass spectrometer as the carrier gas flow rate is low (1 to 2 mL/min). The end of the column can thus be inserted directly into the ion source of the spectrometer, eliminating the loss of analyte in separator systems, which were originally necessary to remove the carrier gas.

Trimethylsilyl ether derivatives have been widely used for GC-MS, but as can be seen from Figure 22, they are not always ideal derivatives for mass fragmentography ($M^+$) in the vitamin D field, since intensities of ion fragments of high mass are low but they do offer some advantages in structural elucidation. The mass spectra of TMS ethers of 25-hydroxylated vitamin $D_3$ metabolites all contain a base peak at m/z 131 (the fragment obtained by side chain cleavage, between C24 and C25, containing C26, C27, and C25-O-TMS). 26-Hydroxylation increases the mass of this peak to m/z 219 because of the presence of the extra 26-trimethylsilanol group. Figure 22 also illustrates the $EI(+)$ mass spectra obtained for a mixed t-BDMS/TMSi derivatives of 25-OH-$D_3$ in comparison to that obtained from 25-OH-$D_3$ per-TMSi. One further way of enhancing high-mass ions can be applied to quadrupole mass spectrometers, because they show

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.



**Figure 22**   EI(+) mass spectra obtained from 25-OH-D₃ as (a) per-trimethylsilyl (TMS) ether on a single focusing magnetic sector GC-MS (LKB 2091); (b) per-TMS ether on a benchtop quadrupole system tuned to high mass; and (c) mixed TMS ether/t-butyldimethylsilyl ether on a magnetic sector GC-MS (LKB 2091). (From Ref. 208.)

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

mass discrimination and have electronic means of changing the intensity of high mass ions. Figure 22 also shows the enhancement of high-mass ions that can be achieved using a single benchtop quadrupole system for 25-OH-D$_3$-per-TMSi. Comparison of the mass spectra illustrated in Figure 19 with that in Figure 22 shows the value of derivatization on TMSi ether in that the number of hydroxyls ($n$) can easily be ascertained as the M$^+$ of the TMSi ether is $n \times 72$ daltons higher than the M$^+$ from the underivatized molecule. In addition, formation of TMSi ethers also enhances the distinction between oxo and hydroxy compounds.

An interesting derivative for 24,25-(OH)$_2$D$_3$ has been described by Lisboa and Halket (147a), who formed a cyclical boronate across the adjacent 24- and 25-hydroxyl groups, as previously described for steroids (148–150). Halket et al. (151) obtained mass-spectrometric and retention times for methyl- and n-butylboronate-3-trimethylsilyl ether derivatives of 24,25-(OH)$_2$D$_3$ and found that the use of the cyclic boronate derivative stabilized the molecule and gave rise to considerably enhanced intensity of ions of high-mass/charge ratio. Figure 23 compares the normalised mass spectra of 24,25-(OH)$_2$D$_3$-TMS with that obtained from the methylboronate TMS derivative, showing the greatly increased mass fragments at m/z 381, (M-131)$^-$, the fragment probably obtained by A-ring cleavage containing C2, C4, and C3-O-TMS, and m/z 407, (M − 90 + 15)$^-$. The use of n-butylboronate-trimethylsilyl derivatives also has the advantage that these derivatives of 24,25-(OH)$_2$D$_3$ and 25,26-(OH)$_2$D$_3$ separate during GC on a nonselective stationary phase (152), and such derivatives have been used in the development of mass-fragmentographic assays for both these vitamin D metabolites (153). Vicinal hydroxyls and 1,3-*cis*-diols can both form cyclic boronates, and n-butyl, n-phenyl, and n-methylboronates of 24,25-(OH)$_2$D$_3$ can easily be formed. Interestingly, only n-butyl- and n-phenylboronates can be formed with ease from 25,26-(OH)$_2$D$_3$; n-methylboronates appear not to be formed (152).

Use of other derivatives, such as cyclic boronates, can, as illustrated for 24,25-(OH)$_2$D$_3$, greatly enhance the intensities of higher-mass fragments more suitable for use in MF analysis. It will be noted that dehydration also provides intense high-mass ions, also suitable for improved sensitivity of measurement and enhanced specificity. Both mass spectra in Figure 23 were obtained using the pyro peak, since formation of these derivatives does not prevent the thermal cyclization of the B ring. Other derivatives have been used in attempts to improve the mass spectral characteristics, and studies have been carried out using t-butyldimethylsilyl (t-BDMS) ether derivatives (154), which have been shown to give greatly enhanced intensity of the (M-57)$^+$ ion fragment for steroids (155).

The mass spectrometer can be used as a detector for gas and liquid chromatography in two ways. The most sensitive method relies on the ability of the MS to focus on specific ion fragments. There are numerous ways of arranging this that depend upon the type of mass spectrometer being used. The spectrometer can be focused on a single ion fragment or on different ion fragments at different

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000483



**Figure 23**   Normalized mass spectra of two derivatives of 24,25-(OH)$_2$D$_3$ during GC-MS on a 30-m OV-17 capillary column at 260°C. In each case the pyro peak was scanned. (a) 24(R),25-(OH)$_2$D$_3$-tris-trimethylsilyl ether; (b) 3-Trimethylsilyl ether-24,25-methylboronate ester derivative of 24(R),25-(OH)$_2$D$_3$. (From Ref. 151.)

times. The dwell time on each fragment is of course directly related to sensitivity. In a single-focusing magnetic sector machine, the focusing on different fragments can be achieved by altering the accelerating voltage so that different ions are sequentially focused on the electron multiplier. Modern laminated magnets now allow rapid alteration of the magnetic field without associated hysteresis effects, and focusing can thus be achieved by altering the current through the magnet. Quadrupole mass spectrometers operate on a different principle and focus ions by altering radiofrequency and direct current applied across four rods through the axis of which the ions travel. As mentioned previously, quadrupole mass spectrometers are assuming increasing importance in analytical laboratories. The process of mass fragmentography is the most sensitive mode of operation, but an alternative approach can be adopted. All modern mass spectrometers are now

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000484



**Figure 24**   High-resolution mass fragmentography of an extract of serum from a patient taking vitamin $D_2$. When injected into the heated zone of the gas chromatograph, vitamin D molecules are cyclized to form pyro- and isopyroisomers. The mass spectral interpretation inserted in this figure has been applied to the pyroisomer. Ion chromatograms of per-trimethylsilylated (TMSi) $1\alpha,24\text{-}(OH)_2D_2$ monitoring three separate ions—m/z 513.3584 (a), m/z 554.3975 (b), and m/z 601.3929 (c)—showing the trace between 9 and 14 min. The peaks from the pyroisomer of $1\alpha,24\text{-}(OH)_2D_2\text{-TMSi}$ are shaded. (From Ref. 209.)

equipped with sophisticated data acquisition and manipulation computing sys-
tems and thus are capable of scanning the eluent from the GC or LC at regular
intervals (one to five scans per second) and storing the complete mass spectrum
obtained. At the end of the GC/LC run data can be recalled and total-ion or single-
ion chromatograms can be constructed. Such a system (mass chromatography) is
not as sensitive as MF but provides a very valuable method of establishing the
ion fragment to monitor for the best sensitivity and specificity. Sensitivity and
specificity can be improved by the use of high-resolution GC-MS which is
achieved by double-focusing instruments which give greatly improved signal:
noise ratio by careful focusing on specified ions in MF mode. An example of
the value of this technology is illustrated in Figure 24, which was used to demon-
strate the presence of $1,24\text{-}(OH)_2D_2$ in human plasma.

