# EXHIBIT H



## THE UNITED STATES OF AMERICA

### TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

*November 29, 2018*

**THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE FILE WRAPPER AND CONTENTS OF:**

**APPLICATION NUMBER:** *13/115,916*
**FILING DATE:** *May 25, 2011*
**PATENT NUMBER:** *8101427*
**ISSUE DATE:** *January 24, 2012*

Certified by

Under Secretary of Commerce
for Intellectual Property
and Director of the United States
Patent and Trademark Office

QUESTMS-00002353

Atty. Dkt. No. 034827-3606

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:       Clarke, et al.

Title:           METHODS FOR DETECTING
                 VITAMIN D METABOLITES
                 BY MASS SPECTROMETRY

Prior Appl. No.:  11/101,166 ; 11/386,215

Prior Appl.
Filing Date:      4/6/2005; 3/21/2006

Examiner:        Unknown

Art Unit:        Unknown

## CONTINUING PATENT APPLICATION
## TRANSMITTAL LETTER

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

Transmitted herewith for filing under 37 C.F.R. § 1.53(b) is a:

[ **X** ] Continuation    [ ] Division    [ ] Continuation-In-Part (CIP)

of the above-identified copending prior application in which no patenting, abandonment, or termination of proceedings has occurred. Priority to the above-identified prior application is hereby claimed under 35 U.S.C. § 120 for this continuing application. The entire disclosure of the above-identified prior application is considered as being part of the disclosure of the accompanying continuing application and is hereby incorporated by reference therein.

[ ]       Applicant claims small entity status under 37 CFR 1.27.

DLMR_896058.1

QUESTMS-00002354

Atty. Dkt. No. 034827-3606

Enclosed are:

[ **X** ]   Description, Claim(s), and Abstract (34 pages).

[ **X** ]   Formal drawings (4 sheets, Figures 1-4).

[ **X** ]   Declaration and Power of Attorney from parent Application No. 11/386,215 (4 pages).

[ ]   Assignment of the invention to Quest Diagnostics Investments Incorporated.

[ ]   Assignment Recordation Cover Sheet.

[ ]   Request for application not to be published with certification under 35 USC 122(b)(2)(B)(i).

[ ]   Information Disclosure Statement.

[ ]   Form PTO-1449 with copies of ___ listed reference(s).

[ ]   Preliminary Amendment (___)

[ **X** ]   Application Data Sheet (37 CFR 1.76) (4 pages)

The adjustment to the number of sheets for EFS-Web filing follows:

| Number of Sheets | | EFS-Web Adjustment | Number of Sheets for EFS-Web |
|---|---|---|---|
| 38 | x | 75% | 29 |

The filing fee is calculated below:

| | Number Filed | | Included in Basic Fee | Extra | | Rate | | Fee Totals |
|---|---|---|---|---|---|---|---|---|
| Basic Filing Fee | | | | | | $330.00 | = | $330.00 |
| Search Fee | | | | | | $540.00 | | $540.00 |
| Examination Fee | | | | | | $220.00 | | $220.00 |
| Size Fee | 29 | - | 100 | = 0 | x | $270.00 | | $0.00 |
| Total Claims: | 23 | - | 20 | = 3 | x | $52.00 | = | $156.00 |
| Independents : | 2 | - | 3 | = 0 | x | $220.00 | = | $0.00 |

DLMR_896058.1

QUESTMS-00002355

Atty. Dkt. No. 034827-3606

| | | | | |
|---|---|---|---|---|
| : | | | | |
| If any Multiple Dependent Claim(s) present: | + | $390.00 | = | $0.00 |
| Surcharge under 37 CFR 1.16(e) for late filing of Executed Declaration or late payment of filing fee | + | $130.00 | = | $0.00 |
| | | SUBTOTAL: | = | $1246.00 |
| [ ] | Small Entity Fees Apply (subtract ½ of above): | | = | 0 |
| | Basic Filing Fee Reduction for Filing via EFS-Web | | = | $0.00 |
| | TOTAL FILING FEE: | | = | $1246.00 |
| Assignment Recordation Fee: | + | $40.00 | = | $0.00 |
| Processing Fee under 37 CFR 1.17(i) for Late Filing of English Translation of Application: | + | $130.00 | = | $0.00 |
| TOTAL FEE | | | = | $1246.00 |

The above-identified fees of $1246.00 are being paid by credit card via EFS-Web.

The Commissioner is hereby authorized to charge any additional fees which may be required regarding this application under 37 C.F.R. §§ 1.16-1.17, or credit any overpayment, to Deposit Account No. 19-0741. Should no proper payment be enclosed herewith, as by the credit card payment instructions in EFS-Web being incorrect or absent, resulting in a rejected or incorrect credit card transaction, the Commissioner is authorized to charge the unpaid amount to Deposit Account No. 19-0741.

Please direct all correspondence to the undersigned attorney or agent at the address indicated below.

Respectfully submitted,

Date ___5/25/11___

By _____

FOLEY & LARDNER LLP
Customer Number: 30542
Telephone:    (858) 847-6722
Facsimile:    (858) 792-6773

Barry S. Wilson, Reg. No. 39,431
Anthony C. Kuhlmann, Reg. No. 57,147
Attorneys for Applicant

-3-

QUESTMS-00002356

## Application Data Sheet

**Application Information**

| | |
|---|---|
| **Application Type::** | Regular |
| **Subject Matter::** | Utility |
| **Suggested classification::** | |
| **Suggested Group Art Unit::** | |
| **CD-ROM or CD-R?::** | None |
| **Computer Readable Form (CRF)?::** | No |
| **Title::** | METHODS FOR DETECTING VITAMIN D METABOLITES BY MASS SPECTROMETRY |
| **Attorney Docket Number::** | 034827-3606 |
| **Request for Early Publication?::** | No |
| **Request for Non-Publication?::** | No |
| **Suggested Drawing Figure::** | 1 |
| **Total Drawing Sheets::** | 4 |
| **Small Entity?::** | No |
| **Petition included?::** | No |
| **Secrecy Order in Parent Appl.?::** | No |

**Applicant Information**

| | |
|---|---|
| **Applicant Authority Type::** | Inventor |
| **Primary Citizenship Country::** | UK |
| **Status::** | Full Capacity |
| **Given Name::** | Nigel |
| **Family Name::** | Clarke |

DLMR_896059.1

QUESTMS-00002357

| | |
|---|---|
| **City of Residence::** | Oceanside |
| **State or Province of Residence::** | CA |
| **Country of Residence::** | US |
| **Street of mailing address::** | 1689 Avenida Guillermo |
| **City of mailing address::** | Oceanside |
| **State or Province of mailing address::** | CA |
| **Postal or Zip Code of mailing address::** | 92056 |

| | |
|---|---|
| **Applicant Authority Type::** | Inventor |
| **Primary Citizenship Country::** | US |
| **Status::** | Full Capacity |
| **Given Name::** | Brett |
| **Family Name::** | Holmquist |
| **City of Residence::** | Mission Viejo |
| **State or Province of Residence::** | CA |
| **Country of Residence::** | US |
| **Street of mailing address::** | 21858 Bahamas |
| **City of mailing address::** | Mission Viejo |
| **State or Province of mailing address::** | CA |
| **Postal or Zip Code of mailing address::** | 92692 |

| | |
|---|---|
| **Applicant Authority Type::** | Inventor |
| **Primary Citizenship Country::** | KR |
| **Status::** | Full Capacity |
| **Given Name::** | Kwang-Ja |

Initial 05/25/11

DLMR_896059.1

QUESTMS-00002358

**Family Name::**                                  Lee

**City of Residence::**                            Irvine

**State or Province of**                           CA
**Residence::**

**Country of Residence::**                         US

**Street of mailing address::**                    10 Apple Way

**City of mailing address::**                      Irvine

**State or Province of mailing**                   CA
**address::**

**Postal or Zip Code of mailing**                  92602
**address::**

**Applicant Authority Type::**                     Inventor

**Primary Citizenship Country::**                  US

**Status::**                                       Full Capacity

**Given Name::**                                   Richard E.

**Family Name::**                                  Reitz

**City of Residence::**                            San Clemente

**State or Province of**                           CA
**Residence::**

**Country of Residence::**                         US

**Street of mailing address::**                    3710 Calle Fino Clarete

**City of mailing address::**                      San Clemente

**State or Province of mailing**                   CA
**address::**

**Postal or Zip Code of mailing**                  92673
**address::**

**Correspondence Information**

Initial 05/25/11

DLMR_896059.1

QUESTMS-00002359

**Correspondence Customer Number::**     30542

**E-Mail address::**                          PTOMailSanDiegoNorth@foley.com

## Representative Information

| Representative Customer Number:: | 30542 | |
|---|---|---|

## Domestic Priority Information

| Application:: | Continuity Type:: | Parent Application:: | Parent Filing Date:: |
|---|---|---|---|
| This Application | Claims priority under 35 USC § 120 to | 11/386,215 | 3/21/2006 |
| This Application | Claims priority under 35 USC § 120 to | 11/101,166 | 4/6/2005 |

## Foreign Priority Information

| Country:: | Application number:: | Filing Date:: | Priority Claimed:: |
|---|---|---|---|
| | | | |

## Assignee Information

**Assignee Name::**                          Quest Diagnostics Investments Incorporated

Initial 05/25/11

DLMR_896059.1

QUESTMS-00002360

Atty. Dkt. No. 034827-3603

## DECLARATION AND POWER OF ATTORNEY

As a below named inventor, I HEREBY DECLARE:

THAT my residence, post office address, and citizenship are as stated below next to my name;

THAT I believe I am the original, first, and sole inventor (if only one inventor is named below) or an original, first, and joint inventor (if plural inventors are named below or in an attached Declaration) of the subject matter which is claimed and for which a patent is sought on the invention entitled

### METHODS FOR DETECTING VITAMIN D METABOLITES BY MASS SPECTROMETRY

(Attorney Docket No.  034827-3603)

the specification of which (check one)

       ____       is attached hereto.

      X       was filed on _3/21/2006_ as United States Application Number or PCT International Application Number _11/386,215_ and was amended on _____ (if applicable).

THAT I do not know and do not believe that the same invention was ever known or used by others in the United States of America, or was patented or described in any printed publication in any country, before I (we) invented it;

THAT I do not know and do not believe that the same invention was patented or described in any printed publication in any country, or in public use or on sale in the United States of America, for more than one year prior to the filing date of this United States application;

THAT I do not know and do not believe that the same invention was first patented or made the subject of an inventor's certificate that issued in any country foreign to the United States of America before the filing date of this United States application if the foreign application was filed by me (us), or by my (our) legal representatives or assigns, more than twelve months (six months for design patents) prior to the filing date of this United States application;

THAT I have reviewed and understand the contents of the above-identified specification, including the claim(s), as amended by any amendment specifically referred to above;

QUESTMS-0000236

Atty. Dkt. No. 034827-3603

THAT I believe that the above-identified specification contains a written description of the invention, and of the manner and process of making and using it, in such full, clear, concise, and exact terms as to enable any person skilled in the art to which it pertains, or with which it is most nearly connected, to make and use the invention, and sets forth the best mode contemplated by me of carrying out the invention; and

THAT I acknowledge the duty to disclose to the U.S. Patent and Trademark Office all information known to me to be material to patentability as defined in Title 37, Code of Federal Regulations, §1.56.

I HEREBY CLAIM foreign priority benefits under Title 35, United States Code §119(a)-(d) or § 365(b) of any foreign application(s) for patent or inventor's certificate, or §365(a) of any PCT international application which designated at least one country other than the United States of America, listed below and have also identified below any foreign application for patent or inventor's certificate or of any PCT international application having a filing date before that of the application on which priority is claimed.

| Prior Foreign Application Number | Country | Foreign Filing Date | Priority Claimed? | Certified Copy Attached? |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

I HEREBY CLAIM the benefit under Title 35, United States Code § 119(e) of any United States provisional application(s) listed below.

| U.S. Provisional Application Number | Filing Date |
|---|---|
| | |
| | |
| | |

I HEREBY CLAIM the benefit under Title 35, United States Code, §120 of any United States application(s), or § 365(c) of any PCT international application designating the United States of America, listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States or PCT International application in the manner provided by the first paragraph of Title 35, United States Code, § 112, I acknowledge the duty to disclose information which is material to patentability as defined in Title 37, Code of

QUESTMS-0000236

Atty. Dkt. No. 034827-3603

Federal Regulations, § 1.56 which became available between the filing date of the prior application and the national or PCT international filing date of this application.

| U.S. Parent Application Number | PCT Parent Application Number | Parent Filing Date | Parent Patent Number |
|---|---|---|---|
| 11/101,166 | | 4/6/2005 | |
| | | | |
| | | | |

I HEREBY APPOINT the registered attorneys and agents at Customer Number

## 30542

to have full power to prosecute this application and any continuations, divisions, reissues, and reexaminations thereof, to receive the patent, and to transact all business in the United States Patent and Trademark Office connected therewith.

I request that all correspondence be directed to:

Barry S. Wilson
FOLEY & LARDNER LLP
Customer Number: 30542

Telephone:     (858) 847-6722
Facsimile:     (858) 792-6773

I UNDERSTAND AND AGREE THAT the foregoing attorneys and agents appointed by me to prosecute this application do not personally represent me or my legal interests, but instead represent the interests of the legal owner(s) of the invention described in this application.

I FURTHER DECLARE THAT all statements made herein of my own knowledge are true, and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

QUESTMS-00002363

Atty. Dkt. No. 034827-3603

| | |
|---|---|
| Name of first inventor | Nigel Clarke |
| Residence | Oceanside, California |
| Citizenship | UK |
| Post Office Address | 862 Masters Drive<br>Oceanside, California 92057 |
| Inventor's signature | |
| Date | 5/16/06 |

| | |
|---|---|
| Name of second inventor | Brett Holmquist |
| Residence | Mission Viejo, California |
| Citizenship | US |
| Post Office Address | 21858 Bahamas<br>Mission Viejo, California 92692 |
| Inventor's signature | |
| Date | 5/23/86 |

| | |
|---|---|
| Name of third inventor | Gloria Kwangja Lee |
| Residence | Irvine, California |
| Citizenship | US |
| Post Office Address | 10 Apple Valley<br>Irvine, California 92602 |
| Inventor's signature | |
| Date | 5/22/06 |

| | |
|---|---|
| Name of fourth inventor | Richard E. Reitz |
| Residence | San Clemente, California |
| Citizenship | US |
| Post Office Address | 3710 Calle Fino Clarete<br>San Clemente, California 92673 |
| Inventor's signature | |
| Date | 5/23/06 |

Page 4 of 4

QUESTMS-00002364

034827-3606

# METHODS FOR DETECTING VITAMIN D METABOLITES BY MASS SPECTROMETRY

## CROSS REFERENCE TO RELATED PATENT APPLICATIONS

[0001]   This application claims priority under 35 U.S.C. § 120 to U.S. Application Serial No. 11/101,166 (now U.S. Pat. No. 7,745,226), filed April 6, 2005, and to U.S. Application Serial No. 11/386,215, filed March 21, 2006, incorporated herein by reference in their entirety.

## FIELD OF THE INVENTION

[0002]   The invention relates to the detection of vitamin D metabolites.  In a particular aspect, the invention relates to methods for detecting vitamin D metabolites by mass spectrometry.

## BACKGROUND OF THE INVENTION

[0003]   Vitamin D is an essential nutrient with important physiological roles in the positive regulation of calcium ($Ca^{2+}$) homeostasis.  Vitamin D can be made *de novo* in the skin by exposure to sunlight or it can be absorbed from the diet.  There are two forms of vitamin D; vitamin $D_2$ (ergocalciferol) and vitamin $D_3$ (cholecalciferol).  Vitamin $D_3$ is the form synthesized *de novo* by animals.   It is also a common supplement added to milk products and certain food products produced in the United States.  Both dietary and intrinsically synthesized vitamin $D_3$ must undergo metabolic activation to generate bioactive metabolites.  In humans, the initial step of vitamin $D_3$ activation occurs primarily in the liver and involves hydroxylation to form the intermediate metabolite 25-hydroxyvitamin $D_3$ (25-hydroxycholecalciferol; calcifediol; $25OHD_3$).  Calcifediol is the major form of vitamin $D_3$ in the circulation.  Circulating $25OHD_3$ is then converted by the kidney to 1,25-dihydroxyvitamin $D_3$ (calcitriol; $1,25(OH)_2D_3$), which is generally believed to be the metabolite of vitamin $D_3$ with the highest biological activity.

1

QUESTMS-00002365

034827-3606

[0004]   Vitamin $D_2$ is derived from fungal and plant sources.  Many over-the-counter dietary supplements contain ergocalciferol (vitamin $D_2$) rather than cholecalciferol (vitamin $D_3$).  Drisdol, the only high-potency prescription form of vitamin D available in the United States, is formulated with ergocalciferol.  Vitamin $D_2$ undergoes a similar pathway of metabolic activation in humans as vitamin $D_3$, forming the metabolites 25-hydroxyvitamin $D_2$ (25OHD$_2$) and 1,25-dihydroxyvitamin $D_3$ (1,25(OH)$_2$D$_2$).  Vitamin $D_2$ and vitamin $D_3$ have long been assumed to be biologically equivalent in humans, however recent reports suggest that there may be differences in the bioactivity and bioavailability of these two forms of vitamin D (Armas *et. al.,* (2004) J. Clin. Endocrinol. Metab. 89:5387-5391).

[0005]   Measurement of vitamin D, the inactive vitamin D precursor, is rare in clinical settings and has little diagnostic value.  Rather, serum levels of 25-hydroxyvitamin $D_3$ and 25-hydroxyvitamin $D_2$ (total 25-hydroxyvitamin D; "25OHD") are a useful index of vitamin D nutritional status and the efficacy of certain vitamin D analogs.  Therefore, the measurement of 25OHD is commonly used in the diagnosis and management of disorders of calcium metabolism.  In this respect, low levels of 25OHD are indicative of vitamin D deficiency associated with diseases such as hypocalcemia, hypophosphatemia, secondary hyperparathyroidism, elevated alkaline phosphatase, osteomalacia in adults and rickets in children.  In patients suspected of vitamin D intoxication, elevated levels of 25OHD distinguishes this disorder from other disorders that cause hypercalcemia.

[0006]   Measurement of 1,25(OH)$_2$D is also used in clinical settings, however, this metabolite has a more limited diagnostic usefulness than 25OHD.  Factors that contribute to limitations of the diagnostic values of 1,25(OH)$_2$D as an index of vitamin D status include the precision of the endogenous regulation of renal production of the metabolite and its short half-life in circulation.  However, certain disease states such as kidney failure can be diagnosed by reduced levels of circulating 1,25(OH)$_2$D and elevated levels of 1,25(OH)$_2$D may be indicative of excess parathyroid hormone or may be indicative of certain diseases such as sarcoidosis or certain types of lymphoma.

[0007]   Detection of vitamin D metabolites has been accomplished by radioimmunoassay with antibodies co-specific for 25-hydroxyvitamin $D_3$ and 25-hydroxyvitamin $D_2$.  Because the current immunologically-based assays do not separately resolve 25-hydroxyvitamin $D_3$ and 25-

2

QUESTMS-00002366

034827-3606

hydroxyvitamin $D_2$, the source of a deficiency in vitamin D nutrition cannot be determined without resorting to other tests.  More recently, reports have been published that disclose methods for detecting specific vitamin D metabolites using mass spectrometry.  For example Yeung B, *et al.,* J Chromatogr. 1993, 645(1):115-23; Higashi T, et al., Steroids. 2000, 65(5):281-94;  Higashi T, *et al.,*  Biol Pharm Bull. 2001, 24(7):738-43; and Higashi T, *et al.,* J Pharm Biomed Anal. 2002, 29(5):947-55 disclose methods for detecting various vitamin D metabolites using liquid chromatography and mass spectrometry.  These methods require that the metabolites be derivatized prior to detection by mass-spectrometry.  Methods to detect underivatized $1,25(OH)_2D_3$ by liquid chromatography / mass-spectrometry are disclosed in Kissmeyer and Sonne, J Chromatogr A. 2001, 935(1-2):93-103.

## SUMMARY OF THE INVENTION

[0008]   The present invention provides methods for detecting the presence or amount of a vitamin D metabolite in a sample by mass spectrometry, including tandem mass spectrometry. Preferably, the methods of the invention do not include derivatizing the vitamin D metabolites prior to the mass spectrometry analysis.

[0009]   In one aspect, the invention provides a method for determining the presence or amount of a vitamin D metabolite in a sample:  The method may include: (a) ionizing the vitamin D metabolite, if present in the sample; and (b) detecting the presence or amount of the ion by mass spectrometry and relating presence or amount of the detected ion to the presence or amount of the vitamin D metabolite in the sample.  In some preferred embodiments, the ionization step (a) may include (i) ionizing the vitamin D metabolite, if present in the sample, to produce an ion of the vitamin D metabolite; (ii) isolating the ion of step (i) by mass spectrometry to provide a precursor ion; and (iii) effecting a collision between the precursor ion and an inert collision gas to produce at least one fragment ion detectable in a mass spectrometer.  Preferably, at least one of the fragment ions is specific for the vitamin D metabolite of interest.  In certain embodiments of the invention, the fragment ions to be detected include at least one fragment ion other than that which results solely by a dehydration or deamination of the precursor ion.  In some particularly preferred embodiments, the precursor ion is a protonated and dehydrated ion of the vitamin D metabolite.  In certain embodiments the vitamin D metabolite is one or more vitamin D

3

QUESTMS-00002367

034827-3606

metabolites selected from the group consisting of 25-hydroxyvitamin $D_3$; 25-hydroxyvitamin $D_2$; 1,25-dihydroxyvitamin $D_2$; and 1,25-dihydroxyvitamin $D_3$.

[0010]   In a related aspect, the invention provides a method for determining the presence or amount of a vitamin D metabolite in a sample by tandem mass spectrometry.  The method may involve (a) generating a protonated and dehydrated precursor ion of the vitamin D metabolite if present in the sample; (b) generating one or more fragment ions of the precursor ion; and (c) detecting the presence or amount of one or more of the ions generated in step (a) or (b) or both and relating the detected ions to the presence or amount of the vitamin D metabolite in the sample.  In certain embodiments, the method is used to detect the presence or amount of two or more vitamin D metabolites in a single assay.  Preferably, the method does not involve derivatizing the samples or the vitamin D metabolites prior to analysis by mass spectrometry.  In certain embodiments the vitamin D metabolite is one or more vitamin D metabolites selected from the group consisting of 25-hydroxyvitamin $D_3$; 25-hydroxyvitamin $D_2$; 1,25-dihydroxyvitamin $D_2$; and 1,25-dihydroxyvitamin $D_3$.

[0011]   In another aspect the invention provides a method for determining the presence or amount of two or more vitamin D metabolites in a sample in a single assay.  The method includes ionizing the vitamin D metabolites, if present in the sample, to generate ions specific for each of the vitamin D metabolites of interest, detecting the presence or amount of the ions by mass spectrometry, and relating the presence or amount of the ions to the presence or amount of the vitamin D metabolites in the sample.  In certain embodiments the mass spectrometry analysis of the method is tandem mass spectrometry.

[0012]   As used herein, the term "vitamin D metabolite" refers to any chemical species that may be found in the circulation of an animal which is formed by a biosynthetic or metabolic pathway for vitamin D or a synthetic vitamin D analog.  Vitamin D metabolites include forms of vitamin D that are generated by a biological organism, such as an animal, or that are generated by biotransformation of a naturally occurring form of vitamin D or a synthetic vitamin D analog.  In certain preferred embodiments, a vitamin D metabolite is formed by the biotransformation of vitamin $D_2$ or vitamin $D_3$.  In particularly preferred embodiments, the vitamin D metabolite is one or more compounds selected from the group consisting of 25-hydroxyvitamin $D_3$, 25-hydroxyvitamin $D_2$, 1,25-dihydroxyvitamin $D_3$ and 1,25-dihydroxyvitamin $D_2$.

4

QUESTMS-00002368

034827-3606

[0013]  As used herein, the term "purification" refers to a procedure that enriches the amount of one or more analytes of interest relative to one or more other components of the sample. Purification, as used herein does not require the isolation of an analyte from all others.  In preferred embodiments, a purification step or procedure can be used to remove one or more interfering substances, *e.g.*, one or more substances that would interfere with the operation of the instruments used in the methods or substances that may interfere with the detection of an analyte ion by mass spectrometry.

[0014]  As used herein, "biological sample" refers to any sample from a biological source.  As used herein, "body fluid" means any fluid that can be isolated from the body of an individual. For example, "body fluid" may include blood, plasma, serum, bile, saliva, urine, tears, perspiration, and the like.

[0015]  As used herein, "derivatizing" means reacting two molecules to form a new molecule. Derivatizing agents may include isothiocyanate groups, dinitro-fluorophenyl groups, nitrophenoxycarbonyl groups, and/or phthalaldehyde groups.

[0016]  As used herein, "chromatography" refers to a process in which a chemical mixture carried by a liquid or gas is separated into components as a result of differential distribution of the chemical entities as they flow around or over a stationary liquid or solid phase.

[0017]  As used herein, "liquid chromatography" (LC) means a process of selective retardation of one or more components of a fluid solution as the fluid uniformly percolates through a column of a finely divided substance, or through capillary passageways.  The retardation results from the distribution of the components of the mixture between one or more stationary phases and the bulk fluid, (*i.e.*, mobile phase), as this fluid moves relative to the stationary phase(s).  "Liquid chromatography" includes reverse phase liquid chromatography (RPLC), high performance liquid chromatography (HPLC) and high turbulence liquid chromatography (HTLC).

[0018]  As used herein, the term "HPLC" or "high performance liquid chromatography" refers to liquid chromatography in which the degree of separation is increased by forcing the mobile phase under pressure through a stationary phase, typically a densely packed column.

[0019]  As used herein, the term "gas chromatography" refers to chromatography in which the sample mixture is vaporized and injected into a stream of carrier gas (as nitrogen or helium)

5

QUESTMS-0000236§

034827-3606

moving through a column containing a stationary phase composed of a liquid or a particulate solid and is separated into its component compounds according to the affinity of the compounds for the stationary phase

[0020]   As used herein, "mass spectrometry" (MS) refers to an analytical technique to identify compounds by their mass.  MS technology generally includes (1) ionizing the compounds to form charged compounds; and (2) detecting the molecular weight of the charged compound and calculating a mass-to-charge ratio (m/z).  The compound may be ionized and detected by any suitable means.  A "mass spectrometer" generally includes an ionizer and an ion detector.  *See, e.g.*, U.S. Patent Nos. 6,204,500, entitled "Mass Spectrometry From Surfaces;" 6,107,623, entitled "Methods and Apparatus for Tandem Mass Spectrometry;" 6,268,144, entitled "DNA Diagnostics Based On Mass Spectrometry;" 6,124,137, entitled "Surface-Enhanced Photolabile Attachment And Release For Desorption And Detection Of Analytes;" Wright *et al.*, *Prostate Cancer and Prostatic Diseases* **2**:264-76 (1999); and Merchant and Weinberger, *Electrophoresis* **21**:1164-67 (2000).

[0021]   The term "electron ionization" as used herein refers to methods in which an analyte of interest in a gaseous or vapor phase interacts with a flow of electrons.  Impact of the electrons with the analyte produces analyte ions, which may then be subjected to a mass spectrometry technique.

[0022]   The term "chemical ionization" as used herein refers to methods in which a reagent gas (*e.g.* ammonia) is subjected to electron impact, and analyte ions are formed by the interaction of reagent gas ions and analyte molecules.

[0023]   The term "fast atom bombardment" as used herein refers to methods in which a beam of high energy atoms (often Xe or Ar) impacts a non-volatile sample, desorbing and ionizing molecules contained in the sample.  Test samples are dissolved in a viscous liquid matrix such as glycerol, thioglycerol, m-nitrobenzyl alcohol, 18-crown-6 crown ether, 2-nitrophenyloctyl ether, sulfolane, diethanolamine, and triethanolamine.

[0024]   The term "field desorption" as used herein refers to methods in which a non-volatile test sample is placed on an ionization surface, and an intense electric field is used to generate analyte ions.

6

QUESTMS-0000237(

034827-3606

[0025]   The term "ionization" as used herein refers to the process of generating an analyte ion having a net electrical charge equal to one or more electron units.  Negative ions are those having a net negative charge of one or more electron units, while positive ions are those having a net positive charge of one or more electron units.

[0026]   The term "operating in negative ion mode" refers to those mass spectrometry methods where negative ions are detected.  Similarly, "operating in positive ion mode" refers to those mass spectrometry methods where positive ions are detected.

[0027]   The term "desorption" as used herein refers to the removal of an analyte from a surface and/or the entry of an analyte into a gaseous phase.

[0028]   The term "about" as used herein in reference to quantitative measurements, refers to the indicated value plus or minus 10%.

## BRIEF DESCRIPTION OF THE DRAWINGS

[0029]   Figure 1 shows the linearity of the quantification of $25OHD_2$ in serially diluted stock samples using an LC-MS/MS assay.  Details are described in Example 4.

[0030]   Figure 2 shows the linearity of the quantification of $25OHD_3$ in serially diluted stock samples using an LC-MS/MS assay.  Details are described in Example 4.

[0031]   Figure 3 shows the linearity of the quantification by LC-MS/MS of serially diluted samples containing $25OHD_2$ and $25OHD_3$ to final concentrations of 512 ng/mL.  Details are described in Example 4.

[0032]   Figure 4 shows the correlation between detection of total 25-hydroxyvitamin D using an LC-MS/MS assay and a commercially available radioimmunoassay kit.  Details are described in Example 6.

## DETAILED DESCRIPTION OF THE INVENTION

[0033]   Disclosed are methods for detecting the presence or amount of one or more vitamin D metabolites in a sample.  In certain aspects the method involves ionizing the vitamin D

7

QUESTMS-00002371

metabolite(s), detecting the ion(s) by mass spectrometry, and relating the presence or amount of the ion(s) to the presence or amount of the vitamin D metabolite(s) in the sample.  The method may include (a) purifying a vitamin D metabolite, if present in the sample, (b) ionizing the purified vitamin D metabolite and (c) detecting the presence or amount of the ion, wherein the presence or amount of the ion is related to the presence or amount of the vitamin D metabolite in the sample.  In preferred embodiments, the ionizing step (b) may include (i) ionizing a vitamin D metabolite, if present in the sample, to produce an ion; (ii) isolating the vitamin D metabolite ion by mass spectrometry to provide a precursor ion; and (iii) effecting a collision between the isolated precursor ion and an inert collision gas to produce at least one fragment ion detectable in a mass spectrometer.  In certain preferred embodiments the precursor ion is a protonated and dehydrated ion of the vitamin D metabolite.

[0034]   In a related aspect, the invention provides a method for determining the presence or amount of a vitamin D metabolite in a test sample by tandem mass spectrometry.  The method may involve (a) generating a protonated and dehydrated precursor ion of the vitamin D metabolite; (b) generating one or more fragment ions of the precursor ion; and (c) detecting the presence or amount of one or more of the ions generated in step (a) or (b) or both and relating the detected ions to the presence or amount of said vitamin D metabolite in the sample.

[0035]   In certain preferred embodiments of the invention, at least one fragment ion is detected, wherein the presence or amount of the precursor and/or at least one fragment ion is related to the presence or amount of the vitamin D metabolite in the sample.  Preferably at least one fragment ion is specific for the vitamin D metabolite of interest.  In some embodiments, the methods of the invention can be used to detect and quantify two or more vitamin D metabolites in a single assay.  In certain embodiments, the vitamin D metabolite is one or more vitamin D metabolites selected from the group consisting of 25-hydroxyvitamin $D_3$; 25-hydroxyvitamin $D_2$; 1,25-dihydroxyvitamin $D_2$; and 1,25- dihydroxyvitamin $D_3$.

[0036]   Suitable samples include any sample that might contain the analyte of interest and/or one or more metabolites or precursors thereof.  For example, samples obtained during the manufacture of an analyte can be analyzed to determine the composition and yield of the manufacturing process.  In certain embodiments, a sample is a biological sample; that is, a sample obtained from any biological source, such as an animal, a cell culture, an organ culture,

QUESTMS-00002372

034827-3606

*etc.* Particularly preferred are samples obtained from a human, such as a blood, plasma, serum, hair, muscle, urine, saliva, tear, cerebrospinal fluid, or other tissue sample. Such samples may be obtained, for example, from a patient seeking diagnosis, prognosis, or treatment of a disease or condition. The vitamin D metabolites may be derivatized prior to mass spectrometry, however, in certain preferred embodiments, sample preparation excludes the use of derivitization.

[0037]   Samples may be processed or purified to obtain preparations that are suitable for analysis by mass spectrometry. Such purification will usually include chromatography, such as liquid chromatography, and may also often involve an additional purification procedure that is performed prior to chromatography. Various procedures may be used for this purpose depending on the type of sample or the type of chromatography. Examples include filtration, extraction, precipitation, centrifugation, dilution, combinations thereof and the like. Protein precipitation is one preferred method of preparing a liquid biological sample, such as serum or plasma, for chromatography. Such protein purification methods are well known in the art, for example, Polson *et al., Journal of Chromatography B* **785**:263-275 (2003), describes protein precipitation methods suitable for use in the methods of the invention. Protein precipitation may be used to remove most of the protein from the sample leaving vitamin D metabolites soluble in the supernatant. The samples can be centrifuged to separate the liquid supernatant from the precipitated proteins. The resultant supernatant can then be applied to liquid chromatography and subsequent mass spectrometry analysis. In one embodiment of the invention, the protein precipitation involves adding one volume of the liquid sample (e.g. plasma) to about four volumes of methanol. In certain embodiments, the use of protein precipitation obviates the need for high turbulence liquid chromatography ("HTLC") or on-line extraction prior to HPLC and mass spectrometry. Accordingly in such embodiments, the method involves (1) performing a protein precipitation of the sample of interest; and (2) loading the supernatant directly onto the HPLC-mass spectrometer without using on-line extraction or high turbulence liquid chromatography ("HTLC").

[0038]   The purification step may include chromatography, preferably liquid chromatography, more preferably high performance liquid chromatography (HPLC). In some preferred embodiments the chromatography is not gas chromatography. Preferably, the methods of the invention are performed without subjecting the samples, or the vitamin D metabolites of interest, to gas chromatography prior to mass spectrometric analysis.

DLMR_895309.1

QUESTMS-00002373

034827-3606

[0039]   Various methods have been described involving the use of HPLC for sample clean-up prior to mass spectrometry analysis.  See, *e.g.*, Taylor *et al.*, *Therapeutic Drug Monitoring* **22**:608-12 (2000) (manual precipitation of blood samples, followed by manual C18 solid phase extraction, injection into an HPLC for chromatography on a C18 analytical column, and MS/MS analysis); and Salm *et al.*, *Clin. Therapeutics* **22** Supl. B:B71-B85 (2000) (manual precipitation of blood samples, followed by manual C18 solid phase extraction, injection into an HPLC for chromatography on a C18 analytical column, and MS/MS analysis).  One of skill in the art can select HPLC instruments and columns that are suitable for use in the invention.  The chromatographic column typically includes a medium (*i.e.*, a packing material) to facilitate separation of chemical moieties (*i.e.*, fractionation).  The medium may include minute particles. The particles include a bonded surface that interacts with the various chemical moieties to facilitate separation of the chemical moieties such as vitamin D metabolites.  One suitable bonded surface is a hydrophobic bonded surface such as an alkyl bonded surface.  Alkyl bonded surfaces may include C-4, C-8, or C-18 bonded alkyl groups, preferably C-18 bonded groups. The chromatographic column includes an inlet port for receiving a sample and an outlet port for discharging an effluent that includes the fractionated sample.  In the method, the sample (or pre-purified sample) is applied to the column at the inlet port, eluted with a solvent or solvent mixture, and discharged at the outlet port.  Different solvent modes may be selected for eluting the analytes of interest.  For example, liquid chromatography may be performed using a gradient mode, an isocratic mode, or a polytyptic (i.e. mixed) mode.  In preferred embodiments, HPLC is performed on a multiplexed analytical HPLC system with a C18 solid phase using isocratic separation with 100% methanol as the mobile phase.

[0040]   Recently, high turbulence liquid chromatography ("HTLC"), also called high throughput liquid chromatography, has been applied for sample preparation prior to analysis by mass spectrometry.  See, *e.g.*, Zimmer *et al.*, *J. Chromatogr.* A **854**:23-35 (1999); see also, U.S. Patents Nos. 5,968,367; 5,919,368; 5,795,469; and 5,772,874.  Traditional HPLC analysis relies on column packings in which laminar flow of the sample through the column is the basis for separation of the analyte of interest from the sample.  The skilled artisan will understand that separation in such columns is a diffusional process.  In contrast, it is believed that turbulent flow, such as that provided by HTLC columns and methods, may enhance the rate of mass transfer, improving the separation characteristics provided.  In some embodiments, high turbulence liquid

034827-3606

chromatography (HTLC), alone or in combination with one or more purification methods, may be used to purify the vitamin D metabolite of interest prior to mass spectrometry. In such embodiments samples may be extracted using an HTLC extraction cartridge which captures the analyte, then eluted and chromatographed on a second HTLC column or onto an analytical HPLC column prior to ionization. Because the steps involved in these chromatography procedures can be linked in an automated fashion, the requirement for operator involvement during the purification of the analyte can be minimized. In certain embodiments of the method, samples are subjected to protein precipitation as described above prior to loading on the HTLC column; in alternative embodiments, the samples may be loaded directly onto the HTLC without being subjected to protein precipitation.

[0041] Recently, research has shown that epimerization of the hydroxyl group of the A-ring of vitamin $D_3$ metabolites is an important aspect of vitamin $D_3$ metabolism and bioactivation, and that depending on the cell types involved, 3-C epimers of vitamin $D_3$ metabolites (e.g., 3-epi-25(OH)$D_3$; 3-epi-24,25(OH)$_2$$D_3$; and 3-epi-1,25(OH)$_2$$D_3$) are often major metabolic products. *See* Kamao *et al., J. Biol. Chem.,* **279**:15897-15907 (2004). Kamao *et al.,* further provides methods of separating various vitamin D metabolites, including 3-C epimers, using Chiral HPLC. Accordingly, the invention also provides methods of detecting the presence, absence and/or amount of a specific epimer of one or more vitamin D metabolites, preferably vitamin $D_3$ metabolites, in a sample by (1) separating one or more specific vitamin D metabolites by chiral chromatography, preferably chiral HPLC; and (2) detecting the presence and/or amount of one or more vitamin D metabolites using mass spectrometry methods as described herein. The chiral chromatography procedures described in Kamao *et al.,* are suitable for the methods of the invention, however, one of ordinary skill in the art understands that there are numerous other chiral chromatography methods that would also be suitable. In preferred embodiments the method includes, separating 25(OH)$D_3$ from 3-epi-25(OH)$D_3$, if present in a sample, using chiral chromatography; and detecting the presence and/or amount of the 25(OH)$D_3$ and the 3-epi-25(OH)$D_3$ in the sample using mass spectrometry. In related embodiments, the method includes separating 1$\alpha$,25(OH)$_2$$D_3$ from 3-epi-1$\alpha$,25(OH)$_2$$D_3$, if present in a sample, using chiral chromatography; and detecting the presence and/or amount of the 1$\alpha$,25(OH)$_2$$D_3$ and the 3-epi-1$\alpha$,25(OH)$_2$$D_3$ in the sample using mass spectrometry. In certain embodiments of the invention, chiral chromatography is used in conjunction with the HTLC methods described above.

11

QUESTMS-00002375

034827-3606

[0042] Mass spectrometry is performed using a mass spectrometer which includes an ion source for ionizing the fractionated sample and creating charged molecules for further analysis. For example ionization of the sample may be performed by electrospray ionization (ESI), atmospheric pressure chemical ionization (APCI), photoinonization, electron ionization, fast atom bombardment (FAB)/liquid secondary ionization (LSIMS), matrix assisted laser desorption ionization (MALDI), field ionization, field desorption, thermospray/plasmaspray ionization, and particle beam ionization. The skilled artisan will understand that the choice of ionization method can be determined based on the analyte to be measured, type of sample, the type of detector, the choice of positive versus negative mode, *etc.*

[0043] After the sample has been ionized, the positively charged or negatively charged ions thereby created may be analyzed to determine a mass-to-charge ratio (*i.e.*, m/z). Suitable analyzers for determining mass-to-charge ratios include quadropole analyzers, ion traps analyzers, and time-of-flight analyzers. The ions may be detected using several detection modes. For example, selected ions may be detected (*i.e.*, using a selective ion monitoring mode (SIM)), or alternatively, ions may be detected using a scanning mode, e.g., multiple reaction monitoring (MRM) or selected reaction monitoring (SRM). Preferably, the mass-to-charge ratio is determined using a quadropole analyzer. For example, in a "quadrupole" or "quadrupole ion trap" instrument, ions in an oscillating radio frequency field experience a force proportional to the DC potential applied between electrodes, the amplitude of the RF signal, and m/z. The voltage and amplitude can be selected so that only ions having a particular m/z travel the length of the quadrupole, while all other ions are deflected. Thus, quadrupole instruments can act as both a "mass filter" and as a "mass detector" for the ions injected into the instrument.

[0044] One can often enhance the resolution of the MS technique by employing "tandem mass spectrometry," or "MS/MS." In this technique, a precursor ion (also called a parent ion) generated from a molecule of interest can be filtered in an MS instrument, and the precursor ion is subsequently fragmented to yield one or more fragment ions (also called daughter ions or product ions) that are then analyzed in a second MS procedure. By careful selection of precursor ions, only ions produced by certain analytes are passed to the fragmentation chamber, where collision with atoms of an inert gas to produce the daughter ions. Because both the precursor and fragment ions are produced in a reproducible fashion under a given set of ionization/fragmentation conditions, the MS/MS technique can provide an extremely powerful

12

QUESTMS-00002376

034827-3606

analytical tool.  For example, the combination of filtration/fragmentation can be used to eliminate interfering substances, and can be particularly useful in complex samples, such as biological samples.

[0045]   Additionally, recent advances in technology, such as matrix-assisted laser desorption ionization coupled with time-of-flight analyzers ("MALDI-TOF") permit the analysis of analytes at femtomole levels in very short ion pulses.  Mass spectrometers that combine time-of-flight analyzers with tandem MS are also well known to the artisan.  Additionally, multiple mass spectrometry steps can be combined in methods known as "MS/MS$^n$."  Various other combinations may be employed, such as MS/MS/TOF, MALDI/MS/MS/TOF, or SELDI/MS/MS/TOF mass spectrometry.

[0046]   The mass spectrometer typically provides the user with an ion scan; that is, the relative abundance of each ion with a particular m/z over a given range (e.g., 100 to 1000 amu).  The results of an analyte assay, that is, a mass spectrum, can be related to the amount of the analyte in the original sample by numerous methods known in the art.  For example, given that sampling and analysis parameters are carefully controlled, the relative abundance of a given ion can be compared to a table that converts that relative abundance to an absolute amount of the original molecule.  Alternatively, molecular standards can be run with the samples, and a standard curve constructed based on ions generated from those standards.  Using such a standard curve, the relative abundance of a given ion can be converted into an absolute amount of the original molecule.  In certain preferred embodiments, an internal standard is used to generate a standard curve for calculating the quantity of the vitamin D metabolite.  Methods of generating and using such standard curves are well known in the art and one of ordinary skill is capable of selecting an appropriate internal standard.  For example, an isotope of a vitamin D metabolite may be used as an internal standard, in preferred embodiments the vitamin D metabolite is a deuterated vitamin D metabolite, for example $^6$D-25OHD$_3$.  Numerous other methods for relating the presence or amount of an ion to the presence or amount of the original molecule will be well known to those of ordinary skill in the art.

[0047]   One or more steps of the methods of the invention can be performed using automated machines.  In certain embodiments, one or more purification steps are performed on line, and

13

QUESTMS-00002377

034827-3606

more preferably all of the purification and mass spectrometry steps may be performed in an on-line fashion.

**[0048]**   In particularly preferred embodiments vitamin D metabolites are detected and/or quantified using LC-MS/MS as follows.  The samples are subjected to liquid chromatography, preferably HPLC, the flow of liquid solvent from the chromatographic column enters the heated nebulizer interface of a LC-MS/MS analyzer and the solvent/analyte mixture is converted to vapor in the heated tubing of the interface.  The analytes (i.e. vitamin D metabolites), contained in the nebulized solvent, are ionized by the corona discharge needle of the interface, which applies a large voltage to the nebulized solvent/analyte mixture.  The ions, i.e. precursor ions, pass through the orifice of the instrument and enter the first quadrupole.  Quadrupoles 1 and 3 (Q1 and Q3) are mass filters, allowing selection of ions (i.e., "precursor" and "fragment" ions) based on their mass to charge ratio (m/z).  Quadrupole 2 (Q2) is the collision cell, where ions are fragmented.  The first quadrupole of the mass spectrometer (Q1) selects for molecules with the mass to charge ratios of the specific vitamin D metabolites to be analyzed.  Precursor ions with the correct m/z ratios of the precursor ions of specific vitamin D metabolites are allowed to pass into the collision chamber (Q2), while unwanted ions with any other m/z collide with the sides of the quadrupole and are eliminated.  Precursor ions entering Q2 collide with neutral Argon gas molecules and fragment.  This process is called Collision Activated Dissociation (CAD).  The fragment ions generated are passed into quadrupole 3 (Q3), where the fragment ions of the desired vitamin D metabolites are selected while other ions are eliminated.

**[0049]**   The methods of the invention may involve MS/MS performed in either positive or negative ion mode.  Using standard methods well known in the art, one of ordinary skill is capable of identifying one or more fragment ions of a particular precursor ion of a vitamin D metabolite that can be used for selection in quadrupole 3 (Q3).  Preferably, at least one fragment ion of the method is specific for the particular vitamin D metabolite of which detection is desired.  A specific fragment ion for a particular vitamin D metabolite is one that will not be formed in significant amounts by other molecules with similar molecular structures.  In contrast a non-specific fragment ion is one that is formed by related molecules other than the desired analyte.  Therefore, detection of non-specific fragment ions alone is not reliable for distinguishing the desired vitamin D metabolite from other molecules that form the same or similar fragment ions.  Specific fragment ions of a particular vitamin D metabolite can be

14

DLMR_895309.1

QUESTMS-00002378

034827-3606

identified by testing various molecular standards (e.g. vitamin D metabolites other than the metabolite to be detected) to determine whether fragment ions formed by the vitamin D metabolite of interest are also formed by other molecules with similar structures or features. In certain particularly preferred embodiments, a specific fragment ion is identified by testing at least one molecular standard that forms a precursor ion with the same m/z as the vitamin D metabolite to be detected.

[0050]   If the precursor ion of a vitamin D metabolite of interest includes an alcohol or amine group, fragment ions are commonly formed that represent a dehydration or deamination of the precursor ion, respectfully. In the case of precursor ions that include an alcohol group, such fragment ions formed by dehydration are caused by a loss of one or more water molecules from the precursor ion (i.e., where the difference in m/z between the precursor ion and fragment ion is about 18 for the loss of one water molecule, or about 36 for the loss of two water molecules, etc.). In the case of precursor ions that include an amine group, such fragment ions formed by deamination are caused by a loss of one or more ammonia molecules (i.e. where the difference in m/z between the precursor ion and fragment ion is about 17 for the loss of one ammonia molecule, or about 34 for the loss of two ammonia molecules, etc.). Likewise, precursor ions that include one or more alcohol and amine groups commonly form fragment ions that represent the loss of one or more water molecules and/or one or more ammonia molecules (e.g., where the difference in m/z between the precursor ion and fragment ion is about 35 for the loss of one water molecule and the loss of one ammonia molecule). Generally, the fragment ions that represent dehydrations or deaminations of the precursor ion are not specific fragment ions for a particular analyte. For example, MS/MS performed to detect $25OHD_2$ by selecting for a precursor ion at 413 m/z (i.e. the protonated and hydrated ion) and detecting a fragment ion of 395 m/z (representing a dehydration of the 413 m/z precursor ion) would not be able to distinguish $25OHD_2$ from $1\alpha(OH)D_2$ which would form the same precursor and fragment ions. Therefore a 395 m/z fragment ion is not a specific fragment ion for $25OHD_2$ or $1\alpha(OH)D_2$. Accordingly, in preferred embodiments of the invention, MS/MS is performed such that at least one fragment ion of a vitamin D metabolite is detected that does not represent only a loss of one or more water molecules and/or a loss of one or more ammonia molecules from the precursor ion.

15

QUESTMS-00002379

034827-3606

[0051]   As ions collide with the detector they produce a pulse of electrons that are converted to a digital signal.  The acquired data is relayed to a computer, which plots counts of the ions collected versus time.  The resulting mass chromatograms are similar to chromatograms generated in traditional HPLC methods.  The areas under the peaks corresponding to particular ions, or the amplitude of such peaks, are measured and the area or amplitude is correlated to the amount of the analyte (vitamin D metabolite) of interest.  In certain embodiments, the area under the curves, or amplitude of the peaks, for fragment ion(s) and/or precursor ions are measured to determine the amount of a vitamin D metabolite.  As described above, the relative abundance of a given ion can be converted into an absolute amount of the original analyte, i.e., vitamin D metabolite, using calibration standard curves based on peaks of one or more ions of an internal molecular standard, such as $^6$D-25OHD$_3$.

[0052]   In certain aspects of the invention, the quantity of various ions is determined by measuring the area under the curve or the amplitude of the peak and a ratio of the quantities of the ions is calculated and monitored (i.e. "daughter ion ratio monitoring").  In certain embodiments of the method, the ratio(s) of the quantity of a precursor ion and the quantity of one or more fragment ions of a vitamin D metabolite can be calculated and compared to the ratio(s) of a molecular standard of the vitamin D metabolite similarly measured.  In embodiments where more than one fragment ion of a vitamin D metabolite is monitored, the ratio(s) for different fragment ions may be determined instead of, or in addition to, the ratio of the fragment ion(s) compared to the precursor ion.  In embodiments where such ratios are monitored, if there is a substantial difference in an ion ratio in the sample as compared to the molecular standard, it is likely that a molecule in the sample is interfering with the results.  To the contrary, if the ion ratios in the sample and the molecular standard are similar, then there is increased confidence that there is no interference.  Accordingly, monitoring such ratios in the samples and comparing the ratios to those of authentic molecular standards may be used to increase the accuracy of the method.

[0053]   In certain aspects of the invention, MS/MS is performed in positive ion mode with the first quadruple (Q1) tuned to select for precursor ions with a mass charge ratio corresponding to protonated and dehydrated ions of vitamin D metabolites.  The mass/charge ratio (m/z) for the protonated and dehydrated precursor vitamin D metabolite ions is about 383.16 m/z for 25-hydroxyvitamin D$_3$ and about 395.30 m/z for 25-hydroxyvitamin D$_2$.  In embodiments where the

16

QUESTMS-00002380

034827-3606

samples are spiked with hexadeuterated 25OHD$_3$ ($^6$D-25OHD$_3$) for use as an internal standard, the mass/charge ratio (m/z)of the protonated and dehydrated $^6$D-25OHD$_3$ precursor ion is about 389.20.  In certain preferred embodiments of the invention, the mass/charge ratio (m/z) for the 25-hydroxyvitamin D$_3$ precursor ion is about 383.16 and the m/z for at least one 25-hydroxyvitamin D$_3$ fragment ion is about 211.35.  In related embodiments, the m/z for the 25-hydroxyvitamin D$_2$ precursor ion is about 395.30 and the 25-hydroxyvitamin D$_2$ fragment ion(s) include one or more ions selected from the group consisting of ions with mass/charge ratios (m/z) of about 179.10, about 209.20 and about 251.30.  In embodiments where the samples are spiked with $^6$D-25OHD$_3$ for use as an internal standard the mass/charge ratio (m/z) for the protonated and dehydrated $^6$D-25OHD$_3$ precursor ion is about 389.20 and the fragment ion(s) may include a fragment ion with a m/z of about 211.30.

[0054]  In other aspects, MS/MS is performed in positive ion mode with the first quadruple (Q1) tuned to select for precursor ions with a mass charge ratio corresponding to protonated and hydrated ions of vitamin D metabolites.  The mass/charge ratio (m/z) for the protonated and hydrated precursor vitamin D metabolite ions are about 401 m/z for 25-hydroxyvitamin D$_3$ and about 413 m/z for 25-hydroxyvitamin D$_2$.  In certain preferred embodiments of the invention, the mass/charge ratio (m/z) for the 25-hydroxyvitamin D$_3$ precursor ion is about 401 and the 25-hydroxyvitamin D$_3$ fragment ion(s) include one or more ions selected from the group consisting of ions with mass/charge ratios (m/z) of about 365 and about 383 m/z; more preferably the fragment ions include an ion with a m/z of about 365.  In related embodiments, the m/z for the protonated and hydrated 25-hydroxyvitamin D$_2$ precursor ion is about 413 m/z, and the 25-hydroxyvitamin D$_2$ fragment ion(s) include one or more ions with mass/charge ratios (m/z) of about 377 and about 395; more preferably the fragment ions include an ion with a mass charge ratio of about 377.

[0055]  In particularly preferred embodiments of the invention, the presence or absence or amount of two or more vitamin D metabolites in a sample are detected in a single assay using the above described MS/MS methods.

[0056]  Mass spectrometry instruments can vary slightly in determining the mass of a given analyte.  Thus, the term "about" in the context of mass of an ion or the m/z of an ion refers to +/- 0.5 atomic mass unit.

17

QUESTMS-00002381

034827-3606

[0057] The following examples serve to illustrate the invention. These examples are in no way intended to limit the scope of the invention.

## EXAMPLES

**Example 1**: Determination of 25-hydroxyvitamin $D_3$ and 25-hydroxyvitamin $D_2$ by LC-MS/MS

[0058] Using a Perkin-Elmer MultiProbe II (S/N 432400) robotic liquid handler, human serum samples were first extracted using a protein precipitation method by adding 42.5 µl of serum to 170 µl of methanol (1:4 ratio of serum:methanol) in a 96-well plate format. For validation-related experiments, the methanol was spiked with hexadeuterated 25OHD$_3$ ($^6$D-25OHD$_3$) as an internal standard. The 96 well plates were centrifuged to remove precipitated protein, leaving the vitamin D metabolites in the supernatant. The supernatants were then transferred to an HPLC autosampler for loading to the LC-MS/MS analyzer.

[0059] LC-MS/MS was performed using a Thermo Finnigan LC-MS/MS analyzer (Thermo Finnigan Quantum TSQ (S/N: TQU00655)) with an atmospheric pressure chemical ionization (APCI) source as the detector. An autosampler was used to inject 50 µL of extracted sample supernatant onto an HPLC column. Liquid chromatography was performed with a Cohesive Technologies Aria TX-4 (S/N: SJCTX409) LC system with Waters Symmetry C18 5µm 4.6x50mm columns using 100% methanol as the mobile phase. After the analytes eluted and the detector window completed acquisition, the system was washed with 85% Mobile phase A and then re-equilibrated with Mobile phase B for a run time of 5 minutes. Mobile phase A was 0.1% formic acid in HPLC-grade water and mobile phase B was 100% methanol.

[0060] The flow of liquid solvent exiting the HPLC column entered the heated nebulizer interface of the Thermo Finnigan LC-MS/MS analyzer. The solvent/analyte mixture was first converted to vapor in the heated tubing of the interface. The analytes, contained in the nebulized solvent, were ionized (a positive charge added) by the corona discharge needle of the interface, which applies a large voltage to the nebulized solvent/analyte mixture. The ions pass through the orifice of the instrument and enter the first quadrupole. Quadrupoles 1 and 3 (Q1 and Q3) are mass filters, allowing selection of ions based on their mass to charge ratio (m/z). Quadrupole 2 (Q2) is the collision cell, where ions are fragmented.

QUESTMS-00002382

034827-3606

[0061]   The first quadrupole of the mass spectrometer (Q1) selected for molecules with the mass to charge ratios of (protonated and dehydrated) $25OHD_2$, $25OHD_3$ and $^6D\text{-}25OHD_3$. Ions with these m/z ratios (see table below) were allowed to pass into the collision chamber (Q2), while unwanted ions with any other m/z collide with the sides of the quadrupole and are eliminated. Ions entering Q2 collide with neutral Argon gas molecules and fragment. The fragment ions generated are passed into quadrupole 3 (Q3), where the fragment ions of $25OHD_2$, $25OHD_3$ and $^6D\text{-}25OHD_3$ were selected (see table below) and other ions are eliminated. The following mass transitions were used for detection and quantitation during validation:

**Table 1.  Mass transitions for selected vitamin D metabolites**

| Compound | Precursor Ion (m/z) | Fragment Ions (m/z) |
|---|---|---|
| $25OHD_2$ | 395.30 | 179.10, 251.30, 209.20 |
| $25OHD_3$ | 383.16 | 211.35 |
| $^6D\text{-}25OHD_3$ | 389.20 | 211.30 |

[0062]   As ions collide with the detector they produce a pulse of electrons that are converted to a digital signal. The acquired data is relayed to a computer, which plots counts of the ions collected versus time. The resulting mass chromatograms are similar to chromatograms generated in traditional HPLC methods.

[0063]   Area ratios of the analyte and internal standard (Hexadeuterated 25-Hydroxyvitamin D3, $^6D\text{-}25OHD_3$) peaks were used to construct calibration curves, which were then used to calculate analyte concentrations. Using the calibration curves, the concentrations of $25OHD_2$ and 25OHD3 were quantitated in the patient samples.

**Example 2**:   Intra-assay and Inter-assay Precision.

[0064]   Stock solutions of $25OHD_2$ and $25OHD_3$ were added to pooled serum to produce a Low Pool (20-25 ng/mL of each metabolite), a Medium Pool (45-55 ng/mL of each metabolite) and a High Pool (100-110 ng/mL). Pooled patient serum was used for the Medium and Low Pools, and stripped serum from Golden West Biologicals, Product #SP1070, was used for the Low Pool. Twenty aliquots from each of the Low, Medium and High Pools were analyzed in a single

19

QUESTMS-00002383

034827-3606

assay using the LC-MS/MS protocols described in Example 1.  The following precision values
were determined:

**Table 2.  Intra-Assay Variation: 25-Hydroxyvitamin $D_2$ (25OH$D_2$)**

|  | Low 092804-L | Medium 092804-M | High 092804-H |
|---|---|---|---|
| 1 | 26.5 | 46.4 | 103.3 |
| 2 | 23.2 | 51.1 | 96.7 |
| 3 | 23.1 | 52.4 | 107.8 |
| 4 | 21.6 | 50.3 | 104.5 |
| 5 | 26.3 | 47.5 | 96.2 |
| 6 | 25.1 | 54.4 | 98.5 |
| 7 | 25.9 | 54.6 | 100.0 |
| 8 | 21.9 | 50.1 | 110.1 |
| 9 | 23.4 | 50.8 | 97.6 |
| 10 | 23.5 | 53.2 | 105.1 |
| 11 | 22.2 | 52.9 | 105.9 |
| 12 | 24.0 | 54.6 | 94.5 |
| 13 | 26.2 | 49.4 | 93.4 |
| 14 | 24.1 | 59.0 | 113.0 |
| 15 | 25.8 | 52.9 | 112.4 |
| 16 | 23.9 | 59.2 | 113.4 |
| 17 | 29.5 | 52.4 | 107.7 |
| 18 | 24.2 | 50.0 | 115.5 |
| 19 | 19.8 | 53.5 | 114.9 |
| 20 | 26.3 | 60.2 | 126.6 |
| Average (ng/mL) | 24.3 | 52.7 | 105.9 |
| Std Dev | 2.2 | 3.6 | 8.6 |
| CV (%) | 9.0 | 6.9 | 8.1 |

DLMR_895309.1

QUESTMS-00002384

034827-3606

**Table 3.  Intra-Assay Variation: 25-Hydroxyvitamin $D_3$ (25OH$D_3$)**

|  | Low 092804-L | Medium 092804-M | High 092804-H |
|---|---|---|---|
| 1 | 22.7 | 43.6 | 99.1 |
| 2 | 22.4 | 45.3 | 93.5 |
| 3 | 22.4 | 50.7 | 98.2 |
| 4 | 21.0 | 40.1 | 95.9 |
| 5 | 21.8 | 41.5 | 82.0 |
| 6 | 20.8 | 42.2 | 97.4 |
| 7 | 22.9 | 50.1 | 96.0 |
| 8 | 19.0 | 42.0 | 106.7 |
| 9 | 21.8 | 44.2 | 96.6 |
| 10 | 23.4 | 49.5 | 94.9 |
| 11 | 21.8 | 46.5 | 97.9 |
| 12 | 20.7 | 49.9 | 87.1 |
| 13 | 25.4 | 44.7 | 85.5 |
| 14 | 24.5 | 48.0 | 101.5 |
| 15 | 25.1 | 45.8 | 101.5 |
| 16 | 22.5 | 52.0 | 104.7 |
| 17 | 29.2 | 45.9 | 107.7 |
| 18 | 19.5 | 49.3 | 107.6 |
| 19 | 18.1 | 49.6 | 109.4 |
| 20 | 24.8 | 49.3 | 116.1 |
| **Average (ng/mL)** | **22.5** | **46.5** | **99.0** |
| **Std Dev** | **2.5** | **3.5** | **8.4** |
| **CV (%)** | **11.2** | **7.5** | **8.5** |

21

QUESTMS-00002385

034827-3606

[0065]   Each of the Low, Medium and High Pools described above were also analyzed to determine inter-assay precision.  Four aliquots from each pool were analyzed over five different assays using the LC-MS/MS protocols described in Example 1.  The following precision values were determined:

**Table 4.  Inter-Assay Variation: 25-Hydroxyvitamin $D_2$ (25OHD$_2$)**

|  | Low 092804-L | Medium 092804-M | High 092804-H |
|---|---|---|---|
| 1 | 26.5 | 46.4 | 103.3 |
| 2 | 23.2 | 51.1 | 96.7 |
| 3 | 23.1 | 52.4 | 107.8 |
| 4 | 21.6 | 50.3 | 104.5 |
| 5 | 26.3 | 47.5 | 96.2 |
| 6 | 25.1 | 54.4 | 98.5 |
| 7 | 25.9 | 54.6 | 100.0 |
| 8 | 21.9 | 50.1 | 110.1 |
| 9 | 23.4 | 50.8 | 97.6 |
| 10 | 23.5 | 53.2 | 105.1 |
| 11 | 22.2 | 52.9 | 105.9 |
| 12 | 24.0 | 54.6 | 94.5 |
| 13 | 26.2 | 49.4 | 93.4 |
| 14 | 24.1 | 59.0 | 113.0 |
| 15 | 25.8 | 52.9 | 112.4 |
| 16 | 23.9 | 59.2 | 113.4 |
| 17 | 29.5 | 52.4 | 107.7 |
| 18 | 24.2 | 50.0 | 115.5 |
| 19 | 19.8 | 53.5 | 114.9 |
| 20 | 26.3 | 60.2 | 126.6 |
| Average (ng/mL) | 24.3 | 52.7 | 105.9 |
| Std Dev | 2.2 | 3.6 | 8.6 |
| CV (%) | 9.0 | 6.9 | 8.1 |

DLMR_895309.1

QUESTMS-00002386

034827-3606

**Table 5.  Inter-Assay Variation: 25-Hydroxyvitamin D$_3$ (25OHD$_3$)**

|                  | Low 092804-L | Medium 092804-M | High 092804-H |
|------------------|:------------:|:---------------:|:-------------:|
| 1                | 22.7         | 43.6            | 99.1          |
| 2                | 22.4         | 45.3            | 93.5          |
| 3                | 22.4         | 50.7            | 98.2          |
| 4                | 21.0         | 40.1            | 95.9          |
| 5                | 21.8         | 41.5            | 82.0          |
| 6                | 20.8         | 42.2            | 97.4          |
| 7                | 22.9         | 50.1            | 96.0          |
| 8                | 19.0         | 42.0            | 106.7         |
| 9                | 21.8         | 44.2            | 96.6          |
| 10               | 23.4         | 49.5            | 94.9          |
| 11               | 21.8         | 46.5            | 97.9          |
| 12               | 20.7         | 49.9            | 87.1          |
| 13               | 25.4         | 44.7            | 85.5          |
| 14               | 24.5         | 48.0            | 101.5         |
| 15               | 25.1         | 45.8            | 101.5         |
| 16               | 22.5         | 52.0            | 104.7         |
| 17               | 29.2         | 45.9            | 107.7         |
| 18               | 19.5         | 49.3            | 107.6         |
| 19               | 18.1         | 49.6            | 109.4         |
| 20               | 24.8         | 49.3            | 116.1         |
| Average (ng/mL)  | 22.5         | 46.5            | 99.0          |
| Std Dev          | 2.5          | 3.5             | 8.4           |
| CV (%)           | 11.2         | 7.5             | 8.5           |

23

QUESTMS-00002387

034827-3606

**Example 3**:   Analytical Sensitivity: Limit of Detection and Limit of Quantitation Studies.

[0066]   To determine the limit of detection of the assay, blank diluent was analyzed 17 times within a single run using the LC-MS/MS protocols described in Example 1.   The mean and standard deviation were then calculated.   The limit of detection was determined as 2 SD above the mean of the blank peak area ratio based on a back calculation of peak area ratio against the calibration curve.   The limits of detection were as follows:

$$25OHD_2: \quad 3.0 \text{ ng/mL}$$
$$25OHD_3: \quad 3.5 \text{ ng/mL}$$

[0067]   To determine the limit of quantitation, stock solutions of $25OHD_2$ and $25OHD_3$ were used to generate standard curves with the following concentrations: 0, 2, 4, 8, 16, 32, 64 and 128 ng/mL.   The diluted samples of the standard curve were analyzed in quadruplicate over five assays using the LC-MS/MS assay described in Example 1.   The results of the study were as follows:

**Table 6.  Limit of Quantitation Study Results: 25-Hydroxyvitamin $D_2$ ($25OHD_2$)**

|  | #1 | #2 | #3 | #4 | #5 | Summary | |
|---|---|---|---|---|---|---|---|
| **0 ng/mL** | -1.2 | -1.3 | -0.5 | -1.2 | -1.1 | Average (ng/mL) | -1.0 |
|  | -1.1 | -1.4 | -0.9 | -1.3 | -0.7 | Standard Deviation | 0.6 |
|  | -1.1 | -1.5 | -0.8 | NA | -2.6 | C of V (%) | 59.0 |
|  | 0.4 | -1.7 | -0.6 | -0.5 | -0.6 | Accuracy (%) | N/A |
| **2 ng/mL** | 3.1 | 2.3 | 2.0 | 2.1 | 3.3 | Average (ng/mL) | 1.9 |
|  | 2.1 | 2.7 | 2.1 | 2.4 | 1.9 | Standard Deviation | 0.6 |
|  | 1.1 | 1.9 | 1.9 | 0.9 | 1.3 | C of V (%) | 33.7 |
|  | 1.2 | 1.1 | 2.1 | 1.8 | 1.4 | Accuracy (%) | 103.9 |
| **4 ng/mL** | 3.5 | 3.9 | 5.0 | 4.5 | 4.8 | Average (ng/mL) | 3.9 |
|  | 4.0 | 3.0 | 3.8 | 3.8 | 4.7 | Standard Deviation | 0.7 |
|  | 3.6 | 2.9 | 2.8 | 3.1 | 2.0* | C of V (%) | 17.1 |
|  | 4.1 | 4.6 | 4.5 | 4.4 | 3.7 | Accuracy (%) | 101.7 |

24

QUESTMS-00002388

034827-3606

| | | | | | | Average (ng/mL) | |
|---|---|---|---|---|---|---|---|
| **8 ng/mL** | 10.2 | 9.1 | 9.1 | 8.8 | 9.8 | Average (ng/mL) | 8.6 |
| | 7.8 | 8.1 | 7.9 | 8.4 | 9.0 | Standard Deviation | 0.8 |
| | 8.6 | 8.3 | 7.4 | 8.4 | 7.5 | C of V (%) | 9.3 |
| | 10.2 | 8.4 | 8.0 | 8.1 | 8.6 | Accuracy (%) | 93.2 |
| **16 ng/mL** | 16.0 | 14.8 | 14.4 | 16.7 | 18.3 | Average (ng/mL) | 16.0 |
| | 15.5 | 15.6 | 15.3 | 16.7 | 16.8 | Standard Deviation | 1.1 |
| | 16.6 | 16.7 | 16.8 | 15.8 | 15.2 | C of V (%) | 7.1 |
| | 14.1 | 17.6 | 16.1 | 16.7 | 14.1 | Accuracy (%) | 100.1 |
| **32 ng/mL** | 31.3 | 39.9* | 29.9 | 33.2 | 32.7 | Average (ng/mL) | 31.8 |
| | 31.7 | 30.5 | 32.4 | 34.0 | 32.5 | Standard Deviation | 1.9 |
| | 29.5 | 31.2 | 30.2 | 35.7 | 28.7 | C of V (%) | 6.0 |
| | 32.9 | 34.7 | 32.4 | 30.8 | 29.2 | Accuracy (%) | 100.7 |
| **64 ng/mL** | 66.5 | 62.2 | 68.5 | 62.6 | 68.8 | Average (ng/mL) | 64.6 |
| | 66.6 | 67.8 | 67.3 | 58.9 | 61.5 | Standard Deviation | 3.2 |
| | 64.4 | 61.4 | 63.7 | 63.5 | 61.3 | C of V (%) | 4.9 |
| | 63.7 | 60.7 | 65.4 | 70.8 | 65.9 | Accuracy (%) | 99.1 |
| **128 ng/mL** | 125.1 | 128.2 | 123.4 | 127.8 | 124.1 | Average (ng/mL) | 126.9 |
| | 127.6 | 134.4 | 127.3 | 128.4 | 132.1 | Standard Deviation | 3.5 |
| | 128.9 | 124.5 | 128.5 | 126.5 | 131.7 | C of V (%) | 2.8 |
| | 126.1 | 119.7 | 127.9 | 121.2 | 125.0 | Accuracy (%) | 100.8 |

**Table 7.  Limit of Quantitation Study Results: 25-Hydroxyvitamin D$_3$ (25OHD$_3$)**

| | Day #1 (11/19/04-1) | Day #2 (11/19/04-2) | Day #3 (11/22/04-1) | Day #4 (11/23/04-1) | Day #5 (11/23/04-2) | Summary | |
|---|---|---|---|---|---|---|---|
| **0 ng/mL** | -0.5 | -0.9 | -0.3 | 0.2 | -0.6 | Average (ng/mL) | -0.7 |
| | -0.7 | -1.3 | 0.3 | -1.1 | -1.0 | Standard Deviation | 0.6 |
| | 0.0 | -1.0 | -1.1 | -1.3 | 0.6 | C of V (%) | 86.4 |
| | -0.3 | -1.5 | -1.1 | -0.8 | -1.0 | Accuracy (%) | N/A |
| **2 ng/mL** | 2.6 | 1.5 | 2.4 | 2.5 | 1.7 | Average (ng/mL) | 1.9 |
| | 1.7 | 0.9 | 3.2 | 2.2 | 1.9 | Standard Deviation | 0.6 |
| | 1.8 | 1.8 | 2.0 | 1.1 | 2.2 | C of V (%) | 31.4 |
| | 1.3 | 2.4 | 1.5 | 1.1 | 2.5 | Accuracy (%) | 104.7 |

DLMR_895309.1

QUESTMS-00002389

034827-3606

| | | | | | | Average (ng/mL) | |
|---|---|---|---|---|---|---|---|
| **4 ng/mL** | 3.9 | 3.5 | 4.8 | 4.0 | 3.4 | Average (ng/mL) | 3.8 |
| | 3.0 | 4.1 | 3.1 | 3.9 | 3.8 | Standard Deviation | 0.8 |
| | 4.5 | 3.7 | 2.9 | 3.5 | 2.4 | C of V (%) | 19.7 |
| | 4.0 | 5.2 | 3.8 | 3.8 | 5.5 | Accuracy (%) | 104.1 |
| **8 ng/mL** | 10.3 | 9.3 | 7.2 | 8.4 | 8.6 | Average (ng/mL) | 8.7 |
| | 10.6 | 8.5 | 7.2 | 10.0 | 9.6 | Standard Deviation | 1.1 |
| | 7.4 | 10.3 | 9.0 | 9.4 | 8.4 | C of V (%) | 13.1 |
| | 9.3 | 7.7 | 8.5 | 7.6 | 6.8 | Accuracy (%) | 91.9 |
| **16 ng/mL** | 15.9 | 15.6 | 16.2 | 18.6 | 17.1 | Average (ng/mL) | 16.0 |
| | 13.8 | 16.3 | 14.0 | 17.2 | 15.3 | Standard Deviation | 1.4 |
| | 15.6 | 16.1 | 15.1 | 18.8 | 16.1 | C of V (%) | 8.5 |
| | 14.8 | 17.2 | 17.0 | 14.3 | 15.3 | Accuracy (%) | 99.9 |
| **32 ng/mL** | 31.1 | 35.8 | 29.6 | 32.8 | 28.0 | Average (ng/mL) | 31.7 |
| | 30.8 | 29.9 | 31.8 | 33.0 | 32.8 | Standard Deviation | 1.9 |
| | 31.6 | 30.9 | 29.5 | 35.7 | 31.2 | C of V (%) | 6.2 |
| | 31.0 | 34.2 | 31.8 | 30.6 | 31.7 | Accuracy (%) | 101.0 |
| **64 ng/mL** | 65.9 | 64.6 | 64.4 | 64.8 | 67.8 | Average (ng/mL) | 64.8 |
| | 67.4 | 62.9 | 62.4 | 60.7 | 57.2 | Standard Deviation | 3.1 |
| | 68.9 | 64.2 | 62.1 | 64.0 | 64.7 | C of V (%) | 4.8 |
| | 63.2 | 64.2 | 66.8 | 67.7 | 71.1 | Accuracy (%) | 98.8 |
| **128 ng/mL** | 128.9 | 124.5 | 126.4 | 125.3 | 122.8 | Average (ng/mL) | 127.1 |
| | 129.7 | 135.7 | 128.3 | 125.9 | 128.7 | Standard Deviation | 4.7 |
| | 125.5 | 123.3 | 127.2 | 127.7 | 135.4 | C of V (%) | 3.7 |
| | 121.3 | 121.8 | 137.8 | 121.4 | 124.1 | Accuracy (%) | 100.7 |

**Example 4**:  Assay Reportable Range and Linearity.

[0068]   To establish the linearity of the vitamin D metabolite LC-MS/MS assay, a MultiProbe automated liquid handler robot independently constructed two standard curves by serially diluting a stock solution containing 128 ng/mL $25OHD_2$ and 128 ng/mL $25OHD_3$ in 25OHD with a solution of 5% Bovine Serum Albumin Fraction V dissolved in 0.01M PBS.  The standard

26

QUESTMS-00002390

034827-3606

curve samples were analyzed using the LC-MS/MS protocols described in Example 1. This process routinely produced standard curves with $R^2$ values of 0.99 or higher for each analyte for the range of 4 – 128 ng/mL.

[0069]   To determine whether patient samples can also be diluted in a linear fashion, a total of eight samples were serially diluted with 25OHD diluent. Two samples were patient pools (Medium and High Control Pools), three were patient samples with high $25OHD_2$ values and three were patient samples with high $25OHD_3$ values. All samples were analyzed using the LC-MS/MS protocols described in Example 1. As shown in figure 1 and figure 2, each sample diluted in a linear fashion ($R^2 > 0.98$), demonstrating the linear range of the assay.

[0070]   Additionally, solutions of $25OHD_2$ and $25HOD_3$ at 512 ng/mL in 5% Bovine Serum Albumin Fraction V dissolved in 0.01M PBS were prepared and then serially diluted to 8 ng/mL. Each sample was extracted and run in duplicate using the LC-MS/MS protocols described in Example 1. As shown in figure 3, each of these curves was linear ($R^2 > 0.99$).

**Example 5**:   Accuracy of LC-MS/MS Vitamin D Assay.

[0071]   The stock solutions of $25OHD_2$ and $25OHD_3$ were quantified based upon the absorbance of the concentrated (10-50 µg/mL) stock solutions in the ultraviolet spectrum. The *cis*-triene chromophore present in all vitamin D compounds has a peak absorbance of 264 nm, which is dependent upon the analyte concentration. The molar extinction coefficient of 18.3 $mM^{-1}cm^{-1}$ was determined using purified, dessicated ergocalciferol and cholecalciferol and was used to determine the concentration of stock solutions for $25OHD_2$ and $25OHD_3$.

[0072]   To determine the ability to recover vitamin D metabolites from spiked serum samples, three patient pools with known levels of $25OHD_2$, $25OHD_3$ were spiked with two levels of $25OHD_2$, $25OHD_3$ and both $25OHD_2$ and $25OHD_3$ together. Each sample was extracted and run in duplicate using the LC-MS/MS protocols described in Example 1. The recovery was calculated by dividing the expected result by the observed result.

27

DLMR_895309.1

QUESTMS-00002391

034827-3606

**Table 8. Recovery of 25-hydroxylated vitamin D metabolites from spiked samples.**

| | 25OHD$_2$ (ng/mL) | 25OHD$_3$ (ng/mL) | 25OHD$_2$ (% Recovery) | 25OHD$_3$ (% Recovery) |
|---|---|---|---|---|
| Pool#1 | 58 | 51 | - | - |
| Pool#1+ 20 ng/mL 25OHD$_2$ | 75 | 52 | **104** | - |
| Pool#1+ 20 ng/mL 25OHD$_3$ | 52 | 68 | - | **105** |
| Pool#1+ 20 ng/mL of both | 72 | 68 | **109** | **105** |
| Pool#1+ 50 ng/mL 25OHD$_2$ | 104 | 50 | **105** | - |
| Pool#1+ 50 ng/mL 25OHD$_3$ | 56 | 109 | - | **93** |
| Pool#1+ 50 ng/mL of both | 104 | 110 | **104** | **92** |

| | 25OHD$_2$ (ng/mL) | 25OHD$_3$ (ng/mL) | 25OHD$_2$ (% Recovery) | 25OHD$_3$ (% Recovery) |
|---|---|---|---|---|
| Pool#2 | 53 | 47 | - | - |
| Pool#2+ 20 ng/mL 25OHD$_2$ | 76 | 51 | **97** | - |
| Pool#2+ 20 ng/mL 25OHD$_3$ | 52 | 66 | - | **101** |
| Pool#2+ 20 ng/mL of both | 70 | 65 | **105** | **103** |
| Pool#2+ 50 ng/mL 25OHD$_2$ | 107 | 53 | **96** | - |
| Pool#2+ 50 ng/mL 25OHD$_3$ | 57 | 109 | - | **88** |
| Pool#2+ 50 ng/mL of both | 100 | 105 | **103** | **92** |

| | 25OHD$_2$ (ng/mL) | 25OHD$_3$ (ng/mL) | 25OHD$_2$ (% Recovery) | 25OHD$_3$ (% Recovery) |
|---|---|---|---|---|
| Pool#3 | 53 | 47 | - | - |
| Pool#3+ 20 ng/mL 25OHD$_2$ | 69 | 44 | **106** | - |
| Pool#3+ 20 ng/mL 25OHD$_3$ | 55 | 75 | - | **90** |
| Pool#3+ 20 ng/mL of both | 74 | 69 | **98** | **97** |
| Pool#3+ 50 ng/mL 25OHD$_2$ | 96 | 48 | **107** | - |
| Pool#3+ 50 ng/mL 25OHD$_3$ | 53 | 114 | - | **85** |
| Pool#3+ 50 ng/mL of both | 105 | 113 | **98** | **85** |

28

QUESTMS-00002392

034827-3606

**Example 6**:   Comparison LC-MS/MS vitamin D metabolite assay and RIA procedures.

[0073]   A total of 1,057 patient samples were assayed using the LC-MS/MS methods described in Example 1 and a vitamin D radioimmunoassay commercially available from DiaSorin.  Figure 4 shows the correlation between detection of total 25-hydroxyvitamin D using the LC-MS/MS assay and a commercially available radioimmunoassay kit; the $R^2$ value was 0.5082 with a slope of 0.9684.

**Example 7**:   Selectivity of the LC-MS/MS assay.

[0074]   Samples containing various commercially available vitamin D metabolites and analogues at a concentration of 100 ng/mL were prepared.  The samples were extracted and run in duplicate using the LC-MS/MS methods described in Example 1.  None of the tested compounds exhibited detectable cross reactivity in the $25OHD_2$ and $25OHD_3$ assays.

**Table 9. Cross-Reactivity of the LC-MS/MS method with various vitamin D analogues and metabolites.**

| | Compound Mass (Da) | Cross-Reactivity ($25OHD_2$) | Cross-Reactivity ($25OHD_3$) |
|---|---|---|---|
| 25-Hydroxyvitamin $D_2$ ($25OHD_2$) | 412 | (100%) | ND |
| 25-Hydroxyvitamin $D_3$ ($25OHD_3$) | 400 | ND | (100%) |
| Internal Standard ($^6$D-25OHD$_3$) | 406 | ND | ND |
| Vitamin $D_2$ (Ergocalciferol) | 396 | ND | ND |
| Vitamin $D_3$ (Cholecalciferol) | 384 | ND | ND |
| $1\alpha,25(OH)_2D_2$ | 428 | ND | ND |
| $1\alpha,25(OH)_2D_3$ | 416 | ND | ND |
| $25,26(OH)_2D_3$ | 416 | ND | ND |
| $1\alpha(OH)D_2$ (Doxercalciferol) | 412 | ND | ND |
| $1\alpha(OH)D_3$ (Alfacalcidiol) | 400 | ND | ND |

[0075]   The contents of the articles, patents, and patent applications, and all other documents and electronically available information mentioned or cited herein, are hereby incorporated by reference in their entirety to the same extent as if each individual publication was specifically and individually indicated to be incorporated by reference.  Applicants reserve the right to physically incorporate into this application any and all materials and information from any such articles, patents, patent applications, or other physical and electronic documents.

29

QUESTMS-00002393

034827-3606

[0076]   The inventions illustratively described herein may suitably be practiced in the absence of any element or elements, limitation or limitations, not specifically disclosed herein.  Thus, for example, the terms "comprising", "including," containing", etc. shall be read expansively and without limitation.  Additionally, the terms and expressions employed herein have been used as terms of description and not of limitation, and there is no intention in the use of such terms and expressions of excluding any equivalents of the features shown and described or portions thereof, but it is recognized that various modifications are possible within the scope of the invention claimed.  Thus, it should be understood that although the present invention has been specifically disclosed by preferred embodiments and optional features, modification and variation of the inventions embodied therein herein disclosed may be resorted to by those skilled in the art, and that such modifications and variations are considered to be within the scope of this invention.

[0077]   The invention has been described broadly and generically herein.  Each of the narrower species and subgeneric groupings falling within the generic disclosure also form part of the invention.  This includes the generic description of the invention with a proviso or negative limitation removing any subject matter from the genus, regardless of whether or not the excised material is specifically recited herein.

[0078]   Other embodiments are within the following claims.  In addition, where features or aspects of the invention are described in terms of Markush groups, those skilled in the art will recognize that the invention is also thereby described in terms of any individual member or subgroup of members of the Markush group.

DLMR_895309.1

QUESTMS-00002394

034827-3606

THAT WHICH IS CLAIMED IS:

1.      A method for determining the amount of a vitamin D metabolite in a sample by tandem mass spectrometry, comprising:

    (a) generating a protonated and dehydrated precursor ion of said vitamin D metabolite;

    (b) generating one or more fragment ions of said precursor ion; and

    (c) detecting the presence or amount of one or more of said ions generated in step (a) or (b) or both and relating the detected ions to the amount of said vitamin D metabolite in said sample.

2.      The method of claim 1, wherein said sample is subjected to a purification step prior to ionization.

3.      The method of claim 2, wherein said purification step comprises chromatography.

4.      The method of claim 3, wherein said chromatography comprises liquid chromatography.

5.      The method of claim 3, wherein said chromatography comprises high performance liquid chromatography (HPLC).

6.      The method of claim 2, wherein said purification step comprises protein precipitation.

7.      The method of claim 6, wherein said purification step does not include high turbulence liquid chromatography (HTLC).

8.      The method of claim 2, wherein said purification step comprises chiral chromatography.

9.      The method of claim 1, wherein said sample or said vitamin D metabolite is not subjected to gas-chromatography prior to said ionization step.

10.      The method of claim 1, wherein said vitamin D metabolite is one or more vitamin D metabolites selected from the group consisting of 25-hydroxyvitamin $D_3$, 25-hydroxyvitamin $D_2$, 1,25-dihydroxyvitamin $D_3$ and 1,25-dihydroxyvitamin $D_2$.

11.      The method of claim 1, wherein said vitamin D metabolite is 25-hydroxyvitamin $D_3$.

31

QUESTMS-00002395

034827-3606

12.     The method of claim 1, wherein said vitamin D metabolite is 25-hydroxyvitamin $D_2$.

13.     The method of claim 1, wherein said vitamin D metabolite is 1,25-dihydroxyvitamin $D_2$.

14.     A method for determining the amounts of two or more vitamin D metabolites in a sample in a single assay, said method comprising:

    (a)     ionizing two or more vitamin D metabolites to generate protonated and dehydrated precursor ions specific for each of said two or more vitamin D metabolites;

    (b)     generating one or more fragment ions of each of said precursor ions; and

    (c)     detecting the amount of one or more of said ions generated in step (a) or (b) or both and relating the detected ions to the amounts of said two or more vitamin D metabolites in said sample.

15.     The method of claim 14, wherein said sample is subjected to a purification step prior to said ionization step.

16.     The method of claim 15, wherein said purification step comprises chromatography.

17.     The method of claim 16, wherein said chromatography comprises liquid chromatography.

18.     The method of claim 16, wherein said chromatography comprises high performance liquid chromatography (HPLC).

19.     The method of claim 15, wherein said purification step comprises protein precipitation and does not include high turbulence liquid chromatography.

20.     The method of claim 14, wherein said sample or said two or more vitamin D metabolites are not subjected to gas-chromatography prior to said ionization step.

21.     The method of claim 14, wherein said vitamin D metabolites comprise 25-hydroxyvitamin $D_3$ and 25-hydroxyvitamin $D_2$.

DLMR_895309.1

QUESTMS-00002396

034827-3606

22.    The method of claim 14, wherein said two or more vitamin D metabolites comprise one or more vitamin D metabolites selected from the group consisting of 25-hydroxyvitamin $D_3$, 25-hydroxyvitamin $D_2$, 1,25-dihydroxyvitamin $D_3$ and 1,25-dihydroxyvitamin $D_2$.

23.    The method of claim 14, wherein said two or more vitamin D metabolites comprise 1,25-dihydroxyvitamin $D_3$ and 1,25-dihydroxyvitamin $D_2$.

DLMR_895309.1

QUESTMS-00002397

034827-3606

## ABSTRACT OF THE INVENTION

Provided are methods of detecting the presence or amount of a vitamin D metabolite in a sample using mass spectrometry.  The methods generally comprise ionizing a vitamin D metabolite in a sample and detecting the amount of the ion to determine the presence or amount of the vitamin D metabolite in the sample.  Also provided are methods to detect the presence or amount of two or more vitamin D metabolites in a single assay.

DLMR_895309.1

QUESTMS-00002398

**FIGURE 1**



QUESTMS-00002399

**FIGURE 2**



QUESTMS-00002400

**FIGURE 3**



DLMR_895309.1

QUESTMS-00002401

**FIGURE 4**



QUESTMS-00002402

## Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | |
| **Filing Date:** | |
| **Title of Invention:** | METHODS FOR DETECTING VITAMIN D METABOLITES BY MASS SPECTROMETRY |
| **First Named Inventor/Applicant Name:** | Nigel Clarke |
| **Filer:** | Anthony Charles Kuhlmann/Mercedes Dipasupil |
| **Attorney Docket Number:** | 034827-3606 |

Filed as Large Entity

### Utility under 35 USC 111(a) Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| Utility application filing | 1011 | 1 | 330 | 330 |
| Utility Search Fee | 1111 | 1 | 540 | 540 |
| Utility Examination Fee | 1311 | 1 | 220 | 220 |
| **Pages:** | | | | |
| **Claims:** | | | | |
| Claims in excess of 20 | 1202 | 3 | 52 | 156 |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | | **Total in USD ($)** | | 1246 |

QUESTMS-00002404

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 10170001 |
| **Application Number:** | 13115916 |
| **International Application Number:** | |
| **Confirmation Number:** | 4404 |
| **Title of Invention:** | METHODS FOR DETECTING VITAMIN D METABOLITES BY MASS SPECTROMETRY |
| **First Named Inventor/Applicant Name:** | Nigel  Clarke |
| **Customer Number:** | 30542 |
| **Filer:** | Anthony Charles Kuhlmann/Mercedes Dipasupil |
| **Filer Authorized By:** | Anthony Charles Kuhlmann |
| **Attorney Docket Number:** | 034827-3606 |
| **Receipt Date:** | 25-MAY-2011 |
| **Filing Date:** | |
| **Time Stamp:** | 20:26:29 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Credit Card |
| Payment was successfully received in RAM | $1246 |
| RAM confirmation Number | 8117 |
| Deposit Account | |
| Authorized User | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|

QUESTMS-00002405

| 1 | Transmittal of New Application | 034827-3606_Transmittal.pdf | 134030<br>b2eba61264f91320e2dcc5ea8ad727dcdb7dcd40 | no | 3 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 2 | Application Data Sheet | 034827-3606_ADS.pdf | 116829<br>ff9c924e53426646e8d863f6c6d08ccc45d4d19d | no | 4 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

This is not an USPTO supplied ADS fillable form

| 3 | Oath or Declaration filed | 034827-3606_Decl.pdf | 253906<br>e6ceedd95beb0389144e481d622d881d14c120a0 | no | 4 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 4 | | 034827-3606_Spec.pdf | 2587613<br>9a34877e283440cc0f7b89fdb94232cb055ef545 | yes | 38 |
|---|---|---|---|---|---|

| **Multipart Description/PDF files in .zip description** | | |
|---|---|---|
| **Document Description** | **Start** | **End** |
| Specification | 1 | 30 |
| Claims | 31 | 33 |
| Abstract | 34 | 34 |
| Drawings-only black and white line drawings | 35 | 38 |

**Warnings:**

**Information:**

| 5 | Fee Worksheet (PTO-875) | fee-info.pdf | 36779<br>e1fec27bc0966f44dc3944d7915ab29ea62049c7 | no | 2 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| | **Total Files Size (in bytes):** | 3129157 |
|---|---|---|

QUESTMS-00002406

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

QUESTMS-00002407

Atty. Dkt. No. 034827-3606

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:          Clarke, et al.

Title:              METHODS FOR DETECTING
                    VITAMIN D METABOLITES
                    BY MASS SPECTROMETRY

Prior Appl. No.:    11/101,166 ; 11/386,215

Prior Appl.
Filing Date:        4/6/2005; 3/21/2006

Examiner:           Unknown

Art Unit:           Unknown

## CONTINUING PATENT APPLICATION
## TRANSMITTAL LETTER

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

Transmitted herewith for filing under 37 C.F.R. § 1.53(b) is a:

[ **X** ] Continuation    [  ] Division    [  ] Continuation-In-Part (CIP)

of the above-identified copending prior application in which no patenting, abandonment, or termination of proceedings has occurred. Priority to the above-identified prior application is hereby claimed under 35 U.S.C. § 120 for this continuing application. The entire disclosure of the above-identified prior application is considered as being part of the disclosure of the accompanying continuing application and is hereby incorporated by reference therein.

[  ]     Applicant claims small entity status under 37 CFR 1.27.

-1-

QUESTMS-00002408

Atty. Dkt. No. 034827-3606

Enclosed are:

[ **X** ]   Description, Claim(s), and Abstract (34 pages).

[ **X** ]   Formal drawings (4 sheets, Figures 1-4).

[ **X** ]   Declaration and Power of Attorney from parent Application No. 11/386,215 (4 pages).

[ ]   Assignment of the invention to Quest Diagnostics Investments Incorporated.

[ ]   Assignment Recordation Cover Sheet.

[ ]   Request for application not to be published with certification under 35 USC 122(b)(2)(B)(i).

[ ]   Information Disclosure Statement.

[ ]   Form PTO-1449 with copies of ___ listed reference(s).

[ ]   Preliminary Amendment (___)

[ **X** ]   Application Data Sheet (37 CFR 1.76) (4 pages)

The adjustment to the number of sheets for EFS-Web filing follows:

| Number of Sheets | | EFS-Web Adjustment | Number of Sheets for EFS-Web |
|---|---|---|---|
| 38 | x | 75% | 29 |

The filing fee is calculated below:

| | Number Filed | | Included in Basic Fee | Extra | | Rate | | Fee Totals |
|---|---|---|---|---|---|---|---|---|
| Basic Filing Fee | | | | | | $330.00 | = | $330.00 |
| Search Fee | | | | | | $540.00 | | $540.00 |
| Examination Fee | | | | | | $220.00 | | $220.00 |
| Size Fee | 29 | - | 100 | = 0 | x | $270.00 | | $0.00 |
| Total Claims: | 23 | - | 20 | = 3 | x | $52.00 | = | $156.00 |
| Independents : | 2 | - | 3 | = 0 | x | $220.00 | = | $0.00 |

DLMR_896058.1

QUESTMS-00002409

Atty. Dkt. No. 034827-3606

| | | | | |
|---|---|---|---|---|
| : | | | | |
| If any Multiple Dependent Claim(s) present: | + | $390.00 | = | $0.00 |
| Surcharge under 37 CFR 1.16(e) for late filing of Executed Declaration or late payment of filing fee | + | $130.00 | = | $0.00 |
| | | SUBTOTAL: | = | $1246.00 |
| [ ] | Small Entity Fees Apply (subtract ½ of above): | | = | 0 |
| | Basic Filing Fee Reduction for Filing via EFS-Web | | = | $0.00 |
| | TOTAL FILING FEE: | | = | $1246.00 |
| Assignment Recordation Fee: | + | $40.00 | = | $0.00 |
| Processing Fee under 37 CFR 1.17(i) for Late Filing of English Translation of Application: | + | $130.00 | = | $0.00 |
| TOTAL FEE | | | = | $1246.00 |

The above-identified fees of $1246.00 are being paid by credit card via EFS-Web.

The Commissioner is hereby authorized to charge any additional fees which may be required regarding this application under 37 C.F.R. §§ 1.16-1.17, or credit any overpayment, to Deposit Account No. 19-0741. Should no proper payment be enclosed herewith, as by the credit card payment instructions in EFS-Web being incorrect or absent, resulting in a rejected or incorrect credit card transaction, the Commissioner is authorized to charge the unpaid amount to Deposit Account No. 19-0741.

Please direct all correspondence to the undersigned attorney or agent at the address indicated below.

Respectfully submitted,

Date ___5/25/11___

By _____

FOLEY & LARDNER LLP
Customer Number: 30542
Telephone:     (858) 847-6722
Facsimile:     (858) 792-6773

Barry S. Wilson, Reg. No. 39,431
Anthony C. Kuhlmann, Reg. No. 57,147
Attorneys for Applicant

DLMR_896058.1

QUESTMS-0000241C



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 13/115,916 | 05/25/2011 | 1629 | 1246 | 034827-3606 | 23 | 2 |

**CONFIRMATION NO. 4404**

30542
FOLEY & LARDNER LLP
P.O. BOX 80278
SAN DIEGO, CA 92138-0278

**FILING RECEIPT**

|||||||||||||||||||||||||||||||
*OC000000048071914*

Date Mailed: 06/08/2011

Receipt is acknowledged of this non-provisional patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please submit a written request for a Filing Receipt Correction. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections**

**Applicant(s)**

    Nigel Clarke, Oceanside, CA;
    Brett Holmquist, Mission Viejo, CA;
    Gloria Kwangja Lee, Irvine, CA;
    Richard E. Reitz, San Clemente, CA;

**Assignment For Published Patent Application**

    Quest Diagnostics Investments Incorporated

**Power of Attorney:** The patent practitioners associated with Customer Number 30542

**Domestic Priority data as claimed by applicant**

    This application is a CON of 11/101,166 04/06/2005 PAT 7,745,226 *
    and is a CON of 11/386,215 03/21/2006
    (*)Data provided by applicant is not consistent with PTO records.

**Foreign Applications** (You may be eligible to benefit from the **Patent Prosecution Highway** program at the USPTO. Please see http://www.uspto.gov for more information.)

**If Required, Foreign Filing License Granted:** 06/06/2011

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 13/115,916**

**Projected Publication Date:** 09/15/2011

**Non-Publication Request:** No

**Early Publication Request:** No

page 1 of 3

QUESTMS-00002411

**Title**

METHODS FOR DETECTING VITAMIN D METABOLITES BY MASS SPECTROMETRY

**Preliminary Class**

514

# PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4158).

# LICENSE FOR FOREIGN FILING UNDER

## Title 35, United States Code, Section 184

## Title 37, Code of Federal Regulations, 5.11 & 5.15

**GRANTED**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as

QUESTMS-00002412

set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

**NOT GRANTED**

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

QUESTMS-00002413

## PATENT APPLICATION FEE DETERMINATION RECORD
Substitute for Form PTO-875

Application or Docket Number
13/115,916

### APPLICATION AS FILED - PART I

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | SMALL ENTITY RATE($) | SMALL ENTITY FEE($) | OR | OTHER THAN SMALL ENTITY RATE($) | OTHER THAN SMALL ENTITY FEE($) |
|---|---|---|---|---|---|---|---|
| BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | | | N/A | 330 |
| SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | | | N/A | 540 |
| EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | | | N/A | 220 |
| TOTAL CLAIMS (37 CFR 1.16(i)) | 23 minus 20 = | * 3 | | | OR | x 52 = | 156 |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | 2 minus 3 = | | | | | x 220 = | 0.00 |
| APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $270 ($135 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | | | 0.00 |
| MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | | | | 0.00 |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | | | TOTAL | 1246 |

### APPLICATION AS AMENDED - PART II

| | | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE($) | SMALL ENTITY ADDITIONAL FEE($) | OR | OTHER THAN SMALL ENTITY RATE($) | OTHER THAN SMALL ENTITY ADDITIONAL FEE($) |
|---|---|---|---|---|---|---|---|---|---|
| **AMENDMENT A** | Total (37 CFR 1.16(i)) | * | Minus ** | = | x = | | OR | x = | |
| | Independent (37 CFR 1.16(h)) | * | Minus *** | = | x = | | OR | x = | |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

| | | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE($) | SMALL ENTITY ADDITIONAL FEE($) | OR | OTHER THAN SMALL ENTITY RATE($) | OTHER THAN SMALL ENTITY ADDITIONAL FEE($) |
|---|---|---|---|---|---|---|---|---|---|
| **AMENDMENT B** | Total (37 CFR 1.16(i)) | * | Minus ** | = | x = | | OR | x = | |
| | Independent (37 CFR 1.16(h)) | * | Minus *** | = | x = | | OR | x = | |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
  The "Highest Number Previously Paid For" (Total or Independent) is the highest found in the appropriate box in column 1.

QUESTMS-00002414

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT (use as many sheets as necessary) | *Complete if Known* | |
|---|---|---|
| | **Application Number** | 13/115,916 |
| | **Filing Date** | 5/25/2011 |
| | **First Named Inventor** | Nigel Clarke |
| | Art Unit | 1629 |
| | Examiner Name | Not Yet Assigned |
| Substitute for form 1449/PTO | | |
| Sheet | 1 | of | 8 | Attorney Docket Number | 034827-3606 |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | A1 | 2003/0171605 | 09-11-2003 | REDDY ET AL. | |
| | A2 | 2004/0235193 | 11-25-2004 | SOLDIN | |
| | A3 | 2006/0054807 | 03-16-2006 | PICARD ET AL. | |
| | A4 | 2006/0094125 | 05-04-2006 | SINGH ET AL | |
| | A5 | 2006/0228808 | 10-12-2006 | CLARKE ET AL | |
| | A6 | 2006/0228809 | 10-12-2006 | CLARKE ET AL | |
| | A7 | 2007/0139956 | 06-21-2007 | SUGIMOTO ET AL | |
| | A8 | 2008/0241955 | 10-02-2008 | PURKAYASTHA ET AL. | |
| | A9 | 2009/0137056 | 05-28-2009 | HOLMQUIST ET AL | |
| | A10 | 5,772,874 | 06-30-1998 | QUINN ET AL. | |
| | A11 | 5,795,469 | 08-18-1998 | QUINN ET AL. | |
| | A12 | 5,919,368 | 07-06-1999 | QUINN ET AL. | |
| | A13 | 5,968,367 | 10-19-1999 | QUINN ET AL. | |
| | A14 | 6,107,623 | 08-22-2000 | BATEMAN ET AL. | |
| | A15 | 6,124,137 | 09-26-2000 | HUTCHENS ET AL. | |
| | A16 | 6,204,500 | 03-20-2001 | WHITEHOUSE ET AL. | |
| | A17 | 6,268,144 | 07-31-2001 | KOSTER | |
| | A18 | 6,787,660 | 09-07-2004 | ARMBRUSTER ET AL. | |
| | A19 | 6,977,143 | 12-20-2005 | CAULFIELD ET AL. | |
| | A20 | 7,087,395 | 08-08-2006 | GARRITY ET AL. | |
| | A21 | 7,321,116 | 01-22-2008 | PICARD ET AL. | |
| | A22 | 7,348,137 | 03-25-2008 | CAULFIELD ET AL. | |
| | A23 | 7,473,560 | 01-06-2009 | SOLDIN | |
| | A24 | 7,618,827 | 11-17-2009 | STEVEN | |
| | A25 | 7,745,226 | 06-29-2010 | CLARKE ET AL. | |

### UNPUBLISHED U.S. PATENT APPLICATION DOCUMENTS

| Examiner Initials* | Cite No.[1] | U.S. Patent Application Document — Serial Number-Kind Code[2] (if known) | Filing Date of Cited Document MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

DLMR_896934.1

QUESTMS-00002415

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | Complete if Known | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | Application Number | 13/115,916 |
| | | Filing Date | 5/25/2011 |
| | | First Named Inventor | Nigel Clarke |
| | | Art Unit | 1629 |
| *(use as many sheets as necessary)* | | Examiner Name | Not Yet Assigned |
| Sheet | 2 | of | 8 | Attorney Docket Number | 034827-3606 |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3] Number[4] Kind Code[5] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Documents | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | A26 | WO-2007/039193 | 04-12-2007 | ROCHE DIAGNOSTICS GMBH | | |
| | A27 | WO-2007/139956 | 12-06-2007 | LABORATORY CORPORATION OF AMERICA HOLDINGS | | |
| | A28 | WO-2008/097246 | 08-14-2008 | SCHROEDER ET AL | | |
| | A29 | WO-95/33279 | 12-07-1995 | DERRICK ET AL | | |
| | A30 | WO-96/18618 | 06-20-1996 | BAYER AKTIENGESELLSCHAFT; NIHON BAYER AGROCHEM K.K. | | |

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
|---|---|---|---|
| | A31 | Armas et. al, Vitamin D2 Is Much Less Effective than Vitamin D3 in Humans, J. Clin. Endocrinol. Metab. 89:5387-5391 (2004). | |
| | A32 | Aronov et al, Metabolic profiling of major vitamin D metabolites using Diels-Alder derivatization and ultra-performance liquid chromatography-tandem mass spectrometry, Anal Bioanal Chem, 2008, 391:1917-1930 | |
| | A33 | Ascalone et al, Stereospecific determination of amisulpride, a new benzamide derivative, in human plasma and urine by automated solid-phase extraction and liquid chromatography on a chiral column. application to pharmacokinetics, Journal of Chromatography B., 676:95-105, 1996. | |
| | A34 | Bartolucci, et al., Liquid chromatography tandem mass spectrometric quantitation of sulfamethazine and its metabolites: direct analysis of swine urine by triple quadrupole and by ion trap mass spectrometry, Rapid Commun. Mass Spectrom, 14:967-73 (2000). | |
| | A35 | Busch, A Glossary for Mass Spectrometry, Mass Spectrometry, 17(65):526-534, 2002 | |
| | A36 | Capote et al, Identification and determination of fat-soluble vitamins and metabolites in human serum by liquid chromatography/triple quadrupole mass spectrometry with multiple reaction monitoring, Rapid Commun. Mass. Spectrom., 21:1745-1754, 2007. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

DLMR_896934.1

QUESTMS-00002416

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | Complete if Known | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | | Application Number | 13/115,916 |
| | | | Filing Date | 5/25/2011 |
| | | | First Named Inventor | Nigel Clarke |
| *(use as many sheets as necessary)* | | | Art Unit | 1629 |
| | | | Examiner Name | Not Yet Assigned |
| Sheet | 3 | of | 8 | Attorney Docket Number | 034827-3606 |

| NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
| | A37 | Coldwell et al, Mass Fragmentographic Assay for 25-Hydroxyvitamin D in Plasma Without Derivatization: Enhanced Sensitivity for Metabolites of Vitamins D2 and D3 After Pre-column Dehydration, Journal of Mass Spectrometry, 30:348-356, (1995). | |
| | A38 | Coldwell et al, Stable isotope-labeled vitamin D, metabolites and chemical analogs: synthesis and use in mass spectrometric studies, Steroids, 55: 418-432, 1990. | |
| | A39 | Coldwell et al., Measurement of Vitamins D2 and D3 and Seven Major Metabolites in a Single Sample of Human Plasma Using Gas Chromatography/Mass Spectrometry, Biomedical and Environmental Mass Spectrometry, 16:81-85 (1988). | |
| | A40 | Extended Search Report dated 02/02/2009 in EP application 06749272 (034827-3605) | |
| | A41 | Extended Search Report dated 12/22/2010 in EP application 08853843 (054769-9997) | |
| | A42 | Guo et al, Steroid profiles using liquid chromatography-Tandem mass spectrometry with atmospheric pressure photoionization source, Arch Pathol Lab Med., 128: 469-475, 2004. | |
| | A43 | Higashi et al, Characterization of new conjugated metabolites in bile of rats administered 24,25-dihydroxyvitamin D3 and 25-hydroxyvitamin D3, Steroids, 65(5):281-94 (2000) | |
| | A44 | Higashi et al, Characterization of urinary metabolites of vitamin D3 in man under physiological conditions using liquid chromatography-tandem mass spectrometry, J Pharm Biomed Anal. 29(5):947-55 (2002) | |
| | A45 | Higashi et al, Liquid chromatography-tandem mass spectrometric method for the determination of salivary 25-hydroxyvitamin D3: a noninvasive tool for the assessment of vitamin D status, Anal. Bioanal Chem, 2008, 391:229-238 | |
| | A46 | Higashi et al, Simultaneous Determination of 25-Hydroxyvitamin D2 and 25-Hydroxyvitamin D3 in Human Plasma by Liquid Chromatography-Tandem Mass Spectrometry Employing Derivatization with a Cookson-Type Reagent, Biol Pharm Bull., 24(7):738-43, (2001). | |
| | A47 | International Preliminary Report on Patentability dated 10/9/2007 in application PCT/US2006/012539 (034827-3604) | |
| | A48 | International Preliminary Report on Patentability dated 6/01/2010 in application PCT/US2008/084709 (054769-9992) | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

DLMR_896934.1

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

QUESTMS-00002417

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office:  U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | | *Complete if Known* | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | | | Application Number | 13/115,916 |
| | | | | Filing Date | 5/25/2011 |
| | | | | First Named Inventor | Nigel Clarke |
| | | | | Art Unit | 1629 |
| *(use as many sheets as necessary)* | | | | Examiner Name | Not Yet Assigned |
| Sheet | 4 | of | 8 | Attorney Docket Number | 034827-3606 |

| | | NON PATENT LITERATURE DOCUMENTS | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
| | A49 | International Search Report and Written Opinion dated 1/26/2011 in application PCT/US2010/056461 (034827-0381) | |
| | A50 | International Search Report and Written Opinion dated 1/27/2011 in application PCT/US2010/057627 (034827-0741) | |
| | A51 | International Search Report and Written Opinion dated 2/7/2011 in application PCT/US2010/059765 (034827-1052) | |
| | A52 | International Search Report and Written Opinion dated 2/8/2011 in application PCT/US2010/059746 (034827-0771) | |
| | A53 | International Search Report dated 02/24/2009 in application PCT/US2008/084709 (054769-9992) | |
| | A54 | International Search Report dated 1/14/2011 in PCT/US2010/056886 (095276-0201) | |
| | A55 | International Search Report dated 1/4/2007 in application PCT/US2006/012539 (034827-3604) | |
| | A56 | International Search Report dated 2/11/2011 in application PCT/US2010/059771 (034827-1022) | |
| | A57 | Interview Summary dated 01/28/2009 in application 11/101,166 (054769-9993) | |
| | A58 | Jemal, High-throughput quantitative bioanalysis by LC/MS/MS, Biomedical Chromatography, 14:422-429, 2000. | |
| | A59 | Jones et al, Biological activity of I,25-Dihydroxyvitamin D2 in the Chick, Biochemistry, 15(3): 713-716, 1976. | |
| | A60 | Jones et al, Current understanding of the molecular actions of Vitamin D, Physiological Reviews, 78(4): 1193-1231, 1998. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(use as many sheets as necessary)* | | | *Complete if Known* | |
|---|---|---|---|---|
| | | | Application Number | 13/115,916 |
| | | | Filing Date | 5/25/2011 |
| | | | First Named Inventor | Nigel Clarke |
| | | | Art Unit | 1629 |
| | | | Examiner Name | Not Yet Assigned |
| Sheet | 5 | of | 8 | Attorney Docket Number | 034827-3606 |

| | | **NON PATENT LITERATURE DOCUMENTS** | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
| | A61 | Jones et al, Vitamin Ds: Metabolites and Analogs, Chapter 2 in Modern Chromatographic Analysis of Vitamins, Third Edition, 2002, 79 pgs. | |
| | A62 | Kamao et al, C-3 Epimerization of Vitamin D3 metabolites and further metabolism of C-3 epimers, The Journal of Biological Chemistry, 279 (16):15897-15907, (2004). | |
| | A63 | Kissmeyer et al, Sensitive analysis of 1a,25-dihydroxyvitamin D3 in biological fluids by liquid chromatography-tandem mass spectrometry, J Chromatogr A., 935(1-2):93-103 (2001) | |
| | A64 | Kobayashi et al, Tandem immunoaffinity chromatography for plasma 1a,25-dihydroxyvitamin D3 utilizing two antibodies having different specificities: A novel and powerful pretreatment tool for 1a,25-dihydroxyvitamin D3 radioreceptor assays, J.Steroid Biochem. Molec. Biol., 54(5/6): 217-226, 1995. | |
| | A65 | KOBAYASHI, et al, Production of a group-specific antibody to 1 alpha,25-dihydroxyvitamin D and its derivatives having the 1 alpha,3 beta-dihydroxylated A-ring structure, Steroids, (1994), 59(7):404-11 | |
| | A66 | Maunsell et al, Routine Isotope-Dilution Liquid Chromatography-Tandem Mass Spectrometry Assay for Simultaneous Measurement of the 25-Hydroxy Metabolites of Vitamins D2 and D3, Clinical Chemistry, 51:9 1683-1690, (2005). | |
| | A67 | Merchant et al, Recent advancements in surface-enhanced laser desorption/ionization-time of flight-mass spectrometry, Electrophoresis 21:1164-1177 (2000). | |
| | A68 | Miller et al, Genetic causes of rickets, Current Opinions in Pediatrics, 11:333-339, 1999. | |
| | A69 | Odrzywolska et al, Convergent Synthesis, Chiral HPLC, and Vitamin D Receptor Affinity of Analogs of 1,25-Dihydroxycholecalciferol, Chirality, 11:249-255, (1999). | |
| | A70 | Office Action dated 09/29/2009 for EP Application No. 06749272.8 (034827-3605) | |
| | A71 | Polson et al, Optimization of protein precipitation based upon effectiveness of protein removal and ionization effect in liquid chromatography-tandem mass spectrometry, Journal of Chromatography B, 785:263-275 (2003). | |
| | A72 | Robb et al, Atmospheric Pressure Photoionization: An Ionization Method for Liquid Chromatography-Mass Spectrometry, Anal. Chem., 72(15): 3653-3659 (2000). | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

DLMR_896934.1

QUESTMS-00002419

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office:  U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | Complete if Known | |
|---|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | | Application Number | 13/115,916 |
| | | | Filing Date | 5/25/2011 |
| | | | First Named Inventor | Nigel Clarke |
| | | | Art Unit | 1629 |
| (use as many sheets as necessary) | | | Examiner Name | Not Yet Assigned |
| Sheet | 6 | of | 8 | Attorney Docket Number | 034827-3606 |

| NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
| | A73 | Salm et al, The Quantification of Sirolimus by High-Performance Liquid Chromatography-Tandem Mass Spectrometry and Microparticle Enzyme Immunoassay in Renal Transplant Recipients, Clin. Therapeutics 22 Supl. B:B71-B85 (2000) | |
| | A74 | Singh et al, C-3 epimers can account for a significant proportion of total circulating 25-hydroxyvitamin D in infants, complicating accurate measurement and interpretation of vitamin D status, The Journal of Clinical Endocrinology & Metabolism, 91(8): 3055-3061, 2006. | |
| | A75 | Taylor et al, Simultaneous Quantification of Tacrolimus and Sirolimus in Human Blood, by High-Performance Liquid Chromatography - Tandem Mass Spectrometry, Therapeutic Drug Monitoring 22:608-12 (2000) | |
| | A76 | Tsugawa et al, Determination of 25-hydroxyvitamin D in human plasma using high-performance liquid chromatography-tandem mass spectrometry, Anal. Chem., 77:3001-3007, 2005. | |
| | A77 | US Notice of Allowance dated 12/15/2009 in application 11/101,166 (054769-9993) | |
| | A78 | US Notice of Allowance dated 3/2/2011 in application 11/386,215 (034827-3603) | |
| | A79 | US Notice of Allowance dated 3/3/2011 in application 11/946,765 (054769-9991) | |
| | A80 | US Notice of Allowance dated 5/20/2011 in application 12/630,790 (034827-0740) | |
| | A81 | US Notice of Allowance dated 8/19/2009 for U.S. App. No. 11/101,166 (054769-9993) | |
| | A82 | US Office Action dated 04/12/2010 in application 11/386,215 (034827-3603) | |
| | A83 | US Office Action dated 1/6/2011 in application 12/630,790 (034827-0740) | |
| | A84 | US Office Action dated 10/08/2008 in application 11/101,166 (054769-9993) | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional) 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.

DLMR_896934.1

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | Complete if Known | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | | Application Number | 13/115,916 |
| | | | Filing Date | 5/25/2011 |
| | | | First Named Inventor | Nigel Clarke |
| *(use as many sheets as necessary)* | | | Art Unit | 1629 |
| | | | Examiner Name | Not Yet Assigned |
| Sheet | 7 | of | 8 | Attorney Docket Number | 034827-3606 |

| | | NON PATENT LITERATURE DOCUMENTS | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
| | A85 | US Office Action dated 10/5/2010 in application 11/386,215 (034827-3603) | |
| | A86 | US Office Action dated 12/17/2010 in application 11/946,765 (054769-9991) | |
| | A87 | US Office Action dated 12/17/2010 in application 12/630,796 (054769-9993) | |
| | A88 | US Office Action dated 6/24/2010 in application 11/946,765 (054769-9991) | |
| | A89 | US Office Action dated 6/28/2010 in application 12/630,790 (034827-0740) | |
| | A90 | US Office Action dated 7/7/2010 in application 12/630,796 (054769-9993) | |
| | A91 | Vieth et al, Age-related changes in the 25-hydroxyvitamin D versus parathyroid hormone relationship suggest a different reason why older adults require more Vitamin D, The Journal of Clinical Endocrinology & Metabolism, 88(1): 185-191, 2003. | |
| | A92 | Vieth, Vitamin D supplementation, 25-hydroxyvitamin D concentrations, and safety, Am J Clin Nutr, 69:842-856, 1999. | |
| | A93 | Vogeser et al, Candidate reference method for the quantification of circulating 25-Hydroxyvitamin D3 by liquid chromatography-tandem mass spectrometry, Clinical Chemistry, 50(8): 1415-1417, (2004). | |
| | A94 | Vreeken et al, On-line post-column Diels-Alder derivatization for the determination of vitamin D3 and its metabolites by liquid chromatography/thermospray mass spectrometry, Biological Mass Spectrometry, 22:621-632, (1993). | |
| | A95 | Watson et al, Analysis of Vitamin D and its metabolites using thermospray liquid chromatography/Mass spectrometry, Biomedical Chromatography, 5:153-160, 1991. | |
| | A96 | Wharton et al, Rickets. The Lancet, 362: 1389-1400, 2003. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

DLMR_896934.1

QUESTMS-00002421

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** <br><br> *(use as many sheets as necessary)* | **Application Number** | 13/115,916 |
| | **Filing Date** | 5/25/2011 |
| | **First Named Inventor** | Nigel Clarke |
| | **Art Unit** | 1629 |
| | **Examiner Name** | Not Yet Assigned |
| Sheet | 8 | of | 8 | **Attorney Docket Number** | 034827-3606 |

**NON PATENT LITERATURE DOCUMENTS**

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
|---|---|---|---|
| | A97 | Wright et al, Proteinchip surface enhanced laser desorption/ionization (SELDI) mass spectrometry: a novel protein biochip technology for detection of prostate cancer biomarkers in complex protein mixtures, Prostate Cancer and Prostatic Diseases, 2:264-76, (1999). | |
| | A98 | Yeung et al, Characterization of the Metabolic Pathway of 1,25-Dihydroxy-16-Ene Vitamin D3 in Rat Kidney By On-Line High Performance Liquid Chromatography-Electrospray Tandem Mass Spectrometry, Biochemical Pharmacology, Vol. 49, No. 8, pp.1099-1110, (1995). | |
| | A99 | Yeung et al, Characterization of vitamin D3 metabolites using continuous-flow fast atom bombardment tandem mass spectrometry and high performance liquid chromatography, Chromatogr, 645(1):115-123 (1993) | |
| | A100 | YEUNG, et al, The role of mass spectrometry in vitamin D research, Mass Spec Reviews, (1995), 14(3):179-194 | |
| | A101 | Zimmer et al, Comparison of turbulent-flow chromatography with automated solid-phase extraction in 96-well plates and liquid-liquid extraction used as plasma sample preparation techniques for liquid chromatography-tandem mass spectrometry, J. Chromatogr. A 854:23-35 (1999) | |
| | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

DLMR_896934.1

QUESTMS-00002422

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 10297877 |
| **Application Number:** | 13115916 |
| **International Application Number:** | |
| **Confirmation Number:** | 4404 |
| **Title of Invention:** | METHODS FOR DETECTING VITAMIN D METABOLITES BY MASS SPECTROMETRY |
| **First Named Inventor/Applicant Name:** | Nigel  Clarke |
| **Customer Number:** | 30542 |
| **Filer:** | Anthony Charles Kuhlmann/Alison Lalonde |
| **Filer Authorized By:** | Anthony Charles Kuhlmann |
| **Attorney Docket Number:** | 034827-3606 |
| **Receipt Date:** | 14-JUN-2011 |
| **Filing Date:** | 25-MAY-2011 |
| **Time Stamp:** | 19:50:22 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | IDS_3606.pdf | 1281217 <br> 4583f4f70d77a8995adbbc85ec61def013c7d3da | yes | 10 |

QUESTMS-00002423

**Multipart Description/PDF files in .zip description**

| Document Description | Start | End |
|---|---|---|
| Transmittal Letter | 1 | 2 |
| Information Disclosure Statement (IDS) Form (SB08) | 3 | 10 |

| | |
|---|---|
| **Warnings:** | |
| **Information:** | |
| **Total Files Size (in bytes):** | 1281217 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

QUESTMS-00002424

Atty. Dkt. No. 034827-3606

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:    Clarke, et al.

Title:    METHODS FOR DETECTING
VITAMIN D METABOLITES
BY MASS SPECTROMETRY

Appl. No.:    13/115,916

Filing Date:    05/25/2011

Examiner:    Not Yet Assigned

Art Unit:    1629

Confirmation    4404
Number:

## INFORMATION DISCLOSURE STATEMENT
## UNDER 37 CFR §1.56

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

Submitted herewith on Form PTO/SB/08 is a listing of the documents cited by or submitted to the U.S. PTO in parent application Serial Nos. 11/101,166 filed on 4/6/2005 and 11/386,215 filed on 3/21/2006.  As provided in 37 CFR §1.98(d), copies of the documents are not being provided since they were previously submitted to the United States Patent & Trademark Office in the above-identified parent application.

The submission of any document herewith, which is not a statutory bar, is not intended as an admission that such document constitutes prior art against the claims of the present application or that such document is considered material to patentability as defined in 37 CFR §1.56(b).  Applicants do not waive any rights to take any action which would be appropriate to

QUESTMS-00002425

Atty. Dkt. No. 034827-3606

antedate or otherwise remove as a competent reference any document which is determined to be a *prima facie* art reference against the claims of the present application.

## TIMING OF THE DISCLOSURE

The listed documents are being submitted in compliance with 37 CFR §1.97(b), before the mailing date of the first Office Action on the merits.

## RELEVANCE OF EACH DOCUMENT

All of the documents are in English.

Applicants respectfully request that each listed document be considered by the Examiner and be made of record in the present application and that an initialed copy of Form PTO/SB/08 be returned in accordance with MPEP §609.

Although Applicant believes that no fee is required, the Commissioner is hereby authorized to charge any additional fees which may be due to Deposit Account No. 19-0741.

Respectfully submitted,

Date _____6/13/11_____   By _____

FOLEY & LARDNER LLP
Customer Number: 30542
Telephone:    (858) 847-6776
Facsimile:    (858) 792-6773

Barry S. Wilson, Reg. No. 39,431
Anthony C. Kuhlmann, Reg. No. 57,147
Attorneys for Applicant

DLMR_896930.1

-2-

QUESTMS-00002426

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/115,916 | 05/25/2011 | Nigel Clarke | 034827-3606 | 4404 |

30542          7590          08/04/2011
FOLEY & LARDNER LLP
P.O. BOX 80278
SAN DIEGO, CA 92138-0278

| EXAMINER |
|---|
| COLE, MONIQUE T |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1773 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 08/04/2011 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A  (Rev. 04/07)

QUESTMS-00002427

| **Office Action Summary** | Application No. | Applicant(s) |
| --- | --- | --- |
| | 13/115,916 | CLARKE ET AL. |
| | Examiner | Art Unit |
| | MONIQUE COLE | 1773 |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE 3 MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a).  In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment.  See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on _25 May 2011_.

2a)☐ This action is **FINAL**.     2b)☒ This action is non-final.

3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒ Claim(s) _1-23_ is/are pending in the application.

    4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☐ Claim(s) _____ is/are allowed.

6)☒ Claim(s) _1-23_ is/are rejected.

7)☐ Claim(s) _____ is/are objected to.

8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☐ The specification is objected to by the Examiner.

10)☐ The drawing(s) filed on _____ is/are:  a)☐ accepted or b)☐ objected to by the Examiner.

    Applicant may not request that any objection to the drawing(s) be held in abeyance.  See 37 CFR 1.85(a).

    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

11)☐ The oath or declaration is objected to by the Examiner.  Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a)☐ All   b)☐ Some * c)☐ None of:

      1.☐ Certified copies of the priority documents have been received.

      2.☐ Certified copies of the priority documents have been received in Application No. _____.

      3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

    * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☐ Notice of References Cited (PTO-892)

2)☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3)☒ Information Disclosure Statement(s) (PTO/SB/08)
    Paper No(s)/Mail Date _____.

4)☐ Interview Summary (PTO-413)
    Paper No(s)/Mail Date. _____.

5)☐ Notice of Informal Patent Application

6)☐ Other: _____.

QUESTMS-00002428

Application/Control Number: 13/115,916                                    Page 2
Art Unit: 1773

## DETAILED ACTION

### *Double Patenting*

The nonstatutory double patenting rejection is based on a judicially created

doctrine grounded in public policy (a policy reflected in the statute) so as to prevent the

unjustified or improper timewise extension of the "right to exclude" granted by a patent

and to prevent possible harassment by multiple assignees.   A nonstatutory

obviousness-type double patenting rejection is appropriate where the conflicting claims

are not identical, but at least one examined application claim is not patentably distinct

from the reference claim(s) because the examined application claim is either anticipated

by, or would have been obvious over, the reference claim(s). See, e.g., *In re Berg*, 140

F.3d 1428, 46 USPQ2d 1226 (Fed. Cir. 1998); *In re Goodman*, 11 F.3d 1046, 29

USPQ2d 2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir.

1985); *In re Van Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422

F.2d 438, 164 USPQ 619 (CCPA 1970); and  *In re Thorington*, 418 F.2d 528, 163

USPQ 644 (CCPA 1969).

A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) or 1.321(d)

may be used to overcome an actual or provisional rejection based on a nonstatutory

double patenting ground provided the conflicting application or patent either is shown to

be commonly owned with this application, or claims an invention made as a result of

activities undertaken within the scope of a joint research agreement.

Application/Control Number: 13/115,916 Page 3
Art Unit: 1773

Effective January 1, 1994, a registered attorney or agent of record may sign a

terminal disclaimer. A terminal disclaimer signed by the assignee must fully comply with

37 CFR 3.73(b).

Claims 1-23 are rejected on the ground of nonstatutory obviousness-type double

patenting as being unpatentable over claims 1-23 of U.S. Patent No. 7,745,226 ("the

'226 patent"). Although the conflicting claims are not identical, they are not patentably

distinct from each other.

The '226 patent is directed to determining the presence or amount of vitamin D

metabolites (vitamin $D_2$, vitamin $D_3$, or both) *via* tandem mass spectrometry, wherein

purification (which embraces all forms of purification, including immunopurification and

HPLC) is performed prior to ionization. The instant application claims are broad enough

to read on the mass/charge ratios recited in the '226 patent. Since the present

application method is similar to that of the '226 patent, it would be obvious to expect

similar mass to charge ratios (m/z) to be obtained.

It is noted that the '226 patent recites an additional step of "effecting a collision

between the isolated precursor ion and an inert collision gas to produce at least one

fragment ion detectable in a mass spectrometer". However, those of ordinary skill in

the art understand this step to be a requisite component of performing tandem mass

spectrometry. Thus, this limitation is considered to be incorporated into the present

claims.

Claims 1-23 are rejected on the ground of nonstatutory obviousness-type double

patenting as being unpatentable over claims 1-8, 10-16, 19-28 and 31 of U.S. Patent

Application/Control Number: 13/115,916                                      Page 4
Art Unit: 1773

No. 7,972,867 ("the '867 patent").  Although the conflicting claims are not identical, they

are not patentably distinct from each other.

The '867 patent is directed to generating a protonated and dehydrated precursor

ion of 25-hydroxyvitamin $D_3$; generating one or more fragment ions of the precursor ion;

and detecting the presence or amount of one or more ions and relating the presence of

the detected ions to the amount of 25-hydroxyvitamin $D_3$ in the sample.   The instant

application claims are broad enough to encompass the scope of the '867 patent claims.

The present patent claims embrace vitamin D metabolites 25-hydroxyvitamin $D_3$, 25-

hydroxyvitamin $D_2$, 1,25-hydroxyvitamin $D_3$, and 1,25-hydroxyvitamin $D_2$.


Any inquiry concerning this communication or earlier communications from the

examiner should be directed to MONIQUE COLE whose telephone number is (571)272-

1463.  The examiner can normally be reached on MON - THUR (9-5).

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Jill Warden can be reached on 571-272-1267.  The fax phone number for

the organization where this application or proceeding is assigned is 571-273-8300.

QUESTMS-00002431

Application/Control Number: 13/115,916                                    Page 5
Art Unit: 1773

Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system.  Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a

USPTO Customer Service Representative or access to the automated information

system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.


/Jill Warden/                                          Monique  Cole
Supervisory Patent Examiner, Art Unit 1773             Examiner
                                                       Art Unit 1773

QUESTMS-00002432

| *Search Notes* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 13115916 | CLARKE ET AL. |
| | Examiner | Art Unit |
| | MONIQUE COLE | 1773 |

### SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| 436 | 173, 131 | 7/2011 | MC |

### SEARCH NOTES

| Search Notes | Date | Examiner |
|---|---|---|
| | | |

### INTERFERENCE SEARCH

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| | | | |

| | |
|---|---|
| | |

U.S. Patent and Trademark Office

Part of Paper No. :

QUESTMS-00002433



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

## BIB DATA SHEET

**CONFIRMATION NO. 4404**

| SERIAL NUMBER | FILING or 371(c) DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 13/115,916 | 05/25/2011 **RULE** | 436 | 1773 | 034827-3606 |

**APPLICANTS**
Nigel Clarke, Oceanside, CA;
Brett Holmquist, Mission Viejo, CA;
Gloria Kwangja Lee, Irvine, CA;
Richard E. Reitz, San Clemente, CA;

**\*\* CONTINUING DATA \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
This application is a CON of 11/101,166 04/06/2005 PAT 7,745,226       *
      and is a CON of 11/386,215 03/21/2006 PAT 7,972,867
      (*)Data provided by applicant is not consistent with PTO records.

**\*\* FOREIGN APPLICATIONS \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**\*\* IF REQUIRED, FOREIGN FILING LICENSE GRANTED \*\***
06/06/2011

| Foreign Priority claimed ☐ Yes ☑ No | | STATE OR COUNTRY | SHEETS DRAWINGS | TOTAL CLAIMS | INDEPENDENT CLAIMS |
|---|---|---|---|---|---|
| 35 USC 119(a-d) conditions met ☐ Yes ☑ No | ☐ Met after Allowance | | | | |
| Verified and Acknowledged /MONIQUE T COLE/ Examiner's Signature | MC Initials | CA | 4 | 23 | 2 |

**ADDRESS**

FOLEY & LARDNER LLP
P.O. BOX 80278
SAN DIEGO, CA 92138-0278
UNITED STATES

**TITLE**

METHODS FOR DETECTING VITAMIN D METABOLITES BY MASS SPECTROMETRY

| FILING FEE RECEIVED 1246 | FEES: Authority has been given in Paper No._____ to charge/credit DEPOSIT ACCOUNT No._____ for following: | ☐ All Fees |
|---|---|---|
| | | ☐ 1.16 Fees (Filing) |
| | | ☐ 1.17 Fees (Processing Ext. of time) |
| | | ☐ 1.18 Fees (Issue) |
| | | ☐ Other _____ |
| | | ☐ Credit |

BIB (Rev. 05/07).

QUESTMS-00002434

Receipt date: 06/14/2011

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid
OMB control number.

| Substitute for form 1449/PTO **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(use as many sheets as necessary)* | | | *Complete if Known* | |
|---|---|---|---|---|
| | | | Application Number | 13/115,916 |
| | | | Filing Date | 5/25/2011 |
| | | | First Named Inventor | Nigel Clarke |
| | | | Art Unit | 1629 |
| | | | Examiner Name | Not Yet Assigned |
| Sheet | 1 | of | 8 | Attorney Docket Number | 034827-3606 |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | A1 | 2003/0171605 | 09-11-2003 | REDDY ET AL. | |
| | A2 | 2004/0235193 | 11-25-2004 | SOLDIN | |
| | A3 | 2006/0054807 | 03-16-2006 | PICARD ET AL. | |
| | A4 | 2006/0094125 | 05-04-2006 | SINGH ET AL | |
| | A5 | 2006/0228808 | 10-12-2006 | CLARKE ET AL. | |
| | A6 | 2006/0228809 | 10-12-2006 | CLARKE ET AL. | |
| | A7 | 2007/0139956 | 06-21-2007 | SUGIMOTO ET AL. | |
| | A8 | 2008/0241955 | 10-02-2008 | PURKAYASTHA ET AL. | |
| | A9 | 2009/0137056 | 05-28-2009 | HOLMQUIST ET AL | |
| | A10 | 5,772,874 | 06-30-1998 | QUINN ET AL. | |
| | A11 | 5,795,469 | 08-18-1998 | QUINN ET AL. | |
| | A12 | 5,919,368 | 07-06-1999 | QUINN ET AL. | |
| | A13 | 5,968,367 | 10-19-1999 | QUINN ET AL. | |
| | A14 | 6,107,623 | 08-22-2000 | BATEMAN ET AL. | |
| | A15 | 6,124,137 | 09-26-2000 | HUTCHENS ET AL. | |
| | A16 | 6,204,500 | 03-20-2001 | WHITEHOUSE ET AL. | |
| | A17 | 6,268,144 | 07-31-2001 | KOSTER | |
| | A18 | 6,787,660 | 09-07-2004 | ARMBRUSTER ET AL. | |
| | A19 | 6,977,143 | 12-20-2005 | CAULFIELD ET AL. | |
| | A20 | 7,087,395 | 08-08-2006 | GARRITY ET AL. | |
| | A21 | 7,321,116 | 01-22-2008 | PICARD ET AL. | |
| | A22 | 7,348,137 | 03-25-2008 | CAULFIELD ET AL. | |
| | A23 | 7,473,560 | 01-06-2009 | SOLDIN | |
| | A24 | 7,618,827 | 11-17-2009 | STEVEN | |
| | A25 | 7,745,226 | 06-29-2010 | CLARKE ET AL. | |

### UNPUBLISHED U.S. PATENT APPLICATION DOCUMENTS

| Examiner Initials* | Cite No.[1] | U.S. Patent Application Document Serial Number-Kind Code[2] (if known) | Filing Date of Cited Document MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | | | | |

| Examiner Signature | /Monique Cole/ | Date Considered | 07/31/2011 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

DLMR_896934.1

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /M.C./

QUESTMS-00002435

Receipt date: 06/14/2011

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | Complete if Known | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT**<br><br>*(use as many sheets as necessary)* | | Application Number | 13/115,916 |
| | | Filing Date | 5/25/2011 |
| | | First Named Inventor | Nigel Clarke |
| | | Art Unit | 1629 |
| | | Examiner Name | Not Yet Assigned |
| Sheet | 2 | of | 8 | Attorney Docket Number | 034827-3606 |

| | | FOREIGN PATENT DOCUMENTS | | | | |
|---|---|---|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3] Number[4] Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Documents | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
| | A26 | WO-2007/039193 | 04-12-2007 | ROCHE DIAGNOSTICS GMBH | | |
| | A27 | WO-2007/139956 | 12-06-2007 | LABORATORY CORPORATION OF AMERICA HOLDINGS | | |
| | A28 | WO-2008/097246 | 08-14-2008 | SCHROEDER ET AL | | |
| | A29 | WO-95/33279 | 12-07-1995 | DERRICK ET AL | | |
| | A30 | WO-96/18618 | 06-20-1996 | BAYER AKTIENGESELLSCHAFT; NIHON BAYER AGROCHEM K.K. | | |

| | | NON PATENT LITERATURE DOCUMENTS | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
| | A31 | Armas et. al, Vitamin D2 Is Much Less Effective than Vitamin D3 in Humans, J. Clin. Endocrinol. Metab. 89:5387-5391 (2004). | |
| | A32 | Aronov et al, Metabolic profiling of major vitamin D metabolites using Diels-Alder derivatization and ultra-performance liquid chromatography-tandem mass spectrometry, Anal Bioanal Chem, 2008, 391:1917-1930 | |
| | A33 | Ascalone et al, Stereospecific determination of amisulpride, a new benzamide derivative, in human plasma and urine by automated solid-phase extraction and liquid chromatography on a chiral column. application to pharmacokinetics, Journal of Chromatography B., 676:95-105, 1996. | |
| | A34 | Bartolucci, et al., Liquid chromatography tandem mass spectrometric quantitation of sulfamethazine and its metabolites: direct analysis of swine urine by triple quadrupole and by ion trap mass spectrometry, Rapid Commun. Mass Spectrom, 14:967-73 (2000). | |
| | A35 | Busch, A Glossary for Mass Spectrometry, Mass Spectrometry, 17(65):526-534, 2002 | |
| | A36 | Capote et al, Identification and determination of fat-soluble vitamins and metabolites in human serum by liquid chromatography/triple quadrupole mass spectrometry with multiple reaction monitoring, Rapid Commun. Mass. Spectrom., 21:1745-1754, 2007. | |

| Examiner Signature | /Monique Cole/ | Date Considered | 07/31/2011 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

DLMR_896934.1

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /M.C./

Receipt date: 06/14/2011

Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

PTO/SB/08 (09-06)

| Substitute for form 1449/PTO **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(use as many sheets as necessary)* | | *Complete if Known* | |
|---|---|---|---|
| | | Application Number | 13/115,916 |
| | | Filing Date | 5/25/2011 |
| | | First Named Inventor | Nigel Clarke |
| | | Art Unit | 1629 |
| | | Examiner Name | Not Yet Assigned |
| Sheet | 3 | of | 8 | Attorney Docket Number | 034827-3606 |

| | | NON PATENT LITERATURE DOCUMENTS | | |
|---|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | | T[6] |
| | A37 | Coldwell et al, Mass Fragmentographic Assay for 25-Hydroxyvitamin D in Plasma Without Derivatization: Enhanced Sensitivity for Metabolites of Vitamins D2 and D3 After Pre-column Dehydration, Journal of Mass Spectrometry, 30:348-356, (1995). | | |
| | A38 | Coldwell et al, Stable isotope-labeled vitamin D, metabolites and chemical analogs: synthesis and use in mass spectrometric studies, Steroids, 55: 418-432, 1990. | | |
| | A39 | Coldwell et al., Measurement of Vitamins D2 and D3 and Seven Major Metabolites in a Single Sample of Human Plasma Using Gas Chromatography/Mass Spectrometry, Biomedical and Environmental Mass Spectrometry, 16:81-85 (1988). | | |
| | A40 | Extended Search Report dated 02/02/2009 in EP application 06749272 (034827-3605) | | |
| | A41 | Extended Search Report dated 12/22/2010 in EP application 08853843 (054769-9997) | | |
| | A42 | Guo et al, Steroid profiles using liquid chromatography-Tandem mass spectrometry with atmospheric pressure photoionization source, Arch Pathol Lab Med., 128: 469-475, 2004. | | |
| | A43 | Higashi et al, Characterization of new conjugated metabolites in bile of rats administered 24,25-dihydroxyvitamin D3 and 25-hydroxyvitamin D3, Steroids, 65(5):281-94 (2000) | | |
| | A44 | Higashi et al, Characterization of urinary metabolites of vitamin D3 in man under physiological conditions using liquid chromatography-tandem mass spectrometry, J Pharm Biomed Anal. 29(5):947-55 (2002) | | |
| | A45 | Higashi et al, Liquid chromatography-tandem mass spectrometric method for the determination of salivary 25-hydroxyvitamin D3: a noninvasive tool for the assessment of vitamin D status, Anal. Bioanal Chem, 2008, 391:229-238 | | |
| | A46 | Higashi et al, Simultaneous Determination of 25-Hydroxyvitamin D2 and 25-Hydroxyvitamin D3 in Human Plasma by Liquid Chromatography-Tandem Mass Spectrometry Employing Derivatization with a Cookson-Type Reagent, Biol Pharm Bull., 24(7):738-43, (2001). | | |
| | A47 | International Preliminary Report on Patentability dated 10/9/2007 in application PCT/US2006/012539 (034827-3604) | | |
| | A48 | International Preliminary Report on Patentability dated 6/01/2010 in application PCT/US2008/084709 (054769-9992) | | |

| Examiner Signature | /Monique Cole/ | Date Considered | 07/31/2011 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

DLMR_896934.1

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /M.C./

QUESTMS-00002437

Receipt date: 06/14/2011

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(use as many sheets as necessary)* | | **Complete if Known** | |
|---|---|---|---|
| | | Application Number | 13/115,916 |
| | | Filing Date | 5/25/2011 |
| | | First Named Inventor | Nigel Clarke |
| | | Art Unit | 1629 |
| | | Examiner Name | Not Yet Assigned |
| Sheet | 4 | of | 8 | Attorney Docket Number | 034827-3606 |

| NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
| | A49 | International Search Report and Written Opinion dated 1/26/2011 in application PCT/US2010/056461 (034827-0381) | |
| | A50 | International Search Report and Written Opinion dated 1/27/2011 in application PCT/US2010/057627 (034827-0741) | |
| | A51 | International Search Report and Written Opinion dated 2/7/2011 in application PCT/US2010/059765 (034827-1052) | |
| | A52 | International Search Report and Written Opinion dated 2/8/2011 in application PCT/US2010/059746 (034827-0771) | |
| | A53 | International Search Report dated 02/24/2009 in application PCT/US2008/084709 (054769-9992) | |
| | A54 | International Search Report dated 1/14/2011 in PCT/US2010/056886 (095276-0201) | |
| | A55 | International Search Report dated 1/4/2007 in application PCT/US2006/012539 (034827-3604) | |
| | A56 | International Search Report dated 2/11/2011 in application PCT/US2010/059771 (034827-1022) | |
| | A57 | Interview Summary dated 01/28/2009 in application 11/101,166 (054769-9993) | |
| | A58 | Jemal, High-throughput quantitative bioanalysis by LC/MS/MS, Biomedical Chromatography, 14:422-429, 2000. | |
| | A59 | Jones et al, Biological activity of l,25-Dihydroxyvitamin D2 in the Chick, Biochemistry, 15(3): 713-716, 1976. | |
| | A60 | Jones et al, Current understanding of the molecular actions of Vitamin D, Physiological Reviews, 78(4): 1193-1231, 1998. | |

| Examiner Signature | /Monique Cole/ | Date Considered | 07/31/2011 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional) 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

DLMR_896934.1          ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /M.C./

QUESTMS-00002438

Receipt date: 06/14/2011

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | Application Number | 13/115,916 |
| | Filing Date | 5/25/2011 |
| | First Named Inventor | Nigel Clarke |
| | Art Unit | 1629 |
| *(use as many sheets as necessary)* | Examiner Name | Not Yet Assigned |
| Sheet | 5 | of | 8 | Attorney Docket Number | 034827-3606 |

| NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
| | A61 | Jones et al, Vitamin Ds: Metabolites and Analogs, Chapter 2 in Modern Chromatographic Analysis of Vitamins, Third Edition, 2002, 79 pgs. | |
| | A62 | Kamao et al, C-3 Epimerization of Vitamin D3 metabolites and further metabolism of C-3 epimers, The Journal of Biological Chemistry, 279 (16):15897-15907, (2004). | |
| | A63 | Kissmeyer et al, Sensitive analysis of 1a,25-dihydroxyvitamin D3 in biological fluids by liquid chromatography-tandem mass spectrometry, J Chromatogr A., 935(1-2):93-103 (2001) | |
| | A64 | Kobayashi et al, Tandem immunoaffinity chromatography for plasma 1a,25-dihydroxyvitamin D3 utilizing two antibodies having different specificities: A novel and powerful pretreatment tool for 1a,25-dihydroxyvitamin D3 radioreceptor assays, J.Steroid Biochem. Molec. Biol., 54(5/6): 217-226, 1995. | |
| | A65 | KOBAYASHI, et al, Production of a group-specific antibody to 1 alpha,25-dihydroxyvitamin D and its derivatives having the 1 alpha,3 beta-dihydroxylated A-ring structure, Steroids, (1994), 59(7):404-11 | |
| | A66 | Maunsell et al, Routine Isotope-Dilution Liquid Chromatography-Tandem Mass Spectrometry Assay for Simultaneous Measurement of the 25-Hydroxy Metabolites of Vitamins D2 and D3, Clinical Chemistry, 51:9 1683-1690, (2005). | |
| | A67 | Merchant et al, Recent advancements in surface-enhanced laser desorption/ionization-time of flight-mass spectrometry, Electrophoresis 21:1164-1177 (2000). | |
| | A68 | Miller et al, Genetic causes of rickets, Current Opinions in Pediatrics, 11:333-339, 1999. | |
| | A69 | Odrzywolska et al, Convergent Synthesis, Chiral HPLC, and Vitamin D Receptor Affinity of Analogs of 1,25-Dihydroxycholecalciferol, Chirality, 11:249-255, (1999). | |
| | A70 | Office Action dated 09/29/2009 for EP Application No. 06749272.8 (034827-3605) | |
| | A71 | Polson et al, Optimization of protein precipitation based upon effectiveness of protein removal and ionization effect in liquid chromatography-tandem mass spectrometry, Journal of Chromatography B, 785:263-275 (2003). | |
| | A72 | Robb et al, Atmospheric Pressure Photoionization: An Ionization Method for Liquid Chromatography-Mass Spectrometry, Anal. Chem., 72(15): 3653-3659 (2000). | |

| Examiner Signature | /Monique Cole/ | Date Considered | 07/31/2011 |
|---|---|---|---|

*EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

DLMR_896934.1

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /M.C./

QUESTMS-00002439

Receipt date: 06/14/2011

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | Application Number | 13/115,916 |
| | Filing Date | 5/25/2011 |
| | First Named Inventor | Nigel Clarke |
| *(use as many sheets as necessary)* | Art Unit | 1629 |
| | Examiner Name | Not Yet Assigned |
| Sheet | 6 | of | 8 | Attorney Docket Number | 034827-3606 |

| NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
| | A73 | Salm et al, The Quantification of Sirolimus by High-Performance Liquid Chromatography-Tandem Mass Spectrometry and Microparticle Enzyme Immunoassay in Renal Transplant Recipients, Clin. Therapeutics 22 Supl. B:B71-B85 (2000) | |
| | A74 | Singh et al, C-3 epimers can account for a significant proportion of total circulating 25-hydroxyvitamin D in infants, complicating accurate measurement and interpretation of vitamin D status, The Journal of Clinical Endocrinology & Metabolism, 91(8): 3055-3061, 2006. | |
| | A75 | Taylor et al, Simultaneous Quantification of Tacrolimus and Sirolimus in Human Blood, by High-Performance Liquid Chromatography - Tandem Mass Spectrometry, Therapeutic Drug Monitoring 22:608-12 (2000) | |
| | A76 | Tsugawa et al, Determination of 25-hydroxyvitamin D in human plasma using high-performance liquid chromatography-tandem mass spectrometry, Anal. Chem., 77:3001-3007, 2005. | |
| | A77 | US Notice of Allowance dated 12/15/2009 in application 11/101,166 (054769-9993) | |
| | A78 | US Notice of Allowance dated 3/2/2011 in application 11/386,215 (034827-3603) | |
| | A79 | US Notice of Allowance dated 3/3/2011 in application 11/946,765 (054769-9991) | |
| | A80 | US Notice of Allowance dated 5/20/2011 in application 12/630,790 (034827-0740) | |
| | A81 | US Notice of Allowance dated 8/19/2009 for U.S. App. No. 11/101,166 (054769-9993) | |
| | A82 | US Office Action dated 04/12/2010 in application 11/386,215 (034827-3603) | |
| | A83 | US Office Action dated 1/6/2011 in application 12/630,790 (034827-0740) | |
| | A84 | US Office Action dated 10/08/2008 in application 11/101,166 (054769-9993) | |

| Examiner Signature | /Monique Cole/ | Date Considered | 07/31/2011 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional) 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

DLMR_896934.1

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /M.C./

QUESTMS-0000244C

Receipt date: 06/14/2011

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | **Complete if Known** | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | | Application Number | 13/115,916 |
| | | | Filing Date | 5/25/2011 |
| | | | First Named Inventor | Nigel Clarke |
| *(use as many sheets as necessary)* | | | Art Unit | 1629 |
| | | | Examiner Name | Not Yet Assigned |
| Sheet | 7 | of 8 | Attorney Docket Number | 034827-3606 |

| NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
| | A85 | US Office Action dated 10/5/2010 in application 11/386,215 (034827-3603) | |
| | A86 | US Office Action dated 12/17/2010 in application 11/946,765 (054769-9991) | |
| | A87 | US Office Action dated 12/17/2010 in application 12/630,796 (054769-9993) | |
| | A88 | US Office Action dated 6/24/2010 in application 11/946,765 (054769-9991) | |
| | A89 | US Office Action dated 6/28/2010 in application 12/630,790 (034827-0740) | |
| | A90 | US Office Action dated 7/7/2010 in application 12/630,796 (054769-9993) | |
| | A91 | Vieth et al, Age-related changes in the 25-hydroxyvitamin D versus parathyroid hormone relationship suggest a different reason why older adults require more Vitamin D, The Journal of Clinical Endocrinology & Metabolism, 88(1): 185-191, 2003. | |
| | A92 | Vieth, Vitamin D supplementation, 25-hydroxyvitamin D concentrations, and safety, Am J Clin Nutr, 69:842-856, 1999. | |
| | A93 | Vogeser et al, Candidate reference method for the quantification of circulating 25-Hydroxyvitamin D3 by liquid chromatography-tandem mass spectrometry, Clinical Chemistry, 50(8): 1415-1417, (2004). | |
| | A94 | Vreeken et al, On-line post-column Diels-Alder derivatization for the determination of vitamin D3 and its metabolites by liquid chromatography/thermospray mass spectrometry, Biological Mass Spectrometry, 22:621-632, (1993). | |
| | A95 | Watson et al, Analysis of Vitamin D and its metabolites using thermospray liquid chromatography/Mass spectrometry, Biomedical Chromatography, 5:153-160, 1991. | |
| | A96 | Wharton et al, Rickets. The Lancet, 362: 1389-1400, 2003. | |

| Examiner Signature | /Monique Cole/ | Date Considered | 07/31/2011 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

DLMR_896934.1

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /M.C./

QUESTMS-00002441

Receipt date: 06/14/2011

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | Complete if Known | |
|---|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | | Application Number | 13/115,916 |
| | | | Filing Date | 5/25/2011 |
| | | | First Named Inventor | Nigel Clarke |
| (use as many sheets as necessary) | | | Art Unit | 1629 |
| | | | Examiner Name | Not Yet Assigned |
| Sheet | 8 | of | 8 | Attorney Docket Number | 034827-3606 |

| NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
| | A97 | Wright et al, Proteinchip surface enhanced laser desorption/ionization (SELDI) mass spectrometry: a novel protein biochip technology for detection of prostate cancer biomarkers in complex protein mixtures, Prostate Cancer and Prostatic Diseases, 2:264-76, (1999). | |
| | A98 | Yeung et al, Characterization of the Metabolic Pathway of 1,25-Dihydroxy-16-Ene Vitamin D3 in Rat Kidney By On-Line High Performance Liquid Chromatography-Electrospray Tandem Mass Spectrometry, Biochemical Pharmacology, Vol. 49, No. 8, pp.1099-1110, (1995). | |
| | A99 | Yeung et al, Characterization of vitamin D3 metabolites using continuous-flow fast atom bombardment tandem mass spectrometry and high performance liquid chromatography, Chromatogr, 645(1):115-123 (1993) | |
| | A100 | YEUNG, et al, The role of mass spectrometry in vitamin D research, Mass Spec Reviews, (1995), 14(3):179-194 | |
| | A101 | Zimmer et al, Comparison of turbulent-flow chromatography with automated solid-phase extraction in 96-well plates and liquid-liquid extraction used as plasma sample preparation techniques for liquid chromatography-tandem mass spectrometry, J. Chromatogr. A 854:23-35 (1999) | |
| | | | |

| Examiner Signature | /Monique Cole/ | Date Considered | 07/31/2011 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.

DLMR_896934.1

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /M.C./

Atty. Dkt. No. 034827-3606

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:  Clarke, et al.

Title:  METHODS FOR DETECTING VITAMIN D
METABOLITES BY MASS SPECTROMETRY

Appl. No.:  13/115,916

Filing Date:  5/25/2011

Examiner:  Monique T. Cole

Art Unit:  1773

Conf. No.:  4404

### AMENDMENT AND REPLY UNDER 37 CFR 1.111

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

This communication is responsive to the Non-Final Office Action dated August 4, 2011, concerning the above-referenced patent application.

**Remarks/Arguments** begin on page 2 of this document.

DLMR_929315.1

QUESTMS-00002443

Atty. Dkt. No. 034827-3606

## REMARKS

By the present communication, no claims are amended, added, or canceled.  Claims 1-23, as originally filed, are pending and under examination.

**Non-statutory Double Patenting**

All pending claims stand rejected, on the ground of non-statutory obviousness-type double patenting, over claims 1-23 of U.S. Patent No. 7,745,226 and over claims 1-8, 10-16, 19-28, and 31 of U.S. Patent No. 7,972,867.  Submitted concurrently herewith are Terminal Disclaimers over each of the two above-identified U.S. patents.  Applicants respectfully submit that are traversed in view of these Terminal Disclaimers and the rejections should be withdrawn.

## CONCLUSION

Applicants submit that the present application is now in condition for immediate allowance.  Favorable consideration of the application is respectfully requested.  In the event any matters remain to be resolved in view of this communication, the Examiner is encouraged to contact the undersigned so that they can be resolved without additional action and response thereto.

The Commissioner is hereby authorized to charge any additional fees which may be required regarding this application under 37 C.F.R. §§ 1.16-1.17, or credit any overpayment, to Deposit Account No. 19-0741.  Should no proper payment be enclosed herewith, as by the credit card payment instructions in EFS-Web being incorrect or absent, resulting in a rejected or incorrect credit card transaction, the Commissioner is authorized to charge the unpaid amount to Deposit Account No. 19-0741.  If any extensions of time are needed for timely acceptance of

DLMR_929315.1

QUESTMS-00002444

Atty. Dkt. No. 034827-3606

papers submitted herewith, Applicant hereby petitions for such extension under 37 C.F.R. §1.136 and authorizes payment of any such extensions fees to Deposit Account No. 19-0741.

Respectfully submitted,

Date ___8/24/11___

By _____

FOLEY & LARDNER LLP
Customer Number: 30542
Telephone:      (858) 847-6722
Facsimile:      (858) 792-6773

Barry S. Wilson, Reg. No. 39,431
Anthony C. Kuhlmann, Reg. No. 57,147
Attorneys for Applicant

-3-

QUESTMS-00002445

PTO/SB/26 (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| **TERMINAL DISCLAIMER TO OBVIATE A DOUBLE PATENTING REJECTION OVER A "PRIOR" PATENT** | Docket Number (Optional)<br>034827-3606 |
|---|---|

In re Application of: Nigel Clarke, Brett Holmquist, Kwang-Ja Lee and Richard E. Reitz

Application No.: 13/115,916

Filed: 5/25/2011

For: METHODS FOR DETECTING VITAMIN D METABOLITES BY MASS SPECTROMETRY

The owner*, ___Quest Diagnostics Investments Incorporated___, of ___100___ percent interest in the instant application hereby disclaims, except as provided below, the terminal part of the statutory term of any patent granted on the instant application which would extend beyond the expiration date of the full statutory term **prior patent** No. _7,745,226_ as the term of said prior patent is defined in 35 U.S.C. 154 and 173, and as the term of said **prior patent** is presently shortened by any terminal disclaimer. The owner hereby agrees that any patent so granted on the instant application shall be enforceable only for and during such period that it and the **prior patent** are commonly owned. This agreement runs with any patent granted on the instant application and is binding upon the grantee, its successors or assigns.

In making the above disclaimer, the owner does not disclaim the terminal part of the term of any patent granted on the instant application that would extend to the expiration date of the full statutory term as defined in 35 U.S.C. 154 and 173 of the **prior patent**, "as the term of said **prior patent** is presently shortened by any terminal disclaimer," in the event that said **prior patent** later:
    expires for failure to pay a maintenance fee;
    is held unenforceable;
    is found invalid by a court of competent jurisdiction;
    is statutorily disclaimed in whole or terminally disclaimed under 37 CFR 1.321;
    has all claims canceled by a reexamination certificate;
    is reissued; or
    is in any manner terminated prior to the expiration of its full statutory term as presently shortened by any terminal disclaimer.

Check either box 1 or 2 below, if appropriate.

1. ☐   For submissions on behalf of a business/organization (e.g., corporation, partnership, university, government agency, etc.), the undersigned is empowered to act on behalf of the business/organization.

    I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

2. ☑   The undersigned is an attorney or agent of record. Reg. No. _57,147_

                                            Signature                                8/24/11
                                              Signature                                Date

                                      Anthony C. Kuhlmann
                                      Typed or printed name

                                        (858) 847-6776
                                      Telephone Number

☑   Terminal disclaimer fee under 37 CFR 1.20(d) included.

        **WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

*Statement under 37 CFR 3.73(b) is required if terminal disclaimer is signed by the assignee (owner).
Form PTO/SB/96 may be used for making this certification. See MPEP § 324.

This collection of information is required by 37 CFR 1.321. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

QUESTMS-00002446

PTO/SB/26 (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| TERMINAL DISCLAIMER TO OBVIATE A DOUBLE PATENTING REJECTION OVER A "PRIOR" PATENT | Docket Number (Optional) 034827-3606 |
|---|---|

In re Application of:  Nigel Clarke, Brett Holmquist, Kwang-Ja Lee and Richard E. Reitz

Application No.: 13/115,916

Filed: 5/25/2011

For: METHODS FOR DETECTING VITAMIN D METABOLITES BY MASS SPECTROMETRY

The owner*,  Quest Diagnostics Investments Incorporated     , of     100     percent interest in the instant application hereby disclaims, except as provided below, the terminal part of the statutory term of any patent granted on the instant application which would extend beyond the expiration date of the full statutory term  prior patent No. 7,972,867     as the term of said prior patent is defined in 35 U.S.C. 154 and 173, and as the term of said prior patent is presently shortened by any terminal disclaimer. The owner hereby agrees that any patent so granted on the instant application shall be enforceable only for and during such period that it and the  prior patent are commonly owned. This agreement runs with any patent granted on the instant application and is binding upon the grantee, its successors or assigns.

In making the above disclaimer, the owner does not disclaim the terminal part of the term of any patent granted on the instant application that would extend to the expiration date of the full statutory term as defined in 35 U.S.C. 154 and 173 of the prior patent, "as the term of said prior patent is presently shortened by any terminal disclaimer," in the event that said prior patent later:
    expires for failure to pay a maintenance fee;
    is held unenforceable;
    is found invalid by a court of competent jurisdiction;
    is statutorily disclaimed in whole or terminally disclaimed under 37 CFR 1.321;
    has all claims canceled by a reexamination certificate;
    is reissued; or
    is in any manner terminated prior to the expiration of its full statutory term as presently shortened by any terminal disclaimer.

Check either box 1 or 2 below, if appropriate.

1. ☐   For submissions on behalf of a business/organization (e.g., corporation, partnership, university, government agency, etc.), the undersigned is empowered to act on behalf of the business/organization.

     I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such   willful false statements may jeopardize the validity of the application or any patent issued thereon.

2. ☑   The undersigned is an attorney or agent of record.  Reg. No. 57,147

| Signature | Date 8/24/11 |
|---|---|

Anthony C. Kuhlmann
Typed or printed name

(858) 847-6776
Telephone Number

☑   Terminal disclaimer fee under 37 CFR 1.20(d) included.

WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.

*Statement  under 37 CFR 3.73(b) is required if terminal disclaimer is signed by the assignee (owner).
Form PTO/SB/96 may be used for making this certification. See MPEP § 324.

This collection of information is required by 37 CFR 1.321. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14.  This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO.  Time will vary depending upon the individual case.  Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

QUESTMS-00002447

Atty. Dkt. No. 034827-3606

### *IN THE UNITED STATES PATENT AND TRADEMARK OFFICE*

| | |
|---|---|
| Applicant: | Clarke, et al. |
| Title: | METHODS FOR DETECTING VITAMIN D METABOLITES BY MASS SPECTROMETRY |
| Appl. No.: | 13/115,916 |
| Filing Date: | 5/25/2011 |
| Examiner: | Cole, Monique T. |
| Art Unit: | 1773 |
| Confirmation No.: | 4404 |

## <u>INFORMATION DISCLOSURE STATEMENT<br>UNDER 37 CFR §1.56</u>

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

Submitted herewith on Form PTO/SB/08 is a listing of documents known to Applicants in order to comply with Applicants' duty of disclosure pursuant to 37 CFR §1.56.

A copy of each non-U.S. patent document and each non-patent document is being submitted to comply with the provisions of 37 CFR §1.97 and §1.98.

The submission of any document herewith, which is not a statutory bar, is not intended as an admission that such document constitutes prior art against the claims of the present application or that such document is considered material to patentability as defined in 37 CFR §1.56(b). Applicants do not waive any rights to take any action which would be appropriate to antedate or otherwise remove as a competent reference any document which is determined to be a *prima facie* art reference against the claims of the present application.

QUESTMS-00002448

Atty. Dkt. No. 034827-3606

## TIMING OF THE DISCLOSURE

The listed documents are being submitted in compliance with 37 CFR §1.97(b), within three (3) months of the filing date of the application.

## RELEVANCE OF EACH DOCUMENT

All of the documents are in English.

Applicants respectfully request that each listed document be considered by the Examiner and be made of record in the present application and that an initialed copy of Form PTO/SB/08 be returned in accordance with MPEP §609.

Although Applicant believes that no fee is required, the Commissioner is hereby authorized to charge any additional fees which may be due to Deposit Account No. 19-0741.

Should no proper payment be enclosed herewith, as by the credit card payment instructions in EFS-Web being incorrect or absent, resulting in a rejected or incorrect credit card transaction, the Commissioner is authorized to charge the unpaid amount to Deposit Account No. 19-0741.

Respectfully submitted,

Date _____ 8/24/11 _____          By _____

FOLEY & LARDNER LLP                    Barry S. Wilson, Reg. No. 39,431
Customer Number: 30542                 Anthony C. Kuhlmann, Reg. No. 57,147
Telephone:    (858) 847-6776           Attorneys for Applicant
Facsimile:    (858) 792-6773

QUESTMS-00002449

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office:  U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | *Complete if Known* | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | Application Number | 13/115,916 |
| | Filing Date | 5/25/2011 |
| | First Named Inventor | Nigel Clarke |
| *(use as many sheets as necessary)* | Art Unit | 1773 |
| | Examiner Name | Cole, Monique T. |
| Sheet | 1 | of | 1 | Attorney Docket Number | 034827-3606 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | | | | |

**FOREIGN PATENT DOCUMENTS**

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3] Number[4] Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Documents | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

**NON PATENT LITERATURE DOCUMENTS**

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
|---|---|---|---|
| | A1 | US Notice of Allowance dated 7/6/2011 in application 12/630,796 (054769-9993) | |
| | A2 | US Notice of Allowance dated 8/4/2011 in application 13/115,935 (034827-0742) | |
| | A3 | US Office Action dated 6/29/2011 in application 13/115,935(034827-0742) | |
| | A4 | US Office Action dated 7/21/2011 in application 13/165,685 (054769-9973) | |
| | A5 | US Office Action dated 7/29/2011 in application 13/117,997 (054769-9990) | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

DLMR_923996.1

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

QUESTMS-00002450



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

| 30542 | 7590 | 07/06/2011 |
|---|---|---|

FOLEY & LARDNER LLP
P.O. BOX 80278
SAN DIEGO, CA 92138-0278

| EXAMINER |
|---|
| COLE, MONIQUE T |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1773 | |

DATE MAILED: 07/06/2011

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 12/630,796 | 12/03/2009 | Brett Holmquist | 054769-9993 | 1419 |

TITLE OF INVENTION: METHODS FOR DETECTING DIHYDROXYVITAMIN D METABOLITES BY MASS SPECTROMETRY

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | NO | $1510 | $300 | $0 | $1810 | 10/06/2011 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED.** THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED.** SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.

**HOW TO REPLY TO THIS NOTICE:**

I. Review the SMALL ENTITY status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is the same, pay the TOTAL FEE(S) DUE shown above.

B. If the status above is to be removed, check box 5b on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and twice the amount of the ISSUE FEE shown above, or

If the SMALL ENTITY is shown as NO:

A. Pay TOTAL FEE(S) DUE shown above, or

B. If applicant claimed SMALL ENTITY status before, or is now claiming SMALL ENTITY status, check box 5a on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and 1/2 the ISSUE FEE shown above.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

Page 1 of 3

PTOL-85 (Rev. 02/11)

QUESTMS-00002451

**PART B - FEE(S) TRANSMITTAL**

**Complete and send this form, together with applicable fee(s), to:** <u>Mail</u>

Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450
**or** <u>Fax</u>  **(571)-273-2885**

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

30542    7590    07/06/2011

FOLEY & LARDNER LLP
P.O. BOX 80278
SAN DIEGO, CA 92138-0278

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)

_____ (Signature)

_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 12/630,796 | 12/03/2009 | Brett Holmquist | 054769-9993 | 1419 |

TITLE OF INVENTION: METHODS FOR DETECTING DIHYDROXYVITAMIN D METABOLITES BY MASS SPECTROMETRY

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | NO | $1510 | $300 | $0 | $1810 | 10/06/2011 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| COLE, MONIQUE T | 1773 | 436-173000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list

(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____

2 _____

3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE          (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) :   ☐ Individual   ☐ Corporation or other private group entity   ☐ Government

4a. The following fee(s) are submitted:

☐ Issue Fee
☐ Publication Fee (No small entity discount permitted)
☐ Advance Order - # of Copies _____

4b. Payment of Fee(s): **(Please first reapply any previously paid issue fee shown above)**

☐ A check is enclosed.
☐ Payment by credit card. Form PTO-2038 is attached.
☐ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

5. **Change in Entity Status** (from status indicated above)

☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.    ☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____    Date _____

Typed or printed name _____    Registration No. _____

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85 (Rev. 02/11) Approved for use through 08/31/2013.      OMB 0651-0033      U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 12/630,796 | 12/03/2009 | Brett Holmquist | 054769-9993 | 1419 |

30542        7590        07/06/2011

FOLEY & LARDNER LLP
P.O. BOX 80278
SAN DIEGO, CA 92138-0278

| EXAMINER |
|---|
| COLE, MONIQUE T |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1773 | |

DATE MAILED: 07/06/2011

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(application filed on or after May 29, 2000)

The Patent Term Adjustment to date is 0 day(s). If the issue fee is paid on the date that is three months after the mailing date of this notice and the patent issues on the Tuesday before the date that is 28 weeks (six and a half months) after the mailing date of this notice, the Patent Term Adjustment will be 0 day(s).

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

PTOL-85 (Rev. 02/11)

QUESTMS-00002453

# Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

QUESTMS-00002454

| *Notice of Allowability* | Application No. | Applicant(s) | |
|---|---|---|---|
| | 12/630,796 | HOLMQUIST ET AL. | |
| | Examiner | Art Unit | |
| | MONIQUE COLE | 1773 | |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *the RCE filed 6/8/2011*.

2. ☒ The allowed claim(s) is/are <u>70-93</u>.

3. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a) ☐ All   b) ☐ Some*  c) ☐ None  of the:

        1. ☐ Certified copies of the priority documents have been received.

        2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

        3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    * Certified copies not received: _____.

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

4. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.

    (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached

        1) ☐ hereto or 2) ☐ to Paper No./Mail Date _____.

    (b) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____.

    **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1. ☐ Notice of References Cited (PTO-892)

2. ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3. ☒ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date <u>20110615</u>

4. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

5. ☐ Notice of Informal Patent Application

6. ☒ Interview Summary (PTO-413), Paper No./Mail Date <u>20110615</u> .

7. ☒ Examiner's Amendment/Comment

8. ☐ Examiner's Statement of Reasons for Allowance

9. ☐ Other _____.

/Jill Warden/
Supervisory Patent Examiner, Art Unit 1773

QUESTMS-00002455

| ***Examiner-Initiated Interview Summary*** | **Application No.** 12/630,796 | **Applicant(s)** HOLMQUIST ET AL. | |
|---|---|---|---|
| | **Examiner** MONIQUE COLE | **Art Unit** 1773 | |

**All Participants:**

(1) *MONIQUE COLE*.

(2) *Mr. Kuhlmann*.

**Status of Application:** *Allowed*

(3) _____.

(4) _____.

**Date of Interview:** *15 June 2011*          **Time:** *1:00 pm*

**Type of Interview:**
☒ Telephonic
☐ Video Conference
☐ Personal (Copy given to: ☐ Applicant    ☐ Applicant's representative)

Exhibit Shown or Demonstrated: ☐ Yes    ☐ No
   If Yes, provide a brief description:          .

**Part I.**

Rejection(s) discussed:
*of record*

Claims discussed:
*of record*

Prior art documents discussed:
*of record*

**Part II.**

SUBSTANCE OF INTERVIEW DESCRIBING THE GENERAL NATURE OF WHAT WAS DISCUSSED:
*At the Examiner's suggestion, Mr. Kuhlmann agreed to cancel claims 1-4 and 9-13 in order to place the application in condition for allowance.*

**Part III.**

☒ It is not necessary for applicant to provide a separate record of the substance of the interview, since the interview directly resulted in the allowance of the application. The examiner will provide a written summary of the substance of the interview in the Notice of Allowability.

☐ It is not necessary for applicant to provide a separate record of the substance of the interview, since the interview did not result in resolution of all issues.  A brief summary by the examiner appears in Part II above.

/Jill Warden/
Supervisory Patent Examiner, Art Unit 1773

(Applicant/Applicant's Representative Signature – if appropriate)

QUESTMS-00002456

Application/Control Number: 12/630,796                                    Page 2
Art Unit: 1773

## EXAMINER'S AMENDMENT

An examiner's amendment to the record appears below. Should the changes

and/or additions be unacceptable to applicant, an amendment may be filed as provided

by 37 CFR 1.312. To ensure consideration of such an amendment, it MUST be

submitted no later than the payment of the issue fee.

Authorization for this examiner's amendment was given in a telephone interview

with Mr. Kuhlmann on June 15, 2011.

The application has been amended as follows:

Please cancel claims 1-4and 9-13.


Any inquiry concerning this communication or earlier communications from the

examiner should be directed to MONIQUE COLE whose telephone number is (571)272-

1463.  The examiner can normally be reached on MON - THUR (9-5).

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Jill Warden can be reached on 571-272-1267.  The fax phone number for

the organization where this application or proceeding is assigned is 571-273-8300.

QUESTMS-00002457

Application/Control Number: 12/630,796                                   Page 3
Art Unit: 1773

Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system.  Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a

USPTO Customer Service Representative or access to the automated information

system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.


/Jill Warden/                                        Monique  Cole
Supervisory Patent Examiner, Art Unit 1773           Examiner
                                                     Art Unit 1773

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

| 30542 | 7590 | 08/04/2011 |
|---|---|---|

FOLEY & LARDNER LLP
P.O. BOX 80278
SAN DIEGO, CA 92138-0278

| EXAMINER |
|---|
| COLE, MONIQUE T |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1773 | |

DATE MAILED: 08/04/2011

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/115,935 | 05/25/2011 | Brett Holmquist | 034827-0742 | 4443 |

TITLE OF INVENTION: VITAMIN D METABOLITE DETERMINATION UTILIZING MASS SPECTROMETRY FOLLOWING DERIVATIZATION

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | NO | $1510 | $300 | $0 | $1810 | 11/04/2011 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN <u>THREE MONTHS</u> FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. <u>THIS STATUTORY PERIOD CANNOT BE EXTENDED.</u> SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the SMALL ENTITY status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is the same, pay the TOTAL FEE(S) DUE shown above.

B. If the status above is to be removed, check box 5b on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and twice the amount of the ISSUE FEE shown above, or

If the SMALL ENTITY is shown as NO:

A. Pay TOTAL FEE(S) DUE shown above, or

B. If applicant claimed SMALL ENTITY status before, or is now claiming SMALL ENTITY status, check box 5a on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and 1/2 the ISSUE FEE shown above.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

Page 1 of 3

PTOL-85 (Rev. 02/11)

QUESTMS-00002459

**PART B - FEE(S) TRANSMITTAL**

**Complete and send this form, together with applicable fee(s), to:** <u>Mail</u>

Mail Stop ISSUE FEE
**Commissioner for Patents**
**P.O. Box 1450**
**Alexandria, Virginia 22313-1450**

**or** <u>Fax</u>  **(571)-273-2885**

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

30542      7590      08/04/2011
FOLEY & LARDNER LLP
P.O. BOX 80278
SAN DIEGO, CA 92138-0278

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)

_____ (Signature)

_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/115,935 | 05/25/2011 | Brett Holmquist | 034827-0742 | 4443 |

TITLE OF INVENTION: VITAMIN D METABOLITE DETERMINATION UTILIZING MASS SPECTROMETRY FOLLOWING DERIVATIZATION

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | NO | $1510 | $300 | $0 | $1810 | 11/04/2011 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| COLE, MONIQUE T | 1773 | 436-173000 |

**1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).**

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

**2. For printing on the patent front page, list**

(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____

2 _____

3 _____

**3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT** (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                    (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) : ☐ Individual  ☐ Corporation or other private group entity  ☐ Government

**4a. The following fee(s) are submitted:**
☐ Issue Fee
☐ Publication Fee (No small entity discount permitted)
☐ Advance Order - # of Copies _____

**4b. Payment of Fee(s): (Please first reapply any previously paid issue fee shown above)**
☐ A check is enclosed.
☐ Payment by credit card. Form PTO-2038 is attached.
☐ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

**5. Change in Entity Status** (from status indicated above)
☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.      ☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____       Date _____

Typed or printed name _____       Registration No. _____

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85 (Rev. 02/11) Approved for use through 08/31/2013.      OMB 0651-0033      U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE



### UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/115,935 | 05/25/2011 | Brett Holmquist | 034827-0742 | 4443 |

30542      7590      08/04/2011
FOLEY & LARDNER LLP
P.O. BOX 80278
SAN DIEGO, CA 92138-0278

| EXAMINER |
|---|
| COLE, MONIQUE T |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1773 | |

DATE MAILED: 08/04/2011

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(application filed on or after May 29, 2000)

The Patent Term Adjustment to date is 0 day(s). If the issue fee is paid on the date that is three months after the mailing date of this notice and the patent issues on the Tuesday before the date that is 28 weeks (six and a half months) after the mailing date of this notice, the Patent Term Adjustment will be 0 day(s).

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

PTOL-85 (Rev. 02/11)

QUESTMS-00002461

# Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

QUESTMS-00002462

| *Notice of Allowability* | Application No. | Applicant(s) | |
|---|---|---|---|
| | 13/115,935 | HOLMQUIST ET AL. | |
| | Examiner | Art Unit | |
| | MONIQUE COLE | 1773 | |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *the response filed 7/13/2011*.

2. ☒ The allowed claim(s) is/are *84-164*.

3. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
    a) ☐ All   b) ☐ Some*   c) ☐ None  of the:
       1. ☐ Certified copies of the priority documents have been received.
       2. ☐ Certified copies of the priority documents have been received in Application No. _____ .
       3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the
          International Bureau (PCT Rule 17.2(a)).
    * Certified copies not received: _____.

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

4. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.
    (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached
        1) ☐ hereto or 2) ☐ to Paper No./Mail Date _____.
    (b) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of
        Paper No./Mail Date _____.
    **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**
1. ☐ Notice of References Cited (PTO-892)
2. ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
3. ☐ Information Disclosure Statements (PTO/SB/08),
    Paper No./Mail Date _____
4. ☐ Examiner's Comment Regarding Requirement for Deposit
    of Biological Material

5. ☐ Notice of Informal Patent Application
6. ☐ Interview Summary (PTO-413),
    Paper No./Mail Date _____.
7. ☒ Examiner's Amendment/Comment
8. ☐ Examiner's Statement of Reasons for Allowance
9. ☐ Other _____.

/Jill Warden/
Supervisory Patent Examiner, Art Unit 1773

Application/Control Number: 13/115,935                                    Page 2
Art Unit: 1773

### *Terminal Disclaimer*

The terminal disclaimer filed on July 13, 2011, disclaiming the terminal portion of any patent granted on this application which would extend beyond the expiration date of USP 7,977,117 has been reviewed and is accepted.  The terminal disclaimer has been recorded.

Any inquiry concerning this communication or earlier communications from the examiner should be directed to MONIQUE COLE whose telephone number is (571)272-1463.  The examiner can normally be reached on MON - THUR (9-5).

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Jill Warden can be reached on 571-272-1267.  The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system.  Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/Jill Warden/                                          Monique  Cole
Supervisory Patent Examiner, Art Unit 1773            Examiner
                                                      Art Unit 1773

QUESTMS-00002464

UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/115,935 | 05/25/2011 | Brett Holmquist | 034827-0742 | 4443 |

30542          7590          06/29/2011
FOLEY & LARDNER LLP
P.O. BOX 80278
SAN DIEGO, CA 92138-0278

| EXAMINER |
|---|
| COLE, MONIQUE T |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1773 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 06/29/2011 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A  (Rev. 04/07)

QUESTMS-00002465

| | Application No. | Applicant(s) |
|---|---|---|
| **Office Action Summary** | 13/115,935 | HOLMQUIST ET AL. |
| | **Examiner** | **Art Unit** | |
| | MONIQUE COLE | 1773 | |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a).  In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment.  See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on <u>25 May 2011</u>.

2a)☐ This action is **FINAL**.     2b)☒ This action is non-final.

3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒ Claim(s) <u>68-151</u> is/are pending in the application.

    4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☒ Claim(s) <u>84-107 and 128-151</u> is/are allowed.

6)☒ Claim(s) <u>68-83 and 108-127</u> is/are rejected.

7)☐ Claim(s) _____ is/are objected to.

8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☐ The specification is objected to by the Examiner.

10)☐ The drawing(s) filed on _____ is/are:  a)☐ accepted or b)☐ objected to by the Examiner.

    Applicant may not request that any objection to the drawing(s) be held in abeyance.  See 37 CFR 1.85(a).

    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

11)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a)☐ All   b)☐ Some * c)☐ None of:

      1.☐ Certified copies of the priority documents have been received.

      2.☐ Certified copies of the priority documents have been received in Application No. _____.

      3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

    * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☒ Notice of References Cited (PTO-892)

2)☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3)☒ Information Disclosure Statement(s) (PTO/SB/08)
    Paper No(s)/Mail Date <u>06/14/11</u>.

4)☐ Interview Summary (PTO-413)
    Paper No(s)/Mail Date. _____ .

5)☐ Notice of Informal Patent Application

6)☐ Other: _____.

QUESTMS-00002466

Application/Control Number: 13/115,935                                    Page 2
Art Unit: 1773

## DETAILED ACTION

### *Claim Rejections - 35 USC § 102*

The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that

form the basis for the rejections under this section made in this Office action:

A person shall be entitled to a patent unless –

(b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of application for patent in the United States.

Claims 67-83 are rejected under 35 U.S.C. 102(b) as being anticipated by

Aronov *et al.* "Metabolic profiling of major vitamin D metabolites using Diels-Alder

derivatization and ultra-performance liquid chromatography-tandem mass spectrometry"

("Aronov").

Aronov discloses a method for the quantification of $1\alpha,25$-dihydroxyvitamin $D_3$,

$1\alpha,25$-dihydroxyvitamin $D_2$, 25-hydroxyvitamin $D_3$ and 25-hydroxyvitamin $D_2$ (collectively

"vitamin D metabolites") *via* ultra-performance liquid chromatography (a variant of high-

performance liquid chromatography) and tandem mass spectrometry.  *See* abstract.

Aronov disclose that each of the vitamin D metabolites is derivatized with 4-phenyl-1,2-

4-triazoline-3,5-dione (PTAD).   The methodology includes the use of a solid-phase

extraction column and a HPLC analytical column.  *See* pages 1919 - 1920.   Table 1

discloses the mass spectrometry conditions of which the precursor ion (m/z) and

product ion (m/z) corresponds to instant claims 12, 13, 15 and 16.  *See* page 1920.

QUESTMS-00002467

Application/Control Number: 13/115,935                                        Page 3
Art Unit: 1773

### *Double Patenting*

The nonstatutory double patenting rejection is based on a judicially created doctrine grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or improper timewise extension of the "right to exclude" granted by a patent and to prevent possible harassment by multiple assignees.   A nonstatutory obviousness-type double patenting rejection is appropriate where the conflicting claims are not identical, but at least one examined application claim is not patentably distinct from the reference claim(s) because the examined application claim is either anticipated by, or would have been obvious over, the reference claim(s). See, e.g., *In re Berg*, 140 F.3d 1428, 46 USPQ2d 1226 (Fed. Cir. 1998); *In re Goodman*, 11 F.3d 1046, 29 USPQ2d 2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir. 1985); *In re Van Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422 F.2d 438, 164 USPQ 619 (CCPA 1970); and  *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969).

A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) or 1.321(d) may be used to overcome an actual or provisional rejection based on a nonstatutory double patenting ground provided the conflicting application or patent either is shown to be commonly owned with this application, or claims an invention made as a result of activities undertaken within the scope of a joint research agreement.

Effective January 1, 1994, a registered attorney or agent of record may sign a terminal disclaimer. A terminal disclaimer signed by the assignee must fully comply with 37 CFR 3.73(b).

QUESTMS-00002468

Application/Control Number: 13/115,935                                      Page 4
Art Unit: 1773

Claims 108-126 are provisionally rejected on the ground of nonstatutory

obviousness-type double patenting as being unpatentable over claims 87-100 of

copending Application No. 12/630,790 ("the '790 application").  Although the conflicting

claims are not identical, they are not patentably distinct from each other because the

scope of the '790 application overlaps with that of the instant application.

The '790 application is directed to a method for determining the amount of one or

more dihydroxyvitamin D metabolites in a sample by tandem mass spectrometry having

the same steps as that of the claims in the present application.  However, claim 87 of

the '790 application does not recite specific vitamin D metabolites, whereas instant

claim 108 recites vitamin D metabolites $D_2$ and $D_3$.  One of ordinary skill in the art would

have recognized that "vitamin D metabolites" would be inclusive of vitamin D

metabolites $D_2$ and $D_3$, particularly in light of the fact that claims 92 and 95 of the '790

application recite such.  This is a provisional obviousness-type double patenting

rejection because the conflicting claims have not in fact been patented.


### Allowable Subject Matter

Claims 84-107 and 128-151 are allowed.


### Response to Arguments

Applicant's arguments filed May 25, 2011 with respect to claim 68 and its

dependent claims have been fully considered but they are not persuasive. Applicant has

argued that claim 68 includes previously allowable subject matter.  However, the

QUESTMS-00002469

Application/Control Number: 13/115,935                                    Page 5
Art Unit: 1773

previously allowable subject matter (turbulent flow liquid chromatography column) is not

present in the claims.   Accordingly, the previous rejection of the claims from the Final

rejection of the '790 application is being reinstated.

Applicant's arguments with respect to independent claims 84, 108 and 128 (and

their dependent claims) have been fully considered and are persuasive.


Any inquiry concerning this communication or earlier communications from the

examiner should be directed to MONIQUE COLE whose telephone number is (571)272-

1463.  The examiner can normally be reached on MON - THUR (9-5).

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Jill Warden can be reached on 571-272-1267.  The fax phone number for

the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system.  Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a

USPTO Customer Service Representative or access to the automated information

system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.


/Jill Warden/                                           Monique  Cole
Supervisory Patent Examiner, Art Unit 1773              Examiner
                                                        Art Unit 1773

| | Notice of References Cited | Application/Control No. 13/115,935 | Applicant(s)/Patent Under Reexamination HOLMQUIST ET AL. | |
|---|---|---|---|---|
| | | Examiner MONIQUE COLE | Art Unit 1773 | Page 1 of 1 |

### U.S. PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| | A | US- | | | |
| | B | US- | | | |
| | C | US- | | | |
| | D | US- | | | |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

### FOREIGN  PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

### NON-PATENT DOCUMENTS

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| * | U | Aronov et al. "Metabolic profiling of major vitamin D metabolites using Diels-Alder derivatization and ultra-performance liquid chromatography-tandem mass spectrometry" (previously cited) |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

QUESTMS-00002471

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/165,685 | 06/21/2011 | Brett Holmquist | 054769-9973 | 4343 |

30542        7590        07/21/2011
FOLEY & LARDNER LLP
P.O. BOX 80278
SAN DIEGO, CA 92138-0278

| EXAMINER |
|---|
| COLE, MONIQUE T |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1773 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 07/21/2011 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

QUESTMS-00002472

| **Office Action Summary** | Application No. | Applicant(s) |
|---|---|---|
| | 13/165,685 | HOLMQUIST ET AL. |
| | Examiner | Art Unit | |
| | MONIQUE COLE | 1773 | |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE *3* MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on *21 June 2011*.

2a)☐ This action is **FINAL**.    2b)☒ This action is non-final.

3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒ Claim(s) *1-24* is/are pending in the application.

    4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☐ Claim(s) _____ is/are allowed.

6)☒ Claim(s) *1-24* is/are rejected.

7)☐ Claim(s) _____ is/are objected to.

8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☐ The specification is objected to by the Examiner.

10)☐ The drawing(s) filed on _____ is/are:  a)☐ accepted or b)☐ objected to by the Examiner.

    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

11)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a)☐ All   b)☐ Some * c)☐ None of:

        1.☐ Certified copies of the priority documents have been received.

        2.☐ Certified copies of the priority documents have been received in Application No. _____.

        3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

    * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☐ Notice of References Cited (PTO-892)

2) ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3) ☐ Information Disclosure Statement(s) (PTO/SB/08)
    Paper No(s)/Mail Date _____.

4) ☐ Interview Summary (PTO-413)
    Paper No(s)/Mail Date. _____ .

5) ☐ Notice of Informal Patent Application

6) ☐ Other: _____.

QUESTMS-00002473

Application/Control Number: 13/165,685                                    Page 2
Art Unit: 1773

## DETAILED ACTION

### Claim Rejections - 35 USC § 112

The following is a quotation of the first paragraph of 35 U.S.C. 112:

> The specification shall contain a written description of the invention, and of the manner and process of making and using it, in such full, clear, concise, and exact terms as to enable any person skilled in the art to which it pertains, or with which it is most nearly connected, to make and use the same and shall set forth the best mode contemplated by the inventor of carrying out his invention.

Claims 1-8 are rejected under 35 U.S.C. 112, first paragraph, as failing to comply with the written description requirement.  The claim(s) contains subject matter which was not described in the specification in such a way as to reasonably convey to one skilled in the relevant art that the inventor(s), at the time the application was filed, had possession of the claimed invention.  In prosecution of related application 12/630,796, Applicant pointed to Examples 3-5, in particular, to support the newly added claim limitation that the ionized dihydroxyvitamin D metabolites are not dehydrated prior to ionization.

The Examiner has reviewed the noted support in the specification, and is not convinced of the support for the present claim amendments.  While it appears that examples 3-5 do not dehydrate the metabolites prior to ionization, it is not clear that these examples are representative of the present invention (i.e., there is no express exclusion of hydrated metabolites).   It is requested that Applicant further clarify the support or remove the language from the claims.

QUESTMS-00002474

Application/Control Number: 13/165,685                                    Page 3
Art Unit: 1773

The following is a quotation of the second paragraph of 35 U.S.C. 112:

The specification shall conclude with one or more claims particularly pointing out and distinctly
claiming the subject matter which the applicant regards as his invention.

Claims 9–14 are rejected under 35 U.S.C. 112, second paragraph, as being

indefinite for failing to particularly point out and distinctly claim the subject matter which

applicant regards as the invention.  Claim 9 recites the limitation "1α,25(OH)$_2$**D$_2$**" in the

determining and relating steps.  There is insufficient antecedent basis for this limitation

in the claim.


### Double Patenting

The nonstatutory double patenting rejection is based on a judicially created

doctrine grounded in public policy (a policy reflected in the statute) so as to prevent the

unjustified or improper timewise extension of the "right to exclude" granted by a patent

and to prevent possible harassment by multiple assignees.   A nonstatutory

obviousness-type double patenting rejection is appropriate where the conflicting claims

are not identical, but at least one examined application claim is not patentably distinct

from the reference claim(s) because the examined application claim is either anticipated

by, or would have been obvious over, the reference claim(s). See, e.g., *In re Berg*, 140

F.3d 1428, 46 USPQ2d 1226 (Fed. Cir. 1998); *In re Goodman*, 11 F.3d 1046, 29

USPQ2d 2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir.

1985); *In re Van Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422

F.2d 438, 164 USPQ 619 (CCPA 1970); and  *In re Thorington*, 418 F.2d 528, 163

USPQ 644 (CCPA 1969).

QUESTMS-00002475

Application/Control Number: 13/165,685                                     Page 4
Art Unit: 1773

A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) or 1.321(d) may be used to overcome an actual or provisional rejection based on a nonstatutory double patenting ground provided the conflicting application or patent either is shown to be commonly owned with this application, or claims an invention made as a result of activities undertaken within the scope of a joint research agreement.

Effective January 1, 1994, a registered attorney or agent of record may sign a terminal disclaimer. A terminal disclaimer signed by the assignee must fully comply with 37 CFR 3.73(b).

Claims 9-24 are provisionally rejected on the ground of nonstatutory obviousness-type double patenting as being unpatentable over claims 70-77 of copending Application No. 12/630,796 ("the '796 application") in view of Coldwell et al. "The Measurement of Vitamins $D_2$ and $D_3$ and Seven Major Metabolites in a Single Sample of Human Plasma Using Gas Chromatography/Mass Spectrometry, 1988 ("Coldwell"). The claims of the '796 application parallel those of the present application except that the '796 application claims are directed to $1\alpha,25(OH)_2\underline{D_2}$ rather than $1\alpha,25(OH)_2\underline{D_3}$ as is presently claimed. Coldwell teaches that it is well known and appreciated in the art to use mass spectrometry techniques to measure both vitamins $D_2$ and $D_3$ and their metabolites. *See* Title and Introduction. Accordingly, it would have been obvious to skilled artisan to use the method claimed in the '796 application for the measurement of either of $1\alpha,25(OH)_2\underline{D_2}$ or $1\alpha,25(OH)_2\underline{D_3}$.

This is a _provisional_ obviousness-type double patenting rejection.

QUESTMS-00002476

Application/Control Number: 13/165,685                                    Page 5
Art Unit: 1773

Any inquiry concerning this communication or earlier communications from the examiner should be directed to MONIQUE COLE whose telephone number is (571)272-1463.  The examiner can normally be reached on MON - THUR (9-5).

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Jill Warden can be reached on 571-272-1267.  The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system.  Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/Jill Warden/                                    Monique  Cole
Supervisory Patent Examiner, Art Unit 1773       Examiner
                                                 Art Unit 1773

QUESTMS-00002477

Uɴɪᴛᴇᴅ Sᴛᴀᴛᴇs Pᴀᴛᴇɴᴛ ᴀɴᴅ Tʀᴀᴅᴇᴍᴀʀᴋ Oғғɪᴄᴇ

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/117,997 | 05/27/2011 | Brett Holmquist | 054769-9990 | 8738 |

30542        7590        07/29/2011
FOLEY & LARDNER LLP
P.O. BOX 80278
SAN DIEGO, CA 92138-0278

| EXAMINER |
|---|
| COLE, MONIQUE T |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1773 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 07/29/2011 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A  (Rev. 04/07)

QUESTMS-00002478

| | Application No. | Applicant(s) |
|---|---|---|
| **Office Action Summary** | 13/117,997 | HOLMQUIST ET AL. |
| | **Examiner** | **Art Unit** | |
| | MONIQUE COLE | 1773 | |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on <u>27 May 2011</u>.

2a)☐ This action is **FINAL**.      2b)☒ This action is non-final.

3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒ Claim(s) <u>1-40</u> is/are pending in the application.

    4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☐ Claim(s) _____ is/are allowed.

6)☒ Claim(s) <u>1-40</u> is/are rejected.

7)☐ Claim(s) _____ is/are objected to.

8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☐ The specification is objected to by the Examiner.

10)☐ The drawing(s) filed on _____ is/are:  a)☐ accepted or b)☐ objected to by the Examiner.

    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

11)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a)☐ All   b)☐ Some * c)☐ None of:

      1.☐ Certified copies of the priority documents have been received.

      2.☐ Certified copies of the priority documents have been received in Application No. _____.

      3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

    * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☒ Notice of References Cited (PTO-892)

2)☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3)☒ Information Disclosure Statement(s) (PTO/SB/08)
    Paper No(s)/Mail Date _____.

4)☐ Interview Summary (PTO-413)
    Paper No(s)/Mail Date. _____ .

5)☐ Notice of Informal Patent Application

6)☐ Other: _____.

QUESTMS-00002479

Application/Control Number: 13/117,997                                        Page 2
Art Unit: 1773

## DETAILED ACTION

### Claim Rejections - 35 USC § 112

The following is a quotation of the second paragraph of 35 U.S.C. 112:

The specification shall conclude with one or more claims particularly pointing out and distinctly
claiming the subject matter which the applicant regards as his invention.

Claims 36-38 recite the limitation "$1\alpha,25(OH)_2D_2$".  There is insufficient

antecedent basis for this limitation in the claims.

Claim 36 is rejected under 35 U.S.C. 112, second paragraph, as being indefinite

for failing to particularly point out and distinctly claim the subject matter which applicant

regards as the invention.  Claim 35 expressly precludes derivatization of the vitamin D

metabolite, yet claim 36 requires derivatization.  Further clarification is required.

### Claim Rejections - 35 USC § 103

The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

(a) A patent may not be obtained though the invention is not identically disclosed or described as set
forth in section 102 of this title, if the differences between the subject matter sought to be patented and
the prior art are such that the subject matter as a whole would have been obvious at the time the
invention was made to a person having ordinary skill in the art to which said subject matter pertains.
Patentability shall not be negatived by the manner in which the invention was made.

Claims 1-34 are rejected under 35 U.S.C. 103(a) as being unpatentable over

Higashi et al. "*Simultaneous Determination of 25-Hydroxyvitamin D₂ and 25-*

*Hydroxyvitamin D₃ in Human Plasma by Liquid Chromatography-Tandem Mass*

QUESTMS-00002480

Application/Control Number: 13/117,997                                     Page 3
Art Unit: 1773

*Spectrometry Employing Derivatization with a Cookson-Type Reagent*" ("Higashi") in

view of USP 6,787,660 to Armbruster et al. ("Armbruster").

Higashi teaches the individual and simultaneous determination of vitamin $D_2$ and

vitamin $D_3$ after being derivatized with PTAD utilizing atmospheric pressure chemical

ionization (APCI).  The method is clearly directed to biological samples obtained from

human subjects.  The disclosed methodology also involves tandem mass spectrometry.

*See* Abstract; page 738, last paragraph of the introduction; and page 739, 1st full

paragraph.

Higashi differs from the instant claims in that it does not require immunopurifying

the vitamin D metabolites.  It should be noted that, at page 738, the third full paragraph,

Higashi discloses that it is conventionally known to purify the sample volumes with

HPLC prior to quantification.  However, in the practice of the methodology therein,

Higashi actually utilizes commercially purchased vitamin D.

Armbruster is assigned to Immunodiagnostik, a commercial supplier of vitamin D

metabolites.  Armbruster notes that its product is available for routine diagnostic use

and in research (col. 5, lines 47-54).  Armbruster teaches that to detect vitamin D

derivatives anti-vitamin D binding protein antibodies are used (col. 6, lines 52-63) and

may be combined with microparticles (col. 6, line 64 – col. 7, line 7).  This method

facilitates non-radioactive detection of vitamin D derivatives without extensive safety

measures being required.  Moreover, the competitive method is "*suitable for routine*

*investigations, . . . , for diagnostics is general, and in research.*"  *See* col. 7, lines 8-14.

Application/Control Number: 13/117,997                                    Page 4
Art Unit: 1773

In the instances where the skilled artisan were using HPLC instead of and/or in addition to APCI, it would have been obvious to one of ordinary skill in the art to modify the Higashi methodology by the inclusion of immunopurification *via* anti-vitamin D antibodies to ensure a purified initial product for further research.  Certainly, a commercial supplier of vitamin D derivatives would perform a quality control process such as that detailed by Armbruster to ensure the purity of the commercial product.

With respect to the claims reciting specific mass/charge ratios, it is the Examiner's position that the practice of the combined methodology of Higashi/Armbruster would generate ions having similar mass/charge ratios, absent any evidence to the contrary.


### Double Patenting

The nonstatutory double patenting rejection is based on a judicially created doctrine grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or improper timewise extension of the "right to exclude" granted by a patent and to prevent possible harassment by multiple assignees.   A nonstatutory obviousness-type double patenting rejection is appropriate where the conflicting claims are not identical, but at least one examined application claim is not patentably distinct from the reference claim(s) because the examined application claim is either anticipated by, or would have been obvious over, the reference claim(s). See, e.g., *In re Berg*, 140 F.3d 1428, 46 USPQ2d 1226 (Fed. Cir. 1998); *In re Goodman*, 11 F.3d 1046, 29 USPQ2d 2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir.

QUESTMS-00002482

Application/Control Number: 13/117,997                                    Page 5
Art Unit: 1773

1985); *In re Van Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422

F.2d 438, 164 USPQ 619 (CCPA 1970); and  *In re Thorington*, 418 F.2d 528, 163

USPQ 644 (CCPA 1969).

A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) or 1.321(d)

may be used to overcome an actual or provisional rejection based on a nonstatutory

double patenting ground provided the conflicting application or patent either is shown to

be commonly owned with this application, or claims an invention made as a result of

activities undertaken within the scope of a joint research agreement.

Effective January 1, 1994, a registered attorney or agent of record may sign a

terminal disclaimer. A terminal disclaimer signed by the assignee must fully comply with

37 CFR 3.73(b).

Claims 35, 39 and 40 are provisionally rejected on the ground of nonstatutory

obviousness-type double patenting as being unpatentable over claims 1, 10, 18 and 19

of copending Application No. 11/946,765 ("the '765 application").[1]  Although the

conflicting claims are not identical, they are not patentably distinct from each other

because the scope of the present application and the noted claims of the '765

application are the same.  The independent claim of the '765 application does not

expressly recite that the vitamin D metabolite is D3 or the specific mass/charge ratios.

However, claims 10, 18 and 19 recite these limitations.  Thus, it would have been

obvious to the skilled artisan to arrive at the subject matter of the presently claimed

invention.

---

[1] 11/946,765 will be U.S. Patent 7,972,868 on July 5, 2011.

QUESTMS-00002483

Application/Control Number: 13/117,997                                  Page 6
Art Unit: 1773

   This is a _provisional_ obviousness-type double patenting rejection because the

conflicting claims have not in fact been patented.


   Any inquiry concerning this communication or earlier communications from the

examiner should be directed to MONIQUE COLE whose telephone number is (571)272-

1463.  The examiner can normally be reached on MON - THUR (9-5).

   If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Jill Warden can be reached on 571-272-1267.  The fax phone number for

the organization where this application or proceeding is assigned is 571-273-8300.

   Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system.  Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a

USPTO Customer Service Representative or access to the automated information

system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.


/Jill Warden/                                    Monique  Cole
Supervisory Patent Examiner, Art Unit 1773       Examiner
                                                 Art Unit 1773

QUESTMS-00002484

| Notice of References Cited | Application/Control No.<br>13/117,997 | Applicant(s)/Patent Under Reexamination<br>HOLMQUIST ET AL. | |
|---|---|---|---|
| | Examiner<br>MONIQUE COLE | Art Unit<br>1773 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-6,787,660 | 09-2004 | Armbruster et al. | 552/653 |
| | B | US- | | | |
| | C | US- | | | |
| | D | US- | | | |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| * | U | Higashi et al. "Simultaneous Determination of 25-Hydroxyvitamin D2 and 25-Hydroxyvitamin D3 in Human Plasma by Liquid Chromatography-Tandem Mass Spectrometry Employing Derivatization with a Cookson-Type Reagent" |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

## Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 13115916 |
| **Filing Date:** | 25-May-2011 |
| **Title of Invention:** | METHODS FOR DETECTING VITAMIN D METABOLITES BY MASS SPECTROMETRY |
| **First Named Inventor/Applicant Name:** | Nigel Clarke |
| **Filer:** | Anthony Charles Kuhlmann/Mercedes Dipasupil |
| **Attorney Docket Number:** | 034827-3606 |

Filed as Large Entity

### Utility under 35 USC 111(a) Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| Statutory or terminal disclaimer | 1814 | 2 | 140 | 280 |
| **Total in USD ($)** | | | | **280** |

QUESTMS-00002487

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 10808033 |
| **Application Number:** | 13115916 |
| **International Application Number:** | |
| **Confirmation Number:** | 4404 |
| **Title of Invention:** | METHODS FOR DETECTING VITAMIN D METABOLITES BY MASS SPECTROMETRY |
| **First Named Inventor/Applicant Name:** | Nigel  Clarke |
| **Customer Number:** | 30542 |
| **Filer:** | Anthony Charles Kuhlmann/Mercedes Dipasupil |
| **Filer Authorized By:** | Anthony Charles Kuhlmann |
| **Attorney Docket Number:** | 034827-3606 |
| **Receipt Date:** | 24-AUG-2011 |
| **Filing Date:** | 25-MAY-2011 |
| **Time Stamp:** | 20:05:40 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Credit Card |
| Payment was successfully received in RAM | $ 280 |
| RAM confirmation Number | 7844 |
| Deposit Account | |
| Authorized User | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|

QUESTMS-00002488

| 1 | Miscellaneous Incoming Letter | 034827-3606_Transmittal.pdf | 85255 <br><br> 76980e0a9db520b623df316cff5212eb3a2eec8 | no | 3 |
|---|---|---|---|---|---|

| **Warnings:** |
|---|

| **Information:** |
|---|

| 2 | | 034827-3606_Resp.pdf | 73705 <br><br> 44f75f22565ccf3bc51323d44aff732f0ededbaa | yes | 3 |
|---|---|---|---|---|---|

| **Multipart Description/PDF files in .zip description** | | |
|---|---|---|
| **Document Description** | **Start** | **End** |
| Amendment/Req. Reconsideration-After Non-Final Reject | 1 | 1 |
| Applicant Arguments/Remarks Made in an Amendment | 2 | 3 |

| **Warnings:** |
|---|

| **Information:** |
|---|

| 3 | Statutory disclaimers per MPEP 1490. | 034827-3606_TD-226.pdf | 73565 <br><br> 8ac4eab81ac76c9dbb0817d68053f53ddf8422f9 | no | 1 |
|---|---|---|---|---|---|

| **Warnings:** |
|---|

| **Information:** |
|---|

| 4 | Statutory disclaimers per MPEP 1490. | 034827-3606_TD-867.pdf | 73496 <br><br> 24945531b03cef7ee90915a7eae7f823e09ea113 | no | 1 |
|---|---|---|---|---|---|

| **Warnings:** |
|---|

| **Information:** |
|---|

| 5 | | 034827-3606_IDS.pdf | 134201 <br><br> f6223646b6c99d3d528b5afc1ff70a9bf67ac587 | yes | 3 |
|---|---|---|---|---|---|

| **Multipart Description/PDF files in .zip description** | | |
|---|---|---|
| **Document Description** | **Start** | **End** |
| Transmittal Letter | 1 | 2 |
| Information Disclosure Statement (IDS) Form (SB08) | 3 | 3 |

| **Warnings:** |
|---|

| **Information:** |
|---|

| 6 | Non Patent Literature | USNtcAllw_7-6-11.pdf | 396815 <br><br> f0ada5058cf191bc9a974d0f4157d2b7de2721cf | no | 8 |
|---|---|---|---|---|---|

| **Warnings:** |
|---|

| **Information:** |
|---|

| 7 | Non Patent Literature | USNtcAllw_8-4-11.pdf | 359129<br><br>782df3f5b009613cef2692708585988e69e38d65 | no | 6 |

**Warnings:**

**Information:**

| 8 | Non Patent Literature | USOA_6-29-11.pdf | 242402<br><br>1d7be8b12ffe2546a5e96db4995c92c62e5aba56 | no | 7 |

**Warnings:**

**Information:**

| 9 | Non Patent Literature | USOA_7-21-11.pdf | 215449<br><br>ef8b11154ffa59fba8e69c4d8839c37814a0f92e | no | 6 |

**Warnings:**

**Information:**

| 10 | Non Patent Literature | USOA_7-29-11.pdf | 277916<br><br>f36a9bebeb824d924399ca8d968a24fe63c5a71d | no | 8 |

**Warnings:**

**Information:**

| 11 | Fee Worksheet (SB06) | fee-info.pdf | 30543<br><br>bb6481bf09d2ae4a003ace6d5c31108a7b066005 | no | 2 |

**Warnings:**

**Information:**

| | **Total Files Size (in bytes):** | | 1962476 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

QUESTMS-00002490

Atty. Dkt. No. 034827-3606

## *IN THE UNITED STATES PATENT AND TRADEMARK OFFICE*

Applicant:      Clarke, et al.

Title:          METHODS FOR DETECTING
                VITAMIN D METABOLITES
                BY MASS SPECTROMETRY

Appl. No.:      13/115,916

Filing Date:    5/25/2011

Examiner:       COLE, Monique T.

Art Unit:       1773

Confirmation    4404
Number:

### AMENDMENT TRANSMITTAL

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

Transmitted herewith is an amendment in the above-identified application.

[   ]   Small Entity status under 37 C.F.R. § 1.9 and § 1.27 has been established by a previous assertion of Small Entity status.

[ **X** ]   Information Disclosure Statement and Form PTO/SB08 are enclosed.

[ X ]   Terminal Disclaimers over U.S. Patent Nos. 7,745,226 and 7,972,867 are enclosed.

QUESTMS-00002491

Atty. Dkt. No. 034827-3606

[   ]     The fee required for additional claims is calculated below:

| | Claims As Amended | | Previously Paid For | | Extra Claims Present | | Rate | | Additional Claims Fee |
|---|---|---|---|---|---|---|---|---|---|
| Total Claims: | 23 | - | 23 | = | 0 | x | $52.00 | = | $0.00 |
| Independent Claims: | 2 | - | 3 | = | 0 | x | $220.00 | = | $0.00 |
| First presentation of any Multiple Dependent Claims: | | | | + | | | $390.00 | = | $0.00 |
| | | | | | | CLAIMS FEE TOTAL | | = | $0.00 |

[   ]     Applicant hereby petitions for an extension of time under 37 C.F.R. §1.136(a) for the total number of months checked below:

| | | |
|---|---|---|
| [   ] Extension for response filed within the first month: | $130.00 | $0.00 |
| [   ] Extension for response filed within the second month: | $490.00 | $0.00 |
| [   ] Extension for response filed within the third month: | $1,110.00 | $0.00 |
| [   ] Extension for response filed within the fourth month: | $1,730.00 | $0.00 |
| [   ] Extension for response filed within the fifth month: | $2,350.00 | $0.00 |
| EXTENSION FEE TOTAL: | | $0.00 |
| [ X ]   Statutory Disclaimer Fees under 37 C.F.R. 1.20(d): | $140.00 | $280.00 |
| CLAIMS, EXTENSION AND DISCLAIMER FEE TOTAL: | | $280.00 |
| [   ]   Small Entity Fees Apply (subtract ½ of above): | | $0.00 |
| Extension Fees Previously Paid: | | $0.00 |
| TOTAL FEE: | | $280.00 |

The above-identified fees of $280.00 are being paid by credit card via EFS-Web.

QUESTMS-00002492

Atty. Dkt. No. 034827-3606

The Commissioner is hereby authorized to charge any additional fees which may be required regarding this application under 37 C.F.R. §§ 1.16-1.17, or credit any overpayment, to Deposit Account No. 19-0741.  Should no proper payment be enclosed herewith, as by the credit card payment instructions in EFS-Web being incorrect or absent, resulting in a rejected or incorrect credit card transaction, the Commissioner is authorized to charge the unpaid amount to Deposit Account No. 19-0741.

If any extensions of time are needed for timely acceptance of papers submitted herewith, applicant hereby petitions for such extension under 37 C.F.R. §1.136 and authorizes payment of any such extensions fees to Deposit Account No. 19-0741.

Please direct all correspondence to the undersigned attorney or agent at the address indicated below.

Respectfully submitted,

Date ___8/24/11___

By ___[signature]___

FOLEY & LARDNER LLP
Customer Number: 30542
Telephone:    (858) 847-6722
Facsimile:    (858) 792-6773

Barry S. Wilson, Reg. No. 39,431
Anthony C. Kuhlmann, Reg. No. 57,147
Attorneys for Applicant

QUESTMS-00002493

| *Application Number* | Application/Control No. | Applicant(s)/Patent under Reexamination |
| --- | --- | --- |
| | 13/115,916 | CLARKE ET AL. |
| | | |

| **Document Code - DISQ** | **Internal Document – DO NOT MAIL** |
| --- | --- |

| **TERMINAL DISCLAIMER** | ☒ APPROVED | ☐ DISAPPROVED |
| --- | --- | --- |
| **Date Filed : 8/24/11** | **This patent is subject to a Terminal Disclaimer** | |

**Approved/Disapproved by:**

Felicia D. Roberts - 2 TDs approved with this filing date:

1.  7,745,226
2.  7,972,867

U.S. Patent and Trademark Office

QUESTMS-00002494



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 13/115,916 | 05/25/2011 | Nigel Clarke | 034827-3606 |

**CONFIRMATION NO. 4404**

30542
FOLEY & LARDNER LLP
P.O. BOX 80278
SAN DIEGO, CA 92138-0278

**PUBLICATION NOTICE**

*OC000000049847046*

**Title:** METHODS FOR DETECTING VITAMIN D METABOLITES BY MASS SPECTROMETRY

**Publication No.** US-2011-0220785-A1
**Publication Date:** 09/15/2011

# NOTICE OF PUBLICATION OF APPLICATION

The above-identified application will be electronically published as a patent application publication pursuant to 37 CFR 1.211, et seq. The patent application publication number and publication date are set forth above.

The publication may be accessed through the USPTO's publically available Searchable Databases via the Internet at www.uspto.gov. The direct link to access the publication is currently http://www.uspto.gov/patft/.

The publication process established by the Office does not provide for mailing a copy of the publication to applicant. A copy of the publication may be obtained from the Office upon payment of the appropriate fee set forth in 37 CFR 1.19(a)(1). Orders for copies of patent application publications are handled by the USPTO's Office of Public Records. The Office of Public Records can be reached by telephone at (703) 308-9726 or (800) 972-6382, by facsimile at (703) 305-8759, by mail addressed to the United States Patent and Trademark Office, Office of Public Records, Alexandria, VA 22313-1450 or via the Internet.

In addition, information on the status of the application, including the mailing date of Office actions and the dates of receipt of correspondence filed in the Office, may also be accessed via the Internet through the Patent Electronic Business Center at www.uspto.gov using the public side of the Patent Application Information and Retrieval (PAIR) system. The direct link to access this status information is currently http://pair.uspto.gov/. Prior to publication, such status information is confidential and may only be obtained by applicant using the private side of PAIR.

Further assistance in electronically accessing the publication, or about PAIR, is available by calling the Patent Electronic Business Center at 1-866-217-9197.

---

Office of Data Managment, Application Assistance Unit (571) 272-4000, or (571) 272-4200, or 1-888-786-0101

QUESTMS-00002495



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

| | | |
|---|---|---|
| 30542 | 7590 | 09/16/2011 |

FOLEY & LARDNER LLP
P.O. BOX 80278
SAN DIEGO, CA 92138-0278

| EXAMINER |
|---|
| COLE, MONIQUE T |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1773 | |

DATE MAILED: 09/16/2011

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/115,916 | 05/25/2011 | Nigel Clarke | 034827-3606 | 4404 |

TITLE OF INVENTION: METHODS FOR DETECTING VITAMIN D METABOLITES BY MASS SPECTROMETRY

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | NO | $1510 | $300 | $0 | $1810 | 12/16/2011 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED. SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the SMALL ENTITY status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is the same, pay the TOTAL FEE(S) DUE shown above.

B. If the status above is to be removed, check box 5b on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and twice the amount of the ISSUE FEE shown above, or

If the SMALL ENTITY is shown as NO:

A. Pay TOTAL FEE(S) DUE shown above, or

B. If applicant claimed SMALL ENTITY status before, or is now claiming SMALL ENTITY status, check box 5a on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and 1/2 the ISSUE FEE shown above.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

PTOL-85 (Rev. 02/11)

QUESTMS-00002496

## PART B - FEE(S) TRANSMITTAL

**Complete and send this form, together with applicable fee(s), to:** <u>Mail</u>

Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

**or <u>Fax</u>** (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

30542      7590      09/16/2011

FOLEY & LARDNER LLP
P.O. BOX 80278
SAN DIEGO, CA 92138-0278

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)

_____ (Signature)

_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/115,916 | 05/25/2011 | Nigel Clarke | 034827-3606 | 4404 |

TITLE OF INVENTION: METHODS FOR DETECTING VITAMIN D METABOLITES BY MASS SPECTROMETRY

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | NO | $1510 | $300 | $0 | $1810 | 12/16/2011 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| COLE, MONIQUE T | 1773 | 436-173000 |

**1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).**

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

**2. For printing on the patent front page, list**

(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____

2 _____

3 _____

**3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT** (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE

(B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) : ☐ Individual  ☐ Corporation or other private group entity  ☐ Government

**4a. The following fee(s) are submitted:**

☐ Issue Fee

☐ Publication Fee (No small entity discount permitted)

☐ Advance Order - # of Copies _____

**4b. Payment of Fee(s): (Please first reapply any previously paid issue fee shown above)**

☐ A check is enclosed.

☐ Payment by credit card. Form PTO-2038 is attached.

☐ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

**5. Change in Entity Status** (from status indicated above)

☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.

☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____     Date _____

Typed or printed name _____     Registration No. _____

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85 (Rev. 02/11) Approved for use through 08/31/2013.      OMB 0651-0033      U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/115,916 | 05/25/2011 | Nigel Clarke | 034827-3606 | 4404 |

30542     7590     09/16/2011

FOLEY & LARDNER LLP
P.O. BOX 80278
SAN DIEGO, CA 92138-0278

| EXAMINER |
|---|
| COLE, MONIQUE T |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1773 | |

DATE MAILED: 09/16/2011

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(application filed on or after May 29, 2000)

The Patent Term Adjustment to date is 0 day(s). If the issue fee is paid on the date that is three months after the mailing date of this notice and the patent issues on the Tuesday before the date that is 28 weeks (six and a half months) after the mailing date of this notice, the Patent Term Adjustment will be 0 day(s).

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

PTOL-85 (Rev. 02/11)

QUESTMS-00002498

# Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

QUESTMS-00002499

| ***Notice of Allowability*** | Application No. | Applicant(s) | |
|---|---|---|---|
| | 13/115,916 | CLARKE ET AL. | |
| | Examiner | Art Unit | |
| | MONIQUE COLE | 1773 | |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address*--

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *the response filed 8/24/2011*.

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

3. ☒ The allowed claim(s) is/are *1-23*.

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a) ☐ All   b) ☐ Some*   c) ☐ None  of the:

        1. ☐ Certified copies of the priority documents have been received.

        2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

        3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    * Certified copies not received: _____.

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

6. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.

    (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached

        1) ☐ hereto or 2) ☐ to Paper No./Mail Date _____.

    (b) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of

        Paper No./Mail Date _____.

**Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

7. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1. ☐ Notice of References Cited (PTO-892)

2. ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3. ☒ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date _____

4. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

5. ☐ Notice of Informal Patent Application

6. ☐ Interview Summary (PTO-413), Paper No./Mail Date _____.

7. ☐ Examiner's Amendment/Comment

8. ☐ Examiner's Statement of Reasons for Allowance

9. ☐ Other _____.

/Jill Warden/
Supervisory Patent Examiner, Art Unit 1773

QUESTMS-00002500

Receipt date: 08/24/2011

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | *Complete if Known* | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | Application Number | 13/115,916 |
| | Filing Date | 5/25/2011 |
| | First Named Inventor | Nigel Clarke |
| *(use as many sheets as necessary)* | Art Unit | 1773 |
| | Examiner Name | Cole, Monique T. |
| Sheet | 1 | of | 1 | Attorney Docket Number | 034827-3606 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | | | | |

**FOREIGN PATENT DOCUMENTS**

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3] Number[4] Kind Code[5] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Documents | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

**NON PATENT LITERATURE DOCUMENTS**

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
|---|---|---|---|
| | A1 | US Notice of Allowance dated 7/6/2011 in application 12/630,796 (054769-9993) | |
| | A2 | US Notice of Allowance dated 8/4/2011 in application 13/115,935 (034827-0742) | |
| | A3 | US Office Action dated 6/29/2011 in application 13/115,935 (034827-0742) | |
| | A4 | US Office Action dated 7/21/2011 in application 13/165,685 (054769-9973) | |
| | A5 | US Office Action dated 7/29/2011 in application 13/117,997 (054769-9990) | |
| | | | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH.  /M.C./

| Examiner Signature | /Monique Cole/ | Date Considered | 09/01/2011 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

DLMR_923996.1

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

QUESTMS-00002501

| *Issue Classification* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 13115916 | CLARKE ET AL. |
| | Examiner | Art Unit |
| | MONIQUE COLE | 1773 |

| ORIGINAL | | INTERNATIONAL CLASSIFICATION | | | |
|---|---|---|---|---|---|
| CLASS | SUBCLASS | CLAIMED | | NON-CLAIMED | |
| 436 | 173 | G 0 1 N    24 / 00 (2006.01.01) | | | |

### CROSS REFERENCE(S)

| CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | | | | |
|---|---|---|---|---|---|---|---|
| 436 | 131 | | | | | | |
| | | | | | | | |

☒ Claims renumbered in the same order as presented by applicant   ☐ CPA   ☒ T.D.   ☐ R.1.47

| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |

| /MONIQUE COLE/<br>Examiner.Art Unit 1773 | 9/1/2011 | Total Claims Allowed: | |
|---|---|---|---|
| (Assistant Examiner) | (Date) | 23 | |
| /JILL WARDEN/<br>Supervisory Patent Examiner.Art Unit 1773 | 09/11/2011 | O.G. Print Claim(s) | O.G. Print Figure |
| (Primary Examiner) | (Date) | 1 | 1 |

U.S. Patent and Trademark Office

Part of Paper No. 20110901

QUESTMS-00002502

| *Search Notes* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 13115916 | CLARKE ET AL. |
| | **Examiner** | **Art Unit** |
| | MONIQUE COLE | 1773 |

## SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| 436 | 173, 131 | 7/2011 | MC |
| | updated | 9/2011 | MC |

## SEARCH NOTES

| Search Notes | Date | Examiner |
|---|---|---|
| | | |

## INTERFERENCE SEARCH

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| 436 | 173, 131 | 9/2011 | MC |

| | |
|---|---|
| | |

QUESTMS-00002503

Atty. Dkt. No. 034827-3606

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:     Clarke, et al.

Title:         METHODS FOR DETECTING VITAMIN D
               METABOLITES BY MASS SPECTROMETRY

Appl. No.:     13/115,916

Filing Date:   5/25/2011

Examiner:       Monique T. Cole

Art Unit:      1773

Conf. No.:     4404

### AMENDMENT UNDER 37 C.F.R. § 1.312

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

 Applicant acknowledges receipt of a Notice of Allowance in the above-captioned application. Prior to payment of the issue fee, please amend the application as follows:

 **Amendments to the Claims** may be found in the **Listing of Claims**, which begin on page 2 of this document.

 **Remarks/Arguments** begin on page 5 of this document.

-1-

DLMR_933357.1

QUESTMS-00002504

Atty. Dkt. No. 034827-3606

## Amendments to the Claims

This listing of claims will replace all prior versions, and listings, of claims in the application:

## Listing of Claims

1.      (Original) A method for determining the amount of a vitamin D metabolite in a sample by tandem mass spectrometry, comprising:

(a) generating a protonated and dehydrated precursor ion of said vitamin D metabolite;

(b) generating one or more fragment ions of said precursor ion; and

(c) detecting the presence or amount of one or more of said ions generated in step (a) or (b) or both and relating the detected ions to the amount of said vitamin D metabolite in said sample.

2.      (Original) The method of claim 1, wherein said sample is subjected to a purification step prior to  ionization.

3.      (Original) The method of claim 2, wherein said purification step comprises chromatography.

4.      (Original) The method of claim 3, wherein said chromatography comprises liquid chromatography.

5.      (Original) The method of claim 3, wherein said chromatography comprises high performance liquid chromatography (HPLC).

6.      (Original) The method of claim 2, wherein said purification step comprises protein precipitation.

7.      (Original) The method of claim 6, wherein said purification step does not include high turbulence liquid chromatography (HTLC).

-2-

QUESTMS-00002505

Atty. Dkt. No. 034827-3606

8.      (Original) The method of claim 2, wherein said purification step comprises chiral chromatography.

9.      (Original) The method of claim 1, wherein said sample or said vitamin D metabolite is not subjected to gas-chromatography prior to said ionization step.

10.     (Canceled)

11.     (Original) The method of claim 1, wherein said vitamin D metabolite is 25-hydroxyvitamin D3.

12.     (Original) The method of claim 1, wherein said vitamin D metabolite is 25-hydroxyvitamin D2.

13.     (Original) The method of claim 1, wherein said vitamin D metabolite is 1,25-dihydroxyvitamin D2.

14.     (Original) A method for determining the amounts of two or more vitamin D metabolites in a sample in a single assay, said method comprising:

(a)     ionizing two or more vitamin D metabolites to generate protonated and dehydrated precursor ions specific for each of said two or more vitamin D metabolites;

(b)     generating one or more fragment ions of each of said precursor ions; and

(c)     detecting the amount of one or more of said ions generated in step (a) or (b) or both and relating the detected ions to the amounts of said two or more vitamin D metabolites in said sample.

15.     (Original) The method of claim 14, wherein said sample is subjected to a purification step prior to said ionization step.

16.     (Original) The method of claim 15, wherein said purification step comprises chromatography.

-3-

DLMR_933357.1

QUESTMS-00002506

Atty. Dkt. No. 034827-3606

17.     (Original) The method of claim 16, wherein said chromatography comprises liquid chromatography.

18.     (Original) The method of claim 16, wherein said chromatography comprises high performance liquid chromatography (HPLC).

19.     (Original) The method of claim 15, wherein said purification step comprises protein precipitation and does not include high turbulence liquid chromatography.

20.     (Original) The method of claim 14, wherein said sample or said two or more vitamin D metabolites are not subjected to gas-chromatography prior to said ionization step.

21.     (Original) The method of claim 14, wherein said vitamin D metabolites comprise 25-hydroxyvitamin D3 and 25-hydroxyvitamin D2.

22.     (Original) The method of claim 14, wherein said two or more vitamin D metabolites comprise one or more vitamin D metabolites selected from the group consisting of 25-hydroxyvitamin D3, 25-hydroxyvitamin D2, 1,25-dihydroxyvitamin D3 and 1,25-dihydroxyvitamin D2.

23.     (Original) The method of claim 14, wherein said two or more vitamin D metabolites comprise 1,25-dihydroxyvitamin D3 and 1,25-dihydroxyvitamin D2.

24.     (New) The method of claim 1, wherein said vitamin D metabolite is 1,25-dihydroxyvitamin D3.

-4-

QUESTMS-00002507

Atty. Dkt. No. 034827-3606

## **REMARKS**

By the present communication, claim 24 is newly added and claim 10 is canceled. No new matter is introduced by the addition of claim 24. Claim 24 depends from claim 1 and specifies that the vitamin D metabolite is 1,25-dihydroxyvitamin D3, one of the vitamin D metabolites listed in the original claim 10 (now canceled). Support for claim 24 may be found, for example, in the Markush Group of vitamin D metabolites listed original claim 10 and throughout the Specification.

After amending the claims as set forth above, Claims 1-9 and 11-24 are pending. A detailed listing of all claims that are in the application is presented herewith beginning on page 2, along with an appropriate defined status identifier.

New claim 24 is drawn to a single vitamin D metabolite originally recited in the Markush group listed in claim 10. Claims drawn to each of the other individual members of the Markush group are found in dependent claims 11-13. With the cancelation of claim 10, new claim 24 is needed to provide coverage of each individual member of the allowed Markush Group. New claim 24 requires no additional search or examination and is patentable because the specific vitamin D metabolite was a member of the Markush Group in claim 10, a claim that has already been searched, examined, and allowed.

## **CONCLUSION**

In view of the above amendments and remarks, reconsideration and favorable action on all claims are respectfully requested. In the event any matters remain to be resolved in view of this communication, the Examiner is encouraged to contact the undersigned so that a prompt disposition of this application can be achieved.

-5-

QUESTMS-00002508

Atty. Dkt. No. 034827-3606

It is believed that no fees are due in connection with this Rule 312 amendment.  In the event this is not correct, the undersigned authorizes the Commissioner to charge Deposit Account No. 19-0741.

Respectfully submitted,

Date ___9/22/11___

By _____

FOLEY & LARDNER LLP
Customer Number: 30542
Telephone:     (858) 847-6722
Facsimile:     (858) 792-6773

Barry S. Wilson, Reg. No. 39,431
Anthony C. Kuhlmann, Reg. No. 57,147
Attorneys for Applicant

-6-

DLMR_933357.1

QUESTMS-00002509

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 11018877 |
| **Application Number:** | 13115916 |
| **International Application Number:** | |
| **Confirmation Number:** | 4404 |
| **Title of Invention:** | METHODS FOR DETECTING VITAMIN D METABOLITES BY MASS SPECTROMETRY |
| **First Named Inventor/Applicant Name:** | Nigel Clarke |
| **Customer Number:** | 30542 |
| **Filer:** | Anthony Charles Kuhlmann/Mercedes Dipasupil |
| **Filer Authorized By:** | Anthony Charles Kuhlmann |
| **Attorney Docket Number:** | 034827-3606 |
| **Receipt Date:** | 22-SEP-2011 |
| **Filing Date:** | 25-MAY-2011 |
| **Time Stamp:** | 17:33:54 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 034827-3606_Amend.pdf | 176338<br>29edbc04f175adf9bccc53bb98f04296806ab8f6 | yes | 6 |

QUESTMS-00002510

**Multipart Description/PDF files in .zip description**

| Document Description | Start | End |
|---|---|---|
| Amendment after Notice of Allowance (Rule 312) | 1 | 1 |
| Claims | 2 | 4 |
| Applicant Arguments/Remarks Made in an Amendment | 5 | 6 |

| Warnings: | |
|---|---|
| Information: | |
| **Total Files Size (in bytes):** | 176338 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

QUESTMS-00002511

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/115,916 | 05/25/2011 | Nigel Clarke | 034827-3606 | 4404 |

30542        7590        10/17/2011
FOLEY & LARDNER LLP
P.O. BOX 80278
SAN DIEGO, CA 92138-0278

| EXAMINER |
|---|
| COLE, MONIQUE T |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1773 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 10/17/2011 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)

QUESTMS-00002512

| *Response to Rule 312 Communication* | Application No. | Applicant(s) |
|---|---|---|
| | 13/115,916 | CLARKE ET AL. |
| | **Examiner** | **Art Unit** |
| | MONIQUE COLE | 1773 |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

1. ☒ The amendment filed on *9/22/2011* under 37 CFR 1.312 has been considered, and has been:

a) ☒ entered.

b) ☐ entered as directed to matters of form not affecting the scope of the invention.

c) ☐ disapproved because the amendment was filed after the payment of the issue fee.

Any amendment filed after the date the issue fee is paid must be accompanied by a petition under 37 CFR 1.313(c)(1) and the required fee to withdraw the application from issue.

d) ☐ disapproved.  See explanation below.

e) ☐ entered  in part. See explanation below.

/Jill Warden/
Supervisory Patent Examiner, Art Unit 1773

/Monique  Cole/
Examiner, Art Unit 1773

QUESTMS-00002513

Receipt date: 09/22/2011                                                OK TO ENTER: /M.C./

Atty. Dkt. No. 034827-3606

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:      Clarke, et al.

Title:           METHODS FOR DETECTING VITAMIN D
METABOLITES BY MASS SPECTROMETRY

Appl. No.:      13/115,916

Filing Date:     5/25/2011

Examiner:     Monique T. Cole

Art Unit:      1773

Conf. No.:     4404

### AMENDMENT UNDER 37 C.F.R. § 1.312

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

Applicant acknowledges receipt of a Notice of Allowance in the above-captioned application. Prior to payment of the issue fee, please amend the application as follows:

**Amendments to the Claims** may be found in the **Listing of Claims**, which begin on page 2 of this document.

**Remarks/Arguments** begin on page 5 of this document.

-1-

DLMR_933357.1

QUESTMS-00002514

Atty. Dkt. No. 034827-3606

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants:    Clarke, et al.

Title:        METHODS FOR DETECTING VITAMIN D
                METABOLITES BY MASS SPECTROMETRY

Appl. No.:    13/115,916

Filing Date:    5/25/2011

Examiner:    Monique T. Cole

Art Unit:    1773

Conf. No.:    4404

<u>AMENDMENT UNDER 37 CFR 1.312</u>

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450


Sir:

      Applicant acknowledges receipt of a Notice of Allowance in the above-captioned application.  Prior to payment of the issue fee, please amend the application as follows:

      **Amendments to the Claims** are reflected in the listing of claims which begins on page 2 of this document.

      **Remarks/Arguments** begin on page 5 of this document.

4830-9159-5021.1

QUESTMS-00002515

Atty. Dkt. No. 034827-3606

**Amendments to the Claims:**

This listing of claims will replace all prior versions, and listings, of claims in the application:

**Listing of Claims:**

1.    (Currently Amended) A method for determining the amount of a vitamin D metabolite in a sample by tandem mass spectrometry, comprising:

(a) generating a protonated and dehydrated precursor ion of said vitamin D metabolite;

(b) generating one or more fragment ions of said precursor ion; and

(c) detecting the ~~presence or~~ amount of one or more of said ions generated in step (a) or (b) or both and relating the detected ions to the amount of said vitamin D metabolite in said sample.

2.    (Original) The method of claim 1, wherein said sample is subjected to a purification step prior to ionization.

3.    (Original) The method of claim 2, wherein said purification step comprises chromatography.

4.    (Original) The method of claim 3, wherein said chromatography comprises liquid chromatography.

5.    (Original) The method of claim 3, wherein said chromatography comprises high performance liquid chromatography (HPLC).

6.    (Original) The method of claim 2, wherein said purification step comprises protein precipitation.

7.    (Original) The method of claim 6, wherein said purification step does not include high turbulence liquid chromatography (HTLC).

8.    (Original) The method of claim 2, wherein said purification step comprises chiral chromatography.

-2-

QUESTMS-00002516

Atty. Dkt. No. 034827-3606

9.      (Original) The method of claim 1, wherein said sample or said vitamin D metabolite is not subjected to gas-chromatography prior to said ionization step.

10.      (Canceled)

11.      (Original) The method of claim 1, wherein said vitamin D metabolite is 25-hydroxyvitamin D3.

12.      (Original) The method of claim 1, wherein said vitamin D metabolite is 25-hydroxyvitamin D2.

13.      (Original) The method of claim 1, wherein said vitamin D metabolite is 1,25-dihydroxyvitamin D2.

14.      (Original) A method for determining the amounts of two or more vitamin D metabolites in a sample in a single assay, said method comprising:

(a)      ionizing two or more vitamin D metabolites to generate protonated and dehydrated precursor ions specific for each of said two or more vitamin D metabolites;

(b)      generating one or more fragment ions of each of said precursor ions; and

(c)      detecting the amount of one or more of said ions generated in step (a) or (b) or both and relating the detected ions to the amounts of said two or more vitamin D metabolites in said sample.

15.      (Original) The method of claim 14, wherein said sample is subjected to a purification step prior to said ionization step.

16.      (Original) The method of claim 15, wherein said purification step comprises chromatography.

17.      (Original) The method of claim 16, wherein said chromatography comprises liquid chromatography.

4830-9159-5021.1

QUESTMS-00002517

Atty. Dkt. No. 034827-3606

18.     (Original) The method of claim 16, wherein said chromatography comprises high performance liquid chromatography (HPLC).

19.     (Original) The method of claim 15, wherein said purification step comprises protein precipitation and does not include high turbulence liquid chromatography.

20.     (Original) The method of claim 14, wherein said sample or said two or more vitamin D metabolites are not subjected to gas-chromatography prior to said ionization step.

21.     (Original) The method of claim 14, wherein said vitamin D metabolites comprise 25-hydroxyvitamin D3 and 25-hydroxyvitamin D2.

22.     (Original) The method of claim 14, wherein said two or more vitamin D metabolites comprise one or more vitamin D metabolites selected from the group consisting of 25-hydroxyvitamin D3, 25-hydroxyvitamin D2, 1,25-dihydroxyvitamin D3 and 1,25-dihydroxyvitamin D2.

23.     (Original) The method of claim 14, wherein said two or more vitamin D metabolites comprise 1,25-dihydroxyvitamin D3 and 1,25-dihydroxyvitamin D2.

24.     (Previously Presented) The method of claim 1, wherein said vitamin D metabolite is 1,25-dihydroxyvitamin D3.

4830-9159-5021.1

QUESTMS-00002518

Atty. Dkt. No. 034827-3606

## **REMARKS**

By the present communication, claim 1 is amended, and no claims are canceled or added. No new matter is introduced by the present amendment. Claim 1 is amended to remove the words "or presence", making the claim consistent with the preamble. The amended claim requires no additional search or examination and is patentable because the amendment does not change the scope of a claim that has already been searched, examined, and allowed.

After amending the claims as set forth above, claims 1-9 and 11-24 are now pending in this application. A detailed listing of all claims that are in the application is presented herewith beginning on page 2, along with an appropriate defined status identifier.

It is believed that no fees are due in connection with this Rule 312 amendment. In the event this is not correct, the undersigned authorizes the Commissioner to charge Deposit Account No. 19-0741.

## **CONCLUSION**

In view of the above amendments and remarks, reconsideration and favorable action on all claims are respectfully requested. In the event any matters remain to be resolved in view of this communication, the Examiner is encouraged to contact the undersigned so that a prompt disposition of this application can be achieved.

Respectfully submitted,

Date    11/7/11

By

FOLEY & LARDNER LLP
Customer Number: 30542
Telephone:   (858) 847-6776
Facsimile:    (858) 792-6773

Barry S. Wilson, Reg. No. 39,431
Anthony C. Kuhlmann, Reg. No. 57,147
Attorneys for the Applicants

4830-9159-5021.1

QUESTMS-00002519

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 11348714 |
| **Application Number:** | 13115916 |
| **International Application Number:** | |
| **Confirmation Number:** | 4404 |
| **Title of Invention:** | METHODS FOR DETECTING VITAMIN D METABOLITES BY MASS SPECTROMETRY |
| **First Named Inventor/Applicant Name:** | Nigel  Clarke |
| **Customer Number:** | 30542 |
| **Filer:** | Anthony Charles Kuhlmann/Mercedes Dipasupil |
| **Filer Authorized By:** | Anthony Charles Kuhlmann |
| **Attorney Docket Number:** | 034827-3606 |
| **Receipt Date:** | 07-NOV-2011 |
| **Filing Date:** | 25-MAY-2011 |
| **Time Stamp:** | 18:59:57 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 034827-3606_Amend-312.pdf | 161090 <br> f3d50de878c684b22276feefad93da9c11c2ed7f | yes | 5 |

QUESTMS-00002520

**Multipart Description/PDF files in .zip description**

| Document Description | Start | End |
|---|---|---|
| Amendment after Notice of Allowance (Rule 312) | 1 | 1 |
| Claims | 2 | 4 |
| Applicant Arguments/Remarks Made in an Amendment | 5 | 5 |

| Warnings: | |
|---|---|
| Information: | |
| **Total Files Size (in bytes):** | 161090 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

QUESTMS-00002521

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office:  U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid
OMB control number.

| Substitute for form 1449/PTO | | | | *Complete if Known* | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** Date Submitted: November 7, 2011 *(use as many sheets as necessary)* | | | | **Application Number** | 13/115,916 |
| | | | | **Filing Date** | 5/25/2011 |
| | | | | **First Named Inventor** | Nigel Clarke |
| | | | | Art Unit | 1773 |
| | | | | Examiner Name | COLE, Monique T. |
| Sheet | 1 | of | 1 | Attorney Docket Number | 034827-3606 |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

### UNPUBLISHED U.S. PATENT APPLICATION DOCUMENTS

| Examiner Initials* | Cite No.[1] | U.S. Patent Application Document Serial Number-Kind Code[2] *(if known)* | Filing Date of Cited Document MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3] Number[4] Kind Code[2] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Documents | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
|---|---|---|---|
| | A1 | US Notice of Allowance dated 8/24/2011 in application 13/165,685 (054769-9973) | |
| | A2 | Examination Report dated 9/20/2011 for EP Application No. 08 853 843.4 (054769-9997) | |
| | | | |
| | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

4837-0095-6685.1

QUESTMS-00002522

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

30542        7590        08/24/2011
FOLEY & LARDNER LLP
P.O. BOX 80278
SAN DIEGO, CA 92138-0278

| EXAMINER |
|---|
| COLE, MONIQUE T |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1773 | |

DATE MAILED: 08/24/2011

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/165,685 | 06/21/2011 | Brett Holmquist | 054769-9973 | 4343 |

TITLE OF INVENTION: METHODS FOR DETECTING DIHYDROXYVITAMIN D METABOLITES BY MASS SPECTROMETRY

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | NO | $1510 | $300 | $0 | $1810 | 11/25/2011 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED.   THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT.   SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED.   THIS STATUTORY PERIOD CANNOT BE EXTENDED.   SEE 35 U.S.C. 151.   THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION.   IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the SMALL ENTITY status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is the same, pay the TOTAL FEE(S) DUE shown above.

B. If the status above is to be removed, check box 5b on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and twice the amount of the ISSUE FEE shown above, or

If the SMALL ENTITY is shown as NO:

A. Pay TOTAL FEE(S) DUE shown above, or

B. If applicant claimed SMALL ENTITY status before, or is now claiming SMALL ENTITY status, check box 5a on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and 1/2 the ISSUE FEE shown above.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

Page 1 of 3

PTOL-85 (Rev. 02/11)

QUESTMS-00002523

**PART B - FEE(S) TRANSMITTAL**

**Complete and send this form, together with applicable fee(s), to:** **Mail**   Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

**or Fax**   (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

30542      7590      08/24/2011
FOLEY & LARDNER LLP
P.O. BOX 80278
SAN DIEGO, CA 92138-0278

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)

_____ (Signature)

_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/165,685 | 06/21/2011 | Brett Holmquist | 054769-9973 | 4343 |

TITLE OF INVENTION: METHODS FOR DETECTING DIHYDROXYVITAMIN D METABOLITES BY MASS SPECTROMETRY

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | NO | $1510 | $300 | $0 | $1810 | 11/25/2011 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| COLE, MONIQUE T | 1773 | 436-173000 |

**1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).**

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

**2. For printing on the patent front page, list**

(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____

2 _____

3 _____

**3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)**

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                    (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) :   ☐ Individual   ☐ Corporation or other private group entity   ☐ Government

**4a. The following fee(s) are submitted:**

☐ Issue Fee

☐ Publication Fee (No small entity discount permitted)

☐ Advance Order - # of Copies _____

**4b. Payment of Fee(s): (Please first reapply any previously paid issue fee shown above)**

☐ A check is enclosed.

☐ Payment by credit card. Form PTO-2038 is attached.

☐ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

**5. Change in Entity Status** (from status indicated above)

☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.

☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____      Date _____

Typed or printed name _____      Registration No. _____

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85 (Rev. 02/11) Approved for use through 08/31/2013.      OMB 0651-0033      U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/165,685 | 06/21/2011 | Brett Holmquist | 054769-9973 | 4343 |

30542          7590          08/24/2011
FOLEY & LARDNER LLP
P.O. BOX 80278
SAN DIEGO, CA 92138-0278

| EXAMINER |
|---|
| COLE, MONIQUE T |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1773 | |

DATE MAILED: 08/24/2011

**Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)**
(application filed on or after May 29, 2000)

The Patent Term Adjustment to date is 0 day(s). If the issue fee is paid on the date that is three months after the mailing date of this notice and the patent issues on the Tuesday before the date that is 28 weeks (six and a half months) after the mailing date of this notice, the Patent Term Adjustment will be 0 day(s).

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

Page 3 of 3

PTOL-85 (Rev. 02/11)

QUESTMS-00002525

## Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

QUESTMS-00002526

| *Notice of Allowability* | Application No. | Applicant(s) |
| | 13/165,685 | HOLMQUIST ET AL. |
| | Examiner | Art Unit | |
| | MONIQUE COLE | 1773 | |

**-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--**

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *the response of 7/27/2011*.

2. ☒ The allowed claim(s) is/are *1-24*.

3. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a) ☐ All   b) ☐ Some*   c) ☐ None  of the:

        1. ☐ Certified copies of the priority documents have been received.

        2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

        3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    * Certified copies not received: _____ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

4. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.

    (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached

        1) ☐ hereto or 2) ☐ to Paper No./Mail Date _____ .

    (b) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____ .

    **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1. ☐ Notice of References Cited (PTO-892)

2. ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3. ☒ Information Disclosure Statements (PTO/SB/08),
    Paper No./Mail Date _____

4. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

5. ☐ Notice of Informal Patent Application

6. ☐ Interview Summary (PTO-413),
    Paper No./Mail Date _____ .

7. ☐ Examiner's Amendment/Comment

8. ☐ Examiner's Statement of Reasons for Allowance

9. ☐ Other _____ .

/Jill Warden/
Supervisory Patent Examiner, Art Unit 1773

QUESTMS-00002527

Receipt date: 07/19/2011

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(use as many sheets as necessary)* | Application Number | 13/165,685 |
| | Filing Date | 6/21/2011 |
| | First Named Inventor | Brett Holmquist |
| | Art Unit | 1773 |
| | Examiner Name | COLE, Monique T. |
| Sheet | 1 | of | 8 | Attorney Docket Number | 054769-9973 |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | A1 | 2003/0171605 | 09-11-2003 | REDDY ET AL. | |
| | A2 | 2004/0235193 | 11-25-2004 | SOLDIN | |
| | A3 | 2006/0054807 | 03-16-2006 | PICARD ET AL. | |
| | A4 | 2006/0094125 | 05-04-2006 | SINGH ET AL | |
| | A5 | 2006/0228808 | 10-12-2006 | CLARKE ET AL | |
| | A6 | 2006/0228809 | 10-12-2006 | CLARKE ET AL | |
| | A7 | 2007/0139956 | 06-21-2007 | SUGIMOTO ET AL. | |
| | A8 | 2008/0241955 | 10-02-2008 | PURKAYASTHA ET AL. | |
| | A9 | 2009/0137056 | 05-28-2009 | HOLMQUIST ET AL | |
| | A10 | 5,772,874 | 06-30-1998 | QUINN ET AL. | |
| | A11 | 5,795,469 | 08-18-1998 | QUINN ET AL. | |
| | A12 | 5,919,368 | 07-06-1999 | QUINN ET AL. | |
| | A13 | 5,968,367 | 10-19-1999 | QUINN ET AL. | |
| | A14 | 6,107,623 | 08-22-2000 | BATEMAN ET AL. | |
| | A15 | 6,124,137 | 09-26-2000 | HUTCHENS ET AL. | |
| | A16 | 6,204,500 | 03-20-2001 | WHITEHOUSE ET AL. | |
| | A17 | 6,268,144 | 07-31-2001 | KOSTER | |
| | A18 | 6,787,660 | 09-07-2004 | ARMBRUSTER ET AL. | |
| | A19 | 6,977,143 | 12-20-2005 | CAULFIELD ET AL. | |
| | A20 | 7,087,395 | 08-08-2006 | GARRITY ET AL. | |
| | A21 | 7,321,116 | 01-22-2008 | PICARD ET AL. | |
| | A22 | 7,348,137 | 03-25-2008 | CAULFIELD ET AL. | |
| | A23 | 7,473,560 | 01-06-2009 | SOLDIN | |
| | A24 | 7,618,827 | 11-17-2009 | STEVEN | |
| | A25 | 7,745,226 | 06-29-2010 | CLARKE ET AL. | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3] Number[4] Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Documents | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | A26 | WO-2007/039193 | 04-12-2007 | ROCHE DIAGNOSTICS GMBH | | |

| Examiner Signature | /Monique Cole/ | Date Considered | 08/12/2011 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MEPP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

DLMR_920292.1

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /M.C./

QUESTMS-00002528

Receipt date: 07/19/2011

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application Number | 13/165,685 |
| | Filing Date | 6/21/2011 |
| | First Named Inventor | Brett Holmquist |
| | Art Unit | 1773 |
| (use as many sheets as necessary) | Examiner Name | COLE, Monique T. |
| Sheet   2   of   8 | Attorney Docket Number | 054769-9973 |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3] Number[4] Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Documents | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | A27 | WO-2007/139956 | 12-06-2007 | LABORATORY CORPORATION OF AMERICA HOLDINGS | | |
| | A28 | WO-2008/097246 | 08-14-2008 | SCHROEDER ET AL | | |
| | A29 | WO-95/33279 | 12-07-1995 | DERRICK ET AL | | |
| | A30 | WO-96/18618 | 06-20-1996 | BAYER AKTIENGESELLSCHAFT; NIHON BAYER AGROCHEM K.K. | | |

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
|---|---|---|---|
| | A31 | Armas et. al, Vitamin D2 Is Much Less Effective than Vitamin D3 in Humans, J. Clin. Endocrinol. Metab. 89:5387-5391 (2004). | |
| | A32 | Aronov et al, Metabolic profiling of major vitamin D metabolites using Diels-Alder derivatization and ultra-performance liquid chromatography-tandem mass spectrometry, Anal Bioanal Chem, 2008, 391:1917-1930 | |
| | A33 | Ascalone et al, Stereospecific determination of amisulpride, a new benzamide derivative, in human plasma and urine by automated solid-phase extraction and liquid chromatography on a chiral column. application to pharmacokinetics, Journal of Chromatography B., 676:95-105, 1996. | |
| | A34 | Bartolucci, et al., Liquid chromatography tandem mass spectrometric quantitation of sulfamethazine and its metabolites: direct analysis of swine urine by triple quadrupole and by ion trap mass spectrometry, Rapid Commun. Mass Spectrom, 14:967-73 (2000). | |
| | A35 | Busch, A Glossary for Mass Spectrometry, Mass Spectrometry, 17(65):526-534, 2002 | |
| | A36 | Capote et al, Identification and determination of fat-soluble vitamins and metabolites in human serum by liquid chromatography/triple quadrupole mass spectrometry with multiple reaction monitoring, Rapid Commun. Mass. Spectrom., 21:1745-1754, 2007. | |
| | A37 | Coldwell et al, Mass Fragmentographic Assay for 25-Hydroxyvitamin D in Plasma Without Derivatization: Enhanced Sensitivity for Metabolites of Vitamins D2 and D3 After Pre-column Dehydration, Journal of Mass Spectrometry, 30:348-356, (1995). | |

| Examiner Signature | /Monique Cole/ | Date Considered | 08/12/2011 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3) 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2

DLMR_920292.1

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /M.C./

Receipt date: 07/19/2011

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | Complete if Known | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | | Application Number | 13/165,685 |
| | | | Filing Date | 6/21/2011 |
| | | | First Named Inventor | Brett Holmquist |
| | | | Art Unit | 1773 |
| *(use as many sheets as necessary)* | | | Examiner Name | COLE, Monique T. |
| Sheet | 3 | of | 8 | Attorney Docket Number | 054769-9973 |

| NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
| | A38 | Coldwell et al, Stable isotope-labeled vitamin D, metabolites and chemical analogs: synthesis and use in mass spectrometric studies, Steroids, 55: 418-432, 1990. | |
| | A39 | Coldwell et al., Measurement of Vitamins D2 and D3 and Seven Major Metabolites in a Single Sample of Human Plasma Using Gas Chromatography/Mass Spectrometry, Biomedical and Environmental Mass Spectrometry, 16:81-85 (1988). | |
| | A40 | Extended Search Report dated 02/02/2009 in EP application 06749272 (034827-3605) | |
| | A41 | Extended Search Report dated 12/22/2010 in EP application 08853843 (054769-9997) | |
| | A42 | Guo et al, Steroid profiles using liquid chromatography-Tandem mass spectrometry with atmospheric pressure photoionization source, Arch Pathol Lab Med., 128: 469-475, 2004. | |
| | A43 | Higashi et al, Characterization of new conjugated metabolites in bile of rats administered 24,25-dihydroxyvitamin D3 and 25-hydroxyvitamin D3, Steroids, 65(5):281-94 (2000) | |
| | A44 | Higashi et al, Characterization of urinary metabolites of vitamin D3 in man under physiological conditions using liquid chromatography-tandem mass spectrometry, J Pharm Biomed Anal. 29(5):947-55 (2002) | |
| | A45 | Higashi et al, Liquid chromatography-tandem mass spectrometric method for the determination of salivary 25-hydroxyvitamin D3: a noninvasive tool for the assessment of vitamin D status, Anal. Bioanal Chem, 2008, 391:229-238 | |
| | A46 | Higashi et al, Simultaneous Determination of 25-Hydroxyvitamin D2 and 25-Hydroxyvitamin D3 in Human Plasma by Liquid Chromatography-Tandem Mass Spectrometry Employing Derivatization with a Cookson-Type Reagent, Biol Pharm Bull., 24(7):738-43, (2001). | |
| | A47 | International Preliminary Report on Patentability dated 10/9/2007 in application PCT/US2006/012539 (034827-3604) | |
| | A48 | International Preliminary Report on Patentability dated 6/01/2010 in application PCT/US2008/084709 (054769-9992) | |
| | A49 | International Search Report and Written Opinion dated 1/26/2011 in application PCT/US2010/056461 (034827-0381) | |

| Examiner Signature | /Monique Cole/ | Date Considered | 08/12/2011 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.

DLMR_920292.1    ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /M.C./

Receipt date: 07/19/2011

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | Complete if Known | |
|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | Application Number | 13/165,685 |
| | | Filing Date | 6/21/2011 |
| | | First Named Inventor | Brett Holmquist |
| | | Art Unit | 1773 |
| (use as many sheets as necessary) | | Examiner Name | COLE, Monique T. |
| Sheet | 4 | of | 8 | Attorney Docket Number | 054769-9973 |

| NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
| | A50 | International Search Report and Written Opinion dated 1/27/2011 in application PCT/US2010/057627 (034827-0741) | |
| | A51 | International Search Report and Written Opinion dated 2/7/2011 in application PCT/US2010/059765 (034827-1052) | |
| | A52 | International Search Report and Written Opinion dated 2/8/2011 in application PCT/US2010/059746 (034827-0771) | |
| | A53 | International Search Report dated 02/24/2009 in application PCT/US2008/084709 (054769-9992) | |
| | A54 | International Search Report dated 1/14/2011 in PCT/US2010/056886 (095276-0201) | |
| | A55 | International Search Report dated 1/4/2007 in application PCT/US2006/012539 (034827-3604) | |
| | A56 | International Search Report dated 2/11/2011 in application PCT/US2010/059771 (034827-1022) | |
| | A57 | Interview Summary dated 01/28/2009 in application 11/101,166 (054769-9993) | |
| | A58 | Jemal, High-throughput quantitative bioanalysis by LC/MS/MS, Biomedical Chromatography, 14:422-429, 2000. | |
| | A59 | Jones et al, Biological activity of l,25-Dihydroxyvitamin D2 in the Chick, Biochemistry, 15(3): 713-716, 1976. | |
| | A60 | Jones et al, Current understanding of the molecular actions of Vitamin D, Physiological Reviews, 78(4): 1193-1231, 1998. | |
| | A61 | Jones et al, Vitamin Ds: Metabolites and Analogs, Chapter 2 in Modern Chromatographic Analysis of Vitamins, Third Edition, 2002, 79 pgs. | |

| Examiner Signature | /Monique Cole/ | Date Considered | 08/12/2011 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901 04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C  122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.

DLMR_920292.1

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /M.C./

QUESTMS-00002531

Receipt date: 07/19/2011

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(use as many sheets as necessary)* | | *Complete if Known* | |
|---|---|---|---|
| | | Application Number | 13/165,685 |
| | | Filing Date | 6/21/2011 |
| | | First Named Inventor | Brett Holmquist |
| | | Art Unit | 1773 |
| | | Examiner Name | COLE, Monique T. |
| Sheet | 5 | of | 8 | Attorney Docket Number | 054769-9973 |

| NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
| | A62 | Kamao et al, C-3 Epimerization of Vitamin D3 metabolites and further metabolism of C-3 epimers, The Journal of Biological Chemistry, 279 (16):15897-15907, (2004). | |
| | A63 | Kissmeyer et al, Sensitive analysis of 1a,25-dihydroxyvitamin D3 in biological fluids by liquid chromatography-tandem mass spectrometry, J Chromatogr A., 935(1-2):93-103 (2001) | |
| | A64 | Kobayashi et al, Tandem immunoaffinity chromatography for plasma 1a,25-dihydroxyvitamin D3 utilizing two antibodies having different specificities: A novel and powerful pretreatment tool for 1a,25-dihydroxyvitamin D3 radioreceptor assays, J.Steroid Biochem. Molec. Biol., 54(5/6): 217-226, 1995. | |
| | A65 | KOBAYASHI, et al, Production of a group-specific antibody to 1 alpha,25-dihydroxyvitamin D and its derivatives having the 1 alpha,3 beta-dihydroxylated A-ring structure, Steroids, (1994), 59(7):404-11 | |
| | A66 | Letter from Vicki G. Norton, Ph.D. Partner, Duane Morris LLP, September 4, 2008 (originally cited in an Information Disclosure Statement on October 15, 2008 for U.S. Patent Application No. 10/977,121 ) | |
| | A67 | Maunsell et al, Routine Isotope-Dilution Liquid Chromatography-Tandem Mass Spectrometry Assay for Simultaneous Measurement of the 25-Hydroxy Metabolites of Vitamins D2 and D3, Clinical Chemistry, 51:9 1683-1690, (2005). | |
| | A68 | Merchant et al, Recent advancements in surface-enhanced laser desorption/ionization-time of flight-mass spectrometry, Electrophoresis 21:1164-1177 (2000). | |
| | A69 | Miller et al, Genetic causes of rickets, Current Opinions in Pediatrics, 11:333-339, 1999. | |
| | A70 | Odrzywolska et al, Convergent Synthesis, Chiral HPLC, and Vitamin D Receptor Affinity of Analogs of 1,25-Dihydroxycholecalciferol, Chirality, 11:249-255, (1999). | |
| | A71 | Office Action dated 09/29/2009 for EP Application No. 06749272.8 (034827-3605) | |
| | A72 | Polson et al, Optimization of protein precipitation based upon effectiveness of protein removal and ionization effect in liquid chromatography-tandem mass spectrometry, Journal of Chromatography B, 785:263-275 (2003). | |
| | A73 | Robb et al, Atmospheric Pressure Photoionization: An Ionization Method for Liquid Chromatography-Mass Spectrometry, Anal. Chem., 72(15): 3653-3659 (2000). | |

| Examiner Signature | /Monique Cole/ | Date Considered | 08/12/2011 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.

DLMR_920292.1    ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /M.C./

QUESTMS-00002532

Receipt date: 07/19/2011

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | Application Number | 13/165,685 |
| | Filing Date | 6/21/2011 |
| | First Named Inventor | Brett Holmquist |
| *(use as many sheets as necessary)* | Art Unit | 1773 |
| | Examiner Name | COLE, Monique T. |
| Sheet | 6 | of | 8 | Attorney Docket Number | 054769-9973 |

| | | NON PATENT LITERATURE DOCUMENTS | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
| | A74 | Salm et al, The Quantification of Sirolimus by High-Performance Liquid Chromatography-Tandem Mass Spectrometry and Microparticle Enzyme Immunoassay in Renal Transplant Recipients, Clin. Therapeutics 22 Supl. B:B71-B85 (2000) | |
| | A75 | Singh et al, C-3 epimers can account for a significant proportion of total circulating 25-hydroxyvitamin D in infants, complicating accurate measurement and interpretation of vitamin D status, The Journal of Clinical Endocrinology & Metabolism, 91(8): 3055-3061, 2006. | |
| | A76 | Taylor et al, Simultaneous Quantification of Tacrolimus and Sirolimus in Human Blood, by High-Performance Liquid Chromatography - Tandem Mass Spectrometry, Therapeutic Drug Monitoring 22:608-12 (2000) | |
| | A77 | Tsugawa et al, Determination of 25-hydroxyvitamin D in human plasma using high-performance liquid chromatography-tandem mass spectrometry, Anal. Chem., 77:3001-3007, 2005. | |
| | A78 | US Notice of Allowance dated 12/15/2009 in application 11/101,166 (054769-9993) | |
| | A79 | US Notice of Allowance dated 3/2/2011 in application 11/386,215 (034827-3603) | |
| | A80 | US Notice of Allowance dated 3/3/2011 in application 11/946,765 (054769-9991) | |
| | A81 | US Notice of Allowance dated 5/20/2011 in application 12/630,790 (034827-0740) | |
| | A82 | US Notice of Allowance dated 7/6/2011 in application 12/630,796 (054769-9993) | |
| | A83 | US Notice of Allowance dated 8/19/2009 for U.S. App. No. 11/101,166 (054769-9993) | |
| | A84 | US Office Action dated 04/12/2010 in application 11/386,215 (034827-3603) | |
| | A85 | US Office Action dated 1/6/2011 in application 12/630,790 (034827-0740) | |

| Examiner Signature | /Monique Cole/ | Date Considered | 08/12/2011 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.

DLMR_920292.1

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /M.C./

QUESTMS-00002533

Receipt date: 07/19/2011

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | **Complete if Known** | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | Application Number | 13/165,685 |
| | Filing Date | 6/21/2011 |
| | First Named Inventor | Brett Holmquist |
| | Art Unit | 1773 |
| *(use as many sheets as necessary)* | Examiner Name | COLE, Monique T. |
| Sheet | 7 | of | 8 | Attorney Docket Number | 054769-9973 |

| | NON PATENT LITERATURE DOCUMENTS | | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
| | A86 | US Office Action dated 10/08/2008 in application 11/101,166 (054769-9993) | |
| | A87 | US Office Action dated 10/5/2010 in application 11/386,215 (034827-3603) | |
| | A88 | US Office Action dated 12/17/2010 in application 11/946,765 (054769-9991) | |
| | A89 | US Office Action dated 12/17/2010 in application 12/630,796 (054769-9993) | |
| | A90 | US Office Action dated 6/24/2010 in application 11/946,765 (054769-9991) | |
| | A91 | US Office Action dated 6/28/2010 in application 12/630,790 (034827-0740) | |
| | A92 | US Office Action dated 6/29/2011 in application 13/115,935(034827-0742) | |
| | A93 | US Office Action dated 7/7/2010 in application 12/630,796 (054769-9993) | |
| | A94 | US Office Action on 034827-0740 DTD 6/28/2010 | |
| | A95 | Vieth et al, Age-related changes in the 25-hydroxyvitamin D versus parathyroid hormone relationship suggest a different reason why older adults require more Vitamin D, The Journal of Clinical Endocrinology & Metabolism, 88(1): 185-191, 2003. | |
| | A96 | Vieth, Vitamin D supplementation, 25-hydroxyvitamin D concentrations, and safety, Am J Clin Nutr, 69:842-856, 1999. | |
| | A97 | Vogeser et al, Candidate reference method for the quantification of circulating 25-Hydroxyvitamin D3 by liquid chromatography-tandem mass spectrometry, Clinical Chemistry, 50(8): 1415-1417, (2004). | |

| Examiner Signature | /Monique Cole/ | Date Considered | 08/12/2011 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

DLMR_920292.1   ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /M.C./

QUESTMS-00002534

Receipt date: 07/19/2011

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | | **Complete if Known** | |
|---|---|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | | Application Number | 13/165,685 | |
| | | | Filing Date | 6/21/2011 | |
| | | | First Named Inventor | Brett Holmquist | |
| | | | Art Unit | 1773 | |
| *(use as many sheets as necessary)* | | | Examiner Name | COLE, Monique T. | |
| Sheet | 8 | of | 8 | Attorney Docket Number | 054769-9973 |

| | | NON PATENT LITERATURE DOCUMENTS | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
| | A98 | Vreeken et al, On-line post-column Diels-Alder derivatization for the determination of vitamin D3 and its metabolites by liquid chromatography/thermospray mass spectrometry, Biological Mass Spectrometry, 22:621-632, (1993). | |
| | A99 | Watson et al, Analysis of Vitamin D and its metabolites using thermospray liquid chromatography/Mass spectrometry, Biomedical Chromatography, 5:153-160, 1991. | |
| | A100 | Wharton et al, Rickets. The Lancet, 362: 1389-1400, 2003. | |
| | A101 | Wright et al, Proteinchip surface enhanced laser desorption/ionization (SELDI) mass spectrometry: a novel protein biochip technology for detection of prostate cancer biomarkers in complex protein mixtures, Prostate Cancer and Prostatic Diseases, 2:264-76, (1999). | |
| | A102 | Yeung et al, Characterization of the Metabolic Pathway of 1,25-Dihydroxy-16-Ene Vitamin D3 in Rat Kidney By On-Line High Performance Liquid Chromatography-Electrospray Tandem Mass Spectrometry, Biochemical Pharmacology, Vol. 49, No. 8, pp.1099-1110, (1995). | |
| | A103 | Yeung et al, Characterization of vitamin D3 metabolites using continuous-flow fast atom bombardment tandem mass spectrometry and high performance liquid chromatography, Chromatogr, 645(1):115-123 (1993) | |
| | A104 | YEUNG, et al, The role of mass spectrometry in vitamin D research, Mass Spec Reviews, (1995), 14(3):179-194 | |
| | A105 | Zimmer et al, Comparison of turbulent-flow chromatography with automated solid-phase extraction in 96-well plates and liquid-liquid extraction used as plasma sample preparation techniques for liquid chromatography-tandem mass spectrometry, J. Chromatogr. A 854:23-35 (1999) | |

| Examiner Signature | /Monique Cole/ | Date Considered | 08/12/2011 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

DLMR_920292.1

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2*

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /M.C./

QUESTMS-00002535

| **_Issue Classification_** | **Application/Control No.** | **Applicant(s)/Patent Under Reexamination** |
|---|---|---|
| | 13165685 | HOLMQUIST ET AL. |
| | **Examiner** | **Art Unit** |
| | MONIQUE COLE | 1773 |

| ORIGINAL | | INTERNATIONAL CLASSIFICATION | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **CLASS** | **SUBCLASS** | **CLAIMED** | | | | | | **NON-CLAIMED** | |
| 436 | 173 | G | 0 | 1 | N | 24 / 00 (2006.01 01) | | | |

### CROSS REFERENCE(S)

| CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

☒ Claims renumbered in the same order as presented by applicant      ☐ CPA      ☒ T.D.      ☐ R.1.47

| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | | 17 | | | | | | | | | | | | |
| | 2 | | 18 | | | | | | | | | | | | |
| | 3 | | 19 | | | | | | | | | | | | |
| | 4 | | 20 | | | | | | | | | | | | |
| | 5 | | 21 | | | | | | | | | | | | |
| | 6 | | 22 | | | | | | | | | | | | |
| | 7 | | 23 | | | | | | | | | | | | |
| | 8 | | 24 | | | | | | | | | | | | |
| | 9 | | | | | | | | | | | | | | |
| | 10 | | | | | | | | | | | | | | |
| | 11 | | | | | | | | | | | | | | |
| | 12 | | | | | | | | | | | | | | |
| | 13 | | | | | | | | | | | | | | |
| | 14 | | | | | | | | | | | | | | |
| | 15 | | | | | | | | | | | | | | |
| | 16 | | | | | | | | | | | | | | |

| /MONIQUE COLE/ Examiner.Art Unit 1773 | 8/12/2011 | **Total Claims Allowed:** | |
|---|---|---|---|
| (Assistant Examiner) | (Date) | 24 | |
| /JILL WARDEN/ Supervisory Patent Examiner.Art Unit 1773 | 08/15/2011 | O.G. Print Claim(s) | O.G. Print Figure |
| (Primary Examiner) | (Date) | 1 | 1 |

U.S. Patent and Trademark Office

Part of Paper No. 20110812

QUESTMS-00002536

| Search Notes | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 13165685 | HOLMQUIST ET AL. |
| | Examiner | Art Unit |
| | MONIQUE COLE | 1773 |

### SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| 436 | 173 | 7/2011 | MC |
| | updated | 8/2011 | MC |

### SEARCH NOTES

| Search Notes | Date | Examiner |
|---|---|---|
| | | |

### INTERFERENCE SEARCH

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| 436 | 173 | 8/2011 | MC |

| | |
|---|---|
| | |

U.S. Patent and Trademark Office

Part of Paper No. : 20110812

QUESTMS-00002537



Europäisches
Patentamt
European
Patent Office
Office européen
des brevets

**VJP Düsseldorf**
Erhalten / Received

**2 6. Sep. 2011**

Frist / Due Date:

European Patent Office
80298 MUNICH
GERMANY
Tel: +49 89 2399 0
Fax: +49 89 2399 4465

**Formalities Officer**
Name: Reis Passinhas, Dora
Tel: +49 89 2399 - 8792
or call
+31 (0)70 340 45 00



Dokter, Eric-Michael
Viering, Jentschura & Partner
Grillparzerstrasse 14
81675 München
ALLEMAGNE

**VJP München**
Erhalten / Received

**2 1. Sep. 2011**

Frist / Due Date:

**Substantive Examiner**
Name: Bayer, Martin
Tel: +49 89 2399 - 8347

| Application No. 08 853 843.4 - 2401 | Ref. P 44436 | Date 20.09.2011 |
|---|---|---|
| Applicant Quest Diagnostics Investments Incorporated | | |

**Communication pursuant to Article 94(3) EPC**

The examination of the above-identified application has revealed that it does not meet the requirements of the European Patent Convention for the reasons enclosed herewith. If the deficiencies indicated are not rectified the application may be refused pursuant to Article 97(2) EPC.

You are invited to file your observations and insofar as the deficiencies are such as to be rectifiable, to correct the indicated deficiencies within a period

of  4  months

from the notification of this communication, this period being computed in accordance with Rules 126(2) and 131(2) and (4) EPC. One set of amendments to the description, claims and drawings is to be filed within the said period on separate sheets (R. 50(1) EPC).

If filing amendments, you must identify them and indicate the basis for them in the application as filed. Failure to meet either requirement may lead to a communication from the Examining Division requesting that you correct this deficiency (R. 137(4) EPC).

**Failure to comply with this invitation in due time will result in the application being deemed to be withdrawn (Art. 94(4) EPC).**

**The notification of this communication starts the 24-month period according to Rule 36(1)(a) EPC for filing a voluntary divisional application divided from this application or from any sequential application. For further information see Guidelines for Examination, A-IV, 1.1.1.2 and 1.1.1.4.**

PB LF: 20.01.2012
VF: 20.11.2011          WV: 20.10.2011

LF TA: 20.09.2013       enot.pe
VF: 20.03.2013

QUESTMS-00002538

Date 20.09.2011        Sheet 2        Application No.: 08 853 843.4



Bayer, Martin
Primary Examiner
**For the Examining Division**

Enclosure(s):     3  page/s reasons (Form 2906)

QUESTMS-00002539

| Datum Date Date | 20.09.2011 | Blatt Sheet Feuille | 1 | Anmelde-Nr: Application No: 08 853 843.4 Demande n°: |
|---|---|---|---|---|

The examination is being carried out on the **following application documents**

**Description, Pages**

1-28                    as published

**Claims, Numbers**

1-14            received on        18-07-2011    with letter of                18-07-2011

Reference is made to the following documents; the numbering will be adhered to in the rest of the procedure.

D1    YEAUNG B., VOUROS P.: "Role of mass spectrometry in vitamin D research",
MASS SPECTROMETRY REVIEWS, vol. 14, no. 3, May 1995 (1995-05), pages 179-194,

D2    KOBAYASHI NORIHIRO ET AL: "Tandem immunoaffinity chromatography for plasma 1-alpha,25-dihydroxyvitamin D-3 utilizing two antibodies having different specificities: A novel and powerful pretreatment tool for 1-alpha,25-dihydroxyvitamin D-3 radioreceptor assays",JOURNAL OF STEROID BIOCHEMISTRY AND MOLECULAR BIOLOGY, vol. 54, no. 5-6, 1995, pages 217-226

D3    KOBAYASHI N ET AL: "PRODUCTION OF A GROUP-SPECIFIC ANTIBODY TO 1ALPHA,25-DIHYDROXYVITAMIN D AND ITS DERIVATIVES HAVING THE 1ALPHA,3BETA-DIHYDROXYLATED A-RING STRUCTURE", STEROIDS, ELSEVIER SCIENCE PUBLISHERS, NEW YORK, NY, US, vol. 59, no. 7, 1 July 1994 (1994-07-01), pages 404-411

If not otherwise indicated, reference is made to the passages cited in the European supplementary search report.

QUESTMS-00002540

| Datum<br>Date   20.09.2011<br>Date | Blatt<br>Sheet   2<br>Feuille | Anmelde-Nr:<br>Application No: 08 853 843.4<br>Demande n°: |
|---|---|---|

The application provides methods of detecting the presence or amount of a dihydroxyvitamin D metabolite in a sample using mass spectrometry. The methods generally comprise ionizing a dihydroxyvitamin D metabolite in a sample. The methods further include immunopurifying the dihydroxyvitamin D metabolites prior to mass spectrometry.

1.    Amendments (Article 123 EPC)

The entire set of the amended claims 1-14 filed with letter of 18.07.2011 is allowable under Article 123(2) EPC.

2.    Novelty (Article 54 EPC)

Document D1 discloses the mass spectrometric analysis of dihydroxyvitamin D metabolites. The spectra of derivatized dihydroxyvitamin D ($1,25(OH)_2D_3$-PTAD) are disclosed comprising the ions and fragments thereof with m/z values of 574, 314 and 298.

In the present wording of claim 1 the term "optionally" is not a limiting feature. Expressions of this kind have no limiting effect on the scope of a claim; that is to say, the feature following any such expression is to be regarded as entirely optional (Guidelines C-III, 4.9).

Hence, the present claims are novel over D1, since the claims feature a different ionization method, i.e. APCI.

3.    Inventive Step (Article 56 EPC) and Enablement (Article 83 EPC)

The argumentation of the applicant in view of the inventiveness of the added feature APCI cannot be followed. The APCI method is only mentioned in paragraph 57 as an equally preferred alternative of e.g. ESI or FAB. Thus, said feature is regarded as a mere arbitrary selection that cannot warrant acknowledgement of an inventive activity since paragraph 57 clearly states that "the skilled artisan will understand that the choice of ionization method can be determined based on the analyte to be measured, type of sample, the type of detector, the choice of positive versus negative mode, etc. (emphasis added)".

QUESTMS-00002541

| Datum<br>Date   20.09.2011<br>Date | Blatt<br>Sheet   3<br>Feuille | Anmelde-Nr:<br>Application No: 08 853 843.4<br>Demande n°: |
|---|---|---|

The argumentation of the applicant in view of example 1 cannot support inventive step, in that the particular conditions (specific analyte, type of sample, the type of detector), and method steps (such as HPLC and derivatization with PTAD) recited in said example do not at all form part of the independent claims, but are of paramount importance for a functional, sensitive method.

Whether particular method steps in conjunction with a particular kind of sample and reagent combination can provide a superior sensitivity over the prior art and can therefore be regarded as an inventive contribution remains to be shown.

4.    Concluding Remarks

The applicant is invited to file new claims which take account of the above objections.

The attention of the applicant is drawn to the fact that the application may not be amended in such a way that it contains subject-matter which extends beyond the content of the application as filed (Article 123(2) EPC).

In order to facilitate the examination of the conformity of the amended application with the requirements of Article 123(2) EPC, the applicant is requested to clearly identify the amendments carried out, irrespective of whether they concern amendments by addition, replacement or deletion, and indicate the passages of the application as filed on which these amendments are based.

If the applicant regards it as appropriate these indications could be submitted in handwritten form on a copy of the relevant parts of the application as filed.

QUESTMS-00002542

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 13115916 |
| **Filing Date:** | 25-May-2011 |
| **Title of Invention:** | METHODS FOR DETECTING VITAMIN D METABOLITES BY MASS SPECTROMETRY |
| **First Named Inventor/Applicant Name:** | Nigel Clarke |
| **Filer:** | Anthony Charles Kuhlmann/Cynthia Ortiz |
| **Attorney Docket Number:** | 034827-3606 |

Filed as Large Entity

## Utility under 35 USC 111(a) Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |

QUESTMS-00002543

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| Submission- Information Disclosure Stmt | 1806 | 1 | 180 | 180 |
| **Total in USD ($)** | | | | **180** |

QUESTMS-00002544

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 11362630 |
| **Application Number:** | 13115916 |
| **International Application Number:** | |
| **Confirmation Number:** | 4404 |
| **Title of Invention:** | METHODS FOR DETECTING VITAMIN D METABOLITES BY MASS SPECTROMETRY |
| **First Named Inventor/Applicant Name:** | Nigel  Clarke |
| **Customer Number:** | 30542 |
| **Filer:** | Anthony Charles Kuhlmann/Cynthia Ortiz |
| **Filer Authorized By:** | Anthony Charles Kuhlmann |
| **Attorney Docket Number:** | 034827-3606 |
| **Receipt Date:** | 08-NOV-2011 |
| **Filing Date:** | 25-MAY-2011 |
| **Time Stamp:** | 20:43:41 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Credit Card |
| Payment was successfully received in RAM | $180 |
| RAM confirmation Number | 6187 |
| Deposit Account | |
| Authorized User | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|

QUESTMS-00002545

| 1 | Transmittal Letter | 0348273606IDSTrans.PDF | 84487<br><br>751bce79018a46e068f57c85943f9c17ab8387c0 | no | 3 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 2 | Information Disclosure Statement (IDS) Form (SB08) | 0348273606IDSSB08.PDF | 72840<br><br>d3e0b3c4368ef82ba848c0f72a139a1267fc2c4d | no | 1 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

This is not an USPTO supplied IDS fillable form

| 3 | Non Patent Literature | 054769-9973_NOA_08242011.PDF | 1190948<br><br>a5a206df6489e696abd9e7e37387e35f9d7428f5 | no | 15 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 4 | Non Patent Literature | EPExamReport09202011.PDF | 188425<br><br>d0f6b885aed1e58fede0baee353240c952adcd74 | no | 5 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 5 | Fee Worksheet (SB06) | fee-info.pdf | 30588<br><br>82f4a4b230105c690bbaab51f540a1fb7ebbc578 | no | 2 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| | **Total Files Size (in bytes):** | | 1567288 | | |
|---|---|---|---|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

Atty. Dkt. No. 034827-3606

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Applicant: | Clarke, et al. |
| Title: | METHODS FOR DETECTING VITAMIN D METABOLITES BY MASS SPECTROMETRY |
| Appl. No.: | 13/115,916 |
| Filing Date: | 5/25/2011 |
| Examiner: | COLE, Monique T. |
| Art Unit: | 1773 |
| Confirmation Number: | 4404 |

### INFORMATION DISCLOSURE STATEMENT
### UNDER 37 CFR §1.56

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

Submitted herewith on Form PTO/SB/08 is a listing of documents known to Applicants in order to comply with Applicants' duty of disclosure pursuant to 37 CFR §1.56.

A copy of each non-patent document is being submitted to comply with the provisions of 37 CFR §1.97 and §1.98.

The submission of any document herewith, which is not a statutory bar, is not intended as an admission that such document constitutes prior art against the claims of the present application or that such document is considered material to patentability as defined in 37 CFR §1.56(b). Applicants do not waive any rights to take any action which would be appropriate to

4835-6700-1101.1

-1-

QUESTMS-00002547

Atty. Dkt. No. 034827-3606

antedate or otherwise remove as a competent reference any document which is determined to be a *prima facie* art reference against the claims of the present application.

## TIMING OF THE DISCLOSURE

The listed documents are being submitted in compliance with 37 CFR §1.97(d), before payment of the issue fee.

## RELEVANCE OF EACH DOCUMENT

All of the documents are in English.

Applicants respectfully request that each listed document be considered by the Examiner and be made of record in the present application and that an initialed copy of Form PTO/SB/08 be returned in accordance with MPEP §609.

## STATEMENT

The undersigned hereby states in accordance with 37 CFR §1.97(e)(2) that no item of information contained in this information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application and, to the knowledge of the undersigned, after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR §1.56(c) more than three months prior to the filing of the information disclosure statement.

## FEE

Fees in the amount of $180.00 to cover the fee associated with an information disclosure statement under 37 CFR §1.97(d) are being paid by credit card via EFS-Web.

4835-6700-1101.1                                    -2-

QUESTMS-00002548

Atty. Dkt. No. 034827-3606

The Commissioner is hereby authorized to charge any additional fees which may be required regarding this submission under 37 C.F.R. §§ 1.16-1.17, or credit any overpayment, to Deposit Account No. 19-0741. Should no proper payment be enclosed herewith, as by the credit card payment instructions in EFS-Web being incorrect or absent, resulting in a rejected or incorrect credit card transaction, the Commissioner is authorized to charge the unpaid amount to Deposit Account No. 19-0741.

Respectfully submitted,

Date _____11/8/11_____          By _____

FOLEY & LARDNER LLP                 Anthony C. Kuhlmann
Customer Number: 30542              Attorney for Applicant
Telephone:    (858) 847-6776        Registration No. 57,147
Facsimile:    (858) 792-6773

QUESTMS-00002549

Uɴɪᴛᴇᴅ Sᴛᴀᴛᴇs Pᴀᴛᴇɴᴛ ᴀɴᴅ Tʀᴀᴅᴇᴍᴀʀᴋ Oꜰꜰɪᴄᴇ

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/115,916 | 05/25/2011 | Nigel Clarke | 034827-3606 | 4404 |

30542        7590        11/17/2011
FOLEY & LARDNER LLP
P.O. BOX 80278
SAN DIEGO, CA 92138-0278

| EXAMINER |
|---|
| COLE, MONIQUE T |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1773 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 11/17/2011 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

QUESTMS-00002550

| *Response to Rule 312 Communication* | **Application No.** | **Applicant(s)** |
|---|---|---|
| | 13/115,916 | CLARKE ET AL. |
| | **Examiner** | **Art Unit** |
| | MONIQUE COLE | 1773 |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

1. ☒ The amendment filed on <u>07 November 2011</u> under 37 CFR 1.312 has been considered, and has been:

  a) ☒   entered.

  b) ☐   entered as directed to matters of form not affecting the scope of the invention.

  c) ☐   disapproved because the amendment was filed after the payment of the issue fee.
         Any amendment filed after the date the issue fee is paid must be accompanied by a petition under 37 CFR 1.313(c)(1)
         and the required fee to withdraw the application from issue.

  d) ☐   disapproved. See explanation below.

  e) ☐   entered in part. See explanation below.

/Jill Warden/
Supervisory Patent Examiner, Art Unit 1773

/Monique Cole/
Examiner, Art Unit 1773

U.S. Patent and Trademark Office
PTOL-271 (Rev. 04-01)

**Reponse to Rule 312 Communication**

Part of Paper No. 20111114

QUESTMS-00002551

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office:  U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid
OMB control number.

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | **Application Number** | 13/115,916 |
| | **Filing Date** | 5/25/2011 |
| Date Submitted: November 7, 2011 | **First Named Inventor** | Nigel Clarke |
| | **Art Unit** | 1773 |
| *(use as many sheets as necessary)* | **Examiner Name** | COLE, Monique T. |
| Sheet  1  of  1 | **Attorney Docket Number** | 034827-3606 |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number<br>Number-Kind Code[2] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

### UNPUBLISHED U.S. PATENT APPLICATION DOCUMENTS

| Examiner Initials* | Cite No.[1] | U.S. Patent Application Document<br>Serial Number-Kind Code[2] *(if known)* | Filing Date of Cited Document MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | | | | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document<br>Country Code[3] Number[4] Kind Code[2] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Documents | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
|---|---|---|---|
| | A1 | US Notice of Allowance dated 8/24/2011 in application 13/165,685 (054769-9973) | |
| | A2 | Examination Report dated 9/20/2011 for EP Application No. 08 853 843.4 (054769-9997) | |
| | | | |
| | | | |

| Examiner Signature | /Monique Cole/ | Date Considered | 11/14/2011 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

4837-0095-6685.1

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /M.C./

QUESTMS-00002552

Receipt date: 11/07/2011

OK TO ENTER: /M.C./

Atty. Dkt. No. 034827-3606

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Applicants: | Clarke, et al. |
| Title: | METHODS FOR DETECTING VITAMIN D METABOLITES BY MASS SPECTROMETRY |
| Appl. No.: | 13/115,916 |
| Filing Date: | 5/25/2011 |
| Examiner: | Monique T. Cole |
| Art Unit: | 1773 |
| Conf. No.: | 4404 |

### AMENDMENT UNDER 37 CFR 1.312

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

Applicant acknowledges receipt of a Notice of Allowance in the above-captioned application. Prior to payment of the issue fee, please amend the application as follows:

**Amendments to the Claims** are reflected in the listing of claims which begins on page 2 of this document.

**Remarks/Arguments** begin on page 5 of this document.

4830-9159-5021.1

QUESTMS-00002553

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | *Complete if Known* | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | | Application Number | 13/115,916 |
| | | | Filing Date | 5/25/2011 |
| Date Submitted: December 14, 2011 | | | First Named Inventor | Nigel Clarke |
| | | | Art Unit | 1773 |
| *(use as many sheets as necessary)* | | | Examiner Name | COLE, Monique T. |
| Sheet | 1 | of | 1 | Attorney Docket Number | 034827-3606 |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | | | | |

### UNPUBLISHED U.S. PATENT APPLICATION DOCUMENTS

| Examiner Initials* | Cite No.[1] | U.S. Patent Application Document — Serial Number-Kind Code[2] (if known) | Filing Date of Cited Document MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | | | | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3] Number[4] Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Documents | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | | | | | |

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
|---|---|---|---|
| | A1 | International Search Report dated 12/1/2011 in application EP 11184151.6 (034827-3607) | |
| | | | |
| | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

4826-4494-7214.1

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

QUESTMS-00002554



Europäisches
Patentamt

European
Patent Office

Office européen
des brevets

European Patent Office
80298 MUNICH
GERMANY
Tel. +49 (0)89 2399 - 0
Fax +49 (0)89 2399 - 4465

Viering, Jentschura & Partner
Kennedydamm 55/Roßstr.
40476 Düsseldorf
ALLEMAGNE

**For any questions about
this communication:**
Tel.:+31 (0)70 340 45 00



VJP Düsseldorf
Erhalten / Received

0 1. Dez. 2011

Frist / Due Date:                    Date
                                    01.12.11

| Reference | Application No./Patent No. |
|-----------|----------------------------|
| P48047 | 11184151.6 - 2404 |

Applicant/Proprietor
Quest Diagnostics Investments Incorporated

WN: 01-01-2012
                enot. pe

### Communication

The extended European search report is enclosed.

The extended European search report includes, pursuant to Rule 62 EPC, the European search report (R. 61 EPC) or the partial European search report/ declaration of no search (R. 63 EPC) and the European search opinion.

Copies of documents cited in the European search report are attached.

☑   0 additional set(s) of copies of such documents is (are) enclosed as well.

The following have been approved:

☑   Abstract          ☑   Title

☐   The Abstract was modified and the definitive text is attached to this communication.

The following figure(s) will be published together with the abstract: none

**Refund of search fee**

If applicable under Article 9 Rules relating to fees, a separate communication from the Receiving Section on the refund of the search fee will be sent later.



EPO  Form 1507N    08.10

QUESTMS-00002555



Europäisches
Patentamt
European
Patent Office
Office européen
des brevets

## EUROPEAN SEARCH REPORT

Application Number

EP 11 18 4151

## DOCUMENTS CONSIDERED TO BE RELEVANT

| Category | Citation of document with indication, where appropriate, of relevant passages | Relevant to claim | CLASSIFICATION OF THE APPLICATION (IPC) |
|---|---|---|---|
| X | KISSMEYER A-M ET AL: "Sensitive analysis of 1alpha,25-dihydroxyvitamin D3 in biological fluids by liquid chromatography-tandem mass spectrometry", JOURNAL OF CHROMATOGRAPHY, ELSEVIER SCIENCE PUBLISHERS B.V. AMSTERDAM, NL, vol. 935, no. 1-2, 23 November 2001 (2001-11-23), pages 93-103, XP004322066, ISSN: 0021-9673 * abstract, page 95, right-hand column, line 27 - page 96, figure 2* | 1-14 | INV. G01N33/82 G01N33/68 |
| Y | JONES, G., ET AL: "Biological Activity of 1,25-Dihydroxyvitamin D2 in the Chick", BIOCHEMISTRY, vol. 15, no. 3, 1976, pages 713-716, XP002507929, *the whole document, especially figure 2* | 1,3-6,8, 10-13 | |
| X | TSUGAWA N ET AL: "DETERMINATION OF 25-HYDROXYVITAMIN D IN HUMAN PLASMA USING HIGH-PERFORMANCE LIQUID CHROMATOGRAPHY-TANDEM MASS SPECTROMETRY", ANALYTICAL CHEMISTRY, AMERICAN CHEMICAL SOCIETY. COLUMBUS, US, [Online] vol. 77, 2 April 2005 (2005-04-02), pages 3001-3007, XP008075265, ISSN: 0003-2700 | 1-14 | TECHNICAL FIELDS SEARCHED (IPC) G01N C07C |
| Y | *abstract, page 3002, right-hand column, line 26 - page 3003, left-hand column, line 45* | 1-14 | |

-/--

The present search report has been drawn up for all claims

| Place of search | Date of completion of the search | Examiner |
|---|---|---|
| Munich | 16 November 2011 | Lindberg, Pia |

CATEGORY OF CITED DOCUMENTS

X : particularly relevant if taken alone
Y : particularly relevant if combined with another document of the same category
A : technological background
O : non-written disclosure
P : intermediate document

T : theory or principle underlying the invention
E : earlier patent document, but published on, or after the filing date
D : document cited in the application
L : document cited for other reasons

& : member of the same patent family, corresponding document

EPO FORM 1503 03.82 (P04C01)

page 1 of 2

QUESTMS-00002556



Europäisches
Patentamt
European
Patent Office
Office européen
des brevets

**EUROPEAN SEARCH REPORT**

Application Number

EP 11 18 4151

| | DOCUMENTS CONSIDERED TO BE RELEVANT | | |
|---|---|---|---|
| Category | Citation of document with indication, where appropriate, of relevant passages | Relevant to claim | CLASSIFICATION OF THE APPLICATION (IPC) |
| Y | WATSON D ET AL: "ANALYSIS OF VITAMIN D AND ITS METABOLITES USING THERMOSPRAY LIQUID CHROMATOGRAPHY/MASS SPECTROMETRY", BIOMEDICAL CHROMATOGRAPHY, vol. 5, 1 January 1991 (1991-01-01), pages 153-160, XP008075295, * figure 1 * | 1-14 | |
| | | | TECHNICAL FIELDS SEARCHED (IPC) |

The present search report has been drawn up for all claims

| Place of search | Date of completion of the search | Examiner |
|---|---|---|
| Munich | 16 November 2011 | Lindberg, Pia |

CATEGORY OF CITED DOCUMENTS

X : particularly relevant if taken alone
Y : particularly relevant if combined with another document of the same category
A : technological background
O : non-written disclosure
P : intermediate document

T : theory or principle underlying the invention
E : earlier patent document, but published on, or after the filing date
D : document cited in the application
L : document cited for other reasons

& : member of the same patent family, corresponding document

EPO FORM 1503 03.82 (P04C01)

QUESTMS-00002557

| Datum<br>Date<br>Date | cf Form 1507 | Blatt<br>Sheet<br>Feuille | 1 | Anmelde-Nr:<br>Application No: 11 184 151.6<br>Demande n°: |
| --- | --- | --- | --- | --- |

The search opinion is given for the **following application documents**

**Description, Pages**

1-35                      as originally filed

**Claims, Numbers**

1-14                      as originally filed

**Drawings, Sheets**

1/4-4/4                   as originally filed

Reference is made to the following documents; the numbering will be adhered to in the rest of the procedure.

D1      KISSMEYER A-M ET AL: "Sensitive analysis of 1alpha,25-dihydroxyvitamin D3 in biological fluids by liquid chromatography-tandem mass spectrometry",
JOURNAL OF CHROMATOGRAPHY, ELSEVIER SCIENCE PUBLISHERS B.V. AMSTERDAM, NL,
vol. 935, no. 1-2, 23 November 2001 (2001-11-23), pages 93-103, XP004322066,
ISSN: 0021-9673

D2      JONES, G., ET AL: "Biological Activity of 1,25-Dihydroxyvitamin D2 in the Chick",
BIOCHEMISTRY,
vol. 15, no. 3, 1976, pages 713-716, XP002507929,

D3      TSUGAWA N ET AL: "DETERMINATION OF 25-HYDROXYVITAMIN D IN HUMAN PLASMA USING HIGH-PERFORMANCE LIQUID CHROMATOGRAPHY-TANDEM MASS SPECTROMETRY",
ANALYTICAL CHEMISTRY, AMERICAN CHEMICAL SOCIETY. COLUMBUS, US, [Online]
vol. 77, 2 April 2005 (2005-04-02), pages 3001-3007, XP008075265,
ISSN: 0003-2700

QUESTMS-00002558

| Datum<br>Date<br>Date | cf Form 1507 | Blatt<br>Sheet<br>Feuille | 2 | Anmelde-Nr:<br>Application No: 11 184 151.6<br>Demande n°: |
|---|---|---|---|---|

D4    WATSON D ET AL: "ANALYSIS OF VITAMIN D AND ITS METABOLITES
USING THERMOSPRAY LIQUID CHROMATOGRAPHY/MASS
SPECTROMETRY",
BIOMEDICAL CHROMATOGRAPHY,
vol. 5, 1 January 1991 (1991-01-01), pages 153-160, XP008075295,

## 1    Subject-matter of the application

1.1    The present application relates to a method for determining the amount of
vitamin D metabolites in samples by applying HPLC-MS/MS. Especially the
application claims the measurement of 25-hydroxyvitamin $D_3$ (25(OH)D3), 25-
hydroxyvitamin $D_2$ (25(OH)D2), 1,25-dihydroxyvitamin $D_3$ (1,25(OH)2D3) and
1,25-dihydroxyvitamin $D_2$ (1,25(OH)2D2).

## 2    Double patenting

2.1    The present application is a divisional application of its parent application with
the application number EP06749272 and refers to the same subject-matter as
the parent application. However, the parent and the divisional application may
not claim the same subject-matter (see Guidelines, C-IV, 7.4). This means not
only that they must not contain claims of substantially identical scope, but also
that one application must not claim subject-matter claimed in the other, even
in different words. The difference between the claimed subject-matter of the
two applications must be clearly distinguishable (see Guidelines, C-VI, 9.1.6).

If the Applicant considers the subject-matter of the present application to differ
from the parent application, the Applicant is requested to identify the
difference of the presently claimed subject-matter and to indicate the
passages of the description as filed on which the claimed subject-matter is
based. Further the already claimed subject-matter of the parent application
should be excised from the present application.

## 3    Art. 123(2) and 76(1) EPC

3.1    **Claim 14** states that "..*wherein said sample comprises plasma or serum*". It is
not apparent which part of the description provides a basis for the wording that
the sample comprises plasma or serum and possibly something else, Art. 123
(2), 76(1) EPC.

QUESTMS-00002559

| Datum<br>Date<br>Date | cf Form 1507 | Blatt<br>Sheet<br>Feuille | 3 | Anmelde-Nr:<br>Application No: 11 184 151.6<br>Demande n°: |
|---|---|---|---|---|

Based on paragraph [0035] of the description the "sample <u>is</u> a biological sample" and "particularly preferred are samples obtained from a human, such as blood, plasma..". Thus based on the description the sample <u>is</u> plasma or serum.

4 **Clarity**

4.1 **Claim 1** is not considered clear insofar as the step c) refers to the detection of "the <u>presence</u> or amount of one or more of said ions generated in step (a) or (b) or both". The preamble of claim 1 only refers to a method for determining the amount of vitamin D metabolite, Art. 84 EPC.

4.2 **Claims 11** and **12** referring to methods of detection of 1,25-dihydroxyvitamin $D_2$ alone or in a single assay together with 1,25-dihydroxyvitamin $D_3$ are not supported by the description. The only reference to 1,25-dihydroxyvitamin $D_2$ and $D_3$ is made in the description of the application in connection with cross reactivity in the 25OHD2 and 25OHD3 assays (see example 7). The application documents do not disclose any examples of measuring 1,25-dihydroxyvitamin $D_2$ or $D_3$ itself in a sample. The requirements of Art. 84 EPC are thus not fulfilled. See also item 5.4. below.

5 **Novelty and Inventive step**

The application does not fulfil the requirements of Art. 54 and 56 EPC with respect to novelty and inventive step for the following reasons;

5.1 **Document D1** refers to the HPLC-MS/MS analysis of 1,25-dihydroxyvitamin $D_3$ in biological fluids by generating protonated and dehydrated precursor ions, see abstract, page 95, right-hand column, line 27 - page 96 and figure 2. Due to the disclosure of D2, the subject-matter of claims 1-8 and 10-14 is not novel and the subject-matter of claim 9 is not considered inventive over D1, Art. 54 and 56 EPC.

5.2 **Document D2** discloses the analysis of 1,25-dihydroxyvitamin $D_2$ in sample by applying chromatographic separation and mass spectrometry, see D2 the whole document, especially figure 2. As the use of tandem mass spectrometry in the analysis of vitamin D metabolites is known from the prior art (exemplified in documents D1 and D3), the modification of the analysis method of D2 to contain MS/MS analysis is considered obvious. Thus the subject-matter of claims 1, 3-6, 8 and 10-13 is not considered inventive over D2 combined with D1 or D3, Art. 56 EPC.

QUESTMS-00002560

| Datum<br>Date<br>Date | cf Form 1507 | Blatt<br>Sheet<br>Feuille | 4 | Anmelde-Nr:<br>Application No: 11 184 151.6<br>Demande n°: |
|---|---|---|---|---|

5.3 **Document D3** discloses a method for determining in a single assay 25-hydroxyvitamin $D_2$ and 25-hydroxyvitamin $D_3$ in a human plasma sample by applying HPLC- MS/ MS in multiple reaction monitoring mode. The assay detects the precursor/product ion for 25OHD2 ($m/z$ 413,4/355,4) and 25OHD3 ( $m/z$ 401,4/257,0), the $m/z$ representing the protonated and hydrated precursor vitamin D metabolite ions, see D3 abstract and page 3002, right-hand column, line 26 - page 3003, left-hand column, line 45.

The measurement of hydrated or dehydrated ionized analyte molecules is merely one of several straightforward possibilities well known in the art. As also shown in **document D4**, the spectrum of 25-hydroxyvitamin $D_3$ obtained from HPLC-MS run discloses hydrated and dehydrated precursor ions as well as ammonium adduct ions. Depending on which precursor ion mass is selected for further fragmentation, different daughter masses are obtained.

Therefore the subject-matter of claims 1-14 is not considered inventive over the disclosure of D3 alone or in combination with D4, Art. 56 EPC.

5.4 Furthermore it is noted that as already objected above under item 4.2, based on the application documents as filed, no examples have been provided for a method of measuring 1,25-dihydroxyvitamin $D_3$ and/or 1,25-dihydroxyvitamin $D_2$ in a sample by applying (tandem) mass spectrometry. The subject-matter of claims 11 (partially) and 12 thus does not fulfil the requirements of Art. 56 EPC, since the technical problem underlying these claims has not been solved.

6 **Further remarks**

6.1 Reference to documents in the description in form of "which is hereby incorporated by reference" should be deleted from the description as the European application should be self contained (see the Guidelines C-II, 4.19).

QUESTMS-00002561

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 13115916 |
| **Filing Date:** | 25-May-2011 |
| **Title of Invention:** | METHODS FOR DETECTING VITAMIN D METABOLITES BY MASS SPECTROMETRY |
| **First Named Inventor/Applicant Name:** | Nigel Clarke |
| **Filer:** | Anthony Charles Kuhlmann/Cynthia Ortiz |
| **Attorney Docket Number:** | 034827-3606 |

Filed as Large Entity

## Utility under 35 USC 111(a) Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |

QUESTMS-00002562

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| Submission- Information Disclosure Stmt | 1806 | 1 | 180 | 180 |
| **Total in USD ($)** | | | | **180** |

QUESTMS-00002563

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 11621648 |
| **Application Number:** | 13115916 |
| **International Application Number:** | |
| **Confirmation Number:** | 4404 |
| **Title of Invention:** | METHODS FOR DETECTING VITAMIN D METABOLITES BY MASS SPECTROMETRY |
| **First Named Inventor/Applicant Name:** | Nigel  Clarke |
| **Customer Number:** | 30542 |
| **Filer:** | Anthony Charles Kuhlmann/Cynthia Ortiz |
| **Filer Authorized By:** | Anthony Charles Kuhlmann |
| **Attorney Docket Number:** | 034827-3606 |
| **Receipt Date:** | 14-DEC-2011 |
| **Filing Date:** | 25-MAY-2011 |
| **Time Stamp:** | 19:37:37 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Credit Card |
| Payment was successfully received in RAM | $ 180 |
| RAM confirmation Number | 8075 |
| Deposit Account | |
| Authorized User | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|

QUESTMS-00002564

| 1 | Transmittal Letter | 034827-3606IDSTrans.PDF | 90537<br><br>79c6c0a1b4193039462554ef06cd0451420d17e5 | no | 3 |
|---|---|---|---|---|---|

| **Warnings:** |
|---|

| **Information:** |
|---|

| 2 | Information Disclosure Statement (IDS) Form (SB08) | 034827-3606IDSSB08.PDF | 71225<br><br>3ef7d84649e708f4b9a2e8a573bb7493331cbbbe | no | 1 |
|---|---|---|---|---|---|

| **Warnings:** |
|---|

| **Information:** |
|---|

| This is not an USPTO supplied IDS fillable form |
|---|

| 3 | Non Patent Literature | 034827-3607_ESR_12-1-2011.PDF | 295267<br><br>41c56d97d757314e22c5d27dc75a9941ca9a7746 | no | 7 |
|---|---|---|---|---|---|

| **Warnings:** |
|---|

| **Information:** |
|---|

| 4 | Fee Worksheet (SB06) | fee-info.pdf | 30587<br><br>39e682610e3095d56102f0cfe1efa1524f68d50 | no | 2 |
|---|---|---|---|---|---|

| **Warnings:** |
|---|

| **Information:** |
|---|

| | **Total Files Size (in bytes):** | 487616 |
|---|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

Atty. Dkt. No. 034827-3606

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:     Clarke, et al.

Title:        METHODS FOR DETECTING
VITAMIN D METABOLITES
BY MASS SPECTROMETRY

Appl. No.:     13/115,916

Filing Date:    5/25/2011

Examiner:    COLE, Monique T.

Art Unit:     1773

Confirmation  4404
Number:

### INFORMATION DISCLOSURE STATEMENT
### UNDER 37 CFR §1.56

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

Submitted herewith on Form PTO/SB/08 is a listing of a document known to Applicants
in order to comply with Applicants' duty of disclosure pursuant to 37 CFR §1.56.

A copy of each non-U.S. patent document and each non-patent document is being
submitted to comply with the provisions of 37 CFR §1.97 and §1.98.

The submission of any document herewith, which is not a statutory bar, is not intended as
an admission that such document constitutes prior art against the claims of the present
application or that such document is considered material to patentability as defined in 37 CFR
§1.56(b).  Applicants do not waive any rights to take any action which would be appropriate to

4824-6092-2126.1                  -1-

QUESTMS-00002566

Atty. Dkt. No. 034827-3606

## TIMING OF THE DISCLOSURE

The listed document is being submitted in compliance with 37 CFR §1.97(d), before payment of the issue fee.

## RELEVANCE OF EACH DOCUMENT

All of the documents are in English.

Applicants respectfully request that each listed document be considered by the Examiner and be made of record in the present application and that an initialed copy of Form PTO/SB/08 be returned in accordance with MPEP §609.

## STATEMENT

The undersigned hereby states in accordance with 37 CFR §1.704(d) that each item of information contained in the information disclosure statement was first cited in any communication from a patent office in a counterpart foreign or international application or from the Office, and that this communication was not received by any individual designated in 37 CFR §1.56(c) more than thirty days prior to the filing of the information disclosure statement.

The undersigned hereby states in accordance with 37 CFR §1.97(e)(1) that each item of information contained in this information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three (3) months prior to filing of this Statement.

QUESTMS-00002567

Atty. Dkt. No. 034827-3606

## FEE

Fees in the amount of $180.00 to cover the fee associated with an information disclosure statement under 37 CFR §1.97(d) are being paid by credit card via EFS-Web.

The Commissioner is hereby authorized to charge any additional fees which may be required regarding this submission under 37 C.F.R. §§ 1.16-1.17, or credit any overpayment, to Deposit Account No. 19-0741.  Should no proper payment be enclosed herewith, as by the credit card payment instructions in EFS-Web being incorrect or absent, resulting in a rejected or incorrect credit card transaction, the Commissioner is authorized to charge the unpaid amount to Deposit Account No. 19-0741.

Respectfully submitted,

Date __12/14/11__                               By _____

FOLEY & LARDNER LLP                          Anthony C. Kuhlmann
Customer Number: 30542                        Attorney for Applicant
Telephone:    (858) 847-6776                   Registration No. 57,147
Facsimile:    (858) 792-6773

QUESTMS-00002568

## PART B - FEE(S) TRANSMITTAL

**Complete and send this form, together with applicable fee(s), to:** **Mail** **Mail Stop ISSUE FEE**
**Commissioner for Patents**
**P.O. Box 1450**
**Alexandria, Virginia 22313-1450**
or **Fax** **(571)-273-2885**

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

30542      7590      09/16/2011
FOLEY & LARDNER LLP
P.O. BOX 80278
SAN DIEGO, CA 92138-0278

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)

_____ (Signature)

_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/115,916 | 05/25/2011 | Nigel Clarke | 034827-3606 | 4404 |

TITLE OF INVENTION: METHODS FOR DETECTING VITAMIN D METABOLITES BY MASS SPECTROMETRY

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | NO | ~~$XXX~~ $1740 | $300 | $0 | ~~$XXX~~ $2040 | 12/16/2011 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| COLE, MONIQUE T | 1773 | 436-173000 |

**1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).**
☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.
☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

**2. For printing on the patent front page, list**
(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,
(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _Foley & Lardner LLP_
2 _____
3 _____

**3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)**

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE

Quest Diagnostics Investments Incorporated

(B) RESIDENCE: (CITY and STATE OR COUNTRY)

Wilmington, Delaware

Please check the appropriate assignee category or categories (will not be printed on the patent): ☐ Individual ☒ Corporation or other private group entity ☐ Government

**4a. The following fee(s) are submitted:**
☒ Issue Fee
☒ Publication Fee (No small entity discount permitted)
☐ Advance Order - # of Copies _____

**4b. Payment of Fee(s): (Please first reapply any previously paid issue fee shown above)**
☐ A check is enclosed.
☐ Payment by credit card. ~~XXXXXXXXXXXX~~ Via EFS-Web
☒ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number 19-0741 (enclose an extra copy of this form).

**5. Change in Entity Status (from status indicated above)**
☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.       ☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____       Date _12/15/11_

Typed or printed name _Anthony C. Kuhlmann_       Registration No. ~~31,192~~ _57,147_

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85 (Rev. 02/11) Approved for use through 08/31/2013.       OMB 0651-0033       U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

QUESTMS-00002569

## Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 13115916 |
| **Filing Date:** | 25-May-2011 |
| **Title of Invention:** | METHODS FOR DETECTING VITAMIN D METABOLITES BY MASS SPECTROMETRY |
| **First Named Inventor/Applicant Name:** | Nigel Clarke |
| **Filer:** | Anthony Charles Kuhlmann/Mercedes Dipasupil |
| **Attorney Docket Number:** | 034827-3606 |

Filed as Large Entity

### Utility under 35 USC 111(a) Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| Utility Appl issue fee | 1501 | 1 | 1740 | 1740 |
| Publ. Fee- early, voluntary, or normal | 1504 | 1 | 300 | 300 |

QUESTMS-00002570

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | | | **Total in USD ($)** | **2040** |

QUESTMS-00002571

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 11632744 |
| **Application Number:** | 13115916 |
| **International Application Number:** | |
| **Confirmation Number:** | 4404 |
| **Title of Invention:** | METHODS FOR DETECTING VITAMIN D METABOLITES BY MASS SPECTROMETRY |
| **First Named Inventor/Applicant Name:** | Nigel  Clarke |
| **Customer Number:** | 30542 |
| **Filer:** | Anthony Charles Kuhlmann/Mercedes Dipasupil |
| **Filer Authorized By:** | Anthony Charles Kuhlmann |
| **Attorney Docket Number:** | 034827-3606 |
| **Receipt Date:** | 15-DEC-2011 |
| **Filing Date:** | 25-MAY-2011 |
| **Time Stamp:** | 19:45:25 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Credit Card |
| Payment was successfully received in RAM | $ 2040 |
| RAM confirmation Number | 7085 |
| Deposit Account | |
| Authorized User | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|

QUESTMS-00002572

| 1 | | 034827-3606_IFT.pdf | 125896 | yes | 2 |
| | | | 96cd921fea3767107825d6792832aaf56b49de20 | | |

| | Multipart Description/PDF files in .zip description | | | |
| | **Document Description** | **Start** | **End** | |
| | Miscellaneous Incoming Letter | 1 | 1 | |
| | Issue Fee Payment (PTO-85B) | 2 | 2 | |

**Warnings:**

**Information:**

| 2 | Fee Worksheet (SB06) | fee-info.pdf | 32278 | no | 2 |
| | | | a03ba8ab345640dc831553c316ae6384fac2878f | | |

**Warnings:**

**Information:**

| | **Total Files Size (in bytes):** | | 158174 | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

QUESTMS-00002573

Atty. Dkt. No. 034827-3606

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Applicant: | Clarke, et al. |
| Title: | METHODS FOR DETECTING VITAMIN D METABOLITES BY MASS SPECTROMETRY |
| Appl. No.: | 13/115,916 |
| Filing Date: | 5/25/2011 |
| Examiner: | COLE, Monique T. |
| Art Unit: | 1773 |
| Confirmation Number: | 4404 |

### ISSUE FEE TRANSMITTAL

Mail Stop Issue Fee
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

Enclosed herewith please find Issue Fee Transmittal Form PTOL-85(B).

Fees in the amount of $2,040.00 for payment of the Issue Fee and the Publication Fee are being paid by credit card via EFS-Web.

The Commissioner is hereby authorized to charge any additional fees which may be required regarding this application under 37 C.F.R. §§ 1.16-1.17, or credit any overpayment, to Deposit Account No. 19-0741. Should no proper payment be enclosed herewith, as by the credit card payment instructions in EFS-Web being incorrect or absent, resulting in a rejected or incorrect credit card transaction, the Commissioner is authorized to charge the unpaid amount to Deposit Account No. 19-0741.

Respectfully submitted,

Date   12/15/11                     By _____

FOLEY & LARDNER LLP                 Barry S. Wilson, Reg. No. 39,431
Customer Number: 30542              Anthony C. Kuhlmann,    Reg. No. 57,147
Telephone:   (858) 847-6776         Attorneys for Applicant
Facsimile:   (858) 792-6773

QUESTMS-00002574



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 13/115,916 | 05/25/2011 | 1773 | 1546 | 034827-3606 | 23 | 2 |

**CONFIRMATION NO. 4404**

30542
FOLEY & LARDNER LLP
P.O. BOX 80278
SAN DIEGO, CA 92138-0278

**CORRECTED FILING RECEIPT**


*OC000000051513305*

Date Mailed: 12/19/2011

Receipt is acknowledged of this non-provisional patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please submit a written request for a Filing Receipt Correction. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections**

**Applicant(s)**
    Nigel Clarke, Oceanside, CA;
    Brett Holmquist, Mission Viejo, CA;
    Gloria Kwangja Lee, Irvine, CA;
    Richard E. Reitz, San Clemente, CA;

**Assignment For Published Patent Application**
    Quest Diagnostics Investments Incorporated

**Power of Attorney:** The patent practitioners associated with Customer Number 30542

**Domestic Priority data as claimed by applicant**
    This application is a CON of 11/386,215 03/21/2006 PAT 7972867
    which is a CIP of 11/101,166 04/06/2005 PAT 7745226

**Foreign Applications** (You may be eligible to benefit from the **Patent Prosecution Highway** program at the USPTO. Please see http://www.uspto.gov for more information.)

**If Required, Foreign Filing License Granted:** 06/06/2011

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 13/115,916**

**Projected Publication Date:** Not Applicable

**Non-Publication Request:** No

**Early Publication Request:** No

page 1 of 3

QUESTMS-00002575

**Title**

METHODS FOR DETECTING VITAMIN D METABOLITES BY MASS SPECTROMETRY

**Preliminary Class**

436

# PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4158).

# LICENSE FOR FOREIGN FILING UNDER
## Title 35, United States Code, Section 184
## Title 37, Code of Federal Regulations, 5.11 & 5.15

**GRANTED**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as

QUESTMS-00002576

set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

**NOT GRANTED**

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

---

## *SelectUSA*

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation and commercialization of new technologies. The USA offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to encourage, facilitate, and accelerate business investment. To learn more about why the USA is the best country in the world to develop technology, manufacture products, and grow your business, visit SelectUSA.gov.

QUESTMS-00002577

Uɴɪᴛᴇᴅ Sᴛᴀᴛᴇs Pᴀᴛᴇɴᴛ ᴀɴᴅ Tʀᴀᴅᴇᴍᴀʀᴋ Oꜰꜰɪᴄᴇ

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/115,916 | 05/25/2011 | Nigel Clarke | 034827-3606 | 4404 |

30542          7590          12/23/2011

FOLEY & LARDNER LLP
P.O. BOX 80278
SAN DIEGO, CA 92138-0278

| EXAMINER |
|---|
| COLE, MONIQUE T |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1773 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 12/23/2011 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A  (Rev. 04/07)

QUESTMS-00002578

**UNITED STATES DEPARTMENT OF COMMERCE**
**U.S. Patent and Trademark Office**
Address : COMMISSIONER FOR PATENTS
　　　　　P.O. Box 1450
　　　　　Alexandria, Virginia 22313-1450

| APPLICATION NO./ CONTROL NO. | FILING DATE | FIRST NAMED INVENTOR / PATENT IN REEXAMINATION | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 13/115,916 | 25 May 2011 | CLARKE ET AL. | 034827-3606 |

FOLEY & LARDNER LLP
P.O. BOX 80278
SAN DIEGO, CA  92138-0278

| EXAMINER |
|---|
| MONIQUE COLE |

| ART UNIT | PAPER |
|---|---|
| 1773 | 20111219 |

DATE MAILED:

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner for Patents

Attached please find an initialed 114 from 14 December 2011.

/Jill Warden/
Supervisory Patent Examiner, Art Unit 1773

PTO-90C (Rev.04-03)

QUESTMS-00002579

Receipt date: 12/14/2011

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT**<br><br>Date Submitted: December 14, 2011<br><br>*(use as many sheets as necessary)* | Application Number | 13/115,916 |
| | Filing Date | 5/25/2011 |
| | First Named Inventor | Nigel Clarke |
| | Art Unit | 1773 |
| | Examiner Name | COLE, Monique T. |
| Sheet | 1 | of | 1 | Attorney Docket Number | 034827-3606 |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number<br>Number-Kind Code[2] *(if known)* | Publication Date<br>MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | | | | |

### UNPUBLISHED U.S. PATENT APPLICATION DOCUMENTS

| Examiner Initials* | Cite No.[1] | U.S. Patent Application Document<br>Serial Number-Kind Code[2] *(if known)* | Filing Date of Cited Document<br>MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | | | | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document<br>Country Code[3] Number[4] Kind Code[5] *(if known)* | Publication Date<br>MM-DD-YYYY | Name of Patentee or Applicant of Cited Documents | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | | | | | |

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
|---|---|---|---|
| /M.C./ | A1 | International Search Report dated 12/1/2011 in application EP 11184151.6 (034827-3607) | |
| | | | |

| Examiner Signature | /Monique Cole/ | Date Considered | /Monique Cole/ |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

4826-4494-7214.1

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

QUESTMS-00002580



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

Bib Data Sheet

CONFIRMATION NO. 4404

| SERIAL NUMBER 13/115,916 | FILING OR 371(c) DATE 05/25/2011 RULE | CLASS 436 | GROUP ART UNIT 1773 | ATTORNEY DOCKET NO. 034827-3606 |
|---|---|---|---|---|

**APPLICANTS**
    Nigel Clarke, Oceanside, CA;
    Brett Holmquist, Mission Viejo, CA;
    Gloria Kwangja Lee, Irvine, CA;
    Richard E. Reitz, San Clemente, CA;

** CONTINUING DATA **************************

** FOREIGN APPLICATIONS ********************

**IF REQUIRED, FOREIGN FILING LICENSE GRANTED**
** 06/06/2011

| Foreign Priority claimed ☐ yes ☒ no<br>35 USC 119 (a-d) conditions met ☐ yes ☐ no ☐ Met after Allowance<br>Verified and Acknowledged _____ Examiner's Signature _____ Initials | STATE OR COUNTRY CA | SHEETS DRAWING 4 | TOTAL CLAIMS 23 | INDEPENDENT CLAIMS 2 |
|---|---|---|---|---|

**ADDRESS**
30542

**TITLE**
METHODS FOR DETECTING VITAMIN D METABOLITES BY MASS SPECTROMETRY

| FILING FEE RECEIVED 1246 | FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT No. _____ for following: | ☐ All Fees<br>☐ 1.16 Fees ( Filing )<br>☐ 1.17 Fees ( Processing Ext. of time )<br>☐ 1.18 Fees ( Issue )<br>☐ Other _____<br>☐ Credit |
|---|---|---|

QUESTMS-00002581

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | ISSUE DATE | PATENT NO. | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/115,916 | 01/24/2012 | 8101427 | 034827-3606 | 4404 |

30542        7590        01/04/2012

FOLEY & LARDNER LLP
P.O. BOX 80278
SAN DIEGO, CA 92138-0278

# ISSUE NOTIFICATION

The projected patent number and issue date are specified above.

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(application filed on or after May 29, 2000)

The Patent Term Adjustment is 0 day(s). Any patent to issue from the above-identified application will include an indication of the adjustment on the front page.

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Application Assistance Unit (AAU) of the Office of Data Management (ODM) at (571)-272-4200.

APPLICANT(s) (Please see PAIR WEB site http://pair.uspto.gov for additional applicants):

Nigel Clarke, Oceanside, CA;
Brett Holmquist, Mission Viejo, CA;
Gloria Kwangja Lee, Irvine, CA;
Richard E. Reitz, San Clemente, CA;

IR103 (Rev. 10/09)

QUESTMS-00002582

Atty. Dkt. No. 034827-3606

### *IN THE UNITED STATES PATENT AND TRADEMARK OFFICE*

Applicant:      Clarke, et al.

Title:          METHODS FOR DETECTING
                VITAMIN D METABOLITES
                BY MASS SPECTROMETRY

Patent. No.:    8,101,427

Issue Date:     1/24/2012

Examiner:       COLE, Monique T.

Art Unit:       1773

Confirmation    4404
Number:

### REQUEST FOR CERTIFICATE OF CORRECTION FOR
### PTO MISTAKE PURSUANT TO 37 C.F.R. § 1.322(a)

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Commissioner:

Enclosed, is a Certificate of Correction, Form PTO-1050, for United States Patent

Number 8,101,427 issued January 24, 2012.  The following Patent Office printing errors appear

in the issued patent:

### ON THE FRONT PAGE OF THE PATENT

Please correct the following:

In Item (75), the third inventor's name "Kwang-Ja Lee" should read –Gloria Kwang-Ja

Lee

-1-

QUESTMS-00002583

Atty. Dkt. No. 034827-3606

Related U.S. Application Data is missing.  After Item (22), please insert the following paragraph:

--This application claims priority under 35 U.S.C. § 120 to U.S. application Ser. No. 11/101,166 (now U.S. Pat. No. 7,745,226), filed Apr. 6, 2005, and to U.S. application Ser. No. 11/386,215, filed Mar. 21, 2006, incorporated herein by reference in their entirety--

## IN THE CLAIMS

Please correct the following:

Claim 23, line 25 "D3" should read $D_3$.

Applicant submits that the above changes would not constitute new matter, and correction thereof would not require reexamination.

Pursuant to 37 C.F.R. §1.322, Applicant requests that the enclosed Certificate of Correction be approved.

Although Applicant believes that no fee is required for this Request, the Commissioner is hereby authorized to charge any additional fees which may be required for this Request to Deposit Account No. 19-0741.

Respectfully submitted,

Date  3/28/12                           By

FOLEY & LARDNER LLP                     Barry S. Wilson, Reg. No. 39,431
Customer Number: 30542                  Anthony C. Kuhlmann, Reg. No. 57,147
Telephone:    (858) 847-6776            Attorneys for Applicant
Facsimile:    (858) 792-6773

-2-

QUESTMS-00002584

MODIFIED PTO/SB/44 (04-05)
Approved for use through 04/30/2007.  OMB 0651-0033
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.
(Also Form PTO-1050)

## UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.            :      8,101,427

APPLICATION NO.      :      13/115,916

DATED                  :      1/24/2012

INVENTOR(S)          :      Nigel Clarke; Brett Holmquist; Kwang-Ja Lee; Richard E. Reitz

    It is certified that an error appears or errors appear in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

(75)  "Kwang-Ja Lee" should read –Gloria Kwang-Ja Lee--

(62) --This application claims priority under 35 U.S.C. § 120 to U.S. application Ser. No. 11/101,166 (now U.S. Pat. No. 7,745,226), filed Apr. 6, 2005, and to U.S. application Ser. No. 11/386,215, filed Mar. 21, 2006, incorporated herein by reference in their entirety--

## IN THE CLAIMS

Claim 23, line 25 "D3" should read $D_3$

MAILING ADDRESS OF SENDER (Please do not use customer number below):

P.O. Box 80278
San Diego, California  92138-0278

This collection of information is required by 37 CFR 1.322, 1.323, and 1.324. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1.0 hour to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer,
U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: **Attention Certificate of Corrections Branch, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

4820-5097-8575.1

QUESTMS-00002585

MODIFIED PTO/SB/44 (04-05)
Approved for use through 04/30/2007.  OMB 0651-0033
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.
(Also Form PTO-1050)

## UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.          :   8,101,427

APPLICATION NO.     :   13/115,916

DATED               :   1/24/2012

INVENTOR(S)         :   Nigel Clarke; Brett Holmquist; Kwang-Ja Lee; Richard E. Reitz

It is certified that an error appears or errors appear in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

(75)  "Kwang-Ja Lee" should read –Gloria Kwang-Ja Lee--

(62) --This application claims priority under 35 U.S.C. § 120 to U.S. application Ser. No. 11/101,166 (now U.S. Pat. No. 7,745,226), filed Apr. 6, 2005, and to U.S. application Ser. No. 11/386,215, filed Mar. 21, 2006, incorporated herein by reference in their entirety--

## IN THE CLAIMS

Claim 23, line 25 "D3" should read $D_3$

MAILING ADDRESS OF SENDER (Please do not use customer number below):

P.O. Box 80278
San Diego, California  92138-0278

This collection of information is required by 37 CFR 1.322, 1.323, and 1.324. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1.0 hour to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: **Attention Certificate of Corrections Branch, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

4820-5097-8575.1

QUESTMS-00002586

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 12440941 |
| **Application Number:** | 13115916 |
| **International Application Number:** | |
| **Confirmation Number:** | 4404 |
| **Title of Invention:** | METHODS FOR DETECTING VITAMIN D METABOLITES BY MASS SPECTROMETRY |
| **First Named Inventor/Applicant Name:** | Nigel Clarke |
| **Customer Number:** | 30542 |
| **Filer:** | Anthony Charles Kuhlmann/Mercedes Dipasupil |
| **Filer Authorized By:** | Anthony Charles Kuhlmann |
| **Attorney Docket Number:** | 034827-3606 |
| **Receipt Date:** | 30-MAR-2012 |
| **Filing Date:** | 25-MAY-2011 |
| **Time Stamp:** | 20:52:31 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Request for Certificate of Correction | 034827-3606_Cert-of-CorrTrans.pdf | 135648 / 96ba6f62e2ce521d8d106cfa7375d71a71a9386b | no | 4 |

| | |
|---|---|
| Warnings: | |
| Information: | |

QUESTMS-00002587

Total Files Size (in bytes):                                                    135648

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

QUESTMS-00002588

## SPE RESPONSE FOR CERTIFICATE OF CORRECTION

DATE            :  _____ April 5, 2012 _____

TO SPE OF     : ART UNIT ____ 1773 ____

SUBJECT      : Request for Certificate of Correction for Appl. No.: **13115916** ____ Patent No.: __ **8101427** ___

CofC  mailroom date**: Mar. 30,**
**2012** _____

Please respond to this request for a certificate of correction within 7 days.

### FOR IFW FILES:

Please review the requested changes/corrections as shown in the **COCIN** document(s) in the IFW application image.  No new matter should be introduced, nor should the scope or meaning of the claims be changed.

Please complete the response (see below) and forward the completed response to scanning using document code **COCX.**

### FOR PAPER FILES:

Please review the requested changes/corrections as shown in the attached certificate of correction.  Please complete this form (see below) and forward it with the file to:

**Certificates of Correction Branch (CofC)**
**Randolph Square – 9D10-A**
**Palm Location 7580**

Note: _____

_____                    _____

**Certificates of Correction Branch**

**703-756-1814** _____

### Thank You For Your Assistance

**The request for issuing the above-identified correction(s) is hereby:**
Note your decision on the appropriate box.

❏ **Approved**              **All** changes apply.

❏ **Approved in Part**      Specify below which changes **do not** apply.

❏ **Denied**                State the reasons for denial below.

**Comments:** _____

_____

_____

_____

_____

PTOL-306 (REV. 7/03)                    U.S. DEPARTMENT OF COMMERCE Patent and Trademark Office

**SPE RESPONSE FOR CERTIFICATE OF CORRECTION**

| SPE | Art Unit |
|---|---|
| | |

PTOL-306 (REV. 7/03)                                                     U.S. DEPARTMENT OF COMMERCE Patent and Trademark Office

QUESTMS-00002590

 United States Patent and Trademark Office

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia  22313-1450
www.uspto.gov

| APPLICATION NUMBER | PATENT NUMBER | GROUP ART UNIT | FILE WRAPPER LOCATION |
| --- | --- | --- | --- |
| 13/115,916 | 8101427 | 1773 | 9200 |

## Correspondence Address/Fee Address Change

**The following fields have been set to Customer Number 23524 on 09/06/2012**
  • **Correspondence Address**

**The address of record for Customer Number 23524 is:**

**23524
FOLEY & LARDNER LLP
150 EAST GILMAN STREET
P.O. BOX 1497
MADISON, WI 53701-1497**

PART 1 - ATTORNEY/APPLICANT COPY
page 1 of 1

QUESTMS-00002591

SPE RESPONSE FOR CERTIFICATE OF CORRECTION

**Paper No.**:20130306

**DATE**        : March 6, 2013

**TO SPE OF** : ART UNIT 1773

**SUBJECT**    : Request for Certificate of Correction on Patent No.: 8,101,427

A response is requested with respect to the accompanying request for a certificate of correction.

Please complete this form and return with file, within **7** days to:
**Certificates of Correction Branch - PK 3-910**
Palm location **7590** - Tel. No. 305-8201

With respect to the change(s) requested, correcting Office and/or Applicant's errors, <u>should the patent read as shown in the certificate of correction</u>?  No new matter should be introduced, nor should the scope or meaning of the claims be changed.

**Thank You For Your Assistance**              _____
                                              **Certificates of Correction Branch**

---

**The request for issuing the above-identified correction(s) is hereby:**
Note your decision on the appropriate box.

☐ **Approved**              **All** changes apply.

☒ **Approved in Part**      Specify below which changes **do not** apply.

☐ **Denied**                State the reasons for denial below.

**Comments:**

The continuity data is correct in the patent and does not need to be corrected.

**SPE:** /Jill Warden/              **Art Unit** 1773

PTOL-306 (Rev. 7/03)                              U.S. DEPARTMENT OF COMMERCE Patent and Trademark Office

QUESTMS-00002592



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
ASSISTANT SECRETARY OF COMMERCE AND
COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

Date: March 9, 2013

Patent No.      : 8,101,427 B2
Application No.: 13/115,916
Issued           : January 24, 2012
Inventor         : Clarke, et al.
Title            : **METHODS FOR DETECTING VITAMIN D METABOLITES BY MASS SPECTROMETRY**

RE: Certificate of Correction

Consideration has been given your request for the issuance of a certificate of correction, for the above-identified patent under the provision of Rule 1.322 or R1.323.

Respecting the alleged error, on the title page item (62), the continuity data is correct in the patent and does not need to be corrected.  Therefore, no correction(s) is in order here under United States Codes (U.S.C.) 254 or 255 the Code of Federal Regulation (C.F.R.) R1.322 or R.1 323.

In view of the foregoing, your request is hereby denied.

A certificate of correction will be issued to correct the remaining errors noted in your request.

Further correspondence concerning this matter should be filed and directed to Decisions and Certificates of Correction Branch. Any response must be filed within a four week period.

Valerie Jackson
Decisions & Certificates
 of Correction Branch
(571) 272-3423

Foley & Lardner LLP
P.O. Box 80278
San Diego, CA  92138-0278

vj

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.          : 8,101,427 B2                                    Page 1 of 1
APPLICATION NO.     : 13/115916
DATED               : January 24, 2012
INVENTOR(S)         : Nigel Clarke et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

On the title page item (75) "Kwang-Ja Lee" should read --Gloria Kwang-Ja Lee--

**IN THE CLAIMS**
Claim 23, line 25 "D3" should read --$D_3$--

Signed and Sealed this
Ninth Day of April, 2013

*Teresa Stanek Rea*

Teresa Stanek Rea
*Acting Director of the United States Patent and Trademark Office*

QUESTMS-00002594

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.         : 8,101,427 B2                                                    Page 1 of 1
APPLICATION NO.    : 13/115916
DATED              : January 24, 2012
INVENTOR(S)        : Nigel Clarke et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

On the title page item (75) "Kwang-Ja Lee" should read --Gloria Kwang-Ja Lee--

**IN THE CLAIMS**
Claim 23, Column 22, line 25 "D3" should read --$D_3$--

This certificate supersedes the Certificate of Correction issued April 9, 2013.

Signed and Sealed this
Thirtieth Day of April, 2013

Teresa Stanek Rea
*Acting Director of the United States Patent and Trademark Office*

QUESTMS-00002595



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | PATENT NUMBER | GROUP ART UNIT | FILE WRAPPER LOCATION |
|---|---|---|---|
| 13/115,916 | 8101427 | 1773 | 9200 |

OC0000000081247 81

## Correspondence Address/Fee Address Change

**The following fields have been set to Customer Number 109855 on 01/15/2014**
- **Correspondence Address**
- **Maintenance Fee Address**

**The address of record for Customer Number 109855 is:**

109855
Quest Diagnostics
1311 Calle Batido
San Clemente, CA 92673

PART 1 - ATTORNEY/APPLICANT COPY
page 1 of 1

QUESTMS-00002596

AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____District of Delaware_____ on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED<br>9/17/2018 | U.S. DISTRICT COURT<br>District of Delaware |
|---|---|---|
| **PLAINTIFF**<br><br>QUEST DIAGNOSTICS INVESTMENTS LLC | | **DEFENDANT**<br><br>LABORATORY CORPORATION OF AMERICA HOLDINGS, ESOTERIX, INC. and ENDOCRINE SCIENCES, INC. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 8,409,862 B2 | 4/2/2013 | Quest Diagnostics Investments LLC |
| 2 | 8,101,427 B2 | 1/24/2012 | Quest Diagnostics Investments LLC |
| 3 | 7,972,867 B2 | 7/5/2011 | Quest Diagnostics Investments LLC |
| 4 | 7,972,868 B2 | 7/5/2011 | Quest Diagnsotics Investments LLC |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1---Upon initiation of action, mail this copy to Director   Copy 3---Upon termination of action, mail this copy to Director**
**Copy 2---Upon filing document adding patent(s), mail this copy to Director   Copy 4---Case file copy**

QUESTMS-00002597