IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| QUEST DIAGNOSTICS INVESTMENTS LLC, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 18-1436 (MN) |
| | ) | |
| LABORATORY CORPORATION OF AMERICA HOLDINGS, ESOTERIX, INC., and ENDOCRINE SCIENCES, INC., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Having reviewed the parties Joint Claim Construction Chart (D.I. 72, 73), IT IS

HEREBY ORDERED this 26th day of September 2019 that:

On or before October 1, 2019, the parties shall resubmit Exhibit A in substantially

the same form as the sample attached hereto identifying no more than a total of ten (10) terms to

be argued at the *Markman* hearing.[1]

The Honorable Maryellen Noreika
United States District Judge

---

[1]   It is not clear how many different terms the parties have identified for construction in the Joint Claim Construction Chart submitted.  To the extent that there are more than ten terms identified in the current version of the Joint Claim Construction Chart (Exhibit A to D.I. 72), the parties may brief, in dispositive motions, any terms listed in that version that have not been addressed but still require construction.

## SAMPLE CHART

| No. | Term Patent / Claim | Plaintiff's Proposed Construction | Plaintiff's Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|---|
| 1. | "disputed term"<br><br>'XXX Patent – Claim(s) 1, 3, 4<br><br>'YYY Patent – Claim(s) 4, 5, 6 | | | | |
| 2. | "disputed term"<br><br>'XXX Patent – Claim(s) 1, 3, 4<br><br>'YYY Patent – Claim(s) 4, 5, 6<br><br>'ZZZ Patent – Claim(s) 1, 3, 5, 22 | | | | |