IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUEST DIAGNOSTICS INVESTMENTS LLC,<br><br>Plaintiff,<br><br>v.<br><br>LABORATORY CORPORATION OF AMERICA HOLDINGS, ESOTERIX, INC., and ENDOCRINE SCIENCES, INC.,<br><br>Defendants. | C.A. No. 1:18-cv-01436 (MN)<br><br>**DEMAND FOR JURY TRIAL** |

## JOINT APPENDIX OF EXHIBITS TO JOINT CLAIM CONSTRUCTION BRIEF
## VOLUME I

MORRIS JAMES LLP
Kenneth L. Dorsney (#3726)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: 320.880.6800
kdorsney@morrisjames.com

*Of Counsel:*
Adam R. Gahtan (agahtan@fenwick.com)
Kevin X. McGann (kmcgann@fenwick.com)
Eric M. Majchrzak (emajchrzak@fenwick.com)
FENWICK & WEST LLP
902 Broadway, Suite 14
New York, NY 10010
Telephone: 212.430.2600
emajchrzak@fenwick.com

Melanie L. Mayer (mmayer@fenwick.com)
Elizabeth B. Hagan (ehagan@fenwick.com)
FENWICK & WEST LLP
1191 Second Avenue, 10th Floor
Seattle, WA 98101
Telephone: 206.389.4510

*Attorneys for Plaintiff*

WILSON SONSINI GOODRICH & ROSATI, P.C.
Ian R. Liston (#5507)
Johanna Peuscher-Funk (#6451)
222 Delaware Avenue, Suite 800
Wilmington, DE 19801
Telephone: 302.304.7600
iliston@wsgr.com
jpeuscherfunk@wsgr.com

*Of Counsel:*
Edward G. Poplawski (epoplawski@wsgr.com)
Oliva M. Kim (okim@wsgr.com)
Erik Carlson (ecarlson@wsgr.com)
Wilson Sonsini Goodrich & Rosati, P.C.
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071
Telephone: 323.210.2900

Matias Ferrario
Kilpatrick Townsend & Stockton LLP
1001 West Fourth Street
Winston-Salem, NC 27101-2400
Telephone: 336.607.7300
mferrario@kilpatricktownsend.com

*Attorneys for Defendants*

| EXHIBIT | DESCRIPTION | PAGE RANGE |
|---|---|---|
| A | Second Amended Joint Claim Construction Chart | 0001 – 0007 |
| B | U.S. Patent No. 8,409,862 | 0008 – 0022 |
| C | U.S. Patent No. 7,972,867 | 0023 – 0042 |
| D | U.S. Patent No. 8,101,427 | 0043 – 0063 |
| E | U.S. Patent No. 7,972,868 | 0064 – 0077 |
| F | File History for U.S. Patent No. 8,409,862 | 0078 – 0514 |
| G | File History for U.S. Patent No. 7,972,867 | 0515 – 1660 |
| H | File History for U.S. Patent No. 8,101,427 | 1661 – 1906 |
| I | Excerpts from File History for U.S. Patent No. 8,409,862 (Request for Continued Examination, dated March 28, 2012 | 1907 – 1928 |
| J | Excerpts from Merriam-Webster's Collegiate Dictionary (11th ed.) | 1929 – 1933 |
| K | U.S. Patent No. 7,348,137 | 1934 – 1948 |
| L | Exhibit A to Quest Diagnostics Investments LLC's April 12, 2019 Paragraph 4(c) Disclosures | 1949 – 1961 |
| M | Analytical Validation Report for Quantification of Testosterone in Serum by Liquid-Liquid Extraction (LC00000600-653) | 1962 – 2016 |
| N | Declaration of Deborah French, Ph.D., in Support of Defendant LabCorp's Answering Claim Construction Brief | 2017 – 2045 |
| O | Declaration of Leonard J. Chyall, Ph.D. | 2046 – 2067 |
| P | Excerpt from the Rough Transcript of the Deposition of Dr. Robert Fitzgerald | 2068 – 2073 |

1

2

| MORRIS JAMES LLP | WILSON SONSINI GOODRICH & ROSATI, P.C. |
|---|---|

/*s*/ Kenneth L Dorsney
Kenneth L. Dorsney (#3726)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
Telephone: 302.888.6800
kdorsney@morrisjames.com

OF COUNSEL:

Adam R. Gahtan (admitted *Pro Hac Vice*)
Kevin X. McGann (admitted *Pro Hac Vice*)
Eric M. Majchrzak (admitted *Pro Hac Vice*)
FENWICK & WEST LLP
902 Broadway, Suite 14
New York, NY 10010-6035
Telephone: 212.921.2001
agahtan@fenwick.com
kmcgann@fenwick.com
emajchrzak@fenwick.com

Melanie L. Mayer (admitted *Pro Hac Vice*)
Elizabeth B. Hagan (admitted *Pro Hac Vice*)
FENWICK & WEST LLP
1191 Second Avenue, 10th Floor
Seattle, WA 98101
Telephone: 206.389.4510
mmayer@fenwick.com
ehagan@fenwick.com

*Attorneys for Plaintiff Quest Diagnostics Investments LLC*

Dated: December 5, 2019

/*s*/ Ian Liston
Ian R. Liston (#5507)
Johanna Peuscher-Funk (#6451)
222 Delaware Avenue, Suite 800
Wilmington, DE 19801
Telephone: 302.304.7600
iliston@wsgr.com
jpeuscherfunk@wsgr.com

OF COUNSEL:

Edward G. Poplawski
Oliva M. Kim
Erik Carlson
WILSON SONSINI GOODRICH & ROSATI, P.C.
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071
Telephone: 323.210.2900
epoplawski@wsgr.com
okim@wsgr.com
ecarlson@wsgr.com

Matias Ferrario
KILPATRICK TOWNSEND & STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC 27101-2400
Telephone: 336.607.7300
mferrario@kilpatricktownsend.com

*Attorneys for Defendants Laboratory Corporation of America Holdings, Esoterix, Inc., and Endocrine Sciences, Inc.*

## CERTIFICATE OF SERVICE

I, Kenneth L. Dorsney, hereby certify that on December 5, 2019, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed.

I further certify that on the same date the attached document was electronically mailed to the following person(s):

Ian R. Liston
Johanna Peuscher-Funk
WILSON SONSINI GOODRICH & ROSATI, P.C.
222 Delaware Avenue, Suite 800
Wilmington, DE 19801
iliston@wsgr.com
jpeuscherfunk@wsgr.com

*Attorneys for Defendants*

Edward G. Poplawski
Olivia M. Kim
Erik Carlson
WILSON SONSINI GOODRICH & ROSATI, P.C.
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071
epoplawski@wsgr.com
okim@wsgr.com
ecarlson@wsgr.com

*Attorneys for Defendants*

Matias Ferrario
KILPATRICK TOWNSEND & STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC 27101
mferrario@kilpatricktownsend.com

*Attorneys for Defendants*

Dated: December 5, 2019

      */s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com

*Attorneys for Plaintiff*