

Kenneth L. Dorsney
302.888.6855
kdorsney@morrisjames.com

December 5, 2019

**VIA EFILING and HAND DELIVERY**
The Honorable Maryellen Noreika
J. Caleb Boggs Federal Building
844 N. King Street, Unit 19
Wilmington, DE 19801-3555

      **RE:**   *Quest Diagnostics Investments LLC v. Laboratory Corporation of America Holdings, et al.,* **No. 18-1436-MN (D. Del.)**

Your Honor:

      The Court's December 5th Order required the parties to narrow claim construction disputes. Although we were unable to file the Joint Appendix until today, we are pleased to report a reduction of claim term disputes from fifteen (including duplicates across claims) to 6. We will continue to meet and confer to attempt to narrow the disputes further in view of the Court's Order earlier today.

Should Your Honor have any questions or concerns regarding the foregoing, counsel for the parties are available at the Court's convenience.

                                  Respectfully,

                                  *Kenneth L. Dorsney*

                                Kenneth L. Dorsney (#3726)
                                kdorsney@morrisjames.com

cc: All counsel of record (via CM/ECF and electronic mail)

500 Delaware Avenue, Suite 1500   |   Wilmington, DE 19801-1494   **T** 302.888.6800   **F** 302.571.1750
**Mailing Address**   P.O. Box 2306   |   Wilmington, DE 19899-2306   www.morrisjames.com
11408368/1