

Kenneth L. Dorsney
302.888.6855
kdorsney@morrisjames.com

December 11, 2019

**VIA EFILING and HAND DELIVERY**
The Honorable Maryellen Noreika
J. Caleb Boggs Federal Building
844 N. King Street, Unit 19
Wilmington, DE 19801-3555

      **RE:**   *Quest Diagnostics Investments LLC v. Laboratory Corporation of America Holdings, et al.,* **No. 18-1436-MN (D. Del.)**

Your Honor:

      In accordance with the Court's December 5, 2019 Order (D.I. 86), the parties have further met and conferred to attempt to reach agreement and focus the disputes regarding the remaining disputed claim terms. During prior exchanges, the parties had already reduced the number of disputed terms from fifteen to ten. *Compare* D.I. 72-1 and D.I. 75. During claim construction briefing, the parties further conferred to narrow the disputed terms to six terms. *See* Second Amended Joint Claim Construction Chart, D.I. 87-1 at Joint Appendix 1–6.

      On Friday, December 6, 2019, Adam Gahtan, Melanie Mayer, and Liz Hagan of Fenwick & West LLP, and Delaware counsel Kenneth Dorsney of Morris James LLP, on behalf of Plaintiff, met and conferred telephonically for thirty minutes with Erik Carlson and Delaware counsel Ian Liston, both of Wilson Sonsini Goodrich & Rosati, on behalf of Defendants. On Tuesday, December 10, 2019, Mr. Gahtan, Ms. Hagan, and Mr. Dorsney met and conferred telephonically for an additional ten minutes with Mr. Carlson and Mr. Liston. On both occasions, the parties discussed each of the remaining six claim terms in dispute. The parties further conferred by email on December 10th and 11th. Despite these good faith efforts, the parties were unable to agree on additional constructions or further narrow their claim construction disputes.

      Although six terms remain disputed, the parties expect significant overlap in their arguments on the following term pairs: (a) "ionizing" and "testosterone ions"; and (b) "relating the detected ions to the presence or amount of said 25-hydroxyvitamin $D_2$ in said sample" and "relating the detected ions to the amount of said vitamin D metabolite in said sample."

      Should Your Honor have any questions or concerns regarding the foregoing, counsel for the parties are available at the Court's convenience.



The Honorable Maryellen Noreika
December 11, 2019
Page 2

                                                Respectfully,

                                                */s/ Kenneth L. Dorsney*

                                                Kenneth L. Dorsney (#3726)
                                                kdorsney@morrisjames.com

cc: All counsel of record (via CM/ECF and electronic mail)