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000485

## F.   LC Detection Using Online LC-MS

The introduction of liquid samples into the mass spectrometer has proved especially difficult. However, the advent of electrospray ionisation (ESI) and atmospheric pressure chemical ionisation (APCI) have overcome this problem and revolutionized the interfacing of HPLC with mass spectrometry. This success has pointed the way toward a major change in the mass spectrometric analysis of vitamin D, its analogs, and their metabolites. A disadvantage at the present time is that ionization using ESI and APCI is less efficient than the EI(+) used in GC-MS, but the immediate advantage is that it obviates the need for derivatization.

### 1.   Direct Infusion

Metabolites separated by HPLC can be collected and directly infused into the mass spectrometer using standard microsyringe pumps. This technique provides valuable ESI or APCI mass spectra without the need to develop or modify existing HPLC systems which may not be immediately suitable for direct linkage to a mass spectrometer (i.e., straight-phase systems which may require postcolumn addition of aqueous solvent prior to the ion source of the MS). A second advantage is that direct infusion allows the performance of $(MS)^n$ which is possible only with ion trap technology. This technique allows the sample to be examined, mass spectra obtained, and specific ions to be selected and subjected to further ionization, giving rise to daughter ions (i.e., MS-MS or $MS^2$). This process can be repeated to look at granddaughter ions ($MS^3$) and so on. This enables a scheme of sequential fragmentation to be drawn up and indicates which ions generate the daughter and granddaughter ions. Such a technique should be very valuable in structural analysis.

A specific example of these methods is illustrated in Figure 25, where a metabolite of the CD-ring analog KS176 (156) was subjected to ESI(+) MS3 analysis using an ion trap MS system (Thermoquest, LCQ system, Hemel Hempstead, U.K.). This analog was, even when derivatized as a per-TMSi ether, was unstable in GC-MS systems. It can be seen in the MS1 that the $MH^+$ ion at m/z 391 readily dehydrates to a series of product ions at m/z 373, 355, and 337 $(MH-18-18-18)^+$, corresponding to the loss of the three hydroxyl groups. This successive fragmentation is confirmed by examination of MS2 and MS3 which represent successively the fragments of m/z 373 (MS2) and m/z 355 (MS3). Examination of MS1 indicates the presence of $MNa^+$ (m/z 413), $MNH_4^+$ (m/z 408) and $MK^+$ (m/z 429) adduct ions.

The HPLC can be directly linked to the mass spectrometer (HPLC-MS) and solute ions produced in a variety of different ways. In the vitamin D field, the techniques of thermospray, fast atom bombardment (FAB), ESI, and APCI have been used.

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000486



Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

## 2. Thermospray MS

Takamura et al. (157,158) have used this technique to identify the presence of vitamin $D_2$ in the shiitake mushroom. Watson et al. (159) used thermospray LC-MS to measure $1,25\text{-}(OH)_2D_3$ in mitochondrial incubations and also examined a plasma extract but concluded that while sensitivity was reasonable, the precision that would be attained using this technique was inadequate. LC-MS using thermospray of phenyl-4-TAD adducts of vitamin $D_3$, $25\text{-}OH\text{-}D_3$, $1,25\text{-}(OH)_2D_3$, $24,25\text{-}(OH)_2D_3$, and $1\alpha OHD_3$ has also been described by Vreeken et al. (118). Both positive and negative ion spectra were examined, and simple spectra with protonated and deprotonated molecular ions were seen. These workers reported better signal-to-noise ratios with negative ion spectra in distinction to the work of Watson et al. (159), who could find no signal when monitoring negative ions. Sensitivity of this procedure was good (1 to 7 nmoles/L) but not sufficient for use in the analysis of serum or plasma. Unlike other procedures, this method utilized postcolumn formation of the phenyl-4-TAD adduct which was effected by mixing the derivatizing reagent in a reaction coil after the LC separation but before MS.

Thermospray is said to be inherently unstable and Watson et al. (159) suggested that this technique might never be suitable for routine plasma vitamin D metabolite measurement. This view, however, was not endorsed by Vreeken et al. (118), who suggested that their system was sufficiently sensitive for the measurement of vitamin D and several of its metabolites but not for $1,25\text{-}(OH)_2D_3$, which would still require large volumes of plasma. Vicchio et al. (160) have used this technique to measure $25\text{-}OH\text{-}D_3$ and study its kinetics.

## 3. Continuous-Flow FAB

Formation of TAD adducts has also proved to be of value in improving the prospects of successful LC-MS and the use of continuous-flow FAB of phenyl-4-TAD adducts of vitamin D and its metabolites in a tandem mass spectrometer (117,200) has been described. The FAB mass spectra produced in M1 showed

---

**Figure 25**   MS-MS-MS of KS 176. Three successive fragmentations were carried out using an LCQ ion trap mass spectrometer (Thermoquest, Hemel Hempstead, U.K.) which allows for LC-MS$^n$, where $n$ can equal 10. In MS1 the ions which arise from successive loss of from the MH$^+$ ion (m/z 391) are seen [(MH$^+$-18) = 373, (MH$^+$-18-18) = 355, and (MH$^+$-18-18-18) = 337]. These ions are then selected for subsequent fragmentation in MS2 and MS3. We suggest that the ion m/z 282 in MS1 arises by cleavage between C24 and C25 of m/z 337. Prominent ions in MS3, m/z 267, and 285 possibly arise from A-ring cleavages from m/z 337 and 355. The use of MS$^n$ in this relatively simple and cheap ion trap LC-MS system provides much more structural information than that provided from a simple LC-MS.

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000488

an intense peak at m/z 298 and for 1-hydroxylated vitamin D metabolites this peak shifted to m/z 314. By monitoring these fragments in M2 after collision-induced dissociation of MH$^+$, selected by M1, sensitive and specific measurements of vitamin D and its metabolites could be effected detecting 100 to 300 pg of all metabolites examined. In this system the detection limit for 1,25-(OH)$_2$D$_3$ was 150 pg (with a signal:noise ratio of 2.3:1). This methodology has been used by Yamada's group to demonstrate the structure of the 23-glucuronide of 23S,25-(OH)$_2$-24-oxo-D$_3$ and show that it is a major biliary metabolite of 24,25-(OH)$_2$D$_3$ (161).

4.  Electrospray (ESI) and Atmospheric Pressure Chemical
    Ionisation (APCI)

The introduction of ESI- and APCI-MS has improved the potential of LC-MS. The work of Wilson et al. (127) using crown ether derivatives of TAD has demonstrated that adducts with vitamin D using this reagent can be readily formed and that electrospray MS detection limits are close to physiological concentrations. Although at the present time these methods appear to have potentially sufficient sensitivity for use for the measurement of plasma concentrations, no fully evaluated method using LC-MS has been described, although capillary HPLC electrospray tandem mass spectrometry has been used to study in vitro metabolism of 1,25-dihydroxy-16-ene vitamin D$_3$ in rat kidney with detection limits in the 50 to 100-pg level (162). HPLC-MS is particularly useful in the field of vitamin D analysis since most metabolites of vitamin D can be resolved by a suitable combination of HPLC systems, and the added specificity of both derivatization and subsequent mass spectrometry would be a very powerful and specific means of quantitation.

It would be preferable if LC-MS with sufficient sensitivity could be carried out without the necessity for derivatization. Previous work has suggested that using LC-MS underivatized vitamin D compounds are not detected with satisfactory sensitivity. However, work in our laboratories has indicated that underivatized vitamin D analogs can be detected using LC-APCI-MS at the low nanogram level. APCI in our hands gives spectra which are in essence the same as those produced by ESI (see Fig. 26 and compare with MS1 spectrum in Fig. 25). LC-APCI-MS has recently been used to identify the structure of 25-OH-D$_2$ and 25-OH-D$_3$ glucuronides (163,164), and Ishigai et al. (165) have used LC-ESI-MS

Figure 26   LC-APCI-MS of KS 176. (a) Diode array detector output; (b) total ion current trace; (c) APCI (+) spectrum; (d) UV spectra obtained from an online photodiode array detector sampling at the peak apex. The formula of KS 176 is given in Figure 25. The interpretation of fragmentation seen in the mass spectrum shown is the same as that observed in MS1 of Figure 25. Data courtesy Dr. J. Lepore, Waters.

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000489



Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000490

**Table 7** Analytical Requirements for the Analysis of Vitamin D Metabolites and/or Analogs in Different Matrices

| Analytical problem | Analytical requirements | | | | | Selected Solution |
|---|---|---|---|---|---|---|
| | Precision | Accuracy/identity | Speed | Sensitivity | Purification | |
| 1. Clinical (serum and other biological fluids). Known analyte in low concentration | + | + | + | + | Complex | SPE + saturation analysis (GC-MS for validation only) |
| 2. In vitro (organs, cells or enzymes) identity | | + | | | Simple | LC-MS-MS or GC-MS |
| Time course: Unknown analytes in sometimes complex but defined matrix. | + | + | | | Simple | LC-UV |
| 3. Foodstuff: known analyte in complex matrix with large lipid content | + | + | | | Very complex | LC-UV |
| 4. Pharmaceuticals (tablets and other preparations). Known analyte in defined matrix at high concentration. | + | + | + | | Simple | LC-UV or LC-fluorescence (MS for validation) |

Copyright 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUEST MS-00000491

**Table 8** Gas Chromatography-Mass Spectrometry Methods for the Analysis of Vitamin D, Analogs, and Metabolites in Biological Fluids (1980–1999)

| Analyte | Derivative used | Internal standard | Concentration | Ref. |
|---|---|---|---|---|
| $D_2$ | TMSi | $[6,19,19-^2H_3]-D_2$ | 136 mg/mL in urine (268 mg/mL after enzyme hydrolysis) | 185 |
| $D_3$ | TMSi | $[3,4-^2H_2]-D_3^a$ | 120 mg/ml in urine (up to 500 ng/ml after enzyme hydrolysis) $4.5 \pm 2.8$ ng/ml in serum | 185 |
| $25-OH-D_3$ | TMSi | $[26(27)-^2H_6]-25-OH-D_3$ | $21.4 \pm 5.3$ ng/ml in serum | 185 |
| $25-OH-D_3$ | TMSi-tBDMS | | $15.3 \pm 1.6$ ng/mL | 187 |
| | | | $19.2 \pm 2.0$ ng/mL | 188 |
| | TMSi | $[26,27-^2H_6]-25-OHD_3$ | $2.3–32.6$ ng/mL in plasma | 189 |
| $25-OH-D_2$ | TMSi | $D_3$ | $0.6–1.0$ ng/mL | 186 |
| | TMSi | $[26,27-^2H_6]-25-OHD_3$ | $0.12–6.6$ ng/mL in plasma | 189 |
| $24,25-(OH)_2D_3$ | TMSi | Vitamin $D_2$ | $0.6–2.9$ ng/mL | 186 |
| $24,25-(OH)_2D_3$ | TMSi-nBBA | $[26,27-^2H_6]-24,25-(OH)_2D_3$ | $1.6 \pm 0.6$ ng/mL (UK summer) $3.1 \pm 1.4$ ng/mL (Australian summer) | 152 |
| | TMSi-nBBA | $[6,19,19-^2H_3]-24,25-(OH)_2D_3$ | Rat serum (no values but linear response to added $24,25(OH)_2D_3$) | 190 |
| $25,26-(OH)_2D_3$ | TMSi-nBBA | $[26,27-^2H_6]-25,26-(OH)_2D_3$ | Mean $0.39$ ng/mL (UK plasma) mean $0.76$ ng/mL range $0.3–1.3$ ng/mL (Australian plasma) | 153 |
| $24,25-(OH)_2D_2$ | TMSi nBBA | $[26,27-^2H_6]-25,26-(OH)_2D_2$ | ND in normal plasma. $4.1–29.5$ ng/mL on $D_2$ | 189 |
| $25,26-(OH)_2D_2$ | TMSi-nBBA | $[26,27-^2H_6]-25,26-(OH)_2D_2$ | ND in normal plasma $0.85–2.11$ ng/mL on $D_2$ | 189 |
| $1,25-(OH)_2D_3$ | TMSi | $[26-^2H_3]-25,26-(OH)_2-D_3$ | Validation of calf thymus assay | 191 |
| $1,25-(OH)_2D_3$ | TMSi | Vitamin $D_2$ | Semiquantitative (three serum samples in range $22.0–38.1$ pg/mL). Lower values than calf thymus assay. | 192 |
| $[26,27-F6]-1,25-(OH)_2D_3$ | TMSi | $[H_2][26,27-F6]-1,25(OH)_2D_3$ | $28 \pm 10$ pg/mL in 12 volunteers 4 hr after 2 μg oral dose | 133 |

$^a$ At a later stage $[6,19,19-^2H_3]-D_3$, $[2,2,3,4,4,6-^2H_6]-D_3$, and $[2,2,3,4,4,6,19,19-^2H_8]-D_2$ were used as internal standards.

Copyright 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUEST MS-00000492

for the measurement of 22-oxacalcitriol in mass serum. It is clear that the development of LC-MS systems is proceeding rapidly with improvements in sensitivity and ease of operation. We anticipate that LC-MS will become an increasingly valuable tool in the analysis of vitamin D and its chemical analogs. However, GC-MS can still provide valuable but complementary information (see 166) and should not be discarded simply on the grounds of convenience.

## III. APPLICATIONS

We have considered four applications of the methodology reviewed in this chapter and the requirements of each are summarized in Table 7. It can be seen that each application utilizes a slightly different approach based upon the consideration of a number of analytical requirements which differ between each of the applications. Examples of each of these applications are considered in turn.

### A. Clinical

In the main this application deals with the analysis of plasma or serum for 25-OH-D$_3$ and 1,25-(OH)$_2$D$_3$, two analytes which are present at low concentrations (25-OH-D$_3$ >> 1,25-(OH)$_2$D$_3$) in a relatively complex medium. It would appear at first sight that this presents a very difficult analytical challenge requiring the most extensive purification prior to quantitation. In the routine clinical laboratory, methods which are time-consuming and technically difficult are not as valuable as simpler and possibly, but not always, less specific methods. There is often a need in clinical situations for speed and simplicity and because of this, a considerable amount of development has taken place to produce simple and convenient assays in kit form, which depend upon the specificity of the saturation analysis quantitation procedure. The result is a method which couples solid-phase extraction with a radioreceptor assay which is both sensitive and specific. LC-MS meth-

**Figure 27** The EI(—) mass spectra of metabolites of 1α-hydroxyvitamin D$_3$ (1α-OHD$_3$). GC-MS was carried out after derivatization to form the per-trimethylsilyl ethers as described in Ref. 115. Both pyro- and isopyroisomers of each metabolite were observed but the mass spectrum of the pyroisomer (the major peak) is shown in each case. The major ions (m/z 632 (M$^+$), m/z 542, 432, and 362 (not highlighted) (M$^+$ losing successive silarols) and m/z 501 (M$^+$ losing 131 by A-ring cleavage) are the same in all the spectra. M/z 217 is the characteristic ion always seen in these 1,2X dihydroxylated steroids and m/z 251 (not highlighted) arises by side chain cleavage and subsequent loss of three silarols. It is possible, however, to distinguish each isomer from the characteristic fragmentation patterns illustrated for each above the appropriate spectrum. Only important ions have been highlighted. Full spectra for each isomer are available from the authors.

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000493



Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000494

ods are, however, still used in some centres and this methodology has been discussed above (see section II.D.1). Some examples of the application of LC-UV to the measurement of vitamin D metabolites in human plasma can be seen in Shimada et al. (167,168), who describe a method for the measurement of 25-OH-D₃ and its sulfate in human plasma, and in Shimizu et al. (169), who describe a method for 25-OH-D₃ in plasma using 22-OH-tetranor-D3 as an internal standard.

Experience has shown that these assays can perform exceeding well but only if the user belongs to an external quality assurance scheme (EQAS) which monitors performance and uses target values determined by GC-MS (e.g., 170). Table 8 illustrates some GC-MS methods which have been published in the last 20 years, not all of which are suitable for use as reference methods.

## B. In Vitro Studies

The metabolism of a large number of vitamin D analogs has been studied over the last 10 years and these studies have focused on two major aspects—firstly, identification of the principal metabolites formed in vitro using a variety of cell lines. This first application places particular emphasis on the ability of the detection methods to reveal details of metabolite structure which requires the use of GC-MS. Figure 27 illustrates the application of this technique to the identification of four monohydroxylated metabolites of 1α-OH-D₃ formed in a biological system. After extraction and derivatization, GC-MS was carried out and the spectra illustrated in Figure 27 were obtained. From these spectra it is possible to infer

**Figure 28** Reproducibility of modern HPLC instrumentation. Multiple chromatographic profiles in this figure are overlaid to demonstrate the superior reproducibility of modern chromatographs, such as the Waters Alliance 2690 system. The experiment involves lipid extracts from human keratinocytes incubated with synthetic vitamin D analogs: $1\alpha,25\text{-(OH)}_2D_2$ and $1,24S\text{-(OH)}_2D_2$ (10μM) for various times ranging from 0 to 48 h. Overlays show the remarkably consistent retention times that can be achieved for all components in the extract from the internal standard (labeled I.S., which is $1\alpha\text{-OH-D}_2$) with a retention time of 4.85 min through to the medium-derived component (retention time 27.2 min). When the LC method is combined with a consistent extraction procedure (giving remarkably similar I.S. peak heights), the biological time course can be seen to give valuable clues to metabolite identity and origin. In this relatively simple example, $1\alpha,25\text{-(OH)}_2D_2$ (RT = 11.42 min) gives a single product $1\alpha,24,25\text{-(OH)}_3D_2$ (RT = 18.05 min), whereas $1\alpha,24S\text{-(OH)}_2D_2$ (RT = 10.06 min) gives two products—$1\alpha,24,25\text{-(OH)}_3D_2$ (RT = 17.99 min) and $1\alpha,24,26\text{-(OH)}_3D_2$ (RT = 19.18 min). In this case, peak identity was confirmed by offline GC-MS of derivatized (per-trimethylsilyl) ethers) metabolites but currently available LC-MS instrumentation allows for online mass spectrometry of un-derivatized peaks, giving immediate information about peak identity.

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000495



Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000496

the structures of these metabolites. The approach can be extended to metabolites from other analogs of calcitriol.

The second aspect of this application is the need to provide reproducible time course data for metabolites of a number of analogs which can be compared with a necessary degree of confidence. This is most easily achieved using LC and requires that one set of data can be overlaid on another set which may have been produced at a later or earlier time. This can only be achieved if the HPLC used has a high degree of precision and retention times remain constant over long periods of time. Major advances have been made in pump, injector, and column technology, which makes this now possible to achieve. Such an example is provided in Figure 28 which shows the comparative metabolism of 1,24(S)-$(OH)_2D_2$ and 1,25-$(OH)_2D_2$ by HPK1A-ras cells analyzed using a Waters Alliance System. These two studies were performed on the same batch of keratinocytes at the same time but each analysis involves separate extraction replicates different time points and synthetic standards which extend the HPLC analysis time over a period of days. The reproducibility of retention times demonstrated in this figure is remarkable and could not have been achieved by previous generation of HPLC instruments.

## C.  Foodstuffs and Pharmaceuticals

Some applications in this area are provided in Jones et al. (81). Table 9 summarizes some HPLC methodology which has more recently been used for the mea-

Table 9    Some Liquid Chromatographic Methods for the Analysis of Foods and Pharmaceuticals for Vitamin D, Analogs, and Metabolites Published since 1990

| Matrix | Analyte(s) | Methodology | Ref. |
|---|---|---|---|
| Food (milk powder and gruel, eggs, fish, milk and margarine) | Vitamins $D_2$ and $D_3$ | Saponification, LC on silica gel, RP-HPLC-UV | 193 |
| Infant formula | Vitamin D | HPLC-UV | 194 |
| Milk | Vitamins $D_2$ and $D_3$ | Saponification, Florisil LC and RP-HPLC-UV | 195 |
| Milk (liquid and powder) | Vitamin $D_2$ | SPE on C18 cartridge and HPLC-UV | 196 |
| Infant formula and enteral products | Vitamin D | Liquid-liquid extraction, saponification, SPE, RP-HPLC UV | 197 |
| Animal feeds | Vitamin D and pro-$D_2$ | Sep-Pak cartridge extraction HPLC-UV | 198 |

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000497

surement of vitamin D in a variety of matrices. Despite the complexity of some of these matrices the methodology used is based upon HPLC-UV alone and there appears to be no recent attempt to validate these procedures by mass spectrometry. There appear to be no publications using HPLC for the measurement of vitamin D, analogs, or metabolites in pharmaceutical preparations since 1990.

## REFERENCES

1. JW Blunt, HF DeLuca, HK Schnoes. Biochemistry 7:3317, 1968.
2. AW Norman, J Roth, L Orci. Endocrinol Rev 3:331, 1982.
3. HL Henry, AW Norman. Annu Rev Nutr 4:493, 1984.
4. MR Haussler. Annu Rev Nutr 6:527, 1986.
5. HF DeLuca. FASEB J 2:224, 1988.
6. CE Porteous, RD Coldwell, DJH Trafford, HLJ Makin. J Steroid Biochem 28:785, 1987.
7. HLJ Makin, G Jones, MJ Calverley. In: HLJ Makin, DB Gower, DN Kirk, eds. Steroid Analysis. Glasgow: Blackie Academic & Professional, 1995, p 562.
8. E Havinga. Experientia 29:1181, 1973.
9. WG Salmond. In: AW Norman, K Schaefer, DV Herrath, H-G Grigoleit, JW Coburn, HF DeLuca, EB Mawer, T Suda, eds. Vitamin D: Basic Research and Its Clinical Application. Berlin: Walter de Gruyter, 1979, p 25.
10. S Yamada, M Ohmori, H Takayama. Tetrahedron Lett 21:1859, 1979.
11. N Kobayashi, T Taguchi, N Kaauma, N Ikekawa, J-I Oschide. J Chem Soc Chem Commun 10:459, 1980.
12. MJ Calverley. Tetrahedron Lett 43:4609, 1987.
13. SJ Shiuey, JJ Partridge. MR Uskokovic. J Org Chem 53:1040, 1988.
14. DH Barton, RH Hesse, MM Pechet, E Rizzardo. J Am Chem Soc 95:2748, 1973.
15. HE Paaren, DE Hamer, HK Schnoes, HF DeLuca. Proc Natl Acad Sci USA 75:2080, 1978.
16. G Jones, N Edwards, D Vriezen, C Porteous, DJH Trafford, J Cunningham, HLJ Makin. Biochemistry 27:7070, 1988.
17. F Qaw, MJ Calverley, NJ Schroeder, DJH Trafford, HLJ Makin, G, Jones. J Biol Chem 268:282, 1993.
18. NJ Schroeder, DJH Trafford, J Cunningham, G, Jones, HLJ Makin. J Clin Endocrinol Metab 78:1471, 1994.
19. J Abe-Hashimoto, T Kikuchi, T Matsumoto, Y Nishii, E Ogata, K Ikeda. Cancer Res 53:2534, 1993.
20. K Kragballe. J Cell Biochem 49:46, 1992.
21. S Strugnell, V Byford, HLJ Makin, RM Moriarty, R Gilardi, LW Levan, JC Knutson, CW Bishop, G Jones. Biochem J 310:233, 1995.
22. WH Okamura, MM Midland, AW Norman, MW Hammond, MC Dormanen, I Nemere. Ann NY Acad Sci 761:344, 1995
23. MJ Calverley, G Jones. In: RT Blickenstaff, ed. Antitumour Steroids. San Diego: Academic Press, 1992, p 193.

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000498

24. R Bouillon, WH Okamura, AW Norman. Endocrinol Rev 16:200, 1995.
25. MH Bhattacharyya, HF DeLuca. J Biol Chem 248:2969, 1973.
26. S Andersson, DL Davis, H Dahlback, H Jornvall, DW Russell. J Biol Chem 246: 8222, 1989.
27. Y-D Guo, S Strugnell, DW Back, G Jones. Proc Natl Acad Sci USA 90:8668, 1993.
28. KI Okuda, E Usui, Y Ohyama. J Lipid Res 36:1641, 1995.
29. M Fukushima, Y Suzuki, Y Tohira, Y Nishii, M Suzuki, S Sasaki, T Suda. FEBS Lett 65:211, 1976.
30. D Baran, ML Milne. J Clin Invest 77:1622, 1986.
31. VM Berginer, S Shany, D Alkalay, J Berginer, S Dekel, G Salen, GS Tint, D Gazit. Metabolism 42:69, 1993.
32. H Postlind, E Axen, T Bergman, K Wikvall. Biochem Biophys Res Commun 241: 491, 1997.
33. G Tucker, RE Gagnon, MR Haussler. Arch Biochem Biophys 155:47, 1973.
34. E Axen, H Postlind, J Wikvall. Biochem Biophys Res Commun 215:136, 1995.
35. F Ichikawa, K Sato, M Nanjo, Y Nishii, T Shinki, N Takahashi, T Suda. Bone 16: 129, 1995.
36. DR Fraser, E Kodicek. Nature 228:764, 1970.
37. R St-Arnaud, S Messerlian, JM Moir, JL Omdahl, FH Glorieux. J Bone Miner Res 12:1552, 1997.
38. FH Glorieux, JM Moir, S Messerlian, JL Omdahl, R St-Arnaud. In: AW Norman, R Bouillon, M Thomasset, eds. Vitamin D. Chemistry, Biology and Clinical Applications of the Steroid Hormone. Vitamin D Workshop, Riverside, California: University of California, 1997, p 127.
39. K-I Takeyama, S Kitanaka, T Sato, M Kobori, J Yanagisawa, S Kato. Science 277: 1827, 1997.
40. T Monkawa, T Yoshida, S Wakino, T Shinki, H Anazawa, HF DeLuca, T Suda, M Hayashi, T Saruta. Biochem Biophys Res Commun 239:527, 1997.
41. GK Fu, AA Portale, WL Miller. DNA Cell Biol 16:1499, 1997.
42. GK Fu, D Lin, MY Zhang, DD Bikle, CH Shackleton, WL Miller, AA Portale. Mol Endocrinol 11:1961, 1997.
43. RW Gray, JL Omdahl, JG Ghazarian, HF DeLuca. J Biol Chem 247:7528, 1972.
44. HL Henry. J Biol Chem 254:2722, 1979.
45. S Kitanaka, K Takeyama, A Murayama, T Sato, K Okumura, M Nogami, Y Hasegawa, H Niimi, J Yanagisawa, T Tanaka, K Sato. N Engl J Med 338:653, 1958.
46. D Fraser, SW Kooh, HP Kind, MF Holick, Y Tanaka, HF DeLuca. N Engl J Med 289:817, 1973.
47. GH Lester, TK Gray, ME Williams. In: DV Cohn, RV Talmage, JL Matthews, eds. Hormonal Control of Calcium Metabolism. Amsterdam: Excerpta Medica, 1981, p 376.
48. JS Adams, MA Gacad. J Exp Med 161:755, 1985.
49. MF Holick, HK Schnoes, HF DeLuca, RW Gray, IT Boyle, T Suda. Biochemistry 11:4251, 1972.
50. MF Holick, A Kleiner-Bossaller, HK Schnoes, PM Kasten, IT Boyle, HF DeLuca. J Biol Chem 249:6691, 1973.

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000499

51.  A Ornoy, D Goodwin, D Noff, S Edelstein. Nature 276:517, 1978.
52.  H Rasmussen, P Bordier. Metab Bone Dis Rel Res 1:7, 1978.
53.  HL Henry, AW Norman. Science 201:835, 1978.
54.  G Jones, D Vriezen, D Lohnes, V Palda, NS Edwards. Steroids 49:29, 1987.
55.  G Makin, D Lohnes, V Byford, R Ray, G Jones. Biochem J 262:173, 1989.
56.  GS Reddy, K-Y Tserng. Biochemistry 28:1763, 1989.
57.  RP Esvelt, HK Schnoes, HF DeLuca. Biochemistry 18:3977, 1979.
58.  JC Knutson, HF DeLuca. Biochemistry 13:1543, 1974.
59.  Y Ohyama, M Noshiro, K Okuda. FEBS Lett 278:195, 1991.
60.  Y Ohyama, K Okuda. J Biol Chem 266:8690, 1991.
61.  M Tomon, HS Tenenhouse, G Jones. Endocrinology 126:2868, 1990.
62.  T Shinki, CH Jin, A Nishimura, Y Nagai, Y Ohyama, M Noshiro, K Okuda, T
     Suda. J Biol Chem 267:13757, 1992.
63.  D Lohnes, G Jones. J Nutr Sci Vitaminol Special issue. 75, 1992.
64.  R St-Arnaud, A Arabian, R Travers, FH Glorieux. J Bone Miner Res 12:33, 1997.
65.  R St-Arnaud, A Arabian, R Travers, FH Glorieux. In: AW Norman, R Bouillon,
     M Thomasset eds. Vitamin D. Chemistry, Biology and Clinical Applications of
     the Steroid Hormone. Vitamin D Workshop, Riverside, California: University of
     California, 1997. p 635.
66.  T Suda, HF DeLuca, HK Schnoes, Y Tanaka, MF Holick. Biochemistry 9:4776,
     1970.
67.  RL Horst. Biochem Biophys Res Commun 89:286, 1979.
68.  S Yamada, K Nakayama, H Takayama, T Shinki, Y Takasaki, T Suda. J Biol Chem
     259:884, 1984.
69.  M Akiyoshi-Shibata, T Sakaki, Y Ohyama, M Noshiro, K Okuda, Y Yabusaki.
     Eur J Biochem 224:335, 1994.
70.  M Beckman, P Tadikonda, E Werner, JM Prahl, S Yamada, HF DeLuca. Biochem-
     istry 35:8465, 1996.
70a. S Ishizuka, S Ishimoto, AW Norman. Biochemistry 23:1473, 1984.
71.  G Jones, A Rosenthal, D Segev, Y Mazur, F Frolow, Y Halfon, D Rabinovich, Z
     Shakked. Biochemistry, 18:1094, 1979.
72.  M Odrzywolska, M Chodynski, SJ Halkes, JP van de Velde, H Fitak, A Kutner.
     Chirality, 11:249, 1999.
73.  MJ Wheeler. The Immunoassay Kit Directory, Vol 2, part 2. Steroid and Thyroid
     Hormones. Lancaster: Kluwer Academic, 1993.
74.  RD Coldwell, DJH Trafford, MJ Varley, DN Kirk, HLJ Makin. Steroids, 55:418,
     1990.
75.  DA Seamark, DJH Trafford, HLJ Makin. J Steroid Biochem 14:111, 1981.
76.  DD Bikle. Assay of Calcium Regulating Hormones. New York: Springer-Verlag,
     1983.
77.  RL Horst. In: R Kumar, ed. Vitamin D. Basic and Clinical Aspects. Boston: Mar-
     tinus Nijhoff, 1985. p 423.
78.  TL Clemens. Trends Endocrinol Metab 1:129, 1990.
79.  MF Holick. J Nutr 120:1464, 1990.
80.  RL Horst, TA Reinhardt, BW Hollis. Kidney Int 38:S28, 1990.
81.  G Jones, DJH Trafford, HLJ Makin, BW Hollis. In: AP De Leenheer, WE Lambert,

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000500

HJ Nelis, eds. *Modern Chromatographic Analysis of Vitamins*. New York: Marcel Dekker, 1992, p 73.

82. BW Hollis. In: D Feldman, FH Glorieux, JW Pike, eds. Vitamin D. San Diego: Academic Press, 1997, p 587.

83. EG Bligh, WJ Dyer. Can J Biochem 37:911, 1957.

84. RE Belsey, HF DeLuca, JT Potts. J Clin Endocrinol Metab 38:1046, 1974.

85. R Bouillon, P DeMoor, EG Baggiolini, MR Uskokovic. Clin Chem 26:562, 1980.

86. MT Parviainen, KE Savolainen, PH Korhonen, EM Alhava, JK Visakorpi. Clin Chim Acta 114:233, 1981.

87. NJM Jongen, WJF Van der Vijgh, HJJ Willems, JC Netelenbos. Clin Chem 27: 444, 1981.

88. RL Horst, ET Littledike, JL Riley, JL Napoli. Anal Biochem 116:189, 1981.

89. JA Eisman, AJ Hamstra, BE Kream, HF DeLuca. Science 193:1021, 1976.

90. RS Mason, D Lissner, C Reek, S Posen. In: AW Norman, K Schaefer, DV Herrath, H-G Grigoleit, JW Coburn, HF DeLuca, EB Mawer, T Seda, eds. Vitamin D: Basic Research and Its Clinical Application. Berlin: Walter de Gruyter, 1979, p 243.

91. TA Reinhardt, RL Host, JW Orf, BW Hollis. J Clin Endocrinol Metab 58:91, 1984.

92. JS Adams, T Clemens, MF Holick. J Chromatogr 226:198, 1981.

93. JT Dabek, M Harkonen, O Wahlroos, H Adlercreutz. Clin Chem 27:1346, 1981.

94. H Turnbull, DJH Trafford, HLJ Makin. Clin Chim Acta 120:65, 1982.

95. LJ Fraher, G Jones, TL Clemens, S Adami, JLH O'Riordan. Acta Endocrinol 97(suppl 243), 1981 Abstract 8.

96. BW Hollis, NE Frank. J Chromatogr 343:43, 1985.

97. BW Hollis. Clin Chem 32:2060, 1986.

98. BW Hollis, T Kilbo. In: AW Norman, K Schaffer, eds. Vitamin D: Molecular, Cellular and Clinical Endocrinology. Berlin: Walter de Gruyter, 1988, p 710.

99. NJM Jongen, WJF Van der Vijgh, P Lips, SC Netelenbos. Nephron 36:230, 1984.

100. BW Hollis, BA Roos, HH Draper, PW Lambert. J Nutr 111:384, 1981.

101. AA Rhedwi, DC Anderson, GN Smith. Steroids 39:149, 1982.

102. SJ Gaskell, BC Brownsey. Clin Chem 29:677, 1983.

103. WD Fraser, BH Durham, JL Berry, EB Mawer. Ann Clin Biochem 34:632, 1997.

104. N Kobayashi, K Ueda, M Tsutsumi, Y Tabata, K Shimada. J Steroid Biochem Mol Biol 44:93, 1993.

105. N Kobayashi, H Mano, T Imazu, K Shimada. J Steroid Biochem Mol Biol 54:217, 1995.

106. G Jones, HF DeLuca. J Lipid Res 16:448, 1975.

107. G Jones. J Chromatogr Biomed Appl 221:27, 1980.

108. N Ikekawa, N Koizumi. J Chromatogr 119:227, 1976.

109. EW Matthews, PGH Byfield, KW Colston, IMA Evans, LS Galante, I MacIntyre. FEBS Lett 48:122, 1974.

110. M Ishigai, S Arai, Y Ishitani, K Kumaki. J Steroid Biochem Mol Biol 66:281, 1998.

111. S Masuda, V Byford, R Kremer, HLJ Makin, N Kubodera, Y Nishii, A Okazaki, T Okano, T Kobayashi, G Jones. J Biol Chem 271:8700, 1996.

112. AM Rosenthal, G Jones, SW Kooh, D Fraser. Am J Physiol 239:E12, 1980.

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000501

113. J Cunningham, RD Coldwell, G Jones, HS Tenenhouse, DJH Trafford, HLJ Makin. J Bone Miner Res 5:173, 1990.
114. D Lohnes, G Jones. J Biol Chem 262:14394, 1987.
115. FJ Dilworth, GR Williams, A-M Kissmeyer, JL Nielsen, E Binderup, MJ Calverley, HLJ Makin, G Jones. Endocrinology 138:5485, 1998.
116. DA Seamark, DJH Trafford, FG Hiscocks, HLJ Makin. J Chromatogr 197:271, 1980.
117. B Yeung, P Vouros, GS Reddy. J Chromatogr 645:115, 1993.
118. RJ Vreeken, M Honing, BLM van Baar, RT Ghijsen, GJ deJong, UAT Brinkman. Biol Mass Spectrom 22:621, 1993.
119. JC Miller, SA George, BG Willis. Science 218:241, 1982.
120. G Jones, M Kung, K Kano. J Biol Chem 258:12920, 1983.
121. G Jones, K Kano, S Yamada, T Furusawa, H Takayama, T Suda. Biochemistry 23:3749, 1984.
122. DJ Aberhart, AC-T Hsu. J Org Chem 41:2098, 1976.
123. K Shimada, T Oe, T Mizuguchi. Analyst 116:1393, 1991.
124. M Shimizu, S Yamada. In: AW Norman, R Bouillon, M Thomasset, eds. Vitamin D. Gene Regulation, Structure-Function Analysis and Clinical Application. Berlin: Walter de Gruyter, 1991, p 644.
125. M Shimizu, S Kamachi, Y Nishii, S Yamada. Anal Biochem 194:77, 1991.
126. M Shimizu, T Yamazaki, S Yamada. Bio-org Med Chem Lett 3:1809, 1993.
127. SR Wilson, ML Tulchinsky, YH Wu. Bio-org Med Chem Lett 3:1805, 1993.
128. PH Jordan, G Read, T Hargreaves. Analyst 116:1347, 1991.
129. M Shimizu, Y Gao, T Aso, K Nakatsu, S Yamada. Anal Biochem 204:258, 1992.
130. K Shimada, K Mitamura, H Kaji, M Morita. J Chromatogr Sci 32:107, 1994.
131. K Shimada, I Nakatani, K Saito, K Mitamura. Biol Pharm Bull 19:491, 1996.
132. RD Coldwell, DJH Trafford, HLJ Makin. J Mass Spectrom 30:348, 1995.
133. S Komuro, Nakatsuka, A Yoshitake, K Iba. Biol Mass Spectrom 23:33, 1994.
134. F Askew, RB Bourdillon, HM Bruce, RK Callow, J Philpot, TA Webster. Proc R Soc Ser B 107:76, 1932.
135. B Pelc, DH Marshall. Steroids, 31:23, 1978.
136. D Sklan, P Budowski, M Katz. Anal Biochem 56:606, 1978.
137. DA Seamark, DJH Trafford, HLJ Makin. J Steroid Biochem 13:1057, 1980.
138. PP Nair, C Bucana, S DeLeon, DA Yruter. Anal Chem 37:631, 1965.
139. PP Nair, S DeLeon. Arch. Biochem Biophys 128:663, 1968.
140. H Ziffer, WJA Vanden Heuvel, EOA Haahti, EC Horning. J Am Chem Soc 82:6411, 1960.
141. HLJ Makin, DJH Trafford. In: E Reid, ed. Methodological Surveys in Biochemistry, Vol 7. Chichester: Ellis Horwood, 1978, p 312.
142. DJH Trafford, RD Coldwell, HLJ Makin. J Pharm Biomed Anal 9:1095, 1992.
143. B Zagalak, HC Curtius, R Foschi, G Wipf, V Redweik, MJ Zagalak. Experientia, 34:1537, 1978.
144. I Bjorkhem, A Larsson. Clin Chim Acta 88:559, 1978.
145. I Bjorkhem, I Holmberg. Clin Chim Acta 68:215, 1976.
146. I Bjorkhem, I Holmberg, T Christiansen, JL Pedersen. Clin Chem 25:584, 1979.
147. JM Halket, BP Lisboa. Acta Endocrinol (Kbh) 87(suppl 251):120, 1978.

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000502

147a. BP Lisboa, JM Halket. In: A Frigerio, L Renoz, eds. Recent Developments in Chromatography and Electrophoresis. 1979, p 141.
148. CJW Brooks, BS Middleditch. Clin Chim Acta 34:145, 1971.
149. CJW Brooks, DJ Harvey. J Chromatogr, 54:193, 1971.
150. TA Baillie, CJW Brooks, BS Middleditch. Anal Chem 44:30, 1972.
151. JM Halket, J Ganschow, BP Lisboa. J Chromatogr 192:434, 1980.
152. RD Coldwell, DJH Trafford, HLJ Makin, MJ Varley, DN Kirk. Clin Chem 30: 1193, 1984.
153. RD Coldwell, DJH Trafford, MJ Varley, HLJ Makin, DN Kirk. J Chromatogr Biomed Appl 338:289, 1984.
154. B Lindback, T Berlin, I Bjorkhem. Clin Chem 33:1226, 1987.
155. G Phillipou, DA Bigham, RF Seamark. Steroids 26:516, 1975.
156. P De Clercq, C D'Halleweyn, S Gabriels, B Linclau, K Sabbe, B Sas, S Sebastian, H Van Dingenen, D Van Haver, Y Chen, S Ling, X Xu, Y Wu, Y Wu, X Zhao, X Zhou, G-D Zhu, M Vandewalle, R Bouillon, A Verstuyft. In: AW Norman, R Bouillon, M Thomasset, eds. Vitamin D: Chemistry, Biology and Clinical Applications of the Steroid Hormone. Riverside: University of California, 1997, p 3.
157. K Takamura, H Hoshino, N Harima, T Sugahara, H Amano. J Chromatogr 543: 241, 1991.
158. K Takamura, H Hoshino, T Sugahara, H Amano. J Chromatogr 545:201, 1991.
159. DJ Watson, KDR Setchell, R Ross. Biomed Chromatogr 5:153, 1991.
160. D Vicchio, A Yergey, K O'Brien, L Allen, R Ray, M Holick. Biol Mass Spectrom 22:53, 1993.
161. A Shimoyamada, S Tomiyama, M Shimizu, K Yamamoto, S Kunii, S Yamada. Biochim Biophys Acta 1346:147, 1997.
162. B Yeung, P Vouros, ML Siu-Caldera, GS Reddy. Biochem Pharmacol 49:1099, 1995.
163. K Shimada, Y Kamezawa, K Mitamura. Biol Pharm Bull 20:596, 1997.
164. K Shimada, K Mitamura, I Nakatani. J Chromatogr 690: 348, 1997.
165. M Ishigai, Y Asoh, K Kumaki. J Chromatogr 706:261, 1998.
166. M Ishigai, Y Ishitani, K Kumaki. J Chromatogr 704:11, 1997.
167. K Shimada, K Mitamura, N Kitana. Biomed Chromatogr 5:229, 1995.
168. K Shimada, K Mitamura, N Kitana, M Kawasaki. J Chromatogr 689:409, 1997.
169. M Shimizu, Y Iwasaki, H Ishida. S Yamada. J Chromatogr 672:63, 1995.
170. GD Carter, J Nolan, DJH Trafford, HLJ Makin. In: AW Norman, R Bouillon, M Thomasset, eds. Vitamin D: Chemistry, Biology and Clinical Applications of the Steroid Hormone. Riverside: University of California, 1997, p 737.
171. G Jones. In: JP Bilezikian, LG Raisz, GA Rodan, eds. Principles of Bone Biology. San Diego: Academic Press 1996, p 1069.
172. G Jones, SA Strugnell, HF DeLuca. Physiol Rev 78:1193, 1998.
173. MF Holick, HK Schnoes, HF DeLuca, T Suda, RJ Cousins. Biochemistry 10:2799, 1971.
174. PW Lambert, PB DeOreo, BW Hollis, IY Fu, DJ Ginsberg, BA Roos. J Lab Clin Med 98:536, 1981.
175. RE Belsey, HF DeLuca, JT Potts. J Clin Endocrinol Metab 33:554, 1971.
176. JN Thompson, G Hatina, WB Maxwell, S Duval. J Assoc Off Anal Chem 65:624, 1982.

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000503

177.  EE Delvin, M Dussault, FH Glorieux. Clin Biochem 13:106, 1980.
178.  JP Moody, CA Humphries, SM Allan, CR Paterson. J Chromatogr 530:19, 1990.
179.  JP Hart, MD Norman, CJ Lacey. Analyst 117:1441, 1992.
180.  H Hasegawa. J Chromatogr 605:215, 1992.
181.  MMD Zamarreno, AS Perez, CG Perez, JH Mendez. J Chromatogr 623:69, 1992.
182.  MMD Zamarreno, AS Perez, MCM Iglesias, JH Mendez. Anal Lett 26:2563, 1993.
183.  L Lin, NM Metzler, IL Honigberg. J Liquid Chromatogr 16:3093, 1993.
184.  S Masuda, T Okano, M Kamao, Y Kanedai, T Kobayashi. J Pharm Biomed Anal 15:1497, 1997.
185.  B Zagalak, F Neuheiser, MJ Zagalak, T Kuster, HC Curtius, GU Exner, S Franconi, A Prader. In: A Frigerio, ed. Chromatography and Mass Spectrometry in Biomedical Sciences. Amsterdam: Elsevier, Vol 2, p 347, 1983.
186.  DA Seamark, DJH Trafford, HLJ Makin. Clin Chim Acta 106:51, 1980.
187.  T Berlin, L Emtestam, I Bjorkhem. Scand J Clin Lab Invest 46:723, 1986.
188.  T Berlin, I Holmberg, I Bjorkhem. Scand J Clin Lab Invest 46:367, 1986.
189.  RD Coldwell, DJH Trafford, MJ Varley, DN Kirk, HLJ Makin. Clin Chim Acta 180:157, 1989.
190.  S Tomiyama, T Nitta, S Yamada. Steroids 59:559, 1994.
191.  H Oftebrow, JA Falch, I Holmberg, E Haug. Clin Chim Acta 176:157, 1988.
192.  PMK Poon, YT Mak, CP Pang. Clin Biochem 26:461, 1993.
193.  A Bognar. Z Lebensm Unters Forsch 194:469, 1992.
194.  JT Tanner, SA Barnett, MK Mountford. J AOAC Int 76:1042, 1993.
195.  AF Hagar, L Madsen, L Wales, HB Bradford. J AOAC Int 77:1047, 1994.
196.  MM Delgado-Zamarreno, A Sanchez-Perez, MC Gomez-Perez, J Hernandez-Mendez. J Chromatogr 694:399, 1995.
197.  MG Sliva, JK Sanders. J AOAC Int 79:73, 1996.
198.  H Qian, M Sheng. J Chromatogr 825:127, 1998.
199.  MR Haussler, GK Whitfield, CA Haussler, J-C Hsieh, PD Thompson, SS Selznick, CE Dominguez, PW Jurutka. J Bone Miner Res 13:325, 1998.
200.  B Yeung, GS Roddy, P Vouros. Abstracts for the 40th American Society for Mass Spectrometry Conference on Mass Spectrometry and Allied Topics, Washington DC, 1992, p 1089.
201.  P Stern. Calcif Tissue Int 33:1, 1981.
202.  JE Bishop, ED Collins, WH Okamura, AW Norman. J Bone Miner Res 9:1277, 1994.
203.  M Shimizu, X Wang, S Yamada. J Chromatogr 690:15, 1997.
204.  XX Wang, M Shimizu, F Numano, H Asaoka, S Yamada. Anal Sci 13:255, 1997.
205.  K Shimada, T Mizuguchi. J Chromatogr 606:133, 1992.
206.  K Wang, PP Davis, T Crews, L Gabriel, RW Edom. Anal Biochem 243:28, 1996.
207.  S Strugnell. PhD thesis, Queen's University, Kingston, Ontario, Canada, 1993.
208.  I Bjorkhem, I Holmberg. Methods Enzymol 67:385, 1980.
209.  EB Mawer, G Jones, M Davies, PE Still, V Byford, NJ Schroeder, HLJ Makin, CW Bishop, JC Knutson. J Clin Endocrinol Metab 83:2156, 1998.
210.  G Jones, H Ramshaw, A Zhang, R Cook, V Byford, J White, M Petkovich. Endocrinology 140:3303, 1999.

Copyright © 2000 by Marcel Dekker, Inc. All Rights Reserved.

QUESTMS-00000504