# EXHIBIT G
# 2 OF 2

**PUBLIC VERSION**

Case 1:18-cv-01436-MN Document 94-2 Filed 03/25/19 Page 2 of 643 PageID #: 3616

THE JOURNAL OF BIOLOGICAL CHEMISTRY
© 2004 by The American Society for Biochemistry and Molecular Biology, Inc.

Vol. 279, No. 16, Issue of April 16, pp. 15897–15907, 2004
Printed in U.S.A.

# C-3 Epimerization of Vitamin D3 Metabolites and Further Metabolism of C-3 Epimers

## 25-HYDROXYVITAMIN D3 IS METABOLIZED TO 3-EPI-25-HYDROXYVITAMIN D3 AND SUBSEQUENTLY METABOLIZED THROUGH C-1α OR C-24 HYDROXYLATION*

Received for publication, October 20, 2003
Published, JBC Papers in Press, February 2, 2004, DOI 10.1074/jbc.M311473200

Maya Kamao‡, Syuichiro Tatematsu‡, Susumi Hatakeyama§, Toshiyuki Sakaki¶,
Natsumi Sawada‡, Kuniyo Inouye¶, Keiichi Ozono‖, Noboru Kubodera**,
G. Satyanarayana Reddy‡‡, and Toshio Okano‡§§

From the ‡Department of Hygienic Sciences, Kobe Pharmaceutical University, Kobe 658-8558, §Faculty of Pharmaceutical
Sciences, Nagasaki University, Nagasaki 852-8521, ¶Laboratory of Enzyme Chemistry, Kyoto University, Kyoto 606-8502,
the ‖Department of Pediatrics, Osaka University, Osaka 565-0871, **Chugai Pharmaceutical Co. Ltd.,
Tokyo 171-8301, Japan, and ‡‡Women and Infants' Hospital, Brown University, Providence, Rhode Island 02905

Recently, it was revealed that 1α,25-dihydroxyvitamin D3 (1α,25(OH)2D3) and 24R,25-dihydroxyvitamin D3 (24,25(OH)2D3) were metabolized to their respective epimers of the hydroxyl group at C-3 of the A-ring. We now report the isolation and structural assignment of 3-epi-25-hydroxyvitamin D3 (3-epi-25(OH)D3) as a major metabolite of 25-hydroxyvitamin D3 (25(OH)D3) and the further metabolism of C-3 epimers of vitamin D3 metabolites. When 25(OH)D3 was incubated with various cultured cells including osteosarcoma, colon adenocarcinoma, and hepatoblastoma cell lines. 3-epi-25(OH)D3 and 24,25(OH)2D3 were commonly observed as a major and minor metabolite of 25(OH)D3, respectively. 25(OH)D3 was at least as sensitive to C-3 epimerization as 1α,25(OH)2D3 which has been reported as a substrate for the C-3 epimerization reaction. Unlike these cultured cells, LLC-PK1 cells, a porcine kidney cell line, preferentially produced 24,25(OH)2D3 rather than 3-epi-25(OH)D3. We also confirmed the existence of 3-epi-25(OH)D3 in the serum of rats intravenously given pharmacological doses of 25(OH)D3. The cultured cells metabolized 3-epi-25(OH)D3, 3-epi-1α,25(OH)2D3 to 3-epi-24,25(OH)2D3 and 3-epi-1α,24,25(OH)3D3, respectively. In addition, we demonstrated that metabolism of 3-epi-25(OH)D3 to 3-epi-1α,25(OH)2D3 by CYP27B1 and to 3-epi-24,25(OH)2D3 by CYP24 using recombinant Escherichia coli cell systems. 3-Epi-25(OH)D3, 3-epi-1α,25(OH)2D3, and 3-epi-24,25(OH)2D3 were biologically less active than 25(OH)D3, 1α,25(OH)2D3, and 24,25(OH)2D3, but 3-epi-1α,25(OH)2D3 showed to some extent transcriptional activity toward target genes and anti-proliferative/differentiation-inducing activity against human myeloid leukemia cells (HL-60). These results indicate that C-3 epimerization may be a common metabolic pathway for the major metabolites of vitamin D3.

It is now well established that vitamin D3 is a precursor of the sterol hormone 1α,25-dihydroxyvitamin D3 (1α,25(OH)2D3).[1] Vitamin D3 is made from 7-dehydrocholesterol in the skin on exposure to ultraviolet light and metabolized to 25-hydroxyvitamin D3 (25(OH)D3) in the liver. 25(OH)D3 is further metabolized to the most active form of vitamin D3, 1α,25(OH)2D3, or the inactive form, 24R,25-dihydroxyvitamin D3 (24,25(OH)2D3), in the kidney (1, 2). 1α,25(OH)2D3 has potent anti-proliferative and cell differentiation-inducing activities in addition to its role in calcium homeostasis. After the expression of various biological activities, 1α,25(OH)2D3 is further metabolized through the C-24 (3–6)/C-23 (7–10) oxidation pathways and the C-3 epimerization pathway (11–14). The C-24 oxidation pathway, initiated by C-24 hydroxylation, leads to the conversion of 1α,25(OH)2D3 into a side chain cleavage product, calcitroic acid (4, 5). The C-23 oxidation pathway, initiated by C-23 hydroxylation, leads to the formation of 1α,25(OH)2D3-26,23-lactone (7–10). The newly discovered C-3 epimerization pathway leads to the conversion of the configuration of the hydroxyl group at C-3 of the A-ring and produces 3-epi-1α,25(OH)2D3 from 1α,25(OH)2D3. In view of this modification at the A-ring, the C-3 epimerization pathway is quite different from side chain oxidation pathways.

The C-3 epimerization of 1α,25(OH)2D3 was observed in human colon carcinoma-derived Caco-2 cells (11), bovine parathyroid cells (12), rat osteoblastic UMR 106 and Ros17/2.8 cells (13), and various cultured cell lines (14). From these studies, the C-3 epimerization pathway is assumed to be cell-selective. It was considered that the C-3 epimerization pathway is cell differentiation-related in Caco-2 cells, because 3-epi-1α,25(OH)2D3 was only observed in confluent, quiescent Caco-2 cells, not proliferating Caco-2 cells (11). 3-Epi-1α,25(OH)2D3 was also isolated as a circulating metabolite of 1α,25(OH)2D3 in rats treated with pharmacological doses of 1α,25(OH)2D3 (15). In addition, synthetic analogs of 1α,25(OH)2D3, e.g. 22-oxacalcitriol (16), 20-epi-1α,25(OH)2D3 (17), and 1α,25(OH)2-16-ene-23-yne-D3 (18), have been reported to be metabolized to their

---

* This work was supported in part by a grant-in-aid for scientific research from the Ministry of Education, Science, Sports, and Culture of Japan, a grant for Cooperative Research administered by the Japan Private School Promotion Foundation, and a grant-in-aid from the Ministry of Health and Welfare of Japan. The costs of publication of this article were defrayed in part by the payment of page charges. This article must therefore be hereby marked "advertisement" in accordance with 18 U.S.C. Section 1734 solely to indicate this fact.

§§ To whom correspondence should be addressed: Dept. of Hygienic Sciences, Kobe Pharmaceutical University, 4-19-1 Motoyamakita-machi, Higashinada-ku, Kobe 658-8558, Japan. Tel.: 81-78-441-7563; Fax: 81-78-441-7565; E-mail: t-okano@kobepharma-u.ac.jp.

[1] The abbreviations used are: 1α,25(OH)2D3, 1α,25-dihydroxyvitamin D3; 24,25(OH)2D3, 24R,25-dihydroxyvitamin D3; 25(OH)D3, 25-hydroxyvitamin D3; 1α,24,25(OH)3D3, 1α,24R,25-trihydroxyvitamin D3; VDR, vitamin D receptor; DBP, vitamin D-binding protein (Gc-globulin); HPLC, high performance liquid chromatography; LC-MS, liquid chromatography-mass spectrometry; PBS, phosphate-buffered saline; FCS, fetal calf serum; 3-epi-25(OH)D3, 3-epi-25-hydroxyvitamin D3; VDRE, vitamin D-responsive element; R.T., retention time.

This paper is available on line at http://www.jbc.org

15897

Downloaded from www.jbc.org at UCLA-Louise Darling Biomed. Lib. on April 28, 2008

The Journal of Biological Chemistry

15898                          C-3 Epimerization Pathway of Vitamin $D_3$ Metabolites

respective C-3 epimers. Higashi et al. (19) identified 3-epi-$24,25(OH)_2D_3$-24-glucuronide in the bile of rats administered pharmacological doses of $24,25(OH)_2D_3$. 3-Epi-$24,25(OH)_2D_3$ was also identified in cell culture media (20) and rat plasma (21). However, it is unclear whether $25(OH)D_3$ would be metabolized to its C-3 epimer, 3-epi-$25(OH)D_3$. $25(OH)D_3$ is the most abundant circulating metabolite of vitamin $D_3$ with a concentration of 20–50 ng/ml under normal conditions (22). $25(OH)D_3$ is the immediate precursor of the active and hormonal form, $1\alpha,25(OH)_2D_3$, and the inactive form, $24,25(OH)_2D_3$. Metabolism of $25(OH)D_3$ is important for regulation of the biological activity of vitamin $D_3$. In the present study, we investigated the metabolism of $25(OH)D_3$ in rat osteosarcoma cells (UMR 106) and identified 3-epi-$25(OH)D_3$ using $^1H$ NMR spectroscopy and LC-MS techniques. 3-Epi-$25(OH)D_3$ was detected in various cell models cultured with $25(OH)D_3$ in vitro and in the serum of rats administered pharmacological doses of $25(OH)D_3$ in vivo. We also demonstrated that 3-epi-$25(OH)D_3$ was further metabolized by $1\alpha$-hydroxylase (CYP27B1) and 24-hydroxylase (CYP24). The results indicated that $25(OH)D_3$ was metabolized through the C-3 epimerization pathway like $1\alpha,25(OH)_2D_3$ and $24,25(OH)_2D_3$. C-3 epimerization is a common metabolic pathway for the major metabolites of vitamin $D_3$.

### EXPERIMENTAL PROCEDURES

*Materials*—3-Epi-$25(OH)D_3$, 3-epi-$1\alpha,25(OH)_2D_3$, and 3-epi-$24,25(OH)_2D_3$ were synthesized in our laboratory. $25(OH)D_3$, $1\alpha,25(OH)_2D_3$, and $24,25(OH)_2D_3$ were obtained from Solvay-Duphar Co. (Weesp, The Netherlands). $1\alpha,24,25$-Trihydroxyvitamin $D_3$ ($1\alpha,24,25(OH)_3D_3$) was kindly provided by Kureha Chemical Industry Co., Ltd (Tokyo, Japan). $26,27$-methyl-$^3H$-$1\alpha,25(OH)_2D_3$ (179 Ci/mmol) and [23,24-$^3H$]$25(OH)D_3$ (82 Ci/mmol) were purchased from Amersham Biosciences. Deuterated chloroform ($CDCl_3$, 99.8%, NMR analytical grade) was purchased from Euriso-top (Gif-Sur-Yvette, France). Organic solvents of HPLC grade were obtained from Wako Pure Chemical Industries, Ltd.

*Cell Culture*—A rat osteosarcoma cell line (UMR 106), human osteosarcoma cell line (MG-63), human colon adenocarcinoma cell line (Caco-2), porcine kidney cell line (LLC-$PK_1$), and human hepatoblastoma cell line (Hep G2) were obtained from the American Type Culture Collection (ATCC), (Manassas, VA). UMR 106 and MG-63 cells were maintained in Dulbecco's modified Eagle's medium containing 10% FCS. Caco-2 cells were maintained in minimum essential medium containing 10% FCS and 1% non-essential amino acids. LLC-$PK_1$ cells were maintained in Medium 199 containing 5% FCS. Hep G2 cells were maintained in minimum essential medium containing 10% FCS, 1% non-essential amino acids, and 1% sodium pyruvate. All culture media contained penicillin (100 IU/ml) and streptomycin (100 $\mu g$/ml). Cells were cultured at 37 °C in a humidified atmosphere of $CO_2$ in air with a change of medium every 3 days. In the experiments described below, vitamin $D_3$ compounds were added to the culture medium in an ethanolic solution, the final concentration in the medium never exceeding 0.1% (v/v).

*Generation of $25(OH)D_3$, $1\alpha,25(OH)_2D_3$, $24,25(OH)_2D_3$, 3-Epi-$25(OH)D_3$ and 3-Epi-$1\alpha,25(OH)_2D_3$ Metabolites in Cultured Cells*—UMR 106, MG-63, and LLC-$PK_1$ cells ($2 \times 10^6$) and Caco-2 and Hep G2 cells ($4 \times 10^6$) were seeded in 150-mm culture dishes and cultured for 4 days to late log phase. The medium was removed, and cells were washed with phosphate-buffered saline without calcium, magnesium (PBS(–)) and then in medium containing 1% bovine serum albumin in the presence of 10 $\mu M$ of $25(OH)D_3$, $1\alpha,25(OH)_2D_3$, $24,25(OH)_2D_3$, or 3-epi-$1\alpha,25(OH)_2D_3$ for 48 h at 37 °C. For measurements of vitamin $D_3$ metabolites, three 150-mm culture dishes were used for each culture. For time course experiments, the cells were incubated with 5 $\mu M$ of $25(OH)D_3$, 3-epi-$25(OH)D_3$, or 1 $\mu M$ of $1\alpha,25(OH)_2D_3$, 3-epi-$1\alpha,25(OH)_2D_3$ for a period ranging from 1 to 48 h.

*Purification of Metabolites*—Lipid extraction was performed according to the method of Bligh and Dyer (23) as modified by Makin et al. (4). Lipid was extracted from cells and medium with methanol and dichloromethane. The organic layer, containing unchanged substrate and lipid-soluble metabolites, was evaporated under nitrogen gas to dryness, and the residue was redissolved in hexane/2-propanol/methanol (HIM) (88:10:2, v/v/v). HPLC was carried out using a model 600 pump

and a model 996 photodiode array detector (Waters Associates, Milford, MA). Elution was performed on a Zorbax SIL column (4.6 × 250 mm, Dupont Instruments), using HIM (88:10:2), at a flow rate of 1.0 ml/min (first HPLC system). Metabolites were identified based on UV characteristics of the vitamin D cis-triene system ($\lambda max = 265$ nm, $\lambda min = 228$ nm). The same metabolites were also separated on a Sumichiral OA-2000 column (4.6 × 250 mm, Sumika Chemical Analysis Service, Ltd., Osaka, Japan) using 2-propanol/hexane (96.5:3.5 or 94.5:5.5, v/v) or a Zorbax CN column (4.6 × 250 mm, Dupont Instruments) using HIM (88:10:2) at a flow rate of 1.0 ml/min (second HPLC system). Concentrations of stock solutions of vitamin $D_3$-related compounds were determined spectrophotometrically using a molar extinction coefficient, $\varepsilon_{265}$ = 18,200.

$^1H$ NMR and LC-MS Analyses—The 500-MHz $^1H$ NMR spectra of the isolated metabolites were measured on a Varian VXR-500 ($^1H$, 499.9 MHz). Purified metabolites (3 $\mu g$) were dissolved in 40 $\mu l$ of $CDCl_3$ with a very small portion of $CHCl_3$ (7.24 ppm, used as an internal standard for $^1H$ NMR spectroscopy) and transferred into a nano probe. Two-dimensional COSY and two-dimensional NOESY spectra were obtained as described previously (16, 20). LC-MS analysis was carried out with a Quattro II (Micromass, Manchester, UK) equipped with an electrospray ionization source in the positive ion mode. An HPLC system consisting of a MAGIC2002 Micro-LC full system (Michrom Bio Resources) and a Develosil ODS-HG-5 column (2.0 × 150 mm, Nomura Chemical, Tokyo, Japan) was used. As a mobile phase, methanol, 10 mM ammonium acetate (65/35, v/v, A) and methanol, 10 mM ammonium acetate (98/2, v/v, B) were used, and a linear gradient elution was run from an A/B ratio of 65:35 to 20:80 at a flow rate of 0.2 ml/min. The column temperature was maintained at 40 °C. Mass spectra were obtained by averaging each peak and subtracting the background.

In Vivo Metabolism of $25(OH)D_3$ in Rats—Male Wistar rats (Japan SLC, Hamamatsu, Japan), weighing ~300 g, were used in experiments, following adaptation to laboratory conditions for at least 5 days. Three rats were given a bolus dose of 500 $\mu g$ of $25(OH)D_3$ intravenously. At 6 h after dosing, each rat was killed, and the blood was collected, heparinized, and immediately centrifuged. About 5 ml of serum was obtained from each rat. Lipid extraction of serum and purification of $25(OH)D_3$ metabolites were performed as described under "Purification of Metabolites."

Metabolism of 3-Epi-$25(OH)D_3$ in Cultures of Recombinant E. coli Cells Expressing CYP27B1 and CYP24—Co-expression plasmids for human CYP27B1, bovine adrenodoxin, and NADPH-adrenodoxin reductase were constructed as described (pKSNdi-CYP27B1) (24). Co-expression plasmids for CYP24, adrenodoxin, and adrenodoxin reductase were reported previously (pKSNdi-CYP24) (25). Recombinant Escherichia coli cells transfected with the above plasmids (JM109/pKSNdi-CYP27B1 or JM109/pKSNdi-CYP24) were grown in TB medium (36) containing 50 $\mu g$/ml ampicillin at 26 °C. The induction of transcription was initiated by addition of isopropylthio-$\beta$-D-galactoside at a final concentration of 1 $\mu M$ when the cell density (OD$_{600}$) reached 0.5. Then 50 $\mu M$ of $25(OH)D_3$ or 3-epi-$25(OH)D_3$ was added to the culture, and the cells were incubated for 48 h. Lipid extraction and purification of metabolites were performed as described under the "Purification of Metabolites." Recombinant E. coli cells transfected with pKSNdi derived from pKE233-3 (JM109/pKSNdi) were used for control experiments.

VDR and DBP Binding Assay—The binding affinity of $1\alpha,25(OH)_2D_3$, $25(OH)D_3$, $24,25(OH)_2D_3$, and their C-3 epimers for the VDR was tested using a calf thymus $1\alpha,25(OH)_2D_3$ receptor assay (Yamasa Co., Chiba, Japan). The receptor was incubated at 20 °C for 1 h with increasing concentrations of a vitamin $D_3$ compound, and then 15,000 dpm of [$^3H$]$1\alpha,25(OH)_2D_3$ was added and incubated for 1 h at 20 °C as described previously (16, 20, 27). The binding affinity of $1\alpha,25(OH)_2D_3$, $25(OH)D_3$, $24,25(OH)_2D_3$, and their C-3 epimers for the vitamin D-binding protein (DBP) was tested using plasma from vitamin D-deficient rats (28). The displacement of [$^3H$]$25(OH)D_3$ from vitamin D-binding protein (170,000) in 3.5 mM barbiturate buffer (pH 8.6) containing 0.13 M NaCl and 0.1% ovalbumin was measured following the addition of the compounds as described previously (16, 20, 27).

Transfection and Luciferase Activity Assay—MG-63 was maintained in Dulbecco's modified Eagle's medium supplemented with penicillin (100 IU/ml), streptomycin (100 $\mu g$/ml), and 10% dextran-coated charcoal-treated FCS. Cells ($2 \times 10^5$) were suspended in 2 ml of the medium and transfected with 0.5 $\mu g$ of luciferase reporter plasmid (pGVB2 vector, Toyo Ink Co., Ltd, Tokyo, Japan) containing a human osteocalcin gene promoter (−848/−10) including a VDRE (29) or a rat cyp24 gene promoter (−291/+9) including two VDREs (30) and 0.25 $\mu g$ of pRL-CMV vector (pGVB2 vector, Toyo Ink Co., Ltd.) as an internal

Downloaded from www.jbc.org at UCLA-Louise Daring Biomed. Lib. on April 28, 2008

QUESTMS-00000506

The Journal of Biological Chemistry

Downloaded from www.jbc.org at UCLA-Louise Darling Biomed. Lib. on April 28, 2008

control using Tfx-50 reagent (Promega, Madison, WI). The cells were incubated with $1\alpha,25(OH)_2D_3$ ($10^{-11}$–$10^{-7}$ M) or the other vitamin $D_3$ compounds ($10^{-9}$–$10^{-6}$ M) for 48 h. The luciferase activities of the cell lysates were measured with a luciferase assay system (Toyo Ink Co., Ltd.), according to the manufacturer's instructions. Trans-activation measured as luciferase activity was standardized with the luciferase activity of the same cells determined with the Sea Pansy luciferase assay system as a control (Toyo Ink Co., Ltd.) (31).

*Anti-proliferative Activity Assay*—The human promyelocytic leukemia cells (HL-60) were kindly provided by Dr. M. Inaba, Osaka City University Medical School, Japan. Cells were cultured at 37 °C in RPMI 1640 medium (Nissui Pharmaceutical Co., Tokyo) supplemented with 10% FCS and 60 mg/liter kanamycin. For flow cytometry, HL-60 cells ($10^6$ cells/well) were placed in 24-well tissue culture plates and cultured for 3 days with $1\alpha,25(OH)_2D_3$ ($10^{-10}$–$10^{-7}$ M) or the other vitamin $D_3$ compounds ($10^{-9}$–$10^{-6}$ M). Each group of cells was washed with PBS(−) and resuspended in PBS(−) containing 0.2% Triton X-100 and 100 $\mu g$ of RNase, and incubated at 37 °C for 1 h. Cells were washed with PBS(−) and incubated with 0.5 ml of DNA-staining solution containing propidium iodide (50 $\mu g$/ml) at 4 °C for 20 min. The cells were analyzed with a flow cytometer equipped with an argon laser (488 nm, BD Biosciences FACScan™), and the cell cycle distribution was analyzed using ModiFIT LT (Verity).

*Analysis of Cell Surface Antigen Expression*—For the analysis of cell surface expression of CD11b antigen, HL-60 cells ($10^6$ cells/well) were cultured for 3 days with $1\alpha,25(OH)_2D_3$ ($10^{-10}$–$10^{-7}$ M) or the other vitamin $D_3$ compounds ($10^{-9}$–$10^{-6}$ M) as for flow cytometry. Each group of cells was washed with PBS(−), and the cells ($2 \times 10^5$ cells) were resuspended in 100 $\mu l$ of diluent solution containing 1% bovine serum albumin and 1% sodium azide. Then the cells were incubated with 10 $\mu l$ of human monoclonal fluorescein isothiocyanate-conjugated CD11b antibody (Sigma) for 30 min at room temperature. The cells were washed once with diluent solution and then fixed in 300 $\mu l$ of PBS(−) containing 2% paraformaldehyde. Fluorescence was detected on a BD Biosciences FACScan™ at an excitation wavelength of 490 nm and emission wavelength of 520 nm. Results were recorded as the mean fluorescence index, which is the product of the % fluorescence and the mean fluorescence intensity, with $10^4$ cells being counted per treatment.

## RESULTS

*Metabolism of $25(OH)D_3$ in UMR 106 Cells*—After incubation of 10 $\mu M$ of $25(OH)D_3$ with UMR 106 cells for 48 h, lipid extracts from the media along with the cells were subjected to a first HPLC using a Zorbax SIL column (Fig. 1A). The major peak, peak 2 corresponding to the authentic standards of $25(OH)D_3$ (retention time (R.T.) 5.67 min) and 3-epi-$25(OH)D_3$ (R.T. 5.68 min), was collected in a single fraction eluting between 5 and 7 min. The eluate was then subjected to a second HPLC using a Sumichiral OA-2000 column for the separation of 3-epi-$25(OH)D_3$ (R.T. 16.92 min) from $25(OH)D_3$ (R.T. 18.14 min) (Fig. 1B). The middle peak (*peak 2'*, R.T. 16.99 min), which possesses the characteristic UV chromophore of vitamin $D_3$ ($\lambda$min 238 nm, $\lambda$max 265 nm), exhibited the same retention time as authentic 3-epi-$25(OH)D_3$ but a different retention time to $25(OH)D_3$. The metabolite corresponding to peak 2' was not formed when $25(OH)D_3$ was incubated with the medium alone. It is clear from the HPLCs shown in Fig. 1 that peak 2' is the major metabolite of $25(OH)D_3$ produced in UMR 106 cells. Peak 2' was collected in sufficient quantity to permit identification by ¹H NMR and LC-MS analyses. Peak 1' (R.T. 16.30 min), which possesses the characteristic UV chromophore of previtamin $D_3$ ($\lambda$min 228 nm, $\lambda$max 260 nm), was also observed in a control incubation with no cells, only medium. Peak 4 in the first HPLC system corresponding to authentic standards of $24,25(OH)_2D_3$ (R.T. 8.27 min) and 3-epi-$24,25(OH)_2D_3$ (R.T. 8.16 min) was collected and purified twice as described previously (20). $24,25(OH)_2D_3$ was contained in this fraction; however, 3-epi-$24,25(OH)_2D_3$ was not detected (data not shown).

*Identification of 3-Epi-$25(OH)D_3$ by ¹H NMR and LC-MS Analyses*—The ¹H chemical shifts assigned based on one- and

two-dimensional COSY, NOESY spectra of synthetic standards and the $25(OH)D_3$ metabolite (peak 2') are summarized in Table I. In the ¹H NMR spectrum, the most pronounced difference between $25(OH)D_3$ and 3-epi-$25(OH)D_3$ was the chemical shift of H-3 ($25(OH)D_3$, 3.93 ppm; 3-epi-$25(OH)D_3$, 2.86 ppm). The chemical shift of H-3 of peak 2' (3.86 ppm) was observed at the same position as 3-epi-$25(OH)D_3$ upfield in comparison with $25(OH)D_3$. Such an upfield shift appears to be responsible for the C-3 epimerization in the A-ring of $25(OH)D_3$. The resonances from all the protons except H-3 were proof of an unchanged side chain as well as the *cis*-triene system. In the LC-MS spectra of authentic $25(OH)D_3$ and 3-epi-$25(OH)D_3$, $[M + H]^+$ and $[M + NH_4]^+$ were observed at m/z 401.3 and 418.8 (Table I). In the spectrum of peak 2', $[M + H]^+$ and $[M + NH_4]^+$ were also observed at m/z 401.3 and 418.8. Thus peak 2' was considered to be a diastereomer or a geometric isomer of $25(OH)D_3$. From the results of HPLC, ¹H NMR, and LC-MS analyses, peak 2' could be assigned as 3-epi-$25(OH)D_3$, a diastereomer of a hydroxyl group at C-3 of the A-ring of $25(OH)D_3$.

*Comparison of Metabolism of $25(OH)D_3$ among UMR 106, MG-63, Caco-2, LLC-$PK_1$, and Hep G2 Cells*—When $25(OH)D_3$ was incubated with cultured cells, 3-epi-$25(OH)D_3$ and $24,25(OH)_2D_3$ were observed in all cell lines (Fig. 2). In cell cultures of UMR 106, MG-63, Caco-2, and Hep G2, 3-epi-25 $(OH)D_3$ was preferentially generated, although a small quantity of $24,25(OH)_2D_3$ was also generated, whereas $24,25(OH)_2D_3$ and 3-epi-$25(OH)D_3$ were major and minor metabolites of $25(OH)D_3$ in LLC-$PK_1$ cells, respectively. The amount of 3-epi-$25(OH)D_3$ generated was greatest in Hep G2 cells among the cultures and about 3-fold greater than that of $24,25(OH)_2D_3$.

*In Vivo Metabolism of $25(OH)D_3$ in Rats*—Lipid extracts of the serum obtained from rats intravenously given 500 $\mu g$ of $25(OH)D_3$ were subjected to HPLC, and metabolites of $25(OH)D_3$ were purified as outlined under "Experimental Procedures." The major peak corresponding to the authentic standards $25(OH)D_3$ and 3-epi-$25(OH)D_3$ in the first HPLC system was collected in a single fraction and then the eluate was subjected to a second HPLC using a Sumichiral OA-2000 column for the separation of 3-epi-$25(OH)D_3$ from $25(OH)D_3$. In the second HPLC system, 3-epi-$25(OH)D_3$ (R.T. 16.68 min) separated from $25(OH)D_3$ (R.T. 17.96 min) was observed (data not shown). The calculated serum concentration of 3-epi-$25(OH)D_3$ was $16.2 \pm 6.7$ ng/ml (mean $\pm$ S.E., $n = 3$).

*Substrate Specificity of C-3 Epimerization*—The production of 3-epi-$25(OH)D_3$, 3-epi-$1\alpha,25(OH)_2D_3$, and 3-epi-24,25 $(OH)_2D_3$ was examined in the cultured cells incubated with 10 $\mu M$ of $25(OH)D_3$, $1\alpha,25(OH)_2D_3$, and $24,25(OH)_2D_3$ under the same conditions. Fig. 3 shows the amounts of 3-epi-$25(OH)D_3$, 3-epi-$1\alpha,25(OH)_2D_3$, and 3-epi-$24,25(OH)_2D_3$ generated from $25(OH)D_3$, $1\alpha,25(OH)_2D_3$, and $24,25(OH)_2D_3$ in each cell culture, respectively. In UMR 106, Caco-2, and LLC-$PK_1$ cells, C-3 epimerization occurred similarly in $25(OH)D_3$ and $1\alpha,25(OH)_2D_3$. In contrast, MG-63 and Hep G2 cells epimerized $25(OH)D_3$ more preferentially than $1\alpha,25(OH)_2D_3$. $24,25 (OH)_2D_3$ was hardly epimerized to 3-epi-$24,25(OH)_2D_3$ in any of the cultured cells.

*Metabolism of 3-Epi-$25(OH)D_3$ and 3-Epi-$1\alpha,25(OH)_2D_3$ in UMR 106 Cells*—After incubation of 10 $\mu M$ of 3-epi-$25(OH)D_3$ or 3-epi-$1\alpha,25(OH)_2D_3$ with UMR 106 cells for 48 h, lipid extracts from the medium along with the cells were subjected to HPLC using a Zorbax SIL column. In the HPLC analysis of 3-epi-$25(OH)D_3$ metabolites, peaks 2–4 in Fig. 4A possessed the characteristic UV chromophore of vitamin $D_3$ ($\lambda$min 228 nm, $\lambda$max 265 nm). Peak 4 (R.T. 8.16 min) exhibited the same

QUESTMS-00000507

15900                    *C-3 Epimerization Pathway of Vitamin D₃ Metabolites*



FIG. 1. **Metabolism of 25(OH)D₃ in cultured rat osteosarcoma UMR 106 cells.** *A, upper panel,* the first HPLC profile and UV spectra of the lipid extracts from UMR 106 cells along with the medium incubated with 10 µM of 25(OH)D₃ for 48 h. *Peak 2* has the same retention time (R.T. 5.69 min) as 25(OH)D₃ (R.T. 5.67 min) and 3-epi-25(OH)D₃ (R.T. 5.68 min). *Peak 1* (R.T. 5.36 min), which was observed in control incubations with medium but no cells, possesses the characteristic UV chromophore of previtamin D₃ (λmin 228 nm, λmax 260 nm). It was confirmed that *peak 4* (R.T. 8.27 min) corresponding to the authentic standard of 24,25(OH)₂D₃ (R.T. 8.27 min) was 24,25(OH)₂D₃. The HPLC fraction between 5 and 7 min was collected for further purification. *A, lower panel,* the HPLC profiles of authentic standards of 25(OH)D₃, 3-epi-25(OH)D₃, 24,25(OH)₂D₃, and 3-epi-24,25(OH)₂D₃. The first HPLC analysis was performed using a Zorbax-SIL column (4.6 × 250 mm) eluted with hexane/2-propanol/methanol (HIM 88:10:2, v/v/v) at a flow rate of 1.0 ml/min. *B, upper panel,* the second HPLC profile and UV spectra of the fraction obtained from the first HPLC. *Peaks 2'* (R.T. 16.95 min) and *3'* (R.T. 18.11 min) exhibit the same retention times as 3-epi-25(OH)D₃ (R.T. 16.92 min) and 25(OH)D₃ (R.T. 18.14 min), respectively. *B, lower panel,* the HPLC profiles of authentic standards of 25(OH)D₃ and 3-epi-25(OH)D₃. The second HPLC was performed using a Sumichiral OA-2000 column (4.6 × 250 mm) eluted with 2-propanol/hexane (98.5:3.5, v/v) at a flow rate of 1.0 ml/min.

Downloaded from www.jbc.org at UCLA-Louise Darling Biomed. Lib. on April 28, 2008

The Journal of Biological Chemistry

QUESTMS-00000508

Case 1:18-cv-01436-MN   Document 94-2   Filed 03/25/19   Page 6 of 643 PageID #: 7846

Downloaded from www.jbc.org at UCLA-Louise Daring Biomed. Lib. on April 28, 2008

The Journal of Biological Chemistry



FIG. 2. **Relative amounts of 25(OH)D3 metabolites generated in UMR 106, MG-63, Caco-2, LLC-PK1, and Hep G2 cells.** Each cell was incubated with 10 $\mu$M of 25(OH)D3 for 48 h. The results are expressed as the total amount of product formed in nmol/plate/48 h and represent the mean of three experiments (values in columns).

retention time as the authentic standard of 3-epi-24,25(OH)2D3 (R.T. 8.14 min). The amount of peak 4 generated was significantly increased by pre-incubation with 10 nM 1$\alpha$,25(OH)2D3 for 18 h (data not shown). Peak 4 was collected in sufficient quantity to permit identification by $^1$H NMR and LC-MS analyses. Peak 1 in Fig. 4A, which possessed the characteristic UV chromophore of previtamin D3 ($\lambda$min 228 nm, $\lambda$max 260 nm), was also observed in a control incubation with no cells, only medium. Peak 2 in Fig. 4A containing 3-epi-25(OH)D3 was collected and purified using a chiral column for the separation of 25(OH)D3 from 3-epi-25(OH)D3 as described above. 25(OH)D3 was not detected by an additional HPLC under the same conditions (data not shown). Fig. 4B shows the HPLCs of 3-epi-1$\alpha$,25(OH)2D3 metabolites and authentic standards of 1$\alpha$,25(OH)2D3, 3-epi-1$\alpha$,25(OH)2D3, and 1$\alpha$,24,25(OH)3D3. Six peaks possessed the characteristic UV chromophore of vitamin D3 ($\lambda$min 228 nm, $\lambda$max 265 nm). Peak 6 in Fig. 4B (R.T. 20.49 min), which was the most prevalent polar metabolite of 3-epi-1$\alpha$,25(OH)2D3, was eluted at a less polar position than authentic 1$\alpha$,24,25(OH)3D3. The HPLC fraction between 19.5 and 23 min was collected and purified for $^1$H NMR and LC-MS analyses. Peak 4 in Fig. 4B, which eluted at a position approximating that of 1$\alpha$,25(OH)2D3 in HPLC using a Zorbax SIL column, showed a different retention time from 1$\alpha$,25(OH)2D3 in HPLC using a Zorbax CN column (data not shown). These results suggest that C-3 ($\alpha \to \beta$) epimerization may be an extremely weak process compared with C-3 ($\beta \to \alpha$) epimerization or that C-3 ($\beta \to \alpha$) epimerization is unidirectional.

*Identification of 3-Epi-24,25(OH)2D3 and 3-Epi-1$\alpha$,24,25 (OH)3D3 by $^1$H NMR and LC-MS Analyses*—The $^1$H chemical shifts assigned based on one- and two-dimensional COSY, NOESY spectra of synthetic standards, the 3-epi-25(OH)D3 metabolite (*peak 4* in Fig. 4A), and the 3-epi-1$\alpha$,25(OH)2D3 metabolite (*peak 6* in Fig. 4B) are summarized in Table II. The resonances from all protons of the 3-epi-25(OH)D3 metabolite (*peak 4* in Fig. 4A) completely matched those of authentic 3-epi-24,25(OH)2D3. In the LC-MS spectra of the 3-epi-25(OH)D3 metabolite (*peak 4* in Fig. 4A), [M + H]$^+$ and [M + NH4]$^+$ were observed at m/z 417.8 and 434.9 as in the authentic 3-epi-24,25(OH)2D3. From the findings of $^1$H NMR and LC-MS analyses, the 3-epi-25(OH)D3 metabolite (*peak 4* in Fig. 4A) was assigned as 3-epi-24,25(OH)2D3. The resonances from all protons of the 3-epi-1$\alpha$,25(OH)2D3 metabolite (*peak 6* in Fig. 4B) matched those of authentic 3-epi-1$\alpha$,25(OH)2D3 except for H-24, -26, and -27. The chemical shifts of H-24, -26, and -27 of

QUESTMS-00000509

The Journal of Biological Chemistry

15902      *C-3 Epimerization Pathway of Vitamin D₃ Metabolites*



Fig. 3. **Relative amounts of C-3 epimers generated from 25(OH)D₃, 1α,25(OH)₂D₃, and 24,25(OH)₂D₃ in UMR 106, MG-63, Caco-2, LLC-PK₁, and Hep G2 cells.** Each cell was incubated with 10 μM of 25(OH)D₃, 1α,25(OH)₂D₃, and 24,25(OH)₂D₃ for 48 h. The results are expressed as the total amount of product formed in nmol/plate/48 h and represent the mean of three experiments (values in columns). A, UMR-106 cells. B, MG-63 cells. C, Caco-2 cells. D, LLC-PK₁ cells. E, Hep G2 cells. Significant difference among the three groups (*, $p < 0.05$; **, $p < 0.01$; ***, $p < 0.001$).

the 3-epi-1α,25(OH)₂D₃ metabolite (*peak 6* in Fig. 4B) were observed at the same position as authentic 3-epi-24,25(OH)₂D₃. In the LC-MS spectrum of 3-epi-1α,25(OH)₂D₃ metabolites (*peak 6* in Fig. 4B), [M + H]⁺ and [M + NH₄]⁺ were observed at m/z 433.9 and 450.9, indicating an increase of 16 mass units from 3-epi-25(OH)₂D₃. Therefore, the 3-epi-1α,25(OH)₂D₃ metabolite (*peak 6* in Fig. 4B) was assigned to 3-epi-1α,24,25(OH)₃D₃, which is a C-24 hydroxylated metabolite of 3-epi-1α,25(OH)₂D₃.

*Comparison of Metabolism of 3-Epi-25(OH)D₃ among UMR 106, MG-63, Caco-2, LLC-PK₁, and Hep G2 Cells*—The amounts of 3-epi-24,25(OH)₂D₃ generated from 3-epi-25(OH)₂D₃ are shown in Fig. 5. 3-Epi-24,25(OH)₂D₃ formed in all the cell lines tested. In cell cultures of LLC-PK₁, 3-epi-24,25(OH)₂D₃ was generated most in five cell lines similar to the production of 24,25(OH)₂D₃ from 25(OH)D₃. 3-Epi-1α,24,25(OH)₃D₃ from 3-epi-1α,25(OH)₂D₃ in UMR 106, aco-2, and

LLC-PK₁ cells showed a similar pattern to that in Fig. 5 (data not shown).

*Time Course Production of Metabolites of 25(OH)D₃, 3-Epi-25(OH)D₃, 1α,25(OH)₂D₃, and 3-Epi-1α,25(OH)₂D₃*—In order to compare the production of metabolites of 25(OH)D₃, 1α,25(OH)₂D₃ and their C-3 epimers, UMR 106 cells were incubated with 5 μM of 25(OH)D₃ (Fig. 6A), 5 μM of 3-epi-25(OH)D₃ (Fig. 6B), 1 μM of 1α,25(OH)₂D₃ (Fig. 6C) or 3-epi-1α,25(OH)₂D₃ (Fig. 6D) for various periods between 0 and 48 h. In Fig. 6A, 3-epi-25(OH)D₃ was detected first ~1 h after the incubation started. 24,25(OH)₂D₃ was observed at 3 h. 3-Epi-25(OH)D₃ exhibited a constant value at 12 h. The amount of 24,25(OH)₂D₃ continued to increase by 48 h but reached only 40% of the concentration of 3-epi-25(OH)D₃. The amount of 3-epi-24,25(OH)₂D₃ generated from 3-epi-25(OH)D₃ was much lower than that of 24,25(OH)₂D₃ generated from 25(OH)D₃ at all time points (Fig. 6B). 3-Epi-1α,25(OH)₂D₃ and 1α,24,25(OH)₃D₃ generated from 1α,25(OH)₂D₃ were observed at 6 h into the incubation (Fig. 6C). The amount of 1α,25(OH)₂D₃ increased by 24 h and then decreased by 48 h. The amount of 3-epi-1α,25(OH)₂D₃ generated from 3-epi-1α,25(OH)₂D₃ increased linearly by 48 h (Fig. 6D) but was lower than that of 1α,25(OH)₂D₃ from 1α,25(OH)₂D₃ by 12 h from the start of incubation (*insets* of Fig. 6, C and D).

*Metabolism of 3-Epi-25(OH)D₃ by CYP27B1 and CYP24 Expressed in Recombinant E. coli Cell Culture Systems*—After incubation of 50 μM of 25(OH)D₃ with E. coli JM109/pKSNdl, JM109/pKSNdl-CYP27B1, and JM109/pKSNdl-CYP24 for 48 h, lipid extracts from the media along with the cells were subjected to HPLC (Fig. 7, A, C, and E). The C-1α-hydroxylated metabolite of 25(OH)D₃, 1α,25(OH)₂D₃, was detected in the recombinant JM109/pKSNdl-CYP27B1 cells. 25(OH)D₃ was metabolized to 24,25(OH)₂D₃ in JM109/pKSNdl-CYP24 cells. In the control JM109/pKSNdl cells, neither 1α,25(OH)₂D₃ nor 24,25(OH)₂D₃ was detected. Next, we examined the metabolism of 3-epi-25(OH)D₃ in JM109/pKSNdl, JM109/pKSNdl-CYP27B1, and JM109/pKSNdl-CYP24 (Fig. 7, B, D and F). 3-Epi-25(OH)D₃ was metabolized to polar metabolites with the same retention time as 3-epi-1α,25(OH)₂D₃ in JM109/pKSNdl-CYP27B1 cells and 3-epi-24,25(OH)₂D₃ in JM109/pKSNdl-CYP24 cells. LC-MS spectra of these metabolites of 3-epi-25(OH)D₃ obtained in JM109/pKSNdl-CYP27B1 and JM109/pKSNdl-CYP24 cells completely matched those of synthetic standards of 3-epi-1α,25(OH)₂D₃ and 3-epi-24,25(OH)₂D₃. 3-Epi-25(OH)D₃ was not metabolized to 3-epi-1α,25(OH)₂D₃ and 3-epi-24,25(OH)₂D₃ in the control JM109/pKSNdl cells. These results suggest that 3-epi-25(OH)D₃ was metabolized through hydroxylation at position C-1α by CYP27B1 or position C-24 by CYP24 as well as 25(OH)D₃.

*Biological Activities of 1α,25(OH)₂D₃, 25(OH)D₃, 24,25(OH)₂D₃ and Their C-3 Epimers*—The biological activity of 1α,25(OH)₂D₃, 25(OH)D₃, 24,25(OH)₂D₃ and their C-3 epimers is summarized in Table III. The results indicate that the VDR-binding affinity of C-3 epimers is lower than that of 1α,25(OH)₂D₃, 25(OH)D₃, and 24,25(OH)₂D₃. As expected, 3-epi-25(OH)D₃ and 3-epi-24,25(OH)₂D₃ have high binding affinity to DBP like 25(OH)D₃ and 24,25(OH)₂D₃. The relative transcriptional activity toward a human osteocalcin gene promoter containing VDRE in transfected MG-63 cells was about 12% that of 1α,25(OH)₂D₃ for 3-epi-1α,25(OH)₂D₃. 25(OH)D₃, 24,25(OH)₂D₃, and their C-3 epimers exhibited little effect at a high concentration (10⁻⁶ M). Similar effects of 25(OH)D₃, 24,25(OH)₂D₃, and their C-3 epimers on rat cyp24 gene transactivation were also observed. Relative anti-proliferative and differentiation inducing activities were about 29 and 9%

Downloaded from www.jbc.org at UCLA-Louise Daring Biomed. Lib. on April 28, 2008

QUESTMS-00000510

The Journal of Biological Chemistry

Downloaded from www.jbc.org at UCLA-Louise Darling Biomed. Lib. on April 28, 2008

*C-3 Epimerization Pathway of Vitamin D₃ Metabolites*                    15903





Fig. 4. **Metabolism of 3-epi-25(OH)D₃ or 3-epi-1α,25(OH)₂D₃ in cultured rat osteosarcoma UMR 106 cells.** *A, upper panel,* the HPLC profile and UV spectra of the lipid extracts from UMR 106 cells along with the medium incubated with 10 μM of 3-epi-25(OH)D₃ for 48 h. *Peak 4* has the same retention time (R.T. 8.16 min) as 3-epi-24,25(OH)₂D₃ (R.T. 8.14 min). *Peak 1* (R.T. 5.37 min), which was observed in control incubations with no cells, possesses the characteristic UV chromophore of previtamin D₃ (λmin 228 nm, λmax 260 nm). The HPLC fraction between 7 and 19 min was collected for further purification. *A, lower panel,* the HPLC profiles of authentic standards of 3-epi-25(OH)D₃ and 3-epi-24,25(OH)₂D₃. *B, upper panel,* the HPLC profile and UV spectra of the lipid extracts from UMR 106 cells along with the medium incubated with 10 μM of 3-epi-1α,25(OH)₂D₃ for 48 h. *Peak 6* (R.T. 20.49 min) was the most prevalent polar metabolite. The HPLC fraction between 19.5 and 23 min was collected for further purification. *B, lower panel,* the HPLC profiles of authentic standards of 1α,25(OH)₂D₃, 3-epi-1α,25(OH)₂D₃, and 1α,24,25(OH)₃D₃. HPLC analysis was performed using a Zorbax-SIL column (4.6 × 250 mm) eluted with hexane/2-propanol/methanol (HIM 88:10:2, v/v/v) at a flow rate of 1.0 ml/min.

those of 1α,25(OH)₂D₃ for 3-epi-1α,25(OH)₂D₃. 25(OH)D₃, 24,25(OH)₂D₃, and their C-3 epimers failed to exhibit activity to arrest the cell cycle at G₀-G₁ and induce cell differentiation.

## DISCUSSION

In the present study, we demonstrated by using ¹H NMR and LC-MS techniques that the major vitamin D₃ metabolite,

QUESTMS-00000511

Case 1:18-cv-01436-MN   Document 94-2   Filed 03/25/19   Page 9 of 643 PageID #: 7622

The Journal of Biological Chemistry

TABLE II
¹H NMR and LC-MS analyses of 3-epi-25(OH)D₃ and 3-epi-1α,25(OH)₂D₃ oxidatives



FIG. 5. **Relative amounts of 3-epi-25(OH)D₃ metabolites generated in UMR 106, MG-63, Caco-2, LLC-PK₁, and Hep G2 cells.** Each cell was incubated with 10 μM of 3-epi-25(OH)D₃ for 48 h. The results are expressed as the total amount of product formed in nmol/plate/48 h and represent the mean of three experiments (values in columns).

25(OH)D₃, is metabolized to its C-3 epimer, 3-epi-25(OH)D₃, in cell culture systems. In addition, we confirmed the production of 3-epi-25(OH)D₃ *in vivo* through analysis of the serum obtained from rats intravenously given 25(OH)D₃. Fig. 8 summarizes a C-3 epimerization pathway for vitamin D₃ metabolites and further metabolic pathways for C-3 epimers. Recently, it was reported that 1α,25(OH)₂D₃ is metabolized *in vitro* and *in vivo* through the C-3 epimerization pathway (11–14) along with the C-24 (3–6) and C-23 (7–10) oxidation pathways. 3-Epi-24,25(OH)₂D₃ (20, 21) and 3-epi-24,25(OH)₂D₃-24-glucuronide (19) were identified as C-3 epimerized metabolites of 24,25(OH)₂D₃. These findings indicate that the C-3 epimerization of the A-ring appears to be a common metabolic pathway for the major metabolites of vitamin D₃. In the present study, we have also demonstrated that C-3 epimers (C-3α) are metabolized through the C-1α hydroxylation or C-24 hydroxylation pathway similar to C-3β compounds. The metabolism of C-3 epimers has not been fully understood. Reddy *et al.* (32) reported that both 3-epi-1α,25(OH)₂D₃ was metabolized to three polar metabolites, 3-epi-1α,24,25(OH)₃D₃, 3-epi-24-oxo-1α,25(OH)₂D₃, and 3-epi-24-oxo-1α,23,25-trihydroxyvitamin D₃, in human keratinocytes. Holick *et al.* (33) reported that synthesized tritiated 3-epi-vitamin D₃ was converted to polar metabolites corresponding to 3-epi-25(OH)D₃ and 3-epi-1α,25(OH)₂D₃ in a vitamin D-deficient rat. In this study, we clearly demonstrated that hydroxylation at C-1α and C-24 of both 3-epi-25(OH)D₃ and 25(OH)D₃ is catalyzed by recombinant CYP27B1 and CYP24 expressed in *E. coli*. These results suggest that both CYP27B1 and CYP24 undergo C-1α and C-24 hydroxylation irrespective of the stereochemistry of the C-3 hydroxyl group. The relative VDR binding affinity, transcriptional activity, and anti-proliferative/differentiation-inducing activity of C-3 epimers (C-3α) were weaker than those of C-3β compounds. 3-Epi-1α,25(OH)₂D₃ is biologically the most active of the three C-3 epimers (C-3α) and shows transcriptional activity and anti-proliferative/differentiation-inducing activity. 3-Epi-24,25(OH)₂D₃ is less active than 3-epi-25(OH)D₃. Thus, 25(OH)D₃ appears to be metabolized to 3-epi-25(OH)D₃ and subsequently to a biologically active 3-epi-1α,25(OH)₂D₃ or biologically inactive 3-epi-24,25(OH)₂D₃ in response to changes in the serum concentration of calcium and parathyroid hormone. This is the first report of C-3 epimerization of 25(OH)D₃ and further metabolism through the C-1α or C-24 hydroxylation of 3-epi-25(OH)D₃. We also confirmed that 3-epi-

Downloaded from www.jbc.org at UCLA-Louise Darling Biomed. Lib. on April 28, 2008

QUESTMS-00000512



Fig. 6. **Time course of 25(OH)D₃, 1α,25(OH)₂D₃ and 3-epi-1α,25(OH)₂D₃ metabolism in UMR 106 cells.** *A*, amounts of 25(OH)D₃ metabolites in UMR 106 cells incubated with 5 μM of 25(OH)D₃ for 1–48 h. ●, 3-epi-25(OH)D₃; □, 24,25(OH)₂D₃. *B*, amount of 3-epi-25(OH)D₃ metabolite in UMR 106 cells incubated with 5 μM of 3-epi-25(OH)D₃ for 1–48 h. ■, 3-epi-24,25(OH)₂D₃. *C*, amounts of 1α,25(OH)₂D₃ metabolites in UMR 106 cells incubated with 1 μM of 1α,25(OH)₂D₃ for 1–48 h. ●, 3-epi-1α,25(OH)₂D₃; □, 1α,24,25(OH)₃D₃. *D*, amount of 3-epi-1α,25(OH)₂D₃ metabolite in UMR 106 cells incubated with 1 μM of 3-epi-1α,25(OH)₂D₃ for 1–48 h. ■, 3-epi-1α,24,25(OH)₃D₃. The results are expressed as the amount of product formed in nmol/plate and represent the mean of three experiments (values in column).

1α,25(OH)₂D₃ was metabolized to its C-24-hydroxylated metabolite, 3-epi-1α,24,25(OH)₃D₃, and two less polar metabolites possessing a UV spectrum typical of a vitamin D compound consistent with a previous report (32). A possible structure of either 3-epi-1α(OH)D₃-20,25-cyclic ether or 3-epi-1α(OH)D₃-24,25-epoxide was assigned to one of the less polar metabolites through mass spectrometry (32). We reported previously a definite structural assignment for 25-ene-22-oxa-1α(OH)D₃ and 24-ene-22-oxa-1α(OH)D₃ as different types of less polar metabolites of the vitamin D₃ analog, 22-oxacalcitriol (16). The structure of less polar metabolites of 3-epi-1α,25(OH)₂D₃ detected in this study could not be assigned by ¹H NMR spectroscopy due to the unavailability of sufficient amounts of the compounds. The generation of less polar metabolites is of interest as a unique and specific metabolic pathway for vitamin D₃ compounds.

It was reported that 3-epi-1α,25(OH)₂D₃ suppresses parathyroid hormone secretion in cultured bovine parathyroid cells (12) and induces surfactant phospholipid synthesis in pulmonary alveolar type II cells (34) irrespective of its low binding affinity to VDR. High metabolic stability of 3-epi-1α,25(OH)₂D₃ has been proposed as a possible explanation for the parathyroid hormone-suppressing and surfactant phospholipid-inducing effects of 3-epi-1α,25(OH)₂D₃ *in vitro*. In the present study, time course changes in the amount of metabolites generated from C-3 epimers (C-3α compounds) and C-3β compounds were com-

pared. A difference in metabolic rate between 3-epi-25(OH)D₃ and 25(OH)D₃ was observed for up to 48 h after the addition of substrates, and the difference between 3-epi-1α,25(OH)₂D₃ and 1α,25(OH)₂D₃ was observed as early as 12 h from the start of incubation. The results suggest that the high intracellular concentration of C-3 epimers caused by the slower metabolic rate contributes in part to their specific activity. As to the specific activity of C-3 epimers, it was reported that C-3 epimers of 1α,25(OH)₂D₃ and its synthetic analogs were selective in inducing apoptosis (35, 36). Furthermore, a relationship between C-3 epimerization of vitamin D₃ metabolites and differentiation in Caco-2 cells was pointed out (11). Thus, the C-3 epimerization pathway is likely to play a role in the regulation of cell differentiation and apoptosis along with the inactivation of vitamin D₃ compounds. Interestingly, C-3 epimerization activity for vitamin D₃ metabolites differed depending on cell type. In UMR 106, MG-63, Caco-2, and Hep G2 cells, the amount of 3-epi-25(OH)D₃ generated from 25(OH)D₃ was larger than that of 24,25(OH)₂D₃. Hep G2 cells derived from liver, in which vitamin D₃ was metabolized to 25(OH)D₃, produced a high level of 3-epi-25(OH)D₃. In contrast, the production of 3-epi-25(OH)D₃ was less than that of 24,25(OH)₂D₃ in LLC-PK₁ cells derived from kidney. This finding is in agreement with the report that the C-3 epimerization pathway does not operate in isolated perfused rat kidney (11, 13). In LLC-PK₁ cells, a number of C-24 hydroxylated metabolites of 3-epi-25(OH)D₃ and

Downloaded from www.jbc.org at UCLA-Louise Darling Biomed. Lib. on April 28, 2008

The Journal of Biological Chemistry

QUESTMS-00000513

The Journal of Biological Chemistry

Downloaded from www.jbc.org at UCLA-Louise Daring Biomed. Lib. on April 28, 2008

15906        *C-3 Epimerization Pathway of Vitamin D$_3$ Metabolites*



Fig. 7. **Metabolism of 3-epi-25(OH)D$_3$ in cultures of recombinant *E. coli* cells expressing CYP27B1 and CYP24.** *A*, the HPLC profile of the lipid extracts from *E. coli* JM109/pKSNdI along with the medium incubated with 50 µM of 25(OH)D$_3$ for 48 h. *B*, the HPLC profile of the lipid extracts from *E. coli* JM109/pKSNdI along with the medium incubated with 50 µM of 3-epi-25(OH)D$_3$ for 48 h. *C*, the HPLC profile of the lipid extracts from *E. coli* JM109/pKSNdI-CYP27B1 along with the medium incubated with 50 µM of 25(OH)D$_3$ for 48 h. *D*, the HPLC profile of the lipid extracts from *E. coli* JM109/pKSNdI-CYP27B1 along with the medium incubated with 50 µM of 3-epi-25(OH)D$_3$ for 48 h. *E*, the HPLC profile of the lipid extracts from *E. coli* JM109/pKSNdI-CYP24 along with the medium incubated with 50 µM of 25(OH)D$_3$ for 48 h. *F*, the HPLC profile of the lipid extracts from *E. coli* JM109/pKSNdI-CYP24 along with the medium incubated with 50 µM of 3-epi-25(OH)D$_3$ for 48 h. HPLC analysis was performed using a Zorbax-SIL column (4.6 × 250 mm) eluted with hexane/2-propanol/methanol (92M 88:10:2, v/v/v) at a flow rate of 1.0 ml/min.

TABLE III
*Biological activity of C-3 epimers of vitamin D$_3$ metabolites*

| | VDR binding affinity[a] | DBP binding affinity[a] | Transcriptional activity | | Anti-proliferative activity[b] | Differentiation inducing activity[b] |
|---|---|---|---|---|---|---|
| | | | Human osteocalcin gene[b] | Rat cyp24 gene[b] | | |
| 1α,25(OH)$_2$D$_3$ | 100 | 100 | 100 | 100 | 100 | 100 |
| 3-Epi-1α,25(OH)$_2$D$_3$ | 2.1 | 46 | 12.1 | 13.4 | 29 | 3.4 |
| 25(OH)D$_3$ | 0.5 | 9931 | 1.4 | 2.6 | 2.2 | 1.1 |
| 3-Epi-25(OH)D$_3$ | 0.003 | 3273 | <0.5 | <0.8 | <1.5 | <0.3 |
| 24,25(OH)$_2$D$_3$ | 0.03 | 7182 | 0.9 | 2.3 | 3.9 | 0.9 |
| 3-Epi-24,25(OH)$_2$D$_3$ | 0.0005 | 4304 | <0.5 | <0.8 | <1.5 | <0.3 |

[a] The values represent the relative binding affinity to 1α,25(OH)$_2$D$_3$ (expressed as 100), calculated from the concentration of each compound needed to achieve 50% displacement of [$^3$H]1α,25(OH)$_2$D$_3$ from VDR or DBP.

[b] The values are expressed as percentage activity (at 50% of the dose-response) in comparison with 1α,25(OH)$_2$D$_3$ (expressed as 100% activity).

3-epi-1α,25(OH)$_2$D$_3$ were observed. These results suggest that kidney may work in the metabolism of vitamin D compounds through the C-24 oxidation pathway. In reference to the cell specificity of C-3 epimerization, it was also reported that 1α,25(OH)$_2$D$_3$ was metabolized via the C-24 and C-23 oxidation pathways but not via the C-3 epimerization pathway in human promyelocytic leukemia (HL-60) cells (37). From these findings, C-3 epimerization is thought not to be catalyzed by CYP24.

We also investigated the substrate specificity of C-3 epimerization in various cultured cells. 25(OH)D$_3$ was metabolized to its C-3 epimer similar to or more than 1α,25(OH)$_2$D$_3$ in all cells. However, the amount of 3-epi-24,25(OH)$_2$D$_3$ generated from

24,25(OH)$_2$D$_3$ was smaller than that of C-3 epimers of 25(OH)D$_3$ or 1α,25(OH)$_2$D$_3$. These tendencies were prominent in Hep G2 cells, which mainly metabolize 25(OH)D$_3$ to 3-epi-25(OH)D$_3$, but absent from LLC-PK$_1$ cells, which metabolize 25(OH)D$_3$ to 24,25(OH)$_2$D$_3$. These results indicate that 25(OH)D$_3$ and 1α,25(OH)$_2$D$_3$ are better substrates than 24,25(OH)$_2$D$_3$ for C-3 epimerization. Reddy *et al.* (18) reported that the rate of C-3 epimerization of 1α,25(OH)$_2$-16-ene-23-yne-D$_3$ was strongly enhanced by inversion of the methyl group at C-20 to an unnatural orientation. On the other hand, the rate of C-3 epimerization of 22-oxacalcitriol, which has an oxygen atom at position 22, was lower than that of

QUESTMS-00000514

Downloaded from www.jbc.org at UCLA-Louise Darling Biomed. Lib. on April 28, 2008

The Journal of Biological Chemistry

*C-3 Epimerization Pathway of Vitamin $D_3$ Metabolites*

15907



FIG. 8. C-3 epimerization pathway for vitamin $D_3$ metabolites and further metabolic pathways for C-3 epimers.

$1\alpha,25(OH)_2D_3$ (16). It was found that the rate of C-3 epimerization of 5,6-trans or 19-nor analogs was decreased to a significant extent (38). The vitamin $D_3$ analogs containing a methyl group at C-2 of the A-ring were not metabolized to their respective C-3 epimers (39). Taken together, these results suggest that the C-3 epimerization activity is not affected by the C-1$\alpha$ hydroxyl group but by structural modification of the side chain and A-ring. In this study, no production of C-3$\beta$ metabolites ($25(OH)D_3$ and $1\alpha,25(OH)_2D_3$) from C-3$\alpha$ substrates ($3$-epi-$25(OH)D_3$ and $3$-epi-$1\alpha,25(OH)_2D_3$) was detected. Thus, the C-3 ($\alpha \rightarrow \beta$) epimerization activity was thought to be weaker than the C-3 ($\beta \rightarrow \alpha$) epimerization activity. The mechanism of C-3 epimerization and the nature of the enzyme(s) involved remain to be studied.

*Acknowledgments*—We thank Yoshiyasu Kubo, Toyoko Sakurai, Chikako Ooi, and Mariko Tsuji for their excellent technical assistance.

REFERENCES

1. DeLuca, H. F. (1976) *J. Lab. Clin. Med.* **87**, 7–26
2. Lawson, D. E. M. and Davie, M. (1979) *Vitam. Horm.* **37**, 1–67
3. Lohnes, D., and Jones, G. (1987) *J. Biol. Chem.* **262**, 14394–14401
4. Makin, G., Lohnes, D., Byford, V., Ray, R., and Jones, G. (1989) *Biochem. J.* **262**, 173–180
5. Reddy, G. S., and Tserng, K.-Y. (1989) *Biochemistry* **28**, 1763–1769
6. Jones, G., Strugnell, S. A., and DeLuca, H. F. (1998) *Physiol. Rev.* **78**, 1193–1231
7. Ishizuka, S., Yamaguchi, H., Yamada, S., Nakayama, K., and Takayama, H. (1981) *FEBS Lett.* **134**, 207–211
8. Ishizuka, S., Ishimoto, S., and Norman, A. W. (1984) *Biochemistry* **23**, 1473–1478
9. Ishizuka, S., and Norman, A. W. (1987) *J. Biol. Chem.* **262**, 7165–7170
10. Siu-Caldera, M.-L., Zou, L., Ehrlich, M. G., Schwartz, E. R., Ishizuka, S., and Reddy, G. S. (1995) *Endocrinology* **136**, 4195–4203
11. Bischof, M. G., Siu-Caldera, M.-L., Weiskopf, A., Vouros, P., Cross, H. S., Peterlik, M., and Reddy, G. S. (1998) *Exp. Cell Res.* **241**, 194–201
12. Brown, A. J., Ritter, C., Slatopolsky, E., Muralidharan, K. R., Okamura, W. H., and Reddy, G. S. (1999) *J. Cell. Biochem.* **73**, 106–113
13. Siu-Caldera, M.-L., Sekimoto, H., Weiskopf, A., Vouros, P., Muralidharan, K. R., Okamura, W. H., Bischof, M. G., Norman, A. W. Uskoković, M. R., Schuster, I., and Reddy, G. S. (1999) *Bone* **24**, 457–463
14. Masuda, S., Kamao, M., Schroeder, N. J., Makin, H. L. J., Jones, G., Kremer, R., Rhim, J., and Okano, T. (2000) *Biol. & Pharm. Bull.* **23**, 133–139
15. Sekimoto, H., Siu-Caldera, M.-L., Weiskopf, A., Vouros, P., Muralidharan, K. R., Okamura, W. H., Uskoković, M. R., and Reddy, G. S. (1999) *FEBS Lett.* **448**, 278–282
16. Kamao, M., Tatematsu, S., Hatakeyama, S., Ozono, K., Kubodera, N., Reddy, G. S., and Okano, T. (2003) *J. Biol. Chem.* **278**, 1463–1471
17. Siu-Caldera, M.-L., Rao, D. S., Astecker, N., Weiskopf, A., Vouros, P., Konno, K., Fujishima, T., Takayama, H., Peleg, S., and Reddy, G. S. (2001) *J. Cell. Biochem.* **82**, 556–569
18. Reddy, G. S., Rao, D. S., Siu-Caldera, M.-L., Astecker, N., Weiskopf, A., Vouros, P., Sasso, G. J., Manchand, P. S., and Uskoković, M. R. (2000) *Arch. Biochem. Biophys.* **383**, 197–205
19. Higashi, T., Kikuchi, R., Miura, K., Shimada, K., Hiyamizu, H., Ooi, H., Iwabuchi, Y., Hatakeyama, S., and Kubodera, N. (1999) *Biol. & Pharm. Bull.* **22**, 767–769
20. Kamao, M., Tatematsu, S., Reddy, G. S., Hatakeyama, S., Sugiura, M., Ohashi, N., Kubodera, N., and Okano, T. (2001) *J. Nutr. Sci. Vitaminol.* **47**, 108–115
21. Higashi, T., Ogasawara, A., and Shimada, K. (2000) *Anal. Sci.* **16**, 477–482
22. Napoli, J. L., and Horst, R. L. (1984) in *Vitamin D Metabolism* (Kumar, R., ed) pp. 91–123, Martinus Nijhoff, Dordrecht
23. Bligh, E. G., and Dyer, W. J. (1957) *Can. J. Biochem.* **37**, 911–917
24. Sawada, N., Sakaki, T., Kitanaka, S., Takeyama, K., Kato, S., and Inouye, K. (1999) *Eur. J. Biochem.* **265**, 950–956
25. Sakaki, T., Sawada, N., Komai, K., Shiozawa, S., Yamada, S., Yamamoto, K., Ohyama, Y., and Inouye, K. (2000) *Eur. J. Biochem.* **267**, 6158–6165
26. Akiyoshi-Shibata, M., Sakaki, T., Ohyama, Y., Noshiro, M., Okuda, K., and Yabusaki, Y. (1994) *Eur. J. Biochem.* **224**, 335–343
27. Masuda, S., Byford, V., Kremer, R., Makin, H. L. J., Kubodera, N., Nishii, Y., Okazaki, A., Okano, T., Kobayashi, T., and Jones, G. (1996) *J. Biol. Chem.* **271**, 8700–8708
28. Stein, T., DeLuca, H. F., and Tanaka, Y. (1976) *J. Nutr.* **106**, 1049–1052
29. Ozono, K., Liao, J., Kerner, S. A., Scott, R. A., and Pike, J. W. (1990) *J. Biol. Chem.* **265**, 21881–21888
30. Ohyama, Y., Ozono, K., Uchida, M., Yoshimura, M., Shinki, T., Suda, T., and Yamamoto, O. (1996) *J. Biol. Chem.* **271**, 30381–30385
31. Lerner, W. W., McCann, R. O., Loupero, K., and Curcher, M. J. (1991) *Proc. Natl. Acad. Sci. U. S. A.* **88**, 4438–4442
32. Reddy, G. S., Muralidharan, K. R., Okamura, W. H., Tserng, K.-Y., and McLane, J. A. (2001) *Steroids* **66**, 441–455
33. Holick, S. A., Holick, M. F., Frommer, J. E., Henley, J. W., and Lenz, J. A. (1980) *Biochemistry* **19**, 3933–3937
34. Rehan, V. K., Torday, J. S., Peleg, S., Gennaro, L., Vouros, P., Padbury, J., Rao, D. S., and Reddy, G. S. (2002) *Mol. Genet. Metab.* **76**, 46–56
35. Okano, T., Nakagawa, K., Kubodera, N., Ozono, K., Isaka, A., Osawa, A., Terada, M., and Mikami, K. (2000) *Chem. Biol.* **7**, 173–184
36. Nakagawa, K., Kurobe, M., Konno, K., Fujishima, T., Takayama, H., and Okano, T. (2000) *Biochem. Pharmacol.* **60**, 1937–1947
37. Sao, D. S., Campbell, M. J., Koeffler, H. P., Ishizuka, S., Uskoković, M. R., Spagnuolo, P., and Reddy, G. S. (2001) *Steroids* **66**, 423–431
38. Uskoković, M. R., Norman, A. W., Manchand, P. S., Studzinski, G. P., Campbell, M. J., Koeffler, H. P., Takeuchi, A., and Siu-Caldera, M.-L., Rao, D. S., and Reddy, G. S. (2001) *Steroids* **66**, 436–471
39. Sao, D. S., Siu-Caldera, M.-L., Sekimoto, H., Gennaro, L., Vouros, P., Takayama, H., Konno, K., Fujishima, T., and Reddy, G. S. (2002) *Biol. & Pharm. Bull.* **25**, 845–852

QUESTMS-00000515

Pergamon

0960-0760(95)00140-9

*J. Steroid Biochem. Molec. Biol.* Vol. 54, No. 5/6, pp. 217–226, 1995
Copyright © 1995 Elsevier Science Ltd
Printed in Great Britain. All rights reserved
0960-0760/95 $9.50+0.00

# Tandem Immunoaffinity Chromatography for Plasma 1α,25-Dihydroxyvitamin D₃ Utilizing Two Antibodies Having Different Specificities: A Novel and Powerful Pretreatment Tool for 1α,25-Dihydroxyvitamin D₃ Radioreceptor Assays

Norihiro Kobayashi, Hidetoshi Mano, Tetsuya Imazu and Kazutake Shimada*

*Faculty of Pharmaceutical Sciences, Kanazawa University, 13-1 Takara-machi, Kanazawa 920, Japan*

We report here a novel and powerful pretreatment method for radioreceptor assays (RRAs) for human plasma 1α,25-dihydroxyvitamin D₃ (1,25(OH)₂D₃) based on "Tandem" immunoaffinity chromatography (Tandem IAC). Two antibodies having different specificities were each immobilized on agarose gel with cyanogen bromide to produce immunosorbents which were stable and repeatedly usable. An ethyl ether extract of plasma was applied to the first affinity column, from which 1,25(OH)₂D₃ could be preferentially eluted and separated from 1α-deoxy type metabolites. The effluent was then submitted to the second column, and the 1,25(OH)₂D₃ retained was eluted after non- or weakly-adsorbed interfering substances were washed out. This procedure allowed efficient purification without careful handling or strict time-management in the entire operation and enabled avoiding preparative high-performance liquid chromatography (HPLC) from RRA even with a conventional chick intestinal vitamin D receptor. Mean (± SD) plasma 1,25(OH)₂D₃ values of 56 normal subjects and 10 patients with chronic renal failure, obtained with this Tandem IAC/RRA system, were 36.4 (8.7) and 11.2 (4.0) pg/ml, respectively. The Tandem IAC will also be useful for developing immunoassays or gas chromatography–mass spectrometry of 1,25(OH)₂D₃.

*J. Steroid Biochem. Molec. Biol.*, Vol. 54, No. 5/6, pp. 217–226, 1995

## INTRODUCTION

1α,25-Dihydroxyvitamin D₃ (1,25(OH)₂D₃) is the hormonally active form of vitamin D₃ playing an important role in regulating calcium and phosphorus metabolism and bone resorption. The measurement of 1,25(OH)₂D₃ levels in human serum/plasma is of great value for clinical diagnosis because the biosynthesis of the metabolite can be affected by several diseases influencing vitamin D metabolism, such as decreased renal function and parathyroid disorders [1,2]. The 1,25(OH)₂D₃ measurement has previously been carried out, mainly by radioreceptor assays (RRAs) based on vitamin D receptors (VDRs) derived from chick intestine [3,4] and some radioimmunoassays (RIAs) using antibodies to 1,25(OH)₂D₃ have also been attempted [3]. These methods, however, required exhaustive purification steps of serum/plasma samples including preparative high-performance liquid chromatography (HPLC), due to insufficient specificity of the VDRs and antibodies. Consequently, the assays were tedious and time-consuming, and only a limited number samples could be measured at once. In recent years, it has been reported that VDRs prepared from calf thymus are less sensitive to interfering substances in blood [5,6] and permit replacing the preparative HPLC with a single C18/OH cartridge [7–9]. However, developing a novel sample pretreatment

Correspondence to K. Shimada.
Received 16 Feb. 1995; accepted 1 Apr. 1995.

217

QUESTMS-00000516

procedure, which itself has much higher purification efficiency and is feasible for routine use, is worth investigating as an alternative approach for simplifying the 1,25(OH)$_2$D$_3$ assays.

Immunoaffinity chromatography (IAC) seems to be a promising methodology because of its possibility of offering extremely high selectivity based on the antigen–antibody reaction. This method has been applied to the 1,25(OH)$_2$D$_3$ assay using monoclonal antibody against VDR [10]. We describe here an IAC for human plasma 1,25(OH)$_2$D$_3$ in which two kinds of immobilized antibodies having different specificities were employed in an effective combination to provide high selectivity. We called this IAC "Tandem" immunoaffinity chromatography (Tandem IAC). This novel method allowed efficient purification of plasma 1,25(OH)$_2$D$_3$ with a simple operation and enabled valid RRA not requiring any HPLC step (non-HPLC RRA) even with a conventional chick intestinal VDR.

## EXPERIMENTAL

### Apparatus

Radioactivities were measured with an Aloka (Tokyo, Japan) LSC-700 liquid scintillation spectrometer. HPLC was carried out on a Shimadzu (Kyoto, Japan) LC-6A chromatograph equipped with a Shimadzu SPD-6A UV detector (265 nm). A Develosil 60-5 column (5 μm; 25 × 0.46 cm i.d.) (Nomura Chemical Co., Seto, Japan) was used under ambient temperature.

### Chemicals

Vitamin D$_3$ and D$_2$ were purchased from Tokyo Kasei Kogyo Co. (Tokyo, Japan). 25-Hydroxyvitamin D$_3$ [25(OH)D$_3$] was obtained from Duphar B.V. Co. (Amsterdam, The Netherlands). 25-Hydroxyvitamin D$_3$ 3-sulfate [25(OH)D$_3$ 3S], 25,26-dihydroxyvitamin D$_3$ [(25R)- and (25S)-isomers; 25R,26(OH)$_2$D$_3$ and 25S,26(OH)$_2$D$_3$], 7-dehydro-1α,25-dihydroxycholesterol [pro-1,25(OH)$_2$D$_3$], and 25-hydroxycholesterol were synthesized in our laboratory by known methods [11]. (23S,25R)-1α,25,26,23-lactone [1,25-lactone] and 1α,25-dihydroxyvitamin D$_2$ [1,25(OH)$_2$D$_2$] were donated by Professor S. Takano of Tohoku University (Sendai, Japan) and Maruho Co. (Osaka, Japan), respectively. Other vitamin D derivatives and 1α-hydroxyvitamin D$_3$ [1(OH)D$_3$] capsules (Alfarol®) were supplied from Chugai Pharmaceutical Co. (Tokyo, Japan). [1α,2α(N)-$^3$H]-Vitamin D$_3$ (10 Ci/mmol), [26,27-methyl-$^3$H]-25(OH)D$_3$ (172 Ci/mmol), [26,27-methyl-$^3$H]-1,25(OH)$_2$D$_3$ (172 Ci/mmol) and [23,24(N)-$^3$H]-24,25(OH)$_2$D$_3$ (83 Ci/mmol) were purchased from Amersham Co. (Tokyo, Japan). For determining the recovery rate through the pretreatment, these labeled compounds were purified by the HPLC prior to use. VDR derived from chick intestine (embryonal duode-

num) [4] or calf thymus and dextran-coated charcoal suspension were donated by Yamasa Co. (Choshi, Japan). Clear-sol I liquid scintillation cocktail and cyanogen bromide (CNBr) were obtained from Nacalai Tesque Co. (Kyoto, Japan). Sepharose® 4B and poly(vinyl alcohol) (PVA; average M$_w$ 3000) were purchased from Pharmacia Co. (Uppsala, Sweden) and Polysciences Inc. (Warrington, PA), respectively. Other reagents and solvents were of analytical grade.

### Buffers

Buffer A, 0.05 M NaH$_2$PO$_4$–Na$_2$HPO$_4$ (pH 7.3); buffer B, buffer A containing 0.9% NaCl and 0.1% NaN$_3$; buffer C, buffer B containing 0.1% gelatin and 0.5% PVA (a solubilizing agent for hydrophobic vitamin D derivatives [12, 13]); buffer D, 0.1M NaHCO$_3$–Na$_2$CO$_3$ (pH 9.0); buffer E, 0.4M K$_2$HPO$_4$–KOH (pH 10.6); and buffer F, 0.05M KH$_2$PO$_4$–K$_2$HPO$_4$ (pH 7.4) containing 0.3M KCl and 5 mM dithiothreitol.

### Antibodies and their characterization

The Ab-3 or -11 used for preparing affinity columns is the IgG fraction of rabbit antiserum against the conjugate of bovine serum albumin with 25(OH)D$_3$ 3-hemisuccinate or that of 11α-hemiglutaryloxy-25(OH)D$_3$ (each correspond to HS-1 [14] and As$_{11}$-3 [13], respectively) produced in our laboratory. The binding properties of these antibodies were tested by an RIA system employing the [$^3$H]1,25(OH)$_2$D$_3$ (for the Ab-3)[13] or [$^3$H]25(OH)D$_3$ (for the Ab-11) [11] as a labeled antigen.

### Clinical samples

All the plasma samples were prepared using heparin as an anticoagulant and were stored at −20°C prior to use. The 56 plasma samples (27 men and 29 women) obtained from healthy adult subjects (ages 20–41 y) were donated by Dr K. Mawatari of the School of Allied Medical Profession, Kanazawa University (Kanazawa, Japan). The 10 plasma specimens from patients with chronic renal failure (pre-dialysis phase; 6 men and 4 women) were given by Dr S. Kamachi of Chugai Pharmaceutical Co. Plasma samples after 1(OH)D$_3$ load were prepared from two healthy male volunteers (36 and 51 y) at 6, 10 and 31 h after administration of an oral dose (4 μg) of this agent as Alfarol® capsules.

### Preparation of immunosorbent

To a stirred suspension of Sepharose® 4B (50 ml; swelled gel volume) in water (100 ml), CNBr (5 g) was added portionwise at 0°C at a controlled pH (10.5–11.0; adjusted with 2 M NaOH). After stirring for 20 min at 0°C, the activated gel was washed twice with buffer D (each 500 ml) and then suspended in buffer D (50 ml). A solution of the Ab-3 or -11

QUESTMS-00000517

(containing 50 mg of IgG; determined by absorption at 280 nm with an E-value of 14) in buffer D (approx. 20 ml) was added to an aliquot of the activated gel (25 ml; swelled gel volume). The mixture was shaken continuously at 4°C for 1 h and then left at 4°C overnight. After centrifugation at 4°C (35$g$ for 10 min), the precipitate was resuspended in 0.1 M Tris–HCl buffer (pH 8.0; 50 ml) and shaken at 4°C for 1 h. The suspension was centrifuged as above and the precipitated gel was washed 5 times with buffer A (approx. 50 ml). The immunosorbent thus obtained was stored in buffer B at 4°C prior to use.

### Preparation and treatment of affinity column

The proper volume of the immunosorbent immobilizing the Ab-3 or -11 was packed into a disposable polypropylene column (4.4 × 0.9 cm i.d.) (Sepacol · mini · PP; Seikagaku Kogyo Co., Tokyo, Japan). These affinity columns (column-3 and -11, respectively) were serially washed with 95% methanol (10 ml), water (10 ml) and buffer B (5 ml): column-11 was further washed with buffer C–ethanol (10:1, v/v; 5 ml) prior to use. After use, the columns were washed with aqueous methanol, water and then buffer B as above. Then the immunosorbent was recovered from the column to a bottle, suspended in buffer B and stored at 4°C until next use.

### Ethyl ether extraction of plasma

A ethanolic solution of [³H]1,25(OH)₂D₃ (3000 dpm; 25 $\mu$l) was mixed with a plasma sample (0.75–2.0 ml) and left at room temperature for 1 h. The solution was diluted with buffer E (4.0 ml) and then vortex-mixed with ethyl ether (12 ml) twice each for 30 s. After separation of the organic layer, ethyl ether (12 ml) was again added to the aqueous layer and vortex-mixed as above. The organic layer was combined with the former one, and the solvent was evaporated with a nitrogen gas stream.

### Tandem IAC procedure

The following chromatographic operation was done at room temperature and atmospheric pressure. The plasma extract prepared as above was dissolved in buffer C–ethanol (10:1, v/v; 3.2 ml) and applied to the column-11 (immunosorbent, 2 ml). The column was washed with water (10 ml) and then eluted with 25% acetonitrile (15 ml). The effluent was mixed with water (10 ml) and submitted to the column-3 (immunosorbent, 1 ml). After serial washing of the column with water and 20% acetone (each 5 ml), the adsorbed substances were eluted with 95% methanol (10 ml). The solvent was evaporated with a nitrogen gas stream at 45°C (bath temperature) and the residue was dissolved in methylene chloride (3.0 ml) which was then washed once with water (1.5 ml). Finally, the solvent was evaporated again and the residue including 1,25(OH)₂D₃ (representing the

1,25(OH)₂D₃ fraction) was dissolved in the proper volume of ethanol. The radioactivity of its aliquot (50–150 $\mu$l) was measured using Clear-sol I (10 ml) to estimate the recovery rate, and the remaining solution was submitted to the RRA.

### Recovery rate of vitamin D derivatives through the pretreatment

An ethanolic solution containing one of the following labeled compounds, [³H]1,25(OH)₂D₃ (3000 dpm; 25 $\mu$l), [³H]vitamin D₃, [³H]25(OH)D₃ or [³H]24,25(OH)₂D₃ (each 60,000 dpm; 100 $\mu$l) was mixed with an aliquot of pooled plasma (2.0 ml) from healthy volunteers and left at room temperature for 1 h. Each solution was extracted with ethyl ether, submitted to the IAC, and then the radioactivity of the 1,25(OH)₂D₃ fraction obtained was measured as above. As for the other metabolites, a solution of a standard compound (10 or 100 ng) in buffer C–ethanol (10:1, v/v; 2.0 ml) was pretreated in place of the plasma specimen. The amount of metabolite recovered in the 1,25(OH)₂D₃ fraction was measured by an RIA system using the corresponding standard compound for calibration, in combination with the following antibody and labeled antigen: for measuring 1,25(OH)₂D₂, 1,25-lactone and 1,24,25(OH)₃D₃, "Ab-2" and [³H]1,25(OH)₂D₃ [13]; for 25(OH)D₃ 3S, "HG-2" and [³H]25(OH)D₃ [14]; for 25$R$,26(OH)₂D₃ and 25$S$,26(OH)₂D₃, "Ab₁₁-2" and [³H]25(OH)D₃ [11].

### RRA procedure

An ethanolic solution of standard 1,25(OH)₂D₃ (0–20 pg) or the 1,25(OH)₂D₃ fraction of plasma (50 $\mu$l; in duplicate) was mixed with the VDR solution (500 $\mu$l) in buffer F, which was prepared to bind about 40% of added total radioactivity. After incubation at room temperature for 1 h, an ethanolic solution of the [³H]1,25(OH)₂D₃ (10,000 dpm; 25 $\mu$l) was added to the mixture, which was further incubated at 4°C for 16 h. The dextran-coated charcoal suspension (200 $\mu$l) was added to the solution at 0°C, and the resulting suspension was vortex-mixed and then left at 4°C for 30 min. After centrifugation at 4°C (1000 $g$ for 10 min), a portion of the supernatant (500 $\mu$l) was transferred into a vial containing the tT 21 scintillation cocktail [15] (10 ml), and the radioactivity was measured. The plasma 1,25(OH)₂D₃ values were corrected using the recovery rate through the pretreatment calculated as above.

### Serial dilution and precision studies

Plasma from healthy volunteers (2.0 ml) was pretreated as above, and the 1,25(OH)₂D₃ fraction was dissolved in ethanol (200 or 350 $\mu$l) to prepare the 1/4 or 1/7 sample. The 1/4 (or 1/7) sample was (serially) diluted with ethanol to produce the 1/7 (or 1/14 and 28) sample. The 1,25(OH)₂D₃ levels of

QUESTMS-00000518

220                                            Norihiro Kobayashi *et al.*

Table 1. Binding properties of antibodies and VDRs

| | Cross-reactivity* (%) | | | |
| | Antibody | | VDR | |
| | Ab-3 | Ab-11 | Intestinal | Thymus |
|---|---|---|---|---|
| $1,25(OH)_2D_3$ | 100 | 0.10 | 100 | 100 |
| $1,25(OH)_2D_2$ | <0.05 | — | 81 | 78 |
| Vitamin $D_3$ | 0.08 | 3.6 | <0.001 | <0.001 |
| Vitamin $D_2$ | <0.1 | — | <0.001 | <0.001 |
| $25(OH)D_3$ | 21 | 100 | 0.39 | 0.61 |
| $25(OH)D_3$ 3S | 51 | <0.3 | 0.001 | 0.002 |
| $24,25(OH)_2D_3$ | 6.8 | 110 | 0.07 | 0.07 |
| $25R,26(OH)_2D_3$ | 0.48 | 71 | 0.01 | 0.02 |
| $25S,26(OH)_2D_3$ | 3.2 | 100 | 0.01 | 0.03 |
| $1,24,25(OH)_3D_3$ | 1.8 | <1 | 25 | 27 |
| 1,25-Lactone | 0.08 | <0.02 | 0.34 | 1.1 |
| $1,24(OH)_2D_3$ | <0.1 | — | 64 | 87 |
| Pro-$1,25(OH)_2D_3$ | <0.05 | — | 0.01 | 0.003 |
| 25-Hydroxycholesterol | — | <0.03 | — | — |
| Titer† | 1:88000 | 1:59000 | — | — |
| $K_a$‡ ($M^{-1} \times 10^{-9}$) | 2.8 | 2.2 | — | — |

*The relative amounts required to reduce the initial binding of the $[^3H]1,25(OH)_2D_3$ (Ab-3 and VDRs) or $[^3H]25(OH)D_3$(Ab-11) by half, where the mass of the corresponding unlabeled compound was arbitrarily taken as 100% [16].

†The final dilution of antibodies required to bind 40% of added $[^3H]1,25(OH)_2D_3$(Ab-3) or $[^3H]25(OH)D_3$(Ab-11).

‡Affinity constant obtained by Scatchard analysis (more than seven points, $n=1$) [17].

these samples were simultaneously determined by the intestinal VDR-based RRA.

*Analytical recovery studies*

An ethanolic solution of standard $1,25(OH)_2D_3$ (0, 50, 100 or 200 pg; 100 $\mu$l) was mixed with aliquots of pooled plasma from a healthy volunteer (2.0 ml), left at room temperature for 1 h, and was pretreated as above. The $1,25(OH)_2D_3$ fraction was dissolved in the proper amount of ethanol and submitted to the intestinal VDR-based RRA.

*Comparison with a reference method involving preparative HPLC*

The plasma specimen (2.0 ml) was pretreated as above, and the $1,25(OH)_2D_3$ fraction was dissolved in ethanol (600 $\mu$l). The solvent of this portion (300 $\mu$l) was evaporated, and the residue was applied to the HPLC which was eluted with 2-propanol-hexane (3:17, v/v) at a flow rate of 2.5 ml/min. Typical $t_R$ of some endogenous vitamin $D_3$ derivatives were as follows: vitamin $D_3$, 1.5 min; $25(OH)D_3$, 2.0 min; $24,25(OH)_2D_3$, 3.2 min; $1,25(OH)_2D_3$, 7.8 min; 1,25-lactone, 13.0 min; $1,24,25(OH)_3D_3$, 15.8 min. The effluent containing $1,25(OH)_2D_3$ ($t_R$ 7.5–10.5 min) was collected, the solvent was evaporated, and the residue was dissolved in ethanol (250 $\mu$l). These samples (before and after the HPLC) were simultaneously submitted to the intestinal VDR-based RRA (Tandem IAC/RRA and Tandem IAC/HPLC/RRA). The recovery rates of $1,25(OH)_2D_3$ in both samples,

with which the assay values were corrected, were calculated as above.

## RESULTS

*Characterization of antibodies*

Table 1 lists some binding properties [16,17] of the antibodies used for preparing the affinity columns in the RIA procedure. The Ab-3 and -11 showed high titer and affinity for $1,25(OH)_2D_3$ and for $25(OH)D_3$, respectively. The Ab-3 exhibited higher reactivity to $1,25(OH)_2D_3$ than $25(OH)D_3$, despite the fact that the hapten used $25(OH)D_3$ 3-hemisuccinate lacks the $1\alpha$-hydroxy group. This property has previously been observed in an RIA system using the $[^3H]25(OH)D_3$ as a labeled antigen, and the reason for this has been suggested [14]. The Ab-3 reasonably discriminated side chain-modified metabolites $[1,25(OH)_2D_2$, vitamin $D_3$ and $D_2$, $24,25(OH)_2D_3$, $25,26(OH)_2D_3$, $1,24,25(OH)_3D_3$, 1,25-lactone and $1,24(OH)_2D_3]$, though high cross-reactivity was observed with $25(OH)D_3$ 3S modified on the A-ring. On the other hand, the Ab-11 cross-reacted equally with $25(OH)D_3$, $24,25(OH)_2D_3$ and $25,26(OH)_2D_3$ while the metabolites having a $1\alpha$-hydroxy or a 3-sulfonate group $[1,25(OH)_2D_3$, $1,24,25(OH)_3D_3$, 1,25-lactone and $25(OH)D_3$ 3S] were satisfactorily discriminated [11]. Both the antibodies were specific to the vitamin D skeleton as demonstrated from the negligible cross-reactivity with pro-$1,25(OH)_2D_3$ (the Ab-3) or 25-hydroxycholesterol (the Ab-11).

QUESTMS-00000519

*Table 2. Typical retention behavior of 1,25(OH)₂D₃ and 25(OH)D₃ in IAC; effect of solvent composition used as effluent or washing solution of the affinity column*

| Organic solvent | Concentration* (%, by vol.) | Recovery (%) | | | |
|---|---|---|---|---|---|
| | | IAC-11† | | IAC-3‡ | |
| | | $1,25(OH)_2D_3$ | $25(OH)D_3$ | $1,25(OH)_2D_3$ | $25(OH)D_3$ |
| Methanol | 30 | --- | --- | 96 | 95 |
| | 35 | --- | --- | 82 | 91 |
| | 45 | 80 | 4.3 | --- | --- |
| | 50 | 85 | 33 | --- | --- |
| Acetonitrile | 20 | 62 | 7.9 | 80 | 88 |
| | 25 | 86 | 11 | 82 | 85 |
| | 50 | 94 | 47 | 77 | 80 |
| Acetone | 20 | --- | --- | 96 | 84 |
| | 30 | 76 | 24 | 90 | 75 |
| | 40 | 85 | 78 | 15 | 67 |

*Concentration of the organic solvent in water is given.

†Standard $1,25(OH)_2D_3$ (50 pg) or $25(OH)D_3$ (25 ng) and the corresponding tritium-labeled compound (5000 dpm) dissolved in the buffer C–ethanol (10:1, v/v; 2.1 ml) were applied to the column-11 (immunosorbent, 1 ml). After washing with water (10 ml), the column was eluted with the aqueous organic solvent (10 ml) shown above, and the radioactivity of the effluent was measured to estimate the recovery rate of each compound.

‡Standard $1,25(OH)_2D_3$ (100 pg) or $25(OH)D_3$ (40 ng) and the corresponding tritium-labeled compound (5000 dpm) dissolved in 25% acetonitrile (5 ml) were applied to the column-3 (immunosorbent; 1 ml). After washing with water (5 ml) and the aqueous organic solvent (5 ml) shown above, the column was eluted with 95% methanol (5 ml), and the radioactivity of the effluent was measured to estimate the recovery rate.

*Preparation of immunosorbents*

Two kinds of immunosorbents were prepared by immobilizing the Ab-3 or -11 on a Sepharose® 4B using CNBr [18, 19]. The mean (± SD) coupling yields of the added antibody, which were calculated from the absorption at 280 nm due to unreacted antibody in repeated experiments, were 98 (1.0)% for the Ab-3 (n=3) and 92 (4.5)% for the Ab-11 (n=5), respectively. To estimate the binding capacity of the resulting immunosorbents, increasing amounts of $1,25(OH)_2D_3$ were added to the column-3. After washing with water, the adsorbed $1,25(OH)_2D_3$ on the column was eluted with the aqueous methanol, and the recovery rate was calculated using the $[^3H]1,25(OH)_2D_3$ as a tracer. The recovery was over 90% even when 100 ng of the metabolite was applied, showing that the immunosorbent has sufficient capacity for practical use (data not shown).

*Optimization of IAC procedure*

The Tandem IAC procedure was set up as follows. Standard $1,25(OH)_2D_3$ or $25(OH)D_3$ was added to each column, and their retention behavior was examined using the corresponding tritium-labeled compound as a tracer (in detail, see legend of Table 2). The latter compound is one of the most abundant and interfering endogenous metabolites which should be removed as much as possible at the pretreatment stage: thus its recovery rate is available as an index for obtaining higher selectivity. Considering the cross-reactivity of the Ab-11 with $1,25(OH)_2D_3$, we expected that the metabolite could be quantitatively recovered from the column-11 in the non-adsorbed

(passed-through) fraction, leaving most of the $25(OH)D_3$ retained on this column. However, the column-11 also adsorbed $1,25(OH)_2D_3$ under the condition that $25(OH)D_3$ was sufficiently retained. This discrepancy can be explained in relation to the heterogeneity of this polyclonal antibody: the Ab-11 may contain a large amount of an antibody subpopulation which cross-reacts with $1,25(OH)_2D_3$ with relatively low affinity. Thus, we next attempted to elute the retained $1,25(OH)_2D_3$ selectively from the column with an aqueous organic solvent. Among various solvent systems tested, 25% acetonitrile gave the best result (Table 2). It may be worth pointing out that the retention behavior was obviously affected by the kind of organic solvent: e.g., aqueous acetone provided only a poor selectivity under conditions where $1,25(OH)_2D_3$ was satisfactorily recovered. On the other hand, column-3 should quantitatively retain $1,25(OH)_2D_3$ contained in the effluent from column-11. After dilution with water to reduce the acetonitrile concentration, we applied the effluent to column-3. The column was then washed with various solvents and the recoveries in the adsorbed fraction eluted with the aqueous methanol were compared (Table 2). Although only slight selectivity was observed in all the tested solvents, which was again somewhat inconsistent with the cross-reactivity of the Ab-3 with $25(OH)D_3$, 20% acetone was found to be superior to the others. The volume of immunosorbent in each column (column-11, 2 ml; column-3, 1 ml) was determined on the basis that endogenous $1,25(OH)_2D_3$ contained in 2 ml of plasma could be recovered at a rate comparable to that in the above

QUESTMS-00000520

222                                     Norihiro Kobayashi *et al.*

*Table 3. Recovery rates of various vitamin D derivatives through the Tandem IAC-based pretreatment*

| Compound | Added (ng) | Recovery (%)* | n |
|---|---|---|---|
| $1,25(OH)_2D_3$ | — | 66.4 (5.0) | 55 |
| Vitamin $D_3$ | — | 0.6 (0.4) | 4 |
| $25(OH)D_3$ | — | 2.6 (0.2) | 4 |
| $24,25(OH)_2D_3$ | — | 1.1 (0.3) | 4 |
| $1,25(OH)_2D_2$ | 100 | 3.2 | 2 |
| $25(OH)D_3 3S$ | 10 | 15 | 2 |
|  | 100 | 12 | 2 |
| $25R,26(OH)_2D_3$ | 10 | <1 | 2 |
|  | 100 | <0.1 | 2 |
| $25S,26(OH)_2D_3$ | 10 | <1 | 2 |
|  | 100 | <0.1 | 2 |
| $1,24,25(OH)_3D_3$ | 10 | 24 | 2 |
|  | 100 | 20 | 2 |
| $1,25$-Lactone | 100 | 4.2 | 2 |

*The recovery rates of the corresponding tritium-labeled compounds from a pooled plasma [mean $(\pm SD)$] or the recovery rates of standard compounds added to the plasma, which are measured by RIA (upper or lower column relative to the dotted line).



Fig. 1. Dose-response curves of the $1,25(OH)_2D_3$ RRAs using the chick intestinal VDR (●) or calf thymus VDR (○). Bars represent mean $\pm$ SD for quadruplicate determinations.

experiment (data not shown). The final step of the procedure, that is washing the $1,25(OH)_2D_3$ fraction dissolved in methylene chloride with water, was intended to remove possible free antibodies leaked out from the affinity columns [20, 21] which, if any, will interfere with the following RRA.

*Selectivity of the pretreatment based on Tandem IAC*

The recovery rates of $1,25(OH)_2D_3$ and $25(OH)D_3$ through ethyl ether extraction were about 90 and 35%, respectively. This step was necessary to obtain a satisfactory recovery rate in subsequent Tandem IAC. As shown in Table 3, the recovery rate of $1,25(OH)_2D_3$ through the present pretreatment procedure, that is ethyl ether extraction followed by Tandem IAC, was comparable to those in the methods using the C18/OH cartridge (64.4–68.9%) [8] and was reproducible. On the contrary, the recoveries of related endogenous vitamin D derivatives were lower than 5%, except for $25(OH)D_3$ 3S and $1,24,25(OH)_3D_3$ which showed somewhat higher values. Thus, the present method efficiently removed $25(OH)D_3$ and $24,25(OH)_2D_3$, which are the major metabolites interfering with $1,25(OH)_2D_3$ assays. It was also shown that $1,25(OH)_2D_2$ was substantially separated: this is a unique feature of this method utilizing an antibody specific to the 25-monohydroxylated vitamin $D_3$ side chain (the Ab-3).

*Sensitivity and specificity of RRA*

The present RRAs, using chick intestinal VDR and calf thymus VDR gave similar dose-response curves (Fig. 1). The detection limit, defined as the amount of $1,25(OH)_2D_3$ required to give a $B/B_0$ of 2 SD below, was 0.5 and 0.3 pg per tube, with the intestinal

and thymus VDR, respectively. The cross-reactivities of the VDRs examined in our laboratory were also similar to each other (Table 1) and were compatible with those in previous reports [3]. Thus, high cross-reactivities were observed with $1,25(OH)_2D_2$, $1,24,25(OH)_3D_3$ and $1,24(OH)_2D_2$, which is a synthetic analog of $1,25(OH)_2D_3$ having potent calcemic activity [22]. On the other hand, the other 9 derivatives showed fairly low values, although the cross-reactivity with $25(OH)D_3$ could not be ignored taking into account the fact that its serum/plasma levels are about 1000-fold higher than those of $1,25(OH)_2D_3$ [1–3].



Fig. 2. Serial dilution study in the RRA using the intestinal VDR with the Tandem IAC-based pretreatment. Plasma $1,25(OH)_2D_3$ levels of normal subjects ($n=3$; ●, ▲ and ■) obtained with the 1/14 and 1/28 samples are represented without correction by the dilution factor against the 1/7 samples. In the inset, the level of a 1/7 sample is shown as above against the corresponding 1/4 sample (○): the bars express mean $\pm$ SD for the within-assay variance ($n=3$).

QUESTMS-00000521

Tandem Immunoaffinity Chromatography for Plasma 1α,25-Dihydroxyvitamin D₃                                    223

Table 4. Analytical recovery of 1,25(OH)₂D₃ from pooled human plasma in the RRA using the intestinal VDR with the Tandem IAC-based pretreatment

| | 1,25(OH)₂D₃ pg/ml | | |
|---|---|---|---|
| Added | Expected | Observed | Recovery (%) |
| 0 | — | 26.3 | — |
| 25 | 51.3 | 49.1±1.5* | 95.7±2.9 |
| 50 | 76.3 | 74.7±2.4* | 97.9±3.1 |
| 100 | 126.3 | 118.6±3.7* | 93.9±2.9 |

*Mean±SD for the within-assay variance (n=6).



Fig. 4. Plasma 1,25(OH)₂D₃ levels of normal subjects and patients with chronic renal failure obtained by the RRA using the intestinal VDR with the Tandem IAC-based pretreatment. The plasma specimens were collected from both men (○) and women (●).



Fig. 3. Correlation between plasma 1,25(OH)₂D₃ levels of normal subjects (n=21) obtained by the Tandem IAC/RRA (y) and the Tandem IAC/HPLC/RRA (x).

*Applicability of Tandem IAC to RRA using chick intestinal VDR*

Good parallelism was observed between the 1,25(OH)₂D₃ assay values and the dilution ratio (1/7, 1/14 and 1/28) of the pretreated samples. A linear relationship between a further lower dilution (1/4) and that of 1/7 was also confirmed for measuring fairly low 1,25(OH)₂D₃ levels in the patients with chronic renal failure (Fig. 2). As shown in Table 4, satisfactory mean recovery rates (93.9–97.9%) were

obtained. The plasma 1,25(OH)₂D₃ levels of healthy subjects determined by Tandem IAC/RRA (the present method) and those by Tandem IAC/HPLC/RRA (the reference method) were quite similar (Fig. 3). As for the measurement of 1(OH)D₃-administered volunteers, a slight overestimation (maximum 1.2-fold; e.g. 31h after administration, 57.8 vs 48.3 pg/ml) was observed with the present method. However, these assay values were compatible with those by the reference method and acceptable for routine clinical studies. Within- and between-assay coefficients of variation for the measurement of healthy volunteers were below 10% (Table 5).

The assay linearity was obtained in 0.75, 1.0, 1.5 and 2.0 ml of plasma. With the maximum applicable volume (2.0 ml), 1.5 pg/ml of 1,25(OH)₂D₃ can be measured with the sample dilution of 1/4, regarding the mean recovery rate of the metabolite through the pretreatment and the detection limit of the RRA (see above). Thus, the practical sensitivity of the assay system was comparable to or higher than that of previous RRA systems [3, 6–9] and was high enough to measure the plasma levels of the patients with chronic

Table 5. Precision of the RRA using the intestinal VDR with the Tandem IAC-based pretreatment

| | Within-assay (n=8)* | | | Between-assay (n=6)† | |
|---|---|---|---|---|---|
| Plasma | Mean 1,25(OH)₂D₃ (pg/ml) | CV (%) | Plasma | Mean 1,25(OH)₂D₃ (pg/ml) | CV (%) |
| A (1/7) | 14.2 | 9.9 | B (1/7) | 25.5 | 8.6 |
| (1/14) | 14.7 | 7.5 | (1/14) | 26.9 | 9.3 |

*A pooled plasma from healthy volunteers (A; 2.0 ml) was pretreated in octuplicate. The 1,25(OH)₂D₃ fractions obtained were each diluted with ethanol to produce 1/7 and 1/14 samples, which were simultaneously submitted to the RRA.

†The pooled plasma (2.0 ml) was singly pretreated and measured by the RRA as above, and this procedure was repeated five more times.

QUESTMS-00000522

224                                      Norihiro Kobayashi *et al.*



**Fig. 5. Correlation between plasma 1,25(OH)₂D₃ levels of normal subjects (n=10) obtained by the Tandem IAC/RRA using the intestinal VDR (y) and the thymus VDR (x).**

renal failure. The normal value of plasma 1,25(OH)₂D₃, obtained by 56 samples from apparently healthy blood donors (27 men and 29 women), was 36.4 ± 8.7 (mean ± SD) pg/ml and no sex related difference was observed. As for 10 patients with chronic renal failure (6 men and 4 women), apparently lower 1,25(OH)₂D₃ levels (11.2 ± 4.0 pg/ml) were obtained (Fig. 4).

*Applicability of Tandem IAC to RRA using calf thymus VDR*

The plasma 1,25(OH)₂D₃ levels of healthy subjects were determined by two RRA procedures using the intestinal VDR or the thymus VDR after the present pretreatment (Fig. 5). The assay values obtained with the thymus VDR correlated well with those measured with the intestinal VDR.

## DISCUSSION

The main subject in developing an improved 1,25(OH)₂D₃ assay has been to omit the preparative HPLC step, which is tedious and time-consuming but was essential in the conventional methods (intestinal VDR-based RRAs and the RIAs) to remove accompanying cross-reactive secosterols and non-specific interfering substances such as lipids. Although a few non-HPLC assays (e.g. RRAs [23, 24] and an RIA [25]) had been reported, they seemed to leave much room for further validation by measuring samples from vitamin D-supplemented volunteers or patients and/or comparison with a reasonable reference method (validity of some previous non-HPLC RRAs has been discussed in ref. [6]). On the other hand, calf thymus VDRs were found to be less sensitive to lipid interference than those from the chick intestinal VDRs and useful for developing non-HPLC RRAs [5,6]. These assays are now carried out in combination with sam-

ple purification based on phase-switching elution on C18/OH cartridges [7–9]. This pretreatment method itself has, however, somewhat limited efficiency for purification, as clearly shown by the fact that it afforded extraordinarily high assay values in an RRA using a chick intestinal VDR [9]. It is also presumed that the use of strictly selected cartridges containing octadecylated and non-endo-capped silanol groups in a suitable ratio should be crucial for performing reproducible purification with a defined solvent system for elution: this was suggested in the first paper reporting a prototype of these assays using a C18 cartridge in place of the C18/OH cartridge [7].

A pretreatment procedure based on IAC should be a valuable and attractive tool in developing simplified 1,25(OH)₂D₃ assays, because it should provide custom-made selectivity by immobilizing an antibody having the desired specificity which itself would be producible by immunization with a well-designed haptenic derivative. Thus, the method is expected to offer higher efficiency, as well as reproducibility due to the high stability of the immobilized antibodies, for sample purification so as to facilitate the RRAs even with intestinal VDR. Indeed, we have recently developed the first enzyme immunoassay for human plasma 25(OH)D₃ by employing an IAC as a pretreatment [26]. This is also the first report dealing with the application of IAC in vitamin D analysis. However, when we undertook this study, such a highly specific antibody, which permits practically selective extraction of 1,25(OH)₂D₃ from blood, had not been generated due to difficulty in synthesizing suitable haptenic derivatives. Thus, we devised the Tandem IAC, utilizing two affinity columns (column-3 and -11) each containing an immobilized antibody (Ab-3 and -11) having different specificity. Although each of these antibodies alone has only limited utility for this purpose, tandem use of them allowed efficient purification of 1,25(OH)₂D₃ from plasma by overlapping and focusing their specificity on this metabolite. Namely, a plasma extract was first applied to column-11 immobilizing the Ab-11 which binds more strongly with 25(OH)D₃, 24,25(OH)₂D₃ and 25,26(OH)₂D₃, than with 1,25(OH)₂D₃. Thus, a large part of these interfering 1α-deoxy-type metabolites should be adsorbed on the column, while the compounds reacting only weakly with the Ab-11, involving 1,25(OH)₂D₃, can be preferentially eluted. The effluent containing 1,25(OH)₂D₃ was then submitted to column-3. Because the Ab-3 immobilized therein is specific to vitamin D₃ derivatives, the metabolites with a different side chain (e.g. with no hydroxy group, dihydroxylated, lactonized or that of vitamin D₂ derivatives) should be efficiently washed out of the column, together with interfering substances of vitamin D-unrelated structure (e.g. lipids and incompletely removed proteins).

QUESTMS-00000523

In fact, the Tandem IAC-based pretreatment satisfactorily removed interfering vitamin D derivatives, as shown in Table 3. Only $25(OH)D_3$ 3S and $1,24,25(OH)_3D_3$ showed somewhat high recovery rates. It is reasonable that the sulfate co-migrates with $1,25(OH)_2D_3$ through the Tandem IAC, considering the specificity of the antibodies. Thus the partial selectivity observed here will come from the ethyl ether extraction step. However, this should not induce serious overestimation in the RRAs, in spite of the relatively high concentration of the sulfate in blood [27], because the metabolite is nearly completely discriminated by the VDRs (Table 1). On the other hand, the recovery of $1,24,25(OH)_3D_3$ was rather discrepant with the cross-reaction of Ab-3, and this might also be ascribable to the antibody heterogeneity as described above (see Results). The contamination of $1,24,25(OH)_3D_3$ with the observed ratio, however, did not seem to affect the assay values at least for the normal subjects, because of its fairly lower plasma levels than those of $1,25(OH)_2D_3$ [28]. The result that IAC mostly removed $1,25(OH)_2D_2$ should also be discussed. Although this feature provides an assay specific to the $D_3$ form of the active metabolite without chromatographic separation, it might restrict application to patients treated with a large amount of vitamin $D_2$ or its analogs.

To evaluate the purification efficiency of the Tandem IAC-based pretreatment in comparison with previous methods, we examined its applicability to an RRA using a chick intestinal VDR. Serial dilution and analytical recovery studies and comparison with a reference method involving preparative HPLC (Tandem IAC/HPLC/RRA) demonstrated that this Tandem IAC/RRA system is satisfactorily accurate for the measurement of normal subjects. The accuracy of the method was, however, further evaluated by measuring the plasma levels of $1(OH)D_3$-supplemented volunteers. This compound is a synthetic analog of $1,25(OH)_2D_3$, which is often prescribed in the treatment of various diseases accompanying a disorder in vitamin D metabolism and osteoporosis. It has been pointed out that oral administration of vitamin $D_3$ or its analogs, such as this agent, significantly increases the plasma levels of some metabolites cross-reactive with VDRs [8] (i.e. $1,24,25(OH)_3D_3$ and $1α,25,26$-trihydroxyvitamin $D_3$ are conceivable [29]), and thus especially careful pretreatment of the specimens is required to obtain the correct $1,25(OH)_2D_3$ concentration. The Tandem IAC/RRA system gave slightly higher values compared with the reference method, but practically acceptable assay values. A little overestimation observed here would be mainly ascribable to insufficiency of the pretreatment in removing $1,24,25(OH)_3D_3$ as referred to above.

The precision of this assay system was certified by within- and between-assay variance. The assay permitted measuring 1.5 pg/ml of plasma $1,25(OH)_2D_3$,

and was sensitive enough to determine its levels in patients with chronic renal failure. The mean plasma $1,25(OH)_2D_3$ levels of healthy subjects and the patients with chronic renal failure obtained by the present method were in good agreement with those reported so far [3]. Although the present determination of normal subjects was done using 0.75–2.0 ml of plasma specimens at a 1/7 or larger dilution ratio, the volume can be reduced to 0.5 ml by measuring at the 1/4 dilution.

Thus, the Tandem IAC developed here enabled the first valid non-HPLC RRA using chick intestinal VDR. We have not yet obtained any extraordinary assay value with the present pretreatment method. It should be mentioned that the VDR used here is the same commercially available product as that affording an unsatisfactory result with the C18/OH cartridge [9] (referred to above). This pretreatment method was also shown to be applicable to the thymus VDR-based RRA. These results clearly indicated that the Tandem IAC has a higher efficiency for purification of $1,25(OH)_2D_3$ from plasma, compared with various mini-columns and cartridges (including the C18/OH cartridge) previously used for the pretreatment of this metabolite. This encourages us to apply the IAC-based pretreatment in developing the analyses of other minor vitamin D metabolites, such as $1,25(OH)_2D_2$, $1,24,25(OH)_3D_3$ and 1,25-lactone. If an antibody specific enough to the target analyte is difficult to produce, tandem use of two (or more) antibodies, each of which recognizes a different partial structure and is easier to obtain, as in this study, will provide a satisfactory pretreatment system. In some cases, a successful result could be obtained even with a Tandem IAC where an antibody (an immunosorbent) is repeatedly used.

By the use of the CNBr method [18, 19], immunosorbents having a high binding capacity could be prepared with excellent reproducibility and a much higher coupling yield of antibody than achieved in our previous study, where an oligosaccharide moiety-based immobilization was employed [26]. They could be stored for at least 6 months without appreciable decrease in the binding activity and were repeatedly usable more than ten times. The Tandem IAC allowed simultaneous processing of about 20 specimens within 4–5 h without careful handling or strict time-management of the entire operation. It will be possible to shorten the time by carrying out the chromatographic procedure under reduced pressure utilizing a commercially available vacuum rack. Recently, a non-HPLC RRA system, which seems to be well validated, has been reported where a VDR prepared from porcine intestine was employed in combination with a bound/free separation method based on a monoclonal anti-VDR antibody [10]. A recent paper on a non-HPLC RRA utilizing a VDR from bovine mammary gland should also be noted [30].

QUESTMS-00000524

226                                   Norihiro Kobayashi *et al.*

In conclusion, the Tandem IAC has proved to be a powerful pretreatment tool for $1,25(OH)_2D_3$ in human plasma. This method will also be useful for developing immunoassay or gas chromatography-mass spectrometry of the metabolite as well as RRA. If an antibody having higher specificity recognizing both the A-ring and side chain structures of $1,25(OH)_2D_3$ is available, more feasible IAC based on a single affinity column will be established. We are now developing a new "Simplified" IAC utilizing highly specific antibodies which have recently been generated against a new haptenic derivative [31]. Details of these results will be reported subsequently.

*Acknowledgements*—Part of this work was supported by grants from the Ministry of Education, Science and Culture of Japan. We thank Yamasa Co. for providing the intestinal and thymus VDRs. Our thanks are also due to Professor S. Takano of the Pharmaceutical Institute, Tohoku University, Maruho Co., and Chugai Pharmaceutical Co. for supplying the vitamin D derivatives. We are also indebted to Dr K. Mawatari of the School of Allied Medical Profession, Kanazawa University, and Dr S. Kamachi of Chugai Pharmaceutical Co., for providing plasma specimens.

## REFERENCES

1. Mawer E. B.: Clinical implications of measurements of circulating vitamin D metabolites. *Clin. Endocr. Metab.* 9 (1980) 63–79.
2. Bouillon R.: Radiochemical assays for vitamin D metabolites: technical possibilities and clinical applications. *J. Steroid Biochem.* 19 (1983) 921–927.
3. Porteous C. E., Coldwell R. D., Trafford D. J. H. and Makin H. L. J.: Recent developments in the measurement of vitamin D and its metabolites in human body fluids. *J. Steroid Biochem.* 28 (1987) 785–801.
4. Seino Y., Yamaoka K., Ishida M., Yabuuchi H., Ichikawa M., Ishige H., Yoshino H. and Avioli L. V.: Biochemical characterization of $1,25(OH)_2D_3$ receptors in chick embryonal duodenal cytosol. *Calcif. Tissue Int.* 34 (1982) 265–269.
5. Reinhardt T. A., Horst R. L., Littledike E. T. and Beitz D. C.: 1,25-Dihydroxyvitamin D3 receptor in bovine thymus gland. *Biochem. Biophys. Res. Commun.* 106 (1982) 1012–1018.
6. Reinhardt T. A., Horst R. L., Orf J. W. and Hollis B. W.: A microassay for 1,25-dihydroxyvitamin D not requiring high-performance liquid chromatography: application to clinical studies. *J. Clin. Endocr. Metab.* 58 (1984) 91–98.
7. Hollis B. W.: Assay of circulating 1,25-dihydroxyvitamin D involving a novel single-cartridge extraction and purification procedure. *Clin. Chem.* 32 (1986) 2060–2063.
8. Bertelloni S., Baroncelli G. I., Benedetti U., Franchi G. and Saggese G.: Commercial kits for 1,25-dihydroxyvitamin D compared with a liquid-chromatographic assay. *Clin. Chem.* 39 (1993) 1086–1088.
9. Masuda S., Okano T., Matsuoka S. and Kobayashi T.: Assay and separative determination of $1\alpha$, 25-dihydroxyvitamin $D_2$ and $D_3$ in plasma using calf thymus receptor. *J. Nutr. Sci. Vitaminol.* 39 (1993) 101–114.
10. Koyama H., Prahl J. M., Uhland A., Nanjo M., Inaba M., Nishizawa Y., Morii H., Nishii Y. and DeLuca H. F.: A new, highly sensitive assay for 1,25-dihydroxyvitamin D not requiring high-performance liquid chromatography: application of monoclonal antibody against vitamin D receptor to radioreceptor assay. *Analyt. Biochem.* 205 (1992) 213–219.
11. Kobayashi N., Hisada A. and Shimada K.: Specificity of the polyclonal antibodies raised against a novel 25-hydroxyvitamin $D_3$-bovine serum albumin conjugate linked through the C-11$\alpha$ position. *J. Steroid Biochem. Molec. Biol.* 48 (1994) 567–572.
12. Kobayashi N., Ueda K. and Shimada K.: Evaluation of solubilizing agents for 25-hydroxyvitamin D3 immunoassays. *Clin. Chim. Acta* 209 (1992) 83–88.
13. Kobayashi N., Takama A., Shiomura K., Tabata Y., Takagi K. and Shimada K.: Production of a group-specific antibody to 1$\alpha$,25-dihydroxyvitamin D and its derivatives having the 1$\alpha$,3$\beta$-dihydroxylated A-ring structure. *Steroids* 59 (1994) 404–411.
14. Kobayashi N., Ueda K., Kitahori J. and Shimada K.: Production and specificity of antisera raised against 25-hydroxyvitamin $D_3$-[C-3]-bovine serum albumin conjugates. *Steroids* 57 (1992) 488–493.
15. Patterson M. S. and Greene R. C.: Measurement of low energy beta-emitters in aqueous solution by liquid scintillation counting of emulsions. *Analyt. Chem.* 37 (1965) 854–857.
16. Abraham G. E.: Solid-phase radioimmunoassay of estradiol-17$\beta$. *J. Clin. Endocr. Metab.* 29 (1969) 866–870.
17. Scatchard G.: The attraction of proteins for small molecules and ions. *Ann. N.Y. Acad. Sci.* 51 (1949) 660–672.
18. Axen R., Porath J. and Ernback S.: Chemical coupling of peptides and proteins to polysaccharides by means of cyanogen halides. *Nature* 214 (1967) 1302–1304.
19. Cuatrecasas P., Wilchek M. and Anfinsen C. B.: Selective enzyme purification by affinity chromatography. *Proc. Natn. Acad. Sci. U.S.A.* 61 (1968) 636–643.
20. Bessos H., Appleyard C., Micklem L. R. and Pepper D. S.: Monoclonal antibody leakage from gels: effect of support, activation and eluant composition. *Prep. Chromatogr.* 1 (1991) 207–220.
21. Stubbings D., Bubb M. O. and Conradie J. D.: Two methods for the introduction of amino groups into agarose-based matrices: their use in immunoaffinity chromatography. *Analyt. Biochem.* 210 (1993) 159–162.
22. Morisaki M., Koizumi N. and Ikekawa N.: Synthesis of active forms of vitamin D. Part IX. Synthesis of 1$\alpha$,24-dihydroxycholecalciferol. *J. Chem. Soc., Perkin Trans.* 1 (1975) 1421–1424.
23. Mallon J. P., Hamilton J. G., Nauss-Karol C., Karol R. J., Ashley C. J., Matuszewski D. S., Tratnyek C. A., Bryce G. F. and Miller O. N.: An improved competitive protein binding assay for 1,25-dihydroxyvitamin D. *Arch. Biochem. Biophys.* 201 (1980) 277–285.
24. Dabek J. T., Harkonen M. and Adlercreutz H.: A sensitive and simplified receptor assay for $1,25(OH)_2$ vitamin D. *Scand. J. Clin. Lab. Invest.* 41 (1981) 151–158.
25. Wildermuth S., Dittrich K., Schmidt-Gayk H., Zahn I. and O'Riordan J. L. H.: Scintillation proximity assay for calcitriol in serum without high pressure liquid chromatography. *Clin. Chim. Acta* 220 (1993) 61–70.
26. Kobayashi N., Ueda K., Tsutsumi M., Tabata Y. and Shimada K.: Enzyme immunoassay for plasma 25-hydroxyvitamin $D_3$ employing immunoaffinity chromatography as a pretreatment method. *J. Steroid Biochem. Molec. Biol.* 44 (1993) 93–100.
27. Axelson M.: 25-Hydroxyvitamin $D_3$ 3-sulphate is a major circulating form of vitamin D in man. *FEBS Lett.* 191 (1985) 171–175.
28. Ishizuka S., Sato J., Takahama S., Seino Y. and Norman A. W.: Serum concentrations of 1$\alpha$,25(OH)$_2D_3$-26,23-lactone in normal adults. In *Vitamin D. Gene Regulation, Structure-Function Analysis and Clinical Application* (Edited by A.W. Norman, R. Bouillon and M. Thomasset ). Walter de Gruyter, Berlin (1991) pp. 300–301.
29. Satomura K., Tanaka H., Seino Y., Ishida M., Yamaoka K., Yabuuchi H. and Ichikawa M.: The effect of purification procedures on the determination of serum level of 1,25-dihydroxyvitamin D. *Nippon Naibunpi Gakkai Zasshi* 64 (1988) 514–522.
30. Watanabe Y., Kubota T., Suzumura E., Suzuki T., Yonezawa M., Ishigami T., Ichikawa M. and Seino Y.: 1,25-Dihydroxyvitamin D radioreceptor assay using bovine mammary gland receptor and non-high performance liquid chromatographic purification. *Clin. Chim. Acta* 225 (1994) 187–194.
31. Kobayashi N., Kitahori J., Mano H. and Shimada K.: Production of highly specific antibodies to 1$\alpha$,25-dihydroxyvitamin $D_3$ utilizing a novel haptenic derivative having a chemical bridge at 11$\alpha$-position. *Chem. Pharmac. Bull.* 41 (1993) 1321–1323.

# Genetic causes of rickets

Walter L. Miller, MD, and Anthony A. Portale, MD

Dietary deficiency of vitamin D, genetic disorders of its bioactivation to 1,25-dihydroxyvitamin D [1,25(OH)$_2$D], or disorders of vitamin D action can cause rickets. The rate-limiting, hormonally-regulated, biologically activating step in the synthesis of 1,25(OH)$_2$D is the 1α-hydroxylation of 25-hydroxyvitamin D, which occurs in kidney and other tissues and is mediated by a mitochondrial cytochrome P450 enzyme, P450c1α. After many years of effort, the cDNA and gene for this enzyme were cloned in late 1997. Mutations in the P450c1α gene, located on chromosome 12, cause 1α-hydroxylase deficiency, also known as vitamin D-dependent rickets type I, an autosomal recessive disease characterized by rickets and impaired growth due to failure of renal synthesis of 1,25(OH)$_2$D. X-linked hypophosphatemic rickets, a dominantly inherited disease, is caused by mutations in the PHEX gene, whose function in regulating renal phosphate and vitamin D metabolism remains to be elucidated. Curr Opin Pediatr 1999, 11:333–339
© 1999 Lippincott Williams & Wilkins, Inc.

Department of Pediatrics, University of California at San Francisco, Berkeley, California, USA

Correspondence to Walter L. Miller, MD, Bldg. MR-IV, Room 209, University of California, San Francisco, CA 94143-0978, USA

Current Opinion in Pediatrics 1999, 11:333–339

**Abbreviations**

| | |
|---|---|
| 1,25(OH)$_2$D | 1,25-dihydroxyvitamin D |
| 25OHD | 25-hydroxyvitamin D |
| P450c1α | P450 enzyme specific for 1α-hydroxylation of vitamin D |
| PCR | polymerase chain reaction |
| PHEX | phosphate-regulating gene with homology to endopeptidases, on the X chromosome |
| PTH | parathyroid hormone |
| VDDR-I | vitamin D-deficiency rickets, type I |
| VDR | vitamin D receptor |

ISSN 1040-8703 © 1999 Lippincott Williams & Wilkins, Inc.

Rickets is a disease of growing bone characterized by impaired mineralization of bone matrix, bony deformities, and impaired linear growth. Vitamin D is the principal hormone required for normal bone mineralization, and dietary deficiency of vitamin D or genetic disorders of vitamin D biosynthesis and action can cause rickets. Rickets also can be due to X-linked hypophosphatemia or can occur as a complication of disturbed mineral ion homeostasis in renal Fanconi syndrome. Recent work has elucidated the molecular basis of disorders of vitamin D biosynthesis.

## The vitamin D biosynthetic pathway

Vitamin D is found in two biologically equivalent forms: ergocalciferol (vitamin D$_2$), produced by plants; and cholecalciferol (vitamin D$_3$), produced by animal tissues and by the action of near-ultraviolet (290–310 nm) light on 7-dehydrocholesterol in human skin. Vitamin D is a biologically inactive prohormone that must undergo two successive hydroxylations at carbons #25 and #1 before it can bind to the vitamin D receptor and exhibit biological activity (Fig. 1). The 25-hydroxylation of vitamin D occurs in the liver, catalyzed by a mitochondrial cytochrome P450 enzyme that also can hydroxylate carbons 26 and 27 of sterols to initiate bile acid synthesis (Fig. 1). The abundant 25-hydroxylase activity in the liver is not under tight physiologic regulation; the circulating concentration of 25-hydroxyvitamin D (25OHD) of ~10$^{-7}$ M is determined primarily by one's dietary intake of vitamin D and amount of exposure to sunlight. Like vitamin D itself, 25OHD has minimal capacity to bind to the vitamin D receptor and elicit a biologic response.

The active form of vitamin D, 1,25(OH)$_2$D, is produced in the proximal renal tubule by the 1α-hydroxylation of 25 OHD (Fig. 1). Although the circulating concentration of 1,25(OH)$_2$D is thought primarily to reflect its synthesis in the kidney, 1α-hydroxylase activity also has been demonstrated in other tissues, including keratinocytes, macrophages, and osteoblasts. Renal 1α-hydroxylase activity is tightly regulated by parathyroid hormone (PTH), calcium, phosphorus, and 1,25(OH)$_2$D itself [1,2]. Because this reaction is the rate-limiting step in the bioactivation of vitamin D, and because this enzyme is often disrupted in acquired renal disease as well as in rare genetic diseases, it has been the subject of intense study for nearly 30 years. However, all efforts to isolate or clone the vitamin D 1α-hydroxylase were unsuccessful until late 1997.

333

QUESTMS-00000526

**Figure 1. Human biosynthesis of vitamin D₃**



Ultraviolet light between the wavelengths of 290 and 310 nm cleaves the B ring of 7-dehydrocholesterol in skin to yield cholecalciferol (vitamin D₃). Ergocalciferol (vitamin D₂), made by plants, differs from D₃ in having an unsaturated double bond between carbon atoms 22 and 23 of the cholesterol side chain. Vitamin D, which circulates in blood bound to 56 kDa vitamin D-binding protein, is taken up by the liver where it is 25-hydroxylated by P450c25. The resulting 25OHD, which is the most abundant form of vitamin D in the human circulation, may undergo either 24-hydroxylation in the kidney by P450c24 to yield 24,25(OH)₂D or 1α-hydroxylation in the kidney by P450c1α to yield the active hormonal compound 1,25(OH)₂D. 1,25(OH)₂D, 1,25-dihydroxyvitamin D; H, hydrogen; HO, hyperbaric oxygen; P450cαc, P450 enzyme; UV, ultraviolet.

## The vitamin D biosynthetic enzymes are mitochondrial forms of cytochrome P450

The vitamin D 25-hydroxylase, the 1α-hydroxylase, and the 24-hydroxylase are cytochrome P450 enzymes found in mitochondria. There are two forms of cytochrome P450 enzymes, both of which function as oxidases using electrons from NADPH and molecular oxygen. Type I, found in mitochondria, receives electrons from NADPH via the intermediacy of an electron-transfer chain consisting of two proteins, a flavoprotein termed ferredoxin reductase and an iron-sulfur protein termed ferredoxin. Type II cytochrome P450 enzymes, such as the drug-metabolizing hepatic enzymes or the steroidogenic 21-hydroxylase enzyme, are found in the endoplasmic reticulum, where they receive electrons from a flavoprotein termed P450 oxidoreductase, sometimes with the allosteric assistance of cytochrome b₅ [3,4]. P450 oxidoreductase is quite different from ferredoxin reductase, and functions without the need of an iron-sulfur protein such as ferredoxin. Thus, mitochondrial (Type I) and microsomal (Type II) P450 enzymes are substantially different genetically and enzymologically.

## Vitamin D 25-hydroxylase

The hepatic 25-hydroxylase was the first of the three vitamin D-metabolizing enzymes to be cloned. This was accomplished by purifying vitamin D 25-hydroxylase from rat liver mitochondria [5–7] and using polyclonal antisera raised against the purified protein to screen a rat liver cDNA expression library, yielding a P450c25 cDNA [8,9]. This rat liver P450c25 was 73% identical to the rabbit liver sterol 26-hydroxylase P450c26; when expressed in transfected cells, rat liver P450c25 could catalyze either vitamin D 25-hydroxylation or cholesterol 26-hydroxylation, suggesting that these activities were catalyzed by the same enzyme. The corresponding human liver cDNA was cloned in 1991 [10] and is now termed P450c27, as it can hydroxylate both carbons 26- and 27- of cholesterol as well as carbon 25 of vitamin D.

Genetic deficiency of hepatic cholesterol 27-hydroxylase activity, due to mutations in the gene for P450c27, is associated with cerebrotendinous xanthomatosis [11,12]; however, a disorder of vitamin D biosynthesis or action has not been described in these patients. Furthermore, one child has been described with appar-

QUESTMS-00000527

ent vitamin D 25-hydroxylase deficiency who had no evidence of cerebrotendinous xanthomatosis [13]. Thus, while the principal enzyme catalyzing cholesterol 26- and 27-hydroxylation may be the same as that catalyzing vitamin D 25-hydroxylation, it also is possible that there are distinct enzymes with partially overlapping activities. Thus, much remains to be determined about the genetics of vitamin D 25-hydroxylation.

### Vitamin D 24-hydroxylase

The second vitamin D metabolizing enzyme to be cloned was the 24-hydroxylase. This enzyme also was cloned by purifying the protein from rat renal mitochondria, raising a polyclonal antiserum, and screening a rat kidney cDNA expression library [14]. Subsequently, the human cDNA [15] and gene [16] were cloned. Studies with the purified rat kidney enzyme [14] and with cells expressing the human P450c24 cDNA [15] showed that this enzyme can catalyze the 24-hydroxylation of both 25OHD and $1,25(OH)_2D$; this reaction serves as the initial step in the bioinactivation of vitamin D via the C24-oxidation pathway.

### Vitamin D 1α-hydroxylase

Despite the cloning of the 25- and 24-hydroxylases in 1990 and 1991, it was not until the second half of 1997 that four independent groups using different approaches reported the cloning of the mouse, rat, and human vitamin D-1α-hydroxylase cDNAs, and the human gene [17••,18•–22•]. Prior efforts to purify the 1α-hydroxylase enzyme were consistently unsuccessful, primarily because there is very little P450c1α protein in renal mitochondria; hence, the immunologic approaches used to clone the 24- and 25-hydroxylase enzymes could not be used.

Two groups prepared renal cDNA from rats raised on low-calcium, low-phosphorus, vitamin D-deficient diets, which are known to stimulate 1α-hydroxylase and to suppress 24-hydroxylase activities. One of the groups made and screened a cDNA library with a fragment of P450c24 cDNA that corresponded to the relatively well-conserved heme-binding site of mitochondrial P450s, yielding a P450c1α cDNA [21•]. The other group prepared degenerate-sequence oligonucleotides based on the conserved ferredoxin-binding sites and heme-binding sites of P450c24 and P450c25, and used these for polymerase chain reaction (PCR) amplification of the rat renal cDNA [20•]. The resulting PCR product was then cloned and used to screen a rat renal cDNA library, thus identifying the full-length P450c1α cDNA. A third group prepared renal cDNA from mice that were homozygous for a vitamin D receptor knockout [22•]. In the absence of a functional vitamin D receptor (VDR), these animals behave physiologically as though they are profoundly deficient in $1,25(OH)_2D$ and thus, they

greatly increased their synthesis of P450c1α. A renal cDNA library prepared from these animals was then screened by expression in cells that were engineered to contain a VDR/GAL 4 fusion protein. Those cells, expressing P450c1α and thereby producing $1,25(OH)_2D$, would activate the VDR and be detected colorimetrically, thus yielding a mouse P450c1α DNA [22•]. Each of these groups showed that the enzymes encoded by their rodent cDNAs could convert 25OHD into material that was chromatographically indistinguishable from authentic $1,25(OH)_2D_3$, and one group confirmed the identity of the product by mass spectrometry [21•].

We solved the problem of the low renal abundance of P450c1α by using primary cultures of human keratinocytes [17••], which, when grown in serum-free medium in the presence of low concentrations of calcium, exhibit substantial 1α-hydroxylase activity [23–25]. Using these cells as a source of RNA enriched for P450c1α mRNA, we used degenerate-sequence primers based on the relatively well-conserved sequences of the ferredoxin-binding sites and heme-binding sites of P450c25 and P450c24 to PCR-amplify a P450c1α cDNA fragment, which we used to screen a keratinocyte cDNA library and obtain a full-length clone [17••].

Having cloned a P450c1α from human keratinocytes, we provided four lines of evidence that the keratinocyte and renal enzymes are encoded by the same gene [17••]. First, we transfected our P450c1α cDNA into mouse Leydig MA-10 cells, which contain abundant ferredoxin and ferredoxin reductase and hence, provide 100- to 1000-fold greater activity of mitochondrial P450 enzymes than did the COS-1 cells used by others [26]. The transfected cells catalyzed the conversion of 25OHD to $1,25(OH)_2D$, as measured by radioreceptor assay and as shown by comigration with authentic $1,25(OH)_2D$ using two different high pressure liquid chromatographic solvent systems. Second, using this cell system, we synthesized substantial amounts of $1,25(OH)_2D_3$, whose complete chemical identity was proven by gas chromatography and mass spectrometry of the trimethylsilated derivative. Third, we used reverse transcription/polymerase chain reaction to show that the same sequences we had cloned from keratinocytes were expressed in the human kidney. Fourth, we provided genetic proof of the identify of our P450c1α by obtaining keratinocytes from a patient with vitamin D-deficiency rickets, type I (VDDR-I), cloning cDNA prepared from these cells, and showing that the patient was a compound heterozygote for two premature translation termination (non-sense) mutations [17••]. Thus, we provided the first proof that VDDR-I is caused by mutations in vitamin D-1α-hydroxylase.

QUESTMS-00000528

Follow-up papers appeared rapidly in late 1997 and early 1998. One group used their rat P450c1α cDNA to clone the human cDNA and gene [19•], and subsequently showed that the promoter of this gene was transcriptionally activated by PTH [27•]. Another group cloned the human cDNA and gene, and confirmed our observation that patients with VDDR-1 have mutations in P450c1α [28••]. This group also found that the gene was induced by PTH and calcitonin and suppressed by 1,25(OH)₂D [29•]. After we cloned the human P450c1α, we reported the cloning of the human gene; its localization to chromosome 12 by somatic cell hybrid analysis; the localization of the transcriptional start site; and a structural analysis of the genes for the four mitochondrial P450s now available (P450c1α, P450c24, P450scc, P450c11) [18•].

## The molecular genetics of 1α-hydroxylase deficiency (VDDR-I)

In recent months, the molecular genetics of VDDR-I have been investigated thoroughly. Our first patient [17••] and the four consanguineous patients of Kitanaka et al. [28••] proved that mutations in P450c1α could cause VDDR-I. However, it was not yet known whether all patients with the clinical syndrome of VDDR-I had mutations in P450c1α, nor was it known whether a genetic cluster of patients with VDDR-I in French Canada all had the same mutations. Yoshida et al. [30•] studied the P450c1α genes of four French Canadian patients; and we studied [31••] the P450c1α genes of 17 families from various ethnic groups. Of these 17

families, five were French Canadian; three, Polish; four, Caucasian American; one, Filipino; one, Chinese; one, Haitian; one, African American; and one, Hispanic. In each family, we identified P450c1α mutations on both parental alleles, correlated these with the microsatellite haplotyping of chromosome 12q13 (where the P450c1α gene lies), and assessed the 1α-hydroxylase activity *in vitro* of all the miss-sense mutations [31••].

All of our patients had typical laboratory findings of 1α-hydroxylase deficiency: hypocalcemia; hypophosphatemia; increased serum concentrations of alkaline phosphatase and PTH; normal serum concentrations of 25OHD; and low or undetectable concentrations of 1,25(OH)₂D (Table 1). All patients had radiographic evidence of rickets, and all responded to physiologic replacement doses of 1,25(OH)₂D₃. By examining the microsatellite genetic markers on chromosome 12, Labuda et al. previously had shown that French Canadian patients with VDDR-I carried one of two haplotypes [32]. Patients from the Charlevoix-Seguenay-Lac-Saint Jean region of Quebec (the "Charlevoix" population) carried haplotype 4-7-1, whereas "Acadian" patients from Eastern Canada carried haplotype 6-7-2 [32]. Among our five French Canadian families, 9 of 10 unique alleles carried the 4-7-1 haplotype, and all 9 carried the same mutation in codon 88 (ΔG958) that changes the reading frame and leads to premature translational nonsense, eliminating enzyme activity [31••]. Thus, our finding that haplotype 4-7-1 is strongly associated with ΔG958 identifies it as the "Charlevoix" mutation. This mutation

**Table 1. Clinical data in patients with 1α-hydroxylase deficiency**

| Patient | Age at evaluation | Ca mg/dL | P mg/dL | Alk phos IU/L | PTH pg/mL | 25OHD ng/mL | 1,25(OH)₂D pg/mL |
|---|---|---|---|---|---|---|---|
| Normal pediatric range | | 8.5–10.5 | 4–6 | 150–250 | 10–60 | 10–60 | 20–60 |
| 1a[a] | 9.8 y | 9.8 | 3.8 | 275 | 265[b] | 30 | 11 |
| b[a] | 7.8 y | 9.8 | 3.8 | 356 | 300[b] | 59 | 16 |
| 2 | 13 mo | 6.2 | 3.7 | 1,042 | 171 | 103 | 55[c] |
| 3 | 10 y | 6.5 | 3.6 | 625 | "High" | 37 | 8 |
| 4 | 18 mo | 6.1 | 2.5 | 1,720 | 980[b] | 30 | < 2 |
| 5[a] | 23 mo | 5.5 | 4.7 | 1,900 | – | – | – |
| 5[b] | 6 mo | "Low n!" | – | 600 | – | – | – |
| 6[a] | 18 mo | < 8.0 | 2.6 | 1,300 | – | 256 | < 20 |
| 7 | 11 mo | 6.1 | 2.8 | 1,958 | 2,231 | 40 | 9 |
| 8 | 12.5 y | 7.4 | 3.3 | 920 | 524[b] | 24 | 15 |
| 9 | 8 y | 8.4 | 2.0 | 3,120 | "High" | 124 | 4 |
| 10 | 11.5 y | 7.6 | 5.5 | 1,730 | – | 304 | 44 |
| 11[a] | 24 mo | 5.8 | 3.0 | 1,005 | 90 | – | < 17 |
| 12 | 12 mo | 7.2 | 2.8 | 1,515 | 101 | 58 | < 5 |
| 13 | 16 mo | 5.7 | 4.4 | 1,183 | 472 | 45 | 19 |
| 14 | 10.2 y | 8.0 | 2.9 | 1,113 | 945[b] | 46 | < 5 |
| 15 | 9 mo | 6.8 | 3.8 | 1,660 | – | 45 | < 10 |
| 16 | 9 mo | 8.1 | 2.2 | 3,542 | 862 | 86 | 10 |
| 17 | 13 mo | 7.4 | 1.5 | 1,880 | 377 | 110 | < 12 |

a, Had been on treatment since infancy; all medications held for > 1 wk; b, C-terminal assays (normal range <330 ng/mL); c, receiving calcitriol 0.25 µg/d. 1,25(OH)₂D, 1,25-dihydroxyvitamin D; Alk phos, alkaline phosphate; Ca, calcium; OHD, 1α-hydroxycholecalciferol (synthetic analog to vitamin D₃); P, phosphate; PTH, parathyroid hormone.

QUESTMS-00000529

**Figure 2. Genetic diagnosis of the ΔG958 mutation by restriction fragment length polymorphism**



Genomic DNA from an affected patient, an obligately heterozygous parent, and a normal control was amplified via PCR with the specific oligonucleotides described by Wang et al. [31••] and digested with Tai I. The patient's DNA is not cut; the normal control subject's DNA is completely cut; and the heterozygote shows a mixture of both patterns.

deletes the G in the sequence 5′ACGT3′; the resulting sequence is recognized by the endonucleases *Tai* I and *Mae* II, a feature we used to design a rapid, accurate PCR-based diagnostic tactic that can detect this mutation in genomic DNA from any source [31••] (Fig. 2).

Among the four French Canadian families studied by Yoshida *et al.*, three were homozygous for the ΔG958 mutation and one was homozygous for the duplication of a 7bp sequence [30•]. Based on the geographic origins of each patient, Yoshida *et al.* suggested that ΔG958 is the Charlevoix mutation and that the 7bp duplication is the Acadian mutation, but they did not perform microsatellite haplotyping to confirm this [30•]. We found this 7bp duplication, upstream from codon 441, on seven separate alleles in six families [31••]. Four of these alleles carried the haplotype 9-7-2 but were found in different ethnic groups: Polish, Chinese, and Hispanic. The other three alleles bearing the 7bp duplication carried the haplotypes 9-6-2, 9-3-3, and 6-6-1, and were found among Filipino, white, and black patients (Table 1). Only one of our patients (from Poland) carried the "Acadian" 6-7-2 haplotype, but that allele

carried the amino acid replacement (mis-sense) mutation P497R rather than the 7bp duplication. Thus, the 7bp duplication arose *de novo* among many different ethnic groups, and the identity of the "Acadian" mutation remains to be established.

We identified a total of 14 different mutations, including 7 mis-sense mutations. We assessed their activities by expressing each mutant in transfected MA-10 cells, and found that none of the mis-sense mutations had 1α-hydroxylase significantly activity above the low endogenous activity of MA-10 cells [31••] (Table 2). Kitanaka *et al.* identified four additional mis-sense mutations in their four consanguineous Japanese families [28••]. The activities of these mutants were tested in a promoter/reporter transactivation assay based on activation of the VDR by 1,25(OH)$_2$D; none of the four mutants showed any activity, consistent with the VDDR-I phenotype of the patients. Thus, although a total of 25 patients with 1α-hydroxylase deficiency have now been studied at a molecular genetic level, and 18 distinct mutations including 11 mis-sense mutations have been identified, none of those encodes an enzyme with decreased rather than absent activity. This may be because not enough patients have yet been studied, particularly those with mild clinical findings; alternatively, it is possible that mutations that only decrease rather than eliminate 1α-hydroxylase activity may not produce a clinically identifiable disorder.

**Other genetic forms of rickets**

Recent years have also revealed the genetic basis of two other inherited forms of rickets. Vitamin D-dependent rickets type II, also termed hereditary vitamin D-resistant rickets, is caused by mutations in the gene for the VDR such that 1,25(OH)$_2$D cannot exert its normal genomic action in target tissues [33]. In this respect, patients with Vitamin D-dependent rickets type II are the VDR gene knockouts of nature, and have a phenotype much like the subsequently developed VDR−/− mice [34].

The other inherited form of rickets is X-linked hypophosphatemic rickets. This is characterized by

**Table 2. Activity of the P450c1α mutants**

| Construct | 1,25(OH)$_2$D (pg/plate)[*] |
|---|---|
| Vector | 65 |
| Q65H | 68 |
| E189L | 85 |
| R389H | 45 |
| T409I | 52 |
| R429P | 58 |
| R435C | 65 |
| P497R | 60 |
| Wild-type | 1530 |

[*]Detection limit, 8 pg/plate of MA-10 cells. P450c1a, P450 enzyme.

QUESTMS-00000530

growth retardation, rachitic and osteomalacic bone disease, hypophosphatemia, and renal defects in the reabsorption of phosphate and the metabolism of vitamin D. The gene responsible for this disease was identified by an international consortium by positional cloning and is designated *PHEX* (Phosphate-regulating gene with homology to endopeptidases, on the X chromosome) [35,36]. This gene is very large (243 kb), and many different mutations have been identified [35,37–39,40•], the majority of which are predicted to eliminate PHEX protein function. However, the function of the PHEX protein in regulating renal phosphate transport and vitamin D metabolism is unclear, though it has been suggested that PHEX is involved in inactivating a phosphaturic hormone or activating a phosphate-conserving hormone [35,36]. Mutations in the *PHEX* gene were recently identified in only 31 of 68 unrelated patients with X-linked hypophosphatemic rickets; the mutations were more commonly found in patients with familial (77%) rather than sporadic (23%) X-linked hypophosphatemic rickets [40•]. Thus, the failure to find mutations in some patients might reflect their presence in unexamined regions of the gene or the involvement of other X-linked loci [37,40•]. Thus, the genetics of X-linked hypophosphatemic rickets remains an active area of study.

## Acknowledgements

Work in the authors' laboratories was supported by NIH grants DK37022 (WLM), DK42154 (WLM), DKAR54433 (AAP); by grants from the March of Dimes Birth Defects Foundation (WLM and AAP); and by gifts from the David Carmel Trust (AAP).

## References and recommended reading

Papers of particular interest, published within the annual period of review, have been highlighted as:
•   Of special interest
••   Of outstanding interest

1   Kumar R: Metabolism of 1,25-dihydroxyvitamin D₃. Physiol Rev 1984, 64:478–504.

2   Feldman D, Malloy PJ, Gross C: Vitamin D: metabolism and action. In Osteoporosis. Edited by Marcus R, Feldman D, Kelsey J. San Diego: Academic Press; 1996:205–235.

3   Auchus RJ, Lee TC, Miller WL: Cytochrome b₅ augments the 17,20-lyase activity of human P450c17 without direct electron transfer. J Biol Chem 1998, 273:3158–3165.

4   Geller DH, Auchus RJ, Miller WL: P450c17 mutations R347H and R358Q selectively disrupt 17,20-lyase activity by disrupting interactions with P450 oxidoreductase and cytochrome b5. Mol Endocrinol 1999, 13:167–175.

5   Dahlback H, Wikvall K: 25-Hydroxylation of vitamin D₃ by a cytochrome P-450 from rabbit liver mitochondria. Biochem J 1988, 252:207–213.

6   Masumoto O, Ohyama Y, Okuda K: Purification and characterization of vitamin D 25-hydroxylase from rat liver mitochondria. J Biol Chem 1988, 263:14256–14260.

7   Shayiq RM, Avadhani NG: Purification and characterization of a hepatic mitochondrial cytochrome P-450 active in aflatoxin B1 metabolism. Biochemistry 1989, 28:7546–7554.

8   Usui E, Noshiro M, Okuda K: Molecular cloning of cDNA for vitamin D₃ 25-hydroxylase from rat liver mitochondria. FEBS Lett 1990, 262:135–138.

9   Su P, Rennert H, Shayiq RM, Yamamoto R, Zheng YM, Addya S, et al: A cDNA encoding a rat mitochondrial cytochrome P450 catalyzing both the 26-hydroxylation of cholesterol and 25-hydroxylation of vitamin D₃;

10   Cali JJ, Russell DW: Characterization of human sterol 27-hydroxylase. J Biol Chem 1991, 266:7774–7778.

11   Bjorkhem I, Boberg KM: Inborn errors in bile acid biosynthesis and storage of sterols other than cholesterol. In The Metabolic Basis of Inherited Disease. Edited by Scriver CR, Beaudet AL, Sly WS, Valle D. New York: McGraw-Hill; 1995:2073–2099.

12   Garuti R, Lelli N, Barozzini M, Dotti MT, Federico A, Bertolini S, Calandra S: Partial deletion of the gene encoding sterol 27-hydroxylase in a subject with cerebrotendinous xanthomatosis. J Lipid Res 1996, 37:662–672.

13   Casella SJ, Reiner BJ, Chen TC, Holick MF, Harrison HE: A possible genetic defect in 25-hydroxylation as a cause of rickets. J Pediatr 1994, 124:929–932.

14   Ohyama Y, Noshiro M, Okuda K: Cloning and expression of cDNA encoding 25-hydroxyvitamin D₃ 24-hydroxylase. FEBS Lett 1991, 278:195–198.

15   Chen KS, Prahl JM, DeLuca HF: Isolation and expression of human 1,25-dihydroxyvitamin D₃ 24-hydroxylase cDNA. Proc Natl Acad Sci U S A 1993, 90:4543–4547.

16   Chen KS, DeLuca HF: Cloning of the human 1 alpha, 25-dihydroxyvitamin D₃-24-hydroxylase gene promoter and identification of two vitamin D-responsive elements. Biochim Biophys Acta 1995, 1263:1–9.

17   Fu GK, Lin D, Zhang MYH, Bikle DD, Miller WL, Portale AA: Cloning of
•   human 25-hydroxyvitamin D-1α-hydroxylase and mutations causing vitamin D-dependent rickets type 1. Mol Endocrinol 1997, 11:1961–1970.
This paper: 1) reported the first cloning of human P450c1α cDNA; 2) established the MA-10 cell system to assay 1α-hydroxylase activity of expressed P450c1α, 3) characterized 1,25(OH)₂D product via mass spectrometry; and 4) provided the first demonstration of P450c1α mutations in VDDR-I.

18   Fu GK, Portale AA, Miller WL: Complete structure of the human gene for
•   the vitamin D 1α-hydroxylase, P450c1α. DNA Cell Biol 1997, 12:1499–1507.
This paper reports the complete sequence of the P450c1α gene, its location to chromosome 12 by somatic cell hybridization, and the genomic relatedness of all the genes for mitochondrial P450s.

19   Monkawa T, Yoshida T, Wakino S, Shinki T, Anazawa H, DeLuca HF, Suda
•   T, Hayashi M, Saruta T: Molecular cloning of cDNA and genomic DNA for human 25-hydroxyvitamin D₃ 1α-hydroxylase. Biochem Biophys Res Commun 1997, 239:527–533.
These authors cloned the human P450c1α cDNA and gene using the rat P450c1α cDNA reported by Shinki et al. [20••]; Proc Natl Acad Sci U S A 1997, 94:12920–12925). The complete sequences are not in the paper but are available online.

20   Shinki T, Shimada H, Wakino S, Anazawa H, Hayashi M, Saruta T, et al:
••   Cloning and expression of rat 25-hydroxyvitamin D₃-1α-hydroxylase cDNA. Proc Natl Acad Sci U S A 1997, 94:12920–12925.
This is one of two independent reports on the cloning of rat P450c1α. This led to the work reported by Monkawa et al. [19••]; Biochem Biophys Res Commun 1997, 239:527–533) and that of Brenza et al. [27••]; Proc Natl Acad Sci U S A 1998, 95:1387–1391).

21   St-Arnaud R, Messerlian S, Moir JM, Omdahl JL, Glorieux FH: The 25-hydroxy-
•   vitamin D 1-alpha-hydroxylase gene maps to the pseudovitamin D-deficiency rickets (PDDR) disease locus. J Bone Miner Res 1997, 12:1552–1559.
This is one of two independent reports on the cloning of rat P450c1α, including mass spectrometric characterization of the 1,25(OH)₂D product and location of the human gene to chromosome 12q13.1-q13.3 by fluorescent in situ hybridization.

22   Takeyama K, Kitanaka S, Sato T, Kobori M, Yanagisawa J, Kato S: 25-
•   hydroxyvitamin D₃ 1α-hydroxylase and vitamin D synthesis. Science 1997, 277:1827–1830.
These authors cloned the mouse P450c1α cDNA by expression cloning of renal cDNA from VDR –/– mice and characterized the 1,25(OH)₂D product via promoter transactivation assay.

23   Bikle DD, Nemanic MK, Gee E, Elias P: 1,25-dihydroxyvitamin D₃ production by human keratinocytes. J Clin Invest 1986, 78:557–566.

24   Bikle DD, Nemanic MK, Whitney JO, Elias PW: Neonatal human foreskin keratinocytes produce 1,25-dihydroxyvitamin D₃. Biochemistry 1986, 25:1545–1548.

25   Bikle DD, Pillai S: Vitamin D, calcium, and epidermal differentiation. Endocr Rev 1993, 14:3–19.

26   Fardella CE, Hum DW, Rodriguez H, Zheng G, Barry FL, Ilicki A, et al: Gene conversion in the CYP11B2 gene encoding P450c11AS is associated with, but does not cause, the syndrome of corticosterone methyloxidase II deficiency. J Clin Endocrinol Metab 1996, 81:321–326.

QUESTMS-00000531

27  Brenza HL, Kimmel-Jehan C, Jehan F, Shinki T, Wakino S, Anazawa H, et al.:
•   Parathyroid hormone activation of the 25-hydroxyvitamin $D_3$-1alpha-hydroxy-
    lase gene promoter. Proc Natl Acad Sci U S A 1998, 95:1387–1391.
This is one of two papers describing transcriptional activation of the human
P450c1α gene by PTH.

28  Kitanaka S, Takeyama K, Murayama A, Sato T, Okumura K, Nogami M, et
••  al.: Inactivating mutations in the 25-hydroxyvitamin $D_3$ 1alpha-hydroxylase
    gene in patients with pseudovitamin D-deficiency rickets. N Engl J Med
    1998, 338:653–661.
These authors cloned the human P450c1α cDNA and the gene for P450c1α
using the mouse cDNA of Takeyama et al. [[24]; Science 1997, 277:1827–1830;
sequences are only available online]. The authors also identified four homozygous
mis-sense mutations in four consanguineous Japanese families with VDDR-I.

29  Murayama A, Takeyama K, Kitanaka S, Kodera Y, Hosoya T, Kato S: The
•   promoter of the human 25-hydroxyvitamin $D_3$ 1 alpha-hydroxylase gene
    confers positive and negative responsiveness to PTH, calcitonin, and 1
    alpha,25(OH)$_2$D$_3$. Biochem Biophys Res Commun 1998, 249:11–16.
This is one of two papers describing transcriptional activation of the human
P450c1α gene by PTH.

30  Yoshida T, Monkawa T, Tenenhouse HS, Goodyer P, Shinki T, Suda T, et
•   al.: Two novel 1α-hydroxylase mutations in French-Canadians with vitamin
    D dependency rickets type I. Kidney Int 1998, 54:1437–1443.
These authors characterize the P450c1α genes in four French Canadian
patients with VDDR-I.

31  Wang JT, Lin CJ, Burridge SM, Fu GK, Labuda M, Portale AA, Miller WL:
••  Genetics of vitamin D1 alpha-hydroxylase deficiency in 17 families. Am J
    Hum Genet 1998, 63:1694–1702.
This paper: 1) characterizes the P450c1α genes in 17 families from multiple
ethnic backgrounds; 2) proves that ΔG958 is the "Charlevoix" French Canadian
mutation by microsatellite analysis; 3) demonstrate multiple independent origins
of the 7bp duplication mutation; 4) analyzes the enzymatic activity of seven mis-
sense mutations; and 5) provides the first structure-function modeling of the
P450c1α protein.

32  Labuda M, Labuda D, Korab-Laskowska M, Cole DE, Zietkiewicz E,
    Weissenbach J, et al.: Linkage disequilibrium analysis in young populations:
    pseudo-vitamin D-deficiency rickets and the founder effect in French
    Canadians. Am J Hum Genet 1996, 59:633–643.

33  Hughes MR, Malloy PJ, O'Malley BW, Pike JW, Feldman D: Genetic
    defects of the 1,25-dihydroxyvitamin $D_3$ receptor. J Recept Res 1991,
    11:699–716.

34  Yoshizawa T, Handa Y, Uematsu Y, Takeda S, Sekine K, Yoshihara Y, et al.:
    Mice lacking the vitamin D receptor exhibit impaired bone formation, uterine
    hypoplasia and growth retardation after weaning. Nat Genet 1997,
    16:391–396.

35  The HYP Consortium: A gene (PEX) with homologies to endopeptidases is
    mutated in patients with X-linked hypophosphatemic rickets. Nat Genet
    1995, 11:130–136.

36  Econs MJ, Francis F: Positional cloning of the PEX gene: new insights into
    the pathophysiology of X-linked hypophosphatemic rickets. Am J Physiol
    1997, 273:489–498.

37  Holm IA, Huang X, Kunkel LM: Mutational analysis of the PEX gene in
    patients with X-linked hypophosphatemic rickets. Am J Hum Genet 1997,
    60:790–797.

38  Rowe PS, Oudet CL, Francis F, Sinding C, Pannetier S, Econs MJ, et al.:
    Distribution of mutations in the PEX gene in families with X-linked
    hypophosphatemic rickets (HYP). Hum Mol Genet 1997, 6:539–549.

39  Francis F, Strom TM, Hennig S, Boddrich A, Lorenz B, Brandau O, et al.:
    Genomic organization of the human PEX gene mutated in X-linked domi-
    nant hypophosphatemic rickets. Genome Res 1997, 7:573–585.

40  Dixon PH, Christie PT, Wooding C, Trump D, Grieff M, Holm I, et al.:
•   Mutational analysis of PHEX gene in X-linked hypophosphatemia. J Clin
    Endocrinol Metab 1998, 83:3615–3623.
The authors present a comprehensive analysis of the PHEX gene in 66 unre-
lated patients with X-linked hypophosphatemic rickets.

QUESTMS-00000532



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/101,166 | 04/06/2005 | Nigel Clarke | 034827-3602 | 2707 |

30542        7590        10/08/2008
FOLEY & LARDNER LLP
P.O. BOX 80278
SAN DIEGO, CA 92138-0278

| EXAMINER |
|---|
| GAKH, YELENA G |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1797 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 10/08/2008 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)

QUESTMS-00000533

| | Application No. | Applicant(s) |
|---|---|---|
| **Office Action Summary** | 11/101,166 | CLARKE ET AL. |
| | **Examiner** | **Art Unit** | |
| | Yelena G. Gakh, Ph.D. | 1797 | |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on <u>06 April 2005</u>.

2a)☐ This action is **FINAL**.   2b)☒ This action is non-final.

3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒ Claim(s) <u>1-35</u> is/are pending in the application.

    4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☐ Claim(s) _____ is/are allowed.

6)☒ Claim(s) <u>1-35</u> is/are rejected.

7)☐ Claim(s) _____ is/are objected to.

8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☒ The specification is objected to by the Examiner.

10)☐ The drawing(s) filed on _____ is/are:  a)☐ accepted or b)☐ objected to by the Examiner.

    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

11)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a)☐ All   b)☐ Some * c)☐ None of:

      1.☐ Certified copies of the priority documents have been received.

      2.☐ Certified copies of the priority documents have been received in Application No. _____.

      3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

    * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☐ Notice of References Cited (PTO-892)

2)☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3)☒ Information Disclosure Statement(s) (PTO/SB/08)
    Paper No(s)/Mail Date <u>07/1105, 03/19/07, 07/27/07</u>.

4)☐ Interview Summary (PTO-413)
    Paper No(s)/Mail Date. _____ .

5)☐ Notice of Informal Patent Application

6)☐ Other: _____ .

U.S. Patent and Trademark Office
PTOL-326 (Rev. 08-06)   Office Action Summary   Part of Paper No./Mail Date 20080928
Joint Appendix 1050

QUESTMS-00000534

Application/Control Number: 11/101,166                                                    Page 2
Art Unit: 1797

## DETAILED ACTION

### *Specification*

1.      The disclosure is objected to because of the following informalities: "$^6$D" label in such
chemical definitions as "$^6$D-25OHD$_3$" is not a conventional label, and is not clear, as to what it
might mean without explanation.  Conventionally such labeling is reserved for indicating
isotopes, such as $^1$H, $^{13}$C, $^{16}$O, etc.  It appears that $^6$D stands for hexadeuterated 25OHD$_3$.  The
correct label would be 25OHD$_3$-d$_6$ or [$^2$H$_6$] 25OHD$_3$.  Appropriate correction is required.

On page 24 in table 9 it appears that the letter "$\alpha$" is replaced with the square.
Appropriate correction is required.

### *Claim Rejections - 35 USC § 112*

2.      The following is a quotation of the first paragraph of 35 U.S.C. 112:

> The specification shall contain a written description of the invention, and of the manner and process of making
> and using it, in such full, clear, concise, and exact terms as to enable any person skilled in the art to which it
> pertains, or with which it is most nearly connected, to make and use the same and shall set forth the best mode
> contemplated by the inventor of carrying out his invention.

Claims 1-2, 6, 7-17, 21-24, 28-35 are rejected under 35 U.S.C. 112, first paragraph, as
failing to comply with the written description requirement.  The claim(s) contains subject matter
which was not described in the specification in such a way as to reasonably convey to one skilled
in the relevant art that the inventor(s), at the time the application was filed, had possession of the
claimed invention.  According to MPEP §2163.02 "Standard for Determining Compliance With
the Written Description Requirement:

> The courts have described the essential question to be addressed in a description requirement
> issue in a variety of ways. An objective standard for determining compliance with the written
> description requirement is, "does the description clearly allow persons of ordinary skill in the art
> to recognize that he or she invented what is claimed." *In re Gosteli*, 872 F.2d 1008, 1012, 10
> USPQ2d 1614, 1618 (Fed. Cir. 1989). Under *Vas-Cath, Inc. v. Mahurkar*, 935 F.2d 1555, 1563-
> 64, 19 USPQ2d 1111, 1117 (Fed. Cir. 1991), to satisfy the written description requirement, an
> applicant must convey with reasonable clarity to those skilled in the art that, as of the filing date
> sought, he or she was in possession of the invention, and that the invention, in that context, is
> whatever is now claimed. The test for sufficiency of support in a parent application is whether the
> disclosure of the application relied upon "reasonably conveys to the artisan that the inventor had
> possession at that time of the later claimed subject matter." *Ralston Purina Co. v. Far-Mar-Co.,*

QUESTMS-00000535

*Inc.*, 772 F.2d 1570, 1575, 227 USPQ 177, 179 (Fed. Cir. 1985) (quoting *In re Kaslow*, 707 F.2d 1366, 1375, 217 USPQ 1089, 1096 (Fed. Cir. 1983)).

Whenever the issue arises, the fundamental factual inquiry is whether the specification conveys with reasonable clarity to those skilled in the art that, as of the filing date sought, applicant was in possession of the invention as now claimed. See, e.g., *Vas-Cath, Inc. v. Mahurkar*, 935 F.2d 1555, 1563-64, 19 USPQ2d 1111, 1117 (Fed. Cir. 1991). An applicant shows possession of the claimed invention by describing the claimed invention with all of its limitations using such descriptive means as words, structures, figures, diagrams, and formulas that fully set forth the claimed invention. *Lockwood v. American Airlines, Inc.*, 107 F.3d 1565, 1572, 41 USPQ2d 1961, 1966 (Fed. Cir. 1997). Possession may be shown in a variety of ways including description of an actual reduction to practice, or by showing that the invention was "ready for patenting" such as by the disclosure of drawings or structural chemical formulas that show that the invention was complete, or by describing distinguishing identifying characteristics sufficient to show that the applicant was in possession of the claimed invention. See, e.g., *Pfaff v. Wells Elecs., Inc.*, 525 U.S. 55, 68, 119 S.Ct. 304, 312, 48 USPQ2d 1641, 1647 (1998); *Regents of the University of California v. Eli Lilly*, 119 F.3d 1559, 1568, 43 USPQ2d 1398, 1406 (Fed. Cir. 1997); *Amgen, Inc. v. Chugai Pharmaceutical*, 927 F.2d 1200, 1206, 18 USPQ2d 1016, 1021 (Fed. Cir. 1991) (one must define a compound by "whatever characteristics sufficiently distinguish it").

The disclosure is insufficient for supporting the language of the indicated claims, since nowhere the specification provides the disclosure for performing the method comprising ionization of 25-hydroxy- or 1,25-dihydroxyvitamin D directly from the biological sample without any chromatographic step of separation or purification. Therefore, the Applicants do not "convey with reasonable clarity to those skilled in the art that, as of the filing date sought, [that] he or she was in possession of the invention, and that the invention, in that context, is whatever is now claimed". The specification discloses only embodiments comprising the first step of chromatographic separation.

Further, claim 35 is rejected under 35 U.S.C. 112, first paragraph, as failing to comply with the written description requirement. The claim(s) contains subject matter which was not described in the specification in such a way as to reasonably convey to one skilled in the relevant art that the inventor(s), at the time the application was filed, had possession of the claimed invention. The disclosure fails to disclose the possession of the invention recited in claim 35 by "including description of an actual reduction to practice, or by showing that the invention was "ready for patenting" such as by the disclosure of drawings or structural chemical formulas that show that the invention was complete, or by describing distinguishing identifying characteristics sufficient to show that the applicant was in possession of the claimed invention". The only

QUESTMS-00000536

Application/Control Number: 11/101,166                                    Page 4
Art Unit: 1797

indication of 1,25-dihydroxyvitamin $D_3$ and 1,25-dihydroxyvitamin $D_2$ in the specification is
Table 9 which indicates MW of these metabolites.  Nowhere does the specification disclose
determining of these two metabolites in one assay using LC-MS/MS.

3.      The following is a quotation of the second paragraph of 35 U.S.C. 112:

> The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the
> subject matter which the applicant regards as his invention.

Claims 6, 16 and 38 are rejected under 35 U.S.C. 112, second paragraph, as being
indefinite for failing to particularly point out and distinctly claim the subject matter which
applicant regards as the invention.

The claims recite that "the sample or said 25-hydroxyvitamin D is not subjected to gas-
chromatography prior to said ionization step". First, it is not apparent, as to how 25-hydroxy-
vitamin D can be subjected to gas chromatography, when it is a part of the sample.  Should it be
separated first in order to be subjected to gas chromatography (sic, the expression "gas
chromatography" should be written as two separate words)?  Second, it is not apparent, as to
what this limitation actually means; does it mean that the sample is not subjected to any
chromatography, or that it is subjected to other types of chromatography?  The recitation of the
claims renders them unclear and indefinite, since it is not clear, as to what positively the claims
recite.

### *Claim Rejections - 35 USC § 102*

4.      The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the
basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless –
>
> (b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on
> sale in this country, more than one year prior to the date of application for patent in the United States.

5.      **Claims 1-3, 7 and 9** are rejected under 35 U.S.C. 102(b) as being anticipated by
Coldwell et al. (J. Mass Spec., 1995, IDS) (Coldwell).

Coldwell teaches a method for determining the presence or amount of 25-hydroxyvitamin
$D_2$ and 25-hydroxyvitamin $D_3$ using GC-MS analysis, i.e. by ionizing said hydroxyvitamin D and
detecting it with mass spectrometry with a preliminary purification of the sample by GC.

QUESTMS-00000537

Application/Control Number: 11/101,166                                    Page 5
Art Unit: 1797

Specifically he discloses "mass fragmentographic assay for 25-hydroxyvitamin D in plasma
without derivatization: enhanced sensitivity for metabolites of vitamins $D_2$ and $D_3$ after pre-
column dehydration" (Title).  The method comprises purification and gas chromatography prior
to mass spectrometric analysis (GS-MS) of vitamin $D_2$ and $D_3$ metabolites and obtaining their
protonated and dehydrated precursor ions

6.      **Claims 16-22** are rejected under 35 U.S.C. 102(b) as being anticipated by Kissmeyer et
al. (J. Chromat. A, 2001, IDS) (Kissmeyer).

        Kissmeyer teaches "sensitive analysis of 1α,25-dihydroxyvitamin $D_3$ in biological fluids
by liquid chromatography - tandem mass spectrometry" (Title).  The sample is protein
precipitated and purified by the solid-phase extraction.

7.      **Claims 1-10, 16-21, 23-30 and 34** are rejected under 35 U.S.C. 102(b) as being
anticipated by Watson et al. (Biomed. Chromat., 1991, IDS) (Watson).

        Watson teaches "analysis of vitamin D and its metabolites using thermospray liquid
chromatography/mass spectrometry" (Title), with the metabolites of vitamin D comprising 25-
hydroxyvitamin $D_2$, 25-hydroxyvitamin $D_3$, and 1α,25-dihydroxyvitamin $D_3$.  Major peaks in
mass spectra have corresponding m/z ~395, ~383 and ~399, see Figure 1.


### *Claim Rejections - 35 USC § 103*

8.      The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all
obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in
> section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are
> such that the subject matter as a whole would have been obvious at the time the invention was made to a person
> having ordinary skill in the art to which said subject matter pertains.  Patentability shall not be negatived by the
> manner in which the invention was made.


9.      The factual inquiries set forth in *Graham* v. *John Deere Co.*, 383 U.S. 1, 148 USPQ 459
(1966), that are applied for establishing a background for determining obviousness under 35
U.S.C. 103(a) are summarized as follows:

        1.      Determining the scope and contents of the prior art.
        2.      Ascertaining the differences between the prior art and the claims at issue.
        3.      Resolving the level of ordinary skill in the pertinent art.

QUESTMS-00000538

     4.    Considering objective evidence present in the application indicating obviousness or nonobviousness.

10.   This application currently names joint inventors. In considering patentability of the claims under 35 U.S.C. 103(a), the examiner presumes that the subject matter of the various claims was commonly owned at the time any inventions covered therein were made absent any evidence to the contrary. Applicant is advised of the obligation under 37 CFR 1.56 to point out the inventor and invention dates of each claim that was not commonly owned at the time a later invention was made in order for the examiner to consider the applicability of 35 U.S.C. 103(c) and potential 35 U.S.C. 102(e), (f) or (g) prior art under 35 U.S.C. 103(a).

11.   **Claims 11-15, 22, 31-33 and 35** are rejected under 35 U.S.C. 103(a) as being unpatentable over Watson in view of Kissmeyer.

     The teaching of Watson is provided above in paragraph 6 of the present Office action. Watson does not specifically disclose tandem mass spectrometry for detecting or quantifying 25-hydroxyvitamin $D_2$ and 25-hydroxyvitamin $D_3$.

     Kissmeyer teaches detecting and quantifying $1\alpha,25$-dihydroxyvitamin $D_3$ in biological fluids by liquid chromatography - tandem mass spectrometry.

     It would have been obvious for a person of ordinary skill in the art to modify Watson's method of quantifying such vitamin D metabolites, as 25-hydroxyvitamin $D_2$ and 25-hydroxy-vitamin $D_3$ by substituting conventional mass spectrometry with tandem mass spectrometry disclosed by Kissmeyer for another vitamin D metabolite, $1\alpha,25$-dihydroxyvitamin $D_3$, since it is notoriously well known that tandem mass spectrometry provides more comprehensive information regarding the compound structure because of the presence of signals not only from the precursor ions, but also from their fragments, which also allows easier distinguishing between compounds of a similar structure.

     Mass/charge ratios provided for the fragments of corresponding metabolites would be inherent for the modified Watson-Kissmeyer's method.

QUESTMS-00000539

Application/Control Number: 11/101,166                                    Page 7
Art Unit: 1797

Any inquiry concerning this communication or earlier communications from the examiner should be directed to Yelena G. Gakh, Ph.D. whose telephone number is (571) 272-1257. The examiner can normally be reached on 9:30 am - 6:00 pm.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Jill A. Warden can be reached on (571) 272-1267. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/Yelena G. Gakh/
Primary Examiner, Art Unit 1797

9/29/2008

QUESTMS-00000540

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO<br>INFORMATION DISCLOSURE<br>STATEMENT BY APPLICANT<br><br>(use as many sheets as necessary) | Complete if Known | |
|---|---|---|
| | Application Number | 11/101,166 |
| | Filing Date | 4/6/2005 |
| | First Named Inventor | Nigel Clarke |
| | Art Unit | 1614 |
| | Examiner Name | Unknown |
| Sheet | 1 | of | 2 | Attorney Docket Number | 034827-3602 |

(stamp: POIPE MAR 19 2007 TRADEMARK)

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number<br>Number-Kind Code[2] (if known) | Publication Date<br>MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| /Y.G./ | A1 | 20060094125 | 05-04-2006 | Singh et al. | |

## UNPUBLISHED U.S. PATENT APPLICATION DOCUMENTS

| Examiner Initials* | Cite No.[1] | U.S. Patent Application Document<br>Serial Number-Kind Code[2] (if known) | Filing Date of Cited Document MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document<br>Country Code[3] Number[4] Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Documents | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | | | | | |

## NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
|---|---|---|---|
| /Y.G./ | A2 | COLDWELL et al., "Mass Fragmentographic Assay for 25-Hydroxyvitamin D in Plasma Without Derivatization: Enhanced Sensitivity for Metabolites of Vitamins D2 and D3 After Pre-column Dehydration", Journal of Mass Spectrometry, 30:348-356, 1994. | |
| /Y.G./ | A3 | MAUNSELL et al., "Routine Isotope-Dilution Liquid Chromatography-Tandem Mass Spectrometry Assay for Simultaneous Measurement of the 25-Hydroxy Metabolites of Vitamins D2 and D2", Clinical Chemistry, 51:9 1683-1690, 2005. | |
| /Y.G./ | A4 | ODRZYWOLSKA et al., "Convergent Synthesis, Chiral HPLC, and Vitamin D Receptor Affinity of Analogs of 1,25-Dihydroxycholecalciferol", Chirality, 11:249-255, 1999. | |
| /Y.G./ | A5 | WATSON et al., "Analysis of Vitamin D and its Metabolites using Thermospray Liquid Chromatography/Mass Spectrometry", Biomedical Chromatography, Vol. 5, 153-160, 1991. | |
| /Y.G./ | A6 | YEUNG et al., "Characterization of the Metabolic Pathway of 1,25-Dihydroxy-16-Ene Vitamin D3 in Rat Kidney By On-Line High Performance Liquid Chromatography-Electrospray Tandem Mass Spectrometry", Biochemical Pharmacology, Vol. 49, No. 8, pp.1099-1110, 1995. | |

| Examiner Signature | /Yelena Gakh/ | Date Considered | 09/28/2008 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

DLMR_301953.1

QUESTMS-00000541

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | | Complete if Known | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(use as many sheets as necessary)* | | | | Application Number | 11/101,166 |
| | | | | Filing Date | 4/6/2005 |
| | | | | First Named Inventor | Nigel Clarke |
| | | | | Art Unit | 1614 |
| | | | | Examiner Name | Unknown |
| Sheet | 2 | of | 2 | Attorney Docket Number | 034827-3602 |

| | | NON PATENT LITERATURE DOCUMENTS | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
| /Y.G./ | A7 | International Search Report for PCT Application PCT/US2006/12539 | |

| Examiner Signature | /Yelena Gakh/ | Date Considered | 09/28/2008 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

DLMR_301953.1

QUESTMS-00000542

MODIFIED PTO/SB/08 (08-00)
Approved for use through 10/31/2002. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449B/PTO

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Complete if Known | |
|---|---|---|
| | Application Number | 11/101,166 |
| | Filing Date | 04/06/2005 |
| | First Named Inventor | Nigel Clarke |
| | Group Art Unit | 1614 |
| (use as many sheets as necessary) | Examiner Name | Unknown |
| Sheet 1 of 2 | Attorney Docket Number | 034827-3602 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials* | Cite No.[1] | U.S. Patent Document Number | Kind Code[2] (if known) | Name of Patentee or Applicant of Cited Document | Date of Publication of Cited Document MM-DD-YYYY | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| /Y.G./ | A1 | 5772874 | | Quinn et al. | 06-30-1998 | |
| | A2 | 5795469 | | Quinn et al. | 08-18-1998 | |
| | A3 | 5919368 | | Quinn et al. | 07-06-1999 | |
| | A4 | 5968367 | | Quinn et al. | 10-19-1999 | |
| | A5 | 6107623 | | Bateman et al. | 08-22-2000 | |
| | A6 | 6124137 | | Hutchens et al. | 09-26-2000 | |
| | A7 | 6204500 | | Whitehouse et al. | 03-20-2001 | |
| /Y.G./ | A8 | 6268144 | | Köster | 07-31-2001 | |
| | | | | | | |
| | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Office[3] Number[4] | Kind Code[2] (if known) | Name of Patentee or Applicant of Cited Documents | Date of Publication of Cited Document MM-DD-YYYY | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**NON PATENT LITERATURE DOCUMENTS**

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
|---|---|---|---|
| /Y.G./ | A9 | ARMAS et. al., Vitamin D2 Is Much Less Effective than Vitamijn D3 in Humans, J. Clin. Endocrinol. Metab. 89:5387-5391 (2004). | |
| /Y.G./ | A10 | HIGASHI T, et al., Simultaneous Determination of 25-Hydroxyvitamin D$^2$ and 25-Hydroxyvitamin D$^3$ in Human Plasma by Liquid Chromatography-Tandem Mass Spectrometry Employing Derivatization with a Cookson-Type Reagent, Biol Pharm Bull. 24(7):738-43, (2001). | |
| /Y.G./ | A11 | HIGASHI T, et al., Characterization of urinary metabolites of vitamin D$_3$ in man under physiological conditions using liquid chromatography-tandem mass spectrometry, J Pharm Biomed Anal. 29(5):947-55 (2002) | |

| Examiner Signature | /Yelena Gakh/ | Date Considered | 09/28/2008 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] Unique citation designation number. [2] See attached Kinds of U.S. Patent Documents. [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST. 16 if possible. [6] Applicant is to place a check mark here if English language Translation is attached.

Burden Hour Statement: This form is estimated to take 2.0 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

QUESTMS-00000543

MODIFIED PTO/SB/08 (08-00)
Approved for use through 10/31/2002. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449B/PTO **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(use as many sheets as necessary)* | | | **Complete if Known** | |
|---|---|---|---|---|
| | | | Application Number | 11/101,166 |
| | | | Filing Date | 04/06/2005 |
| | | | First Named Inventor | Nigel Clarke |
| | | | Group Art Unit | 1614 |
| | | | Examiner Name | Unknown |
| Sheet | 2 | of | 2 | Attorney Docket Number | 034827-3602 |

| | | NON PATENT LITERATURE DOCUMENTS | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
| /Y.G./ | A12 | HIGASHI T, et al., Characterization of new conjugated metabolites in bile of rats administered 24,25-dihydroxyvitamin $D_3$ and 25-hydroxyvitamin $D_3$, Steroids. 65(5):261-94 (2000) | |
| /Y.G./ | A13 | KISSMEYER and SONNE, Sensitive analysis of $1\alpha,25$-dihydroxyvitamin $D_3$ in biological fluids by liquid chromatography-tandem mass spectrometry, J Chromatogr A. 935(1-2):93-103 (2001) | |
| /Y.G./ | A14 | MERCHANT and WEINBERGER, Recent advancements in surface-enhanced laser desorption/ionization-time of flight-mass spectrometry, *Electrophoresis* 21:1164-77 (2000) | |
| /Y.G./ | A15 | SALM *et al.*, The Quantification of Sirolimus by High-Performance Liquid Chromatography-Tandem Mass Spectrometry and Microparticle Enzyme Immunoassay in Renal Transplant Recipients, *Clin. Therapeutics* 22 Supl. B:B71-B85 (2000) | |
| /Y.G./ | A16 | TAYLOR *et al.*, Simultaneous Quantification of Tacrolimus and Sirolimus in Human Blood, by High-Performance Liquid Chromatography – Tandem Mass Spectrometry, *Therapeutic Drug Monitoring* 22:608-12 (2000) | |
| /Y.G./ | A17 | WRIGHT *et al.*, Proteinchip® surface enhanced laser desorption/ionization (SELDI) mass spectrometry: a novel protein biochip technology for detection of prostate cancer biomarkers in complex protein mixtures, *Prostate Cancer and Prostatic Diseases* 2:264-76 (1999) | |
| /Y.G./ | A18 | YEUNG B, *et al.*, Characterization of viatmin $D_3$ metabolites using continuous-flow fast atom bombardment tandem mass spectrometry and high performance liquid chromatography, Chromatogr. 645(1):115-23 (1993) | |
| /Y.G./ | A19 | ZIMMER *et al.*, Comparison of turbulent-flow chromatography with automated solid-phase extraction in 96-well plates and liquid-liquid extraction used as plasma sample preparation techniques for liquid chromatography-tandem mass spectrometry, *J. Chromatogr.* A 854:23-35 (1999) | |

| Examiner Signature | /Yelena Gakh/ | Date Considered | 09/28/2008 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] Unique citation designation number. [2]See attached Kinds of U.S. Patent Documents. [3]Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4]For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5]Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST. 16 if possible. [6]Applicant is to place a check mark here if English language Translation is attached.

Burden Hour Statement: This form is estimated to take 2.0 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

QUESTMS-00000544

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | Complete if Known | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | | Application Number | 11/101,166 |
| | | | Filing Date | April 6, 2005 |
| | | | First Named Inventor | Clarke |
| | | | Art Unit | 1614 |
| *(use as many sheets as necessary)* | | | Examiner Name | Unknown |
| Sheet | 1 | of | 1 | Attorney Docket Number | 034827-3602 |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| /Y.G./ | A1 | US-2004/0235193 | 11-25-2004 | Soldin | |

### UNPUBLISHED U.S. PATENT APPLICATION DOCUMENTS

| Examiner Initials* | Cite No.[1] | U.S. Patent Application Document — Serial Number-Kind Code[2] *(if known)* | Filing Date of Cited Document MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | | | | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document — Country Code[3] Number[4] Kind Code[5] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Documents | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | | | | | |

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published | T[6] |
|---|---|---|---|
| /Y.G./ | A2 | Vogeser et al., Candidate reference method for the quantification of circulating 25-Hydroxyvitamin $D_3$ by liquid chromatography-tandem mass spectrometry. Clinical Chemistry, 50(8): 1415-1417, 2004. | |

| Examiner Signature | /Yelena Gakh/ | Date Considered | 09/28/2008 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

DLMR_317625.1

QUESTMS-00000545



Available online at www.sciencedirect.com

SCIENCE ⓓ DIRECT®

Journal of Chromatography B, 785 (2003) 263–275

ELSEVIER

JOURNAL OF CHROMATOGRAPHY B

www.elsevier.com/locate/chromb

# Optimization of protein precipitation based upon effectiveness of protein removal and ionization effect in liquid chromatography–tandem mass spectrometry

Cara Polson[1], Pratibha Sarkar*, Bev Incledon, Vanaja Raguvaran, Russell Grant

*Lilly Laboratory for Bioanalytical Research, 3650 Danforth Avenue, Scarborough, Ont., Canada M1N 2E8*

Received 31 October 2002; accepted 4 November 2002

**Abstract**

Four categories of protein precipitation techniques (organic solvent, acid, salt and metal ion) were tested in plasma using spectrophotometry to assess protein removal efficiency across a range of volumes, species and lots. Acetonitrile, trichloroacetic acid (TCA) and zinc sulfate were found to be optimal at removing protein in their categories (>96, 92 and 91% protein precipitation efficiency at a 2:1 ratio of precipitant to plasma, respectively). A post-column infusion LC–MS/MS system was used to assess ionization effect of a protein-bound drug caused by the endogenous components remaining after using various protein precipitants. The extent of ionization effect varied with mobile phase (−20 to 93%), protein precipitant (0.3–86%), but only slightly with species (86–93%). The optimal bioanalytical methodologies for removal of plasma proteins and minimal ionization effect for the probe molecule in positive ion turboionspray LC–MS/MS involve the use of TCA for precipitation with mobile phases consisting of either pure organic solvents (methanol:water or acetonitrile:water) or precipitation with all of the mass spectrometer compatible precipitants evaluated with a methanol:aqueous 0.1% formic acid mobile phase.
© 2002 Elsevier Science B.V. All rights reserved.

*Keywords:* Proteins

## 1. Introduction

In the pharmaceutical industry LC–MS/MS has become the method of choice for drug analysis in biological matrices. As a result, sample preparation and ionization effect issues have come to the fore-front. Protein precipitation is commonly used for fast sample clean-up and disrupting protein–drug binding. This study evaluated various protein precipitants by examining their effectiveness at protein removal spectrophotometrically and the extent of ionization effect in positive ion turboionspray LC–MS/MS with common reversed-phase LC solvent mixtures.

The differences between the plasma of various species, used in early phase toxicology studies, and lot-to-lot variability in the efficiency of protein precipitants was studied. This is of particular interest

*Corresponding author. Tel.: +1-416-693-3475; fax: +1-416-693-3478.

*E-mail address:* sarkar_pratibha@lilly.com (P. Sarkar).

[1] Queen's University, Kingston, Ontario co-operative student.

1570-0232/02/$ – see front matter © 2002 Elsevier Science B.V. All rights reserved.
PII: S1570-0232(02)00914-5

QUESTMS-00000546

as a single bioanalytical method is often developed for several animal species (dog, rat, mouse and human).

In order to quantify drug in a plasma sample, it is often necessary to disrupt the protein–drug binding so that the total amount of drug can be extracted for analysis. Precipitation is useful as it can be used to denature the protein, destroying its drug binding ability depending on the binding mechanism [1]. Not only is protein precipitation a very simple and fast procedure, it can also be used as a precursor to other methods.

The purpose of this study is to evaluate the various protein precipitants for bioanalytical LC–MS/MS. Inter-species and lot-to-lot variability for absolute protein precipitated will be addressed with an array of different precipitants, together with the ionization effect for LC–MS/MS analysis with standard reversed-phase LC solvent systems. The probe molecule chosen possesses both carboxylic acid and imine functionalities and is conventionally analyzed in positive ion turboionspray mode for optimum sensitivity (compound A, shown in Fig. 1).

The spectrophotometric assay monitoring at a wavelength of 280 nm is a measure of aromatic amino acid content. The assay was used in this study to determine protein concentrations in the supernatant of protein-precipitated plasma for several reasons. The spectrophotometric assay is simple, convenient, rapid (5–10 min), sensitive and requires a small sample size. Most buffers and ammonium sulphate do not interfere with the assay, and absorption is related to protein concentration [2]. Nucleic acid interferences are corrected for using the equation proposed by Layne [3]. Layne's formula relates protein concentration in a solution containing nucleic acid to absorption: protein concentration $(\text{mg/ml}) = 1.55\ A_{280} - 0.76\ A_{260}$. The formula for nucleic acid correction is explained with the derivation of Layne's equation [4]. This study utilized the spectro-

photometric assay monitoring at 280 nm with the correction for nucleic acids.

Research on protein precipitation is quite extensive. Many researchers have used protein precipitation in their analysis of drugs in serum and plasma. Often the precipitant used and the optimal volumes of precipitant to biological matrix differ between researchers, even for analysis of the same or similar drugs [5–14]. Comparison of protein precipitants in various animal species, which are typically used in toxicological and early phase drug studies, and variation in different lots of plasma has not previously been shown.

The different protein precipitation techniques (organic solvent, acid, salt and metal ion) have different modes of protein precipitation [15–17]. Protein solubility results from polar interactions with the aqueous solvent, ionic interactions with salts and repulsive electrostatic forces between like charged molecules. At the isoelectric point (p$I$), there is no net charge on a protein, and consequently the protein has minimum solubility in aqueous solvent. Above the p$I$, a protein has a net negative charge while below its p$I$, it has a net positive charge.

Precipitants exert specific effects on proteins to facilitate their precipitation from solution. Organic solvent precipitants lower the dielectric constant of the plasma protein solution, which increases the attraction between charged molecules and facilitates electrostatic protein interactions. The organic solvent also displaces the ordered water molecules around the hydrophobic regions on the protein surface. Hydrophobic interactions between proteins are minimized as a result of the surrounding organic solvent, while electrostatic interactions become predominant and lead to protein aggregation. Acidic reagents form insoluble salts with the positively charged amino groups of the protein molecules at pHs below their p$I$. Proteins are precipitated from solutions with high salt concentrations as the salt ions become hydrated and the available water molecules decrease, drawing the water away from the protein hydrophobic surface regions which in turn results in aggregation of protein molecules via protein–protein hydrophobic interactions. The binding of positively charged metal ions reduces protein solubility by changing its isoelectric point (p$I$). Metal ions are in competition with solution protons for the coordination binding



Fig. 1. Structure of compound A.

QUESTMS-00000547

sites on the exposed amino acids. The stronger binding metal ions displace the protons from the binding sites, resulting in a lowering of the solution pH. The combination of changing the protein's p*I* and lowering the pH generally succeeds in precipitation of proteins.

Ionization effect in LC–MS/MS should be considered [18], whether direct injection after protein precipitation or an extraction method is employed. Ionization effect is one of the most common reasons for assay failure. Miller-Stein et al. [19] developed a post-column infusion method that allows identification of chromatographic regions of ionization effect. A steady-state signal of analyte infused into the mobile phase is compared to the variation in signal that occurs after injection of a plasma blank extract. The study described here used this procedure to assess the degree to which each protein precipitant removed endogenous plasma components causing suppression or enhancement of analyte signal. The variations of ionization effects with precipitant, mobile phase and species were measured by comparison of the difference in intensity of the signal of a water blank and the supernatant of protein precipitated plasma samples throughout the region of ionization effect observed using the chosen LC mobile phase and precipitant combination.

## 2. Experimental

### 2.1. Materials

Dog, rat and mouse plasma were acquired from Harlan Bioproducts for Science (Indianapolis, IN, USA) and human plasma from Biological Specialty (Colmar, PA, USA). The anticoagulant used for all plasma was sodium heparin. The following chemicals were used in the preparation of the protein precipitants and/or mobile phases: acetonitrile (Omnisolv, EM Science, Gibbstown, NJ, USA), aluminum chloride (99%, Aldrich, Milwaukee, WI, USA), ammonium sulfate (A.C.S. reagent, Aldrich, Milwaukee, WI, USA), formic acid (AnalaR, EM Science, Gibbstown, NJ, USA), formic acid–ammonium salt (Sigma, St. Louis, MO, USA), methanol (high purity, Burdick and Jackson, Muskegon, MI, USA), *m*-phosphoric acid (A.C.S. reagent, Aldrich,

Milwaukee, WI, USA), reagent alcohol (HPLC, Fisher, Nepean, Ont., Canada), sodium hydroxide (1 N, certified, Fisher, Nepean, Ont., Canada), trichloroacetic acid (Aldrich, Milwaukee, WI, USA) and zinc sulfate (A.C.S. reagent, Aldrich, Milwaukee, WI, USA). Pre-diluted bovine serum albumin (BSA) standards were obtained from Pierce Chemical (Rockford, IL, USA) and calf thymus deoxyribonucleic acid (DNA sodium salt) from Sigma, St. Louis, MO, USA. DNA standards were prepared in disodium hydrogen phosphate solution (Sigma, St. Louis, MO, USA).

### 2.2. Protein precipitation procedure

The following protein precipitant solutions were prepared: aqueous ammonium sulfate (saturated at room temperature), aqueous aluminum chloride (5%, w/v), aqueous *m*-phosphoric acid (5%, w/v), aqueous trichloroacetic acid (TCA) (10%, w/v), (1:1) aqueous zinc sulfate heptahydrate (10%, w/v):0.5 N sodium hydroxide, acetonitrile, ethanol and methanol. Each precipitant was added to dog, rat, mouse and human plasma in volume ratios of 0.5:1, 1:1, 1.5:1, 2:1, 3:1 and 4:1 in triplicate and to four human plasma lots in a ratio of 2:1 for the spectrophotometric assay. Solutions were vortexed for 20 s, left to stand for 20 min (acid precipitated solutions were refrigerated at ~4 °C) and centrifuged for 10 min at 3000 rpm (rotor arm length: 12 cm). The absorbance of the supernatant was measured on a single beam diode array spectrophotometer relative to appropriate blanks at 280 nm. Plasma protein concentration was determined and compared to that of non-precipitated plasma (total) where precipitation efficiency = [(total plasma protein–protein remaining in supernatant)/ total plasma protein] × 100.

### 2.3. Protein concentration determination

A total of seven BSA protein standards were prepared using sequential dilution from 1.5 to 0.025 mg/ml and were assayed at 280 nm. Nucleic acid interference was investigated by determining the $A_{280}/A_{260}$ ratio of the plasma. A total of eight calf thymus DNA standards (2–100 μg/ml) were prepared using serial dilution in 1 m*M* disodium hydrogen phosphate solution and assayed at 280 and 260

QUESTMS-00000548

C. Polson et al. / J. Chromatogr. B 785 (2003) 263–275

nm. The protein precipitants were added to the DNA standards in a 2:1 ratio following the procedure for protein precipitation. The reduction in absorbance at 260 nm was examined. For the plasma supernatants, the equation: protein (mg/ml) $= 1.55 \; A_{280} - 0.76 A_{260}$ [3] was used to determine protein concentration. The validity of the assumptions that the $A_{280}/A_{260}$ ratio for pure proteins $= 1.75$ and that the $A_{260}/A_{280}$ ratio for pure nucleic acids $= 1.8$ (DNA) – 2 (RNA) was verified using the protein and DNA standards.

### 2.4. Measurement of ionization effect in LC–MS/MS

A tandem mass spectrometer (PE Sciex Model API III plus™, PE Sciex, Thornhill, Ont., Canada) equipped with a turboionspray interface was set up with a post-column infusion system (Harvard Apparatus infusion pump, Holliston, MA, USA). A 1-µg/ml solution of compound A was constantly infused post-column at 10 µl/min. The mass transition for compound A was $m/z$ 458.0 to 262.1 using a positive ion SRM detection mode. The HPLC pump used was a Shimadzu SIL-10AD with a Shimadzu SIL-10A$_{xl}$ autoinjector (Shimadzu, Columbia, MD, USA).

Five mobile phase solvent systems (0.5-ml/min flow rate) were used: 50:50 methanol:water, 70:30 methanol:water, 50:50 acetonitrile:water, 50:50 methanol:0.1% formic acid, and 50:50 methanol:10 m$M$ ammonium formate. A Waters Symmetry Shield, $50\times2.1$ mm, 3.5 µm RP8 HPLC column was employed (Waters, Milford, MA, USA). Protein was precipitated in plasma using each protein precipitant in a 2:1 volume ratio as per the procedure described above with the exception that the samples were centrifuged at 10 000 rpm for 10 min (rotor arm length: 5 cm). Blank samples were prepared using water instead of plasma. Injections (25 µl) of each blank and supernatant were made in duplicate. The extent of ionization effect was calculated throughout the complete region of effect using the formula: ionization effect (%) = [average intensity of precipitated plasma supernatant/average intensity of water supernatant] $\times 100$. The retention time of the analyte using the precipitant and mobile phase solvent mixtures was determined.

### 3. Results and discussion

The BSA standard curve at 280 nm was found to be linear with a correlation coefficient of 0.999 and yielded an extinction coefficient for BSA of 0.67 cm$^{-1}$ ml/mg, which is comparable to the literature value of 0.7 cm$^{-1}$ ml/mg [4]. An example standard curve is shown in Fig. 2. Duplicate standard curves were analyzed with each set of data collected. The relative error of the standards was less than 5% at all



Fig. 2. Typical standard curve for bovine serum albumin protein standards (0.025–1.5 mg/ml) at 280 nm.

QUESTMS-00000549

C. Polson et al. / J. Chromatogr. B 785 (2003) 263–275   267

values. The relative standard deviation was less than 4%.

The protein precipitation results for the seven precipitants in dog, mouse, rat and human plasma are shown in Tables 1–4. Each protein precipitation efficiency value is an average of three replicates. A high protein precipitation efficiency results from a very low value of protein measured in the supernatant, and in some cases this was below the lowest standard of the standard curves analyzed with the samples (equivalent to >99.9% protein precipitated). Some points were rejected as outliers based on the Q-test for a 90% confidence interval; most of these were supernatants with very low protein concentrations and high protein precipitation efficiency.

With the exception of ammonium sulphate and aluminum chloride, all precipitants were on average at least 90% effective at a precipitant to plasma volume ratio of 2:1. Precipitant effectiveness increased with volume to a maximum reached at a ratio of approximately 2 or 2.5 to 1. Aluminum

chloride was not used as a precipitant following the analysis of dog plasma due to its poor efficiency. Ammonium sulphate, despite being the most effective salt precipitant, is not commonly used in LC–MS bioanalytical preparations due to potential interface contamination. In this study, it was found to be an effective protein precipitant (~90%) at a minimum volume ratio of 2.5:1 (Tables 1–4).

Organic solvents are the most widely used protein precipitants in drug analysis [1,14]. Acetonitrile was found to be the superior organic plasma protein precipitant, particularly at volume ratios <2:1 (precipitant:plasma). This study found ethanol and methanol to exhibit similar protein precipitation characteristics.

This study also showed that protein precipitation using strong acids and zinc sulphate (1:1 with 0.5 N NaOH) is effective at low volume ratios (Tables 1–4). This study indicates that effective protein precipitation (>90%) is observed at volume ratios of 0.5:1 for TCA.

Table 1
Comparison of protein precipitation efficiency for various protein precipitants in dog plasma

| Precipitants | | % Protein precipitation efficiency[a] | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Ratio of precipitant to plasma | | | | | | |
| | | 0.5:1 | 1:1 | 1.5:1 | 2:1 | 2.5:1 | 3:1 | 4:1 |
| Acids | TCA | 97.1 | 96.9 | 97.4 | 97.3 | 97.3 | 97.3 | 97.3 |
| | %RSD | 3.14 | 0.80 | 4.78 | 4.59 | 5.97 | 3.77 | 3.08 |
| | m-Phosphoric acid | 59.8 | 89.7 | 89.4 | 95.9 | 95.9 | 96.3 | 96.2 |
| | %RSD | 5.29 | 4.27 | 6.55 | 2.46 | 8.49 | 1.97 | 3.00 |
| Metal ions | Zinc sulphate | 82.6 | 97.8 | 96.4 | 98.1 | 98.4 | 98.9 | 98.8 |
| | %RSD (n=3) | 17.40 | 17.27 | 12.32 | 19.05 | 9.62 | _[b] | 7.65 |
| Organic | ACN | 28.9 | 91.6 | 96.1 | 96.4 | 97.7 | 96.6 | 97.2 |
| | %RSD (n=3) | 8.36 | 5.17 | 2.50 | 4.31 | 2.46 | 0.64 | 4.01 |
| | EtOH | 6.4 | 69.2 | 86.3 | 89.7 | 94.4 | 93.7 | 93.8 |
| | %RSD (n=3) | 0.31 | 0.83 | 0.70 | 3.55 | 6.48 | 1.52 | 4.67 |
| | MeOH | 20.9 | 61.9 | 83.7 | 91.4 | 93.9 | 95.2 | 95.2 |
| | %RSD (n=3) | 7.59 | 4.27 | 4.75 | 2.24 | 4.17 | 2.84 | 3.58 |
| Salts | Aluminum chloride | 0 | 7.9 | 0.6 | 1.6 | 0.9 | 2 | 0 |
| | %RSD (n=3) | 2.79 | 11.10 | 2.07 | 7.44 | 3.55 | 5.83 | 0.03 |
| | Ammonium sulphate | 16.1 | 62.2 | 73.8 | 89.1 | 94.9 | 96.7 | 97.4 |
| | %RSD (n=3) | 2.11 | 5.30 | 10.75 | 2.93 | 3.18 | 3.46 | _[b] |

[a] % Protein precipitation efficiency=([total plasma protein − protein remaining in supernatant]/total plasma protein)×100.
[b] Two values obtained. One value rejected as an outlier based on Q-test for a 90% confidence interval.

QUESTMS-00000550

C. Polson et al. / J. Chromatogr. B 785 (2003) 263–275

Table 2
Comparison of protein precipitation efficiency for various protein precipitants in rat plasma

| Precipitants | | % Protein precipitation efficiency [a] | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Ratio of precipitant to plasma | | | | | | |
| | | 0.5:1 | 1:1 | 1.5:1 | 2:1 | 2.5:1 | 3:1 | 4:1 |
| Acids | TCA | 96.2 | 97.1 | 96.5 | 96.6 | 96.5 | 96.3 | 96.5 |
| | %RSD ($n = 3$) | 9.31 | 5.38 | 7.16 | 4.38 | 4.88 | 11.25 | 11.18 |
| | $m$-Phosphoric acid %RSD | Could not be determined due to cloudy supernatant | | | | | | |
| Metal ions | Zinc sulphate | 3.0 | 46.2 | 72.1 | 96.2 | 99.8 | 99.5 | 99.6 |
| | %RSD ($n = 3$) | 7.65 | 3.39 | 11.26 | 17.11 | —[b] | 51.73 | —[b] |
| Organic | ACN | 54.4 | 94.8 | 96.7 | 97.1 | 97.1 | 97.6 | 98.5 |
| | %RSD ($n = 3$) | 3.47 | 12.17 | 4.76 | 4.64 | 24.01 | 10.28 | 5.51 |
| | EtOH | 31.9 | 77.1 | 94.3 | 95.0 | 95.3 | 95.7 | 95.2 |
| | %RSD ($n = 3$) | 7.01 | 4.66 | 2.63 | 15.23 | 7.13 | 7.14 | 14.30 |
| | MeOH | 9.4 | 65.0 | 93.6 | 96.4 | 96.9 | 97.6 | >98 |
| | %RSD ($n = 3$) | 0.73 | 2.75 | 1.92 | 4.68 | 11.29 | 3.77 | —[c] |
| Salts | Ammonium sulphate | 15.0 | 64.1 | 89.0 | 87.5 | 89.6 | 97.3 | 96.6 |
| | %RSD ($n = 3$) | 3.62 | 3.71 | 7.94 | 55.54 | 0.08 | 8.09 | 4.27 |

[a] % Protein precipitation efficiency = ((total plasma protein − protein remaining in supernatant)/total plasma protein) × 100.
[b] Two values obtained. One value rejected as an outlier based on Q-test for a 90% confidence interval.
[c] Concentration of protein in supernatant below quantification limit.

Protein precipitation using metal-ion (zinc sulfate:0.5 N NaOH) precipitation is a very efficient process [17] and in this study, effective precipitation (>90%) was observed at volume ratios of 1:1 or greater for most species (Tables 1–4). Further, metal-ion precipitation yielded supernatants free of any particulate matter, an important factor for rugged assay performance.

When using either acidic or zinc sulfate:0.5 N NaOH precipitants, an evaluation of analyte stability is required due to potential degradation of analyte, degradation of acyl glucoronides at basic pH and analyte losses through coordination with zinc cations.

This study is in general agreement with data previously reported [5] using the Lowry method for assessment of protein precipitation effectiveness. Of the precipitants tested, acetonitrile, trichloroacetic acid and zinc sulphate provided the most efficient precipitation when compared against precipitants with similar mechanisms. Differences between this study and Blanchard's study may stem from the use

of different protein quantification methods. The Lowry method is much more sensitive to protein, although less robust against interfering substances [2]. In the study reported here, where correlation for nucleic acid interference is measured, a consistently lower result for protein precipitated is reported using all precipitants chosen when compared against literature values [5]. In this study, on average 90% plasma protein precipitation is observed using volume ratios of 2:1 precipitant to human plasma, compared to the values >99% previously reported [5].

This study assessed inter-species variability for dog, rat, mouse and human plasma when performing in protein precipitation studies (Tables 1–4). Only minor differences in protein precipitation were seen in the three animal species chosen when using TCA as a precipitant. Consistently lower efficiency was observed across all volume ratios tested when precipitating human plasma with TCA.

The use of $m$-phosphoric acid as a precipitant presented another challenge with regards to species differences. The rat and mouse supernatants were

QUESTMS-00000551

C. Polson et al. / J. Chromatogr. B 785 (2003) 263–275

269

Table 3
Comparison of protein precipitation efficiency for various protein precipitants in mouse plasma

| Precipitants | | % Protein precipitation efficiency[a] | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Ratio of precipitant to plasma | | | | | | |
| | | 0.5:1 | 1:1 | 1.5:1 | 2:1 | 2.5:1 | 3:1 | 4:1 |
| Acids | TCA | 97.2 | 96.2 | 96.4 | 96.4 | 96.4 | 96.7 | 97.3 |
| | %RSD ($n=3$) | 7.91 | 20.60 | 3.62 | 7.53 | 5.51 | 6.16 | 11.33 |
| | m-Phosphoric acid %RSD | Could not be determined due to cloudy supernatant | | | | | | |
| Metal ions | Zinc sulphate | 20.9 | 97.8 | 98.4 | 97.7 | 98.4 | >99 | >99 |
| | %RSD ($n=3$) | 9.22 | 9.59 | 20.36 | 13.50 | 25.8 | —[b] | —[b] |
| Organic | ACN | 1.7 | 92.8 | 97.2 | 97.8 | 98.3 | 98.4 | 98.7 |
| | %RSD ($n=3$) | 2.54 | 2.17 | 5.01 | 2.39 | 4.74 | 5.19 | 0.27 |
| | EtOH | 31.2 | 58.0 | 78.4 | 92.3 | 95.4 | 96.4 | 97.8 |
| | %RSD ($n=3$) | 2.84 | 6.80 | 3.44 | 3.96 | 3.70 | 4.75 | 4.25 |
| | MeOH | 10.1 | 56.8 | 82.0 | 93.5 | 95.6 | 96.8 | 96.3 |
| | %RSD ($n=3$) | 9.55 | 8.29 | 5.93 | 2.68 | 6.84 | 4.91 | 4.32 |
| Salts | Ammonium sulphate | 10.8 | 38.0 | 77.0 | 84.7 | 92.6 | 97.0 | 94.7 |
| | %RSD ($n=3$) | 1.257 | 1.23 | 1.30 | 25.07 | 31.32 | 2.41 | 24.98 |

[a] % Protein precipitation efficiency = [(total plasma protein − protein remaining in supernatant)/total plasma protein] × 100.
[b] Concentration of protein in supernatant below quantification limit.

cloudy and particulate. These samples could not be accurately assayed for protein content using spectrophotometry without filtration, which may lead to drug losses through adsorption and thus increased error. These observations were not specific to a single lot of plasma and this problem was specific to the rodent species tested. As a result, it is recommended that the use of m-phosphoric acid in some animal species be limited. Given that TCA precipitated plasma proteins more effectively, did not yield any cloudy supernatants and exhibited better lot-to-lot reproducibility (Table 5), TCA should be the first choice when an acid precipitant is desired based on protein precipitation efficiency alone.

Inter-species variability in the protein precipitation effectiveness of ethanol, ammonium sulfate and zinc sulphate:0.5 N NaOH was observed at low volume ratios (less than 1.5:1), where protein was far from effectively precipitated (<90%). At volume ratios greater than or equal to 2:1, good inter-species correlation was observed with all precipitants.

Four different lots of human plasma were treated with protein precipitants to determine the extent of

lot-to-lot variability in the protein precipitation efficiency at volume ratios of 2:1 (Table 5). The relative standard deviations for inter- or intra-lot variability using human plasma were less than 5% for the precipitants evaluated. The greatest variation was noted for m-phosphoric acid with a relative standard deviation of ~5%. Further, of the precipitants tested, zinc sulphate, acetonitrile and TCA precipitated the most protein and demonstrated good reproducibility (RSD < 1%).

The second portion of this study concentrated on the use of a protein bound drug, compound A, as an example for ionization effect studies following protein precipitation with various standard reversed-phase LC conditions. This compound, containing a carboxylic acid and imine functionality, is extensively protein bound (>90%) and has low aqueous solubility (<1 mg/ml).

The set-up for measurement of ionization effect due to co-extracted plasma components remaining after protein precipitation is based on the protocol described by Miller-Stein et al. [19]. Perturbations in some of the mass chromatograms at 4.2 min are due

QUESTMS-00000552

Table 4
Protein precipitation efficiency of protein precipitants in human plasma

| Precipitants | | % Protein precipitation efficiency[a] | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Ratio of precipitant to plasma | | | | | | |
| | | 0.5:1 | 1:1 | 1.5:1 | 2:1 | 2.5:1 | 3:1 | 4:1 |
| Acids | TCA | 91.4 | 91.8 | 91.5 | 91.0 | 91.2 | 91.3 | 91.4 |
| | %RSD ($n=3$) | 4.46 | —[b] | 3.46 | 0.20 | 2.18 | 5.98 | 3.96 |
| | $m$-Phosphoric acid | 89.4 | 90.5 | 90.3 | 90.2 | 90.7 | 90.5 | 90.0 |
| | %RSD ($n=3$) | 1.48 | 4.56 | 3.52 | 3.23 | 12.36 | 2.35 | 6.23 |
| Metal ions | Zinc sulphate | 89.2 | 96.8 | 96.8 | 99.0 | 99.0 | 99.0 | >99.9 |
| | %RSD ($n=3$) | 14.73 | 7.16 | 14.58 | 1.70 | 8.04 | 3.42 | —[c] |
| Organic | ACN | 3.6 | 88.7 | 91.6 | 92.1 | 93.2 | 93.5 | 94.9 |
| | %RSD ($n=3$) | 3.62 | 2.50 | 3.63 | 3.13 | 5.29 | 5.91 | 1.82 |
| | EtOH | 0.1 | 78.2 | 87.2 | 88.1 | 89.8 | 91.8 | 92.0 |
| | %RSD ($n=3$) | 2.85 | 2.43 | 1.65 | 9.47 | 9.56 | 2.46 | 1.06 |
| | MeOH | 13.4 | 63.8 | 88.2 | 89.7 | 90.0 | 91.1 | 91.5 |
| | %RSD ($n=3$) | 0.95 | 3.09 | 3.54 | 3.50 | 2.84 | 5.09 | 2.46 |
| Salts | Ammonium sulphate | 24.8 | 50.1 | 64.0 | 84.2 | 90.4 | 90.4 | 89.0 |
| | %RSD ($n=3$) | 1.80 | 4.37 | 3.61 | 0.53 | 7.11 | 3.74 | 2.45 |

[a] % Protein precipitation efficiency = ([total plasma protein – protein remaining in supernatant]/total plasma protein) × 100.
[b] One value obtained. Samples discarded in error prior to assay.
[c] Concentration of protein in supernatant below quantification limit.

to a valve switch at the end of the autosampler run. This step was later removed upon modification of the autosampler run-time.

Initial observations using both zinc sulphate and ammonium sulphate were halted due to excessive source contamination and a precipitous drop in instrument sensitivity without eluent diversion. It was found that solvent diversion for the first 90 s circumvented this (data not shown). However, this would bias the data reported and thus, these precipitants were not studied further in terms of ionization effect. A key benefit for salt or metal-ion precipi-

Table 5
Comparison of protein precipitation efficiency of precipitants in different lots of human plasma

| Precipitants (2:1 ratio) | | % Protein precipitation efficiency[a] | | | | | Mean ($n=5$) | %RSD ($n=5$) |
|---|---|---|---|---|---|---|---|---|
| | | Lot number | | | | | | |
| | | 1[b] | 1 | 2 | 3 | 4 | | |
| Acids | TCA | 91.0 | 91.4 | 91.9 | 91.2 | 90.8 | 91.3 | 0.41 |
| | $m$-Phosphoric acid | 90.2 | 89.3 | 79.8 | 87.7 | 81.5 | 85.7 | 4.94 |
| Metal ions | Zinc sulphate | 99.0 | 98.5 | 98.5 | 99.0 | 99.1 | 98.8 | 0.27 |
| Organic | ACN | 92.1 | 93.1 | 93.9 | 93.5 | 93.4 | 93.2 | 0.65 |
| | EtOH | 88.1 | 88.1 | 89.1 | 88.4 | 89.2 | 88.6 | 0.54 |
| | MeOH | 89.7 | 86.9 | 88.2 | 89.2 | 89.3 | 88.7 | 1.14 |
| Salts | Ammonium sulphate | 84.2 | 84.8 | 85.8 | 86.1 | 87.1 | 85.6 | 1.17 |

[a] % Protein precipitation efficiency = ([total plasma protein – protein remaining in supernatant]/total plasma protein) × 100.
[b] Same matrix lot, assayed separately.

QUESTMS-00000553

tation is the ability to precipitate plasma proteins without generating an eluropic supernatant, thereby facilitating more sensitive analysis using greater injection volumes for LC–MS/MS. Conservation of MS interface integrity requires a solvent divert to waste to reduce involatile salt build up. Further, appropriate chromatographic retentive capacity is also required. The long-term chromatographic effect of the basic nature of the metal-ion precipitated sample should be evaluated.

The ionization effects on compound A as a function of mobile phase composition and human plasma protein precipitant (2:1 precipitant:plasma ratio) using the mass spectrometer compatible precipitants were evaluated (Table 6). The mobile phases were varied to determine the effects of changing organic content, nature of organic solvent, ionic strength and pH on the extent of ionization effect when performing human plasma protein precipitation. The acquisition time was 10 min for all mobile phase/precipitant mixtures.

In our laboratory, bioanalytical LC–MS/MS methodologies are developed with ionization effects less than 20% to allow for variability in sample analysis. The data presented here indicate that a number of precipitant/mobile phase mixtures are unsuitable due to ionization effects in excess of 20%. In particular, organic precipitants with pure solvent mixtures exhibit significant ion suppression in excess of 68%. The use of acidic precipitants with pure mobile phases yielded ionization enhancement of less than $-9.7\%$, thus overcoming the severe ionization effects observed when using organic precipitants. This may be due to enhancement of ionization of compound A in relation to endogenous substances.

Variation in mobile phase strength (elutropic composition and organic content) yielded similar results in terms of ionization effect for the different precipitants employed. As expected, the duration of ionization effect was reduced as a function of increased mobile phase elution strength. Further, the duration of ionization effect was reduced when using acidic precipitants with pure mobile phase solvents.

An example of the ionization effect observed for methanol, ethanol, acetonitrile, trichloroacetic acid and $m$-phosphoric acid protein precipitants in 50:50 methanol:water is shown in Fig. 3. The extent and duration of ionization suppression was considerable

Table 6

Measurement of ionization effect with various protein precipitant and mobile phase combinations in human plasma

| Mobile phase | Acetonitrile | | Methanol | | Ethanol | | Trichloroacetic acid | | $m$-Phosphoric acid | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Ionisation effect (%) | Duration (min) | Ionisation effect (%) | Duration (min) | Ionisation effect (%) | Duration (min) | Ionisation effect (%) | Duration (min) | Ionisation effect (%) | Duration (min) |
| 50:50 Methanol:water | 76.0 | 0.4–7.0 | 85.8 | 0.4–7.7 | 86.3 | 0.4–7.7 | −3.0 | 0.5–1.0 | 0.3 | 0.5–1.0 |
| 50:50 Acetonitrile:water | 68.2 | 0.5–6.4 | 92.0 | 0.5–2.6 | 85.9 | 0.5–2.6 | −9.7 | 0.5–1.0 | −8.1 | 2.0–5.0 |
| 70:30 Methanol:water | 83.2 | 0.5–5.2 | 90.9 | 0.5–5.2 | 93.0 | 0.5–5.2 | −2.0 | 0.5–1.5 | −8.3 | 0.5–1.5 |
| 50:50 Methanol:0.1% formic acid | −2.9 | 0.5–2.0 | −4.0 | 0.5–2.5 | −2.1 | 0.5–2.7 | 13.6 | 0.5–2 | 1.0[a] | 0.5–1.3 |
| 50:50 Methanol:10 mM ammonium formate | −194.6[b] | 0.5–9.9 | 52.3 | 0.5–9.9 | −20.2 | 0.5–9.9 | 14.7 | 0.5–9.9 | −19.6 | 0.5–9.9 |

Analyte retention times of 8.0, 0.7, 0.4, 12.0 and 17.6 min using 50:50 methanol:water, 50:50 acetonitrile:water, 70:30 methanol:water, 50:50 methanol:0.1% formic acid and 50:50 methanol:10 mM ammonium formate mobile phases, respectively.

[a] Measured for 1.3 min only.

[b] Measured following interface cleaning between blank and human precipitated plasma samples.

QUESTMS-00000554

Anal. Chem. 2000, 72, 3653−3659

# Atmospheric Pressure Photoionization: An Ionization Method for Liquid Chromatography—Mass Spectrometry

Damon B. Robb,[†,‡] Thomas R. Covey,[§,∥] and Andries P. Bruins[*,†]

University Center for Pharmacy, University of Groningen, Antonius Deusinglaan 1, 9713 AV Groningen, The Netherlands, and MDS SCIEX, 71 Four Valley Drive, Concord, Ontario, Canada, L4K 4V8

Atmospheric pressure photoionization (APPI) has been successfully demonstrated to provide high sensitivity to LC−MS analysis. A vacuum-ultraviolet lamp designed for photoionization detection in gas chromatography is used as a source of 10-eV photons. The mixture of samples and solvent eluting from an HPLC is fully evaporated prior to introduction into the photoionization region. In the new method, large quantities of an ionizable dopant are added to the vapor generated from the LC eluant, allowing for a great abundance of dopant photoions to be produced. Because the ion source is at atmospheric pressure, and the collision rate is high, the dopant photoions react to completion with solvent and analyte molecules present in the ion source. Using APPI, at an LC flow rate of 200 $\mu$L/min, it is possible to obtain analyte signal intensities 8 times as high as those obtainable with a commercially available corona discharge-atmospheric pressure chemical ionization source.

The aim of this paper is to introduce atmospheric pressure photoionization (APPI) as a new ionization method for liquid chromatography—mass spectrometry (LC—MS). To the best of our knowledge, there have been no prior publications regarding the combination of PI with LC—MS, and there have been very few reports of PI combined with LC,[1–4] despite the longstanding use of photoionization detection (PID) with gas chromatography (GC).[5–7]

Photoionization detection in GC typically involves the use of a discharge lamp that generates vacuum-ultraviolet (VUV) photons. If one of these photons is absorbed by a species in the column eluant with a first ionization potential (IP) lower than the photon energy, then single-photon ionization may occur. The photons thereby generated are detected as current flowing through a suitable collection electrode. A chromatogram can be obtained by plotting the current detected during a chromatographic run versus time. For PID-GC, the discharge lamp is normally selected such that the energy of the photons is greater than the IP of the analyte but below that of the carrier gas. Most organic molecules have IPs in the range of 7—10 eV, while the common GC carrier gases have higher values. Selective ionization of the analyte can then occur, and low background currents may be achieved. The few early investigations of PI coupled with LC also relied upon direct detection of the photion current without mass analysis.[1–3] Selective ionization was possible in these experiments, too, because the common LC solvents also have relatively high IPs. Thus, the early PI-LC methods, particularly those that incorporated a vaporization stage between the LC and the PI detector, were substantially the same as PID-GC. (Note that one of the reported PI-LC studies utilized direct photoionization of the liquid-phase eluant.[2])

As part of the introduction to the use of photoionization with LC—MS, any prior reports of APPI combined with mass spectrometry must also be considered. There has never been a widely applied or studied mass spectrometry technique that utilized PI at atmospheric pressure, and, while there have been numerous examples of APPI coupled with ion mobility spectrometry (PI-IMS; for examples, see refs 8—10), we have found only two reports of true mass analysis of photions created at atmospheric pressure.[11,12] In these first APPI-MS experiments that demonstrated the feasibility of the combination, direct analysis was performed of vaporized samples that were transported to the ionization region by a flow of helium carrier gas. A hydrogen discharge lamp ($h\nu$ = 10.2 eV) was utilized to create ions for a quadrupole mass analyzer. Significantly, the relative abundance of ions in the spectra obtained was found to depend on sample concentration. At high sample concentrations, ion–molecule reactions, particularly charge (electron) exchange, distorted the

* Corresponding author: (phone) +31-50-363-3262; (fax) +31-50-363-3181 (e-mail) A.P.Bruins@farm.rug.nl
† University of Groningen.
‡ E-mail: D.B.Robb@farm.rug.nl.
§ MDS SCIEX.
∥ (Phone) (905) 660-9062; (fax) (905) 660-2623; (e-mail) Covey.TR@SSCIEX.com
(1) Schermund, J. T.; Locke, D. C. Anal. Lett. 1975, 8, 611−625.
(2) Locke, D. C.; Dhingra, B. S.; Baker, A. D. Anal. Chem. 1982, 54, 447−450.
(3) Driscoll, J. N.; Conron, D. W.; Ferioli, P.; Krull, I. S.; Xie, K. H. J. Chromatogr. 1984, 302, 43−50.
(4) De Wit, J. S. M.; Jorgenson, J. W. J. Chromatogr. 1987, 411, 201−212.
(5) Driscoll, J. N.; Spaziani, F. F. Res./Dev. 1976, 50−54.
(6) Driscoll, J. N. Am. Lab. 1976, 71−75.
(7) Langhorst, M. L. J. Chromatogr. Sci. 1981, 19, 94−103.

(8) Baim, M. A.; Eatherton R. L.; Hill, H. H. Jr. Anal. Chem. 1983, 55, 1761−1766.
(9) Leasure, C. S.; Fleischer, M. E.; Anderson, G. K.; Eiceman, G. A. Anal. Chem. 1986, 58, 2142−2147.
(10) Spangler, G. E.; Roehl, J. E.; Patel, G. B.; Dorman, A. U.S. Patent 5,338,931, 1994.
(11) Revel'skii, I. A.; Yashin, Y. S.; Kurochkin, V. K.; Kostyanovskii, R. G. Chem. Prikladnan. Methods Anal. 1991, 243−248.
(12) Revel'skii, I. A.; Yashin Y. S.; Voznesenskii, V. N.; Kurochkin, V. K.; Kostyanovskii, R. G. USSR Inventor's Certificate No. 1159412, 1985.

10.1021/ac0001638 CCC: $19.00   © 2000 American Chemical Society
Published on Web 07/07/2000

Analytical Chemistry, Vol. 72, No. 15, August 1, 2000   **3653**

QUESTMS-00000555

appearance of the mass spectra: the majority of charge resided on the species with the lowest IP. Another finding was that predominantly molecular or quasi-molecular ions are created by PI at atmospheric pressure, indicating that little fragmentation occurs during the ionization step. Finally, when an abundance of solvent vapor (water or methanol) was added to the sample mixture, a decrease in sensitivity for the method was observed.

With regard to the prospect of combining APPI with LC−MS, the finding that the presence of solvent vapor decreases the efficiency of ion formation is troublesome. (This effect was well-known to the last researchers to study PID-LC, who described the various means by which vaporized solvent molecules can affect the ion current that is ultimately detected.[4]) Another interesting observation from the early APPI-MS studies is the effect that charge-exchange reactions have on the final appearance of the spectra. This reflects the obvious: the relative abundance of ions in an APPI spectrum will depend on the reactions that the original photoions undergo prior to mass analysis. As is generally true for atmospheric pressure ionization methods, the high collision frequency ensures that species with high proton affinities and/or low ionization potentials tend to dominate the positive ion spectra acquired, unless special measures are taken to sample the ions from the source before significant reactions occur.[5]

Postionization reactions may complicate the analysis of APPI mass spectra, but *it is also possible to exploit these reactions to improve the sensitivity of the method.* Consider the case of PI of vaporized LC eluant: the direct PI of an analyte molecule is a statistically unlikely event, in part because of the excess of solvent molecules that may also absorb the limited photon flux. The lamps used to date for PID-LC have all had photon energies below the IPs of the most commonly used LC solvents (water, IP = 12.6 eV; methanol, IP = 10.8 eV; acetonitrile, IP = 12.2 eV); hence, the total ion production in these experiments has been quite low. The number of ions produced by a discharge lamp can be greatly increased, however, if the percentage of ionizable molecules in the vaporized LC eluant is raised to a significant fraction of the total. One way to achieve this is to add a large quantity of an ionizable dopant to the liquid eluant or to the vapor generated from the eluant. If the dopant is selected such that its photoions have a relatively high recombination energy, or a low proton affinity, then the dopant photoions may react by charge exchange or proton transfer with species present in the ionization region. Because the ionization region is at atmospheric pressure, the high collision rate will ensure that the charge on the photoions is efficiently transferred to the analyte, provided that the thermodynamics are favorable. Of course, any number of competing reactions may also occur, depending upon the impurities present in the reaction region.

The idea of using a dopant to increase the efficiency of ion formation by APPI is not entirely without precedent, as there have been several reported instances where dopants have been used with atmospheric pressure ionization. For instance, the use of acetone as a dopant to enhance the sensitivity of PI-IMS has been described in a patent.[10] Also, charge-exchange reactions involving benzene have been successfully exploited to increase the sensitivity of corona discharge-APCI toward samples with low proton

(3) Carroll, D. I.; Dzidic, I.; Horning, E. C.; Stillwell, R. N. *Appl. Spectrosc. Rev.* 1981, *17*, 337−406.



**Figure 1.** Schematic diagram of the complete APPI-LC−MS system.

affinity.[14] To the best of our knowledge, though, a dopant has never before been used to enhance the production of photoions from the eluant of a liquid chromatograph. In this paper, it will be shown that the use of a dopant provides a means to overcome the low sensitivity heretofore associated with PID-LC and that the atmospheric pressure photoionization method has the potential to provide significantly enhanced sensitivity to LC−MS.

**EXPERIMENTAL SECTION**

A schematic of the experimental apparatus is provided in Figure 1. Descriptions of the operation of the individual components of the system can be found in their respective sections. All the experiments described herein utilized a PE SCIEX (Concord, ON, Canada) API 365 triple-quadrupole mass spectrometer, two PE series 200 micro-LC pumps, and a PE series 200 autosampler. A Harvard Apparatus (Holliston, MA) model 2400-001 syringe pump was used to deliver the dopant to the APPI ion source. The APPI source was constructed in part from a heated nebulizer (HN) APCI source supplied with the mass spectrometer. With the new ion source, experiments were performed to demonstrate the increase in APPI-LC−MS sensitivity that can be obtained for various sample types through the use of a dopant; two dopants, toluene (IP = 8.83 eV) and acetone (IP = 9.70 eV), were tested for their utility in this regard. Further, to evaluate the relative sensitivity of the APPI method, the samples used for the APPI experiments were also analyzed via an additional, unmodified, APCI source. And, because solvent composition is an important variable that can affect ionization efficiency, the LC−MS experiments were repeated with the two most commonly used solvent combinations: methanol−water and acetonitrile−water. Last, an additional series of compounds was analyzed by APPI, in both positive and negative full-scan mode, to further characterize the range of compounds that the method may be applied to.

**APPI Source.** When constructing the APPI source for LC−MS, it was convenient to modify a standard HN-APCI source, principally because it was anticipated that in order for APPI to be effective, the LC eluant would require nebulization and vaporization in the same manner as for corona discharge-APCI. A further benefit to this approach was that the new source could be directly connected with the mass analyzer, without having to modify the vacuum interface. Comparisons between the new source and the standard APCI source were also facilitated, because their housings were essentially identical.

(4) Ketkar, S. N.; Dulak, J. G.; Dheandhanoo, S.; Fite, W. L. *Anal. Chim. Acta* 1991, *245*, 267−270.

QUESTMS-00000556

**Figure 2.** Schematic of the APPI ion source, including the heated nebulizer probe, photoionization lamp, and lamp mounting bracket.

Figure 2 is a schematic of the APPI source used in the investigations described here. This ion source, like the unmodified APCI version, made use of a heated nebulizer, whose heater was maintained at 450 °C for all these experiments. Nitrogen was used to nebulize the liquid eluant (nebulizer gas) and also to transport the finely dispersed sample drops through the heated quartz tube in which they were vaporized (auxiliary gas). A tee was placed in the auxiliary gas line, so that a fused-silica capillary could be run into the HN to supply the dopant required for the APPI method, while the same auxiliary gas flow used for the unmodified APCI source was maintained. The fused-silica capillary was connected to the syringe pump. The high temperature inside the HN ensured that the liquid dopant was vaporized immediately and then swept by the auxiliary gas through the heated quartz tube and into the photoionization region, along with the nebulized LC eluant.

A bracket for the photoionization lamp, made of stainless steel and Vespel (DuPont), was constructed (Machine Shop, University of Groningen) so that it could be mounted directly to the end of the HN probe. Because the mounting bracket was to be held at a high potential, while the HN was grounded, a Vespel insulating sleeve was inserted between it and the HN probe. It was necessary to make the walls of the sleeve fairly thick (3.5 mm) in order to prevent arcing and also to minimize the likelihood that thermal degradation of the Vespel would cause deterioration of the mechanical strength and/or the insulating capacity of the insert. The mounting bracket was fixed in place by a Vespel thumbscrew.

The photoionization lamp used for these experiments was a Cathodeon Ltd. (Cambridge, England) model PKS 100 krypton discharge lamp. Once ignited, this lamp provides a continuous output (i.e., the emission is not pulsed on and off). The high voltage required to ignite and maintain the discharge was supplied by a Cathodeon Ltd. model C200 power supply. The nominally 10.0-eV lamp had a magnesium fluoride window that enabled transmission of the 10.0- and 10.6-eV photons emitted from the discharge. The lamp was used as supplied by the vendor; no attempt was made to determine the absolute or relative intensity

of the lamp's emission at the two ionizing wavelengths. The C200 power supply was incorporated into a home-built device (Electronic Services, University of Groningen) that was insulated and enabled the lamp power supply, along with the lamp and its mounting bracket, to be floated at up to ±3 kV relative to ground. A 1.0-MΩ current-limiting resistor was inserted in series between the negative lead of the C200 power supply and the cathode of the lamp, yielding a lamp current of 0.7 mA (without the extra resistor, the lamp could be driven at ~2.0 mA).

The sensitivity of the method was found to depend on the electrical potential applied to the lamp and the mounting bracket, hereafter referred to as the *offset potential*. A separate high-voltage power supply was used to provide the offset potential. In general, the optimum value for the offset potential appears to be directly related to the separation of the lamp bracket from the curtain plate, with the condition that its magnitude remain at least slightly above that of the curtain plate (±1.1 kV relative to ground, during normal operation of the API 365 mass spectrometer, the polarity being the same as that of the ions being analyzed). For the experiments described here, where the tube protruding from the lamp bracket was fixed at a position only a few millimeters in front of the curtain plate, the optimum offset potential was +1.2 kV for positive ions, i.e., 100 V above the potential of the curtain plate. In negative ion mode, high sensitivity could be achieved by simply switching the polarity of the offset potential, after its magnitude had been optimized for positive-ion analysis.

Electrical connections to the lamp were made through the side of the source housing. The original HV connection for the corona discharge needle was replaced with a two-pin connector; one connection was made to the ring cathode of the lamp, and another was made to the body of the lamp bracket, which was in electrical contact with the anode at the base of the lamp. The new connector was installed in a manner such that the source retained its seal, so that ambient air was excluded from the ionization region.

**Mass Spectrometer.** The PE SCIEX API 365 triple-quadrupole mass spectrometer used for these experiments was essentially

QUESTMS-00000557

unmodified, with the only significant changes being those made to one of the HN ion sources, as described above. System control and data acquisition was accomplished using the MassChrom version 1.0 data system. Single MS mode only was used for the experiments described here. The mass spectrometer was tuned with the LC2Tune 1.3 instrument control and data acquisition application to provide optimum sensitivity for each analyte using direct sample infusion and selected-ion monitoring (SIM). Also using the Tune application, full-scan spectra were obtained for each analyte using the instrument state files established during optimization. For the mixture analysis experiments, Sample Control (version 1.3) software was used. In these experiments, SIM of each of four analytes was performed, with the dwell time at each mass being 200 ms; for each ion monitored, the voltages of the mass spectrometer were set to the optimum values that were predetermined using the Tune application. During the final experiments, where an additional series of compounds was analyzed qualitatively, a single generic Tune state file was used, in which the voltages in the vacuum interface region were kept low in order to prevent up-front collision-induced dissociation that could complicate the desired analysis.

During the experiments comparing the APPI and corona discharge-AFCI methods, the operating parameters of the mass spectrometer, including the temperature and gas flow settings for each heated nebulizer, were unchanged. The needle current for the APCI experiments was set to 2.5 $\mu$A; this value was confirmed by direct measurement of the current generated by the ions impinging on the curtain plate. The ion current generated by the APPI source, with the dopant and solvent flowing, was also measured at the curtain plate; this was found to be $\sim$10 nA.

**Chemicals.** Carbamazepine, acridine, naphthalene, diphenyl sulfide, and 5-fluorouracil were used as standard test compounds for the bulk of the experiments described here. These compounds were selected, somewhat arbitrarily, on the basis of their differing functional groups, to illustrate the affect of proton affinity on APPI sensitivity under various conditions. Fresh supplies of these chemicals were purchased from Aldrich and used without further purification. Concentrated stock solutions were made for each of these samples in methanol. For the full-scan experiments, where each sample was to be analyzed individually, dilute methanol–water solutions (50/50 by volume) were made for each of the samples. The same solutions were used for both the methanol–water and the acetonitrile–water LC–MS experiments. The concentration of the carbamazepine solution was the same as that of acridine, 0.2 $\mu$M; the concentrations of the naphthalene and diphenyl sulfide solutions were both 20 $\mu$M. The concentration of the 5-fluorouracil solution was 1 $\mu$M. For the SIM mixture analysis experiments, another methanol–water solution (50/50) containing all the above samples (with the exception of 5-fluorouracil) was prepared such that the concentration of each component was the same as that of its single-component solution.

Stock solutions were also made for a second series of compounds: reserpine, caffeine, testosterone, anthracene, 2,6-dimethylphenol, myristic acid, and benzoic acid. These were diluted in 50/50 methanol–water to make 1 $\mu$M solutions for each compound in the series.

All solvents used, including the dopants toluene and acetone, were of HPLC grade.

**Liquid Chromatograph.** For all the experiments described here, the total combined flow rate provided by the two PE micro-LC pumps was 200 $\mu$L/min. Pump A was used to deliver water, while pump B delivered the organic mobile phase, methanol or acetonitrile. The LC solvents were sparged with helium before and during the experiments. No buffers or other solvent additives were used. The column used had an inner diameter of 2 mm and a length of 50 mm (Betabasic-18; 3-$\mu$m particle size: Keystone Scientific, Inc., Bellefonte, PA). A 5-$\mu$L loop was used in the injector of the autosampler. The dopant was delivered at 25 $\mu$L/min, by the Harvard Apparatus syringe pump.

For the first full-scan experiments, the samples were injected on-column and eluted using isocratic methods. Methanol was the organic mobile phase used in these experiments; the methanol/water ratio for each analysis was set so that acceptable peak shapes and short retention times were achieved. For carbamazepine, acridine, naphthalene, diphenyl sulfide, and 5-fluorouracil, respectively, the methanol/water ratio used was 60/40, 70/30, 75/25, 80/20, and 70/30. Gradient elution was employed for the mixture analysis experiments. For the methanol–water experiments, the percentage of methanol was ramped from 60 to 90% over 2 min, while for acetonitrile–water, the gradient was from 50 to 80% acetonitrile, also over 2 min. For the final full-scan flow injection experiments, of the second series of analytes, a column was not used, and the LC solvent consisted of methanol and water (60/40).

## RESULTS AND DISCUSSION

**APPI Mass Spectra.** Full-scan APPI mass spectra for the first series of analytes are presented in Figure 3. These spectra were obtained by isocratic, on-column flow injection analysis of single-component solutions. Toluene was used as the dopant. The spectrum shown for each sample was taken from the top of the peak in its chromatogram and has been background subtracted. The mass range from 30 to 100 amu has been omitted from the figures, so that the analyte ions, and not incompletely subtracted solvent ions, dominate the spectra.

Panels a and b of Figure 3 are spectra of carbamazepine (MW 236) and acridine (MW 179), respectively, that clearly show the MH$^+$ ions of each sample. Carbamazepine is a relatively fragile molecule which was subject to thermal degradation when analyzed by APPI (or HN-AFCI), as evidenced by the prominent signal from its fragment at $m/z$ 194. Hardly any signal is obtained for the M$^+$ radical cations of carbamazepine and acridine. Conversely, as displayed in panels c and d of Figure 3, the spectra of naphthalene (MW 128) and diphenyl sulfide (MW 186) show only M$^+$ radical cations. Recall that the latter spectra were taken from samples 100 times more concentrated than those of carbamazepine and acridine, though the signal intensities attributable to the various species are similar. It is clear from these data that the efficiency of the APPI method, in it present form, is much lower for naphthalene and diphenyl sulfide than it is for carbamazepine and acridine.

To explain the discrepancies in ionization efficiencies observed for these species, it is first necessary to establish that ionization depends primarily upon reactions that are initiated by dopant photoions. This knowledge stems from the observation that ion production without a dopant is very low (see Figures 4 and 5, along with the accompanying discussion). Thus, when a dopant

Joint Appendix 1074

QUESTMS-00000558



**Figure 3.** Full-scan APPI spectra of five compounds: (a) carbamazepine; (b) acridine; (c) naphthalene; (d) diphenyl sulfide; (e) 5-fluorouracil.

is used, differences in photoionization cross sections of the analytes can be discounted and it can be surmised that ionization efficiency is governed largely by the ion–molecule reactions occurring after photoionization of the dopant in the APPI source. With regard to the mechanism responsible for the preferential ionization of certain species, the most obvious difference between the molecules selected for analysis lies in their relative proton affinities. Carbamazepine and acridine both have at least one nitrogen-containing functional group that can accept a proton, while naphthalene and diphenyl sulfide have no such basic site. Hence, the observation that relatively high proton affinity species are ionized preferentially points toward the empirical conclusion that proton-transfer reactions are more prominent than charge-exchange reactions in the APPI source. Preliminary investigations (data not presented here) indicate that there may be several reaction pathways responsible for the observed results: one important process involves the reaction of dopant photoions with solvent molecules, which in turn may react by proton transfer with analytes having a high proton affinity. It is, however, beyond the scope of this article to expound on the ion–molecule chemistry

of the APPI source, and further discussion of this topic will be postponed until more information is available.

The final spectrum in the series, Figure 3e, is from a negative ion scan of 5-fluorouracil (MW 130), and the prominent peak at $m/z$ 129 corresponds to the $(M - H)^-$. This figure has been included to illustrate that the APPI method presented here can also be used in negative ion mode. Thus far we have performed few investigations of this mode and have not begun to study the reactions that lead to the formation of the observed $(M - H)^-$ ions.

**APPI Chromatograms.** The APPI chromatograms presented in Figure 4 are composed of the sum of the ion current detected by SIM of $m/z$ 237, 180, 128, and 186. The four peaks, in order of elution, correspond to the signals for carbamazepine (1 pmol injected), acridine (1 pmol), naphthalene (100 pmol), and diphenyl sulfide (100 pmol). Both of these chromatograms were obtained without the benefit of an added dopant. Figure 4a shows a typical chromatogram obtained when the LC solvent consisted of methanol and water, while Figure 4b is representative of chromatograms obtained for the acetonitrile–water experiments. The composition of the solvent has little effect here on the chromatograms, other

Joint Appendix 1075

QUESTMS-00000559





**Figure 4.** Chromatograms of carbamazepine, acridine, naphthalene, and diphenyl sulfide, obtained by APPI without the use of a dopant, for eluants (a) methanol–water and (b) acetonitrile–water.



**Figure 5.** APPI chromatograms obtained for the same solution analyzed in Figure 4, showing the effects of the use of a dopant. Toluene and acetone are compared for their utility as dopants, and the LC eluant was methanol–water.

than the factor of 2–3 times increase in sensitivity observed for naphthalene and diphenyl sulfide when methanol is used for the organic mobile phase. For both solvent systems, though, the efficiency of ionization is again found to be much higher for carbamazepine and acridine than for the low proton affinity species (note the sample load for each analyte). It is not clear that direct photoionization is the sole or even the principal mechanism responsible for the ionization observed in this case, because it seems unlikely that there are such marked differences in the photoionization cross sections of these four species (they all contain aromatic rings and have IPs below the photon energy). It may be then that analyte ionization occurs largely through photoion intermediates formed from trace amounts of impurities in the solvent, which react in a manner similar to that observed for toluene. Though there is presently insufficient evidence available to say with certainty what the ionization mechanism is, these data do serve, in any event, to illustrate that the efficiency





**Figure 6.** Comparison of APPI and corona discharge-APCI. (a) The LC eluant is methanol–water. APPI is more sensitive than APCI, especially toward naphthalene and diphenyl sulfide. (b) For acetonitrile–water, APPI is still more sensitive, but APCI shows improved sensitivity toward the low proton affinity compounds.

of direct photoionization as an ionization method for LC–MS is quite low.

The chromatogram in Figure 5 was obtained from the same sample solution analyzed to collect the data presented in Figure 4, and the organic solvent used for the gradient was methanol. Similar results were obtained for acetonitrile–water. Two chromatograms have been overlaid in Figure 5: one was collected by utilizing toluene as a dopant, and the other with acetone. First considering the toluene example, the increase in sensitivity (and signal-to-noise ratio) relative to the no dopant case is striking: for carbamazepine and acridine, the increase in peak area is ~100 times. The increase for naphthalene and diphenyl sulfide is somewhat less pronounced, but still substantial at a factor of ~25. These data illustrate that toluene used as dopant can enhance the sensitivity of APPI toward species of both high and low proton affinity, through either proton-transfer or charge-exchange reactions. Note again that proton-transfer reactions appear to be much more prominent. The APPI chromatogram obtained using acetone, on the other hand, illustrates that acetone is an effective dopant only for those compounds having high proton affinity; acetone is not suitable as a dopant for the promotion of molecular ion formation of samples having a low proton affinity. Hence, the choice of dopant is an important factor affecting the sensitivity and selectivity of APPI.

**Comparison between APPI and APCI.** Results from the experiments comparing APPI and the standard corona discharge-APCI source are presented in Figure 6. When methanol was the organic solvent, Figure 6a, the signals obtained for carbamazepine and acridine by APPI were at least 8 times as high as those obtainable with the APCI source; the increase for naphthalene

QUESTMS-00000560

**Table 1. Additional Series of Compounds Analyzed by APPI[a]**

| Compound | Base Peak | | Assignment |
|---|---|---|---|
| | Positive | Negative | |
| reserpine, MW 608 | 609 | -607 | [M+H]⁺, [M-H]⁻ |
| caffeine, MW 194 | 195 | n.o. | [M+H]⁺ |
| testosterone, MW 288 | 289 | n.o. | [M+H]⁺ |
| anthracene, MW 178 | 179 | n.o. | [M+H]⁺ |
| 2,6-dimethyl phenol, MW 122 | n.o. | -121 | [M-H]⁻ |
| myristic acid, MW 228 | n.o. | -227 | [M-H]⁻ |
| benzoic acid, MW 122 | n.o. | -121 | [M-H]⁻ |

[a] n.o.: not observed for 1 µM solutions under full-scan conditions.

and phenyl sulfide was much greater, since the sensitivity of APCI toward low proton affinity species in the presence of methanol was found to be almost nil. When acetonitrile was used, Figure 6b, the advantage of APPI over APCI was maintained for carbamazepine and acridine, though the sensitivity of APCI toward naphthalene and diphenyl sulfide was much improved and was not much lower than that of APPI.

The chromatograms selected for display here provide a first indication of the type of performance that is attainable with APPI, and they are representative of the data that were routinely obtained over the course of these experiments. To more fully assess the potential utility of APPI though, it will be necessary to formally validate a bioanalysis assay using APPI under strictly controlled and realistic conditions.

**Qualitative Analysis of a Second Series of Compounds.** The high sensitivity of the APPI method seems to be quite general and is not limited to those species chosen for the experiments described above. A selection of additional compounds that have

been successfully analyzed by APPI is presented in Table 1, along with the most prominent ions observed in their spectra. It is evident from this table that most of the species analyzed by APPI to-date have yielded protonated molecules, while molecules containing acidic functional groups may be deprotonated and detected in negative ion mode. In this regard, the APPI method follows behavior similar to that of corona discharge-APCI; i.e., like APCI, APPI seems most suitable for samples having a high basicity or acidity in the gas phase.

**Comment on the Importance of the Offset Potential.** There is one additional feature of the APPI method presented here that has yet to be discussed: ion formation by APPI does not require any element within the ionization region to be held at a high potential; i.e., unlike electrospray and APCI, where the spray capillary and corona discharge needle are operated at several kilovolts, the APPI ionization region is essentially field free. This characteristic allows for the independent optimization of the offset potential of the APPI source, a parameter that has been found to have a tremendous effect upon the sensitivity of the method (data not presented here). It is believed that the careful control of the offset potential allows for optimization of the transport of ions toward the sampling orifice of the mass analyzer. Recall that the total ion production by APPI is relatively low (the ion current measured at the curtain plate for APPI is ~10 nA, as compared to 2.5 µA for corona discharge-APCI), while the sensitivity of the method has been found to be high. Thus, we surmise that efficient transport of ions toward the sampling orifice is likely a key factor responsible for the high sensitivity of APPI relative to APCI. More research must certainly be done to prove this point, however, because other factors, such as variations in reaction time, may also be important.

## CONCLUSION

Atmospheric pressure photoionization, through the use of a dopant, has been shown to be capable of providing enhanced sensitivity to LC–MS, relative to that attainable through corona discharge-APCI. First indications are that the range of compounds that can be efficiently ionized by APPI closely follows that of APCI, a finding that points toward the conclusion that the ion–molecule reactions responsible for analyte ionization in each source ultimately follow similar pathways, despite the fact that the initial reagent ions are different. Accordingly, it is anticipated that the APPI source may find utility in many areas of application where the corona discharge-APCI method is presently employed, provided that the increase in sensitivity demonstrated here can be maintained for real samples. Of course, robustness of the source will also need to be demonstrated, if the method is to prove suitable for routine use.

## ACKNOWLEDGMENT

Major funding and other support for this work was provided by PE SCIEX as part of a collaborative research agreement with the University of Groningen.

Received for review February 8, 2000. Accepted May 10, 2000.

AC0001636

QUESTMS-00000561

0021-972X/06/$15.00/0
Printed in U.S.A.

The Journal of Clinical Endocrinology & Metabolism 91(6):3055–3061
Copyright © 2006 by The Endocrine Society
doi: 10.1210/jc.2006-0710

# C-3 Epimers Can Account for a Significant Proportion of Total Circulating 25-Hydroxyvitamin D in Infants, Complicating Accurate Measurement and Interpretation of Vitamin D Status

Ravinder J. Singh, Robert L. Taylor, G. Satyanarayana Reddy, and Stefan K. G. Grebe

*Departments of Laboratory Medicine and Pathology (R.J.S., R.L.T., S.K.G.G.) and Medicine (S.K.G.G.), Mayo Clinic, Rochester, Minnesota 55905; and Epimer, LLC (G.S.R.), Providence, Rhode Island 02906*

**Context:** We have recently introduced liquid chromatography-tandem mass spectrometry (LC-MS/MS) for 25-hydroxyvitamin $D_2$ (25OHD$_2$) and 25OHD$_3$ testing. During subsequent clinical use, we identified significantly elevated results in some infants. We hypothesized this might represent assay interference caused by C-3 epimers of 25OHD$_2$ or 25OHD$_3$.

**Objective:** Our aims were to 1) determine the prevalence of C-3 epimers of 25OHD$_2$ or 25OHD$_3$ in human serum, and 2) identify the patient populations that might be affected.

**Study Design:** We modified our LC-MS/MS method to allow detection of C-3 epimers. We retested specimens from four patient groups with the new method and an extracted RIA: 1) children less than 1 yr old, 2) children 1–18 yr old, 3) adults aged 20–87 yr with liver disease, and 4) adults aged 19–91 yr without liver disease

**Results:** In 172 children from group 1 with detectable 25OHD$_2$ or 25OHD$_3$, we identified C-3 epimers in 39 (22.7%). The epimers contributed 8.7–61.1% of the total 25-OHD. There was an inverse relationship between patient age and epimer percentage (r = 0.48; $P <$ 0.002). The RIA gave accurate 25-OHD results that correlated with the modified LC-MS/MS method. No C-3 epimers were detected in any of the other groups.

**Conclusions:** Significant concentrations of C-3 epimers of 25OHD$_2$ or 25OHD$_3$ are commonly found in infants. This can lead to overestimation of 25-OHD levels. Measurements in children less than 1 yr should therefore be performed with an assay that allows accurate detection of 25-OHD in the presence of its C-3 epimers. (*J Clin Endocrinol Metab* 91: 3055–3061, 2006)

V ITAMIN D LABORATORY testing has increased significantly during the last decade because of an increasing awareness that vitamin D deficiency is very common and can increase fracture and, possibly, cancer risk (1–6). Measurement of total 25-hydroxyvitamin D (25-OHD; sum of 25OHD$_2$ and 25OHD$_3$) is the preferred test for assessing vitamin D status, because it has a long serum half-life and its concentration is considered to be in equilibrium with vitamin D body stores (7–10).

Unfortunately, there are substantial discrepancies between test results obtained with different 25-OHD assays. Most 25-OHD assays are competitive immunoassays or competitive assays based on vitamin D binding proteins (11, 12). For such assays, 25-OHD is a difficult analyte because of its hydrophobicity and relatively low serum concentrations (10, 12). This often necessitates sample extraction and concentration before analysis, potentially increasing assay variability. Furthermore, equal detection of 25OHD$_2$ and 25OHD$_3$ represents a challenge, in particular for assays based on vitamin D binding protein, because binding proteins from

many species show higher affinity for 25OHD$_3$ than for 25OHD$_2$ (13). As a consequence of all these factors, only 50–60% of the approximately 100 laboratories that participate in the international quality assessment scheme for vitamin D metabolites (DEQAS), meet performance criteria consistently, and the results obtained for the same sample can differ up to 2- to 4-fold, sometimes even for the same assay, when performed in different laboratories (11).

In an attempt to overcome these problems, we replaced our previous 25-OHD extracted RIA with a candidate reference method based on liquid chromatography-tandem mass spectrometry (LC-MS/MS) (14, 15). The method uses deuterated 25OHD$_3$ as an internal standard in each sample, thereby enabling correction of extraction variability and allowing accurate, separate measurement of 25OHD$_2$ and 25OHD$_3$. In our assay validation, it agreed well with our previous RIA, which some authors have considered a gold standard (Fig. 1) (12, 16).

In subsequent practice, we became aware of a small number of unexpectedly high 25-OHD results in infants. We became concerned that these might result from assay interference. Although most natural vitamin D metabolites and vitamin-D-related drugs are either too different in chemical structure to be a potential interferent or were excluded as such during our assay validation, some isomers of 25-OHD could potentially interfere. Epimers in particular have identical chemical structures except for a single site of molecular

First Published Online May 23, 2006

Abbreviations: CV, Coefficients of variation; LC-MS/MS, liquid chromatography-tandem mass spectrometry; 25-OHD, 25-hydroxyvitamin D; VDR, vitamin D receptor.

JCEM is published monthly by The Endocrine Society (http://www.endo-society.org), the foremost professional society serving the endocrine community.

3055

Downloaded from jcem.endojournals.org at UCLA Biomedical Lib/Serials 12-077 Ctr for Hlth Sci on February 2, 2009

QUESTMS-00000562

3056   J Clin Endocrinol Metab, August 2006, 91(8):3055–3061   Singh *et al.* • C-3 Epimers of 25-OHD in Infants



FIG. 1. Comparison of total 25-OHD measurements by standard LC-MS/MS and extracted RIA by scatter plot of total serum 25-OHD concentrations measured in 110 subjects by standard LC-MS/MS (*abscissa*) and extracted RIA (*ordinate*), with Passing–Bablock linear fit with 95% CI superimposed.

asymmetry and might therefore display very similar chromatography and give rise to the same MS/MS ion pairs. The C-3 epimers of $25OHD_2$ and $25OHD_3$, $3\text{-epi-}25OHD_2$ and $3\text{-epi-}25OHD_3$, caught our attention specifically, because C-3 epimerization of $25OHD_3$ and its downstream metabolite, 1,25-dihydroxyvitamin $D_3$ $[1,25\text{-}(OH)_2D_3]$, have been reported in several human and animal cell lines (Fig. 2) (17–21). Furthermore, 3-epi-1,25-OHD has some unique properties of potential clinical significance. It is nearly as potent as 1,25-OHD in suppressing PTH secretion (22, 23) but has significantly reduced calcemic effects (24, 25). Distinguishing be-

tween 25-OHD and 3-epi-25-OHD could therefore be of relevance. The C-3 epimers can be converted to their respective 3-epi-1,25-OHD metabolites, and their presence might also be an indicator of elevated C-3 epimerization at the level of 1,25-OHD synthesis.

However, it is currently unknown whether C-3 epimers of 25-OHD can be found in humans in significant circulating concentrations. We hypothesized that this might be the case in some young children. Immaturity of, possibly hepatic, vitamin D metabolism in some infants could favor formation of C-3 epimers. In particular, enzymes from the cytochrome P450 family, notably CYP24, CYP27A1, and CYP27B1, are known to be involved in various facets of vitamin D metabolism and are expressed at particularly high levels in the liver. We therefore modified our existing LC-MS/MS method to also allow detection of 3-epi-$25OHD_2$ and 3-epi-$25OHD_3$ and studied a series of pediatric samples, normal adult samples, and adult samples from patients with impaired hepatic function.

## Patients and Methods

The studies were approved by the Mayo Clinic institutional review board.

Our study aims were to 1) determine the prevalence of detectable 3-epi-$25OHD_2$ or 3-epi-$25OHD_3$ in human serum, and 2) determine the patient populations that might be affected.

The samples for this study were consecutive waste specimens from routine testing received in our laboratory, selected based only on age and, for adult samples, the likely presence or absence of hepatic dysfunction. They included samples from four groups of subjects: group 1, children less than 1 yr old (n = 183; 116 males and 67 females); group 2, children 1–18 yr old (n = 47; 19 males and 28 females); group 3, adults aged 20–87 yr with liver disease (hepatoma surveillance patients with elevated serum α-fetoprotein concentrations; n = 53; 25 males and 28

FIG. 2. C-3 epimerization of 25-OHD and 1,25-OHD. The epimerization of 25-OHD and 1,25-OHD at carbon number 3 (C-3) is shown using $25OHD_3$ and $1,25(OH)_2D_3$ as examples. Both 25-OHD and 1,25-OHD can be epimerized at the C-3 position (*dashed-line circles*). The only difference between the epimers is whether the bond between the C-3 and the attached hydroxyl group points upward or downward. 3-Epi-25-OHD can also be converted to 3-epi-1,25-OHD by 1α-hydroxylase in renal and extrarenal tissues.

Downloaded from jcem.endojournals.org at UCLA Biomedical Lib/Serials 12-077 Ctr for Hlth Sci on February 2, 2009

QUESTMS-00000563

Singh *et al.* • C-3 Epimers of 25-OHD in Infants

J Clin Endocrinol Metab, August 2006, 91(8):3055–3061   **3057**

females); and group 4, adults 19–91 yr of age without biochemical evidence of liver disease (n = 147; 35 males and 112 females).

### Standards/calibrators, internal standard, and controls

$25OHD_2$ and $25OHD_3$ standards/calibrators and $25OHD_3$-$d_6$ internal standard were purchased from Sigma Chemical Co. (St. Louis, MO) and As Vitas (Oslo, Norway), respectively. Manufacturer-stated concentrations were confirmed by UV spectrophotometry. The 3-epi-$25OHD_3$ standards were prepared and verified by one of the authors (G.S.R.) as described previously (21). Stock solutions of all standards were stored at $-20$ C.

Three pools of control samples each were prepared for $25OHD_2$ and $25OHD_3$. Control target values of $25OHD_3$ were established at 4.2, 17, 42, and 110 ng/ml (10.2, 41.3, 101.9, and 267 nmol/liter). Target values of $25OHD_2$ were established at 1.7, 24, 55, and 132 ng/ml (4.25, 60, 137.5, and 330 nmol/liter).

### Sample preparation

Twenty-five microliters of working internal standard at a concentration of 200 ng/ml (492.6 nmol/liter) were added to each patient samples, controls, or calibrators. The mixtures were incubated for 15 min at room temperature to allow the internal standard to equilibrate with binding proteins. Proteins were precipitated by addition of 200 $\mu$l of acetonitrile and centrifugation. The supernatant was transferred to 96-well plates for analysis.

### LC-MS/MS

For the standard 25-OHD method, online extraction and HPLC chromatography of the supernatants were performed using a TX4 Turbo Flow system (Cohesive Technologies, Franklin, MA) with 1.0 × 50 mm Cyclone extraction columns and 3.3 cm × 4.6 mm, 3-$\mu$m LC-18 (Supelco, St. Louis, MO) analytical columns. After online extraction, the analytes were eluted onto the analytical column for 90 sec with a mobile phase of 39.5% vol/vol methanol, 0.005% vol/vol formic acid. There was a step gradient to 87% vol/vol methanol, 0.005% vol/vol formic acid for the analytical column. The analytes then entered an API 4000 triple-quadrupole mass spectrometer (ABI-Sciex, Toronto, Canada) and were ionized in an atmospheric-pressure chemical-ionization source and detected by multiple transient monitoring of the following ion pairs: $m/z$ 413.0/395.3 for $25OHD_2$, $m/z$ 401.4/383.3 for $25OHD_3$, and $m/z$ 407.4/389.5 for $25OHD_3$-$d_6$. The raw signals for $25OHD_2$ and $25OHD_3$ in the calibrators, controls, and samples were normalized to their respective internal standard $25OHD_3$-$d_6$ signals, and concentrations in the samples and controls were calculated off the normalized six-point calibration curves [0–200 ng/ml (0–500 nmol/liter)]. Samples with concentrations that exceeded the highest calibrator were diluted and run again. The total 25-OHD concentrations of each control and sample were calculated by summing the measured values of $25OHD_3$ and $25OHD_2$.

For separation of epimers, the standard LC-18 column was replaced with a longer 5-dinitrobenzoyl-(R)-phenylglycine column (Chirex-PCLY and DNB 250 × 4.6 mm; Phenomenex, Torrance, CA) and 100 $\mu$l

of the supernatant was injected. The step gradient extends only up to 67% vol/vol methanol, 0.005% vol/vol formic acid at an analytical column flow rate of 0.9 ml/min. The mass spectrometer settings remained unchanged. The concentrations of $25OHD_2$, $25OHD_3$, and 25-OHD were calculated as above. The concentrations of any detected C-3 epimers of $25OHD_2$ or $25OHD_3$ were also calculated off the normalized $25OHD_2$ and $25OHD_3$ calibration curves, and the total 3-epi-OHD concentration is the sum of 3-epi-$25OHD_2$ and 3-epi-$25OHD_3$ concentrations.

### Assay performance parameters

The performance of the two LC-MS/MS methods was similar for $25OHD_2$ and $25OHD_3$. Interassay coefficients of variation (CV) for the $25OHD_3$ controls were 14, 5, 7, and 6%, respectively. Corresponding interassay CV for $25OHD_2$ controls were 13, 8, 8, and 9%. The recovery of analyte spiked into patient samples was 82–115% (mean, 102%) of predicted for $25OHD_2$ and 88–115% (mean, 103%) for $25OHD_3$. The 25-OHD concentrations obtained by the two LC-MS/MS methods matched each other closely (Fig. 3).

### Extracted RIA

In the 25-OHD RIA (Diasorin, Stillwater, MN), samples were extracted with acetonitrile, followed by a competitive RIA. According to the Diasorin packet insert, the RIA uses $^{125}$I-labeled 25-OHD and a goat polyclonal antibody specific to the 25-OH-containing side chain; in the original published assay description, a rabbit-derived antibody was used (26, 27). A secondary antibody against the primary antibody was used as a precipitating reagent.

Interassay CV for this assay range from 8.5–14.4% across the reportable range. The assay compares closely with the LC-MS/MS standard method (Fig. 1).

### Testing of study samples

All study samples were assayed by the standard and the modified LC-MS/MS method. In addition, all samples with total 25-OHD concentrations more than 100 ng/ml (250 nmol/liter) underwent confirmatory retesting. Chromatograms obtained with the modified method were inspected for the presence of C-3 epimer peaks. All detectable $25OHD_2$, $25OHD_3$, 3-epi-$25OHD_2$, and 3-epi-$25OHD_3$ peaks were quantitated, as described above, and the total 25-OHD and 3-epi-OHD concentrations were calculated. For every sample with detectable C-3 epimer peaks, we calculated the percent contribution of total 3-epi-25-OHD to the corresponding total 25-OHD concentration.

We also assayed all samples with epimer peaks and sufficient residual sample volume with the Diasorin RIA. The results were compared with the total 25-OHD values obtained by the modified LC-MS/MS assay.

### Data analysis

The frequencies of occurrences of C-3 epimers were tabulated for the different study groups and compared with each other by $\chi^2$-analysis,



FIG. 3. Comparison of total 25-OHD measurements by standard LC-MS/MS and by modified LC-MS/MS. A, Scatter plot of total serum 25-OHD concentrations measured in 160 subjects by the standard LC-MS/MS method (*abscissa*) as well as the modified LC-MS/MS method (*ordinate*) that allows detection of C-3 epimers of $D_2$ and $D_3$. Passing-Bablock linear fit with 95% CI is superimposed. B, The same dataset after removal of data points more than 100 ng/ml.

Downloaded from jcem.endojournals.org at UCLA Biomedical Lib/Serials 12-077 Ctr for Hlth Sci on February 2, 2009

QUESTMS-00000564

Case 1:18-cv-01436-MN Document 94-2 Filed 12/12/19 Page 62 of 643 PageID #: 7670
Case 1:18-cv-01436-MN Document 73-1 Filed 09/25/19 Page 62 of 641 PageID #: 3390

using appropriate degrees of freedom. In each group, $\chi^2$ testing was also used to compare the likelihood for the presence of C-3 epimer peaks depending on whether patients had detectable $25OHD_2$ or $25OHD_3$ as well as to determine whether there was a relationship between patient gender and the presence of detectable C-3 epimers in any of the groups. Yates correction was used for all single degree of freedom $\chi^2$ tests.

Regression analysis and ANOVA, respectively, were applied to all cases with detectable C-3 epimers to determine whether there was any relationship between the percent contribution of the C-3 epimers to the total 25-OHD values and the patient's age or gender. Statistical comparisons between different analytical methods were performed using Passing-Bablock linear regression.

For all statistical tests, a $P$ value of $<0.05$ was considered significant, corrected if necessary for degrees of freedom or multiple comparisons.

## Results

In group 1 (children <1 yr old), the total 25-OHD concentrations (including the contribution of C-3 epimers) ranged from 0–188 ng/ml [0–470 nmol/liter; median, 29.3 ng/ml (73.2 nmol/liter), mean, 34.2 ng/ml (85.5 nmol/liter)], with 172 of the 183 children having detectable levels of $25OHD_2$ or $25OHD_3$. We detected $25OHD_3$ in 163 of these 172. Thirty children also had detectable levels of $25OHD_2$. An additional nine children had detectable $25OHD_2$ but no detectable $25OHD_3$. We did not detect any $25OHD_3$ or $25OHD_2$ in 11 subjects.

We found 3-epi-$25OHD_2$ ($n = 2$) or 3-epi-$25OHD_3$ ($n = 38$) in 39 of the 172 children (22.7%) with detectable $25OHD_2$ or $25OHD_3$ (Fig. 4). All subjects with detectable C-3 epimers also had detectable $25OHD_2$ or $25OHD_3$. Among the 39 epimer-positive children, 31 had only detectable $25OHD_3$, one had only detectable $25OHD_2$, and seven had detectable $25OHD_2$ and $25OHD_3$. Of the eight children in this subgroup with detectable $25OHD_2$, two, including the one who only had $25OHD_2$, had 3-epi-$25OHD_2$ peaks. 3-Epi-$25OHD_3$ was detected in all 38 children with detectable $25OHD_3$ peaks.

Total 3-epi-25-OHD concentrations ranged from 5–92 ng/ml [12.5–230 nmol/liter; median, 9 ng/ml (22.5 nmol/liter); mean, 16.1 ng/ml (40.2 nmol/liter)], with the C-3 epimers contributing 8.7–61.1% to the total 25-OHD concentration (median, 24%; mean, 27.8%). There was no correlation between 3-epi-25-OHD concentrations and 3-epi-25-OHD as a percentage of total 25-OHD.

There was sufficient sample volume for RIA testing in 34 of the 39 children with detectable 3-epi-$25OHD_2$ or 3-epi-$25OHD_3$. The standard LC-MS/MS method and the Diasorin RIA were in good agreement in this group with a Passing-Bablock regression slope of 1.059, an intercept of −5.8, and a correlation coefficient of 0.8.

There was a greater likelihood of detectable 3-epi-$25OHD_3$ than 3-epi-$25OHD_2$, with 38 of 163 $25OHD_3$-positive individuals having 3-epi-$25OHD_3$ peaks, whereas only two of 39 patients with detectable $25OHD_2$ showed 3-epi-$25OHD_2$ peaks [odds ratio = 5.62; confidence interval (CI) = 1.24–35.40; $\chi^2 = 5.46$; $P < 0.02$]. In the patients with detectable C-3 epimer peaks, regression analysis revealed an inverse relationship between patient age and percentage of total 3-epi-25-OHD detected, with a linear fit resulting in a correlation coefficient 0.48 ($P < 0.002$), whereas an exponential decay function fit resulted in a marginally higher correlation coefficient of 0.49 ($P < 0.007$) (Fig. 5).

Gender was not related to the presence or absence of C-3 epimer peaks, nor did it correlate with total 3-epi-25-OHD concentrations or percentages.

In group 2 (children 1–18 yr of age), total 25-OHD concentrations were 0–58 ng/ml [0–145 nmol/liter; median, 34 ng/ml (85 nmol/liter); mean, 33 ng/ml (82.5 nmol/liter)]. Thirty-nine children had only detectable $25OHD_3$, six had detectable $25OHD_2$ and $25OHD_3$, one had only $25OHD_2$, and one had neither $25OHD_2$ nor $25OHD_3$. We did not detect any C-3 epimer peaks in any of these 47 older children.

Total 25-OHD concentrations in group 3 (adults with compromised liver function, 20–87 yr old) were 0–57 ng/ml

12000
10000
8000
6000
4000
2000
0
Counts
0
1
2
3
4
5
6
7
Time / minutes

FIG. 4. Chromatographic separation of 3-epi-$25OHD_3$ from $25OHD_3$. The LC-MS/MS chromatogram depicts a $25OHD_3$ standard (*blue line*), a 3-epi-$25OHD_3$ standard (*green line*), and a patient sample containing approximately 50% each of $25OHD_3$ and 3-epi-$25OHD_3$ (*red line*). This sample does not contain $25OHD_2$, but similar separation of $25OHD_2$ from its C-3 epimer was achieved in the two study samples that contained 3-epi-$25OHD_2$.

3-epi-25-OHD (% of total 25-OHD)
60
50
40
30
20
10
0
0
50
100
150
200
250
300
350
Patient Age (days)

FIG. 5. Relative 3-epi-25-OHD concentrations and patient age. In this scatter plot, the percent contribution of total 3-epi-25-OHD to the total 25-OHD (*ordinate*) is plotted against the patient age in days (*abscissa*) for all samples with detectable 3-epi-$25OHD_2$ or $25OHD_3$ peaks. There was an inverse relationship between age and percentage of total 3-epi-25-OHD. The linear fit (*dashed line*; $y = -0.07x + 37.02$; $r = 0.48$) and an exponential decay model (*solid line*; $y = 44.57e^{(-x/393.72)} - 5.55$; $r = 0.49$) are superimposed.

Downloaded from jcem.endojournals.org at UCLA Biomedical Lib/Serials 12-077 Ctr for Hlth Sci on February 2, 2009

QUESTMS-00000565

J Clin Endocrinol Metab, August 2006, 91(8):3055–3061   **3059**

[0–142.5 nmol/liter; median, 17 ng/ml (42.5 nmol/liter); mean, 19 ng/ml (47.5 nmol/liter)]. Three patients had no detectable circulating 25-OHD, 39 had detectable 25OHD₃, 10 had detectable 25OHD₂ and 25OHD₃, and one had only 25OHD₂. No patient had any detectable C-3 epimer peaks.

In group 4, the 147 adults aged 19–91 yr, without known liver disease, total 25-OHD levels were 4–330 ng/ml [10–825 nmol/liter; median, 28.5 ng/ml (71.2 nmol/liter); mean, 31.3 ng/ml (78.2 nmol/liter)]. All patients had detectable 25OHD₃, and 47 also had detectable 25OHD₂. No C-3 epimer peaks were detected.

The differences in C-3 epimer detection rates between the four groups were highly significant with an overall $\chi^2$ (three degrees of freedom) of 60.81 ($P < 0.00001$), whereas individual paired comparisons of group 1 against groups 2, 3, and 4 yielded $\chi^2$ values of 11.21 ($P < 0.00082$; multicomparison corrected $P < 0.00246$), 12.23 ($P < 0.00047$; multi-comparison corrected $P < 0.00141$), and 35.89 ($P < 0.00001$; multicomparison corrected $P < 0.00003$), respectively. There were no significant differences between groups 2, 3, and 4.

## Discussion

Our study shows that C-3 epimers of 25OHD₂ or 25OHD₃ can be found in significant concentrations in a sizable minority of very young children who undergo clinical 25-OHD testing. Although we detected both 3-epi-25OHD₃, presumably endogenous, as well as 3-epi-25OHD₂, most likely from supplements, our data suggest that 25OHD₃ may be more likely to undergo C-3 epimerization than 25OHD₂.

Within the limitations of our study, the phenomenon seems to be confined to children under the age of 1 yr. Furthermore, within this group, it is inversely correlated with age (Fig. 5). This suggests that high rates of C-3 epimerization might be a function of immaturity of vitamin D metabolism. It also suggests that C-3 epimerization could be a major metabolic pathway for 25-OHD under certain circumstances. In fact, recent *in vitro* studies have hinted at the possibility that C-3 epimerization of 25-OHD could play an equal or more important role than epimerization of 1,25-OHD. Microsomal enzyme systems from a variety of cell lines show greater specificity and substrate conversion rates for the C-3 epimerization of 25-OHD than for the corresponding conversion of 1,25-OHD (28). However, the exact nature of the conditions, which might favor C-3 epimerization of 25-OHD, remains to be determined. Our studies seem to exclude deranged hepatic metabolism, despite the fact that hepatic microsomal cytochrome enzymes are known to play a major role in vitamin D metabolism and the associated clinical observation that liver patients often have biochemical evidence of disturbed vitamin D metabolism. This is consistent with *in vitro* experiments that have failed to identify the enzyme involved in C-3 epimerization of vitamin D metabolites among a group of known enzymes in the vitamin D pathway, including CYP24, CYP27A1, CYP27B1, and 3(α-β)-hydroxysteroid epimerase (28). It therefore appears that although microsomal enzyme systems seem to play a role in C-3 epimerization of vitamin D metabolites, the actual enzymes involved are distinct from the classical hepatic enzyme systems of vitamin D metabolism.

The immediate clinical consequence of our findings lies in the potential for inaccurate measurement of 25-OHD in young children. In our laboratory, we have changed our practice based on this study. We now use the alternative LC-MS/MS method for all 25-OHD measurements in children under the age of 1 yr. It is interesting to speculate how other LC-MS/MS or HPLC-UV detection methods in other laboratories might be performing with regard to C-3 epimer separation. Similarly, for the most part, it remains to be determined whether the various assays based on vitamin D binding protein and immunoassays are able to distinguish 25-OHD from its C-3 epimers. Cross-reactivity of 25-OHD assays with one or several of the over 40 known natural vitamin D metabolites is common (10, 29). For example, the Diasorin RIA cross-reacts with 24,25-(OH)₂D₃, 25,26-(OH)₂D₃, and 25OHD₃-26,23-lactone (26, 27). Traditionally, these and similar cross-reactivities in other 25-OHD assays have been regarded as clinically irrelevant because the serum concentrations of the cross-reactants are between one and two orders of magnitude lower than those of 25-OHD. However, as we have shown, 3-epi-25OHD₂ and 3-epi-25OHD₃ concentrations are much higher and could represent a relevant interference. Reassuringly, the Diasorin extracted RIA does not appear to cross-react with 3-epi-25OHD₂ or 3-epi-25OHD₃, giving accurate total 25-OHD results that correlate well with our modified LC-MS/MS method. However, we did not study any of the other 25-OHD assays that are currently in clinical use in the United States or Europe, and some of these might display cross-reactivity with 3-epi-25OHD₂ or 3-epi-25OHD₃.

Another issue that needs to be discussed is whether distinguishing between 25-OHD and its C-3 epimers is of clinical importance. Although the phenomenon is fairly prevalent among young infants and significant concentrations of 3-epi-25-OHD are found in affected children, the biological consequences depend on whether 25-OHD and its C-3 epimers differ in their physiological effects. This question can be separated into two parts. Because 25-OHD is a prohormone that needs to be converted into 1,25-OHD, we need to determine first whether 3-epi-25-OHD is converted to 3-epi-1,25-OHD and then to dissect the differential biological effects of 1,25-OHD *vs.* 3-epi-1,25-OHD.

With regard to 3-epi-25-OHD conversion to downstream metabolites, the literature indicates that it is a substrate for 1α-hydroxylase and is converted into 3-epi-1,25-OHD (21). In addition, the conditions that favor C-3 epimerization of 25-OHD probably also favor the same metabolic pathway for 1,25-OHD, possibly involving extrarenal tissues (18–21, 30, 31) (Fig. 2). It therefore seems highly probable that children with detectable 3-epi-25-OHD might also have 3-epi-1,25-OHD. Final proof, however, will have to await the development of a method for measurement of serum 3-epi-1,25-OHD.

The issue of the bioactivity of 1,25-OHD *vs.* that of 3-epi-1,25-OHD is more complex. 3-Epi-1,25-OHD can stimulate gene transcription through the vitamin D receptor (VDR) despite the fact that it appears to have weaker binding affinity to the VDR than 1,25-OHD (32, 33). The lower receptor binding affinity does not translate into universally reduced biological effects of 3-epi-1,25-OHD in all vitamin-D-respon-

Downloaded from jcem.endojournals.org at UCLA Biomedical Lib/Serials 12-077 Ctr for Hlth Sci on February 2, 2009

QUESTMS-00000566

3060   J Clin Endocrinol Metab, August 2006, 91(8):3055–3061

Singh et al. • C-3 Epimers of 25-OHD in Infants

sive tissues. The transcriptional, as well as the ultimate physiological, response to 3-epi-1,25-OHD has been found to be highly variable for different VDR-regulated genes in different tissues (20, 22, 23, 25, 30, 31, 34, 35). These differences may in part relate to the longer half-life of 3-epi-1,25-OHD (30) but could also reflect selective partial agonistic-antagonist effects, such as have been described for a number of synthetic vitamin D analogs (36). Potential examples of apparently contradictory biological effects include the C-3 epimers' reduced calcemic properties and less potent gene-regulatory effects on some VDR-responsive genes involved in bone metabolism, such as osteocalcin (18, 24, 25, 34), whereas, on the other hand, suppression of gene transcription of PTH, antiproliferative effects in epithelial cells, and induction of surfactant gene transcription in pulmonary type II alveolar cells are comparable to 1,25-OHD (22, 23, 30, 35).

In conclusion, significant serum concentrations of 3-epi-25-OHD are commonly found in infants. Although the biological consequences of this phenomenon remain uncertain, in clinical practice, it can lead to overestimation of serum 25-OHD levels. Because the calcemic effects of the active downstream metabolite 3-epi-1,25-OHD are low, this might result in inappropriate reduction or omission of 25-OHD treatment in some children or unjustified anxiety about possible 25-OHD overdosing or toxicity in other children. Serum 25-OHD in children below the age of one should therefore be measured with an assay that either does not cross-react with 3-epi-25-OHD or allows unequivocal separation of 3-epi-25-OHD from 25-OHD. Currently, the only assays that we have verified to fulfill these requirements are our modified LC-MS/MS assay and the extracted Diasorin RIA. Laboratories that use other assays should evaluate whether their assays measure 25-OHD accurately in the presence of 3-epi-25-OHD.

## Acknowledgments

We thank Dr. Bruce W. Hollis for bringing the initial cases of possible false high 25-OHD measurements in infants measured with our standard LC-MS/MS assay to our attention. He was also instrumental in suggesting the possibility of 3-epi-25-OHD as the interferent. Additional gratitude goes to Dr. Ronald Horst for his valuable suggestions about this work. Finally, we also thank Brian C. Netzel for his assistance with the chemical structure diagram (Fig. 2).

Received April 3, 2006. Accepted May 17, 2006.
Address all correspondence and requests for reprints to: Stefan K. G. Grebe, Mayo Clinic, 200 1st Street SW, Rochester, Minnesota 55905. E-mail: grebe.stefan@mayo.edu.
Disclosure statement: The authors have nothing to disclose.

## References

1. Chapuy MC, Preziosi P, Maamer M, Arnaud S, Galan P, Hercberg S, Meunier PJ 1997 Prevalence of vitamin D insufficiency in an adult normal population. Osteoporos Int 7:439–443.
2. Vieth R 1999 Vitamin D supplementation, 25-hydroxyvitamin D concentrations, and safety. Am J Clin Nutr 69:842–856.
3. Lips P 2001 Vitamin D deficiency and secondary hyperparathyroidism in the elderly: consequences for bone loss and fractures and therapeutic implications. Endocr Rev 22:477–50.
4. Fairfield KM, Fletcher RH 2002 Vitamins for chronic disease prevention in adults: scientific review. JAMA 287:3116–3126.
5. Zittermann A 2003 Vitamin D in preventive medicine: are we ignoring the evidence? Br J Nutr 89:552–572.
6. Hansen CM, Binderup L, Hamberg KJ, Carlberg C 2001 Vitamin D and cancer:

effects of 1,25(OH)2D3 and its analogs on growth control and tumorigenesis. Front Biosci 6:D820–48.
7. Barragry JM, France MW, Corless D, Gupta SP, Switala S, Boucher BJ, Cohen RD 1978 Intestinal cholecalciferol absorption in the elderly and in younger adults. Clin Sci Mol Med 55:213–220.
8. Barragry JM, France MW, Boucher BJ, Cohen RD 1979 Metabolism of intravenously administered cholecalciferol in man. Clin Endocrinol (Oxf) 11:491–495.
9. Clemens TL, Zhou XY, Myles M, Endres D, Lindsay R 1986 Serum vitamin D2 and vitamin D3 metabolite concentrations and absorption of vitamin D2 in elderly subjects. J Clin Endocrinol Metab 63:656–660.
10. Zerwekh JE 2004 The measurement of vitamin D: analytical aspects. Ann Clin Biochem 41:272–281.
11. Carter GD, Carter CR, Gunter E, Jones J, Jones G, Makin HLJ, Sufi S 2004 Measurement of vitamin D metabolites: an international perspective on methodology and clinical interpretation. J Steroid Biochem Mol Biol 89–90:467–471.
12. Hollis BW 2004 The determination of circulating 25-hydroxyvitamin D: no easy task. J Clin Endocrinol Metab 89:3149–3151.
13. Horst RL, Reinhardt TA, Beitz DC, Littledike ET 1981 A sensitive competitive protein binding assay for vitamin D in plasma. Steroids 37:581–591.
14. Singh RJ, Taylor RL, Grebe SK. Advancements in the clinical methods for the analysis of 25 hydroxy vit-D resulting in improvements of patient care. Program of the 87th Annual Meeting of The Endocrine Society, San Diego, CA, 2005, p 450 (Abstract P2-386)
15. Taylor RL, Grebe SK, Singh RJ 2005 High throughput analysis of 25-hydroxyvitamins D2 and D3 by LC-MS/MS using an automated on-line extraction. Clin Chem 51(Suppl 6-05):A231–A232
16. Binkley N, Krueger D, Cowgill CS, Plum L, Lake E, Hansen KE, DeLuca HF, Drezner MK 2004 Assay variation confounds the diagnosis of hypovitaminosis D: a call for standardization. J Clin Endocrinol Metab 89:3152–3157
17. Bischof MG, Siu-Caldera ML, Vouros P, Cross IIS, Peterlik M, Reddy GS 1998 Differentiation-related pathways of 1α,25-dihydroxycholecalciferol metabolism in human colon: adenocarcinoma-derived Caco-2 cells: production of 1α,25-dihydroxy-3epi-cholecalciferol. Exp Cell Res 241:194–201
18. Siu-Caldera ML, Sekimoto H, Weiskopf A, Vouros P, Muralidharan KR, Okamura WH, Bishop J, Norman AW, Uskokovic MR, Schuster I, Reddy GS 1999 Production of 1α,25-dihydroxy-3-epi-vitamin D3 in two rat osteosarcoma cell lines (UMR 106 and ROS 17/2.8): existence of the C-3 epimerization pathway in ROS 17/2.8 cells in which the C-24 oxidation pathway is not expressed. Bone 24:457–463
19. Sekimoto H, Siu-Caldera ML, Weiskopf A, Vouros P, Muralidharan KR, Okamura WH, Uskokovic MR, Reddy GS 1999 1α,25-Dihydroxy-3-epi-vitamin D3: in vivo metabolite of 1α,25-dihydroxyvitamin D3 in rats. FEBS Lett 448:278–282
20. Kamao M, Tatematsu S, Sawada N, Sakaki T, Hatakeyama S, Kubodera N, Okano T 2004 Cell specificity and properties of the C-3 epimerization of vitamin D3 metabolites. J Steroid Biochem Mol Biol 89–90:39–42
21. Kamao M, Tatematsu S, Hatakeyama S, Sakaki T, Sawada N, Inouye K, Ozono K, Kubodera N, Reddy GS, Okano T 2004 C-3 epimerization of vitamin D3 metabolites and further metabolism of C-3 epimers: 25-hydroxyvitamin D3 is metabolized to 3-epi-25-hydroxyvitamin D3 and subsequently metabolized through C-1α or C-24 hydroxylation. J Biol Chem 279:15897–15907
22. Brown AJ, Ritter C, Slatopolsky E, Muralidharan KR, Okamura WH, Reddy GS 1999 1α,25-Dihydroxy-3-epi-vitamin D3, a natural metabolite of 1α,25-dihydroxyvitamin D3, is a potent suppressor of parathyroid hormone secretion. J Cell Biochem 73:106–113
23. Brown AJ, Ritter CS, Weiskopf AS, Vouros P, Sasso GJ, Uskokovic MR, Wang G, Reddy GS 2005 Isolation and identification of 1α-hydroxy-3-epi-vitamin D3, a potent suppressor of parathyroid hormone secretion. J Cell Biochem 96:569–578
24. Morrison NA, Eisman JA 1991 Nonhypercalcemic 1,25-(OH)2D3 analogs potently induce the human osteocalcin gene promoter stably transfected into rat osteosarcoma cells (ROSCO-2). J Bone Miner Res 6:893–399
25. Fleet JC, Bradley J, Reddy GS, Ray R, Wood RJ 1996 1α,25-(OH)2-Vitamin D3 analogs with minimal in vivo calcemic activity can stimulate significant transepithelial calcium transport and mRNA expression in vitro. Arch Biochem Biophys 329:228–234
26. Hollis BW, Napoli JL 1985 Improved radioimmunoassay for vitamin D and its use in assessing vitamin D status. Clin Chem 31:1815–1819
27. Hollis BW, Kamerud JQ, Selvaag SR, Lorenz JD, Napoli JL 1993 Determination of vitamin D status by radioimmunoassay with an 125I-labeled tracer. Clin Chem 39:529–533
28. Kamao M, Hatakeyama S, Sakaki T, Sawada N, Inouye K, Kubodera N, Reddy GS, Okano T 2005 Measurement and characterization of C-3 epimerization activity toward vitamin D3. Arch Biochem Biophys 436:196–205
29. Bouillon R, Okamura WH, Norman AW 1995 Structure-function relationships in the vitamin D endocrine system. Endocr Rev 16:200–257
30. Astecker N, Reddy GS, Herzig G, Vorisek G, Schuster I 2000 1,25-Dihydroxy-3-epi-vitamin D3, a physiological metabolite of 1α,25-dihydroxyvitamin D3: its production and metabolism in primary human keratinocytes. Mol Cell Endocrinol 170:91–101

Downloaded from joem.endojournals.org at UCLA Biomedical Lib/Serials 12-077 Ctr for Hlth Sci on February 2, 2009

QUESTMS-00000567

31. Reddy GS, Muralidharan KR, Okamura WH, Tserng KY, McLane JA 2001 Metabolism of 1α,25-dihydroxyvitamin D₃ and its C-3 epimer 1α,25-dihydroxy-3-epi-vitamin D₃ in neonatal human keratinocytes. Steroids 66:441–450

32. Harant H, Spinner D, Reddy GS, Lindley IJ 2000 Natural metabolites of 1α,25-dihydroxyvitamin D₃ retain biologic activity mediated through the vitamin D receptor. J Cell Biochem 78:112–120

33. Messerlian S, Gao X, St-Arnaud R 2000 The 3-epi- and 24-oxo-derivatives of 1α,25 dihydroxyvitamin D₃ stimulate transcription through the vitamin D receptor. J Steroid Biochem Mol Biol 72:29–34

34. Kadiyala S, Nagaba S, Takeuchi K, Yukihiro S, Qiu W, Eyes ST, Uskokovic MR, Posner GH, Reddy GS, Guggino SE 2001 Metabolites and analogs of 1α,25-dihydroxyvitamin D₃: evaluation of actions in bone. Steroids 66:347–355

35. Rehan VK, Torday JS, Peleg S, Gennaro L, Vouros P, Padbury J, Rao DS, Reddy GS 2002 1α,25-Dihydroxy-3-epi-vitamin D₃, a natural metabolite of 1α,25-dihydroxy vitamin D₃: production and biological activity studies in pulmonary alveolar type II cells. Mol Genet Metab 76:46–56

36. Carlberg C 2003 Molecular basis of selective activity of vitamin D analogs. J Cell Biochem 88:274–281

JCEM is published monthly by The Endocrine Society (http://www.endo-society.org), the foremost professional society serving the endocrine community.

Downloaded from jcem.endojournals.org at UCLA Biomedical Lib/Serials 12-077 Ctr for Hlth Sci on February 2, 2009

QUESTMS-00000568



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 223-3-1450
www.uspto.gov

## NOTICE OF ALLOWANCE AND FEE(S) DUE

| | | | EXAMINER |
|---|---|---|---|
| | | | WARDEN, JILL ALICE |
| 30542 | 7590 | 12/15/2009 | |

FOLEY & LARDNER LLP
P.O. BOX 80278
SAN DIEGO, CA 92138-0278

| ART UNIT | PAPER NUMBER |
|---|---|
| 797 | |

DATE MAILED: 12/15/2009

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/101,166 | 04/06/2005 | Nigel Clarke | 034827-3602 | 2707 |

TITLE OF INVENTION: METHODS FOR DETECTING VITAMIN D METABOLITES

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | NO | $1510 | $300 | $0 | $1810 | 03/15/2010 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED.** THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.

THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN **THREE MONTHS** FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. **THIS STATUTORY PERIOD CANNOT BE EXTENDED.** SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.

## HOW TO REPLY TO THIS NOTICE:

I. Review the SMALL ENTITY status shown above.

| If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status: | If the SMALL ENTITY is shown as NO: |
|---|---|
| A. If the status is the same, pay the TOTAL FEE(S) DUE shown above. | A. Pay TOTAL FEE(S) DUE shown above, or |
| B. If the status above is to be removed, check box 5b on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and twice the amount of the ISSUE FEE shown above, or | B. If applicant claimed SMALL ENTITY status before, or is now claiming SMALL ENTITY status, check box 5a on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and 1/2 the ISSUE FEE shown above. |

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

Page 1 of 3

PTOL-85 (Rev. 08/07) Approved for use through 08/31/2010.

QUESTMS-00000569

## PART B - FEE(S) TRANSMITTAL

**Complete and send this form, together with applicable fee(s), to:** <u>Mail</u>   **Mail** Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

**or** <u>Fax</u>   (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

30542      7590      12/15/2009

FOLEY & LARDNER LLP
P.O. BOX 80278
SAN DIEGO, CA 92138-0278

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)
_____ (Signature)
_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/101,166 | 04/06/2005 | Nigel Clarke | 034827-3602 | 2707 |

TITLE OF INVENTION: METHODS FOR DETECTING VITAMIN D METABOLITES

| APPLN TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | NO | $1510 | $300 | $0 | $1810 | 03/15/2010 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| WARDEN, JILL ALICE | 1797 | 436-131000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

❏ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

❏ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list

(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1. _____
2. _____
3. _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE      (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) :   ❏ Individual   ❏ Corporation or other private group entity   ❏ Government

4a. The following fee(s) are submitted:
❏ Issue Fee
❏ Publication Fee (No small entity discount permitted)
❏ Advance Order - # of Copies _____

4b. Payment of Fee(s): **(Please first reapply any previously paid issue fee shown above)**
❏ A check is enclosed.
❏ Payment by credit card. Form PTO-2038 is attached.
❏ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

5. **Change in Entity Status** (from status indicated above)
❏ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.   ❏ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____   Date _____

Typed or printed name _____   Registration No. _____

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85  (Rev. 08/07) Approved for use through 08/31/2010.      OMB 0651-0033      U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

QUESTMS-00000570



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/101,166 | 04/06/2005 | Nigel Clarke | 034827-3602 | 2707 |

| | | | EXAMINER |
|---|---|---|---|
| 30542 | 7590 | 12/15/2009 | WARDEN, JILL ALICE |

FOLEY & LARDNER LLP
P.O. BOX 80278
SAN DIEGO, CA 92138-0278

| ART UNIT | PAPER NUMBER |
|---|---|
| 1797 | |

DATE MAILED: 12/15/2009

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(application filed on or after May 29, 2000)

The Patent Term Adjustment to date is 744 day(s). If the issue fee is paid on the date that is three months after the mailing date of this notice and the patent issues on the Tuesday before the date that is 28 weeks (six and a half months) after the mailing date of this notice, the Patent Term Adjustment will be 744 day(s).

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

PTOL-85 (Rev. 08/07) Approved for use through 08/31/2010.

QUESTMS-00000571

| | Application No. | Applicant(s) |
|---|---|---|
| ***Notice of Allowability*** | 11/101,166 | CLARKE ET AL. |
| | Examiner | Art Unit | |
| | JILL WARDEN | 1797 | |

-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *applicant's submission of and IDS and RCE of 09/09/2009*.

2. ☒ The allowed claim(s) is/are *1,4,5,13,23,26,27,30,33 and 36-39*.

3. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a) ☐ All    b) ☐ Some*   c) ☐ None    of the:

        1. ☐ Certified copies of the priority documents have been received.

        2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

        3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the
            International Bureau (PCT Rule 17.2(a)).

    * Certified copies not received: _____ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

4. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.

    (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached

        1) ☐ hereto or 2) ☐ to Paper No./Mail Date _____ .

    (b) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of
         Paper No./Mail Date _____ .

    **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1. ☐ Notice of References Cited (PTO-892)

2. ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3. ☒ Information Disclosure Statements (PTO/SB/08),
    Paper No./Mail Date *9/9/2009*

4. ☐ Examiner's Comment Regarding Requirement for Deposit
    of Biological Material

5. ☐ Notice of Informal Patent Application

6. ☐ Interview Summary (PTO-413),
    Paper No./Mail Date _____ .

7. ☐ Examiner's Amendment/Comment

8. ☒ Examiner's Statement of Reasons for Allowance

9. ☐ Other _____ .

QUESTMS-00000572

Application/Control Number: 11/101,166                                        Page 2

Art Unit: 1797

### REASONS FOR ALLOWANCE

The following is an examiner's statement of reasons for allowance:  The prior art

does not teach or fairly suggest a method of analyzing 25-hydroxyvitamin $D_3$ using

mass spectrometry which provides a precursor ion with a mass/charge ratio of 383.2; a

method of analyzing 25-hydroxyvitamin $D_2$ using mass spectrometry which provides a

precursor ion with a mass/charge ratio of 395.3; or a method of analyzing 25-

hydroxyvitamin $D_3$ and 25-hydroxyvitamin $D_2$ using mass spectrometry which detects a

fragment ion with a mass/charge ratio of 211.35, 179.1, 209.20 or 251.30.  Singh (US

2006/0094125) teaches the recited mass/charge ratios or 383.2 and 395.3; but they are

for fragment ions, not precursor ions.  There is no suggestion that one of ordinary skill in

the art would seek to use these mass/charge ratios for the detected fragment ions.

Any comments considered necessary by applicant must be submitted no later

than the payment of the issue fee and, to avoid processing delays, should preferably

accompany the issue fee.  Such submissions should be clearly labeled "Comments on

Statement of Reasons for Allowance."


### *Information Disclosure Statement*

The Information Disclosure Statement filed 09 September 2009 has been fully

considered.  However, the references cited therein are no closer than the closest prior

art already discussed in the reasons for allowance.


Any inquiry concerning this communication should be directed to JILL WARDEN

at telephone number (571)272-1267.

/Jill  Warden/

Supervisory Patent Examiner, Art Unit 1797

QUESTMS-00000573



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 223.3-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

| | | |
|---|---|---|
| 30542 | 7590 | 08/19/2009 |

FOLEY & LARDNER LLP
P.O. BOX 80278
SAN DIEGO, CA 92138-0278

| EXAMINER |
|---|
| WARDEN, JILL ALICE |

| ART UNIT | PAPER NUMBER |
|---|---|
| .797 | |

DATE MAILED: 08/19/2009

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/101,166 | 04/06/2005 | Nigel Clarke | 034827-3602 | 2707 |

TITLE OF INVENTION: METHODS FOR DETECTING VITAMIN D METABOLITES

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | NO | $1510 | $300 | $0 | $1810 | 11/19/2009 |

THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. **PROSECUTION ON THE MERITS IS CLOSED.** THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.

THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN **THREE MONTHS** FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. **THIS STATUTORY PERIOD CANNOT BE EXTENDED.** SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.

HOW TO REPLY TO THIS NOTICE:

I. Review the SMALL ENTITY status shown above.

| If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status: | If the SMALL ENTITY is shown as NO: |
|---|---|
| A. If the status is the same, pay the TOTAL FEE(S) DUE shown above. | A. Pay TOTAL FEE(S) DUE shown above, or |
| B. If the status above is to be removed, check box 5b on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and twice the amount of the ISSUE FEE shown above, or | B. If applicant claimed SMALL ENTITY status before, or is now claiming SMALL ENTITY status, check box 5a on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and 1/2 the ISSUE FEE shown above. |

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

Page 1 of 3

PTOL-85 (Rev. 08/07) Approved for use through 08/31/2010.

QUESTMS-00000574

## PART B - FEE(S) TRANSMITTAL

**Complete and send this form, together with applicable fee(s), to:** <u>Mail</u>

**Mail** Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

**or** <u>Fax</u>  (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

30542        7590        08/19/2009

FOLEY & LARDNER LLP
P.O. BOX 80278
SAN DIEGO, CA 92138-0278

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)

_____ (Signature)

_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/101,166 | 04/06/2005 | Nigel Clarke | 034827-3602 | 2707 |

TITLE OF INVENTION: METHODS FOR DETECTING VITAMIN D METABOLITES

| APPLN TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | NO | $1510 | $300 | $0 | $1810 | 11/19/2009 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| WARDEN, JILL ALICE | 1797 | 436-131000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

❏ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

❏ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list

(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____
2 _____
3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                    (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) :   ❏ Individual   ❏ Corporation or other private group entity   ❏ Government

4a. The following fee(s) are submitted:

❏ Issue Fee
❏ Publication Fee (No small entity discount permitted)
❏ Advance Order - # of Copies _____

4b. Payment of Fee(s): (**Please first reapply any previously paid issue fee shown above**)

❏ A check is enclosed.
❏ Payment by credit card. Form PTO-2038 is attached.
❏ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

5. **Change in Entity Status** (from status indicated above)

❏ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.     ❏ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____     Date _____

Typed or printed name _____     Registration No. _____

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85 (Rev. 08/07) Approved for use through 08/31/2010.        OMB 0651-0033        U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

QUESTMS-00000575

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/101,166 | 04/06/2005 | Nigel Clarke | 034827-3602 | 2707 |

| EXAMINER |
|---|
| WARDEN, JILL ALICE |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1797 | |

30542    7590    08/19/2009
FOLEY & LARDNER LLP
P.O. BOX 80278
SAN DIEGO, CA 92138-0278

DATE MAILED: 08/19/2009

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(application filed on or after May 29, 2000)

The Patent Term Adjustment to date is 744 day(s). If the issue fee is paid on the date that is three months after the mailing date of this notice and the patent issues on the Tuesday before the date that is 28 weeks (six and a half months) after the mailing date of this notice, the Patent Term Adjustment will be 744 day(s).

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101    or (571)-272-4200.

PTOL-85  (Rev. 08/07) Approved for use through 08/31/2010.

QUESTMS-00000576

| ***Notice of Allowability*** | Application No. | Applicant(s) |
|---|---|---|
| | 11/101,166 | CLARKE ET AL. |
| | Examiner | Art Unit | |
| | JILL WARDEN | 1797 | |

**-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--**
All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *applicant's amendment filed 4/7/09* .

2. ☒ The allowed claim(s) is/are *1,4,5,13,23,26,27,30,33 and 36-39*.

3. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a) ☐ All   b) ☐ Some*  c) ☐ None  of the:

      1. ☐ Certified copies of the priority documents have been received.

      2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

      3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the
         International Bureau (PCT Rule 17.2(a)).

    * Certified copies not received: _____ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

4. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF
    INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.

    (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached

        1) ☐ hereto or 2) ☐ to Paper No./Mail Date _____ .

    (b) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of
      Paper No./Mail Date _____ .

    **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the
    attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**
1. ☐ Notice of References Cited (PTO-892)
2. ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
3. ☒ Information Disclosure Statements (PTO/SB/08),
    Paper No./Mail Date 4/7/09 & 5/11/09
4. ☐ Examiner's Comment Regarding Requirement for Deposit
    of Biological Material

5. ☐ Notice of Informal Patent Application
6. ☐ Interview Summary (PTO-413),
    Paper No./Mail Date _____ .
7. ☐ Examiner's Amendment/Comment
8. ☒ Examiner's Statement of Reasons for Allowance
9. ☐ Other _____ .

QUESTMS-00000577

Application/Control Number: 11/101,166                                    Page 2
Art Unit: 1797

### REASONS FOR ALLOWANCE

The following is an examiner's statement of reasons for allowance: The prior art does not teach or fairly suggest a method of analyzing 25-hydroxyvitamin $D_3$ using mass spectrometry which provides a precursor ion with a mass/charge ratio of 383.2; a method of analyzing 25-hydroxyvitamin $D_2$ using mass spectrometry which provides a precursor ion with a mass/charge ratio of 395.3; or a method of analyzing 25-hydroxyvitamin $D_3$ and 25-hydroxyvitamin $D_2$ using mass spectrometry which detects a fragment ion with a mass/charge ratio of 211.35, 179.1, 209.20 or 251.30.  Singh (US 2006/0094125) teaches the recited mass/charge ratios or 383.2 and 395.3; but they are for fragment ions, not precursor ions.  There is no suggestion that one of ordinary skill in the art would seek to use these mass/charge ratios for the detected fragment ions.

Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue fee.  Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

Any inquiry concerning this communication should be directed to JILL WARDEN at telephone number (571)272-1267.

/Jill  Warden/
Supervisory Patent Examiner, Art Unit 1797

QUESTMS-00000578

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | **Complete if Known** | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE** | | | Application Number | 11/101166 |
| **STATEMENT BY APPLICANT** | | | Filing Date | April 6, 2005 |
| | | | First Named Inventor | Nigel Clarke |
| | | | Art Unit | 1797 |
| *(use as many sheets as necessary)* | | | Examiner Name | Warden |
| Sheet | 1 | of 1 | Attorney Docket Number | 034827-3602 |

**U.S. PATENT DOCUMENTS**

| Examin er Initials* | Cite No.[1] | Document Number<br>Number-Kind Code[2] (if known) | Publication Date<br>MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| /JW/ | A1 | US-2006/0228808 | 10-12-2006 | Clarke et al. | |
| /JW/ | A2 | US-2006/0228809 | 10-16-2006 | Clarke et al. | |
| /JW/ | A3 | US-7087395 | 08-08-2006 | Garrity et al. | |

**UNPUBLISHED U.S. PATENT APPLICATION DOCUMENTS**

| Examiner Initials* | Cite No.[1] | U.S. Patent Application Document<br>Serial Number-Kind Code[2] (if known) | Filing Date of Cited Document<br>MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | | | | |

**FOREIGN PATENT DOCUMENTS**

| Examiner Initials* | Cite No.[1] | Foreign Patent Document<br>Country Code[3] Number[4]<br>Kind Code[5] (if known) | Publication Date<br>MM-DD-YYYY | Name of Patentee or Applicant of Cited Documents | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| /JW/ | A4 | WO 2007/039193 | 04-12-2007 | Roche Diagnostics Inc. | | |
| /JW/ | A5 | WO 1996/018618 | 06-20-1996 | Bayer Aktiengesellschaft | | |

**NON PATENT LITERATURE DOCUMENTS**

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
|---|---|---|---|
| /JW/ | A6 | International Search Report for PCT Patent Application No. PCT/US2008/084709 | |

| Examiner Signature | /Jill Warden/ | Date Considered | 08/03/2009 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

DLMR_608897.1

QUESTMS-00000579

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | Application Number | 11/101,166 |
| | Filing Date | April 6, 2005 |
| | First Named Inventor | Nigel Clarke |
| | Art Unit | 1797 |
| *(use as many sheets as necessary)* | Examiner Name | Jill Alice Warden |
| Sheet 1 of 2 | Attorney Docket Number | 034827-3602 |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| /JW/ | A1 | 2006/0228808 | 10-12-2006 | Clarke et al. | |
| /JW/ | A2 | 2006/0228809 | 12-12-2006 | Clarke et al. | |
| /JW/ | A3 | 6,977,143 | 12-20-2005 | Caulfield et al. | |

### UNPUBLISHED U.S. PATENT APPLICATION DOCUMENTS

| Examiner Initials* | Cite No.[1] | U.S. Patent Application Document — Serial Number-Kind Code[2] (if known) | Filing Date of Cited Document MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | | | | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document — Country Code[3] Number[4] Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Documents | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| /JW/ | A4 | WO 2007/139956 | 12-06-2007 | Laboratory Corporation of America Holdings | | |

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
|---|---|---|---|
| /JW/ | A5 | Bartolucci, *et al.*, Liquid chromatography tandem mass spectrometric quantitation of sulfamethazine and its metabolites: direct analysis of urine using a triple quadrupole and by ion trap mass spectrometry, *Rapid Commun. Mass Spectrom*, 14:967-73, 2000. | |
| /JW/ | A6 | Busch, A Glossary for Mass Spectrometry. Mass Spectrometry, 17(65): 526-534, 2002. | |
| /JW/ | A7 | Coldwell et al., Stable isotope-labeled vitamin D, metabolites and chemical analogs: synthesis and use in mass spectrometric studies. Steroids, 55: 418-432, 1990. | |

| Examiner Signature | /Jill Warden/ | Date Considered | 08/03/2009 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

DLMR_587301.1

QUESTMS-00000580

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | | Complete if Known | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | | | Application Number | 11/101,166 |
| | | | | Filing Date | April 6, 2005 |
| | | | | First Named Inventor | Nigel Clarke |
| | | | | Art Unit | 1797 |
| *(use as many sheets as necessary)* | | | | Examiner Name | Jill Alice Warden |
| Sheet | 2 | of | 2 | Attorney Docket Number | 034827-3602 |

| | | NON PATENT LITERATURE DOCUMENTS | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
| /JW/ | A8 | Guo et al., Steroid profiles using liquid chromatography-Tandem mass spectrometry with atmospheric pressure photoionization source. Arch Pathol Lab Med., 128: 469-475, 2004. | |
| /JW/ | A9 | Jemal, High-throughput quantitative bioanalysis by LC/MS/MS. Biomedical Chromatography. 14:422-429, 2000. | |
| /JW/ | A10 | Jones et al., Current understanding of the molecular actions of Vitamin D. Physiological Reviews, 78(4): 1193-1231, 1998. | |
| /JW/ | A11 | Jones and Makin, Vitamin Ds: Metabolites and Analogs. Chapter 2 in *Modern Chromatographic Analysis of Vitamins*, Third Edition, Revised and expanded, edited by Leenheer et al., New York: Marcel Dekker, Inc., 2002. | |
| /JW/ | A12 | Miller and Portale, Genetic causes of rickets. Current Opinions in Pediatrics, 11:333-359, 1999. | |
| /JW/ | A13 | Singh et al., C-3 epimers can account for a significant proportion of total circulating 25-hydroxyvitamin D in infants, complicating accurate measurement and interpretation of vitamin D status. The Journal of Clinical Endocrinology & Metabolism, 91(8): 3055-3061, 2006. | |
| /JW/ | A14 | Tsugawa et al., Determination of 25-hydroxyvitamin D in human plasma using high-performance liquid chromatography-tandem mass spectrometry. Anal. Chem., 77(9): 3001-3007, 2005. | |
| /JW/ | A15 | Vieth, Vitamin D supplementation, 25-hydroxyvitamin D concentrations, and safety. Am J Clin Nutr, 69:842-856, 1999. | |
| /JW/ | A16 | Vieth et al., Age-related changes in the 25-hydroxyvitamin D versus parathyroid hormone relationship suggest a different reason why older adults require more Vitamin D. The Journal of Clinical Endocrinology & Metabolism, 88(1): 185-191, 2003. | |
| /JW/ | A17 | Wharton and Bishop, Rickets. The Lancet, 362: 1389-1400, 2003. | |
| /JW/ | A18 | Letter from Vicki G. Norton, Ph.D. Partner, Duane Morris LLP, September 4, 2008 (originally cited in an Information Disclosure Statement on October 15, 2008 for U.S. Patent Application No. 10/977,121 ) | |

| Examiner Signature | /Jill Warden/ | Date Considered | 08/17/2009 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

DLMR_587301.1

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

QUESTMS-00000581

The American Journal of Clinical Nutrition

Downloaded from www.ajcn.org by on February 2, 2009

# Vitamin D supplementation, 25-hydroxyvitamin D concentrations, and safety[1,2]

*Reinhold Vieth*

See corresponding editorial on page 825.

**ABSTRACT**    For adults, the 5-μg (200 IU) vitamin D recommended dietary allowance may prevent osteomalacia in the absence of sunlight, but more is needed to help prevent osteoporosis and secondary hyperparathyroidism. Other benefits of vitamin D supplementation are implicated epidemiologically: prevention of some cancers, osteoarthritis progression, multiple sclerosis, and hypertension. Total-body sun exposure easily provides the equivalent of 250 μg (10000 IU) vitamin D/d, suggesting that this is a physiologic limit. Sailors in US submarines are deprived of environmentally acquired vitamin D equivalent to 20–50 μg (800–2000 IU)/d. The assembled data from many vitamin D supplementation studies reveal a curve for vitamin D dose versus serum 25-hydroxyvitamin D [25(OH)D] response that is surprisingly flat up to 250 μg (10000 IU) vitamin D/d. To ensure that serum 25(OH)D concentrations exceed 100 nmol/L, a total vitamin D supply of 100 μg (4000 IU)/d is required. Except in those with conditions causing hypersensitivity, there is no evidence of adverse effects with serum 25(OH)D concentrations <140 nmol/L, which require a total vitamin D supply of 250 μg (10000 IU)/d to attain. Published cases of vitamin D toxicity with hypercalcemia, for which the 25(OH)D concentration and vitamin D dose are known, all involve intake of ≥1000 μg (40000 IU)/d. Because vitamin D is potentially toxic, intake of >25 μg (1000 IU)/d has been avoided even though the weight of evidence shows that the currently accepted, no observed adverse effect limit of 50 μg (2000 IU)/d is too low by at least 5-fold.    *Am J Clin Nutr* 1999;69:842–56.

**KEY WORDS**    Calciferol; calcidiol; cholecalciferol; calcitriol; vitamin D; 25-hydroxyvitamin D; 1,25-dihydroxyvitamin D; toxicity; safety; nutrition; environment; ultraviolet light; hyperparathyroidism; osteoporosis; osteomalacia; daily reference intake; 25(OH)D; 1,25(OH)$_2$D; no observed adverse effect level; NOAEL; LOAEL; lowest observed adverse effect level

## INTRODUCTION

Many arguments favoring higher intakes of calcium and other nutrients have been based on evidence about the diets of prehistoric humans (1). Likewise, the circulating 25-hydroxyvitamin D [25(OH)D; calcidiol] concentrations of early humans were surely far higher than what is now regarded as normal. Humans evolved as naked apes in tropical Africa. The full body surface of our ancestors was exposed to the sun almost daily. In contrast, we modern humans usually cover all except about 5% of our skin surface and it is rare for us to spend time in unshielded sunlight. Our evolution has effectively designed us to live in the presence of far more vitamin D (calciferol) than what most of us get now, yet there is no consensus about what vitamin D intakes are optimal or safe.

Unlike anything else used in the fortification of foods, the purpose of vitamin D is to correct for what is an environmental deficit (less ultraviolet exposure) and not to correct for lack due to classical nutritional reasons. With a few exceptions reviewed by Takeuchi et al (2), there is little or no vitamin D in the kind of foods that humans normally eat. Therefore, conclusions about the efficacy and safety of vitamin D must be in the context of the role of environmental factors.

Before 1997, the recommended dietary allowance of vitamin D (RDA; 3) for infants and children was 10 μg (400 IU). In essence, the scientific basis for this dose was that it approximated what was in a teaspoon (5 mL) of cod-liver oil and had long been considered safe and effective in preventing rickets (4). The basis for adult vitamin D recommendations has been even more arbitrary. Thirty-six years ago, an expert committee on vitamin D could provide only anecdotal support for what it referred to as "the hypothesis of a small requirement" for vitamin D in adults and it recommended one-half the infant dose, just to ensure that adults obtain some from the diet (5). In England, an adult requirement of only 2.5 μg (100 IU)/d was substantiated on the basis of 7 adult women with severe nutritional osteomalacia whose bones showed a response when given this amount (6). The adult RDA of 5 μg (200 IU)/d was described as a "generous allowance" in the 1989 version of American recommended intakes (3)—but why was this "generous" and in relation to what? It is remarkable that despite the widespread intake of 5 μg (200 IU) vitamin D/d, there is still no published data showing that this dose has any effect on the serum 25(OH)D concentration in adults.

[1] From the Department of Laboratory Medicine and Pathobiology, University of Toronto, and Pathology and Laboratory Medicine, Mount Sinai Hospital, Toronto.

[2] Address reprint requests to R Vieth, Pathology and Laboratory Medicine, Mount Sinai Hospital, 600 University Avenue, Toronto, Ontario M5G 1X5 Canada. E-mail: rvieth@mtsinai.on.ca.

Received July 15, 1998.
Accepted for publication October 20, 1998.

Joint Appendix 1098

QUESTMS-00000582

The American Journal of Clinical Nutrition

Downloaded from www.ajcn.org by on February 2, 2009

The objective way to assess vitamin D nutritional status is through the circulating 25(OH)D concentration (7, 8). Concentrations <20–25 nmol/L indicate severe vitamin D deficiency (9, 10), which will lead to rickets and histologically evident osteomalacia (11). Concentrations between 25 and 40 nmol/L reflect marginal vitamin D deficiency (9, 10, 12), a situation that is common in countries north of the United States, where 40 nmol/L is a typical winter average in adults (13). Marginal concentrations of 25(OH)D are associated with mildly elevated parathyroid hormone (PTH) and diminished 1,25-dihydroxyvitamin D [1,25(OH)$_2$D; calcitriol] concentrations (2, 9, 10, 14).

According to Parfitt et al (7), "vitamin D deficiency implies the existence of an anatomic, physiological, or biochemical abnormality that can be corrected by the administration of vitamin D in nonpharmacological doses." The regression of PTH versus 25(OH)D concentrations in the elderly shows that PTH concentrations become minimal when 25(OH)D concentrations exceed 100 nmol/L (12, 15). Therefore, concentrations of 25(OH)D below this may reflect deficiency in the elderly.

A report by Adams and Lee (16) has become cited as a classic example of vitamin D intoxication by individuals taking nutritional supplements. They describe 4 subjects, 1 of whom claimed a vitamin D intake of 30 $\mu$g (1200 IU)/d, who presented with hypercalciuria that moderated after vitamin D intake was stopped. The paper was accompanied by an editorial by Marriott (17) out of the NIH, which reemphasized concern about vitamin D intoxication. Although moderate vitamin D supplementation may help stave off osteoporosis when it is combined with calcium (18, 19), Marriott recommended care in initiating the approach (17).

The issues surrounding vitamin D intake for adults have become confusing for both patients and physicians. For example, a 30 $\mu$g (1200-IU)/d intake in the report by Adams and Lee was a possible cause of vitamin D toxicity in one subject (16), although essentially the same intake has been reported in 2 studies to occur in some patients with distinct vitamin D deficiency (9, 20). How can 30 $\mu$g (1200 IU) vitamin D be insufficient for some and yet be implicated as mildly toxic for others? I will show that the confusion can be explained by environment because sunshine alone can bring 25(OH)D concentrations to 210 nmol/L in normal people and vitamin D intakes of 30 $\mu$g (1200 IU)/d contribute only a negligible fraction of this.

A recent review by Hathcock (21) about the efficacy and safety of vitamins and minerals did not address vitamin D. The newly revised daily reference intake (DRI) for vitamin D is 3-fold higher than the previous RDA for people >70 y of age (19), but for most adults the DRI has remained unchanged from the 1960s RDA of 5 $\mu$g (200 IU)/d. The purpose of the present review is to assemble and interpret the substantial data now available about how vitamin D supply affects serum 25(OH)D concentrations and to relate these to issues of efficacy and safety of vitamin D.

**Commentary on Methods**

More than for any other analyte in the endocrine test repertoire, circulating 25(OH)D concentrations vary by geography (latitude), culture, and legislation (food fortification laws). Technical issues also arise when results from different studies are compared because assays of 25(OH)D vary. In the survey reported in 1984 by Jongen et al (22) of 19 laboratories, the mean CV for plasma 25(OH)D was 35%, much of which was attributable to the purification procedures used. Over the past 6 y, an international profi-

ciency survey of >30 laboratories has been available through the North West Thames, External Quality Assurance Survey (Charing Cross Hospital, London). In this ongoing quarterly survey, the one method most commonly used, the INCSTAR/Dia-Sorin radioimmunoassay (Stillwater, MN), exhibits a mean between-laboratory CV of 20–30%. The current between-laboratory CV remains essentially the same when all methods are combined (personal file of survey reports). The variability between laboratories today is only marginally better than that reported in 1984 for the various methods combined (22). For the purposes of this review, it must be assumed that differences in 25(OH)D concentration between group means in different publications reflect true differences. This assumption cannot be avoided. Any attempt to select preferential 25(OH)D methods for data inclusion would result in the omission of most of the information in the literature. Furthermore, the proficiency data available show that selection of any one method would result in only a marginal improvement in the CV of comparisons between laboratories.

Excluded from this review are data on children, studies in which dose was not specified, and studies in which the duration of the vitamin D dose was <4 wk (0.93 mo). 25(OH)D values presented here are either published numerical values or they were redigitized from graphical data. All 25(OH)D values are presented as nmol/L (1 nmol/L = 1 ng/mL × 2.5). Amounts of vitamin D are given in $\mu$g, each being equivalent to 40 IU or 2.6 nmol vitamin D$_3$. No attempt was made to distinguish between vitamin D$_2$ and D$_3$ because there was not always a distinction in the literature. However, vitamin D$_2$ is less effective at raising serum 25(OH)D concentrations than is vitamin D$_3$ (13).

**THE EVIDENCE: EFFECTS OF VITAMIN D SOURCES ON SERUM 25(OH)D**

**Ultraviolet light**

Serum 25(OH)D concentrations of people living or working in sun-rich environments are summarized in **Table 1**. The highest individual serum 25(OH)D concentration obtained from sunshine was 225 nmol/L (23), in a farmer in Puerto Rico—there is no reason to think that he was taking a vitamin D supplement. In a report showing results for 391 subjects that excluded individuals taking calcium or vitamin D supplements, Dawson-Hughes et al (14) reported 3 subjects with serum 25(OH)D concentrations >200 nmol/L. From the data of Chapuy et al (26), as well as those of Dawson Hughes et al (12), the upper limits (+2 SDs, 97.5th percentile) were, respectively, 150 and 212 nmol/L in subjects taking only 20 $\mu$g (800 IU) vitamin D/d. Such concen-

TABLE 1
25-Hydroxyvitamin D [25(OH)D] concentrations under sun-rich living conditions

| Reference, year, and subjects | Location | 25(OH)D |
|---|---|---|
| | | nmol/L |
| Haddock et al (23), 1982 | Puerto Rico | |
| Hospital personnel (n = 26) | | 105 |
| Farmers (n = 18) | | 135 |
| Haddad and Kyung (24), 1971 | St Louis | |
| Lifeguards (n = 9) | | 163 |
| Better et al (25), 1980 | Israel | |
| Lifeguards (n = 34) | | 148 |

QUESTMS-00000583

VIETH

The American Journal of Clinical Nutrition

Downloaded from www.ajcn.org by on February 2, 2009

trations are consistent with subgroups of individuals exposed to relatively more sunshine.

The effects of artificial ultraviolet light treatment sessions on 25(OH)D concentrations are summarized in **Table 2**. The highest individual 25(OH)D concentration attained was 274 nmol/L [38]. The main problem in interpreting the data was that the exact dose of ultraviolet light was ambiguous because there is variability in the surface area of skin exposed and in the frequency and duration of exposure. Had the ultraviolet treatment sessions continued, one would expect that for those given full-body exposure, serum 25(OH)D concentrations would plateau at mean values comparable with those of the farmers and lifeguards shown in Table 1.

Two studies showed that in response to a given set of ultraviolet light treatment sessions, the absolute rise in serum 25(OH)D concentration was inversely related to the basal 25(OH)D concentration. In the study by Mawer et al [34], the increase in

25(OH)D in subjects with initial 25(OH)D concentrations <25 nmol/L was double the increase seen in subjects with initial concentrations >50 nmol/L. Snell et al [27] showed that in subjects with initial 25(OH)D concentrations <10 nmol/L, ultraviolet treatments increased 25(OH)D by 30 nmol/L, but in those with initial 25(OH)D concentrations approaching 50 nmol/L, the increase was negligible.

At least 4 studies support the concept that one full-body exposure to sunlight can be equivalent to an oral vitamin D intake of 250 µg (10000 IU). Stamp et al [39] compared oral vitamin D to the effects of ultraviolet light treatment sessions and found that the rise in 25(OH)D was the same in subjects treated with ultraviolet light as in those given 250 µg (10000 IU) vitamin D/d. In a study of institutionalized elderly, Davie et al [28] exposed 600 cm², ≈5% of skin surface, to ultraviolet light treatments over a 2–3-mo period and compared the resulting 25(OH)D concentrations with

**TABLE 2**
Effects of ultraviolet light treatment sessions on serum 25-hydroxyvitamin D [25(OH)D] concentrations[1]

| Reference, year, and subjects | Age | Location | Treatment | Duration | 25(OH)D Before | 25(OH)D After |
|---|---|---|---|---|---|---|
| | y | | | mo | nmol/L | |
| Snell et al (27), 1978 | | | | | | |
| Sick, old (n = 12) | 81 | Southampton, UK | Back only | 0.5 | 9 | 24 |
| Davie et al (28), 1982 | | | | | | |
| Epileptic (n = 8) | 22 | Cambridge, UK | 5% of skin | 2.33 | 6 | 35 |
| Control (n = 8) | 21 | | | | 15 | 35 |
| Davies and Mawer (29), 1997 | | | | | | |
| Bone diseased (n = 16) | NG | Manchester, UK | 5 × 1h | 0.17 | 36 | 48 |
| Chel et al (30), 1998 | | | | | | |
| Psychogeriatric (n = 14) | 85 | Netherlands | 1000 cm² | 3 | 18 | 65 |
| Reid et al (31), 1986 | | | | | | |
| Elderly (n = 13) | 80 | New Zealand | Face + hands | 0.5 | 63 | 79 |
| Falkenbach (32), 1993 | | | | | | |
| Healthy males (n = 24) | 21–37 | Frankfurt, Germany | UV | 0.5 | 48 | 83 |
| Matsuoka et al (33), 1990 | | | | | | |
| Medical students (n = 6) | NG | South Carolina | 1 × UV | 0.03 | 56 | 92 |
| Mawer et al (34), 1984 | | | | | | |
| With psoriasis (n = 8) | 20–57 | Hamburg, Germany | UV | 0.7 | 30 | 113 |
| Stamp et al (35), 1977 | | | | | | |
| Various (n = 7) | Various | London | UV | 0.7 | 20 | 118 |
| Dent et al (36), 1973 | | | | | | |
| Immigrant (n = 1) | 14 | London | UV | 0.5 | 25 | 124 |
| Varghese et al (37), 1989 | | | | | | |
| Control (n = 7) | 36 | New York | 10 × UV | 0.5 | 53 | 124 |
| Stone forming (n = 11) | 36 | | | | 65 | 129 |
| Mawer et al (34), 1984 | | | | | | |
| Control (n = 5) | 20–57 | Hamburg, Germany | UV | 0.7 | 53 | 138 |
| Krause et al (38), 1998 | | | | | | |
| Hypertensive (n = 9) | 26–66 | Germany | 3×/wk | 1.4 | 58 | 151 |

[1] Results are ranked according to the highest 25(OH)D concentration attained and reflect full-body exposure unless indicated otherwise. NG, not given.

QUESTMS-00000584

The American Journal of Clinical Nutrition

those achieved with oral vitamin D doses. They calculated a production of vitamin D in the skin equivalent to 0.045 nmol·d⁻¹·cm⁻² exposed skin. This is equivalent to 10.9 µg (435 IU) vitamin D/d for 5% of skin surface. An almost identical protocol was followed recently by Chel et al (30), confirming the relative effects of light and supplementation on 25(OH)D concentration (28). If these results for the elderly are extrapolated to total body surface area, it works out to 218 µg (8700 IU) vitamin D/d that can be acquired by the elderly. More recently, Holick (40) presented data that compared blood vitamin D concentrations in subjects taking vitamin D orally with those given ultraviolet light exposure. The ultraviolet treatment produced blood vitamin D concentrations comparable with an intake of 250–625 µg (10 000–25 000 IU) vitamin D/d orally.

Ultraviolet exposure beyond the minimal erythemal dose does not increase vitamin D production further. The ultraviolet-induced production of vitamin D precursors is counterbalanced by degradation of vitamin D and its precursors. The concentration of previtamin D in the skin reaches an equilibrium in white skin within 20 min of ultraviolet exposure (41). Although it can take 3–6 times longer for pigmented skin to reach the equilibrium concentration of dermal previtamin D, skin pigmentation does not affect the amount of vitamin D that can be obtained through sunshine exposure (42). However, aging does lower the amount of 7-dehydrocholesterol in the skin and lowers substantially the capacity for vitamin D production (43, 44).

### Effect of acute onset of ultraviolet light deprivation

Most of what is known about ultraviolet light deprivation is summarized in Table 3. The most recent data are for an American submarine crew (46), which show a percentage decline in 25(OH)D concentration comparable with that of a British crew reported 20 y earlier (45). The 30-nmol/L decline over 2 mo was despite "a standard US Navy diet which included milk and breakfast cereals fortified with vitamin D" (46). The initial mean 25(OH)D concentration was higher in the Americans than in the British, consistent with higher vitamin D supplies from diet and sun exposure in Americans.

### Effect of daily vitamin D supplementation

Studies reporting a specified vitamin D intake and the resulting serum 25(OH)D concentration are summarized in Table 4. It is important in this kind of comparison to know whether the treatments had achieved an equilibrium concentration in terms of 25(OH)D. The half-life of 25(OH)D in the circulation is reported as ≈1 mo in humans (68), the results for the submariners suggest a 2-mo half-life (Table 3). Conventional pharmacology indicates it should take 4 half-lives before a drug's equilibrium is

achieved. Unlike a conventional drug, 25(OH)D is a metabolite whose concentration can be altered through balance between its production and clearance so that an equilibrium can be achieved earlier than would be expected from the half-life. To permit some sort of comparison between the various studies in the literature, it was necessary to compromise on classical pharmacology. The data in Figure 1 show that serum 25(OH)D is essentially at the plateau concentration by 1 mo (28, 64). Therefore, the results for 25(OH)D of studies in which the vitamin D supplementation was continued for a minimum of 4 wk (0.93 mo) are summarized in Table 4. The eventual plateau of 25(OH)D concentration may be slightly underestimated in some cases.

### 25(OH)D with pharmacologic doses of vitamin D and in cases of vitamin D toxicity

Reports in which pharmacologic doses of vitamin D were given for a prolonged time and in which the resulting serum 25(OH)D concentrations were provided are summarized in Table 5. Eventually, as 25(OH)D concentrations rise, the classic situation of hypercalcemia becomes evident. Hypercalcemia due to vitamin D intoxication per se is always accompanied by serum 25(OH)D concentrations >220 nmol/L (70, 75, 77).

Pettifor et al (78) measured the free 1,25(OH)₂D concentration in 11 people intoxicated by the erroneous consumption of a vitamin D preparation that they had used as cooking oil. The serum 25(OH)D concentrations in these patients covered the range (300–1000 nmol/L) that was required in the study of Heaney et al (79) to show a calcium-absorptive response to serum 25(OH)D itself. The mean serum free 1,25(OH)₂D fraction in the study group of Pettifor et al was double the mean for normal individuals, implicating free 1,25(OH)₂D as a contributor to toxicity when 25(OH)D concentrations match those used by Heaney et al. Not all of the subjects in Pettifor et al's study had elevated free 1,25(OH)₂D, yet all subjects were hypercalcemic; therefore, the most likely agent causing vitamin D toxicity was a combination of inappropriate activity of both 25(OH)D and 1,25(OH)₂D.

The data of Table 5 were incorporated into Figure 2 to show the relation between vitamin D intake and the serum 25(OH)D concentrations achieved. All of the high-dose vitamin D intake data involve vitamin D intoxication. There is one case of an individual with vitamin D toxicity for which the intake was 250 µg (10 000 IU)/d.

### Depot injection or intermittent large oral dosing with vitamin D

Another way to augment vitamin D nutrition has been to administer vitamin D as a single large dose, either orally or through injection. Because vitamin D has a half-life >1 or 2 mo,

Downloaded from www.ajcn.org by on February 2, 2009

**TABLE 3**
Decline in 25-hydroxyvitamin D [25(OH)D] concentrations under acutely sun-deprived living conditions[1]

| Reference, year, and subjects | Location | Duration | 25(OH)D | |
|---|---|---|---|---|
| | | | Before | After |
| | | *mo* | *nmol/L* | |
| Preece et al (45), 1975 | | | | |
| Sailors (n = 26) | Submarine, UK | 2 | 35 | 20 |
| Immigrant Pakistanis (n = 24) | UK | 12 | 50 | 8 |
| Dlugos et al (46), 1995 | | | | |
| Sailors (n = 30) | Submarine, US | 2.25 | 78 | 48 |

[1] Data for the sailors are for the whole group; data for the immigrants are based on linear regression.

QUESTMS-00000585

Downloaded from www.ajcn.org by on February 2, 2009

The American Journal of Clinical Nutrition

846                                                                VIETH

**TABLE 4**
Summaries of studies showing the effect of vitamin D doses on serum 25-hydroxyvitamin D [25(OH)D] concentrations[*]

| Reference, year, and subjects | Location | Age | Dose | Duration | 25(OH)D Basal | 25(OH)D Final |
|---|---|---|---|---|---|---|
| | | y | $\mu g/d$ (IU/d) | mo | nmol/L | |
| Ooms et al (47), 1995 | Amsterdam | | | | | |
| (n = 177) | | 80 | 10 (400) | 24 | 27 | 62 |
| Lips et al (48), 1996 | Amsterdam | | | | | |
| (n = 270) | | 80 | 10 (400) | 12 | 27 | 62 |
| (n = 96) | | 80 | 10 (400) | 36 | 27 | 54 |
| McAuley et al (49), 1997 | Dunedin, New Zealand | | | | | |
| (n = 10) | | 76 | 10 (400) | 6 | 25 | 43 |
| Graafmans et al (50), 1997 | Amsterdam | | | | | |
| (n = 13) | | 78 (BB)[2] | 10 (400) | 12 | 26 | 56 |
| (n = 22) | | 78 (Bb) | 10 (400) | 12 | 28 | 57 |
| (n = 11) | | 77 (bb) | 10 (400) | 12 | 31 | 53 |
| Chel et al (30), 1998 | Netherlands | | | | | |
| (n = 14) | | 85 | 10 (400) | 3 | 23 | 60 |
| Dawson-Hughes et al (51), 1991 | Boston | | | | | |
| (n = 123 F) | | 61 | 12.5 (500)[3] | 12 | 61 | 92 |
| O'Dowd et al (52), 1993 | New York | | | | | |
| (n = 86 treated, 23 control) | | 82 | 17.7 (706)[4] | Ongoing | 39.75 | 65 |
| Dawson-Hughes et al (53), 1995 | Boston | | | | | |
| (n = 123 F) | | 63 | 20 (800)[5] | 9 | 66 | 100 |
| Sebert et al (54), 1995 | France | | | | | |
| (n = 91) | | 83 | 20 (800) | 6 | 6.75 | 35.25 |
| Van Der Klis et al (55), 1996 | Groningen, Netherlands | | | | | |
| (n = 29) | | 61 | 10 (400) | 1 | 58.5 | 90 |
| (n = 29) | | 61 | 20 (800) | 1 | 58.5 | 90 |
| (n = 21) | Willemstad, Curaçao | 74 | 10 (400) | 1 | 85 | 108 |
| (n = 21) | | 74 | 20 (800) | 1 | 85 | 108 |
| Lips et al (56), 1988 | Arnhem, Denmark | | | | | |
| (n = 47) | | 82 | 10 (400) | 12 | 24 | 69 |
| (n = 47) | | 82 | 20 (800) | 12 | 24 | 81 |
| Chapuy et al (26), 1992 | France | | | | | |
| (n = 1634) | | 84 | 20 (800)[6] | 18 | 40 | 105 |
| Chapuy et al (57), 1996 | Paris | | | | | |
| (n = 45) | | 86 | 20 (800) | 6 | 6 | 41 |
| Freaney et al (58), 1993 | Dublin | | | | | |
| (n = 29) | | 74 | 20 (800) | 1 | 13 | 25 |
| McKenna et al (59), 1985 | Dublin | | | | | |
| (n = 33) | | 80 | 20 (800) | 16 | 6 | 79 |
| Dawson-Hughes et al (12), 1997 | Boston | | | | | |
| (n = 90, 86 M) | | 71[7] | 22.4 (897) | 36 | 84 | 112 |
| (n = 184, 174 F) | | 72 | 22.5 (902) | 36 | 61.25 | 112 |
| Francis et al (60), 1996 | Newcastle, UK | | | | | |
| (n = 23) | | 65–80 | 25 (1000) | 6 | 36 | 61 |
| Sorva et al (61), 1991 | Helsinki | | | | | |
| (n = 14) | | 84 | 25 (1000) | 9 | 12 | 57 |
| (n = 5) | | 84 | 25 (1000) | 9 | 13 | 57 |
| Honkanen et al (62), 1990 | Kuopio, Finland | | | | | |
| (n = 30) | | 69 | 45 (1800) | 2.6 | 43 | 81 |
| (n = 33) | | 82 | 45 (1800) | 2.6 | 24 | 64 |
| MacLennan and Hamilton (63), 1977 | Southampton, UK | | | | | |
| (n = 11) | | 63–92 | 12.5 (500) | 4 | 22 | 53 |
| (n = 11) | | 68–92 | 50 (2000) | 6 | 15 | 81 |
| Himmelstein et al (64), 1990 | New Jersey | | | | | |
| (n = 30) | | 81 | 50 (2000) | 1.9 | 40 | 80 |
| Nordin et al (65), 1985 | Leeds, UK | | | | | |
| (n = 50) | | 69.8 | 50 (2000) | 24 | 20 | 59 |
| Papapoulos et al (66), 1980 | London | | | | | |
| (n = 7) | | Various | 75 (3000) | 5–17 | 5 | 69[8] |
| Tjelisen et al (67), 1986 | Denmark | | | | | |
| (n = 19) | | 33 | 100 (4000) | 2 | 75 | 112.5 |
| Davie et al (28), 1982 | Cambridge, UK | | | | | |
| (n = 9) | | 21.2 | 10 (400) | 2.3 | 16.5 | 58 |

(Continued)

QUESTMS-00000586

The American Journal of Clinical Nutrition

25-HYDROXYVITAMIN D CONCENTRATIONS AND SAFETY

847

TABLE 4 (Continued)
Summaries of studies showing the effect of vitamin D doses on serum 25-hydroxyvitamin D [25(OH)D] concentrations[1]

| Reference, year, and subjects | Location | Age | Dose | Duration | 25(OH)D | |
|---|---|---|---|---|---|---|
| | | | | | Basal | Final |
| | | y | μg/d (IU/d) | mo | nmol/L | |
| Davie et al (28), 1982 | Cambridge, UK | | | | | |
| (n = 9) | | 21.4 | 25 (1000) | 2.3 | 13.3 | 62 |
| (n = 8) | | 22.5 | 250 (10000) | 2.3 | 13.2 | 125 |
| Stamp et al (35), 1977 | London | | | | | |
| (n = 13) | | Various | 45 (1800) | 0.9 | 12 | 62.5 |
| (n = 14) | | Various | 250 (10000) | 0.9 | 24 | 112.5 |
| (n = 15) | | Various | 500 (20000) | 0.9 | 24 | 157.5 |
| (n = 16) | | Various | 1000 (40000) | 0.9 | 60 | 307.5 |

[1] Studies are listed in order of increasing dose used. Criteria for inclusion of study: adult subjects, 25(OH)D means given, baseline values for the study group or for a comparable reference group given data concerning the age of subjects, sex, sample size, vitamin D dose, and duration of treatment given.
[2] Genotype for vitamin D receptor, where "b" indicates susceptibility to cleavage by Bsm1 enzyme.
[3] Represents total vitamin D intake: mean basal intake from diet was reported as 2.5 μg/d (100 IU/d), plus 10 μg (400 IU) as supplement.
[4] Represents total vitamin D intake: the sum of ≈7.5 μg (300 IU) from diet plus 400 IU as supplement.
[5] Results are data for 2 treatment groups taking a total of 5 μg (200 IU) or 20 μg (800 IU) vitamin D₃/d; untreated baseline 25(OH)D data not given.
[6] For subgroups of 73 control and 69 treated subjects, taken from the larger placebo or treatment groups.
[7] Represents total intake of ≈5 μg (200 IU, basal) from diet plus 700 IU as supplement.
[8] Final value after taking vitamin D given as "less than 70".

a large dose should suffice for the better part of a year. The approach is often called stoss therapy (from the German for *to bump*) and it is most common in Europe. One Finnish study, by Heikinheimo et al (80), concluded that annual injection of vitamin D₃ in the autumn (3750–7500 μg, or 150000–300000 IU) can lower the probability of osteoporotic fractures by ≈25%. Note that before treatment, the mean 25(OH)D concentration in the untreated control subjects was only 16 nmol/L, and thus, much of the fracture prevention appears to have been attributable to raising 25(OH)D concentrations out of the osteomalacic range.

The effects of single large doses of vitamin D are summarized in **Table 6**. Only a few studies monitored serum 25(OH)D concentrations during the days, weeks, or months after administration of large doses of vitamin D. Both Davie et al (28) and Weisman et al (87) showed that with oral dosing, there was a relatively rapid peak in serum 25(OH)D concentration, with con-



FIGURE 1. Effect of the duration of vitamin D supplementation on the mean serum 25-hydroxyvitamin D [25(OH)D] concentration achieved. Vitamin D intakes for the groups were as follows: 10 μg (400 IU)/d (+; 28), 25 μg (1000 IU)/d (X; 28), 50 μg (2000 IU)/d (□; 64), 250 μg (10000 IU)/d (■; 28).

centrations falling progressively afterward. When doses were administered intramuscularly, there was a longer-lasting response in terms of serum 25(OH)D. However, in some cases it took ≈2 mo for the peak concentration to be achieved. In the study by Heikinheimo et al (80), serum 25(OH)D concentrations after injection remained higher than those of the control group for the entire year.

Reliability of intermittent dosing was poor because of wide variability in the serum 25(OH)D concentrations achieved, both between individuals and in each individual over time. Consequently, the dose-response graph of Figure 2 does not include results from groups given single large injections.

## ASSESSMENT OF EVIDENCE

### Objectives achieved with vitamin D intake recommendations

If the objective of vitamin D supplementation is simply to avoid severe osteomalacia, then the 2.5 μg (100 IU)/d requirement suggested by Dent and Smith (89) might be adequate for some individuals. Supplementation with 10 μg (400 IU) vitamin D/d raises 25(OH)D by ≈45 nmol/L (28, 30, 47, 56, 90). By extrapolating downward, it appears that the commonly consumed amount of 5 μg (200 IU) may be sufficient, as a sole source of vitamin D, to maintain average serum 25(OH)D concentrations at 25 nmol/L, but there are no data to verify this.

There is a prevalent view that occasional exposure of the face and hands to sunlight is "sufficient" for vitamin D nutrition. Indeed, this exposure can provide 5–10 μg (200–400 IU) vitamin D during those months when the appropriate sunlight is available. However, a 5% skin exposure produces a mean 25(OH)D concentration of only 35 nmol/L (28), which would leave more than half of the population vitamin D insufficient. Gloth et al (20) found that in homebound, American elderly, the mean vitamin D intake was 12.9 μg (517 IU)/d, resulting in a mean 25(OH)D concentration of 40 nmol/L. Interestingly, for subjects with

Downloaded from www.ajcn.org by on February 2, 2009

QUESTMS-00000587

The American Journal of Clinical Nutrition

848                                          VIETH

**TABLE 5**
Serum 25-hydroxyvitamin D [25(OH)D] concentrations associated with pharmacologic or toxic vitamin D intakes[1]

| Reference, year, and daily dosage | Duration | Final 25(OH)D concentration | Indication |
|---|---|---|---|
| | wk | nmol/L | |
| Mason et al (69), 1980 | | | |
| 1250 µg (50000 IU) | > 52 | 717 [6] | Hypoparathyroidism |
| Haddock et al (23), 1982 | | | |
| 1875 µg (75000 IU) | >100 | 1707.5 [14] | Hypoparathyroidism |
| Gertner and Domenech (70), 1977 | | | |
| 500 µg (20000 IU) | 12–52 | 442 [6] | Various |
| 1000 µg (40000 IU) | 12–52 | 647 [7] | Various |
| 1375 µg (55000 IU) | 12–52 | 723 [4] | Various |
| 2000 µg (80000 IU) | 12–52 | 1022 [4] | Various |
| Counts et al (71), 1975 | | | |
| 2500 µg (100000 IU) | 12 | 1550 | Anephric |
| Hughes et al (72), 1976 | | | |
| 6250 µg (250000 IU) | >52 | 1480 | Not stated |
| 3750 µg (150000 IU) | >52 | 1000 | Not stated |
| 2500 µg (100000 IU) | >52 | 1600 | Not stated |
| Streck et al (73), 1979 | | | |
| 2500 µg (100000 IU) | 200 | 707.5 | Hypoparathyroidism |
| Davies and Adams (74), 1978 | | | |
| 3750 µg (150000 IU) | 364 | 1125 | Paget disease |
| 2500 µg (100000 IU) | 520 | 1000 | Thyroidectomy |
| Mawer et al (75), 1985 | | | |
| 1875 µg (75000 IU) | 520 | 568 | Hypoparathyroidism |
| 5000 µg (200000 IU) | 520 | 1720 | Hypophosphatemic rickets |
| 2500 µg (100000 IU) | 520 | 995 | Carpal tunnel syndrome |
| 1250 µg (50000 IU) | 1248 | 632 | Celiac disease |
| 4285 µg (171429 IU) | 26 | 908 | Chilblain |
| 2500 µg (100000 IU) | 520 | 856 | Thyroidectomy |
| 2500 µg (100000 IU) | 312 | 778 | Arthritis |
| 1250 µg (50000 IU) | 1040 | 903 | Hypoparathyroidism |
| Aller and Skah (76), 1992 | | | |
| 1875 µg (75000 IU) | 19 y | 267 | Hypoparathyroidism |
| Rizzoli et al (77), 1994 | | | |
| 15000 µg (600000 IU) | 96 | 221 | Osteoporosis |
| 7500 µg (300000 IU) | 3 | 801 | Osteoporosis |
| 7500 µg (300000 IU) | 74 | 1692 | Hypoparathyroidism |
| 1075 µg (43000 IU) | 12 | 374 | Osteoporosis |
| 7500 µg (300000 IU) | 4 | 650 | Osteoporosis |
| 7500 µg (300000 IU) | 4 | 621 | Osteoporosis |
| 250 µg (10000 IU)[2] | 390 | 608 | Osteomalacia |

[1] Criteria for inclusion of study: adult subjects, vitamin D dose given, dose given for > 1 mo, and 25(OH)D concentration given. Supplements were generally vitamin D₃ (ergocalciferol). *n* in brackets if >1.

[2] Subject received 7500 µg (300000 IU) once monthly.

Downloaded from www.ajcn.org by on February 2, 2009

serum 25(OH)D concentrations <25 nmol/L, the mean vitamin D intake was 11.7 µg (467 IU)/d. Apparently, some people require more vitamin D than others to reach a given concentration of 25(OH)D in serum. More recent reports show that dietary vitamin D intake correlates poorly with 25(OH)D concentrations (2, 9) and that 25(OH)D concentrations can hover around what is considered to be marginal deficiency (38 nmol/L) despite consumption of the recommended amount of vitamin D (9). Ultraviolet exposure and time spent outdoors are better predictors of 25(OH)D concentration than is dietary vitamin D intake (9). Obviously, the current, arbitrarily set vitamin D intakes play a minor role in the total economy of vitamin D for most adults.

If the objective is to optimize the probability of good health, then it seems reasonable that the daily vitamin D supply should be >20 µg (800 IU)/d. In both of the well-accepted studies showing osteoporosis fracture prevention with vitamin D and

calcium, mean 25(OH)D concentrations exceeded 100 nmol/L (12, 26). The osteoporosis studies of Chapuy et al (26) and Heikinheimo et al (86) have been interpreted as evidence that the value of the vitamin supplement is simply to raise 25(OH)D concentrations out of the osteomalacic or insufficient range. However, patients in the recent study of Dawson-Hughes et al (12) started off with perfectly acceptable basal 25(OH)D concentrations of 61 nmol/L and still derived benefit. Target 25(OH)D concentrations exceeding 100 nmol/L would also minimize PTH concentrations because the decrease in 25(OH)D with age has a greater effect on the secondary hyperparathyroidism of aging than does the decline in renal function (10).

For most drugs and hormones, the relevant serum concentration attained is more important than is the actual intake of the agent. The recent increase in the DRI for vitamin D for adults >50 y of age was based on evidence of fracture prevention with vitamin D

QUESTMS-00000588

The American Journal of Clinical Nutrition

Downloaded from www.ajcn.org by on February 2, 2009



**FIGURE 2.** Dose response for vitamin D intake versus final serum 25-hydroxyvitamin D [25(OH)D] concentration reported. Circles indicate group means from Tables 4 and 5. Points indicated by "X" represent single values from Table 5 for people reported as intoxicated with vitamin D. The arrow indicates the lowest dose reported as causing hypercalcemia, but which is an outlier because vitamin D was given as a single dose of 7500 μg (300000 IU)/mo. instead of 250 μg (10000 IU)/d (77). If authors reported 25(OH)D for several time points, only the final serum 25(OH)D is shown in the figure. The line representing the dose response passes through the points that represent group data.

and calcium, as shown by Dawson-Hughes et al (12) and Chapuy et al (26). In both of those studies, mean serum 25(OH)D concentrations exceeded 100 nmol/L, which was unusual. Of the 21 groups summarized in Table 4 to whom vitamin D was given at doses between 20 and 75 μg (800 and 3000 IU)/d, it was only the subjects in these 2 studies that attained average 25(OH)D concentrations >100 nmol/L (12, 26), except for subjects who lived near the equator (55). Calcium supplementation would not account for the unusual results because calcium by itself does not affect serum 25(OH)D in elderly women (91). A glance at Table 4 will show that to ensure the desirable objective of mean 25(OH)D concentrations >100 nmol/L, the total vitamin D supply from dietary and environmental sources must be 100 μg (4000 IU)/d. This view is also based on the results of recent unpublished work (R Vieth, 1998) and on reference 67.

The objective of vitamin D supplementation should be to compensate for insufficient ultraviolet light exposure. Studies in submariners offer a reasonable way to estimate the decrement in vitamin A. A low estimate for the vitamin D decrement of submariners is 15 μg (600 IU) vitamin D/d. This was inferred by Holick on the basis of a small (n = 11) unpublished study done in 1984 that compared supplemented and unsupplemented sailors. Unfortunately, neither the actual 25(OH)D concentrations nor statistical significance were provided, and the summary includes the unreasonable observation that final 25(OH)D concentrations were 23% higher in subjects not taking any vitamin D (92). Studies with more complete data are summarized in Table 3. One way to estimate the serum 25(OH)D that may have been lost in the submariners reported on by Dlu-

gos et al (46) is to determine the level of vitamin D supplementation that would sustain their initial 25(OH)D concentration of 78 nmol/L. Data in Table 4 show that an additional supplement of 10–25 μg (400–1000 IU) may be required to sustain the sailors' initial 25(OH)D concentrations. This is probably an underestimate because none of the vitamin D–supplemented subjects were totally sun deprived. Another approach to estimating the submariners' vitamin D decrement could be based on the amount of vitamin D required to produce the opposite effect on serum 25(OH)D within the same time period. In Table 4, it can be seen that MacLennan and Hamilton (63) reported in 1977 that 50 μg (2000 IU) vitamin D/d increased 25(OH)D concentrations from basal values of 15 to final values of 81 nmol/L. This was verified by Himmelstein et al (64), who showed that 2 mo of 50 μg (2000 IU) vitamin D/d raised serum 25(OH)D concentrations from the initial 40 to 80 nmol/L (Figure 1). On this basis, the sailors were deprived of ≈50 μg (2000 IU) environmental vitamin D/d during the time they were confined to the submarine.

### Other reasons to consider increasing vitamin D nutrition

There are nonclassical and less well substantiated reasons to consider increasing vitamin D nutrition. As discussed above, the biochemical criterion of PTH suppression suggests that 25(OH)D concentrations >100 nmol/L are desirable in elderly subjects (12, 15). Epidemiologic studies show that higher serum 25(OH)D concentrations or environmental ultraviolet light exposure are associated with lower rates of breast, ovarian, prostate, and colorectal cancers (93–100). There is impressive circum-

QUESTMS-00000589

850                                                                    VIETH

**TABLE 6**
Effects of single large doses of vitamin D[1]

| | | | | | 25(OH)D concentration | |
|---|---|---|---|---|---|---|
| Reference, year, and subjects | Location | Age | Dose | Duration after dose | Before | After |
| | | *y* | *μg (IU)* | *mo* | *nmol/L* | |
| Davies (81), 1985 | Manchester, UK | | | | | |
| ($n = 10$) | | Elderly | 2500 (100000) po | 1 | 4 | 52 |
| ($n = 10$) | | Elderly | 2500 (100000) po | 2 | 4 | 35 |
| ($n = 10$) | | Elderly | 2500 (100000) po | 6 | 4 | 21 |
| Matsuoka et al (82), 1992 | Philadelphia | | | | | |
| ($n = 18$) | | 25 | 1250 (50000) po | 0.03 | 46 | 49 |
| Whyte et al (83), 1979 | St Louis | | | | | |
| ($n = 5$ M) | | Young | 6000 (240000) po | 1.6 | 45 | 70 |
| ($n = 2$ M) | | Young | 6000 (240000) sc | 1.6 | 33 | 93 |
| ($n = 3$ M) | | Young | 6000 (240000) im | 1.6 | 33 | 118 |
| ($n = 4$ M) | London | Young | 6000 (240000) iv | 1.6 | 27.5 | 62.5 |
| ($n = 4$) | | | 6000 (240000) D$_2$ iv | 1.6 | 37.5 | 45 |
| ($n = 5$ M) | | Young | 15 000 (600000) iv | 0.9 | 80 | 95 |
| ($n = 4$) | | | 6000 (240000) D$_3$ iv | 1.6 | 35 | 52.5 |
| Stern et al (84), 1982 | Indianapolis | | | | | |
| ($n = 24$) | | 21–56 | 4 × 2500 (4 × 100000) po | 0.13 | 45 | 97.5 |
| ($n = 12$) | | 21–56 | 4 × 2500 (4 × 100000) po | 0.13 | 62.5 | 85 |
| Scragg et al (85), 1995 | Cambridge, UK | | | | | |
| ($n = 95$) | | 70 | 2500 (100000) po | 1.2 | | 52.5 |
| Heikinheimo et al (80), 1992 | Tampere, Finland | | | | | |
| ($n = 13$) | | 85 | 3750 (150000) im | 12 | 31 | 49 |
| ($n = 13$) | | 75–84 | 3750 (150000) im | 12 | 14 | 45 |
| Heikinheimo et al (86), 1991 | Tampere, Finland | | | | | |
| ($n = 7$) | | 75–84 | 3750 (150000) im | 3 | 17 | 60 |
| ($n = 7$) | | 75–84 | 3750 (150000) im | 12 | 10 | 33 |
| Weisman et al (87), 1986 | Tel Aviv, Israel | | | | | |
| ($n = 10$) | | 72–94 | 2500 (100000) po | 0.5 | 28 | 89 |
| ($n = 10$) | | 72–94 | 2500 (100000) po | 5 | 28 | 51 |
| ($n = 17$) | | 72–94 | 2500 (100000) po | 0.5 | 25 | 78 |
| ($n = 17$) | | 72–94 | 2500 (100000) po | 4 | 25 | 38 |
| Burns and Peterson (88), 1985 | Dundee, UK | | | | | |
| ($n = 10$) | | 75–94 | 15000 (600000) im | 2 | 5 | 55 |
| ($n = 10$) | | 75–94 | 15000 (600000) im | 6 | 5 | 66 |

[1] po, by mouth; sc, subcutaneous; im, intramuscular; iv, intravenous; D$_2$, as vitamin D$_2$ (ergocalciferol); D$_3$, as vitamin D$_3$ (cholecalciferol).



Downloaded from www.ajcn.org by on February 2, 2009

*The American Journal of Clinical Nutrition*

stantial evidence that multiple sclerosis is more prevalent in populations having lower concentrations of vitamin D or ultraviolet exposure (98, 101), and there are suggestions that vitamin D intake ranging from 32.5 to 95 μg (1300 to 3800 IU)/d helps prevent the disease (101). The probability that established osteoarthritis will progress to a more severe stage is reduced with better vitamin D nutritional status, based both on serum 25(OH)D concentrations and diet history. On the basis of these results, McAlindon et al (102) recommended that serum 25(OH)D should exceed 75 nmol/L in persons with osteoarthritis of the knee. The prevalence of hypertension in a population increases with distance north or south of the equator (103), and it was reported recently that hypertension becomes less severe in subjects whose 25(OH)D concentrations are increased to >100 nmol/L through ultraviolet exposure (38). Vitamin D deficiency impairs immune function in animals (104), and in children there is a strong association between pneumonia and nutritional rickets (105). Vitamin D nutrition probably affects major aspects of human health other than its classical role in mineral metabolism; however, the evidence is not conclusive enough yet to warrant considering these other potential health benefits as objectives in nutritional guidelines. If any of this evidence were taken into consideration it would require substantial upward revision of the current DRI.

Some investigators found no statistically significant relations between serum 25(OH)D concentrations in archived tissue samples and eventual prostate cancer death (106, 107). Two points seem to have been missed in these studies. First, 25(OH)D concentrations vary with season and this will confound conventional approaches to cancer follow-up. Second, modern society in general is vitamin D–deprived compared with prehistoric humans. The concentrations of 25(OH)D observed today are arbitrary and based on contemporary cultural norms (clothing, sun avoidance, food choices, and legislation) and the range of vitamin D intakes being compared may not encompass what is natural or optimal for humans as a species.

### Dose-response curve of 25(OH)D concentration versus vitamin D intake

The serum 25(OH)D concentration is maintained within a narrow range (Figure 2), ≈75–220 nmol/L across vitamin D supplies from 20 μg (800 IU) to the physiologic limit of 250–500 μg (10000–20000 IU)/d. The most reasonable explanation for this kind of relation is that there are homeostatic control systems to

QUESTMS-00000590

The American Journal of Clinical Nutrition

regulate serum 25(OH)D and to buffer against variability in vitamin D supply. The metabolic points at which serum 25(OH)D can be regulated include the concentration of 25-hydroxylase in the liver (108), the catabolism of 25(OH)D by the liver into breakdown products excreted into bile (109), and the catabolism of 25(OH)D via the side-chain cleavage pathway initiated by 24-hydroxylase present in tissues throughout the body (110). Beyond the vitamin D supply limit, which is comparable with that attainable with sunshine, there is a classic rise in the dose-response curve. The sharp rise reflects the introduction of vitamin D and 25(OH)D at rates that exceed the capabilities of the various mechanisms to regulate 25(OH)D.

One case illustrates the physiologic limit well. The patient, who had primary hypoparathyroidism, is indicated by the arrow in Figure 2. This data point is an outlier because it is clearly the highest serum 25(OH)D concentration within the physiologic range of vitamin D intake. Although this subject did not take a remarkably large dose of vitamin D daily, the effect was toxic because the dose was taken as a single monthly dose of 7500 μg (300 000 IU) (77). This exceeded by 30-fold the physiologic range and resulted in the production of more 25(OH)D than the body had the capacity to clear from the system at one time—hence toxicity with one form of stoss therapy.

Aside from the vitamin D supply itself, endocrine and dietary factors affect circulating 25(OH)D. In rats, both low (109, 111) and excessively high calcium intakes (111) can lower serum 25(OH)D concentrations. The calcium-raising hormones can tend to lower serum 25(OH)D. In hypoparathyroid humans, 1,25(OH)₂D treatment speeds up the metabolic clearance of 25(OH)D from the circulation (68). In hyperparathyroid humans, there is accelerated clearance of 25(OH)D (112).

The preceding discussion highlights the fact that 1,25(OH)₂D is not the only metabolite that is regulated in the vitamin D endocrine system. The purpose of the mechanisms to regulate 25(OH)D concentrations may be to optimize the availability of 25(OH)D for tissues that require it, either for its direct action (79), or as the source of substrate for nonrenal, paracrine 1-hydroxylase (calcidiol 1-monooxygenase, EC 1.14.13.13) (113).

**Lowest dose causing harm**

The recent paper by Adams and Lee (16) about mild vitamin D toxicity defined elevated 25(OH)D as anything >125 nmol/L, which was the upper limit of the reference range stated by their referral laboratory. Their subject with the highest concentration of urinary calcium had a serum 25(OH)D concentration of 140 nmol/L, and this was on only one occasion. When this subject's serum 25(OH)D fell to 102 and then to 75 nmol/L, the urinary ratio of calcium to creatinine remained unchanged at its highest value, suggesting some other metabolic cause of the hypercalciuria. The other cases in the report more closely resemble those given milk excessively supplemented with vitamin D reported by Jacobus et al (114) or those in the poisoned household reported by Pettifor et al (78).

Except for the report by Adams and Lee (16), all instances of vitamin D toxicity have involved serum 25(OH)D concentrations in excess of 200 nmol/L (Table 5). Adams and Lee came across their putative cases of vitamin D intoxication by checking urinary calcium concentrations in patients screened in an osteoporosis evaluation. Certainly, the first sign of vitamin D excess would involve an increase in urinary calcium, but whether this occurs with physiologic 25(OH)D concentrations in healthy individuals is by no means established by their study (115, 116). Further-

more, Adams later stated that the subjects had consumed amounts of vitamin D "at least one order of magnitude greater than" what was on the label (ie, ≥10 times 30 μg or 1200 IU/d) (117).

Dawson-Hughes et al (14) found 25(OH)D concentrations comparable with those of Adams and Lee's subjects in ≈20 healthy elderly men and women who were not taking vitamin D supplements. Likewise, presumably healthy farmers in Puerto Rico and lifeguards also had such 25(OH)D concentrations (Table 1). Although not strictly within the "normal" range for a clothed, sun-avoiding population, serum 25(OH)D concentrations ≤220 nmol/L are consistent with certain environments, are not unusual in the absence of vitamin D supplements, and should be regarded as being within the physiologic range for humans.

The report of Adams and Lee (16), together with its accompanying editorial, suggest that serum 25(OH)D concentrations as low as 140 nmol/L, are harmful. This is alarmist. Are we to start avoiding the sun for fear of raising urine calcium or increasing bone resorption? The question has never been addressed objectively. My view is that there is no harm in the 25(OH)D concentrations associated with sun exposure and that such concentrations are probably optimal for human health.

Higher rates of osteoporosis and arteriosclerosis have been attributed to virtually any vitamin D intake (118). Furthermore, the US National Academy of Sciences (3) indicated in 1989 that the toxic dose of vitamin D can be as low as "five times the RDA." This view now seems to have been carried forward to the latest set of vitamin D recommendations, in which the tolerable upper intake level is indicated as 50 μg (2000 IU/d) (19).

Throughout my preparation of this review, I was amazed at the lack of evidence supporting statements about the toxicity of moderate doses of vitamin D. Consistently, literature citations to support them have been either inappropriate or without substance. The statement in the 1989 US nutrition guidelines that 5 times the RDA for vitamin D may be harmful (3) relates back to a 1963 expert committee report (5), which then refers back to the primary reference, a 1938 report in which linear bone growth in infants was suppressed in those given 45–157.7 μg (1800–6300 IU) vitamin D/d (119). The citation is not related to adult nutrition and it does not form a scientific basis for a safe upper limit in adults. The same applies to the statement in the 1987 Council Report for the American Medical Association that "dosages of 10,000 IU/d for several months have resulted in marked disturbances in calcium metabolism…and, in some cases, death." Two references were cited to substantiate this. One was a review article about vitamins in general, which gave no evidence for and cited no other reference to its claim of toxicity at vitamin D doses as low as 250 μg (10000 IU)/d (120). The other paper cited in the report dealt with 10 patients with vitamin D toxicity reported in 1948, for whom the vitamin D dose was actually 3750–15000 μg (150000–600000 IU)/d, and all patients recovered (121). If there is published evidence of toxicity in adults from an intake of 250 μg (10000 IU)/d, and that is verified by the 25(OH)D concentration, I have yet to find it.

The issue of poorly substantiated claims of toxicity extends even to the most recent, 1997, revision for vitamin D intakes published by the National Academy of Sciences (19). The only study cited to address the question of critical endpoint doses for vitamin D (potential adverse effect levels) was an esoteric article by Narang et al (122). The basis for the current no observed adverse effect level (NOAEL) of 50 μg (2000 IU)/d is that Narang et al reported a mean serum calcium concentration >11 mg/dL (2.25 mmol/L) in

Downloaded from www.ajcn.org by on February 2, 2009

QUESTMS-00000591

the 6 normal subjects given 95 μg (3800 IU) vitamin D/d. That intake was then defined as the lowest observed adverse effect level (LOAEL). The next lowest test dose used by Narang et al, 60 μg (2400 IU)/d, with 20% less as the safety margin, became the NOAEL. Narang et al reported only serum electrolyte changes, the doses of vitamin D were not verified, and 25(OH)D concentrations were not reported. The National Academy committee missed evidence showing the safety of larger doses of vitamin D. Directly comparable with the protocol of Narang et al (122) is the study by Tjellesen et al (67), in which 19 normal subjects were given 95 μg (3800 IU) vitamin D₂ or 110 μg (4400 IU) vitamin D₃/d (these doses were validated by direct assay) (Table 4). Serum calcium increased by a minute, but statistically significant, 0.05 mmol/L (0.12 mg/dL) with 110 μg (4400 IU) vitamin D₃ and there was an increase in urinary calcium, as one should expect with improved intestinal calcium absorption. Another report indicative of the safety of larger doses is by Stern et al (84), who administered vitamin D₂ at 2500 μg (100 000 IU)/d for 4 d (Table 6). This represented a far greater stress to the vitamin D system because it delivered in 4 d a total vitamin D dose equivalent to what Narang et al used over 3 mo. Nonetheless, Stern et al (84) detected no significant effects on serum calcium in the 24 normal adult subjects they treated in this way.

The mechanism causing vitamin D toxicity involves the unbridled expression of 1,25(OH)₂D-like activity. Whether 1,25(OH)₂D or 25(OH)D is the main signaling molecule causing vitamin D toxicity remains a point of contention. There is a growing likelihood that 25(OH)D has biological activity in its own right. The concentration of 25(OH)D is often reported to be better correlated with absorption of calcium from the gut than is serum 1,25(OH)₂D (123, 124). Recently, Heaney et al (79) showed that the circulating 25(OH)D concentration affects intestinal calcium absorption. However, to show this, it was necessary to raise serum 25(OH)D concentrations into the range of 300–1000 nmol/L, and this is well beyond what could be considered physiologic.

As vitamin D doses increase, the mechanisms to explain the toxic responses are 3-fold: 1) a possible conversion of vitamin D₃ to 5,6-trans-vitamin D₃, which contains a pseudo-1-α group; 2) a direct action of 25(OH)D at the 1,25(OH)₂D receptor (79); or 3) an unbridled production of 1,25(OH)₂D with inappropriate maintenance of its total concentration in the circulation despite its displacement from vitamin D binding protein to increase free 1,25(OH)₂D (78, 125). The opinion that 95 μg (3800 IU) vitamin D/d is the LOAEL (19) is not consistent with these current theories of why vitamin D is toxic and is not consistent with the amounts of vitamin D needed to raise 25(OH)D concentrations to the hypercalcemic levels reported in all studies in which serum 25(OH)D is related to toxicity.

Fraser (126) speculated that orally acquired vitamin D might be particularly toxic because it enters the body via an unnatural route for this nutrient. This hypothesis has never been put to the test. It does seem reasonable that the metabolism of vitamin D acquired through the skin might be more finely regulated than that of vitamin D obtained orally. Haddad et al (127) showed that the transport of vitamin D in the circulation is different for vitamin D acquired by dermal and oral routes. Oral vitamin D is primarily transported along with chylomicrons and lipoproteins until it is cleared by the liver within hours, whereas dermal vitamin D is transported on vitamin D binding protein and takes days to clear. We recently observed that the apparent self-regulation of 25-hydroxylase first observed for vitamin D generated in skin (27, 34) pertains equally well to vitamin D acquired orally. Oral

vitamin D supplementation produced the greatest increase in 25(OH)D in those who initially had the lowest 25(OH)D concentrations (13). From what is known now, there is no practical difference whether vitamin D is acquired from ultraviolet exposed skin or through the diet.

### Hypersensitivity to vitamin D

Hypersensitivity to vitamin D can occur (128). Primary hyperparathyroidism is probably the most common example. It would be simplistic to avoid or minimize vitamin D intake because of this. Before the occurrence of hyperparathyroidism, vitamin D nutrition is preventive because it reduces parathyroid secretion and lowers the likelihood of parathyroid hyperplasia (129–131). Once primary hyperparathyroidism exists, production of 1,25(OH)₂D is persistently up-regulated by the high PTH concentrations, and 1,25(OH)₂D concentrations correlate directly with serum 25(OH)D (132). In hyperparathyroid individuals, vitamin D exaggerates hypercalcemia because of the connection between vitamin D nutrition and 1,25(OH)₂D production. Vitamin D deficiency can mask primary hyperparathyroidism (132) and this could account for the occasional cases of hypercalcemia that occur when large groups of elderly people are given vitamin D supplements (133). Some patients with sarcoidosis, tuberculosis, or lymphoma become hypercalcemic in response to any increase in vitamin D nutrition (122, 134, 135). For these persons, it may be prudent to avoid any dietary or environmental sources of vitamin D.

### Efficacy and safety

Although the new DRI for vitamin D for most adults is 5 μg (200 IU)/d (19), the beneficial amount is more likely to be 10–12.5 μg (800–1000 IU)/d, on the basis of bone density measurements and fracture prevention in the elderly (12, 18, 26). For this reason, DRIs have been increased for those >70 y of age to 600 IU/d. This intake will also lessen the chance of vitamin D deficiency–induced secondary hyperparathyroidism and will bring serum 25(OH)D concentrations closer to those associated with other health benefits. Even if all adults consumed 12.5 μg (1000 IU)/d, it would be difficult to detect an increase in the number of individuals with 25(OH)D concentrations >140 nmol/L because ≥90% of the vitamin D contributing to such concentrations would be from sunshine exposure, not oral intake.

The assignment of a NOAEL, as defined by Hathcock (21), or allowable "tolerable upper intake level," as defined by the Food and Nutrition Board, Institute of Medicine (19), is especially difficult for vitamin D. Because of environmental input, the concentration referred to must be that of 25(OH)D in the circulation and not simply dietary vitamin D. Another consideration is that rare individuals are hypersensitive to vitamin D. There is no simple answer here because the primary disease may be made more likely to occur by previous vitamin D deficiency (129). The following discussion disregards the possibility of vitamin D hypersensitivity. If it exists, hypersensitivity would appear to negate the value of any vitamin D intake or sunshine exposure.

For vitamin D, a NOAEL could define the highest 25(OH)D concentration not suspected to cause hypercalciuria in healthy subjects. As discussed above, it could be difficult to prove that vitamin D is the cause of hypercalciuria because the condition is commonly caused by other things and it is a mild and nonclassicicl criterion for vitamin D intoxication. Nonetheless, because of the hypothesized predisposition to hypercalciuria of the Israeli

The American Journal of Clinical Nutrition

Downloaded from www.ajcn.org by on February 2, 2009

lifeguards (25) and of the subjects in the study of Adams and Lee (16), 140 nmol 25(OH)D/L could be regarded as a very conservative limit for the NOAEL because the concentrations in those reports were higher than this. In the absence of sunshine, all available evidence suggests that this would require prolonged intake of ≈250 µg (10000 IU)/d to achieve. All of the reports of vitamin D toxicity showing the convincing evidence of hypercalcemia involve serum 25(OH)D concentrations well above 200 nmol/L (Table 5), which requires a daily intake of ≥1000 µg (40000 IU), and which could thus be conservatively considered the LOAEL.

The current adult DRI for vitamin D approximates half the amount in the teaspoon of cod-liver oil that was a 19th-century folk remedy. Today, new drugs are passed through dose-finding studies before their efficacy is evaluated in clinical trials. This principle is not strictly applicable to nutrient recommendations because the bulk of what humans consume of them is from unfortified foods and this consumption is what recommended intakes tend to match. In contrast, vitamin D is a special case; the bulk of our dietary vitamin D intake is determined by legislation. I contend that this practice amounts to the dosing of populations with a drug, vitamin D, that is not present in the foods humans normally consume. If vitamin D is similar to a drug, then dose-finding studies are needed to use it properly, especially if nonclassical benefits are potentially relevant. Alternatively, if by analogy with other nutrients, vitamin D supplementation is intended to make up for what some people may not be getting from its natural source, in this case the sun, then the current adult DRI of 5 µg (200 IU)/d is woefully inadequate.   ☒

This work is dedicated to my retired teachers, particularly Donald Fraser and Sang-Whay Kooh, for the pleasurable times we shared trying to understand the vitamin D system. I also thank Fraser for his thoughtful review of this manuscript.

## REFERENCES

1. Heaney RP. Calcium and vitamin D in human nutrition. In: Lipkin M, Newmark HL, Kelloff GJ, eds. Calcium, vitamin D, and prevention of colon cancer. Boca Raton, FL: CRC Press, 1991:9–10.
2. Takeuchi A, Okano T, Ishida Y, Kobayashi T. Effects of dietary vitamin D intake on plasma levels of parathyroid hormone and vitamin D metabolites in healthy Japanese. Miner Electrolyte Metab 1995;21:217–22.
3. National Academy of Sciences. Recommended dietary allowances. 10th ed. Washington, DC: National Academy Press, 1989.
4. Park EA. The therapy of rickets. JAMA 1940;115:370–9.
5. Blumberg RW, Forbes GB, Fraser D, et al. The prophylactic requirement and the toxicity of vitamin D. Pediatrics 1963;31:512–25.
6. Smith R, Dent CE. Vitamin D requirements in adults. Clinical and metabolic studies on seven patients with nutritional osteomalacia. Bibl Nutr Dieta 1969;13:44–5.
7. Parfitt AM, Gallagher JC, Heaney RP, Johnston CC, Neer R, Whedon GD. Vitamin D and bone health in the elderly. Am J Clin Nutr 1982;36:1014–31.
8. Utiger RD. The need for more vitamin D. N Engl J Med 1998;338:828–9.
9. Thomas MK, Lloyd-Jones DM, Thadhani RI, et al. Hypovitaminosis D in medical inpatients. N Engl J Med 1998;338:777–83.
10. Gallagher JC, Kinyamu HK, Fowler SE, Dawson-Hughes B, Dalsky GP, Sherman SS. Calciotropic hormones and bone markers in the elderly. J Bone Miner Res 1998;13:475–82.
11. Rao DS, Villanueva A, Mathews M, et al. Histologic evolution of vitamin D–depletion in patients with intestinal malabsorption or dietary deficiency. In: Frame B, Potts JT, eds. Clinical disorders of bone and mineral metabolism. Amsterdam: Excerpta Medica, 1983:224–6.
12. Dawson-Hughes B, Harris SS, Krall EA, Dallal GE. Effect of calcium and vitamin D supplementation on bone density in men and women 65 years of age or older. N Engl J Med 1997;337:670–6.
13. Trang H, Cole DE, Rubin LA, Pierratos A, Siu S, Vieth R. Evidence that vitamin D₃ increases serum 25-hydroxyvitamin D more efficiently than does vitamin D₂. Am J Clin Nutr 1998;68:854–8.
14. Dawson-Hughes B, Harris SS, Dallal GE. Plasma calcidiol, season, and serum parathyroid hormone concentrations in healthy elderly men and women. Am J Clin Nutr 1997;65:67–71.
15. Kinyamu HK, Gallagher JC, Rafferty KA, Balhorn KE. Dietary calcium and vitamin D intake in elderly women: effect on serum parathyroid hormone and vitamin D metabolites. Am J Clin Nutr 1998;67:342–8.
16. Adams JS, Lee G. Gains in bone mineral density with resolution of vitamin D intoxication. Ann Intern Med 1997;127:203–6.
17. Marriott BM. Vitamin D supplementation: a word of caution. Ann Intern Med 1997;127:231–3.
18. Dawson-Hughes B. Calcium and vitamin D nutritional needs of elderly women. J Nutr 1996;126:1165S–7S.
19. Standing Committee on the Scientific Evaluation of Dietary Reference Intakes. Dietary reference intakes: calcium, phosphorus, magnesium, vitamin D, and fluoride. Washington, DC: National Academy Press, 1997.
20. Gloth FM, Tobin JD, Sherman SS, Hollis BW. Is the recommended daily allowance for vitamin D too low for the homebound elderly? J Am Geriatr Soc 1991;39:137–41.
21. Hathcock JN. Vitamins and minerals: efficacy and safety. Am J Clin Nutr 1997;66:427–37.
22. Jongen MJ, van Ginkel FC, van der Vijgh WJ, Kuiper S, Netelenbos JC, Lips P. An international comparison of vitamin D metabolite measurements. Clin Chem 1984;30:399–403.
23. Haddock L, Corcino J, Vazquez MD. 25(OH)D serum levels in the normal Puerto Rican population and in subjects with tropical sprue and parathyroid disease. Puerto Rico Health Sci J 1982;1:85–91.
24. Haddad JG, Kyung JC. Competitive protein-binding radioassay for 25-hydroxycholecalciferol. J Clin Endocrinol 1971;33:992–5.
25. Better OS, Shabtai M, Kedar S, Melamud A, Berenheim J, Chaimovitz C. Increased incidence of nephrolithiasis in lifeguards in Israel. In: Massry SG, Ritz E, Jahreis G, eds. Phosphate and minerals in health and disease. New York: Plenum Press, 1980:467–72.
26. Chapuy MC, Arlot ME, Duboeuf F, et al. Vitamin D₃ and calcium to prevent hip fractures in the elderly woman. N Engl J Med 1992;327:1637–42.
27. Snell AP, MacLennan WJ, Hamilton JC. Ultra-violet irradiation and 25-hydroxy-vitamin D levels in sick old people. Age Ageing 1978;7:225–8.
28. Davie MW, Lawson DE, Emberson C, Barnes JL, Roberts GE, Barnes ND. Vitamin D from skin: contribution to vitamin D status compared with oral vitamin D in normal and anticonvulsant-treated subjects. Clin Sci 1982;63:461–72.
29. Davies M, Mawer EB. The effects of simulated solar exposure upon serum vitamin D₃ and 25-hydroxyvitamin D₃ in healthy controls and patients with metabolic bone disease. In: Norman AW, Bouillon R, Thomasset M, eds. Vitamin D: chemistry, biology and clinical applications of the steroid hormone. Riverside, CA: University of California, 1997:711–2.
30. Chel VG, Ooms ME, Popp-Snijders C, et al. Ultraviolet irradiation corrects vitamin D deficiency and suppresses secondary hyperparathyroidism in the elderly. J Bone Miner Res 1998;13:1238–42.
31. Reid IR, Schooler BA, Hannan SF, Ibbertson HK. The acute biochemical effects of four proprietary calcium preparations. Aust N Z J Med 1986;16:193–7.
32. Falkenbach A. Primary prevention of osteopenia. Schweiz Med Wochenschr 1992;122:1728–35 (in German).
33. Matsuoka LY, Wortsman J, Hollis BW. Suntanning and cutaneous synthesis of vitamin D₃. J Lab Clin Med 1990;116:87–90.
34. Mawer EB, Berry JL, Sommer-Tsilenis E, Beykirch W, Kuhlwein A,

The American Journal of Clinical Nutrition

Downloaded from www.ajcn.org by on February 2, 2009



QUESTMS-00000593

Rohde BT. Ultraviolet irradiation increases serum 1,25-dihydrox-yvitamin D in vitamin-D-replete adults. Miner Electrolyte Metab 1984;10:117–21.

35. Stamp TC, Haddad JG, Twigg CA. Comparison of oral 25-hydroxycholecalciferol, vitamin D, and ultraviolet light as determinants of circulating 25-hydroxyvitamin D. Lancet 1977;1:1341–3.

36. Dent CE, Round JM, Rowe DJ, Stamp TC. Effect of chapattis and ultraviolet irradiation on nutritional rickets in an Indian immigrant. Lancet 1973;1:1282–4.

37. Varghese M, Rodman JS, Williams JJ, et al. The effect of ultraviolet B radiation treatments on calcium excretion and vitamin D metabolites in kidney stone formers. Clin Nephrol 1989;31:225–31.

38. Krause R, Buhring M, Hopfenmuller W, Holick MF, Sharma AM. Ultraviolet B and blood pressure. Lancet 1998;352:709–10 (letter).

39. Stamp TC. Factors in human vitamin D nutrition and in the production and cure of classical rickets. Proc Nutr Soc 1975;34:119–30.

40. Holick MF. Environmental factors that influence the cutaneous production of vitamin D. Am J Clin Nutr 1995;61(suppl):638S–45S.

41. Holick MF. Noncalcemic actions of 1,25-dihydroxyvitamin $D_3$ and clinical applications. Bone 1995;17(suppl):107S–11S.

42. Lo CW, Paris PW, Holick MF. Indian and Pakistani immigrants have the same capacity as Caucasians to produce vitamin D in response to ultraviolet irradiation. Am J Clin Nutr 1986;44:683–5.

43. Need AG, Morris HA, Horowitz M, Nordin B. Effects of skin thickness, age, body fat, and sunlight on serum 25-hydroxyvitamin D. Am J Clin Nutr 1993;58:882–5.

44. MacLaughlin J, Holick MF. Aging decreases the capacity of human skin to produce vitamin $D_3$. J Clin Invest 1985;76:1536–8.

45. Preece MA, Tomlinson S, Ribot CA, et al. Studies of vitamin D deficiency in man. Q J Med 1975;44:575–89.

46. Dluges DJ, Perrotta PL, Horn WG. Effects of the submarine environment on renal-stone risk factors and vitamin D metabolism. Undersea Hyperb Med 1995;22:145–52.

47. Ooms ME, Roos JC, Bezemer PD, Van Der Vijgh WJF, Bouter LM, Lips P. Prevention of bone loss by vitamin D supplementation in elderly women: a randomized double-blind trial. J Clin Endocrinol Metab 1995;80:1052–8.

48. Lips P, Graafmans WC, Ooms ME, Bezemer PD, Bouter LM. Vitamin D supplementation and fracture incidence in elderly persons. A randomized, placebo-controlled clinical trial. Ann Intern Med 1996;124:400–6.

49. McAuley KA, Jones S, Lewis-Barned NJ, Manning P, Goulding A. Low vitamin D status is common among elderly Dunedin women. N Z Med J 1997;110:275–7.

50. Graafmans WC, Lips P, Ooms ME, van Leeuwen JP, Pols HA, Uitterlinden AG. The effect of vitamin D supplementation on the bone mineral density of the femoral neck is associated with vitamin D receptor genotype. J Bone Miner Res 1997;12:1241–5.

51. Dawson-Hughes B, Dallal GE, Krall EA, Harris S, Sokoll LJ, Falconer G. Effect of vitamin D supplementation on wintertime and overall bone loss in healthy postmenopausal women. Ann Intern Med 1991;115:505–12.

52. O'Dowd KJ, Clemens TL, Kelsey JL, Lindsay R. Exogenous calciferol (vitamin D) and vitamin D endocrine status among elderly nursing home residents in the New York City area. J Am Geriatr Soc 1993;41:414–21.

53. Dawson-Hughes B, Harris SS, Krall EA, Dallal GE, Falconer G, Green CL. Rates of bone loss in postmenopausal women randomly assigned to one of two dosages of vitamin D. Am J Clin Nutr 1995;61:1140–5.

54. Sebert JL, Garabedian M, Chauvenet M, Maamer M, Agbomson F, Brazier M. Evaluation of a new solid formulation of calcium and vitamin D in institutionalized elderly subjects. A randomized comparative trial versus separate administration of both constituents. Rev Rhum Engl Ed 1995;62:288–94.

55. Van Der Klis FR, Jonxis JH, Van Doormaal J, Sikkens P, Saieh AE, Muskiet FA. Changes in vitamin-D metabolites and parathyroid hormone in plasma following cholecalciferol administration to pre- and postmenopausal women in the Netherlands in early spring and to postmenopausal women in Curacao. Br J Nutr 1996;75:637–46.

56. Lips P, Wiersinga A, van GF, et al. The effect of vitamin D supplementation on vitamin D status and parathyroid function in elderly subjects. J Clin Endocrinol Metab 1988;57:644–50.

57. Chapuy MC, Chapuy P, Thomas JL, Hazard MC, Meunier PJ. Biochemical effects of calcium and vitamin D supplementation in elderly, institutionalized, vitamin D-deficient patients. Rev Rhum Engl Ed 1996;63:135–40.

58. Freaney R, McBrinn Y, McKenna MJ. Secondary hyperparathyroidism in elderly people: combined effect of renal insufficiency and vitamin D deficiency. Am J Clin Nutr 1993;58:187–91.

59. McKenna MJ, Freaney R, Meade A, Muldowney FP. Hypovitaminosis D and elevated serum alkaline phosphatase in elderly Irish people. Am J Clin Nutr 1985;41:101–9.

60. Francis RM, Boyle FT, Moniz C, et al. A comparison of the effects of alfacalcidol treatment and vitamin $D_3$ supplementation on calcium absorption in elderly women with vertebral fractures. Osteoporos Int 1996;6:284–90.

61. Sorva A, Risteli J, Risteli L, Valimaki M, Tilvis R. Effects of vitamin D and calcium on markers of bone metabolism in geriatric patients with low serum 25-hydroxyvitamin D levels. Calcif Tissue Int 1991;49(suppl):S88–9.

62. Honkanen R, Alhava E, Parviainen M, Talasniemi S, Monkkonen R. The necessity and safety of calcium and vitamin D in the elderly. J Am Geriatr Soc 1990;38:862–6.

63. MacLennan WJ, Hamilton JC. Vitamin D supplements and 25-hydroxy vitamin D concentrations in the elderly. Br Med J 1977;2:859–61.

64. Himmelstein S, Clemens TL, Rubin A, Lindsay R. Vitamin D supplementation in elderly nursing home residents increases 25(OH)D but not 1,25(OH)$_2$D. Am J Clin Nutr 1990;52:701–6.

65. Nordin BE, Baker MR, Horsman A, Peacock M. A prospective trial of the effect of vitamin D supplementation on metacarpal bone loss in elderly women. Am J Clin Nutr 1985;42:470–4.

66. Papapoulos SE, Clemens TL, Fraher LJ, Gleed J, O'Riordan JL. Metabolites of vitamin D in human vitamin-D deficiency: effect of vitamin $D_3$ or 1,25-dihydroxycholecalciferol. Lancet 1980;2:612–5.

67. Tjellesen L, Hummer L, Christiansen C, Rodbro P. Serum concentration of vitamin D metabolites during treatment with vitamin $D_2$ and $D_3$ in normal premenopausal women. Bone Miner 1986;1:407–13.

68. Clements MR, Davies M, Hayes ME, Mawer EB, Adams PH. The role of 1,25-dihydroxyvitamin D in the mechanism of acquired vitamin D deficiency. Clin Endocrinol 1992;37:17–27.

69. Mason RS, Lissner D, Grunstein HS, Posen S. A simplified assay for dihydroxylated vitamin D metabolites in human serum: application to hyper- and hypovitaminosis D. Clin Chem 1980;26:444–50.

70. Gertner JM, Domenech M. 25-hydroxyvitamin D levels in patients treated with high-dosage ergo- and cholecalciferol. Clin Pathol 1977;30:144–50.

71. Counts SJ, Baylink DJ, Shen FH, Sherrard DJ, Hickman RO. Vitamin D intoxication in an anaphric child. Ann Intern Med 1975;82:196–200.

72. Hughes MR, Baylink DJ, Jones PG, Haussler MR. Radioligand receptor assay for 25-hydroxyvitamin: $D_2/D_3$ and 1 alpha, 25-dihydroxyvitamin $D_2/D_3$. J Clin Invest 1976;58:61–70.

73. Streck WF, Waterhouse C, Haddad JG. Glucocorticoid effects in vitamin D intoxication. Arch Intern Med 1979;139:974–7.

74. Davies M, Adams PH. The continuing risk of vitamin-D intoxication. Lancet 1978;2:621–3.

75. Mawer EB, Hann JT, Berry JL, Davies M. Vitamin D metabolism in patients intoxicated with ergocalciferol. Clin Sci 1985;68:135–41.

76. Allen SH, Shah JH. Calcinosis and metastatic calcification due to vitamin D intoxication. A case report and review. Horm Res 1992;37:68–77.

77. Rizzoli R, Stoermann C, Ammann P, Bonjour J-P. Hypercalcemia and hyperosteolysis in vitamin D intoxication: effects of clodronate therapy. Bone 1994;15:193–8.

Downloaded from www.ajcn.org by on February 2, 2009

The American Journal of Clinical Nutrition

Joint Appendix 1110

QUESTMS-00000594

Downloaded from www.ajcn.org by on February 2, 2009

The American Journal of Clinical Nutrition

78. Pettifor JM, Bikle DD, Cavaleros M, Zachen D, Kamdar MC, Ross FP. Serum levels of free 1,25-dihydroxyvitamin D in vitamin D toxicity. Ann Intern Med 1995;122:511–3.

79. Heaney RP, Barger-Lux MJ, Dowell MS, Chen TC, Holick MF. Calcium absorptive effects of vitamin D and its major metabolites. J Clin Endocrinol Metab 1997;82:4111–6.

80. Heikinheimo RJ, Inkovaara JA, Harju EJ, et al. Annual injection of vitamin D and fractures of aged bones. Calcif Tissue Int 1992;51:105–10.

81. Davies PD. A possible link between vitamin D deficiency and impaired host defence to *Mycobacterium tuberculosis*. Tubercle 1985;66:301–6.

82. Matsuoka LY, Wortsman J, Haddad JG, Hollis BW. Elevation of blood vitamin D₂ levels does not impede the release of vitamin D₃ from the skin. Metabolism 1992;41:1257–60.

83. Whyte MP, Haddad JG Jr, Walters DD, Stamp TCB. Vitamin D bioavailability: serum 25-hydroxyvitamin D levels in man after oral, subcutaneous, intramuscular, and intravenous vitamin D administration. J Clin Endocrinol Metab 1979;48:906–11.

84. Stern PH, Taylor AB, Bell NH, Epstein S. Demonstration that circulating 1 α, 25-dihydroxyvitamin D is loosely regulated in normal children. J Clin Invest 1981;68:1374–7.

85. Scragg R, Holdaway I, Singh V, Metcalf P, Baker J, Dryson E. Serum 25-hydroxycholecalciferol concentration in newly detected hypertension. Am J Hypertens 1995;8:429–32.

86. Heikinheimo RJ, Haavisto MV, Harju EJ, et al. Serum vitamin D level after an annual intramuscular injection of ergocalciferol. Calcif Tissue Int 1991;49(suppl):S87.

87. Weisman Y, Schen RJ, Eisenberg Z, et al. Single oral high-dose vitamin D₃ prophylaxis in the elderly. J Am Geriatr Soc 1986;34:515–8.

88. Burns J, Paterson CR. Single dose vitamin D treatment for osteomalacia in the elderly. Br Med J (Clin Res Ed) 1985;290:281–2.

89. Dent CE, Smith R. Nutritional osteomalacia. Q J Med 1969;38:195–209.

90. Lips P. Prevention of hip fractures: drug therapy. Bone 1996;18(suppl):159S–63S.

91. Riggs BL, O'Fallon WM, Muha J, O'Connor MK, Kumar R, Melton LJ. Long-term effects of calcium supplementation on serum parathyroid hormone level, bone turnover, and bone loss in elderly women. J Bone Miner Res 1998;13:168–74.

92. Holick MF. McCollum Award Lecture, 1994: Vitamin D—new horizons for the 21st century. Am J Clin Nutr 1994;60:619–30.

93. Lefkowitz ES, Garland CF. Sunlight, vitamin D, and ovarian cancer mortality rates in US women. Int J Epidemiol 1994;23:1133–6.

94. Martinez ME, Giovannucci EL, Colditz GA, et al. Calcium, vitamin D, and the occurrence of colorectal cancer among women. J Natl Cancer Inst 1996;88:1375–82.

95. Tangrea J, Helzlsouer K, Pietinen P, et al. Serum levels of vitamin D metabolites and the subsequent risk of colon and rectal cancer in Finnish men. Cancer Causes Control 1997;8:615–25.

96. Garland CF, Garland FC, Gorham ED. Can colon cancer incidence and death rates be reduced with calcium and vitamin D? Am J Clin Nutr 1991;54(suppl):193S–201S.

97. Emerson JC, Weiss NS. Colorectal cancer and solar radiation. Cancer Causes Control 1992;3:95–9.

98. Schwartz GG. Multiple sclerosis and prostate cancer: what do their similar geographies suggest? Neuroepidemiology 1992;11:244–54.

99. Hanchette CL, Schwartz GG. Geographic patterns of prostate cancer mortality. Evidence for a protective effect of ultraviolet radiation. Cancer 1992;70:2861–9.

100. Ainsleigh HG. Beneficial effects of sun exposure on cancer mortality. Prev Med 1993;22:132–40.

101. Hayes CE, Cantorna MT, DeLuca HF. Vitamin D and multiple sclerosis. Proc Soc Exp Biol Med 1997;216:21–7.

102. McAlindon TE, Felson DT, Zhang Y, et al. Relation of dietary intake and serum levels of vitamin D to progression of osteoarthritis of the knee among participants in the Framingham Study. Ann Intern Med 1996;125:353–9.

103. Rostand SG. Ultraviolet light may contribute to geographic and racial blood pressure differences. Hypertension 1997;30:150–6.

104. McMurray DN, Bartow RA, Mintzer CL, Hernandez-Frontera E. Micronutrient status and immune function in tuberculosis. Ann N Y Acad Sci 1990;587:59–69.

105. Muhe L, Lulseged S, Mason KE, Simoes EA. Case-control study of the role of nutritional rickets in the risk of developing pneumonia in Ethiopian children. Lancet 1997;349:1801–4.

106. Gann PH, Ma J, Hennekens CH, Hollis BW, Haddad JG, Stampfer MJ. Circulating vitamin D metabolites in relation to subsequent development of prostate cancer. Cancer Epidemiol Biomarkers Prev 1996;5:121–6.

107. Braun MM, Helzlsouer KJ, Hollis BW, Comstock GW. Prostate cancer and prediagnostic levels of serum vitamin D metabolites (Maryland, United States). Cancer Causes Control 1995;6:235–9.

108. Bhattacharyya MH, DeLuca HF. Comparative studies on the 25-hydroxylation of vitamin D₃ and dihydrotachysterol 3. J Biol Chem 1973;248:2974–7.

109. Clements MR, Johnson L, Fraser DR. A new mechanism for induced vitamin D deficiency in calcium deprivation. Nature 1987;325:62–5.

110. Tomon M, Tenenhouse HS, Jones G. Expression of 25-hydroxyvitamin D₃-24-hydroxylase activity in Caco-2 cells. An in vitro model of intestinal vitamin D catabolism. Endocrinology 1990;126:2868–75.

111. Vieth R, Fraser D, Kooh SW. Low dietary calcium reduces 25-hydroxycholecalciferol in plasma of rats. J Nutr 1987;117:914–8.

112. Clements MR, Davies M, Fraser DR, Lumb GA, Mawer EB, Adams PH. Metabolic inactivation of vitamin D is enhanced in primary hyperparathyroidism. Clin Sci 1987;73:659–64.

113. Dusso A, Brown A, Slatopolsky E. Extrarenal production of calcitriol. Semin Nephrol 1994;14:144–55.

114. Jacobus CH, Holick MF, Shao Q, et al. Hypervitaminosis D associated with drinking milk. N Engl J Med 1992;326:1173–7.

115. Sterkel BB. Bone density and vitamin D intoxication. Ann Intern Med 1998;128:507 (letter).

116. McKenna MJ, Freaney R. Bone density and vitamin D intoxication. Ann Intern Med 1998;128:507–8 (letter).

117. Adams JS. Bone density and vitamin D intoxication. Ann Intern Med 1998;128:508 (letter).

118. Moon J, Bandy B, Davison AJ. Hypothesis: etiology of atherosclerosis and osteoporosis: are imbalances in the calciferol endocrine system implicated? J Am Coll Nutr 1992;11:567–83.

119. Jeans PC, Stearns G. The effect of vitamin D on linear growth in infancy: II. The effect of intakes above 1,800 U.S.P units daily. J Pediatr 1938;13:730–4.

120. Woolliscroft JO. Megavitamins: fact and fancy. Dis Mon 1983;29:1–56.

121. Eager JE, Meyran JC. Intoxication with vitamin D. J Clin Endocrinol 1948;8:895–910.

122. Narang NK, Gupta RC, Jain MK, Aaronson K. Role of vitamin D in pulmonary tuberculosis. J Assoc Physicians India 1984;32:185–6.

123. Bell N, Epstein S, Shary J, Greene V, Oexmann MJ, Shaw S. Evidence of probable role for 25-hydroxyvitamin D in the regulation of human calcium metabolism. J Bone Miner Res 1988;3:489–95.

124. Barger-Lux MJ, Heaney RP, Lanspa SJ, Healy JC, DeLuca HF. An investigation of sources of variation in calcium absorption efficiency (published erratum appears in J Clin Endocrinol Metab 1995;80:2068). J Clin Endocrinol Metab 1995;80:406–11.

125. Vieth R. The mechanisms of vitamin D toxicity. Bone Miner 1990;11:267–72.

126. Fraser DR. The physiological economy of vitamin D. Lancet 1983;1:969–72.

127. Haddad JG, Matsuoka LY, Hollis BW, Hu YZ, Wortsman J. Human plasma transport of vitamin D after its endogenous synthesis. J Clin Invest 1993;91:2552–5.

128. Bell NH. Renal and nonrenal 25-hydroxyvitamin D-1alpha-hydroxylases and their clinical significance. J Bone Miner Res 1998;13:350–3.

QUESTMS-00000595

129. Silverberg SJ, Bilezikian JP. Primary hyperparathyroidism: still evolving? J Bone Miner Res 1997;12:856–62.

130. Kleaman CR, Norris K, Coburn JW. Is the clinical expression of primary hyperparathyroidism a function of the long-term vitamin D status of the patient? Miner Electrolyte Metab 1987;13:305–10.

131. Lumb GA, Stanbury SW. Parathyroid function in human vitamin D deficiency and vitamin D deficiency in primary hyperparathyroidism. Am J Med 1974;56:833–9.

132. Vieth R, Bayley TA, Walfish PG, Rosen IB, Pollard A. Relevance of vitamin D metabolite concentrations in supporting the diagnosis of primary hyperparathyroidism. Surgery 1991;110:1043–7.

133. Johnson KR, Jobber J, Stonawski BJ. Prophylactic vitamin D in the elderly. Age Ageing 1980;9:121–7.

134. Lockefeer JH. Vitamin D poisoning: real and spurious. Ned Tijdschr Geneeskd 1990;154:1931–4.

135. Karmali R, Barker S, Hewison M, Fraher L, Katz DR, O'Riordan JL. Intermittent hypercalcaemia and vitamin D sensitivity in Hodgkin's disease. Postgrad Med J 1990;66:757–60.

The American Journal of Clinical Nutrition



Downloaded from www.ajcn.org by on February 2, 2009

QUESTMS-000005966

BIOLOGICAL MASS SPECTROMETRY, VOL. 22, 621–632 (1993)

# On-line Post-column Diels-Alder Derivatization for the Determination of Vitamin D₃ and its Metabolites by Liquid Chromatography/Thermospray Mass Spectrometry

R. J. Vreeken,† M. Honing,‡ B. L. M. van Baar,ᵃ R. T. Ghijsen, G. J. de Jong § and U. A. Th. Brinkman

Department of Analytical Chemistry, and ᵃDepartment of Organic Chemistry, Free University, De Boelelaan 1083, 1081 HV Amsterdam, The Netherlands

Liquid chromatography/thermospray mass spectrometry (LC/TSP MS) has been used for the determination of vitamin D₃ and some of its metabolites, i.e. 1α(OH) vitamin D₃, 25(OH) vitamin D₃, 1α,25(OH)₂ vitamin D₃ and 24,25(OH)₂ vitamin D₃, using positive and negative ion detection. Using these two modes positional isomers can be identified. Detection in the negative ion mode was preferred because of the slightly higher sensitivity. The limits of detection, using multiple ion detection, are 50–100 nM (6–12 pmol injected). On-line post-column derivatization based on [4 + 2] cyclo-addition (Diels-Alder reaction) proceeds within 1 min at room temperature. If this step is included in LC/TSP MS, the detection limits of the analytes can be improved 7–70-fold depending on the analyte tested. The best results (detection limits down to 1 nM, i.e. 0.12 pmol injected) are obtained with discharge ionization in the negative ion mode.

## INTRODUCTION

Today, liquid chromatography/mass spectrometry (LC/MS) is increasingly being used,[1,2] the thermospray (TSP) interface being the interface most frequently applied.[3–5] A major shortcoming of LC/TSP MS, however, is the lack of sensitivity compared to gas chromatography/mass spectrometry (GC/MS). Normally in LC/TSP MS at least tens of nanograms of analyte are required for detection in the full-scan mode,[3,6–8] whereas this is possible with low or subnanogram amounts for GC/MS. One way to enhance sensitivity in LC is the use of pre- or post-column derivatization techniques,[9,10] which can be combined with various modes of detection.[11–13]

In mass spectrometry, derivatization is generally used to induce or decrease fragmentation, to direct fragmentation and/or to enhance the sensitivity and/or selectivity of the ionization process.[14] Until now pre- or post-column derivatization has been used in LC/TSP MS in only a few instances.[15–21]

In this study vitamin D₃ and some of its metabolites (see Fig. 3 below) were chosen as model compounds. They are important secosteroid hormones and play a role in the regulation of calcium and phosphorus metabolism. One of the metabolites, i.e. 1α25(OH)₂D₃, plays an active role in inducing differentiation in leu-

kaemia cells.[22] Except for 1α,25(OH)₂D₃ (plasma level 10–40 pg ml⁻¹),[23,24] plasma concentrations of these compounds are in the range of 1–50 ng ml⁻¹. Determination of these metabolites requires extensive sample pre-treatment and derivatization prior to GC/MS analysis.[25] Competitive binding assays[26] are also used. However, these are rather time-consuming and not too selective owing to cross-contamination, and therefore need extensive sample clean-up.

During the last decade LC has become a powerful technique in vitamin D analysis. Vitamin D₃ and its metabolites can be separated by reversed-phase LC (RPLC) as well as normal-phase LC (NPLC), the latter being more popular.[27–30] Although NPLC is compatible with TSP MS,[31] RPLC is preferred. Especially if on-line sample treatment, i.e. pre-concentration, is required, RPLC is superior. Using ultraviolet (UV) detection, large sample sizes, i.e. 2–10 ml plasma, which actually can be considered too large for whole blood analysis, are needed, because of the low plasma levels of the compounds of interest. Sample pre-treatment normally involves deproteination followed by solid-phase extraction.[32] Only then is UV detection sensitive enough (detection limits, 1–10 ng per sample) for screening purposes. However, for the screening of the 1α,25-dihydroxy metabolite a more sensitive method, involving a larger sample volume and derivatization with subsequent GC/MS analysis in the single ion monitoring (SIM) mode, is required.[25,29]

Introduction of electronegative groups in the molecule should enhance the capability of the molecule to undergo ionization by (resonance) electron capture mechanisms[33] and, thus, sensitivity. Vitamin D₃ and its metabolites possess a triene system and one or more hydroxy groups. For derivatization the triene system is

---

† Author to whom correspondence should be addressed.
‡ Present address: CID-CSIC, Jordi Girona 18-26, 08034 Barcelona, Spain.
§ Present address: Solvay Duphar BV, PO Box 900, 1380 DA Weesp, The Netherlands.

1052–9306/93/110621–12 $11.00
© 1993 by John Wiley & Sons, Ltd.

Received 30 March 1993
Revised 5 July 1993

QUESTMS-00000597

preferred, because hydroxyl groups are quite common in compounds present in plasma. A Diels-Alder reaction, i.e. a [4 + 2] cyclo-addition, is a selective reaction for dienes and dienophilic compounds, which is very fast already at room temperature[34,37,45] and can therefore be applied for post-column derivatization. Recently, the use of Cookson-type reagents, such as 4-phenyl-1,2,4-triazoline-3,5-dione (PTAD), for the determination of vitamin D-like compounds has been reported.[27,37,28-42,48,49] Most of the PTAD labels are used for pre-column derivatization and fluorescence or electrochemical detection. Some of the derivatives seem to have good electron-capture capabilities. Two groups reported on the use of PTAD in combination with mass spectrometric detection. Yeung *et al.*[48] obtained FAB spectra, static FAB as well as continuous flow (CF) FAB, of 0.8 ng of the vitamin $D_3$-PTAD derivative after off-line derivatization and using multiple reaction monitoring (MRM). Wilson *et al.*[49] reported the use of the PTAD-derived derivatization reagent for signal enhancement in electrospray ionization (ESI) mass spectrometry. The phenyl ring was in this case extended with a crown ether. Upon electrospraying of vitamin $D_3$ in a methanolic solution, the sodiated derivative was formed and easily detected by ESI mass spectrometry. The authors report a detection limit above 1 pmol of derivative in the flow injection analysis (FIA) mode.

The goal of this paper is (i) to explore the use of post-column derivatization based on a [4 + 2] cyclo-addition in LC/TSP MS in order to enhance analyte detectability and (ii) to investigate the use of LC/TSP MS in vitamin $D_3$ analysis.

## EXPERIMENTAL

### Chemicals

Acetonitrile and methanol (J. T. Baker, Deventer, The Netherlands) were of analytical reagent grade.

Tetracyanoethylene (TCNE), 4-phenyl-1,2,4-triazoline-3,5-dione (PTAD), tetrachloroethylene (TCE), cinnamic acid and maleic acid were obtained from Fluka Chemie (Buchs, Switzerland); 2,3-dichloro-5,6-dicyano-1,4-benzoquinone (DCDCQ) was purchased from Sigma (St Louis, Missouri, USA). These dienophilic reagents were used without further purification.

Vitamin $D_3$ and its metabolites, including the synthetic metabolite $1\alpha(OH)D_3$, were kindly supplied by the Academic Hospital of the Free University. Stock solutions of vitamin $D_3$ (1 mM) and of its metabolites (10 µM) were prepared in methanol and kept in the freezer ($-24\,°C$) until needed.

### LC systems

The basic experimental set-up used is shown in Fig. 1; details of the system are discussed below.

A Gilson (Villiers-le-Bel, France) Model 302 LC pump (pump 1) delivered the carrier stream of the LC eluent in the case of FIA and LC, respectively. When post-column derivatization was used, an Applied Biosystems (Foster City, California, USA) Model 400 LC pump (pump 2) was used to deliver the reagent via a zero-dead volume T-piece (Valco, Schenkon, Switzerland). The reaction coil was a 1.30 m stainless-steel capillary (0.8 mm i.d.) with a helix diameter of 20 mm. The residence time in the coil was kept constant at 40 s. Home-made membrane pulse dampeners were used to deliver a non-pulsating flow to the TSP interface. Injections were made with a 120 µl loop mounted on a Rheodyne (Cotati, California, USA) six-port valve. When LC was performed, this valve was connected to a 15 cm × 4.6 mm i.d. stainless-steel column home-packed with Rosil $C_8$-DA bonded-phase material (5 µm, 80 Å) from Alltech (Eke, Belgium). UV detection was accomplished with a Kratos (Ramsey, New York, USA) Model 757 Spectroflow detector.

### Procedures

Reagent solutions for pre- or post-column derivatization were prepared by dissolving the reagent of interest



**Figure 1.** Schematic of the LC/TSP MS system with post-column derivatization. Flow rates (FIA and LC): (i) no derivatization and pre-column derivatization, pump 1, 1.0 ml min$^{-1}$; (ii) post-column derivatization, pump 1, 0.7–0.95 ml min$^{-1}$ and pump 2, 0.05–0.3 ml min$^{-1}$ with a total flow of 1.0 ml min$^{-1}$. Injection loop, 120 µl.

QUESTMS-00000598

at the proper concentration (100 μM–50 mM) in ace-tonitrile. All work was carried out at room temperature (20 °C).

**Pre-column derivatization.** The reaction of the various dienophilic compounds with vitamin D$_3$ or one of its metabolites was carried out by adding the reagent solution (100–500 μl) to 1 ml of vitamin D$_3$ or metabolite solution (1–1000 μM) in acetonitrile–water (80:20, v/v). The reaction was allowed to proceed for 10–180 s and then an aliquot (120 μl) was injected into an FIA system with UV absorbance detection at 256 nm. The reaction yield was determined by comparing peak heights before and after reaction.

After a reaction time of 3 min, an aliquot of the same solution was analysed by LC/TSP MS, with acetonitrile–water (80:20, v/v) as mobile phase, and the mass spectra [positive (PI) and negative ion (NI) mode] of the reaction products were recorded.

**Post-column derivatization.** In this case the mass spectrometer was invariably used as the detector, because the red-coloured reagent solution had too high a background for UV measurements. The reagent solution was added via a T-piece at a flow rate of 0.05–0.3 ml min$^{-1}$. In order to keep reaction time and the flow rate through the TSP interface at fixed values of 40 s and 1 ml min$^{-1}$, respectively, the flow rate of the carrier stream or LC eluent—acetonitrile–water (90:10, v/v)—was varied between 0.7 and 0.95 ml min$^{-1}$.

**Mass spectrometry**

A Finnigan Model 4500 quadrupole mass spectrometer (Finnigan MAT, San Jose, California, USA) equipped with a Finnigan TSP interface was used. A typical

source temperature was 300 °C. The vaporizer temperature was set at about 110 °C. Discharge ionization as well as filament-off and filament-on ionization were used. In the latter two cases ammonium acetate (50 mM) was used as ionizing additive. The discharge voltage was set at 1000 V; at higher voltages no further gain in sensitivity was observed. The repeller voltage was optimized with every new eluent used and was set at a voltage where the background intensity was stable and not all of the clusters were yet dissociated. This voltage was in the range of +100 to +125 V for PI detection and −50 to −80 V for NI detection.

Optimization of the repeller potential, source and vaporizer temperature and discharge voltage was done with vitamin D$_3$ and 1α,25(OH)$_2$ vitamin D$_3$ as test compounds.

## RESULTS AND DISCUSSION

### Mass spectra of vitamin D$_3$ and its metabolites

Mass spectra of vitamin D$_3$ and its metabolites 1α(OH)D$_3$, 1α,25(OH)$_2$D$_3$, 25(OH)D$_3$ and 24,25(OH)$_2$D$_3$ were recorded using FIA TSP MS (PI and NI mode) with discharge ionization and using acetonitrile–water (80:20) as carrier stream (Table 1). The mass spectra showed protonated (and deprotonated) molecular ions as well as fragments arising from the loss of water molecules. In the NI mode an ion at $m/z$ [M + 60]$^-$ with a relative abundance up to 15% was also observed. The origin of this ion is not yet understood. Although mass spectra obtained with filament-off or filament-on ionization showed the same ions as observed with discharge

**Table 1. Main ions observed for vitamin D$_3$ and its metabolites in the PI and NI mode in FIA TSP MS[a]**

| Compound | Mol. wt | PI | | NI | |
|---|---|---|---|---|---|
| | | Ion | Rel. abund. | Ion | Rel. abund. |
| Vitamin D$_3$ | 384 | [M + H]$^+$ | 100 | [M − H]$^-$ | 100 |
| | | [M + H − H$_2$O]$^+$ | 50 | [M − H − H$_2$O]$^-$ | 25 |
| | | | | [M + 60]$^-$ | 10 |
| 1α(OH)D$_3$ | 400 | [M + H]$^+$ | 25 | [M − H]$^-$ | 60 |
| | | [M + H − H$_2$O]$^+$ | 100 | [M − H − H$_2$O]$^-$ | 100 |
| | | [M + H − 2H$_2$O]$^+$ | 25 | [M − H − 2H$_2$O]$^-$ | 10 |
| | | | | [M + 60]$^-$ | 5 |
| 25(OH)D$_3$ | 400 | [M + H]$^+$ | 30 | [M − H]$^-$ | 100 |
| | | [M + H − H$_2$O]$^+$ | 100 | [M + 60]$^-$ | 5 |
| | | [M + H − 2H$_2$O]$^+$ | 40 | | |
| 1α,25(OH)$_2$D$_3$ | 416 | [M + H]$^+$ | 5 | [M − H]$^-$ | 100 |
| | | [M + H − H$_2$O]$^+$ | 100 | [M − H − H$_2$O]$^-$ | 20 |
| | | [M + H − 2H$_2$O]$^+$ | 40 | [M − H − 2H$_2$O]$^-$ | 10 |
| | | [M + H − 3H$_2$O]$^+$ | 5 | [M + 60]$^-$ | 5 |
| 24,25(OH)$_2$D$_3$ | 416 | [M + H]$^+$ | 100 | [M − H]$^-$ | 100 |
| | | [M + H − H$_2$O]$^+$ | 75 | [M + 60]$^-$ | 15 |
| | | [M + H − 2H$_2$O]$^+$ | 40 | | |

[a] Carrier stream, water–acetonitrile (20:80, v/v); flow rate, 1 ml min$^{-1}$. Discharge ionization, 1 kV.

QUESTMS-00000599

624                                                                R. J. VREEKEN *ET AL.*

ionization, the relative intensities of the fragments were the highest with the latter mode of operation. As an example the mass spectra of vitamin $D_3$ and $1\alpha,25(OH)_2D_3$ in the NI mode are shown in Fig. 2. The signal-to-noise ratio in the NI mode was 2–5-fold higher than in the PI mode. This result markedly differs from that obtained by Watson *et al.*,[43] who reported no appreciable ion currents in the NI mode, but strong signals in the PI mode, when using water (0.1 M ammonium acetate)–methanol (80:20, v/v) as eluent. This may well be due to the use of different interfaces (Vestec TSP instead of Finnigan TSP) with different temperature settings and/or different ionization techniques, i.e. filament-on ionization with ammonium acetate instead of discharge ionization without ammonium acetate.[7,8] Indeed, when we added 50 mM ammonium acetate to the carrier stream clusters with ammonium ions (PI mode)—also reported by Watson—and with acetate ions (NI mode), with relative abundances up to 40%, were observed.

Usually, it is rather difficult to distinguish between positional isomers by means of TSP MS, because of the low number of specific fragments observed. However, as can be seen from Table 1, in this case the relative intensities of the ions in the mass spectra of the monohydroxylated metabolites, $1\alpha(OH)D_3$ and $25(OH)D_3$, under NI conditions, and the dihydroxy metabolites, $1\alpha,25(OH)_2D_3$, and $24,25(OH)_2D_3$, under PI conditions, were quite different. The latter data are in agreement with those reported by Watson. With the monohydroxylated metabolites the differences in the spectra may be rationalized by a better stabilization of the negative charge on the oxygen attached to C-25, resulting in an $[M-H]^-$ ion for $25(OH)D_3$, compared to the possibility for conjugation after loss of water from the deprotonated molecular ion of $1\alpha(OH)D_3$. With the dihydroxy metabolites, the better stabilization of the positive charge in the aliphatic side-chain of $24,25(OH)_2D_3$ by means of intra-molecular hydrogen bonding between the two adjacent hydroxyl groups compared to the extra conjugation in the A ring obtained after elimination of water from protonated $1\alpha,25(OH)_2D_3$ explains the higher relative abundance of the $[M+H]^+$ ion for the former metabolite (100% versus 5%). In other words, using PI and NI mode TSP MS identification of each of the metabolites is possible.



**Figure 2.** Full-scan TSP mass spectra of (A) vitamin $D_3$ (B)$1\alpha,25(OH)_2D_3$ in the NI mode. Concentration: 1 µM. Carrier stream: acetonitrile–water (80:20, v/v); flow rate, 1 ml min$^{-1}$; vaporizer temperature, 100 °C; aerosol temperature, 200 °C; repeller, −75 V. Discharge voltage, 1 kV.

QUESTMS-00000026

VITAMIN D$_3$                                                                 625

## Derivatization

**Choice of derivatization reagent.** In view of the aims of our study outlined in the Introduction, various dienophilic reagents known to be highly reactive and to have the ability to undergo (resonance) electron capture were selected. The latter property may be expected to be a prominent feature of TCE, TCNE[33] and DCDCQ. TCNE, often used as dienophilic reagent, reacts extremely fast with a great diversity of dienes.[35,44] PTAD, the most powerful Cookson-type reagent known,[38] was also included in our study. PTAD, and also its methyl analogue, are often used to determine the geometry and position of double bonds in conjugated dienes,[36,39] and as masking agent for conjugated systems.[40] The derivatives of vitamin D$_3$ and PTAD have been shown to be rather stable under electron impact (EI) conditions: molecular ions with relative abundances up to 25% were observed for direct-probe samples.[36] In LC/TSP MS the ion source pressure is relatively high (1–10 torr) and comparable to that under chemical ionization (CI) conditions. Next to the collisional stabilization, the lower amount of energy transferred during CI will boost the formation of the (de)protonated molecular ion, which will result in an increase in sensitivity. Although the ionization mechanisms in LC/TSP MS is still under investigation and depends on the mode of operation, it is accepted that CI processes play an important role.[3]

Maleic acid anhydride is also often used as dienophilic reagent.[42] Unfortunately, it is very unstable in aqueous solution. Therefore maleic acid itself was used. The reaction product of maleic acid and vitamin D$_3$ should have two carboxylic acid groups. This should be advantageous because they can easily be deprotonated by pH adjustment, which is interesting because of the ion evaporation processes known to take place during TSP ionization.[46] For the same reason oxalic acid was also selected.

Cinnamic acid, another unsaturated acid, was chosen as reagent because its derivatives show intense deprotonated molecular ions and relatively little fragmentation in negative chemical ionization mass spectrometry.[47] This is interesting, because the main signal in the mass spectrum now is found at a relatively high mass, where fewer background interferences are present.

**Reaction conditions.** The various reagents were tested with regard to reaction time and required reagent concentration (see Experimental section). Only PTAD, TCNE and DCDCQ reacted with vitamin D$_3$ in the allotted time window (10–180 s). TCE and cinnamic, maleic and oxalic acid did not show any reaction with vitamin D$_3$ even after 180 s and at an extra high level of the reagent used, i.e. 100 mM.

The reactivity of DCDCQ was significantly lower than that of TCNE and PTAD. When a 25 mM solution of DCDCQ was reacted with 0.5 mM solution of vitamin D$_3$ for 180 s, about 50% of the analyte was converted into the corresponding derivative (see next section). TCNE reacts with vitamin D$_3$ in the same way as does PTAD (see Fig. 3). The influence of the concentration of both reagents in the range 1–50 mM is shown in Fig. 4(A). The yield, expressed as the percentage of vitamin D$_3$ which has reacted after 90 s reaction, time rapidly increases with increasing reagent concentration. Obviously, PTAD is more reactive than TCNE; a 10 mM solution is required for a complete reaction in 90 s as against about 20 mM with TCNE. Figure 4(B) shows the percentage of vitamin D$_3$ derivatized after different reaction times, using a 10 mM solution of TCNE or PTAD. Clearly, the reaction of vitamin D$_3$ with PTAD proceeds faster than the reaction with TCNE.

**Identification of derivatives.** The derivatives formed during the off-line (pre-column) reaction of vitamin D$_3$ with



| | R$_1$ | R$_2$ | R$_3$ |
|---|---|---|---|
| VITAMIN D$_3$ | H | H | H |
| 1α(OH)VITAMIN D$_3$ | OH | H | H |
| 25(OH)VITAMIN D$_3$ | H | H | OH |
| 24,25(OH)$_2$VITAMIN D$_3$ | H | OH | OH |
| 1α,25(OH)$_2$VITAMIN D$_3$ | OH | H | OH |

**Figure 3.** Reaction scheme of the reaction between vitamin D$_3$ and its metabolites with PTAD.

QUESTMS-00000601

626                                          R. J. VREEKEN *ET AL.*



**Figure 4.** Percentage of reacted vitamin D₃ (0.1 mM) versus (A) reagent concentration with 90 s of reaction time and (B) reaction time with 10 mM solution of the reagents. Carrier stream: acetonitrile–water (80 : 20, v/v); flow rate, 1 ml min⁻¹; UV detection at 256 nm.

PTAD, TCNE and DCDCQ were identified by means of LC/TSP MS. TSP mass spectra were obtained in the filament-off, filament-on and discharge ionization mode. Discharge ionization always gave the highest abundance of fragments. With filament-off of filament-on ionization, hardly any fragmentation was observed and the (de)protonated molecular ion of the derivative was the base peak in most cases. Discharge ionization was used in all further experiments.

With PTAD as dienophilic reagent and vitamin D₃ as test solute, two products were observed in LC/TSP MS ($t_{ret}$ 12.5 min and 12.8 min). Figure 5 shows the ion trace (NI mode) for $m/z$ 558 (Fig. 5A), corresponding to the deprotonated molecular ion of the derivatives, and the reconstructed total ion current (Fig. 5(B)). The intense signal in the early part of the chromatogram orginates from the excess of reagent present in the sample. The intensities and mass spectra of both products were essentially the same, both in the PI and the NI mode; the sensitivity in the NI mode was slightly higher. The base peaks in the spectra of both products were at $m/z$ 560 (PI) and $m/z$ 558 (NI), which correspond to the protonated and the deprotonated molecular ion of the derivatives, respectively. The same behaviour was observed for the derivatives of the metabolites of vitamin D₃ with PTAD. As can be seen in Fig. 6, the mass spectra of the PTAD derivatives show hardly any fragmentation—only loss of water is observed. For vitamin D₃ in the PI mode an ion at $m/z$ 298, previously reported by Yeung *et al.*[48] using static and dynamic FAB, is also observed. The differences in the mass spectra between the various metabolites noted for the non-derivatized compounds do not occur.



**Figure 5.** LC/TSP MS of vitamin D₃ (0.01 mM) derivatized (pre-column mode) with PTAD (0.5 mM) in the NI mode using discharge ionization, full-scan conditions (100–650 u s⁻¹). (A) Ion trace of [M − H]⁻, i.e. $m/z$ 558, and (B) reconstructed total ion current. LC column: 15 cm × 4.6 mm i.d. home-packed with Rosil C₈-DA bonded-phase material (5 µm, 80 Å). Mobile phase: acetonitrile–water (80 : 20, v/v); flow rate, 1 ml min⁻¹. Mass spectrometric conditions, see Fig. 2.

QUESTMS-00000602

VITAMIN D₃      627



**Figure 6.** Full-scan mass spectra of the Diels–Alder reaction products obtained by pre-column derivatization of (A and B) vitamin D₃ (0.1 mM) and (C and D) 1α,25(OH)₂D₃ (0.01 mM) with PTAD (0.5 mM) in the PI (A and C) and the NI (B and D) mode. Conditions, see Fig. 5.

Obviously, two isomers are formed during reaction with PTAD. These epimers around $C_6$ have already been reported by Aberhart and Hsu[50] and Reischl and Zbiral.[51] They are formed by the addition of PTAD in an *endo* fashion from the upper ($\beta$) and the lower ($\alpha$) side of the triene system. The $\alpha$-faced adduct was mainly formed (95%), because of the sterical hindrance during the approach of PTAD from the upper side. However, during the derivatization described in the paper using acetonitrile–water (80:20, v/v) instead of ethyl acetate as solvent, equal amounts of the epimers were formed. Solvation effects may play a role here.

Derivatization of vitamin D₃ with TCNE also yielded two products in similar amounts; the explanation is the same as given above. As can be seen in the reconstructed ion chromatogram (NI mode) in Fig. 7, the separation of the two epimers is much better than with the PTAD derivatives (cf. Fig. 5). Besides, the PTAD derivatives probably are more bulky and therefore less polar than the TCNE derivatives; this may explain the faster elution of the latter derivatives.

The two epimers formed in the reaction between vitamin D₃ and TCNE showed relatively simple mass spectra in the NI mode. Next to the molecular ion (after electron capture) only two fragments were observed, viz. at $m/z$ 485 and $m/z$ 458, originating from the loss of one and two molecules of HCN, respectively. In the PI mode a protonated molecular ion and two fragments, resulting from the loss of one and two HCN molecules, were observed.

Unfortunately, when TCNE was used experimental difficulties were encountered even in pre-column derivatization. Probably because of its extreme polarity, excess TCNE adhered to the inner wall of the capillaries, especially in the vaporizer used, which caused pressure shocks in the ion source. Working at higher vaporizer temperatures of 150–200 °C did not solve the problem. Furthermore, after using TCNE, the system, and especially the injector, had to be thoroughly cleaned to prevent memory effects. These restrictions severely limit the use of TCNE as a pre- and certainly as a post-column derivatization reagent.

The reaction of vitamin D₃ with DCDCQ showed not two but four products after LC/TSP MS. Obviously, the above-mentioned reaction takes place at two sites in the reagent molecule. Both the double bond between $C_2$ and $C_3$ and the double bond located between $C_5$ and $C_6$ can act as the dienophilic reaction

QUESTMS-00000603

628 R. J. VREEKEN *ET AL.*



**Figure 6—**Continued

site. The mass spectra of the four epimers again were identical and showed only a signal at $m/z$ 611 in the PI mode and at $m/z$ 610 in the NI mode. These can be attributed to the protonated molecular ion and the molecular anion after electron capture, respectively.

**On-line derivatization.** In the post-column set-up, for obvious reasons only PTAD was tested as derivatization reagent. During post-column derivatization variables such as concentration of the reagent and reaction (residence) time and important since they have a major effect on the derivatization yield of the analyte and, therefore, on the sensitivity of the method. The production of two epimers—which is a drawback in the precolumn reaction because of the subsequent LC separation—is not a problem in the post-column set-up because the mass spectra are identical, i.e. the intensities simply add up.

In order to optimize the system the flow rate of the PTAD solution (25 mM) was varied between 0.05 and 0.3 ml min⁻¹. Because the vaporizer temperature has to be optimized with each new flow rate, the flow through the analytical column was changed in such a way that the total flow to the TSP mass spectrometer was constant at 1 ml min⁻¹. The optimization showed an increase in signal of the PTAD derivative of vitamin $D_3$ up to 0.1 ml min⁻¹ of reagent solution. Beyond this

flow the signal remained constant but the noise increased rapidly. Therefore, 0.1 ml min⁻¹ was chosen as the reagent flow in all further experiments. Next, the concentration of the PTAD solution was varied between 5 and 50 mM. The optimal concentration was found to be 25 mM; at higher concentrations the signal-to-noise ratio started to decrease.

The length, internal diameter and helix diameter of the reaction coil were left constant at 1.3 m, 0.8 mm and 20 mm, respectively. At a total flow of 1 ml min⁻¹, the residence time was 40 s, which is acceptable in terms of extra-column band broadening.[52]

With a 25 mM PTAD solution in acetonitrile as post-column reagent solution at a flow rate of 0.1 ml min⁻¹—or a reaction medium of 2.5 mM PTAD at a total flow rate 1 ml min⁻¹—complete conversion of vitamin $D_3$ into its PTAD derivative was observed within 40 s. This might seem to contradict the results described above, where a concentration of 10 mM was needed for a reaction within 90 s (cf. Fig. 4). Furthermore, the excess of reagent was higher in the off-line mode, i.e. 100-fold as against 25-fold in the on-line mode, which should effect a higher reaction rate in the former case. However, the reaction in the post-column set-up was carried out in acetonitrile–water (91:9, v/v), viz. 0.9 ml min⁻¹ acetonitrile–water (90:10, v/v) used for LC +0.1 ml min⁻¹ 25 mM PTAD in acetonitrile,

QUESTMS-00000604



**Figure 7.** LC/TSP MS of vitamin $D_3$ (0.1 mM) derivatized (pre-column mode) with TCNE (0.5 mM) in the NI mode using discharge ionization. Conditions, see Fig. 5.

instead of the acetonitrile–water (80:20, v/v) mixture used with pre-column derivatization. Probably, in the latter case solvation of PTAD is stronger; this lowers the effective concentration of PTAD and therefore more reagent is needed for a complete reaction. Indeed, with a 25 mM PTAD solution instantaneous reaction was observed in pure acetonitrile.

**Chromatographic system and detection limits**

In the present paper vitamin $D_3$ and its metabolites were separated on a $C_8$-bonded silica column in less than 15 min with acetonitrile–water (90:10, v/v) as eluent (flow, 1 ml min⁻¹). Four out of the five test compounds were properly resolved. The capacity factors for $1\alpha,25(OH)_2D_3$, $25(OH)D_3$, $1\alpha(OH)D_3$ and vitamin $D_3$ were 0.46, 1.2, 2.1 and 5.0, respectively. Unfortunately, $24,25(OH)_2D_3$ did not elute from the column even after 60 min, probably due to irreversible adsorption on free silanol groups.

With UV detection at 256 nm, limits of detection (LOD) of 2–8 µM were obtained for the non-derivatized compounds. With the mass spectrometer, however, using multiple ion detection (MID; range of 3 mass units per ion) on the deprotonated molecular ion in the NI mode (discharge ionization) LODs of 50–70 nM were found (see Table 2). This means that, for a 120 µl injection, 6–12 pmol of the analytes can be detected. LODs obtained with filament-off or filament-on ionization were one order of magnitude higher. Therefore, only the use of discharge ionization is reported here. The LODs obtained for the various metabolites in the PI and NI mode differed less than twofold, with the NI

mode being slightly more sensitive. The method showed linear calibration graphs ($r^2 = 0.985$–$0.995$) over three orders of magnitude (concentration range, 50 nM to 50 µM). A reconstructed ion chromatogram of the separation of a mixture of the non-derivatized compounds (120 nM each) with NI detection, using MID on the deprotonated molecular ions, is shown in Fig. 8(A).

Post-column derivatization with PTAD caused a distinct increase in analyte detectability, with LODs of 1–7 nM. This gain is clearly evident when comparing Fig. 8(A) and (B). In the latter a reconstructed ion chromatogram (NI mode) is shown of the same mixture as used in Fig. 8(A), but now after derivatization with PTAD. Derivatization enhances the detectability of the various test solutes to a distinctly different degree (Table 2). For instance, comparison of the signals in the NI mode without and with derivatization shows that $1\alpha,25(OH)_2D_3$

**Table 2.** LODs of vitamin $D_3$ and some metabolites with LC/TSP MS in PI and NI mode, using discharge ionization (MID), without and with on-line post-column derivatization with PTAD[a]

| Compound | LODs (nM) | | | |
| --- | --- | --- | --- | --- |
| | PI | NI | PI der. | NI der. |
| Vitamin $D_3$ | 100 | 60 | 10 | 2 |
| $1\alpha(OH)D_3$ | 60 | 50 | 20 | 6 |
| $25(OH)D_3$ | 90 | 70 | 50 | 1 |
| $1\alpha,25(OH)_2D_3$ | 70 | 50 | 70 | 7 |

[a] Mobile phase: acetonitrile–water (90:10, v/v); flow rate, 0.9–1 ml min⁻¹. Derivatization reagent: 25 mM PTAD in acetonitrile; flow rate, 0.1 ml min⁻¹. Discharge voltage, 1 kV.

QUESTMS-00000605

630                                    R. J. VREEKEN *ET AL.*



**Figure 8.** LC/TSP MS (NI mode; MID) of vitamin $D_3$ and its metabolites (A) without derivatization and (B) with post-column derivatization with PTAD (25 mM solution). Concentration: 120 nM. LC column: 15 cm × 4.6 mm i.d. home-packed with Rosil $C_8$-DA bonded-phase material (5 μm, 80 Å); mobile phase: acetonitrile–water (90:10, v/v); injection volume, 120 μl. (A) Ions at $m/z$ 383, 399 (first and second peaks) and 415 correspond to the deprotonated ions of vitamin $D_3$, 25(OH)$D_3$, 1α(OH)$D_3$ and 1α,25(OH)$_2D_3$, respectively. The ion at $m/z$ 381 corresponds to [M − H − H$_2$O]$^-$ of 1α(OH)$D_3$. (B) Ions at $m/z$ 556–558 correspond to the [M − H − H$_2$O]$^-$ (558; first peak) and the [M − H]$^-$ (558; second peak) ions of the derivatives of 1α(OH)$D_3$ and vitamin $D_3$, respectively. The ions at $m/z$ 572–574 correspond to the [M − H − H$_2$O]$^-$ ion of the derivative of 1α,25(OH)$_2D_3$ (572; first peak) and the [M − H]$^-$ ions of the derivatives of the monohydroxylated metabolites (574; second and third peak). The trace at $m/z$ 590 corresponds to the deprotonated molecular ion of the derivative of 1α,25(OH)$_2D_3$.

does not benefit from the derivatization to the same degree as do the others: a factor of 7 is gained as compared to a factor of 70 in the case of 25(OH)$D_3$.

The increase in analyte detectability after pre-column derivatization with TCNE and DCDCQ, for reasons explained above, can only be estimated on the basis of the limited amount of data acquired for vitamin $D_3$ (0.01–1 mM). The PI and NI mode signal intensities observed after reaction with TCNE were up to tenfold lower than observed with PTAD; that is, the LODs were about 100 nM and 10 nM, respectively. With DCDCQ the signal intensities were comparable to those obtained with PTAD in the PI as well as in the NI mode.

Comparison of the signal-to-noise ratios for the PTAD, TCNE and DCDCQ derivatives in the PI and NI mode showed that analyte detectability was better in the NI mode. This was also observed for the non-derivatized compounds.

## CONCLUSIONS

In this paper, post-column derivatization is successfully used to improve selectivity and analyte detectability in LC/TSP MS. The selected reaction is a Diels–Alder [4 + 2] cyclo-addition applied to the determination of vitamin $D_3$ and its metabolites. Various dienophilic reagents were examined, with PTAD and TCNE providing fast (less than 1 min) and quantitative derivatization of vitamin $D_3$ and its metabolites, even in the presence of up to 10% of water. Unfortunately, TCNE gave experimental problems during the on-line post-column derivatization and was not applied in this mode.

With LC/TSP MS, the LODs for the underivatized compounds with discharge ionization (NI mode) using MID were 50–70 nM. With filament-on (PI mode) and SIM, Watson *et al.*[43] reported some tenfold lower

QUESTMS-00000606

detection levels for these compounds. The use of different interfaces and experimental conditions may well explain these differences. It is of some interest to add that the quoted authors finally rejected TSP MS detection because of distinct analytical problems (poor linearity of calibration graphs).

When using a post-column Diels–Alder derivatization with PTAD as derivatization reagent, discharge ionization (NI mode) and MID, our LODs distinctly improved, viz. to 1–7 nM. The use of Cookson-type reagents with, for example, nitrogroups or halogen atoms attached to the phenyl ring, may well improve these LODs further. The mass spectra (PI and NI mode) of the underivatized compounds and the derivatives were very simple and showed (de)protonated molecular ions and fragments due to loss of water only.

The data reported here are comparable with those published by other authors using PTAD, or an analogue, as derivatization reagent in the pre-column mode. Shimada et al.[38] reported an LOD of 0.02 pmol (injection volume not given), after dilution of a solution containing 1 μg of a derivative of vitamin D₃ (fluorescence label at position 4 of the triazoline ring) with electrochemical and fluorescence detection. Shimizu et al.[41,42] reported LODs of 1–10 nM (injection volume 10 μl) for vitamin D₃ and some of its metabolites after derivatization with DMEQ-TAD, an analogue of PTAD in which the phenyl ring was replaced by a substituted quinoline moiety. In both studies, however, pre-column derivatization took 30 min and required the use on a non-aqueous solvent, i.e. ethyl acetate or dichloromethane. This contrasts strongly with our findings of a fast reaction—less than 1 min—in a partly aqueous solution. Probably, this can be explained by hydrophobic effects, although a more detailed study of the effect seems necessary.

In summary, it has convincingly been demonstrated that the on-line combination of post-column derivatization and LC/TSP MS is a viable option to enhance analyte detectability. With most of the test solutes selected, vitamin D₃ and several of its metabolites, the LODs are enough to permit direct determination in plasma. However, for $1\alpha,25(OH)_2D_3$ with its plasma levels of 20–40 ng ml⁻¹, trace enrichment is still required. With the present system, and using post-column derivatization with PTAD, pre-concentration of 10 ml of plasma should be performed to enable the detection of $1\alpha,25(OH)_2D_3$. This result is somewhat disappointing, because Watson et al.[43] also had to process 10 ml of plasma, however, without applying derivatization. In other words, although derivatization with PTAD per se has worked according to experimentations, the overall sensitivity of the mass spectrometer certainly is not optimal. Probably, the latter aspect is at least partly the result of using different thermospray interfaces (and different experimental conditions); it may also well be due to the fact that the present study was carried out using a 14-year-old mass spectrometer! Nevertheless, whatever may be the cause of the discrepancy, the beneficial role of post-column derivatization stands unimpeded.

**Acknowledgements**

The authors would like to thank Dr O. Leeuwenkamp (Pharma Bio-Research International, Zuid-Laren, The Netherlands) for stimulating discussions. The investigations were supported by the Netherlands Foundation for Chemical Research (SON) with financial aid from the Netherlands Organization for the Advancement of Scientific Research (NWO), grant no. 700.344.006.

## REFERENCES

1. M. A. Brown (ed.), *Liquid Chromatography/Mass Spectrometry: Applications in Agricultural, Pharmaceutical and Environmental Chemistry*, ACS Symposium Series, Vol 420. American Chemical Society, Washington, DC (1990).
2. A. L. Yergey, G. E. Edmonds, I. A. S. Lewis and M. L. Vestal (eds), *Liquid Chromatography/Mass Spectrometry: Techniques and Applications*; Plenum Press, New York (1990).
3. P. Arpino, *Mass Spectrom. Rev.* 9, 631 (1990).
4. C. R. Blakley and M. L. Vestal, *Anal. Chem.* 55, 750 (1983).
5. R. W. Frei and J. van der Greef (eds), Proceedings of the Fifth (Montreux) Symposium on LC/MS, SFC/MS and Tandem MS, Freiburg 2-4/11/1988, *J. Chromatogr.* 474, 5-343 (1989).
6. R. D. Voyksner, E. D. Bush and D. Brent, *Biomed. Environ. Mass Spectrom.* 14, 523 (1987).
7. R. J. Vreeken, U. A. Th. Brinkman, G. J. de Jong and D. Barcélo, *Biomed. Environ. Mass Spectrom.* 19, 481 (1990).
8. R. J. Vreeken, H. Bagheri, R. T. Ghijsen and U. A. Th. Brinkman, in preparation.
9. R. W. Frei and K. Zech (eds), *Selective Sample Handling and Detection in High-performance Liquid Chromatography*. Part A. Elsevier, Amsterdam (1988).
10. K. Zech and R. W. Frei (eds), *Selective Sample Handling and Detection in High-performance Liquid Chromatography*, Part B. Elsevier, Amsterdam (1989).
11. H. Lingeman and W. J. M. Underberg (eds), *Detection-oriented Derivatization Techniques in Liquid Chromatography*. M. Dekker, New York (1990).
12. U. A. Th. Brinkman, H. Lingeman and R. W. Frei, *J. Chromatogr.* 492, 251 (1989).
13. I. S. Krull (ed.), *Reaction Detection in Liquid Chromatography*. M. Dekker, New York (1986).
14. R. J. Anderegg, *Mass Spectrom. Rev.* 7, 395 (1988).
15. J. van der Greef, W. M. A. Niessen and U. R. Tjaden, *J. Chromatogr.* 474, 5 (1989).
16. R. D. Voyksner and E. D. Bush, *Biomed. Environ. Mass Spectrom.* 14, 213 (1987).
17. J. Paulson and C. Lindberg, *J. Chromatogr.* 554, 149 (1991).
18. J. Abian, M. Pages and E. Gelpi, *J. Chromatogr.* 554, 155 (1991).
19. D. E. Games and E. D. Ramsey, *J. Chromatogr.* 323, 67 (1985).
20. R. D. Voyksner, E. D. Bush and D. Brenth, *Biomed. Environ. Mass Spectrom.* 14, 623 (1987).
21. J. A. Yergey, H. Y. Kim and N. Salem Jr, *Anal. Chem.* 58, 1344 (1986).
22. G. J. Ossekoppele, P. W. Weijermans, J. J. P. Nauta, P. C. Huygens and M. M. A. C. Langenhuijsen, *Leukemia Res.* 13, 609 (1989).
23. D. A. Seamark, D. J. H. Trafford and H. L. J. Makin, *Clin. Chim. Acta* 106, 51 (1980).
24. I. Bjorkhem, I. Holmberg, T. Kristiansen and J. L. Pedersen, *Clin. Chem.* 25, 584 (1979).
25. R. D. Coldwell, D. J. H. Trafford, M. J. Varley, D. N. Kirk and H. L. J. Makin, *Steroids* 55, 418 (1990).
26. K. Shimada and N. Kobayashi, *TrAC* 10, 103 (1991).

QUESTMS-00000607

632    R. J. VREEKEN *ET AL.*

27. M. Amin, *J. Liq. Chromatogr.* **11**, 1347 (1968).

28. T. Koskinen and P. Valtonen, *J. Liq. Chromatogr.* **8**, 463 (1985).

29. G. Jones, D. A. Seamark, D. J. H. Trafford and H. L. J. Makin, in *Modern Chromatographic Analysis of the Vitamins*, ed. by P. de Leenheer, W. E. Lambert and M. G. M. de Ruyter, Ch. 2. M. Dekker, New York (1985).

30. R. Van Haelen-Fastre and M. Van Haelen, *J. Chromatogr.* **179**, 131 (1979).

31. D. Barcélo, G. Durand, R. J. Vreeken, G. J. de Jong and U. A. Th. Brinkman, *Anal. Chem.* **62**, 1696 (1990).

32. B. W. Hollis and N. E. Frank, *J. Chromatogr.* **343**, 43 (1985).

33. L. J. Sears, J. A. Campbell and E. P. Grimsrud, *Biomed. Environ. Mass Spectrom.* **14**, 401 (1987).

34. J. Sauer, *Angew. Chem.* **79**, 76 (1967).

35. M. J. S. Dewar, S. Olivella and J. J. P. Stewart, *J. Am. Chem. Soc.* **108**, 5771 (1986).

36. D. C. Young, P. Vouros, B. Decosta and M. F. Holick, *Anal. Chem.* **59**, 1954 (1987).

37. D. A. Kidwell and K. Biemann, *Anal. Chem.* **54**, 2462 (1982).

38. K. Shimada, T. Oe and T. Mizuguchi, *Analyst* **116**, 1393 (1991).

39. D. C. Young, P. Vouros and M. F. Holick, *J. Chromatogr.* **522**, 295 (1990).

40. D. H. R. Barton, X. Lusinchi and J. S. Ramirez, *Tetrahedron Lett.* **24**, 2995 (1983).

41. M. Shimizu, T. Takahashi, S. Uratsuka and S. Yamada, *J. Chem. Soc. Chem. Commun.* 1416 (1990).

42. M. Shimizu, S. Kamachi, Y. Nishii and S. Yamada, *Anal. Biochem.* **194**, 77 (1991).

43. D. Watson, K. D. R. Setchell and R. Ross, *Biomed. Chrom.* **5**, 153 (1991).

44. M. Ozolin and G. H. Schenk, *Anal. Chem.* **33**, 1035 (1961).

45. K. Alder and M. Schumacher, *Liebigs Ann. Chem.* **571**, 87 (1951).

46. M. L. Vestal, *Mass Spectrom. Rev.* **2**, 447 (1983).

47. T. M. Trainor, R. W. Giese and P. Vouros, *J. Chromatogr.* **451**, 389 (1988).

48. B. Young, G. Satyanarayana Reddy and P. Vouros, *Proc. 40th ASMS Conf. Mass Spectrom. Allied Topics*, p. 1089. Washington, DC, May 31–June 5 (1992).

49. S. R. Wilson. *Proc. 40th ASMS Conf. Mass Spectrom. Allied Topics*, p. 1641. Washington, DC, May 31–June 5 (1992).

50. D. J. Aberhart and A. C. T. Hsu, *J. Org. Chem.* **41**, 2098 (1976).

51. W. Reischl and E. Zbiral, *Justus Liebigs Anal. Chem.* **5**, 745 (1978).

52. G. J. de Jong, U. A. Th. Brinkman and R. W. Frei, in *Detection-Oriented Derivatization Techniques in Liquid Chromatography*, ed. by H. Lingeman and W. J. M. Underberg, Ch. 4. M. Dekker, New York (1990).

QUESTMS-00000608

**Seminar**

# Rickets

Brian Wharton, Nick Bishop

**Rickets, once thought vanquished, is reappearing. In some less developed countries it hardly went away. This seminar reviews the effects of genes, stage of development, and environment on clinical expression of the disease. Rickets can be secondary to disorders of the gut, pancreas, liver, kidney, or metabolism; however, it is mostly due to nutrient deficiency and we concentrate on this form. Although calcium deficiency contributes in communities where little cows' milk is consumed, deficiency of vitamin D is the main cause. There are three major problems: the promotion of exclusive breastfeeding for long periods without vitamin D supplementation, particularly for babies whose mothers are vitamin D deficient; reduced opportunities for production of the vitamin in the skin because of female modesty and fear of skin cancer; and the high prevalence of rickets in immigrant groups in more temperate regions. A safety net of extra dietary vitamin D should be re-emphasised, not only for children but also for pregnant women. The reason why many immigrant children in temperate zones have vitamin D deficiency is unclear. We speculate that in addition to differences in genetic factors, sun exposure, and skin pigmentation, iron deficiency may affect vitamin D handling in the skin or gut or its intermediary metabolism.**

Although rickets had been well known for many years, it was described medically in the mid-17th century by Whistler (an Englishman studying in Leiden), Boate (a Dutchman working in Dublin), and Glisson and other fellows of the Royal College of Physicians, London. Since that time, the importance of rickets has waxed, waned, and waxed again. Events in the cycle have included the therapeutic use of cod-liver oil[1] and sunlight or ultraviolet light;[2] the demonstration that either approach was effective;[3] the observation that vitamin D improved growth and weight gain;[4] the unravelling of the metabolism and mechanism of action of vitamin D uniting the dietary and sunlight aetiologies;[5] fortification of foods with vitamin D; and hypercalcaemia due to overuse of vitamin D.[6] In recent years, however, despite the better understanding and a wide choice of preventive and therapeutic strategies, rickets is reappearing, not only in temperate zones with limited sunshine (eg, Canada, New Zealand, the UK)[7,8] but also in sunnier climates (eg, Australia, the USA, Ethiopia, Saudi Arabia).[9-12] Indeed, rickets is more common in some sunny countries than in temperate ones. An old problem of nutritional child health, once thought vanquished, has resurfaced.

## What is rickets?

Endochondral ossification is the process by which cartilage is transformed into bone. The cartilage matrix produced by hypertrophic chondrocytes is calcified before being reabsorbed and replaced with woven bone, which in turn is removed and replaced with mature lamellar bone. During these processes, there is extensive deposition of new unmineralised bone tissue, known as osteoid. Rickets is the failure to mineralise this newly formed osteoid. Bones grow longer during childhood, and they must also become wider and alter their shape. The alteration process, in which bone is formed at one site and later removed at a different site, is called modelling. Finally, worn-out bone is replaced by bone-resorbing and bone-forming cells in a process called remodelling. Demineralised osteoid can accumulate at the sites of modelling and remodelling (osteomalacia).[13] These pathological changes result in the typical appearances at the growth plate and in the gradual softening of bone, which leads to deformity in association with weight-bearing. Osteomalacia can occur in adults deficient in calcium, phosphate, or vitamin D. Rickets can occur only before fusion of the epiphyses.

Although rickets has several osseous clinical signs (panel 1), a requirement for diagnosis is a radiograph of a long bone showing cupping, splaying, and fraying of the metaphysis (figure 1). Of the non-osseous effects of vitamin D deficiency (panel 2), the most important is symptomatic hypocalcaemia with convulsions, tetany, or cardiac failure in rare cases. Biochemical abnormalities reflect the causes and effects of rickets (panel 3).

### Search strategy

The first aim was to examine the effects of genes, stage of development, and environment on rickets, and to relate these influences to clinical and public-health concerns. Literature searches of PubMed were done with the keywords "rickets" or "vitamin D" alone and then with "genes, or genetics", specified ages, "sun", "treatment", "prevention", and specific countries, with subsearches as necessary (eg, "weaning + calcium + phytate"). The choice of papers to quote was related to their historical or scientific importance, in our view. Publications since Jan 1, 2000, were given more attention since they might be less well known than older papers. To limit the total number of references cited, a recent paper on a topic that quoted many earlier papers was favoured over multiple citations. We cited few chapters in books, since many are difficult to retrieve, or papers appearing only as abstracts, since many do not subsequently appear in peer-reviewed journals or are altered substantially.

*Lancet* 2003; **362:** 1389–400

MRC Childhood Nutrition Research Centre, Institute of Child Health, London WC1N 1EH, UK (Prof B A Wharton FRCPCH) and Academic Unit of Child Health, Sheffield Children's Hospital, University of Sheffield, Sheffield (Prof N J Bishop FRCPCH)
**Correspondence to:** Prof Brian Wharton
(e-mail: bwharton@ich.ucl.ac.uk)

QUESTMS-00000609

## Panel 1: Signs of rickets in osseous tissues

**Craniotabes in newborn baby and young infant**
Softening of skull bones may be present but is not pathognomonic of rickets.[14]

**Frontal bossing in early infancy**
Expansion of cranial bones relative to facial bones; hydrocephalus also causes this disparity ("rickets hydrocephalus").[15]

**Fontanelle**
Delayed closure, but normal time of closure varies; occasionally intracranial hypertension.[16]

**Big wrists**
An apparent bracelet of bone around the wrist (specificity 81%[17]) but normal-sized wrist bones may appear large if there is muscle wasting due to protein-energy deficiency.

**Rickety rosary**
Swollen costochondral junctions of ribs (specificity 64%[17]).

**Skeletal deformities**
Particularly "bow legs" once the child is walking; genu valgum is generally not due to rickets. Spinal curvature occurs in occasional cases, but causes other than rickets are more likely. Narrowed pelvic outlet used to cause obstructed labour.

**Brown tumour**
Fibrous-cystic osteitis associated with the secondary hyperparathyroidism (rare).[18]

**Limb pain**
Bone pain and pseudoparalysis are uncommon in rickets;[17,19] osteomalacia and the subperiosteal haematoma of scurvy are more likely causes of pain.

**Delayed eruption of teeth**
Deciduous incisors not present by 9 months and first molars by 14 months, but normal eruption varies by 2–3 months and other factors effect eruption.

**Enamel hypoplasia**
Greater susceptibility to caries in the first dentition.

**Bone imaging**
Cupping, splaying, and fraying of the metaphysis well seen in the ulna and radius at 1 year. A scoring method for severity has been described.[20] Periosteal reaction, in association with rickets in preterm infants, probably represents accumulation of unmineralised osteoid on the periosteal bone surface, rather than occult fracture.[21] The metaphysis does not have "rubbed out areas"; these suggest acute or chronic infection.
Swollen costochondral junctions. Fractures are rare[22] except in very preterm babies and are very uncommon beyond age 6 months.

Simple nutrient deficiency, particularly of vitamin D from sunlight, diet, or both, is the most common cause of rickets. However, genetic or acquired disorders of the gut, liver, kidney, and metabolism can present with rickets (figure 2). Panel 4 shows factors that suggest that rickets in an individual child is unlikely to be due to the usual simple deficiency of vitamin D. We recommend other authoritative recent reviews and commentaries on vitamin D and rickets.[13–41] Our seminar focuses on "simple" rickets, not secondary to gastrointestinal, hepatic, renal, or metabolic disease. As with any nutritional disorder, the aetiology, presentation, and effects depend on genes, stage of development, and environment.



**Figure 1: Radiograph of wrist showing rickets**
Classic features of rickets include cupping, fraying, and splaying of the metaphysis. The ulna (that grows more quickly at its distal end) is more severely affected. Widening of the growth plates is not shown because the secondary ossification centres of the radius and ulna are not yet apparent.

## Genetics and molecular biology

There is little evidence of any specific genetic predisposition to nutritional rickets. Polymorphisms of the vitamin D receptor (VDR) have been studied extensively in adults, but less so in children. Fischer and colleagues reported an increased frequency of the VDR *FF* genotype in Nigerian children with rickets.[42] Paradoxically, the *FF* genotype is thought to encode a "better functioning" receptor. However, Nigerian children are at risk of calcium-deficiency rickets rather than that caused by vitamin D deficiency.

Adults of Asian origin have higher activity than white adults of calcidiol-24-hydroxylase in cultured skin fibroblasts stimulated with calcitriol. This difference implies more rapid degradation of calcidiol to a less active metabolite.[43] Doxiadis and colleagues[44] reported that in six of 21 infants whose rickets healed after treatment with 4000 IU vitamin D daily, aminoaciduria persisted for at least 8–12 weeks after alkaline phosphatase activity had returned to normal. Of nine parents whose infants showed persistent aminoaciduria, five also showed aminoaciduria. The researchers suggested that this finding indicated a genetic predisposition to rickets that was associated with aminoaciduria. However, alkaline phosphatase activity and other measures of vitamin D sufficiency were not assessed in the parents, so the issue of whether the tendency to clinically apparent rickets and osteomalacia within families reflects an underlying genetic predisposition or shared environmental factors remains unclear. There are several disorders of phosphate and vitamin D metabolism that give rise to rickets.

Joint Appendix 1126

QUESTMS-00000610

## Panel 2: Non-osseous effects of vitamin D deficiency

**Symptomatic hypocalcaemia with convulsions**
Particularly in young infants (<6 months old) of mothers who have untreated, in many cases subclinical, osteomalacia.

**Myopathy**
Proximal myopathy in infants and adolescents. Heart failure simulating cardiomyopathy with severe hypocalcaemia, responding to treatment for rickets and inotropes.[23]

**Myelofibrosis**
With pancytopenia or microcytic hypochromic anaemia, returning to normal when treated with vitamin D.[24]

**Other disorders**
Finnish infants receiving supplements of vitamin D 50 μg daily had a lower than normal incidence of type 1 diabetes during first 10 years of life.[25] Some studies suggest links between early vitamin D deficiency and other disorders in later life—eg, multiple sclerosis, some cancers, schizophrenia, and heart disease.[26-28]

**Intrauterine and infant growth**
Some, but not all, studies have shown that vitamin D supplements in the last trimester of pregnancy improve growth in utero and during infancy.[29]

## Vitamin D metabolism

Failure to convert calcidiol to calcitriol causes rickets. Such failure is caused by a defect in the gene encoding vitamin D 1α-hydroxylase, which is expressed in the mitochondria of proximal tubular and, to a lesser extent, collecting-duct cells of the kidney. This enzyme is regulated by calcium, phosphate, parathyroid hormone, calcitonin, calcitriol, and intracellular vitamin-D-binding protein.[15] The clinical picture with this gene defect is one of severe rickets with hypocalcaemia commonly causing convulsions. Tooth eruption is delayed, and the enamel is hypoplastic. Frontal bossing, craniotabes, and a widely patent anterior fontanelle are found. Serum calcitriol concentrations are low but not zero in untreated patients,[16] so some enzyme activity remains. Before calcitriol became available, some patients were successfully treated with large doses of vitamin D.

The VDR is a nuclear steroid hormone receptor. Mutations in the receptor give rise to severe rickets. These mutations can lead to a change in the ligand-binding domain (which binds calcitriol) or in the DNA-binding domain (binding to DNA activates transcription). Some children with defects in the calcitriol-binding domain can be successfully treated with very large doses of calcitriol. Alopecia is associated with lack of response to calcitriol.[17] Children with defects in the DNA-binding domain may initially need to have calcium infused at very high doses.[18] Both disorders are autosomal recessive. Awareness of these disorders is important despite their rarity, because consanguinity rates are high among some populations in which nutritional rickets is common.[16]

## Phosphate

Studies of three different disorders of phosphate metabolism have advanced the concept of a circulating factor (or factors) that might have a role in regulating phosphate homoeostasis.[38] The commonest inherited form of rickets is X-linked hypophosphataemic rickets, which is caused by mutations in *PHEX* (Phosphate-regulating gene with Homologies to Endopeptidases; on the X chromosome). *PHEX* is predominantly expressed in osteoblasts. Individuals with this disorder have higher than

## Panel 3: Normal biochemical values[50] and abnormalities in rickets before treatment

**Calcium**
**(Normal values 2·3–2·7 mmol/L; as low as 1·9 mmol/L in neonatal period)**
Near lower limit of normal since it is maintained by a secondary rise in parathyroid hormone; sometimes this mechanism is insufficient and calcium concentration falls.

**Phosphate**
**(Normal values vary with age: 1·2–2·1 mmol/L; higher in the neonatal period, 1·6–3·0 mmol/L; lower in adolescence, 0·9–1·5 mmol/L)**
Initially normal. Later, slightly low because parathyroid hormone increases renal excretion; high or very low concentrations may indicate renal rickets.

**Parathyroid hormone**
**(Normal values vary with age and method: 1–6 pmol/L)**
Higher than normal (roughly in inverse proportion to the concentration of calcidiol) to maintain serum calcium. Concentrations can be monitored to assess adequacy of treatment.[5]

**Alkaline phosphatase**
**(Typical values <500 IU/L in neonatal period, <1000 IU/L up to 9 years, falls after puberty)**
Higher than normal. May be raised if accompanied by protein energy malnutrition; also raised when serum direct bilirubin is raised. Range varies depending on method used.

**Calcidiol (25-hydroxycholecalciferol)**
**(Normal values >25 nmol/L)**
Below 10 nmol/L in most cases of radiologically proven rickets. In adults parathyroid hormone concentrations do not reach a nadir until calcidiol concentration is as high as 70 nmol/L.[31] In children concentrations below 25 nmol/L are definitely deficient. Different assays give different results.[32]

**Calcitriol (1,25-dihydroxycholecalciferol)**
**(Normal values 43–139 pmol/L, up to 250 pmol/L in preterm babies)**
Normal or high in most cases of nutritional rickets. Not commonly measured.

**Other**
Excretion of hydroxyproline peptides and pyridinium cross links (from collagen) is increased; serum concentrations of osteocalcin from osteoblasts are normal or raised.[33] These measurements are rarely made.

normal urinary losses of phosphate, due partly to lowered activity of the sodium–phosphate cotransporter in the proximal tubular epithelium. Autosomal dominant hypophosphataemic rickets is also characterised by excessive urinary phosphate losses. Mutations in the gene encoding fibroblast growth factor 23 (FGF23) render the factor insensitive to cleavage by a cell-membrane-anchored enzyme, PHEX. Oncogenic osteomalacia is characterised by very high circulating concentrations of FGF23, which fall after the tumour is removed, and by increased urinary phosphate losses; serum concentrations of the active metabolite of vitamin D (calcitriol) are low or even undetectable.[36] Serum calcitriol concentrations are also "inappropriately low" in many individuals with X-linked hypophosphataemic rickets, which suggests that FGF23 may have a role in vitamin D metabolism.

The clinical observations in these three disorders help to fill in some gaps in our understanding of phosphate metabolism, a crucial element in the pathogenesis of rickets.

QUESTMS-00000611

SEMINAR



**Figure 2: Nutritional handling of calcium, phosphorus, and vitamin D, and the causes of rickets**
*Enterocyte abnormality (eg, coeliac disease) can inhibit vitamin D and calcium absorption; transport out of the cell is reduced if carrier proteins are inadequate (eg, abetalipoproteinaemia or hypobetalipoproteinaemia[a]). †Degradation of calcidiol is increased by certain anticonvulsants and in hyperparathroidism (primary or secondary to limited amounts of absorbed calcium[b]) via the action of calcitriol. Hepatic/bile-duct disease limits bile-acid secretion.[a] ‡Any cause of glomerular failure leads to retention of phosphorus with reciprocal hypocalcaemia and secondary hyperparathyrodism.[37] §Tubular disorders can lead to excessive phosphaturia.[38] Substances produced by some tumours induce phosphaturia leading to rickets before the tumour is clinically obvious.

However, evidence that FGF23 acutely and directly regulates serum phosphate concentrations is lacking at present.[38]

### Stages of development
Three components of development are relevant to rickets: growth, body composition, and biological events. Figure 3 explains why simple rickets is most common in infancy and at puberty and emphasises the importance of later fetal life and infancy for events affecting bones and teeth subsequently.[51–56]

Growth is rapid in late fetal life (slowing somewhat during the last 2–3 weeks) and early infancy. The rate falls in the toddler years then rises for the prepubertal growth spurt before a further deceleration. Changes in body composition (tissue increments of calcium and phosphorus mainly into bone) show a similar qualitative pattern, but the amount of calcium deposited per gram of extra weight gain rises. Osseous mineral is about 2% of bodyweight in later infancy and increases to 4% in adolescent boys.

The biological events are the formation of deciduous teeth (figure 3) and puberty. Events in utero include toothgerm and dentine formation. During infancy, enamel deposition of the deciduous teeth is completed, with the laying down of an insoluble calcium phosphate, $Ca_{10}(PO_4)_6(OH)_2$, similar to the rock hydroxyapatite. Calcium disturbances in pregnancy and early infancy therefore lead to enamel hypoplasia.[57]

The prepubertal growth spurt includes bone growth, so the risk of rickets increases. Secretion of gonadal hormones rises, stimulating the closure of epiphyses, after which rickets does not occur. The rate of skeletal maturation speeds up in teenagers. Protein-energy deficiency delays skeletal maturity more than rickets does. The daily accumulation of calcium in adolescents near their peak growth velocity is about a third higher than that during the long time periods shown in figure 3.[58]

### Low-birthweight babies
Preterm infants are at risk of metabolic bone disease during the initial period in hospital owing to an inadequate supply of phosphorus and calcium. Rickets of prematurity[59,60] is characterised by biochemical evidence of disturbed mineral metabolism, followed by reduced bone mineralisation, abnormal bone remodelling, and reduced linear growth.[?] The most profound disturbances have been in the most immature infants receiving the diets lowest in mineral, such as unsupplemented human milk. Typically, serum phosphate concentrations fall over the first 2 weeks of life, and there is a rise in serum alkaline phosphatase activity at 4–8 weeks. Serum concentrations of alkaline phosphatase more than five times the upper limit for adults are associated with reduced linear growth in the neonatal period and at age 18 months, with the deficit persisting up to 12 years later.[62,63] Neither mean serum phosphate concentration nor peak serum alkaline phosphatase activity

Joint Appendix 1128

QUESTMS-00000612

## Panel 4: Factors suggesting that rickets may not be due to simple vitamin D deficiency

**Age**

*Below 6 months*—Radiological bone changes are unusual at this age except in very-low-birthweight babies; in such cases calcium and phosphorus deficiency should also be considered. Vitamin D deficiency generally presents as hypocalcaemia, is accompanied by maternal osteomalacia, and only occasionally has the classic radiographic signs of rickets.

*3–10 years*—The risk of toddler rickets has passed and the increased demands of the prepubertal growth spurt and adolescence are not yet apparent.

**Radiographs**

Show a periosteal reaction, motheaten metaphysis, or both, rather than only the classic cupping, splaying, and fraying.

**Plasma biochemistry**

Urea >7 mmol/L (5 mmol/L in newborn infant). Creatinine >100 μmol/L. Alkaline phosphatase not raised. Phosphorus >2·0 mmol/L (2·5 mol/L in newborn infant) or less than 1·2 mmol/L (1·5 mmol/L in newborn infant). Plasma calcidiol not low, so long as early treatment can be excluded. Very high or very low plasma calcitriol. Vitamin D metabolites rarely measured in a routine case.

**Geography**

Child in tropical or subtropical Africa and Turkey, where calcium deficiency may have a role.

**Response to treatment**

Oral calciferol is not followed by radiographic evidence of some healing after 2–4 months. Early biochemical signs of success are an initial rise to well above normal concentrations of alkaline phosphatase and calcitriol then a gradual fall, and a rise to normal concentrations of calcidiol; however, this monitoring is not necessary in most cases.

during the neonatal period is predictive of total body bone mass at the time of discharge.[64] However, in postdischarge studies these biochemical indices predicted bone mineral content in the forearm at a site largely consisting of cortical bone.[65]

Preterm infants have low bone mass at discharge from hospital with catch-up during infancy and childhood.[66–68] The use of a mineral-enriched postdischarge formula milk was associated with a higher rate of mineral accretion up to age 9 months post term.[69] Radiographic measurement of the humerus after discharge suggests thinning of the cortex during the rapid growth of early infancy,[70] which could explain the preponderance of diaphyseal fractures (including rib fractures) in affected infants, and also their timing; fractures are unusual after 6 months corrected postnatal age.[71]

Frank rickets is, however, uncommon nowadays. The widespread use of breastmilk fortifiers and preterm formulas enriched with minerals and nutrients is generally believed to have led to the attenuation of bone disease in infants born prematurely. Mineral accretion in utero reaches a peak during the third trimester of pregnancy; typical daily calcium accretion into the skeleton is 2·5–3·0 mmol/kg and that of phosphate 2 mmol/kg.[72] To match this calcium intake from breastmilk (with assumed 50–60% absorption) would require a daily milk intake of 400 mL/kg, twice the maximum generally provided in a neonatal nursery. Supplementation is now routine in most nurseries, and the final mineral content of the milk can be as much as 3·0 mmoles calcium and 2·5 mmoles phosphate for every 100 mL. Preterm formulas can provide similar amounts of mineral.

Nevertheless, some investigators have recorded little improvement in bone mass at discharge from hospital, despite high supplementation rates.[71] Immobilisation-induced osteopenia may contribute to skeletal ill-health in these infants, interacting with the rachitic process. Gentle exercise can help to maintain bone mass in premature infants.[74]

**Young infants**

Deficiency of vitamin D at this age is closely related to the vitamin D status of the child's mother. Inadequate vitamin D status in pregnant women contributes to hypocalcaemia and rickets in their babies.[11,75–77] It may result in hypocalcaemia, rachitic bone changes, and slower growth.

Healthy term infants born to mothers with good vitamin D status have serum concentrations of total vitamin D metabolites that correlate with those of their mothers, with total concentrations of calcidiol and calcitriol typically lower in cord blood than maternal blood at delivery.[78] However, concentrations of free calcidiol and calcitriol in cord blood are either greater than or equal to those in maternal blood. Importantly, vitamin D metabolites in breastfed infants born to vitamin-D-replete mothers fell to concentrations consistent with vitamin D deficiency within 8 weeks of delivery in the absence of vitamin D supplementation.[79]

Some years ago, hypocalcaemia in infants was precipitated by the high phosphate intake from unmodified cows' milk. Now that more babies are breastfed and infant formulas have low concentrations of phosphate, this cause has almost disappeared and late-onset hypocalcaemia is more likely to indicate poor antenatal vitamin D status[75] than an unsuitable postnatal diet. Less commonly it is due to congenital hypoparathyroidism, calcium-sensing-receptor defects, or osteopetrosis. In infants with hypocalcaemia due to vitamin D deficiency, serum parathyroid hormone concentrations commonly remain inappropriately low and parathyroid hypoplasia may be mistakenly diagnosed. Hypocalcaemia accompanied by a raised serum parathyroid hormone concentration is also seen in pseudohypoparathyroidism; other clinical features should be sought in all cases. Treatment is with calcium, sometimes magnesium, and vitamin D (panel 5). Preparations of calciferol alone, without other nutrients, are not universally available, and pharmacists may have to arrange supplies directly with a manufacturer.

Frank rachitic changes in the bones may be seen in infants born to mothers who are severely malnourished or have malabsorption, in particular coeliac disease.[79] Rickets presenting at this age in the absence of apparent maternal vitamin D deficiency or malnutrition should raise the possibility of an inherited form of rickets. Treatment is calciferol (panel 5).

Vitamin D also promotes growth, as intervention trials of vitamin D have shown. During pregnancy, supplemented mothers had higher plasma concentrations of vitamin D and in one study gained more weight. Their babies had significantly higher plasma calcium concentrations and grew better in the first year. Symptomatic hypocalcaemia did not occur, and dental enamel hypoplasia was much less common than in babies of unsupplemented mothers.[2,37] Postnatal supplementation of vitamin D was shown 70 years ago[4] to increase length and weight velocity in healthy infants; those who received 135 IU vitamin D grew more slowly than those who received 340 IU.

Supplementation during infancy of exclusively breastfed infants resulted in a higher bone mineral content and higher serum calcidiol concentrations at 12 weeks.[80] Long-term follow-up of children in a retrospective cohort study[81] suggested that vitamin D supplementation in infancy is

QUESTMS-00000613



**Figure 3: Developmental changes in boys (conception to 18 years) relevant to mineralised tissues**
Note that age scale is not continuous. For teeth development: G=tooth germ fully formed; D=dentine formation begins; C=crown formation complete; E=eruption. Abstracted from various sources: weight velocity,[31] skeletal maturity,[32] body calcium accretion,[33] calcium concentration in femur,[63,64] tooth development.[65]

associated with increased bone mineral density in later childhood (median age 8 years).

Unless there is adequate sunlight exposure, there is an argument for ensuring adequate dietary vitamin D for mothers and their infants by supplementation with vitamin drops or from fortification of common foods. Infant formulas and some weaning foods are fortified with vitamin D (1·5–2·0 µg per 100 kcal, 40–53 IU/100 mL) but there is little vitamin D in human milk.

**Older infants and toddlers**
The cause of rickets at this age is simple vitamin D deficiency in almost all cases, but in a sunny climate, in a community drinking little milk, calcium deficiency is possible. Presentation in infancy is generally as the "wrist bracelet" sometimes with deformity, irritability, delayed walking, or tetany.[62] In older infants and toddlers, bowed legs are a common reason for referral to an orthopaedic surgeon or paediatrician.

Perinatal events may still play a part. Many mothers of children with rickets have poor vitamin D status.[11] A mother with osteomalacia, typically undiagnosed, gives her baby a low endowment of vitamin D. Her breastmilk provides little of the vitamin, and vitamin supplements are not given.[53] Fear of sun in sunny climates or inclement weather in higher latitudes leads to limited exposure, so cutaneous conversion is limited. Weaning foods are given late and contain only limited amounts of vitamin D; indeed few of the commonly used foods provide much of the vitamin unless fortified commercial foods are used.

Joint Appendix 1130

QUESTMS-00000614

**Panel 5: Treatment and management of hypocalcaemia and 'simple rickets'**

**EARLY INFANCY (for very-low-birthweight babies, see that section)**
**Hypocalcaemia**[30]
- To control continuing seizures, diluted 10% calcium gluconate can be given intravenously over 30–60 min, though it is rarely necessary. In the newborn infant, intramuscular magnesium sulphate can be added if necessary. The objective is to halt seizures rather than increase serum calcium.
- Oral calcium (3 mmol/kg bodyweight daily), given as a buffered solution in divided doses NOT with feeds.
- Calciferol orally (most preparations are ergocalciferol) 25 μg (1000 IU) daily (75 μg [3000 IU] daily over age 4 weeks) particularly in Asian babies, since in most the hypocalcaemia reflects poor maternal and fetal vitamin D status. Save baby's serum (at –20°C) so that if the hypocalcaemia persists, the pretreatment calcidiol concentration can be checked.
- Seek evidence of frank rickets in the baby; radiograph of knee and wrist.
- Seek circumstantial evidence of maternal osteomalacia–eg, plasma alkaline phosphatase raised.
- Plasma calcium concentration usually rises within 72 h, but may take up to 10 days. If not, consider other causes. Treatment is slowly withdrawn when plasma calcium is normal. Thereafter continue prophylactic vitamin D.

**Rickets without hypocalcaemia**
- Calciferol orally 75 μg (3000 IU) daily for 2-4 months.[8]

**OLDER INFANTS, TODDLERS, AND ADOLESCENTS**
- Calciferol orally 150 μg (6000 IU) daily for 2–4 months[8] treats the acute deficiency and replenishes stores. Continue afterwards with usual prophylactic doses. If compliance might be poor, one single oral dose (2500 μg [100 000 IU]) is effective and unlikely to be toxic. Simple deficiency should not be treated with vitamin D analogues such as alphacalcidol or calcitriol.
- If dietary deficiency may be a factor, add oral calcium (infants 1–2 mmol/kg bodyweight daily, given as a buffered solution in divided doses not with feeds; toddlers and schoolchildren 25 mmoles [1000 mg] daily. The tolerable upper intake [www.nap.edu] is as high as 60 mmoles [2400 mg] but should not be necessary.)
- Phosphorus is abundant in the diet so supplementation is not needed in simple rickets. It is necessary for very preterm babies and in the phosphate-wasting causes of rickets.

Possible reasons for the increasing prevalence of rickets in older infants and toddlers include: prolonged exclusive breastfeeding without vitamin D supplementation of non-white children in higher latitudes;[61] extensive use of sunscreens; increased use of day-care facilities where children stay indoors much of the time; unusual diets (eg, macrobiotic diets and soy health-food beverages) that provide little vitamin D and calcium or interfere with

**Panel 6: Factors modifying effectiveness of sun in production of vitamin D**

**Latitude and season**
Conversion becomes less effective and the effect of season becomes greater with increasing distance from the equator.[139–141] There is striking seasonal variation in measurements of vitamin D status in pregnant women and children in many locations.[107,112,113]

**Exposure to sun**
*Length*—The time of exposure needed to maintain satisfactory vitamin D concentrations in older infants varies with latitude; in Cincinnati (38°N), 20 min exposure per day of hands and face was sufficient, but in Beijing, only a little further north (40°N) 2 h exposure was necessary during September to October.[113,114]
*Atmosphere*—Complete cloud halves the energy of the radiation and shade reduces it by 60%. Industrial pollution is associated with rickets.[90]
*Indoor living*—Many children stay indoors to play. Disabled children may not receive the summertime boost of vitamin D.[115] Window glass blocks ultraviolet radiation.
*Skin exposure*—Adverse weather may limit exposure even in summer; as will dress codes and customs.
*Safety*—Measures to prevent sunburn, dehydration, and skin cancer lead to less exposure; use of sunscreens can lower vitamin D concentrations.[137]

**Skin colour**
Darker skin pigmentation limits conversion.[119–150]

calcium uptake;[95] migration of darker-skinned people to less sunny climates;[7–9,96] and increasing atmospheric pollution.[57]

The association of low plasma vitamin D concentrations with iron deficiency has been shown in some studies.[58,59] If one deficiency is suspected, the other should be considered. A third of Asian children with anaemia in the UK were also vitamin D deficient; half of children with vitamin D deficiency were also anaemic. Treatment with iron alone was followed by a rise in vitamin D concentrations, evidence that iron deficiency causes vitamin D deficiency.[60] Case studies in Turkey, France, and Pakistan showed that myelofibrosis can occur in rickets, evidence that vitamin D deficiency causes anaemia.[54]

Many European centres have reported a higher prevalence of vitamin D deficiency or rickets in the children of immigrants from Asia and Africa. For example, in the UK, plasma vitamin D concentrations below 25 nmol/L were found in 20–34% of Asian toddlers[58] but in a much smaller proportion of white toddlers. Similar data from national studies in the USA are difficult to interpret because people living in northern latitudes were studied in the summer and those in the south in the winter.[61]

Why rickets and low plasma vitamin D concentrations are so much more common in immigrant children than the white indigenous children is not clear, but this pattern is seen not only in northern Europe (eg, Scandinavia and the UK) but also in sunnier countries such as Spain.[96] Possible explanations are: genetic differences in vitamin D handling; behavioural differences leading to less exposure to sun, perhaps related to religious dress codes; less effective response in the skin to ultraviolet light; childhood nutritional deficiencies, particularly of iron (we speculate that iron deficiency modifies vitamin D handling in the skin or gut or its intermediary metabolism); and possible effects of mineral substrate depletion, particularly of calcium.[92]

Even in sunny countries rickets is common. Besides bone changes, pneumonia is commonly present, perhaps reflecting the effect of vitamin D on the immune system or softened ribs reducing the efficiency of breathing and coughing to clear a lung infection.[65] Three further factors

Joint Appendix 1131

QUESTMS-00000615



**Figure 4: Dietary reference values (DRV), observed intakes, and food contributions to these intakes of vitamin D and calcium in older infants, toddlers, and pubertal boys in the UK**

DRV=dietary reference values from UK Department of Health report 1991.[91] LRNI=lower reference nutrient intake (values below this are almost certainly inadequate for most individuals). EAR=estimated average requirement. RNI=reference nutrient intake (intakes above this amount will almost certainly be adequate for almost all individuals). NS=not stated. White segments indicate all other sources. *Over age 3 years RNI in the UK for vitamin D is stated as 0 for "a normal lifestyle"; if "confined indoors" the reference nutrient intake is 10 μg. †Observed intakes, median (3rd–97th centile), abstracted from various UK government reports on representative national samples of the population.[121, 158]

are poor use of sunlight, poverty, and accompanying nutritional deficiencies. There are perceived dangers from the sun or "the evil eye"[12] and less opportunity for playing outside as urbanisation increases. In Ethiopia and Nigeria, factors associated with high rates of rickets were: large families; not being cared for by the mother during the day; unmarried mothers; low education of the care-giver; and not belonging to the area.[9,75] In Ethiopia, six times more children with rickets than controls were marasmic (protein-energy deficient),[96] and even in affluent Kuwait, children with rickets were lighter and shorter than average.[97] Deficiency of dietary calcium contributes to rickets and osteomalacia in Nigeria, Turkey, and South Africa.[98–101] In Nigeria, rickets healed in more children who received both calcium and vitamin D (61%) or calcium alone (59%) than in those who received vitamin D only (19%).[101] A combination of calcium and vitamin D was more effective than vitamin D alone in Turkish children aged 6–30 months.[100] The Nigerian and South African children are a little older than is the common age of presentation in Europe, so the disorder may be slightly different.[101] It occurred more commonly in siblings of affected children, and the vitamin D receptor *FF* genotype differed from that of controls.[12] Iron deficiency has been discussed.

## Puberty

Two factors moderate the presentation of simple rickets during puberty—physical changes (figure 3) and behavioural changes. Sports enthusiasts and sunbathers have greater exposure to sunlight. In many countries, girls become more covered from about 11 years of age as a rite of passage heralding womanhood. In traditional societies, these young women would receive sunlight in the inner courtyards of their houses where they were free to expose more skin. Many now live in apartments without gardens, and the opportunity for exposure to sun with modesty is limited. However, rickets also occurs in boys in these communities.[12]

Wrist signs are not obvious but leg deformity, carpopedal spasm, and limb pain occur.[102] Fractures complicate rickets in very-low-birthweight infants[11] but also occur in pubertal young people—eg, in three of 42 cases in Saudi Arabia and in 20 individuals with cerebral palsy and rickets in South Africa.[104,105] In white children with rickets a screening test for coeliac disease is worthwhile. Coeliac disease is less common in other races but is reported sufficiently frequently, particularly in Punjabi people, for it to be excluded if there is even slight suspicion (eg, alkaline phosphatase not raised, red-blood-cell folate low, anaemia).

Many adolescents have low serum vitamin D concentrations in the winter: in 45% of Beijing girls (<12·5 nmol/L), 25% in Paris (<15 nmol/L), and 14% in Turku, Finland (<20 nmol/L).[106–108] In Beijing, girls with the lowest winter values also had low values in the previous summer, which suggests they had made less use of sunlight. The French researchers suggested one dose of oral vitamin D 2500 μg (100 000 IU) during the winter season for all adolescents. In the Finnish girls, sunlight exposure in the summer was more effective than vitamin D supplements of 20 μg (800 IU). A low calcium intake was also found in the Beijing girls and schoolchildren in rural areas of South Africa.[102]

## Environment
### Sunlight

The contribution of the sun to vitamin D synthesis depends on latitude, season, exposure to direct sunlight, and skin colour (panel 6). Ultraviolet B radiation of wavelength 290–310 nm leads to the conversion (photolysis) of 7-dihydrocholesterol in the skin to precholecalciferol, which then undergoes thermally induced rearrangement of its double bonds to form cholecalciferol (vitamin D3).

There may be wider evolutionary concepts. The clinical gradation of skin colour could be related to levels of ultraviolet radiation and represent a compromise between photoprotection and vitamin D synthesis. A dark epidermis protects against injury to sweat glands and photolysis of

Joint Appendix 1132

QUESTMS-00000616

folate. As hominids migrated outside the tropics, depigmentation evolved to permit synthesis of vitamin D.[131]

### Diet

Some countries publish observed dietary intakes from nationally representative samples of people, which can be compared with recommended dietary intakes (as shown for the UK in figure 4).[121-129] Diet becomes an important source of vitamin D only when there is inadequate exposure to sunshine. Recommended intakes vary. Figure 4 shows the very low intakes of UK children. Even though much of the observed intake is from fortified foods, most children would need supplements to achieve the reference nutrient intake or would have to rely extensively on skin synthesis for an adequate supply. Less than half take supplements, and children living in the north of the country are less likely to receive them than those in the south, even though they obtain less vitamin D from sun exposure.[127]

Breastmilk contains little vitamin D. Infant and follow-on formulas and some weaning cereals are fortified (up to 2 μg/100 kcal (100 kcal=420 kJ; 1·3 μg [52 IU] per 100 mL formula). After infancy, fortified foods such as breakfast cereals and yellow fat spreads are significant sources (about 1 μg [40 IU]/100 kcal). Unfortified foods provide little. Fatty fish such as salmon, pilchards, sardines, and tuna contain 3–8 μg (120–320 IU) per 100 kcal, but they are uncommon items in the diet of many children.

### Calcium

Milks consumed during infancy contain limited amounts of calcium (breastmilk 50 mg/100 kcal or 35 mg/100 mL; infant formula 70 mg/100 kcal or 43 mg/100 mL) but the proportion absorbed and retained (about a third) meets requirements except in preterm babies. After infancy, cows' milk (calcium 180 mg/100 kcal or 120 mg/100 mL) and milk products are major sources of calcium. Children who do not like milk or are on a therapeutic diet with milk restriction have lower intakes. In societies without a tradition of milk drinking, calcium intake is often below 300 mg daily. Even in the UK, with such a tradition, median calcium intake of pubertal boys (781 mg) was well below the reference nutrient intake (1000 mg; US recommended daily allowance 1300 mg). But adaptation to low calcium intakes by increasing the proportion retained is well established. Some foods have a much higher calcium/energy ratio than milk (eg, fish of which the bones are eaten, such as canned sardines and pilchards, broccoli tops, spring onion, parsley, and watercress) but only small quantities of these foods are eaten. The net absorption of calcium and other minerals is limited by other food substances, such as phytate, present in most cereals. High-extraction flour (eg, for wholemeal bread) contains more calcium and phosphorus than low-extraction flours but also more phytate, so absorption is less. Therefore, the amount of calcium absorbed from a diet containing little milk and a lot of phytate is likely to be low. In some less developed countries, the addition of phytase to weaning foods is being explored, to improve mineral absorption by use of animal husbandry technology.[128] This approach will also improve the dietary zinc/phytate ratio, which is low in many of these countries.

### Phosphorus

Phosphorus is abundant in most diets but there may not be sufficient in rapidly growing low-birthweight babies (see above). Phosphate may be precipitated in the stomach by antacids.[129]

### Panel 7: Methods to combat nutritional deficiency

**Screening**

Unlikely to be relevant to rickets; radiographs are justified only when the disorder is suspected. The proportion of children with low serum calcidiol concentrations who go on to have frank rickets is unknown; moderately raised alkaline phosphatase could be due to rapid but normal growth.

**Health education**

Exhortations to make more use of sunlight fail because of latitude/season, modesty, or safety. Policies to reduce exposure to sunlight are aimed at reducing the incidence of skin cancers, though some argue that the potential benefits of exposure (in mental health, coronary-artery disease, and rickets) could outweigh the reduction in skin cancers.[15-93,130] Foods naturally rich in vitamin D are not popular. Fortified foods make a substantial contribution to intake. Dietary calcium intake is below international recommendations if little or no milk is drunk, but there is adaptation to low intakes.

**Fiscal measures**

Free or subsidised food could include vitamin D supplements or vitamin-D-fortified foods.

**Supplements**

Many countries have a supplementation policy but indications for prescription and actual uptake are variable.[131] Few obstetricians prescribe vitamin D supplements to pregnant women.[132] 10 μg (400 IU) daily is the most common dose: single large doses are used in France for pregnant women and for adolescents.[107,133]

**Fortification of foods**

Infant milks/formulas and many weaning foods are fortified with vitamin D, so it is easy to target at-risk infants. After infancy, fortified foods include many manufactured breakfast cereals and table spreads such as margarine. In North America, most milk for people of all ages is fortified,[134] but rickets is reappearing there[2,16] and plasma calcidiol is low in many black women.[135] In less developed countries, fortification programmes for other nutrients are increasing, but few for vitamin D.[136] Efficacy of fortification with calcium of low-extraction flours is disputed.

### Prevention

Methods of prevention are the same as for any other nutrient deficiency, plus the need to promote exposure to sunlight. The parts played by the methods listed in panel 7 will vary according to country depending on the physical environment, cultural factors, diet (including national policies on food fortification), and socioeconomic factors (access to health services including policies for and provision of supplements).

### Pregnancy and infancy

The aim should be that all pregnant women living outside the tropics receive a supplement of 10–25 μg (400–1000 IU) of vitamin D daily during the second and third trimesters of pregnancy. The reviewers in the Cochrane collaboration might not support this opinion,[137] which underlines the need for a large placebo-controlled double-blind trial of vitamin D supplements in pregnancy.

Exclusively breastfed children of Asian and black mothers living outside the tropics should receive vitamin D supplements (7–10 μg or 280–400 IU; national policies vary). The same may also apply to breastfed children of white mothers, although that is not the policy of the

Joint Appendix 1133

QUESTMS-00000617

American Academy of Pediatrics or the UK Department of Health. A baby might go some months without developing vitamin D deficiency if the mother had adequate vitamin D status during pregnancy and the baby received reasonable exposure to sunlight. However, it is difficult to be sure of all these safeguards, and in our opinion the only safe policy is to give vitamin D supplements to all breastfed infants. Human beings have evolved with little vitamin D in breastmilk so perhaps we should be wary of giving infants a chemical they would not receive in "natural" circumstances in their diet. However, importantly, supplementation could be seen as replacing a chemical babies should have received from their mothers who were living in the tropics. The need for extra dietary vitamin D is the price of successful migration of human beings from the tropics to more temperate areas. In any case, this caution seems over-ruled by the public-health problem of rickets. Some advise supplements in all Asian or black infants even if they are receiving a fortified infant formula.[9] The American Academy of Pediatrics has lately revised its vitamin-supplement policy so that all breastfed infants (and bottle-fed infants receiving less than 500 mL formula daily) should receive 200 IU (5 µg) vitamin D daily.[178]

These approaches should also apply to women and babies in the tropics who receive inadequate exposure to sunlight.

**Toddlers and schoolchildren**

Vitamin D supplements should be given to all children until after the pubertal growth spurt unless the health professional adviser (of the individual child, or of the whole population via a policy of the national health-care system) is confident that there is likely to be an adequate supply from sunlight or the diet. With this policy many children in temperate areas would receive supplements. Since most non-Muslim children living in tropical countries show no evidence of rickets (either clinically or on radiographs taken for other reasons such as for trauma or a chest infection[?]), universal vitamin D supplementation for them does not seem indicated. However, if there is already a system for the supplementation of vitamin A or iodine, the need for, and logistical possibility of adding vitamin D to the supplements, could be explored. An adequate supply from the diet means consumption of fortified foods.

For calcium in the diet of children there is particular concern in communities where little milk is drunk and cereals consumed are high extraction and therefore contain much phytate. There is limited experience of intervening on these matters, however, and the introduction of non-traditional foods would be difficult.

**Policies on sun exposure**

The dangers of excessive sun exposure, particularly in adolescents, are well known.[120] Nevertheless, advice on prevention of skin cancer should also ensure that mothers and infants receive adequate solar radiation in the summer, since this is likely to be at least as effective as winter supplements in maintaining adequate plasma concentrations of calcidiol.[53,132] Adequate exposure is not easily defined and few studies have measured the necessary duration and time of day at specific latitudes to achieve satisfactory calcidiol concentrations. "Sun bingeing" should be avoided to prevent skin cancer, and excessive sunbathing does not continue to boost vitamin D since 7-dehydrocholesterol is converted to non-active lumisterol and tachysterol.[19]

**Fiscal measures**

Schemes promoting the consumption of subsidised unfortified foods, mostly milk, should be reviewed.

Deficiencies of micronutrients are common in the target populations and these micronutrients should be added to the chosen subsidised food. The approach will vary from country to country depending on the foods subsidised and the local prevalence of micronutrient deficiencies.

*Conflict of interest statement*
BAW has advised the UK Department of Health, European Union, WHO, and food companies on various issues in child nutrition, which have included rickets and vitamin D supplementation and fortification. Fees for advice or opinions on nutritional child health have been received from WHO and food companies. NJB advises Procter and Gamble and Novartis on bone disease in children and undertakes research sponsored by these companies to assess the safety and efficacy of drugs for children with osteoporotic disorders.

*Acknowledgments*
We thank Mary Hargan for her time and effort of in helping to prepare the paper.

**References**
1  Mellanby E. An experimental investigation of rickets. *Lancet* 1919; 1: 407–12.
2  Huldschinsky K. Die Behandlung der Rachitis durch Ultraviolet-bestrahlung. *Z Orthop Chir* 1920; 39: 426–51.
3  Chick H, Dalyell EJ, Hume M, Mackay HMM, Henderson Smith H. The aetiology of rickets in infants: prophylactic and curative observations at the Vienna University Kinderklinik. *Lancet* 1922; 2: 7–11.
4  Stearns G, Jean P C, Vandecar V. The effect of vitamin D on linear growth in infancy. *J Pediatr* 1936; 9: 1–10.
5  Olson EB Jr, De Luca HF. Vitamin D: metabolism and mechanism of action. *World Rev Nutr Diet* 1973; 17: 164–88.
6  Wharton BA, Darke SJ. Infantile hypercalcaemia. In: Jelliffe EFP, Jelliffe DB, eds. Adverse effects of foods. San Francisco: Plenum Publishing, 1982: 397–404.
7  Wilton P. Cod-liver oil, vitamin D and the fight against rickets. *Can Med Assoc J* 1995; 153: 740–41.
8  Bloc BH, Grant CG, McNeil AR, Reid IR. Characteristics of children with florid vitamin D deficient rickets in the Auckland region in 1998. *N Z Med J* 2000; 113: 374–76.
9  Shaw NJ, Pal BR. Vitamin D deficiency in UK Asian families: activating a new concern. *Arch Dis Child* 2002; 86: 147–49.
10  Rowe PM. Why is rickets resurgent in the USA? *Lancet* 2001; 357: 1100.
11  Nozza JM, Rodda CP. Vitamin D deficiency in mothers of infants with rickets. *Med J Aust* 2001; 175: 253–55.
12  Karrar ZA. Vitamin D deficiency rickets in developing countries. *Ann Trop Paediatr* 1998; 18 (suppl): 89–92.
13  Parfitt AM. Vitamin D and the pathogenesis of rickets and osteomalacia. In: Vitamin D. Feldman D, Glorieux FH, Pike JW, eds. New York: Academic Press, 1997: 645–62.
14  Pettifor JM, Pentopoulos M, Moodley GP, Isdale JM, Ross FP. Is crankcakes a pathognomonic sign of rickets in 3-month-old infants? *S Afr Med J* 1984; 65: 549–51.
15  Jacobi A. Nervous system in rhachitis. Cited by DeJong AR, Callahan CA, Weiss J. Pseudotumor cerebri and nutritional rickets. *Eur J Pediatr* 1985; 143: 219–20.
16  Hanafy M, Hassanein ES, Shawki EKK. Benign intracranial hypertension in vitamin D deficiency rickets associated with malnutrition. *J Trop Pediatr* 1967; 13: 19–22.
17  Thacher TD, Fischer PR, Pettifor JM. The usefulness of clinical features to identify active rickets. *Ann Trop Paediatr* 2002; 22: 229–37.
18  Bereket A, Casur Y, Firat P, Yordam N. Brown tumour as a complication of secondary hyperparathyroidism in severe long-lasting vitamin D deficiency rickets. *Eur J Pediatr* 2000; 159: 70–73.
19  Gaffney P. Vitamin deficiency in a toddler reluctant to use her arm. *Eur J Emerg Med* 2001; 8: 159–60.
20  Thacher TD, Fischer PR, Pettifor JM, Lawson JO, Manaster BJ, Reading JC. Radiographic scoring method for the assessment of the severity of nutritional rickets. *J Trop Pediatr* 2000; 46: 132–39.
21  Eek S, Gabrielsen LH, Halvorsen S. Prematurity and rickets. *Pediatrics* 1957; 20: 63–77.
22  Bulloch B, Schubert CJ, Brophy PD, Johnson N, Reed MH, Shapiro RA. Cause and clinical characteristics of rib fractures in infants. *Pediatrics* 2000; 105: E48
23  Uysall D, Kalayci AG, Baysal K. Cardiac functions in children with vitamin D deficiency rickets. *Pediatr Cardiol* 1999; 20: 283–86.
24  Ozsoylu S. Rickets related myelofibrosis. *Eur J Pediatr* 2000; 159: 931.
25  Hypponen E, Laara E, Reunanen A, Jarvelin MR, Virtanen SM. Intake

Joint Appendix 1134

QUESTMS-00000618

of vitamin D and risk of type 1 diabetes: a birth-cohort study. *Lancet* 2001; 358: 1500–03.

26  McGrath J. Does 'imprinting' with low prenatal vitamin D contribute to the risk of various adult disorders? *Med Hypotheses* 2001; 56: 367–71.

27  Grant WB. An ecologic study of dietary and solar ultraviolet-B links to breast carcinoma mortality rates. *Cancer* 2002; 94: 272–81.

28  van der Mei IA, Ponsonby AL, Blizzard L, Dwyer T. Regional variation in multiple sclerosis prevalence in Australia and its association with ambient ultraviolet radiation. *Neuroepidemiology* 2001; 20: 165–67.

29  Brooke OG, Butters F, Wood C. Intrauterine vitamin D nutrition and postnatal growth in Asian infants. *BMJ* 1981; 283: 1024–25.

30  Clayton BE, Round JM. Clinical biochemistry and the sick child, 2nd edn. Oxford: Blackwell, 1994.

31  Vieth R, Walfish PG. How much vitamin D supplementation do adults require to ensure a serum 25(OH)D optimal for suppression of PTH? *J Bone Miner Res* 2000; 15 (suppl 1): S231.

32  Glendenning P. Issues of standardization and assay-specific clinical decision limits for the measurement of 25-hydroxyvitamin D. *Am Soc Clin Nutr* 2003; 77: 521–23.

33  Daniels ED, Pettifor JM, Moodley GP. Serum osteocalcin has limited usefulness as a diagnostic marker for rickets. *Eur J Pediatr* 2000; 159: 730–33.

34  Narchi H, Amr SS, Mathew PM, El Jamil MR. Rickets as an unusual initial presentation of abetalipoproteinemia and hypobetalipoproteinemia. *J Pediatr Endocrinol* 2001; 14: 329–33.

35  Clements MR, Davies M, Hayes MB, et al. The role of 1,25-dihydroxyvitamin D in the mechanism of acquired vitamin D deficiency. *Clin Endocrinol* 1992; 37: 17–27.

36  Klein GL, Soriano H, Shulman RJ, Levy M, Jones G, Langman CB. Hepatic osteodystrophy in chronic cholestasis: evidence for a multifactorial etiology. *Pediatr Transpl* 2002; 6: 136.

37  Sanchez CP. Prevention and treatment of renal osteodystrophy in children with chronic renal insufficiency and end-stage renal disease. *Semin Nephrology* 2001; 21: 441–50.

38  Jan De Beur Suzanne M, Levine MA. Molecular pathogenesis of hypophosphatemic rickets. *J Clin Endocrinol Metab* 2002; 87: 2467–73.

39  Chesney RW. Vitamin D deficiency and rickets. *Rev Endocr Metab Disord* 2001; 2: 145–51.

40  Pettifor JM. Rickets. *Calcif Tissue Int* 2002; 70: 398–99.

41  Holick MF. Vitamin D: a millenium perspective. *J Cell Biochem* 2003; 88: 296–307.

42  Fischer PR, Thacher TD, Pettifor JM, Jorde LB, Eccleshall TR, Feldman D. Vitamin D receptor polymorphisms and nutritional rickets in Nigerian children. *J Bone Miner Res* 2000; 15: 2206–10.

43  Awumey EM, Mitra DA, Hollis BW, Kumar R, Bell NH. Vitamin D metabolism in Asian Indians in the southern United States: a clinical research center study. *J Clin Endocrinol Metab* 1998; 83: 169–73.

44  Dioxiadis S, Angelis C, Karatzas P, Vrettos C, Lapatsanis P. Genetic aspects of nutritional rickets. *Arch Dis Child* 1976; 51: 83–90.

45  Wu S, Chun R, Gacad MA, Ren S, Chen H, Adams JS. Regulation of 1,25-dihydroxyvitamin D synthesis by intracellular vitamin D binding protein-1. *Endocrinology* 2002; 143: 4135.

46  Scriver CR, Reade TM, DeLuca HF, Hamstra AJ. Serum 1,25-dihydroxyvitamin D levels in normal subjects and in patients with hereditary rickets or bone disease. *N Engl J Med* 1978; 299: 976–79.

47  Marx SJ, Bliziotes MM, Nanes M. Analysis of the relation between alopecia and resistance to 1,25-dihydroxyvitamin D. *Clin Endocrinol* 1986; 25: 373–81.

48  al-Aqeel A, Ozand P, Sobki S, Sewairi W, Marx S. The combined use of intravenous and oral calcium for the treatment of vitamin D dependent rickets type II (VDDRII). *Clin Endocrinol* 1993; 39: 229–37.

49  Albar AR. Ethical considerations in the prevention and management of genetic disorders with special emphasis on religious considerations. *Saudi Med J* 2002; 23: 627–32.

50  Sweet RA, Males JL, Hamstra AJ, DeLuca HF. Vitamin D metabolite levels in oncogenic osteomalacia. *Ann Intern Med* 1980; 93: 279–80.

51  Tanner JM., Whitehouse RH. Clinical longitudinal standards for height, weight, height velocity and weight velocity and the stages of puberty. *Arch Dis Child* 1976; 51: 170–79.

52  Tanner JM, Whitehouse RH, Cameron N, Marshall WA, Healy MJR, Goldstein H. Assessment of skeletal maturity and prediction of adult height, 2nd edn. London: Academic Press, 1983.

53  Fomon SJ, Haschke F, Ziegler EE, Nelson SE. Body composition of reference children from birth to age 10 years. *Am J Clin Nutr* 1982; 35: 1169–75.

54  Haschke F. Body composition of adolescent males: part 1, total body water in normal adolescent males; part 11, body composition of the male reference adult. *Acta Paediatr Scand Suppl* 1983; 307: 1–23.

55  Dickerson JWT. Changes in the composition of the human femur during growth. *Biochem J* 1962; 82: 56–61.

56  Scott JH, Symons NBB . Introduction to dental anatomy, 9th edn. Edinburgh: Churchill Livingstone, 1982: 12–23.

57  Purvis RJ, Barrie WJM., Mackay GS, Cockburn F, Belton NR. Enamel hypoplasia of the teeth associated with neonatal tetany: manifestation of maternal vitamin deficiency. *Lancet* 1973; 2: 811–14.

58  Bailey D, Martin AD, McKay HA, Whiting S, Mirwald R. Calcium accretion in girls and boys during puberty: a longitudinal analysis. *J Bone Miner Res* 2000; 15: 2245–50.

59  Malmberg N. Erfahrungen bei der Rachitisprophylaxe fruhgeborener Kinder. *Acta Paediatr* 1942; 29: 367–71.

60  Von Sydow G. A study of the development of rickets in premature infants. *Acta Paediatr* 1946; 33 (suppl 2): 1–115.

61  Bishop N. Bone disease in preterm infants. *Arch Dis Child* 1989; 64: 1403–09.

62  Fewtrell MS, Cole TJ, Bishop NJ, Lucas A. Neonatal factors predicting childhood height in preterm infants: evidence for a persisting effect of early metabolic bone disease? *J Pediatr* 2000; 137: 668–73.

63  Lucas A, Brooke OG, Baker BA, Bishop N, Morley R. High plasma alkaline phosphatase activity and growth in preterm neonates. *Arch Dis Child* 1989; 64: 902–09.

64  Faerk J, Peitersen B, Petersen S, Michaelsen KF. Bone mineralisation in premature infants cannot be predicted from serum alkaline phosphatase or serum phosphate. *Arch Dis Child* 2002; 87: 133–36.

65  Abrams SA, Schanler RJ, Garza C. Bone mineralization in former very low birth weight infants fed a mineral enriched formula or commercial formula. *J Pediatr* 1988; 112: 956–60.

66  Congdon PJ, Horsman A, Ryan SW, Truscott JG, Durward H. Spontaneous resolution of bone mineral depletion in preterm infants. *Arch Dis Child* 1990; 65: 1038–42.

67  Pittard WD, Geddes KM, Sutherland SE, Miller MC, Hollis BW. Longitudinal changes in the bone mineral content of term and premature infants. *Am J Dis Child* 1990; 144: 36–40.

68  Rubinacci A, Sirtori P, Moro G, Galli L, Minoli I, Tessari L. Is there an impact of birth weight and early life nutrition on bone mineral content in preterm born infants and children? *Acta Paediatr* 1993; 82: 711–13.

69  Bishop NJ, King FJ, Lucas A. Increased bone mineral content of preterm infants fed with a nutrient enriched formula after discharge from hospital. *Arch Dis Child* 1993; 68: 573–78.

70  Beyers N, Alheit B, Taljaard JF, Hall JM, Hough SF. High turnover osteopenia in preterm babies. *Bone* 1994; 15: 5–13.

71  Koo WW, Sherman R, Succop P, et al. Fractures and rickets in very low birth weight infants: conservative management and outcome. *J Pediatr Orthop* 1989; 9: 326–30.

72  Ziegler EE, O'Donnell AM, Nelson SE, Fomon SJ. Body composition of the reference fetus. *Growth* 1976; 40: 329–41.

73  Faerk J, Petersen S, Peitersen B, Michaelsen KF. Diet and bone mineral content at term in premature infants *Pediatr Res* 2000; 47: 148–56.

74  Moyer-Mileur LJ, Brunstetter V, McNaught TP, Gill G, Chan GM. Daily physical activity program increases bone mineralization and growth in preterm very low birth weight infants. *Pediatrics* 2000; 106: 1088–92.

75  Park W, Paust H, Kaufmann AF, Offermann G. Osteomalacia of the mother: rickets of the newborn. *Eur J Pediatr* 1987; 146: 292–93.

76  Andrian N, Yordzie N, Ozon A. Risk factors for vitamin D deficiency in breast-fed newborns and their mothers. *Nutrition* 2002; 18: 47–50.

77  Dawodu A, Dawson KP, Amirlak I, Kochiyil J, Agarwal M, Badrinath AB. Diet, clothing, sunshine exposure and micronutrient status of Arab infants and young children. *Ann Trop Paediatr* 2001; 39: 39–44.

78  Salle BL, Devlin EE, Lapillonne A, Bishop NJ, Glorieux FH. Perinatal metabolism of vitamin D. *Am J Clin Nutr* 2000; 71 (suppl): 1317S–24S.

79  Courtabe MdL, Dormandy TL, Yudkin S. Maternal malabsorption presenting as rickets. *Lancet* 1968; 1: 1048–52.

80  Park MJ, Namgung R, Kim DH, Tsang RC. Bone mineral content is not reduced despite low vitamin D status in breast milk-fed infants versus cow's milk based formula-fed infants. *J Pediatr* 1998; 132: 641–45.

81  Zamora SA, Rizzoli R, Belli DC, Slosman DO, Bonjour JP. Vitamin D supplementation during infancy is associated with higher bone mineral mass in prepubertal girls. *J Clin Endocrinol Metab* 1999; 84: 4541–44.

82  Duplechin RY, Nadkarni M, Schwartz RP. Hypocalcemic tetany in a toddler with undiagnosed rickets. *Ann Emerg Med* 1999; 34: 399–402.

83  Mughal MZ, Salama H, Greenaway T, Laing I, Mawer EB. Lesson of the week: florid rickets associated with prolonged breast feeding without vitamin D supplementation. *BMJ* 1999; 318: 39–40.

84  Kreiter SR, Schwartz RP, Kirkman HN Jr, Charlton PA, Calikoglu AS, Davenport ML. Nutritional rickets in African American breast-fed infants. *J Pediatr* 2000; 137: 153–57.

85  Carvalho NF, Kenney RD, Carrington PH, Hall DE. Severe nutritional deficiencies in toddlers resulting from health food milk alternatives. *Pediatrics* 2001; 107: E46.

86  Lopez SN, Bonet AM, Garcia AO. Rickets in Asian immigrants. *An Esp Pediatr* 2002; 57: 227–30.

87  Agarwal KS, Mughal MZ, Upadhyay P, Berry JL, Mawer EB, Puliyel J.

Joint Appendix 1135

QUESTMS-00000619

The impact of atmospheric pollution on vitamin D status of infants and toddlers in Delhi, India. *Arch Dis Child* 2002; **87:** 111–13.

88  Lawson M, Thomas M. Vitamin D concentrations in Asian children aged 2 years living in England: population survey. *BMJ* 1999; **318:** 28.

89  Grindulis H, Scott PH, Belton NR, Wharton BA. Combined deficiency of iron and vitamin D in Asian toddlers. *Arch Dis Child* 1986; **61:** 843–48.

90  Heldenberg D, Tenenbaum G, Weisman Y. Effect of iron on serum 25-hydroxy vitamin D and 24,25-dihydroxy vitamin D concentrations. *Am J Clin Nutr* 1992; **56:** 533–36.

91  Looker AC, Dawson-Hughes B, Calvo MS, Gunter EW, Sahyoun NR. Serum 25-hydroxyvitamin D status of adolescents and adults in two seasonal subpopulations from NHANES III. *Bone* 2002; **30:** 771–77.

92  Clements MR, Johnson L, Fraser DR. A new mechanism for induced vitamin D deficiency in calcium deprivation. *Nature* 1987; **325:** 62–65.

93  Muhe L, Lulseged S, Mason KE, Simoes FA. Case control study of the role of nutritional rickets in the risk of developing pneumonia in Ethiopian children. *Lancet* 1997; **349:** 1801–04.

94  Chali D, Enqueslassie F, Gesese M. A case-control study on determinants of rickets. *Ethiop Med J* 1998; **36:** 227–341.

95  Akpede GO, Omotara BA, Ambe JP. Rickets and deprivation: a Nigerian study. *J R Soc Health* 1999; **119:** 216–22.

96  Lulseged S, Fitwi G. Vitamin D deficiency rickets: socio-demographic and clinical risk factors in children seen at a referral hospital in Addis Ababa. *East Afr Med J* 1999; **76:** 457–61.

97  Majid Molla A, Badawi MH, al-Yaish S, Sharma P, el-Salam RS, Molla AM. Risk factors for nutritional rickets among children in Kuwait. *Pediatr Int* 2000; **42:** 280–84.

98  Pettifor JM, Ross P, Wang J, Moodley G, Couper-Smith J. Rickets in children of rural origin in South Africa: is low dietary calcium a factor? *J Pediatr* 1978; **92:** 320–24.

99  Oginni LM, Sharp CA, Worsfold M, Badru OA, Davie MW. Healing of rickets after calcium supplementation. *Lancet* 1999; **353:** 296–97.

100  Kutluk G, Cetinkaya F, Basak M. Comparisons of oral calcium, high dose vitamin D and a combination of these in the treatment of nutritional rickets in children. *J Trop Pediatr* 2002; **48:** 351–53.

101  Thacher TD, Fischer PT, Pettifor JM, et al. A comparison of calcium, vitamin D, or both for nutritional rickets in Nigerian children. *N Engl J Med* 1999; **341:** 563–68.

102  Bishop N. Rickets today—children still need milk and sunshine. *N Engl J Med* 1999; **341:** 602–04.

103  Narchi H, El Jamil M, Kulaylat N. Symptomatic rickets in adolescence. *Arch Dis Child* 2001; **84:** 501–03.

104  Al-Jurayyan NA, El-Desouki ME, Al-Herbish AS, Al-Mazyad AS, Al-Qhtani MM. Nutritional rickets and osteomalacia in school children and adolescents. *Saudi Med J* 2002; **23:** 182–85.

105  Bischof F, Basu D, Pettifor JM. Pathological long-bone fractures in residents with cerebral palsy in a long-term care facility in South Africa. *Dev Med Child Neurol* 2002; **44:** 119–22.

106  Du X, Greenfield H, Fraser DR, Ge K, Trube A, Wang Y. Vitamin D deficiency and associated factors in adolescent girls in Beijing. *Am J Clin Nutr* 2001; **74:** 494–500.

107  Guillemant J, Allemandou A, Cabrol S, Peres G, Guillemant S. Vitamin D status in the adolescent: seasonal variations and effects of winter supplementation with vitamin D3. *Arch Pediatr* 1998; **5:** 1211–15.

108  Lehtonen-Veromaa M, Mottonen T, Nuotio I, Irjala K, Viikari J. The effect of conventional vitamin D(2) supplementation on serum 25(OH)D concentration is weak among peripubertal Finnish girls: a 3-y prospective study. *Eur J Clin Nutr* 2002; **56:** 431–37.

109  Ladizesky M, Lu Z, Oliveri B, et al. Solar ultraviolet B radiation and photoproduction of vitamin D3 in central and southern areas of Argentina. *J Bone Miner Res* 1995; **10:** 545–49.

110  Pettifor JM, Moodley GP, Hough FS, et al. The effect of season and latitude on in vitro vitamin D formation by sunlight in South Africa. *S Afr Med J* 1996; **86:** 1270–72.

111  Webb AR, Kline L, Holick MF. Influence of season and latitude on the cutaneous synthesis of vitamin D3: exposure to winter sunlight in Boston and Edmonton will not promote vitamin D3 synthesis in human skin. *J Clin Endocrinol Metab* 1988; **67:** 373–78.

112  Rucker D, Allan JA, Fick GH, Hanley DA. Vitamin D insufficiency in a population of healthy western Canadians. *Can Med Assoc J* 2002; **166:** 1517–24.

113  Kuoppala T, Tjimala R, Parviainen M, Koskinen T, Ala-Houhala M. Serum levels of vitamin D metabolites, calcium, phosphorus, magnesium and alkaline phosphatase in Finnish women throughout

pregnancy and in cord serum at delivery. *Hum Nutr Clin Nutr* 1986; **40:** 287–93.

114  Specker BL, Valanis B, Hertzberg V, Edwards N, Tsang RC. Sunshine exposure and serum 25 hydroxy vitamin D concentration in exclusively breast fed infants. *J Pediatr* 1985; **107:** 372–76.

115  Ho ML, Yen HC, Tsang RC, Specker BL, Chen XC, Nichols BL. Randomized study of sunshine exposure and serum 25-OHD in breast-fed infants in Beijing, China. *J Pediatr* 1985; **107:** 928–31.

116  Del Arco C, Riancho JA, Luzuriaga C, Gonzalez-Macias J, Florez J. Vitamin D status in children with Down's syndrome. *J Intellect Disabil Res* 1992; **36:** 251–57.

117  Youl P, Aitken J, Hayward N, et al. Melanoma in adolescents: a case-control study of risk factors in Queensland, Australia. *Int J Cancer* 2002; **98:** 92–98.

118  Marks R, Foley PA, Knight KR, Harrison J, Thompson SC. The effect of regular sunscreen use on vitamin D levels in an Australian population. *Arch Dermatol* 1995; **131:** 415–21.

119  Cornish DA, Maluleke V, Mhlanga T. An investigation into a possible relationship between vitamin D, parathyroid hormone, calcium and magnesium in a normally pigmented and an albino rural black population in the Northern Province of South Africa. *Biofactors* 2000; **11:** 35–38.

120  Clemens TL, Adams JS, Henderson SL, Holick MF. Increased skin pigment reduces the capacity of skin to synthesise vitamin D3. *Lancet* 1982; **1:** 74–76.

121  Lo CW, Paris PW, Holick MF. Indian and Pakistani immigrants have the same capacity as Caucasians to produce vitamin D in response to ultraviolet irradiation. *Am J Clin Nutr* 1986; **44:** 683–85.

122  Jablonski NG, Chaplin G. The evolution of human skin coloration. *J Hum Evol* 2000; **39:** 57–106.

123  Department of Health. Dietary reference values for food energy and nutrients for the United Kingdom. Report on Health and Social Subjects, 41. London: HM Stationery Office, 1991: 1–210.

124  Mills AM, Tyler H. Food and nutrient intakes of British infants aged 6–12 months. London: HM Stationery Office, 1992: 1–126.

125  Gregory JR, Collins DL, Davies PSW, Hughes JM, Clarke PC. National diet and nutrition survey: children aged 1 1/2 to 4 ? years. London: HM Stationery Office, 1995: 1–391.

126  Gregory J, Lowe S. National diet and nutrition survey: young people aged 4 to 18 years. London: Stationery Office, 2000: 796.

127  Davies PS, Bates CJ, Cole TJ, Prentice A, Clarke PC. Vitamin D: seasonal and regional differences in preschool children in Great Britain. *Eur J Clin Nutr* 1999; **53:** 195–98.

128  Zhang ZB, Kornegay ET, Radcliffe JS, Wilson D, Veit HP. Comparison of phytase from genetically engineered Aspergillus and canola in weanling pig diets. *J Anim Sci* 2000; **78:** 2868–78.

129  Chesney RW. A new form of rickets during infancy: phosphate depletion-induced osteopenia due to antacid ingestion. *Arch Pediatr Adolesc Med* 1999; **152:** 1243–45.

130  Ness AR, Frankel SJ, Gunnell SJ, Smith GD. Are we really dying for a tan? *BMJ* 1999; **319:** 114–16.

131  American Academy of Pediatrics Work Group on Breastfeeding. Breast feeding and the use of human milk. *Pediatrics* 1997; **100:** 1035–39.

132  Feillet F, Vidailhet M, Leheup B, Morali A. The current practice of prevention of rachitis in France: a survey of 600 physicians. *Pediatrie* 1988; **43:** 775–82.

133  Madelenat P, Bastian H, Menn S. Winter supplementation in the 3rd trimester of pregnancy by dose of 80,000 IU of vitamin D. *J Gynecol Obstet Biol Reprod* 2001; **30:** 761–67.

134  Cheney MC. Canadian experience with food fortification. *Public Health Rev* 2000; **28:** 171–77.

135  Nesby-O'Dell S, Scanlon KS, Cogswell ME, et al. Hypovitaminosis D prevalence and determinants among African American and white women of reproductive age: third National Health and Nutrition Examination Survey, 1988–1994. *Am J Clin Nutr* 2002; **76:** 187–92.

136  Darnton-Hill I, Darnton-Hill I, Nalubola R. Fortification strategies to meet micronutrient needs: successes and failures. *Proc Nutr Soc* 2002; **61:** 231–41.

137  Mahomed K, Gulmezoglu AM. Vitamin D supplementation in pregnancy (Cochrane Review). In: *The Cochrane Library*, Issue 1, 2003. Oxford: Update Software.

138  Gartner LM, Greer FR. Prevention of rickets and vitamin D deficiency: new guidelines for vitamin D intake. *Pediatrics* 2003; **111:** 908–10.

139  Holick MF. The cutaneous photosynthesis of previtamin D3: a unique photoendocrine system. *J Invest Dermatol* 1981; **77:** 51–58.

(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

(19) World Intellectual Property Organization
International Bureau



(43) International Publication Date
6 December 2007 (06.12.2007)

**PCT**

(10) International Publication Number
**WO 2007/139956 A2**



(51) International Patent Classification:        Not classified

(21) International Application Number:
PCT/US2007/012525

(22) International Filing Date:    25 May 2007 (25.05.2007)

(25) Filing Language:                English

(26) Publication Language:            English

(30) Priority Data:
60/808,812        26 May 2006 (26.05.2006)    US

(71) Applicant (for all designated States except US): LABO-
RATORY CORPORATION OF AMERICA HOLD-
INGS [US/US]; 430 South Spring Street, Burlington,
North Carolina 27215 (US).

(72) Inventors; and

(75) Inventors/Applicants (for US only): GRANT, Russell,
Philip [GB/US]; 240 Wilbur Road, Unit B, Thousand
Oaks, California 91360 (US). WAGNER, Andrew, Den-
nis [US/US]; 300 Rolling Oaks Drive, Unit 105, Thousand
Oaks, California 91361 (US). MORR, Mary, Katherine
[US/US]; 2827 Trillium Street, Thousand Oaks, California
91360 (US). PATEL, Milan, Rameshkumar [US/US];
7162 Sale Avenue, West Hills, California 91307 (US).

(74) Agent: CALKINS, Charles, W.; Kilpatrick Stockton,
LLP, 1001 West Fourth Street, Winston-salem, North
Carolina 27101, (US).

(81) Designated States (unless otherwise indicated, for every
kind of national protection available): AE, AG, AL, AM,
AT, AU, AZ, BA, BB, BG, BH, BR, BW, BY, BZ, CA, CH,
CN, CO, CR, CU, CZ, DE, DK, DM, DZ, EC, EE, EG, ES,
FI, GB, GD, GE, GH, GM, GT, HN, HR, HU, ID, IL, IN,
IS, JP, KE, KG, KM, KN, KP, KR, KZ, LA, LC, LK, LR,
LS, LT, LU, LY, MA, MD, MG, MK, MN, MW, MX,
MY, MZ, NA, NG, NI, NO, NZ, OM, PG, PH, PL, PT, RO,
RS, RU, SC, SD, SE, SG, SK, SL, SM, SV, SY, TJ, TM,
TN, TR, TT, TZ, UA, UG, US, UZ, VC, VN, ZA, ZM, ZW.

(84) Designated States (unless otherwise indicated, for every
kind of regional protection available): ARIPO (BW, GH,
GM, KE, LS, MW, MZ, NA, SD, SL, SZ, TZ, UG, ZM,
ZW), Eurasian (AM, AZ, BY, KG, KZ, MD, RU, TJ, TM),
European (AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI,
FR, GB, GR, HU, IE, IS, IT, LT, LU, LV, MC, MT, NL, PL,
PT, RO, SE, SI, SK, TR), OAPI (BF, BJ, CF, CG, CI, CM,
GA, GN, GQ, GW, ML, MR, NE, SN, TD, TG).

Published:
—    without international search report and to be republished
upon receipt of that report

[Continued on next page]

(54) Title: METHODS AND SYSTEMS FOR THE QUANTITATIVE ANALYSIS OF BIOMARKERS



Estradiol

(57) Abstract: Disclosed are methods and systems using liquid chromatography/tandem mass spectrometry (LC-MS/MS and
2D-LC-MS/MS) for the analysis of endogenous biomarkers, including steroid hormones, such as estrone and estradiol, thyroid
hormones, such as free thyroxine, and metabolites, such as 25-hydroxyvitamin D2 and 25-hydroxyvitamin D3, in biological
samples.

WO 2007/139956 A2

QUESTMS-00000621

**WO 2007/139956  A2**

*For two-letter codes and other abbreviations, refer to the "Guidance Notes on Codes and Abbreviations" appearing at the beginning of each regular issue of the PCT Gazette.*

QUESTMS-00000622

## METHODS AND SYSTEMS FOR THE QUANTITATIVE ANALYSIS OF BIOMARKERS

### PRIORITY CLAIM TO RELATED APPLICATIONS

5 This application claims priority to U.S. provisional patent application Serial No. 60/808,812, filed May 26, 2006. The disclosure of U.S. provisional patent application Serial No. 60/808,812 is incorporated by reference in its entirety herein.

### FIELD OF INVENTION

The presently disclosed subject matter relates to methods and systems for the analysis

10 of biomarkers. In certain embodiments, the biomarkers are endogenous to human subjects such that the measurement may be used for clinical diagnosis.

### BACKGROUND

Biomarkers, such as hormones, vitamins, metabolites, can be used for the clinical diagnosis of multiple disorders and as endogenous biomarkers in endocrinology. For

15 example, the measurement of estrogen compounds, such as estrone and estradiol can be used to evaluate ovarian function and to evaluate excess or diminished estrogen levels in a patient. Also, measurement of thyroxine can be used to quantify thyroid function.

Requirements for the clinical diagnostic testing of endogenous biomarkers in endocrinology may include highly sensitive and specific assays, the ability to analyze small

20 sample volumes (e.g., pediatric sample volumes can be limited to less than about 200 µL), and the ability to screen for multiple analytes to accurately diagnose a disease state, e.g., an endocrine disorder. Historically, radioimmunoassay (RIA) and enzyme-linked immunoassay (ELISA) methods have been used in such clinical diagnostic testing. Immunoassay methods (IA), such as RIA and EIA, however, may suffer from low throughput, antibody cross-

25 reactivity, which can require extra preparation for specificity, and poor scalability. Also, the analysis of endogenous biomarkers by RIA may require multiple serial dilutions for the analysis of each individual marker, which can lead to the need to make multiple adjustments to normalize sample volumes and/or the need for multiple separate tests. Also, immunoassay tesing is not particularly conducive to the analysis of multiple biomarkers in each sample.

30 The analysis for multiple analytes in a single assay can allow for using samples of reduced size which results in assays of increased sensitivity and efficiency per sample.

An important class of hormones are the steroid hormones, such as testosterone and estrogens. Testosterone develops and maintains the male secondary sex characteristics, and

1

QUESTMS-00000623

WO 2007/139956                                    PCT/US2007/012525

promotes growth and development of sperm. Estrogen is the term used for a group of hormones of which there are three principle forms, estrone, estradiol, and estriol.

For example, relatively small variations in estrogen levels may be clinically significant. Generally, the level of estrogen in post-menopausal women, adult males, and prepubescent children is $\leq 10$ pg/mL. Elevated estrogen levels in children may lead to precocious puberty (and short stature). In post-menopausal women, low estrogen levels may require replacement, where as levels greater than 5 pg/mL may be prognostic for certain cancers. In adult males, elevated estrogen levels may be indicative of certain disease states (testicular cancer). In adult females, reduced or elevated levels may also be indicative of certain cancers (e.g., ovarian cancer). A level of serum estrogen of 15 pg/mL is clinically different from 10 pg/mL and thus, measurement of estrogen compounds (e.g., estradiol and estrone) requires an LLOQ of 1-5 pg/mL irrespective of sample type, patient age, gender and diet.

Another important class of hormones are the thyroid hormones. Thyroxine (T4) and triiodothyronine (T3) are examples of thyroid hormones. T4 and T3 enter cells and bind to intracellular receptors. T4 and T3 are important in regulation of a number of factors including growth and development, carbohydrate metabolism, oxygen consumption, and protein synthesis. T4 acts as a prohormone, as the bulk of T3 present in blood is produced by monodeiodination of T4 by intracellular enzymes. Thyroid hormone concentrations in blood are essential tests for the assessment of thyroid function.

Thus, there is a need to develop analytical techniques that can be used for the measurement of endogenous biomarkers, and for methods that provide more sensitivity and higher throughput than RIA. Until recently, however, only GC-MS or LC-MS/MS with derivatization has been successful for small sample volumes. Thus, there is a need in the art for LC-MS/MS techniques for the analysis of endogenous biomarkers for clinical diagnosis in endocrinology capable of providing detection limits at acceptable levels, without the need for the cumbersome derivatization processes.

SUMMARY

In some embodiments, the presently disclosed subject matter provides methods and systems for the quantitative analysis of endocrine biomarkers in a test sample. The quantification of such markers may, in certain embodiments, be used for clinical diagnosis in endocrinology. For example, in some embodiments, the methods and systems of the present invention may be used for the quantitative analysis of total levels of certain hormones,

2

QUESTMS-00000624

including steroid hormones, such as estrone and estradiol, and their metabolites, such as estrone sulfate. In other embodiments, the methods and systems of the present invention provide for the quantitative analysis of biomarkers that can be difficult to detect in their active state. For example, the systems and methods of the present invention may be used to

5    quantify free (i.e., not bound to protein) serum hormones, such as free thyroxine (T4) in biological samples. Or, in other embodiments, the systems and methods of the present invention may be used to quantify free triiodothyronine (T3) or testosterone. In an embodiment, the methods and systems of the present invention allow for measurement of such hormones without the need for derivatation processes.

10       In some embodiments, the biomarkers of interest are estradiol and/or estrone. Thus, in one embodiment, the present invention comprises a method for determining the presence or amount of estradiol in a sample by tandem mass spectrometry, comprising: (a) generating a dehydrated precursor ion of the estradiol; (b) generating one or more fragment ions of the precursor ion; and (c) detecting the presence or amount of one or more of the ions generated

15    in step (a) or (b) or both, and relating the detected ions to the presence or amount of the estradiol in the sample. In an embodiment, the sample comprises a mixture of estradiol and estrone.

      In other embodiments, the biomarker comprises free thyroxine (T4) or triiodothyronine (T3). In certain embodiments, the present invention provides a high-

20    throughput assay for free thyroxine (T4). Thus, in one embodiment, the present invention comprises a method for determining the presence or amount of free thyroxine in a plurality of samples by tandem mass spectrometry, comprising: (a) dialyzing the plurality of samples to separate the free thyroxine from the protein-bound thyroxine in the samples; (b) generating a precursor ion of the thyroxine; (b) generating one or more fragment ions of the thyroxine; and

25    (c) detecting the presence or amount of one or more of the ions generated in step (b) or (c) or both, and relating the detected ions to the presence or amount of the free thyroxine in the plurality of samples.

      In some embodiments, the methods and systems of the present invention comprise liquid chromatography (LC) methods in combination with other analytical techniques as a

30    means to measure such biomarkers with high sensitivity and high throughput. In certain embodiments, the present invention comprises quantitative liquid chromatography tandem mass spectrometry (LC-MS/MS) analysis of endocrine biomarkers in a test sample. In some embodiments, two-dimensional or tandem LC is used. The method may include, in alternate

3

QUESTMS-00000625

emboiments, liquid-liquid extractions, dialysis, sample dilution, and/or sample dehydration steps prior to analysis by tandem mass spectrometry.

Accordingly, embodiments of the present invention may provide methods for the quantitative LC-MS/MS and 2D-LC-MS/MS analysis of hormones, including steroid

5  hormones, such as estrone and estradiol. Additionally or alternatively, embodiments of the present invention may provide methods for the quantitative determination of a free (i.e., non-protein bound) hormone or metabolite using dialysis in combination with LC-MS/MS analysis for hormones that in biological samples, may be predominantly protein-bound. Such hormones may include free thyroxine (T4), free triiodothyronine (3), or free testosterone.

10  Certain objects of the present invention, having been stated hereinabove, will become further evident as the description proceeds when taken in connection with the accompanying figures and examples as described herein below.

BRIEF DESCRIPTION OF THE DRAWINGS

Having thus described the invention in general terms, reference will now be made to the

15  accompanying drawings, which are not necessarily drawn to scale.

FIG. 1 shows a flow chart of a method for quantitative analysis of a biomarker of interest in accordance with one embodiment of the present invention.

FIG. 2 shows dehydration of estradiol and the effect on mass spectrometry (MS) analysis in accordance with an embodiment of the present invention.

20  FIG. 3 shows potential isobaric interferences for measurement of estrone and estradiol due to dehydration of dehydroepiandrosterone (DHEA) in accordance with one embodiment of the present invention.

FIG. 4 shows an example of heart-cutting from a primary separation gradient to remove compounds that comprise isobaric interference in the analysis of estrone and estradiol

25  in accordance with one embodiment of the present invention.

FIG. 5 shows a method for the quantification of estrone and estradiol in accordance with an embodiment of the present invention.

FIG. 6 shows a method for the quantification of free thyroxine (T4) in accordance with an embodiment of the present invention.

30  FIG. 7 shows a system for quantitative analysis of a metabolite in accordance with one embodiment of the present invention (Panel A), and a system for multiplex analysis (Panel B) in accordance with alternate embodiments of the present invention.

4

QUESTMS-00000626

FIG. 8 shows a LC-MS/MS chromatogram of estrone sulfate at a limit of quantification of 100 pg/mL in accordance with one embodiment of the present invention.

FIG. 9 shows a LC-MS/MS chromatogram of free thyroxine at a limit of quantification of 2 pg/mL in accordance with one embodiment of the present invention.

FIG. 10 shows a 2D-LC-MS/MS chromatogram of 25-hydroxyvitamin D2 at a limit of quantification of 1 ng/mL in accordance with one embodiment of the present invention.

FIG. 11 shows a 2D-LC-MS/MS chromatogram of 25-hydroxyvitamin D3 at a limit of quantification of 1 ng/mL in accordance with one embodiment of the present invention.

FIG. 12 shows a 2D-LC-MS/MS chromatogram of estrone at a limit of quantification of 2.5 pg/mL in accordance with one embodiment of the present invention.

FIG. 13 shows a 2D-LC-MS/MS chromatogram of estradiol at a limit of quantification of 1 pg/mL in accordance with one embodiment of the present invention.

FIG. 14 shows a LC-MS/MS chromatogram of estrone sulfate at an upper limit of quantification of 50 ng/mL in accordance with one embodiment of the present invention.

FIG. 15 shows a LC-MS/MS chromatogram of free thyroxine at an upper limit of quantification of 100 pg/dL in accordance with one embodiment of the present invention.

FIG. 16 shows a 2D-LC-MS/MS chromatogram of 25-hydroxyvitamin D2 at an upper limit of quantification of 250 ng/mL in accordance with one embodiment of the present invention.

FIG. 17 shows a 2D-LC-MS/MS chromatogram of 25-hydroxyvitamin D3 at an upper limit of quantification of 250 ng/mL in accordance with one embodiment of the present invention.

FIG. 18 shows a 2D-LC-MS/MS chromatogram of estrone at an upper limit of quantification of 500 pg/mL in accordance with one embodiment of the present invention.

FIG. 19 shows a 2D-LC-MS/MS chromatogram of estradiol at an upper limit of quantification of 500 pg/mL in accordance with one embodiment of the present invention.

FIG. 20 shows a calibration curve obtained by LC-MS/MS for estrone sulfate in accordance with one embodiment of the present invention.

FIG. 21 shows a calibration curve obtained by LC-MS/MS for free thyroxine in accordance with one embodiment of the present invention.

FIG. 22 shows a calibration curve obtained by 2D-LC-MS/MS for 25-hydroxyvitamin D2 in accordance with one embodiment of the present invention.

5

QUESTMS-00000627

FIG. 23 shows a calibration curve obtained by 2D-LC-MS/MS for 25-hydroxyvitamin D3 in accordance with one embodiment of the present invention.

FIG. 24 shows a calibration curve obtained by 2D-LC-MS/MS for estrone in accordance with one embodiment of the present invention.

5        FIG. 25 shows a calibration curve obtained by 2D-LC-MS/MS for estradiol in accordance with one embodiment of the present invention.

FIG. 26 shows cross-validation data for LC-MS/MS as compared to radioimmunoassay (RIA) for estrone sulfate in accordance with one embodiment of the present invention.

FIG. 27 shows cross-validation data for LC-MS/MS as compared to immunoassay (IA)
10      for free thyroxine in accordance with one embodiment of the present invention.

FIG. 28 shows cross-validation data for 2D-LC-MS/MS as compared to a competitive binding protein assay (CBP) (Panel A) or immunoassay (IA) (Panel B) for total 25-hydroxyvitamin D (25-hydroxyvitamin D2+D3) in accordance with alternate embodiments of the present invention.

15      FIG. 29 shows cross-validation data for 2D-LC-MS/MS as compared to RIA for Estrone in accordance with one embodiment of the present invention.

FIG. 30 shows cross-validation data for 2D-LC-MS/MS as compared to RIA for Estradiol in accordance with one embodiment of the present invention.

FIG. 31 shows a comparison of Estradiol (E2) cross-validation of LC-MS/MS with
20      derivatization to 2D-LC-MS/MS without derivatization in accordance with an embodiment of the present invention.

FIG. 32 shows the measured concentration (pg/mL) of free thyroxine vs. dialysis time (hours). The squares (■) show dialysis losses and the diamonds (◆) show effective dialysis for free thyroxine using 96-well equilibrium dialysis plates in accordance with one
25      embodiment of the present invention.

## DETAILED DESCRIPTION

The presently disclosed subject matter now will be described more fully hereinafter with reference to the accompanying description and drawings, in which some, but not all embodiments of the presently disclosed subject matter are shown. The presently disclosed
30      subject matter can be embodied in many different forms and should not be construed as limited to the embodiments set forth herein; rather, these embodiments are provided so that this disclosure will satisfy applicable legal requirements. Like numbers refer to like elements throughout.

6

QUESTMS-00000628

ase 1:18-cv-01436-MN   Document 94-2   Filed 09/25/19   Page 126 of 643 PageID #: 376

Many modifications and other embodiments of the presently disclosed subject matter set forth herein will come to mind to one skilled in the art to which the presently disclosed subject matter pertains having the benefit of the teachings presented in the foregoing descriptions and the associated drawings.  Therefore, it is to be understood that the presently disclosed subject matter is not to be limited to the specific embodiments disclosed and that modifications and other embodiments are intended to be included within the scope of the appended claims.  Although specific terms are employed herein, they are used in a generic and descriptive sense only and not for purposes of limitation.  The disclosure utilizes the abbreviations shown below.

### ABBREVIATIONS

| | | |
|---|---|---|
| APCI | = | atmospheric pressure chemical ionization |
| CBP | = | competitive binding protein |
| E1 | = | Estrone |
| E2 | = | 17β-Estradiol or Estradiol |
| FT4 | = | Free Thryoxine |
| HTLC | = | high turbulence (throughput) liquid chromatography |
| HPLC | = | high performance liquid chromatography |
| LLE | = | liquid-liquid extraction |
| LOQ | = | limits of quantification |
| LLOQ | = | lower limit of quantification |
| IA | = | immunoassay |
| ELISA | = | enzyme linked immunoassay |
| RIA | = | radioimmunoassay |
| SST | = | system suitability test |
| ULOQ | = | upper limit of quantification |
| 2D-LC-MS/MS | = | two-dimensional liquid chromatography hyphenated to tandem mass spectrometry |
| (LC)-LC-MS/MS | = | two-dimensional liquid chromatography tandem hyphenated to mass spectrometry |
| (LC)-MS/MS | = | liquid chromatography hyphenated to tandem mass spectrometry |

### Definitions

While the following terms are believed to be well understood by one of ordinary skill in the art, the following definitions are set forth to facilitate explanation of the presently disclosed subject matter.  Other definitions are found throughout the specification.  Unless otherwise defined, all technical and scientific terms used herein have the same meaning as commonly understood by one of ordinary skill in the art to which this presently described subject matter belongs.

7

QUESTMS-00000629

Notwithstanding that the numerical ranges and parameters setting forth the broad scope of the invention are approximations, the numerical values set forth in the specific examples are reported as precisely as possible. Any numerical value, however, inherently contains certain errors necessarily resulting from the standard deviation found in their

5   respective testing measurements. Moreover, all ranges disclosed herein are to be understood to encompass any and all subranges subsumed therein. For example, a stated range of "1 to 10" should be considered to include any and all subranges between (and inclusive of) the minimum value of 1 and the maximum value of 10; that is, all subranges beginning with a minimum value of 1 or more, e.g. 1 to 6.1, and ending with a maximum value of 10 or less,

10  e.g., 5.5 to 10. Additionally, any reference referred to as being "incorporated herein" is to be understood as being incorporated in its entirety.

The terms "a", "an", and "the" refer to "one or more" when used in this application, including the claims. Thus, for example, reference to "a cell" includes a plurality of such cells, unless the context clearly is to the contrary (e.g., a plurality of cells), and so forth.

15  As used herein, the term "biomarker" is any biomolecule that may provide biological information about the physiological state of an organism. In certain embodiments, the presence or absence of the biomarker may be informative. In other embodiments, the level of the biomarker may be informative. A biomarker may be a hormone, such as an estrogen (e.g., estradiol, estrone), testosterone, thyroxine (T4), triiodothyronine (T3), or a metabolite

20  of a hormone (estrogen sulfate). A biomarker may also be a vitamin or a metabolite of a vitamin. For example, in one embodiment, the measured biomarker may comprise a vitamin D compound such as 25-hydroxyvitamin D2 and 25-hydroxyvitamin D3.

As used herein, the terms "purify" or "separate" or derivations thereof do not necessarily refer to the removal of all materials other than the analyte(s) of interest from a

25  sample matrix. Instead, in some embodiments, the terms "purify" or "separate" refer to a procedure that enriches the amount of one or more analytes of interest relative to one or more other components present in the sample matrix. In some embodiments, a "purification" or "separation" procedure can be used to remove one or more components of a sample that could interfere with the detection of the analyte, for example, one or more components that

30  could interfere with detection of an analyte by mass spectrometry.

As used herein, "derivatizing" means reacting two molecules to form a new molecule. Derivatizing agents may include isothiocyanate groups, dansyl groups, dinitro-fluorophenyl groups, nitrophenoxycarbonyl groups, and/or phthalaldehyde groups.

8

QUESTMS-00000630

As used herein, "chromatography" refers to a process in which a chemical mixture carried by a liquid or gas is separated into components as a result of differential distribution of the chemical entities as they flow around or over a stationary liquid or solid phase.

As used herein, "liquid chromatography" (LC) means a process of selective
5  retardation of one or more components of a fluid solution as the fluid uniformly percolates through a column of a finely divided substance, or through capillary passageways. The retardation results from the distribution of the components of the mixture between one or more stationary phases and the bulk fluid, (i.e., mobile phase), as this fluid moves relative to the stationary phase(s). "Liquid chromatography" includes reverse phase liquid
10  chromatography (RPLC), high performance liquid chromatography (HPLC) and high turbulence liquid chromatography (HTLC).

As used herein, the term "HPLC" or "high performance liquid chromatography" refers to liquid chromatography in which the degree of separation is increased by forcing the mobile phase under pressure through a stationary phase, typically a densely packed column.
15  The chromatographic column typically includes a medium (i.e., a packing material) to facilitate separation of chemical moieties (i.e., fractionation). The medium may include minute particles. The particles include a bonded surface that interacts with the various chemical moieties to facilitate separation of the chemical moieties such as the biomarker analytes quantified in the experiments herein. One suitable bonded surface is a hydrophobic
20  bonded surface such as an alkyl bonded surface. Alkyl bonded surfaces may include C-4, C-8, or C-18 bonded alkyl groups, preferably C-18 bonded groups. The chromatographic column includes an inlet port for receiving a sample and an outlet port for discharging an effluent that includes the fractionated sample. In the method, the sample (or pre-purified sample) may be applied to the column at the inlet port, eluted with a solvent or solvent
25  mixture, and discharged at the outlet port. Different solvent modes may be selected for eluting different analytes of interest. For example, liquid chromatography may be performed using a gradient mode, an isocratic mode, or a polytyptic (i.e. mixed) mode. In one embodiment, HPLC may performed on a multiplexed analytical HPLC system with a C18 solid phase using isocratic separation with water:methanol as the mobile phase.
30  As used herein, the term "analytical column" refers to a chromatography column having sufficient chromatographic plates to effect a separation of the components of a test sample matrix. Preferably, the components eluted from the analytical column are separated in such a way to allow the presence or amount of an analyte(s) of interest to be determined. In

9

QUESTMS-00000631

some embodiments, the analytical column comprises particles having an average diameter of about 5 μm. In some embodiments, the analytical column is a functionalized silica or polymer-silica hybrid, or a polymeric particle or monolithic silica stationary phase, such as a phenyl-hexyl functionalized analytical column.

5      Analytical columns can be distinguished from "extraction columns," which typically are used to separate or extract retained materials from non-retained materials to obtained a "purified" sample for further purification or analysis. In some embodiments, the extraction column is a functionalized silica or polymer-silica hybrid or polymeric particle or monlithic silica stationary phase, such as a Poroshell SBC-18 column.

10     The term "heart-cutting" refers to the selection of a region of interest in a chromatogram and subjecting the analytes eluting within that region of interest to a second separation, e.g., a separation in a second dimension.

The term "electron ionization" as used herein refers to methods in which an analyte of interest in a gaseous or vapor phase interacts with a flow of electrons. Impact of the electrons

15     with the analyte produces analyte ions, which may then be subjected to a mass spectrometry technique.

The term "chemical ionization" as used herein refers to methods in which a reagent gas (e.g. ammonia) is subjected to electron impact, and analyte ions are formed by the interaction of reagent gas ions and analyte molecules.

20     The term "field desorption" as used herein refers to methods in which a non-volatile test sample is placed on an ionization surface, and an intense electric field is used to generate analyte ions.

The term "matrix-assisted laser desorption ionization," or "MALDI" as used herein refers to methods in which a non-volatile sample is exposed to laser irradiation, which desorbs

25     and ionizes analytes in the sample by various ionization pathways, including photo-ionization, protonation, deprotonation, and cluster decay. For MALDI, the sample is mixed with an energy-absorbing matrix, which facilitates desorption of analyte molecules.

The term "surface enhanced laser desorption ionization," or "SELDI" as used herein refers to another method in which a non-volatile sample is exposed to laser irradiation, which

30     desorbs and ionizes analytes in the sample by various ionization pathways, including photo-ionization, protonation, deprotonation, and cluster decay. For SELDI, the sample is typically bound to a surface that preferentially retains one or more analytes of interest. As in MALDI, this process may also employ an energy-absorbing material to facilitate ionization.

10

QUESTMS-00000632

The term "electrospray ionization," or "ESI," as used herein refers to methods in which a solution is passed along a short length of capillary tube, to the end of which is applied a high positive or negative electric potential. Upon reaching the end of the tube, the solution may be vaporized (nebulized) into a jet or spray of very small droplets of solution in solvent vapor. This mist of droplet can flow through an evaporation chamber which is heated slightly to prevent condensation and to evaporate solvent. As the droplets get smaller the electrical surface charge density increases until such time that the natural repulsion between like charges causes ions as well as neutral molecules to be released.

The term "Atmospheric Pressure Chemical Ionization," or "APCI," as used herein refers to mass spectroscopy methods that are similar to ESI, however, APCI produces ions by ion-molecule reactions that occur within a plasma at atmospheric pressure. The plasma is maintained by an electric discharge between the spray capillary and a counter electrode. Then, ions are typically extracted into a mass analyzer by use of a set of differentially pumped skimmer stages. A counterflow of dry and preheated $N_2$ gas may be used to improve removal of solvent. The gas-phase ionization in APCI can be more effective than ESI for analyzing less-polar species.

The term "Atmospheric Pressure Photoionization" ("APPI") as used herein refers to the form of mass spectroscopy where the mechanism for the photoionization of molecule M is photon absorption and electron ejection to form the molecular M+. Because the photon energy typically is just above the ionization potential, the molecular ion is less susceptible to dissociation. In many cases it may be possible to analyze samples without the need for chromatography, thus saving significant time and expense. In the presence of water vapor or protic solvents, the molecular ion can extract H to form MH+. This tends to occur if M has a high proton affinity. This does not affect quantitation accuracy because the sum of M+ and MH+ is constant. Drug compounds in protic solvents are usually observed as MH+, whereas nonpolar compounds such as naphthalene or testosterone usually form M+ (see e.g., Robb et al., 2000, Anal. Chem. 72(15): 3653-3659).

The term "inductively coupled plasma" as used herein refers to methods in which a sample is interacted with a partially ionized gas at a sufficiently high temperature to atomize and ionize most elements.

The term "ionization" and "ionizing" as used herein refers to the process of generating an analyte ion having a net electrical charge equal to one or more electron units.

11

QUESTMS-00000633

WO 2007/139956                                      PCT/US2007/012525

Negative ions are those ions having a net negative charge of one or more electron units, while positive ions are those ions having a net positive charge of one or more electron units.

The term "desorption" as used herein refers to the removal of an analyte from a surface and/or the entry of an analyte into a gaseous phase.

5        As used herein, the term "immunoassay" (IA) refers to a method for measuring the amount of an analyte of interest by quantifying the binding, or the inhibition of binding, of a substance to an antibody. Where an enzyme is used to detect the amount of binding of the substance (e.g. antigen) to an antibody, the assay is an enzyme-linked immunoassay (ELISA). As used herein, the term "radioimmunoassay" (RIA) refers to a method for measuring the

10      amount of an analyte of interest by quantifying the binding, or the inhibition, of binding, of a radiolabled substance to an antibody.

As used herein, the term "hemolysed" refers to the rupturing of the red blood cell membrane, which results in the release of hemoglobin and other cellular contents into the plasma or serum and the term "lipemic" refers to an excess of fats or lipids in blood.

15      <u>Analysis of Biomarkers by LC-MS/MS</u>

Thus, embodiments of the present invention relate to methods and systems for the quantitative analysis of endogenous biomarkers for clinical diagnosis. The present invention may be embodied in a variety of ways.

In one embodiment, the present invention comprises a method for determining the

20      presence or amount of at least one biomarker of interest in a biological sample, the method comprising:  providing a biological sample believed to contain at least one biomarker of interest; chromatographically separating the at least one biomarker of interest from other components in the sample; and analyzing the chromatographically separated at least one biomarker of interest by mass spectrometry to determine the presence or amount of the at

25      least one biomarker of interest in the sample.

In an embodiment, the at least one biomarker comprises a steroid hormone or a thyroid hormone. For example, in one embodiment, the at least one biomarker comprises estradiol and estrone. Or, the at least one biomarker may comprise free thyroxine (T4) or triiodothyronine (T3).

30      In cetain embodiments, the chromatography may comprise high performance liquid chromatography (HPLC). In an embodiment, the chromatography may comprises extraction and/or analytical liquid chromatography.

12

QUESTMS-00000634

In an embodiment, the method may comprise purifying the biomarker of interest prior to chromatography. For example, the sample may be partially purfied by at least one of liquid-liquid extraction. Also, the method may comprise the step of diluting the sample into a solvent or solvents used for LS and/or MS.

5   In some embodiments, the method may comprise the use of two liquid chromatography steps. For example, in certain embodiments, the method for determining the presence or amount of one or more biomarkers in a test sample may comprise the steps of: (a) providing a sample suspected of containing one or more biomarkers of interest; (b) partially purifying the one or more biomarkers of interest from other components in the sample by at

10  least one of liquid-liquid extraction or by diluting the sample; (c) transferring the extracted one or more hormones or metabolites onto an extraction column (i.e., on-line or off-line); (d) transferring the one or more biomarkers of interest from the extraction column onto an analytical column and chromatographically separating the one or more biomarkers of interest from other components in the sample; and (e) analyzing the chromatographically separated

15  biomarkers of interest by mass spectrometry to determine the presence or amount of the one or more biomarkers in the test sample.

In certain embodiments, the present invention comprises methods for measuring at least one of estradiol and/or estrone in a sample. In certain embodiments, the estradiol is dehydrated to reduce the complexity of the MS/MS spectrum, such that the sensitivity of

20  estradiol detection is increased. For example, in one embodiment, the present invention comprises a method for determining the presence or amount of estradiol in a sample by tandem mass spectrometry, comprising: (a) generating a dehydrated precursor ion of the estradiol; (b) generating one or more fragment ions of the precursor ion; and (c) detecting the presence or amount of one or more of the ions generated in step (a) or (b) or both, and

25  relating the detected ions to the presence or amount of the estradiol in the sample.

In an embodiment, the sample may be subjected to a purification step prior to ionization.

For example, in certain embodiments, the purification step may comprises chromatography. As discussed herein, in certain embodiments, the chromatography comprises high

30  performance liquid chromatography (HPLC). The LC step may comprise one LC separation, or multiple LC separations. In one embodiment, the chromatographic separation comprises extraction and analytical liquid chromatography. Additionally or alternatively, high

13

QUESTMS-00000635

WO 2007/139956                                    PCT/US2007/012525

turbulence liquid chromatography (HTLC) (also known as high throughput liquid chromatography) may be used.

The purification may comprise steps in addition to HPLC or other types of chromatographic separation techniques. In alternate embodiments, the method may comprise at least one of liquid-liquid extraction or dilution. In one embodiment, the sample is diluted into a solvent or solvent mixture that may be used for LC and/or MS (e.g., LC-MS/MS or 2D-LC-MS/MS).

In an embodiment, the treatment of estradiol to form a dehydrated form of the compound reduces the molecular weight of the estradiol by about 18 mass units. Thus, in an embodiment, the precursor ion has a mass/charge ratio (m/z) of about 255.2. Also, in an embodiment, treatment of estradiol to form a dehydrated form of the compound reduces the complexity of the mass spectrum. Thus, in a embodiment the fragment ions comprise ions having a mass/charge ratio (m/z) of about 159.0 and 133.0. By reducing the complexity of the spectrum, the sensitivity of the procedure may be increased. The method may comprise detection of estradiol over a range of from a LOQ of about 1 pg/ml to an ULOQ of about 500 pg/mL as a single assay (i.e., as a linear assay without multiple dilution of the samples). Also, the method may comprise detection of estrone over a range of from a LOQ of about 2.5 pg/mL to and ULOQ of about 500 pg/mL as a single assay (i.e., as a linear assay without multiple dilution of the samples).

Also, since the spectrum of the estradiol is simplified, the analysis may further comprise a determination of the amount of other estrogens, such as estrone, in the sample.

The sample may only require heating for a relatively brief period of time to form the dehydrated estradiol. For example, the sample may be heated within the range of 300°C to 1000°C. In an embodiment, the sample is heated in the interface where the sample is transferred to the mass spectrometer. In alternate embodiments, the heating step is done for less than 1 second, or less than 100 milliseconds (msec), or less than 10 msec, or less than 1 msec, or less than 0.1 msec, or less than 0.01 msec, or less than 0.001 msec.

In other embodiments, the present invention comprises methods for determining the presence or amount of a free thyroxine in a sample or a plurality of samples. In an embodiment, the present invention may comprise a method for determining the presence or amount of free thyroxine in a plurality of samples by tandem mass spectrometry, comprising: (a) dialyzing the plurality of samples to separate the free thyroxine from the protein-bound thyroxine in the samples; (b) generating a precursor ion of the thyroxine in each sample; (b)

14

QUESTMS-00000636

PHYSIOLOGICAL REVIEWS
Vol. 78, No. 4, October 1998
Printed in U.S.A.

# Current Understanding of the Molecular Actions of Vitamin D

GLENVILLE JONES, STEPHEN A. STRUGNELL, AND HECTOR F. DeLUCA

*Departments of Biochemistry and Medicine, Queen's University, Kingston, Ontario, Canada; and Department of Biochemistry, University of Wisconsin-Madison, Madison, Wisconsin*

Downloaded from physrev.physiology.org on February 2, 2010

| | | |
|---|---|---|
| I. | Metabolic Activation of Vitamin D | 1194 |
| | A. Introduction | 1194 |
| | B. Overview of metabolism | 1194 |
| | C. Hepatic 25-hydroxylation | 1195 |
| | D. Renal 1α-hydroxylation | 1198 |
| | E. 24-Hydroxylation | 1198 |
| II. | Role of Vitamin D in Calcium Homeostasis | 1200 |
| | A. Development of calcium homeostatic mechanisms | 1200 |
| | B. Role of parathyroid gland and its hormone | 1200 |
| | C. Physiological actions of 1α,25-dihydroxyvitamin $D_3$ | 1201 |
| | D. Role of calcitonin | 1201 |
| | E. Vitamin D metabolites and other hormones | 1202 |
| | F. Intestinal calcium and phosphate absorption | 1202 |
| | G. Vitamin D and bone calcium mobilization | 1202 |
| | H. 1α,25-Dihydroxyvitamin $D_3$ regulates the parathyroid gland | 1203 |
| III. | Molecular Mechanism of Action at Target Cells | 1203 |
| | A. Overall mechanism of transcriptional regulation by vitamin D | 1203 |
| | B. Vitamin D receptors | 1204 |
| | C. Retinoid X receptors and other coactivators | 1207 |
| | D. Vitamin D responsive elements | 1208 |
| | E. Vitamin D-dependent genes, their roles, and gene complexity | 1209 |
| | F. Target cell metabolic enzymes | 1210 |
| IV. | Recently Discovered Functions of 1α,25-Dihydroxyvitamin $D_3$ | 1210 |
| | A. Discovery of new target organs for 1α,25-dihydroxyvitamin $D_3$ | 1210 |
| | B. Role of vitamin D hormone in the parathyroid gland | 1210 |
| | C. Role of vitamin D hormone in skin | 1211 |
| | D. Role of 1α,25-dihydroxyvitamin $D_3$ in the immune system | 1212 |
| | E. Islet cells of the pancreas | 1213 |
| | F. Role of vitamin D and reproduction | 1213 |
| | G. Does vitamin D play an essential role during embryonic development? | 1213 |
| | H. Summary | 1214 |
| V. | Vitamin D Analogs | 1214 |
| | A. Development of new analogs of 1α,25-dihydroxyvitamin $D_3$ | 1214 |
| | B. Factors that alter the action of vitamin D analogs | 1217 |
| | C. Future directions in vitamin D drug design | 1221 |

**Jones, Glenville, Stephen A. Strugnell, and Hector F. DeLuca.** Current Understanding of the Molecular Actions of Vitamin D. *Physiol. Rev.* 78: 1193–1231, 1998.—The important reactions that occur to the vitamin D molecule and the important reactions involved in the expression of the final active form of vitamin D are reviewed in a critical manner. After an overview of the metabolism of vitamin D to its active form and to its metabolic degradation products, the molecular understanding of the 1α-hydroxylation reaction and the 24-hydroxylation reaction of the vitamin D hormone is presented. Furthermore, the role of vitamin D in maintenance of serum calcium is reviewed at the physiological level and at the molecular level whenever possible. Of particular importance is the regulation of the parathyroid gland by the vitamin D hormone. A third section describes the known molecular events involved in the action of 1α,25-dihydroxyvitamin $D_3$ on its target cells. This includes reviewing what is now known concerning the overall mechanism of transcriptional regulation by vitamin D. It describes the coactivators and retinoid X receptors required for the function of vitamin D in its genomic actions. The presence of receptor in previously uncharted target organs of vitamin D action has led to a study of the possible function of vitamin D in these organs. A good example of a new function described for 1α,25-dihydroxyvitamin $D_3$ is that found in the parathyroid gland. This is also true for the role of

0031-9333/98 $15.00 Copyright © 1998 the American Physiological Society

1193

QUESTMS-00000637

JONES, STRUGNELL, AND DeLUCA

vitamin D hormone in skin, the immune system, a possible role in the pancreas, i.e., in the islet cells, and a possible role in female reproduction. This review also raises the intriguing question of whether vitamin D plays an important role in embryonic development, since vitamin D deficiency does not prohibit development, nor does vitamin D receptor knockout. The final section reviews some interesting analogs of the vitamin D hormone and their possible uses. The review ends with possible ideas with regard to future directions of vitamin D drug design.

## I. METABOLIC ACTIVATION OF VITAMIN D

### A. Introduction

An appreciation that vitamin $D_3$ represents only a precursor to its functionally active form, $1\alpha,25$-dihydroxyvitamin $D_3$ [$1,25$-$(OH)_2D_3$], is arguably one of the most important developments in vitamin research during the latter half of the 20th century. The discovery of the two activation steps involved in the metabolism of vitamin $D_3$ to the hormone $1,25$-$(OH)_2D_3$ (sect. I) set the stage for the elucidation of the role of vitamin D in the physiological events involved in calcium and phosphate homeostasis (sect. II). The realization that it was the metabolites of vitamin D that were important led to an intense focus on the molecular events surrounding the mechanism of action of $1,25$-$(OH)_2D_3$, which resulted in the discovery of the vitamin D receptor (VDR) and its interaction with the transcriptional machinery inside vitamin D target cells (sect. III). Subsequently, this led to the demon-

stration of new biological actions of $1,25$-$(OH)_2D_3$, in particular, its effects on the regulation of growth and differentiation of certain specialized cell types (sect. IV), which represent involvements of vitamin D not even envisioned when $1,25$-$(OH)_2D_3$ was first discovered. Furthermore, the knowledge of vitamin D metabolism also provided the impetus to study the regulation of cytochrome *P*-450-containing enzymes involved in the process as well as stimulating the chemical synthesis of a wide range of vitamin D analogs (sect. V). This review seeks to summarize our current understanding of the molecular events surrounding the physiological action of vitamin D in these many varied areas. For a more detailed account of the subjects described in this review, particularly those of a clinical nature, the reader is directed to a recently published text (96).

### B. Overview of Metabolism

Vitamin D, in the form of vitamin $D_3$, is made from 7-dehydrocholesterol in the skin by exposure to ultravio-



FIG. 1. *A*: nutritional forms of vitamin D. *B*: steps involved in activation of vitamin $D_3$ molecule. Note that names of cytochrome *P*-450 isoforms currently thought to be responsible for enzyme steps are also provided.

Downloaded from physrev.physiology.org on February 2, 2010

QUESTMS-00000638



FIG. 2. Electron transport chain for mitochondrial steroid hydroxylases. Concept for 3-dimensional arrangement of components of mitochondrial cytochrome $P$-450-containing hydroxylases is shown.

Downloaded from physrev.physiology.org on February 2, 2010

let light (270–300 nm range). Alternatively, vitamin D, in the form of either vitamin $D_2$ or vitamin $D_3$, can be derived from dietary sources (Fig. 1A). Both vitamin $D_3$ and vitamin $D_2$ undergo the same activation process, involving first 25-hydroxylation in the liver, followed by 1α-hydroxylation in the kidney, to make the biologically active compounds 1,25-$(OH)_2D_3$ and 1,25-$(OH)_2D_2$, respectively (Fig. 1B). There is little evidence that these two active forms differ in their mode of action, and because most is known about the synthesis and action of 1,25-$(OH)_2D_3$, this review focuses on the natural $D_3$ compound. The metabolic activations of vitamin $D_3$ are carried out by specific cytochrome $P$-450-containing enzymes, the synthesis of 25-hydroxyvitamin $D_3$ (25-OH-$D_3$) by the liver appears to be only loosely regulated, whereas the synthesis of 1,25-$(OH)_2D_3$ by the renal 1α-hydroxylase is tightly regulated by the levels of plasma 1,25-$(OH)_2D_3$ and calcium. The renal enzyme is strongly upregulated by the hormone parathyroid hormone (PTH), a point that is discussed further in section II. A third vitamin D-related mitochondrial cytochrome $P$-450-containing enzyme, the 25-hydroxyvitamin D-24-hydroxylase (CYP24), was originally believed to be exclusively located in the kidney and to be involved only in the metabolism of 25-OH-$D_3$ to 24,25-dihydroxyvitamin $D_3$ [24,25-$(OH)_2D_3$]. The 24-hydroxylation of 1,25-$(OH)_2D_3$ was first realized with the isolation of 1,24,25-$(OH)_3D_3$ and subsequently shown to occur in all vitamin

D target tissues including enterocytes, osteoblasts, keratinocytes, and parathyroid cells. Thus it is now known that CYP24 will use 1,25-$(OH)_2D_3$ as substrate also. Because CYP24 is widely distributed around the body, is strongly induced in target cells by 1,25-$(OH)_2D_3$, and prefers 1,25-$(OH)_2D_3$ as substrate to 25-OH-$D_3$, its role appears to be catabolic. The enzyme CYP24 catalyzes several steps of 1,25-$(OH)_2D_3$ degradation, collectively known as the C-24 oxidation pathway which starts with 24-hydroxylation and culminates in the formation of the biliary excretory form, calcitroic acid (Fig. 3). Thus our current view is that both the synthesis and degradation of 1,25-$(OH)_2D_3$ are tightly regulated events, attesting to the fact that the concentration of this potent hormone requires fine control at the cellular level, and hence a set of highly specific and finely tuned cytochrome $P$-450 exist for the purpose.

## C. Hepatic 25-Hydroxylation

Vitamin D does not circulate for long in the bloodstream but, instead, is immediately taken up by adipose tissue for storage or liver for further metabolism. In humans, tissue storage of vitamin D can last for months or even years. Ultimately, vitamin $D_3$ undergoes its first step of activation, namely, 25-hydroxylation, in the liver (28) (Fig. 1B). Early data suggested that the liver is the only significant site of 25-hydroxylation in vivo, although there were occasional reports of intestinal and renal extracts containing this activity (346). Research, therefore, focused on purification of the major hepatic enzyme activity. Over the years, there has been some controversy over

QUESTMS-00000639

ase 1:18-cv-01436-MN   Document 94-2   Filed 09/25/19   Page 137 of 643 PageID #: 345

FIG. 3. C-24 oxidation pathway.

Downloaded from physrev.physiology.org on February 2, 2010

whether 25-hydroxylation is carried out by one enzyme or two and whether this cytochrome *P*-450 based enzyme is found in the mitochondrial or microsomal fractions of liver. Madhok and DeLuca (207) reported that a rat liver microsomal system requiring NADPH, molecular oxygen, a flavoprotein, and a cytochrome *P*-450 was capable of 25-hydroxylation of vitamin $D_3$, but the cytochrome *P*-450 responsible has never been cloned. There was some speculation that the microsomal enzyme might be CYP2C11, but this cytochrome is male specific (129) and other data have also been presented that indicate that human microsomes do not possess 25-hydroxylase activity (285). Recently, Axen et al. (9) have purified a pig liver microsomal 25-hydroxylase with an $NH_2$-terminal sequence different from that of CYP2C11 and that is capable of the 25-hydroxylation of both vitamins $D_2$ and $D_3$. Currently, only the mitochondrial 25-hydroxylase has been purified to homogeneity and subsequently cloned (7, 44, 351). The cytochrome *P*-450 involved is known as CYP27 or *P*-450c27 because it is a bifunctional cytochrome *P*-450 which in addition to 25-hydroxylating vitamin $D_3$ also carries out side-chain hydroxylation, including 27-hydroxylation of cholesterol-derived intermediates involved in bile acid biosynthesis (from which it derives its name)

(252).[1] The primary amino acid sequences of three species of CYP27 are depicted in Figure 4. Even though 25-hydroxylation of a variety of vitamin D compounds, including vitamin $D_3$, has been clearly demonstrated in cells transfected with CYP27 (119), there is still some skepticism in the vitamin D field that a single cytochrome *P*-450 can explain all the metabolic findings observed over the past two decades of research. The many unexplained observations suggesting that other cytochrome *P*-450 might perform 25-hydroxylation of vitamin D at nanomolar concentrations of substrate that exist in vivo include the following. *1*) Perfused rat liver studies by Fukushima et al. (104) demonstrate kinetics consistent with two 25-hydroxylase enzyme activities: a high-affinity, low-capacity form (presumably microsomal) and a low-affinity, high-capacity form (presumably mitochondrial; CYP27).

*2*) Dietary studies show regulation, albeit weak, of the liver 25-hydroxylase in animals given normal intakes of vita-

---

[1] The term *27-hydroxylation* has been suggested by a consortium of cytochrome *P*-450 specialists to describe terminal hydroxylation of steroids given that methyl groups at C-26 and C-27 are indistinguishable. The old nomenclature had used 26-hydroxylation, and the literature contains numerous references to 26-hydroxylation of vitamin D compounds giving rise to 26-hydroxylated vitamin D metabolites, e.g., 25,26-$(OH)_2D_3$.

QUESTMS-00000640



FIG. 4. Amino acid alignments of all published vitamin D-related cytochromes *P*-450 from various species: CYP1α (25-OH-D₃ 1α-hydroxylase); CYP27 (mitochondrial vitamin D₃ 25-hydroxylase); CYP24 (25-OH-D₃ 24-hydroxylase). Note high degree of sequence similarity between all family members, particularly toward COOH terminus of each isoform. Conserved cysteine residue in block **CMGRRLAELEL** in extreme COOH terminus is where heme group is covalently bonded to protein. Slightly more NH₂ terminal is putative ferredoxin-binding site involving **LPLLKAVVKEVLRL**. Another highly conserved site is putative oxygen-binding site **ELLLAGVDTVSNTL**.

min D after a period of vitamin D deficiency (20), which is not explained by a transcriptional mechanism, since the gene promoter of CYP27 lacks a vitamin D-responsive element (VDRE) (118) or demonstrable responsiveness to 1,25-(OH)₂D₃ whereas it is regulated by bile acids (354).

*3) Clinical studies* show no obvious 25-OH-D₃ or 1,25-(OH)₂D₃ deficiency occurs in patients suffering from the genetically inherited disease cerebrotendinous xanthomatosis, in which CYP27 is mutated. [Although a subset of these patients suffer from osteoporosis, this is more likely because of biliary defects leading to altered enterohepatic circulation of 25-OH-D₃ (18).]

*4) Substrate specificity studies* using transfected recombinant human CYP27 show that the enzyme does not

25-hydroxylate vitamin D₂ (119); it 24-hydroxylates vitamin D₂ instead, evoking the question: Which cytochrome *P*-450 synthesizes 25-OH-D₂?

Observations that are explained by the existence of CYP27 include *1)* the occasional reports of extrahepatic 25-hydroxylation of vitamin D₃ mentioned above (346), which are consistent with the detection of CYP27 mRNA in a number of extrahepatic tissues including kidney and bone (osteoblast) (10, 147), and *2)* the abundance of 24-hydroxylated metabolites [e.g., 24-OH-D₂, 1,24-(OH)₂D₂, and 24,26-(OH)₂D₂] in the blood of vitamin D₂-intoxicated animals (148, 161, 178, 320). It is worth noting from perusal of Figure 4 that the recently cloned CYP1α is more closely related to CYP27 than it is to CYP24, a surprising fact given that

Downloaded from physrev.physiology.org on February 2, 2010

QUESTMS-00000641

JONES, STRUGNELL, AND DeLUCA

Downloaded from physrev.physiology.org on February 2, 2010

CYP1α and CYP24 are both renal cytochromes *P*-450 and appear to be reciprocally regulated, thereby implying CYP27 might have evolved to metabolize vitamin D after all. Thus, although CYP27 remains the best-characterized cytochrome *P*-450 capable of 25-hydroxylation, it may not be the only 25-hydroxylase, and its full physiological importance remains to be established.

The product of the 25-hydroxylation step, 25-OH-D₃, is the major circulating form of vitamin D₃ and in humans is present in plasma at concentrations in the range 10–40 ng/ml (25–125 nM) (140). The main reason for the stability of this metabolite is its strong affinity for the vitamin D-binding (globulin) protein of blood (DBP) (70). The metabolic fate of 25-OH-D₃ is dependent on the calcium requirements of the animal. An urgent need for calcium results in renal 1α-hydroxylation, whereas an abundance of calcium results in 24-hydroxylation (see sect. II). These two alternative pathways are discussed in turn below.

### D. Renal 1α-Hydroxylation

The enzyme 25-hydroxyvitamin D₃-1α-hydroxylase is responsible for the tightly regulated step that involves the introduction of a 1α-hydroxyl group into the A ring of 25-OH-D₃, thereby creating the hormone 1,25-(OH)₂D₃. The specific location of this enzyme in the kidney became apparent (100) even before the unequivocal identification of 1,25-(OH)₂D₃ (139). Experiments involving nephrectomized animals have confirmed that the kidney as the major source of the circulating pool of 1,25-(OH)₂D₃. The renal 1α-hydroxylase enzyme comprises a cytochrome *P*-450, a ferredoxin, and a ferredoxin reductase (112) (see Fig. 2). The cytochrome *P*-450 for the 1α-hydroxylase enzyme, CYP1α, was recently cloned from rat, mouse, and human (228a, 298, 316, 332), and the amino acid sequences of these are compared with the other known vitamin D-related cytochromes *P*-450 in Figure 4. Because of the close resemblance with CYP27, it has been suggested that CYP1α (*P*-4501α) be termed CYP27B1 (298). Both 1α-hydroxylases have short mitochondrial targeting sequences but share many regions of similarity with other members of the family including the classical heme-, ferredoxin-, and oxygen-binding sites indicated in Figure 4. The 1α-hydroxylase is induced by PTH through a cAMP/phosphatidylinositol 4,5-bisphosphate (PIP₂)-mediated signal transduction mechanism that is still to be defined at the molecular level (132). The enzyme appears to be downregulated by vitamin D status, possibly through a VDR-mediated transcriptional mechanism involving the hormonal product 1,25-(OH)₂D₃, although there were early claims that 1,25-(OH)₂D₃ might act directly on its own synthesis through an allosteric mechanism (117). Work using the perfused vitamin D-deficient rat kidney (281) elegantly shows that the downregulation of 1α-hydroxylation takes

2–4 h after exposure to 1,25-(OH)₂D₃ and is blocked by inhibitors of protein synthesis and transcription. In the same model, the disappearance of the 1α-hydroxylase is mirrored by the reciprocal appearance of the renal 25-OH-D₃-24-hydroxylase, in effect a complete "switchover" from 1α- to 24-hydroxylation activity in the isolated organ over the 4-h period. The exact reciprocal regulation of the two enzymes, first demonstrated in vivo by Tanaka et al. (336) two decades ago, led some workers to postulate that the 1α- and 24-hydroxylases might share a single cytochrome *P*-450 polypeptide chain, its catalytic properties modified by NH₂-terminal truncation (111) or regulated by the phosphorylation state of the ferredoxin component of the enzyme (300). The cloning of two distinct cytochromes *P*-450, representing 1α-hydroxylation and 24-hydroxylation, suggests the first hypothesis to be incorrect, the switchover process probably being accomplished by de novo protein synthesis of the required cytochrome *P*-450. The second hypothesis involving regulation of enzyme activity through ferredoxin phosphorylation remains a possibility for fine-tuning of enzyme activity, although the details of this remain obscure at this point. The cloning of CYP1α has already led to mapping of the human gene to chromosome 12q13.1-q13.3 (316), the same locus as the gene defect for vitamin D dependency rickets type I (192), a disease cured by small doses of exogenous 1,25-(OH)₂D₃ and which had been previously postulated to be because of a mutated version of the 1α-hydroxylase (99). The next decade will see a clarification of the molecular and clinical aspects surrounding this key regulatory step of calcium homeostasis.

There have been indications that there are extrarenal versions of the 1α-hydroxylase existing in cells of monocyte/macrophage, placental, and keratinocyte lineages (4, 22, 83). There is strong evidence that the extrarenal enzyme located in macrophages plays a major role in certain granulomatous conditions (e.g., sarcoidosis), causing uncontrolled elevations of blood 1,25-(OH)₂D₃ levels, which subsequently result in troublesome hypercalcemia and hypercalciuria (3). The normal function of this and other extrarenal 1α-hydroxylases remains obscure at this time, although some have postulated a paracrine or autocrine role for locally produced 1,25-(OH)₂D₃. Once again, it is safe to predict that the molecular basis for various reports of extrarenal activity in cultured cells in vitro (4, 22, 83) and in certain human disease states will be resolved shortly with the cloning of the renal enzyme (298, 316, 332), as will its mechanisms of regulation.

### E. 24-Hydroxylation

The discovery of 24,25-(OH)₂D₃ (138, 327) predated even the identification of 1,25-(OH)₂D₃ and the recognition of 24-hydroxylation as a metabolic step allowed for the

QUESTMS-00000642

search for the enzyme activity. The relative ease with which $24,25\text{-}(OH)_2D_3$ was generated in such large amounts was a clue that the metabolic step was upregulated rather than downregulated by vitamin D administration. The earliest report of the $25\text{-}OH\text{-}D_3\text{-}24\text{-}hydroxylase$ was a subcellular localization study (174) using vitamin D-replete chicken kidney tissue which established that the 24-hydroxylase is a mitochondrial cytochrome $P\text{-}450$-containing enzyme, and this was followed by a reconstitution experiment involving partially purified enzyme components (248). Evidence was also emerging both in vivo and in vitro that the 24-hydroxylase was not confined to the kidney but could be found in classical vitamin D target tissues including the intestine and bone (185, 347). In the late 1970s, it became evident that 24-hydroxylation was probably only the first step in an inactivation process. First, it was shown to be induced by $1,25\text{-}(OH)_2D_3$ itself (172, 187, 335, 337, 340), and the product $1,24,25\text{-}(OH)_3D_3$ was 10 times less biologically active than $1,25\text{-}(OH)_2D_3$ (56, 335). Second, $24,25\text{-}(OH)_2D_3$ and its $1\alpha$-hydroxylated analog, $1,24,25\text{-}(OH)_3D_3$, could be converted to further metabolic products containing a 24-oxo and/or 23-hydroxy groups as well (237, 246, 390). The perfused rat kidney was helpful in establishing the production of these catabolites (160) but revealed two further pieces to the puzzle of the metabolic role of 24-hydroxylation. First, the perfused rat kidney allowed for a clarification of the temporal relationship of these catabolites, thus suggesting the existence of a pathway from $1,25\text{-}(OH)_2D_3$ and/or $25\text{-}OH\text{-}D_3$ (160), and second, the perfused kidney generated two side chain-cleaved molecules: a 23-alcohol (159) and a 23-acid (208, 276), not observed previously in vitro. The $1\alpha$-hydroxylated 23-acid, calcitroic acid, is observed in vivo and has been shown to be the principal biliary excretory form of $1,25\text{-}(OH)_2D_3$ (94). These discoveries led to the rationalization of many findings from a number of laboratories into a hypothesis that 24-hydroxylation is the first step of a target cell C-24 oxidation pathway (Fig. 3) whose major function is to convert $1,25\text{-}(OH)_2D_3$ to calcitroic acid (208, 276). The demonstration of vitamin D-inducible, calcitroic acid production in bone (UMR106) and kidney (208) was followed by demonstration of vitamin D-inducible C-24 oxidation pathway activity in a number of vitamin D target cells including intestine (Caco-2), keratinocyte (HPKIA-ras), and breast (T47D and MCF-7) (215, 278, 344).

In the early 1990s, Okuda's group succeeded in cloning the cytochrome $P\text{-}450$, CYP24 or $P\text{-}450cc24$, representing the 24-hydroxylase (62, 148, 247). The amino acid sequences of three species of CYP24 are shown in Figure 4. It belongs to the same subfamily as the other two known vitamin D-related cytochromes. The structure of the gene for CYP24 has been described for several species (rat, mouse, and human), and in each case shown to possess two VDRE in its proximal promoter (249, 367, 368). These VDRE allow for the $1,25\text{-}(OH)_2D_3$ VDR-mediated upregula-

tion of CYP24 from undetectable to strongly detectable expression at the mRNA level within 4 h (297). This is consistent with the enzyme activity pattern first observed in the kidney but subsequently reported for a variety of vitamin D target cells after initial exposure to hormone (127, 202, 209). Metabolic studies with the recombinant CYP24 protein produced in bacteria or insect cells have been equally enlightening. Akiyoshi-Shibata et al. (5) and Beckman et al. (15) have shown that CYP24 is a multicatalytic enzyme capable of several if not all of the steps illustrated in Figure 3. It is likely that CYP24 is able to catalyze three successive oxidations, two at C-24 and one at C-23, to give an intermediate that is subsequently cleaved by an unknown mechanism. All prevailing evidence suggests that C-24 oxidation is a highly efficient process giving rise to molecules of lower biological activity (e.g., calcitroic acid) such that if C-24 hydroxylation is blocked by a general cytochrome $P\text{-}450$ inhibitor such as ketoconazole, $1,25\text{-}(OH)_2D_3$ hormone action is extended (265). This argues that the main role of the C-24 oxidation pathway is attenuation of the biological signal inside target cells.

Recently, this hypothesis was tested when St. Arnaud et al. (315) engineered a CYP24-null mouse. At this time, the results have been reported only in abstract form, but it is clear that the defect is not lethal during embryonic development. Instead, at least one-half the mice exhibit hypercalcemia/hypercalciuria in early neonatal life and quickly die before weaning from nephrocalcinosis. The other half of animals survive and appear healthy perhaps due to the upregulation of some alternative vitamin D-catabolic pathway (C-26 hydroxylation or 26,23-lactone formation). All CYP24-null animals exhibit abnormal bone histology, characterized by excessive unmineralized bone matrix and reminiscent of that previously observed in experiments involving exogenous $1,25\text{-}(OH)_2D_3$ intoxication (136). This could be caused by an inability of target cells, in this case osteoblasts, to turn off the $1,25\text{-}(OH)_2D_3$ signal in the absence of the C-24 oxidation pathway. An alternative explanation that CYP24 is needed for the synthesis of some essential 24-hydroxylated metabolite of vitamin D [e.g., $24,25\text{-}(OH)_2D_3$] needed for a yet to be defined role in bone formation has been proposed (314) but seems unlikely for several reasons. Among the data that argue against such an essential role for 24-hydroxylated metabolites are the findings from the study of fluorinated analogs of vitamin D (149, 234, 338). These analogs are irreversibly blocked in the C-24 and C-23 positions of the side chain with one or more atoms of fluorine and therefore unable to undergo 24- or 23-hydroxylation. However, they are fully biologically active in all known in vivo functions of vitamin D. Furthermore, the biochemical machinery required for transducing the signal from a 24-hydroxylated metabolite has never been satisfactorily demonstrated in bone (or any other) cells. Thus it appears that 24-hydrox-

Downloaded from physrev.physiology.org on February 2, 2010

QUESTMS-00000643

ylation is not essential for vitamin D to fulfill its many biological roles in vertebrate biology. Therefore, evidence from the CYP24-null mouse seems to confirm our hypothesis that the C-24 oxidation pathway is a complex, self-induced mechanism for limiting the action of $1,25\text{-}(OH)_2D_3$ in vitamin D target cells once the initial wave of gene expression has been initiated (see sect. III). This is discussed in greater detail in section v.

## II. ROLE OF VITAMIN D IN CALCIUM HOMEOSTASIS

### A. Development of Calcium Homeostatic Mechanisms

Calcium is undoubtedly one of the most tightly regulated substances in plasma of higher animals (81, 270). Its concentration is held constantly at 1 mmol ionized calcium or 10 mg/100 ml of total calcium. The ionized calcium concentration of plasma is very close to that found in seawater (270), and it is believed that the evolution of the calcium homeostatic system took place as animals emerged from the sea into fresh water and further onto land. Very likely the dependence of a number of life's essential functions on calcium occurred because of the constancy and abundance of calcium in seawater. Among them are the neural transmission, muscle contraction (and relaxation), exocrine secretion, blood clotting, and the adhesion of cells to each other. The presence of calcium in abundance in seawater also made understandable the use of calcium in the construction of structural elements such as the skeleton. As animals emerged into fresh water, resulting in a drop in ambient calcium concentration, it immediately brought into need the ability to mobilize calcium to meet the needs of the very critical functions such as neural transmission and muscle contraction. This only intensified as animals emerged from fresh water onto land where calcium availability was even more limited than in fresh water. Furthermore, the gravitational forces applied to the terrestrial animals must have increased the need for a structurally sound skeleton. Thus the evolved mammal had many problems to solve before it could live as we now know life. It must be able to aggressively acquire environmental calcium when required (81, 80, 130, 270, 283). It had to have a constant source of calcium available to plasma to support nerve and muscle functions. It also had to be able to construct a skeleton of considerable strength to protect the organism and to provide for motility. Finally, the reproductive needs of the animals had to be satisfied, including provision of calcium during embryonic and postembryonic development including construction of an entirely new skeleton of the unborn animals. It is, therefore, clear that the calcium homeostatic system

is a very complex one (see Fig. 5) that involves many hormones, most of which are known but some that are not. From this discussion, it will become apparent that the vitamin D endocrine system is the basic one in managing calcium of plasma, with equally important roles for the parathyroid hormone and calcitonin.

### B. Role of Parathyroid Gland and Its Hormone

For many years it has been clearly recognized that the parathyroid gland is the calcium-sensing organ in the body (266, 270, 283). Thus, in response to even slight hypocalcemia, the parathyroid glands react within seconds to secrete the 84-amino acid peptide hormone PTH (302). This hormone then initiates the sequence of events that results in the mobilization of calcium to replace that which has been taken from plasma.

There has been a great deal of recent effort expended in the direction of the calcium receptor for the parathyroid glands. The calcium receptor is well known (39, 225) and appears to act in a cAMP-dependent mechanism to facilitate the secretion of PTH. This calcium receptor may play an important role in other tissues as well. Interested readers are directed elsewhere (301). The PTH has a lifetime in plasma that can be measured in minutes if not seconds (238). The receptor for the PTH is known and has been cloned (289). This receptor is found throughout the length of the nephron of kidney, is not found in the intestine, and is found in the osteoblasts but not osteoclasts of the skeleton (2). In the kidney, the PTH plays an important role in many functions (101). Well known is that it blocks reabsorption of phosphate causing a phosphate diuresis (39). In the proximal convoluted tubule cells, it activates the 25-hydroxyvitamin D-1$\alpha$-hydroxylase (25-OH-D$_3$-1$\alpha$-OHase) that converts 25-hydroxyvitamin D$_3$ to the active hormone, $1,25\text{-}(OH)_2D_3$ (109, 298, 340). As already discussed in section I, the 25-OH-D-1$\alpha$-OHase has now been cloned by three research groups (298, 316, 332) that will undoubtedly result in our understanding of the molecular mechanism whereby PTH activates the 1$\alpha$-OHase. At the present time, it is known that PTH through cAMP (141) activates the 1$\alpha$-OHase by increasing the mRNA encoding for this important enzyme (298). Whether it acts at the transcriptional level or elsewhere remains to be determined. At the same time the PTH through cAMP activates the 1$\alpha$-OHase, it markedly suppresses the 25-OH-D-24-OHase, the major enzyme involved in destruction of the vitamin D hormone as described in section I (297). Again, the mechanism of suppression of 24-hydroxylase (24-OHase) by PTH remains unknown, although there is clearly a decrease in the mRNA encoding for the 24-OHase. These two actions result in a marked elevation of plasma levels of $1,25\text{-}(OH)_2D_3$ (341).

Downloaded from physrev.physiology.org on February 2, 2010

QUESTMS-00000644



FIG. 5. Diagrammatic representation of calcium homeostatic system. PTH, parathyroid hormone; 1,25(OH)$_2$D$_3$, 1$\alpha$,25-dihydroxyvitamin D$_3$; PTG, parathyroid gland; C cells, parafollicular cells of the thyroid that secrete calcitonin (CT).

### C. Physiological Actions of 1$\alpha$,25-Dihydroxyvitamin D$_3$

The consequences of an elevation of this major calcium mobilizing hormone are as follows: 1,25-(OH)$_2$D$_3$ acts by itself to initiate active intestinal calcium transport in the small intestine (35). This system has a relatively long lifetime, being measured in days (123), whereas the other actions of 1,25-(OH)$_2$D$_3$ are much shorter. 1,25-(OH)$_2$D$_3$ also activates osteoblasts. The result of this activation is to either stimulate the osteoclast to resorb bone and/or to activate the reverse transport of calcium from the bone fluid compartment to the plasma compartment (137, 328, 329, 339). The final result is that calcium is mobilized by the skeleton into the plasma compartment by the action of the vitamin D hormone and the PTH. Of considerable importance is that vitamin D-deficient animals having abundant calcium in their bones will not mobilize calcium from the skeleton in response to PTH unless vitamin D is provided (110, 271). Similarly, parathyroidectomized animals cannot mobilize calcium in response to 1,25-(OH)$_2$D$_3$ unless PTH is provided (110). Therefore, the presence of both the PTH and the vitamin D hormone are required for this system to operate in vivo. Whether this mechanism is through osteoclastic-mediated bone resorption or a membrane transport phenomenon remains to be determined. In the distal renal tubule, another mechanism

proceeds that is dependent on both the PTH and the vitamin D hormone (186, 362). Again, these two hormones acting in concert cause the reabsorption of the last 1% of the filtered load of calcium into the plasma compartment. These sources of calcium then cause a rise in serum calcium that then clears the sensing point of the calcium receptor. This then shuts down the secretion of the PTH. It does not appear that the PTH-related protein (PTHrP) functions in this system but may play a role in abnormal calcium mobilization as, for example, in malignancy (212).

### D. Role of Calcitonin

The danger to hypercalcemia is calcification of soft tissues especially kidney, heart, aorta, and intestine, causing organ failure and death. To guard against hypercalcemia, not only is the shut-off of the parathyroid gland important but also the turning on of the C cells or the parafollicular cells of the thyroid to secrete the hormone calcitonin. This is a 34-amino acid peptide hormone that is responsible for lowering serum calcium by its action on the skeleton (57). It directly acts on osteoclasts and osteoclasts reducing the calcium mobilizing activity and shutting down calcium coming from the skeleton (57). Although other actions of calcitonin have been described in kidney and intestine, by far the most important in the

Downloaded from physrev.physiology.org on February 2, 2010

QUESTMS-00000645

JONES, STRUGNELL, AND DeLUCA

regulation of serum calcium is that which occurs at the skeleton. There have been reports of calcitonin regulating vitamin D metabolism (16, 105); however, these largely are secondary to changes in parathyroid secretion, and there is no convincing evidence that calcitonin plays any direct role on regulation of the vitamin D hormonal levels.

## E. Vitamin D Metabolites and Other Hormones

There has been considerable interest in other metabolites of vitamin D playing an important role in the regulation of calcium mobilization in suppression of hypercalcemia, or in bone growth. Of particular importance are the many studies carried out on $24,25\text{-}(OH)_2D_3$. This compound has been alleged to be important in the regulation of calcium homeostasis (245) or in the formation of the skeleton (33, 230, 255) or in counteracting the hypercalcemia activity of $1,25\text{-}(OH)_2D_3$ (201). By now, extensive studies have been carried out with fluoro analogs, namely, $24,24\text{-}F_2\text{-}25\text{-}OH\text{-}D_3$ to show that hydroxylation on the 24-position has no functional significance (38, 194). Thus animals grown for two generations with $24,24\text{-}F_2\text{-}25\text{-}OH\text{-}D_3$ as their sole source of vitamin D illustrate that 24-hydroxylation is not required either for skeletal formation, maintenance of calcemia, or growth of bone. More recently, a knockout of the 24-hydroxylase has been reported, and the results are not at all clear as to whether 24-hydroxylation plays a role except in the destruction of the potent hormone $1,25\text{-}(OH)_2D_3$ and its precursor, $25\text{-}OH\text{-}D_3$ (313). Further work using these models is required before any conclusions can be reached.

Other hormones such as estrogen and glucocorticoids have significant effects on bone and calcium metabolism, but they do not appear to be directly involved in regulating serum calcium concentration. This seems largely to be the role of the vitamin D hormone, the PTH, and calcitonin.

## F. Intestinal Calcium and Phosphate Absorption

From a historical point of view, the role of $1,25\text{-}(OH)_2D_3$ in intestinal absorption of calcium is perhaps best known. Orr et al. (256) discovered that vitamin D is required for intestinal calcium absorption many decades ago. This was reaffirmed by the work of Nicolaysen and Eeg-Larsen (239), who further demonstrated that the need for calcium increased the ability of the animal to absorb calcium. He postulated the existence of an endogenous factor that would inform the intestine of the skeletal needs for calcium. This basic observation was then shown to be primarily the vitamin D endocrine system, and $1,25\text{-}(OH)_2D_3$ has been thought to be the agent that stimulates intestinal calcium absorption to meet the needs of the skeleton (34). It is, therefore, abundantly clear that intesti-

nal calcium absorption remains as one of the basic functions of $1,25\text{-}(OH)_2D_3$. Quite independently of calcium is the role of $1,25\text{-}(OH)_2D_3$ in stimulating intestinal absorption of phosphate (126, 180). Both are active calcium transport mechanisms, but they appear to be independent of each other (63, 126. 180). The molecular mechanism of action of $1,25\text{-}(OH)_2D_3$ in stimulating intestinal calcium absorption and intestinal phosphate absorption remains unknown, despite many efforts by many investigators. $1\alpha,25\text{-Dihydroxyvitamin } D_3$ stimulates the production of calbindin D9k in mammals (342) and calbindin D28k in birds (68) to appear in the intestine. In the case of the 28k protein in birds, it is absent in deficiency and present in large amounts after stimulation by vitamin D (357). A vitamin D-responsive element has been demonstrated to be present in the calbindin D9k promoter in mammals (77) and the 28k mammalian gene (113) but that has not been shown for the calbindin D28k protein of birds. The exact molecular mechanism for initiating production of the calbindin D28k remains to be determined. Furthermore, if one studies the time course of appearance of the 28k in birds as related to calcium absorption, there is no clear-cut correlation (125, 312). The appearance of this protein and calcium transport coincide as a function of time in response to vitamin D or $1,25\text{-}(OH)_2D_3$. However, calcium absorption diminishes while calbindin D28k remains high in the gut. Therefore, there appears to be at least some discrepancy between calbindin D28k and calcium transport. It has suggested that some other protein or proteins are involved. This led to an analysis of a calcium pump in the basolateral membrane that is induced by $1,25\text{-}(OH)_2D_3$ (357). However, the degree of induction in the time course of its appearance is not certain to account for the role of vitamin D in calcium transport. In short, the molecular mechanism of action of $1,25\text{-}(OH)_2D_3$ in inducing intestinal calcium and phosphate transport is largely unknown. Wasserman and Feher (357) believe there are multiple sites of action of $1,25\text{-}(OH)_2D_3$ in intestinal calcium absorption. Considerable work will be required before one can demonstrate the exact role of the calbindin proteins and the calcium pump in the vitamin D-induced calcium transport.

## G. Vitamin D and Bone Calcium Mobilization

Even more poorly understood is the role of vitamin D in bone resorption or bone mobilization. The idea that vitamin D could result in the mobilization of calcium from bone was derived from the early work of Bauer et al. (14). A vitamin D-deficient animal on a zero-calcium diet will provide an increase in serum calcium at the expense of skeleton when given vitamin D. This mechanism requires the presence of PTH (110). Furthermore, $1,25\text{-}(OH)_2D_3$ is clearly a stimulator of osteoclastic bone resorption in cul-

Downloaded from physrev.physiology.org on February 2, 2010

QUESTMS-00000646

Downloaded from physrev.physiology.org on February 2, 2010

ture (269, 319). However, the osteoclast has neither a receptor to the PTH nor a receptor to the vitamin D hormone (223). Instead, a signal appears to arise from interaction of these two hormones with the osteoblast. This signal causes the osteoclast to resorb bone (221, 222, 328). There is also the possibility that upon $1,25-(OH)_2D_3$ and/or PTH signaling, the osteoblast may cause the transport of calcium from the bone fluid compartment to the plasma compartment (333). The nature of the signal arising from stimulation by the PTH and by the vitamin D hormone on the osteoblast has not been determined.

On the other hand, a great deal of progress has been made in understanding the role of vitamin D and osteoclastic formation and differentiation (328). Through the work of Abe et al. (1) and Tanaka et al. (334) has come the discovery that $1,25-(OH)_2D_3$ plays an important role in causing the differentiation of promyelocyte to the monocyte. The monocyte is considered the precursor of the giant osteoclast. Further differentiation of the osteoclast precursor is catalyzed by the osteoclast differentiation factor that is produced by the osteoblast in response to $1,25-(OH)_2D_3$ (328).

The action of vitamin D in stimulating osteoclastic bone resorption may be to provide bone calcium for the plasma but more likely to cause bone resorption in preparation for coupled formation to complete the bone-remodeling process. This would argue that the vitamin D hormone is involved in this important function that strengthens bone and repairs microfractures that may have occurred during bone usage. At this stage, therefore, $1,25-(OH)_2D_3$ may be viewed as an important hormone that not only plays a role in bone calcium mobilization when required but also plays an important role in initiating bone remodeling and modeling systems required for shaping bone and required for repairing bone (107, 319).

## H. $1\alpha,25$-Dihydroxyvitamin $D_3$ Regulates the Parathyroid Gland

A new addition to the calcium homeostatic system was the discovery that the parathyroid gland is a target of vitamin D action. The initial work carried out by Stumpf et al. (324) showed that the parathyroid gland is a site of localization of highly labeled $1,25-(OH)_2D_3$. This was followed by two groups who demonstrated the presence of VDR in that tissue (133, 145). Finally, a $1,25-(OH)_2D_3$ suppression of parathyroid gland proliferation and of parathyroid production became known. A suppression of parathyroid secretion could be demonstrated in dialysis patients treated with intravenous $1,25-(OH)_2D_3$. The parathyroid gene was cloned (303), and the VDRE was demonstrated in the promoter region of the gene (85, 184). This VDRE acts clearly in a mechanism to suppress transcription of the parathyroid gene. Thus a new loop in the cal-

cium homeostatic system was discovered. Figure 5 shows all of these mechanisms that work together in the regulation of serum calcium concentration.

## III. MOLECULAR MECHANISM OF ACTION AT TARGET CELLS

### A. Overall Mechanism of Transcriptional Regulation by Vitamin D

The mechanism by which $1,25-(OH)_2D_3$ exerts its effects on transcription is rapidly being uncovered. It is becoming clear that the vitamin D system shares many features with other ligand-activated nuclear receptors such as the retinoic acid receptor (RAR) and thyroid hormone receptor (TR) (95), including many of the same transcriptional cofactors. A summary of what is currently known about the activation process is shown in Figure 6.

In the first place, activation of vitamin D target genes has been shown to require a specific nuclear receptor protein, the VDR. Target genes are upregulated through binding of the VDR protein to specific DNA sequences termed response elements in the promoter regions of these genes. As shown at the top of Figure 6, binding of $1,25-(OH)_2D_3$ to the receptor increases heterodimerization of VDR with a cofactor, the retinoid X receptor (RXR), on a response element (169). Binding of the heterodimer to the response element induces a bend in the DNA of the promoter (151). Binding of $1,25-(OH)_2D_3$ to the receptor also appears to change the conformation at the COOH terminus of the VDR, permitting a region termed the AF-2 domain to interact with other transcription factors, including coactivator proteins such as SRC-1 (216, 253, 279, 356). Recent exciting work indicates that coactivator proteins possess intrinsic histone acetylase activity (59, 345). These coactivators bind to transcriptional "integrators" such as calcium-binding protein (CBP) and p300 (59, 152, 165), which, in addition to other functions, have also been shown to possess histone acetylase activity (179). Thus recruitment of coactivators to a promoter by a liganded receptor appears to result in remodeling of DNA structure through acetylation of histones and their subsequent release from DNA. This in turn leads to opening of the promoter to the transcriptional machinery. The net result of binding of liganded receptor to an upregulated target promoter is therefore to increase the rate of transcription of the gene, leading to increased production of the corresponding protein. It must be stressed at this point that a number of the details of this proposed mechanism are unclear at this point, including the exact sequence of events after receptor binding to the promoter, so the order of events presented in Figure 6 is somewhat speculative.

In contrast to genes that are upregulated by vitamin D, several genes, including PTH (85, 251) and interleukin (IL)-2 (6), have been shown to be downregulated by $1,25-$

QUESTMS-00000647

JONES, STRUGNELL, AND DeLUCA



FIG. 6. Proposed mechanism for transcriptional upregulation of a target gene by vitamin D receptor (VDR). After ligand binding, receptor forms a heterodimer on a response element with retinoid X receptor (RXR). Binding of coactivator protein to heterodimer-DNA complex is followed by histone acetylation and subsequent release of histones from DNA. Transcription factors are then able to initiate transcription of target gene, resulting in production of corresponding protein. RNAP, RNA polymerase; CBP, calcium-binding protein; DRE, vitamin D response element.

$(OH)_2D_3$. The means by which this downregulation is carried out is not clear in all cases, and at least two possibilities exist. The first is that, as has been proposed for the IL-2 promoter, VDR may bind to a downregulatory response element and disrupt the binding of upregulatory transcription factors, leading to a decrease in transcription (6). For other downregulated genes, the situation may be quite different, and binding of VDR to an inhibitory response element may lead to interactions with repressor proteins that decrease transcription of the gene. Interestingly, corepressor proteins such as nuclear receptor corepressor (NCoR) (142) and silencing mediator for retinoic acid receptor and thyroid hormone receptor (SMRT) (60) have recently been found to bind, through intermediary proteins, to histone deacetylase enzymes (131, 233). Presumably in this situation the deacetylated histones then bind to the promoter of the downregulated gene and shut off transcription. The VDR has not yet been reported to bind to corepressor proteins, but given the rate at which such proteins are currently being discovered, it is possible that a corepressor that binds to VDR will be uncovered.

Phosphorylation of the receptor may also play a role in the induction of transcription by the VDR (73), perhaps through modulation of the affinity of VDR for the various cofactor proteins involved in transcription. Rapid phosphorylation of the VDR has been shown to occur in organ culure systems upon addition of ligand (41). The phosphorylated residues have been localized to the ligand-binding domain of the protein. The exact functional consequences of this phosphorylation have been difficult to determine. Estrogen receptor phosphorylation by mitogen-activated protein kinase has been shown to have a direct and measurable effect on transcription (167), but this phosphorylation was mapped to the $NH_2$-terminal AF-1 region of the estrogen receptor, which is lacking in VDR. Effects of phosphorylation on activation of the AF-2 domain, at the COOH terminus of the protein, have not yet been clearly shown for the VDR. Indeed, even the kinase (or kinases) responsible for the phosphorylation in vivo has yet to be determined. Some studies have suggested that serine-208 of the VDR can be phosphorylated by casein kinase II and that phosphorylation of this residue may cause increased transcriptional activity (162). Other work has revealed that mutation of this serine failed to affect transcription, although alternate phosphorylation on adjacent serines was noted (135). The exact effects of phosphorylation must await determination of the precise amino acids phosphorylated in vivo and the functional consequences that follow from this.

## B. Vitamin D Receptors

The VDR is a member of a superfamily of nuclear receptors (95). Within this family, the VDR has the highest

Downloaded from physrev.physiology.org on February 2, 2010

QUESTMS-00000648

FIG. 7. Schematic illustration of structure of VDR protein, showing functional domains of which protein is composed. Regions of receptor thought to interact with transcription factors TFIIB and RXR are shown. COOH-terminal AF-2 domain is shown in black.

similarity to the subfamily that includes retinoic acid, thyroid hormone, and peroxisome proliferator activator receptor (PPAR) receptors, to which it has sequence and structural resemblance. The VDR has been cloned from several species (12, 42, 92, 164, 219) and shows considerable similarity between species in size and sequence. In the rat, for example, the VDR protein consists of 423 amino acids, with a molecular mass of ~50 kDa, whereas in the human the protein has an additional 4 amino acids at the $NH_2$ terminus, for a total of 427.

Like the other nuclear receptors, the VDR can be divided by function into several domains. An illustration of the different domains of the VDR is shown in Figure 7. At the $NH_2$ terminus is a truncated A/B domain of ~20 amino acids, to which little function has yet been ascribed for the VDR. After this, the DNA-binding domain, termed the C domain, is located between amino acids 20 and 90. A D or hinge domain is located approximately between amino acids 90 and 130, followed by the COOH-terminal E or ligand-binding domain between amino acids 130 and 423. The ligand-binding domain of the protein is a complex region of the protein, responsible for high-affinity binding of ligand, for dimerization with RXR, and for binding to transcription factors (95). It should be noted that exact delineation of the division between the hinge region and the ligand-binding domain is somewhat uncertain and is based on deletion analysis.

Knowledge of the structural and functional properties of the receptor proteins has increased dramatically in recent years, after the advent of systems which allow expression and purification of large quantities of receptor protein from bacteria. This has allowed a piecemeal approach to determination of receptor domain structures; the DNA-binding and ligand-binding domains of several receptors have been expressed separately and purified, and structures have been determined by NMR or X-ray crystallography (32, 272). In contrast, to this point, information concerning the VDR has come primarily from site-directed mutagenesis, in which the receptor cDNA is mutated and the mutant protein studied by transfection into mammalian cells (236). No structural data are yet available concerning the VDR, but the other receptor domains may serve as models on which to base hypotheses about the VDR and its properties.

Structures for the DNA-binding domains of other receptors, including the RXR, have been obtained using both

NMR and X-ray crystallography. The RXR structure showed that the DNA-binding domain, comprised of two zinc finger motifs, consists of two $\alpha$-helices oriented at approximately right angles to one another (194). One helix, termed the orientation helix, thought to be critical for recognition of the receptor response element was proposed to fit into the major groove of the DNA and bind to a specific DNA sequence in the response element. These domains contain two zinc atoms tetrahedrally coordinated to eight conserved cysteine residues. Both the zinc atoms and the cysteine residues are necessary to maintain the three-dimensional structure required for response element recognition and DNA binding. The amino acid sequence of the DNA-binding domain is similar between members of the receptor superfamily, suggesting that these structures can be used as a model for that of the VDR.

There is as yet no direct evidence for the structure of the VDR-RXR complex bound to DNA. However, the crystal structure of the TR and RXR DNA binding domains complexed to a DR4 response element has been determined (272). With the use of this structure as a model, the VDR DNA-binding domain was hypothesized to have specific amino acid contacts with RXR: between the asparagine residue 14 of VDR and RXR residues glutamine-49 and arginine-52. In addition, lysine-68 and glutamate-69 of VDR were modeled to form salt bridges with RXR residues aspartate-39 and arginine-38, respectively. These interactions were thought to account for the optimal spacing of three residues between the direct repeats of the vitamin D response element (DR3).

The crystal structures of the ligand-binding domains of the RXR-$\alpha$ (without ligand) (32), the RAR-$\gamma$ (with ligand) (279), and the TR-$\alpha_1$ (with ligand) (356) have been determined. The ligand-binding domains of the RXR and RAR had been previously predicted to have a high content of $\alpha$-helix (64, 204), and this was confirmed by structural analysis. All three ligand-binding domains were found to share a common secondary structure of 12 $\alpha$-helices, with a small content of $\beta$-sheet. A comparison of the structures of the RAR and TR with that of the VDR is shown in Figure 8. The COOH-terminal portion of the proteins, termed the AF-2 domain, has been determined to be critical for transcription. Removal of this portion of the protein results in decreased ligand-binding affinity and loss of transcriptional activation. The structural data indicate that the helixes 11 and 12 of the RAR and TR may undergo a large conformational change

Downloaded from physrev.physiology.org on February 2, 2010

QUESTMS-00000649

Downloaded from physrev.physiology.org on February 2, 2010



```
                         1                    2        S1
RARγLBD   ~~~~~DSYEL  SPQLEELITK  VSKAHQETFP  SLCQLGKYTT  NSSADHRVQL   222
TRαLBD    TPEEWDLIHV  ATEAHRSTNA  QGSHWKQRRK  FLPDDIGQSP  IVSMPDGDKV   210
VDR LBD   RPTLSFSGNS  SSSSSDLYTT  SLDMMEPSGF  SNLDLNGEDS  DDPSVTLDLS   218


                  3              4             5         6
RARγLBD   DLGLWDKFSE  LATKCIIKIV  EFAKRLPGFT  GLSIADQITL  LKAACLDILI   272
TRαLBD    DLEAFSEFTK  IITPAITRVV  DFAKKLPMFS  ELPCEDQIIL  LKGCCMEIMS   260
VDR LBD   PLSMLPHLAD  LVSYSIQKVI  GFAKMIPGFR  DLTSEDQIVL  LKSSAIEVIM   268


          S2         S3         S4     7                 8
RARγLBD   LRICTRYTPE  QDTMTFSDG  LTLNRTQMHN  AGFGPLTDL  VFAFAGQLLP   320
TRαLBD    LRAAVRYDPE  SDTLTLSGE  MTVKRKQKQN  EISVVSDA  NFELGKSLSA   308
VDR LBD   LRSNQSFTMD  DMSWDCGSQD  YKYDVTDVSK  AGHTLELIEP  LIKFQVGLKK   318


                        9                      10
RARγLBD   LEMDDTETGL  LSAICLICGD  RMDLEEPEKV  DKLQEPLLEA  LRIYARRRR.   369
TRαLBD    FNLDDTEVAL  LQAVLLMSTD  RSGLLCVDKI  EKSQEAYLLA  FEHYVNHRK.   357
VDR LBD   LNLHEEEHVL  LMAICIVSPD  RPGVQDAKLV  EAIQDRLSNT  LQTYIRCRHP   368


                   11                       12
RARγLBD   .PSQPYMFPR  MLMKITDLRG  ISTKGAERAI  TSKMEIPGPM  ..PPLIREML   416
TRαLBD    .HNIPHFWPK  LLMKVTDLRM  IGACHASRFL  HMKVECPTEL  .FPPLFLEVF   405
VDR LBD   PPGSHQLYAK  MIQKLADLRS  LNEEHSKQYR  SLSFQPENSM  KLTPLVLEVF   418


RARγLBD   ENPEMFE
TRαLBD    EDQEV
VDR LBD   GNEIS
```

FIG. 8. Sequence alignment of human retinoic acid receptor (RAR)-γ, rat thyroid hormone receptor (TR)-α and rat VDR. Sequences of ligand-binding domains of these proteins were aligned using program "Pileup" (Genetics Computer Group, University of Wisconsin-Madison). Gaps introduced into sequence to optimize alignment are denoted by dots. Numbering of amino acids of each ligand-binding domain (LBD) is to right of sequences and corresponds to numbering of full-length protein. α-Helical regions of RAR and TR are underlined with solid lines; β-sheet regions are underlined with dashed lines. Regions of amino acid identity are enclosed with boxes. Helixes are denoted by numbers in accordance with TR structure; sheet regions are denoted s1-s4, also according to TR structure. Amino acids in RAR and TR shown by X-ray crystallography to be in contact with ligand are shaded.

in response to ligand binding, folding up around the ligand in what the authors of the RAR paper term a mouse trap action to form a hydrophobic pocket (279). This brings the amino acid residues on helix 12 which make up the AF-2 domain into position to interact with other transcription factors. The VDR shows sequence similarity to the RAR and TR in this region and may be expected to possess a similar three-dimensional structure and to undergo a similar conformational change upon ligand binding.

The wild-type VDR binds its ligand, 1,25-(OH)$_2$D$_3$, with extremely high affinity, in the range of $10^{-10}$ M (208, 282). Both the 1α- and 25-hydroxyl groups are critical for high-affinity binding, and the absence of either results in approximately a 500-fold decrease in affinity of ligand for the receptor (82). The exact amino acid residues in the

receptor that contact the ligand remain unknown, although some work has been done recently on affinity labeling of the binding site (273). Previous work with transfected cells has shown that deletion of the NH$_2$-terminal 116 amino acids of the VDR left a protein with measurable ligand binding activity, whereas deletion of the NH$_2$-terminal 160 amino acids did not (220). More recent work with fusion proteins has shown that deletion of the NH$_2$-terminal 124 amino acids gave rise to a functional ligand-binding protein, whereas deletion to amino acid 172 did not (242). From the other end, removal of the COOH-terminal 20 amino acids of the VDR resulted in a 10-fold loss of affinity for ligand, whereas removal of more than this number resulted in complete loss of ligand binding (236). Thus a core domain of ~300 amino acids was shown to

QUESTMS-00000650

be required for the protein to bind ligand with wild-type affinity. This is in accordance with the ligand-binding domains of the related receptors that have been crystallized, which were all expressed in bacteria as proteins of between 250 and 300 amino acids.

An alignment of the VDR ligand-binding domain sequence with that of the RAR and TR supports the possibility that amino acids in the VDR directly in contact with ligand begin at approximately amino acid 220. In Figure 8, amino acids in contact with ligand in the RAR and TR crystal structures are shaded. Inspection of this figure shows that the contact amino acids begin at helix 3 in both the RAR and TR. Based on sequence alignment, the same region of the VDR begins at approximately amino acid 220, with a leucine residue that is conserved in all three proteins. Interestingly, work in which 10 amino acid segments of the VDR were sequentially deleted found that impairment of ligand binding did not occur until approximately amino acid 230, which is in accordance with this possibility (154).

Site-directed mutagenesis of the VDR ligand-binding domain has been performed recently on several of the cysteine residues in the human protein (235). Alteration of cysteine-288 to glycine resulted in severe attenuation of ligand binding at room temperature, whereas the same mutation at cysteine-337 resulted in a smaller decrease in affinity. The exact significance of this result is uncertain, although a contact between cysteine-237 and carbon-13 of retinoic acid was noted in the binding of retinoic acid to the RAR-$\gamma$ (279). Interestingly, in Figure 8, the corresponding cysteine residue (cysteine-284) of the rat receptor aligns exactly with ligand-contacting amino acids in the RAR and TR, suggesting that this cysteine may in fact directly contact the ligand.

The VDR is generally expressed at relatively low levels in vivo. Target tissues, such as bone, kidney, and especially intestine, may have relatively high levels of receptor (3,000–6,000 fmol/mg protein), but in other tissues, the levels are generally much lower (72). The receptor has been shown to be present in most tissues that have been examined, including activated immune cells such as T cells, where it may play a role in modulating the levels of cytokines such as IL-2 (6). In contrast to other receptors, such as the glucocorticoid receptor, which is associated with a number of proteins, including heat shock proteins, in the cytoplasm before hormone binding (146), studies with radiolabeled 1,25-(OH)$_2$D$_3$ have shown that the VDR is predominantly nuclear (325). Little information is available concerning whether any proteins associated with the VDR before DNA binding. There are some data suggesting that many hormone-binding receptors, including VDR, contain a binding site for calreticulin in the DNA-binding domain (43). Some reports indicate that calreticulin may bind to VDR and inhibit activation of vitamin D target genes (358), but the physiological significance of this is as yet unclear.

There have been numerous reports in recent years of rapid nongenomic effects of vitamin D on calcium transport, termed transcaltachia (241). The physiological importance of these data is unclear. Whether these effects are mediated by the VDR or a different protein is also unclear. The development recently of a mouse model in which the VDR has been ablated (365) may provide some insight into the relevance of these reports, and into whether the VDR plays any role in them.

Recently, the promoters of the mouse (150) and human (226) VDR have been isolated. Some studies have suggested that the VDR is upregulated by treatment with agents such as forskolin, which induce protein kinase A (183). Further study of these promoters will shed more light on the means by which VDR protein levels are regulated inside target cells.

## C. Retinoid X Receptors and Other Coactivators

In the absence of cofactor proteins, the VDR is unable, at physiological concentrations of protein, to bind to most response elements that have been described. This has become clear from both in vitro gel retardation assay experiments and from experiments involving receptor expression in yeast (155, 231, 310). Work with the VDR and with related receptors indicated that the RXR is the required cofactor.

The RXR was isolated several years ago, and initially its ligand and functional importance were unknown (211). Subsequent work identified 9-cis-retinoic acid as a ligand for RXR (134). It also became clear that RXR plays a critical role in binding to DNA of several different receptors, including the VDR, the TR, the RAR, and the PPAR, among others (98, 173). In the absence of RXR, it appears that none of these receptors binds efficiently to their response elements. Like other receptors, the RXR can be divided into functional domains, including an NH$_2$-terminal A/B domain, a C domain which binds to DNA, and a COOH-terminal DE domain that binds ligand and activates transcription (58, 210). Heterodimerization with other receptors appears to be mediated through two interfaces: one in the DNA-binding C domain (366) and another in the ligand-binding E domain (359). Interestingly, in structural studies, the RXR ligand-binding E domain was found to crystallize as a dimer, and the dimer interface occurred along helices 9 and 10, exactly where mutagenesis studies suggest RXR heterodimerizes with other receptors (32, 261). This region of RXR from amino acids 389 to 429, termed the I box, is sufficient for strong interaction between RXR and TR, but the same sequence provides only weak interaction with VDR. Additional NH$_2$-terminal RXR sequence is required for strong interactions with VDR (261), indicating a potential distinction between VDR and related receptors.

Most vitamin D response elements consist of two half-sites of the sequence AGGTCA separated by three bases (see sect. III$D$). Because RXR is required for binding

Downloaded from physrev.physiology.org on February 2, 2010

QUESTMS-00000651

Downloaded from physrev.physiology.org on February 2, 2010

to the response element, the question arose as to whether one half-site was preferred by RXR, and if so, whether this preference was for the upstream or downstream site. For VDR, as for the other receptors that heterodimerize with RXR, it appears that RXR binds to the 5'-half-site and VDR the 3'-half-site (189, 366), although there may be some exceptions to this rule. The polarity of this binding has been shown to be important for maximal gene activation, with significantly lowered transcription rates occurring if the response element orientation is reversed relative to the promoter start site. Binding of the VDR-RXR heterodimer to a response element is greatly increased by $1,25\text{-}(OH)_2D_3$ when salt concentrations are in the physiological range, i.e., 100–150 mM (169). Interestingly, for many of the receptors that heterodimerize with RXR, the natural ligand of RXR, 9-*cis*-retinoic acid, may not enhance DNA binding. Some findings indicate that RXR may be unable to bind ligand while in a complex with another receptor (98). In addition, some in vitro reports indicate that the VDR-RXR complex is disrupted by addition of 9-*cis*-retinoic acid (205). This contrasts with work in transfected cells indicating that both $1\alpha,25\text{-}(OH)_2D_3$ and 9-*cis*-retinoic acid enhanced reporter gene expression from a vitamin D-responsive promoter (291). The reason for these conflicting results is unclear; it may be an experimental artifact, or it may be that the additional proteins that interact with the VDR-RXR heterocomplex in vivo, such as the coactivator/corepressor proteins, affect the conformation of the RXR and permit ligand to bind.

The VDR has been shown to interact directly with a growing number of other transcription factors, including transcription factor IIB (TFIIB). The interaction of VDR with TFIIB has been characterized in several reports (27, 206). TFIIB is a 30-kDa protein that was originally isolated as a cofactor associated with TATA-binding protein (120). A region of VDR of ~70 amino acids in the D domain has been reported to bind to a 43-residue $NH_2$-terminal region of TFIIB (27, 208). The sequence of TFIIB in this region is similar to that of a zinc finger, suggesting that the zinc finger motif may function in protein-protein interactions as well as DNA binding. Interestingly, one report suggests that binding of ligand to VDR causes dissociation of TFIIB from the receptor, which may indicate a complex interaction between proteins before the initiation of transcription (217).

Interactions between the VDR and other factors are less well characterized, although this work is progressing, particularly with regard to the coactivator proteins. Recent work indicates that VDR binds to SUG1/TRIP1, a nuclear protein that also binds to other receptors (355). It should be noted that the function of SUG1 in VDR-mediated transcription is unclear. SUG1 binds to the AF-2 domain of the VDR (216, 355), but because SUG1 has been found to be a component of the proteasome complex in the nucleus, it may function primarily in receptor degradation.

The VDR has also been shown to bind to a growing number of coactivator proteins such as SRC-1 and TIF-1 (216, 355). Other coactivator proteins that have been discovered recently, including ACTR (59) and p/CIP (345), join the rapidly enlarging group of such proteins. The coactivators seem to fall into a family with many features in common, including size (~1,400 amino acids), structure ($NH_2$-terminal Per-Arnt-Sim/basic helix-loop-helix domains, central receptor interaction domains) and activity (COOH-terminal histone acetylase domains). It seems likely that most, if not all, of the coactivator proteins will be found to interact with VDR and activate transcription. For example, both SRC-1 and TIF-1 have been shown to bind to the VDR (216, 355), whereas nuclear receptor coactivator protein (ACTR) has been shown to enhance transcription from a vitamin D target gene in transfected cells (59). However, it is not yet clear whether all coactivators interact with VDR equally well; some may function more effectively than others in the vitamin D system. An additional possibility is that tissue-specific expression may be a significant factor in determining which coactivator works with the VDR. For example, the coactivator ACTR was shown to be expressed at relatively low levels in kidney, an important vitamin D target tissue (59). This may indicate that other coactivators play a more important role in transcriptional activation of vitamin D-controlled genes, at least in this tissue.

Whether VDR interacts with corepressor proteins to bring about downregulation of target genes is currently unclear. Like the coactivator proteins, the corepressor proteins appear to have many features in common. The corepressors SMRT and NCoR (142), for example, have considerable sequence similarity, although NCoR possesses a large $NH_2$-terminal region lacking in SMRT. In addition, both proteins appear to repress transcription through interactions with the Sin3 proteins, which bind to histone deacetylase enzymes (131, 233). However, unlike related receptors such as retinoic acid and TR, it is unclear whether the VDR is bound by corepressor proteins. At least one corepressor protein, NCoR, has been reported not to bind to VDR at all. NCoR binds to a conserved region of the TR and RAR, termed the CoR box, to exert its effects; binding of ligand to the TR or RAR causes dissociation of NCoR from receptor. NCoR does not bind to the CoR box region of the VDR, despite the similarity of the VDR sequence in this region to that of TR and RAR (142). This may explain why the VDR does not seem to exhibit dominant negative silencing seen with both the TR and RAR (262, 286). The possibility remains that other corepressor proteins will be found to bind to the VDR and that this interaction is responsible for silencing at least some of the genes that are downregulated by vitamin D.

### D. Vitamin D Responsive Elements

As mentioned in section IIIA, responsive elements are the sequences of DNA, isolated from the promoters of vita-

QUESTMS-00000652

min D-responsive genes, that are bound by the VDR. One of the first such response elements isolated was that of the rat osteocalcin gene (84). Work with this and other vitamin D response elements, and with the response elements of other receptors, led to the demonstration that many response elements consisted of two repeats of the half-site sequence AGGTCA separated by several nonspecified bases (75, 173, 349). The variable that determines receptor specificity seems to be the number of nucleotides separating the half-sites. The RXR has been shown to have a preference for two half-sites separated by a single nucleotide, termed a DR-1 response element, whereas the VDR binds to a DR-3 element, the TR to a DR-4 element, and the RAR to a DR-5 element (349). Interestingly, almost all of the naturally occurring VDRE isolated from genes upregulated by the VDR have fallen into the DR-3 category. The negatively regulated genes, such as those for PTH and IL-2, may not follow this rule. Initial work with the PTH gene indicated that the response element in this case consisted of only a single half-site. However, more recent work indicates that the PTH VDRE may in fact consist of two half-sites (76), which may leave only a few exceptions, such as the IL-2 gene, to this rule (6).

One interesting aspect of the interaction between receptor and response element is the bend in the response element DNA that is induced by binding of the VDR-RXR heterodimer (151). This has been reported for binding of related receptors, such as the RAR, to their response elements (71). The degree of bending induced by the protein complex is reportedly on the order of 30°. Although this bend is much lower in magnitude than that reported for binding of the TATA-binding protein to DNA (240), it is still appreciable. It is interesting to speculate on the possible role of this induced bending, particularly in light of the finding that coactivator proteins and their cofactors acetylate histones. It may be that the combination of DNA bending and histone dissociation acts to make the promoter of the target gene more accessible to transcription factors before transcriptional activation.

Some recent reports have suggested that a greater degree of flexibility exists for binding of VDR to response elements. Work in vitro has suggested that VDR can bind to DR-3 response elements, such as the osteopontin VDRE, as homodimers (291). Other work suggests that TR and RAR can act as heterodimeric partners with VDR on a response element, instead of RXR (292). In addition, response elements that do not fall into the DR-3 category have been suggested to bind VDR, including DR-6 elements (264) and one element composed of an inverted repeat of two half-site elements separated by nine bases (292). At present, the significance of this work is unclear. For instance, it has been reported that although VDR can bind to the osteopontin response element as a homodimer, the homodimer is transcriptionally inactive and the VDR-RXR heterodimer is required for transcriptional ac-

tivity (197). Thus the results of such in vitro experiments must be interpreted with caution and, if possible, in vivo. For example, the report of VDR heterodimerization with TR and RAR may potentially be evaluated through the use transgenic animals in which RXR has been ablated, to determine whether VDR-responsive genes can still be expressed. Unfortunately, ablation of RXR-α, the preferred partner for VDR, is a lethal mutation (90), but it is possible that inducible knockouts of the RXR-α will provide insight into whether these other receptors can heterodimerize with VDR and rescue the expression of VDR target genes.

### E. Vitamin D-Dependent Genes, Their Roles, and Gene Complexity

Many different genes have been shown to be responsive to vitamin D. Most of these genes play a direct role in calcium endocrinology or bone formation and were the earliest examples of vitamin D response elements isolated. Examples of these include osteocalcin (84), osteopontin (243), PTH (251), the hydroxylases CYP24 (368) and CYP1α (298, 316, 332), and the calbindin genes (69). Many of these have been reviewed recently (75). The roles of many of these genes in calcium endocrinology have become more evident in recent years. For example, the bone protein osteocalcin is secreted by osteoblasts and represents the single greatest protein constituent of bone by mass. Expression of this protein is upregulated by vitamin D, and it may play a significant role in maintaining bone integrity (73). On the other hand, several genes have been shown to be downregulated by vitamin D, including the gene for PTH, which plays a critical role in controlling the levels of $1,25\text{-}(OH)_2D_3$ in serum.

Several of the hydroxylase enzymes that act directly on $1,25\text{-}(OH)_2D_3$ formation and degradation have been shown to be controlled at the transcriptional level by $1,25\text{-}(OH)_2D_3$. In particular, the hydroxylase enzyme CYP24 is one of the most highly regulated genes that responds to vitamin D. This enzyme represents the major means by which $1,25\text{-}(OH)_2D_3$ is catabolized in vivo, and its importance is emphasized by recent gene knockout experiments in which loss of the enzyme was found to be lethal to at least 50% of the recipient mice (313). The CYP24 gene is highly upregulated by $1,25\text{-}(OH)_2D_3$ and contains two sets of VDRE in its promoter (61, 168, 368). Both sets of elements are required for the gene to display maximum inducibility by vitamin D (168, 368). It therefore appears that the presence of multiple copies of response elements are one way in which vitamin D target genes can be efficiently upregulated.

In contrast to the preceding example, the hydroxylase enzyme CYP1α, which is responsible for catalyzing the formation of $1,25\text{-}(OH)_2D_3$, is highly downregulated by its product. This enzyme, expressed in the proximal

Downloaded from physrev.physiology.org on February 2, 2010

QUESTMS-00000653

convoluted tubule of the kidney, is regulated with extreme stringency, although the exact details of the way in which this regulation is exerted are unclear. The recent cloning and expression of this enzyme open the door to a more complete understanding of its regulation, and details of the way in which the gene and protein expression are regulated are sure to be forthcoming (298, 316, 332).

Another set of genes that have been shown to be regulated by vitamin D are the calbindins. In mammals, the calbindin $D_9K$ is expressed primarily in intestine, whereas the calbindin $D_{28}K$ is expressed in kidney and other tissues. The calbindin $D_9K$ may play a role in absorption of calcium from the gut, whereas the calbindin $D_{28}K$ may be involved in reabsorption of calcium from glomerular filtrate, although this has not been definitively shown. The promoters of both of these genes have been cloned (74, 153, 331), and both have been reported to contain VDRE. Recent work on targeted gene disruption of the $D_{28}K$ has recently been reported in the mouse (311). This is not a lethal mutation, and the effects of this knockout on regulation of calcium levels will be of great interest in deciphering the role of this protein in calcium transport.

More recent and somewhat more surprising discoveries of genes that are regulated by vitamin D include the discovery of VDRE in the promoters for a number of genes not traditionally considered vitamin D targets. These include potential response elements in the promoters of several genes, including integrin $\beta_3$ (52), fibronectin (264), atrial natriuretic factor (163, 198), c-*fos* (48, 290), PTHrP (182), and p21 (199). The significance of the vitamin D regulation of many of these genes is unclear and may prove an interesting area of study. In this regard, the recently developed mouse strain in which the receptor has been ablated may provide an interesting vehicle for assessing the contribution of the VDR to regulation of these genes (365).

## F. Target Cell Metabolic Enzymes

The metabolism of vitamin D by target cells has been shown to occur in a number of tissues, including kidney, intestine, and bone. In kidney and intestine in particular, upregulation of the 24-hydroxylase enzyme in response to $1,25-(OH)_2D_3$ treatment is rapid, occurring within 4 h, as shown by both Northern and enzymatic analyses (297). Cultured bone cells have also been shown to possess highly inducible 24-hydroxylase activity (202). These cells have been used to isolate catabolic products of $1,25-(OH)_2D_3$ that can be placed in a logical order on a degradative pathway leading from the active compound to inactive excretion products (82). Thus it appears that the target cells for vitamin D contain the means to regulate its activity at the cellular level. The additional level of control that this target cell metabolism provides over local concentrations of $1,25-(OH)_2D_3$ may be an important means by which tissues regulate the responsiveness of genes to vitamin D.

## IV. RECENTLY DISCOVERED FUNCTIONS OF $1\alpha,25$-DIHYDROXYVITAMIN $D_3$

### A. Discovery of New Target Organs for $1\alpha,25$-Dihydroxyvitamin $D_3$

The first insight into possible new functions of $1,25-(OH)_2D_3$ beyond its actions in the regulation of calcium and phosphorus as described in section II came as a result of studies involving the cellular and subcellular localization of radiolabeled $1,25-(OH)_2D_3$ at high specific activity. This allowed the administration of physiological doses of $1,25-(OH)_2D_3$ and its detection by frozen section autoradiography in target tissues (324, 325). The result of this study in the late 1970s illustrated that not only was radiolabeled $1,25-(OH)_2D_3$ localized in the nuclei of the enterocyte of the small intestine, the distal renal tubule of the kidney, and the osteoblasts of bone, but were found in tissues not previously considered targets of vitamin D action. These localizations were found specific inasmuch as the localizations could be prevented by the administration of unlabeled $1,25-(OH)_2D_3$ but not $25-OH-D_3$. Of great interest was the finding of $^3H$-labeled $1,25-(OH)_2D_3$ in the nuclei of the islet cells of the pancreas, keratinocytes of skin, ovarian tissue, mammary epithelium, epithelial cells of the epididymis, certain neuronal tissue, promyelocytes, macrophages, and T lymphocytes. This unexpected development focused on the possibility that $1,25-(OH)_2D_3$ may carry out functions not previously appreciated and in tissues not previously considered targets of vitamin D action. This result was followed by the demonstration of the VDR in the parathyroid gland (133, 145), in skin (305), in the thymus (267), and in ovarian cells (88). Following this lead came the demonstration that the vitamin D hormone carries out functions in many of these tissues, and still other functions remain to be discovered.

### B. Role of Vitamin D Hormone in the Parathyroid Gland

Perhaps the most well-established new function of $1,25-(OH)_2D_3$ is in the parathyroid gland. Specific localization of $1,25-(OH)_2D_3$ in the parathyroid gland (325) and the presence of VDR was provided by two independent laboratories (133, 145). However, there had been considerable controversy as to whether the $1,25-(OH)_2D_3$ could suppress secretion or production of the PTH (114, 115, 302). Early work failed to provide support for the idea that $1,25-(OH)_2D_3$ could, in fact, suppress parathyroid secretion in isolated parathyroid glands. Furthermore, $25-OH-D_3$ was continuing to be used as a suppressant of secondary hyperparathyroidism in renal failure patients on dialysis (274). Notably, however, large amounts of this compound were needed to provide any degree of suppres-

Downloaded from physrev.physiology.org on February 2, 2010

QUESTMS-00000654

sion, usually of the order of 20 $\mu g$/day. Suppression of parathyroid levels in such patients with orally administered 1,25-(OH)$_2$D$_3$ was also not dramatic. However, when an intravenous route was used, excellent treatment of secondary hyperparathyroidism of renal failure resulted (308). These results strongly suggested that 1,25-(OH)$_2$D$_3$ may have a direct action through its receptor in the parathyroid glands. Thus PTH secretion by isolated parathyroid glands or cells could be suppressed by the direct administration of 1,25-(OH)$_2$D$_3$ (82–84). This suppression required some time to achieve. With the cloning of the preproparathyroid gene came a search for the possibility that this gene might be under control of 1,25-(OH)$_2$D$_3$ through its receptor. Analysis of mRNA encoding the PTH by Northern blot suggested a transcriptional suppression by 1,25-(OH)$_2$D$_3$ (284, 296, 304). Subsequently, work by Demay et al. (85) and Silver et al. (303) have shown unequivocally the presence of a VDRE in the promoter region of the parathyroid gene. Although this was first thought to be a single 6-base response element, subsequent work has revealed that in actual fact it represents a DR-3 in which two repeat sequences are indeed found at 123–108 bases 5' from the transcriptional start site (76). This responsive element system causes a suppression of expression of the preproparathyroid gene promoter. Details of the mechanism are discussed in section III.

In addition to the role of the vitamin D hormone in suppressing the parathyroid gene is the idea that the vitamin D hormone also suppresses proliferation of the parathyroid gland cells. The discovery by Suda and co-workers (1, 334) that 1,25-(OH)$_2$D$_3$ can suppress the growth and stimulate cellular differentiation of the promyelocytes brought forth the idea that 1,25-(OH)$_2$D$_3$ might also suppress proliferation of the parathyroid gland cells. This rationale provides further impetus to the idea that renal osteodystrophy patients should be treated with 1,25-(OH)$_2$D$_3$ to prevent the development of hypertrophied parathyroid glands as well as to suppress secretion of the PTH.

### C. Role of Vitamin D Hormone in Skin

After the discovery by Suda and co-workers (1, 334) of the differentiative action of 1,25-(OH)$_2$D$_3$ on the promyelocytes came the application of this finding to the keratinocytes. Hosomi et al. (144) probably provided the first report that 1,25-(OH)$_2$D$_3$ induces keratinocyte differentiation. These results were found by the in vitro addition of 1,25-(OH)$_2$D$_3$. Similar results were reported by Holick and co-workers (309), and it is now common knowledge that the keratinocytes are induced to differentiate by the in vitro addition of 1,25-(OH)$_2$D$_3$. Exactly how important this differentiation effect of 1,25-(OH)$_2$D$_3$ is in vivo is difficult to assess. Certainly, vitamin D-deficient animals do not have a problem with keratinocyte differentiation. Thus

hyperproliferation of the keratinocyte and failure to differentiate is not found in vitamin D-deficient animals (79; DeLuca, personal observations). It is possible that the differentiation may be triggered by more than one system providing a redundancy and hence the failure to observe a lesion in skin as a result of vitamin D deficiency. Together with the differentiation of the keratinocyte comes an inhibition of proliferation. This inhibition of proliferation has been utilized in the treatment of hyperproliferative diseases of skin as, for example, psoriasis (144, 309). Both 1,25-(OH)$_2$D$_3$ and analogs especially MC903 of Leo Pharmaceuticals (also termed Dovenex) can be used as a significant therapy against psoriasis with as many as 70% patients responding to this treatment. (44).

A number of studies have been carried out on the mechanism whereby 1,25-(OH)$_2$D$_3$ brings about the differentiation of the keratinocyte. During the differentiation process, there is an increase in the protein involukrin (326). There is an increase in transglutamanase activity (326) and cornified envelope formation (263). However, exactly how 1,25-(OH)$_2$D$_3$ induces differentiation of the keratinocyte and inhibits proliferation is unknown and remains to be investigated.

Finally, it has been proposed that the keratinocyte functions in a paracrine fashion in which 1,25-(OH)$_2$D$_3$ is produced by the keratinocyte itself, and this compound serves as a paracrine to stimulate differentiation of the keratinocyte (21). If this is true, it remains to be explained why vitamin D-deficient animals are able to obtain mature and functional keratinocytes. There have been very dramatic statements made that the keratinocyte is fully able to metabolize 25-OH-D$_3$ to 1,25-(OH)$_2$D$_3$ but that it lacks the ability to 25-hydroxylate 1$\alpha$-OH-D$_3$ (21). In work carried out in the rat by two different laboratories (277, 299), there was a failure to detect any $^3$H-labeled 1,25-(OH)$_2$D$_3$ in skin or other tissues in nephrectomized rats given the highest specific activity (160 Ci/mmol) of $^3$H-labeled 25-OH-D$_3$ available. Thus, in normal rats, the keratinocyte was unable to produce significant amounts of 1,25-(OH)$_2$D$_3$ in vivo. On the other hand, there are a number of scientists who believe that this does, in fact, occur in vivo (21). Thus the role of 1,25-(OH)$_2$D$_3$ in the keratinocyte under normal physiological circumstances is unknown, and certainly the idea that the keratinocyte in vivo is able to produce 1,25-(OH)$_2$D$_3$ is not universally accepted. Recently, three laboratory groups have succeeded in cloning the 25-OH-D-1$\alpha$-OHase (102, 103, 298, 316, 332), and one report used PCR techniques to clone it from human keratinocytes (102). This could support the presence of this enzyme in keratinocytes; however, Northern analysis of mouse skin (330) did not confirm 1$\alpha$-OHase mRNA in this tissue. Additional work will be required before this area is clarified. However, certainly one has to consider the keratinocyte as a potential target of 1,25-(OH)$_2$D$_3$ to the

Downloaded from physrev.physiology.org on February 2, 2010

QUESTMS-00000655

JONES, STRUGNELL, AND DeLUCA

extent that analogs are therapeutically effective against the hyperproliferative keratinocyte disease psoriasis.

### D. Role of 1α,25-Dihydroxyvitamin D₃ in the Immune System

The presence of the VDR in activated T lymphocytes was reported by Provvedini et al. (267), who also showed that resting lymphocytes do not express the VDR. Certainly the thymus, which is a repository of immature lymphocytes, is a source of VDR, since it was used as a source of receptor for measurements of 1,25-(OH)₂D₃ (138). Among the antigen-presenting cells, the macrophage that is derived from the monocyte has receptors for 1,25-(OH)₂D₃ (20, 264). There is no doubt, therefore, that the immune system does indeed possess receptors to 1,25-(OH)₂D₃. These results suggest a role for 1,25-(OH)₂D₃ in the immune system. However, the role is just now beginning to be defined. There have been many reports using peripheral blood lymphocytes that suggest that production of IL-2, tumor necrosis factor-α (TNF-α), and interferon-γ is suppressed by 1,25-(OH)₂D₃ (193). Furthermore, there are reports of increased synthesis of transforming growth factor-β in a number of immortalized cell lines in response to 1,25-(OH)₂D₃ in vitro (177). In fact, there are many conflicting reports regarding the in vitro response of the lymphocytes to 1,25-(OH)₂D₃. This review focuses on what is known concerning the in vivo responses of the immune system in the absence and presence of 1,25-(OH)₂D₃ and its analogs.

In a study of delayed hypersensitivity, which is a T-helper cell lymphocyte-mediated response, vitamin D deficiency markedly reduces the ability of the mouse to respond (364). However, large amounts of 1,25-(OH)₂D₃ and its analogs will also suppress the delayed hypersensitivity response (363). These results illustrate that the T-helper cell lymphocyte system is vitamin D responsive but that both immunostimulation and immunosuppression can be found in the in vivo situation. Currently, there is little or no evidence to support the idea that B cell-mediated immunity is affected by 1,25-(OH)₂D₃.

The most dramatic results obtained to date in the immune system are those found in several autoimmune diseases. Most notably is the autoimmune disease known as experimental autoimmune encephalomyelitis (EAE) that can be induced in B10.PL mice or SJL mice by the injection of myelin basic protein together with small amounts of pertussis toxin (49). This treatment induces a multiple sclerosis-like disease (EAE). This disease is aggravated by agents that stimulate T-helper (Th)-1 cells and that increase interferon-γ and TNF-α secretion (280). Injections once every other day of 1,25-(OH)₂D₃ in some cases produced a reduction in the severity and in other cases produced very slight responses (36, 196). However, since 1,25-(OH)₂D₃ has a lifetime



FIG. 9. 1,25-(OH)₂D₃ prevents progression of experimental autoimmune encephalomyelitis (EAE) in B10.PL mice. When individual mice showed EAE symptoms of 1 or greater, they were given an intraperitoneal injection containing 300 ng 1,25-(OH)₂D₃ dissolved in ethanol (●) or mock injected with an equivalent amount of ethanol (○). At time of treatment, diet was also changed to experimental diet containing no additional vitamin D or to same diet containing 20 ng·day⁻¹·mouse⁻¹ 1,25-(OH)₂D₃.

measured certainly in hours, the administration of this compound three times a week or every other day would not be expected to be sufficient (116). More recently, EAE in B10.PL mice could be completely prevented by the addition of 1,25-(OH)₂D₃ to the diet of such mice. Furthermore, if the hormonal substance was begun after the EAE had begun, the development of symptoms could be prevented (Fig. 9) (49). Current results strongly suggest that the vitamin D hormone and its analogs are functioning by stimulating Th-2 T-helper cells to produce transforming growth factor-β1 and IL-4 that might serve to suppress the TNF-α and interferon-γ production by Th-1 cells (51). Similar results were obtained with another autoimmune disease, rheumatoid arthritis induced by *Borrelia burgdorferi* or Lyme's disease (50) or arthritis produced by the injection of collagen into susceptible mice (50). Some improvement has also been reported for the autoimmune induction of diabetes in the nonobese diabetic mouse (218). The idea, therefore, that the vitamin D compounds may play a role in modulating the immune system is strongly supported. Furthermore, there is the idea that 1,25-(OH)₂D₃ and its analogs might become useful in the prevention or treatment of autoimmune diseases.

Of some interest is the idea that the immunomodulatory action of vitamin D might be useful in the management of transplant rejection. Initial work indicates that the vitamin D hormone and its analogs would only be

Downloaded from physrev.physiology.org on February 2, 2010

QUESTMS-00000656

marginally useful in prevention of transplant rejection and might only be considered as an adjunct to the well-established cyclosporin method of preventing transplant rejection (195). However, more recently, the administration of 1,25-(OH)₂D₃ and its analogs in the diet and thus their provision in a continuous manner has shown that it can be much more effective than cyclosporin itself in prevention of transplant rejection (D. A. Hullett, M. T. Cantorna, C. Redaelli, J. Humpal-Winter, H. W. Sollinger, and H. F. DeLuca, unpublished data). It has been used effectively to prolong transplant survival beyond that achieved by cyclosporin in mouse embryonic cardiac transplants and in a vascularized cardiac transplant model in the rat. Of great interest is that the prevention of transplant rejection by the vitamin D compounds was not accompanied by a bone loss phenomenon as is the case with cyclosporin A and, furthermore, was not accompanied by the danger of opportunist infection (M. T. Cantorna, D. A. Hullett, C. Redaelli, C. R. Brandt, J. Humpal-Winter, H. W. Sollinger, and H. F. DeLuca, unpublished data). However, the exact role of how the vitamin D hormone affects T-lymphocyte cell populations, cytokine secretion, and production is not entirely known. There has been a suppressive element reported for the IL-2 gene for the VDR. Whether this is a significant mechanism or not remains to be determined.

### E. Islet Cells of the Pancreas

The intriguing finding of a nuclear localization of 1,25-(OH)₂D₃ in the islet cells of the pancreas has led to a speculation that vitamin D might be involved in glucose regulation of insulin secretion (324, 325). The presence of a VDR in these cells by now is well accepted, but it is unclear as to what, if any, role vitamin D plays in the functioning of the islet cells. Initial results reveal that vitamin D-deficient rats were unable to respond to a glucose challenge by secreting appropriate amounts of insulin (65). Although this could be corrected by the administration of 1,25-(OH)₂D₃, other studies suggested that this was mediated by the action of vitamin D in raising plasma calcium concentration (66). The problem, therefore, is that it is unclear whether the regulation of insulin secretion may have a vitamin D component because of the direct actions of calcium concentration on the functioning of the islet cells. Nevertheless, the idea that inappropriate responses of the islet cells to a glucose challenge suggests that a role of the vitamin D hormone is involved. These findings must also be coupled to the experiments carried out in the nonobese diabetic mouse in which the onset of diabetes is delayed or retarded by the administration of 1,25-(OH)₂D₃ (218). The relationship between vitamin D and diabetes is certainly worthy of additional investigation.

### F. Role of Vitamin D and Reproduction

Because of the focus of scientists on the role of vitamin D in calcium homeostasis and regulation of phosphate metabolism, the possibility that vitamin D might be involved in reproduction has been largely ignored in the past. However, during the course of producing vitamin D-deficient embryos came the observation that female reproduction is markedly and significantly diminished in vitamin D deficiency (122). Thus a reduction in fertility of 80% was found and could not be corrected by correcting the hypocalcemia (191). This defect, therefore, is quite clearly one related to an absence of the vitamin D molecule. Similar female reproductive failure was noted in the transgenic receptor knockout mice described by Yoshizawa et al. (365). Why there is a failure in the female reproductive system is not known except that it is clear that ovarian cells contain VDR (88). Furthermore, ovarian cells in vivo also accumulate 1,25-(OH)₂D₃ (324, 325). Other organs involved in female reproduction, i.e., the hypothalamus, also contain VDR. It has been suggested that the ovary therefore is a target of vitamin D action. In experiments carried out in the authors' laboratory, the VDR levels of the ovary are increased during estrus and diminished during proestrus (348). These results suggest that female rats may not ovulate properly. The infertility brought about by vitamin D deficiency in the female rat can be easily corrected by the administration of 1,25-(OH)₂D₃ (191). These results suggest a role for the vitamin D hormone and its receptor in ovarian function; however, the mechanism remains to be found.

In the case of male reproduction, vitamin D deficiency also reduces the effectiveness of the male (190). However, this diminished male fertility can be corrected by merely providing additional calcium, raising plasma calcium concentration which in turn restores fertility (190). Thus there does not appear to be a role for the vitamin D hormone in spermatogenesis and male reproduction.

### G. Does Vitamin D Play an Essential Role During Embryonic Development?

This question intrigued investigators in this field a couple of decades ago. The interest in this possibility was intensified when Suda and colleagues (1, 334) demonstrated for the first time the role of 1,25-(OH)₂D₃ in promyelocyte differentiation. This was followed by work which illustrated that cancer cell lines also responded by differentiating in response to 1,25-(OH)₂D₃ (91). This then provided the basis for believing that the vitamin D hormone is also a developmental hormone. However, vitamin D-deficient rats are able to reproduce albeit at only 20% of normal, but the embryos develop approximately normally to parturition (121). Furthermore, the provision of suffi-

Downloaded from physrev.physiology.org on February 2, 2010

QUESTMS-00000657

cient nutrients to the pups allows them to develop approximately normally until weaning (37). It is at this time that the dependency on vitamin D becomes very obvious. These results strongly suggest that vitamin D does not play an essential role in differentiation and development during embryogenesis. It does not exclude, however, that the vitamin D hormone plays an important role in terminal differentiation of specific cell types, as for example the differentiation and formation of osteoclasts. It does argue, however, that $1,25\text{-}(OH)_2D_3$ is not involved in the development of major organ systems. These results are supported very strongly by the receptor knockout mice and by the vitamin D-dependency rickets type II cases which are the human example of receptor knockouts. In these cases, the fetuses develop normally and, in fact, appropriately fed, the animals will survive to *day 55* (365). If in the absence of receptor the major organ systems develop normally, it provides little support for the idea that vitamin D is an important developmental vitamin. One might argue that there are nongenomic actions of $1,25\text{-}(OH)_2D_3$; however, there is insufficient evidence for this concept at this time as well (195). Therefore, it is the view of these authors that $1,25\text{-}(OH)_2D_3$ is not a major developmental hormone at least involved in the development of major organ systems during embryogenesis.

## H. Summary

Scientists are just beginning to investigate the new and previously unappreciated functions of the vitamin D hormone. They include functions in the parathyroid glands, the keratinocytes of skin, the T cells and macrophages of the immune system, the islet cells of the pancreas, and ovarian cells of the female. There is the possibility that additional functions will be found in such systems as the islet cells of the pancreas, mammary cell epithelium, and cells in the hair follicle system.

## V. VITAMIN D ANALOGS

### A. Development of New Analogs of $1\alpha,25$-Dihydroxyvitamin $D_3$

The discovery of $1,25\text{-}(OH)_2D_3$ and the other metabolites of vitamin D in the early 1970s immediately led to their chemical synthesis and to the first generation of compounds suitable for hormone replacement therapy (13, 294). In addition to $1,25\text{-}(OH)_2D_3$, most notable among these were the prodrugs $1\alpha$-OH-$D_3$ and $1\alpha$-OH-$D_2$, which were designed to overcome the need for a functional kidney containing the $1\alpha$-hydroxylase enzyme, instead, depending only on the need for 25-hydroxylation (193, 258). Synthetic $1,25\text{-}(OH)_2D_3$ and $1\alpha$-OH-$D_3$ proved to be valu-

able calcemic agents capable of the correction of hypocalcemia and bone abnormalities (rickets and osteomalacia) resulting from a variety of causes from simple vitamin D deficiency to chronic renal failure. There were early indications that patients with osteoporosis might benefit from the use of an active vitamin D preparation. As a result, it is not surprising that clinical trials of $1\alpha$-OH-$D_3$ (129, 254), $1\alpha$-OH-$D_2$ (106), and $1,25\text{-}(OH)_2D_3$ (7, 9, 108, 257, 343, 351) have been undertaken. Modest gains in bone mineral density and reductions in fracture rates were reported in many of these studies, and this subject has been reviewed recently by Calì and Russell (44) and Seeman et al. (293). Consequently, $1,25\text{-}(OH)_2D_3$ and $1\alpha$-OH-$D_3$ are currently used to treat osteoporosis, particularly in Japan and Europe, where dietary calcium intakes are often lower and hypercalcemic side effects not so prevalent.

Although vitamin D analogs continued to be synthesized in the late 1970s, the emergence of the newer nonclassical functions of $1,25\text{-}(OH)_2D_3$, particularly the discovery of its role in controlling cell proliferation and differentiation (228, 252) (see sect. IV), led to an acceleration in the pace of the search for new analogs. The chemical synthesis of new analogs of $1,25\text{-}(OH)_2D_3$ became a high priority with the hope that the calcemic properties of $1,25\text{-}(OH)_2D_3$ might be separated from the antiproliferative cell-differentiating properties (119, 157). Hundreds of molecules have now been synthesized in pursuit of this goal, and a couple of recent reviews have attempted to classify or list all published vitamin D analogs in a detailed fashion (20, 31, 47, 104). For the sake of brevity, we have selected some of the more promising of these that are under development by the pharmaceutical industry in Table 1. Those selected are not the only analogs being developed, but all are at some advanced stage of animal or clinical testing. From perusal of the compounds in Table 1, the reader will immediately notice that the side chain appears to be a popular target for modification, and there is a rational basis for this, namely, that the VDR is relatively tolerant of changes in this part of the molecule. However, since 1980, the synthetic chemist has experimented with modification of every part of the vitamin D molecule in an attempt to accentuate either the antiproliferative or calcemic properties. The full extent of these synthetic modifications is best displayed as the annotated structure illustrated in Figure 10. Probably the most successful $1,25\text{-}(OH)_2D_3$ analog developed thus far is the Leo antipsoriatic drug calcipotriol, also known as MC903, which was the first vitamin D analog to reach the market for any condition other than hypocalcemia or bone disease (45). When given orally, calcipotriol is ineffective due to the fact that it is rapidly broken down (24, 354). When given topically as an ointment, calcipotriol survives long enough to cause improvement in 70% of psoriasis patients (18, 181). Both $1,25\text{-}(OH)_2D_3$ and calcipotriol are believed to be effective in psoriasis because they block hyperproliferation of kera-

Downloaded from physrev.physiology.org on February 2, 2010

QUESTMS-00000658

October 1998        MOLECULAR ACTIONS OF VITAMIN D        1215

**TABLE 1.** *Analogs of 1,25-(OH)$_2$D$_3$*



| Vitamin D Analog (Ring Structure) | Side Chain Structure (R) | Company | Possible Target Diseases | Mode of Delivery |
|---|---|---|---|---|
| 1α,25(OH)$_2$D$_3$ (3) | | Roche, Duphar | Hypocalcemia<br>Psoriasis | Systemic<br>Topical |
| 26,27-F$_6$-1α,25(OH)$_2$D$_3$ (3) | | Sumitomo-Taisho<br><br>Discovery<br>Penederm | Osteoporosis<br>Hypoparathyroidism<br>Osteoporosis<br>Psoriasis | Systemic<br>Systemic<br>Systemic<br>Topical |
| 19-Nor-1α,25(OH)$_2$D$_2$ (5) | | Abbott | Hyperparathyroidism | Systemic |
| 22-Oxacalcitriol (OCT) (3) | | Chugai | Hyperparathyroidism<br>Psoriasis | Systemic<br>Topical |
| Calcipotriol (MC903) (3) | | Leo | Psoriasis<br>Cancer | Topical<br>Topical |
| 1α,25(OH)$_2$-16-ene-23-yne-D$_3$ (Ro 23-7553) (6) | | Roche | Leukemia | Systemic |
| EB1089 (3) | | Leo | Breast cancer | Systemic |
| 20-Epi-1α,25(OH)$_2$D$_3$ (3) | | Leo | Immune diseases | Systemic |
| KH1060 (3) | | Leo | Immune diseases | Systemic |
| ED-71 (4) | | Chugai | Osteoporosis | Systemic |
| 1α,24(S)(OH)$_2$D$_2$ (3) | | Bone Care | Psoriasis | Topical |
| 1α,24(R)(OH)$_2$D$_3$ (TV-02) (3) | | Teijin | Psoriasis | Topical |
| 24-Epi-1α,25(OH)$_2$D$_3$ (3) | | Elan | Osteoporosis | Systemic |

1,25-(OH)$_2$D$_3$, 1α,25-dihydroxyvitamin D$_3$.

Downloaded from physrev.physiology.org on February 2, 2010

QUESTMS-00000659



FIG. 10. Structure of 1,25-(OH)₂D₃ showing location of carbon atoms or carbon-carbon bonds modified in various vitamin D analogs constructed to date. Each circled carbon or bond is connected to a rectangular box which indicates 1 or more successful modifications introduced into analog at that site. For sake of space, model does not include all modifications made but seeks to give reader a flavor of extent of modifications attempted covering whole molecule. Certain popular analogs contained in Table 1 frequently contain combinations of such modifications.

tinocytes, increase differentiation of keratinocytes, and help suppress local inflammatory factors through their immunomodulatory properties. Like several other analogs [1,24S-(OH)₂D₂ and 1,24-(OH)₂D₃] currently being pursued, calcipotriol has no 25-hydroxyl group but instead possesses a 24-hydroxyl group which appears to act as a surrogate 25-hydroxyl function. Other analogs being tested, such as 22-oxacalcitriol (OCT) (232), 1,25-(OH)₂-16-ene-23-yne-D₃ (11), and EB1089 (23, 161), all contain modifications at C-22 and C-23 which affect the metabolic stability of the molecules without adversely altering the VDR binding. 22-Oxacalcitriol is in development for use in secondary hyperparathyroidism, while EB1089 is in clinical trial for treatment of breast cancer. Another successful modification has been the addition of carbons to the backbone or terminus of the side chain (termed homologation), examples being EB1089 and KH1060 (124). The latter analog epitomizes the latest generation of vitamin D analogs, in that it contains a combination of modifications; in the case of KH1060, four modifications: an extra C at C-24a; additional terminal carbons at C-26a and

C27a; a 22-oxa group; and epimerization at the C-17 to C-20 bonds giving a side chain with the opposite orientation. The synthesis of these 20-epi-analogs (46, 320), as they are termed, represents a successful experiment in vitamin D design because it led to a family of compounds, many with improved VDR binding compared with the natural side chain. Very recently, several groups (188, 350) have used this experience to go one step further and synthesize so-called "butterfly" or "Gemini" analogs with both 20-epi (20S) and normal (20R) side chains. Although little is known at this time about the biological success of this experiment, it is certain to lead to other more exotic double-side chain molecules with symmetrical and asymmetrical structures around C-20 (Fig. 11). In the asymmetrical double-side chain analog (Fig. 11) featuring one 23-oxa side chain and one normal side chain, X-ray structural analysis (188) has revealed the orientation of the two side chains and a measure of the range of conformational structures that can be accommodated by the ligand binding pocket of the VDR, since it is known to bind both 20S- and 20R-analogs.

Downloaded from physrev.physiology.org on February 2, 2010

QUESTMS-00000660



FIG. 11. X-ray crystallographic structure depicting side chains and D-ring region of a double-side chain vitamin D analog. (Figure courtesy of Dr. Martin Calverley. Adapted from *Vitamin D: Chemistry, Biology and Clinical Application of the Steroid Hormone*, edited by A. W. Norman, R. Bouillon, and M. Thomasset. Riverside: Univ. of California, 1997.)

Downloaded from physrev.physiology.org on February 2, 2010

Equally interesting and perhaps more practical from a biological activity perspective are analogs with modifications of the *cis*-triene, either changing the conformation of the double bonds to create molecules with an altered *cis*-triene (250) or analogs that lack the C-10 to C-19 methylene group altogether such as 19-nor-1,25-$(OH)_2D_3$ or 19-nor-1,25-$(OH)_2D_2$ (260). In a sense, these latter compounds represent an extension of the experiment begun over 60 years ago (97) when German chemists successfully stabilized the labile *cis*-triene of one of the photoirradiation products of vitamin D and created the world's first vitamin D analog, dihydrotachysterol (DHT). This analog DHT has an A-ring rotated 180° and has lost the double bond between C-10 and C-19 but retains the C-19 as a methyl group not a methylene, as is the case in almost all other vitamin D compounds. Dihydrotachysterol is metabolized to 25-hydroxylated and 1,25-dihydroxylated forms, both of which bind to VDR and are biologically active, explaining why DHT was once the analog of choice for hypocalcemia, particularly that associated with chronic renal failure (158, 268). The experiments with 19-nor-1,25-$(OH)_2D_2$ and DHT show that the 10–19 double bond and the C-19 carbon are probably superfluous for vitamin D-dependent gene expression. As with several other analogs, 19-nor-1,25-$(OH)_2D_2$ appears effective in the treatment of hyperparathyroidism associated with chronic renal failure (307).

Further excursions into A-ring or C- and D-ring modifications are currently underway. One molecule into clinical trial for the treatment of osteoporosis is the Chugai analog ED-71, which is modified at C-2 of the A ring by the addition of a hydroxypropoxy group (241), a feature which appears to extend its lifetime in vivo. An extensive collaboration between the De Clerq and Bouillon laboratories has generated many new analogs with modification in the C and D rings, although at present many of these are only partially tested biologically (29, 78). One interesting spin-off from the latter research is the synthesis of novel E-ring vitamin D analogs in which the C-8–14–13–17 backbone is retained with the loss of the C and D rings of the vitamin D nucleus but involving the creation of a new stabilizing E ring utilizing C-13, C-12, C-21, C-20, and C-17. The resulting 1,25-dihydroxylated E-ring analog KS176 has 10-fold lower VDR binding and 5-fold lower DBP binding than 1,25-$(OH)_2D_3$ but is virtually inactive in calcemic assays in vivo (29). It will be interesting to see why E-ring analogs show good in vitro activity but appear to be devoid of in vivo activity.

## B. Factors That Alter the Action of Vitamin D Analogs

From the synthesis of literally hundreds of analogs has emerged a clearer understanding of the factors that are important in changing the action of the specific analog relative to 1,25-$(OH)_2D_3$. These are listed in the following sections.

### 1. Activating enzymes

The natural hormone of vitamin D is activated by sequential steps in the liver and kidney as described in section I. The distribution and pharmacokinetics of 1,25-$(OH)_2D_3$ depend on these steps occurring efficiently at substrate concentrations that circulate bound to DBP and/

QUESTMS-00000661

or are available in the respective tissues. The strategy with most synthetic analogs is to synthesize a molecule with 25- and 1α-hydroxyl groups and miss out the need for these activation steps. The disadvantage of this approach is that the body loses its ability to regulate the amount of the active principle in the blood and target cell, with the success of the therapy being heavily dependent on the pharmacokinetics of the specific analog.

On the other hand, the use of prodrugs such as 1α-OH-D₃ circumvents some of these problems by introducing a step of activation back into the process, albeit by a different regulatory enzyme. This activating enzyme is in essence a "slow-release" mechanism for delivering the same "active form," $1,25\text{-(OH)}_2\text{D}_3$, with altered pharmacokinetics. This is because the activating enzyme has been changed from the tightly regulated renal 1α-hydroxylase to the loosely regulated liver 25-hydroxylase. Although this was believed to be a simple strategy to get around dependence on the easily damaged renal enzyme when it was conceived in the 1970s, the emergence of CYP27 as one of the enzymes responsible for the 25-hydroxylation of vitamin $D_3$ and 1α-OH-$D_3$ has complicated this story. CYP27 assumes an even greater importance for the activation of 1α-OH-$D_3$ because several studies have shown that this cytochrome *P*-450 prefers 1α-OH-$D_3$ as a substrate over vitamin $D_3$ itself (8, 119). CYP27 is found in extrahepatic sites including kidney, bone, and endothelial lining cells. In theory, this makes the activation of 1α-OH-$D_3$ possible in many sites of the body in addition to the liver and opens up the possibility that $1,25\text{-(OH)}_2\text{D}_3$ may be formed from 1α-OH-$D_3$ in target cells like the osteoblast (147) to act locally on vitamin D-dependent processes. This theory remains to be proven in vivo.

Another aspect of the activation strategy that was overlooked at first glance was the potential of producing multiple active forms from the same administered prodrug. The analog 1α-OH-$D_2$ has consistently proven to be less toxic than its $D_3$ counterpart in animal studies and clinical trials (93, 306). The explanation for these findings remains obscure but may be due to the fact that 1α-OH-$D_2$ gives rise to two biologically active products, $1,25\text{-(OH)}_2\text{D}_2$ and $1,24\text{-(OH)}_2\text{D}_2$ (320), each with its own set of slightly different pharmacokinetic parameters compared with $1,25\text{-(OH)}_2\text{D}_3$ (175). CYP27 is capable of the efficient synthesis of $1,24\text{-(OH)}_2\text{D}_2$ (119). The enzyme responsible for the synthesis of $1,25\text{-(OH)}_2\text{D}_2$ remains unknown. Whether this strategy of delivering a prodrug which because of its structure is activated by different enzymes with altered distribution or gives rise to more than one active metabolite offers therapeutic advantages remains moot at this time.

### 2. Binding to DBP

It has been recognized since the discovery of the various vitamin D metabolites that the affinity of an analog for DBP is inversely correlated with its rate of clearance from the bloodstream. Those metabolites with the strongest affinity for DBP [e.g., 25-OH-$D_3$, 24,25-(OH)$_2$D$_3$, and 25-OH-$D_3$-26,23-lactone] possess the longest half-life values in the blood on the order of days (17, 26). Those metabolites such as $1,25\text{-(OH)}_2\text{D}_3$ have lower affinity and half-life values on the order of hours. These basic concepts were confirmed by our experience with analogs of $1,25\text{-(OH)}_2\text{D}_3$.

Clearly, some modifications are detrimental to DBP binding such as the addition of a 1α-hydroxyl group. Other modifications such as the addition of the double bond between C-22 and C-23 or the addition of a C-24 methyl group, as in the metabolites of vitamin $D_2$, do little to affect binding to mammalian DBP but dramatically lower the binding of these compounds to avian DBP (17). However, the findings with $D_2$ compounds with mammalian DBP go against the general rule, and most 1α-hydroxylated, side chain-modified analogs have inferior DBP binding compared with $1,25\text{-(OH)}_2\text{D}_3$. Calcipotriol, OCT, EB1089, KH1060, and 20-epi-$1,25\text{-(OH)}_2\text{D}_3$ all bind DBP with an affinity at least one order of magnitude less than $1,25\text{-(OH)}_2\text{D}_3$ (89, 171). One analog, the A ring-substituted, 1α-hydroxylated compound ED-71, binds DBP more strongly than the natural hormone, a fact which dramatically increases its survival time in the blood and hence its usefulness (241).

The consequences of altered DBP binding are altered tissue distribution of analogs and changes in the rates of their metabolic clearance and cell uptake. Reduction in the affinity of DBP binding can lead to transport on alternate carriers, either albumin or lipoproteins. It has been claimed that OCT derives part of its usefulness for treatment of hyperparathyroidism from its accumulation in parathyroid tissue in vivo, possibly caused by an altered plasma transport on lipoprotein (176).

Second, the rate of metabolic clearance is affected by altering DBP affinity. Consistent with the findings for vitamin D metabolites, a reduction in DBP binding for a given vitamin D analog leads to even more rapid excretion than that observed for $1,25\text{-(OH)}_2\text{D}_3$. Calcipotriol binds DBP with an affinity two to three orders of magnitude lower than $1,25\text{-(OH)}_2\text{D}_3$ (171). When given systemically, calcipotriol is metabolized and excreted so rapidly that it has no biological effects even at 50 times the dose used for the natural hormone. As described above, it is only effective because it is topically administered in an ointment and is rapidly cleared (and metabolized) before it can reach tissues involved in calcium homeostasis. Thus DBP binding is an important parameter in dictating in vivo biological activity.

Third, the affinity of the analog for DBP influences the rate of cell uptake. Given that it is the "free" fraction of the plasma-borne ligand which is believed to gain access to the target cell and function by binding to the recep-

Downloaded from physrev.physiology.org on February 2, 2010

QUESTMS-00000662

tor (VDR) in the classical steroid hormone model (see sect. III), it is therefore no surprise that this might also be the case for vitamin D analogs. Many analogs have the same affinity for VDR as $1,25\text{-}(OH)_2D_3$, which when combined with a lower affinity for DBP than $1,25\text{-}(OH)_2D_3$ creates an even greater downhill gradient into target cells. This has been clearly demonstrated in cultured cells in vitro where the composition of the extracellular fluid can be easily modified. Whereas DBP in fetal calf serum slightly retards entry of $1,25\text{-}(OH)_2D_3$, it has no discernible effect on the entry of 20-epi-$1,25\text{-}(OH)_2D_3$, a notoriously poor binder to DBP (86). There is no doubt that poor DBP binding contributes positively to the promising profile of many vitamin D analogs in biological assays in vitro.

On the other hand, when this effect of DBP, greater access to target cells, is considered along side its other effect, more rapid clearance at the liver, in the animal in vivo, the net effect is usually not so advantageous. This is presumably because these two effects are counteractive and the vitamin D analog cannot be active unless it reaches the target cell in sufficient concentrations to gain greater access and produce its target cell biological effects. In the case of analogs such as ED-71, chemists have created a longer lasting analog that may give reduced biological activity but for a longer period of time. In essence, they have altered the pharmacokinetics again.

### 3. Binding to VDR-RXR-VDRE complexes

Section III of this review has established that $1,25\text{-}(OH)_2D_3$ is able to work through a VDR-mediated genomic mechanism to stimulate transcriptional activity at vitamin D-dependent genes. Whether $1,25\text{-}(OH)_2D_3$ works through other nongenomic mechanisms to produce physiologically relevant effects is a theory that, in our opinion, remains unproven (244).

Much evidence exists to support the viewpoint that vitamin D analogs operate by mimicking $1,25\text{-}(OH)_2D_3$ and using a genomic mechanism. The first clue that vitamin D analogs can work through a VDR-mediated transcriptional mechanism came 15 years ago from the bone resorption studies reported by Stern (318). Stern (318) showed that there exists a strong correlation between chick intestinal VDR binding of an analog and its potency in a $^{45}Ca$ rat bone resorption assay. This suggests that a vitamin D analog is only as good as its affinity for the VDR. Certainly, there are some apparent exceptions to this general rule, but these are not discrepancies that cannot be explained by considerations such as DBP binding or pharmacokinetics. Preliminary results with the analogs KH1060, EB1089, and 20-epi-$1,25\text{-}(OH)_2D_3$ (25) suggested that they might be active in immunoregulatory roles at concentrations orders of magnitude below their affinities for the VDR (e.g., at as low as $10^{-15}$ M for KH1060 whereas it binds VDR at $10^{-11}$ M). More recent results suggest that KH1060 (55) is

consistently only one or two orders of magnitude more potent than $1,25\text{-}(OH)_2D_3$ in gene transactivation assays, a difference that could be explained by using the transcriptional model of analog action in conjunction with pharmacokinetic considerations rather than discarding the genomic hypothesis all together.

With the finding that the liganded VDR probably functions transcriptionally as a vitamin D-VDR-RXR heterodimer (128, 322) but can form VDR-VDR homodimers (53, 54) has come the question as to whether vitamin D analogs might differ from $1,25\text{-}(OH)_2D_3$ and favor association with VDR-VDR homodimers. Although it remains possible that vitamin D analogs bound to VDR-VDR homodimers might preferentially act at certain VDRE in selected vitamin D-dependent genes (e.g., those associated with immunoregulatory or cell regulatory responses), currently the data do not support this (128, 322). It should be noted that in a recent review (53) it was theorized that $1,25\text{-}(OH)_2D_3$ (and thus vitamin D analogs) might be able to act through as many as 14 different heterodimeric response element combinations to modulate gene expression, but the physiological relevance of the majority of these has yet to be established.

To add to the complexity of the target cell action of $1,25\text{-}(OH)_2D_3$, and thus that of vitamin D analogs, is the type and context of the VDRE involved (40). The work of Williams and co-workers (40, 166, 360) shows that compared with $1,25\text{-}(OH)_2D_3$, KH1060 and EB1089 show different patterns of gene activation in bone marrow, osteoblastic cells (ROS17/2, ROS25/1, and UMR106), and intestine (HT-29 and Caco-2) which appear to be gene and cell specific. These data are probably explained by the changes in available transcription factors acting at VDRE in different tissues and at different stages of cell differentiation (317). Furthermore, there have been reports of a nonclassical VDRE in the promoter of the c-*fos* gene (48) that could theoretically respond differently to "noncalcemic" and "calcemic" analogs, but this has not been demonstrated experimentally. Furthermore, Morrison and Eisman (229) showed that a noncalcemic analog such as calcipotriol is capable of transactivating a calcemic VDRE such as the human osteocalcin promoter VDRE placed in front of the chloramphenicol acetyltransferase reporter gene and stably transfected into ROS17/2 cells. One interpretation of this experiment is that a noncalcemic analog with good VDR affinity is just as calcemic as $1,25\text{-}(OH)_2D_3$ if it can be delivered to the target cell.

A more recent hypothesis put forward to explain the unique properties of certain vitamin D analogs is that they generate different conformations of the ligand-VDR-RXR heterodimer which result in altered binding at the VDRE. Such subtle changes in protein conformation may still be detected by indirect biochemical means such as altered sensitivity to protease digestion. Recent studies have revealed differences between $1,25\text{-}(OH)_2D_3$-VDR-RXR and 20-epi-$1,25\text{-}(OH)_2D_3$-VDR-RXR or KH1060-VDR-RXR complexes to tryp-

Downloaded from physrev.physiology.org on February 2, 2010

QUESTMS-00000663

sin digestion, suggesting subtle changes in the conformation of the ligand binding domain after ligand binding (259, 352). The increased resistance to trypsin digestion provided to VDR by KH1060 binding is mimicked by the most active metabolites of KH1060, suggesting that certain receptor conformations might correlate with increased biological activity (353). The use of truncated VDR mutants has allowed the work on KH1060 to be extended and to potentially reveal the amino acid residues involved in these conformational differences and in ligand binding (200). In the future, it is to be expected that the generation of large quantities of the ligand-binding domain of the VDR using bacterial or baculovirus-generated material (323) will permit the determination of the three-dimensional structure with and without ligand [1,25-(OH)$_2$D$_3$ or vitamin D analog] by NMR or X-ray crystallographic analysis. For now, we can draw on the experience gained from related fields. If the findings from X-ray crystallographic studies of various retinoid receptors (apo-RXR and holo-RAR ) are relevant to VDR, then the orientation of the COOH terminus containing the AF-2 domain will turn out to be dramatically altered upon vitamin D analog binding and to be very important to the interaction with the other proteins of the transcription initiation complex (279). Moras and co-workers (361) have already used computer modeling based on his RAR model to predict the orientation of ligands including vitamin D analogs in the binding pocket of the VDR. He predicts that 1,25-(OH)$_2$D$_3$ and various analogs bind with side chain deep into the ligand-binding pocket and A ring close to the putative "trap-door" (AF-2 domain). Therefore, the observed differences in protease resistance induced by potent 20-epi compounds such as KH1060 (259, 352) could be important clues that the AF-2 domain of the heterodimer-analog complex is in a slightly different conformation to that of the heterodimer-1,25-(OH)$_2$D$_3$ complex. As a result, these complexes may recruit additional transcription factors (see sect. III) that may result in qualitative or quantitative differences in gene expression.

There is some evidence from surface plasmon resonance studies that a series of Roche analogs causes differences in the association and dissociation rates of VDR-RXR heterodimers to artificial VDRE-containing oligonucleotide anchored to gold-coated chips (67). Whether this translates into increased stability of specific complexes on the vitamin D-dependent gene promoter in vivo remains to be proven. In summary, researchers continue to probe the many steps of the gene transcription activation process in the hope of finding a fundamental difference between 1,25-(OH)$_2$D$_3$ and its analogs that may explain their improved potency or their action at only selected genes. Thus far, they have more questions than answers.

*4. Target cell and liver catabolic enzymes*

As stated in section I, much evidence has accumulated to support the hypothesis that 1,25-(OH)$_2$D$_3$ is sub-ject to target-cell catabolism and side chain cleavage via a 24-oxidation pathway to calcitroic acid. CYP24 carries out multiple steps in the C-24 oxidation process, is vitamin D inducible, and is present in many (if not all) vitamin D target cells. We have postulated that the purpose of this catabolic pathway is to desensitize the target cell to continuing hormonal stimulation by 1,25-(OH)$_2$D$_3$ (203). One can also ask the question: Are vitamin D analogs subject to the same catabolic metabolism? And, if not, are other drug-catabolizing systems present within vitamin D target cells to inactivate the vitamin D analog?

We now have a good idea as to the answer to these questions, but the answers are analog specific. Certainly, there are metabolism-sensitive analogs such as calcipotriol and OCT that are metabolized very rapidly by target cell enzymes to clearly defined and unique metabolites (213, 215) that resemble products of the 24-oxidation pathway for 1,25-(OH)$_2$D$_3$. The provision of such features as a 22-oxa group seems to accelerate the rate of metabolism of OCT, and the 24-hydroxyl group of calcipotriol is a site for deactivation. The rapid metabolism of calcipotriol by cultured keratinocytes in vitro (215) correlates well with the in vivo findings that it is rapidly broken down when administered topically and fails to reach tissues involved in calcium homeostasis (24). One does not need to invoke hepatic metabolism as the principal site of inactivation, even though this tissue can also break down calcipotriol (24, 215).

Analogs that appear to be slowly metabolized by target cells include EB1089 and 1,24S-(OH)$_2$D$_2$ (156, 170, 295). Both are considered more calcemic than either calcipotriol or OCT but not excessively so. These data are consistent with metabolism-resistant analogs having a longer half-life inside the target cell as compared with 1,25-(OH)$_2$D$_3$ and a longer half-life in pharmacokinetic studies (30, 175), and possibly a higher biological activity in vivo, although this is tempered by inferior DBP binding and more rapid clearance from the bloodstream. Interestingly, both EB1089 and 1,24S-(OH)$_2$D$_2$ are blocked at the C-24 position and cannot enter the C-24 oxidation pathway, leaving C-26 as the new site of hydroxylation, albeit at a slower rate (156, 170, 295). Another potent analog blocked in the C-24 position is 1,25-(OH)$_2$-16-ene-23-yne-D$_3$, which is also subject to 26-hydroxylation (288). Studies with EB1089 using transfected human CYP27 suggest that this cytochrome is not responsible for the 26-hydroxylation observed (295). However, Suda and co-workers (227) have concluded that the other candidate cytochrome P-450, CYP24 may be responsible for 26-hydroxylation of the 24-blocked analog 24,24-F$_2$-1,25-(OH)$_2$D$_3$ inside kidney cells.

Another metabolic complication brought on by the use of vitamin D analogs is the potential for creating "active" rather than "inactive" products as a result of target cell enzymes. Three examples of this have now

Downloaded from physrev.physiology.org on February 2, 2010

QUESTMS-00000664

been documented, and this may be more common than we think. The potent calcemic analog $26,27\text{-}F_6\text{-}1,25\text{-}(OH)_2D_3$ is converted both in vivo and in vitro, presumably by the cytochrome CYP24 into $26,27\text{-}F_6\text{-}1,23,25\text{-}(OH)_3D_3$. Sasaki et al. (287) have shown that this metabolite which accumulates in bone in vivo is fivefold more active than $1,25\text{-}(OH)_2D_3$ in a reporter gene expression system. Thus a metabolite may explain the long-lasting effects of the parent analog. In a second example, Dilworth et al. (87) recently showed that KH1060 is metabolized very rapidly in vitro and in vivo into as many as 22 metabolites but that some of these metabolites retain significant biological activity in similar reporter gene assay systems. The most abundant of these metabolites include 26-hydroxy and 24a-hydroxy KH1060, which can be detected in the blood in vivo, are stable in vitro, and as stated earlier can form trypsin-resistant complexes with VDR (87, 353). At the very least, these active metabolites of KH1060 may explain its high potency when compared with $1,25\text{-}(OH)_2D_3$ using in vitro assays. In addition, the findings may also explain the disappointing performance of KH1060 in vivo, since the metabolites are not allowed to accumulate and are rapidly cleared from the bloodstream. The third example of possible activation of an analog is 3-epimerization (275). Using in vitro cultured cell and perfused kidney systems where artificial media and high analog concentrations are employed, several researchers have observed the 3-epimerization of vitamin D analogs [e.g., $1,25\text{-}(OH)_2D_3$ itself] (214, 224, 275). As with the example of KH1060, the claim is not that the metabolic product 3-epi-$1,25\text{-}(OH)_2D_3$ is more active than the parent compound, just that it retains significant biological activity and is more stable, not being subject to the C-24 oxidation pathway which is the fate that befalls the hormone. The nature of the enzyme involved is currently undefined but is reminiscent of the behavior of steroidal $3\alpha\text{-}$ and $3\beta\text{-}$oxidoreductases. Moreover, the formation of $1\alpha\text{-}$ and $1\beta\text{-}$hydroxylated DHT in rats and humans in vivo, referred to in section VA, resembles the 3-epimerization of vitamin D analogs and suggests that the process may be more than just an in vitro artifact. Nevertheless, the main hurdle for proponents of the 3-epimerization hypothesis is that they must show the metabolic step can occur in vivo.

The final metabolic consideration is hepatic modification. The liver is believed to be devoid of VDR and the inducible cytochrome P-450; CYP24 and cultured liver cells (Hep G2 and Hep 3B) do not appear to degrade the hormone $1,25\text{-}(OH)_2D_3$ very rapidly (213, 215). However, the story with vitamin D analogs appears to be quite different. Analogs such as calcipotriol and OCT are broken down by liver enzymes, these presumably contributing to the rapid metabolic clearance observed in vivo (213, 215). As the analog structure is modified away from the vitamin D prototype, it becomes vulnerable to other

more general catabolic enzymes found in the liver. One interesting example is the enzyme that saturates the double bond between C-22 and C-23 in the side chain of calcipotriol but does nothing to the same bond in the side chain of vitamin $D_2$ (215). The simple replacement of the 24-methyl of the $D_2$ side chain with a 24-hydroxyl group in calcipotriol is enough to allow the saturase enzyme to function. As vitamin D analogs continue to deviate more from the classical structure, they become more and more susceptible to general purpose or unrelated enzyme systems.

It should be noted with regard to molecular mechanisms of action at the target cell level that metabolism is often disregarded or given too little emphasis. Metabolic assumptions are made when testing biological activity in vitro that are not always valid. These include *1*) the analog is biologically active as administered and *2*) the analog has the same stability as $1,25\text{-}(OH)_2D_3$ in the in vitro target cell model used, whether in in vitro organ culture, cultured target cell, or host cell/reporter gene construct. The validity of this approach is made even more tenuous when data acquired with different in vitro models, where metabolic considerations may or may not apply, are compared with data acquired in vivo, where metabolic considerations do apply. The reader is cautioned that invalid comparisons of in vivo and in vitro data abound in this field. The outcome is that a number of promising in vitro-tested vitamin D analogs have been found to be inactive when tested in vivo.

### 5. *Relative importance of key factors on vitamin D analog action*

It is evident that vitamin D analogs differ from $1,25\text{-}(OH)_2D_3$ in a variety of ways: activating enzymes, DBP affinity, VDR-RXR-VDRE-gene association, and catabolic enzyme susceptibility. Any one or a combination of these differences could be important in making a specific analog appear calcemic or noncalcemic or work in vitro but not in vivo, or vice versa. Although it is attractive at this time to consider as most important the subtle VDR conformational differences induced by analogs as compared with $1,25\text{-}(OH)_2D_3$, there is a wealth of information that argues that metabolism, transport, and pharmacokinetics play a major role in vivo.

With our existing in vitro cell systems, it is difficult to study any one of these factors to the total exclusion of all others. Thus it seems unlikely that we shall be able to determine the relative importance of all of the factors listed until we have a fully functional cell-free in vitro model for transcription so that analogs can be tested without the complication of metabolic enzymes.

### C. Future Directions in Vitamin D Drug Design

The growing availability of recombinant cytochromes P-450 will allow for a search for potential inhibitors. Such

Downloaded from physrev.physiology.org on February 2, 2010

QUESTMS-00000665

specific inhibitors of CYP24 may be of value in blocking 1,25-$(OH)_2D_3$ catabolism. Modeling of the vitamin D binding pocket of VDR, DBP, and the three vitamin D-related cytochrome *P*-450 will become a major goal now that all these specific proteins have been cloned and overexpressed. Although the full-length proteins are slightly beyond the current limits of NMR or X-ray crystallography, the ligand-binding domains or pockets are not. It is likely that technical problems with these procedures will be overcome shortly and the full-length proteins can be tackled. The membrane-associated region of cytochromes *P*-450 poses problems, but enormous strides have been made based on models built with soluble prokaryotic isoforms. Although the first priority is to study 1,25-$(OH)_2D_3$ binding to the VDR, the binding of a variety of analogs to all these proteins is likely to follow. In the process, we will be able to explore the permitted boundaries for optimal protein binding. More rational vitamin D analog design will follow to take advantage of structural idiosyncrasies of all of these key proteins. Meanwhile, the not-so-rational synthesis of new analogs is likely to continue.

We thank Pat Mings, Department of Biochemistry, University of Wisconsin-Madison, for expert technical help with the assembly of this document; David Prosser, Department of Biochemistry, Queen's University, who provided the amino acid alignment shown in Fig. 4 and helped with some artwork; and Martin Calverley for giving permission for reproduction of the X-ray structure of a double side-chain vitamin D analog.

We were supported by National Institutes of Health Program Grant DK-14881 (to H. F. DeLuca), by a fund from the Wisconsin Alumni Research Foundation (to H. F. DeLuca), and by a grant from the Medical Research Council of Canada (to G. Jones).

## REFERENCES

1. ABE, E., C. MIURA, H. SAKAGAMI, M. TAKEDA, K. KONNO, T. YAMAZAKI, S. YOSHIKI, AND T. SUDA. Differentiation of mouse myeloid leukemia cells induced by 1α,25-dihydroxyvitamin $D_3$. *Proc. Natl. Acad. Sci. USA* 78: 1990–1994, 1981.
2. ABOU-SAMRA, A. B., H. JUPPNER, X. F. KONG, E. SCHIPANI, A. IIDA-KLEIN, H. KARGA, P. URENA, T. F. GARDELLA, J. T. POTTS, JR., AND H. M. KRONENBERG. Structure, function, and expression of the receptor for parathyroid hormone and parathyroid hormone-related peptide. *Adv. Nephrol.* 23: 247–264, 1994.
3. ADAMS, J. S. Extrarenal production and action of active vitamin D metabolites in human lymphoproliferative disases. In: *Vitamin D*, edited by D. Feldman, F. H. Glorieux, and J. W. Pike. San Diego, CA: Academic, 1997, p. 903–921.
4. ADAMS, J. S., AND M. A. GACAD. Characterization of 1α-hydroxylation of vitamin $D_3$ sterols by cultured alveolar macrophages from patients with sarcoidosis. *J. Exp. Med.* 161: 755–765, 1985.
5. AKIYOSHI-SHIBATA, M., T. SAKAKI, Y. OHYAMA, M. NOSHIRO, K. OKUDA, AND Y. YABUSAKI. Further oxidation of hydroxycalcidiol by calcidiol 24-hydroxylase: a study with the mature enzyme expressed in *Escherichia coli*. *Eur. J. Biochem.* 224: 335–343, 1994.
6. ALROY, I., T. L. TOWERS, AND L. P. FREEDMAN. Transcriptional repression of the interleukin-2 gene by vitamin $D_3$: direct inhibition of NFATp/AP-1 complex formation by a nuclear hormone receptor. *Mol. Cell. Biol.* 15: 5789–5799, 1994.
7. ANDERSSON, S., D. L. DAVIS, H. DAHLBACK, AND H. JORNVALL.

8. Cloning, structure and expression of the mitochondrial cytochrome *P*-450 sterol 26-hydroxylase, a bile acid biosynthetic enzyme. *J. Biol. Chem.* 264: 8222–8229, 1989.
8. ANDERSSON, S., I. HOLMBERG, AND K. WIKVALL. 25-Hydroxylation of C27-steroids and vitamin $D_3$ in rat liver microsomes. *J. Biol. Chem.* 258: 6777–6781, 1983.
9. AXEN, E., T. BERGMAN, AND K. WIKVALL. Microsomal 25-hydroxylation of vitamin $D_2$ and vitamin $D_3$ in pig liver. *J. Steroid Mol. Biol.* 51: 97–106, 1994.
10. AXEN, E., H. POSTLIND, AND K. WIKVALL. Effects on CYP expression in rat kidney and liver by 1α,25-dihydroxyvitamin $D_3$, 1α-hydroxyvitamin $D_3$. *Biochem. Biophys. Res. Commun.* 215: 136–141, 1995.
11. BAGGIOLINI, E. G., J. J. PARTRIDGE, S. J. SHIVEY, G. A. TRUITT, AND M. R. VSKOKOVIC. Cholecalciferol 23-yne derivatives, their pharmaceutical compositions, their use in the treatment of calcium-related diseases, and their antitumor activity, US 4,804,592. *Chem. Abstr.* 111: 58160d, 1989.
12. BAKER, A. R., D. P. McDONNELL, M. HUGHES, T. M. CRISP, D. J. MANGELSDORF, M. R. HAUSSLER, J. W. PIKE, J. SHINE, AND B. W. O'MALLEY. Cloning and expression of full-length cDNA encoding human vitamin D receptor. *Proc. Natl. Acad. Sci. USA* 85: 3294–3298, 1988.
13. BARTON, D. H., R. H. HESSE, M. M. PECHET, AND E. RIZZARDO. A convenient synthesis of 1-hydroxy-vitamin $D_3$. *J. Am. Chem. Soc.* 95: 2748–2749, 1973.
14. BAUER, G. C. H., A. CARLSSON, AND B. LINDQUIST. Evaluation of accretion, resorption, and exchange reactions in the skeleton. *Kungl. Fysiograf. Sailstapets I. Lund Forhandlingar* 25: 3–18, 1955.
15. BECKMAN, M., P. TADIKONDA, E. WERNER, J. M. PRAHL, S. YAMADA, AND H. F. DELUCA. Human 25-hydroxyvitamin $D_3$-24-hydroxylase, a multicatalytic enzyme. *Biochemistry* 35: 8465–8472, 1996.
16. BECKMAN, M. J., J. P. GOFF, T. A. REINHARDT, D. C. BEITZ, AND R. L. HORST. In vivo regulation of rat intestinal 24-hydroxylase: potential new role of calcitonin. *Endocrinology* 135: 1951–1955, 1994.
17. BELSEY, R. E., H. F. DELUCA, AND J. T. POTTS. Selective binding properties of vitamin D transport proteins in chick plasma in vitro. *Nature* 247: 208–209, 1974.
18. BERGINER, V. M., S. SHANY, D. ALKALAY, J. BERGINER, S. DEKEL, G. SALEN, G. S. TINT, AND D. GAZIT. Osteoporosis and increased bone fractures in cerebrotendinous xanthomatosis. *Metabolism* 42: 69–74, 1993.
19. BHALLA, A. K., E. P. AMENTO, T. L. CLEMENS, M. F. HOLICK, AND S. M. KRANE. Specific high-affinity receptors for 1,25-dihydroxyvitamin $D_3$ in human peripheral blood mononuclear cells. Presence in monocytes and induction in T lymphocytes following activation. *J. Clin. Endocrinol.* 57: 1308–1311, 1983.
20. BHATTACHARYYA, M. H., AND H. F. DELUCA. The regulation of the rat liver calciferol-25-hydroxylase. *J. Biol. Chem.* 248: 2969–2973, 1973.
21. BIKLE, D. D. Vitamin D and skin. In: *Vitamin D*, edited by D. Feldman, F. H. Glorieux, and J. W. Pike. San Diego, CA: Academic, 1997, chapt. 25, p. 379–394.
22. BIKLE, D. D., M. K. NEMANIC, E. A. GEE, AND P. ELIAS. 1,25-Dihydroxyvitamin $D_3$ production by human keratinocytes: kinetics and regulation. *J. Clin. Invest.* 78: 557–566, 1986.
23. BINDERUP, E., M. J. CALVERLY, AND L. BINDERUP. Synthesis and biological activity of 1-hydroxylated vitamin D analogues with polyunsaturated side chains. In: *Vitamin D: Gene Regulation, Structure-function Analysis and Clinical Application*, edited by A. W. Norman, R. Bouillon, and M. Thomasset. Berlin: de Gruyter, 1991, p. 192–193.
24. BINDERUP, L., AND E. BRAMM. Effects of a novel vitamin D analog MC903 on cell proliferation and differentiation in vitro and on calcium metabolism in vivo. *Biochem. Pharmacol.* 37: 889–895, 1988.
25. BINDERUP, L., S. LATINI, E. BINDERUP, C. BRETTING, M. J. CALVERLEY, AND K. HANSEN. 20-Epi-vitamin $D_3$ analogues: a novel class of potent regulators of cell growth and immune responses. *Biochem. Pharmacol.* 42: 1569–1575, 1991.
26. BISHOP, J. E., E. D. COLLINS, W. H. OKAMURA, AND A. W. NOR-

Downloaded from physrev.physiology.org on February 2, 2010

QUESTMS-00000668

MAN. Profile of ligand specificity of the vitamin D binding protein for 1,25-dihydroxyvitamin $D_3$ and its analogs. *J. Bone Miner. Res.* 9: 1277–1288, 1994.

27. BLANCO, J. C. G., I. M. WANG, S. Y. TSAI, M. J. TSIA, B. W. O'MALLEY, P. W. JURUTKA, M. R. HAUSSLER, and K. OZATO. Transcription factor TFIIB and the vitamin D receptor cooperatively activate ligand-dependent transcription. *Proc. Natl. Acad. Sci. USA* 92: 1535–1539, 1995.

28. BLUNT, J. W., H. F. DELUCA, AND H. K. SCHNOES. 25-Hydroxycholecalciferol. A biologically active metabolite of vitamin $D_3$. *Biochemistry* 7: 3317–3322, 1968.

29. BOUILLON, R. Biological activities of CD-ring modified non-steroidal 1,25(OH)$_2$ vitamin D analogs: E-ring analogs. In: *Vitamin D. Chemistry, Biology and Clinical Applications of the Steroid Hormone*, edited by A. W. Norman, R. Bouillon, and M. Thomasset. Riverside: Univ. of California, 1997, p. 59–64.

30. BOUILLON, R., K. ALLEWAERT, D. Z. XIANG, B. K. TAN, and H. VAN BAELEN. Vitamin D analogs with low affinity for the vitamin D binding protein enhanced in vitro and decreased in vivo activity. *J. Bone Miner. Res.* 6: 1051–1057, 1991.

31. BOUILLON, R., W. H. OKAMURA, AND A. W. NORMAN. Structure-function relationships in the vitamin D endocrine system. *Endocr. Rev.* 16: 200–257, 1995.

32. BOURGUET, W., M. RUFF, P. CHAMBON, H. GRONEMEYER, and D. MORAS. Crystal structure of the ligand-binding domain of the human nuclear receptor RXR-$\alpha$. *Nature* 375: 377–382, 1995.

33. BOYAN, B. D., D. D. DEAN, V. L. SYLVIA, and Z. SCHWARTZ. Cartilage and vitamin D: genomic and nongenomic regulation by 1,25(OH)$_2$D$_3$ and 24,25(OH)$_2$D$_3$. In: *Vitamin D*, edited by D. Feldman, F. H. Glorieux, and J. W. Pike. San Diego, CA: Academic, 1997, chapt. 26, p. 395–421.

34. BOYLE, I. T., R. W. GRAY, J. L. OMDAHL, AND H. F. DELUCA. Calcium control of an in vivo biosynthesis of 1,25-dihydroxyvitamin $D_3$: Nicolaysen's endogenous factor. In: *Endocrinology 1971*, edited by S. Taylor. London: Heinemann, 1972, p. 468–476.

35. BOYLE, I. T., L. MIRAVET, R. W. GRAY, H. F. HOLICK, and H. F. DELUCA. The response of intestinal calcium transport to 25-hydroxyvitamin D in nephrectomized rats. *Endocrinology* 90: 605–608, 1972.

36. BRANISTEANU, D. D., M. WAER, H. SOBIS, S. MARCELIS, M. VAN-DEPUTTE, and R. BOUILLON. Prevention of murine experimental allergic encephalomyelitis: cooperative effects of cyclosporine and 1$\alpha$,25(OH)$_2$D$_3$. *J. Neuroimmunol.* 61: 151–160, 1995.

37. BROMMAGE, R., AND H. F. DELUCA. A maternal defect is responsible for the growth failure in vitamin D-deficient rat pups. *Am. J. Physiol.* 256 (*Endocrinol. Metab.* 19): E216–E220, 1984.

38. BROMMAGE, R., and H. F. DELUCA. Evidence that 1,25-dihydroxyvitamin $D_3$ is the physiologically active metabolite of vitamin $D_3$. *Endocr. Rev.* 6: 491–511, 1985.

39. BROWN, E. M., G. GAMBA, R. RICCARDI, M. LOMBARDI, R. BUTTERS, O. KIFOR, A. SUN, M. A. HEDIGER, J. LYTTON, and J. HEBERT. Cloning and characterization of an extracellular $Ca^{2+}$-sensing receptor from bovine parathyroid. *Nature* 366: 575–580, 1993.

40. BROWN, G., C. M. BUNCE, D. C. ROWLANDS, and G. R. WILLIAMS. All-trans retinoic acid and 1,25-dihydroxyvitamin $D_3$ cooperate to promote differentiation of the human promyeloid leukemia cell line HL60 to monocytes. *Leukemia* 8: 806–815, 1994.

41. BROWN, T. A., AND H. F. DELUCA. Phosphorylation of the 1,25-dihydroxyvitamin $D_3$ receptor: A primary event in 1,25-dihydroxyvitamin $D_3$ action. *J. Biol. Chem.* 265: 10025–10029, 1990.

42. BURMESTER, J. R. WIESE, N. MAEDA, and H. F. DELUCA. Structure and regulation of the rat 1,25-dihydroxyvitamin $D_3$ receptor. *Proc. Natl. Acad. Sci. USA* 85: 9499–9502, 1988.

43. BURNS, K., B. DUGGAN, E. A. ATKINSON, K. S. FAMULSKI, M. NEMER, R. C. BLEACKLEY, and M. MICHALAK. Modulation of gene expression by calreticulin binding to the glucocorticoid receptor. *Nature* 367: 476–480, 1994.

44. CALI, J. J., and D. W. RUSSELL. Characterization of human sterol 27-hydroxylase. A mitochondrial cytochrome P-450 that catalyzes multiple oxidation reactions in bile acid biosynthesis. *J. Biol. Chem.* 266: 7774–7778, 1991.

45. CALVERLEY, M. J. Synthesis of MC-903, a biologically active vitamin D metabolite analog. *Tetrahedron* 43: 4909–4919, 1987.

46. CALVERLEY, M. J., E. BINDERUP, AND L. BINDERUP. The 20-epi modification in the vitamin D series: selective enhancement of "non classical" receptor mediated effects. In: *Vitamin D: Gene Regulation, Structure-Function Analysis and Clinical Application*, edited by A. W. Norman, R. Bouillon, and M. Thomasset. Berlin de Gruyter, 1991, p. 163–164.

47. CALVERLEY, M.J., AND G. JONES. Vitamin D. In: *Antitumor Steroids*, edited by B. R. T. Toronto. Orlando, FL: Academic, 1992, p. 193–270.

48. CANDELIERE, G. A., P. W. JURUTKA, M. R. HAUSSLER, and R. ST-ARNAUD. A composite element binding the vitamin D receptor, retinoid X receptor $\alpha$, and a member of CTF/NF-1 family of transcription factors mediates the vitamin D responsiveness of the c-*fos* promoter. *Mol. Cell. Biol.* 16: 584–92, 1996.

49. CANTORNA, M. T., C. E. HAYES, and H. F. DELUCA. 1,25-Dihydroxyvitamin $D_3$ reversibly blocks the progression of relapsing encephalomyelitis. *Proc. Natl. Acad. Sci. USA* 93: 7861–7864, 1996.

50. CANTORNA, M. T., C. E. HAYES, and H. F. DELUCA. 1,25-Dihydroxyvitamin $D_3$ prevents and ameliorates symptoms in two experimental models of human arthritis. *J. Nutr.* 128: 68–72, 1998.

51. CANTORNA, M. T., W. D. WOODWARD, C. E. HAYES, and H. F. DELUCA. 1,25-Dihydroxyvitamin $D_3$ is a positive regulator for the two anti-encephalitogenic cytokines TGF-$\beta$1 and IL-4. *J. Immunol.* 160: 5314–5319, 1998.

52. CAO, X., F. P. ROSS, L. ZHANG, P. N. MacDONALD, J. CHAPPEL, and S. L. TEITELBAUM. Cloning of the promoter for the avian integrin $\beta_3$ subunit gene and its regulation by 1,25-dihydroxyvitamin $D_3$. *J. Biol. Chem.* 268: 27371–27380, 1993.

53. CARLBERG, C. Mechanisms of nuclear signalling by vitamin $D_3$: interplay with retinoid and thyroid hormone signalling. *Eur. J. Biochem.* 231: 517–527, 1995.

54. CARLBERG, C., I. BENDIK, A. WYSS, E. MEIER, L. J. STURZEN-BECKER, J. F. GRIPPO, AND W. HUNZIKER. Two nuclear signalling pathways for vitamin D. *Nature* 361: 657–660, 1993.

55. CARLBERG, C., I. S. MATHIASEN, J-H. SAURAT, AND L. BINDERUP. The 1,25-dihydroxyvitamin $D_3$ (VD) analogues MC903, EB1089, and KH1060 activate the VD receptor: homodimers show higher ligand sensitivity than heterodimers with retinoid X receptors. *J. Steroid Biochem. Mol. Biol.* 51: 137–142, 1994.

56. CASTILLO, L., Y. TANAKA, H. F. DELUCA, AND N. IKEKAWA. On the physiological role of 1,24,25-trihydroxyvitamin $D_3$. *Miner. Electrolyte Metab.* 1: 198–207, 1978.

57. CHAMBERS, T. J., and C. J. MAGNUS. Calcitonin alters behaviour of isolated osteoclasts. *J. Pathol.* 136: 27–39, 1982.

58. CHAMBON, P. A decade of molecular biology of retinoic acid receptors. *FASEB J.* 10: 940–954, 1996.

59. CHEN, H., R. J. LIN, R. L. SCHILTZ, D. CHAKRAVART, A. NASH, L. NAGY, M. L. PRIVALSKY, Y. NAKATANI, AND R. M. EVANS. Nuclear receptor coactivator ACTR is a novel histone acetyltransferase and forms a multimeric activation complex with P/CAF and CBP/p300. *Cell* 90: 569–580, 1997.

60. CHEN, J. D., AND R. M. EVANS. A transcriptional co-repressor that interacts with nuclear hormone receptors. *Nature* 377: 454–457, 1995.

61. CHEN, K. S., AND H. F. DELUCA. Cloning of the human 1$\alpha$,25-dihydroxyvitamin $D_3$ 24-hydroxylase gene and identification of two vitamin D-responsive elements. *Biochim. Biophys. Acta* 1263: 1–9, 1995.

62. CHEN, K. S., J. M. PRAHL, and H. F. DELUCA. Isolation and expression of the human 1,25-dihydroxyvitamin $D_3$ 24-hydroxylase cDNA. *Proc. Natl. Acad. Sci. USA* 90: 4543–4547, 1993.

63. CHEN, T. C., L. CASTILLO, M. KORYCKA-DAHL, and H. F. DELUCA. Role of vitamin D metabolites in phosphate transport of rat intestine. *J. Nutr.* 104: 1056–1060, 1974.

64. CHENG, L., A. W. NORRIS, B. F. TATE, M. ROSENBERGER, J. F. GRIPPO, AND E. LI. Characterization of the ligand binding domain of human retinoid X receptor $\alpha$ expressed in *Escherichia coli*. *J. Biol. Chem.* 269: 18662–18667, 1994.

65. CHERTOW, B. S., W. I. SIVITZ, N. G. BARANETSKY, S. A. CLARK, A. WAITE, AND H. F. DELUCA. Cellular mechanisms of insulin re-

Downloaded from physrev.physiology.org on February 2, 2010

QUESTMS-00000667

lease. The effects of vitamin D deficiency and repletion of the rat insulin secretion. *Endocrinology* 113: 1511–1518, 1983.

66. CHERTOW, B. S., W. I. SIVITZ, N. G. BARANETSKY, M. B. COR-DLE, AND H. F. DeLUCA. Islet insulin release and net calcium retention in vitro in vitamin D deficient rats. *Diabetes* 35: 771 775, 1986.

67. CHESKIS, B., B. D. LEMON, M. R. USKOKOVIC, P. T. LOMEDICO, AND L. P. FREEDMAN. Vitamin D₃-retinoid X receptor dimerization, DNA binding, and transactivation are differentially affected by analogs of 1,25-dihydroxyvitamin D₃. *Mol. Endocrinol.* 9: 1814–1824, 1995.

68. CHRISTAKOS, S., J. D. BECK, AND S. J. HYLLNER. Calbindin-D₂₈ₖ. In: *Vitamin D*, edited by D. Feldman, F. H. Glorieux, and J. W. Pike. San Diego, CA: Academic, 1997, chapt. 13, p. 209–221.

69. CHRISTAKOS, S. R. GILL, S. LEE, AND H. LI. Molecular aspects of the calbindins. *J. Nutr.* 122: 678–682, 1992.

70. COOKE, N. C., AND J. G. HADDAD. Vitamin D binding protein. In: *Vitamin D*, edited by D. Feldman, F. H. Glorieux, and J. W. Pike. San Diego, CA: Academic, 1997, p. 87–101.

71. COTT, D. K., R. K. HALL, AND D. K. GRANNER. Retinoid receptors cause distortion of the retinoic acid response element in the phosphoenolpyruvate carboxykinase gene promoter. *Biochem. J.* 310: 483–490, 1995.

72. DAME, M. C., E. A. PIERCE, AND H. F. DeLUCA. Identification of the porcine intestinal 1,25-dihydroxyvitamin D₃ receptor on sodium dodecyl sulfate/polyacrylamide gels by renaturation and immunoblotting. *Proc. Natl. Acad. Sci. USA* 82: 7825–7829, 1985.

73. DARWISH, H. M., J. K. BURMEISTER, V. E. MOSS, AND H. F. DeLUCA. Phosphorylation is involved in transcriptional activation by the 1,25-dihydroxyvitamin D₃ receptor. *Biochim. Biophys. Acta* 1167: 29–36, 1993.

74. DARWISH, H. M., AND H. F. DeLUCA. Identification of a 1,25-dihydroxyvitamin D₃-response element in the 5'-flanking region of the rat calbindin D₉ₖ gene. *Proc. Natl. Acad. Sci. USA* 89: 603–607, 1992.

75. DARWISH, H. M., AND H. F. DeLUCA. Recent advances in the molecular biology of vitamin D action. *Prog. Nucleic Acid Res. Mol. Biol.* 53: 321–344, 1996.

76. DARWISH, H. M., AND H. F. DeLUCA. Analysis of binding of the 1,25-dihydroxyvitamin D₃ receptor to positive and negative vitamin D response elements. *Arch. Biochem. Biophys.* 334: 223–234, 1996.

77. DARWISH, H. M., J. KRISINGER, M. STROM, AND H. F. DeLUCA. Molecular cloning of the cDNA and chromosomal gene for vitamin D-dependent calcium-binding protein of rat intestine. *Proc. Natl. Acad. Sci. USA* 84: 6108–6111, 1987.

78. DE CLERQ, P., C. D'HALLEWEYN, AND S. GABRIELS. Development of CD-ring modified non-steroidal 1,25-(OH)₂ vitamin D analogs. In: *Vitamin D Chemistry, Biology and Clinical Applications of the Steroid Hormone*, edited by A. W. Norman, R. Bouillon, and M. Thomasset. Riverside: Univ. of California, 1997, p. 3–10.

79. DeLUCA, H. F. Active compounds. In: *The Vitamins, Chemistry, Physiology, Pathology, Methods*, edited by W. H. Sebrell, Jr., and R. S. Harris. New York: Academic, 1971, chapt. IV, p. 229–232.

80. DeLUCA, H. F. Vitamin D: metabolism and function. In: *Monographs on Endocrinology*, edited by F. Gross, M. M. Grumbach, A. Labhart, M. B. Lipsett, T. Mann, L. T. Samuels, and J. Zander. New York: Springer-Verlag, 1979, p. 1–78.

81. DeLUCA, H. F. The transformation of a vitamin into a hormone: the vitamin D story. In: *The Harvey Lectures*. New York: Academic, 1981, ser. 75, p. 333–379.

82. DeLUCA, H. F., AND H. K. SCHNOES. Metabolism in mechanism of action of vitamin D₃. *Annu. Rev. Biochem.* 45: 631–666, 1976.

83. DELVIN, E. E., AND A. ARABIAN. Kinetics and regulation of 25-hydroxycholecalciferol 1α-hydroxylase from cells isolated from human term decidua. *Eur. J. Biochem.* 164: 659–662, 1987.

84. DEMAY, M. B., J. M. GERARDI, H. F. DeLUCA, AND H. M. KRONENBERG. DNA sequences in the rat osteocalcin gene that bind the 1,25-dihydroxyvitamin D₃ receptor and confer responsiveness to 1,25-dihydroxyvitamin D₃. *Proc. Natl. Acad. Sci. USA* 87: 369–373, 1990.

85. DEMAY, M. B., M. S. KIERNAN, H. F. DeLUCA, AND H. M. KRONENBERG. Sequences in the human parathyroid hormone gene that bind to the 1,25-dihydroxyvitamin D₃ receptor and mediate

transcriptional repression in response to 1,25-dihydroxyvitamin D₃. *Proc. Natl. Acad. Sci. USA* 89: 8097–8101, 1992.

86. DILWORTH, F. J., M. J. CALVERLEY, H. L. J. MAKIN, AND G. JONES. Increased biological activity of 20-epi-1,25-dihydroxyvitamin D₃ is due to reduced catabolism and altered protein binding. *Biochem. Pharmacol.* 47: 987–993, 1994.

87. DILWORTH, F. J., G. R. WILLIAMS, A-M. KISSMEYER, J. LOGSTED-MIELSEN, E. BINDERUP, M. J. CALVERLEY, H. L. J. MAKIN, AND G. JONES. The vitamin D analog KH1060 is rapidly degraded both in vivo and in vitro via several pathways: biological metabolites generated retain significant biological activity. *Endocrinology* 138: 5485–5496, 1997.

88. DOKOH, S., C. A. DONALDSON, S. L. MARION, J. W. PIKE, AND M. R. HAUSSLER. The ovary a target organ for 1,25-dihydroxyvitamin D₃. *Endocrinology* 112: 200–206, 1983.

89. DUSSO, A. S., L. NEGREA, S. GUNAWARDHANA, S. LOPEZ-HILKER, J. FINCH, T. MORI, Y. NISHII, E. SLATOPOLSKY, AND A. J. BROWN. On the mechanisms for the selective action of vitamin D analogs. *Endocrinology* 128: 1687–1692, 1991.

90. DYSON, E., H. M. SUCOV, S. W. KUBALAK, G. W. SCHMID-SCHONBEIN, F. A. DELANI, R. M. EVANS, J. J. ROSS, AND K. R. CHIEN. Atrial-like phenotype is associated with embryonic ventricular failure in retinoid X receptor α -/- mice. *Proc. Natl. Acad. Sci. USA* 92: 7386–7390, 1995.

91. EISMAN, J. A., M. KOGA, R. L. SUTHERLAND, D. H. BARKLA, AND P. J. M. TUTTON. 1,25-Dihydroxyvitamin D₃ and the regulation of human cancer cell replication. *Proc. Soc. Exp. Biol. Med.* 191: 221–226, 1989.

92. ELAROUSSI, M. A., J. M. PRAHL, AND H. F. DeLUCA. The avian vitamin D receptors: primary structures and their origins. *Proc. Natl. Acad. Sci. USA* 91: 11596–11600, 1994.

93. ERBEN, R. G., U. BANTE, H. BIRNER, AND M. STANGASSINGER. 1-Hydroxyvitamin D₂ partially dissociates between preservation of cancellous bone mass and effects on calcium homeostasis in ovarectomized rats. *Calcif. Tissue Int.* 60: 449–456, 1997.

94. ESVELT, R. P., H. K. SCHNOES, AND H. F. DeLUCA. Isolation and characterization of 1α-hydroxy-23-carboxytetranorvitamin D₃ a major metabolite of 1,25-dihydroxyvitamin D₃. *Biochemistry* 18: 3977–3983, 1979.

95. EVANS, R. M. The steroid and thyroid hormone receptor superfamily. *Science* 240: 880–895, 1988.

96. FELDMAN, D., F. H. GLORIEUX, AND W. PIKE. *Vitamin D*. San Diego, CA: Academic, 1997, p. 1–1285.

97. FIESER, L. F., AND M. FIESER. *Steroids*. New York: Reinhold, 1959, p. 144–146.

98. FORMAN, B. M., K. UMESONO, H. CHEN, AND R. M. EVANS. Unique response pathways are established by allosteric interactions among nuclear hormone receptors. *Cell* 81: 541–550, 1995.

99. FRASER, D., S. W. KOOH, P. KIND, M. F. HOLICK, Y. TANAKA, AND H. F. DeLUCA. Pathogenesis of hereditary vitamin D dependency rickets. *N. Engl. J. Med.* 289: 817–822, 1973.

100. FRASER, D. R., AND E. KODICEK. Unique biosynthesis by kidney of a biologically active vitamin D metabolite. *Nature* 228: 764–766, 1970.

101. FRIEDLANDER, G., AND C. AMIEL. Cellular mode of action of parathyroid hormone. *Adv. Nephrol.* 23: 265–279, 1994.

102. FU, G. K., D. LIN, M. Y. H. ZHANG, D. D. BIKLE, C. H. L. SHACKLETON, W. L. MILLER, AND A. A. PORTALE. Cloning of human 25-hydroxyvitamin D 1α-hydroxylase and mutations causing vitamin D-dependent rickets type 1. *Mol. Endocrinol.* 11: 1961–1970, 1997.

103. FU, G. K., A. A. PORTALE, AND W. L. MILLER. Complete structure of the human gene for the vitamin D 1α-hydroxylase, P450c1α. *DNA Cell Biol.* 16: 1499–1507, 1997.

104. FUKUSHIMA, M., Y. SUZUKI, Y. TOHIRA, Y. NISHII, M. SUZUKI, S. SASAKI, AND T. SUDA. 25-Hydroxylation of 1α-hydroxyvitamin D₃ in vivo and in the perfused rat liver. *FEBS Lett.* 65: 211–214, 1976.

105. GALANTE, L., K. W. COLSTON, S. J. MACAULEY, AND I. MacINTYRE. Effect of calcitonin on vitamin D metabolism. *Nature* 238: 271–273, 1972.

106. GALLAGHER, J. C., C. W. BISHOP, J. C. KNUTSON, R. B. MAZESS, AND H. F. DeLUCA. Effects of increasing doses of 1 alpha-hydroxy-

Downloaded from physrev.physiology.org on February 2, 2010

QUESTMS-00000668

vitamin $D_3$ on calcium homeostasis in postmenopausal osteopenic women. *J. Bone Miner. Res.* 9: 607–614, 1994.

107. GALLAGHER, J. C., AND B. L. RIGGS. Action of 1,25-dihydroxyvitamin $D_3$ on calcium balance and bone turnover and its effect on vertebral fracture rate. *Metabolism* 39: 30–34, 1990.

108. GALLAGHER, J. C., B. L. RIGGS, R. R. RECKER, AND D. GOLDGAR. The effect of calcitriol on patients with postmenopausal osteoporosis with special reference to fracture frequency. *Proc. Soc. Exp. Biol. Med.* 191: 287–292, 1989.

109. GARABEDIAN, M., M. F. HOLICK, H. F. DELUCA, AND I. T. BOYLE. Control of 25-hydroxycholecalciferol metabolism by the parathyroid glands. *Proc. Natl. Acad. Sci. USA* 69: 1673–1676, 1972.

110. GARABEDIAN, M., Y. TANAKA, M. F. HOLICK, AND H. F. DELUCA. Response of intestinal calcium transport and bone calcium mobilization to 1,25-dihydroxyvitamin $D_3$ in parathyroidectomized rats. *Endocrinology* 94: 1022–1027, 1974.

111. GHAZARIAN, J. G. The renal mitochondrial hydroxylases of the vitamin $D_3$ endocrine complex. How are they regulated at the molecular level? *J. Bone Miner. Res.* 5: 897–903, 1990.

112. GHAZARIAN, J. G., C. R. JEFCOATE, J. C. KNUTSON, W. ORME-JOHNSON, AND H. F. DELUCA. Mitochondrial cytochrome P-450. A component of chick kidney 25-hydroxycholecalciferol-1α-hydroxylase. *J. Biol. Chem.* 249: 3026–3033, 1974.

113. GILL, R. K., AND S. CHRISTAKOS. Identification of sequence elements in mouse calbindin-$D_{28k}$ gene that confer 1,25-dihydroxyvitamin $D_3$ and butyrate-inducible responses. *Proc. Natl. Acad. Sci. USA* 84: 2984–2988, 1993.

114. GOLDEN, P., A. GREENWALT, K. MARTIN, E. BELLORIN-FONT, R. MAZEY, S. KLAHR, AND E. SLATOPOLSKY. Lack of direct effect of 1,25-dihydroxycholecalciferol on parathyroid hormone secretion by normal bovine parathyroid glands. *Endocrinology* 107: 602–607, 1980.

115. GOLDEN, P., R. MAZEY, A. GREENWALT, K. MARTIN, AND E. SLATOPOLSKY. Vitamin $D_3$ a direct effect on the parathyroid gland? *Miner. Electrolyte Metab.* 2: 1–6, 1979.

116. GRAY, R. W., A. E. CALDAS, D. R. WILZ, J. LEMANN, JR., G. A. SMITH, AND H. F. DELUCA. Metabolism and excretion of $^3H$-1,25-$(OH)_2$-vitamin $D_3$ in healthy adults. *J. Clin. Endocrinol. Metab.* 46: 756–765, 1978.

117. GRAY, R. W., J. L. OMDAHL, J. G. GHAZARIAN, AND H. F. DELUCA. 25-Hydroxycholecalciferol-1α-hydroxylase: subcellular distribution and properties. *J. Biol. Chem.* 247: 7528–7532, 1972.

118. GUO, Y.-D., AND G. JONES. Gene promoter for human liver vitamin $D_3$-25-hydroxylase (CYP27) lacks a classical VDRE but contains silencer sequence (Abstract). *J. Bone Miner. Res.* 9: S289, 1994.

119. GUO, Y.-D., S. STRUGNELL, D. W. BACK, AND G. JONES. Transfected human liver cytochrome P-450 hydroxylates vitamin D analogs at different side-chain positions. *Proc. Natl. Acad. Sci. USA* 90: 8668–8672, 1993.

120. HA, I., W. S. LANE, AND D. REINBERG. Cloning of a human gene encoding the general transcription initiation factor IIB. *Nature* 352: 689–695, 1991.

121. HALLORAN, B. P., AND H. F. DELUCA. Vitamin D deficiency and reproduction in rats. *Science* 204: 73–74, 1979.

122. HALLORAN, B. P., AND H. F. DELUCA. Effect of vitamin D deficiency on fertility and reproductive capacity in the female rat. *J. Nutr.* 110: 1573–1580, 1980.

123. HALLORAN, B. P., AND H. F. DELUCA. Intestinal calcium transport: evidence for two distinct mechanisms of action of 1,25-dihydroxyvitamin $D_3$. *Arch. Biochem. Biophys.* 208: 477–486, 1981.

124. HANSEN, K., M. J. CALVERLEY, AND L. BINDERUP. Synthesis and biological activity of 22-oxa vitamin D analogues. In: *Vitamin D: Gene Regulation, Structure-Function Analysis and Clinical Application*, edited by A. W. Norman, R. Bouillon, and M. Thomasset. Berlin: de Gruyter, 1991, p. 161–162.

125. HARMEYER, J., AND H. F. DELUCA. Calcium-binding protein and calcium absorption after vitamin D administration. *Biochem. J.* 170: 93–102, 1969.

126. HARRISON, H. E., AND H. C. HARRISON. Intestinal transport of phosphate: action of vitamin D, calcium, and potassium. *Am. J. Physiol.* 201: 1007–1012, 1961.

127. HAUSSLER, M. R. Vitamin D receptors: nature and function. *Annu. Rev. Nutr.* 6: 527–562, 1986.

128. HAUSSLER, M. R., P. W. JURUTKA, J. C. HSIEH, P. D. THOMPSON, S. H. SELZNICK, C. A. HAUSSLER, AND G. K. WHITFIELD. New understanding of the molecular mechanism of receptor-mediated genomic actions of the vitamin D hormone. *Bone* 17, Suppl.: 33S–38S, 1995.

129. HAYASHI, S., E. USUI, AND K. OKUDA. Sex-related difference in vitamin $D_3$ 25-hydroxylase of rat liver mitochondria. *J. Biochem.* 103: 863–866, 1988.

130. HEANEY, R. P. Vitamin D: role in the calcium economy. In: *Vitamin D*, edited by D. Feldman, F. H. Glorieux, and J. W. Pike. San Diego, CA: Academic, 1997, chapt. 31, p. 485–497.

131. HEINZEL, T., R. M. LAVINSKY, T.-M. MULLEN, M. SODERSTROM, C. D. LAHERTY, J. TORCHIA, W.-M. YANG, G. BRARD, S. D. NGO, AND J. R. DAVIE. A complex containing N-CoR, mSin3 and histone deacetylase mediates transcriptional repression. *Nature* 387: 43–48, 1997.

132. HENRY, H. L. The 25-hydroxyvitamin $D_3$ 1α-hydroxylase. In: *Vitamin D*, edited by D. Feldman, F. H. Glorieux, and J. W. Pike. San Diego, CA: Academic, 1997, p. 57–68.

133. HENRY, H. L., AND A. W. NORMAN. Studies on the mechanism of action of calciferol. VII. Localization of 1,25-dihydroxyvitamin $D_3$ in chick parathyroid glands. *Biochem. Biophys. Res. Commun.* 62: 781–788, 1975.

134. HEYMAN, R. A., D. J. MANGELSDORF, J. A. DYCK, R. B. STEIN, G. EICHELE, R. M. EVANS, AND C. THALLER. 9-Cis retinoic acid is a high affinity ligand for the retinoid X receptor. *Cell* 68: 397–406, 1992.

135. HILLIARD, G. M., IV, R. G. COOK, N. L. WEIGEL, AND J. W. PIKE. 1,25-Dihydroxyvitamin $D_3$ modulates phosphorylation of serine 205 in the human vitamin D receptor: site-directed mutagenesis of this residue promotes alternative phosphorylation. *Biochemistry* 33: 4300–4311, 1994.

136. HOCK, J. M., M. GUNNESS-HEY, J. POSER, H. OLSON, N. H. BELL, AND L. G. RAISZ. Stimulation of undermineralized matrix formation by 1,25-dihydroxyvitamin $D_3$ in long bones of rats. *Calcif. Tissue Int.* 38: 79–86, 1986.

137. HOLICK, M. F., M. GARABEDIAN, AND H. F. DELUCA. 1,25-Dihydroxycholecalciferol: metabolite of vitamin $D_3$ active on bone in anephric rats. *Science* 176: 1146–1147, 1972.

138. HOLICK, M. F., H. K. SCHNOES, H. F. DELUCA, R. W. GRAY, I. T. BOYLE, AND T. SUDA. Isolation and identification of 24,25-dihydroxycholecalciferol: a metabolite of vitamin $D_3$ made in the kidney. *Biochemistry* 11: 4251–4255, 1972.

139. HOLICK, M. F., H. K. SCHNOES, H. F. DELUCA, T. SUDA, AND R. J. COUSINS. Isolation and identification of 1,25-dihydroxycholecalciferol. A metabolite of vitamin D active in the intestine. *Biochemistry* 10: 2799–2804, 1971.

140. HOLLIS, B. W. Detection of vitamin D and its major metabolites. In: *Vitamin D*, edited by D. Feldman, F. H. Glorieux, and J. W. Pike. San Diego, CA: Academic, 1997, p. 587–606.

141. HORIUCHI, N., T. SUDA, H. TAKAHASHI, E. SHAZAWA, AND E. OGATA. In vivo evidence for the intermediary role of 3',5'cyclic AMP in parathyroid hormone-induced stimulation of 1α,25-dihydroxyvitamin $D_3$ synthesis in rats. *Endocrinology* 101: 969–974, 1977.

142. HORLEIN, A. J., A. M. NAAR, T. HEINZEL, J. TORCHIA, B. GLOSS, R. KUROKAWA, A. RYAN, Y. KAMEI, M. SODERSTROM, AND C. K. GLASS. Ligand-dependent repression by the thyroid hormone receptor mediated by a nuclear receptor co-repressor. *Nature* 377: 397–404, 1995.

143. HORST, R. L., N. J. KOSZEWSKI, AND T. A. REINHARDT. 1α-Hydroxylation of 24-hydroxyvitamin $D_2$ represents a minor physiological pathway for the activation of vitamin $D_2$ in mammals. *Biochemistry* 29: 578–582, 1990.

144. HOSOMI, J., J. HOSOI, E. ABE, T. SUDA, AND T. KUROKI. Regulation of terminal differentiation of cultured mouse epidermal cells by 1α,25-dihydroxyvitamin $D_3$. *Endocrinology* 113: 1950–1957, 1983.

145. HUGHES, M. R., AND M. R. HAUSSLER. 1,25-Dihydroxyvitamin $D_3$ receptors in parathyroid glands. Preliminary characterization of cytoplasmic and nuclear binding components. *J. Biol. Chem.* 252: 1065–1073, 1978.

146. HUTCHINSON, K. A., L. C. SCHERRER, M. J. CZAR, L. F. STAN-

Downloaded from physrev.physiology.org on February 2, 2010

QUESTMS-00000669

CATO, Y. H. CHOW, R. JOVE, AND W. B. PRATT. Regulation of glucocorticoid receptor function through assembly of a receptor-heat shock protein complex. *Nat. Acad. Sci.* 684: 35–48, 1993.

147. ICHIKAWA, F., K. SATO, M. NANJO, Y. NISHI, T. SHINKI, N. TAKAHASHI, AND T. SUDA. Mouse primary osteoblasts express vitamin $D_3$ 25-hydroxylase mRNA and convert $1\alpha$-hydroxyvitamin $D_3$ into $1\alpha,25$-hydroxyvitamin $D_3$. *Bone* 16: 129–135, 1995.

148. ITOH, S., T. YOSHIMURA, O. IEMURA, E. YAMADA, K. TSUJIKAWA, Y. KOHAMA, AND T. MIMURA. Molecular cloning of 25-hydroxyvitamin $D_3$ 24-hydroxylase (CYP24) from mouse kidney: its inducibility by vitamin $D_3$. *Biochim. Biophys. Acta* 1264: 26–28, 1995.

149. JARNAGIN, K., R. BROMMAGE, H. F. DeLUCA, S. YAMADA, AND H. TAKAYAMA. 1- But not 24-hydroxylation of vitamin $D_3$ is required for growth and reproduction in rats. *Am. J. Physiol.* 244 (*Endocrinol. Metab.* 7): E290–E297, 1983.

150. JEHAN, F., AND H. F. DeLUCA. Cloning and characterization of the mouse vitamin D receptor promoter. *Proc. Natl. Acad. Sci. USA* 94: 10138–10143, 1997.

151. JEHAN-KIMMEL, C., H. M. DARWISH, S. A. STRUGNELL, B. A. WIEFLING, AND H. F. DeLUCA. Binding of vitamin D receptor to vitamin D response elements induces DNA distortion (Abstract). *J. Bone Miner. Res.* 11: S312, 1996.

152. JENSTER, G., T. E. SPENCER, M. M. BURCIN, S. Y. TSAI, M. J. TSAI, AND B. W. O'MALLEY. Steroid receptor induction of gene transcription: a two-step model. *Proc. Natl. Acad. Sci. USA* 94: 7879–7884, 1997.

153. JEUNG, E. B., P. C. LEUNG, AND J. KRISINGER. The human calbindin-$D_{9k}$ gene. Complete structure and implications on steroid hormone regulation. *J. Mol. Biol.* 235: 1231–1238, 1994.

154. JIN, C. H., S. A. KERNER, M. H. HONG, AND J. W. PIKE. Transcriptional activation and dimerization functions in the human vitamin D receptor. *Mol. Endocrinol.* 10: 945–957, 1996.

155. JIN, C. H., AND J. W. PIKE. Human vitamin D receptor-dependent transactivation in *Saccharomyces cerevisiae* requires retinoid X receptor. *Mol. Endocrinol.* 10: 196–205, 1996.

156. JONES, G., V. BYFORD, H. L. J. MAKIN, R. KREMER, R. H. RICE, L.-A. DEGRAFFENRIED, J. C. KNUTSON, AND C. W. BISHOP Antiproliferative activity and target cell catabolism of the vitamin D analog $1,24(S)$-$(OH)_2D_3$ in normal and immortalized human epidermal cells. *Biochem. Pharmacol.* 52: 133–140, 1996.

157. JONES, G., AND M. J. CALVERLEY. A dialogue on analogues: newer vitamin-D drugs for use in bone disease, psoriasis, and cancer. *Trends Endocrinol. Metab.* 4: 297–305, 1993.

158. JONES, G., N. EDWARDS, D. VRIEZEN, C. PORTEOUS, D. J. H. TRAFFORD, J. CUNNINGHAM, AND H. L. J. MAKIN. Isolation and identification of seven metabolites of 25-hydroxydihydrotachysterol 3 formed in the isolated perfused rat kidney: a model for the study of side-chain metabolism of vitamin D. *Biochemistry* 27: 7070–7079, 1988.

159. JONES, G., K. KANO, S. YAMADA, T. FURUSAWA, H. TAKAYAMA, AND T. SUDA. Identification of 24,25,26,27-tetranor-23-$(OH)D_3$ as a product of renal metabolism of 24,25-$(OH)_2D_3$. *Biochemistry* 23: 3749–3754, 1984.

160. JONES, G., M. KUNG, AND K. KANO. The isolation and identification of two new metabolites of 25-hydroxyvitamin $D_3$ produced in the kidney. *J. Biol. Chem.* 258: 12920–12928, 1983.

161. JONES, G., H. K. SCHNOES, L. LEVAN, AND H. F. DeLUCA. Isolation and identification of 24-hydroxyvitamin $D_2$ and 24,25-dihydroxyvitamin $D_2$. *Arch. Biochem. Biophys.* 202: 450–457, 1980.

162. JURUTKA, P. W., J. C. HSIEH, S. NAKAJIMA, C. A. HAUSSLER, G. K. WHITFIELD, AND M. R. HAUSSLER. Human vitamin D receptor phosphorylation by casein kinase II at Ser-208 potentiates transcriptional activation. *Proc. Natl. Acad. Sci. USA* 93: 3519–3524, 1996.

163. KAHLEN, J. P., AND C. CARLBERG. Functional characterization of a 1,25-dihydroxyvitamin $D_3$ receptor binding site in the rat atrial natriuretic factor promoter. *Biochem. Biophys. Res. Commun.* 218: 882–886, 1996.

164. KAMEI, Y., T. KAWADA, T. FUKUWATARI, T. ONO, S. KATO, AND E. SUGIMOTO. Cloning and sequencing of the gene encoding the mouse vitamin D receptor. *Gene* 152: 281–282, 1995.

165. KAMEI, Y., L. XU, T. HEINZEL, J. TORCHIA, R. KUROKAWA, B.

166. GLOSS, S. C. LIN, R. HEYMAN, D. W. ROSE, AND C. K. GLASS. A CBP integrator complex mediates transcriptional activation and AP-1 inhibition by nuclear receptors. *Cell* 85: 403–414, 1996.

166. KANE, K. F., M. J. S. LANGMAN, AND G. R. WILLIAMS. Antiproliferative responses of two human colon cancer cell lines to vitamin $D_3$ are differentially modified by 9-*cis* retinoic acid. *Cancer Res.* 56: 623–632, 1996.

167. KATO, S., H. ENDOH, Y. MASUHIRO, T. KITAMOTO, S. UCHIYAMA, H. SASAKI, S. MASUSHIGE, Y. GOTOH, E. NISHIDA, AND H. KAWASHIMA. Activation of the estrogen receptor through phosphorylation by mitogen-activated protein kinase. *Science* 270: 1491–1494, 1995.

168. KERNEY, D. M., P. P. DWIVEDI, C. N. HAHN, H. A. MORRIS, J. L. OMIDAHL, AND B. K. MAY. Transcriptional synergism between vitamin D-responsive elements in the rat 25-hydroxyvitamin $D_3$ 24-hydroxylase (CYP24) promoter. *J. Biol. Chem.* 271: 29715–29721, 1996.

169. KIMMEL-JEHAN, C., F. JEHAN, AND H. F. DeLUCA. Salt concentration determines 1,25-dihydroxyvitamin $D_3$ dependency of vitamin D receptor-retinoid X receptor-vitamin D-responsive element complex. *Arch. Biochem. Biophys.* 341: 75–80, 1997.

170. KISSMEYER, A.-M., E. BINDRUP, L. BINDERUP, C. M. HANSEN, N. R. ANDERSEN, N. J. SCHROEDER, H. L. J. MAKIN, V. N. SHANKAR, AND G. JONES. The metabolism of the vitamin D analog EB1089: identification of in vivo and in vitro metabolites and their biological activities. *Biochem. Pharmacol.* 53: 1087–1097, 1997.

171. KISSMEYER, A.-M., I. S. MATHIASEN, S. LATINI, AND L. BINDERUP. Pharmacokinetic studies of vitamin D analogues: relationship to vitamin D binding protein (DBP). *Endocrine* 3: 263–266, 1995.

172. KLEINER-BOSSALLER, A., AND H. F. DeLUCA. Formation of 1,24,25-trihydroxyvitamin $D_3$ from 1,25-dihydroxyvitamin $D_3$. *Biochim. Biophys. Acta* 338: 489–495, 1974.

173. KLIEWER, S. A., K. UMESONO, D. J. MANGELSDORF, AND R. M. EVANS. Retinoid X receptor interacts with nuclear receptors in retinoic acid, thyroid hormone and vitamin $D_3$ signalling. *Nature* 355: 446–449, 1992.

174. KNUTSON, J. C., AND H. F. DeLUCA. 25-Hydroxyvitamin $D_3$-24-hydroxylase. Subcellular location and properties. *Biochemistry* 13: 1543–1548, 1974.

175. KNUTSON, J. C., L. W. LEVAN, C. R. VALLIERE, AND C. W. BISHOP. Pharmacokinetics and systemic effect on calcium homeostasis of 1,24-dihydroxyvitamin $D_2$ in rats: comparison with calcitriol and calcipotriol. *Biochem. Pharmacol.* 53: 829–837, 1997.

176. KOBAYASHI, T., N. TSUGAWA, T. OKANO, S. MASUDA, A. TAKEUCHI, N. KUBODERA, AND Y. NISHII. The binding properties with blood proteins and tissue distribution of 22-oxa-1,25-dihydroxyvitamin $D_3$, a noncalcemic analogue of 1,25-dihydroxyvitamin $D_3$ in rats. *J. Biochem.* 115: 373–380, 1994.

177. KOLI, K., AND J. KESKI-OJA. 1,25-Dihydroxyvitamin $D_3$ enhances the expression of transforming growth factor $\beta 1$ and its latent form binding protein in cultured breast carcinoma cells. *Cancer Res.* 55: 1540–1546, 1995.

178. KOSZEWSKI, N. J., T. A. REINHARDT, J. L. NAPOLI, D. C. BEITZ, AND R. L. HORST. 24,26-Dihydroxyvitamin $D_3$ a unique physiological metabolite of vitamin $D_3$. *Biochemistry* 27: 5785–5790, 1988.

179. KOUZARIDES, T., AND A. J. BANNISTER. The CBP co-activator is a histone acetyltransferase. *Nature* 384: 641–643, 1997.

180. KOWARSKI, S., AND D. SCHACHTER. Effects of vitamin D on phosphate transport and incorporation into mucosal constituents of rat intestinal mucosa. *J. Biol. Chem.* 244: 211–217, 1969.

181. KRAGBALLE, K., B. T. GJERTSEN, D. DE HOOP, T. KARLSMARK, P. C. VAN DE KERKHOF, O. LARKO, C. NIEBOER, J. ROED-PETERSEN, A. STRAND, AND G. TIKJOB. Double-blind, right/left comparison of calcipotriol and betamethasone valerate in treatment of psoriasis vulgaris. *Lancet* 337: 193–196, 1991.

182. KREMER, R., M. SEBAG, C. CHAMPIGNY, K. MEEROVITCH, G. N. HENDY, J. WHITE, AND D. GOLTZMAN. Identification and characterization of 1,25-dihydroxyvitamin $D_3$-responsive repressor sequences in the rat parathyroid hormone-related peptide gene. *J. Biol. Chem.* 271: 16310–16316, 1996.

183. KRISHNAN, A. V., AND D. FELDMAN. Cyclic adenosine $3',5'$-monophosphate up-regulates 1,25-dihydroxyvitamin $D_3$ receptor gene ex-

Downloaded from physrev.physiology.org on February 2, 2010

QUESTMS-00000670

Downloaded from physrev.physiology.org on February 2, 2010

pression and enhances hormone action. *Mol. Endocrinol.* 6: 198–208, 1992.

184. RONENBERG, H., T. IGARASHI, M. W. FREEMAN, T. OKAZAKI, S. J. BRAND, K. M. WIREN, AND J. T. POTTS, JR. Structure and expression of the human parathyroid hormone gene. *Rec. Prog. Horm. Res.* 42: 641–663, 1986.

185. KUMAR, R. Metabolism of 1,25-dihydroxyvitamin D₃. *Physiol. Rev.* 64: 478–504, 1984.

186. KUMAR, R. Vitamin D and the kidney. In: *Vitamin D*, edited by D. Feldman, F. H. Glorieux, and J. W. Pike. San Diego, CA: Academic, 1997, chapt. 17, p. 275–292.

187. KUMAR, R., H. K. SCHNOES, AND H. F. DELUCA. Rat intestinal 25-hydroxyvitamin D₃- and 1α,25-dihydroxyvitamin D₃-24-hydroxylase. *J. Biol. Chem.* 253: 3804–3809, 1978.

188. KUREK-TYRLIK, A., F. Z. MAKAEV, J. WICHA, V. ZHABINSKII, AND M. J. CALVERLEY. Pivoting 20-normal and 20-epi calcitriols: synthesis and crystal structure of a "doucle side chain" analogue. In: *Vitamin D. Chemistry, Biology and Clinical Applications of the Steroid Hormone*, edited by A. W. Norman, R. Bouillon, and M. Thomasset. Riverside: Univ. of California, 1997, p. 31–32.

189. KUROKAWA, R., J. DIRENZO, M. BOEHM, J. SUGARMAN, B. GLOSS, M. G. ROSENFELD, R. A. HEYMAN, AND C. K. GLASS. Regulation of retinoid signalling by receptor polarity and allosteric control of ligand binding. *Nature* 371: 528–531, 1994.

190. KWIECINSKI, G. G., G. I. PETRIE, AND H. F. DELUCA. Vitamin D is necessary for reproductive functions in the male rat. *J. Nutr.* 119: 741–744, 1989.

191. KWIECINSKI, G. G., G. I. PETRIE, AND H. F. DELUCA. 1,25-Dihydroxyvitamin D₃ restores fertility of vitamin D-deficient female rats. *Am. J. Physiol.* 256 (*Endocrinol. Metab.* 19): E483–E487, 1989.

192. LABUDA, M., K. MORGAN, AND F. H. GLORIEUX. Mapping autosomal recessive vitamin D dependency type I to chromosome 12q14 by linkage analysis. *Am. J. Human Genet.* 47: 28–36, 1990.

193. LAM, H. Y., H. K. SCHNOES, AND H. F. DELUCA. 1-Hydroxyvitamin D₃: a potent synthetic analog of vitamin D₂. *Science* 186: 1038–1040, 1974.

194. LEE, M. S., S. A. KLIEWER, J. PROVENCAL, P. E. WRIGHT, AND R. M. EVANS. Structure of the retinoid X receptor α DNA-binding domain: a helix required for homodimeric DNA binding. *Science* 260: 1117–1121, 1993.

195. LEMIRE, J. The role of vitamin D₃ in immunosuppression: lessons from autoimmunity and transplantation. In: *Vitamin D*, edited by D. Feldman, F. H. Glorieux, and J. W. Pike. San Diego, CA: Academic, 1997, chapt. 69, p. 1167–1181.

196. LEMIRE, J. M. Immunomodulatory role of 1,25-dihydroxyvitamin D₃. *J. Cell Biochem.* 49: 26–31, 1992.

197. LEMON, B. D., AND L. P. FREEDMAN. Selective effects of ligands on vitamin D₃ receptor- and retinoid X receptor-mediated gene activation in vivo. *Mol. Cell. Biol.* 16: 1006–1016, 1996.

198. LI, Q., AND D. G. GARDNER. Negative regulation of the human atrial natriuretic peptide gene by 1,25-dihydroxyvitamin D₃. *J. Biol. Chem.* 269: 4934–4939, 1994.

199. LIU, M., M. H. LEE, M. COHEN, M. BOMMAKANTI, AND L. P. FREEDMAN. Transcriptional activation of the Cdk inhibitor p21 by vitamin D₃ leads to the induced differentiation of the myelomonocytic cell line U937. *Genes Dev.* 10: 142–153, 1996.

200. LIU, Y.-Y., E. D. COLLINS, A. W. NORMAN, AND S. PELEG. Differential interaction of 1,25-dihydroxyvitamin D₃ analogues and their 20-epi homologues with the vitamin D receptor. *J. Biol. Chem.* 272: 3336–3345, 1997.

201. LLACH, F., A. S. BRICKMAN, AND J. W. COBURN. Unique effects of 24,25-dihydroxyvitamin D₃ in uremic patients. *Contr. Nephrol.* 18: 212–217, 1980.

202. LOHNES, D., AND G. JONES. Side chain metabolism of vitamin D₃ in osteosarcoma cell line UMR-106. Characterization of products. *J. Biol. Chem.* 262: 14394–14401, 1987.

203. LOHNES, D., AND G. JONES. Further metabolism of 1,25-dihydroxyvitamin D₃ in target cells. Proceedings of the First International Congress on Vitamins and Biofactors in Life Science. *J. Nutr. Sci. Vitaminol.* Special Issue: 75–78, 1992.

204. LUPISELLA, J. A., J. E. DRISCOLL, W. J. METZLER, AND P. R. RECZEK. The ligand binding domain of the human retinoic acid recep-

tor γ is predominantly α-helical with a Trp residue in the ligand binding site. *J. Biol. Chem.* 270: 24884–24890, 1995.

205. MacDONALD, P. N., D. R. DOWD, S. NAKAJIMA, M. A. GALLIGAN, M. C. REEDER, C. A. HAUSSLER, K. OZATO, AND M. R. HAUSSLER. Retinoid X receptors stimulate and 9-cis retinoic acid inhibits 1,25-dihydroxyvitamin D₃-activated expression of the rat osteocalcin gene. *Mol. Cell. Biol.* 13: 5907–5917, 1993.

206. MacDONALD, P. N., D. R. SHERMAN, D. R. DOWD, J. R. JEFCOAT, AND R. K. DELISLE. The vitamin D receptor interacts with general transcription factor IIB. *J. Biol. Chem.* 270: 4748–4752, 1995.

207. MADHOK, T. C., AND H. F. DELUCA. Characteristics of the rat liver microsomal enzyme system converting cholecalciferol to 25-hydroxycholecalciferol. Evidence for participation of cytochrome P-450. *Biochem. J.* 184: 491–499, 1979.

208. MAKIN, G., D. LOHNES, V. BYFORD, R. RAY, AND G. JONES. Target cell metabolism of 1,25-dihydroxyvitamin D₃ to calcitroic acid. Evidence for a pathway in kidney and bone involving 24-oxidation. *Biochem. J.* 262: 173–180, 1989.

209. MALLOY, P. J., J. W. PIKE, AND D. FELDMAN. Hereditary 1,25-dihydroxyvitamin D resistant rickets. In: *Vitamin D*, edited by D. Feldman, F. H. Glorieux, and J. W. Pike. San Diego, CA: Academic, 1997, p. 765–787.

210. MANGELSDORF, D. J., AND R. M. EVANS. The RXR heterodimers and orphan receptors. *Cell* 83: 841–850, 1995.

211. MANGELSDORF, D. J., E. S. ONG, J. A. DYCK, AND R. M. EVANS. Nuclear receptor that identifies a novel retinoic acid response pathway. *Nature* 345: 224–229, 1990.

212. MARTIN, T. J. The roles of PTHrP in normal physiology and in cancer. In: *The First International Forum on Calcified Tissue and Bone Metabolism*, edited by T. Suda. Tokyo: Chugai, 1993, p. 18–53.

213. MASUDA, S., V. BYFORD, R. KREMER, H. L. J. MAKIN, N. KUBODERA, Y. NISHII, A. OKAZAKI, T. OKANO, T. KOBAYASHI, AND G. JONES. In vitro metabolism of the vitamin D analog, 22-oxacalcitriol, using cultured osteosarcoma, hepatoma and keratinocyte cell lines. *J. Biol. Chem.* 271: 8700–8708, 1996.

214. MASUDA, S., T. OKANO, M. KAMAO, R. KREMER, G. JONES, AND T. KOBAYASHI. Different metabolism of 1,25-dihydroxyvitamin D₃ in target cells (Abstract). *J. Bone Miner. Res.* 11: S420, 1996.

215. MASUDA, S., S. STRUGNELL, M. J. CALVERLY, H. L. J. MAKIN, R. KREMER, AND G. JONES. In vitro metabolism of the anti-psoriatic vitamin D analog, calcipotriol, in two cultured human keratinocyte models. *J. Biol. Chem.* 269: 4794–4803, 1994.

216. MASUYAMA, H., C. M. BROWNFIELD, R. ST-ARNAUD, AND P. N. MacDONALD. Evidence for ligand-dependent intranuclear folding of the AF-2 domain in vitamin D receptor-activated transcription and coactivator interaction. *Mol. Endocrinol.* 11: 1507–1517, 1997.

217. MASUYAMA, H., S. C. JEFCOAT, JR., AND P. N. MacDONALD. The N-terminal domain of transcription factor TFIIB is required for direct interaction with the vitamin D receptor and participates in vitamin D-mediated transcription. *Mol. Endocrinol.* 11: 218–228, 1997.

218. MATHIEU, C., J. LAUREYS, H. SOBIS, M. V. VANDEPUTTE, AND R. BOUILLON. 1,25-Dihydroxyvitamin D₃ prevents insulitis in NOD mice. *Diabetes* 41: 1491–1495, 1992.

219. McDONNELL, D. P., D. J. MANGELSDORF, J. W. PIKE, M. R. HAUSSLER, AND B. W. O'MALLEY. Molecular cloning of complementary DNA encoding the avian receptor for vitamin D. *Science* 235: 1214–1217, 1987.

220. McDONNELL, D. P., R. A. SCOTT, S. A. KERNER, B. W. O'MALLEY, AND J. W. PIKE. Functional domains of the human vitamin D₃ receptor regulate osteocalcin gene expression. *Mol. Endocrinol.* 3: 635–644, 1989.

221. McSHEEY, P. M., AND T. J. CHAMBERS. Osteoblast-like cells in the presence of parathyroid hormone release soluble factor that stimulates osteoclastic bone resorption. *Endocrinology* 119: 1654–1659, 1986.

222. McSHEENY, P. M., AND T. J. CHAMBERS. 1,25-Dihydroxyvitamin D₃ stimulates rat osteoblastic cells to release a soluble factor that increases osteoclastic bone resorption. *J. Clin. Invest.* 80: 425–429, 1987.

223. MERKE, J., G. KLAUS, U. HUGEL, R. WALDHERR, AND E. RITZ. No 1,25-dihydroxyvitamin D₃ receptors on osteoclasts of calcium-

QUESTMS-00000671

Downloaded from physrev.physiology.org on February 2, 2010

1228    JONES, STRUGNELL, AND DeLUCA    *Volume 78*

deficient chicken despite demonstrable receptors on circulating monocytes. *J. Clin. Invest.* 77: 312–314, 1986.

224. MILLER, B. E., D. P. CHIN, AND G. JONES. 1,25-Dihydroxyvitamin D₃ metabolism in a human osteosarcoma cell line and human bone cells. *J. Bone Miner. Res.* 5: 597–607, 1990.

225. MITHAL, A., O. KIFOR, I. KIFOR, P. VASSILEV, R. BUTTERS, K. KRAPCHO, R. SIMIN, F. FULLER, S. C. HEVERT, AND E. M. BROWN. The reduced responsiveness of cultured bovine parathyroid cells to extracellular Ca²⁺ is associated with marked reduction in the expression of extracellular Ca²⁺-sensing receptor messenger ribonucleic acid and protein. *Endocrinology* 138: 3087–3092, 1995.

226. MIYAMOTO, K., R. A. KESTERSON, H. YAMAMOTO, Y. TAKET-ANI, E. NISHIWAKI, S. TATSUMI, Y. INOUE, K. MORITA, E. TAKEDA, AND J. W. PIKE. Structural organization of the human vitamin D receptor chromosomal gene and its promoter. *Mol. Endocrinol.* 11: 1165–1179, 1997.

227. MIYAMOTO, Y., T. SHINKI, K. YAMAMOTO, Y. OHYAMA, H. IWA-SAKI, R. HOSOTANI, T. KASAMA, H. AKAYAMA, S. YAMADA, AND T. SUDA. 1,25-Dihydroxyvitamin D₃-24-hydroxylase (CYP24) hydroxylates the carbon at the end of the side chain (C-26) of the C-24-fluorinated analog of 1,25-dihydroxyvitamin D₃. *J. Biol. Chem.* 272: 14115–14119, 1997.

228. MIYAURA, C., E. ABE, T. KURIBAYASHI, H. TANAKA, K. KONNO, Y. NISHII, AND T. SUDA. 1,25-Dihydroxyvitamin D₃ induces differentiation of human myeloid leukemia cells. *Biochem. Biophys. Res. Commun.* 102: 937–943, 1981.

228a.MONKAWA, T., T. YOSHIDA, S. WAKINO, T. SHINKI, H. ANA-ZAWA, H. F. DeLUCA, T. SUDA, M. HAYASHI, AND T. SARUTA. Molecular cloning of cDNA and genomic DNA for human 25-hydroxyvitamin D₃ 1α-hydroxylase. *Biochem. Biophys. Res. Commun.* 239: 527–533, 1997.

229. MORRISON, N. A., AND J. A. EISMAN. Nonhypercalcemic 1,25-(OH)₂D₃ analogs potently induce the human osteocalcin gene promoter stably transfected into rat osteosarcoma cells (ROSCO-2). *J. Bone Miner. Res.* 6: 893–899, 1991.

230. MORTENSEN, B. M., J. O. GORGELADZE, P. T. LYNGDAL, H. P. AARSETH, AND K. M. GAUTVIK. Alterations in serum and urine parameters reflecting bone turnover in uremic patients during treatment with 1,25-dihydroxyvitamin D₃ and 24,25-dihydroxyvitamin D₃. *Miner. Electrolyte Metab.* 19: 78–85, 1993.

231. MUNDER, M., I. M. HERZBERG, C. ZIEROLD, V. E. MOSS, K. HAN-SON, M. CLAGETT-DAME, AND H. F. DeLUCA. Identification of the porcine intestinal accessory factor that enables DNA sequence recognition by vitamin D receptor. *Proc. Natl. Acad. Sci. USA* 92: 2795–2799, 1995.

232. MURAYAMA, E., K. MIYAMOTO, N. KUBODERA, T. MORI, AND I. MATSUNAGA. Synthetic studies of vitamin D analogues. VIII. Synthesis of 22-oxavitamin D₃ analogues. *Chem. Pharm. Bull.* 34: 4410–4413, 1986.

233. NAGY, L., H.-Y. KAO, D. CHAKRAVARTI, R. J. LIN, C. A. HASSIG, D. E. AYER, S. L. SCHREIBER, AND R. M. EVANS. Nuclear receptor repression mediated by a complex containing SMRT, mSin3A, and histone deacetylase. *Cell* 89: 373–380, 1997.

234. NAKADA, M., Y. TANAKA, H. K. SCHNOES, H. F. DeLUCA, S. KO-BAYASHI, AND N. IKEKAWA. Biological activities and binding properties of 23,23-difluoro-25-hydroxyvitamin D₃ and its 1-hydroxy derivative. *Arch. Biochem. Biophys.* 241: 173–178, 1985.

235. NAKAJIMA, S., J. C. HSIEH, P. JURUTKA, M. A. GALLIGAN, C. A. HAUSSLER, G. K. WHITFIELD, AND M. R. HAUSSLER. Examination of the potential functional role of conserved cysteine residues in the hormone binding domain of the human 1,25-dihydroxyvitamin D₃ receptor. *J. Biol. Chem.* 271: 5143–5149, 1996.

236. NAKAJIMA, S., J. C. HSIEH, P. N. MacDONALD, M. A. GALLIGAN, C. A. HAUSSLER, G. K. WHITFIELD, AND M. R. HAUSSLER. The C-terminal region of the vitamin D receptor is essential to form a complex with a receptor auxiliary factor required for high affinity binding to the vitamin D-responsive element. *Mol. Endocrinol.* 8: 159–172, 1994.

237. NAPOLI, J. L., AND R. L. HORST. C(24)- and C(23)-oxidation, converging pathways of intestinal 1,25-dihydroxyvitamin D₃ metabolism: identification of 24-keto-1,24,25-trihydroxyvitamin D₃. *Biochemistry* 22: 5843–5853, 1983.

238. NAVEH-MANY, T., AND J. SILVER. Parathyroid hormone synthesis,

239. NICOLAYSEN, R., AND N. EEG-LARSEN. The biochemistry and physiology of vitamin D. *Vitamin Horm.* 11: 29–60, 1953.

240. NIKOLOV, D. B., H. CHEN, E. D. HALAY, A. HOFFMAN, G. ROEDER, AND S. K. BURLEY. Crystal structure of a human TATA box-binding protein/TATA element complex. *Proc. Natl. Acad. Sci. USA* 93: 4862–4867, 1996.

241. NISHII, Y., K. SATO, AND T. KOBAYASHI. The development of vitamin D analogues for the treatment of osteoporosis. *Osteoporosis Int.* 1, Suppl.: S190–S193, 1993.

242. NISHIKAWA, J.-I., M. KITAUA, I. MASAYOSHI, AND T. NISHIHARA. Vitamin D receptor contains multiple dimerization interfaces that are functionally different. *Nucleic Acids Res.* 23: 606–611, 1995.

243. NODA, M., R. L. VOGEL, A. M. CRAIG, J. PRAHL, H. F. DeLUCA, AND D. T. DENHARDT. Identification of a DNA sequence responsible for binding of the 1,25-dihydroxyvitamin D₃ receptor and 1,25-dihydroxyvitamin D₃ enhancement of mouse secreted phosphoprotein 1 (Spp-1 or osteopontin) gene expression. *Proc. Natl. Acad. Sci. USA* 87: 9995–9999, 1990.

244. NORMAN, A. W. Rapid biological responses initiated by 1,25-dihydroxyvitamin D₃: a case study of transcaltachia (rapid hormonal stimulation of intestinal calcium transport). In: *Vitamin D*, edited by D. Feldman, F. H. Glorieux, and J. W. Pike. San Diego, CA: Academic, 1997, chapt. 15, p. 233–258.

245. NORMAN, A. W., H. L. HENRY, AND H. H. MALLUCHE. 24R,25-Dihydroxyvitamin D₃ and 1,25-dihydroxyvitamin D₃ are both indispensable for calcium and phosphorus homeostasis. *Life Sci.* 27: 229–231, 1980.

246. OHNUMA, N., AND A. W. NORMAN. Identification of a new C-23 oxidation pathway of metabolism for 1,25-dihydroxyvitamin D₃ present in intestine and kidney. *J. Biol. Chem.* 257: 8261–8271, 1982.

247. OHYAMA, Y., M. NOSHIRO, AND K. OKUDA. Cloning and expression of cDNA encoding 25-hydroxyvitamin D₃ 24-hydroxylase. *FEBS Lett.* 278: 195–198, 1991.

248. OHYAMA, Y., AND K. OKUDA. Isolation and characterization of a cytochrome P-450 from rat kidney mitochondria that catalyzes the 24-hydroxylation of 25-hydroxyvitamin D₃. *J. Biol. Chem.* 266: 8690–8695, 1991.

249. OHYAMA, Y., K. OZONO, M. UCHIDA, T. SHINKI, S. KATO, T. SUDA, O. YAMAMOTO, M. NOSHIRO, AND Y. KATO. Identification of a vitamin D-responsive element in the 5'-flanking region of the rat 25-hydroxyvitamin D₃ 24-hydroxylase gene. *J. Biol. Chem.* 269: 10545–10550, 1994.

250. OKAMURA, W. H., M. M. MIDLAND, A. W. NORMAN, M. W. HAM-MOND, M. C. DORMANEN, AND I. NEMERE. Biochemical significance of the 6-s-cis conformation of the steroid hormone 1,25-dihydroxyvitamin D₃ based on the provitamin D skeleton. *Ann. NY Acad. Sci.* 761: 344–348, 1995.

251. OKAZAKI, T., T. IGARASHI, AND H. M. KRONENBERG. 5'-Flanking region of the parathyroid hormone gene mediates negative regulation by 1,25-(OH)₂ vitamin D₃. *J. Biol. Chem.* 263: 2203–2208, 1988.

252. OKUDA, K. I., E. USUI, AND Y. OHYAMA. Recent progress in enzymology and molecular biology of enzymes involved in vitamin D metabolism. *J. Lipid Res.* 36: 1641–1652, 1995.

253. ONATE, S. A., S. Y. TSAI, M. J. TSAI, AND B. W. O'MALLEY. Sequence and characterization of a coactivator for the steroid hormone receptor superfamily. *Science* 270: 1354–1357, 1995.

254. ORIMO, H., M. SHIRAKI, T. HAYASHI, AND T. NAKAMURA. Reduced occurrence of vertebral crush fractures in senile osteoporosis treated with 1-(OH)-vitamin D₃. *Bone Miner. Res.* 3: 47–52, 1987.

255. ORNOY, A., D. GOODWIN, D. NOFF, AND S. EDELSTEIN. 24,25-Dihydroxyvitamin D is a metabolite of vitamin D essential for bone formation. *Nature* 276: 517–519, 1978.

256. ORR, W. J., L. E. HOLT, JR., L. WILKINS, AND F. H. BOONE. The calcium and phosphorus metabolism in rickets, with special reference to ultraviolet ray therapy. *Am. J. Dis. Child.* 26: 362–372, 1923.

257. OTT, S., AND C. H. CHESNUT. Calcitriol treatment is not effective

QUESTMS-00000672

Downloaded from physrev.physiology.org on February 2, 2010

in post-menopausal osteoporosis. *Am. Intern. Med.* 118: 267–274, 1989.

258. PAAREN, H. E., D. E. HAMER, H. K. SCHNOES, AND H. F. DELUCA. Direct C-1 hydroxylation of vitamin D compounds: convenient preparation of 1-hydroxyvitamin $D_3$, 1,25-dihydroxyvitamin $D_3$ and 1-hydroxyvitamin $D_2$. *Proc. Natl. Acad. Sci. USA* 75: 2080–2081, 1978.

259. PELEG, S., M. SASTRY, E. D. COLLINS, J. E. BISHOP, AND A. W. NORMAN. Distinct conformational changes induced by 20-epi analogues of 1,25-dihydroxyvitamin $D_3$ are associated with enhanced activation of the vitamin D receptor. *J. Biol. Chem.* 270: 10551–10558, 1995.

260. PERLMAN, K. L., R. R. SICINSKI, H. K. SCHNOES, AND H. F. DELUCA. 1,25-Dihydroxy-19-nor-vitamin $D_3$, a novel vitamin D-related compound with potential therapeutic activity. *Tetrahedron Lett.* 31: 1823–1824, 1990.

261. PERLMANN, T., K. UMESONO, P. N. RANGARAJAN, B. N. FORMAN, AND R. M. EVANS. Two distinct dimerization interfaces differentially modulate target gene specificity of nuclear hormone receptors. *Mol. Endocrinol.* 9: 1166–1179, 1996.

262. PIEDRAFITA, F. J., M. A. ORTIZ, AND M. PFAHL. Thyroid hormone receptor $\beta$ mutants associated with generalized resistance to thyroid hormone show defects in their ligand-sensitive repression function. *Mol. Endocrinol.* 9: 1533–1548, 1995.

263. PILLAI, S., AND D. D. BIKLE. Role of intracellular free calcium in the cornified envelope formation of keratinocytes: differences in the mode of action of extracellular calcium and 1,25 dihydroxyvitamin D. *J. Cell. Physiol.* 146: 94–100, 1991.

264. POLLY, P., C. CARLBERG, J. A. EISMAN, AND N. A. MORRISON. Identification of a vitamin D response element in the fibronectin gene that is bound by a vitamin $D_3$ receptor homodimer. *J. Cell. Biochem.* 60: 322–333, 1996.

265. POLS, H. A. P., J. C. BIRKENHAGER, J. P. SCHILTE, AND T. J. VISSER. Evidence that the self-induced metabolism of 1,25-dihydroxyvitamin $D_3$ limits the homologous up-regulation of its receptor in rat osteosarcoma cells. *Biochim. Biophys. Acta* 970: 122–129, 1988.

266. POTTS, J. T., JR. Biological surprises and evolutionary links in the calcium field. Parathyroid hormone (PTH): past, present and future. In: *PTH and PTHrP*, edited by T. Suda. Tokyo: Chugai, 1993, p. 6–11.

267. PROVVEDINI, D. M., C. M. RULOT, R. E. SOBOL, C. D. TSOUKAS, AND S. C. MANOLAGAS. $1\alpha$,25-Dihydroxyvitamin $D_3$ receptors in human thymic and tonsillar lymphocytes. *J. Bone Miner. Res.* 2: 239–241, 1987.

268. QAW, F., M. J. CALVERLEY, N. J. SCHROEDER, D. J. H. TRAFFORD, H. L. J. MAKIN, AND G. JONES. In vivo metabolism of the vitamin D analog, dihydrotachysterol. Evidence for formation of 1,25- and 1,25-dihydroxy-dihydrotachysterol metabolites and studies of their biological activity. *J. Biol. Chem.* 268: 282–292, 1993.

269. RAISZ, L. G., C. L. TRUMMEL, M. F. HOLICK, AND H. F. DELUCA. 1,25-Dihydroxycholecalciferol: a potent stimulator of bone resorption in tissue culture. *Science* 175: 768–769, 1972.

270. RASMUSSEN, H., AND H. F. DELUCA. Calcium homeostasis. *Ergebnisse Physiol.* 53: 107–173, 1963.

271. RASMUSSEN, H., H. F. DELUCA, C. ARNAUD, C. HAWKER, AND M. VON STEDINGK. The relationship between vitamin D and parathyroid hormone. *J. Clin. Invest.* 42: 1940–1946, 1963.

272. RASTINEJAD, F., T. PERLMANN, R. M. EVANS, AND P. B. SIGLER. Structural determinants of nuclear receptor assembly on DNA direct repeats. *Nature* 375: 203–211, 1995.

273. RAY, R., N. SWAMY, P. N. MacDONALD, S. RAY, M. R. HAUSSLER, AND M. F. HOLICK. Affinity labelling of the $1\alpha$,25-dihydroxyvitamin $D_3$ receptor regulate osteocalcin gene expression. *J. Biol. Chem.* 271: 2012–2017, 1996.

274. RECKER, R., P. SCHOENFELD, J. LETTERI, E. SLATOPOLSKY, R. GOLDSMITH, AND A. BRICKMAN. The efficacy of calcifediol in renal osteodystrophy. *Arch. Intern.* 138: 857–863, 1978.

275. REDDY, G. S., M.-L. SIU-CALDERA, I. SCHUSTER, N. ASTECKER, K.-Y. TSERNG, K. R. MULRALIDHARAN, W. H. OKAMURA, J. A. McCLANE, AND M. R. USKOKOVIC. Target tissue specific metabolism of 1,25-$(OH)_2D_3$ through A-ring modification. In: *Vitamin D. Chemistry, Biology and Clinical Applications of the Steroid Hormone*, edited by A. W. Norman, R. Bouillon, and M. Thomasset. Riverside: Univ. of California, 1997, p. 139–146.

276. REDDY, G. S., AND K.-Y. TSERNG. Calcitroic acid, end product of renal metabolism of 1,25-dihydroxyvitamin $D_3$ through C-24 oxidation pathway. *Biochemistry* 28: 1763–1769, 1989.

277. REEVE, L., Y. TANAKA, AND H. F. DELUCA. Studies on the site of 1,25-dihydroxyvitamin $D_3$ synthesis in vivo. *J. Biol. Chem.* 258: 3615–3617, 1983.

278. REINHARDT, T. A., AND R. L. HORST. Self induction of 1,25-dihydroxyvitamin $D_3$ metabolism limits receptor occupancy and target cell responsiveness. *J. Biol. Chem.* 264: 15917–15921, 1989.

279. RENAUD, J. P., N. ROCHEL, M. RUFF, V. VIVAT, P. CHAMBON, H. GRONEMEYER, AND D. MORAS. Crystal structure of the RAR-$\gamma$ ligand-binding domain bound to all-trans retinoic acid. *Nature* 378: 681–689, 1995.

280. RENNO, T., M. KRAKOWSKI, C. PICCIRILLO, J. LIN, AND T. OWENS. TNF-$\alpha$ expression by resident microglia and infiltrating leukocytes in the central nervous system of mice with experimental allergic encephalomyelitis: regulation by Th1 cytokines. *J. Immunol.* 154: 944–953, 1995.

281. ROSENTHAL, A. M., G. JONES, S. W. KOOH, AND D. FRASER. 25-Hydroxyvitamin $D_3$ metabolism by the isolated perfused rat kidney. *Am. J. Physiol.* 239 (*Endocrinol. Metab.* 2): E12–E20, 1980.

282. ROSS, T. K., J. M. PRAHL, AND H. F. DELUCA. Overproduction of rat 1,25-dihydroxyvitamin $D_3$ receptor in insect cells using the baculovirus expression system. *Proc. Natl. Acad. Sci. USA* 88: 6555–6559, 1991.

283. RUBIN, R. P., G. B. WEISS, AND J. W. PUTNEY, JR. (Editors). *Calcium in Biological Systems.* New York: Plenum, 1985, p. 1–737.

284. RUSSELL, J., D. LETTIERI, AND L. M. SHERWOOD. Suppression by 1,25$(OH)_2D_3$ of transcription of the pre-proparathyroid hormone gene. *Endocrinology* 119: 2864–2567, 1986.

285. SAAREM, K., S. BERGSETH, H. OFTEBRO, AND J. I. PEDERSEN. Subcellular localization of vitamin $D_3$ 25-hydroxylation in human liver. *J. Biol. Chem.* 259: 10936–10946, 1984.

286. SAITOU, M., S. NARUMIYA, AND A. KAKIZUKA. Alteration of a single amino acid residue in retinoic acid receptor causes a dominant negative phenotype. *J. Biol. Chem.* 269: 19101–19107, 1994.

287. SASAKI, H., H. HARADA, Y. HANADA, H. MORINO, M. SUZAWA, E. SHIMPO, T. KATSUMATA, Y. MASUHIRO, K. MATSUDA, AND K. EBIHARA. Transcriptional activity of a fluorinated vitamin D analog on VDR-RXR-mediated gene suppression. *Biochemistry* 34: 370–377, 1995.

288. SATCHELL, D. P., AND A. W. NORMAN. Metabolism of the cell differentiating agent 1,25-$(OH)_2$-16-ene-23-yne vitamin $D_3$ by leukemic cells. *J. Steroid Biochem. Mol. Biol.* 57: 117–124, 1996.

289. SCHNEIDER, H., J. H. FEYEN, K. SEUWEN, AND N. R. MOVVA. Cloning and functional expression of a human parathyroid hormone receptor. *Eur. J. Pharmacol.* 246: 149–155, 1993.

290. SCHRADER, M., J. P. KAHLEN, AND C. CARLBERG. Functional characterization of a novel type of 1,25-dihydroxyvitamin $D_3$ response element identified in the mouse c-fos promoter. *Biochem. Biophys. Res. Commun.* 230: 646–651, 1997.

291. SCHRADER, M., K. M. MULLER, AND C. CARLBERG. Specificity and flexibility of vitamin D signalling. *J. Biol. Chem.* 269: 5501–5504, 1994.

292. SCHRADER, M., S. NAYERI, J. P. KAHLEN, K. M. MULLER, AND C. CARLBERG. Natural vitamin $D_3$ response elements formed by inverted palindromes: polarity-directed ligand sensitivity of vitamin $D_3$ receptor-retinoid X receptor heterodimer-mediated transactivation. *Mol. Cell. Biol.* 15: 1154–1161, 1995.

293. SEEMAN, E., C. TSALAMANDRIS, S. BASS, AND G. PEARCE. Present and future of osteoporosis therapy. *Bone* 17, *Suppl.*: 23S–29S, 1995.

294. SEMMLER, E. J., M. F. HOLICK, H. K. SCHNOES, AND H. F. DELUCA. The synthesis of 1,25-dihydroxycholecalciferol a metabolically active form of vitamin $D_3$. *Tetrahedron Lett.* 40: 4147–4150, 1972.

295. SHANKAR, V. N., F. J. DILWORTH, H. L. J. MAKIN, N. J. SCHROEDER, D. A. J. TRAFFORD, A.-M. KISSMEYER, M. J. CALVERLEY, E. BINDERUP, AND G. JONES. Metabolism of the vitamin D analog EB1089 by cultured human cells: redirection of hydroxylation site to distal carbons of the side-chain. *Biochem. Pharmacol.* 53: 783–793, 1997.

296. SHERWOOD, L. M., AND J. RUSSELL. The role of 1,25-$(OH)_2D_3$ in

QUESTMS-00000673

regulating parathyroid gland function. *Proc. Soc. Exp. Biol. Med.* 191: 233–237, 1989.

297. SHINKI, T., C. H. HIN, A. NISHIMURA, Y. NAGAI, Y. OHYAMA, M. NOSHIRO, K. OKUDA, AND T. SUDA. Parathyroid hormone inhibits 25-hydroxyvitamin $D_3$-24-hydroxylase mRNA expression stimulated by $1\alpha,25$-dihydroxyvitamin $D_3$ in rat kidney but not in intestine. *J. Biol. Chem.* 267: 13757–13762, 1992.

298. SHINKI, T., H. SHIMADA, S. WAKINO, H. ANAZAWA, M. HAYASHI, T. SARUTA, H. F. DeLUCA, AND T. SUDA. Cloning and expression of rat 25-hydroxyvitamin $D_3$-1$\alpha$-hydroxylase cDNA. *Proc. Natl. Acad. Sci. USA* 94: 12920–12925, 1998.

299. SHULTZ, T. D., F. J., H. HEATH III, AND R. KUMAR. Do tissues other than the kidney produce 1,25-dihydroxyvitamin $D_3$. A reexamination. *Proc. Natl. Acad. Sci. USA* 80: 1746–1750, 1983.

300. SIEGAL, N., N. WOMGSURAWAT, AND H. J. ARMBRECHT. Parathyroid hormone stimulates dephosphorylation of the renodoxin component of the 25-hydroxyvitamin $D_3$-1$\alpha$-hydroxylase from rat renal cortex. *J. Biol. Chem.* 261: 16998–17003, 1986.

301. SILVER, J., AND H. M. KRONENBERG. Parathyroid hormone—molecular biology and regulation. In: *Principles of Bone Biology*, edited by J. B. Bilezikian, L. G. Raisz, and G. A. Rodan. San Diego, CA: Academic, 1996, chapt. 24, p. 325–337.

302. SILVER, J., E. MOALLEM, R. KILAV, E. EPSTEIN, A. SELA, AND T. NAVEH-MANY. New insights into the regulation of parathyroid hormone synthesis and secretion in chronic renal failure. *Nephrol. Dial. Transplant.* 11, *Suppl.* 3: 2–5, 1996.

303. SILVER, J., AND T. NAVEH-MANY. Vitamin D and the parathyroid glands. In: *Vitamin D*, edited by D. Feldman, F. H. Glorieux, and J. W. Pike. San Diego, CA: Academic, 1997, chapt. 23, p. 353–367.

304. SILVER, J., T. NAVEH-MANY, H. MAYER, H. J. SCHMEIZER, AND M. M. POPVTZER. Regulation by vitamin D metabolites of parathyroid hormone gene transcription in vivo in the rat. *J. Clin. Invest.* 78: 1296–1301, 1986.

305. SIMPSON, R. U., AND H. F. DeLUCA. Characterization of a receptor-like protein for 1,25-dihydroxyvitamin $D_3$ in rat skin. *Proc. Natl. Acad. Sci. USA* 77: 5822–5826, 1980.

306. SJODEN, G., C. SMITH, V. LINDGREN, AND H. F. DeLUCA. 1-Alpha-hydroxyvitamin $D_2$ is less toxic than 1-alpha-hydroxyvitamin $D_3$ in the rat. *Proc. Soc. Exp. Biol. Med.* 178: 432–436, 1985.

307. SLATOPOLSKY, E., J. FINCH, C. RITTER, M. DENDA, J. MORRISSEY, A. BROWN, AND H. F. DeLUCA. A new analog of calcitriol, 19-nor-1,25-dihydroxyvitamin $D_2$ suppresses PTH secretion in uremic rats in the absence of hypercalcemia (Abstract). *J. Bone Miner. Res.* S167, 1995.

308. SLATOPOLSKY, E., C. WEERTS, J. THIELAND, R. HORST, H. HARTER, AND K. MARTIN. Marked suppression of secondary hyperparathyroidism by I.V. administration of 1,25-dihydroxycholecalciferol in uremic patients. *J. Clin. Invest.* 74: 2136–2141, 1984.

309. SMITH, E. L., N. C. WALWORTH, AND M. F. HOLICK. Effect of $1\alpha,25$-dihydroxyvitamin $D_3$ on the morphologic and biochemical differentiation of cultured human epidermal keratinocytes grown in serum-free conditions. *J. Invest. Dermatol.* 86: 709–714, 1986.

310. SONE, T., K. OZONO, AND J. W. PIKE. A 55-kilodalton accessory factor facilitates vitamin D receptor binding. *Mol. Endocrinol.* 5: 1578–1586, 1991.

311. SOOY, K., T. SCHERMERHORN, G. W. SHARP, N. FLEISCHER, M. SURANA, D. FUSCO-DEMANE, M. AIRAKSINEN, M. MEYER, AND S. CHRISTAKOS. Disruption of calbindin-$D_{28k}$ in the mouse (Abstract). *J. Bone Miner. Res.* 12, *Suppl.*: S123, 1997.

312. SPENCER, R., M. CHARMAN, P. W. WILSON, AND D. E. M. LAWSON. The relationship between vitamin D-stimulated calcium transport and intestinal calcium-binding protein in the chicken. *Biochem. J.* 170: 93–102, 1978.

313. ST. ARNAUD, R., A. ARABIAN, AND F. H. GLORIEUX. Abnormal bone development in mice deficient for the vitamin D 24-hydroxylase gene (Abstract). *J. Bone Miner. Res.* 11: S126, 1996.

314. ST. ARNAUD, R., A. ARABIAN, R. TRAVERS, AND F. H. GLORIEUX. Partial rescue of abnormal bone formation in 24-hydroxylase knock-out mice supports a role for 24,25-$(OH)_2D_3$ in intramembranous ossification (Abstract). *J. Bone Miner. Res.* 12: S111, 1997.

315. ST. ARNAUD, R., A. ARABIAN, R. TRAVERS, AND F. H. GLORIEUX. Abnormal intramembranous ossification in mice deficient for the vitamin D 24-hydroxylase gene. In: *Vitamin D. Chemistry, Biology*

*and Clinical Applications of the Steroid Hormone*, edited by A. W. Norman, R. Bouillon, and M. Thomasset. Riverside: Univ. of California, 1997, p. 635–639.

316. ST. ARNAUD, R., S. MESSERLIAN, J. M. MOIR, J. L. OMDAHL, AND F. H. GLORIEUX. The 25-hydroxyvitamin $D$ $1\alpha$-hydroxylase gene maps to the pseudovitamin $D$-deficiency rickets (PDDR) disease locus. *J. Bone Miner. Res.* 12: 1552–1559, 1997.

317. STEIN, G. S., J. B. LIAN, J. L. STEIN, A. J. VAN WIJNEN, B. FRENKEL, AND M. MONTECINO. Mechanisms regulating osteoblast proliferation and differentiation. In: *Bone Biology*, edited by J. P. Bilezikian, G. Raisz, and G. A. Rodan. San Diego, CA: Academic, 1996, chapt. 5, p. 69–86.

318. STERN, P. A monoclip on analogs. *Calcif. Tissue Int.* 33: 1–4, 1981.

319. STERN, P. H. 1,25-Dihydroxyvitamin $D_3$ interactions with local factors in bone remodeling. In: *Vitamin D*, edited by D. Feldman, F. H. Glorieux, and J. W. Pike. San Diego, CA: Academic, 1997, chapt. 22, p. 341–352.

320. STRUGNELL, S., V. BYFORD, H. L. J. MAKIN, R. M. MORIARTY, R. GILARDI, L. W. LEVAN, J. C. KNUTSON, C. W. BISHOP, AND G. JONES. 1,24(S)-dihydroxyvitamin $D_2$: a biologically active product of 1,4-dihydroxyvitamin $D_2$ made in the human hepatoma, Hep3B. *Biochem. J.* 310: 233–241, 1995.

322. STRUGNELL, S. A., AND H. F. DeLUCA. The vitamin D receptor-structure and transcriptional activation. *Proc. Soc. Exp. Biol. Med.* 215: 223–228, 1997.

323. STRUGNELL, S. A., B. WIEFLING, AND H. F. DeLUCA. Vitamin D receptor ligand-binding domain expressed as a fusion protein (Abstract). *J. Bone Miner. Res.* 10: S396, 1995.

324. STUMPF, W. E., M. SAR, AND H. F. DeLUCA. Sites of action of 1,25$(OH)_2$ vitamin $D_3$ identified by thaw-mount autoradiography. In: *Hormonal Control of Calcium Metabolism*, edited by D. V. Cohn, R. V. Talmage, and J. L. Matthews. Amsterdam: Excerpta Medica, 1981, p. 222–229.

325. STUMPF, W. E., M. SAR, F. A. REID, Y. TANAKA, AND H. F. DeLUCA. Target cells for 1,25-dihydroxyvitamin $D_3$ in intestinal tract, stomach, kidney, skin, pituitary and parathyroid. *Science* 206: 1188–1190, 1979.

326. SU, M. J., D. D. BIKLE, M. L. MANCIANTI, AND S. PILLAI. 1,25-Dihydroxyvitamin $D_3$ potentiates the keratinocyte response to calcium. *J. Biol. Chem.* 269: 14723–14729, 1994.

327. SUDA, T., H. F. DeLUCA, H. F. SCHNOES, G. PONCHON, Y. TANAKA, AND M. F. HOLICK. 21,25-Dihydroxycholecalciferol: a metabolite of vitamin $D_3$ preferentially active on bone. *Biochemistry* 9: 2917–2922, 1970.

328. SUDA, T., AND N. TAKAHASHI. Vitamin D and osteoclastogenesis. In: *Vitamin D*, edited by D. Feldman, F. H. Glorieux, and J. W. Pike. San Diego, CA: Academic, 1997, chapt. 21, p. 329–340.

329. SUDA, T., N. TAKAHASHI, AND T. J. MARTIN. Modulation of osteoclast differentiation: update 1995. *Endocr. Rev.* 4: 266–270, 1995.

330. TAKAHASHI, Y., T. SUDA, S. YAMADA, H. TAKEYAMA, AND Y. NISHII. Isolation, identification and biological activity of 25-hydroxyvitamin-24-oxovitamin $D_3$: a new metabolite of vitamin $D_3$ generated by in vitro incubation with kidney homogenates. *Biochemistry* 20: 1681–1686, 1981.

331. TAKEDA, T., M. ARAKAWA, AND K. KUWANO. Organization and expression of the mouse spot35/calbindin-$D_{28k}$ gene: identification of the vitamin D-responsive promoter region. *Biochem. Biophys. Res. Commun.* 204: 889–897, 1994.

332. TAKEYAMA, K., S. KITANAKA, T. SATO, M. KOBORI, J. YANAGISAWA, AND S. KATO. 25-Hydroxyvitamin $D_3$ 1$\alpha$-hydroxylase and vitamin D synthesis. *Science* 277: 1827–1830, 1997.

333. TALMAGE, R. V. Morphological and physiological consideration in a new concept of calcium transport in bone. *Am. J. Anat.* 129: 467–476, 1970.

334. TANAKA, H., E. ABE, C. MIYAURA, T. KURIBAYASHI, K. KONNO, Y. NISHII, AND T. SUDA. 1$\alpha$,25-Dihydroxycholecalciferol and a human myeloid leukemia cell line (HL60). The presence of a cytosol receptor and induction of differentiation. *Biochem. J.* 204: 713–719, 1982.

335. TANAKA, Y., L. CASTILLO, H. F. DeLUCA, AND N. IKEKAWA. The 24-hydroxylation of 1,25-dihydroxyvitamin $D_3$. *J. Biol. Chem.* 252: 1421–1424, 1977.

336. TANAKA, Y., AND H. F. DeLUCA. The control of 25-hydroxyvitamin

Downloaded from physrev.physiology.org on February 2, 2010

QUESTMS-00000674

Case 1:18-cv-01436-MN   Document 94-2   Filed 09/25/19   Page 172 of 643 PageID #: 3567

D metabolism by inorganic phosphorus. *Arch. Biochem. Biophys.* 154: 566–574, 1973.

337. TANAKA, Y., AND H. F. DeLUCA. Stimulation of 24,25-dihydroxyvitamin D₃ production by 1,25-dihydroxyvitamin D₃. *Science* 183: 1198–1200, 1974.

338. TANAKA, Y., H. F. DeLUCA, Y. KOBAYASHI, T. TAGUCHI, N. IKEKAWA, AND M. MORISAKI. Biological activity of 24,24-difluoro-25-hydroxyvitamin D₃. Effect of blocking of 24-hydroxylation on the functions of vitamin D. *J. Biol. Chem.* 254: 7163–7167, 1979.

339. TANAKA, Y., H. FRANK, AND H. F. DeLUCA. Biological activity of 1,25-dihydroxyvitamin D₃ in the rat. *Endocrinology* 92: 417–422, 1973.

340. TANAKA, Y., R. S. LORENC, AND H. F. DeLUCA. The role of 1,25-dihydroxyvitamin D₃ and parathyroid hormone in the regulation of chick renal 25-hydroxyvitamin D₃-24-hydroxylase. *Arch. Biochem. Biophys.* 171: 521–526, 1975.

341. THAKKER, R. V., L. J. FRAHER, S. ADAMI, R. KARMALI, AND J. L. H. O'RIORDAN. Circulating concentrations of 1,25-dihydroxyvitamin D₃ in patients with primary hyperparathyroidism. *Bone Miner. Res.* 1: 137–142, 1986.

342. THOMASSET, M. Calbindin-D₉ₖ. In: *Vitamin D*, edited by D. Feldman, F. H. Glorieux, and J. W. Pike. San Diego, CA: Academic, 1997, chapt. 14, p. 223–232.

343. TILYARD, M. W., G. F. S. SPEARS, J. THOMSON, AND S. DOVEY. Treatment of post-menopausal osteoporosis with calcium. *N. Engl. J. Med.* 326: 357–362, 1992.

344. TOMON, M., H. S. TENENHOUSE, AND G. JONES. Expression of 25-hydroxyvitamin D₃-24-hydroxylase activity in Caco-2 cells. An in vivo model of intestinal vitamin D catabolism. *Endocrinology* 126: 2868–2875, 1990.

345. TORCHIA, J., D. W. ROSE, J. INOSTROZA, Y. KAMEI, S. WESTIN, C. K. GLASS, AND M. G. ROSENFELD. The transcriptional co-activator p/CIP binds CBP and mediates nuclear-receptor function. *Nature* 387: 677–684, 1997.

346. TUCKER, G., R. E. GAGNON, AND M. R. HAUSSLER. Vitamin D₃ 25-hydroxylase: tissue occurrence and lack of regulation. *Arch. Biochem. Biophys.* 155: 47–57, 1973.

347. TURNER, R. T., J. E. PUZAS, M. D. FORTE, G. E. LESTER, T. K. GRAY, G. A. HOWARD, AND D. J. BAYLINK. In vitro synthesis of 1α,25-dihydroxycholecalciferol and 24,25-dihydroxycholecalciferol by isolated calvarial cells. *Proc. Natl. Acad. Sci. USA* 77: 3720–5724, 1980.

348. UHLAND-SMITH, A. *An Investigation of the Role of Vitamin D in Reproduction, Growth and Development* (PhD thesis). Madison: Univ. of Wisconsin, 1992.

349. UMESONO, K., K. K. MURAKAMI, C. C. THOMPSON, AND R. M. EVANS. Direct repeats as selective response elements for the thyroid hormone, retinoic acid, and vitamin D₃ receptors. *Cell* 65: 1255–1266, 1991.

350. USKOKOVIC, M. R., P. S. MANCHAND, S. PELEG, AND A. W. NORMAN. Synthesis and preliminary evaluation of the biological properties of a 1,25-dihydroxyvitamin D₃ analog with two side-chains. In: *Vitamin D. Chemistry, Biology and Clinical Applications of the Steroid Hormone*, edited by A. W. Norman, R. Bouillon, and M. Thomasset. Univ. of California, 1997, p. 19–21.

351. USUI, E., M. NOSHIRO, AND K. OKUDA. Molecular cloning of cDNA for vitamin D₃ 25-hydroxylase from rat liver mitochondria. *Fed. Eur. Biol. Sci. Lett.* 262: 135–138, 1990.

352. VAN DEN BEMD, G. C., H. A. P. POLS, J. C. BIRKENHAGER, AND J. P. VAN LEEUWEN. Conformational change and enhanced stabilization of the vitamin D receptor by the 1,25-dihydroxyvitamin D₃ analog, KH1060. *Proc. Natl. Acad. Sci. USA* 93: 10685–10690, 1996.

353. VAN DEN BEMD, G. J. C., F. J. DILWORTH, G. R. WILLIAMS, H. A. P. POLS, G. JONES, AND J. P. T. M. VAN LEEUWEN. Metabolites of the 1,25-dihydroxyvitamin D₃ analog KH1060 induce similar conformational changes as KH1060 itself (Abstract). *J. Bone Miner. Res.* 12: S453, 1997.

354. VLAHCEVIC, Z. R., S. K. JAIRATH, D. M. HEUMAN, R. T. STRAVITZ, P. B. HYLEMON, N. G. AVADHANI, AND W. M. PANDAK. Transcriptional regulation of hepatic sterol 27-hydroxylase by bile acids. *Am. J. Physiol.* 270 (*Gastrointest. Liver Physiol.* 33): G646–G652, 1996.

355. VOM BAUR, E., C. ZECHEL, D. HEERY, M. J. S. HEINE, J. M. GARNIER, V. VIVAT, B. LE DOUARIN, H. GRONEMEYER, P. CHAMBON, AND R. LOSSON. Differential ligand-dependent interactions between the AF-2 activating domain of nuclear receptors and the putative transcriptional intermediary factors mSUG1 and TIF1. *EMBO J.* 15: 110–124, 1996.

356. WAGNER, R. L., J. W. APRILETTI, M. E. McGRATH, B. L. WEST, J. D. BAXTER, AND R. J. FLETTERICK. A structural role for hormone in the thyroid hormone receptor. *Nature* 378: 690–697, 1995.

357. WASSERMAN, R. H., AND J. J. FEHER. Vitamin D-dependent calcium-binding proteins. In: *Calcium Binding Proteins and Calcium Function*, edited by R. H. Wasserman, R. A. Corradino, E. Carafoli, R. H. Kretsinger, D. H. MacLennan, and S. L. Siegel. New York: Elsevier/North-Holland, 1977, p. 292–302.

358. WHEELER, D. G., J. HORSFORD, M. MICHALAK, J. H. WHITE, AND G. N. HENDY. Calreticulin inhibits vitamin D₃ signal transduction. *Nucleic Acids Res.* 23: 3268–3274, 1995.

359. WHITFIELD, G. K., J. C. HSIEH, S. NAKAJIMA, P. N. MacDONALD, P. D. THOMPSON, P. W. JURUTKA, C. A. HAUSSLER, AND M. R. HAUSSLER. A highly conserved region in the hormone-binding domain of the human vitamin D receptor contains residues vital for heterodimerization with retinoid X receptor and for transcriptional activation. *Mol. Endocrinol.* 9: 1166–1179, 1995.

360. WILLIAMS, G. R., S. BLAND, AND M. C. SHEPPARD. Retinoids modify regulation of endogenous gene expression by retinoid X and thyroid hormone in three osteosarcoma cell lines. *Endocrinology* 136: 4304–4314, 1995.

361. WURTZ, J.-M., B. GUILLOT, AND D. MORAS. 3-D model of the ligand-binding domain of the vitamin D receptor based on the crystal structure of holo-RAR. In: *Vitamin D. Chemistry, Biology and Clinical Applications of the Steroid Hormone*, edited by A. W. Norman, R. Bouillon, and M. Thomasset. Riverside: Univ. of California, 1997, p. 165–172.

362. YAMAMOTO, M., Y. KAWANOKE, H. TAKAHASHI, E. SHIMAZAWA, S. KIMURA, AND E. OGATA. Vitamin D deficiency and renal calcium transport in the rat. *J. Clin. Invest.* 74: 507–513, 1984.

363. YANG, S., C. SMITH, AND H. F. DeLUCA. 1α,25-Dihydroxyvitamin D₃ and 19-nor-1α,25-dihydroxyvitamin D₂ suppress immunoglobulin production and thymic lymphocyte proliferation in vivo. *Biochim. Biophys. Acta* 1158: 289–283, 1993.

364. YANG, S., C. SMITH, J. M. PRAHL, AND H. F. DeLUCA. Vitamin D deficiency suppresses cell-mediated immunity in vivo. *Arch. Biochem. Biophys.* 303: 98–106, 1993.

365. YOSHIZAWA, T., Y. HANDA, Y. UEMATSU, S. TAKEDA, K. SEKINE, Y. YOSHIHARA, T. KAWAKAMI, K. ARIOKA, H. SATO, AND Y. UCHIYAMA. Mice lacking the vitamin D receptor exhibit impaired bone formation, uterine hypoplasia and growth retardation after weaning. *Nature Genet.* 16: 391–396, 1997.

366. ZECHEL, C., X. Q. SHEN, J. Y. CHEN, Z. P. CHEN, P. CHAMBON, AND H. GRONEMEYER. The dimerization interfaces formed between the DNA binding domains of RXR, RAR and TR determine the binding specificity and polarity of the full-length receptors to direct repeats. *EMBO J.* 13: 1425–1433, 1994.

367. ZHOU, A., M. G. ELGORT, AND E. A. ALLEGRETTO. Retinoid X receptor (RXR) ligands activate the human 25-hydroxyvitamin D₃-24-hydroxylase promoter via RXR heterodimer binding to two vitamin D-response elements and elicit additive effects with 1,25-dihydroxyvitamin D₃. *J. Biol. Chem.* 272: 19027–19034, 1997.

368. ZIEROLD, C., H. M. DARWISH, AND H. F. DeLUCA. Two vitamin D response elements function in the rat 1,25-dihydroxyvitamin D 24-hydroxylase promoter. *J. Biol. Chem.* 270: 1675–1678, 1995.

Downloaded from physrev.physiology.org on February 2, 2010

QUESTMS-00000675

0013-7227/03/$15.00/0
Printed in U.S.A.

The Journal of Clinical Endocrinology & Metabolism 88(1):185–191
Copyright © 2003 by The Endocrine Society
doi: 10.1210/jc.2002-021064

# Age-Related Changes in the 25-Hydroxyvitamin D *Versus* Parathyroid Hormone Relationship Suggest a Different Reason Why Older Adults Require More Vitamin D

REINHOLD VIETH, YASMIN LADAK, AND PAUL G. WALFISH

*Departments of Laboratory Medicine and Pathology (R.V.), Medicine, Pediatrics, and Otolaryngology, (P.G.W.), University of Toronto, and Departments of Pathology and Laboratory Medicine (R.V.) and Medicine and Endocrine Oncology Program (P.G.W.), Mount Sinai Hospital, Toronto M5G 1X5, Canada*

Vitamin D requirements are thought to vary with age, but there is little comparative evidence for this. One goal in establishing a vitamin D requirement is to avoid secondary hyperparathyroidism. We studied 1741 euthyroid, thyroid clinic outpatients without evidence of calcium abnormalities, ranging in age from 19 to 97 yr, whose serum and urine had been analyzed for calcium, vitamin D, and parathyroid status. We found no effect of age on the 25-hydroxyvitamin D [25(OH)D] concentration associated with specific vitamin D intakes, and there was no relationship between 25(OH)D and 1,25-hydroxyvitamin D [1,25(OH)₂D]. In every age group, serum 1,25(OH)₂D declined with increasing creatinine ($P < 0.001$). What changed with age included creatinine, which correlated with 25(OH)D ($r = 0.146$, $P < 0.001$) only in the youngest age group (19–50 yr) but not in the older age groups ($P > 0.1$). Creatinine did not correlate with PTH in the youngest age group, but the relationship became significant as age increased (*e.g.* for the elderly, $r = 0.366$, $P < 0.001$). Linear regression of log PTH *vs.* log 25(OH)D agreed with the natural shape of the relationship observed with scatterplot smoothing, and this showed no plateau in PTH as 25(OH)D increased. We compared PTH concentrations among age groups, based on 20 nmol/liter increments in 25(OH)D. Mean PTH in adults older than 70 yr was consistently higher than in adults younger than 50 yr ($P < 0.05$ by ANOVA and Dunnett's *t* test). PTH levels of the elderly who had 25(OH)D concentrations greater than 100 nmol/liter matched PTH of younger adults having 25(OH)D concentrations near 70 nmol/liter. This study shows that all age groups exhibit a high prevalence of 25(OH)D insufficiency and secondary hyperparathyroidism. Older adults are just as efficient in maintaining 25(OH)D, but they need more vitamin D to produce the higher 25(OH)D concentrations required to overcome the hyperparathyroidism associated with their diminishing renal function. (*J Clin Endocrinol Metab* 88: 185–191, 2003)

**D**IETARY INTAKE RECOMMENDATIONS for several nutrients, including vitamin D, are now referred to as adequate intake (AI), a term that replaces the recommended dietary allowance when data are deemed inadequate (1). The Food and Nutrition Board, National Academy of Sciences, tripled its AI vitamin D intake recommendation, for adults over 70 yr to 15 μg (600 IU/d), it doubled the previous AI for those between ages 50 and 70 yr to 10 μg (400 IU/d). Because 25-hydroxyvitamin D [25(OH)D] is the objective measure of vitamin D nutritional status (1) and nutrient recommendations assume no other input of nutrient (2), current recommendations imply that young adults need less vitamin D than older adults to maintain the same circulating 25(OH)D concentration. Although several studies show that older adults benefit from higher vitamin D intakes (3–5), we are not aware of direct comparisons showing that younger adults need any less vitamin D than the elderly.

Many reports show an inverse correlation between PTH and 25(OH)D for the elderly (6–10), and although the same phenomenon is true for young adults (11) and adolescents (12), there have been no systematic comparisons of this relationship across age groups.

Several reports have assumed that the decay function for

PTH *vs.* 25(OH)D must reach a plateau and concluded this plateau occurs when 25(OH)D concentration is at least 72 nmol/liter (4, 6, 7, 9, 10). We are not aware the assumption of a plateau relationship is consistently valid or similar for all age groups.

To address these issues, we analyzed laboratory data from a cross-section of thyroid clinic outpatients who had been evaluated for vitamin D and parathyroid status as part of their routine follow-up visits. The aims were to determine whether the relationships among 25(OH)D concentration, vitamin D intake, and PTH concentration differ among adult age groups. We will show that for similar 25(OH)D concentrations, PTH concentrations are consistently higher in the elderly than in younger adults. Our data also support the need for higher intake of vitamin D in older adults, not because they are less efficient at maintaining 25(OH)D concentrations, but because they need higher 25(OH)D concentrations to prevent secondary hyperparathyroidism.

## Subjects and Methods

### Subjects

Subjects were euthyroid outpatients who were being treated for various thyroid conditions, as presented in Table 1. The analyses were done because their endocrinologist (P.G.W.) regarded them as relevant to his routine surveillance of his patients' endocrine and nutritional health; furthermore, our laboratory is a regional referral laboratory for the vitamin D analyses, and the incremental cost was marginal. The hos-

Abbreviations: 1,25(OH)₂D, 1,25-Hydroxyvitamin D; 25(OH)D, 25-hydroxyvitamin D; AI, adequate intake; LOWESS, locally weighted regression and scatterplot smoothing technique.

185

Downloaded from jcem.endojournals.org by on February 2, 2010

QUESTMS-00000676

186   J Clin Endocrinol Metab, January 2003, 88(1):185–191                                                    Vieth *et al.* • Age-Related Changes in 25-OH-D *vs.* PTH

TABLE 1. Details of study subjects, from 558 reviewed charts

| | |
|---|---|
| Female | 497 |
| Male | 61 |
| Age (yr ± SD) | 56.9 ± 14.8 |
| Diagnosis (no. of patients) | |
| Hyperthyroid | 118 |
| Hypothyroid | 358 |
| Goiter | 200 |
| Thyroid cancer | 90 |
| Thyroiditis | 183 |
| Osteoporosis | 87 |

The patients are treated, euthyroid outpatients of the endocrine clinic of co-author P.G.W. More than one diagnosis may apply per subject. The data set excludes patients with parathyroid disease. This is representative of the full 1741 subjects for whom biochemical data are presented.

pital's ethics review committee approved this descriptive study. Data for patients assessed for serum PTH, 25(OH)D, 1,25-hydroxyvitamin D [1,25(OH)$_2$D], and biochemical parameters related to calcium metabolism were captured, using a structured query, from the hospital's computer database system for laboratory data and patient demographics (SoftLab, Boca Raton, FL). We limited the data assembled for the present report to a time window during which our laboratory made no modifications to the pertinent methods. In total, the study included biochemical data from 1741 adult endocrine outpatients who were not suffering from parathyroid or calcium-related disease based on biochemical measures and clinical assessment (12 patients had been removed from the data set because of serum calcium >2.7 mmol/liter). Data were collected from patient visits between May 1997 and the end of December 1998; of these, 1049 (60%) of 1741 samples were obtained during the summer half of the year, May through October inclusive, when sunshine at our latitude (42 degrees north) increases 25(OH)D concentrations (11). Of the 568 consecutive patient charts reviewed, we had recorded vitamin D



FIG. 1. Serum 25(OH)D concentrations of thyroid clinic outpatients grouped according to age and further divided according to information available about their vitamin D intake. These results are presented as box plots, in which the *whiskers* indicate quartile values, the *box* indicates the upper and lower values not classified as statistical outliers, and *circles* denote 25(OH)D concentrations that were statistically outliers. The groups labeled here as Missing show 25(OH)D concentrations of patients in whom the vitamin D intake was not retrieved from the patients' files.



FIG. 2. Serum PTH concentrations *vs.* 25(OH)D concentrations for all 1741 patients, overlaid with the LOWESS plot (*dash-dot line*) and exponential decay function fitted to the data (*dashed line*). The *arrow* indicates the point at which PTH concentrations theoretically attain the plateau value, based on the exponential function.

Downloaded from jcem.endojournals.org by on February 2, 2010

QUESTMS-00000677

Vieth *et al.* • Age-Related Changes in 25(OH)D *vs.* PTH    J Clin Endocrinol Metab, January 2003, 88(1):185–191  **187**



FIG. 3. Effect of age on the relationship between log 25(OH)D *vs.* log of PTH concentrations. The *light curves* show the 95 percent confidence limits for the linear regression line for each age group. The *heavy line* between these curves is the LOWESS plot, inserted instead of the linear regression line, to show that linear regression on log-log axes agrees with the natural pattern of the underlying data. The lower right panel shows the linear regression lines by themselves, for the three age groups.

intake in a subset of 531 consecutive based on intake of mineral and vitamin supplements reported by the patients. Focus on patients seen in spring and summer was used to increase the proportion of elderly in this subset. Patients who previously had low 25(OH)D (<50 nmol/liter) had been advised to take vitamin $D_3$, as 25-µg (1000 IU) pills available over the counter.

*Biochemical methods*

We measured the intact PTH molecule, as implemented on the DPC Immulite 2000 (DPC, Los Angeles, CA). Serum 25(OH)D was measured with a RIA (DiaSorin, Inc., Stillwater, MN) with which our laboratory consistently reported close to the mean of the DEQAS international proficiency survey for this analyte (13). Serum 1,25(OH)$_2$D was measured with the classic, calf-thymus receptor assay, involving purification of analyte on Bond Elut C18OH cartridges (Varian, Harbor City, CA) and an internal standard to correct for losses during purification (14).

Statistical analysis and graphical presentation were carried out using SPSS version 10 (SPSS, Inc., Chicago, IL). Analysis was based on data available through clinical practice, and because of this, there are variations in sample size, as we note throughout this report. The locally weighted regression and scatterplot smoothing (LOWESS) technique was applied to allow the graphed data to reveal their own patterns (15);

LOWESS is available as part of the SPSS software. The exponential decay function was determined by Dr. K. Norwich (Department of Biomedical Engineering, University of Toronto), fitting of the data to three parameters of an exponential decay equation, using iterative regression analysis to optimize the fit.

**Results**

The characteristics of the study population are presented in Table 1, which shows that aside from the expected, chance occurrence of osteoporosis, the group did not exhibit other abnormalities of calcium homeostasis.

Comparisons of 25(OH)D concentration, vitamin D intake, and age group showed distinct increases in serum 25(OH)D with higher vitamin D intake. However, there was none of the expected evidence that the young exhibit higher 25(OH)D concentrations than older adults when consuming similar amounts of vitamin D (Fig. 1). Among the 404 patients who were not taking vitamin supplements based on what they reported to us, there was no relationship between age group

Downloaded from jcem.endojournals.org by on February 2, 2010

QUESTMS-00000678

188   J Clin Endocrinol Metab, January 2003, 88(1):185–191                                     Vieth *et al.* • Age-Related Changes in 25(OH)D *vs.* PTH



FIG. 4. Effect of age on serum PTH concentrations associated with ranges of 25(OH)D concentrations. These are the data from Fig. 3 presented in 20 nmol/liter increments of 25(OH)D, with data clustered according to age group. The *box* indicates quartile values, the *whiskers* indicate the upper and lower values not classified as statistical outliers, and *circles* denote PTH concentrations that were statistically outliers. The *black triangles* point up to groups whose mean PTH concentration was statistically different from that of patients who were older than 70 yr and in the same category of 25(OH)D concentration. These differences are based on a significant ANOVA test, followed two-tail Dunnett *t* test ($P < 0.05$).

and serum 25(OH)D concentration, based on one-way ANOVA ($P > 0.4$). The median 25(OH)D concentration associated with each level of vitamin D intake was actually higher for the oldest age group than the younger groups, but in each case this was not statistically significant. Because the bottom of each box in the figure indicates the 25th percentile, the figure shows that for adults who do not take vitamin D supplements, the prevalence of vitamin D insufficiency is about 25%, regardless of age. Figure 1 also shows that for patients reporting vitamin D intake of at least 800–1000 IU/d, there is reasonable assurance (based on the bottom whisker of the box plots) that 25(OH)D concentration exceed 40 nmol/liter.

The 25(OH)D and PTH concentrations for all 1741 adults were fit to a three-parameter exponential decay function using the approach used by Chapuy *et al.* (9). The resulting exponential decay formula was as follows:

$$PTH = 3.54 \; (-0.027 \times 25(OH)D) - 3.20$$

where PTH and 25(OH)D represent the molar, SI-unit concentrations of these analytes.

With this approach, the PTH concentration approached a theoretical low plateau at 25(OH)D concentrations more than 73 nmol/liter (Fig. 2). However, application of the LOWESS plot to the same data revealed a substantial divergence of the data (based on natural shape) from the exponential plot of the above equation (based on investigator expectation of a plateau).

When we applied the LOWESS approach to graphs of log PTH concentration *vs.* log 25(OH)D concentration, the technique produced lines that fell entirely within the 95% confidence limits of the lines obtained by linear regression (Fig. 3). In other words, the LOWESS regression plot that involved no assumptions about the eventual shape of the relationship produced lines not statistically different from those determined by linear regression on log-*vs.*-log axes. Slopes and intercepts of these regression lines were individually not quite significantly different among age groups ($P < 0.10$, two-tail); part of the regression line for the elderly lay outside

the 95% confidence limits of for each of the younger age groups, indicating a combined slope and intercept effect because of age.

To compare in a different way, the effects of 25(OH)D concentration on PTH, patients were grouped according to their age category and then further grouped according to their 25(OH)D concentration, in 20 nmol/liter increments. This approach produced the box plots of serum PTH concentrations shown in Fig. 4. For all age categories, there was a substantial and progressive decrease in each quartile value of PTH concentration as 25(OH)D increased. The PTH concentrations of the oldest age group were consistently higher than those of younger adults in the same category of 25(OH)D concentration, *i.e.* PTH differed (Dunnett *t* test, $P < 0.05$) among ages, for each category of 25(OH)D beyond 19 nmol/liter. For elderly subjects with 25(OH)D greater than 99 nmol/liter, the median 25(OH)D was comparable to the PTH concentration of younger adults whose 25(OH)D ranged between 40 and 79 nmol/liter.

For every age group, there was no evidence of a relationship between serum concentrations of 25(OH)D and $1,25(OH)_2D$ (Fig. 5). Serum 25(OH)D correlated positively with plasma creatinine for all 1741 patients (r value, 0.117; $P < 0.001$). For the 533 subjects for whom vitamin D intake had been recorded from patient charts, partial correlation was done, controlling for both age and vitamin D intake. This resulted in a significant correlation coefficient between 25(OH)D and creatinine (partial r = 0.139; $P = 0.001$). There were age-related differences in the relationships between plasma creatinine *vs.* PTH, $1,25(OH)_2D$, and 25(OH)D; the correlations for these are summarized in Table 2. In particular, increasing creatinine (diminishing kidney function) correlated with a higher 25(OH)D only in the youngest age group ($P < 0.001$), but for the older age groups creatinine showed no relationship with 25(OH)D ($P > 0.1$). In contrast, increasing creatinine did not correlate with PTH in the youngest age group ($P = 0.738$), but in the oldest age group creatinine showed a strong

Downloaded from jcem.endojournals.org by on February 2, 2010

QUESTMS-00000679







FIG. 5. Serum 1,25(OH)2D *vs.* serum 25(OH)D concentrations for each age group. The *lines* show the linear regression line and its 95 percent confidence limits, indicating that across the range of 25(OH)D concentrations relevant to each age group, there is no relationship between circulating concentrations of these metabolites.

relationship with PTH ($r = 0.365$; $P < 0.001$). In all age groups, creatinine consistently correlated negatively with 1,25(OH)$_2$D levels ($P < 0.001$). The relationship between age and creatinine was not significant for the group younger than 50 yr but became progressively stronger and significant for the older age groups (Table 2).

## Discussion

Most authors attempting to establish requirements for vitamin D have focused on the relationship between PTH and 25(OH)D concentrations and have assumed that PTH reaches a plateau as 25(OH)D rises. We asked whether the relationship between PTH and 25(OH)D might be different among the age groups used for nutritional recommendations in adults. This forced us to reevaluate the nature of the PTH *vs.* 25(OH)D relationship. Although the use of an exponential curve optimized to all our data produced essentially the same outcome reported by Chapuy *et al.* (9), the curve we obtained did not agree with the pattern generated with a nonparametric graphical approach to regression.

Cleveland (15) developed the locally weighted scatterplot smoother line (LOWESS) to offer investigators a way to determine what he regarded as the true shape of scatterplot relationships without an investigator-driven bias. We found that regression lines obtained using log PTH *vs.* log 25(OH)D concentrations were a close match to LOWESS plots of the data, indicating that for our subjects, there was no evidence of a plateau relationship.

There are several possible explanations for why we saw a different quality of 25(OH)D *vs.* PTH relationship than what others have reported. Differences in the biochemical test methods used, the sample population tested, and investigator expectations could all play a role. The lack of a 25(OH)D-related plateau in PTH concentrations was consistently seen in all three age groups, based on both the regression (Fig. 3) and progressive declines in mean PTH concentrations whenever 25(OH)D was higher (Fig. 4). We think that the lack of a PTH plateau would also apply to patients without thyroid disease because extremely high 25(OH)D concentrations are known to cause severe suppression of PTH in normal subjects (16), and high vitamin D doses can be used to treat hypoparathyroidism without a requirement for PTH therapy. Although it cannot be excluded that the present results are unique to this patient cohort, all of these patients were euthyroid when these biochemical tests were ordered and very probably not different from what would have been observed if we had access to similar data for healthy volunteers. Use of volunteer subjects would also have been a selective sampling, and such an approach would have yielded a smaller proportion of elderly subjects.

If there is no plateau in the relationship between PTH *vs.* 25(OH)D, then the choice of an optimal or desirable 25(OH)D concentration, based only on PTH, becomes arbitrary. If lower PTH is a goal, then a higher 25(OH)D concentration will always lower PTH further.

PTH concentrations were consistently highest in the oldest adults, for whom it declined more gradually than in the young, as 25(OH)D increased. This is reminiscent of the relative resistance to 1,25(OH)$_2$D previously reported for the elderly (17).

It is often assumed that there is a positive relationship between the circulating concentrations of the theoretically inactive compound, 25(OH)D, and 1,25(OH)2D. This is as if to say consumption of vitamin D is equivalent to providing a higher circulating 1,25(OH)$_2$D concentration. Need *et al.* (18) emphasized that a 25(OH)D concentration of 40 nmol/

Downloaded from jcem.endojournals.org by on February 2, 2010

QUESTMS-00000680

190   J Clin Endocrinol Metab, January 2003, 88(1):185–191                                    Vieth et al. • Age-Related Changes in 25:OH)D vs. PTH

**TABLE 2.** Correlations for creatinine in relation to 25(OH)D, 1,25(OH)2D, PTH, and age analyzed for our patients grouped according to the age classifications used for dietary guidelines

| Age group (mean creatinine ± SD [n]) | Pearson correlation | | | |
|---|---|---|---|---|
| | Serum 25(OH)D | Serum 1,25(OH)2D | Serum PTH | Age |
| ≤50 yr (68 ± 11 μmol/liter) [682–895] | 0.146[a] | −0.203[a] | 0.013 | 0.017 |
| 51–70 yr (70 ± 12 μmol/liter) [699–707] | 0.048 | −0.172[a] | 0.124[a] | 0.077[b] |
| >70 yr (81 ± 20 μmol/liter) [329–339] | 0.046 | −0.203[a] | 0.385[a] | 0.161[a] |

Results presented are Pearson correlation coefficients, r-values, for bivariate analyses done for the indicated age groups, between serum creatinine and the variables shown at the top of each column. Sample sizes are indicated by n. The mean ± SD creatinine concentration for each age group is shown in *parentheses*.
[a] $P < 0.001$.
[b] $P < 0.05$.

liter was important because above this cut-point the concentration of 1,25(OH)₂D increased along with rising 25(OH)D concentrations. Likewise, Devine et al. (19) reported that in elderly women, there is a strong positive correlation between 25(OH)D and 1,25(OH)₂D. Our results did not confirm this aspect of either of those reports. No matter how we analyzed our data, they exhibited no association or cut-point between 25(OH)D and concentrations of 1,25(OH)₂D (Fig. 5). In the rat, there is a strong negative relationship between 25(OH)D and 1,25(OH)₂D concentrations (20), so it makes little sense to us why the opposite should occur in man. We suggest that reports showing a positive correlation between these metabolites in man reflect either a selective focus on a subset of results to confirm an expectation (18) or interference in the 1,25(OH)₂D assay by another metabolite (19). Hollis (21), originator of the 1,25(OH)₂D method used by Devine et al. (19), showed that the method was interfered with by 24,25(OH)₂D (a metabolite whose levels parallel those of 25(OH)D). Therefore, he adopted the modifications included in the 1,25(OH)₂D method we used for the present work (14). Our findings confirm those of Barger-Lux et al. (22) showing that 25(OH)D concentrations in healthy adults do not affect circulating 1,25(OH)₂D.

If it is not through circulating 1,25(OH)₂D, then by what mechanism does 25(OH)D suppress PTH? The parathyroid gland does possess vitamin D receptor (23, 24), and recently Segersten et al. (25) demonstrated expression of 25(OH)D-1-α-hydroxylase in human parathyroid tissue by RT-PCR and immunohistochemical analysis. Therefore, circulating 25(OH)D can affect PTH secretion and parathyroid growth by 1,25 (OH)₂D generated within parathyroid tissue. 25(OH)D is not a hormone, but it serves as the substrate required for normal, paracrine control of parathyroid tissue.

The authors of the Food and Nutrition Board guidelines for calcium and related nutrients suggested that because cutaneous vitamin D production in the elderly is diminished (26), the elderly require more vitamin D intake to compensate for this (1). Therefore, one should expect that for adults who do not take supplementary vitamin D, the elderly group should have lower 25(OH)D concentrations than younger adults. However, in agreement with other published reports that have compared 25(OH)D levels

among age groups (27–29), the 25(OH)D concentrations in the elderly patients were certainly not lower than those in the younger ones. The paradox for the elderly is that although cutaneous vitamin D production is diminished (26), 25(OH)D concentrations are not affected. This can be explained by the age-related decline in kidney function. As kidney function declines in rats, so does 1,25(OH)₂D production (30) and metabolic clearance (30) of 25(OH)D. Likewise, the most consistent relationship that we saw across adult age groups was that 1,25(OH)₂D correlated inversely with creatinine (Table 2). Thus, although vitamin D production in the skin decreases with age, so does the utilization of 25(OH)D in the kidney; these effects cancel each other out so that aging *per se* has no effect on 25(OH)D levels. This interpretation is suggested by our results, but because we are not aware of any studies reporting on the effect of age on biological turnover of 25(OH)D, more conclusive studies are needed. The effect of age was complex, and the quality of several relationships changed with the age group being analyzed. In particular, the relationship between diminishing kidney function and increasing PTH became stronger with each older age group, as did the relationship between creatinine and age itself. These observations show that the age-related differences among these relationships cannot be explained on the basis of vitamin D nutrition alone. It appears that the elderly become somewhat resistant to the effects of 25(OH)D in a manner reminiscent of the relative resistance to 1,25(OH)₂D previously reported in elderly adults (17).

One issue that remains is whether individuals of all ages require similar 25(OH)D concentrations and vitamin D intakes. We conclude that if the aim of vitamin D supplementation in adults is to suppress PTH, then the elderly need higher intakes because they are resistant to effects of the nutrient. However, if the aim of vitamin D supplementation is to ensure a minimum target level of 25(OH)D, then the daily consumption of vitamin D should be the same for all adults, regardless of age. The present cross-sectional study confirms a previous intervention study (31), showing that if one wants to ensure that all adults have 25(OH)D of at least 40 nmol/liter, they must consume at least 20–25 μg (800–1000 IU) vitamin D₃ daily.

Downloaded from jcem.endojournals.org by on February 2, 2010

Joint Appendix 1197

QUESTMS-00000681

## Acknowledgments

We thank Dr. K. Norwich (Department of Biomedical Engineering, University of Toronto) for his work in defining the exponential decay equation.

Received July 10, 2002. Accepted October 14, 2002.

Address all correspondence and requests for reprints to: Dr. Reinhold Vieth, Pathology and Laboratory Medicine, Mount Sinai Hospital, 600 University Avenue, Toronto, Ontario M5G 1X5, Canada. E-mail: rvieth@mtsinai.on.ca

This work was supported by grants from Merck KGaA (Darmstadt, Germany; to P.G.W. and R.V.); the Canadian Institutes for Health Research (to R.V.); and the Mount Sinai Hospital Foundation and Department of Medicine Research Fund (to P.G.W.) as well as support from the Temmy Latner Dynacare and Julius Kuhl Family Foundations (to P.G.W.).

## References

1. Standing Committee on the Scientific Evaluation of Dietary Reference Intakes 1997 Dietary reference intakes: calcium, phosphorus, magnesium, vitamin D, and fluoride. Washington, DC: National Academy Press
2. Yates AA 1998 Process and development of dietary reference intakes: basis, need, and application of recommended dietary allowances. Nutr Rev 56(4 Pt 2):S5–S9
3. Chapuy MC, Arlot ME, Duboeuf F, Brun J, Crouzet B, Arnaud S, Delmas PD, Meunier PJ 1992 Vitamin D3 and calcium to prevent hip fractures in the elderly women. N Engl J Med 327:1637–1642
4. Dawson-Hughes B, Harris SS, Krall EA, Dallal GE 1997 Effect of calcium and vitamin D supplementation on bone density in men and women 65 years of age or older. N Engl J Med 337:670–676
5. Pfeifer M, Begerow B, Minne HW, Schlotthauer T, Pospeschill M, Scholz M, Lazarescu AD, Pollähne W 2001 Vitamin D status, trunk muscle strength, body sway, falls, and fractures among 237 postmenopausal women with osteoporosis. Exp Clin Endocrinol Diabetes 109:87–92
6. Gallagher JC, Kinyamu HK, Fowler SE, Dawson-Hughes B, Dalsky GP, Sherman SS 1998 Calcitropic hormones and bone markers in the elderly. J Bone Miner Res 13:475–482
7. Malabanan A, Veronikis IE, Holick MF 1998 Redefining vitamin D insufficiency. Lancet 351:805–806
8. Souberbielle JC, Cormier C, Kindermans C, Gao P, Cantor T, Forette F, Baulieu EE 2001 Vitamin D status and redefining serum parathyroid hormone reference range in the elderly. J Clin Endocrinol Metab 86:3086–3090
9. Chapuy MC, Preziosi P, Maamer M, Arnaud S, Galan P, Hercberg S, Meunier PJ 1997 Prevalence of vitamin D insufficiency in an adult normal population. Osteoporos Int 7:439–443
10. Meunier P 2001 Vitamin D insufficiency: reappraisal of its definition threshold and bone consequences. In: Burckhardt P, Dawson-Hughes B, Heaney R, eds. Nutritional aspects of osteoporosis. San Diego: Academic Press; 152–172
11. Vieth R, Cole DE, Hawker GA, Trang HM, Rubin LA 2001 Wintertime vitamin D insufficiency is common in young Canadian women, and their vitamin D intake does not prevent it. Eur J Clin Nutr 55:1091–1097
12. Fukchau GE, Nabulsi M, Choucair M, Salamoun M, Hajj Shahine C, Kizirian A, Tannous R 2001 Hypovitaminosis D in healthy schoolchildren. Pediatrics 107:E53
13. Vieth R, Carter G 2001 Difficulties with vitamin D nutrition research: objective targets of adequacy, and assays for 25-hydroxyvitamin D. Eur J Clin Nutr 55:221–222
14. Hollis BW, Kilbo T 1988 The assay of circulating 1, 25(OH)2D using non-end-capped C18 silica: performance and validation. In: Norman AW, Schaefer K, Grigoleit H-G, von Herrath D, eds. Vitamin D: molecular, cellular and clinical endocrinology. Berlin: W deGruyter; 710–719
15. Cleveland WS 1979 Robust locally weighted regression and smoothing scatterplots. J. Am Stat Assoc 74:829–836
16. Vieth R, Pinto T, Reen BS, Wong MM 2002 Vitamin D poisoning by table sugar. Lancet 359:672
17. Pattanaungkul S, Riggs BL, Yergey AL, Vieira NE, O'Fallon WM, Khosla S 2000 Relationship of intestinal calcium absorption to 1, 25-dihydroxyvitamin D [1, 25(OH)2D] levels in young versus elderly women: evidence for age-related intestinal resistance to 1, 25(OH)2D action. J Clin Endocrinol Metab 85:4023–4027
18. Need AG, Horowitz M, Morris HA, Nordin BC 2000 Vitamin D status: effects on parathyroid hormone and 1, 25-dihydroxyvitamin D in postmenopausal women. Am J Clin Nutr 71:1577–1581
19. Devine A, Wilson SG, Dick IM, Prince RL 2002 Effects of vitamin D metabolites on intestinal calcium absorption and bone turnover in elderly women. Am J Clin Nutr 75:283–288
20. Vieth R, Milojevic S, Peltekova V 2000 Improved cholecalciferol nutrition in rats is noncalcemic, suppresses parathyroid hormone and increases responsiveness to 1, 25-dihydroxycholecalciferol. J Nutr 130:578–584
21. Hollis BW 1986 Assay of circulating 1,25-dihydroxyvitamin D involving a novel single-cartridge extraction and purification procedure. Clin Chem 32:2060–2063
22. Barger-Lux MJ, Heaney RP, Dowell S, Chen TC, Holick MF 1998 Vitamin D and its major metabolites: serum levels after graded oral dosing in healthy men. Osteoporos Int 8:222–230
23. Rao DS, Honasoge M, Divine GW, Phillips ER, Lee MW, Ansari MR, Talpos GB, Parfitt AM 2000 Effect of vitamin D nutrition on parathyroid adenoma weight: pathogenetic and clinical implications. J Clin Endocrinol Metab 85: 1054–1058
24. Rao DS, Han ZH, Phillips ER, Palnitkar S, Parfitt AM 2000 Reduced vitamin D receptor expression in parathyroid adenomas: implications for pathogenesis. Clin Endocrinol 53:373–381
25. Segersten U, Correa P, Hewison M, Hellman P, Dralle H, Carling T, Akerström G, Westin G 2002 25-hydroxyvitamin D(3)-1alpha-hydroxylase expression in normal and pathological parathyroid glands. J Clin Endocrinol Metab 87:2967–2972
26. MacLaughlin J, Holick MF 1985 Aging decreases the capacity of human skin to produce vitamin D3. J Clin Invest 76:1536–1538
27. Harris SS, Soteriades E, Coolidge JA, Mudgal S, Dawson-Hughes B 2000 Vitamin D insufficiency and hyperparathyroidism in a low income, multiracial, elderly population. J Clin Endocrinol Metab 85:4125–4130
28. Tangpricha V, Pearce EN, Chen TC, Holick MF 2002 Vitamin D insufficiency among free-living healthy young adults. Am J Med 112:659–662
29. Harris SS, Dawson-Hughes B 2002 Plasma vitamin D and 25OHD responses of young and old men to supplementation with vitamin D3. J Am Coll Nutr 21:357–362
30. Armbrecht HJ, Zenser TV, Davis BB 1980 Effect of age on the conversion of 25-hydroxyvitamin D3 to 1, 25-dihydroxyvitamin D3 by kidney of rat. J Clin Invest 66:1118–1123
31. Vieth R, Chan PC, MacFarlane GD 2001 Efficacy and safety of vitamin D(3) intake exceeding the lowest observed adverse effect level. Am J Clin Nutr 73:288–294

Downloaded from jcem.endojournals.org by on February 2, 2010

QUESTMS-00000682

Atty. Dkt. No. 034827-3603

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:    Clarke, et al.

Title:    METHODS FOR DETECTING VITAMIN D METABOLITES BY MASS SPECTROMETRY

Appl. No.:    11/386,215

Filing Date:    3/21/2006

Examiner:    Warden, Jill Alice

Art Unit:    1797

Confirmation    2019
Number:

## INFORMATION DISCLOSURE STATEMENT
## UNDER 37 CFR §1.56

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

Submitted herewith on Form PTO/SB/08 is a listing of documents known to Applicants in order to comply with Applicants' duty of disclosure pursuant to 37 CFR §1.56.

A copy of each non-U.S. patent document and each non-patent document is being submitted to comply with the provisions of 37 CFR §1.97 and §1.98.

The submission of any document herewith, which is not a statutory bar, is not intended as an admission that such document constitutes prior art against the claims of the present application or that such document is considered material to patentability as defined in 37 CFR §1.56(b). Applicants do not waive any rights to take any action which would be appropriate to

QUESTMS-00000683

Atty. Dkt. No. 034827-3603

antedate or otherwise remove as a competent reference any document which is determined to be a *prima facie* art reference against the claims of the present application.

### TIMING OF THE DISCLOSURE

The listed documents are being submitted in compliance with 37 CFR §1.97(b), before the mailing date of the first Office Action on the merits.

### RELEVANCE OF EACH DOCUMENT

All of the documents are in English.

Applicants respectfully request that each listed document be considered by the Examiner and be made of record in the present application and that an initialed copy of Form PTO/SB/08 be returned in accordance with MPEP §609.

Although Applicant believes that no fee is required, the Commissioner is hereby authorized to charge any additional fees which may be due to Deposit Account No. 19-0741.

Respectfully submitted,

Date _____01/29/10_____          By _____

FOLEY & LARDNER LLP                     Richard J. Warburg, Reg. No. 32327
Customer Number: 30542                  Barry S. Wilson, Reg. No. 39431
Telephone:    (858) 847-6722            Attorneys for Applicant
Facsimile:    (858) 792-6773

DLMR_704632.1                    -2-

Joint Appendix 1200

QUESTMS-00000684



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/386,215 | 03/21/2006 | Nigel Clarke | 034827-3603 | 2019 |

30542      7590      04/12/2010
FOLEY & LARDNER LLP
P.O. BOX 80278
SAN DIEGO, CA 92138-0278

| EXAMINER |
|---|
| COLE, MONIQUE T |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1797 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 04/12/2010 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A  (Rev. 04/07)

QUESTMS-00000685

| | Application No. | Applicant(s) |
|---|---|---|
| **Office Action Summary** | 11/386,215 | CLARKE ET AL. |
| | **Examiner** | **Art Unit** | |
| | M. COLE | 1797 | |

-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --

## Period for Reply

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

## Status

1)☒ Responsive to communication(s) filed on <u>3/21/2006</u>.

2a)☐ This action is **FINAL**.         2b)☒ This action is non-final.

3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

## Disposition of Claims

4)☒ Claim(s) *1-29* is/are pending in the application.

    4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☐ Claim(s) _____ is/are allowed.

6)☒ Claim(s) *1-10, 13, 17-24, 28 and 29* is/are rejected.

7)☒ Claim(s) *11,12,14-16 and 25-27* is/are objected to.

8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

## Application Papers

9)☐ The specification is objected to by the Examiner.

10)☐ The drawing(s) filed on _____ is/are: a)☐ accepted or b)☐ objected to by the Examiner.

    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

11)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

## Priority under 35 U.S.C. § 119

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a)☐ All   b)☐ Some * c)☐ None of:

      1.☐ Certified copies of the priority documents have been received.

      2.☐ Certified copies of the priority documents have been received in Application No. _____.

      3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

    * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☒ Notice of References Cited (PTO-892)

2)☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3)☒ Information Disclosure Statement(s) (PTO/SB/08)
    Paper No(s)/Mail Date *See Continuation Sheet*.

4)☐ Interview Summary (PTO-413)
    Paper No(s)/Mail Date. _____ .

5)☐ Notice of Informal Patent Application

6)☐ Other: _____ .

U.S. Patent and Trademark Office
PTOL-326 (Rev. 08-06)          Office Action Summary          Joint Appendix 1202          Part of Paper No./Mail Date 20100329

QUESTMS-00000686

Continuation of Attachment(s) 3). Information Disclosure Statement(s) (PTO/SB/08), Paper No(s)/Mail Date :5/26/06; 3/19/07; 7/27/07; 3/17/09; 5/14/09; 2/2/10.

2

QUESTMS-00000687

Application/Control Number: 11/386,215                                    Page 2
Art Unit: 1797

## DETAILED ACTION

### *Claim Rejections - 35 USC § 103*

The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set
> forth in section 102 of this title, if the differences between the subject matter sought to be patented and
> the prior art are such that the subject matter as a whole would have been obvious at the time the
> invention was made to a person having ordinary skill in the art to which said subject matter pertains.
> Patentability shall not be negatived by the manner in which the invention was made.

Claims 1-6, 8-10, 13, 17-24, 28 and 29 are rejected under 35 U.S.C. 103(a) as

being unpatentable over Coldwell et al. *"Mass Fragmentographic Assay for 25-*

*Hydroxyvitamin D in Plasma Without Derivatization:  Enhanced Sensitivity for*

*Metabolites of Vitamins $D_2$ and $D_3$ After Pre-Column Dehydration"* ("Coldwell") in view of

Kissmeyer et al. *"Sensitive analysis of 1α, 25-dihydroxyvitamin $D_3$ in biological fluids by*

*liquid chromatography-tandem mass spectrometry"* ("Kissmeyer").

Coldwell discloses a method for measuring at least one vitamin D metabolite

(i.e., 25-hydroxyvitamin $D_2$ and 25-hydroxyvitamin $D_3$), which comprises generating

dehydrated molecular ions and subjecting the ions to gas chromatography (GC).  *See,*

*at least*, page 351, second paragraph in left column.

The samples were subjected to purification prior to ionization.  *See* page 349,

discussing that a dehydrating pre-column is utilized to avoid problems such as poor

peak shape or destruction.

It is noted that Coldwell does not expressly disclose the measurement of 1, 25-

dihydroxyvitamin $D_2$.  However, Coldwell does disclose "the possibility of extending this

method to include dihydroxylated metabolites has also been considered."  See page

QUESTMS-00000688

Application/Control Number: 11/386,215                                    Page 3
Art Unit: 1797

353, right column, last paragraph. *See also* Table 2, page 354. Thus, it is the

Examiner's position that the method disclosed by Coldwell would be applicable to 1, 25-

dihydroxyvitamin $D_2$, absent any evidence to the contrary.

Coldwell differs from the instant claims in that it does not disclose the use of

HPLC as the purification method.

Kissmeyer teaches a method for the sensitive analysis of vitamin D metabolites

*via* liquid chromatography-tandem mass spectrometry. *See* Title. Kissmeyer discloses

that liquid chromatography-tandem mass spectrometry is an improvement over the

older gas chromatography method, by providing increased specificity and sensitivity of

analytes, and increased testing capacity. *See* page 94, right column, first paragraph;

and page 102, Conclusion.

Kissmeyer further discloses that the purification step comprises protein

precipitation. *See* abstract. Kissmeyer does not disclose the use of high turbulence

liquid chromatography, thus meeting the limitation of claims 6 and 22.

Given the noted advantages of liquid chromatography-tandem mass

spectrometry (LC-MS/MS) as taught by Kissmeyer, it would have been obvious to one

of ordinary skill in the art to modify the GC methodology of Coldwell to obtain an

improved LC-MS/MS process of measuring vitamin D metabolites.

QUESTMS-00000689

Application/Control Number: 11/386,215                                Page 4
Art Unit: 1797

Claim 7 is rejected under 35 U.S.C. 103(a) as being unpatentable over Coldwell

in view of Kissmeyer as applied to claims 1-6, 8-10, 13, 17-24, 28 and 29 above, and

further in view of Ascalone et al. "*Stereospecific determination of amisulpride, a new*

*benzamide derivative, in human plasma and urine by automated solid-phase extraction*

*and liquid chromatography on a chiral column:  Application to pharmacokinetics*"

("Ascalone").

The combination of Coldwell/Kissmeyer does not teach chiral chromatography as

a part of the purification process.  The Kissmeyer protein precipitation method teaches

the use of $C_{18}$ solid phase extraction (SPE).

However, Ascalone teaches the combined use of chiral chromatography and

SPE columns for improved specificity, without any loss of chromatographic efficiency

over time.  Moreover, the methodology of Ascalone provides "nice separation in a short

time."  *See* page 104.

Accordingly, given the benefits taught by Ascalone, it would have been obvious

to one of ordinary skill to modify the combination of Coldwell/Kissmeyer to include chiral

chromatography as a means to hasten the protein precipitation, improve specificity and

increase the chromatographic efficiency.

QUESTMS-00000690

Application/Control Number: 11/386,215                                      Page 5
Art Unit: 1797

### *Allowable Subject Matter*

Claims 11, 12, 14-16, and 25-27 are objected to as being dependent upon a
rejected base claim, but would be allowable if rewritten in independent form including all
of the limitations of the base claim and any intervening claims.

Any inquiry concerning this communication or earlier communications from the
examiner should be directed to M. COLE whose telephone number is 571-272-1463.
The examiner can normally be reached on M - Th (9-5).

If attempts to reach the examiner by telephone are unsuccessful, the examiner's
supervisor, Jill Warden can be reached on 571-272-1267.  The fax phone number for
the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the
Patent Application Information Retrieval (PAIR) system.  Status information for
published applications may be obtained from either Private PAIR or Public PAIR.
Status information for unpublished applications is available through Private PAIR only.
For more information about the PAIR system, see http://pair-direct.uspto.gov. Should
you have questions on access to the Private PAIR system, contact the Electronic
Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a
USPTO Customer Service Representative or access to the automated information
system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

M.  COLE
Examiner
Art Unit 1797
*/Angela  Ortiz/*
*Supervisory Patent Examiner, Art Unit 1797*

QUESTMS-00000691

| | Notice of References Cited | | Application/Control No. 11/386,215 | Applicant(s)/Patent Under Reexamination CLARKE ET AL. | |
|---|---|---|---|---|---|
| | | | Examiner M. COLE | Art Unit 1797 | Page 1 of 1 |

### U.S. PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| | A | US- | | | |
| | B | US- | | | |
| | C | US- | | | |
| | D | US- | | | |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

### FOREIGN PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

### NON-PATENT DOCUMENTS

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | Ascalone et al., Journal of Chromatography B, "Stereospecific determination of amisulpride, a new benzamide derivative, in human plasma and urine by automated solid-phase extraction and liquid chromatography on a chiral column: Application to pharmacokinetics", 676 (1996) 95-105. |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)                    **Notice of References Cited**              Part of Paper No. 20100329
                                          Joint Appendix 1208

QUESTMS-00000692

Receipt date: 07/27/2007

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | Complete if Known | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | | Application Number | 11/386,215 |
| | | | Filing Date | 3/21/2006 |
| | | | First Named Inventor | Nigel Clarke |
| | | | Art Unit | 1743 |
| *(use as many sheets as necessary)* | | | Examiner Name | |
| Sheet | 1 | of | 1 | Attorney Docket Number | 034827-3603 |

| | | **U.S. PATENT DOCUMENTS** | | | |
|---|---|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
| /MC/ | A1 | US-2004/0235193 | 11-25-2004 | Soldin | |

| | | **UNPUBLISHED U.S. PATENT APPLICATION DOCUMENTS** | | | |
|---|---|---|---|---|---|
| Examiner Initials* | Cite No.[1] | U.S. Patent Application Document — Serial Number-Kind Code[2] *(if known)* | Filing Date of Cited Document MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
| | | | | | |

| | | **FOREIGN PATENT DOCUMENTS** | | | | |
|---|---|---|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3] Number[4] Kind Code[5] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Documents | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
| | | | | | | |

| | | **NON PATENT LITERATURE DOCUMENTS** | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
| /MC/ | A2 | Vogeser et al., Candidate reference method for the quantification of circulating 25-Hydroxyvitamin $D_3$ by liquid chromatography-tandem mass spectrometry. Clinical Chemistry, 50(8): 1415-1417, 2004. | |

| Examiner Signature | /M. Cole/ | Date Considered | 03/29/2010 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-900-786-9199) and select option 2.*

DLMR_317624.1

QUESTMS-00000693

Receipt date: 03/17/2009

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | Application Number | 11/386,215 |
| | Filing Date | 3/21/2006 |
| | First Named Inventor | Nigel Clarke |
| | Art Unit | 1743 |
| *(use as many sheets as necessary)* | Examiner Name | |
| Sheet   1   of   1 | Attorney Docket Number | 034827-3603 |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| /MC/ | A1 | US-2006/0228808 | 10-12-2006 | Clarke et al. | |
| /MC/ | A2 | US-2006/0228809 | 10-16-2006 | Clarke et al. | |
| /MC/ | A3 | US-7087395 | 08-08-2006 | Garrity et al. | |

### UNPUBLISHED U.S. PATENT APPLICATION DOCUMENTS

| Examiner Initials* | Cite No.[1] | U.S. Patent Application Document — Serial Number-Kind Code[2] (if known) | Filing Date of Cited Document MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | | | | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3] Number[4] Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Documents | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| /MC/ | A4 | WO 2007/039193 | 04-12-2007 | Roche Diagnostics Inc. | | |
| /MC/ | A5 | WO 1996/018618 | 06-20-1996 | Bayer Aktiengesellschaft | | |

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
|---|---|---|---|
| /MC/ | A6 | International Search report for PCT Patent Application No. PCT/US2008/084709 | |

| Examiner Signature | /M. Cole/ | Date Considered | 03/29/2010 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and) by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

DLMR_590017.1

QUESTMS-00000694

Receipt date: 05/14/2009

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | Complete if Known | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | Application Number | 11/386,215 |
| | | Filing Date | 03/21/2006 |
| | | First Named Inventor | Clarke et al. |
| *(use as many sheets as necessary)* | | Art Unit | 1743 |
| | | Examiner Name | Not assigned |
| Sheet | 1 | of | 1 | Attorney Docket Number | 034827-3603 |

| | | | **U.S. PATENT DOCUMENTS** | | |
|---|---|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Document Number<br><br>Number-Kind Code[2] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
| | | | | | |

| | | | **UNPUBLISHED U.S. PATENT APPLICATION DOCUMENTS** | | |
|---|---|---|---|---|---|
| Examiner Initials* | Cite No.[1] | U.S. Patent Application Document<br><br>Serial Number-Kind Code[2] *(if known)* | Filing Date of Cited Document MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
| | | | | | |

| | | | **FOREIGN PATENT DOCUMENTS** | | | |
|---|---|---|---|---|---|---|
| Examiner Initials* | Cite No. | Foreign Patent Document<br>Country Code[3] Number[4]<br>Kind Code[5] *(if known)* | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Documents | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
| | | | | | | |

| | | **NON PATENT LITERATURE DOCUMENTS** | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog. etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
| /MC/ | A1 | Tsugawa et al., Determination of 25-hydroxyvitamin D in human plasma using high-performance liquid chromatography-tandem mass spectrometry. Anal. Chem., 77:3001-3007, 2005. | |
| /MC/ | A2 | Jones et al., Biological activity of 1,25-Dihydroxyvitamin $D_2$ in the Chick. Biochemistry, 15(3): 713-716, 1976. | |
| /MC/ | A3 | Watson and Setchell, Analysis of Vitamin D and its metabolites using thermospray liquid chromatography/Mass spectrometry. Biomedical Chromatography, 5:153-160, 1991. | |
| /MC/ | A4 | Extended European Search Report for EPO Patent Application no. 06749272.8-2404 , (2009) . | |

| Examiner Signature | /M. Cole/ | Date Considered | 03/29/2010 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901 04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

DLMR_608055.1

QUESTMS-00000695

| **Search Notes**<br><br>[barcode] | **Application/Control No.**<br><br>11386215 | **Applicant(s)/Patent Under Reexamination**<br><br>CLARKE ET AL. |
|---|---|---|
| | **Examiner**<br><br>M. COLE | **Art Unit**<br><br>1797 |

|  |  |  |  |
|---|---|---|---|
| **SEARCHED** | | | |
| **Class** | **Subclass** | **Date** | **Examiner** |
| 436 | 131, 173 | 3/26/2010 | MC |

|  |  |  |
|---|---|---|
| **SEARCH NOTES** | | |
| **Search Notes** | **Date** | **Examiner** |
| | | |

|  |  |  |  |
|---|---|---|---|
| **INTERFERENCE SEARCH** | | | |
| **Class** | **Subclass** | **Date** | **Examiner** |
| | | | |

|  |  |
|---|---|
| | |

Joint Appendix 1212

QUESTMS-00000696

MODIFIED PTO/SB/08 (08-00)
Approved for use through 10/31/2002. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

| Substitute for form 1449B/PTO | | | | *Complete if Known* | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | | | Application Number | ~~11/101,166 1~~ 11/386,215 |
| | | | | Filing Date | ~~04/06/2005~~ March 21, 2006 |
| | | | | First Named Inventor | Nigel Clarke |
| (use as many sheets as necessary) | | | | Group Art Unit | ~~1614~~ 1743 |
| | | | | Examiner Name | Unknown |
| Sheet | 1 | of | 2 | Attorney Docket Number | ~~034827-3602~~ 034827-3603 |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | U.S. Patent Document Number | Kind Code[2] (if known) | Name of Patentee or Applicant of Cited Document | Date of Publication of Cited Document MM-DD-YYYY | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| /MC/ | A1 | 5772874 | | Quinn et al. | 06-30-1998 | |
| /MC/ | A2 | 5795469 | | Quinn et al. | 08-18-1998 | |
| /MC/ | A3 | 5919368 | | Quinn et al. | 07-06-1999 | |
| /MC/ | A4 | 5968367 | | Quinn et al. | 10-19-1999 | |
| /MC/ | A5 | 6107623 | | Bateman et al. | 08-22-2000 | |
| /MC/ | A6 | 6124137 | | Hutchens et al. | 09-26-2000 | |
| /MC/ | A7 | 6204500 | | Whitehouse et al. | 03-20-2001 | |
| /MC/ | A8 | 6268144 | | Köster | 07-31-2001 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Office[3] | Number[4] | Kind Code[5] (if known) | Name of Patentee or Applicant of Cited Documents | Date of Publication of Cited Document MM-DD-YYYY | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published | T[6] |
|---|---|---|---|
| /MC/ | A9 | ARMAS *et al.*, Vitamin D2 Is Much Less Effective than Vitamin D3 in Humans, J. Clin. Endocrinol. Metab. 89:5387-5391 (2004). | |
| /MC/ | A10 | HIGASHI T, *et al.*, Simultaneous Determination of 25-Hydroxyvitamin $D^2$ and 25-Hydroxyvitamin $D^3$ in Human Plasma by Liquid Chromatography-Tandem Mass Spectrometry Employing Derivatization with a Cookson-Type Reagent, Biol Pharm Bull. 24(7):738-43, (2001). | |
| /MC/ | A11 | HIGASHI T, *et al.*, Characterization of urinary metabolites of vitamin $D_3$ in man under physiological conditions using liquid chromatography-tandem mass spectrometry, J Pharm Biomed Anal. 29(5):947-55 (2002) | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /MC/

| Examiner Signature | /M. Cole/ | Date Considered | 03/29/2010 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] Unique citation designation number. [2]See attached Kinds of U.S. Patent Documents. [3]Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4]For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5]Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST. 16 if possible. [6]Applicant is to place a check mark here if English language Translation is attached.

Burden Hour Statement: This form is estimated to take 2.0 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

DLMR_272297.1

QUESTMS-00000697

MODIFIED PTO/SB/08 (08-00)
Approved for use through 10/31/2002. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449B/PTO **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(use as many sheets as necessary)* | | | **Complete if Known** | |
|---|---|---|---|---|
| | | | Application Number | ~~11/401,166-1~~ 11/386,215 |
| | | | Filing Date | ~~04/06/2005~~ March 21, 2006 |
| | | | First Named Inventor | Nigel Clarke |
| | | | Group Art Unit | ~~1614~~ 1743 |
| | | | Examiner Name | Unknown |
| Sheet | 2 | of | 2 | Attorney Docket Number | ~~034827-3602~~ 034827-3603 |

| NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
| /MC/ | A12 | HIGASHI T, et al., Characterization of new conjugated metabolites in bile of rats administered 24,25-dihydroxyvitamin $D_3$ and 25-hydroxyvitamin $D_3$, Steroids. 65(5):281-94 (2000) | |
| /MC/ | A13 | KISSMEYER and SONNE, Sensitive analysis of $1\alpha$,25-dihydroxyvitamin $D_3$ in biological fluids by liquid chromatography-tandem mass spectrometry, J Chromatogr A. 935(1-2):93-103 (2001) | |
| /MC/ | A14 | MERCHANT and WEINBERGER, Recent advancements in surface-enhanced laser desorption/ionization-time of flight-mass spectrometry, *Electrophoresis* 21:1164-77 (2000) | |
| /MC/ | A15 | SALM *et al.*, The Quantification of Sirolimus by High-Performance Liquid Chromatography-Tandem Mass Spectrometry and Microparticle Enzyme Immunoassay in Renal Transplant Recipients, *Clin. Therapeutics* **22** Supl. B:B71-B85 (2000) | |
| /MC/ | A16 | TAYLOR *et al.*, Simultaneous Quantification of Tacrolimus and Sirolimus in Human Blood, by High-Performance Liquid Chromatography – Tandem Mass Spectrometry, *Therapeutic Drug Monitoring* **22**:608-12 (2000) | |
| /MC/ | A17 | WRIGHT *et al.*, Proteinchip® surface enhanced laser desorption/ionization (SELDI) mass spectrometry: a novel protein biochip technology for detection of prostate cancer biomarkers in complex protein mixtures, *Prostate Cancer and Prostatic Diseases* 2:264-76 (1999) | |
| /MC/ | A18 | YEUNG B, *et al.*, *Characterization of viatmin $D_3$ metabolites using continuous-flow fast atom bombardment tandem mass spectrometry and high performance liquid chromatography*, Chromatogr. 645(1):115-23 (1993) | |
| /MC/ | A19 | ZIMMER *et al.*, Comparison of turbulent-flow chromatography with automated solid-phase extraction in 96-well plates and liquid-liquid extraction used as plasma sample preparation techniques for liquid chromatography-tandem mass spectrometry, *J. Chromatogr.* A 854:23-35 (1999) | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /MC/

| Examiner Signature | /M. Cole/ | Date Considered | 03/29/2010 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] Unique citation designation number. [2]See attached Kinds of U.S. Patent Documents. [3]Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). [4]For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5]Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST. 16 if possible. [6]Applicant is to place a check mark here if English language Translation is attached.

Burden Hour Statement: This form is estimated to take 2.0 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

DLMR_272297.1

QUESTMS-00000698

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | Application Number | 11/386,215 |
| | Filing Date | 3/21/2006 |
| | First Named Inventor | Nigel Clarke |
| (use as many sheets as necessary) | Art Unit | 1614 |
| | Examiner Name | Gary W. Counts |
| Sheet | 1 | of | 2 | Attorney Docket Number | 034827-3603 |

(Stamp: MAR 19 2007)

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| /MC/ | A1 | 20060094125 | 05-04-2006 | Singh et al. | |

## UNPUBLISHED U.S. PATENT APPLICATION DOCUMENTS

| Examiner Initials* | Cite No.[1] | U.S. Patent Application Document — Serial Number-Kind Code[2] (if known) | Filing Date of Cited Document MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3] Number[4] Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Documents | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | | | | | |

## NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
|---|---|---|---|
| /MC/ | A2 | COLDWELL et al., "Mass Fragmentographic Assay for 25-Hydroxyvitamin D in Plasma Without Derivatization: Enhanced Sensitivity for Metabolites of Vitamins D2 and D3 After Pre-column Dehydration", Journal of Mass Spectrometry, 30:348-356, 1995. | |
| /MC/ | A3 | MAUNSELL et al., "Routine Isotope-Dilution Liquid Chromatography-Tandem Mass Spectrometry Assay for Simultaneous Measurement of the 25-Hydroxy Metabolites of Vitamins D2 and D2", Clinical Chemistry, 51:9 1683-1690, 2005. | |
| /MC/ | A4 | ODRZYWOLSKA et al., "Convergent Synthesis, Chiral HPLC, and Vitamin D Receptor Affinity of Analogs of 1,25-Dihydroxycholecalciferol", Chirality, 11:249-255, 1999. | |
| /MC/ | A5 | WATSON et al., "Analysis of Vitamin D and its Metabolites using Thermospray Liquid Chromatography/Mass Spectrometry", Biomedical Chromatography, Vol. 5, 153-160, 1991. | |
| /MC/ | A6 | YEUNG et al., "Characterization of the Metabolic Pathway of 1,25-Dihydroxy-16-Ene Vitamin D3 in Rat Kidney By On-Line High Performance Liquid Chromatography-Electrospray Tandem Mass Spectrometry", Biochemical Pharmacology, Vol. 49, No. 8, pp.1099-1110, 1995. | |

| Examiner Signature | /M. Cole/ | Date Considered | 03/29/2010 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached.
This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

DLMR_301990.1

QUESTMS-00000699

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(use as many sheets as necessary)* | | | | *Complete if Known* | |
|---|---|---|---|---|---|
| | | | | Application Number | 11/386,215 |
| | | | | Filing Date | 3/21/2006 |
| | | | | First Named Inventor | Nigel Clarke |
| | | | | Art Unit | 1614 |
| | | | | Examiner Name | Gary W. Counts |
| Sheet | 2 | of | 2 | Attorney Docket Number | 034827-3603 |

| NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
| /MC/ | A7 | International Search Report for PCT Application PCT/US2006/12539 | |

| Examiner Signature | /M. Cole/ | Date Considered | 03/29/2010 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached.

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

DLMR_301990.1

QUESTMS-00000700

Receipt date: 02/02/2010

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | Complete if Known | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(use as many sheets as necessary)* | | | Application Number | 11/386,215 |
| | | | Filing Date | 3/21/2006 |
| | | | First Named Inventor | Nigel Clarke |
| | | | Art Unit | 1797 |
| | | | Examiner Name | Warden, Jill Alice |
| Sheet | 1 | of | 3 | Attorney Docket Number | 034827-3603 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| /MC/ | A1 | US-2007/0139956 | 06-21-2007 | SUGIMOTO ET AL | |
| /MC/ | A2 | US-2009/0137056 | 05-28-2009 | HOLMQUIST ET AL | |
| /MC/ | A3 | US-6,977,143 | 12-20-2005 | CAULFIELD ET AL. | |
| | | | | | |
| | | | | | |

**FOREIGN PATENT DOCUMENTS**

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3] Number[4] Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Documents | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[3] |
|---|---|---|---|---|---|---|
| /MC/ | A4 | WO-2007/139956 | 12-06-2007 | LABORATORY CORPORATION OF AMERICA HOLDINGS | | |
| | | | | | | |

**NON PATENT LITERATURE DOCUMENTS**

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[3] |
|---|---|---|---|
| /MC/ | A5 | Aronov et al, Metabolic profiling of major vitamin D metabolites using Diels-Alder derivatization and ultra-performance liquid chromatography-tandem mass spectrometry, Anal Bioanal Chem, 2008, 391:1917-1930 | |
| /MC/ | A6 | Bartolucci et al. Liquid chromatography tandem mass spectrometric quantitation of sulfamethazine and its metabolites: direct analysis of swine urine by triple quadrupole and by ion trap mass spectrometry, Rapid Communications in Mass Spectrometry, 14: 967-973, 2000. | |
| /MC/ | A7 | Busch, A Glossary for Mass Spectrometry, Mass Spectrometry, 17(65):526-534, 2002 | |
| /MC/ | A8 | Coldwell et al, Stable isotope-labeled vitamin D, metabolites and chemical analogs: synthesis and use in mass spectrometric studies, Steroids, 55: 418-432, 1990. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /MC/

| Examiner Signature | /M. Cole/ | Date Considered | 03/29/2010 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and) by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

DLMR_704637.1

QUESTMS-00000701

Receipt date: 02/02/2010

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | **Complete if Known** | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(use as many sheets as necessary)* | | Application Number | 11/386,215 |
| | | Filing Date | 3/21/2006 |
| | | First Named Inventor | Nigel Clarke |
| | | Art Unit | 1797 |
| | | Examiner Name | Warden, Jill Alice |
| Sheet | 2 | of | 3 | Attorney Docket Number | 034827-3603 |

| NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
| /MC/ | A9 | Guo et al, Steroid profiles using liquid chromatography-Tandem mass spectrometry with atmospheric pressure photoionization source, Arch Pathol Lab Med., 128: 469-475, 2004. | |
| /MC/ | A10 | Higashi et al, Liquid chromatography-tandem mass spectrometric method for the determination of salivary 25-hydroxyvitamin $D_3$: a noninvasive tool for the assessment of vitamin D status, Anal. Bioanal. Chem, 2008, 391:229-238 | |
| /MC/ | A11 | Interview Summary dated 1/28/09 for U.S. App. No. 11/101,166 | |
| /MC/ | A12 | Jemal, High-throughput quantitative bioanalysis by LC/MS/MS, Biomedical Chromatography. 14:422-429, 2000. | |
| /MC/ | A13 | Jones et al, Current understanding of the molecular actions of Vitamin D, Physiological Reviews, 78(4): 1193-1231, 1998. | |
| /MC/ | A14 | Jones et al, Vitamin Ds: Metabolites and Analogs, Chapter 2 in Modern Chromatographic Analysis of Vitamins, Third Edition, 2002, 79 pgs. | |
| /MC/ | A15 | Kamao et al, C-3 Epimerization of Vitamin $D_3$ metabolites and further metabolism of C-3 epimers, The Journal of Biological Chemistry, 279 (16):15897-15907, (2004). | |
| /MC/ | A16 | Kobayashi et al, Tandem immunoaffinity chromatography for plasma 1α,25-dihydroxyvitamin $D_3$ utilizing two antibodies having different specificities: A novel and powerful pretreatment tool for 1α,25-dihydroxyvitamin $D_3$ radioreceptor assays, J.Steroid Biochem. Molec. Biol., 54(5/6): 217-226, 1995. | |
| /MC/ | A17 | Miller et al, Genetic causes of rickets, Current Opinions in Pediatrics, 11:333-339, 1999. | |
| /MC/ | A18 | Office Action dated 10/08/2008 for U.S. App. No. 11/101,166 | |
| /MC/ | A19 | Polson et al, Optimization of protein precipitation based upon effectiveness of protein removal and ionization effect in liquid chromatography-tandem mass spectrometry, Journal of Chromatography B, 785:263-275 (2003). | |
| /MC/ | A20 | Robb et al, Atmospheric Pressure Photoionization: An Ionization Method for Liquid Chromatography-Mass Spectrometry, Anal. Chem., 72(15): 3653-3659 (2000). | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /MC/

| Examiner Signature | /M. Cole/ | Date Considered | 03/29/2010 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

DLMR_704637.1

QUESTMS-00000702

Receipt date: 02/02/2010

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | **Complete if Known** | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | Application Number | 11/386,215 |
| | | Filing Date | 3/21/2006 |
| | | First Named Inventor | Nigel Clarke |
| *(use as many sheets as necessary)* | | Art Unit | 1797 |
| | | Examiner Name | Warden, Jill Alice |
| Sheet | 3 | of | 3 | Attorney Docket Number | 034827-3603 |

| | | NON PATENT LITERATURE DOCUMENTS | |
|---|---|---|---|
| Examiner Initials* | Cite No.¹ | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T² |
| /MC/ | A21 | Singh et al, C-3 epimers can account for a significant proportion of total circulating 25-hydroxyvitamin D in infants, complicating accurate measurement and interpretation of vitamin D status, The Journal of Clinical Endocrinology & Metabolism, 91(8): 3055-3061, 2006. | |
| /MC/ | A22 | US Notice of Allowance dated 12/15/2009 for U.S. App. No. 11/101,166 | |
| /MC/ | A23 | US Notice of Allowance dated 8/19/2009 for U.S. App. No. 11/101,166 | |
| /MC/ | A24 | Vieth et al, Age-related changes in the 25-hydroxyvitamin D versus parathyroid hormone relationship suggest a different reason why older adults require more Vitamin D,  The Journal of Clinical Endocrinology & Metabolism, 88(1): 185-191, 2003. | |
| /MC/ | A25 | Vieth, Vitamin D supplementation, 25-hydroxyvitamin D concentrations, and safety, Am J Clin Nutr, 69:842-856, 1999. | |
| /MC/ | A26 | Vreeken et al, On-line post-column Diels-Alder derivatization for the determination of vitamin D₃ and its metabolites by liquid chromatography/thermospray mass spectrometry, Biological Mass Spectrometry, 22:621-632, (1993). | |
| /MC/ | A27 | Wharton et al, Rickets, The Lancet, 362: 1389-1400, 2003. | |
| | | | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /MC/

| Examiner Signature | /M. Cole/ | Date Considered | 03/29/2010 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

DLMR_704637.1

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

QUESTMS-00000703



ELSEVIER

Journal of Chromatography B, 676 (1996) 95–105

JOURNAL OF
CHROMATOGRAPHY B:
BIOMEDICAL APPLICATIONS

# Stereospecific determination of amisulpride, a new benzamide derivative, in human plasma and urine by automated solid-phase extraction and liquid chromatography on a chiral column Application to pharmacokinetics

V. Ascalone*, M. Ripamonti, B. Malavasi

*Synthélabo Recherche, Department of Chemical and Pharmaceutical Development, Clinical Pharmacokinetics Group of Milan, Via N. Rivoltana 35, 20090 Limito (MI), Italy*

Received 18 July 1995; revised 14 September 1995; accepted 20 September 1995

## Abstract

Amisulpride, a drug belonging to the benzamide series, demonstrates antischizophrenic and antidepressant (antidysthymic) properties in man. For the pharmacokinetic studies of the racemic drug in man, a method of determination based on solid-phase extraction (SPE) from plasma and HPLC on a stereoselective column was developed. For this aim, one millilitre of plasma, after the addition of the internal standard, tiapride or metoclopramide, is diluted with a borate buffer at pH 9, then automatically loaded onto a SPE $C_{18}$ 100-mg column. The column is washed with different solvents, then eluted with 0.5 ml of methanol. After evaporation of the eluted fraction, the residue is reconstituted in 0.25 ml of eluent mixture. An aliquot is injected onto the HPLC column, a Chiralpak AS, equilibrated with an eluent mixture constituted by $n$-hexane–ethanol, (67:33, v/v) containing 0.2% (v/v) of diethylamine (DEA) or $n$-heptane–ethanol, (70:29.8, v/v) containing 0.2% of DEA and connected to a UV detector set at 280 nm or to a fluorimetric detector set at $\lambda_{ex}=280$ nm and $\lambda_{em}=370$ nm. The limit of quantitation (LOQ) in human plasma is 2.5 ng ml$^{-1}$ for both $S$-(−)- and $R$-(+)-amisulpride isomers with both detection methods. The method has been demonstrated to be linear in the range 2.5–320 ng ml$^{-1}$ for both $R$-(+)- and $S$-(−)-amisulpride in human plasma with both UV and fluorescence detection. Absolute recovery of $S$-(−)- and $R$-(+)-amisulpride enantiomers from human plasma, as well as selectivity, precision and accuracy have been demonstrated to be satisfactory for pharmacokinetics in man and equivalent for both the proposed methods that have been cross-validated on real dosed human plasma samples. The methods have been used for clinical pharmacokinetic studies allowing pharmacokinetic parameters for amisulpride enantiomers in agreement with those obtained for the racemate to be obtained. After dilution with water, urinary samples from subjects treated with amisulpride racemate can be analysed according to the method used for plasma.

*Keywords:* Enantiomer separation; Amisulpride; Benzamide derivative

---

*Corresponding author.

0378-4347/96/$15.00   © 1996 Elsevier Science B.V. All rights reserved
*SSDI* 0378-4347(95)00418-1

QUESTMS-00000704

96                                    V. Ascalone et al. / J. Chromatogr. B 676 (1996) 95–105

## 1. Introduction

In the last few years the interest in stereoselective separation of the enantiomers of synthetic drugs has grown continuously [1]. Several articles published in the past decade have strongly indicated that it is imprudent to blithely ignore the consequences of chirality in the metabolism, pharmacokinetics, pharmacodynamics, or toxicity of drugs administered as racemates [2–7].

The pharmacodynamic and pharmacokinetic properties of drug enantiomers have been known for many years, however, only recently have they been considered adequately by both the regulatory authorities and the pharmaceutical industry [8,9]. Such a strong interest in drug chirality has been stimulated and fed by recent progress in analytical methodology in the chromatographic area that has allowed the determination of the enantiomers of a racemic mixture in biological samples [10–13]. Amisulpride is an orthomethoxy benzamide compound with a chemical structure related to two well-known benzamide compounds: sulpiride and sultopride. The pharmacological activity of amisulpride is similar to that of sulpiride with, in addition, more pronounced bipolarity of action found in animals [14]. The compound contains one chiral center (Fig. 1).

A method for the determination of amisulpride optical isomers in human plasma has already been developed [15], based on the separation of the $R$-$(+)$- and $S$-$(-)$-enantiomers on a chiral AGP column. The separation is achieved only in the pH range 7.5–8.5, being improved at mildly alkaline conditions. However, under these conditions, the stability of the packing material is very crucial and the performance of the column decreases dramatically with use.

In addition, the inter-reproducibility of the AGP columns is low for such compounds under the reported conditions; when a new column replaces an exhausted one, it is necessary to modify the eluent composition in order to have acceptable retention times for amisulpride enantiomers and the internal standard. For all these reasons we have investigated other analytical possibilities. Here a new stereoselective HPLC method for the determination of the enantiomers of amisulpride is presented.



Fig. 1. Chemical structures of amisulpride and internal standards (tiapride and metoclopramide); * asymmetric carbon.

## 2. Experimental

### 2.1. Chemicals and reagents

Amisulpride racemate (as base): $(R,S)$-$(\pm)$-4-amino-N-[(1-ethylpyrrolidin-2-yl)methyl]-5-ethylsul-

Joint Appendix 1221

QUESTMS-00000705



Fig. 2. Scheme of SPE procedure for amisulpride from human plasma.

phonyl-2-methoxybenzamide; tiapride: N-(diethyl-aminoethyl) - 2 - methoxy - 5 - (methylsulphonyl)benz-amide, and metoclopramide: 4-amino-5-chloro-N-[(2-diethylamino)ethyl]-2-methoxybenzamide (as hydrochloride), both used as internal standards, $R$-(+)- and $S$-(−)-amisulpride enantiomers (both as phosphate) were obtained from Synthélabo Recherche, Chemical Development Department, Paris (France) (see Fig. 1 for structures).

All reagents used were analytical grade or better and were purchased from Merck (Darmstadt, Germany), all solvents were LC grade and were purchased from Merck. Pure water was obtained from deionized water (Milli Ro plus) and next purified on a Milli Q4 system (Millipore, Bedford, MA, USA). 0.1 $M$ sodium hydroxide solution was prepared from 58.01 g of pure sodium hydroxide that was dissoved and diluted to one litre with pure water to give 1 $M$ solution, then 100 ml were diluted to one litre in order to obtain a 0.1 $M$ solution.

Potassium dihydrogen phosphate (1 $M$) was prepared from 136.1 g of pure potassium dihydrogen phosphate and diluted to one litre with pure water.

The borate buffer (pH 9) 0.073 $M$ was prepared from 6.18 g of boric acid and 7.46 g of potassium chloride, dissolved in one litre of pure water, then 500 ml of this solution were adjusted at pH 9 with about 185 ml of 0.1 $M$ NaOH.

### 2.2. Standard solutions

The standard solutions of the amisulpride racemate were used for daily calibration: stock solutions (1 mg/ml) were prepared in methanol. Standard solutions were obtained from stock solutions by dilution with methanol (Table 1) and used for the preparation of plasma standards.

### 2.3. Chromatographic system

The chromatographic system consisted of a double piston pump Spectra Series 200 (Thermo Separation Product, San Jose, CA, USA), a UV detector model UV-975 (Jasco, Tokyo, Japan) set at 280 nm wavelength, an automatic sample injector Promis (Spark Holland, Emmen, Netherlands), an analytical column Chiralpak AS (amylose carbamate coated on silicagel), 25×0.46 cm I.D. (J.T. Baker, Deventer, Netherlands), a guard column, 2×0.46 cm I.D., filled with Pelliguard Si 40 μm (Supelco, Bellefonte, PA, USA) and an integrator

Model Chromjet SP 4400 (Thermo Separation Products). The eluent mixture was constituted by *n*-hexane and ethanol (67:33, v/v) containing 0.2%

Table 1
Methanolic standard solutions used for daily calibration

| Standard solution | Amisulpride (racemate) ng/20 μl) | Tiapride (I.S.) (ng/20 μl) |
|---|---|---|
| A | 640 | – |
| B | 320 | – |
| C | 160 | – |
| D | 40 | – |
| E | 10 | – |
| F | 5 | – |
| G | – | 200 |

QUESTMS-00000706

98          V. Ascalone et al. / J. Chromatogr. B 676 (1996) 95–105

(v/v) of diethylamine (DEA), which was pumped through the column at flow-rate of 0.5 ml min$^{-1}$. Since the chromatographic separations performed with such an eluent are very sensitive to laboratory temperature variations, the mobile phase reservoir and the chromatographic column were thermostated at 28°C and 25°C, respectively, in order to guarantee the reproducibility of the retention times of the compounds of interest. The volume that was automatically injected was 0.1 ml. Under these conditions, the retention times were about 12 min for S-(−)- amisulpride, 13 min for R-(+)- amisulpride and 16 min for tiapride (internal standard). The chromatographic identification of each enantiomer was performed by injecting each single enantiomer.

### 2.4. SPE and ASPEC system

Disposable solid-phase extraction (SPE) columns were $C_{18}$ type, Isolute MF $C_{18}$, 100 mg, (International Sorbent Technology, Glamorgan, UK); the activation of the columns as well as the whole sample preparation and manipulations were done automatically by an ASPEC apparatus (Gilson Biolabo, Milan, Italy) with software comprising several pre-stored programs for sample preparation.

### 2.5. Sample preparation

Aliquots (20 $\mu$l) of standard methanolic solutions were added to 1 ml of pre-dose plasma samples; 20 $\mu$l of internal standard, tiapride, (200 ng) were added to all the samples [standards, quality control samples ($QC_s$) and unknowns] which were then diluted with 1 ml of borate buffer (pH 9) and vortex-mixed. A 2-ml volume of the diluted samples was loaded onto the activated SPE columns and automatically processed by the ASPEC apparatus according to the procedure depicted in Fig. 2.

The eluents were collected from the columns and evaporated to dryness and then the residues were reconstituted with 0.25 ml of the eluent mixture. The samples were vortex-mixed and 100-$\mu$l aliquots were automatically injected onto the chromatographic column.

### 2.6. Quantitative determination

Peak-height ratio of amisulpride enantiomer R-(+)- or S-(−)-amisulpride/internal standard, obtained from human plasma standards plotted versus the nominal concentration of R-(+)- or S-(−)-enantiomers, are used to generate the linear least squares regression line.

The concentrations of R-(+)- or S-(−)-amisulpride in the unknown specimens were obtained by interpolation from the calibration equation using the peak-height ratios of R-(+)- or S-(−)-amisulpride/ internal standard, obtained from unknown specimens. All the operations and calibrations were automatically performed on a Chromjet integrator.

### 2.7. Use of fluorescence detection

Some minor modifications of the method have been performed in order to also allow the use of fluorimetric detection which in some pre-dose plasma samples was demonstrated to be more selective than UV detection. These modifications are as follows: the use of a fluorimetric detector (Jasco model 821-FP), set at 280 and 370 nm of $\lambda_{ex}$ and $\lambda_{em}$ respectively, a new internal standard metoclopramide (800 ng) replacing the non-fluorescent tiapride and a slight modification of the eluent mixture constituted by n-heptane–diethylamine–ethanol (70:0.2:29.8, v/v), required to achieve the complete chromatographic separation between the new internal standard and the S-(−)-enantiomer of amisulpride. The mobile phase reservoir and the column were thermostated at 34°C and 28°C, respectively.

## 3. Results

### 3.1. Stability

The stability of amisulpride enantiomers in methanol and in human plasma, at both ordinary laboratory conditions and 37°C were investigated, as well as stability in human plasma after two freezing-thawing cycles and in human plasma diluted with borate buffer pH 9 (pre-conditions for the automatic SPE process). Stability of the analyte was found to be

QUESTMS-00000707

*V. Ascalone et al. / J. Chromatogr. B 676 (1996) 95–105*                    99

satisfactory in all conditions. The stability of both amisulpride enantiomers and the internal standards (tiapride and metoclopramide) were investigated and found satisfactory in the HPLC injection solvent for 24 h under the ordinary pre-injection laboratory conditions.

### 3.2. Absolute recovery

The absolute recovery of amisulpride and internal standards (tiapride or metoclopramide) was evaluated from pre-dose plasma samples. Amisulpride was added to pre-dose plasma and processed according to the method described, the internal standard was added to the final residue just before reconstitution with injection solvent. Absolute recovery (%) of amisulpride was calculated from the amisulpride/internal standard peak-height ratio in the chromatogram of the plasma sample divided by the amisulpride/internal standard peak-height ratio in the chromatogram of a synthetic solution. The absolute recovery of internal standard was calculated in the same way, by using amisulpride as internal standard for quantitative calculations. The mean overall absolute recovery of amisulpride obtained from $QC_s$ (at 5 and 80 ng ml$^{-1}$, respectively) was about 80% ($n=6$), the mean recoveries of both tiapride (at 200 ng ml$^{-1}$) and metoclopramide (at 800 ng ml$^{-1}$) were about 77%.

### 3.3. Selectivity

Several pre-dose human plasma samples from different subjects were tested for the absence of interfering compounds. Use of either the UV or fluorimetric method guaranteed the highest selectivity (Fig. 3a and Fig. 4a).

### 3.4. Linearity

A linear correlation between peak-height ratio of each amisulpride enantiomer and internal standard (tiapride or metoclopramide) versus the concentration of each enantiomer was found in the range 2.5–320 ng ml$^{-1}$ (at six levels) for each enantiomer; Fig. 3c and Fig. 4c show typical chromatograms of the linearity curve. The equation of the curve,

obtained by weighted linear regression ($1/y$), was $y=22.8x+0.28$ and $y=25.8x+0.41$ for the $S$-($-$)- and $R$-($+$)-enantiomer, respectively, by using the UV method. The equation of the curve, obtained by weighted linear regression ($1/y$), was $y=76.15x+0.06$ and $y=86.43x-0.02$ for $S$-($-$)- and $R$-($+$)-enantiomer respectively, by using the fluorimetric method.

### 3.5. Limit of quantitation

The limit of quantitation (LOQ) for each amisulpride enantiomer in human plasma, with either the UV or the fluorimetric methods, was 2.5 ng ml$^{-1}$ (Fig. 3b and Fig. 4b). The mean coefficient of variation (C.V.) at LOQ, in human plasma samples, processed on the same day, showed a value ca. $\pm5\%$ ($n=4$) and ca. $\pm2.3\%$ ($n=6$) for both the enantiomers by using the UV and fluorimetric method, respectively.

### 3.6. Precision and accuracy

Intra-day precision and accuracy of the UV method were evaluated by analysing $QC_s$ in human plasma at concentrations of 7.5 and 30 ng ml$^{-1}$ of each amisulpride enantiomer. The mean overall accuracy was ca. 100% and the mean overall C.V. was ca. $\pm4\%$ ($n=5$) for both enantiomers. When inter-day precision was evaluated from the slope of the calibration curves over a one-month period, the mean slope showed a C.V. of ca. $\pm5.7\%$ ($n=10$) for both amisulpride enantiomers. Inter-day precision and accuracy of the fluorimetric method were evaluated over a one-month period by analysing QC samples in human plasma at concentrations of 10, 50 and 250 ng ml$^{-1}$ for each amisulpride enantiomer. The mean overall accuracy was 92%, and the mean overall C.V. was ca. $\pm8\%$ ($n=26$) for $S$-($-$)-enantiomer, the mean overall accuracy was 93% and the mean overall C.V. was ca. $\pm8\%$ ($n=26$) for $R$-($+$)-enantiomer. During the same period the mean slope of the calibration equations ($n=15$) showed a C.V. of ca. $\pm7\%$ for the $S$-($-$)-enantiomer and $\pm9\%$ for the $R$-($+$)-enantiomer.

QUESTMS-00000708



Fig. 3. (a) Chromatogram of pre-dose plasma analysed according to UV method; $S(-)$=amisulpride $S$-$(-)$-enantiomer, $R(+)$=amisulpride $R$-$(+)$-enantiomer, I.S.I=tiapride, internal standard. (b) Chromatogram of LOQ (2.5 ng ml$^{-1}$ for each enantiomer) in human plasma, UV method. (c) Chromatogram of plasma standard (50 ng ml$^{-1}$ for each enantiomer), UV method. (d) Chromatogram of a plasma sample from a healthy volunteer treated by i.v. infusion with 50 mg of amisulpride racemate; UV method, sample collected 1.75 h after the end of infusion. Concentrations found: $S$-$(-)$-enantiomer, 74.3 ng ml$^{-1}$; $R$-$(+)$-enantiomer, 62.2 ng ml$^{-1}$.

### 3.7. Cross-validation between UV and fluorescence methods

The two detection methods were cross-validated by analysing some unknown plasma samples ($n=26$) obtained from a clinical pharmacokinetic study. An acceptable agreement was found between the two methods as shown from the linear correlation coefficient ($r$) (Fig. 5a and b). Concerning the selectivity, usually the fluorimetric method gives rise to cleaner chromatograms than the UV one, where non-fluorescent unknown peaks not affecting the quantitation are detected after the internal standard. However, in several plasma samples obtained from subjects treated either orally or by the intravenous (i.v.) route

with amisulpride racemate (50 mg), some unknown substances (not present in pre-dose and in the latest collected samples) co-eluted with $S$-$(-)$-amisulpride enantiomer peak detected fluorimetrically, thus affecting its quantitation. In such a case, the UV method can allow a better resolution and quantitation of the $S$-$(-)$-enantiomer (Fig. 5a–d).

### 3.8. Application of the fluorimetric method to human urine samples

Both the described UV and fluorimetric methods could be suitable for the determination of $S$-$(-)$- and $R$-$(+)$-amisulpride enantiomers in urine samples. However, only the fluorimetric method was used by

QUESTMS-00000709



Fig. 4. (a) Chromatogram of pre-dose plasma analysed according to the fluorimetric method; $S(-)$=amisulpride $S$-$(-)$-enantiomer, $R(+)$=amisulpride $R$-$(+)$-enantiomer, I.S.2=metoclopramide, internal standard. (b) Chromatogram of LOQ (2.5 ng ml$^{-1}$ for each enantiomer) in human plasma, fluorimetric method. (c) Chromatogram of a plasma standard (50 ng ml$^{-1}$ for each enantiomer), fluorimetric method. (d) Chromatogram of an unknown plasma sample from a healthy volunteer treated by i.v. infusion with 50 mg of amisulpride racemate; fluorimetric method, sample collected 2 h after the end of infusion. Concentrations found: $S$-$(-)$-enantiomer, 69.4 ng ml$^{-1}$; $R$-$(+)$-enantiomer, 55.7 ng ml$^{-1}$.

diluting 1 ml of urine and 40 μg of metoclopramide with 25 ml of water and then processing 1 ml according to the described method. The stability of amisulpride enantiomers and metoclopramide in urine under conditions similar to those observed for plasma (see Section 3.1.) was found satisfactory.

The absolute recovery of amisulpride enantiomers and internal standard from human urine is similar to that observed in plasma. Concerning the selectivity, several pre-dose human urinary samples from different subjects were tested for the absence of interfering compounds. In no case were chromatographic interferences found at the retention times of $S$-$(-)$- and $R$-$(+)$-amisulpride enantiomers and internal standard (Fig. 6a). Linearity between the peak height ratio of

each amisulpride enantiomer and internal standard and the concentration of each enantiomer was assessed in the range 0.05–25 μg ml$^{-1}$ by means of weighted linear regression ($1/y$) at six levels. The mean regression equations were $y=3.61x+0.0004$ and $y=4.10x-0.0001$ ($n=4$), obtained on four different days) for $S$-$(-)$- and $R$-$(+)$-enantiomers, respectively.

LOQ of each enantiomer in human urine was 50 ng ml$^{-1}$ (Fig. 6b). Accuracy and precision were evaluated from urinary QCs (at 0.2, 5 and 20 μg ml$^{-1}$) analysed in duplicate on four different days. Mean overall accuracy ($n=24$) was 97% and 99% for $S$-$(-)$- and $R$-$(+)$-enantiomers respectively, and mean overall C.V. ($n=24$) was ±5.4% and ±4.4%

QUESTMS-00000710



102                          V. Ascalone et al. / J. Chromatogr. B 676 (1996) 95–105



Fig. 5. (a) Chromatogram of a plasma sample from a healthy volunteer treated orally with 50 mg of amisulpride racemate; fluorimetric method, sample collected 6 h after drug intake. The quantitation of $S(-)$ is affected by a coeluted interference. (b) Sample shown in (a) analysed with the UV method. Concentrations found: $S$-(−)-enantiomer, 14 ng ml$^{-1}$; $R$-(+)-enantiomer, 6 ng ml$^{-1}$. (c) Chromatogram of a plasma sample from a healthy volunteer treated by i.v. infusion with 50 mg of amisulpride racemate; fluorimetric method, sample collected 12 h after the end of infusion. The quantitation of $S(-)$ is affected by a coeluted interference. (d) Sample of (c) analysed with the UV method. Concentrations found: $S$-(−)-enantiomer, 11.2 ng ml$^{-1}$; $R$-(+)-enantiomer, 4.1 ng ml$^{-1}$.

for $S$-(−)- and $R$-(+)-enantiomers, respectively. An example of a chromatogram of a 5-$\mu$g ml$^{-1}$ QC sample is shown in Fig. 6c.

### 3.9. Application to pharmacokinetics

The reported methods have been used for the determination of amisulpride enantiomers in plasma and urine samples of healthy subjects involved in pharmacokinetic studies with amisulpride racemate after various oral doses or after a 50 mg i.v. infusion dose. Representative chromatograms, obtained by UV or fluorimetric methods are shown in Fig. 3d and Fig. 4d. In addition, a chromatogram showing a urine sample is given in Fig. 6d.

The results refer to the plasma levels of racemic amisulpride, obtained by achiral HPLC [16] as well as the corresponding $S$-(−)- and $R$-(+)-enantiomer levels, obtained by the UV method. The comparison between the plasma levels versus time course profile of both the enantiomers and amisulpride racemate show that the pharmacokinetic plasma profile of enantiomers parallels that of racemate (Fig. 8) and the sum of $S$-(−)- and $R$-(+)-enantiomers plasma concentrations is quantitatively similar to racemate plasma concentrations (Fig. 9). In addition, some pharmacokinetic parameters ($T_{max}$, $C_{max}$, $t_{1/2}$ $\beta$, $t_{1/2}$ Abs and AUC) calculated from enantiomer plasma levels showed a good agreement with those obtained from the analysis of the racemic mixture

QUESTMS-00000711

V. Ascalone et al. / J. Chromatogr. B 676 (1996) 95–105

103



Fig. 6. (a) Chromatogram of pre-dose urine analysed according to fluorimetric method; $S(-)$=amisulpride $S$-(−)-enantiomer, $R(+)$= amisulpride $R$-(+)-enantiomer, I.S.2=metoclopramide, internal standard. (b) Chromatogram of LOQ (50 ng ml$^{-1}$ for each enantiomer) in human urine. (c) Chromatogram of a urine standard (50 $\mu$g ml$^{-1}$ for each enantiomer). (d) Chromatogram of a urine sample from a healthy volunteer treated orally with 50 mg of amisulpride racemate; 12–24 h fraction. Concentrations found: $S$-(−)-enantiomer, 3.7 $\mu$g ml$^{-1}$, $R$-(−)-enantiomer, 1.9 $\mu$g ml$^{-1}$.

(Table 2). Higher $C_{max}$ and AUC values for the $S$-(−)-enantiomer in comparison with $R$-(+), suggest that there is a slight difference in drug disposition between the $S$-(−) and $R$-(+) enantiomers. This does not influence the elimination rate constant of amisulpride as a racemate or as an enantiomer.

Concerning the urinary levels of both enantiomers, the amounts excreted at different time intervals, showed a good agreement between the values obtained from racemate measurements as well as those obtained from the sum of enantiomers (Fig. 10).

## 4. Discussion

Several types of chiral packings were tested and found unsuitable for the chromatographic resolution of $R$-(+)- and $S$-(−)-enantiomers of amisulpride.

Chiral AGP with a phosphate buffer eluent at pH between 7.5–8.5 allowed a satisfactory separation of the enantiomers, but the weak alkaline condition (essential for the resolution) caused a rapid degradation of the column after just 100–150 injections. This type of column in addition, at the mentioned conditions, showed a dramatic variability in the retention times of the substances under study due to poor inter-column reproducibility. Another protein (ovomucoid) bonded to silica phase, Ultron, used in a pH range between 3 and 8 did not give satisfactory results, as well as an immobilized $\beta$-cyclodextrin phase or $\beta$-cyclodextrin used as chiral selector on different packings ($C_8$, $C_{18}$, CN, Hypercarb) utilized according to manufacturer's suggestions.

Changing strategy, by moving to normal-phase stereoselective chromatography, Chiracel OD was tried with $n$-hexane-ethanol (90:10, v/v) as eluent in

QUESTMS-00000712

*V. Ascalone et al. / J. Chromatogr. B 676 (1996) 95–105*

S-(–) amisulpride



R-(+) amisulpride



Fig. 7. (a) Correlation between UV and fluorimetric determinations, for $S(-)$ amisulpride enantiomer, performed on plasma samples ($n=26$) from a subject treated by i.v. infusion and oral administration of 50 mg of amisulpride racemate. $y=0.9648x-0.691$, $r=0.9989$ (24 *df* ), ($p<0.001$). (b) Correlation between UV and fluorimetric determinations, for $R(+)$ amisulpride enantiomer, performed on plasma samples ($n=26$) from a subject treated by i.v. infusion and oral administration of 50 mg of amisulpride racemate. $y=0.9808x-0.055$, $r=0.9993$ (24 *df* ). ($p<0.001$).

the presence of 0.1% of DEA. Under these conditions a separation between the $R$-$(+)$- and $S$-$(-)$- enantiomers of amisulpride was achieved. However, the retention times of the substances were over 70 min and different attempts to shorten the chromatography time resulted in diminished resolution.

Finally the choice of a Chiralpak AS packing, an amilose derivative coated on silica gel, permitted us to obtain a nice separation in a short time. The manufacturer's recommendations to avoid the use of strong solvents such as water, acetonitrile, methanol,



Fig. 8. Mean plasma concentration–time course plot of $S$-$(-)$-, $R$-$(+)$-amisulpride enantiomers and amisulpride racemate (RAC) in eight healthy volunteers treated orally with 100 mg of amisulpride racemate. (□) $R(+)$; (∗) $S(-)$; (×) RAC.



Fig. 9. Mean plasma concentration–time course plot of the sum of $S$-$(-)$- and $R$-$(+)$-amisulpride enantiomers ($R+S$) and amisulpride racemate (RAC) in eight healthy volunteers treated orally with 100 mg of amisulpride racemate. (□) $R+S$; (∗) RAC.

were strictly observed. The Chiralpak column has been utilized for more than 2000 injections of plasma extracts over a total of four months, in different periods, without any loss of its chromatographic efficiency.

The reproducibility of the retention times of the analytes and the internal standard showed a C.V. of ca. 3%, in the period of use, in comparison to the initial conditions of the new column. Another Chiralpak AS column, from a different batch, showed a very similar chromatographic behaviour.

The proposed sample preparation, according to the SPE technique, allowed us to obtain a sample extract that was fully compatible with the chromatographic

QUESTMS-00000713

*V. Ascalone et al. / J. Chromatogr. B 676 (1996) 95–105*

105

Table 2

Mean pharmacokinetic parameters of amisulpride enantiomers and racemate in six healthy volunteers, after a single oral administration of 100 mg of amisulpride racemate

| Amisulpride | $t_{1/2}$ Abs (h) | $t_{1/2}$ Elim (h) | $AUC_{0-48}$ (ng h ml$^{-1}$) | $C_{max}$ (ng ml$^{-1}$) | $T_{max}$ (h) |
|---|---|---|---|---|---|
| $S$-(−)- | 1.1 | 14.4 | 951.0 | 67.1 | 4.0 |
| $R$-(+)- | 0.9 | 14.1 | 698.5 | 58.4 | 4.0 |
| $\sum$(−)(+) | 1.0 | 14.3 | 1649.8 | 125.4 | 4.0 |
| RAC$^a$ | 0.3 | 14.1 | 1748.6 | 135.8 | 4.0 |

$^a$ RAC=amisulpride racemate.

conditions of the method. Indeed, the high content of *n*-hexane in the mobile phase allowed the column to be always free from lipids that could otherwise have accumulated on the top of the column.

The possibility of using either the UV method or the fluorimetric one for dosed plasma samples allows great improvement in the selectivity of the method and to face interference problems that can originate from different sources: endogenous compounds whose in vivo concentrations are influenced by drug administration, unknown metabolites, food, extralaboratory or inlaboratory contamination.

The cross-validation, performed on real ex in vivo samples points out that the UV and fluorimetric method are equivalent. Such a possibility of choice has been extremely useful to us in the case of an interference peak affecting the fluorimetric quantitation of $S$-(−)-amisulpride enantiomer in several dosed plasma samples which, inexplicably, belonged to a set of samples (from specific subjects) not showing such an interference under UV conditions (Fig. 5a–d).

Urine samples can be easily analysed, after dilution, with the same method used for plasma. Plasma samples previously analysed for amisulpride racemate, when re-analysed for $S$-(−)- and $R$-(+)-en-

antiomers with the chiral UV method, provided an optimal agreement between amisulpride plasma levels as racemate and as sum of enantiomers. This test is usually considered very important to validate the data obtained from in vivo samples obtained with a stereospecific analytical method.

## Acknowledgments

We wish to thank Dr. A. Rouchouse of Synthélabo Recherche (Paris) for providing us information on the possibility of using the fluorimetric method as an alternative to the UV method.

## References

[1] A.J. Hutt, Anal. Proc., 28 (1991) 183.

[2] N.R. Srinivas, J.W. Hubbard, D. Quinn and K.K. Midha, Clin. Pharmacol. Ther., 52 (1992) 561.

[3] E.J. Ariens, Eur. J. Clin. Pharmacol., 26 (1984) 663.

[4] J. Caldwell, S.M. Winter and A.J. Hutt, Xenobiotica, 10 (1988) 59.

[5] D.E. Drayer, Ther. Drug Monitor., 10 (1988) 1.

[6] J.W. Hubbard, D. Ganes, H.K. Lim and K.K. Midha, Clin. Biochem., 19 (1986) 107.

[7] F. Jamali, R. Mehvar and F.M. Pasutto, J. Pharm. Sci., 78 (1989) 695.

[8] E.J. Ariens, Eur. J. Drug Metab. Pharmacokinet., 13 (1988) 307.

[9] J. Gal, Clin. Pharmacol. Ther., 44 (1988) 251.

[10] J.K. Nicholson, M.J. Buckingham and P.J. Sadler, Biochem. J., 211 (1983) 605.

[11] S.C. Connor, J.E. Everett and J.K. Nicholson, Biochem. J., 217 (1984) 365.

[12] S.C. Connor, J.E. Everett and J.K. Nicholson, Magn. Reson. Med., 4 (1987) 461.

[13] D.R. Rutledge and C. Garrick, J. Chromatogr., 497 (1989) 181.

[14] M.C. Maubrey, C. Jaquot and J. Goridec, Amisulpride, Expansion Scientifique Francaise, Paris, 1989, p.3.

[15] A. Walhagen and L.E. Edholm, Chromatographia, 32 (5/6) (1991) 215.

[16] Data on file, Synthélabo Recherche (L.E.R.S.).



Fig. 10. Urinary amount excretion ($\mu$g) of amisulpride as $S$-(−)-enantiomer, $R$-(+)-enantiomer, $R+S$ enantiomers and racemate (RAC) vs. time, in a subject treated with 50 mg of a single i.v. infusion of amisulpride racemate.

QUESTMS-00000714

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | *Complete if Known* | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(use as many sheets as necessary)* | | Application Number | 11/386,215 |
| | | Filing Date | 3/21/2006 |
| | | First Named Inventor | Nigel Clarke |
| | | Art Unit | 1797 |
| | | Examiner Name | Monique T. Cole |
| Sheet | 1 | of | 1 | Attorney Docket Number | 034827-3603 |

| NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
| | A1 | Coldwell et al., Measurement of Vitamins D2 and D3 and Seven Major Metabolites in a Single Sample of Human Plasma Using Gas Chromatography/Mass Spectrometry, Biomedical and Environmental Mass Spectrometry, 16:81-85 (1988). | |
| | A2 | Office Action dated 09/29/2009 for EP Application No. 06749272.8 (034827-3605) | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

DLMR_751495.1

QUESTMS-00000715



European Patent Office
80298 MUNICH
GERMANY
Tel. +49 89 2399 0
Fax: +49 89 2399 4465

**Formalities Officer**
Name: Grundner, Daniela
Tel. +49 89 2399 - 7985
or call
+31 (0)70 340 45 00

**Substantive Examiner**
Name: Lindberg, Pia
Tel. +49 89 2399 - 7169



Viering, Jentschura & Partner
Postfach 22 14 43
80504 München
ALLEMAGNE

| Application No. | Ref. | Date |
|---|---|---|
| 06 749 272.8 - 2404 | 36748 | 29.09.2009 |

| Applicant |
|---|
| Quest Diagnostics Investments Incorporated |

**Communication pursuant to Article 94(3) EPC**

The examination of the above-identified application has revealed that it does not meet the requirements of the European Patent Convention for the reasons enclosed herewith. If the deficiencies indicated are not rectified the application may be refused pursuant to Article 97(2) EPC.

You are invited to file your observations and insofar as the deficiencies are such as to be rectifiable, to correct the indicated deficiencies within a period

**of   4   months**

from the notification of this communication, this period being computed in accordance with Rules 126(2) and 131(2) and (4) EPC. One set of amendments to the description, claims and drawings is to be filed within the said period on separate sheets (R. 50(1) EPC).

**Failure to comply with this invitation in due time will result in the application being deemed to be withdrawn (Art. 94(4) EPC).**



Lindberg, Pia
Primary Examiner
**For the Examining Division**

Enclosure(s):    3  page/s reasons (Form 2906)

**Registered Letter**
EPO Form 2001  12.07CSX

QUESTMS-00000716

| Datum<br>Date<br>Date | 29.09.2009 | Blatt<br>Sheet<br>Feuille | 1 | Anmelde-Nr.:<br>Application No.:<br>Demande n°. | 06 749 272.8 |

The examination is being carried out on the **following application documents**:

**Description, Pages**

1-31                    as published

**Claims, Numbers**

1-24                    received on 20.04.2009 with letter of 17.04.2009

**Drawings, Sheets**

1/4-4/4                as published

Reference is made to the following documents; the numbering will be adhered to in the rest of the procedure:

D1:   TSUGAWA N ET AL: "DETERMINATION OF 25-HYDROXYVITAMIN D IN HUMAN PLASMA USING HIGH-PERFORMANCE LIQUID CHROMATOGRAPHY-TANDEM MASS SPECTROMETRY" ANALYTICAL CHEMISTRY, AMERICAN CHEMICAL SOCIETY. COLUMBUS, US, [Online] vol. 77, 2 April 2005 (2005-04-02), pages 3001-3007, XP008075265 ISSN: 0003-2700

D4:   WATSON D ET AL: "ANALYSIS OF VITAMIN D AND ITS METABOLITES USING THERMOSPRAY LIQUID CHROMATOGRAPHY/MASS SPECTROMETRY" BIOMEDICAL CHROMATOGRAPHY, vol. 5, 1 January 1991 (1991-01-01), pages 153-160, XP008075295

**1. Art. 123(2) EPC and 84 EPC**

1.1   The amended claims set filed with the letter of 17.4.2009 fulfils the requirements of Art. 123(2) EPC.

1.2   However, based on the amendments made, the following clarity objection rises;

New claim 16 (original claim 18) was amended to refer to the determination of the presence or amount of 25-hydroxyvitamin $D_2$ and 25-hydroxyvitamin $D_3$, the original claim claiming the detection of "two or more vitamin D metabolites". Since claim 16 now refers to the detection of two vitamin D metabolites, the subject-matter of the new claim

EPA Form 2906 12.07CSX

QUESTMS-00000717

| Datum Date Date | 29.09.2009 | Blatt Sheet Feuille | 2 | Anmelde-Nr.: Application No.: Demande n°. | 06 749 272.8 |

21 should be equally adapted to"..*wherein said sample or said* <u>*two*</u> *vitamin D metabolites*.." (instead of "two <u>or more</u> vitamin D metabolites"), Art. 84 EPC.

1.3 Moreover new claim 23 defines that the "..*one or more fragment ions for 25-hydroxyvitamin* $D_3$ *comprise an ion with a m/z of about 383.16*". However, the m/z 383.16 refers to the<u> precursor ion</u> m/z of 25-hydroxyvitamin $D_3$, not to the <u>fragment ion</u> m/z, Art. 84 EPC.

## 2. Novelty and Inventive step

2.1 The Applicant argued that the inventiveness of the present application would rely on the application of protonated and <u>dehydrated</u> precursor ions in the method. This would lead to a highly sensitive and specific detection method without detectable cross-reactivity. The linear detection range for the method is given as 4-512ng/ml. Furthermore the Applicant argued that the method of D1 lacks information about cross-reactivity and would have a narrower linear range.

2.2 The Examining Division disagrees with the arguments provided by the Applicant. Document D1 discloses, as previously communicated, a method for determining in a single assay 25-hydroxyvitamin $D_2$ and 25-hydroxyvitamin $D_3$ in a human plasma sample by applying HPLC-MS/MS in multiple reaction monitoring mode. The assay detects the precursor/product ion for 25OHD2 (*m/z* 413,4/355,4) and 25OHD3 (*m/z* 401,4/257,0), the *m/z* representing the protonated and hydrated precursor vitamin D metabolite ions. Furthermore D1 states on page 3005, right-hand column, that no cross-reactivity with deuterated 25-OH-D3 could be observed and that the correlation coefficients of the calibration curves for 25-OH-D3 and 25-OH-D2 were 0,9997 and 1,000, respectively. It cannot be concluded that the method of the application would have a broader linear range compared to the method of D1, just because D1 discloses results only from a range of 25-100ng/ml. The method of D1 may equally be linear in the range of 4-512ng/ml.

The only real difference between the disclosure of D1 and the present application is that the method of the application discloses as precursor ions protonated and dehydrated precursor ions instead of protonated, hydrated precursor ions as in D1.

EPA Form 2906 12.07CSX

QUESTMS-00000718

| Datum Date Date | 29.09.2009 | Blatt Sheet Feuille | 3 | Anmelde-Nr.: Application No.: Demande n°. | 06 749 272.8 |

However, the person skilled in the art is aware of the possibility of measuring hydrated, dehydrated as well as for example ammonium adduct ions in a mass spectrometry system. As already previously noted, the application itself refers to the measurement of protonated and <u>hydrated</u> ions of vitamin D metabolites as an aspect of the invention, see paragraph [0053]. Furthermore document D4 shows the spectrum of 25-OH-D3 obtained by HPLC-MS run disclosing for example both the dehydrated and hydrated precursor ions, see D4 figure 1. The person skilled in the art could select, without any inventive contribution, as a precursor ion the dehydrated ion of 25-OH-D2/D3 for further fragmentation in MS/MS-analysis.

Thus the subject-matter of claims 1-24 is considered, if novel, then at least not inventive over the disclosure of D1 alone, or in combination of D1 with D4, Art. 56 EPC.

## 3. Further remarks

3.1   Should the applicant regard some particular matter as patentable regarding the subject-matter of claims 1-24, new independent claim should be filed which take account of the above comments. The non-obviousness of the claimed subject-matter has to be demonstrated by defining the difference between the claimed subject-matter and the teaching of the prior art. According to this difference, the problem underlying the alleged invention has to be defined and the proposed solution (i.e. the subject-matter of the new claim) has to be demonstrated not to be derivable from the known prior art.

3.2   In order to facilitate the examination of the conformity of the amended application with the requirements of Article 123(2) EPC, the applicant should clearly identify the amendments made, irrespective of whether they concern amendments by addition, replacement or deletion, and indicate the passages of the application as filed on which these amendments are based (see Guidelines E-II, 1).

EPA Form 2906 12.07CSX

QUESTMS-00000719



# Biomedical & Environmental Mass Spectrometry

Proceedings of The International Symposium
on Applied Mass Spectrometry in the
Health Sciences
Barcelona 28–30 September 1987

**1988**          **Volume 16**

BMSYAL 16(1–12) 1–482 (1988)
ISSN 0887–6134



Joint Appendix 1236

QUESTMS-00000720

BIOMEDICAL AND ENVIRONMENTAL MASS SPECTROMETRY, VOL. 16, 81–85 (1988)

# The Measurement of Vitamins $D_2$ and $D_3$ and Seven Major Metabolites in a Single Sample of Human Plasma Using Gas Chromatography/Mass Spectrometry

**Ruth D. Coldwell, D. J. H. Trafford, M. J. Varley and H. L. J. Makin†**
Department of Chemical Pathology, The London Hospital Medical College, London, E1 2AD, UK

**D. N. Kirk**
Department of Chemistry, Queen Mary College, London E1, UK

Selected ion monitoring of vitamin D metabolites has previously been described but there has been only one detailed description of the measurement by gas chromatography/mass spectrometry (GC/MS) of a number of metabolites in a single plasma sample. We describe here a GC/MS method, using stable isotope labelled internal standards, which allows the estimation of vitamins $D_2$ and $D_3$, and their 25-hydroxy, 24,25-dihydroxy and 25,26-dihydroxy metabolites in a single 2 ml sample of plasma, although more is needed for the measurement of 1,25-dihydroxyvitamin $D_3$. Plasma was extracted on Bond Elut $C_{18}$ cartridges and initial fractionation carried out on Sep-Pak SIL. Straight-phase high-performance liquid chromatography was required for separation of poly-hydroxylated metabolites prior to GC/MS using an LKB 2091 mass spectrometer with conventional packed columns. $n$-Butylboronate esters were formed across vicinal hydroxyls, followed by formation of trimethylsilyl ethers using trimethylsilylimidazole. The $[M − 90 − 15]^+$ ion for each compound was monitored. Deuterated internal standards were not available for all metabolites and it was necessary to use $(^2H_3)D_2$ and $(^2H_6)25OHD_2$ as standards for the measurement of $D_2$ and $D_3$, and $25OHD_3$, respectively, and $(^2H_6)24,25(OH)_2D_3$ as a standard for 24,25(OH)$_2D_3$ and 25,26(OH)$_2D_3$. Although the $[M − 90 − 15]^+$ ion of 24,25(OH)$_2$D and 25,26(OH)$_2$D has the same mass:charge ratio, derivatives of these compounds are completely separated in the GC system used. The intra-assay precision for all these assays is usually less than 5%.

## INTRODUCTION

Vitamin D and its metabolites are usually measured by a combination of high-performance liquid chromatography (HPLC) and saturation analysis, using plasma vitamin D binding globulin, intracellular receptors or antibodies as binding proteins. These assays are usually of varying specificity depending upon the degree of purification prior to quantification and the method of quantification used. It is generally accepted that proper evaluation of methodology requires comparison with GC/MS target values obtained by stable isotope dilution methods. A number of GC/MS assays for individual metabolites of vitamin D have been described (reviewed in Ref. 1) but only one has measured more than one metabolite in a single plasma sample.[2] We have developed a number of GC/MS methods for vitamin D metabolites and in this paper we describe a selected ion monitoring (SIM) procedure for the measurement of vitamins $D_2$ and $D_3$ and a number of their hydroxylated metabolites in a single 2 ml plasma sample, although for the estimation of 1,25(OH)$_2D_3$, present in plasma at the lowest concentrations, considerably more plasma is required.

† Author to whom correspondence should be addressed.

0887-6134/88/240081–05 $05.00
© 1988 by John Wiley & Sons, Ltd.

## EXPERIMENTAL

The deuterium-labelled internal standards used in the method described here were either chemically synthesized[3] or, in the case of $(^2H_6)1,25(OH)_2D_3$, produced *in vitro* from vitamin D-deficient chick kidney homogenates incubated with $(^2H_6)25OHD_3$. All internal standards were labelled on $C_{26}$ and $C_{27}$, except for $(^2H_3)24,25(OH)_2D_2$, which was labelled on $C_{28}$. Flow diagrams outlining the experimental procedure used are shown in Schemes 1 and 2. All the investigations described in this paper have been carried out using a single focusing magnetic sector machine (LKB 2091), using electron impact (EI) (+) ionization and conventional packed GC columns.

### Extraction

Deuterium-labelled internal standards (50 ng $(^2H_6)D_3$, 100 ng $(^2H_6)25OHD_3$, 50 ng $(^2H_3)24,25(OH)_2D_2$, 50 ng $(^2H_6)24,25(OH)_2D_3$, 50 ng $(^2H_6)25,26(OH)_2D_3$ and 2 ng $(^2H_6)1,25(OH)_2D_3$) were added to the plasma sample and equilibrated at room temperature for 10 min. The plasma was extracted with an equal volume of acetonitrile. After centrifugation the supernatant was

QUESTMS-00000721

82                                                    R. D. COLDWELL *ET AL.*



**Scheme 1.** Outline of the solid-phase extraction procedure.

decanted, and the pellet resuspended in a small volume of redistilled ethanol to extract vitamins $D_2$ and $D_3$ from the protein plug. The ethanol extract was collected after centrifugation and the procedure was repeated. The acetonitrile and ethanol extracts were diluted with phosphate buffer, pH 10, and applied to separate, pre-washed Bond-Elut $C_{18}$ cartridges. After washing with 60% methanol:40% water, vitamin D and metabolites were eluted with 3–5 ml methanol as described elsewhere.[4]

The two methanol extracts were pooled and the solvent removed in a vacuum oven at 37 °C. After redissolving in a small volume of 1% iPrOH:99% hexane, the combined extracts were applied to a Sep-Pak SIL cartridge, prewashed with the same solvent. Stepwise elution with increasing concentration of isopropanol in hexane gives three fractions containing vitamin D, 25-hydroxyvitamin D and polyhydroxylated metabolites.

**Purification**

The three fractions thus obtained were further purified by HPLC. The fraction containing vitamins $D_2$, $D_3$ and $(^2H_6)D_3$ was subjected to reverse-phase HPLC to remove cholesterol and other contaminants, and then to straight-phase HPLC from which a single fraction containing all three compounds was collected.

25OHD is present in plasma in relatively large concentrations and thus the second fraction from Sep-Pak SIL is sufficiently pure to be derivatized and assayed at this stage. However, if GC separation of combined extracts is to be carried out, this fraction requires further purification by straight-phase HPLC using a ternary solvent system.

The fraction eluted from Sep-Pak SIL containing the polyhydroxylated metabolites and their internal standards was further separated into four fractions by straight-phase HPLC. The conditions used allowed

QUESTMS-00000722

**Scheme 2.** Outline of the fractionation procedure used prior to GC/MS.

complete separation of 24,25(OH)$_2$D$_2$ and its internal standard from 24,25(OH)$_2$D$_3$, 25,26(OH)$_2$D$_2$ and ($^2$H$_6$)24,25(OH)$_2$D$_3$, which co-eluted from this system, and these two fractions were collected separately. The third fraction contained 25,26(OH)$_2$D$_3$ and ($^2$H$_3$)25,26(OH)$_2$D$_3$, which were resolved from 1,25(OH)$_2$D$_3$ and its internal standard, which formed the last fraction.

The simultaneous monitoring of more than three ions using the LKB 2091 is difficult. This machine utilizes an electronic system, focusing on the ion of lowest mass and varying the accelerating voltage to focus intermittently on the higher mass ions. Thus it has been necessary to measure each metabolite in a single GC run. The use of a modern mass spectrometer would permit the simultaneous monitoring of the necessary number of fragment ions. This procedure may require selective timing, however, in order to maximize the dwell time on ions from compounds in low concentration to achieve the necessary sensitivity. The use of capillary or megabore columns might be expected to increase the resolution and improve sensitivity, which might be further improved by the use of other derivatives in combination with chemical ionization (CI) and negative ion monitoring.

**Derivatization and assay**

Table 1 shows the derivatives formed and ions monitored for the nine analytes and their internal standards during SIM.

3-Trimethylsilyl ether derivatives of vitamins D$_2$ and D$_3$ and their internal standard could be formed by reaction with a small volume of N,O-bis(trimethylsilyl)trifluoroacetamide (BSTFA) at room temperature. However, more rigorous conditions were necessary to silylate the sterically hindered C$_{25}$ hydroxyl. Derivatives of 25-hydroxylated metabolites were formed either by reaction with N-trimethylsilyl imidazole (TMSI) at 50°C or by addition of BSTFA containing 20% trimethylchlorosilane (TMCS) at 60°C. The latter procedure was less time-consuming but tended to give increased non-specific interference during GC/MS.

Cyclic n-butyl boronate ester derivatives could be formed on the vicinal hydroxyls of the side-chain modified vitamin D metabolites, using n-butyl boronic acid (nBBA) in chloroform,[4,5] followed by trimethylsilylation of the C$_3$ hydroxyl with BSTFA.

Although metabolites were analysed separately as illustrated in Fig. 1, a combined extract of the metabolites could be simply and selectively derivatized by reac-

QUESTMS-00000723

R. D. COLDWELL ET AL.

tion with nBBA followed by trimethylsilylation directly after Sep-Pak SIL. This procedure gives quantitative yields of the expected derivatives. HPLC purification of the vitamin D fraction would still be necessary in order to remove cholesterol from the extract.

Depending on the data-handling capacity of the mass spectrometer in use, a varying number of metabolites can be assayed at once. Careful selection of derivatives and ions to be monitored eliminated contamination from other analytes. Metabolites of identical molecular



$m/z$ 357 ($^2H_6$)D$_3$

$m/z$ 351 D$_3$

$m/z$ 363 D$_2$

$m/z$ 445 ($^2H_6$)25OHD$_3$

$m/z$ 439 25OHD$_3$

$m/z$ 451 25OHD$_2$

$m/z$ 507 ($^2H_6$)1,25(OH)$_2$D$_3$

$m/z$ 501 1,25(OH)$_2$D$_3$

$m/z$ 454 ($^2H_6$)24,25(OH)$_2$D$_3$

$m/z$ 461 24,25(OH)$_2$D$_2$

$m/z$ 455 ($^2H_6$)24,25(OH)$_2$D$_3$

$m/z$ 449 24,25(OH)$_2$D$_3$

$m/z$ 461 25,26(OH)$_2$D$_2$

$m/z$ 454 ($^2H_6$)25,26(OH)$_2$D$_3$

$m/z$ 449 25,26(OH)$_2$D$_3$

**Figure 1.** Selected ion chromatograms of vitamin D$_2$ and vitamin D$_3$ and some of their metabolites. Side chains of underivatized molecules are indicated at the right-hand side of each trace (as are the ions monitored in each channel). Hydroxyls at C$_1$ and C$_3$ are derivatized as trimethylsilyl ethers and C$_{25}$ as a trimethylsilyl ether or as a cyclic n-butyl boronate when a further vicinal hydroxyl is present (i.e. in 24,25- and 25,26-dihydroxy metabolites). * indicates position at which deuterium label is attached.

QUESTMS-0000072

85

Table 1. Details of derivatives and ions monitored during SIM of vitamin D and vitamin D metabolites

| Analyte | Derivative | Ion monitored | |
|---|---|---|---|
| $D_2$ | 3-TMSi | $m/z$ 383 | $[M - 90 - 15]^+$ |
| $D_3$ | 3-TMSi | $m/z$ 351 | $[M - 90 - 15]^+$ |
| $(^2H_3)D_3$ | 3-TMSi | $m/z$ 357 | $[M - 90 - 15]^+$ |
| 25OHD$_3$ | 3,25(TMSi)$_2$ | $m/z$ 451 | $[M - 90 - 15]^+$ |
| 25OHD$_3$ | 3,25(TMSi)$_2$ | $m/z$ 439 | $[M - 90 - 15]^+$ |
| $(^2H_3)$25OHD$_3$ | 3,25(TMSi)$_2$ | $m/z$ 445 | $[M - 90 - 15]^+$ |
| 24,25(OH)$_2$D$_2$ | 24,25-$n$BBA-3-TMSi | $m/z$ 461 | $[M - 90 - 15]^+$ |
| $(^2H_3)$24,25(OH)$_2$D$_2$ | 24,25-$n$BBA-3-TMSi | $m/z$ 464 | $[M - 90 - 15]^+$ |
| 24,26(OH)$_2$D$_2$ | 24,26-$n$BBA-3-TMSi | $m/z$ 449 | $[M - 90 - 15]^+$ |
| 25,26(OH)$_2$D$_2$ | 25,26-$n$BBA-3-TMSi | $m/z$ 461 | $[M - 90 - 15]^+$ |
| $(^2H_3)$24,25(OH)$_2$D$_3$ | 24,25-$n$BBA-3-TMSi | $m/z$ 455 | $[M - 90 - 15]^+$ |
| 25,26(OH)$_2$D$_3$ | 25,26-$n$BBA-3-TMSi | $m/z$ 449 | $[M - 90 - 15]^+$ |
| $(^2H_3)$25,26(OH)$_2$D$_3$ | 25,26-$n$BBA-3-TMSi | $m/z$ 454 | $[M - 90 - 15]^+$ |
| 1,25(OH)$_2$D$_3$ | 1,3,25(TMSi)$_3$ | $m/z$ 501 | $[M - 131]^+$ |
| $(^2H_3)$1,25(OH)$_2$D$_3$ | 1,3,25(TMSi)$_3$ | $m/z$ 507 | $[M - 131]^+$ |

Mass spectra of some of these compounds have been previously published.[2,4,5]

weight (e.g. 24,25(OH)$_2$D$_3$ and 25,26(OH)$_2$D$_3$) could be individually estimated as they are completely separated under the GC conditions used. A typical profile of the SIM of standard vitamin D metabolites and their internal standards is illustrated in Fig. 1. Fewer internal standards would be needed for a combined analysis than the number shown in Fig. 1.

## DISCUSSION

The stable isotope dilution SIM profile of vitamin D and some of its metabolites described here is based upon methods which have been developed for individual metabolites as definitive reference procedures.[2,4,5]

Upon injection onto the gas chromatograph at temperatures greater than 125 °C, vitamin D gives rise to two peaks as a result of thermal cyclization of the B ring. The peak height ratio of the two peaks is constant for all metabolite or derivatives and is approximately 2:1 (pyro:isopyro). In this assay the pyro peaks of internal standard and metabolite were used for quantification. This inevitably results in a reduction in the potential assay sensitivity. However, the treatment of vitamin D and metabolites other than those hydroxylated on the C$_1$ position with acidic reagents leads to the formation of isotachysterol isomers, which run as single peaks on the gas chromatogram. The improved sensitivity produced by this reaction has been exploited in the assay of certain metabolites,[3] but isotachysterol formation was not carried out in the procedure described here. Although vitamin D$_2$ and 25OHD$_3$ can be readily

converted into isotachysterol isomers, the polyhydroxylated metabolites of D$_3$ were found to be either completely destroyed or to yield a number of unknown products as a result of this reaction. The use of isotachysterol isomers of the D$_3$ series was investigated but this conversion was found to cause an alteration in fragmentation pattern, so that the high-mass ions of the $n$-butyl boronate derivatives used in the assay were much reduced in intensity, and $m/z$ 253 became the most prominent ion. This fragment represents loss of side-chain and an angular methyl group and also, therefore, loss of the deuterium label from the internal standards. It has been noted, however, that not all mass spectrometers produce the same effect, and it is possible for $n$-butyl boronate ester-3-trimethylsilyl ether derivatives of the isotachysterol isomers of polyhydroxylated vitamin D metabolites to fragment to give a high abundance of high-mass ions in some circumstances. Because of the disadvantages of this isomerization step it was decided to run the derivatives in their natural state and to use the pyro peak produced for quantification.

The analytes estimated in the method described here include several vitamin D$_2$ metabolites which are not detectable in normal plasma. In the UK the only vitamin D$_2$ metabolite normally circulating at detectable levels are vitamin D$_2$ and its 25-hydroxylated metabolite. 24,25(OH)$_2$D$_2$ and 25,26(OH)$_2$D$_2$ have been measured in the plasma of patients on vitamin D$_2$ therapy. Because of this, it may not be necessary to measure as many metabolites as are described here. However, this method demonstrates the potential of SIM in this area and its use as a reference method against which less rigorous analytical procedures can be evaluated.

## REFERENCES

1. H. L. J. Makin and D. J. H. Trafford, in *Vitamin D Metabolism: Basic and Clinical Aspects*, Ch. 20, ed. by R. Kumar, pp. 497–521. Martinus Nijhoff, The Hague (1984).
2. D. A. Seamark, D. J. H. Trafford and H. L. J. Makin, *Clin. Chim. Acta* 106, 51–62 (1980).
3. D. N. Kirk, M. J. Varley, H. L. J. Makin and D. J. H. Trafford, *J. Chem. Soc., Perkin Trans. 1* 2563–2567 (1983).
4. R. D. Coldwell, D. J. H. Trafford, H. L. J. Makin, M. J. Varley and D. N. Kirk, *Clin. Chem.* 30, 1193–1198 (1984).
5. R. D. Coldwell, D. J. H. Trafford, H. L. J. Makin, M. J. Varley and D. N. Kirk, *J. Chromatogr.* 338, 289–302 (1985).

QUESTMS-00000725

| Electronic Patent Application Fee Transmittal | |
|---|---|
| **Application Number:** | 11386215 |
| **Filing Date:** | 21-Mar-2006 |
| **Title of Invention:** | Methods for detecting vitamin D metabolites by mass spectrometry |
| **First Named Inventor/Applicant Name:** | Nigel Clarke |
| **Filer:** | Barry S. Wilson/Jennifer Vail |
| **Attorney Docket Number:** | 034827-3603 |

Filed as Large Entity

### Utility under 35 USC 111(a) Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |

QUESTMS-00000726

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| Submission- Information Disclosure Stmt | 1806 | 1 | 180 | 180 |
| **Total in USD ($)** | | | | **180** |

QUESTMS-00000727

## Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 7657095 |
| **Application Number:** | 11386215 |
| **International Application Number:** | |
| **Confirmation Number:** | 2019 |
| **Title of Invention:** | Methods for detecting vitamin D metabolites by mass spectrometry |
| **First Named Inventor/Applicant Name:** | Nigel Clarke |
| **Customer Number:** | 30542 |
| **Filer:** | Barry S. Wilson/Jennifer Vail |
| **Filer Authorized By:** | Barry S. Wilson |
| **Attorney Docket Number:** | 034827-3603 |
| **Receipt Date:** | 20-MAY-2010 |
| **Filing Date:** | 21-MAR-2006 |
| **Time Stamp:** | 20:49:06 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Credit Card |
| Payment was successfully received in RAM | $180 |
| RAM confirmation Number | 5797 |
| Deposit Account | |
| Authorized User | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|

QUESTMS-00000728

| 1 | | 034827-3603_IDS.pdf | 124220 <br> 5dcc1126771715f0a14ae4aa35ba4a01f6127b9117 | yes | 3 |
|---|---|---|---|---|---|
| | **Multipart Description/PDF files in .zip description** | | | | |
| | | **Document Description** | **Start** | **End** | |
| | | Transmittal Letter | 1 | 2 | |
| | | Information Disclosure Statement (IDS) Filed (SB/08) | 3 | 3 | |

**Warnings:**

**Information:**

| 2 | NPL Documents | 034827-3605_EP_OA_dated_09-29-09.pdf | 164572 <br> b6eecc0ba636f16eae7170429b4ace191f34590 | no | 4 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 3 | NPL Documents | Coldwell_Measurement.pdf | 424545 <br> d98d83ea8beff0f43c2198fb0ba1ad373fca4da6b3c | no | 6 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 4 | Fee Worksheet (PTO-875) | fee-info.pdf | 30148 <br> 38ca9f28b42f443f6659f46569bf09293a721a64d4 | no | 2 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| | | **Total Files Size (in bytes):** | 743485 | |
|---|---|---|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

QUESTMS-00000729

Atty. Dkt. No. 034827-3603

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:      Clarke, et al.

Title:          METHODS FOR DETECTING VITAMIN D METABOLITES BY MASS
                SPECTROMETRY

Appl. No.:      11/386,215

Filing Date:    3/21/2006

Examiner:       Monique T. Cole

Art Unit:       1797

Confirmation    2019
Number:

### INFORMATION DISCLOSURE STATEMENT
### UNDER 37 CFR §1.56

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

Submitted herewith on Form PTO/SB/08 is a listing of documents known to Applicants
in order to comply with Applicants' duty of disclosure pursuant to 37 CFR §1.56.

A copy of each non-U.S. patent document and each non-patent document is being
submitted to comply with the provisions of 37 CFR §1.97 and §1.98.

The submission of any document herewith, which is not a statutory bar, is not intended as
an admission that such document constitutes prior art against the claims of the present
application or that such document is considered material to patentability as defined in 37 CFR
§1.56(b). Applicants do not waive any rights to take any action which would be appropriate to
antedate or otherwise remove as a competent reference any document which is determined to be a
*prima facie* art reference against the claims of the present application.

DLMR_751496.1                                -1-

QUESTMS-00000730

## TIMING OF THE DISCLOSURE

The listed documents are being submitted in compliance with 37 CFR §1.97(c), before the mailing date of any of a final action under 37 CFR §1.113, a notice of allowance under 37 CFR §1.311, or an action that otherwise closes prosecution in the application.

## RELEVANCE OF EACH DOCUMENT

All of the documents are in English.

Applicants respectfully request that each listed document be considered by the Examiner and be made of record in the present application and that an initialed copy of Form PTO/SB/08 be returned in accordance with MPEP §609.

## FEE

Fees in the amount of $180.00 to cover the fee associated with an information disclosure statement under 37 CFR §1.97(c) are being paid by credit card via EFS-Web.

The Commissioner is hereby authorized to charge any additional fees which may be required regarding this submission under 37 C.F.R. §§ 1.16-1.17, or credit any overpayment, to Deposit Account No. 19-0741. Should no proper payment be enclosed herewith, as by the credit card payment instructions in EFS-Web being incorrect or absent, resulting in a rejected or incorrect credit card transaction, the Commissioner is authorized to charge the unpaid amount to Deposit Account No. 19-0741.

Respectfully submitted,

Date  05/20/10                          By  _(signature)_

FOLEY & LARDNER LLP                     Barry S. Wilson
Customer Number: 30542                  Attorney for Applicant
Telephone:   (858) 847-6722             Registration No. 39,431
Facsimile:   (858) 792-6773

DLMR_751496.1                           -2-

QUESTMS-00000731

Atty. Dkt. No. 034827-3603

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Applicant: | Clarke, et al. |
| Title: | METHODS FOR DETECTING VITAMIN D METABOLITES BY MASS SPECTROMETRY |
| Appl. No.: | 11/386,215 |
| Filing Date: | 3/21/2006 |
| Examiner: | Cole, Monique T. |
| Art Unit: | 1797 |
| Conf. No.: | 2019 |

### AMENDMENT AND REPLY UNDER 37 CFR 1.111

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

This communication is responsive to the Non-Final Office Action dated April 12, 2010, concerning the above-referenced patent application.

**Amendments to the Claims** are reflected in the listing of claims which begins on page 2 of this document.

**Remarks/Arguments** begin on page 7 of this document.

Please amend the application as follows:

-1-

DLMR_766920.2

QUESTMS-00000732

Atty. Dkt. No. 034827-3603

## AMENDMENTS TO THE CLAIMS/LISTING OF CLAIMS

Please amend claims 1, 8, 12, 17-18, 21 and 26-29 as follows.  Please cancel claims 9-11, 13-16 and 24-25.  Please add claims 30-40.  This listing of claims will replace all prior versions, and listings, of claims in the application.

1.     (Currently amended)  A method for determining the presence or amount of ~~a vitamin D metabolite~~ 25-hydroxyvitamin D₃ in a sample by tandem mass spectrometry, comprising:

(a) generating a protonated and dehydrated precursor ion of ~~said vitamin D metabolite~~ 25-hydroxyvitamin D₃ with a mass to charge ratio (m/z) of 383.16 ± .5;

(b) generating one or more fragment ions of said precursor ion; and

(c) detecting the presence or amount of one or more of said ions generated in step (a) or (b) or both and relating the detected ions to the presence or amount of ~~said vitamin D metabolite~~ 25-hydroxyvitamin D₃ in said sample.

2.     (Original)  The method of claim 1, wherein said sample is subjected to a purification step prior to  ionization.

3.     (Original)  The method of claim 2, wherein said purification step comprises chromatography.

4.     (Original)  The method of claim 3, wherein said chromatography comprises high performance liquid chromatography (HPLC).

5.     (Original)  The method of claim 2, wherein said purification step comprises protein precipitation.

6.     (Original)  The method of claim 5, wherein said purification step does not include high turbulence liquid chromatography (HTLC).

7.     (Original)  The method of claim 2, wherein said purification step comprises chiral chromatography.

-2-

QUESTMS-00000733

Atty. Dkt. No. 034827-3603

8.      (Currently amended)  The method of claim 1, wherein said sample or ~~said vitamin D metabolite~~ 25-hydroxyvitamin D₃ is not subjected to gas-chromatography prior to said ionization step.

9.-11.  (Canceled)

12.     (Currently amended)  The method of claim ~~11~~1, wherein ~~said precursor ion has a mass/charge ratio (m/z) of about 383.16, and~~ said one or more fragment ions comprise a fragment ion with an m/z of ~~about~~ 211.35 ± .5.

13.-16. (Canceled)

17.     (Currently amended)  The method of claim 1, ~~wherein said vitamin D metabolite is~~ further comprising determining the presence or amount of 1,25-dihydroxyvitamin D₂ in the sample.

18.     (Currently amended)  A method for determining the presence or amount of two or more vitamin D metabolites in a sample in a single assay, said method comprising:

        (a)     ionizing said two or more vitamin D metabolites, if present in said sample, to generate protonated and dehydrated precursor ions specific for each of said two or more vitamin D metabolites;

        (b)     generating one or more fragment ions of each of said precursor ions; and

        (c)     detecting the presence or amount of one or more of said ions generated in step (a) or (b) or both and relating the detected ions to the presence or amount of said two or more vitamin D metabolites in said sample;

        wherein said two or more vitamin D metabolites comprise 25-hydroxyvitamin D₃ and 25-hydroxyvitamin D₂; and

-3-

QUESTMS-00000734

Atty. Dkt. No. 034827-3603

wherein the precursor ion of 25-hydroxyvitamin D₃ has a mass/charge ratio (m/z) of 383.16 ± .5 and the precursor ion of 25-hydroxyvitamin D₂ has a mass/charge ratio (m/z) of 395.30 ± .5.

19.    (Original)  The method of claim 18, wherein said sample subjected to a purification step prior to said ionization step.

20.    (Original)  The method of claim 19, wherein said purification step comprises chromatography.

21.    (Currently amended)  The method of claim 20, wherein said chromatography comprises [[is]] high performance liquid chromatography (HPLC).

22.    (Original)  The method of claim 19, wherein said purification step comprises protein precipitation and does not include high turbulence liquid chromatography.

23.    (Original)  The method of claim 18, wherein said sample or said two or more vitamin D metabolites are not subjected to gas-chromatography prior to said ionization step.

24.-25.  (Canceled)

26.    (Currently amended)  The method of claim [[25]] 18, wherein the one or more fragment ions for 25-hydroxyvitamin D₃ comprise an ion with an m/z of ~~about~~ 383.16 ± .5.

27.    (Currently amended)  The method of claim [[25]] 18, wherein the one or more fragment ions for 25-hydroxyvitamin D₂ comprise one or more ions selected from the group consisting of ions with a m/z of ~~about~~ 179.10 ± .5, ~~about~~ 209.20 ± .5, and ~~about~~ 251.30 ± .5.

28.    (Currently amended)  The method of claim 18, wherein said two or more vitamin D metabolites further comprise one or more vitamin D metabolites selected from the group consisting of ~~25-hydroxyvitamin D₃, 25-hydroxyvitamin D₂,~~ 1,25-dihydroxyvitamin D₃ and 1,25-dihydroxyvitamin D₂.

-4-

QUESTMS-00000735

Atty. Dkt. No. 034827-3603

29.    (Currently amended)  The method of claim 18, wherein said two or more vitamin D metabolites <u>further</u> comprise 1,25-dihydroxyvitamin $D_3$ and 1,25-dihydroxyvitamin $D_2$.

30.    (New)   A method for determining the presence or amount of 25-hydroxyvitamin $D_2$ in a sample by tandem mass spectrometry, comprising:

(a) generating a protonated and dehydrated precursor ion of said 25-hydroxyvitamin $D_2$ with a mass to charge ratio (m/z) of $395.30 \pm .5$;

(b) generating one or more fragment ions of said precursor ion; and

(c) detecting the presence or amount of one or more of said ions generated in step (a) or (b) or both and relating the detected ions to the presence or amount of said 25-hydroxyvitamin $D_2$ in said sample.

31.    (New)   The method of claim 30, wherein said sample is subjected to a purification step prior to ionization.

32.    (New)   The method of claim 31, wherein said purification step comprises chromatography.

33.    (New)   The method of claim 32, wherein said chromatography comprises high performance liquid chromatography (HPLC).

34.    (New)   The method of claim 31, wherein said purification step comprises protein precipitation.

35.    (New)   The method of claim 34, wherein said purification step does not include high turbulence liquid chromatography (HTLC).

36.    (New)   The method of claim 31, wherein said purification step comprises chiral chromatography.

37.    (New)   The method of claim 30, wherein said sample or said 25-hydroxyvitamin $D_2$ is not subjected to gas-chromatography prior to said ionization step.

-5-

DLMR_766920.2

QUESTMS-00000736

Atty. Dkt. No. 034827-3603

38.    (New)  The method of claim 30, wherein said one or more fragment ions comprise one or more ions selected from the group consisting of ions with a m/z of $179.10 \pm .5$, $209.20 \pm .5$, and $251.30 \pm .5$.

39.    (New)  The method of claim 38, wherein said one or more fragment ions comprise two or more ions selected from the group consisting of ions with a m/z of $179.10 \pm .5$, $209.20 \pm .5$, and $251.30 \pm .5$.

40.    (New)  The method of claim 30, further comprising determining the presence or amount of 1,25-dihydroxyvitamin $D_2$ in the sample.

DLMR_768920.2

QUESTMS-00000737

Atty. Dkt. No. 034827-3603

## REMARKS

By the present communication, claims 1, 8, 12, 17-18, 21 and 26-29 are amended, claims 30-40 are added, and claims 9-11, 13-16 and 24-25 are canceled. The amendments are fully supported by the specification and claims as originally filed, thus raise no issues of new matter. The foregoing claim amendments are made to bring the claims immediately into condition for allowance. Applicant reserves the right to pursue any subject matter that is canceled by the instant amendments in future prosecution of this application or in future divisional or continuation applications.

Upon entry of the amendments submitted herewith, claims 1-8, 12, 17-23 and 26-40 are pending in the instant application.

### Rejections Under 35 U.S.C. §103

The Examiner has indicated that claims 11, 12, 14-16 and 25-27 are objected to for depending from a rejected base claim, but would be allowable if rewritten in independent format.

Independent claim 1 has been amended to incorporate the limitations of canceled claims and 11 that the method determines the presence or amount of the vitamin D metabolite 25-hydroxyvitamin $D_3$ in a sample by generating a protonated and dehydrated precursor ion having a mass/charge ratio of $383.16 \pm .5$. This amendment effectively rewrites claim 11 in independent form which the Examiner indicates encompasses allowable subject matter.

New independent claim 30 represents claims 13-14 rewritten in independent form to recite a method for determining the presence or amount of the vitamin D metabolite 25-hydroxyvitamin $D_2$ in a sample by generating a precursor ion having a mass/charge ratio of $395.30 \pm .5$. This amendment effectively rewrites claim 14 in independent form which the Examiner indicates encompasses allowable subject matter. The subject matter of new dependent claims 31-40 correspond to original dependent claims 2-9 and 15-17.

DLMR_786920.2

QUESTMS-00000738

Atty. Dkt. No. 034827-3603

Independent claim 18 has been amended to incorporate the limitations of canceled claims 24-25 that two or more vitamin D metabolites comprise 25-hydroxyvitamin $D_3$ and 25-hydroxyvitamin $D_2$ and generating a 25-hydroxyvitamin $D_3$ precursor ion having a mass/charge ratio (m/z) of $383.16 \pm .5$ and a 25-hydroxyvitamin $D_2$ precursor ion having a mass/charge ratio (m/z) of $395.30 \pm .5$. This amendment effectively rewrites claim 25 in independent form which the Examiner indicates encompasses allowable subject matter.

The amendments to the rejected independent claims therefore traverse all prior-art based rejections.

The phrase "about" was used throughout the original claims in reference to ion mass/charge ratios ("m/z"). The amendments presented herewith replace "about" with "$\pm .5$". Support for this amendment is found in the Specification at paragraph 56 which states that "the term "about" in the context of mass of an ion or the m/z of an ion refers to +/- 0.5 atomic mass unit." Applicant believes that this amendment does not in any way change the scope of the claims and is made to more clearly define the invention.

## **CONCLUSION**

In view of the foregoing amendments, Applicant submits that the present application is now in condition for immediate allowance. Favorable consideration of the application as amended is respectfully requested. In the event any matters remain to be resolved in view of this communication, the Examiner is encouraged to contact the undersigned so that they can be resolved without additional action and response thereto.

The Commissioner is hereby authorized to charge any additional fees which may be required regarding this application under 37 C.F.R. §§ 1.16-1.17, or credit any overpayment, to Deposit Account No. 19-0741. Should no proper payment be enclosed herewith, as by the credit card payment instructions in EFS-Web being incorrect or absent, resulting in a rejected or

-8-

QUESTMS-00000739

incorrect credit card transaction, the Commissioner is authorized to charge the unpaid amount to
Deposit Account No. 19-0741.  If any extensions of time are needed for timely acceptance of
papers submitted herewith, Applicant hereby petitions for such extension under 37 C.F.R. §1.136
and authorizes payment of any such extensions fees to Deposit Account No. 19-0741.

Respectfully submitted,

Date   07/08/10                         By   Barry Wilson

FOLEY & LARDNER LLP                     Barry S. Wilson, Reg. No. 39,431
Customer Number: 30542                  Attorney for Applicant
Telephone:     (858) 847-6722
Facsimile:     (858) 792-6773

DLMR_766920.2

-9-

QUESTMS-00000740

Atty. Dkt. No. 034827-3603

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:       Clarke, et al.

Title:           METHODS FOR DETECTING
                 VITAMIN D METABOLITES
                 BY MASS SPECTROMETRY

Appl. No.:       11/386,215

Filing Date:     3/21/2006

Examiner:        Cole, Monique T.

Art Unit:        1797

Confirmation     2019
Number:

## INFORMATION DISCLOSURE STATEMENT
## UNDER 37 CFR §1.56

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

Submitted herewith on Form PTO/SB/08 is a listing of documents known to Applicants
in order to comply with Applicants' duty of disclosure pursuant to 37 CFR §1.56.

A copy of each non-U.S. patent document and each non-patent document is being
submitted to comply with the provisions of 37 CFR §1.97 and §1.98.

The submission of any document herewith, which is not a statutory bar, is not intended as
an admission that such document constitutes prior art against the claims of the present
application or that such document is considered material to patentability as defined in 37 CFR
§1.56(b).  Applicants do not waive any rights to take any action which would be appropriate to

QUESTMS-00000741

Atty. Dkt. No. 034827-3603

antedate or otherwise remove as a competent reference any document which is determined to be a *prima facie* art reference against the claims of the present application.

## TIMING OF THE DISCLOSURE

The listed documents are being submitted in compliance with 37 CFR §1.97(c), before the mailing date of any of a final action under 37 CFR §1.113, a notice of allowance under 37 CFR §1.311, or an action that otherwise closes prosecution in the application.

## RELEVANCE OF EACH DOCUMENT

All of the documents are in English.

Applicants note that U.S. Publication 2006/0228808 A1, submitted in an IDS dated March 16, 2009, has now issued as U.S. Patent No. 7,745,226, submitted herewith. U.S. Patent No. 7,745,226 resulted from U.S. Patent Application No. 11/101,166, which is the parent application to the instant application.

Applicants respectfully request that each listed document be considered by the Examiner and be made of record in the present application and that an initialed copy of Form PTO/SB/08 be returned in accordance with MPEP §609.

## FEE

Fees in the amount of $180.00 to cover the fee associated with an information disclosure statement under 37 CFR §1.97(c) are being paid by credit card via EFS-Web.

The Commissioner is hereby authorized to charge any additional fees which may be required regarding this submission under 37 C.F.R. §§ 1.16-1.17, or credit any overpayment, to

QUESTMS-00000742

Atty. Dkt. No. 034827-3603

Deposit Account No. 19-0741. Should no proper payment be enclosed herewith, as by the credit

card payment instructions in EFS-Web being incorrect or absent, resulting in a rejected or

incorrect credit card transaction, the Commissioner is authorized to charge the unpaid amount to

Deposit Account No. 19-0741.

Respectfully submitted,

Date _07 / 08 / 2010_          By _Barry Wilson_

FOLEY & LARDNER LLP          Barry S. Wilson
Customer Number: 30542       Attorney for Applicant
Telephone:   (858) 847-6722   Registration No. 39,431
Facsimile:   (858) 792-6773

QUESTMS-00000743

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | Application Number | 11/386,215 |
| | Filing Date | 3/21/2006 |
| | First Named Inventor | Nigel Clarke |
| | Art Unit | 1797 |
| *(use as many sheets as necessary)* | Examiner Name | Monique T. Cole |
| Sheet 1 of 1 | Attorney Docket Number | 034827-3603 |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | A1 | 6,787,660 | 09-07-2004 | ARMBRUSTER ET AL. | |
| | A2 | 7,321,116 | 01-22-2008 | PICARD ET AL. | |
| | A3 | 7,348,137 | 03-25-2008 | CAULFIELD ET AL. | |
| | A4 | 7,745,226 | 06-29-2010 | CLARKE ET AL | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3] Number[4] Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Documents | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | | | | | |

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
|---|---|---|---|
| | A5 | International Preliminary Report on Patentability dated 10/9/2007 in related application PCT/US2006/012539 (034827-3604) | |
| | A6 | International Preliminary Report on Patentability dated 6/10/2010 in related application PCT/US2008/084709 (054769-9992) | |
| | A7 | US Office Action dated 6/24/2010 in application 11/946,765 (054769-9991) | |
| | A8 | US Office Action dated 6/28/2010 in application 12/630,790 (034827-0740) | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

DLMR_772099.1

QUESTMS-00000744

PATENT COOPERATION TREATY

# PCT

### INTERNATIONAL PRELIMINARY REPORT ON PATENTABILITY
(Chapter I of the Patent Cooperation Treaty)

(PCT Rule 44*bis*)

| Applicant's or agent's file reference<br>034827-3604 | FOR FURTHER ACTION | See item 4 below |
|---|---|---|
| International application No.<br>PCT/US2006/012539 | International filing date *(day/month/year)*<br>05 April 2006 (05.04.2006) | Priority date *(day/month/year)*<br>06 April 2005 (06.04.2005) |
| International Patent Classification (8th edition unless older edition indicated)<br>See relevant information in Form PCT/ISA/237 | | |
| Applicant<br>QUEST DIAGNOSTICS INVESTMENTS INCORPORATED | | |

1. This international preliminary report on patentability (Chapter I) is issued by the International Bureau on behalf of the International Searching Authority under Rule 44 *bis*.1(a).

2. This REPORT consists of a total of 4 sheets, including this cover sheet.

   In the attached sheets, any reference to the written opinion of the International Searching Authority should be read as a reference to the international preliminary report on patentability (Chapter I) instead.

3. This report contains indications relating to the following items:

   [X] Box No. I     Basis of the report

   [ ] Box No. II    Priority

   [ ] Box No. III   Non-establishment of opinion with regard to novelty, inventive step and industrial applicability

   [ ] Box No. IV    Lack of unity of invention

   [X] Box No. V     Reasoned statement under Article 35(2) with regard to novelty, inventive step or industrial applicability; citations and explanations supporting such statement

   [ ] Box No. VI    Certain documents cited

   [ ] Box No. VII   Certain defects in the international application

   [ ] Box No. VIII  Certain observations on the international application

4. The International Bureau will communicate this report to designated Offices in accordance with Rules 44*bis*.3(c) and 93*bis*.1 but not, except where the applicant makes an express request under Article 23(2), before the expiration of 30 months from the priority date (Rule 44*bis* .2).

| | Date of issuance of this report<br>09 October 2007 (09.10.2007) |
|---|---|
| The International Bureau of WIPO<br>34, chemin des Colombettes<br>1211 Geneva 20, Switzerland | Authorized officer<br><br>Nora Lindner |
| Facsimile No. +41 22 338 82 70 | e-mail: pt02.pct@wipo.int |

Form PCT/IB/373 (January 2004)

QUESTMS-00000745

## PATENT COOPERATION TREATY

From the
INTERNATIONAL SEARCHING AUTHORITY

| To:<br>RICHARD J. WARBURG<br>FOLEY & LARDNER LLP<br>P.O. BOX 80278<br>SAN DIEGO, CA 92138-0278 | **PCT**<br><br>WRITTEN OPINION OF THE<br>INTERNATIONAL SEARCHING AUTHORITY<br><br>(PCT Rule 43*bis*.1) |
|---|---|

| | Date of mailing<br>(*day/month/year*) | **0 4 JAN 2007** |
|---|---|---|

| Applicant's or agent's file reference<br>034827-3604 | FOR FURTHER ACTION<br>See paragraph 2 below | |
|---|---|---|
| International application No.<br>PCT/US06/12539 | International filing date (*day/month/year*)<br>05 April 2006 (05.04.2006) | Priority date (*day/month/year*)<br>06 April 2005 (06.04.2005) |

International Patent Classification (IPC) or both national classification and IPC

IPC:    G01N 24/00( 2007.01)
USPC:  436/173

Applicant

QUEST DIAGNOSTICS INVESTMENTS INCORPORATED

---

1. This opinion contains indications relating to the following items:

☒  Box No. I      Basis of the opinion

☐  Box No. II     Priority

☐  Box No. III    Non-establishment of opinion with regard to novelty, inventive step and industrial applicability

☐  Box No. IV    Lack of unity of invention

☒  Box No. V     Reasoned statement under Rule 43*bis*.1(a)(i) with regard to novelty, inventive step or industrial applicability; citations and explanations supporting such statement

☐  Box No. VI    Certain documents cited

☐  Box No. VII   Certain defects in the international application

☐  Box No. VIII  Certain observations on the international application

## 2. FURTHER ACTION

If a demand for international preliminary examination is made, this opinion will be considered to be a written opinion of the International Preliminary Examining Authority ("IPEA") except that this does not apply where the applicant chooses an Authority other than this one to be the IPEA and the chosen IPEA has notified the International Bureau under Rule 66.1*bis(b)* that written opinions of this International Searching Authority will not be so considered.

If this opinion is, as provided above, considered to be a written opinion of the IPEA, the applicant is invited to submit to the IPEA a written reply together, where appropriate, with amendments, before the expiration of 3 months from the date of mailing of Form PCT/ISA/220 or before the expiration of 22 months from the priority date, whichever expires later.

For further options, see Form PCT/ISA/220.

3. For further details, see notes to Form PCT/ISA/220.

| Name and mailing address of the ISA/ US<br>Mail Stop PCT, Attn: ISA/US<br>Commissioner for Patents<br>P.O. Box 1450<br>Alexandria, Virginia 22313-1450<br>Facsimile No. (571) 273-3201 | Date of completion of this opinion<br>05 December 2006 (05.12.2006) | Authorized officer<br>Yelena G. Gakh, Ph.D.<br><br>Telephone No. (571) 272-1700 |
|---|---|---|

Form PCT/ISA/237 (cover sheet) (April 2005)

QUESTMS-00000746

| WRITTEN OPINION OF THE INTERNATIONAL SEARCHING AUTHORITY | International application No.<br>PCT/US06/12539 |
|---|---|

**Box No. I  Basis of this opinion**

1. With regard to the **language**, this opinion has been established on the basis of:

   ☒  the international application in the language in which it was filed

   ☐  a translation of the international application into _____, which is the language of a translation furnished for the purposes of international search (Rules 12.3(a) and 23.1(b)).

2. With regard to any **nucleotide and/or amino acid sequence** disclosed in the international application and necessary to the claimed invention, this opinion has been established on the basis of:

   a.  type of material

       ☐  a sequence listing

       ☐  table(s) related to the sequence listing

   b.  format of material

       ☐  on paper

       ☐  in electronic form

   c.  time of filing/furnishing

       ☐  contained in the international application as filed.

       ☐  filed together with the international application in electronic form.

       ☐  furnished subsequently to this Authority for the purposes of search.

3. ☐  In addition, in the case that more than one version or copy of a sequence listing and/or table(s) relating thereto has been filed or furnished, the required statements that the information in the subsequent or additional copies is identical to that in the application as filed or does not go beyond the application as filed, as appropriate, were furnished.

4. Additional comments:

Form PCT/ISA/237(Box No. I) (April 2005)

QUESTMS-00000747

**WRITTEN OPINION OF THE**
**INTERNATIONAL SEARCHING AUTHORITY**

International application No.
PCT/US06/12539

| Box No. V | Reasoned statement under Rule 43 *bis*.1(a)(i) with regard to novelty, inventive step or industrial applicability; citations and explanations supporting such statement |
|---|---|

**1. Statement**

| | | | |
|---|---|---|---|
| Novelty (N) | Claims | 7, 11-29 | YES |
| | Claims | 1-6, 8-10 | NO |
| Inventive step (IS) | Claims | NONE | YES |
| | Claims | 1-29 | NO |
| Industrial applicability (IA) | Claims | 1-29 | YES |
| | Claims | NONE | NO |

**2. Citations and explanations:**

**Claims 1-6 and 8** lack novelty under PCT Article 33(2) as being anticipated by Yeung et al. (Biochem. Pharmac., 1995). Yeung teaches "characterization of the metabolic pathway of 1,25-dihydroxy-16-ene vitamin $D_3$ in rat kidney by on-line high performance liquid chromatography-electrospray tandem mass spectrometry". The samples were purified by the solid phase extraction (page 1101, left column).

**Claims 1-6 and 8-10** lack novelty under PCT Article 33(2) as being anticipated by Kissmeyer et al. (J. Chromat. A, 2001). Kissmeyer teaches "sensitive analysis of $1\alpha,25$-dihydroxyvitamin $D_3$ in biological fluids by liquid chromatography - tandem mass spectrometry". The sample is protein precipitated and purified by the solid-phase extraction.

**Claims 1-6, 8-29** lack an inventive step under PCT Article 33(3) as being obvious over Coldwell et al. (J. Mass Spec., 1995) or Watson et al. (Biomedical Chromatography, 1991) in view of Higashi et al. (Biol. Pharm. Bull., 2001). Coldwell teaches "mass fragmentographic assay for 25-hydroxyvitamin D in plasma without derivatization: enhanced sensitivity for metabolites of vitamins $D_2$ and $D_3$ after pre-column dehydration". The method comprises purification and gas chromatography prior to mass spectrometric analysis (GS-MS) of vitamin $D_2$ and $D_3$ metabolites and obtaining their protonated and dehydrated precursor ions. Watson teaches "analysis of vitamin D and its metabolites using thermospray liquid chromatography/mass spectrometry" with major precursor ion m/z ratios indicated in Figure 1.

Coldwell and Watson do not teach tandem MS/MS spectroscopy. Higashi et al. teach "simultaneous determination of 25-hydroxyvitamin $D_2$ and 25-Hydroxyvitamin $D_3$ in human plasma by liquid chromatography-tandem mass spectrometry employing dramatization with a Cookson-type reagent". Moreover, MS/MS spectroscopy advantages over single MS analysis, including better resolution and more accurate results, are well known in the art, which makes it obvious for any person of ordinary kill to modify older GC-MS method taught by Coldwell or Watson with more modern HPLC- (or GC)-MS/MS method taught by Higashi for determining the presence or amount of vitamin D through measuring its metabolites. Corresponding daughter ions recited in claims 11-16 and 25-27 would have been obtained for non-derivatized metabolites.

**Claim 7** lacks an inventive step under PCT Article 33(3) as being obvious over any of the prior art indicated above in view of Odrzywolska et al. (Chirality, 1999).

While the prior art does not teach purification of vitamin D metabolites using chiral chromatography, Odrzywolska discloses exactly such purification/separation, which makes it obvious for any routineer in the art to use chiral purification/separation in the methods taught in the references indicated above.

Claims 1-29 meet the criteria set out in PCT Article 33(4), and thus have industrial applicability because the subject matter claimed can be made or used in industry.

QUESTMS-00000748

PATENT COOPERATION TREATY

# PCT

**INTERNATIONAL PRELIMINARY REPORT ON PATENTABILITY**
(Chapter I of the Patent Cooperation Treaty)

(PCT Rule 44*bis*)

| Applicant's or agent's file reference 054769-9992 | **FOR FURTHER ACTION** | See item 4 below |
|---|---|---|
| International application No. PCT/US2008/084709 | International filing date *(day/month/year)* 25 November 2008 (25.11.2008) | Priority date *(day/month/year)* 28 November 2007 (28.11.2007) |
| International Patent Classification (8th edition unless older edition indicated) See relevant information in Form PCT/ISA/237 | | |
| Applicant QUEST DIAGNOSTICS INVESTMENTS INCORPORATED | | |

1. This international preliminary report on patentability (Chapter I) is issued by the International Bureau on behalf of the International Searching Authority under Rule 44 *bis*.1(a).

2. This REPORT consists of a total of 10 sheets, including this cover sheet.

   In the attached sheets, any reference to the written opinion of the International Searching Authority should be read as a reference to the international preliminary report on patentability (Chapter I) instead.

3. This report contains indications relating to the following items:

   | | | |
   |---|---|---|
   | ☒ | Box No. I | Basis of the report |
   | ☐ | Box No. II | Priority |
   | ☒ | Box No. III | Non-establishment of opinion with regard to novelty, inventive step and industrial applicability |
   | ☐ | Box No. IV | Lack of unity of invention |
   | ☒ | Box No. V | Reasoned statement under Article 35(2) with regard to novelty, inventive step or industrial applicability; citations and explanations supporting such statement |
   | ☐ | Box No. VI | Certain documents cited |
   | ☐ | Box No. VII | Certain defects in the international application |
   | ☐ | Box No. VIII | Certain observations on the international application |

4. The International Bureau will communicate this report to designated Offices in accordance with Rules 44*bis*.3(c) and 93*bis*.1 but not, except where the applicant makes an express request under Article 23(2), before the expiration of 30 months from the priority date (Rule 44*bis* .2).

| | |
|---|---|
| | Date of issuance of this report 01 June 2010 (01.06.2010) |
| The International Bureau of WIPO 34, chemin des Colombettes 1211 Geneva 20, Switzerland | Authorized officer Ellen Moyse |
| Facsimile No. +41 22 338 82 70 | e-mail: pt02.pct@wipo.int |

Form PCT/IB/373 (January 2004)

QUESTMS-00000749

**PCT/US2008/084709 24.02.2009**

**PATENT COOPERATION TREATY**

From the
INTERNATIONAL SEARCHING AUTHORITY

| | |
|---|---|
| To:<br>BARRY WILSON<br>FOLEY & LARDNER LLP<br>11250 EL CAMINO REAL, SUITE 200<br>SAN DIEGO, CA  92130 | **PCT**<br><br>WRITTEN OPINION OF THE<br>INTERNATIONAL SEARCHING AUTHORITY<br><br>(PCT Rule 43*bis*.1) |

| Date of mailing<br>*(day/month/year)* | **24 FEB 2009** |
|---|---|

| Applicant's or agent's file reference<br>054769-9992 | FOR FURTHER ACTION<br>See paragraph 2 below |
|---|---|

| International application No.<br>PCT/US 08/84709 | International filing date *(day/month/year)*<br>25 November 2008 (25.11.2008) | Priority date *(day/month/year)*<br>28 November 2007 (28.11.2007) |
|---|---|---|

International Patent Classification (IPC) or both national classification and IPC
IPC(8) - G01N 1/18 (2009.01)
USPC - 436/177

| Applicant | QUEST DIAGNOSTICS INVESTMENTS INCORPORATED |
|---|---|

1. This opinion contains indications relating to the following items:

   ☒ Box No. I     Basis of the opinion

   ☐ Box No. II    Priority

   ☒ Box No. III   Non-establishment of opinion with regard to novelty, inventive step and industrial applicability

   ☐ Box No. IV    Lack of unity of invention

   ☒ Box No. V     Reasoned statement under Rule 43*bis*.1(a)(i) with regard to novelty, inventive step or industrial applicability;
                    citations and explanations supporting such statement

   ☐ Box No. VI    Certain documents cited

   ☐ Box No. VII   Certain defects in the international application

   ☐ Box No. VIII  Certain observations on the international application

2. **FURTHER ACTION**

   If a demand for international preliminary examination is made, this opinion will be considered to be a written opinion of the International Preliminary Examining Authority ("IPEA") except that this does not apply where the applicant chooses an Authority other than this one to be the IPEA and the chosen IPEA has notified the International Bureau under Rule 66.1*bis*(b) that written opinions of this International Searching Authority will not be so considered.

   If this opinion is, as provided above, considered to be a written opinion of the IPEA, the applicant is invited to submit to the IPEA a written reply together, where appropriate, with amendments, before the expiration of 3 months from the date of mailing of Form PCT/ISA/220 or before the expiration of 22 months from the priority date, whichever expires later.

   For further options, see Form PCT/ISA/220.

3. For further details, see notes to Form PCT/ISA/220.

| Name and mailing address of the ISA/US<br>Mail Stop PCT, Attn: ISA/US<br>Commissioner for Patents<br>P.O. Box 1450, Alexandria, Virginia 22313-1450<br>Facsimile No.  571-273-3201 | Date of completion of this opinion<br><br>22 January 2009 (22.01.2009) | Authorized officer:<br><br>Lee W. Young<br><br>PCT Helpdesk: 571-272-4300<br>PCT OSP: 571-272-7774 |
|---|---|---|

Form PCT/ISA/237 (cover sheet) (April 2007)

QUESTMS-00000750

| WRITTEN OPINION OF THE INTERNATIONAL SEARCHING AUTHORITY | International application No. |
|---|---|
| | PCT/US 08/84709 |

**Box No. I**     **Basis of this opinion**

1.  With regard to the **language**, this opinion has been established on the basis of:

    ☒   the international application in the language in which it was filed.

    ☐   a translation of the international application into _____ which is the language of a translation furnished for the purposes of international search (Rules 12.3(a) and 23.1(b)).

2.  ☐   This opinion has been established taking into account the **rectification of an obvious mistake** authorized by or notified to this Authority under Rule 91 (Rule 43*bis*.1(a))

3.  With regard to any **nucleotide and/or amino acid sequence** disclosed in the international application, this opinion has been established on the basis of:

    a.  type of material

        ☐   a sequence listing

        ☐   table(s) related to the sequence listing

    b.  format of material

        ☐   on paper

        ☐   in electronic form

    c.  time of filing/furnishing

        ☐   contained in the international application as filed

        ☐   filed together with the international application in electronic form

        ☐   furnished subsequently to this Authority for the purposes of search

4.  ☐   In addition, in the case that more than one version or copy of a sequence listing and/or table(s) relating thereto has been filed or furnished, the required statements that the information in the subsequent or additional copies is identical to that in the application as filed or does not go beyond the application as filed, as appropriate, were furnished.

5.  Additional comments:

Form PCT/ISA/237 (Box No. I) (April 2007)

QUESTMS-00000751

| WRITTEN OPINION OF THE INTERNATIONAL SEARCHING AUTHORITY | International application No. |
|---|---|
| | PCT/US 08/84709 |

**Box No. III     Non-establishment of opinion with regard to novelty, inventive step and industrial applicability**

The questions whether the claimed invention appears to be novel, to involve an inventive step (to be non obvious), or to be industrially applicable have not been examined in respect of

☐ the entire international application

☒ claims Nos. 9-19 and 43-45

because:

☐ the said international application, or the said claims Nos. _____ relate to the following subject matter which does not require an international search *(specify)*:

☐ the description, claims or drawings *(indicate particular elements below)* or said claims Nos. _____ are so unclear that no meaningful opinion could be formed *(specify)*:

☒ the claims, or said claims Nos. 9-19 and 43-45 _____ are so inadequately supported by the description that no meaningful opinion could be formed *(specify)*:
Claims 9-19 and 43-45 have been held unsearchable becuase they are multiple dependent claims not drafted in accordance with PCT Rule 6.4(a).

☒ no international search report has been established for said claims Nos. 9-19 and 43-45 _____

☐ a meaningful opinion could not be formed without the sequence listing; the applicant did not, within the prescribed time limit:

   ☐ furnish a sequence listing on paper complying with the standard provided for in Annex C of the Administrative Instructions, and such listing was not available to the International Searching Authority in a form and manner acceptable to it.

   ☐ furnish a sequence listing in electronic form complying with the standard provided for in Annex C of the Administrative Instructions, and such listing was not available to the International Searching Authority in a form and manner acceptable to it.

   ☐ pay the required late furnishing fee for the furnishing of a sequence listing in response to an invitation under Rule 13*ter*.1(a) or (b).

☐ a meaningful opinion could not be formed without the tables related to the sequence listings; the applicant did not, within the prescribed time limit, furnish such tables in electronic form complying with the technical requirements provided for in Annex C-*bis* of the Administrative Instructions, and such tables were not available to the International Searching Authority in a form and manner acceptable to it.

☐ the tables related to the nucleotide and/or amino acid sequence listing, if in electronic form only, do not comply with the technical requirements provided for in Annex C-*bis* of the Administrative Instructions.

☐ See Supplemental Box for further details.

Form PCT/ISA/237 (Box No. III) (April 2007)

QUESTMS-00000752

| WRITTEN OPINION OF THE INTERNATIONAL SEARCHING AUTHORITY | International application No. |
|---|---|
| | PCT/US 08/84709 |

| Box No. V | Reasoned statement under Rule 43bis.1(a)(i) with regard to novelty, inventive step or industrial applicability; citations and explanations supporting such statement |
|---|---|

1.   Statement

| | | | | |
|---|---|---|---|---|
| Novelty (N) | Claims | 1-8, 20-42 | | YES |
| | Claims | None | | NO |
| Inventive step (IS) | Claims | None | | YES |
| | Claims | 1-8, 20-42 | | NO |
| Industrial applicability (IA) | Claims | 1-8, 20-42 | | YES |
| | Claims | None | | NO |

2.   Citations and explanations:

Claims 30, 33-35, 38 and 39 lack an inventive step under PCT Article 33(3) as being obvious over US 2006/0228808 A1 to Clarke, et al. (hereinafter "Clarke'808") in view of US 2008/0228809 A1 to Clarke, et al. (hereinafter "Clarke'809").

Regarding claim 30, Clarke'808 teaches a method for determining the amount of la,25(OH)2D2 in a sample (para [0009]-- a method for determining the presence or amount of 1,25-dihydroxyvitamin D2 in a biological sample) by tandem mass spectrometry (para [0007]), comprising:
   (a) purifying the 1a,25(OH)2D2 by HPLC (para [0036]-- use of HPLC for sample clean-up prior to mass spectrometry analysis) and
   (b) generating a precursor ion of the 1a,25(OH)2D2 obtained from step ( ionizing 1,25-dihydroxyvitamin D2 to provide a precursor ion; para [0009])
   (c) generating one or more fragment ions of said precursor ion, wherein said one or more fragment ions comprise one or more ions ( effecting a collision between the isolated precursor ion and an inert collision gas to produce at least one fragment ion (para [0009]);
   (c) detecting the amount of one or more of said ions (para [0008]--detectable in a mass spectrometer) generated in step (b) or (c) or both and relating the detected ions to the amount of said 1a,25OHhD2 in said sample (para [0043]-- relating the presence or amount of an ion to the presence or amount of the original molecule); wherein said 1a,25(OH)2D2 is not derivatized (para [0034]-- do not include a derivatization step).
   Clarke'808 does not teach wherein the precursor ion of step (b) has a mass/charge ratio of 411.35 +/- 0.5; or wherein the one or more fragment ions of step (c) have  a mass/charge ratio of 151.12 +/- 0.5 and 135.12 +/- 0.5.
However, Clarke '809 teaches wherein the precursor ion of step (b) has a mass/charge ratio of 411.35 +/- 0.5 (para [0054]--413 m/z and para [0050]--the protonated and hydrated ion and the difference in m/z is about 18 for the loss of one water molecule).
It would have been obvious to a person having ordinary skill in the art to provide the method of Clarke'809, with wherein the precursor ion of step (b) has a mass/charge ratio of 411.35 +/- 0.5 and wherein the fragment ions of step (c) have  a mass/charge ratio of 151.12 +/- 0.5 and 135.12 +/- 0.5. ; to obtain the invention as claimed because a skilled artisan would know that underivatized, unionized la,25(OH)2D2 has a molecular weight of 428.6 and the difference in m/z is about 18 for the loss of a water molecule (para [0050]) providing the precursor ion has a mass/charge ratio of 411.35 +/- 0.5 because the method would be useful for ionizing and detecting an underivatized vitamin D metabolite in a biological sample. Although the claimed fragment mass/charge ratios of 151.12 +/- 0.5 and 135.12 +/- 0.5 are not specifically taught, such would have been found obvious based on routine experimentation because it is well known that ionization can produce a number of unique fragments.

Regarding claim 33, Clarke'808 teaches wherein the method further comprises determining the amount of 1a,25(OH)2D3 in said sample (para [0010]-- the presence or amount of two or more vitamin D metabolites in a test sample in a single assay and para [0011]--a vitamin D metabolite is 1,25-dihydroxyvitamin D3).

Regarding claim 34, Clarke'808 teaches wherein said 1a,25(OH)2D3 is not derivatized prior to mass spectrometry  (para [0034]-- do not include a derivatization step) but does not teach wherein said precursor ion of 1a,25(OH)2D3has a mass/charge ratio of 399.35 +/- 0.5.  However, Clarke'809 wherein said precursor ion of said 1a,25(OH)2D3has a mass/charge ratio of 399.35 +/- 0.5 (para [0054]--401 m/z). It would have been obvious to a person having ordinary skill in the art to provide the method of Clarke'808, with wherein said precursor ion of said 1a,25(OH)2D3 has a mass/charge ratio of 399.35 +/- 0.5, as taught by Clarke'809 to obtain the invention as claimed because a skilled artisan would know that underivatized, unionized 1a,25(OH)2D3 has a molecular weight of 416.63 and the difference in m/z is about 18 for the loss of a water molecule (para [0050]) thus providing the precursor ion of 1a,25(OH)2D3 with a mass/charge ratio of 399.35 +/- 0.5 because the method would be useful for ionizing and detecting an underivatized vitamin D metabolite in a biological sample.

--Please see continuation sheet:--

Form PCT/ISA/237 (Box No. V) (April 2007)

QUESTMS-00000753

| WRITTEN OPINION OF THE INTERNATIONAL SEARCHING AUTHORITY | International application No. PCT/US 08/84709 |
|---|---|

**Supplemental Box**

In case the space in any of the preceding boxes is not sufficient.
Continuation of:
Box V.2. Citations and explanation

Regarding claim 35, Clarke'808 teaches a method for determining the amount of 1a,25(OH)2D3 in a sample (para [0009]--a method for determining the presence or amount of a vitamin D metabolite in a sample and para [0011]--1,25-dihydroxyvitamin D3) by tandem mass spectrometry (para [0008]), comprising:
   (a) purifying the 1a,25(OH)2D3 by HPLC  (para [0036]-- use of HLPC for sample clean-up prior to mass spectrometry analysis);
   (b) generating a precursor ion of the 1a,25(OH)2D3 obtained from step (a) (para [0032]--ionizing the vitamin D metabolite and provide a precursor ion);
   (c)  generating one or more fragment ions of said precursor ion, wherein said one or more fragment ions (para [0032]--produce at least one fragment ion)
   (d) detecting the amount of one or more of said ions (para [0008]--detectable in a mass spectrometer] generated in step (b) or (c) or both and relating the detected ions to the amount of said 1a,25(OH)2D3 in said sample (para [0043]-- relating the presence or amount of an ion to the presence or amount of the original molecule); wherein said 1a,25(OH)2D3 is not derivatized prior to mass spectrometry  (para [0034] -- do not include a derivatization step).
   Clarke'808 does not teach a precursor ion of (b) having a mass/charge ratio of 399.35 +/- 0.5  or (c) having a mass/charge ratio of 151.12 +/- 0.5 and 135.12 +/- 0.5. However, Clarke'809 teaches (b) a precursor ion having a mass/charge ratio of 399.35 +/- 0.5 (para [0054]--401 m/z) and (c) fragment ions having a mass/charge ratio of 209.1 and 179.1 (para [0045]--m/z about 209.1 and 179.1 and para [0050]--the difference in m/z between the precursor ion and fragment ion is about 18 for the loss of one water molecule, or about 36 for the loss of two water molecules.  It would have been obvious to a person having ordinary skill in the art to provide the method of Clarke'808, with (b) having a precursor ion with a mass/charge ratio of 399.35 +/- 0.5 as taught by Clarke'809 and (c) having fragment ions with mass/charge ratio of 151.12 +/- 0.5 and 135.12 +/- 0.5, to obtain the invention as claimed because a skilled artisan would know that underivatized, unionized 1a,25(OH)2D3 has a molecular weight of 416.63 and the difference in m/z is about 18 for the loss of a water molecule (para [0050]) thus providing the precursor ion of 1a,25(OH)2D3 has a mass/charge ratio of 399.35 +/- 0.5 and the difference in m/z between the precursor ion and fragment ion is about 18 for the loss of one water molecule (para [0050]), or about 36 for the loss of two water molecules. Although the claimed fragment mass/charge ratios of 151.12 +/- 0.5 and 135.12 +/- 0.5 are not specifically taught, such would have been found obvious based on routine experimentation because it is well known that ionization can produce a number of unique fragments.

Regarding claim 38, Clarke'808 teaches wherein the method further comprises determining the amount of 1a,25(OH)2D2 in said sample (para [0007]--detecting the presence or amount of a vitamin D metabolite in a test sample and para [0011]--1,25dihydroxyvitaminD2).

Regarding claim 39, Clarke'808 teaches wherein said 1a,25(OH)2O2 is not derivatized prior to mass spectrometry (para [0034]-- do not include a derivatization step; and wherein said precursor ion of said 1a,25(OH)2D2 (para [0010]) but does not teach has a mass/charge ratio of 411.35 + 0.5.  However, Clarke '809 teaches wherein the precursor ion of step (b) has a mass/charge ratio of 411.35 +/- 0.5 (para [0054]--413 m/z and para [0050]-- the protonated and hydrated ion and the difference in m/z is about 18 for the loss of one water molecule).  It would have been obvious to a person having ordinary skill in the art to provide the method of Clarke'809, wherein the precursor ion of step (b) has a mass/charge ratio of 411.35 +/- 0.5; to obtain the invention as claimed because a skilled artisan would know that underivatized, unionized 1a,25(OH)2D2 has a molecular weight of 428.6 and the difference in m/z is about 18 for the loss of a water molecule (para [0050]) because the method would be useful for ionizing and detecting an underivatized vitamin D metabolite in a biological sample.

Claims 1, 4, 40 and 41 lack an inventive step under PCT Article 33(3) as being obvious over Clarke'808 in view of WO 2007/039193 A1 to Huber et al. (hereinafter "Huber").

Regarding claim 1, Clarke'808  teaches a method for determining the amount of one or more dihydroxyvitamin D metabolites in a sample (para [0009])-- a method for determining the presence or amount of 1,25-dihydroxyvitamin D2 in a biological sample) by tandem mass spectrometry (para [0007]), comprising:
   (a) purifying the dihydroxyvitamin D metabolites from said sample by one or more procedures, such as chromatography, to enrich the sample for the analyte and remove one or more interfering substances (para [0012]; [0034]; [0035]);
   (b) further purifying the immunopurified dihydroxyvitamin D metabolites from step (a) by HPLC (para [0036]-- use of HLPC for sample clean-up prior to mass spectrometry analysis);
   (c) determining the amount of the vitamin D metabolites obtained from step (b) by tandem mass spectrometry comprising:
      (i) generating a precursor ion (para [0008]--provide a precursor ion) of said one or more dihydroxyvitamin D metabolites (para [0007]);
      (ii) generating one or more fragment ions of said precursor ion (para [0008]-- effecting a collision between the isolated precursor ion and an inert collision gas to produce at least one fragment ion); and
      (iii) detecting the amount of one or more of said ions (para [0008]--detectable in a mass spectrometer) generated in step (i) or (ii) or both and relating the amount of detected ions to the amount of said one or more dihydroxyvitamin D metabolites in said sample (para [0043]-- relating the presence or amount of an ion to the presence or amount of the original molecule).
   However, Clarke does not teach wherein (a) purifying the dihydroxyvitamin D metabolites from said sample by chromatography comprises immunopurifying.
   Huber teaches antibodies against 25-hydroxyvitamin D 2 and 25-hydroxyvitamin D 3  (pg 3, ln 18-29).
   It would have been obvious to a person having ordinary skill in the art to provide a method for determining the amount of one or more dihydroxyvitamin D metabolites in a sample taught by Clarke, wherein (a) purifying the dihydroxyvitamin D metabolites from said sample by chromatography comprises immunopurifying in view of Huber to obtain the invention as claimed because Clark teaches purifying via chromatography (para [0034]; [0035]) while Huber teaches antibodies that bind dihydroxyvitamin D metabolites (pg 3, ln 18-29) and because immunopurification is a well-known chromatographic purification technique and a skilled artisan would have readily appreciated that the antibodies of Huber would provide the affinity required to enrich the sample for the analyte and remove one or more interfering substances, as taught by Clarke (para [0012]; [0035]).

--Please see continuation sheet--

Form PCT/ISA/237 (Supplemental Box) (April 2007)

QUESTMS-00000754

**WRITTEN OPINION OF THE**
**INTERNATIONAL SEARCHING AUTHORITY**

International application No.
PCT/US 08/84709

---

**Supplemental Box**

In case the space in any of the preceding boxes is not sufficient.
Continuation of:
Box V.2. Citations and explanation

RRegarding claim 4, Clarke'808 teaches wherein said one or more dihydroxyvitamin D metabolites are not subject to derivatization (para [0034]-- do not include a derivatization step).

Regarding claim 40, Clarke'808 teaches a method for determining the amount of one or more dihydroxyvitamin D metabolites in a sample (para [0032]-- detecting the amount of one or more vitamin D metabolites in a tes) by tandem mass spectrometry (para [0008]), comprising:
   (a) purifying the dihydroxyvitamin D metabolites from said sample by one or more procedures, such as chromatography, to enrich the sample for the analyte and remove one or more interfering substances (para [0012]; [0034]; [0035]));
   (b) determining the amount of the vitamin D metabolites obtained from step (a) by tandem mass spectrometry comprising:
      (i) generating a precursor ion of said one or more dihydroxyvitamin D metabolites; (para [0010]--ionizing the vitamin D metabolites to generate ions specific for each of the vitamin D metabolites of interest and para [0008]--precursor ion);
      (ii) generating one or more fragment ions of said precursor ion (para [0008]--produce at least one fragment ion); and
      (iii) detecting the amount of one or more of said ions (para [0008]--detectable in a mass spectrometer) generated in step (i) or (ii) or both and relating the amount of detected ions to the amount of said one or moredihydroxyvitamin D metabolites in said sample (para [0043]-- relating the presence or amount of an ion to the presence or amount of the original molecule).
   However, Clarke does not teach wherein (a) purifying the dihydroxyvitamin D metabolites from said sample by chromatography comprises immunopurifying.
   Huber teaches antibodies against  25-hydroxyvitamin D 2 and 25-hydroxyvitamin D 3 (pg 3, ln 18-29).
   It would have been obvious to a person having ordinary skill in the art to provide a method for determining the amount of one or more dihydroxyvitamin D metabolites in a sample taught by Clarke, wherein (a) purifying the dihydroxyvitamin D metabolites from said sample by chromatography comprises immunopurifying in view of Huber to obtain the invention as claimed because Clark teaches purifying via chromatography (para [0034]; [0035]) while Huber teaches antibodies that bind dihydroxyvitamin D metabolites (pg 3, ln 18-29) and because  immunopurification is a well-known chromatographic purification technique and a skilled artisan would have readily appreciated that the antibodies of Huber would provide the affinity required to enrich the sample for the analyte and remove one or more interfering substances, as taught by Clarke (para [0012]; [0035]).

Regarding claim 41, Clarke'808 teaches wherein the purified dihydroxyvitamin D  metabolites from step (a) are further purified by liquid chromatography prior to mass spectrometry (para [0036]-- use of HPLC for sample clean-up prior to mass spectrometry analysis).

Claims 20, 23-25, 28, and 29 lack an inventive step under PCT Article 33(3) as being obvious over Clarke'808 in view of an article entitled "Characterization of vitamin D 3 metabolites using continuous-flow fast atom bombardment tandem mass spectrometry and high-performance liquid chromatography" by Yeung, et al., (hereinafter "Yeung").

Regarding claim 20, Clarke'808 teaches a method for determining the amount of 1 alpha,25(OH)2D2 in a sample (para [0008]-- a method for determining the presence or amount of 1,25-dihydroxyvitamin D2 in a biological sample) by tandem mass spectrometry (para [0007]), comprising:
   (a) providing a 1 alpha,25(OH)2D2 in said sample (para [0009])
   (b) purifying the 1 alpha,25(OH)2D2 from step (a) by HPLC  (para [0036]-- use of HPLC for sample clean-up prior to mass spectrometry analysis);
   (c) generating a precursor ion of the 1 alpha,25(OH)2D2 obtained from step (b) ( ionizing 1,25-dihydroxyvitamin D2 to provide a precursor ion; para [0009]);
   (d) generating one or more fragment ions of said precursor ion ( effecting a collision between the isolated precursor ion and an inert collision gas to produce at least one fragment ion; para [0009]);
   (e) detecting the amount of one or more of said ions (para [0008]--detectable in a mass spectrometer) generated in step (c) or (d) or both and relating the detected ions to the amount of said 1 alpha,25(OHhD2 in said sample (para [0043]-- relating the presence or amount of an ion to the presence or amount of the original molecule).
   Clarke'808 does not teach wherein:
   step (a) comprises derivatizing said 1alpha,25(OH)2D2 in said sample with 4-phenyl-1,2,4-triazo1ine-3,5-dione(PTAD);
   the precursor ion generated in step (c) has  mass/charge ratio of 586.37 +/- 0.5; or
   the one or more fragment ions of said precursor ion generated in step (d) have a mass/charge ratio of 314.12 +/- 0.5.
   However, Yeung teaches
   (a) derivatizing 1alpha,25(OH)2D3 in said sample with 4-phenyl-1,2,4-triazo1ine-3,5-dione(PTAD) (abstract--the derivatization of the metabolites by cycloaddition with 4-phenyl-l,2,4-triazoline-3,5-dione);
   (c) generating an ion of the derivatized 1,25(OH)2D3  of m/z of 574, 590 and 592 (pg 119, col 2, Fig. 2c);
   (d) generating one or more fragment ions of a precursor ion, wherein at least one of said one or more fragment ions comprise an ion having a mass/charge ratio of 314.12 +/-0.5 (pg 119, col 2, Fig. 2c).
   Yeung does not teach wherein the precursor ion generated in step (c) has a mass/charge ratio of 586.37 +/- 0.5;.
   It would have been obvious to a person having ordinary skill in the art to provide the method of Clarke'808, wherein step (a) comprises derivatizing said metabolite in said sample with 4-phenyl-1,2,4-triazo1ine-3,5-dione(PTAD), as taught by Yeung, wherein  the one or more fragment ions of said precursor ion generated in step (d) have a mass/charge ratio of 314.12 +/- 0.5, as taught by Yeung, and wherein the precursor ion generated in step (c) has a mass/charge ratio of 586.37 +/- 0.5 in light of Young, to obtain the invention as claimed because at least one fragment ion of derivatized vitamin D metabolites has a mass/charge ratio of 314.12 +/- 0.5 and a precursor ion of 1alpha,25(OH)2D2 has a mass/charge ratio of 586.37 +/- 0.5 providing a sensitive mass spectroscopy method for the detection of vitamin D metabolites in a biological sample.

--Please see continuation sheet--

Form PCT/ISA/237 (Supplemental Box) (April 2007)

QUESTMS-00000755

| WRITTEN OPINION OF THE INTERNATIONAL SEARCHING AUTHORITY | International application No. PCT/US 08/84709 |
|---|---|

**Supplemental Box**

In case the space in any of the preceding boxes is not sufficient.
Continuation of:
Box V.2. Citations and explanation

Regarding claim 23, Clarke'808 teaches further comprises determining the amount of 1 alpha,25(OH)2D3in said sample (para [0010]--presence or amount of two or more vitamin D-metabolites and para [0011]--a vitamin D metabolite is 1,25-dihydroxyvitamin D 3).

Regarding claim 24, Clarke'808 does not teach wherein said 1 alpha,25(OH)2D3 is derivatized with 4-phenyl-1 ,2,4-triazoline-3 ,5-dione (PTAD) prior to mass spectrometry or wherein said precursor ion of said 1 alpha,25(OH)2D3has a mass/charge ratio of 574.37 +/- 0.5. However, such would have been obvious to obtain the invention as claimed for the reasons discussed above and because Yeung teaches wherein said 1 alpha,25(OH)2D3 is derivatized with 4-phenyl-1 ,2,4-triazoline-3 ,5-dione (PTAD) prior to mass spectrometry (pg 119, col 2, Fig. 2c-- 1,25(OH)2D3-PTAD), wherein said precursor ion of said 1 alpha,25(OH)2D3has a mass/charge ratio of 574.37 +/- 0.5 (pg 119, col 2, Fig. 2c fragment ion of m/z of 574).

Regarding claim 25, Clarke'808 teaches a method for determining the amount of 1-alpha, 25(OH)2D3 in a sample (para [0009]--a method for determining the presence or amount of a vitamin D metabolite in a sample and 1,25-dihydroxyvitamin D3) by tandem mass spectrometry (para [0008]), comprising:
(a) providing a 1 alpha,25(OH)2D3 in said sample (para [0009])
(b) purifying the derivatized 1 alpha,25(OH)2D3 step (a) by HPLC (para [0036]-- use of HPLC for sample clean-up prior to mass spectrometry analysis);
(c) generating a precursor ion of the 1 alpha,25(OH)2D3 obtained from step (b) ( ionizing 1,25-dihydroxyvitamin D2 to provide a precursor ion; para [0008]; [0009]);
(d) generating one or more fragment ions of said precursor ion ( effecting a collision between the isolated precursor ion and an inert collision gas to produce at least one fragment ion (para [0009]);
(e) detecting the amount of one or more of said ions (para [0008] --detectable in a mass spectrometer) generated in step (c) or (d) or both and relating the detected ions to the amount of said 1a,25(OH)2D3in said sample (para [0043]-- relating the presence or amount of an ion to the presence or amount of the original molecule)
Clarke'808 does not teach wherein:
step (a) comprises derivatizing said 1alpha,25(OH)2D3 in said sample with 4-phenyl-1,2,4-triazo1ine-3,5-dione(PTAD);
the precursor.ion generated in step (c) has ( mass/charge ratio of 574.37 +/- 0.5; or
the one or more fragment ions of said precursor ion generated in step (d) have a mass/charge ratio of 314.12 +/- 0.5.
However, Yeung teaches
(a) derivatizing said 1alpha,25(OH)2D3 in said sample with 4-phenyl-1,2,4-triazo1ine-3,5-dione(PTAD) pg 119, para 2--reaction of metabolites with PTAD and pg 119, col 2, Fig. 2c-- 1,25(OH)2D3-PTAD);
(c) generating a precursor ion of the derivatized 1 alpha,25(OH)2D3 having a mass/charge ratio of 574.37 +/- 0.5 (pg 119, col 2, Fig. 2c--fragment ion of m/z of 574);
(d) generating one or more fragment ions of a precursor ion, wherein at least one of said one or more fragment ions comprise an ion having a mass/charge ratio of 314.12 +/-0.5 (pg 119, col 2, Fig. 2c). It would have been obvious to a person having ordinary skill in the art to provide the method of Clarke'808, wherein step (a) comprises derivatizing said metabolite in said sample with 4-phenyl-1,2,4-triazo1ine-3,5-dione(PTAD), as taught by Yeung, wherein the one or more fragment ions of said precursor ion generated in step (d) have a mass/charge ratio of 314.12 +/- 0.5, as taught by Yeung, and wherein the precursor ion generated in step (c) has a mass/charge ratio of 574.37 +/- 0.5, as taught by Yeung, to obtain the invention as claimed because PTAD is a strong dienophile which selectively forms an adduct with the vitamin D structure allowing the sensitivity necessary for detecting vitamin D metabolites at low biological concentrations.

Regarding claim 28, Clarke'808 teaches the method further comprises determining the amount of 1a,25(OH)2D2 in said sample (para [0007]--detecting the presence or amount of a vitamin D metabolite in a test sample and para [0011]--1,25dihydroxyvitaminD2).

Regarding claim 29, Yeung teaches wherein said 1a,25(OH)2D2 is derivatized with 4-phenyl-1 ,2,4-triazoline-3,5-dione (PTAD) prior to mass spectrometry (abstract--the derivatization of the metabolites by cycloaddition with 4-phenyl-1,2,4-triazoline-3,5-dione); but does not teach wherein said precursor ion of said 1a,25(OH)2D2 has a mass/charge ratio of 586.37 +/- 0.5. However, Yeung teaches (c) 1,25(OH)2D3-PTAD (pg 119, col 2, Fig. 2c) and fragment ions of m/z of 574, 590 and 592. It would have been obvious to a person having ordinary skill in the art to combine 1,25(OH)2D3-PTA and fragment ion of m/z of 574, 590 and 592, as taught by Yeung and the routine experimentation to achieve (c) generating a precursor ion of the derivatized 1 alpha,25(OH)2D2 obtained from step (b) having a mass/charge ratio of 586.37 + 0.5 because a skilled artisan would know that underivatized, unionized 1a,25(OH)2D3 has a molecular weight of 428.6 and the derivative has a m/z of 574, as taught by Yeung (pg 119, col 2, Fig. 2c) for a difference of 157 and that underivatized, unionized 1a,25(OH)2D3 with a molecular weight of 416.6 would thus result in a derivative m/z about 586.37, because PTAD is a strong dienophile which selectively forms an adduct with the vitamin D structure useful for detecting a vitamin D metabolite in a biological sample.

--Please see continuation sheet--

Form PCT/ISA/237 (Supplemental Box) (April 2007)

QUESTMS-00000756

PCT/US2008/084709 24.02.2009

| WRITTEN OPINION OF THE INTERNATIONAL SEARCHING AUTHORITY | International application No. PCT/US 08/84709 |
|---|---|

**Supplemental Box**

In case the space in any of the preceding boxes is not sufficient.
Continuation of:
Box V.2. Citations and explanation

Claims 2, 3 and 32 lack an inventive step under PCT Article 33(3) as being obvious over Clarke'808, in view of Huber further in view of US 7,087,395 B1 to Garrity, et al. (hereinafter "Garrity").

Regarding claim 2, neither Clarke'808 nor Huber teach wherein the immunopurifying step utilizes immunoparticles. However, Garrity teaches wherein the immunopurifying step utilizes immunoparticles (col 3, ln 26-29 separator such as magnetic particle) and that the immunoparticles (separators) facilitate separating out and isolation, for example, by a magnetic field (col 6, ln 41-59) . It would have been obvious to a person having ordinary skill in the art to provide the method produced by the combined teachings of Clarke and Huber, wherein the immunopurification utilizes immunoparticles, as taught by Garrity, to obtain the invention as claimed to facilitate separation with reduced effort (eg via magnetic field), as taught by Garrity.

Regarding claim 3, Huber suggests providing antidihydroxyvitamin D antibodies in the immunopurification, as discussed in claim 1, while Garrity suggests using immunoparticles, as discussed in claim 2.

Regarding claim 32, neither Clarke'808 nor Huber teach wherein the immunopurification utilizes immunoparticles. However, such would have been further obvious for the reasons discussed in claim 2, specifically to facilitate separation with reduced effort (eg via magnetic field), as taught by Garrity.

Claims 31 and 36 lack an inventive step under PCT Article 33(3) as being obvious over Clarke'808, in view of Clarke'809 further in view of Huber.

Regarding claim 31, neither Clarke'808 nor Huber teach wherein the $1a,25(OH)2D2$ in said sample is purified by immunopurification prior to step (a). However, such would have been further obvious to obtain the invention as claimed for the reasons discussed in claim 1, specifically because Clark teaches purifying via chromatography (para [0034]; [0035]) while Huber teaches antibodies that bind dihydroxyvitamin D metabolites (pg 3, ln 18-29) and because immunopurification is a well-known chromatographic purification technique and a skilled artisan would have readily appreciated that the antibodies of Huber would provide the affinity required to enrich the sample for the analyte and remove one or more interfering substances, as taught by Clarke (para [0012]; [0035]).

Regarding claim 36, Clarke'808 does not teach wherein the $1a,25(OH)2D3$ in said sample is purified by immunopurification prior to step (a). However, such would have been further obvious to obtain the invention as claimed for the reasons discussed in claim 1, specifically because Clark teaches purifying via chromatography (para [0034]; [0035]) while Huber teaches antibodies that bind dihydroxyvitamin D metabolites (pg 3, ln 18-29) and because immunopurification is a well-known chromatographic purification technique and a skilled artisan would have readily appreciated that the antibodies of Huber would provide the affinity required to enrich the sample for the analyte and remove one or more interfering substances, as taught by Clarke (para [0012]; [0035]).

Claims 5-7, 21, 26 and 42 lack an inventive step under PCT Article 33(3) as being obvious over Clarke'808, in view of Huber, further in view of Yeung.

Regarding claim 5, neither Clarke'808 nor Huber teach wherein said one or more dihydroxyvitamin D metabolites are derivatized prior to mass spectrometry. However, Yeung teaches wherein said one or more dihydroxyvitamin D metabolites are derivatized prior to mass spectrometry (abstract--the derivatization of the metabolites by cycloaddition with 4-phenyl-l,2,4-triazoline-3,5-dione). It would have been obvious to a person having ordinary skill in the art to provide the method produced by the combined teachings of Clarke and Huber, wherein one or more dihydroxyvitamin D metabolites are derivatized prior to mass spectrometry, as taught by Yeung, to obtain the invention as claimed for selectively forming adducts with the vitamin D structure allowing the sensitivity necessary for detecting vitamin D metabolites at low biological concentrations.

Regarding claim 6 and 7, Yeung teaches wherein said one or more dihydroxyvitamin D metabolites are derivatized with the 4-substituted 1,2,4-triazoline-3,5-dione (TAD) 4-phenyl-l,2,4-triazoline-3,5-dione (PTAD) prior to mass spectrometry (abstract--the derivatization of the metabolites by cycloaddition with 4-phenyl-l,2,4-triazoline-3,5-dione).

Regarding claim 21, the combined teachings of Clarke'808 and Yeung produce the method of claim 20, as discussed above. Clarke'808 teaches purifying the $1a,25(OH)D3$ from said sample by one or more procedures, such as chromatography, to enrich the sample for the analyte and remove one or more interfering substances (para [0012]; [0034]; [0035]); however neither Clarke nor Yeung teaches wherein said purification is immunopurification.
Huber teaches antibodies against 25-hydroxyvitamin D3 (pg 3, ln 27-29). It would have been obvious to a person having ordinary skill in the art to provide wherein the $1a,25(OH)D3$ in said sample is purified by immunopurification prior to step (a), to obtain the invention as claimed because Clarke'808 teaches purifying via chromatography (para [0034]; [0035]) while Huber teaches antibodies that bind dihydroxyvitamin D metabolites (pg 3, ln 18-29) and because immunopurification is a well-known chromatographic purification technique and a skilled artisan would have readily appreciated that the antibodies of Huber would provide the affinity required to enrich the sample for the analyte and remove one or more interfering substances, as taught by Clarke'808 (para [0012]; [0035]).

--Please see continuation sheet--

Form PCT/ISA/237 (Supplemental Box) (April 2007)

QUESTMS-00000757

**WRITTEN OPINION OF THE**
**INTERNATIONAL SEARCHING AUTHORITY**

International application No.

PCT/US 08/84709

**Supplemental Box**

In case the space in any of the preceding boxes is not sufficient.
Continuation of:
Box V.2. Citations and explanation

Regarding claim 26, the combined teachings of Clarke'808 and Yeung produce the method of claim 25, as discussed above. Clarke'808 teaches purifying the 1a,25(OH)D3 from said sample by one or more procedures, such as chromatography, to enrich the sample for the analyte and remove one or more interfering substances (para [0012]; [0034]; [0035]); however neither Clarke nor Yeung teaches wherein said purification is immunopurification.
  Huber teaches antibodies against 25-hydroxyvitamin D3 (pg 3, ln 27-29). It would have been obvious to a person having ordinary skill in the art to provide wherein the 1a,25(OH)D3 in said sample is purified by immunopurification prior to step (a), to obtain the invention as claimed  because Clarke'808 teaches purifying via chromatography (para [0034]; [0035]) while Huber teaches antibodies that bind dihydroxyvitamin D metabolites (pg 3, ln 18-29) and because immunopurification is a well-known chromatographic purification technique and a skilled artisan would have readily appreciated that the antibodies of Huber would provide the affinity required to enrich the sample for the analyte and remove one or more interfering substances, as taught by Clarke'808 (para [0012]; [0035]).

Regarding claim 42, neither Clarke'808 nor Huber teach wherein said one or more dihydroxyvitamin D metabolites are derivatized with 4-phenyl-I ,2,4-triazoline-3,5-dione (PTAD) prior to mass spectrometry.  However, Yeung teaches wherein said one or more dihydroxyvitamin D metabolites are derivatized with 4-phenyl-I ,2,4-triazoline-3,5-dione
(PTAD) prior to mass spectrometry (abstract--the derivatization of the metabolites by cycloaddition with 4-phenyl-1,2,4-triazoline-3,5-dione).
It would have been obvious to a person having ordinary skill in the art to provide wherein said one or more dihydroxyvitamin D metabolites are derivatized with 4-phenyl-I ,2,4-triazoline-3,5-dione (PTAD) prior to mass spectrometry, as taught by Yeung (abstract) to obtain the invention as claimed because PTAD is a strong dienophile forming selective adducts with vitamin D derivatives allowing detection in small amounts in biological samples.

Claim 37 lacks an inventive step under PCT Article 33(3) as being obvious over Clarke'808, in view of in view of Clarke'609, in view of Huber, further in view of Garrity.

Regarding claim 37, neither Clarke'808 nor Huber teaches wherein the immunopurifying step utilizes immunoparticles. However, Garrity teaches wherein the immunopurifying step utilizes immunoparticles (col 3, ln 26-29 separator such as magnetic particle) and that the immunoparticles (separators) facilitate separating out and isolation, for example, by a magnetic field (col 6, ln 41-59) .
  It would have been obvious to a person having ordinary skill in the art to provide the method produced by the combined teachings of Clarke and Huber, wherein the immunopurification utilizes immunoparticles, as taught by Garrity, to obtain the invention as claimed  to facilitate separation with reduced effort (eg via magnetic field), as taught by Garrity.

Claims 22 and 27 lack an inventive step under PCT Article 33(3) as being obvious over Clarke'808 in view of Yeung, in view of Huber, further in view of Garrity.

Regarding claim 22, neither Clarke'808 nor Yeung nor Huber teach wherein the immunopurification utilizes immunoparticles. However, Garrity teaches wherein the immunopurifying step utilizes immunoparticles (col 3, ln 30--magnetic particle). It would have been obvious to a person having ordinary skill in the art to provide wherein the immunopurification utilizes immunoparticles, as taught by Garrity, to obtain the invention as claimed to provide a method of detecting dihydroxyvitamin D metabolites in a sample, as taught by Garrity (col 3, ln 30).

Regarding claim 27, neither Clarke'808 nor Yeung nor Huber teach wherein the immunopurification utilizes immunoparticles. However, Garrity teaches wherein the immunopurifying step utilizes immunoparticles (col 3, ln 30--magnetic particle). It would have been obvious to a person having ordinary skill in the art to provide wherein the immunopurification utilizes immunoparticles, as taught by Garrity, for the same reasoning given above for claim 22.

Claim 8 lacks an inventive step under PCT Article 33(3) as being obvious over Clarke'808, in view of Huber, in view of Yeung, further in view of an article entitled " Simultaneous Determination of 25-Hydroxyvitamin D2 and 25-Hydroxyvitamin D3 in Human Plasma by Liquid Chromatography-Tandem Mass Spectrometry Employing Derivatization with a Cookson-Type Reagent " by Higashi, et al. (hereinafter "Higashi") and further in view of WO/1996/018618 to Linker, et al. (hereinafter "Linker").

Regarding claim 8, neither Clarke'808 nor Huber nor Yeung teach wherein said one or more dihydroxyvitamin D metabolites are derivatized with 4' -carboxyphenyl-TAD prior to mass spectrometry. However, Higashi teaches derivatization of 24,25-dihydroxyvitamin D3 with a Cookson-type reagent (4-substituted 1,2,4-triazoline-3,5-dione (pg 738, col 2, para 2) and Linker teaches 4'-carboxyphenyl-TAD (abstract--general formula I and pg 1, ln 22--Q1 fuer Sauerstoff steht, pg 1, ln 24--Q2 fuer Sauerstoff steht and pg2, ln 26--R1 fuer Wasserstoff steht, pg 3, ln 2 R2 fuer Wasserstoff steht and pg 3, ln 5--R3 fuer Wasserstoff steht and pg 3, ln 7--R4 fuer Wasserstoff steht pg 3, ln 9--R5 fuer carboxy steht pg 3, ln 13, 15--R6 fuer die nachstehende Gruppierung steht -A1-A2-A3 and pg 4, ln 9 and 10--A3 steht fuer Wasserstoff steht mit der Massgabe, dass in diesem Fall A1 und/oder A2 nicht fuer eine Einfachbindung stehen and pg 5, ln 9--R7 fuer Wasserstoff steht). It would have been obvious to a person having ordinary skill in the art to provide a Cookson-type reagent (4-substituted 1,2,4-triazoline-3,5-dione) for derivatization of a vitamin D derivative, as taught by Higashi, with 4'carboxyphenyl-TAD, as taught by Linker, to obtain the invention as claimed to provide a strong dienophile for formation of selective adducts with vitamin D derivatives for detection in small amounts in biological samples, as taught by Higashi (pg 738, col 2, para 2) and Linker (abstract, pg 2, ln 22, 24, 26, pg 3, ln 7, 9, 13, 15, pg 4, ln 9, 10, pg 5, ln 9).

Claims 1-8, 20-42 have industrial applicability as defined by PCT Article 33(4) because the subject matter can be made or used in industry.

Form PCT/ISA/237 (Supplemental Box) (April 2007)

QUESTMS-00000758



## United States Patent and Trademark Office

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/946,765 | 11/28/2007 | Brett Holmquist | 054769-9991 | 9763 |

| | | |
|---|---|---|
| 30542 7590 06/24/2010 | | |
| FOLEY & LARDNER LLP | | |
| P.O. BOX 80278 | | |
| SAN DIEGO, CA 92138-0278 | | |

| EXAMINER |
|---|
| COLE, MONIQUE T |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1797 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 06/24/2010 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)

QUESTMS-00000759

| | Application No. | Applicant(s) |
|---|---|---|
| **Office Action Summary** | 11/946,765 | HOLMQUIST ET AL. |
| | **Examiner** | **Art Unit** | |
| | M. COLE | 1797 | |

-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒  Responsive to communication(s) filed on <u>28 November 2007</u>.

2a)☐  This action is **FINAL**.          2b)☒  This action is non-final.

3)☐  Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒  Claim(s) <u>1-45</u> is/are pending in the application.

    4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☐  Claim(s) _____ is/are allowed.

6)☒  Claim(s) <u>1-7 and 9-45</u> is/are rejected.

7)☒  Claim(s) <u>8</u> is/are objected to.

8)☐  Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☐  The specification is objected to by the Examiner.

10)☐  The drawing(s) filed on _____ is/are:  a)☐ accepted or b)☐ objected to by the Examiner.

    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

11)☐  The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12)☐  Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a)☐ All  b)☐ Some * c)☐ None of:

      1.☐  Certified copies of the priority documents have been received.

      2.☐  Certified copies of the priority documents have been received in Application No. _____.

      3.☐  Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

    * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☒  Notice of References Cited (PTO-892)

2)☐  Notice of Draftsperson's Patent Drawing Review (PTO-948)

3)☒  Information Disclosure Statement(s) (PTO/SB/08)
    Paper No(s)/Mail Date <u>See Continuation Sheet</u>.

4)☐  Interview Summary (PTO-413)
    Paper No(s)/Mail Date. _____ .

5)☐  Notice of Informal Patent Application

6)☐  Other: _____ .

QUESTMS-00000760

**Continuation Sheet (PTOL-326)**　　　　　　　　　　　　　　　　　**Application No.** 11/946,765

Continuation of Attachment(s) 3). Information Disclosure Statement(s) (PTO/SB/08), Paper No(s)/Mail Date :5/28/10; 2/5/10; 2/2/10; 5/14/09; 3/17/09; 12/29/08; 9/5/08; and 5/16/08.

2

QUESTMS-00000761

### DETAILED ACTION

#### *Information Disclosure Statement*

The information disclosure statements (IDSs) submitted on May 28, 2010;

February 5, 2010; February 2, 2010; May 14, 2009; March 17, 2009; December 29,

2008; September 5, 2008; and May 16, 2008 are in compliance with the provisions of 37

CFR 1.97. Accordingly, the information disclosure statements have been considered by

the Examiner.

#### *Claim Rejections - 35 USC § 103*

The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set
> forth in section 102 of this title, if the differences between the subject matter sought to be patented and
> the prior art are such that the subject matter as a whole would have been obvious at the time the
> invention was made to a person having ordinary skill in the art to which said subject matter pertains.
> Patentability shall not be negatived by the manner in which the invention was made.

Claims 1, 2, 3, 5, 6, 7, 10, 14, 15, 17, 25, 26, 27, 40, 41 and 42 are rejected

under 35 U.S.C. 103(a) as being unpatentable over Yeung et al. "*Characterization of

vitamin $D_3$ metabolites using continuous-flow fast atom bombardment tandem mass

spectrometry and high-performance liquid chromatography*" ("Yeung") in view of USP

6,787,660 to Armbruster et al. ("Armbruster").

Yeung discloses a method for the detection of vitamin $D_3$ metabolites involving

the derivitization of the metabolites with 4-phenyl-1,2,4-triazoline-3,5-dione (PTAD),

followed by purification with high-performance liquid chromatography (HPLC) and

characterization with tandem mass spectrometry. *See* Abstract; and Results and

Discussion, page 118.

QUESTMS-00000762

With respect to claims 14, 15, 17, 25, reciting specific mass/charge ratios, Figure 2 and Figure 3 of Yeung correspond to the ratios recited in the instant claims.

Yeung differs from the instant claims in that it does not expressly disclose immunopurifying the vitamin $D_3$ metabolites. Rather, Yeung discloses beginning its methodology with commercially purchased vitamin $D_3$.

Armbruster is assigned to Immunodiagnostik, a commercial supplier of vitamin D metabolites. Armbruster notes that its product is available for routine diagnostic use and in research (col. 5, lines 47-54). Armbruster teaches that to detect vitamin D derivatives anti-vitamin D binding protein antibodies are used (col. 6, lines 52-63) and may be combined with microparticles (col. 6, line 64 – col. 7, line 7). This method facilitates non-radioactive detection of vitamin D derivatives without extensive safety measures being required. Moreover, the competitive method is "*suitable for routine investigations, . . . , for diagnostics is general, and in research.*" See col. 7, lines 8-14.

It would have been obvious to one of ordinary skill in the art to modify the Yeung methodology by the inclusion of immunopurification *via* anti-vitamin D antibodies to ensure a purified initial product for further research. Certainly, a commercial supplier of vitamin D derivatives would perform a quality control process such as that detailed by Armbruster to ensure the purity of the commercial product. If the vitamin $D_3$ derivative of Yeung had not been purchased outside of the lab, it is also likely that the Yeung team would perform immunopurification as detailed by Armbruster for the reasons discussed above (i.e., highly specific purification without the need for extensive safety measures.)

QUESTMS-00000763

Claims 9, 11, 12, 13, 20, 21, 22, 23, 24, 28 and 29 are rejected under 35

U.S.C. 103(a) as being unpatentable over Yeung in view of Armbruster as applied to

claims 1, 2, 3, 5, 6, 7, 10, 14, 15, 17, 25, 26, 27, 40, 41 and 42 above, and further in

view of Higashi et al. "*Simultaneous Determination of 25-Hydroxyvitamin $D_2$ and 25-*

*Hydroxyvitamin $D_3$ in Human Plasma by Liquid Chromatography-Tandem Mass*

*Spectrometry Employing Derivatization with a Cookson-Type Reagent*" ("Higashi").

The combination of Yeung and Armbruster ("Yeung/Armbruster") is discussed

above.

Yeung/Armbruster differs from the present invention in that it does not disclose

the detection of vitamin $D_2$.

Higashi teaches the simultaneous determination of vitamin $D_2$ and vitamin $D_3$

after being derivatized with PTAD.  The disclosed methodology also involves tandem

mass spectrometry.  *See* Abstract.  Higashi also discloses testing vitamin $D_2$ alone.

*See* page 739, 1st full paragraph.

In light of the Higashi disclosure of the simultaneous determination of vitamin $D_2$

and vitamin $D_3$, along with the disclosure of the determination of vitamin $D_2$ and vitamin

$D_3$ alone, it would have been obvious to one of ordinary skill in the art to modify the

Yeung/Armbruster methodology to suit the required research needs (i.e. determination

of either or both of vitamin $D_2$ and vitamin $D_3$) with an expectation of success.

With respect to the mass/charge ratios recited in claims 12, 13, 20, 24 and 29, it

is the Examiner's position that Yeung/Armbruster in view of Higashi would achieve

QUESTMS-00000764

similar mass/charge ratios given the similarity of the method to that of the present

invention, absent any evidence to the contrary.


Claims 1, 2, 3, 4, 9, 10, 11, 16, 17, 18, 19, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39,

40, 41, 43, 44 and 45 are rejected under 35 U.S.C. 103(a) as being unpatentable over

Coldwell et al. "*Mass Fragmentographic Assay for 25-Hydroxyvitamin D in Plasma*

*Without Derivatization: Enhanced Sensitivity for Metabolites of Vitamins $D_2$ and $D_3$ After*

*Pre-Column Dehydration*" ("Coldwell") in view of Kissmeyer et al. "*Sensitive analysis of*

*1α, 25-dihydroxyvitamin $D_3$ in biological fluids by liquid chromatography-tandem mass*

*spectrometry*" ("Kissmeyer") and Armbruster.

Coldwell discloses a method for measuring at least one vitamin D metabolite

(i.e., 25-hydroxyvitamin $D_2$ and 25-hydroxyvitamin $D_3$), which comprises generating

dehydrated molecular ions and subjecting the ions to gas chromatography (GC). *See,*

*at least*, page 351, second paragraph in left column.

The samples were subjected to purification prior to ionization. *See* page 349,

discussing that a dehydrating pre-column is utilized to avoid problems such as poor

peak shape or destruction.

It is noted that Coldwell does not expressly disclose the measurement of 1, 25-

dihydroxyvitamin $D_2$. However, Coldwell does disclose "the possibility of extending this

method to include dihydroxylated metabolites has also been considered." *See* page

353, right column, last paragraph. *See also* Table 2, page 354. Thus, it is the

QUESTMS-00000765

Application/Control Number: 11/946,765                          Page 6
Art Unit: 1797

Examiner's position that the method disclosed by Coldwell would be applicable to 1, 25-dihydroxyvitamin $D_2$, absent any evidence to the contrary.

Coldwell differs from the instant claims in that it does not disclose the use of HPLC as the purification method.   Coldwell suggests adding additional quality assurance schemes to ensure precision and accuracy.  *See* page 348, second column, first paragraph.

Kissmeyer teaches a method for the sensitive analysis of vitamin D metabolites *via* liquid chromatography-tandem mass spectrometry.  *See* Title.  Kissmeyer discloses that liquid chromatography-tandem mass spectrometry is an improvement over the older gas chromatography method, by providing increased specificity and sensitivity of analytes, and increased testing capacity.  *See* page 94, right column, first paragraph; and page 102, Conclusion.

Kissmeyer further discloses that the purification step comprises protein precipitation.  *See* abstract.

Given the noted advantages of liquid chromatography-tandem mass spectrometry (LC-MS/MS) as taught by Kissmeyer, it would have been obvious to one of ordinary skill in the art to modify the GC methodology of Coldwell to obtain an improved LC-MS/MS process of measuring vitamin D metabolites.

Coldwell and Kissmeyer ("Coldwell/Kissmeyer") does not expressly disclose immunopurifying the vitamin $D_3$ metabolites.

Armbruster discloses a method of purifying vitamin D metabolites available for routine diagnostic use and in research (col. 5, lines 47-54).  Armbruster teaches that to

QUESTMS-00000766

detect vitamin D derivatives anti-vitamin D binding protein antibodies are used (col. 6,

lines 52-63) and may be combined with microparticles (col. 6, line 64 – col. 7, line 7).

Moreover, the competitive method is "*suitable for routine investigations, . . . , for*

*diagnostics is general, and in research.*" *See* col. 7, lines 8-14.

It would have been obvious to one of ordinary skill in the art to modify

Coldwell/Kissmeyer by the inclusion of immunopurification *via* anti-vitamin D antibodies

to ensure a purified vitamin D metabolite product with precision and accuracy of the

results.

### Double Patenting

The nonstatutory double patenting rejection is based on a judicially created

doctrine grounded in public policy (a policy reflected in the statute) so as to prevent the

unjustified or improper timewise extension of the "right to exclude" granted by a patent

and to prevent possible harassment by multiple assignees.   A nonstatutory

obviousness-type double patenting rejection is appropriate where the conflicting claims

are not identical, but at least one examined application claim is not patentably distinct

from the reference claim(s) because the examined application claim is either anticipated

by, or would have been obvious over, the reference claim(s). See, e.g., *In re Berg*, 140

F.3d 1428, 46 USPQ2d 1226 (Fed. Cir. 1998); *In re Goodman*, 11 F.3d 1046, 29

USPQ2d 2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir.

1985); *In re Van Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422

QUESTMS-00000767

F.2d 438, 164 USPQ 619 (CCPA 1970); and *In re Thorington*, 418 F.2d 528, 163

USPQ 644 (CCPA 1969).

A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) or 1.321(d)

may be used to overcome an actual or provisional rejection based on a nonstatutory

double patenting ground provided the conflicting application or patent either is shown to

be commonly owned with this application, or claims an invention made as a result of

activities undertaken within the scope of a joint research agreement.

Effective January 1, 1994, a registered attorney or agent of record may sign a

terminal disclaimer. A terminal disclaimer signed by the assignee must fully comply with

37 CFR 3.73(b).

Claims 1, 4, 9, 10, 11, 40, 41, and 43 are provisionally rejected on the ground of

nonstatutory obviousness-type double patenting as being unpatentable over claims 1, 2,

3, 4, 5, 9, 10, 17, 18, 19, 20, 21, 22, 24, 28 and 29 of copending Application No.

11/386,215 ("the '215 application"). Although the conflicting claims are not identical,

they are not patentably distinct from each other because the '215 application overlaps

with the subject matter of the instant application.

The '215 application is directed to determining the presence or amount of vitamin

D metabolites (vitamin $D_2$, vitamin $D_3$, or both) *via* tandem mass spectrometry, wherein

purification (which embraces all forms of purification, including immunopurification and

HPLC) is performed prior to ionization. The skilled artisan would understand the need

to purify the vitamin D metabolites in such a way to ensure that extraneous materials

QUESTMS-00000768

would be eliminated. Immunopurification provides the requisite specificity to further this goal. The claims of the '215 application do not include derivatization.

This is a <u>provisional</u> obviousness-type double patenting rejection because the conflicting claims have not in fact been patented.

Claims 1, 4, 9, 10, 11, 40, and 41 are provisionally rejected on the ground of nonstatutory obviousness-type double patenting as being unpatentable over claims 1, 4, and 5 of copending Application No. 11/101,166 ("the '166 application"). Although the conflicting claims are not identical, they are not patentably distinct from each other because the '166 application overlaps with the subject matter of the instant application.

The '166 application is directed to determining the presence or amount of vitamin $D_3$ metabolites *via* tandem mass spectrometry, wherein the sample is purified by chromatography prior to ionization. For the purpose of claim interpretation, the instant specification defines "immunopurifying" as being performed by various forms of chromatography. *See* instant specification, paragraph [0046]. The skilled artisan would understand the need to purify the vitamin D metabolites in such a way to ensure that extraneous materials would be eliminated. Immunopurification provides the requisite specificity to further this goal. The claims of the '166 application do not include derivatization.

QUESTMS-00000769

This is a _provisional_ obviousness-type double patenting rejection because the conflicting claims have not in fact been patented.[1]

Claims 1, 6, 7, 9, 10, 11, 40, 41, 42 and 45 are provisionally rejected on the ground of nonstatutory obviousness-type double patenting as being unpatentable over claims 1, 2, 4, 6, 7, 8, 9, 10, 11, 14, 17, 21, 25, 26, 28, 29, 30, 31, 32, 33, 34, 35, 38, 41, 45, 49, 50, 51, 54, 57, 60, and 64 of copending Application No. 12/630,790 ("the '790 application"). Although the conflicting claims are not identical, they are not patentably distinct from each other because the '790 application overlaps with the subject matter of the instant application.

The '790 application is directed to determining the presence or amount of vitamin D metabolites (vitamin $D_2$, vitamin $D_3$, or both) _via_ tandem mass spectrometry, wherein the sample is purified run through extraction and analytical columns prior to ionization. For the purpose of claim interpretation, the instant specification defines "immunopurifying" as being performed by various forms of columns. _See_ instant specification, paragraphs [0041] – [0046]. The skilled artisan would understand the need to purify the vitamin D metabolites in such a way to ensure that extraneous

---

[1] The '166 application will be issued as USP 7,745,226 on June 29, 2010, at which point the present rejection will no longer be provisional.

QUESTMS-00000770

materials would be eliminated. Immunopurification provides the requisite specificity to

further this goal. The claims of the '790 application include PTAD-derivatization.

This is a <u>provisional</u> obviousness-type double patenting rejection because the

conflicting claims have not in fact been patented.


Claims 1-4, 40 and 41 are provisionally rejected on the ground of nonstatutory

obviousness-type double patenting as being unpatentable over claims 38-49 of

copending Application No. 12/630,796 ("the '796 application"). Although the conflicting

claims are not identical, they are not patentably distinct from each other because the

'790 application overlaps with the subject matter of the instant application.

The '796 application is directed to determining the presence or amount of vitamin

D metabolites (vitamin $D_2$, vitamin $D_3$, or both) *via* tandem mass spectrometry, wherein

the sample is purified *via* immunopurifying and HPLC. The present specification at

paragraph [0008] teaches that dihydroxyvitamin D metabolites include $1\alpha,25(OH)_2D_2$.

The instant application claims are broad enough to cover the mass/charge ratios recited

in the '796 application.  Since the present application method is similar to that of the

'796 application, it would be obvious to expect similar mass to charge ratios (m/z) to be

obtained. The claims of the '796 application do not include derivatization.

This is a <u>provisional</u> obviousness-type double patenting rejection because the

conflicting claims have not in fact been patented.

QUESTMS-00000771

### *Allowable Subject Matter*

Claim 8 is objected to as being dependent upon a rejected base claim, but would be allowable if rewritten in independent form including all of the limitations of the base claim and any intervening claims.

The prior art does not teach or suggest derivatizing vitamin D metabolites with 4'-carboxypheynyl-TAD prior to mass spectrometry.

Any inquiry concerning this communication or earlier communications from the examiner should be directed to M. COLE whose telephone number is 571-272-1463. The examiner can normally be reached on M - Th (9-5).

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Jill Warden can be reached on 571-272-1267. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

QUESTMS-00000772

Application/Control Number: 11/946,765                         Page 13
Art Unit: 1797

Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system. Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a

USPTO Customer Service Representative or access to the automated information

system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/Jill  Warden/                          M.  COLE
Supervisory Patent Examiner, Art Unit 1797        Examiner
                                        Art Unit 1797

QUESTMS-00000773

| | Notice of References Cited | Application/Control No. | Applicant(s)/Patent Under Reexamination |  |
|---|---|---|---|---|
| | | 11/946,765 | HOLMQUIST ET AL. | |
| | | Examiner | Art Unit | Page 1 of 1 |
| | | M. COLE | 1797 | |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-6,787,660 | 09-2004 | Armbruster et al. | 552/653 |
| | B | US- | | | |
| | C | US- | | | |
| | D | US- | | | |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

QUESTMS-00000774



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 12/630,790 | 12/03/2009 | Brett Holmquist | 034827-0740 | 1410 |

| | |
|---|---|
| 30,542    7590    06/28/2010 | EXAMINER |
| FOLEY & LARDNER LLP | COLE, MONIQUE T |
| P.O. BOX 80278 | |
| SAN DIEGO, CA 92138-0278 | |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1797 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 06/28/2010 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)

QUESTMS-00000775

| | Application No. | Applicant(s) |
| --- | --- | --- |
| **Office Action Summary** | 12/630,790 | HOLMQUIST ET AL. |
| | Examiner | Art Unit | |
| | M. COLE | 1797 | |

-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a).  In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment.  See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on <u>03 December 2009</u>.

2a)☐ This action is **FINAL**.  2b)☒ This action is non-final.

3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒ Claim(s) <u>1-67</u> is/are pending in the application.

    4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☐ Claim(s) _____ is/are allowed.

6)☒ Claim(s) <u>1-51 and 54-67</u> is/are rejected.

7)☒ Claim(s) <u>52 and 53</u> is/are objected to.

8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☐ The specification is objected to by the Examiner.

10)☐ The drawing(s) filed on _____ is/are:  a)☐ accepted or b)☐ objected to by the Examiner.

    Applicant may not request that any objection to the drawing(s) be held in abeyance.  See 37 CFR 1.85(a).

    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

11)☐ The oath or declaration is objected to by the Examiner.  Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a)☐ All   b)☐ Some * c)☐ None of:

      1.☐ Certified copies of the priority documents have been received.

      2.☐ Certified copies of the priority documents have been received in Application No. _____.

      3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

    * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☒ Notice of References Cited (PTO-892)

2)☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3)☒ Information Disclosure Statement(s) (PTO/SB/08)
    Paper No(s)/Mail Date _____.

4)☐ Interview Summary (PTO-413)
    Paper No(s)/Mail Date. _____ .

5)☐ Notice of Informal Patent Application

6)☐ Other: _____ .

U.S. Patent and Trademark Office
PTOL-326 (Rev. 08-06)      Joint Appendix 1292
Office Action Summary      Part of Paper No./Mail Date 20100621

QUESTMS-00000776

Application/Control Number: 12/630,790                                    Page 2
Art Unit: 1797

## 11DETAILED ACTION

### *Claim Rejections - 35 USC § 102*

The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that

form the basis for the rejections under this section made in this Office action:

A person shall be entitled to a patent unless –

(b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of application for patent in the United States.

Claims 1, 2, 4, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17 and 21 are rejected under

35 U.S.C. 102(b) as being anticipated by Aronov *et al*. "Metabolic profiling of major

vitamin D metabolites using Diels-Alder derivatization and ultra-performance liquid

chromatography-tandem mass spectrometry" ("Aronov").

Aronov discloses a method for the quantification of $1\alpha,25$-dihydroxyvitamin $D_3$,

$1\alpha,25$-dihydroxyvitamin $D_2$, 25-hydroxyvitamin $D_3$ and 25-hydroxyvitamin $D_2$ (collectively

"vitamin D metabolites") *via* ultra-performance liquid chromatography (a variant of high-

performance liquid chromatography) and tandem mass spectrometry.  *See* abstract.

Aronov disclose that each of the vitamin D metabolites is derivatized with 4-phenyl-1,2-

4-triazoline-3,5-dione (PTAD).   The methodology includes the use of a solid-phase

extraction column and a HPLC analytical column.  *See* pages 1919 - 1920.   Table 1

discloses the mass spectrometry conditions of which the precursor ion (m/z) and

product ion (m/z) corresponds to instant claims 12, 13, 15 and 16.  *See* page 1920.

QUESTMS-00000777

Application/Control Number: 12/630,790                          Page 3
Art Unit: 1797

### Claim Rejections - 35 USC § 103

The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set
> forth in section 102 of this title, if the differences between the subject matter sought to be patented and
> the prior art are such that the subject matter as a whole would have been obvious at the time the
> invention was made to a person having ordinary skill in the art to which said subject matter pertains.
> Patentability shall not be negatived by the manner in which the invention was made.

Claims 3, 5, 18, 19, 20 and 22-48 are rejected under 35 U.S.C. 103(a) as being

unpatentable over Aronov in view of USP 7,348,137 to Caulfield et al. ("Caulfield").

Aronov discloses a method for the quantification of $1\alpha,25$-dihydroxyvitamin $D_3$,

$1\alpha,25$-dihydroxyvitamin $D_2$, 25-hydroxyvitamin $D_3$ and 25-hydroxyvitamin $D_2$ (collectively

"vitamin D metabolites") via ultra-performance liquid chromatography (a variant of high-

performance liquid chromatography) and tandem mass spectrometry. Aronov further

discloses that the profiling method for vitamin D metabolites is impeded by their low

concentration in human circulation, with concentrations ranging from 15 – 60 pg/mL (1.5

– 6.0 ng/dL). See abstract and page 1918, 1st full paragraph. Aronov discloses that

each of the vitamin D metabolites is derivatized with 4-phenyl-1,2-4-triazoline-3,5-dione

(PTAD).

Aronov differs from the instant invention in that it does not disclose the use of

turbulent flow liquid chromatography as the extraction column. Moreover, Aronov does

not expressly disclose that the extraction and analytical columns are connected in an

on-line fashion.

QUESTMS-00000778

Application/Control Number: 12/630,790                                  Page 4
Art Unit: 1797

     Caulfield teaches a quantitative on-line method for the determination of

analyte(s), wherein the method utilizes high turbulence liquid chromatography (HTLC)

extraction column, followed by the use of an analytical column.  Caulfield teaches that

the benefits of HTLC over conventional HPLC methods include:  minimal amount of

sample preparation, minimal time requirements for performing numerous assays, and

superior separation performance. *See* col. 6, lines 10-30.  Thus, the disclosed method

results in savings of time and costs, and eliminates the possibility of operator error.

Moreover, Caulfield teaches that the disclosed method is suitable for detecting analytes

present in an amount of less that 5 ng/dL (col. 5, lines 63-67).

     It is noted that the Caulfield disclosure is directed to the detection of

testosterone.  However, it is the Examiner's position that it would have been obvious to

the skilled artisan to modify the methodology to encompass the detection of other

analytes.  First, it is well known that detection assays can be adapted to detect many

different analytes (i.e., chromatography and spectrometry are known to be used for

many classes of compounds).  Second, those of ordinary skill in the art would look to

other methods that eliminate issues or improve upon problems present in

currentmethodologies.

     Given that the Caulfield methodology treats the same problem (i.e. the detection

of an analyte in low concentration) and offers the advantages of:  minimal amount of

sample preparation, minimal time requirements for performing numerous assays, and

superior separation performance, it would have been obvious to one of ordinary skill to

QUESTMS-00000779

Application/Control Number: 12/630,790                    Page 5
Art Unit: 1797

modify Aronov to incorporate HTLC and online analysis of the vitamin D metabolites,

with an expectation of achieving successful results.

Claims 49-51 and 54-67 are rejected under 35 U.S.C. 103(a) as being

unpatentable over Aronov in view of Caulfield ("Aronov/Caulfield") as applied to claims

3, 5, 18, 19, 20 and 22-48 above, and further in view of USP 7,321,116 to Picard *et al.*

("Picard").

Aronov/Caulfield fails to disclose the use of laser diode thermal desorption to

generate one or more ions detectable by mass spectrometry.  Instead, Caulfield

teaches ions can be produced using a variety of methods including, but not limited to,

electron ionization, chemical ionization, fast atom bombardment, field desorption, and

matrix-assisted laser desorption ionization ("MALDI"), surface enhanced laser

desorption ionization ("SELDI"), photon ionization, electrospray ionization ("ESI"), and

inductively coupled plasma.  *See* col. 7, lines 22-28.  Caulfield further teaches the use of

"Atmospheric Pressure Chemical Ionization," or "APCI," as a mass spectroscopy

method similar to ESI.   *See* col. 8. ines 16-27.

Picard teaches that the previous methods of generating ions such as APCI and

MALDI have drawbacks such as being time consuming and costly.  *See* col. 1, line 25 –

col. 2, line 11.  Picard teaches that in lieu of the older methods, laser diode thermal

desorption (LDTD) is being used to eliminate the previous drawbacks.

> Generally speaking, a new ionization source at atmospheric pressure,
> preferably interfaced with mass spectrometry, has been developed in
> response to industry's needs and requests. In its preferred embodiment,
> the ionization source is based on a process of thermal laser desorption
> and thus has been named LDTD (Laser Diode Thermal Desorption).
> Thermal desorption is induced indirectly by a laser beam without a support

QUESTMS-00000780

Application/Control Number: 12/630,790                                    Page 6
Art Unit: 1797

matrix--unlike the MALDI technique--and ionization is achieved by a corona discharge without liquid mobile phase--unlike the APCI technique. **The LDTD technique being matrix and mobile phase free, cross contamination of samples is virtually eliminated**. *See* col. 3, lines 24-35.

In light of the noted benefits derived from using LDTD, it would have been obvious to those of ordinary skill to modify Aronov/Caulfield to instead use LDTD, as taught by Picard, with an expectation of achieving suitable results in a more efficient and inexpensive manner.

With respect to those claims reciting mass/charge ratios, it is the Examiner's position that these parameters would be achieved by performing the suggested combination of Aronov/Caulfield/Picard. Thus, absent any evidence of criticality, these claims are considered obvious.

### Double Patenting

The nonstatutory double patenting rejection is based on a judicially created doctrine grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or improper timewise extension of the "right to exclude" granted by a patent and to prevent possible harassment by multiple assignees. A nonstatutory obviousness-type double patenting rejection is appropriate where the conflicting claims are not identical, but at least one examined application claim is not patentably distinct from the reference claim(s) because the examined application claim is either anticipated by, or would have been obvious over, the reference claim(s). See, e.g., *In re Berg*, 140 F.3d 1428, 46 USPQ2d 1226 (Fed. Cir. 1998); *In re Goodman*, 11 F.3d 1046, 29

QUESTMS-00000781

Application/Control Number: 12/630,790                                    Page 7
Art Unit: 1797

USPQ2d 2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir.

1985); *In re Van Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422

F.2d 438, 164 USPQ 619 (CCPA 1970); and *In re Thorington*, 418 F.2d 528, 163

USPQ 644 (CCPA 1969).

A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) or 1.321(d)

may be used to overcome an actual or provisional rejection based on a nonstatutory

double patenting ground provided the conflicting application or patent either is shown to

be commonly owned with this application, or claims an invention made as a result of

activities undertaken within the scope of a joint research agreement.

Effective January 1, 1994, a registered attorney or agent of record may sign a

terminal disclaimer. A terminal disclaimer signed by the assignee must fully comply with

37 CFR 3.73(b).

Claims 1, 2, 4, 6, 7, 8, 9, 10, 11, 14, 17, 21, 25, 26, 28, 29, 30, 31, 32, 33, 34, 35,

38, 41, 45, 49, 50, 54, 57, 60 and 64 are provisionally rejected on the ground of

nonstatutory obviousness-type double patenting as being unpatentable over claims 7, 9,

10, 11, 40, 41, 42 and 45 of copending Application No. 11/946,765 ("the '765

application").  Although the conflicting claims are not identical, they are not patentably

distinct from each other because the scope of the '765 application overlaps with that of

the instant application.

The '765 application is directed to a method for determining the amount of one or

more dihydroxyvitamin D metabolites in a sample by tandem mass spectrometry

comprising immunopurifying the dihydroxyvitamin D metabolites; further purifying the

QUESTMS-00000782

Application/Control Number: 12/630,790                          Page 8
Art Unit: 1797

immunopurified metabolites by HPLC (analytical column); and determining the amount

of metabolites in the sample by tandem mass spectrometry. The metabolites are

derivatized by PTAD. The claims of '765 recite immunopurifying followed by HPLC,

whereas the instant claims recite subjection the sample to an extraction column and an

analytical column. However, one of ordinary skill in the art would have recognized that

"Immunopurifying" is a specific separation method which may performed by an

extraction column, and that HPLC is a form of analytical column. It would have been

obvious to one of ordinary to employ an extraction column as the immunopurifying

means as an extraction column would lend the requisite specificity to the assay to

ensure the separation of the vitamin D metabolites prior to analysis.

     This is a <u>provisional</u> obviousness-type double patenting rejection because the

conflicting claims have not in fact been patented.


### Allowable Subject Matter

     Claims 52 and 53 are objected to as being dependent upon a rejected base

claim, but would be allowable if rewritten in independent form including all of the

limitations of the base claim and any intervening claims.

     The prior art does not teach or suggest performing the claimed method excluding

any form of chromatography.

QUESTMS-00000783

Application/Control Number: 12/630,790                    Page 9
Art Unit: 1797

Any inquiry concerning this communication or earlier communications from the examiner should be directed to M. COLE whose telephone number is 571-272-1463. The examiner can normally be reached on M - Th (9-5).

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Jill Warden can be reached on 571-272-1267.  The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system.  Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/Jill  Warden/                                M.  COLE
Supervisory Patent Examiner, Art Unit 1797    Examiner
                                              Art Unit 1797

QUESTMS-00000784

| | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| **Notice of References Cited** | 12/630,790 | HOLMQUIST ET AL. |
| | Examiner | Art Unit | |
| | M. COLE | 1797 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-7,321,116 | 01-2008 | Picard et al. | 250/288 |
| * | B | US-7,348,137 | 03-2008 | Caulfield et al. | 435/4 |
| | C | US- | | | |
| | D | US- | | | |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

QUESTMS-00000785

## Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 11386215 |
| **Filing Date:** | 21-Mar-2006 |
| **Title of Invention:** | Methods for detecting vitamin D metabolites by mass spectrometry |
| **First Named Inventor/Applicant Name:** | Nigel Clarke |
| **Filer:** | Barry S. Wilson |
| **Attorney Docket Number:** | 034827-3603 |

Filed as Large Entity

### Utility under 35 USC 111(a) Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| Claims in excess of 20 | 1202 | 2 | 52 | 104 |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |

Joint Appendix 1302

QUESTMS-00000786

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| Submission- Information Disclosure Stmt | 1806 | 1 | 180 | 180 |
| **Total in USD ($)** | | | | **284** |

Joint Appendix 1303

QUESTMS-00000787

## Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 7984155 |
| **Application Number:** | 11386215 |
| **International Application Number:** | |
| **Confirmation Number:** | 2019 |
| **Title of Invention:** | Methods for detecting vitamin D metabolites by mass spectrometry |
| **First Named Inventor/Applicant Name:** | Nigel Clarke |
| **Customer Number:** | 30542 |
| **Filer:** | Barry S. Wilson/Mercedes Dipasupil |
| **Filer Authorized By:** | Barry S. Wilson |
| **Attorney Docket Number:** | 034827-3603 |
| **Receipt Date:** | 09-JUL-2010 |
| **Filing Date:** | 21-MAR-2006 |
| **Time Stamp:** | 20:36:06 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Credit Card |
| Payment was successfully received in RAM | $284 |
| RAM confirmation Number | 5174 |
| Deposit Account | |
| Authorized User | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|

QUESTMS-00000788

| 1 | Miscellaneous Incoming Letter | 034827-3603_Transmittal.pdf | 0902c<br>d692c02622606262f8e6dd22bdae898ce24-<br>0c6ef6 | no | 3 |

**Warnings:**

**Information:**

| 2 | | 034827-3603_Resp.pdf | 286560<br>b8610b10f42801d9390a9a7d221b3689765-<br>8cc3d | yes | 9 |

| | Multipart Description/PDF files in .zip description | | | | |
|---|---|---|---|---|---|
| | **Document Description** | | **Start** | **End** | |
| | Amendment/Req. Reconsideration-After Non-Final Reject | | 1 | 1 | |
| | Claims | | 2 | 6 | |
| | Applicant Arguments/Remarks Made in an Amendment | | 7 | 9 | |

**Warnings:**

**Information:**

| 3 | | 034827-3603_IDS.pdf | 146650<br>a2cd7090ecae04896e500b4fd085795f226e-<br>ccfc | yes | 4 |

| | Multipart Description/PDF files in .zip description | | | | |
|---|---|---|---|---|---|
| | **Document Description** | | **Start** | **End** | |
| | Transmittal Letter | | 1 | 3 | |
| | Information Disclosure Statement (IDS) Filed (SB/08) | | 4 | 4 | |

**Warnings:**

**Information:**

| 4 | NPL Documents | IPR-dated-10-9-07.pdf | 198617<br>80b51e8bce0fa2eda339fa1bf5b46599f0d4-<br>16af | no | 4 |

**Warnings:**

**Information:**

| 5 | NPL Documents | IPR-dated-6-1-10.pdf | 689570<br>2c34f282ae4f823448f61734c5d51364df81f-<br>15a | no | 10 |

**Warnings:**

**Information:**

| 6 | NPL Documents | US-OA-dated-6-24-10.pdf | 500131<br>ba29c30880aaa438d8c7c2e24191ff6e6d32-<br>e883 | no | 16 |

**Warnings:**

Joint Appendix 1305

QUESTMS-00000789

| | Information: | | | | | |
|---|---|---|---|---|---|---|
| 7 | NPL Documents | US-OA-dated-6-28-10.pdf | 385350<br><br>4a1ef9c25460e9093bwca45c2e5bbd8699f<br>5323 | no | 11 |
| | Warnings: | | | | | |
| | Information: | | | | | |
| 8 | Fee Worksheet (PTO-875) | fee-info.pdf | 31748<br><br>9b751a57aa40f22b8850805531786bo44851<br>c5ef | no | 2 |
| | Warnings: | | | | | |
| | Information: | | | | | |
| | | **Total Files Size (in bytes):** | | 2315527 | | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

QUESTMS-00000790

Atty. Dkt. No. 034827-3603

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:      Clarke, et al.

Title:          METHODS FOR DETECTING
                VITAMIN D METABOLITES
                BY MASS SPECTROMETRY

Appl. No.:      11/386,215

Filing Date:    3/21/2006

Examiner:       Cole, Monique T.

Art Unit:       1797

Confirmation    2019
Number:

### AMENDMENT TRANSMITTAL

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

Transmitted herewith is an amendment in the above-identified application.

[   ]   Small Entity status under 37 C.F.R. § 1.9 and § 1.27 has been established by a previous
        assertion of Small Entity status.

[ **X** ]   Information Disclosure Statement and related references are enclosed.

[ **X** ]   The fee required for additional claims is calculated below:

| Claims As Amended | Previously Paid For | Extra Claims | Rate | Additional Claims Fee |
|---|---|---|---|---|

DLMR_771784.1                           -1-

QUESTMS-00000791

Atty. Dkt. No. 034827-3603

|  | | Present | | | |
|---|---|---|---|---|---|
| Total Claims: | 31 - 29 = | 2 | x | $52.00 = | $104.00 |
| Independent Claims: | 3 - 3 = | 0 | x | $220.00 = | $0.00 |
| First presentation of any Multiple Dependent Claims: | | | + | $390.00 = | $0.00 |
| | | | CLAIMS FEE TOTAL | = | $104.00 |

[   ]   Applicant hereby petitions for an extension of time under 37 C.F.R. §1.136(a) for the total number of months checked below:

| | | |
|---|---|---|
| [   ] Extension for response filed within the first month: | $130.00 | $0.00 |
| [   ] Extension for response filed within the second month: | $490.00 | $0.00 |
| [   ] Extension for response filed within the third month: | $1,110.00 | $0.00 |
| [   ] Extension for response filed within the fourth month: | $1,730.00 | $0.00 |
| [   ] Extension for response filed within the fifth month: | $2,350.00 | $0.00 |
| EXTENSION FEE TOTAL: | | $0.00 |
| [   ] Statutory Disclaimer Fee under 37 C.F.R. 1.20(d): | $140.00 | $0.00 |
| CLAIMS, EXTENSION AND DISCLAIMER FEE TOTAL: | | $104.00 |
| [ ] Small Entity Fees Apply (subtract ½ of above): | | $0.00 |
| Extension Fees Previously Paid: | | $0.00 |
| TOTAL FEE: | | $104.00 |

The above-identified fees of $104.00 are being paid by credit card via EFS-Web.

The Commissioner is hereby authorized to charge any additional fees which may be required regarding this application under 37 C.F.R. §§ 1.16-1.17, or credit any overpayment, to Deposit Account No. 19-0741. Should no proper payment be enclosed herewith, as by the credit card payment instructions in EFS-Web being incorrect or absent, resulting in a rejected or incorrect credit card transaction, the Commissioner is authorized to charge the unpaid amount to Deposit Account No. 19-0741.

DLMR_771784.1

-2-

QUESTMS-00000792

Atty. Dkt. No. 034827-3603

If any extensions of time are needed for timely acceptance of papers submitted herewith, applicant hereby petitions for such extension under 37 C.F.R. §1.136 and authorizes payment of any such extensions fees to Deposit Account No. 19-0741.

Please direct all correspondence to the undersigned attorney or agent at the address indicated below.

Respectfully submitted,

Date  07/08/10                          By  _Barry Wilson_

FOLEY & LARDNER LLP                     Barry S. Wilson
Customer Number: 30542                  Attorney for Applicant
Telephone:    (858) 847-6722            Registration No. 39,431
Facsimile:    (858) 792-6773

DLMR_771784.1                    -3-

Joint Appendix 1309

QUESTMS-00000793

PTO/SB/06 (07-06)
Approved for use through 1/31/2007. OMB 0651-0032
U.S. Patent and Trademark Office  U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD Substitute for Form PTO-875 | Application or Docket Number 11/386,215 | Filing Date 03/21/2006 | ☐ To be Mailed |

### APPLICATION AS FILED – PART I

| | (Column 1) | (Column 2) | SMALL ENTITY ☐ | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|
| FOR | NUMBER FILED | NUMBER EXTRA | RATE ($) | FEE ($) | | RATE ($) | FEE ($) |
| ☐ BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | | | N/A | |
| ☐ SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | | | N/A | |
| ☐ EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | | | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | minus 20 = | * | X $ = | | OR | X $ = | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | minus 3 = | * | X $ = | | | X $ = | |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | | | TOTAL | |

### APPLICATION AS AMENDED – PART II

| | | (Column 1) | (Column 2) | (Column 3) | SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|---|
| AMENDMENT | 07/09/2010 | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) | | RATE ($) | ADDITIONAL FEE ($) |
| | Total (37 CFR 1.16(i)) | * 31 | Minus ** 29 | = 2 | X $ = | | OR | X $62= | 104 |
| | Independent (37 CFR 1.16(h)) | * 3 | Minus *** 3 | = 0 | X $ = | | OR | X $220= | 0 |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | OR | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | 104 |

| | | (Column 1) | (Column 2) | (Column 3) | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AMENDMENT | | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) | | RATE ($) | ADDITIONAL FEE ($) |
| | Total (37 CFR 1.16(i)) | * | Minus ** | = | X $ = | | OR | X $ = | |
| | Independent (37 CFR 1.16(h)) | * | Minus *** | = | X $ = | | OR | X $ = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | OR | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

Legal Instrument Examiner:
/TERRY MALLOY ROSS/

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

Joint Appendix 1310

QUESTMS-00000794



**UNITED STATES PATENT AND TRADEMARK OFFICE**

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/386,215 | 03/21/2006 | Nigel Clarke | 034827-3603 | 2019 |

30,542          7590          10/05/2010
FOLEY & LARDNER LLP
P.O. BOX 80278
SAN DIEGO, CA 92138-0278

| EXAMINER |
|---|
| COLE, MONIQUE T |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1773 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 10/05/2010 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)

QUESTMS-00000795

| | Application No. | Applicant(s) |
|---|---|---|
| **Office Action Summary** | 11/386,215 | CLARKE ET AL. |
| | Examiner | Art Unit | |
| | M. COLE | 1797 | |

-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE _3_ MONTH(S) OR THIRTY (30) DAYS,
WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed
  after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any
  earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on _____.

2a)☐ This action is **FINAL**.   2b)☒ This action is non-final.

3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is
closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒ Claim(s) _1-8,12,17-23 and 26-40_ is/are pending in the application.

4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☐ Claim(s) _____ is/are allowed.

6)☒ Claim(s) _1-4,12,17-21,26,27,30-33,38 and 39_ is/are rejected.

7)☒ Claim(s) _5-8,17,22,23,28,29,34-37 and 40_ is/are objected to.

8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☐ The specification is objected to by the Examiner.

10)☐ The drawing(s) filed on _____ is/are: a)☐ accepted or b)☐ objected to by the Examiner.

Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

11)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

a)☐ All   b)☐ Some * c)☐ None of:

1.☐ Certified copies of the priority documents have been received.

2.☐ Certified copies of the priority documents have been received in Application No. _____.

3.☐ Copies of the certified copies of the priority documents have been received in this National Stage
application from the International Bureau (PCT Rule 17.2(a)).

* See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☒ Notice of References Cited (PTO-892)
2)☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
3)☒ Information Disclosure Statement(s) (PTO/SB/08)
   Paper No(s)/Mail Date _See Office Action_.

4)☐ Interview Summary (PTO-413)
   Paper No(s)/Mail Date. _____ .
5)☐ Notice of Informal Patent Application
6)☐ Other: _____ .

U.S. Patent and Trademark Office
PTOL-326 (Rev. 08-06)

Office Action Summary

Part of Paper No./Mail Date 20100930

QUESTMS-00000796

Application/Control Number: 11/386,215                                    Page 2
Art Unit: 1797

## DETAILED ACTION

### *Information Disclosure Statement*

The information disclosure statement (IDS) submitted on July 9, 2010 is in

compliance with the provisions of 37 CFR 1.97. Accordingly, the information disclosure

statement has been considered by the Examiner.

### *Double Patenting*

The nonstatutory double patenting rejection is based on a judicially created

doctrine grounded in public policy (a policy reflected in the statute) so as to prevent the

unjustified or improper timewise extension of the "right to exclude" granted by a patent

and to prevent possible harassment by multiple assignees.   A nonstatutory

obviousness-type double patenting rejection is appropriate where the conflicting claims

are not identical, but at least one examined application claim is not patentably distinct

from the reference claim(s) because the examined application claim is either anticipated

by, or would have been obvious over, the reference claim(s). See, e.g., *In re Berg*, 140

F.3d 1428, 46 USPQ2d 1226 (Fed. Cir. 1998); *In re Goodman,* 11 F.3d 1046, 29

USPQ2d 2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir.

1985); *In re Van Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422

F.2d 438, 164 USPQ 619 (CCPA 1970); and  *In re Thorington*, 418 F.2d 528, 163

USPQ 644 (CCPA 1969).

A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) or 1.321(d)

may be used to overcome an actual or provisional rejection based on a nonstatutory

QUESTMS-00000797

Application/Control Number: 11/386,215                                    Page 3
Art Unit: 1797

double patenting ground provided the conflicting application or patent either is shown to

be commonly owned with this application, or claims an invention made as a result of

activities undertaken within the scope of a joint research agreement.

Effective January 1, 1994, a registered attorney or agent of record may sign a

terminal disclaimer. A terminal disclaimer signed by the assignee must fully comply with

37 CFR 3.73(b).

Claims 1-4, 12, 17, 18-21, 26, 27, 30-33, 38 and 39 are rejected on the ground of

nonstatutory obviousness-type double patenting as being unpatentable over claims 1-23

of U.S. Patent No. 7,745,226 ("the '226 patent"). Although the conflicting claims are not

identical, they are not patentably distinct from each other.

The '226 patent is directed to determining the presence or amount of vitamin D

metabolites (vitamin $D_2$, vitamin $D_3$, or both) *via* tandem mass spectrometry, wherein

purification (which embraces all forms of purification, including immunopurification and

HPLC) is performed prior to ionization. The instant application claims are broad enough

to read on the mass/charge ratios recited in the '226 patent. Since the present

application method is similar to that of the '226 patent, it would be obvious to expect

similar mass to charge ratios (m/z) to be obtained.

It is noted that the '226 patent recites an additional step of "effecting a collision

between the isolated precursor ion and an inert collision gas to produce at least one

fragment ion detectable in a mass spectrometer". However, those of ordinary skill in

the art understand this step to be a requisite component of performing tandem mass

QUESTMS-00000798

Application/Control Number: 11/386,215                                    Page 4
Art Unit: 1797

spectrometry. Thus, this limitation is considered to be incorporated into the present

claims.

### *Allowable Subject Matter*

The previously indicated allowability of claims 11, 12, 14-16 and 25-27 is

withdrawn in view of the newly applied double patenting rejection.

Claims 5-7, 8, 17, 22, 23, 28, 29, 34-37 and 40 are objected to as being

dependent upon a rejected base claim. The following is a statement of reasons for the

indication of allowable subject matter: the prior art does not teach or suggest the

claimed subject matter.

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to M. COLE whose telephone number is 571-272-1463.

The examiner can normally be reached on M - Th (9-5).

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Jill Warden can be reached on 571-272-1267. The fax phone number for

the organization where this application or proceeding is assigned is 571-273-8300.

QUESTMS-00000799

Application/Control Number: 11/386,215                                      Page 5
Art Unit: 1797

Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system.  Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a

USPTO Customer Service Representative or access to the automated information

system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/Jill Warden/                                          M.  COLE
Supervisory Patent Examiner, Art Unit 1797             Examiner
                                                       Art Unit 1797

QUESTMS-00000800

| | | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|---|
| **Notice of References Cited** | | 11/386,215 | CLARKE ET AL. |
| | | Examiner | Art Unit | |
| | | M. COLE | 1797 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-7,745,226 | 06-2010 | Clarke et al. | 436/131 |
| | B | US- | | | |
| | C | US- | | | |
| | D | US- | | | |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)               **Notice of References Cited**          Part of Paper No. 20100930
                                      Joint Appendix 1317

| Search Notes | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 11386215 | CLARKE ET AL. |
| | Examiner | Art Unit |
| | M. COLE | 1797 |

### SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| 436 | 131, 173 | 3/26/2010 | MC |
| updated | | 9/2010 | MC |

### SEARCH NOTES

| Search Notes | Date | Examiner |
|---|---|---|
| | | |

### INTERFERENCE SEARCH

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| | | | |

| | |
|---|---|
| | |

QUESTMS-00000802

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | **Complete if Known** | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | | Application Number | 11/386,215 |
| | | | Filing Date | 3/21/2006 |
| | | | First Named Inventor | Nigel Clarke |
| *(use as many sheets as necessary)* | | | Art Unit | 1797 |
| | | | Examiner Name | Monique T. Cole |
| Sheet | 1 | of | 1 | Attorney Docket Number | 034827-3603 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials* | Cite No.[1] | Document Number Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | A1 | 6,787,660 | 09-07-2004 | ARMBRUSTER ET AL. | |
| | A2 | 7,321,116 | 01-22-2008 | PICARD ET AL. | |
| | A3 | 7,348,137 | 03-25-2008 | CAULFIELD ET AL. | |
| | A4 | 7,745,226 | 06-29-2010 | CLARKE ET AL | |

**FOREIGN PATENT DOCUMENTS**

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3] Number[4] Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Documents | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | | | | | |

**NON PATENT LITERATURE DOCUMENTS**

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
|---|---|---|---|
| | A5 | International Preliminary Report on Patentability dated 10/9/2007 in related application PCT/US2006/012539 (034827-3604) | |
| | A6 | International Preliminary Report on Patentability dated 6/10/2010 in related application PCT/US2008/084709 (054769-9992) | |
| | A7 | US Office Action dated 6/24/2010 in application 11/946,765 (054769-9991) | |
| | A8 | US Office Action dated 6/28/2010 in application 12/630,790 (034827-0740) | |
| | | | |

| Examiner Signature | /M. Cole/ | Date Considered | 09/30/2010 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

DLMR_772099.1

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /MC/

QUESTMS-00000803

PTO/SB/26 (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| TERMINAL DISCLAIMER TO OBVIATE A DOUBLE PATENTING REJECTION OVER A "PRIOR" PATENT | Docket Number (Optional) 034827-3603 |
|---|---|

In re Application of: Nigel Clarke, Brett Holmquist, Kwang-Ja Lee and Richard E. Reitz

Application No.: 11/386,215

Filed: 3/21/2006

For: METHODS FOR DETECTING VITAMIN D METABOLITES BY MASS SPECTROMETRY

The owner*, __Quest Diagnostics Investments Incorporated__, of ____100____ percent interest in the instant application hereby disclaims, except as provided below, the terminal part of the statutory term of any patent granted on the instant application which would extend beyond the expiration date of the full statutory term __prior patent No. 7,745,226__ as the term of said prior patent is defined in 35 U.S.C. 154 and 173, and as the term of said prior patent is presently shortened by any terminal disclaimer. The owner hereby agrees that any patent so granted on the instant application shall be enforceable only for and during such period that it and the prior patent are commonly owned. This agreement runs with any patent granted on the instant application and is binding upon the grantee, its successors or assigns.

In making the above disclaimer, the owner does not disclaim the terminal part of the term of any patent granted on the instant application that would extend to the expiration date of the full statutory term as defined in 35 U.S.C. 154 and 173 of the prior patent, "as the term of said prior patent is presently shortened by any terminal disclaimer," in the event that said prior patent later:
    expires for failure to pay a maintenance fee;
    is held unenforceable;
    is found invalid by a court of competent jurisdiction;
    is statutorily disclaimed in whole or terminally disclaimed under 37 CFR 1.321;
    has all claims canceled by a reexamination certificate;
    is reissued; or
    is in any manner terminated prior to the expiration of its full statutory term as presently shortened by any terminal disclaimer.

Check either box 1 or 2 below, if appropriate.

1. [  ]  For submissions on behalf of a business/organization (e.g., corporation, partnership, university, government agency, etc.), the undersigned is empowered to act on behalf of the business/organization.

    I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

2. [✓]  The undersigned is an attorney or agent of record. Reg. No. 57,147

|  |  |
|---|---|
| _signature_ | 11-03-2010 |
| Signature | Date |

Anthony C. Kuhlmann
Typed or printed name

(858) 847-6776
Telephone Number

[✓]  Terminal disclaimer fee under 37 CFR 1.20(d) included.

**WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

*Statement under 37 CFR 3.73(b) is required if terminal disclaimer is signed by the assignee (owner).
Form PTO/SB/96 may be used for making this certification. See MPEP § 324.

This collection of information is required by 37 CFR 1.321. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

QUESTMS-00000804

## Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 11386215 |
| **Filing Date:** | 21-Mar-2006 |
| **Title of Invention:** | Methods for detecting vitamin D metabolites by mass spectrometry |
| **First Named Inventor/Applicant Name:** | Nigel Clarke |
| **Filer:** | Anthony Charles Kuhlmann/Mercedes Dipasupil |
| **Attorney Docket Number:** | 034827-3603 |

Filed as Large Entity

### Utility under 35 USC 111(a) Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |

QUESTMS-00000805

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| Statutory or terminal disclaimer | 1814 | 1 | 140 | 140 |
| **Total in USD ($)** | | | | **140** |

QUESTMS-00000806

## Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 8764097 |
| **Application Number:** | 11386215 |
| **International Application Number:** | |
| **Confirmation Number:** | 2019 |
| **Title of Invention:** | Methods for detecting vitamin D metabolites by mass spectrometry |
| **First Named Inventor/Applicant Name:** | Nigel Clarke |
| **Customer Number:** | 30542 |
| **Filer:** | Anthony Charles Kuhlmann/Mercedes Dipasupil |
| **Filer Authorized By:** | Anthony Charles Kuhlmann |
| **Attorney Docket Number:** | 034827-3603 |
| **Receipt Date:** | 03-NOV-2010 |
| **Filing Date:** | 21-MAR-2006 |
| **Time Stamp:** | 20:40:52 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Credit Card |
| Payment was successfully received in RAM | $140 |
| RAM confirmation Number | 5707 |
| Deposit Account | |
| Authorized User | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|

QUESTMS-00000807

| 1 | Terminal Disclaimer Filed | 034827-3603_TD.pdf | 80560<br>9bd207b668fa3e1d8a4188bef7f2f0d52ad463ca | no | 1 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 2 | Fee Worksheet (PTO-875) | fee-info.pdf | 29804<br>9a253863210bbd3bfcaa3a60890c41f47ecf45272f | no | 2 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| | **Total Files Size (in bytes):** | | 110364 |
|---|---|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

QUESTMS-00000808

Atty. Dkt. No. 034827-3603

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:     Clarke, et al.

Title:      METHODS FOR DETECTING
              VITAMIN D METABOLITES BY
              MASS SPECTROMETRY

Appl. No.:    11/386,215

Filing Date:   3/21/2006

Examiner:    Monique T. Cole

Art Unit:     1773

Conf. No.:    2019

## AMENDMENT AND REPLY UNDER 37 CFR 1.111

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

This communication is responsive to the Non-Final Office Action dated October 5, 2010,

concerning the above-referenced patent application.

**Listing of the Claims** begins on page 2 of this document.

**Remarks/Arguments** begin on page 7 of this document.

-1-

DLMR_835515.3

QUESTMS-00000809

Atty. Dkt. No. 034827-3603

**LISTING OF CLAIMS**

This listing of claims will replace all prior versions, and listings, of claims in the application.

1.    (Previously Presented)  A method for determining the presence or amount of 25-hydroxyvitamin $D_3$ in a sample by tandem mass spectrometry, comprising:

(a) generating a protonated and dehydrated precursor ion of 25-hydroxyvitamin $D_3$ with a mass to charge ratio (m/z) of $383.16 \pm .5$;

(b) generating one or more fragment ions of said precursor ion; and

(c) detecting the presence or amount of one or more of said ions generated in step (a) or (b) or both and relating the detected ions to the presence or amount of 25-hydroxyvitamin $D_3$ in said sample.

2.    (Original)  The method of claim 1, wherein said sample is subjected to a purification step prior to ionization.

3.    (Original)  The method of claim 2, wherein said purification step comprises chromatography.

4.    (Original)  The method of claim 3, wherein said chromatography comprises high performance liquid chromatography (HPLC).

5.    (Original)  The method of claim 2, wherein said purification step comprises protein precipitation.

6.    (Original)  The method of claim 5, wherein said purification step does not include high turbulence liquid chromatography (HTLC).

7.    (Original)  The method of claim 2, wherein said purification step comprises chiral chromatography.

-2-

QUESTMS-00000810

Atty. Dkt. No. 034827-3603

8.    (Previously Presented) The method of claim 1, wherein said sample or 25-hydroxyvitamin $D_3$ is not subjected to gas-chromatography prior to said ionization step.

9.-11.   (Canceled)

12.    (Previously Presented) The method of claim 1, wherein said one or more fragment ions comprise a fragment ion with an m/z of $211.35 \pm .5$.

13.-16.   (Canceled)

17.    (Previously Presented) The method of claim 1, 1,25-dihydroxyvitamin $D_2$ in the sample.

18.    (Previously Presented) A method for determining the presence or amount of two or more vitamin D metabolites in a sample in a single assay, said method comprising:

    (a)    ionizing said two or more vitamin D metabolites, if present in said sample, to generate protonated and dehydrated precursor ions specific for each of said two or more vitamin D metabolites;

    (b)    generating one or more fragment ions of each of said precursor ions; and

    (c)    detecting the presence or amount of one or more of said ions generated in step (a) or (b) or both and relating the detected ions to the presence or amount of said two or more vitamin D metabolites in said sample;

    wherein said two or more vitamin D metabolites comprise 25-hydroxyvitamin $D_3$ and 25-hydroxyvitamin $D_2$; and

    wherein the precursor ion of 25-hydroxyvitamin $D_3$ has a mass/charge ratio (m/z) of $383.16 \pm .5$ and the precursor ion of 25-hydroxyvitamin $D_2$ has a mass/charge ratio (m/z) of $395.30 \pm .5$.

19.    (Original) The method of claim 18, wherein said sample subjected to a purification step prior to said ionization step.

DLMR_835515.1

QUESTMS-00000811

Atty. Dkt. No. 034827-3603

20.　(Original) The method of claim 19, wherein said purification step comprises chromatography.

21.　(Previously Presented) The method of claim 20, wherein said chromatography comprises high performance liquid chromatography (HPLC).

22.　(Original) The method of claim 19, wherein said purification step comprises protein precipitation and does not include high turbulence liquid chromatography.

23.　(Original) The method of claim 18, wherein said sample or said two or more vitamin D metabolites are not subjected to gas-chromatography prior to said ionization step.

24.-25. (Canceled)

26.　(Previously Presented) The method of claim 18, wherein the one or more fragment ions for 25-hydroxyvitamin $D_3$ comprise an ion with an m/z of $383.16 \pm .5$.

27.　(Previously Presented) The method of claim 18, wherein the one or more fragment ions for 25-hydroxyvitamin $D_2$ comprise one or more ions selected from the group consisting of ions with a m/z of $179.10 \pm .5$, $209.20 \pm .5$, and $251.30 \pm .5$.

28.　(Previously Presented) The method of claim 18, wherein said two or more vitamin D metabolites further comprise one or more vitamin D metabolites selected from the group consisting of 1,25-dihydroxyvitamin $D_3$ and 1,25-dihydroxyvitamin $D_2$.

29.　(Previously Presented) The method of claim 18, wherein said two or more vitamin D metabolites further comprise 1,25-dihydroxyvitamin $D_3$ and 1,25-dihydroxyvitamin $D_2$.

30.　(Previously Presented)　A method for determining the presence or amount of 25-hydroxyvitamin $D_2$ in a sample by tandem mass spectrometry, comprising:

　　(a) generating a protonated and dehydrated precursor ion of said 25-hydroxyvitamin $D_2$ with a mass to charge ratio (m/z) of $395.30 \pm .5$;

-4-

DLMR_835515.1

QUESTMS-00000812

Atty. Dkt. No. 034827-3603

(b) generating one or more fragment ions of said precursor ion; and

(c) detecting the presence or amount of one or more of said ions generated in step (a) or (b) or both and relating the detected ions to the presence or amount of said 25-hydroxyvitamin $D_2$ in said sample.

31.    (Previously Presented)   The method of claim 30, wherein said sample is subjected to a purification step prior to ionization.

32.    (Previously Presented)   The method of claim 31, wherein said purification step comprises chromatography.

33.    (Previously Presented)   The method of claim 32, wherein said chromatography comprises high performance liquid chromatography (HPLC).

34.    (Previously Presented)   The method of claim 31, wherein said purification step comprises protein precipitation.

35.    (Previously Presented)   The method of claim 34, wherein said purification step does not include high turbulence liquid chromatography (HTLC).

36.    (Previously Presented)   The method of claim 31, wherein said purification step comprises chiral chromatography.

37.    (Previously Presented)   The method of claim 30, wherein said sample or said 25-hydroxyvitamin $D_2$ is not subjected to gas-chromatography prior to said ionization step.

38.    (Previously Presented)   The method of claim 30, wherein said one or more fragment ions comprise one or more ions selected from the group consisting of ions with a m/z of $179.10 \pm .5$, $209.20 \pm .5$, and $251.30 \pm .5$.

-5-

QUESTMS-00000813

Atty. Dkt. No. 034827-3603

39.    (Previously Presented)  The method of claim 38, wherein said one or more fragment ions comprise two or more ions selected from the group consisting of ions with a m/z of $179.10 \pm .5$, $209.20 \pm .5$, and $251.30 \pm .5$.

40.    (Previously Presented)  The method of claim 30, further comprising determining the presence or amount of 1,25-dihydroxyvitamin $D_2$ in the sample.

Joint Appendix 1330

QUESTMS-00000814

Atty. Dkt. No. 034827-3603

### REMARKS

By the present communication, no claims are amended, added, or canceled. Claims 1-8, 12, 17-23 and 26-40 are pending in the instant application.

#### Non-statutory Double Patenting

The Examiner has rejected 1-4, 12, 17, 18-21, 26, 27, 30-33, 38, and 39 on the ground of non-statutory obviousness-type double patenting over claims 1-23 of U.S. Patent No. 7,745,226 (the '226 patent). Applicants respectfully submit that the terminal disclaimer over the '226 patent filed November 3, 2010 renders the rejection moot.

#### Objected Claims

The Examiner has also indicated that claims 5-7, 8, 17, 22, 23, 28, 29, 34-37, and 40 are objected as dependent from a rejected base claim. As the rejection of the claims from which the objected claims depend has been rendered moot by the filing of a terminal disclaimer, Applicants respectfully request withdrawal of the objection to these claims.

### CONCLUSION

Applicants submit that the present application is now in condition for immediate allowance. Favorable consideration of the application is respectfully requested. In the event any matters remain to be resolved in view of this communication, the Examiner is encouraged to contact the undersigned so that they can be resolved without additional action and response thereto.

The Commissioner is hereby authorized to charge any additional fees which may be required regarding this application under 37 C.F.R. §§ 1.16-1.17, or credit any overpayment, to Deposit Account No. 19-0741. Should no proper payment be enclosed herewith, as by the credit card payment instructions in EFS-Web being incorrect or absent, resulting in a rejected or

-7-

QUESTMS-00000815

Atty. Dkt. No. 034827-3603

incorrect credit card transaction, the Commissioner is authorized to charge the unpaid amount to Deposit Account No. 19-0741. If any extensions of time are needed for timely acceptance of papers submitted herewith, Applicant hereby petitions for such extension under 37 C.F.R. §1.136 and authorizes payment of any such extensions fees to Deposit Account No. 19-0741.

Respectfully submitted,

Date _____ 11/17/10 _____          By _____

FOLEY & LARDNER LLP                    Barry S. Wilson, Reg. No. 39,431
Customer Number: 30542                 Anthony C. Kuhlmann, Reg. No. 57,147
Telephone:    (858) 847-6722           Attorneys for Applicant
Facsimile:    (858) 792-6773

DLMR_835515.1

QUESTMS-00000816

Atty. Dkt. No. 034827-3603

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Applicant: | Clarke, et al. |
| Title: | METHODS FOR DETECTING VITAMIN D METABOLITES BY MASS SPECTROMETRY |
| Appl. No.: | 11/386,215 |
| Filing Date: | 3/21/2006 |
| Examiner: | Monique T. Cole |
| Art Unit: | 1773 |
| Confirmation Number: | 2019 |

## INFORMATION DISCLOSURE STATEMENT
## UNDER 37 CFR §1.56

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

Submitted herewith on Form PTO/SB/08 is a listing of documents known to Applicants in order to comply with Applicants' duty of disclosure pursuant to 37 CFR §1.56.

A copy of each non-U.S. patent document and each non-patent document is being submitted to comply with the provisions of 37 CFR §1.97 and §1.98.

The submission of any document herewith, which is not a statutory bar, is not intended as an admission that such document constitutes prior art against the claims of the present application or that such document is considered material to patentability as defined in 37 CFR §1.56(b). Applicants do not waive any rights to take any action which would be appropriate to

DLMR_828015.1

-1-

QUESTMS-00000817

Atty. Dkt. No. 034827-3603

antedate or otherwise remove as a competent reference any document which is determined to be a *prima facie* art reference against the claims of the present application.

## TIMING OF THE DISCLOSURE

The listed documents are being submitted in compliance with 37 CFR §1.97(c), before the mailing date of any of a final action under 37 CFR §1.113, a notice of allowance under 37 CFR §1.311, or an action that otherwise closes prosecution in the application.

## RELEVANCE OF EACH DOCUMENT

All of the documents are in English.

Applicants respectfully request that each listed document be considered by the Examiner and be made of record in the present application and that an initialed copy of Form PTO/SB/08 be returned in accordance with MPEP §609.

## FEE

Fees in the amount of $180.00 to cover the fee associated with an information disclosure statement under 37 CFR §1.97(c) are being paid by credit card via EFS-Web.

The Commissioner is hereby authorized to charge any additional fees which may be required regarding this submission under 37 C.F.R. §§ 1.16-1.17, or credit any overpayment, to Deposit Account No. 19-0741.

DLMR_828015.1

-2-

QUESTMS-00000818

Atty. Dkt. No. 034827-3603

Should no proper payment be enclosed herewith, as by the credit card payment instructions in EFS-Web being incorrect or absent, resulting in a rejected or incorrect credit card transaction, the Commissioner is authorized to charge the unpaid amount to Deposit Account No. 19-0741.

Respectfully submitted,

Date    11/12/10

By

FOLEY & LARDNER LLP
Customer Number: 30542
Telephone:    (858) 847-6722
Facsimile:    (858) 792-6773

Barry S. Wilson, Reg. No. 39,431
Anthony C. Kuhlmann, Reg. No. 57,147
Attorneys for Applicant

DLMR_828015.1

-3-

QUESTMS-00000819

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | Complete if Known | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | | Application Number | 11/386,215 |
| | | | Filing Date | 3/21/2006 |
| Date Submitted: | | | First Named Inventor | Nigel Clarke |
| | | | Art Unit | 1773 |
| *(use as many sheets as necessary)* | | | Examiner Name | Monique T. Cole |
| Sheet | 1 | of | 2 | Attorney Docket Number | 034827-3603 |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number<br>Number-Kind Code[2] (if known) | Publication Date<br>MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | A1 | 6,787,660 | 09-07-2004 | ARMBRUSTER ET AL. | |
| | A2 | 7,321,116 | 01-22-2008 | PICARD ET AL. | |
| | A3 | 7,348,137 | 03-25-2008 | CAULFIELD ET AL. | |
| | A4 | 7,618,827 | 11-17-2009 | STEVEN ET AL. | |

### UNPUBLISHED U.S. PATENT APPLICATION DOCUMENTS

| Examiner Initials* | Cite No.[1] | U.S. Patent Application Document<br>Serial Number-Kind Code[2] (if known) | Filing Date of Cited Document MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | | | | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document<br>Country Code[3] Number[4]<br>Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Documents | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | | | | | |

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
|---|---|---|---|
| | A5 | International Preliminary Report on Patentability dated 10/9/2007 in application PCT/US2006/012539 (034827-3604) | |
| | A6 | International Preliminary Report on Patentability dated 6/10/2010 in application PCT/US2008/084709 (054769-9992) | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

DLMR_828014.1

QUESTMS-00000820

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid
OMB control number.

| Substitute for form 1449/PTO | | Complete if Known | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | **Application Number** | 11/386,215 |
| | | **Filing Date** | 3/21/2006 |
| Date Submitted: | | **First Named Inventor** | Nigel Clarke |
| | | **Art Unit** | 1773 |
| (use as many sheets as necessary) | | **Examiner Name** | Monique T. Cole |
| Sheet | 2 | of | 2 | **Attorney Docket Number** | 034827-3603 |

| NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
| | A7 | US Office Action dated 6/24/2010 in application 11/946,765 (054769-9991) | |
| | A8 | US Office Action dated 6/28/2010 in application 12/630,790 (034827-0740) | |
| | A9 | US Office Action dated 7/7/2010 in application 12/630,796 (054769-9993) | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

DLMR_828014.1

QUESTMS-00000821

<div align="center">

PATENT COOPERATION TREATY

# PCT

**INTERNATIONAL PRELIMINARY REPORT ON PATENTABILITY**
(Chapter I of the Patent Cooperation Treaty)

(PCT Rule 44*bis*)

</div>

| Applicant's or agent's file reference<br>034827-3604 | **FOR FURTHER ACTION** | See item 4 below |
|---|---|---|
| International application No.<br>PCT/US2006/012539 | International filing date *(day/month/year)*<br>05 April 2006 (05.04.2006) | Priority date *(day/month/year)*<br>06 April 2005 (06.04.2005) |

| International Patent Classification (8th edition unless older edition indicated)<br>See relevant Information in Form PCT/ISA/237 |
|---|

| Applicant<br>QUEST DIAGNOSTICS INVESTMENTS INCORPORATED |
|---|

1. This international preliminary report on patentability (Chapter I) is issued by the International Bureau on behalf of the International Searching Authority under Rule 44 *bis*.1(a).

2. This REPORT consists of a total of 4 sheets, including this cover sheet.

   In the attached sheets, any reference to the written opinion of the International Searching Authority should be read as a reference to the international preliminary report on patentability (Chapter I) instead.

3. This report contains indications relating to the following items:

   ☒ Box No. I      Basis of the report

   ☐ Box No. II     Priority

   ☐ Box No. III    Non-establishment of opinion with regard to novelty, inventive step and industrial applicability

   ☐ Box No. IV     Lack of unity of invention

   ☒ Box No. V      Reasoned statement under Article 35(2) with regard to novelty, inventive step or industrial applicability; citations and explanations supporting such statement

   ☐ Box No. VI     Certain documents cited

   ☐ Box No. VII    Certain defects in the international application

   ☐ Box No. VIII   Certain observations on the international application

4. The International Bureau will communicate this report to designated Offices in accordance with Rules 44*bis*.3(c) and 93*bis*.1 but not, except where the applicant makes an express request under Article 23(2), before the expiration of 30 months from the priority date (Rule 44*bis* .2).

| | Date of issuance of this report<br>09 October 2007 (09.10.2007) |
|---|---|
| The International Bureau of WIPO<br>34, chemin des Colombettes<br>1211 Geneva 20, Switzerland<br><br>Facsimile No. +41 22 338 82 70 | Authorized officer<br><br>Nora Lindner<br><br>e-mail: pt02.pct@wipo.int |

Form PCT/IB/373 (January 2004)

QUESTMS-00000822

## PATENT COOPERATION TREATY

From the
INTERNATIONAL SEARCHING AUTHORITY

| To:<br>RICHARD J. WARBURG<br>FOLEY & LARDNER LLP<br>P.O. BOX 80278<br>SAN DIEGO, CA 92138-0278 | # PCT<br><br>WRITTEN OPINION OF THE<br>INTERNATIONAL SEARCHING AUTHORITY<br><br>(PCT Rule 43*bis*.1) |
|---|---|

| | Date of mailing<br>*(day/month/year)* | **0 4 JAN 2007** |
|---|---|---|

| Applicant's or agent's file reference<br><br>034827-3604 | **FOR FURTHER ACTION**<br>See paragraph 2 below |
|---|---|

| International application No.<br><br>PCT/US06/12539 | International filing date *(day/month/year)*<br><br>05 April 2006 (05.04.2006) | Priority date *(day/month/year)*<br><br>06 April 2005 (06.04.2005) |
|---|---|---|

International Patent Classification (IPC) or both national classification and IPC

IPC:    G01N 24/00( 2007.01)
USPC:   436/173

Applicant

QUEST DIAGNOSTICS INVESTMENTS INCORPORATED

1. This opinion contains indications relating to the following items:

&#x2612; Box No. I      Basis of the opinion

&#x2610; Box No. II     Priority

&#x2610; Box No. III    Non-establishment of opinion with regard to novelty, inventive step and industrial applicability

&#x2610; Box No. IV     Lack of unity of invention

&#x2612; Box No. V      Reasoned statement under Rule 43*bis*.1(a)(i) with regard to novelty, inventive step or industrial
applicability; citations and explanations supporting such statement

&#x2610; Box No. VI     Certain documents cited

&#x2610; Box No. VII    Certain defects in the international application

&#x2610; Box No. VIII   Certain observations on the international application

## 2. FURTHER ACTION

If a demand for international preliminary examination is made, this opinion will be considered to be a written opinion of the
International Preliminary Examining Authority ("IPEA") except that this does not apply where the applicant chooses an
Authority other than this one to be the IPEA and the chosen IPEA has notified the International Bureau under Rule 66.1*bis(b)*
that written opinions of this International Searching Authority will not be so considered.

If this opinion is, as provided above, considered to be a written opinion of the IPEA, the applicant is invited to submit to the
IPEA a written reply together, where appropriate, with amendments, before the expiration of 3 months from the date of mailing
of Form PCT/ISA/220 or before the expiration of 22 months from the priority date, whichever expires later.

For further options, see Form PCT/ISA/220.

3. For further details, see notes to Form PCT/ISA/220.

| Name and mailing address of the ISA/ US<br>Mail Stop PCT, Attn: ISA/US<br>Commissioner for Patents<br>P.O. Box 1450<br>Alexandria, Virginia 22313-1450<br>Facsimile No. (571) 273-3201 | Date of completion of this opinion<br><br>05 December 2006 (05.12.2006) | Authorized officer<br><br>Yelena G. Gakh, Ph.D.<br><br>Telephone No. (571) 272-1700 |
|---|---|---|

Form PCT/ISA/237 (cover sheet) (April 2005)

QUESTMS-00000823

| WRITTEN OPINION OF THE INTERNATIONAL SEARCHING AUTHORITY | International application No. PCT/US06/12539 |
| --- | --- |

**Box No. I   Basis of this opinion**

1. With regard to the **language**, this opinion has been established on the basis of:

   ☒    the international application in the language in which it was filed

   ☐    a translation of the international application into _____, which is the language of a translation furnished for the purposes of international search (Rules 12.3(a) and 23.1(b)).

2. With regard to any **nucleotide and/or amino acid sequence** disclosed in the international application and necessary to the claimed invention, this opinion has been established on the basis of:

   a.    type of material

        ☐   a sequence listing

        ☐   table(s) related to the sequence listing

   b.    format of material

        ☐   on paper

        ☐   in electronic form

   c.    time of filing/furnishing

        ☐   contained in the international application as filed.

        ☐   filed together with the international application in electronic form.

        ☐   furnished subsequently to this Authority for the purposes of search.

3. ☐   In addition, in the case that more than one version or copy of a sequence listing and/or table(s) relating thereto has been filed or furnished, the required statements that the information in the subsequent or additional copies is identical to that in the application as filed or does not go beyond the application as filed, as appropriate, were furnished.

4. Additional comments:

Form PCT/ISA/237(Box No. I) (April 2005)

QUESTMS-00000824

**WRITTEN OPINION OF THE**
**INTERNATIONAL SEARCHING AUTHORITY**

International application No.
PCT/US06/12539

| Box No. V   Reasoned statement under Rule 43 *bis*.1(a)(i) with regard to novelty, inventive step or industrial applicability; citations and explanations supporting such statement |
|---|

1. Statement

|  | | |
|---|---|---|
| Novelty (N) | Claims 7, 11-29 | YES |
|  | Claims 1-6, 8-10 | NO |
| Inventive step (IS) | Claims NONE | YES |
|  | Claims 1-29 | NO |
| Industrial applicability (IA) | Claims 1-29 | YES |
|  | Claims NONE | NO |

2. Citations and explanations:

**Claims 1-6 and 8** lack novelty under PCT Article 33(2) as being anticipated by Yeung et al. (Biochem. Pharmac., 1995). Yeung teaches "characterization of the metabolic pathway of 1,25-dihydroxy-16-ene vitamin D$_3$ in rat kidney by on-line high performance liquid chromatography-electrospray tandem mass spectrometry". The samples were purified by the solid phase extraction (page 1101, left column).

**Claims 1-6 and 8-10** lack novelty under PCT Article 33(2) as being anticipated by Kissmeyer et al. (J. Chromat. A, 2001). Kissmeyer teaches "sensitive analysis of 1α,25-dihydroxyvitamin D$_3$ in biological fluids by liquid chromatography - tandem mass spectrometry". The sample is protein precipitated and purified by the solid-phase extraction.

**Claims 1-6, 8-29** lack an inventive step under PCT Article 33(3) as being obvious over Coldwell et al. (J. Mass Spec., 1995) or Watson et al. (Biomedical Chromatography, 1991) in view of Higashi et al. (Biol. Pharm. Bull., 2001). Coldwell teaches "mass fragmentographic assay for 25-hydroxyvitamin D in plasma without derivatization: enhanced sensitivity for metabolites of vitamins D$_2$ and D$_3$ after pre-column dehydration". The method comprises purification and gas chromatography prior to mass spectrometric analysis (GS-MS) of vitamin D$_2$ and D$_3$ metabolites and obtaining their protonated and dehydrated precursor ions. Watson teaches "analysis of vitamin D and its metabolites using thermospray liquid chromatography/mass spectrometry" with major precursor ion m/z ratios indicated in Figure 1.

Coldwell and Watson do not teach tandem MS/MS spectroscopy. Higashi et al. teach "simultaneous determination of 25-hydroxyvitamin D$_2$ and 25-Hydroxyvitamin D$_3$ in human plasma by liquid chromatography-tandem mass spectrometry employing dramatization with a Cookson-type reagent". Moreover, MS/MS spectroscopy advantages over single MS analysis, including better resolution and more accurate results, are well known in the art, which makes it obvious for any person of ordinary kill to modify older GC-MS method taught by Coldwell or Watson with more modern HPLC- (or GC)-MS/MS method taught by Higashi for determining the presence or amount of vitamin D through measuring its metabolites. Corresponding daughter ions recited in claims 11-16 and 25-27 would have been obtained for non-derivatized metabolites.

**Claim 7** lacks an inventive step under PCT Article 33(3) as being obvious over any of the prior art indicated above in view of Odrzywolska et al. (Chirality, 1999).

While the prior art does not teach purification of vitamin D metabolites using chiral chromatography, Odrzywolska discloses exactly such purification/separation, which makes it obvious for any routineer in the art to use chiral purification/separation in the methods taught in the references indicated above.

Claims 1-29 meet the criteria set out in PCT Article 33(4), and thus have industrial applicability because the subject matter claimed can be made or used in industry.

Form PCT/ISA/237 (Box No. V) (April 2005)

QUESTMS-00000825

PATENT COOPERATION TREATY

# PCT

## INTERNATIONAL PRELIMINARY REPORT ON PATENTABILITY
(Chapter I of the Patent Cooperation Treaty)

(PCT Rule 44*bis*)

| Applicant's or agent's file reference 054769-9992 | FOR FURTHER ACTION | See item 4 below |
|---|---|---|
| International application No. PCT/US2008/084709 | International filing date *(day/month/year)* 25 November 2008 (25.11.2008) | Priority date *(day/month/year)* 28 November 2007 (28.11.2007) |

| International Patent Classification (8th edition unless older edition indicated) |
|---|
| See relevant information in Form PCT/ISA/237 |

| Applicant |
|---|
| QUEST DIAGNOSTICS INVESTMENTS INCORPORATED |

1. This international preliminary report on patentability (Chapter I) is issued by the International Bureau on behalf of the International Searching Authority under Rule 44 *bis*.1(a).

2. This REPORT consists of a total of 10 sheets, including this cover sheet.

   In the attached sheets, any reference to the written opinion of the International Searching Authority should be read as a reference to the international preliminary report on patentability (Chapter I) instead.

3. This report contains indications relating to the following items:

   ☒ Box No. I — Basis of the report

   ☐ Box No. II — Priority

   ☒ Box No. III — Non-establishment of opinion with regard to novelty, inventive step and industrial applicability

   ☐ Box No. IV — Lack of unity of invention

   ☒ Box No. V — Reasoned statement under Article 35(2) with regard to novelty, inventive step or industrial applicability; citations and explanations supporting such statement

   ☐ Box No. VI — Certain documents cited

   ☐ Box No. VII — Certain defects in the international application

   ☐ Box No. VIII — Certain observations on the international application

4. The International Bureau will communicate this report to designated Offices in accordance with Rules 44*bis*.3(c) and 93*bis*.1 but not, except where the applicant makes an express request under Article 23(2), before the expiration of 30 months from the priority date (Rule 44*bis*.2).

| | Date of issuance of this report 01 June 2010 (01.06.2010) |
|---|---|
| The International Bureau of WIPO 34, chemin des Colombettes 1211 Geneva 20, Switzerland | Authorized officer Ellen Moyse |
| Facsimile No. +41 22 338 82 70 | e-mail: pt02.pct@wipo.int |

Form PCT/IB/373 (January 2004)

QUESTMS-00000826

PCT/US2008/084709 24.02.2009

**PATENT COOPERATION TREATY**

From the
INTERNATIONAL SEARCHING AUTHORITY

To:
BARRY WILSON
FOLEY & LARDNER LLP
11250 EL CAMINO REAL, SUITE 200
SAN DIEGO, CA 92130

# PCT

WRITTEN OPINION OF THE
INTERNATIONAL SEARCHING AUTHORITY

(PCT Rule 43*bis*.1)

| | |
|---|---|
| Date of mailing *(day/month/year)* | **24 FEB 2009** |

| Applicant's or agent's file reference | FOR FURTHER ACTION |
|---|---|
| 054769-9992 | See paragraph 2 below |

| International application No. | International filing date *(day/month/year)* | Priority date *(day/month/year)* |
|---|---|---|
| PCT/US 08/84709 | 25 November 2008 (25.11.2008) | 28 November 2007 (28.11.2007) |

International Patent Classification (IPC) or both national classification and IPC
IPC(8) - G01N 1/18 (2009.01)
USPC - 436/177

Applicant    QUEST DIAGNOSTICS INVESTMENTS INCORPORATED

---

1. This opinion contains indications relating to the following items:

☒ Box No. I    Basis of the opinion

☐ Box No. II    Priority

☒ Box No. III    Non-establishment of opinion with regard to novelty, inventive step and industrial applicability

☐ Box No. IV    Lack of unity of invention

☒ Box No. V    Reasoned statement under Rule 43*bis*.1(a)(i) with regard to novelty, inventive step or industrial applicability; citations and explanations supporting such statement

☐ Box No. VI    Certain documents cited

☐ Box No. VII    Certain defects in the international application

☐ Box No. VIII    Certain observations on the international application

2. **FURTHER ACTION**

If a demand for international preliminary examination is made, this opinion will be considered to be a written opinion of the International Preliminary Examining Authority ("IPEA") except that this does not apply where the applicant chooses an Authority other than this one to be the IPEA and the chosen IPEA has notified the International Bureau under Rule 66.1*bis*(b) that written opinions of this International Searching Authority will not be so considered.

If this opinion is, as provided above, considered to be a written opinion of the IPEA, the applicant is invited to submit to the IPEA a written reply together, where appropriate, with amendments, before the expiration of 3 months from the date of mailing of Form PCT/ISA/220 or before the expiration of 22 months from the priority date, whichever expires later.

For further options, see Form PCT/ISA/220.

3. For further details, see notes to Form PCT/ISA/220.

| Name and mailing address of the ISA/US | Date of completion of this opinion | Authorized officer: |
|---|---|---|
| Mail Stop PCT, Attn: ISA/US<br>Commissioner for Patents<br>P.O. Box 1450, Alexandria, Virginia 22313-1450<br>Facsimile No. 571-273-3201 | 22 January 2009 (22.01.2009) | Lee W. Young<br><br>PCT Helpdesk: 571-272-4300<br>PCT OSP: 571-272-7774 |

Form PCT/ISA/237 (cover sheet) (April 2007)

QUESTMS-00000827

| WRITTEN OPINION OF THE INTERNATIONAL SEARCHING AUTHORITY | International application No. PCT/US 08/84709 |
|---|---|

| Box No. I | Basis of this opinion |
|---|---|

1. With regard to the **language**, this opinion has been established on the basis of:

   ☒ the international application in the language in which it was filed.

   ☐ a translation of the international application into _____ which is the language of a translation furnished for the purposes of international search (Rules 12.3(a) and 23.1(b)).

2. ☐ This opinion has been established taking into account the **rectification of an obvious mistake** authorized by or notified to this Authority under Rule 91 (Rule 43*bis*.1(a))

3. With regard to any **nucleotide and/or amino acid sequence** disclosed in the international application, this opinion has been established on the basis of:

   a. type of material

   ☐ a sequence listing

   ☐ table(s) related to the sequence listing

   b. format of material

   ☐ on paper

   ☐ in electronic form

   c. time of filing/furnishing

   ☐ contained in the international application as filed

   ☐ filed together with the international application in electronic form

   ☐ furnished subsequently to this Authority for the purposes of search

4. ☐ In addition, in the case that more than one version or copy of a sequence listing and/or table(s) relating thereto has been filed or furnished, the required statements that the information in the subsequent or additional copies is identical to that in the application as filed or does not go beyond the application as filed, as appropriate, were furnished.

5. Additional comments:

Form PCT/ISA/237 (Box No. I) (April 2007)

QUESTMS-00000828

| WRITTEN OPINION OF THE INTERNATIONAL SEARCHING AUTHORITY | International application No. PCT/US 08/84709 |
|---|---|

**Box No. III    Non-establishment of opinion with regard to novelty, inventive step and industrial applicability**

The questions whether the claimed invention appears to be novel, to involve an inventive step (to be non obvious), or to be industrially applicable have not been examined in respect of

☐ the entire international application

☒ claims Nos.  9-19 and 43-45

because:

☐ the said international application, or the said claims Nos. _____ relate to the following subject matter which does not require an international search (*specify*):

☐ the description, claims or drawings (*indicate particular elements below*) or said claims Nos. _____ are so unclear that no meaningful opinion could be formed (*specify*):

☒ the claims, or said claims Nos.  9-19 and 43-45  are so inadequately supported by the description that no meaningful opinion could be formed (*specify*):
Claims 9-19 and 43-45 have been held unsearchable because they are multiple dependent claims not drafted in accordance with PCT Rule 6.4(a).

☒ no international search report has been established for said claims Nos.  9-19 and 43-45

☐ a meaningful opinion could not be formed without the sequence listing; the applicant did not, within the prescribed time limit:

   ☐ furnish a sequence listing on paper complying with the standard provided for in Annex C of the Administrative Instructions, and such listing was not available to the International Searching Authority in a form and manner acceptable to it.

   ☐ furnish a sequence listing in electronic form complying with the standard provided for in Annex C of the Administrative Instructions, and such listing was not available to the International Searching Authority in a form and manner acceptable to it.

   ☐ pay the required late furnishing fee for the furnishing of a sequence listing in response to an invitation under Rule 13*ter*.1(a) or (b).

☐ a meaningful opinion could not be formed without the tables related to the sequence listings; the applicant did not, within the prescribed time limit, furnish such tables in electronic form complying with the technical requirements provided for in Annex C-*bis* of the Administrative Instructions, and such tables were not available to the International Searching Authority in a form and manner acceptable to it.

☐ the tables related to the nucleotide and/or amino acid sequence listing, if in electronic form only, do not comply with the technical requirements provided for in Annex C-*bis* of the Administrative Instructions.

☐ See Supplemental Box for further details.

Form PCT/ISA/237 (Box No. III) (April 2007)

QUESTMS-00000829

| **WRITTEN OPINION OF THE**<br>**INTERNATIONAL SEARCHING AUTHORITY** | International application No.<br><br>PCT/US 08/84709 |
|---|---|

| Box No. V | Reasoned statement under Rule 43*bis*.1(a)(i) with regard to novelty, inventive step or industrial applicability; citations and explanations supporting such statement |
|---|---|

**1.    Statement**

| | | | | |
|---|---|---|---|---|
| Novelty (N) | Claims | 1-8, 20-42 | | YES |
| | Claims | None | | NO |
| Inventive step (IS) | Claims | None | | YES |
| | Claims | 1-8, 20-42 | | NO |
| Industrial applicability (IA) | Claims | 1-8, 20-42 | | YES |
| | Claims | None | | NO |

**2.    Citations and explanations:**
Claims 30, 33-35, 38 and 39 lack an inventive step under PCT Article 33(3) as being obvious over US 2006/0228808 A1 to Clarke, et al. (hereinafter "Clarke'808") in view of US 2008/0228809 A1 to Clarke, et al. (hereinafter "Clarke'809").

Regarding claim 30, Clarke'808 teaches a method for determining the amount of 1a,25(OH)2D2 in a sample (para [0009]-- a method for determining the presence or amount of 1,25-dihydroxyvitamin D2 in a biological sample by tandem mass spectrometry (para [0007]), comprising:
    (a) purifying the 1a,25(OH)2D2 by HPLC (para [0036])-- use of HPLC for sample clean-up prior to mass spectrometry analysis) and
    (b) generating a precursor ion of the 1a,25(OH)2D2 obtained from step ( ionizing 1,25-dihydroxyvitamin D2 to provide a precursor ion; para [0009])
    (c) generating one or more fragment ions of said precursor ion, wherein said one or more fragment ions comprise one or more ions ( effecting a collision between the isolated precursor ion and an inert collision gas to produce at least one fragment ion (para [0009]);
    (c) detecting the amount of one or more of said ions (para [0008]--detectable in a mass spectrometer) generated in step (b) or (c) or both and relating the detected ions to the amount of said 1a,25OHhD2 in said sample (para [0043]-- relating the presence or amount of an ion to the presence or amount of the original molecule); wherein said 1a,25(OH)2D2 is not derivatized (para [0034]-- do not include a derivatization step).
    Clarke'808 does not teach wherein the precursor ion of step (b) has a mass/charge ratio of 411.35 +/- 0.5; or wherein the one or more fragment ions of step (c) have  a mass/charge ratio of 151.12 +/- 0.5 and 135.12 +/- 0.5.
However, Clarke'809 teaches wherein said precursor ion of step (b) has a mass/charge ratio of 411.35 +/- 0.5 (para [0054]--413 m/z and para [0050]-- the protonated and hydrated ion and the difference in m/z is about 18 for the loss of one water molecule).
It  would have been obvious to a person having ordinary skill in the art to provide the method of Clarke'809, with wherein the precursor ion of step (b) has a mass/charge ratio of 411.35 +/- 0.5 and wherein the fragment ions of step (c) have  a mass/charge ratio of 151.12 +/- 0.5 and 135.12 +/- 0.5. ; to obtain the invention as claimed because a skilled artisan would know that underivatized, unionized 1a,25(OH)2D2 has a molecular weight of 428.6 and the difference in m/z is about 18 for the loss of a water molecule (para [0050]) providing the precursor ion has a mass/charge ratio of 411.35 +/- 0.5 because the method would be useful for ionizing and detecting an underivatized vitamin D metabolite in a biological sample. Although the claimed fragment mass/charge ratios of 151.12 +/- 0.5 and 135.12 +/- 0.5 are not specifically taught, such would have been found obvious based on routine experimentation because it is well known that ionization can produce a number of unique fragments.

Regarding claim 33, Clarke'808 teaches wherein the method further comprises determining the amount of 1a,25(OH)2D3 in said sample (para [0010]-- the presence or amount of two or more vitamin D metabolites in a test sample in a single assay and para [0011]--a vitamin D metabolite is 1,25-dihydroxyvitamin D3).

Regarding claim 34, Clarke'808 teaches wherein said 1a,25(OH)2D3 is not derivatized prior to mass spectrometry  (para [0034]-- do not include a derivatization step) but does not teach wherein said precursor ion of 1a,25(OH)2D3has a mass/charge ratio of 399.35 +/- 0.5.  However, Clarke'809 wherein said precursor ion of said 1a,25(OH)2D3has a mass/charge ratio of 399.35 +/- 0.5 (para [0054]--401 m/z). It would have been obvious to a person having ordinary skill in the art to provide the method of Clarke'808, with wherein said precursor ion of said 1a,25(OH)2D3 has a mass/charge ratio of 399.35 +/- 0.5, as taught by Clarke'809 to obtain the invention as claimed because a skilled artisan would know that underivatized, unionized 1a,25(OH)2D3 has a molecular weight of 416.63 and the difference in m/z is about 18 for the loss of a water molecule (para [0050]) thus providing the precursor ion of 1a,25(OH)2D3 with a mass/charge ratio of 399.35 +/- 0.5 because the method would be useful for ionizing and detecting an underivatized vitamin D metabolite in a biological sample.

--Please see continuation sheet:--

Form PCT/ISA/237 (Box No. V) (April 2007)

QUESTMS-00000830

| WRITTEN OPINION OF THE INTERNATIONAL SEARCHING AUTHORITY | International application No.<br><br>PCT/US 08/84709 |
|---|---|

**Supplemental Box**

In case the space in any of the preceding boxes is not sufficient.
Continuation of:
Box V.2. Citations and explanation

Regarding claim 35, Clarke'808 teaches a method for determining the amount of 1a,25(OH)2D3 in a sample (para [0009]--a method for determining the presence or amount of a vitamin D metabolite in a sample and para [0011]--1,25-dihydroxyvitamin D3) by tandem mass spectrometry (para [0008]), comprising:
   (a) purifying the 1a,25(OH)2D3 by HPLC (para [0036]-- use of HPLC for sample clean-up prior to mass spectrometry analysis);
   (b) generating a precursor ion of the 1a,25(OH)2D3 obtained from step (a) (para [0032]--ionizing the vitamin D metabolite and provide a precursor ion);
   (c)  generating one or more fragment ions of said precursor ion, wherein said one or more fragment ions (para [0032]--produce at least one fragment ion)
   (d) detecting the amount of one or more of said ions (para [0008]--detectable in a mass spectrometer] generated in step (b) or (c) or both and relating the detected ions to the amount of said 1a,25(OH)2D3 in said sample (para [0043]-- relating the presence or amount of an ion to the presence or amount of the original molecule); wherein said 1a,25(OH)2D3 is not derivatized prior to mass spectrometry (para [0034] -- do not include a derivatization step).
   Clarke'808 does not teach a precursor ion of (b) having a mass/charge ratio of 399.35 +/- 0.5  or (c) having a mass/charge ratio of 151.12 +/- 0.5 and 135.12 +/- 0.5.  However, Clarke'809 teaches (b) a precursor ion having a mass/charge ratio of 399.35 +/- 0.5 (para [0054]--401 m/z) and (c) fragment ions having a mass/charge ratio of 209.1 and 179.1 (para [0045]--m/z about 209.1 and 179.1 and para [0050]--the difference in m/z between the precursor ion and fragment ion is about 18 for the loss of one water molecule, or about 36 for the loss of two water molecules.  It would have been obvious to a person having ordinary skill in the art to provide the method of Clarke'808, with (b) having a precursor ion with a mass/charge ratio of 399.35 +/- 0.5 as taught by Clarke'809 and (c) having fragment ions with mass/charge ratio of 151.12 +/- 0.5 and 135.12 +/- 0.5, to obtain the invention as claimed because a skilled artisan would know that underivatized, unionized 1a,25(OH)2D3 has a molecular weight of 416.63 and the difference in m/z is about 18 for the loss of a water molecule (para [0050]) thus providing the precursor ion of 1a,25(OH)2D3 has a mass/charge ratio of 399.35 +/- 0.5 and the difference in m/z between the precursor ion and fragment ion is about 18 for the loss of one water molecule (para [0050]), or about 36 for the loss of two water molecules. Although the claimed fragment mass/charge ratios of 151.12 +/- 0.5 and 135.12 +/- 0.5 are not specifically taught, such would have been found obvious based on routine experimentation because it is well known that ionization can produce a number of unique fragments.

Regarding claim 38, Clarke'808 teaches wherein the method further comprises determining the amount of 1a,25(OH)2D2 in said sample (para [0007]--detecting the presence or amount of a vitamin D metabolite in a test sample and para [0011]--1,25dihydroxyvitaminD2).

Regarding claim 39, Clarke'808 teaches wherein said 1a,25(OH)2O2 is not derivatized prior to mass spectrometry (para [0034]-- do not include a derivatization step; and wherein said precursor ion of said 1a,25(OH)2D2 (para [0010]) but does not teach has a mass/charge ratio of 411.35 + 0.5.  However, Clarke '809 teaches wherein the precursor ion of step (b) has a mass/charge ratio of 411.35 +/- 0.5 (para [0054]--413 m/z and para [0050]-- the protonated and hydrated ion and the difference in m/z is about 18 for the loss of one water molecule).  It would have been obvious to a person having ordinary skill in the art to provide the method of Clarke'809, wherein the precursor ion of step (b) has a mass/charge ratio of 411.35 +/- 0.5; to obtain the invention as claimed because a skilled artisan would know that underivatized, unionized 1a,25(OH)2D2 has a molecular weight of 428.6 and the difference in m/z is about 18 for the loss of a water molecule (para [0050]) because the method would be useful for ionizing and detecting an underivatized vitamin D metabolite in a biological sample.

Claims 1, 4, 40 and 41 lack an inventive step under PCT Article 33(3) as being obvious over Clarke'808 in view of WO 2007/039193 A1 to Huber et al. (hereinafter "Huber").

Regarding claim 1, Clarke'808  teaches a method for determining the amount of one or more dihydroxyvitamin D metabolites in a sample (para [0009]-- a method for determining the presence or amount of 1,25-dihydroxyvitamin D2 in a biological sample) by tandem mass spectrometry (para [0007]), comprising:
   (a) purifying the dihydroxyvitamin D metabolites from said sample by one or more procedures, such as chromatography, to enrich the sample for the analyte and remove one or more interfering substances (para [0012]; [0034]; [0035]);
   (b) further purifying the immunopurified dihydroxyvitamin D metabolites from step (a) by HPLC (para [0036]-- use of HPLC for sample clean-up prior to mass spectrometry analysis);
   (c) determining the amount of the vitamin D metabolites obtained from step (b) by tandem mass spectrometry comprising:
      (i) generating a precursor ion (para [0008]--provide a precursor ion) of said one or more dihydroxyvitamin D metabolites (para [0010]);
      (ii) generating one or more fragment ions of said precursor ion (para [0008]-- effecting a collision between the isolated precursor ion and an inert collision gas to produce at least one fragment ion); and
      (iii) detecting the amount of one or more of said ions (para [0008]--detectable in a mass spectrometer) generated in step (i) or (ii) or both and relating the amount of detected ions to the amount of said one or more dihydroxyvitamin D metabolites in said sample (para [0043]-- relating the presence or amount of an ion to the presence or amount of the original molecule).
   However, Clarke does not teach wherein (a) purifying the dihydroxyvitamin D metabolites from said sample by chromatography comprises immunopurifying.
   Huber teaches antibodies against 25-hydroxyvitamin D 2 and 25-hydroxyvitamin D 3  (pg 3, ln 18-29).
   It would have been obvious to a person having ordinary skill in the art to provide a method for determining the amount of one or more dihydroxyvitamin D metabolites in a sample taught by Clarke, wherein (a) purifying the dihydroxyvitamin D metabolites from said sample by chromatography comprises immunopurifying in view of Huber to obtain the invention as claimed because Clark teaches purifying via chromatography (para [0034]; [0035]) while Huber teaches antibodies that bind dihydroxyvitamin D metabolites (pg 3, ln 18-29) and because immunopurification is a well-known chromatographic purification technique and a skilled artisan would have readily appreciated that the antibodies of Huber would provide the affinity required to enrich the sample for the analyte and remove one or more interfering substances, as taught by Clarke (para [0012]; [0035]).

--Please see continuation sheet--

Form PCT/ISA/237 (Supplemental Box) (April 2007)

QUESTMS-00000831

| WRITTEN OPINION OF THE INTERNATIONAL SEARCHING AUTHORITY | International application No. PCT/US 08/84709 |
|---|---|

**Supplemental Box**

In case the space in any of the preceding boxes is not sufficient.
Continuation of:
Box V.2. Citations and explanation

RRegarding claim 4, Clarke'808 teaches wherein said one or more dihydroxyvitamin D metabolites are not subject to derivatization (para [0034]-- do not include a derivatization step).

Regarding claim 40, Clarke'808 teaches a method for determining the amount of one or more dihydroxyvitamin D metabolites in a sample (para [0032]-- detecting the amount of one or more vitamin D metabolites in a tes) by tandem mass spectrometry (para [0008]), comprising:
  (a) purifying the dihydroxyvitamin D metabolites from said sample by one or more procedures, such as chromatography, to enrich the sample for the analyte and remove one or more interfering substances (para [0012]; [0035]);
  (b) determining the amount of the vitamin D metabolites obtained from step (a) by tandem mass spectrometry comprising:
    (i) generating a precursor ion of said one or more dihydroxyvitamin D metabolites; (para [0010]--ionizing the vitamin D metabolites to generate ions specific for each of the vitamin D metabolites of interest and para [0008]--precursor ion);
    (ii) generating one or more fragment ions of said precursor ion (para [0008]--produce at least one fragment ion); and
    (iii) detecting the amount of one or more of said ions (para [0008]--detectable in a mass spectrometer) generated in step (i) or (ii) or both and relating the amount of detected ions to the amount of said one or moredihydroxyvitamin D metabolites in said sample (para [0043]-- relating the presence or amount of an ion to the presence or amount of the original molecule).
However, Clarke does not teach wherein (a) purifying the dihydroxyvitamin D metabolites from said sample by chromatography comprises immunopurifying.
Huber teaches antibodies against  25-hydroxyvitamin D 2 and 25-hydroxyvitamin D 3 (pg 3, ln 18-29).
It would have been obvious to a person having ordinary skill in the art to provide a method for determining the amount of one or more dihydroxyvitamin D metabolites in a sample taught by Clarke, wherein (a) purifying the dihydroxyvitamin D metabolites from said sample by chromatography comprises immunopurifying in view of Huber to obtain the invention as claimed because Clark teaches purifying via chromatography (para [0034]; [0035]) while Huber teaches antibodies that bind dihydroxyvitamin D metabolites (pg 3, ln 18-29) and because immunopurification is a well-known chromatographic purification technique and a skilled artisan would have readily appreciated that the antibodies of Huber would provide the affinity required to enrich the sample for the analyte and remove one or more interfering substances, as taught by Clarke (para [0012]; [0035]).

Regarding claim 41, Clarke'808 teaches the purified dihydroxyvitamin D  metabolites from step (a) are further purified by liquid chromatography prior to mass spectrometry (para [0036]-- use of HPLC for sample clean-up prior to mass spectrometry analysis).

Claims 20, 23-25, 28, and 29 lack an inventive step under PCT Article 33(3) as being obvious over Clarke'808 in view of an article entitled "Characterization of vitamin D 3 metabolites using continuous-flow fast atom bombardment tandem mass spectrometry and high-performance liquid chromatography" by Yeung, et al., (hereinafter "Yeung").

Regarding claim 20, Clarke'808 teaches a method for determining the amount of 1 alpha,25(OH)2D2 in a sample (para [0008]-- a method for determining the presence or amount of 1,25-dihydroxyvitamin D2 in a biological sample) by tandem mass spectrometry (para [0007]), comprising:
  (a) providing a 1 alpha,25(OH)2D2 in said sample (para [0009])
  (b) purifying the 1 alpha,25(OH)2D2 from step (a) by HPLC  (para [0036]-- use of HPLC for sample clean-up prior to mass spectrometry analysis);
  (c) generating a precursor ion of the 1 alpha,25(OH)2D2 obtained from step (b) ( ionizing 1,25-dihydroxyvitamin D2 to provide a precursor ion; para [0009]);
  (d) generating one or more fragment ions of said precursor ion ( effecting a collision between the isolated precursor ion and an inert collision gas to produce at least one fragment ion (para [0009]);
  (e) detecting the amount of one or more of said ions (para [0008]--detectable in a mass spectrometer) generated in step (c) or (d) or both and relating the detected ions to the amount of said 1 alpha,25(OHhD2 in said sample (para [0043]-- relating the presence or amount of an ion to the presence or amount of the original molecule).
Clarke'808 does not teach wherein:
step (a) comprises derivatizing said 1alpha,25(OH)2D2 in said sample with 4-phenyl-1,2,4-triazo1ine-3,5-dione(PTAD);
the precursor ion generated in step (c) has  mass/charge ratio of 586.37 +/- 0.5; or
the one or more fragment ions of said precursor ion generated in step (d) have a mass/charge ratio of 314.12 +/- 0.5.
However, Yeung teaches
  (a) derivatizing 1alpha,25(OH)2D3 in said sample with 4-phenyl-1,2,4-triazo1ine-3,5-dione(PTAD) (abstract--the derivatization of the metabolites by cycloaddition with 4-phenyl-l,2,4-triazoline-3,5-dione);
  (c) generating an ion of the derivatized 1,25(OH)2D3  of m/z of 574, 590 and 592 (pg 119, col 2, Fig. 2c);
  (d) generating one or more fragment ions of a precursor ion, wherein at least one of said one or more fragment ions comprise an ion having a mass/charge ratio of 314.12 +/-0.5 (pg 119, col 2, Fig. 2c).
Yeung does not teach wherein the precursor ion generated in step (c) has a mass/charge ratio of 586.37 +/- 0.5;.
It would have been obvious to a person having ordinary skill in the art to provide the method of Clarke'808, wherein step (a) comprises derivatizing said metabolite in said sample with 4-phenyl-1,2,4-triazo1ine-3,5-dione(PTAD), as taught by Yeung, wherein  the one or more fragment ions of said precursor ion generated in step (d) have a mass/charge ratio of 314.12 +/- 0.5, as taught by Yeung, and wherein the precursor ion generated in step (c) has a mass/charge ratio of 586.37 +/- 0.5 in light of Young, to obtain the invention as claimed because at least one fragment ion of derivatized vitamin D metabolites has a mass/charge ratio of 314.12 +/- 0.5 and a precursor ion of 1alpha,25(OH)2D2 has a mass/charge ratio of 586.37 +/- 0.5 providing a sensitive mass spectroscopy method for the detection of vitamin D metabolites in a biological sample.

--Please see continuation sheet--

Form PCT/ISA/237 (Supplemental Box) (April 2007)

| WRITTEN OPINION OF THE<br>INTERNATIONAL SEARCHING AUTHORITY | International application No.<br>PCT/US 08/84709 |
|---|---|

**Supplemental Box**

In case the space in any of the preceding boxes is not sufficient.
Continuation of:
Box V.2. Citations and explanation

Regarding claim 23, Clarke'808 teaches further comprises determining the amount of 1 alpha,25(OH)2D3 in said sample (para [0010]--presence or amount of two or more vitamin D-metabolites and para [0011]--a vitamin D metabolite is 1,25-dihydroxyvitamin D 3).

Regarding claim 24, Clarke'808 does not teach wherein said 1 alpha,25(OH)2D3 is derivatized with 4-phenyl-1 ,2,4-triazoline-3 ,5-dione (PTAD) prior to mass spectrometry or wherein said precursor ion of said 1 alpha,25(OH)2D3 has a mass/charge ratio of 574.37 +/- 0.5. However, such would have been obvious to obtain the invention as claimed for the reasons discussed above and because Yeung teaches wherein said 1 alpha,25(OH)2D3 is derivatized with 4-phenyl-1 ,2,4-triazoline-3 ,5-dione (PTAD) prior to mass spectrometry (pg 119, col 2, Fig. 2c-- 1,25(OH)2D3-PTAD), wherein said precursor ion of said 1 alpha,25(OH)2D3 has a mass/charge ratio of 574.37 +/- 0.5 (pg 119, col 2, Fig. 2c fragment ion of m/z of 574).

Regarding claim 25, Clarke'808 teaches a method for determining the amount of 1-alpha, 25(OH)2D3 in a sample (para [0006]--a method for determining the presence or amount of a vitamin D metabolite in a sample and 1,25-dihydroxyvitamin D3) by tandem mass spectrometry (para [0008]), comprising:
  (a) providing a 1 alpha,25(OH)2D3 in said sample (para [0009])
  (b) purifying the derivatized 1 alpha,25(OH)2D3 step (a) by HPLC (para [0036]-- use of HPLC for sample clean-up prior to mass spectrometry analysis);
  (c) generating a precursor ion of the 1 alpha,25(OH)2D3 obtained from step (b) ( ionizing 1,25-dihydroxyvitamin D2 to provide a precursor ion; para [0008]; [0009]);
  (d) generating one or more fragment ions of said precursor ion ( effecting a collision between the isolated precursor ion and an inert collision gas to produce at least one fragment ion (para [0009]);
  (e) detecting the amount of one or more of said ions (para [0008] --detectable in a mass spectrometer) generated in step (c) or (d) or both and relating the detected ions to the amount of said 1a,25(OH)2D3 in said sample (para [0043]-- relating the presence or amount of an ion to the presence or amount of the original molecule)
  Clarke'808 does not teach wherein:
  step (a) comprises derivatizing said 1alpha,25(OH)2D3 in said sample with 4-phenyl-1,2,4-triazo1ine-3,5-dione(PTAD);
  the precursor ion generated in step (c) has ( mass/charge ratio of 574.37 +/- 0.5; or
  the one or more fragment ions of said precursor ion generated in step (d) have a mass/charge ratio of 314.12 +/- 0.5.
  However, Yeung teaches
  (a) derivatizing 1alpha,25(OH)2D3 in said sample with 4-phenyl-1,2,4-triazo1ine-3,5-dione(PTAD) pg 119, para 2--reaction of metabolites with PTAD and pg 119, col 2, Fig. 2c-- 1,25(OH)2D3-PTAD);
  (c) generating a precursor ion of the derivatized 1 alpha,25(OH)2D3 having a mass/charge ratio of 574.37 +/- 0.5 (pg 119, col 2, Fig. 2c-- fragment ion of m/z of 574);
  (d) generating one or more fragment ions of a precursor ion, wherein at least one of said one or more fragment ions comprise an ion having a mass/charge ratio of 314.12 +/-0.5 (pg 119, col 2, Fig. 2c). It would have been obvious to a person having ordinary skill in the art to provide the method of Clarke'808, wherein step (a) comprises derivatizing said metabolite in said sample with 4-phenyl-1,2,4-triazo1ine-3,5-dione(PTAD), as taught by Yeung, wherein the one or more fragment ions of said precursor ion generated in step (d) have a mass/charge ratio of 314.12 +/- 0.5, as taught by Yeung, and wherein the precursor ion generated in step (c) has a mass/charge ratio of 574.37 +/- 0.5, as taught by Yeung, to obtain the invention as claimed because PTAD is a strong dienophile which selectively forms an adduct with the vitamin D structure allowing the sensitivity necessary for detecting vitamin D metabolites at low biological concentrations.

Regarding claim 28, Clarke'808 teaches wherein the method further comprises determining the amount of 1a,25(OH)2D2 in said sample (para [0007]--detecting the presence or amount of a vitamin D metabolite in a test sample and para [0011]--1,25dihydroxyvitaminD2).

Regarding claim 29, Yeung teaches wherein said 1a,25(OH)2D2 is derivatized with 4-phenyl-1 ,2,4-triazoline-3,5-dione (PTAD) prior to mass spectrometry (abstract--the derivatization of the metabolites by cycloaddition with 4-phenyl-1,2,4-triazolone-3,5-dione); but does not teach wherein said precursor ion of said 1a,25(OH)2D2 has a mass/charge ratio of 586.37 +/- 0.5. However, Yeung teaches (c) 1,25(OH)2D3-PTAD (pg 119, col 2, Fig. 2c) and fragment ions of m/z of 574, 590 and 592. It would have been obvious to a person having ordinary skill in the art to combine 1,25(OH)2D3-PTA and fragment ion of m/z of 574, 590 and 592, as taught by Yeung and the routine experimentation to achieve (c) generating a precursor ion of the derivatized 1 alpha,25(OH)2D2 obtained from step (b) having a mass/charge ratio of 586.37 + 0.5 because a skilled artisan would know that underivatized, unionized 1a,25(OH)2D3 has a molecular weight of 428.6 and the derivative has a m/z of 574, as taught by Yeung (pg 119, col 2, Fig. 2c) for a difference of 157 and that underivatized, unionized 1a,25(OH)2D3 with a molecular weight of 416.6 would thus result in a derivative m/z about 586.37, because PTAD is a strong dienophile which selectively forms an adduct with the vitamin D structure useful for detecting a vitamin D metabolite in a biological sample.

--Please see continuation sheet--

Form PCT/ISA/237 (Supplemental Box) (April 2007)

QUESTMS-00000833

| WRITTEN OPINION OF THE<br>INTERNATIONAL SEARCHING AUTHORITY | International application No.<br>PCT/US 08/84709 |
|---|---|

**Supplemental Box**

In case the space in any of the preceding boxes is not sufficient.
Continuation of:
Box V.2. Citations and explanation

Claims 2, 3 and 32 lack an inventive step under PCT Article 33(3) as being obvious over Clarke'808, in view of Huber further in view of US 7,087,395 B1 to Garrity, et al. (hereinafter "Garrity").

Regarding claim 2, neither Clarke'808 nor Huber teach wherein the immunopurifying step utilizes immunoparticles. However, Garrity teaches wherein the immunopurifying step utilizes immunoparticles (col 3, ln 26-29 separator such as magnetic particle) and that the immunoparticles (separators) facilitate separating out and isolation, for example, by a magnetic field (col 6, ln 41-59) .  It would have been obvious to a person having ordinary skill in the art to provide the method produced by the combined teachings of Clarke and Huber, wherein the immunopurification utilizes immunoparticles, as taught by Garrity, to obtain the invention as claimed  to facilitate separation with reduced effort (eg via magnetic field), as taught by Garrity.

Regarding claim 3, Huber suggests providing antidihydroxyvitamin D antibodies in the immunopurification, as discussed in claim 1, while Garrity suggests using immunoparticles, as discussed in claim 2.

Regarding claim 32, neither Clarke'808 nor Huber teach wherein the immunopurification utilizes immunoparticles:  However, such would have been further obvious for the reasons discussed in claim 2, specifically to facilitate separation with reduced effort (eg via magnetic field), as taught by Garrity.

Claims 31 and 36 lack an inventive step under PCT Article 33(3) as being obvious over Clarke'808, in view of Clarke'809 further in view of Huber.

Regarding claim 31, neither Clarke'808 nor Huber teach wherein the 1a,25(OH)2D2 in said sample is purified by immunopurification prior to step (a).  However, such would have been further obvious to obtain the invention as claimed for the reasons discussed in claim 1, specifically because Clark teaches purifying via chromatography (para [0034]; [0035]) while Huber teaches antibodies that bind dihydroxyvitamin D metabolites (pg 3, ln 18-29) and because  immunopurification is a well-known chromatographic purification technique and a skilled artisan would have readily appreciated that the antibodies of Huber would provide the affinity required to enrich the sample for the analyte and remove one or more interfering substances, as taught by Clarke (para [0012]; [0035]).

Regarding claim 36, Clarke'808 does not teach wherein the 1a,25(OH)2D3 in said sample is purified by immunopurification prior to step (a).  However, such would have been further obvious to obtain the invention as claimed for the reasons discussed in claim 1, specifically because Clark teaches purifying via chromatography (para [0034]; [0035]) while Huber teaches antibodies that bind dihydroxyvitamin D metabolites (pg 3, ln 18-29) and because  immunopurification is a well-known chromatographic purification technique and a skilled artisan would have readily appreciated that the antibodies of Huber would provide the affinity required to enrich the sample for the analyte and remove one or more interfering substances, as taught by Clarke (para [0012]; [0035]).

Claims 5-7, 21, 26 and 42 lack an inventive step under PCT Article 33(3) as being obvious over Clarke'808, in view of Huber, further in view of Yeung.

Regarding claim 5, neither Clarke'808  nor Huber teach wherein said one or more dihydroxyvitamin D metabolites are derivatized prior to mass spectrometry.  However, Yeung teaches wherein said one or more dihydroxyvitamin D metabolites are derivatized prior to mass spectrometry (abstract--the derivatization of the metabolites by cycloaddition with 4-phenyl-l,2,4-triazoline-3,5-dione).  It would have been obvious to a person having ordinary skill in the art to provide the method produced by the combined teachings of Clarke and Huber, wherein one or more dihydroxyvitamin D metabolites are derivatized prior to mass spectrometry, as taught by Yeung, to obtain the invention as claimed for selectively forming adducts with the vitamin D structure allowing the sensitivity necessary for detecting vitamin D metabolites at low biological concentrations.

Regarding claim 6 and 7, Yeung teaches wherein said one or more dihydroxyvitamin D metabolites are derivatized with the 4-substituted 1,2,4-triazoline-3,5-dione (TAD)  4-phenyl-l,2,4-triazoline-3,5-dione  (PTAD) prior to mass spectrometry (abstract--the derivatization of the metabolites by cycloaddition with 4-phenyl-l,2,4-triazoline-3,5-dione).

Regarding claim 21, the combined teachings of Clarke'808 and Yeung produce the method of claim 20, as discussed above.  Clarke'808 teaches purifying the 1a,25(OH)D3 from said sample by one or more procedures, such as chromatography, to enrich the sample for the analyte and remove one or more interfering substances (para [0012]; [0034]; [0035]); however neither Clarke nor Yeung teaches wherein said purification is immunopurification.
 Huber teaches antibodies against 25-hydroxyvitamin D3 (pg 3, ln 27-29).  It would have been obvious to a person having ordinary skill in the art to provide wherein the 1a,25(OH)D3 in said sample is purified by immunopurification prior to step (a), to obtain the invention as claimed  because Clarke'808 teaches purifying via chromatography (para [0034]; [0035]) while Huber teaches antibodies that bind dihydroxyvitamin D metabolites (pg 3, ln 18-29) and because immunopurification is a well-known chromatographic purification technique and a skilled artisan would have readily appreciated that the antibodies of Huber would provide the affinity required to enrich the sample for the analyte and remove one or more interfering substances, as taught by Clarke'808 (para [0012]; [0035]).

--Please see continuation sheet--

Form PCT/ISA/237 (Supplemental Box) (April 2007)

QUESTMS-00000834

PCT/US2008/084709 24.02.2009

| WRITTEN OPINION OF THE INTERNATIONAL SEARCHING AUTHORITY | International application No. PCT/US 08/84709 |
| --- | --- |

**Supplemental Box**

In case the space in any of the preceding boxes is not sufficient.
Continuation of:
Box V.2. Citations and explanation

Regarding claim 26, the combined teachings of Clarke'808 and Yeung produce the method of claim 25, as discussed above. Clarke'808 teaches purifying the 1a,25(OH)D3 from said sample by one or more procedures, such as chromatography, to enrich the sample for the analyte and remove one or more interfering substances (para [0012]; [0034]; [0035]); however neither Clarke nor Yeung teaches wherein said purification is immunopurification.
Huber teaches antibodies against 25-hydroxyvitamin D3 (pg 3, ln 27-29). It would have been obvious to a person having ordinary skill in the art to provide wherein the 1a,25(OH)D3 in said sample is purified by immunopurification prior to step (a), to obtain the invention as claimed because Clarke'808 teaches purifying via chromatography (para [0034]; [0035]) while Huber teaches antibodies that bind dihydroxyvitamin D metabolites (pg 3, ln 18-29) and because immunopurification is a well-known chromatographic purification technique and a skilled artisan would have readily appreciated that the antibodies of Huber would provide the affinity required to enrich the sample for the analyte and remove one or more interfering substances, as taught by Clarke'808 (para [0012]; [0035]).

Regarding claim 42, neither Clarke'808 nor Huber teach wherein said one or more dihydroxyvitamin D metabolites are derivatized with 4-phenyl-l ,2,4-triazoline-3,5-dione (PTAD) prior to mass spectrometry.  However, Yeung teaches wherein said one or more dihydroxyvitamin D metabolites are derivatized with 4-phenyl-l ,2,4-triazoline-3,5-dione
(PTAD) prior to mass spectrometry (abstract--the derivatization of the metabolites by cycloaddition with 4-phenyl-1,2,4-triazoline-3,5-dione). It would have been obvious to a person having ordinary skill in the art to provide wherein said one or more dihydroxyvitamin D metabolites are derivatized with 4-phenyl-l ,2,4-triazoline-3,5-dione (PTAD) prior to mass spectrometry, as taught by Yeung (abstract) to obtain the invention as claimed because PTAD is a strong dienophile forming selective adducts with vitamin D derivatives allowing detection in small amounts in biological samples.

Claim 37 lacks an inventive step under PCT Article 33(3) as being obvious over Clarke'808, in view of in view of Clarke'609, in view of Huber, further in view of Garrity.

Regarding claim 37, neither Clarke'808 nor Huber teaches wherein the immunopurifying step utilizes immunoparticles. However, Garrity teaches wherein the immunopurifying step utilizes immunoparticles (col 3, ln 26-29 separator such as magnetic particle) and that the immunoparticles (separators) facilitate separating out and isolation, for example, by a magnetic field (col 6, ln 41-59) .
It would have been obvious to a person having ordinary skill in the art to provide the method produced by the combined teachings of Clarke and Huber, wherein the immunopurification utilizes immunoparticles, as taught by Garrity, to obtain the invention as claimed  to facilitate separation with reduced effort (eg via magnetic field), as taught by Garrity.

Claims 22 and 27 lack an inventive step under PCT Article 33(3) as being obvious over Clarke'808 in view of Yeung, in view of Huber, further in view of Garrity.

Regarding claim 22, neither Clarke'808 nor Yeung nor Huber teach wherein the immunopurification utilizes immunoparticles. However, Garrity teaches wherein the immunopurifying step utilizes immunoparticles (col 3, ln 30--magnetic particle). It would have been obvious to a person having ordinary skill in the art to provide wherein the immunopurification utilizes immunoparticles, as taught by Garrity, to obtain the invention as claimed to provide a method of detecting dihydroxyvitamin D metabolites in a sample, as taught by Garrity (col 3, ln 30).

Regarding claim 27, neither Clarke'808 nor Yeung nor Huber teach wherein the immunopurification utilizes immunoparticles. However, Garrity teaches wherein the immunopurifying step utilizes immunoparticles (col 3, ln 30--magnetic particle). It would have been obvious to a person having ordinary skill in the art to provide wherein the immunopurification utilizes immunoparticles, as taught by Garrity, for the same reasoning given above for claim 22.

Claim 8 lacks an inventive step under PCT Article 33(3) as being obvious over Clarke'808, in view of Huber, in view of Yeung, further in view of an article entitled " Simultaneous Determination of 25-Hydroxyvitamin D2 and 25-Hydroxyvitamin D3 in Human Plasma by Liquid Chromatography-Tandem Mass Spectrometry Employing Derivatization with a Cookson-Type Reagent " by Higashi, et al. (hereinafter "Higashi") and further in view of WO/1996/018618 to Linker, et al. (hereinafter "Linker").

Regarding claim 8, neither Clarke'808 nor Huber nor Yeung teach wherein said one or more dihydroxyvitamin D metabolites are derivatized with 4' -carboxyphenyl-TAD prior to mass spectrometry.  However, Higashi teaches derivatization of 24,25-dihydroxyvitamin D3 with a Cookson-type reagent (4-substituted 1,2,4-triazoline-3,5-dione (pg 738, col 2, para 2) and Linker teaches 4'-carboxyphenyl-TAD (abstract--general formula I and pg 1, ln 22--Q1 fuer Sauerstoff steht, pg 1, ln 24--Q2 fuer Sauerstoff steht and pg2, ln 26--R1 fuer Wasserstoff steht, pg 3, ln 2 R2 fuer Wasserstoff steht and pg 3, ln 5--R3 fuer Wasserstoff steht and pg 3, ln 7--R4 fuer Wasserstoff steht pg 3, ln 9--R5 fuer carboxy steht pg 3, ln 13, 15--R6 fuer die nachstehende Gruppierung steht -A1-A2-A3 and pg 4, ln 9 and 10--A3 steht fuer Wasserstoff steht mit der Massgabe, dass in diesem Fall A1 und/oder A2 nicht fuer eine Einfachbindung stehen and pg 5, ln 9--R7 fuer Wasserstoff steht). It would have been obvious to a person having ordinary skill in the art to provide a Cookson-type reagent (4-substituted 1,2,4-triazoline-3,5-dione) for derivatization of a vitamin D derivative, as taught by Higashi, with 4'carboxyphenyl-TAD, as taught by Linker, to obtain the invention as claimed to provide a strong dienophile for formation of selective adducts with vitamin D derivatives for detection in small amounts in biological samples, as taught by Higashi (pg 738, col 2, para 2) and Linker (abstract, pg 2, ln 22, 24, 26, pg 3, ln 7, 9, 13, 15, pg 4, ln 9, 10, pg 5, ln 9).

Claims 1-8, 20-42 have industrial applicability as defined by PCT Article 33(4) because the subject matter can be made or used in industry.

Form PCT/ISA/237 (Supplemental Box) (April 2007)

QUESTMS-00000835



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/946,765 | 11/28/2007 | Brett Holmquist | 054769-9991 | 9763 |

30542      7590      06/24/2010
FOLEY & LARDNER LLP
P.O. BOX 80278
SAN DIEGO, CA 92138-0278

| EXAMINER |
|---|
| COLE, MONIQUE T |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1797 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 06/24/2010 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)

QUESTMS-00000836

| | Application No. | Applicant(s) |
|---|---|---|
| | 11/946,765 | HOLMQUIST ET AL. |
| **Office Action Summary** | Examiner | Art Unit | |
| | M. COLE | 1797 | |

-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE _3_ MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on _28 November 2007_.

2a)☐ This action is **FINAL**.          2b)☒ This action is non-final.

3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is
  closed in accordance with the practice under _Ex parte Quayle_, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒ Claim(s) _1-45_ is/are pending in the application.

  4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☐ Claim(s) _____ is/are allowed.

6)☒ Claim(s) _1-7 and 9-45_ is/are rejected.

7)☒ Claim(s) _8_ is/are objected to.

8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☐ The specification is objected to by the Examiner.

10)☐ The drawing(s) filed on _____ is/are: a)☐ accepted or b)☐ objected to by the Examiner.

  Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

  Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

11)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

  a)☐ All   b)☐ Some * c)☐ None of:

  1.☐ Certified copies of the priority documents have been received.

  2.☐ Certified copies of the priority documents have been received in Application No. _____.

  3.☐ Copies of the certified copies of the priority documents have been received in this National Stage
    application from the International Bureau (PCT Rule 17.2(a)).

  * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☒ Notice of References Cited (PTO-892)
2)☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
3)☒ Information Disclosure Statement(s) (PTO/SB/08)
  Paper No(s)/Mail Date _See Continuation Sheet_.
4)☐ Interview Summary (PTO-413)
  Paper No(s)/Mail Date. _____.
5)☐ Notice of Informal Patent Application
6)☐ Other: _____.

U.S. Patent and Trademark Office
PTOL-326 (Rev. 08-06)                     Office Action Summary        Part of Paper No./Mail Date 20100612

QUESTMS-00000837

**Continuation Sheet (PTOL-326)**                                    **Application No.  11/946,765**

Continuation of Attachment(s) 3). Information Disclosure Statement(s) (PTO/SB/08), Paper No(s)/Mail Date :5/28/10; 2/5/10; 2/2/10; 5/14/09; 3/17/09; 12/29/08; 9/5/08; and 5/16/08.

2

QUESTMS-00000838

## DETAILED ACTION

### *Information Disclosure Statement*

The information disclosure statements (IDSs) submitted on May 28, 2010;

February 5, 2010; February 2, 2010; May 14, 2009; March 17, 2009; December 29,

2008; September 5, 2008; and May 16, 2008 are in compliance with the provisions of 37

CFR 1.97. Accordingly, the information disclosure statements have been considered by

the Examiner.

### *Claim Rejections - 35 USC § 103*

The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.

Claims 1, 2, 3, 5, 6, 7, 10, 14, 15, 17, 25, 26, 27, 40, 41 and 42 are rejected

under 35 U.S.C. 103(a) as being unpatentable over Yeung et al. "*Characterization of*

*vitamin D$_3$ metabolites using continuous-flow fast atom bombardment tandem mass*

*spectrometry and high-performance liquid chromatography*" ("Yeung") in view of USP

6,787,660 to Armbruster et al. ("Armbruster").

Yeung discloses a method for the detection of vitamin D$_3$ metabolites involving

the derivitization of the metabolites with 4-phenyl-1,2,4-triazoline-3,5-dione (PTAD),

followed by purification with high-performance liquid chromatography (HPLC) and

characterization with tandem mass spectrometry. *See* Abstract; and Results and

Discussion, page 118.

QUESTMS-00000839

Application/Control Number: 11/946,765                                   Page 3
Art Unit: 1797

With respect to claims 14, 15, 17, 25, reciting specific mass/charge ratios, Figure 2 and Figure 3 of Yeung correspond to the ratios recited in the instant claims.

Yeung differs from the instant claims in that it does not expressly disclose immunopurifying the vitamin $D_3$ metabolites. Rather, Yeung discloses beginning its methodology with commercially purchased vitamin $D_3$.

Armbruster is assigned to Immunodiagnostik, a commercial supplier of vitamin D metabolites. Armbruster notes that its product is available for routine diagnostic use and in research (col. 5, lines 47-54). Armbruster teaches that to detect vitamin D derivatives anti-vitamin D binding protein antibodies are used (col. 6, lines 52-63) and may be combined with microparticles (col. 6, line 64 – col. 7, line 7). This method facilitates non-radioactive detection of vitamin D derivatives without extensive safety measures being required. Moreover, the competitive method is "*suitable for routine investigations, . . . , for diagnostics is general, and in research.*" See col. 7, lines 8-14.

It would have been obvious to one of ordinary skill in the art to modify the Yeung methodology by the inclusion of immunopurification *via* anti-vitamin D antibodies to ensure a purified initial product for further research. Certainly, a commercial supplier of vitamin D derivatives would perform a quality control process such as that detailed by Armbruster to ensure the purity of the commercial product. If the vitamin $D_3$ derivative of Yeung had not been purchased outside of the lab, it is also likely that the Yeung team would perform immunopurification as detailed by Armbruster for the reasons discussed above (i.e., highly specific purification without the need for extensive safety measures.)

QUESTMS-00000840

Application/Control Number: 11/946,765                    Page 4
Art Unit: 1797

Claims 9, 11, 12, 13, 20, 21, 22, 23, 24, 28 and 29 are rejected under 35

U.S.C. 103(a) as being unpatentable over Yeung in view of Armbruster as applied to

claims 1, 2, 3, 5, 6, 7, 10, 14, 15, 17, 25, 26, 27, 40, 41 and 42 above, and further in

view of Higashi et al. "*Simultaneous Determination of 25-Hydroxyvitamin $D_2$ and 25-*

*Hydroxyvitamin $D_3$ in Human Plasma by Liquid Chromatography-Tandem Mass*

*Spectrometry Employing Derivatization with a Cookson-Type Reagent*" ("Higashi").

The combination of Yeung and Armbruster ("Yeung/Armbruster") is discussed

above.

Yeung/Armbruster differs from the present invention in that it does not disclose

the detection of vitamin $D_2$.

Higashi teaches the simultaneous determination of vitamin $D_2$ and vitamin $D_3$

after being derivatized with PTAD.  The disclosed methodology also involves tandem

mass spectrometry.  *See* Abstract.  Higashi also discloses testing vitamin $D_2$ alone.

*See* page 739, 1st full paragraph.

In light of the Higashi disclosure of the simultaneous determination of vitamin $D_2$

and vitamin $D_3$, along with the disclosure of the determination of vitamin $D_2$ and vitamin

$D_3$ alone, it would have been obvious to one of ordinary skill in the art to modify the

Yeung/Armbruster methodology to suit the required research needs (i.e. determination

of either or both of vitamin $D_2$ and vitamin $D_3$) with an expectation of success.

With respect to the mass/charge ratios recited in claims 12, 13, 20, 24 and 29, it

is the Examiner's position that Yeung/Armbruster in view of Higashi would achieve

QUESTMS-00000841

similar mass/charge ratios given the similarity of the method to that of the present

invention, absent any evidence to the contrary.

Claims 1, 2, 3, 4, 9, 10, 11, 16, 17, 18, 19, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39,

40, 41, 43, 44 and 45 are rejected under 35 U.S.C. 103(a) as being unpatentable over

Coldwell et al. "*Mass Fragmentographic Assay for 25-Hydroxyvitamin D in Plasma*

*Without Derivatization: Enhanced Sensitivity for Metabolites of Vitamins $D_2$ and $D_3$ After*

*Pre-Column Dehydration*" ("Coldwell") in view of Kissmeyer et al. "*Sensitive analysis of*

*1α, 25-dihydroxyvitamin $D_3$ in biological fluids by liquid chromatography-tandem mass*

*spectrometry*" ("Kissmeyer") and Armbruster.

Coldwell discloses a method for measuring at least one vitamin D metabolite

(i.e., 25-hydroxyvitamin $D_2$ and 25-hydroxyvitamin $D_3$), which comprises generating

dehydrated molecular ions and subjecting the ions to gas chromatography (GC). *See,*

*at least,* page 351, second paragraph in left column.

The samples were subjected to purification prior to ionization. *See* page 349,

discussing that a dehydrating pre-column is utilized to avoid problems such as poor

peak shape or destruction.

It is noted that Coldwell does not expressly disclose the measurement of 1, 25-

dihydroxyvitamin $D_2$. However, Coldwell does disclose "the possibility of extending this

method to include dihydroxylated metabolites has also been considered." *See* page

353, right column, last paragraph. *See also* Table 2, page 354. Thus, it is the

QUESTMS-00000842

Application/Control Number: 11/946,765                               Page 6
Art Unit: 1797

Examiner's position that the method disclosed by Coldwell would be applicable to 1, 25-

dihydroxyvitamin $D_2$, absent any evidence to the contrary.

Coldwell differs from the instant claims in that it does not disclose the use of

HPLC as the purification method.   Coldwell suggests adding additional quality

assurance schemes to ensure precision and accuracy.  *See* page 348, second column,

first paragraph.

Kissmeyer teaches a method for the sensitive analysis of vitamin D metabolites

*via* liquid chromatography-tandem mass spectrometry.  *See* Title.  Kissmeyer discloses

that liquid chromatography-tandem mass spectrometry is an improvement over the

older gas chromatography method, by providing increased specificity and sensitivity of

analytes, and increased testing capacity.  *See* page 94, right column, first paragraph;

and page 102, Conclusion.

Kissmeyer further discloses that the purification step comprises protein

precipitation.  *See* abstract.

Given the noted advantages of liquid chromatography-tandem mass

spectrometry (LC-MS/MS) as taught by Kissmeyer, it would have been obvious to one

of ordinary skill in the art to modify the GC methodology of Coldwell to obtain an

improved LC-MS/MS process of measuring vitamin D metabolites.

Coldwell and Kissmeyer ("Coldwell/Kissmeyer") does not expressly disclose

immunopurifying the vitamin $D_3$ metabolites.

Armbruster discloses a method of purifying vitamin D metabolites available for

routine diagnostic use and in research (col. 5, lines 47-54).  Armbruster teaches that to

QUESTMS-00000843

Application/Control Number: 11/946,765                                    Page 7
Art Unit: 1797

detect vitamin D derivatives anti-vitamin D binding protein antibodies are used (col. 6,

lines 52-63) and may be combined with microparticles (col. 6, line 64 – col. 7, line 7).

Moreover, the competitive method is "*suitable for routine investigations, . . . , for*

*diagnostics is general, and in research.*" *See* col. 7, lines 8-14.

It would have been obvious to one of ordinary skill in the art to modify

Coldwell/Kissmeyer by the inclusion of immunopurification *via* anti-vitamin D antibodies

to ensure a purified vitamin D metabolite product with precision and accuracy of the

results.


### Double Patenting

The nonstatutory double patenting rejection is based on a judicially created

doctrine grounded in public policy (a policy reflected in the statute) so as to prevent the

unjustified or improper timewise extension of the "right to exclude" granted by a patent

and to prevent possible harassment by multiple assignees.   A nonstatutory

obviousness-type double patenting rejection is appropriate where the conflicting claims

are not identical, but at least one examined application claim is not patentably distinct

from the reference claim(s) because the examined application claim is either anticipated

by, or would have been obvious over, the reference claim(s). See, e.g., *In re Berg*, 140

F.3d 1428, 46 USPQ2d 1226 (Fed. Cir. 1998); *In re Goodman*, 11 F.3d 1046, 29

USPQ2d 2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir.

1985); *In re Van Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422

QUESTMS-00000844

Application/Control Number: 11/946,765                                   Page 8
Art Unit: 1797

F.2d 438, 164 USPQ 619 (CCPA 1970); and *In re Thorington*, 418 F.2d 528, 163
USPQ 644 (CCPA 1969).

A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) or 1.321(d)
may be used to overcome an actual or provisional rejection based on a nonstatutory
double patenting ground provided the conflicting application or patent either is shown to
be commonly owned with this application, or claims an invention made as a result of
activities undertaken within the scope of a joint research agreement.

Effective January 1, 1994, a registered attorney or agent of record may sign a
terminal disclaimer. A terminal disclaimer signed by the assignee must fully comply with
37 CFR 3.73(b).

Claims 1, 4, 9, 10, 11, 40, 41, and 43  are provisionally rejected on the ground of
nonstatutory obviousness-type double patenting as being unpatentable over claims 1, 2,
3, 4, 5, 9, 10, 17, 18, 19, 20, 21, 22, 24, 28 and 29  of copending Application No.
11/386,215 ("the '215 application").  Although the conflicting claims are not identical,
they are not patentably distinct from each other because the '215 application overlaps
with the subject matter of the instant application.

The '215 application is directed to determining the presence or amount of vitamin
D metabolites (vitamin $D_2$, vitamin $D_3$, or both) *via* tandem mass spectrometry, wherein
purification (which embraces all forms of purification, including immunopurification and
HPLC) is performed prior to ionization.  The skilled artisan would understand the need
to purify the vitamin D metabolites in such a way to ensure that extraneous materials

QUESTMS-00000845

would be eliminated. Immunopurification provides the requisite specificity to further this goal. The claims of the '215 application do not include derivatization.

This is a <u>provisional</u> obviousness-type double patenting rejection because the conflicting claims have not in fact been patented.

Claims 1, 4, 9, 10, 11, 40, and 41 are provisionally rejected on the ground of nonstatutory obviousness-type double patenting as being unpatentable over claims 1, 4, and 5 of copending Application No. 11/101,166 ("the '166 application"). Although the conflicting claims are not identical, they are not patentably distinct from each other because the '166 application overlaps with the subject matter of the instant application.

The '166 application is directed to determining the presence or amount of vitamin $D_3$ metabolites *via* tandem mass spectrometry, wherein the sample is purified by chromatography prior to ionization. For the purpose of claim interpretation, the instant specification defines "immunopurifying" as being performed by various forms of chromatography. *See* instant specification, paragraph [0046]. The skilled artisan would understand the need to purify the vitamin D metabolites in such a way to ensure that extraneous materials would be eliminated. Immunopurification provides the requisite specificity to further this goal. The claims of the '166 application do not include derivatization.

QUESTMS-00000846

This is a <u>provisional</u> obviousness-type double patenting rejection because the
conflicting claims have not in fact been patented.[1]

Claims 1, 6, 7, 9, 10, 11, 40, 41, 42 and 45 are provisionally rejected on the
ground of nonstatutory obviousness-type double patenting as being unpatentable over
claims 1, 2, 4, 6, 7, 8, 9, 10, 11, 14, 17, 21, 25, 26, 28, 29, 30, 31, 32, 33, 34, 35, 38, 41,
45, 49, 50, 51, 54, 57, 60, and 64 of copending Application No. 12/630,790 ("the '790
application"). Although the conflicting claims are not identical, they are not patentably
distinct from each other because the '790 application overlaps with the subject matter of
the instant application.

The '790 application is directed to determining the presence or amount of vitamin
D metabolites (vitamin $D_2$, vitamin $D_3$, or both) *via* tandem mass spectrometry, wherein
the sample is purified run through extraction and analytical columns prior to ionization.
For the purpose of claim interpretation, the instant specification defines
"immunopurifying" as being performed by various forms of columns. *See* instant
specification, paragraphs [0041] – [0046]. The skilled artisan would understand the
need to purify the vitamin D metabolites in such a way to ensure that extraneous

---

[1] The '166 application will be issued as USP 7,745,226 on June 29, 2010, at which point the present
rejection will no longer be provisional.

QUESTMS-00000847

materials would be eliminated. Immunopurification provides the requisite specificity to

further this goal. The claims of the '790 application include PTAD-derivatization.

This is a _provisional_ obviousness-type double patenting rejection because the

conflicting claims have not in fact been patented.

Claims 1-4, 40 and 41 are provisionally rejected on the ground of nonstatutory

obviousness-type double patenting as being unpatentable over claims 38-49 of

copending Application No. 12/630,796 ("the '796 application"). Although the conflicting

claims are not identical, they are not patentably distinct from each other because the

'790 application overlaps with the subject matter of the instant application.

The '796 application is directed to determining the presence or amount of vitamin

D metabolites (vitamin $D_2$, vitamin $D_3$, or both) _via_ tandem mass spectrometry, wherein

the sample is purified _via_ immunopurifying and HPLC. The present specification at

paragraph [0008] teaches that dihydroxyvitamin D metabolites include $1\alpha,25(OH)_2D_2$.

The instant application claims are broad enough to cover the mass/charge ratios recited

in the '796 application. Since the present application method is similar to that of the

'796 application, it would be obvious to expect similar mass to charge ratios (m/z) to be

obtained. The claims of the '796 application do not include derivatization.

This is a _provisional_ obviousness-type double patenting rejection because the

conflicting claims have not in fact been patented.

QUESTMS-00000848

Application/Control Number: 11/946,765                                    Page 12
Art Unit: 1797

### *Allowable Subject Matter*

Claim 8 is objected to as being dependent upon a rejected base claim, but would
be allowable if rewritten in independent form including all of the limitations of the base
claim and any intervening claims.

The prior art does not teach or suggest derivatizing vitamin D metabolites with 4'-
carboxypheynyl-TAD  prior to mass spectrometry.

Any inquiry concerning this communication or earlier communications from the
examiner should be directed to M. COLE whose telephone number is 571-272-1463.
The examiner can normally be reached on M - Th (9-5).

If attempts to reach the examiner by telephone are unsuccessful, the examiner's
supervisor, Jill Warden can be reached on 571-272-1267.  The fax phone number for
the organization where this application or proceeding is assigned is 571-273-8300.

QUESTMS-00000849

Application/Control Number: 11/946,765                              Page 13
Art Unit: 1797

     Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system.  Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a

USPTO Customer Service Representative or access to the automated information

system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/Jill  Warden/                                    M.  COLE
Supervisory Patent Examiner, Art Unit 1797        Examiner
                                                  Art Unit 1797

QUESTMS-00000850

| | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| ***Notice of References Cited*** | 11/946,765 | HOLMQUIST ET AL. |
| | Examiner | Art Unit | |
| | M. COLE | 1797 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-6,787,660 | 09-2004 | Armbruster et al. | 552/653 |
| | B | US- | | | |
| | C | US- | | | |
| | D | US- | | | |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)          **Notice of References Cited**          Part of Paper No. 20100612
                               Joint Appendix 1367

QUESTMS-00000851



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 12/630,790 | 12/03/2009 | Brett Holmquist | 034827-0740 | 1410 |

30542        7590        06/28/2010
FOLEY & LARDNER LLP
P.O. BOX 80278
SAN DIEGO, CA 92138-0278

| EXAMINER |
|---|
| COLE, MONIQUE T |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1797 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 06/28/2010 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)

QUESTMS-00000852

|  | Application No. | Applicant(s) |
|---|---|---|
| **Office Action Summary** | 12/630,790 | HOLMQUIST ET AL. |
|  | Examiner | Art Unit |  |
|  | M. COLE | 1797 |  |

-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) OR THIRTY (30) DAYS,
WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed
  after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any
  earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on <u>03 December 2009</u>.

2a)☐ This action is **FINAL**.        2b)☒ This action is non-final.

3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is
      closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒ Claim(s) <u>1-67</u> is/are pending in the application.

    4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☐ Claim(s) _____ is/are allowed.

6)☒ Claim(s) <u>1-51 and 54-67</u> is/are rejected.

7)☒ Claim(s) <u>52 and 53</u> is/are objected to.

8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☐ The specification is objected to by the Examiner.

10)☐ The drawing(s) filed on _____ is/are: a)☐ accepted or b)☐ objected to by the Examiner.

    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

11)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a)☐ All   b)☐ Some * c)☐ None of:

      1.☐ Certified copies of the priority documents have been received.

      2.☐ Certified copies of the priority documents have been received in Application No. _____.

      3.☐ Copies of the certified copies of the priority documents have been received in this National Stage
        application from the International Bureau (PCT Rule 17.2(a)).

    * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☒ Notice of References Cited (PTO-892)

2) ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3) ☒ Information Disclosure Statement(s) (PTO/SB/08)
    Paper No(s)/Mail Date _____.

4) ☐ Interview Summary (PTO-413)
    Paper No(s)/Mail Date. _____.

5) ☐ Notice of Informal Patent Application

6) ☐ Other: _____.

Joint Appendix 1369

QUESTMS-00000853

Application/Control Number: 12/630,790                                    Page 2
Art Unit: 1797

## 11DETAILED ACTION

### *Claim Rejections - 35 USC § 102*

The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that

form the basis for the rejections under this section made in this Office action:

A person shall be entitled to a patent unless –

(b) the invention was patented or described in a printed publication in this or a foreign country or in
public use or on sale in this country, more than one year prior to the date of application for patent in
the United States.

Claims 1, 2, 4, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17 and 21 are rejected under

35 U.S.C. 102(b) as being anticipated by Aronov *et al.* "Metabolic profiling of major

vitamin D metabolites using Diels-Alder derivatization and ultra-performance liquid

chromatography-tandem mass spectrometry" ("Aronov").

Aronov discloses a method for the quantification of 1α,25-dihydroxyvitamin $D_3$,

1α,25-dihydroxyvitamin $D_2$, 25-hydroxyvitamin $D_3$ and 25-hydroxyvitamin $D_2$ (collectively

"vitamin D metabolites") *via* ultra-performance liquid chromatography (a variant of high-

performance liquid chromatography) and tandem mass spectrometry. *See* abstract.

Aronov disclose that each of the vitamin D metabolites is derivatized with 4-phenyl-1,2-

4-triazoline-3,5-dione (PTAD). The methodology includes the use of a solid-phase

extraction column and a HPLC analytical column. *See* pages 1919 - 1920. Table 1

discloses the mass spectrometry conditions of which the precursor ion (m/z) and

product ion (m/z) corresponds to instant claims 12, 13, 15 and 16. *See* page 1920.

QUESTMS-00000854

Application/Control Number: 12/630,790                                    Page 3

Art Unit: 1797

### *Claim Rejections - 35 USC § 103*

The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set
> forth in section 102 of this title, if the differences between the subject matter sought to be patented and
> the prior art are such that the subject matter as a whole would have been obvious at the time the
> invention was made to a person having ordinary skill in the art to which said subject matter pertains.
> Patentability shall not be negatived by the manner in which the invention was made.

Claims 3, 5, 18, 19, 20 and 22-48 are rejected under 35 U.S.C. 103(a) as being

unpatentable over Aronov in view of USP 7,348,137 to Caulfield *et al.* ("Caulfield").

Aronov discloses a method for the quantification of 1α,25-dihydroxyvitamin $D_3$,

1α,25-dihydroxyvitamin $D_2$, 25-hydroxyvitamin $D_3$ and 25-hydroxyvitamin $D_2$ (collectively

"vitamin D metabolites") *via* ultra-performance liquid chromatography (a variant of high-

performance liquid chromatography) and tandem mass spectrometry.  Aronov further

discloses that the profiling method for vitamin D metabolites is impeded by their low

concentration in human circulation, with concentrations ranging from 15 – 60 pg/mL (1.5

– 6.0 ng/dL).  *See* abstract and page 1918, 1st full paragraph.  Aronov discloses that

each of the vitamin D metabolites is derivatized with 4-phenyl-1,2-4-triazoline-3,5-dione

(PTAD).

Aronov differs from the instant invention in that it does not disclose the use of

turbulent flow liquid chromatography as the extraction column.  Moreover, Aronov does

not expressly disclose that the extraction and analytical columns are connected in an

on-line fashion.

QUESTMS-00000855

Application/Control Number: 12/630,790                                    Page 4
Art Unit: 1797

   Caulfield teaches a quantitative on-line method for the determination of

analyte(s), wherein the method utilizes high turbulence liquid chromatography (HTLC)

extraction column, followed by the use of an analytical column.  Caulfield teaches that

the benefits of HTLC over conventional HPLC methods include:  minimal amount of

sample preparation, minimal time requirements for performing numerous assays, and

superior separation performance.  *See* col. 6, lines 10-30.  Thus, the disclosed method

results in savings of time and costs, and eliminates the possibility of operator error.

Moreover, Caulfield teaches that the disclosed method is suitable for detecting analytes

present in an amount of less that 5 ng/dL (col. 5, lines 63-67).

   It is noted that the Caulfield disclosure is directed to the detection of

testosterone.  However, it is the Examiner's position that it would have been obvious to

the skilled artisan to modify the methodology to encompass the detection of other

analytes.  First, it is well known that detection assays can be adapted to detect many

different analytes (i.e., chromatography and spectrometry are known to be used for

many classes of compounds).  Second, those of ordinary skill in the art would look to

other methods that eliminate issues or improve upon problems present in

currentmethodologies.

   Given that the Caulfield methodology treats the same problem (i.e. the detection

of an analyte in low concentration) and offers the advantages of:  minimal amount of

sample preparation, minimal time requirements for performing numerous assays, and

superior separation performance, it would have been obvious to one of ordinary skill to

QUESTMS-00000856

modify Aronov to incorporate HTLC and online analysis of the vitamin D metabolites,

with an expectation of achieving successful results.

Claims 49-51 and 54-67 are rejected under 35 U.S.C. 103(a) as being

unpatentable over Aronov in view of Caulfield ("Aronov/Caulfield") as applied to claims

3, 5, 18, 19, 20 and 22-48 above, and further in view of USP 7,321,116 to Picard *et al.*

("Picard").

Aronov/Caulfield fails to disclose the use of laser diode thermal desorption to

generate one or more ions detectable by mass spectrometry.  Instead, Caulfield

teaches ions can be produced using a variety of methods including, but not limited to,

electron ionization, chemical ionization, fast atom bombardment, field desorption, and

matrix-assisted laser desorption ionization ("MALDI"), surface enhanced laser

desorption ionization ("SELDI"), photon ionization, electrospray ionization ("ESI"), and

inductively coupled plasma.  *See* col. 7,lines 22-28.  Caulfield further teaches the use of

"Atmospheric Pressure Chemical Ionization," or "APCI," as a mass spectroscopy

method similar to ESI.   *See* col. 8.ines 16-27.

Picard teaches that the previous methods of generating ions such as APCI and

MALDI have drawbacks such as being time consuming and costly.  *See* col. 1, line 25 –

col. 2, line 11.  Picard teaches that in lieu of the older methods, laser diode thermal

desorption (LDTD) is being used to eliminate the previous drawbacks.

> Generally speaking, a new ionization source at atmospheric pressure,
> preferably interfaced with mass spectrometry, has been developed in
> response to industry's needs and requests. In its preferred embodiment,
> the ionization source is based on a process of thermal laser desorption
> and thus has been named LDTD (Laser Diode Thermal Desorption).
> Thermal desorption is induced indirectly by a laser beam without a support

QUESTMS-00000857

Application/Control Number: 12/630,790                                    Page 6
Art Unit: 1797

matrix--unlike the MALDI technique--and ionization is achieved by a corona discharge without liquid mobile phase--unlike the APCI technique. **The LDTD technique being matrix and mobile phase free, cross contamination of samples is virtually eliminated**. *See* col. 3, lines 24-35.

In light of the noted benefits derived from using LDTD, it would have been obvious to those of ordinary skill to modify Aronov/Caulfield to instead use LDTD, as taught by Picard, with an expectation of achieving suitable results in a more efficient and inexpensive manner.

With respect to those claims reciting mass/charge ratios, it is the Examiner's position that these parameters would be achieved by performing the suggested combination of Aronov/Caulfield/Picard. Thus, absent any evidence of criticality, these claims are considered obvious.


### Double Patenting

The nonstatutory double patenting rejection is based on a judicially created doctrine grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or improper timewise extension of the "right to exclude" granted by a patent and to prevent possible harassment by multiple assignees.   A nonstatutory obviousness-type double patenting rejection is appropriate where the conflicting claims are not identical, but at least one examined application claim is not patentably distinct from the reference claim(s) because the examined application claim is either anticipated by, or would have been obvious over, the reference claim(s). See, e.g., *In re Berg*, 140 F.3d 1428, 46 USPQ2d 1226 (Fed. Cir. 1998); *In re Goodman*, 11 F.3d 1046, 29

QUESTMS-00000858

Application/Control Number: 12/630,790                                    Page 7
Art Unit: 1797

USPQ2d 2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir.

1985); *In re Van Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422

F.2d 438, 164 USPQ 619 (CCPA 1970); and *In re Thorington*, 418 F.2d 528, 163

USPQ 644 (CCPA 1969).

A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) or 1.321(d)

may be used to overcome an actual or provisional rejection based on a nonstatutory

double patenting ground provided the conflicting application or patent either is shown to

be commonly owned with this application, or claims an invention made as a result of

activities undertaken within the scope of a joint research agreement.

Effective January 1, 1994, a registered attorney or agent of record may sign a

terminal disclaimer. A terminal disclaimer signed by the assignee must fully comply with

37 CFR 3.73(b).

Claims 1, 2, 4, 6, 7, 8, 9, 10, 11, 14, 17, 21, 25, 26, 28, 29, 30, 31, 32, 33, 34, 35,

38, 41, 45, 49, 50, 54, 57, 60 and 64 are provisionally rejected on the ground of

nonstatutory obviousness-type double patenting as being unpatentable over claims 7, 9,

10, 11, 40, 41, 42 and 45 of copending Application No. 11/946,765 ("the '765

application"). Although the conflicting claims are not identical, they are not patentably

distinct from each other because the scope of the '765 application overlaps with that of

the instant application.

The '765 application is directed to a method for determining the amount of one or

more dihydroxyvitamin D metabolites in a sample by tandem mass spectrometry

comprising immunopurifying the dihydroxyvitamin D metabolites; further purifying the

QUESTMS-00000859

Application/Control Number: 12/630,790                                    Page 8
Art Unit: 1797

immunopurified metabolites by HPLC (analytical column); and determining the amount

of metabolites in the sample by tandem mass spectrometry. The metabolites are

derivatized by PTAD. The claims of '765 recite immunopurifying followed by HPLC,

whereas the instant claims recite subjection the sample to an extraction column and an

analytical column. However, one of ordinary skill in the art would have recognized that

"Immunopurifying" is a specific separation method which may performed by an

extraction column, and that HPLC is a form of analytical column. It would have been

obvious to one of ordinary to employ an extraction column as the immunopurifying

means as an extraction column would lend the requisite specificity to the assay to

ensure the separation of the vitamin D metabolites prior to analysis.

This is a <u>provisional</u> obviousness-type double patenting rejection because the

conflicting claims have not in fact been patented.


### Allowable Subject Matter

Claims 52 and 53 are objected to as being dependent upon a rejected base

claim, but would be allowable if rewritten in independent form including all of the

limitations of the base claim and any intervening claims.

The prior art does not teach or suggest performing the claimed method excluding

any form of chromatography.

QUESTMS-00000860

Application/Control Number: 12/630,790                               Page 9
Art Unit: 1797

Any inquiry concerning this communication or earlier communications from the
examiner should be directed to M. COLE whose telephone number is 571-272-1463.
The examiner can normally be reached on M - Th (9-5).

If attempts to reach the examiner by telephone are unsuccessful, the examiner's
supervisor, Jill Warden can be reached on 571-272-1267.  The fax phone number for
the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the
Patent Application Information Retrieval (PAIR) system.  Status information for
published applications may be obtained from either Private PAIR or Public PAIR.
Status information for unpublished applications is available through Private PAIR only.
For more information about the PAIR system, see http://pair-direct.uspto.gov. Should
you have questions on access to the Private PAIR system, contact the Electronic
Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a
USPTO Customer Service Representative or access to the automated information
system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/Jill  Warden/                                    M.  COLE
Supervisory Patent Examiner, Art Unit 1797        Examiner
                                                  Art Unit 1797

QUESTMS-00000861

| | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| **Notice of References Cited** | 12/630,790 | HOLMQUIST ET AL. |
| | Examiner | Art Unit | |
| | M. COLE | 1797 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-7,321,116 | 01-2008 | Picard et al. | 250/288 |
| * | B | US-7,348,137 | 03-2008 | Caulfield et al. | 435/4 |
| | C | US- | | | |
| | D | US- | | | |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)            **Notice of References Cited**            Part of Paper No. 20100621
                                   Joint Appendix 1378

QUESTMS-00000862



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 12/630,796 | 12/03/2009 | Brett Holmquist | 054769-9993 | 1419 |

30542          7590     07/07/2010
FOLEY & LARDNER LLP
P.O. BOX 80278
SAN DIEGO, CA 92138-0278

| EXAMINER |
|---|
| COLE, MONIQUE T |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1797 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 07/07/2010 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)

QUESTMS-00000863

|  | Application No. | Applicant(s) |  |
|---|---|---|---|
| **Office Action Summary** | 12/630,796 | HOLMQUIST ET AL. |  |
|  | **Examiner** | **Art Unit** |  |
|  | M. COLE | 1797 |  |

-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --

### Period for Reply

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE *3* MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

### Status

1)☒ Responsive to communication(s) filed on *12/3/2009*.

2a)☐ This action is **FINAL**.        2b)☒ This action is non-final.

3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

### Disposition of Claims

4)☒ Claim(s) *1-49* is/are pending in the application.

  4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☐ Claim(s) _____ is/are allowed.

6)☒ Claim(s) *1-6, 9-19,22-30 and 33-49* is/are rejected.

7)☒ Claim(s) *7,8,20,21,31 and 32* is/are objected to.

8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

### Application Papers

9)☐ The specification is objected to by the Examiner.

10)☐ The drawing(s) filed on _____ is/are:  a)☐ accepted or b)☐ objected to by the Examiner.

  Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

  Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

11)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

### Priority under 35 U.S.C. § 119

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

  a)☐ All   b)☐ Some * c)☐ None of:

  1.☐ Certified copies of the priority documents have been received.

  2.☐ Certified copies of the priority documents have been received in Application No. _____.

  3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

  * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☒ Notice of References Cited (PTO-892)

2) ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3) ☒ Information Disclosure Statement(s) (PTO/SB/08)
     Paper No(s)/Mail Date _____.

4) ☐ Interview Summary (PTO-413)
     Paper No(s)/Mail Date. _____ .

5) ☐ Notice of Informal Patent Application

6) ☐ Other: _____.

QUESTMS-00000864

Application/Control Number: 12/630,796                                    Page 2
Art Unit: 1797

## DETAILED ACTION

### *Claim Rejections - 35 USC § 103*

The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set
> forth in section 102 of this title, if the differences between the subject matter sought to be patented and
> the prior art are such that the subject matter as a whole would have been obvious at the time the
> invention was made to a person having ordinary skill in the art to which said subject matter pertains.
> Patentability shall not be negatived by the manner in which the invention was made.

The factual inquiries set forth in *Graham* v. *John Deere Co.*, 383 U.S. 1, 148

USPQ 459 (1966), that are applied for establishing a background for determining

obviousness under 35 U.S.C. 103(a) are summarized as follows:

1. Determining the scope and contents of the prior art.
2. Ascertaining the differences between the prior art and the claims at issue.
3. Resolving the level of ordinary skill in the pertinent art.
4. Considering objective evidence present in the application indicating
   obviousness or nonobviousness.

This application currently names joint inventors. In considering patentability of

the claims under 35 U.S.C. 103(a), the examiner presumes that the subject matter of

the various claims was commonly owned at the time any inventions covered therein

were made absent any evidence to the contrary. Applicant is advised of the obligation

under 37 CFR 1.56 to point out the inventor and invention dates of each claim that was

not commonly owned at the time a later invention was made in order for the examiner to

consider the applicability of 35 U.S.C. 103(c) and potential 35 U.S.C. 102(e), (f) or (g)

prior art under 35 U.S.C. 103(a).

Claims 1-4, 9, 10, 12, 13, 14-17, 22, 23, 25, 26, 27, 28, 33, 34, 36 and 37 are

rejected under 35 U.S.C. 103(a) as being unpatentable over Coldwell et al. "*Mass*

QUESTMS-00000865

*Fragmentographic Assay for 25-Hydroxyvitamin D in Plasma Without Derivatization:*

*Enhanced Sensitivity for Metabolites of Vitamins D₂ and D₃ After Pre-Column*

*Dehydration*" ("Coldwell").

  Coldwell discloses a method for measuring at least one vitamin D metabolite in

plasma (i.e., 25-hydroxyvitamin $D_2$ and 25-hydroxyvitamin $D_3$), which comprises

generating dehydrated molecular ions and subjecting the ions to gas chromatography

(GC). *See, at least,* page 351, second paragraph in left column.

  Arguably, Coldwell is not directed to the measurement of 1, 25-dihydroxyvitamin

$D_3$ and 1, 25-dihydroxyvitamin $D_2$.  However, Coldwell does disclose "the possibility of

extending this method to include dihydroxylated metabolites has also been considered."

*See* page 353, right column, last paragraph.  *See also* Table 2, page 354.  Thus, it is

the Examiner's position that the method disclosed by Coldwell would be applicable to 1,

25-dihydroxyvitamin $D_3$ and 1, 25-dihydroxyvitamin $D_2$, absent any evidence to the

contrary.

  Claims 5, 6, 18, 19, 29, and 30 are rejected under 35 U.S.C. 103(a) as being

unpatentable over Coldwell ("Coldwell") as applied to claims 1-4, 9, 10, 12, 13, 14-17,

22, 23, 25, 26, 27, 28, 33, 34, 36 and 37 above, and further in view of USP 7,321,116 to

Picard *et al*. ("Picard").

  Coldwell fails to disclose the use of laser diode thermal desorption as the

ionization source.  Instead, Coldwell teaches electron impact (EI) ionization.  *See* page

349, left column, last four lines.

QUESTMS-00000866

Picard teaches that the previous methods of generating ions have drawbacks

such as being time consuming and costly.  *See* col. 1, line 25 – col. 2, line 11.  Picard

teaches that in lieu of the older methods, laser diode thermal desorption (LDTD) is

being used to eliminate the previous drawbacks.

> Generally speaking, a new ionization source at atmospheric pressure, preferably interfaced with mass spectrometry, has been developed in response to industry's needs and requests. In its preferred embodiment, the ionization source is based on a process of thermal laser desorption and thus has been named LDTD (Laser Diode Thermal Desorption). . . . ***The LDTD technique being matrix and mobile phase free, cross contamination of samples is virtually eliminated***.  *See* col. 3, lines 24-35.

In light of the noted benefits derived from using LDTD, it would have been

obvious to those of ordinary skill to modify Coldwell to instead use LDTD, as taught by

Picard, with an expectation of achieving suitable results in a more efficient and

inexpensive manner.

Claims 11, 24, and 35 are rejected under 35 U.S.C. 103(a) as being

unpatentable over Coldwell ("Coldwell") as applied to claims 1-4, 9, 10, 12, 13, 14-17,

22, 23, 25, 26, 27, 28, 33, 34, 36 and 37 above, and further in view of USP 7,348,137 to

Caulfield *et al.* ("Caulfield").

Coldwell fails to disclose the use of atmospheric pressure chemical ionization.

Instead, Coldwell teaches electron impact (EI) ionization.  *See* page 349, left column,

last four lines and abstract, respectively.

QUESTMS-00000867

Caulfield is directed to the same area of art. That is, Caulfield is directed to the detection of analytes via mass spectrometry. Caulfield explains that Atmospheric Pressure Chemical Ionization (APCI) is similar to EI, but that APCI is more effective than EI in analyzing some species. *See* col. 8, lines 4-27.

In light of the noted benefits derived from using APCI and its conventional use in the detection of analytes via mass spectrometry, it would have been obvious to those of ordinary skill to modify Coldwell to instead use APCI, as taught by Caulfield, with an expectation of achieving suitable results.

Claims 38-49 are rejected under 35 U.S.C. 103(a) as being unpatentable over Yeung et al. "*Characterization of vitamin $D_3$ metabolites using continuous-flow fast atom bombardment tandem mass spectrometry and high-performance liquid chromatography*" ("Yeung") in view of USP 6,787,660 to Armbruster et al. ("Armbruster").

Yeung discloses a method for the detection of vitamin $D_3$ metabolites involving the derivitization of the metabolites with 4-phenyl-1,2,4-triazoline-3,5-dione (PTAD), followed by purification with high-performance liquid chromatography (HPLC) and characterization with tandem mass spectrometry. *See* Abstract; and Results and Discussion, page 118.

Yeung differs from the instant claims in that it does not expressly disclose immunopurifying the vitamin $D_3$ metabolites. Rather, Yeung discloses beginning its methodology with commercially purchased vitamin $D_3$.

QUESTMS-00000868

Application/Control Number: 12/630,796                                           Page 6
Art Unit: 1797

Armbruster is assigned to Immunodiagnostik, a commercial supplier of vitamin D

metabolites. Armbruster notes that its product is available for routine diagnostic use

and in research (col. 5, lines 47-54). Armbruster teaches that to detect vitamin D

derivatives anti-vitamin D binding protein antibodies are used (col. 6, lines 52-63) and

may be combined with microparticles (col. 6, line 64 – col. 7, line 7). This method

facilitates non-radioactive detection of vitamin D derivatives without extensive safety

measures being required. Moreover, the competitive method is "*suitable for routine*

*investigations, . . . , for diagnostics is general, and in research.*" See col. 7, lines 8-14.

It would have been obvious to one of ordinary skill in the art to modify the Yeung

methodology by the inclusion of immunopurification *via* anti-vitamin D antibodies to

ensure a purified initial product for further research. Certainly, a commercial supplier of

vitamin D derivatives would perform a quality control process such as that detailed by

Armbruster to ensure the purity of the commercial product. If the vitamin $D_3$ derivative

of Yeung had not been purchased outside of the lab, it is also likely that the Yeung team

would perform immunopurification as detailed by Armbruster for the reasons discussed

above (i.e., highly specific purification without the need for extensive safety measures.)

With respect to recitation of mass/charge ratios, it is the Examiner's position that

these parameters would be achieved by performing the suggested combination of

Yeung/Armbruster. Thus, absent any evidence of criticality, these claims are

considered obvious.

QUESTMS-00000869

Application/Control Number: 12/630,796                                    Page 7
Art Unit: 1797

### *Double Patenting*

The nonstatutory double patenting rejection is based on a judicially created doctrine grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or improper timewise extension of the "right to exclude" granted by a patent and to prevent possible harassment by multiple assignees.   A nonstatutory obviousness-type double patenting rejection is appropriate where the conflicting claims are not identical, but at least one examined application claim is not patentably distinct from the reference claim(s) because the examined application claim is either anticipated by, or would have been obvious over, the reference claim(s). See, e.g., *In re Berg*, 140 F.3d 1428, 46 USPQ2d 1226 (Fed. Cir. 1998); *In re Goodman*, 11 F.3d 1046, 29 USPQ2d 2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir. 1985); *In re Van Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422 F.2d 438, 164 USPQ 619 (CCPA 1970); and  *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969).

A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) or 1.321(d) may be used to overcome an actual or provisional rejection based on a nonstatutory double patenting ground provided the conflicting application or patent either is shown to be commonly owned with this application, or claims an invention made as a result of activities undertaken within the scope of a joint research agreement.

Effective January 1, 1994, a registered attorney or agent of record may sign a terminal disclaimer. A terminal disclaimer signed by the assignee must fully comply with 37 CFR 3.73(b).

QUESTMS-00000870

Application/Control Number: 12/630,796                          Page 8
Art Unit: 1797

Claims 1, 2, 3, 4, 12, 13, 14, 15, 16, 17, 25, 26, 27, 28, 36, and 37 are provisionally rejected on the ground of nonstatutory obviousness-type double patenting as being unpatentable over claims 1, 9, 17, 18, 28 and 29 of copending Application No. 11/386,215 ("the '215 application"). Although the conflicting claims are not identical, they are not patentably distinct from each other because the claims of the '215 application overlap with those of the instant application.

The '215 application is directed to a method for determining the presence or amount of a vitamin D metabolite (1,25-dihydroxyvitamin $D_2$, 1,25-dihydroxyvitamin $D_3$, or both) by tandem mass spectrometry. While the '215 application does not recite the related mass-to-charge ratios from performing the claimed method, the related ratios, such as claimed in the instant application, would be derived from the practice of the same method. Therefore, the specific mass-to-charge ratios recited in the instant application are considered to be obvious.

With respect to the type of sample used, it would have been obvious to one of ordinary skill in the art to use a biological sample such as serum or plasma, as it is well known in the art to test these samples for vitamin D deficiency.

This is a _provisional_ obviousness-type double patenting rejection because the conflicting claims have not in fact been patented.

QUESTMS-00000871

Application/Control Number: 12/630,796                     Page 9
Art Unit: 1797

Claims 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48 and 49 are  provisionally

rejected on the ground of nonstatutory obviousness-type double patenting as being

unpatentable over claims 1, 2, 3, 4, 9, 10, 11, 40 and 41 of copending Application No.

11/946,765 ("the '765 application").  Although the conflicting claims are not identical,

they are not patentably distinct from each other because the claims of the '765

application overlap with those of the instant application.

The '765 application is directed to a method for determining the amount of one or

more vitamin D metabolites (vitamin $D_2$, vitamin $D_3$, or both)  in a sample by tandem

mass spectrometry comprising immunopurifying the vitamin D metabolites; and further

purifying the vitamin D metabolites by HPLC.  Since the '765 application claims have

very similar method steps as those recited in the instant application, one of ordinary skill

would expect to achieve similar mass-to-charge ratios for the precursor and fragment

ions.  Therefore, the claims of the instant application are deemed to be obvious variants

of the '765 application.

This is a provisional obviousness-type double patenting rejection because the

conflicting claims have not in fact been patented.

**Allowable Subject Matter**

Claims 7, 8, 20, 21, 31 and 32 are objected to as being dependent upon a

rejected base claim, but would be allowable if rewritten in independent form including all

of the limitations of the base claim and any intervening claims.

QUESTMS-00000872

Application/Control Number: 12/630,796                    Page 10
Art Unit: 1797

The prior art does not teach or suggest performing the claimed methods without performing chromatography prior to mass spectrometry.

Any inquiry concerning this communication or earlier communications from the examiner should be directed to M. COLE whose telephone number is 571-272-1463. The examiner can normally be reached on M - Th (9-5).

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Jill Warden can be reached on 571-272-1267.  The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system.  Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/Jill  Warden/                                  M.  COLE
Supervisory Patent Examiner, Art Unit 1797      Examiner
                                                Art Unit 1797

QUESTMS-00000873

| | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| **_Notice of References Cited_** | 12/630,796 | HOLMQUIST ET AL. |
| | Examiner | Art Unit | |
| | M. COLE | 1797 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-7,321,116 | 01-2008 | Picard et al. | 250/288 |
| * | B | US-7,348,137 | 03-2008 | Caulfield et al. | 435/4 |
| | C | US- | | | |
| | D | US- | | | |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

QUESTMS-00000874

## Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 11386215 |
| **Filing Date:** | 21-Mar-2006 |
| **Title of Invention:** | Methods for detecting vitamin D metabolites by mass spectrometry |
| **First Named Inventor/Applicant Name:** | Nigel Clarke |
| **Filer:** | Anthony Charles Kuhlmann |
| **Attorney Docket Number:** | 034827-3603 |

Filed as Large Entity

### Utility under 35 USC 111(a) Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |

QUESTMS-00000875

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| Submission- Information Disclosure Stmt | 1806 | 1 | 180 | 180 |
| **Total in USD ($)** | | | | **180** |

QUESTMS-00000876

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 8861525 |
| **Application Number:** | 11386215 |
| **International Application Number:** | |
| **Confirmation Number:** | 2019 |
| **Title of Invention:** | Methods for detecting vitamin D metabolites by mass spectrometry |
| **First Named Inventor/Applicant Name:** | Nigel  Clarke |
| **Customer Number:** | 30542 |
| **Filer:** | Anthony Charles Kuhlmann/Mercedes Dipasupil |
| **Filer Authorized By:** | Anthony Charles Kuhlmann |
| **Attorney Docket Number:** | 034827-3603 |
| **Receipt Date:** | 17-NOV-2010 |
| **Filing Date:** | 21-MAR-2006 |
| **Time Stamp:** | 20:37:30 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Credit Card |
| Payment was successfully received in RAM | $180 |
| RAM confirmation Number | 6078 |
| Deposit Account | |
| Authorized User | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|

QUESTMS-00000877

| 1 | Miscellaneous Incoming Letter | 034827-3603_Transmittal.pdf | 5c1d1e72a2abd4e1bbb5e3e7c7ea2379f129e132 | no | 3 |

**Warnings:**

**Information:**

| 2 | | 034827-3603_Resp.pdf | 217572 abe3f8310a6a30a743a2d73f2414ce16dce3dbe9 | yes | 8 |

| Multipart Description/PDF files in .zip description | | |
|---|---|---|
| **Document Description** | **Start** | **End** |
| Amendment/Req. Reconsideration-After Non-Final Reject | 1 | 1 |
| Claims | 2 | 6 |
| Applicant Arguments/Remarks Made in an Amendment | 7 | 8 |

**Warnings:**

**Information:**

| 3 | | 034827-3603_IDS.pdf | 263892 acc83f4f877f2e7513364e7a978bc83eb7120fda | yes | 5 |

| Multipart Description/PDF files in .zip description | | |
|---|---|---|
| **Document Description** | **Start** | **End** |
| Transmittal Letter | 1 | 3 |
| Information Disclosure Statement (IDS) Filed (SB/08) | 4 | 5 |

**Warnings:**

**Information:**

| 4 | NPL Documents | IPR_10-9-2007.pdf | 198617 e0232a4cf3b0b1fd74c0125ad445871078d03f645 | no | 4 |

**Warnings:**

**Information:**

| 5 | NPL Documents | IPR_6-10-2010.pdf | 689570 652e92013ce8a39ae1f23a7562aa0aacc21cc65c | no | 10 |

**Warnings:**

**Information:**

| 6 | NPL Documents | US-OA_6-24-2010.pdf | 500131 b0433cfe42f962c25dcc016f7eb428963dcfd786 | no | 16 |

**Warnings:**

Joint Appendix 1394

QUESTMS-00000878

| | | | | | |
|---|---|---|---|---|---|
| Information: | | | | | |
| 7 | NPL Documents | US-OA_6-28-2010.pdf | 385350<br>42eaa45f0e8f213384dbda4484208c9d510<br>499e2 | no | 11 |
| Warnings: | | | | | |
| Information: | | | | | |
| 8 | NPL Documents | US-OA_7-7-2010.pdf | 419650<br>67f465a81f0c67c1c6334de17122e35a9ab6<br>7c193 | no | 12 |
| Warnings: | | | | | |
| Information: | | | | | |
| 9 | Fee Worksheet (PTO-875) | fee-info.pdf | 29864<br>83240af76a9427dba6f62599f53f9032c105b<br>7e90 | no | 2 |
| Warnings: | | | | | |
| Information: | | | | | |
| | | | Total Files Size (in bytes): | | 2795764 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

QUESTMS-00000879

Atty. Dkt. No. 034827-3603

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:    Clarke, et al.

Title:    METHODS FOR DETECTING
    VITAMIN D METABOLITES
    BY MASS SPECTROMETRY

Appl. No.:    11/386,215

Filing Date:    3/21/2006

Examiner:    Monique T. Cole

Art Unit:    1773

Confirmation    2019
Number:

### AMENDMENT TRANSMITTAL

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

    Transmitted herewith is an amendment in the above-identified application.

[   ]    Small Entity status under 37 C.F.R. § 1.9 and § 1.27 has been established by a previous
    assertion of Small Entity status.

[ X ]   Information Disclosure Statement and supporting documents are enclosed.

DLMR_835541.1

-1-

QUESTMS-00000880

Atty. Dkt. No. 034827-3603

[ **X** ]   The fee required for additional claims is calculated below:

| | Claims As Amended | | Previously Paid For | | Extra Claims Present | | Rate | | Additional Claims Fee |
|---|---|---|---|---|---|---|---|---|---|
| Total Claims: | 31 | - | 31 | = | 0 | x | $52.00 | = | $0.00 |
| Independent Claims: | 3 | - | 3 | = | 0 | x | $220.00 | = | $0.00 |
| First presentation of any Multiple Dependent Claims: | | | | + | | | $390.00 | = | $0.00 |
| | | | | | | CLAIMS FEE TOTAL | | = | $0.00 |

[   ]   Applicant hereby petitions for an extension of time under 37 C.F.R. §1.136(a) for the total number of months checked below:

| | | |
|---|---|---|
| [   ] Extension for response filed within the first month: | $130.00 | $0.00 |
| [   ] Extension for response filed within the second month: | $490.00 | $0.00 |
| [   ] Extension for response filed within the third month: | $1,110.00 | $0.00 |
| [   ] Extension for response filed within the fourth month: | $1,730.00 | $0.00 |
| [   ] Extension for response filed within the fifth month: | $2,350.00 | $0.00 |
| EXTENSION FEE TOTAL: | | $0.00 |
| [   ] Statutory Disclaimer Fee under 37 C.F.R. 1.20(d): | $140.00 | $0.00 |
| CLAIMS, EXTENSION AND DISCLAIMER FEE TOTAL: | | $0.00 |
| [ ] Small Entity Fees Apply (subtract ½ of above): | | $0.00 |
| Extension Fees Previously Paid: | | $0.00 |
| IDS filing fee | | $180.00 |
| TOTAL FEE: | | $180.00 |

The above identified fee in the amount $180.00 is being paid by credit card via EFS-Web.

DLMR_835541.1

-2-

QUESTMS-00000881

Atty. Dkt. No. 034827-3603

The Commissioner is hereby authorized to charge any additional fees which may be required regarding this application under 37 C.F.R. §§ 1.16-1.17, or credit any overpayment, to Deposit Account No. 19-0741. Should no proper payment be enclosed herewith, as by the credit card payment instructions in EFS-Web being incorrect or absent, resulting in a rejected or incorrect credit card transaction, the Commissioner is authorized to charge the unpaid amount to Deposit Account No. 19-0741

If any extensions of time are needed for timely acceptance of papers submitted herewith, applicant hereby petitions for such extension under 37 C.F.R. §1.136 and authorizes payment of any such extensions fees to Deposit Account No. 19-0741.

Please direct all correspondence to the undersigned attorney or agent at the address indicated below.

Respectfully submitted,

Date  11/17/10

By

FOLEY & LARDNER LLP
Customer Number: 30542
Telephone:     (858) 847-6722
Facsimile:     (858) 792-6773

Barry S. Wilson, Reg. No. 39,431
Anthony C. Kuhlmann, Reg. No. 57,147
Attorneys for Applicant

DLMR_835541.1

-3-

QUESTMS-00000882

PTO/SB/06 (07-06)
Approved for use through 1/31/2007. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD Substitute for Form PTO-875 | Application or Docket Number 11/386,215 | Filing Date 03/21/2006 | ☐ To be Mailed |
|---|---|---|---|

### APPLICATION AS FILED – PART I

| | (Column 1) | (Column 2) | SMALL ENTITY ☐ | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|
| FOR | NUMBER FILED | NUMBER EXTRA | RATE ($) | FEE ($) | | RATE ($) | FEE ($) |
| ☐ BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | | | N/A | |
| ☐ SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | | | N/A | |
| ☐ EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | | | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | minus 20 = | * | X $ = | | CR | X $ = | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | minus 3 = | * | X $ = | | | X $ = | |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | | | TOTAL | |

### APPLICATION AS AMENDED – PART II

| | | (Column 1) | (Column 2) | (Column 3) | | SMALL ENTITY | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|---|
| | 11/17/2010 | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | | RATE ($) | ADDITIONAL FEE ($) | RATE ($) | ADDITIONAL FEE ($) |
| AMENDMENT | Total (37 CFR 1.16(i)) | * 31 | Minus ** 31 | = 0 | | X $ = | OR | X $52= | 0 |
| | Independent (37 CFR 1.16(h)) | * 3 | Minus *** 3 | = 0 | | X $ = | OR | X $220= | 0 |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | OR | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | OR | | |
| | | | | | | TOTAL ADD'L FEE | OR | TOTAL ADD'L FEE | 0 |

| | | (Column 1) | (Column 2) | (Column 3) | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | | RATE ($) | ADDITIONAL FEE ($) | RATE ($) | ADDITIONAL FEE ($) |
| AMENDMENT | Total (37 CFR 1.16(i)) | * | Minus ** | = | | X $ = | | X $ = | |
| | Independent (37 CFR 1.16(h)) | * | Minus *** | = | | X $ = | | X $ = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | OR | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | OR | | |
| | | | | | | TOTAL ADD'L FEE | OR | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1

Legal Instrument Examiner:
/MARSHA R. RICHARDS/

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

QUESTMS-00000883

| *Application Number* | Application/Control No. | Applicant(s)/Patent under Reexamination |
|---|---|---|
| | 11/386,215 | CLARKE ET AL. |
| | | |

| Document Code - DISQ | Internal Document – DO NOT MAIL |
|---|---|

| TERMINAL DISCLAIMER | ☒ APPROVED | ☐ DISAPPROVED |
|---|---|---|
| Date Filed : 11/03/10 | **This patent is subject to a Terminal Disclaimer** | |

| Approved/Disapproved by: |
|---|
| JEAN PROCTOR |

U.S. Patent and Trademark Office

QUESTMS-00000884

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | | **Complete if Known** | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | | | Application Number | 11/386,215 |
| | | | | Filing Date | 3/21/2006 |
| | | | | First Named Inventor | Nigel Clarke |
| *(use as many sheets as necessary)* | | | | Art Unit | 1773 |
| | | | | Examiner Name | Monique T. Cole |
| Sheet | 1 | of | 2 | Attorney Docket Number | 034827-3603 |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | A1 | 2006/0054807 | 03-16-2006 | PICARD ET AL. | |
| | A2 | 2008/0241955 | 10-02-2008 | PURKAYASTHA ET AL. | |

### UNPUBLISHED U.S. PATENT APPLICATION DOCUMENTS

| Examiner Initials* | Cite No.[1] | U.S. Patent Application Document — Serial Number-Kind Code[2] (if known) | Filing Date of Cited Document MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | | | | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3] Number[4] Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Documents | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | A3 | WO-2008/097246 | 08-14-2008 | SCHROEDER ET AL | | |
| | A4 | WO-95/33279 | 12-07-1995 | DERRICK ET AL | | |

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
|---|---|---|---|
| | A5 | Extended Search Report dated 12/22/2010 in EP application 08853843 (054769-9997) | |
| | A6 | International Search Report and Written Opinion dated 1/26/2011 in application PCT/US2010/056461 (034827-0381) | |
| | A7 | International Search Report and Written Opinion dated 1/27/2011 in application PCT/US2010/057627 (034827-0741) | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

DLMR_852729.1

QUESTMS-00000885

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(use as many sheets as necessary)* | Application Number | 11/386,215 |
| | Filing Date | 3/21/2006 |
| | First Named Inventor | Nigel Clarke |
| | Art Unit | 1773 |
| | Examiner Name | Monique T. Cole |
| Sheet | 2 | of | 2 | Attorney Docket Number | 034827-3603 |

| NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials* | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T² |
| | A8 | International Search Report and Written Opinion dated 2/7/2011 in application PCT/US2010/059765 (034827-1052) | |
| | A9 | International Search Report and Written Opinion dated 2/8/2011 in application PCT/US2010/059746 (034827-0771) | |
| | A10 | International Search Report dated 1/14/2011 in PCT/US2010/056886 (095276-0201) | |
| | A11 | KOBAYASHI, et al, Production of a group-specific antibody to 1 alpha,25-dihydroxyvitamin D and its derivatives having the 1 alpha,3 beta-dihydroxylated A-ring structure. Steroids, (1994), 59(7):404-11 | |
| | A12 | U.S. Office Action dated 12/17/2010 in application 11/946,765 (054769-9991) | |
| | A13 | US Office Action dated 1/6/2011 in application 12/630,790 (034827-0740) | |
| | A14 | US Office Action dated 12/17/2010 in application 12/630,796 (054769-9993) | |
| | A15 | YEUNG, et al, The role of mass spectrometry in vitamin D research. Mass Spec Reviews, (1995), 14(3):179-194 | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

DLMR_352729.1

QUESTMS-00000886

## Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 11386215 |
| **Filing Date:** | 21-Mar-2006 |
| **Title of Invention:** | METHODS FOR DETECTING VITAMIN D METABOLITES BY MASS SPECTROMETRY |
| **First Named Inventor/Applicant Name:** | Nigel Clarke |
| **Filer:** | Anthony Charles Kuhlmann/Alison Lalonde |
| **Attorney Docket Number:** | 034827-3603 |

Filed as Large Entity

### Utility under 35 USC 111(a) Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |

QUESTMS-00000887

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| Submission- Information Disclosure Stmt | 1806 | 1 | 180 | 180 |
| **Total in USD ($)** | | | | **180** |

QUESTMS-00000888

## Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 9467595 |
| **Application Number:** | 11386215 |
| **International Application Number:** | |
| **Confirmation Number:** | 2019 |
| **Title of Invention:** | METHODS FOR DETECTING VITAMIN D METABOLITES BY MASS SPECTROMETRY |
| **First Named Inventor/Applicant Name:** | Nigel Clarke |
| **Customer Number:** | 30542 |
| **Filer:** | Anthony Charles Kuhlmann/Alison Lalonde |
| **Filer Authorized By:** | Anthony Charles Kuhlmann |
| **Attorney Docket Number:** | 034827-3603 |
| **Receipt Date:** | 17-FEB-2011 |
| **Filing Date:** | 21-MAR-2006 |
| **Time Stamp:** | 19:38:54 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Credit Card |
| Payment was successfully received in RAM | $180 |
| RAM confirmation Number | 5488 |
| Deposit Account | |
| Authorized User | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|

QUESTMS-00000889

| 1 | Foreign Reference | WO2008097246.pdf | 1988764 | no | 56 |
| | | | 0c98dc50e49c6767c8838753ce035c9b4d1 6019c | | |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Foreign Reference | WO95_033279.pdf | 844429 | no | 34 |
| | | | ea7ca307d2eb477a27b8a84d56a2eab91a 535c6 | | |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | NPL Documents | 054769-9997_ESR_12-22-2010. pdf | 558081 | no | 6 |
| | | | 73945da19cb32a7fe8f143abf3b1ecdb771 5a049 | | |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 4 | NPL Documents | 034827-0381_ISR_1-26-2011. pdf | 365083 | no | 8 |
| | | | 404e7a4db2d1cf387b21d69f8861ad92c07 4baae | | |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 5 | NPL Documents | 034827-0741_ISR_1-27-2011. pdf | 555581 | no | 10 |
| | | | baec3abca8d4123497f5cda4840a3605aa dc29 | | |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 6 | NPL Documents | 034827-1052_ISR-2-7-2011.pdf | 455612 | no | 9 |
| | | | d21f0a9d3cbaa1cf4d9463d09fb50539446 8b7f4c | | |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 7 | NPL Documents | 034827-0771_ISR_2-8-2011.pdf | 705496 | no | 11 |
| | | | fa50ddd75d36ac56c50a309806077leaab9 2b8f4 | | |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 8 | NPL Documents | 095276-0201_ISR_1-14-2011. pdf | 544107 | no | 10 |
| | | | 2d9ca08d55c065f93571216dc83a0939b3b 543ae | | |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 9 | NPL Documents | Kobayashi1994.pdf | 1584635 | no | 8 |
| | | | d3b6552e34ca1cb3d64a4291df719433334 0ca8 | | |
| **Warnings:** | | | | | |
| **Information:** | | | | | |

QUESTMS-00000890

| 10 | NPL Documents | 054769-9991_OA_12-17-2010.pdf | 482100 028ae719d0d5af92dfcabcGc979090c0d9e94 | no | 14 |
|---|---|---|---|---|---|
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 11 | NPL Documents | 034827-0740_OA_1-6-2011.pdf | 276226 2b3b94f14934ff7ba03ad54882aeofa14dce01e | no | 8 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 12 | NPL Documents | 054769-9993_OA_12-17-2010.pdf | 266818 5c361ba86c2a87f1f03486b487345e6c29fd8b048ac | no | 8 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 13 | NPL Documents | Yeung1995.pdf | 2143139 ece1c4dc0f21340d34e018fa2169b4ccdb98eca9 | no | 16 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 14 | | 034827-3603_IDS_2011-02-17.pdf | 306042 314Becefabd5e4b6b4b7cb4029e0be900dccd905 | yes | 5 |
| | **Multipart Description/PDF files in .zip description** | | | | |
| | **Document Description** | | **Start** | **End** | |
| | Transmittal Letter | | 1 | 3 | |
| | Information Disclosure Statement (IDS) Filed (SB/08) | | 4 | 5 | |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 15 | Fee Worksheet (PTO-875) | fee-info.pdf | 30417 0795ee02b393a26995d97025f49329fb61cf9c62 | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | **Total Files Size (in bytes):** | 11106530 | | |

QUESTMS-00000891

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

QUESTMS-00000892

(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

(19) World Intellectual Property Organization
International Bureau



(43) International Publication Date
14 August 2008 (14.08.2008)

PCT

(10) International Publication Number
WO 2008/097246 A2

(51) International Patent Classification:
*H01J 49/04* (2006.01)

(21) International Application Number:
PCT/US2007/012473

(22) International Filing Date:   24 May 2007 (24.05.2007)

(25) Filing Language:   English

(26) Publication Language:   English

(30) Priority Data:
| | | |
|---|---|---|
| 60/808,019 | 24 May 2006 (24.05.2006) | US |
| 60/809,742 | 31 May 2006 (31.05.2006) | US |
| 60/809,744 | 31 May 2006 (31.05.2006) | US |
| 60/812,532 | 9 June 2006 (09.06.2006) | US |
| 60/920,938 | 30 March 2007 (30.03.2007) | US |
| Not furnished | 24 May 2007 (24.05.2007) | US |

(71) Applicant *(for all designated States except US)*: SWCE [US/US]; 360 Mount Harmony Road, Bernardsville, NJ 07924 (US).

(72) Inventor: SCHROEDER, Terrence, K.; 360 Mount Harmony Road, Bernardsville, NJ 07924 (US).

(74) Agent: DUNN MCKAY, Diane; Matthew, Shepherd, McKay & Bruneau, P.A., 29 Thanet Road, Suite 201, Princeton, NJ 08540 (US).

(81) Designated States *(unless otherwise indicated, for every kind of national protection available)*: AE, AG, AL, AM, AT, AU, AZ, BA, BB, BG, BH, BR, BW, BY, BZ, CA, CH, CN, CO, CR, CU, CZ, DE, DK, DM, DZ, EC, EE, EG, ES, FI, GB, GD, GE, GH, GM, GT, HN, HR, HU, ID, IL, IN, IS, JP, KE, KG, KM, KN, KP, KR, KZ, LA, LC, LK, LR, LS, LT, LU, LY, MA, MD, ME, MG, MK, MN, MW, MX, MY, MZ, NA, NG, NI, NO, NZ, OM, PG, PH, PL, PT, RO, RS, RU, SC, SD, SE, SG, SK, SL, SM, SV, SY, TJ, TM, TN, TR, TT, TZ, UA, UG, US, UZ, VC, VN, ZA, ZM, ZW.

(84) Designated States *(unless otherwise indicated, for every kind of regional protection available)*: ARIPO (BW, GH, GM, KE, LS, MW, MZ, NA, SD, SL, SZ, TZ, UG, ZM, ZW), Eurasian (AM, AZ, BY, KG, KZ, MD, RU, TJ, TM), European (AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HU, IE, IS, IT, LT, LU, LV, MC, MT, NL, PL, PT, RO, SE, SI, SK, TR), OAPI (BF, BJ, CF, CG, CI, CM, GA, GN, GQ, GW, ML, MR, NE, SN, TD, TG).

**Published:**
--- *without international search report and to be republished upon receipt of that report*

(54) Title: EXTRACTION AND DETECTION SYSTEM AND METHOD

(57) Abstract: An apparatus, system and method for the continuous flow extraction, collection and analysis of small amounts of energetic substance/s and their reacted/unreacted residue/s in real time are provided. The apparatus includes an agitator that generates a particulate material from a surface. A vacuum gathers particulate material which is provided to a mixing module. The mixing module creates a supercritical matrix containing the particulate matter. A separator separates and removes waste in the supercritical matrix from the supercritical matrix. Concentrated particulate material from the supercritical matrix is provided to a mass spectrometer for analysis and detection of a target material in proximate real-time. In one embodiment, the separator provides the supercritical matrix to a tube arm. The tube arm is heated to reduce solvent in the supercritical matrix. A collector in the tube arm concentrates particulate material, which is volatilized by a laser. Volatilized particulate material is provided to the mass spectrometer. In another embodiment, the separator provides the supercritical matrix to an electrospray or APCI module whose output is provided direct to the mass spectrometer.

WO 2008/097246 A2

QUESTMS-00000893

WO 2008/097246                                                    PCT/US2007/012473

## EXTRACTION AND DETECTION SYSTEM AND METHOD

Field of the Invention

[0001]      The present invention relates to material detection and more particularly to trace material extraction, analysis and detection.

Background of the Invention

[0002]      Increasing sophistication of explosive devices being used domestically and in the foreign arenas make detection of such explosive devices difficult using classical detection devices.    Characteristics of the material in which an explosive device is hidden prior to detonation, or buried in the case of an improvised explosive device in a combat zone, can also act to defeat classical detection devices.  For example, vapor typically given off by an explosive may adhere to the material or soil in which the explosive is hidden such that vapor pressure alone can not be relied on to provide a sample that can be tested for the presence of an explosive.  In addition, non-nitrogen based explosives may even be undetectable using conventional detection devices. The importance of detecting an explosive prior to detonation can not be understated due to the resultant effects of detonation when the explosive is used as a weapon.

[0003]      Further, determination after explosive detonation of the presence of an explosive and/or explosive residue suitable for testing is extremely difficult.  Samples available for analysis after an explosion are minimal at best and contamination during extraction and testing of the samples is extremely critical as levels of sample mass and volume decrease.  Direct identification and trace of the explosive utilized in the explosive device after the fact is thus still more difficult.

[0004]      During extraction and detection, significant mechanisms of contamination (and depletion of sample mass) between a solid surface and a fluid/gas include adherence, as

QUESTMS-00000894

mentioned above, and absorption. A sample may be depleted when particles are retained by frictional phenomena such as adherence to surfaces/s from mechanical "roughness" of surface topology. A sample may also be depleted by adherence to surface/s resulting from "physical adsorption" forces, such as van der Waals forces, the same as those which produce liquefaction. Sample depletion may also occur due to adherence to surface/s resulting from chemisorption; the adsorbed molecules react chemically with the surface, not beyond formation of a monolayer on the surface. Absorption through surfaces from diffusion also depletes samples, wherein the adsorbed molecules are moved to below solid surfaces to some state of kinetic equilibrium. These and other mechanisms result in the ratio of mass of the target material in the sample that absorbed (within a surrounding environment or on collection/extraction equipment) to mass of the target material in the sample that is desorbed (i.e., available for analysis) not always being 1:1.

[0005]        Mass spectrometry provides the ability to characterize a physical sample and determine its composition via a measurement of mass-to-charge ratio of ions. The most popular mass spectrometer is the transmission quadrupole mass spectrometer which consists of two sets of parallel surfaces arranged so that the cross section forms two hyperbolae orthogonal to each other. These four conducting surfaces are the poles and can be manufactured as rods with the hyperbolic surface, as round rods, or as a single-quartz mandrel having the orthogonally positioned two-hyperbolae cross section with conducting material vapor deposited on the appropriate surfaces.

[0006]        Hyperbolic electrodes are typically made from quartz which is ground into the desired geometry. Quartz is utilized because it has one of the lowest thermal expansions, which is necessary to maintain the hyperbolic shape. The hyperbolic quartz electrode is covered with

QUESTMS-00000895

multiple layers of titanium composite and gold. Unfortunately, rods with hyperbolic profiles are difficult to produce and fragile. Round (cylindrical) rods can be machined and manufactured from more rugged materials but the calculations necessary to determine the trajectory of the ions requires enormous computing power (which may require considerable expense and/or time) or a significant trade off in accuracy and resolution.

[0007]       These factors and others contribute to the difficultly in being able to rapidly, efficiently and effectively detect dangerous substance/s. Rapid detection of the presence of a dangerous substance, such as detection of an explosive prior to the devastating consequences of the substance becoming present (i.e., detonation of an explosive device), is critically important and necessary to provide the safety and security the public demands.

## Summary of the Invention

[0008]       An apparatus, system and method for the continuous flow extraction, collection and analysis of small amounts of energetic substance/s and their reacted/unreacted residue/s in real time are provided. The apparatus includes an agitator that generates a particulate material from a surface. A vacuum gathers particulate material which is provided to a mixing module. The mixing module creates a supercritical matrix containing dissolved and undissolved particulate matter. A separator separates and removes undissolved particulate waste in the supercritical matrix. Extracted (after solvent removal) concentrated particulate material from the supercritical matrix is provided to a mass spectrometer for analysis and detection of a target material. The extraction, collection and analysis process can occur in a continuous fashion in real-time or proximate real-time. In this manner, substances of interest may be identified and the undesired effects of an identified substance reduced/avoided by appropriate countermeasures.

QUESTMS-00000896

[0009]    In one embodiment, the separator provides the supercritical matrix to a tube arm. The tube arm is heated and reduces solvent in the supercritical matrix. A collector in the tube arm condenses/concentrates particulate material, which is volatilized by a laser. Volatilized concentrated particulate material is provided to the mass spectrometer. In another embodiment, the separator provides the supercritical matrix to an electrospray or APCI (Atmospheric Pressure Chemical Ionization) module whose output is provided directly to the mass spectrometer. The mass spectrometer characterizes samples of the concentrated particulate material. The mass spectrometer may utilize a tensor approximation or tensor calculation to expeditiously characterize the sample. The characterization of the sample is compared to those of known, target substances, for example, via absolute pattern identification, to identify samples of interest.

[0010]    Various surface/s throughout the system that particulate material may contact may be specifically surface-treated to minimize inadvertent adsorption/catalytic modification of particulate material under examination. In addition, the fluid utilized to form the supercritical matrix can be varied and/or a coeluent added to the supercritical matrix to modify the solvent composition capabilities of the supercritical matrix. With controlled variation in real time of parameters impacting the supercritical matrix such as solvent composition, acoustic energy, temperature, pressure, and time, the system of the invention can provide detection of a variety of substances of interest regardless of the environmental conditions the test material is subject to at the surface.

## BRIEF DESCRIPTION OF THE DRAWINGS

[0011]    A more complete understanding of the present invention may be obtained from consideration of the following description in conjunction with the drawings in which:

QUESTMS-00000897

WO 2008/097246                                             PCT/US2007/012473

5

[0012]      FIG. 1 is a functional block diagram of an embodiment of the extraction, collection and analysis system of the invention;

[0013]      FIG. 2 is a detailed representation of a first embodiment of a system for the extraction, collection and analysis of small amounts of substance/s according to the invention;

[0014]      FIG. 3 is a detailed representation of input output loading of the mixing module of the exemplary system;

[0015]      FIG. 4 is a detailed representation of the separator of the exemplary system;

[0016]      FIG. 5 is a detailed representation of agitation device of the separator in the exemplary system;

[0017]      FIG. 6 is another representation of agitation device of the separator;

[0018]      FIG. 7 is a detailed representation of tube arm used to supply samples to the mass spectrometer in a first embodiment of the system according to the invention;

[0019]      FIG. 8 is a representation of a spray module for supplying samples to the mass spectrometer in a second embodiment of a system for the extraction, collection and analysis of small amounts of substance/s according to the invention;

[0020]      FIG. 9 is a functional block diagram of a super-critical fluid extraction and detection system;

[0021]      FIG. 10 is a more detailed representation of the test chamber in one embodiment of a super-critical fluid extraction and detection system;

[0022]      FIG. 11 is a more detailed diagrammatic representation of an embodiment of a forensic super-critical fluid extraction and detection system; and,

QUESTMS-00000898

[0023]      FIG. 12 is a more detailed diagrammatic representation of various vacuum and pressure configurations possible for use in extraction in an exemplary forensic super-critical fluid extraction and detection system.

## DESCRIPTION OF VARIOUS ILLUSTRATIVE EMBODIMENTS

[0024]      The present invention is an enhanced apparatus, system and method for the extraction, collection, concentration, analysis and detection of small amounts of substance/s. The system provides the ability to rapidly detect a substance such as an energetic substance/s and its reacted/unreacted residue/s. In particular, the system of the invention provides the ability to collect, extract and detect minute levels of substance/s such as explosives both prior to detonation and post detonation. With portions of the system in contact with the substance/s being tested specially surface treated, residual sample mass not desorbed (retained) of particulate material being tested is minimized and the residual sample mass desorbed is maximized. The system employs a rugged, easy to manufacture quadrupole mass spectrometer that employs a tensor approximation or tensor calculation to characterize the sample and thus does not require enormous computing power or a significant trade off in accuracy and resolution.

[0025]      Reference will now be made in greater detail to embodiments of the invention, examples of which are illustrated in the accompanying drawings. Where possible throughout the course of this description, the same reference numerals will be used to identify the same or like elements.

[0026]      FIG. 1 is a functional block diagram of an embodiment of the extraction, collection and analysis system. The system for the extraction, collection and analysis of small amounts of a substance, includes in the first instance an agitator 10. The agitator generates

QUESTMS-00000899

particulate matter 15 for testing. Particulate material for testing may be generated from a surface/s 12, such as the ground, a building, vessel and aircraft interiors/exteriors, forensic site locations, shipping containers (seaborne/airborne) and clothing/fabrics. The agitator may be a mechanical means such as a rake that traverses a surface such as soil to stir the surface and create a particulate material suspension in the air. In an alternate embodiment, the agitator may be a mechanism that creates a directed air or gas stream toward a surface. Any means or mechanism for disturbing a surface and causing particulate material in or on the surface to be propelled into the air may function as the agitator. Particulate material includes vapor in suspension above a surface. Particulate material to be tested includes energetic substance/s and their reacted/unreacted residue/s, toxins, chemical agents, explosives, etc. or any substance of interest.

[0027]     A vacuum means 20 collects the particulate matter generated by the agitator. The vacuum means, which may be a vacuum or fan that creates a directed airflow, gathers the particulate material which is then provided to a mixing module 30. Alternatively, the system may dispense with an agitator and the vacuum merely collect particulate material disposed in air suspension without directly creating the particulate material. In the mixing module, a fluid 40 is combined with the particulate matter to form a supercritical matrix. The term supercritical is used in the context of exerting sufficient pressure at room temperature (70 degrees F), or temperatures slightly elevated from room temp, to cause the coexistence of vapor and liquid states of a (normally at standard temp and pressure) gas or gaseous mixture. Ultra-pure high-pressure fluids (such as but not limited to carbon dioxide) can be used to pressurize and maintain the mixing module at the supercritical level/s desired.

[0028]     This supercritical fluid acts as a solvent in the extraction of selected molecular species, collected by absorbance or adherence, from an inert substance under going testing (i.e.,

QUESTMS-00000900

the particulate material).  The solvating (i.e., extraction) properties of the supercritical fluid used in the extraction may be modified by fluid mixture composition, pressure profile and temperature profile.  The solvating properties of the supercritical fluid may also be affected by the period of time solvent is applied to the particulate material undergoing testing and by the application of acoustic energy that serves to agitate the supercritical matrix and its particulate material.

[0029]        The supercritical matrix is thereafter provided to a separator 50.  The separator removes waste (undissolved/unextracted) particulate material from the supercritical matrix thereby leaving residual (dissolved/extracted) particulate matter in the supercritical matrix.  The separator may utilize mechanical and/or ultrasonic agitation.  When ultrasonic agitation is utilized in the extraction process, amplitude, frequency and pulse duration (time) may be varied.

[0030]        Once extracted, the molecular species in the residual (dissolved/extracted) particulate material of the supercritical matrix may either be transported directly to a mass spectrometer for analysis 70 or concentrated 60 prior to analysis.  Concentration can be accomplished by releasing pressure (and/or supplying heat, if required) from the supercritical solvent volume holding the residual (dissolved/extracted) particulate material and capturing the outflow in a cold trap.  Another method for concentrating comprises heating the supercritical solvent volume holding the residual (dissolved/extracted) particulate matter and collecting a concentrate of the residual (dissolved/extracted) particulate matter on a cooled collector plate.  The concentrate deposited on the collector plate can be volatilized and thereafter provided to the mass spectrometer for analysis. As a further alternative, the supercritical matrix containing the residual particulate matter can be nebulized and provided to the mass spectrometer.

[0031]        Filters may be interposed in the system to screen particulate material at the vacuum means and/or to remove interferents from the volatilized concentrate prior to injection to

QUESTMS-00000901

the mass spectrometer 70.  The mass spectrometer is used to develop a characterization of the concentrate. A computing device 80, such as an embedded processor, is programmed to develop and analyze the characterization of the concentrate and detect a presence of a substance of interest.  A signal indicating detection of the presence of a substance of interest can be used to provide a warning and/or automatically cause an appropriate responsive action, such as stopping a moving vehicle carrying the system or a means conveying the test material past the vacuum of the system. The system operates in proximate real-time or in real-time in order that preventive/preventative action providing safety and security from the detected substance is enabled.

[0032]        U.S. Provisional Patent Application No. 60/809,744, entitled Super Critical Fluid Extraction and Detection System, filed on May 31, 2006, and incorporated herein by reference, discloses a non-continuous flow, non-real time detection system, in which material such as a swab or fragments obtained via forensic procedures and potentially containing small amounts of substance(s) of interest are placed in a test chamber and the test chamber closed.  A supercritical matrix is created in the test chamber and mechanical agitation applied by a heater/acoustic agitation assembly attached to the test chamber.  Temperature, pressure and time parameters for the test chamber are individually and/ or collectively controlled by a profile controller and after the extraction program profile has completed execution, a release valve is opened and supercritical fluid containing the extracted sample material is allowed to vaporize by passing through a metering valve 125. The extracted sample vapor may then be passed through a cold-trap for further concentration, or may be passed directly to the injection port of either the mass spectrometer for analysis or a gas chromatograph column for selective separation and then to the mass spectrometer for analysis.

QUESTMS-00000902

[0033]      FIG. 2 is a detailed representation of a first embodiment of a system for the extraction, collection and analysis of small amounts of substance/s according to the invention. The system illustrated by the embodiment of FIG.2 is described in the context of a mobile configuration that may be fitted to a vehicle and finds a prime utility in a military/homeland defense scenario. Attached to a military vehicle, the system allows continuous testing for and detection of the presence of Improvised Explosive Devices (IEDs) in real-time and thus enables prevention of military injury, death and other losses. Other applications of the methods and systems described herein, such as use for airport and cargo screening, mine sweeping, pipeline leak screening and forensic crime scene investigation are contemplated. The system may be stationary or floor stand/cart mobile for transport in buildings and may be operated from a single phase power supply, either generator or utility provided. Vehicle mounted and vessel mounted system configurations may include a generator module.

[0034]      An agitator 120, in this case a mechanical rake for disrupting a dirt surface, generates particulate matter (not shown) for testing. The rake traverses a surface 100 to stir the surface and cause the particulate material to be suspended in the air. Alternatively, the agitator may be a means for disturbing a surface and causing particulate material in, on or near the surface to be propelled into the air, such as fan/blower that creates a directed air or gas stream. The agitator is preferably arranged such that, while the surface is disturbed, the disruption of the surface is below the threshold necessary for detonation of pressure sensitive explosive devices. Particulate material such as soil, dirt, and surface debris including energetic material 100 is agitated/dislodged by the teeth of the mechanical rake 120. Particulate material includes vapor in suspension above the surface.

QUESTMS-00000903

[0035]     A vacuum device gathers the particulate material. In the illustrated embodiment, radial bladed blower 200 generates an airflow that sucks the air suspended particulate material through entry ports 140 in intake plate 160. The particulate material in air suspension may optionally be directed through protective screen 180 before reaching the radial bladed blower 200. The entry ports and protective screen act to filter particulate material greater than a predetermined size, preventing damage to the radial bladed blower and reducing the total amount of particulate material to be further processed. In an alternative embodiment, the agitator may be eliminated; such a system may use a vacuum to gather particulate material and/or rely solely on vapor pressure to gather particulate material for the mixing module.

[0036]     While the discussed embodiment of the system is mobile and passes over the particulate materials for the extraction, collection and analysis of small amounts of substance/s, the system may be stationary and the surface to be tested can be passed before the entry ports to generate the necessary particulate material. For instance, in the case of an airport security device, luggage may travel on a conveyor, an air stream directed at the luggage and particulate material so generated accepted through the entry ports. Other applications of the system include testing of building surfaces, vessel and aircraft interiors/exteriors, forensic locations, shipping containers and clothing/fabrics. Substances to be tested include energetic substance/s and their reacted/unreacted residue/s, toxins, chemical agents, explosives, etc., or any substance of interest.

[0037]     Particulate material and vapor in air suspension is provided to a mixing module for creation of a supercritical matrix. An exhaust port and transfer line 210 of the radial blower entrains and transports particulate material and vapor in air suspension to a six (6) port feed/mixing valve 220 via an inlet port 970. In the six (6) port feed/mixing valve, the

QUESTMS-00000904

particulate/vapor air suspension is mixed with supercritical fluid and a supercritical matrix formed. Fluid 240, for example liquid carbon dioxide ($CO_2$), from supply tank 250 is connected to a supercritical pump (not shown) and the output from the pump is connected to an inlet port 270 of the six (6) port feed/mixing valve 220 via coupling hose 260. The supercritical pump boosts the fluid pressure to a supercritical value prior to delivery to the mixing valve. Alternative gases such as but not limited to nitrogen, helium, neon, and xenon can also be provided to the chamber of the mixing module as desired. The fluid source/mixture is selected predicated on the specific sample requirements. To preclude sample contamination and potential reaction, the selected fluid source materials should be chemically inert with respect to the test material, free of oil mist or vapor and free of water vapor.

[0038]     The system may have only a single fluid supplied from a single supply tank or multiple fluid and gas supply tanks can be provided for the delivery of a variety of fluids. As the chemical composition of the solvent in the supercritical matrix affects the solvating characteristic and different solvents are better able to extract different substances from particulate material, alternating delivery of a variety of fluids and/or gases allows for a wider ranging regimen of extraction and thereafter detection. In addition, changes in the environmental conditions of test material can impact the solvating capability of an individual solvent. For example, soil adhesion, adsorption and retention characteristics vary according to temperature, time of day, etc. Utilizing a variable composition supercritical fluid mixture, modes of operation for differing environmental conditions such as a daytime and night mode can be established. Further, a coeluent such as methanol or other known coeluents may also be added to the supercritical matrix at the mixing module to modify the solvating capabilities of the supercritical matrix. The coeluent would be supplied from a supply tank to a supercritical pump for pressure boosting and

QUESTMS-00000905

WO 2008/097246                                      PCT/US2007/012473

13

thereafter to another inlet port in the six (6) port feed/mixing valve 220 via another coupling hose. The coeluent is chosen to enhance the solvating capabilities of the supercritical matrix with respect to a chosen substance of interest that the system is directed to identify.

[0039]      The matrix particulates and vapor in air suspension are fed from the radial blower into radial output/mix valve input port 970 and recycled through radial recycle port 980 of the mixing module. The mixing module produces a continuous output flow comprising an alternating output stream of slugs of the supercritical matrix including supercritical fluid and particulate material and vapor in air suspension. This output flow mix of supercritical matrix is fed via an output port 300 to a separator 280 for waste particulate (undissolved/unextracted) material removal.

[0040]      FIG. 3 is a detailed representation of input output loading of the six (6) port feed/mixing valve 220 of the mixing module of the exemplary system. The particulate material and vapor in air suspension are fed from the radial blower into radial output/mix valve input port 970. Radial recycle port 980 recycles supercritical matrix particulate material and vapor in air suspension from the chamber of the mixing valve. Recycled supercritical matrix can be redirected to the radial blower or elsewhere. Supercritical fluid is provided to the mixing valve via inlet port 270 and alternating slugs of the supercritical matrix including supercritical fluid and particulate material and vapor in air suspension provided via output port 300. From the output port, the slug or sample of supercritical matrix is thereafter fed to the separator. Optional purge in port 950 and purge out port 960 can be used for the addition of a coeluent to the supercritical matrix via the purge in port 950 and removal of a portion of the supercritical matrix via the purge out port 960. The purge in and purge out ports may alternatively be used for

QUESTMS-00000906

cleaning of the chamber of the mixing value. The mixing module may include additional input output port pairs.

[0041]       Input loading pressures and volumes under program control, with optimally selected alternating volumes of particulate material/vapor in air suspension, supercritical fluid and a variable selection of coeluent or purge fluids, within the mixing module (230-300, 950-960, 970-980) produces and maintains a continuous output flow of supercritical matrix comprising dissolved and undissolved particulates in supercritical suspension. The valves in this configuration of the mixing module are solenoid controlled via an embedded real time processor system; other control methods may be utilized. Control of the mixing module may include real time management of parameters impacting the supercritical matrix such as solvent composition, acoustic energy, temperature, pressure and time. In this manner, external environmental conditions affecting the particulate material subject to testing can be addressed and detection of a variety of substances of interest is provided regardless of those environmental conditions. The supercritical matrix is provided from the mixing module to the three-stage separator 280 for waste removal after extraction from the particulate material by the solvent is complete.

[0042]       Returning to FIG. 2, the supercritical matrix (particulate/vapor suspension in supercritical fluid) is metered into the three stage separator 280 inlet port valve 290 from the six (6) port feed/mixing valve 220 outlet port 300 via coupling 310. The separator removes waste particulate material from the supercritical matrix. Each stage of the separator includes a chamber with an input and an output port. The chamber has an eccentrically formed centrifugal particulate trap located on the outer exterior diameter of the chamber with a purge/exhaust valve located in the trap. Within the chamber, the supercritical matrix is agitated, waste particulate material separated into the trap and the waste exhausted. As a result of the waste removal,

QUESTMS-00000907

residual dissolved particulate matter remains in the supercritical matrix and that residual is output to the next stage of the separator or system.

[0043]       The first stage separator chamber 280 has a hollow cylinder 330 with a supercritical matrix (fluid/particulate/vapor suspension) inlet port valve 290 located in the lower face (bottom) of the hollow cylinder. A supercritical matrix exhaust port valve 350 connects the first stage separator chamber 320 to the second stage separator chamber 360. Likewise, the second stage separator chamber 360 is connected to the third stage separator chamber 380 by supercritical matrix exhaust port valve 370. A supercritical matrix exhaust port valve 390 connects the third stage separator chamber 380 to a standoff concentric tube arm 400. The illustrated separator is a three stage separator however, the number of stages is not critical so long as a sufficient number of stages are provided to eliminate an acceptable/desired level of waste (undissolved) particulate material.

[0044]       FIG. 4 is a detailed representation of the three stage separator of the exemplary system. Each of the three separator chambers 280, 360, 380 of the separator 320 is fitted with a double wedge agitation device 410, which via rotary motion about a common coupling shaft 470 driven by motor (not shown), serves to stir the supercritical matrix 480. Inlet port valve 290 located in the lower face (bottom) of the first chamber initially receives the supercritical matrix from the mixing module. The output exhaust port valves 350, 370 and 390 connect the chambers of the stages of the separator and in the final instance connect to the next module of the system for transport of the supercritical matrix. The chambers have an eccentrically formed centrifugal particulate trap (not shown) located on the outer exterior diameter of the chamber with a purge/exhaust valve 340, 500, 510 located in the trap. When the agitation device 410 is rotated, the supercritical matrix is agitated and waste particulate material collected into the trap. The

QUESTMS-00000908

waste particulate material is occasionally purged from the chambers. Residual dissolved particulate matter remains in the supercritical matrix still within the separator. The supercritical matrix continues through the separator via the output exhaust ports 350, 370, 390. Coordination and control of the inlet port, agitation device, and purge/exhaust valves is accomplished via a system control program.

[0045]      FIGS. 5 and 6 are detailed representations of an exemplary agitation device for the separator in the exemplary system. The illustrated agitation device 410 is a double wedged device. The first wedge of the agitation device has a solid outer/exterior face 420 with all remaining surfaces of the first wedge intact. The exterior face 440 of the second wedge 450 is open with all remaining surfaces of the second wedge intact; the interior of second wedge 450 is hollow. The first and second wedges 430, 450 share a common single wall 460. The sharp edge of the wedge opposite the exterior face is rotationally driven by a coupling shaft 470.

[0046]      During each cycle of revolution of the double wedge agitation device 410, centrifugal forces encountered by the particulate matter in the supercritical matrix (fluid/particulate/vapor suspension) cause a significant portion of the undissolved particulate matter to become deposited in the eccentrically formed centrifugal particulate trap 360. Under program control the purge/exhaust valves (340, 500, 510) of the separator may be opened for a program variable amount of time, a program variable number of agitator revolutions and/or a program variable lead/lag period of time in regard to any of the separator stages (280, 360, 380) in order to remove the post-extraction particulate matter waste in a continuous flow process. In this manner, at least a portion of the waste undissolved particulate matter in the supercritical matrix is removed thereby leaving residual dissolved particulate matter in the supercritical matrix.

QUESTMS-00000909

WO 2008/097246                              PCT/US2007/012473

17

[0047]    The inlet and exhaust valves in a stage of the separator (for intake of the unextracted particulate/vapor suspension in supercritical fluid and for exhaust of the extracted product to the next stage or to the standoff concentric tube arm) also are operated under program control. The inlet and exhaust valves may be operated in synchronization with the particulate matter removal.

[0048]    With respect to FIG. 2, after being metered into the first stage chamber 320 of the separator 280, the supercritical matrix is agitated by the double wedge agitation device via mechanical rotary motion from rotation of common coupling shaft 470 driven by motor 480. A reflective marker 490 on the coupling shaft 470 is used for valve timing and shaft rotation speed synchronization to supercritical fluid flow rates and forward transport speed in the system assembly. Additionally, the separator may utilize ultrasonic agitation with control of amplitude, frequency and pulse duration (time) to enhance the extraction process. Note that while individual motors can drive the radial blower and the separator, these motors can be combined/linked to reduce the possibility of extraneous electrical signals setting off any explosive in the vicinity of the system.

[0049]    The supercritical matrix exhaust port valve 390 of the third stage separator chamber 380 connects to a standoff concentric tube arm 400. The standoff concentric tube arm 400 includes an inner tube 600 and an outer tube 610. The inner tube 600 is heated by radial, concentric set(s) of electrically powered heating coils (such as wrapped heat tape) 620 under program control. The heating serves to evaporate solvent in the supercritical matrix to form a concentrate of the dissolved residual particulate matter. The outer tube 610 serves as a protective jacket and thermal barrier. The length of the concentric tube assembly provides a "stand-off"

QUESTMS-00000910

WO 2008/097246                                18                              PCT/US2007/012473

distance that allows the operator and remaining portions of the system a level of physical isolation and safety from the source sampled.

[0050]        The end of the concentric tube arm 400 opposite the separator connection contains a concentration module 650.   Pressure and temperature gradient/s in the concentric tube assembly delivers dissolved residual particulate material from a receiving end of the tube arm at the separator connection to the concentrator at the opposite end. The tube arm volume holding the residual particulate matter is heated and a concentrate of the dissolved residual particulate matter collected on a cooled collector plate.  An insulating barrier 660 thermally isolates the concentration module from the main body of the concentric tube arm.  Concentrate deposited on collector plate is volatilized by a laser 690 and thereafter a sample of the concentrate is provided to the mass spectrometer 800 for analysis after optionally passing through separation membrane/filter assembly 960 to remove water vapor and/or other matrix interferent.

[0051]        FIG. 7 is a detailed representation of the concentration module used to supply samples to the mass spectrometer in a first embodiment of the system according to the invention. The concentration module is thermally isolated from the main body of the concentric tube arm by insulating barrier 660.  The thermally isolated concentric tube arm portion includes a collector plate 670 mounted between the inner surface of the outer tube 610 and piercing through the outer surface of the inner tube 600 and extending within the inner tube.  The collector plate functions to condense the extracted particulate material from the supercritical matrix but also can impede or disturb the flow of evaporated solvent if overly restrictive with regard to air flow.  Therefore, the internal area of the inner tube occupied by the surface of the collector plate may vary with the range of pressures and flow rates specific to the selected (under program control) operating configuration.  A mechanical means to move is collector plate is thus included.  The surface for

QUESTMS-00000911

WO 2008/097246                                    PCT/US2007/012473

19

collector plate includes an opening with hyperbolic shaped side walls (e.g., a funnel or nozzle) on which the particulates may condense. This opening is centered over an inlet to the mass spectrometer and when the light energy from the laser warms the surface of the opening, a jet of condensed/concentrated particulate material is directed into the mass spectrometer for analysis. Note that the side wall of the opening may extend past the rear surface face of the collector plate.

[0052]       The chamber formed by the junction/s of thermal barrier 660, the collector plate 670, the outer tube walls and the inner tube walls contains a liquid $CO_2$ inlet port 710 and a bleed/exhaust port 720. Other liquids may be used to cool the collector plate. A thermal barrier 940 further isolates the rear collector plate 670 wall surface from ambient temperatures.

[0053]       The extracted supercritical matrix ($CO_2$/dissolved particulate material/vapor suspension) is allowed to expand inside the heated, under program control, inner tube where it becomes deposited on the cooled collector plate 670. The cooled collector plate 670 concentrates the extracted material once contained within the supercritical CO2. Excess CO2 is bled out of the inner tube through vent ports 820.

[0054]       Light guide 680 focuses light energy from a laser 690 on the collector plate 670 surface. The light guide 680 is positioned, symmetrically opposite the collector plate, through the outer surface of the outer tube and the outer surface of the inner tube to enable focusing light energy from a laser 690 on the collector plate 670 surface. Laser energy under program control for pulse geometry and timing heats and volatilizes the concentrated material from the surface of the collector plate 670. The concentrated vapor is pulled into the mass spectrometer 800 for analysis. Optionally, water vapor or other matrix interferent may be removed from the concentrated vapor by separation membrane/filter assembly 960 prior to delivery to the mass

QUESTMS-00000912

spectrometer 800. Concentration/heating cycles under program control may be for periods of time as short a 0.001 sec up to several seconds of concentration and may be continuously varied.

[0055]        The length of the concentric tube assembly provides a "stand-off" distance that allows the operator and remaining portions of the system a level of physical isolation and safety from the sampled source. For example, the "stand-off" distance serves to protect the mass spectrometer and operator from an explosive device when the system is mobile in a vehicle such as a military Humvee. In addition, the "stand-off" distance translates to a period of travel time that also permits a reaction time upon detection of an explosive.

[0056]        FIG. 8 is a detailed representation of an alternative concentration module for supplying samples to the mass spectrometer in a second embodiment of a system for the extraction, collection and analysis of substance/s. In this alternative configuration, a single liquid tube 900 provides the "standoff" distance that allows the operator and system a level of physical isolation from the sampled source. The single liquid tube 900 is used to connect the supercritical $CO_2$ particulate/vapor suspension exhaust port valve 390 of the third stage separator chamber 380 to the mass spectrometer 800.

[0057]        The end of the single liquid tube 900 opposite the separator exhaust connection contains an electrospray or APCI (Atmospheric Pressure Chemical Ionization) module 910. The single liquid tube also provides the supercritical matrix to the electrospray or APCI (Atmospheric Pressure Chemical Ionization) module 910 which nebulizes the supercritical matrix. The electrospray or APCI module 910 is connected directly to the mass spectrometer input 800. In this operational configuration the extracted supercritical $CO_2$/vapor suspension is not allowed to vaporize inside the standoff arm connection tube but is instead transported up the tube as a liquid suspension. The electrospray or APCI module 910 vaporizes and/or ionizes the

QUESTMS-00000913

supercritical matrix which is injected into the mass spectrometer 800 input port for analysis. Optionally the extracted supercritical matrix may be passed through a separation membrane/filter assembly 960 prior to mass spectrometer 800 entry to remove water vapor or other matrix interferent.

[0058]      The ruggedized mass spectrometer is used to analyze the concentrate and develop a characterization of the concentrate.   The characterization is further analyzed to detect a presence of a substance of interest, such as an energetic substance.   The system preferably operates proximate real-time or in real-time in order that preventative action providing safety and security from the detected substance is enabled.   Real time is short enough to take prospective action; in that case, the system of the invention may utilize a Real Time Operating System such as an embedded real time system that is not constrained by software.

[0059]      The processor/s of the operating system is/are responsible for coordination of the overall operation of the mechanical aspects of the system, operation of the spectrometer including optimization of performance and data capture, and analysis/determination of the substance identified by the spectrometer.

[0060]      In one embodiment of the control program for an embedded real time system for operation of the system according to the invention, four (4) core processors are utilized sharing a single memory address space, for example an eight-gigabyte (8GB).   A first core processor is dedicated to optimizing the quadrupole ion optic performance of the spectrometer.   A second core processor is dedicated to data capture from the optimized quadrupole geometry and alignment/storage of the captured data in a designated section of the 8-gigabyte memory space. A third core processor is dedicated to pattern recognition algorithm execution on the aligned stored captured data so as to identify substances of interest.   The fourth core processor is

QUESTMS-00000914

dedicated to coordinating the overall operation of the extraction/detection mechanics and alarms/threat management.

[0061]      With respect to the operation of the first processor, U.S. Provisional Patent Application No. 60/808,019, entitled Non-Hyperbolic Quadrupole Mass Spectrometer, filed on June 6, 2006, discloses a system and method for determining ion trajectory in a quadrupole mass spectrometer having non-hyperbolic ion optics and in particularly well suited for use with the present invention and is incorporated by reference as if set out in full.  The system for determining ion trajectory in a quadrupole mass spectrometer having non-hyperbolic ion optics uses a tensor approximation or tensor calculation instead of using standard equations of motion. The tensor approximation is made by linearizing part of the matrix through point slope intercept logic.  When dealing with the three dimensional space trajectory of the ions, the partial derivatives (coderivatives) of x, y and z are examined and focus given to whichever is the greatest.  With application of point slope intercept to the tensors, a tensor approximation is determined rapidly relative to use of standard equations of motion which require significant matrix manipulation.  The measurement and tensor approximation can be reiterated to improve accuracy.

[0062]      With respect to the operation of the third core processor, a pattern recognition algorithm is executed on the aligned stored captured data.  In order to provide rapid detection of substances, the analysis of the data developed by the mass spectrometer may be driven by absolute pattern identification.  Absolute pattern identification means that simulants and surrogates will not be identified as substances of interest and false positives generated; it also means that they can not be used to test or calibrate the system.  The processor/s may be

QUESTMS-00000915

programmed locally or remotely via a LAN or satellite, for specific substance profiles (toxic gases, energetic compounds, etc.).

[0063]      The fourth core processor is dedicated to coordinating the overall operation of the extraction/detection mechanics and alarms/threat management. Extraction/detection mechanics include control of the various inlet ports, outlet ports, valves and motors found in the system. Mechanics controlled may also include management of parameters impacting the supercritical matrix such as solvent composition, acoustic energy, temperature, pressure and time. For example, the loading pressure or pressure differential across the various filter modules is monitored to track efficiency.

[0064]      Alarm/threat management may include generation of a signal indicating detection of the presence of a substance of interest can be used to provide a warning or automatically causes an appropriate responsive action. For example, dependent upon the detection profile loaded (selected), when a detectable quantity of the selected substance is found present, a warning signal (e.g., flashing red light, enunciator – "IED, IED, IED" and/or siren/horn) may be provided to the operator. When the warning signal is issued, the operator is able to react accordingly and if necessary take the appropriate evasive or reactive action. Such a warning finds great utility in a military/homeland defense application of a mobile configuration fitted to vehicles, where the system may be used to detect IEDs in real-time mode.

[0065]      The method for extraction of small amounts of energetic substance/s for sampling and detection comprises providing particulate matter including target material and waste material, creating a supercritical matrix including the particulate matter, removing at least a portion of the waste material in the particulate matter in the supercritical matrix thereby leaving

QUESTMS-00000916

WO 2008/097246                           24                           PCT/US2007/012473

residual particulate matter in the supercritical matrix; and providing concentration of the residual

particulate matter in the supercritical matrix for analysis.

[0066]        Providing particulate matter includes generating the particulate matter  and

transporting the particulate matter.   Particulate matter is generated by agitating the particulate

matter in or on a surface and is transported by the particulate matter.

[0067]        A supercritical matrix is created by mixing the particulate matter with a

supercritical fluid such as carbon dioxide.  Removing a portion of the waste material in the

particulate matter in the supercritical matrix includes the steps of separating the portion of the

waste in the particulate matter in the supercritical matrix; and purging the portion of the waste

from the supercritical matrix.  Separating a portion of the waste may include agitating the

supercritical matrix.  Providing concentration of the residual particulate material comprises

evaporating solvent in the supercritical matrix to form the concentration of the residual

particulate matter and/or generating a sample from the concentration of the particulate matter

may further include concentrating the concentration of the particulate matter.  Alternatively,

providing concentration of the residual particulate material may include volatilizing the

concentration of the particulate matter and sampling a vapor of the volatilized concentration and

further include filtering the vapor of the volatilized concentration.

[0068]        The method for extraction of small amounts of energetic substance/s may further

include analyzing the concentration to detect a presence of an energetic substance and/or

characterizing the concentration using mass spectrometry and or comparing a characterization of

the concentration to a characterization of at least one energetic substance and identifying

matching characterizations.  Providing concentration of the residual particulate matter in the

supercritical matrix may include vaporizing/spraying/nebulizing the supercritical matrix.

QUESTMS-00000917

Interferents may also be filtering from the supercritical matrix. The method occurs in real-time or proximate real-time.

[0069]        The method for extraction of a substance for sampling and detection according to the invention may be alternatively described as including the steps of generating particulate material including target particulate material, transporting the particulate material to a mixing stage, creating a supercritical matrix containing the particulate material at the mixing stage, separating waste particulate material from the supercritical matrix, removing        the        waste particulate material from the supercritical matrix; and extracting concentrate of the particulate material including target material from the supercritical matrix for analysis. The method can further include filtering the concentrate of the particulate material and/or generating a sample from the concentrate of the particulate material.  The sample may also be analyzed to detect a target energetic substance. Analyzing the sample includes developing a characterization pattern for the concentrate of the particulate material using mass spectrometry, and comparing the characterization pattern for the concentrate of the particulate material to a characterization pattern for at least one energetic substance. The method may occurs in real-time or proximate real-time and can also include vaporizing/spraying/nebulizing the supercritical matrix prior to forming the concentrate of the particulate material. Extracting concentrate of the particulate material includes evaporating solvent in the supercritical matrix, collecting a deposit from the supercritical matrix, and vaporizing the deposit to form the concentrate of the particulate material.

**Substance Characterization / Determining/Managing Ion Trajectory**

QUESTMS-00000918

WO 2008/097246                                                    PCT/US2007/012473

26

[0070]      The mass spectrometer is utilized to characterize a substance.  In order to determine/manage ion trajectory in a rapid, efficient and effective manner, the system of the invention may utilize a unique method of determining/managing ion trajectory in a quadrupole mass spectrometer having non-hyperbolic ion optics.  Although particularly well suited for use with round ion optics and so described, the method is equally well suited for use with other non-hyperbolic ion optic geometries, including ellipsoidal, near or approximation to hyperbolic shapes as well as other rounded geometries.

[0071]      Typically, in a quadrupole mass spectrometer, two surfaces constituting one hyperbola are connected electrically with a positive DC voltage.  The other two surfaces are connected with a negative DC voltage.  An RF voltage at a fixed frequency and which has an amplitude that oscillates between positive and negative is also applied to all four surfaces.  Ions of different $m/z$ values are accelerated into this quadrupole field that separates ions as a function of a given DC and RF amplitude ratio.  Ions are pushed and pulled as they transverse the field.  Only ions of a single $m/z$ value will be pushed and pulled to an extent that they can reach the other end of the field.  Ions of all other $m/z$ values will be 'filtered out' of the ion beam.  Keeping the ratio of the RF and DC amplitude constant, the amplitude is increased to bring the next highest $m/z$ value into focus for subsequent detection.

[0072]      This stepwise incrementing of the amplitude of the RF and DC voltages while holding their ratio constant is how a mass spectrum is obtained.  The limiting factor on the upper end of the $m/z$ range is how high of an RF amplitude can be achieved without a disintegration of the wave.  The size of the quadrupole filter is very small.  When round rods are used in an instrument with an $m/z$ range to 1,000, the rods can be the size of a ballpoint pen.  Because the ions have to be pushed and pulled by the field, unlike the double-focusing mass spectrometer,

QUESTMS-00000919

low accelerating voltages are used to send the ions from the source to the *m/z* analyzer. The transmission quadrupole is typically limited in its ability to separate ions of different *m/z* values to a resolution of about 0.3. Most instruments are operated at unit resolution throughout the *m/z* scale, which means as ions have larger numbers of charges, the isotope peaks get closer together until they can no longer be distinguished from one another.

[0073]        A quadrupole mass spectrometer is actually a mass filter rather than an analyzer because it transmits ions having only a small range of m/z values, and there is no mass dispersion or focusing as in magnetic analyzers. Thus, it is analogous to a narrow-band pass electrical filter that transmits signals within a finite frequency bandwidth, and a trade-off is made between transmission and resolution. The conventional quadrupole mass analyzer utilizes four parallel cylindrical or hyperbolically-shaped rods. The rods are long relative to the inner "kissing circle" diameter, to minimize fringing fields on the active length of the rods. A quadrupolar potential is established by applying a time-varying potential +PHI and -PHI on alternate rods (at the four locations ±*x* and ±*y*) for a *dc* component *Uo*, and an *rf* component *Vo* of frequency Omega. The ions are injected (in the *z*-direction) into the central "flip-flopping" saddle-potential region, and only those ions having the correct mass are transmitted to the exit aperture without sliding into one of the rods. The ion trajectories in the *x*- and *y*-directions are governed by the Mathieu equations.

[0074]        A mass spectrum is obtained by sweeping *Uo* and *Vo* linearly (at a fixed Omega), and detecting the transmitted masses (one at a time) at the exit plane with a Faraday cup or particle multiplier. The resolution of the device depends on the rod geometry, frequency Omega, rod length, and axial and radial ion injection energies. In order to improve the sensitivity of a quadrupole mass spectrometer having non-hyperbolic ion optics, typically massive computing

QUESTMS-00000920

WO 2008/097246                    28                    PCT/US2007/012473

power is necessary perform the necessary calculation and the calculations must be fast enough to resolve the trajectory between individual ions.

[0075]    The system of the invention may utilize a unique method of determining/managing ion trajectory in a quadrupole mass spectrometer having non-hyperbolic ion optics that uses a tensor approximation or tensor calculation and thus dispenses with use of standard equations of motion which require significant matrix manipulation, and thus calculation time. The tensor approximation is made by linearizing part of the matrix through point slope intercept logic. When dealing with the three dimensional space trajectory of the ions, the partial derivatives (coderivatives) of x, y and z are examined and the largest focused. By the application of point slope intercept to the tensors, a tensor approximation is rapidly determined. As this can be calculated rapidly relative to use of standard equations of motion which require significant matrix manipulation, the measurement can be repeated multiple times to improve accuracy.

[0076]    The steps for optimizing determination of ion trajectory in a quadrupole mass spectrometer having non-hyperbolic ion optics comprises: constructing the field characteristics through which ions travel in a tensor format for the field space internal to the quadrupole; determining the partial derivatives (coderivatives) of x, y and z for three dimensional space trajectory of the ions; prioritizing partial derivative displacements by magnitude from greatest to least; applying point slope intercept to the selected derivatives to rapidly generate iterative tensor approximations; and, applying successive field modifications predicated on tensor approximations as ion mass is varied. Performing these steps permits rapid development of a characterization of a substance provided to a mass spectrometer so programmed. A control processor to the system of the invention may employ this method of optimizing the quadrupole ion optic performance of the spectrometer and thus enable rapid efficient characterization of the

QUESTMS-00000921

concentrate of a substance of interest.As a result, this optimizing process enables accuracy and resolution normally associated with hyperbolic geometries to be achieved via mathematical synthesis on non-hyperbolic ion optic geometries. The typically computing load associated with the processing of matrices associated with tensor evaluation is significantly reduced with the use of point intercept approximation logic. A target substance is a material which a system user wishes to detect such as a energetic substance like TNT, chemical agent like poison war gases, radiological materials, toxic waste residuals from manufacturing processes. Target substances often are encountered in a mixture with companion materials such as stablizers, plasticizers and binders. Once a target substance is detected, the system of the method preferably attempts to confirm the identity of the target substance by detecting the presence of companion substances.

[0077]      A system for optimizing ion selection trajectories in a quadrupole mass spectrometer having non-hyperbolic ion optics comprises means for constructing field characteristics through which ions travel in a tensor format for the field space internal to the quadrupole; means for determining partial derivatives (coderivatives) of x, y and z for three dimensional space trajectory of the ions; means for prioritizing partial derivative displacements by magnitude from greatest to least; means for applying point slope intercept to the selected derivatives to rapidly generate iterative tensor approximations; and, means for applying successive field modifications predicated on tensor approximations as ion mass is varied.

[0078]      The method for determining and managing ion trajectory in a quadrupole mass spectrometer can be described as including constructing field characteristics for the field space internal to the quadrupole through which ions of a target substance must travel in order to be detectable; applying the field characteristics to generate ion trajectories for ions within the field space; and detecting the ions of the target substance that have passed through the field space.

QUESTMS-00000922

The quadrupole may have non-hyperbolic ion optics or hyperbolic ion optics. Each of the steps of constructing, applying and detecting are iterative repeated for a plurality of target substances. Each of these steps may also be iterative repeated for companion substances, once ions a of target substance are detected in order to confirm the identity of a detected target substance and avoid false positive indications. That is, the method may further include constructing field characteristics for the field space internal to the quadrupole through which ions of a companion substance must travel in order to be detectable; applying the field characteristics for the companion substance to cause ion trajectories for ions of the companion substance within the field space; detecting the ions of the companion substance that have passed through the field space. Construction of field characteristics for the companion substance may occur either pre or post detection of the ions of a target substance. Constructing field characteristics comprises determining partial derivatives (coderivatives) of x, y and z for three dimensional space trajectory of ions, prioritizing partial derivative displacements by magnitude from greatest to least, and applying point slope intercept to the selected derivatives to generate iterative tensor approximations to a predetermined degree of precision.

**Surface Treatments**

[0079]     In order to further enhance detection capabilities of the system, any and/or all surfaces that come into contact with particulate material and/or supercritical matrix may be surface treated to minimize inadvertent adsorption/catalytic modification or depletion processes. U.S. Provisional Patent Application No. 60/812,532, entitled Enhanced Detection System, filed on May 24, 2006, and herein incorporated by reference, discloses a surface treatment method comprising mechanically polishing 316L Stainless Steel with 400 Grit process abrasive; pressure

QUESTMS-00000923

spraying the 316L material with distilled water; pressure spraying the 316L material with a heated solution of potassium dichromate in sulfuric acid (chromic acid); pressure spraying the 316L material with heated deionized water; pressure spraying the 316L material with solution of ammonium bifluoride; immediately immersing the 316L material in a solution of ammonium bifluoride; pressure spraying the 316L material with heated deionized water; electropolishing the 316L material to approximately 4 Ra; pressure spraying the 316L material with deionized water; pressure spraying/immersing the 316L material with 50% solution of Nitric Acid in water; spraying the 316L material with heated deionized water; and, selectively coating the processed surface with selected agent processes such as siloxane/silylization.    For example, interior surfaces of the mixing module, separator and the tube could be treated in the described fashion to minimize inadvertent adsorption/catalytic modification of material under examination.

[0080]    316L Stainless Steel has an approximate composition as follows: 0.019 C; 1.312 Mn; 0.030 P; 0.014 S; 0.346 Si; 10.188 Ni; 16.721 Cr; 2.188 Mo; 0.059 N; 0.374 Cu; 0.160 Co. Structural elements of the system which contact particulate material and/or supercritical matrix may be formed from 316L Stainless Steel ("316L material") treated in the manner described.

[0081]    The specific surface treatment may be applied to any and/or all surface/s that come into contact with fluid flow throughout the system to minimize inadvertent adsorption/catalytic modification of material under examination in contact with device surfaces, during both extraction and transfer.   This surface treatment in turn enables minimal loss of sample input to levels compatible with the supercritical fluid extraction and detection device and the non-hyperbolic quadrupole mass spectrometer detector.

[0082]    Each rinse involving distilled water entails measurement of the rinse water discharge for electric resistivity to a predetermined level, preferably 18.2 MegOhm-Cm.  When

QUESTMS-00000924

WO 2008/097246                              32                          PCT/US2007/012473

electropolished to approximately 4 Ra, the 316L material being treated is placed in an electropolishing solution consisting of approximately > 40% phosphoric acid and < 50% sulphuric acid (at approximately 120 degrees F) and fixtured as required. During the actual electropolishing phase, copper bus bars are utilized and fixtured to enable equipotential distribution and ensure consistent metal removal for the geometry of the component being electropolished. Agitation via stirring, in a closed vessel with the stirring flow supplied under pressure, is utilized to further this distribution. This agitation/stirring process is used to "normalize" the electrical potential within the solution as a function of distance from the solid surface which is due to the "double layer" phenomena created when two phases of different chemical composition come into contact with one another. The separation of charge is accompanied by an electrical potential difference, one side of the interface being positively charged, the other negatively charged. This fixed double layer is called the Helmholtz double layer.

[0083]      There are multiple combinations of layer geometries/compositions – a diffuse component of the double layer is called the Gouy layer – combinations of the Gouy layer within the Helmholtz double layer geometry are called the Stern Double Layer.

[0084]      The intended focus of the process is to utilize the double layer parameters to most closely obtain the set/s of conditions for optimum distribution of metal removal during the electropolishing process thereby increasing the "smoothness" of prepared surface. Any and/or all surface that comes into contact with particulate material and/or supercritical matrix may be surface treated in the described manner to enhance detection capabilities of the system.

[0085]      This system of the invention is suited for use in the detection and identification of energetic substances associated with IED's since using it in the presence of sand, dust or other

QUESTMS-00000925

contaminants/obscurants, airborne or otherwise, does not preclude analysis.   Although the enhanced extraction and detection system is particularly well suited for the detection of small amounts of energetic substance(s) and is so described herein, it is equally well suited for the detection of other low level concentrations of materials including but not limited to toxic agents (war gas) residue, trace herbicide concentrations, food contaminations, accelerants related to arson and radioactive contaminants from nuclear power plants/processing facilities.

[0086]      In alternative embodiments, the material containing the small amounts of the energetic substance/s may be manually placed in a test chamber or mixing module having specially prepared surfaces wherein a super-critical solution then covers the material.  Referring to Fig. 9, there is shown a representation of the test chamber of the present invention super-critical fluid extraction and detection system.   The system is operated in forensic mode by loading a sample 1400 such as a missile fragment, swab or other contaminated piece of material in the sample chamber 1120.  Flange gaskets (hollow ring configuration) 1164 and 1166 are used to surround the sample and form a gas tight connection.  The upper flange 1160 and the lower flange 1162 are then brought into compressive contact by tightening the flange bolts 1172; lock washers 1174 and nuts 1176.

[0087]      A pressurizer is then used to create and maintain a supercritical environment in the sample chamber.  For example, the sample chamber may ben charged with liquid carbon dioxide by 1600 by opening control valve 1104 and allowing the liquid to pass thorough check valve 1106, filter 1108 and metering valve 1110.  In this configuration, pressure accumulator 1114 is removed from the sample port and release/relief valve 1116 and pressure transducer 1118 are used to determine completion of test chamber fill.

QUESTMS-00000926

[0088]        Ultra-pure high-pressure gas (such as but not limited to nitrogen, helium, neon, xenon) 1200 is then used to pressurize the test chamber to the supercritical level/s desired. This is done by the conventional procedure for use of the MP-PITS device, using the same sequence as the liquid carbon dioxide 1600 loading.

[0089]        Mechanical agitation, via ultrasonic (acoustic) energy may be applied to the extraction process by attaching the combination heater/acoustic agitation assembly 1178 which incorporates heating coils and piezoelectric transducers for agitating. Temperature, pressure and time may be individually or in any combination controlled by the same profile controller used in the standard MP-PITS configuration. The combination heater/acoustic agitation assembly 1178 surrounds (encircles) the chamber.

[0090]        Referring to Fig. 9 there is shown a functional block diagram of the super-critical fluid extraction and detection system. When the extraction program profile has completed execution the release valve 1116 is opened and the supercritical fluid containing the extracted sample material is allowed to vaporize by passing through metering valve 1125. The extracted sample vapor may then be passed through cold-trap 1130 for further concentration, or may be passed directly to the injection port 1700 of either the gas chromatograph column 1720 for selective separation and then to the mass spectrometer 1800 for analysis. Optionally, the sample vapor either concentrated or as extracted, may be fed directly to the mass spectrometer 1800.

[0091]        The gas source is selected predicated on the specific sample requirements. To preclude sample contamination and potential reaction, the selected gas should be chemically inert with respect to the test material, free of oil mist or vapor and free of water vapor.

[0092]        Referring to Fig. 12 there is shown a more detailed diagrammatic representation of the super critical fluid extraction and detection system. This representation depicts separate

QUESTMS-00000927

metering/control and sample pressure chamber assemblies, both surrounded by a shield enclosure. The right hand module (metering/control) is shown with connections to the super critical gas cylinder source/liquid $CO_2$ charge source, the on-off control valve, check valve, filling and metering valve are shown separated from the pressure chamber assembly.

[0093]      The left hand module (pressure chamber assembly) is shown with the release/relief valve (in the standard MP-PITS configuration with accumulator). The optimal relief tube for connection to a) cold trap, b) injection port and/or c) mass spectrometer is shown connected to the sample chamber inlet manifold. Additionally shown is a digital transducer for monitoring/controlling the super critical pressure.

[0094]      Referring to Fig. 12 there is shown a more detailed diagrammatic representation of the super critical fluid extraction and detection system. Shown in this representation is a schematic of the vacuum and pressure configuration options which may be selected to optimize the extraction process and may be varied dependent on sample size, type and chemical composition.

[0095]      This diagram shows the options of:

     a) pressure on top, vacuum on bottom;

     b) pressure on top, pressure on bottom;

     c) vacuum on top, pressure on bottom; and

     d) vacuum on top, vacuum on bottom.

[0096]      The device for sampling and analyzing a target substance carried on a media used to collect the target substance includes a test chamber for receiving a sample, the test chamber including an output port, a pressurizer for creating a supercritical environment in the test chamber for a predetermined gas mix, and a profile controller for varying at least one of

QUESTMS-00000928

pressure, temperature or mechanical agitation of the test chamber. The device may further include a detector such as a mass spectrometer for receiving concentrated sample from the output port. In such a non-continuous system, a supercritical matrix may also be established in a manner previously described and very small quantities of energetic and toxic substances extracted from either a swab or from fragments of material submitted for analysis.

[0097]        The extraction and detection system may also be utilized in a modular detection, decontamination and filtration system   U.S. Provisional Patent Application No. 60/809,742, entitled Decontamination And Filtration System, filed on May 31, 2006, and herein incorporated by reference, discloses a such a system comprising a filter module; a rotational drive module; and, a monitor/detection module arranged sequentially. Each and/or any module of this extraction and detection system may have surfaces treated as described above to minimize depletion and/or catalytic modification of particulate material. The filter module comprises modular filter housing sections, application specific filter sets, test/sample sections and (as applicable) bubble tight dampers upstream and downstream of filter sets sequentially arranged. Bag in/Bag out may be standard for all filter sets. Filters may include prefilter/s, HEPA, HEGA, HEGA/Scrubber, and others. An air flow sample is provided to the filter module and a filtered air flow sample exits the filter module. Sample sections consist of a flanged housing section with sample ports for sensing and/or extraction and may be provided at any position in the filter module flow path. Each filter stage in the module may also contain a pressure gauge port. Specialized "Scrubber" modules for gases (carbon monoxide) and for neutralizing and/or deactivating chemical agents may also be used. The rotational drive module comprises an explosion proof motor, programmable motor controller/phase converter, gastight fan housing with explosion resistant fan and real-time software/hardware for air flow management. Air flow

27

QUESTMS-00000929

from the rotational drive module is provided to a monitor/detection module which gathers, extracts and detects substances of interest in the air flow (i.e., particulate material) provided.

[0098]          The monitor/detection module is capable of determining filter remaining life/capacity; logging total filter system throughput in cubic feet, type and quantities of gas/es that have passed into the filter/s; regulating the volume of airflow through the filter train to minimize filter stress and increase filter life – in addition to reducing the energy loading of the RDM; determining in real time the need for filter substitution should a substance not compatible with the existing filter train become detected; and tracking filter life/capacity by filter serial number to enable removal/reuse of individual filters, subject to limitations related to toxic materials contamination.

[0099]          The filter module of the modular detection, decontamination and filtration system includes individual filter packs each with a memory device, filter pack housings with sample/measurement gas ports, and gauges for measure airflow. The filter module is connected to the monitor and detection module via a gas port connection to the detector module selector valve. A controller measures and controls the gas flow from the individual gas ports to the detector of the monitor and detection module. A cylinder provides a purge/signal gas for injection in the line between the gas ports and the detector. The rotational drive module include an inverter/motor drive interfaced to a controller; an explosion-proof motor and a spark resistant blower/fan.

[00100]          The system operates by alternately sampling gas composition from front to back (in direction of airstream through filter train) between the sample port upstream of the pre-filter module to the sample port downstream of the final filter pack stage. Sample rates may be set proportional to airflow velocity and CFM value. As each sample period ends the selector valve

38

QUESTMS-00000930

is rotated to the next sample in the stream sequence. Immediately prior to the sample valve inlet opening a slug of purge gas is introduced in the line. Receipt of the purge/signal gas (selected to be unique in the airstream -- not to be normally encountered during projected filter operation) in the detector, such as a mass spectrometer or gas chromatograph, resets the counter/integration values for the filter position being sampled. This process is iterative. Sample values are logged and stored on archival media in the monitor/detector module. Individual filter pack memory modules are updated in synchronization with the sample process. Integration of quantity and time/airflow values determines amount of substance per each mass category (gas or contaminant type). The integration is conducted utilizing spectral peak intensity to quantity (concentration) algorithms for the various gases to be filtered.

[00101]      The quantity (concentration) value is then multiplied by the length of time the spectral peak intensity value remains at discrete value sets. The time integrated quantity of measured substance is then converted to a mass value which in turn is then used to determine filter loading. Filter life remaining is calculated based on the total filter module media mass and the known maximum mass loading for the specific media. This value is determined by (usually at/by the media manufacturer) saturating a known mass value of the filter media with the substance to be filtered and measuring the mass increase. At the option of the operator this value may be set at any selected percentage of the maximum filter loading – for example 25% of the filter loading. When this value is reached for the specific filter module the operator is alerted and the filter may be changed. A table comprising the maximum mass loading for a variety of substances to be filtered is stored in the filter module memory device and interrogated by the computer as required.

38

QUESTMS-00000931

WO 2008/097246                                                    PCT/US2007/012473

39

[00102]        For highly toxic compounds, residence time calculations are made to determine
possible breakthrough limits. The residence time calculation is made by dividing the bed volume
in cubic feet by the rate of airflow in CFM and multiplying the result by 60 seconds. For carbon
based filter media, the carbon density is 30 lbs per cubic foot. For example, for a 125 lb media
bed filter, the bed volume would be 125 /30 = 4.17 cubic feet. For an airflow of 1660 CFM, the
residence time would be (4.17/1660) X 60 seconds = 0.1506 seconds – approximately 1/8
second. In the industry, 0.25 second is usually the standard minimum residence time to provide
the maximum safety margin. Placing two of the filter modules with residence times of 0.1506
seconds in series produces an aggregate residence time of 0.3012 second – well over the
recommended minimum of 0.25 second.

[00103]        Airflow quantities are determined by measuring the static pressure drop (vacuum)
created by flow through a fixed area -- the width and height of the filter module internal
geometry. This is accomplished with a measuring device, such as a digital vacuum gauge,
monometer, or pitot tube via the sample and gauge port/s on each individual filter module
housing. Airflow sensing is utilized to regulate the volume and velocity of airflow though the
filter system under program control. This is accomplished by measuring the static pressure drop
at numerous points along the airflow path with measuring devices and adjusting the airflow as
required by varying the fan/blower speed via the motor drive inverter.

[00104]        The process of modular detection, decontamination and filtration system  involves
determine a configuration of the filter module; determine a characteristic of a filter pack in the
filter module, determine airflows and minimum residence times for an intended operation,
maintain a designated airflow through the system, updating the characteristic of the filter pack to

QUESTMS-00000932

reflect operation of the system, determining when the characteristic of the filter pack has meet a predetermined limit. A warning signal can be generated when the predetermined limit is met.

[00105]     The designated airflow is maintained by first fixing a blower at a first predetermined setting, thereafter sensing variations in a designated airflow and adjusting the blower to a second predetermined setting. After determination the filter module configuration and determination of the characteristic of the filter packs in the filter module, such information including remaining life expectancy of individual filter packs can be presented to the system operator for confirmation to proceed prior to initiation of airflow. The system may also request operator verification that all filter packs are relevant for the intended application. For example, the system may request the operator to select a gas that the system may be expected to filter or treat. Based on that selection, the system can inform the operator if the existing filter packs will suffice for the intended application.

[00106]     The invention is described with reference to methods, apparatuses and computer programs and program products according to illustrative embodiments. This invention may, however, be embodied in many different forms and should not be construed as limited to the embodiments set forth herein; rather, the illustrative embodiments provide a thorough and complete disclosure, fully conveying the scope of the invention to those skilled in the art. It will be understood that steps of the method, and accommodations for each step of the method, respectively, can be implemented by computer program instructions. These computer program instructions may be loaded onto one or more general purpose computers, special purpose computers, or programmable data processing apparatus to produce machines, such that the instructions which execute on the computers or other programmable data processing apparatus create means and apparatuses for implementing the functions specified. Such computer program

QUESTMS-00000933

instructions may also be stored and/or loaded in a computer-readable memory that can direct a computer or other programmable data processing apparatus to function in a particular manner or cause a series of operational steps to be performed, such that the instructions stored in the computer-readable memory produce an article of manufacture including instruction means that implement the functions specified and described herein.

[00107]      Numerous modifications and alternative embodiments of the invention will be apparent to those skilled in the art in view of the foregoing description.   Accordingly, this description is to be construed as illustrative only and is for the purpose of teaching those skilled in the art the best mode of carrying out the invention.  Details of the structure may be varied substantially without departing from the spirit of the invention and the exclusive use of all modifications, which come within the scope of the appended claims, is reserved.

QUESTMS-00000934

<u>Claims</u>

What is claimed is:

1.  A supercritical fluid extraction sampling and analysis device comprising:

a vacuum;

a mixing module, the vacuum transporting particulate material in air suspension to the mixing module, the mixing module operative to create a supercritical matrix containing the particulate matter;

a separator operative to separate waste in the supercritical matrix, the separator including a trap for removing the separated waste from the supercritical matrix;

a heated tube arm, the heated tube arm receiving the supercritical matrix from the separator and reducing solvent in the supercritical matrix;

a collector concentrating particulate material in the heated tube; and

a laser, the laser volatilizing particulate material at the collector;

2.  The extraction and analysis device according to claim 1 further comprising:

an agitator, the agitator operative to generate the particulate material from a surface.

3.  The extraction and analysis device according to claim 1 further comprising:

a mass spectrometer, the mass spectrometer receiving volatilized particulate material for analysis and detection of a target material.

4.  An extraction sampling and analysis device comprising:

a vacuum;

a mixing module, the vacuum transporting particulate material in air suspension to the mixing module, the mixing module operative to create a supercritical matrix containing the particulate matter;

a separator operative to separate waste in the supercritical matrix, the separator including a trap for removing the separated waste from the supercritical matrix;

a spray module, the spray module vaporizing the supercritical matrix.

QUESTMS-00000935

5.  The extraction and analysis device according to claim 4 further comprising:
    an agitator, the agitator operative to generate the particulate material from a surface.

6.  The extraction and analysis device according to claim 4 further comprising:
    a mass spectrometer, the mass spectrometer injected with the supercritical matrix from the spray module for analysis and detection of a target material.

7.  A system for the extraction and analysis of a substance, the system comprising:
    a vacuum for collecting particulate matter for testing, the particulate matter including waste material;
    a mixing module for creating a supercritical matrix including the particulate matter;
    a separator for removing at least a portion of the waste material in the supercritical matrix thereby leaving residual particulate matter in the supercritical matrix; and
    an injection device providing concentrate of the residual particulate matter in the supercritical matrix for analysis.

8.  The system for the extraction and analysis of a substance according to claim 7 further comprising an agitator generating the particulate matter.

9.  The system for the extraction and analysis of a substance according to claim 7, wherein the agitator comprises a rake or a means for generating a directed stream of air.

10. The system for the extraction and analysis of a substance according to claim 7, wherein the mixing module comprises:
    a chamber in which the particulate matter is combined with a supercritical fluid.

11. The system for the extraction and analysis of a substance according to claim 7, wherein the separator comprises:
    a chamber having an input port, an output port and an exhaust valve; and
    an agitation device, the agitation device capable of being rotatably driven through the chamber.

QUESTMS-00000936

12. The system for the extraction and analysis of a substance according to claim 11, wherein the agitation device is a double wedged agitation device, the double wedged agitation device comprising

     a first wedge, all walls of the first wedge intact; and

     a second wedge, the second wedge having an open exterior face and hollow interior, the first and second wedges sharing a common single wall.

13. The system for the extraction and analysis of a substance according to claim 7, wherein the injection device comprises:

     a heated tube, a first end of the heated tube receiving the supercritical matrix from the separator;

     a collector plate positioned proximate a second end of the heated tube, concentrate of the residual particulate matter being deposited on the collector plate;

     a laser for volatilizing the concentrate deposited on collector plate.

14. The system for the extraction and analysis of a substance according to claim 7, the system further comprising:

     a mass spectrometer, the mass spectrometer operative to develop a characterization of the concentrate received from the injection device.

15. The system for the extraction and analysis of a substance according to claim 7, the system further comprising:

     a processor, the processor operative to analyzing the characterization of the concentrate and detect a presence of an energetic substance.

16. The system for the extraction and analysis of a substance according to claim 7, the system further comprising:

     a processor, the processor operative to comparing the characterization of the concentrate to a characterization of an energetic substance; and

     identifying matching characterizations.

QUESTMS-00000937

17. The system for the extraction and analysis of a substance according to claim 16, wherein the system operates in proximate real-time or in real-time.

18. The system for the extraction and analysis of a substance according to claim 7, wherein the injection device comprises:

        a spray module for nebulizing the supercritical matrix containing the residual particulate matter.

19. A device for sampling and analyzing a target substance carried on a media used to collect the target substance, the device comprising:

        a test chamber for receiving a sample, the test chamber including an output port;

        a pressurizer for creating a supercritical environment in the test chamber for a predetermined gas mix;

        a profile controller for varying at least one of pressure, temperature or mechanical agitation of the test chamber.

20. The device for sampling and analyzing a target substance carried on a media as recited in claim 19 further comprising :

        a detector for receiving concentrated sample from the output port.

QUESTMS-00000938

WO 2008/097246                              1/10                              PCT/US2007/012473



FIG. 1

QUESTMS-00000939

PCT/US2010/056461 26.01.2011



QUESTMS-00000940



FIG. 3



WO 2008/097246                        PCT/US2007/012473
5/10



FIG. 6

QUESTMS-00000943

WO 2008/097246                                    PCT/US2007/012473

6/10



QUESTMS-00000944



Figure 9

QUESTMS-0000094

WO 2008/097246

PCT/US2007/012473

8/10



Figure 10

QUESTMS-0000094



Figure 11

QUESTMS-00000947



Figure 12

QUESTMS-00000948

**PCT**



WORLD INTELLECTUAL PROPERTY ORGANIZATION
International Bureau

INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

| (51) International Patent Classification 6 : | | A1 | (11) International Publication Number: | WO 95/33279 |
|---|---|---|---|---|
| H01J 49/40 | | | (43) International Publication Date: | 7 December 1995 (07.12.95) |

(21) International Application Number: PCT/GB95/01252

(22) International Filing Date: 31 May 1995 (31.05.95)

(30) Priority Data:
9410864.4    31 May 1994 (31.05.94)    GB

(71) Applicant (for all designated States except US): UNIVERSITY OF WARWICK [GB/GB]; Gibbet Hill Road, Coventry, Warks. CV4 7AL (GB).

(72) Inventors; and
(75) Inventors/Applicants (for US only): DERRICK, Peter, John [GB/GB]; Attwood Cottage, Ladbroke, Leamington Spa, Warwickshire CV33 0BV (GB). REYNOLDS, David, John [GB/GB]; 106 Sir Henry Parkes Road, Coventry CV5 6BJ (GB). MAKAROV, Alexander, Alekseevich [RU/GB]; 106 Anchorway Road, Coventry CV3 6JG (GB).

(74) Agent: DEMPSTER, Benjamin, John, Naftel; Withers & Rogers, 4 Dyer's Buildings, Holborn, London EC1N 2JT (GB).

(81) Designated States: AM, AT, AU, BB, BG, BR, BY, CA, CH, CN, CZ, DE, DK, EE, ES, FI, GB, GE, HU, IS, JP, KE, KG, KP, KR, KZ, LK, LR, LT, LU, LV, MD, MG, MN, MW, MX, NO, NZ, PL, PT, RO, RU, SD, SE, SG, SI, SK, TJ, TM, TT, UA, UG, US, UZ, VN, European patent (AT, BE, CH, DE, DK, ES, FR, GB, GR, IE, IT, LU, MC, NL, PT, SE), OAPI patent (BF, BJ, CF, CG, CI, CM, GA, GN, ML, MR, NE, SN, TD, TG), ARIPO patent (KE, MW, SD, SZ, UG).

Published
With international search report.
Before the expiration of the time limit for amending the claims and to be republished in the event of the receipt of amendments.

(54) Title: TANDEM MASS SPECTROMETRY APPARATUS

(57) Abstract

Tandem mass spectrometry apparatus comprises a serial arrangement of an ion source (10), a first time-of-flight means (20, 80), a collision cell (40) to generate fragment ions and a second time-of-flight analyser (50). The second time-of-flight analyser comprises an ion mirror (51, 52) which is arranged to produce a quadratic field along or at an angle to the optical axis of the apparatus. The first time-of-flight analyser may comprise a sequential S configuration of toroidal or cylindrical electrostatic analysers (70) or may comprise two electrostatic lenses (80, 96) to either side of an ion mirror or may comprise an electrostatic lens (80). The first time-of-flight analysers thus comprise electrostatic field means for providing spatial focusing of ions in all three dimensions at or near the entrance to the ion mirror of the second time-of-flight analyser (50). The spatial focusing, concomitant with time focusing, is the essential requirement for the quadratic field mirror to give high resolution.

QUESTMS-00000949

### FOR THE PURPOSES OF INFORMATION ONLY

Codes used to identify States party to the PCT on the front pages of pamphlets publishing international applications under the PCT.

| | | | | | |
|---|---|---|---|---|---|
| AT | Austria | GB | United Kingdom | MR | Mauritania |
| AU | Australia | GE | Georgia | MW | Malawi |
| BB | Barbados | GN | Guinea | NE | Niger |
| BE | Belgium | GR | Greece | NL | Netherlands |
| BF | Burkina Faso | HU | Hungary | NO | Norway |
| BG | Bulgaria | IE | Ireland | NZ | New Zealand |
| BJ | Benin | IT | Italy | PL | Poland |
| BR | Brazil | JP | Japan | PT | Portugal |
| BY | Belarus | KE | Kenya | RO | Romania |
| CA | Canada | KG | Kyrgyzstan | RU | Russian Federation |
| CF | Central African Republic | KP | Democratic People's Republic | SD | Sudan |
| CG | Congo | | of Korea | SE | Sweden |
| CH | Switzerland | KR | Republic of Korea | SI | Slovenia |
| CI | Côte d'Ivoire | KZ | Kazakhstan | SK | Slovakia |
| CM | Cameroon | LI | Liechtenstein | SN | Senegal |
| CN | China | LK | Sri Lanka | TD | Chad |
| CS | Czechoslovakia | LU | Luxembourg | TG | Togo |
| CZ | Czech Republic | LV | Latvia | TJ | Tajikistan |
| DE | Germany | MC | Monaco | TT | Trinidad and Tobago |
| DK | Denmark | MD | Republic of Moldova | UA | Ukraine |
| ES | Spain | MG | Madagascar | US | United States of America |
| FI | Finland | ML | Mali | UZ | Uzbekistan |
| FR | France | MN | Mongolia | VN | Viet Nam |
| GA | Gabon | | | | |

QUESTMS-00000950

PCT/US2010/056461 26.01.2011

WO 95/33279                                        PCT/GB95/01252

1

## TANDEM MASS SPECTROMETRY APPARATUS

The invention relates to tandem mass spectrometry
apparatus.

5

The expanding areas of biotechnology and biological
sciences have lead to an increased demand for
sensitivity from mass spectrometry, especially as
regards structural analysis of small and medium-sized
10    biological molecules (100-100000 Da) which may be
available in complex mixtures and trace amounts of,
say, a picomole or less.  The same requirements for
structural information arise with synethetic polymers.

15    Traditional mass spectrometric analysis of such
biological and polymeric molecules has been carried
out by tandem instruments consisting of either twin
sector, twin quadrupole or some hybrid combination
such as sector plus quadrupole.  In such a system
20    molecules will be ionized by some technique such as
fast atom bombardment (FAB) and mass/energy selected
by the first mass spectrometer (MS1), the selected
ions will then undergo collisional activation by
passing through a cell containing some neutral gas.
25    The fragment ions thus obtained will then be analysed
by the second mass analyser (MS2).

SUBSTITUTE SHEET (RULE 26)

QUESTMS-00000951

2

According to the invention there is provided tandem
mass spectrometry apparatus comprising a serial
arrangement of an ion source, a first time-of-flight
analyser, means for dissociating ions from the first
5    analyser to generate fragment ions, and a second time-
of-flight analyser, the second time-of-flight analyser
comprising an ion mirror which is arranged to produce
an appropriately reflecting a quadratic field, the
first time-of-flight analyser comprising electrostatic
10   field means for providing spatial focusing of ions at
or near the entrance to the quadratic field ion
mirror.

The inventors have recognised that tandem time-of-
15   flight mass spectrometry apparatus provides important
increases specificity and  in sensitivity.
Nevertheless conventional time-of-flight analysers
produce spatial spreads of ions so that the use of two
such analysers in tandem is not practical of the level
20   of resolution required for structural determinations.
By the use of a second time-of-flight analyser
comprising an ion mirror which is arranged to produce
a quadratic field (along or at the same angle to the
optical axis of the apparatus) and a first time-of-
25   flight analyser comprising electrostatic field means
for providing spatial focusing of ions at or near the
entrance to the ion mirror, an effective ion tandem

SUBSTITUTE SHEET (RULE 26)

Joint Appendix 1468

QUESTMS-00000952

3

time-of-flight mass spectrometry apparatus is provided
which not only provides the desired increase in
sensitivity but also provides a high level of
resolution.

5

The ion mirror may take any suitable form and may be
arranged to produce a parabolic field along the
optical axis of the apparatus.  The ion mirror may be
an appriximation to a quadratic field with allowance

10    for effects of fringing fields at the entrance, exit
and elsewhere.

The ion source may provide either a pulsed beam of
ions or a continuous beam.  Pulsing may be achieved by

15    either pulsing a continuous source such as
electrospray or by the use of an inherently pulsed
technique such as matrix assisted laser
desorption/ionization (MALDI) to provide intact
molecule ions of molecules for example in the mass

20    range 100-100000 Da.  Means for compressing or
bunching ions into a pulse of ions may be provided.
The bunching means may compress a pulse of ions into
an ion pulse of shorter duration, or may convert a
continuous beam into a pulsed beam.  Bunching may take

25    place before the first mass analyser, after the first
mass analyser or in both places.

SUBSTITUTE SHEET (RULE 26)

QUESTMS-00000953

WO 95/33279                                          PCT/GB95/01252

4

An ion mirror of this kind used in combination with an
ion "buncher", enables a much improved mass resolving
power to be achieved compared with that attained by
known tandem mass spectrometry systems based on time-
5     of-flight. Use of the ion mirror enables the whole of
the mass spectrum to be detected without the need for
any re-tuning, and the mass spectrum can be easily
calibrated with absolute precision.

10     Because the flight-times of the ions through the ion
mirror depend on their mass-to-charge ratios, and are
entirely independent of their energies, a high degree
of mass resolution can be attained, even though the
ions are subject to a very substantial spreading of
15     their energies due to the effect of the ion "buncher"
on the ions and due to partitioning of energy as a
part of fragmentation.

The ion "buncher" may comprise an electrostatic means
20     defining a "buncher" space, having an entrance, by
which a pulse of ions selected by the first mass
analyser enters the "buncher" space, and an exit by
which the pulse exits the "buncher" space. The
electrostatic means operates to apply an electrostatic
25     accelerating force to ions in a pulse that has entered
the "buncher" space whereby to accelerate the ions to
higher energies in proportion to their distances from

SUBSTITUTE SHEET (RULE 26)

QUESTMS-00000954

WO 95/33279                                                      PCT/GB95/01252

5

the exit of the "buncher" space.

Preferably the first mass analyser comprises a time-
of-flight (TOF) analysis means capable of providing

5       focusing of an isobaric ion packet with regard to
spread normal to the optical axis, spread along the
optical axis of the machine, spread in the energy of
the ions within the packet and focusing in time.

10      The first analyser preferably comprises a sequential S
configuration of a plurality of toroidal or
cylindrical electrostatic analysers. This device will
provide a focused isobaric ion packet at a particular
point in time discrete from that of ions of differing

15      mass at a point in space focused at the dissociation
cell. It also has the benefit of triple isochronous
focusing.

In an alternative embodiment, the first time-of-flight

20      means comprises an ion mirror after an electrostatic
lens. Preferably, the first time-of-flight means
further comprises a second electrostatic lens after
the ion mirror. The ion mirror may be a gridless
planar mirror with a substantially zero optical

25      strength. In a further embodiment, the first time-of-
flight means may comprise an electrostatic lens. The
ion source may then include an electrostatic means to

SUBSTITUTE SHEET (RULE 26)

QUESTMS-00000955

6

accelerate ions into the electrostatic lens.   This
arrangement involves few components and is relatively
simple to set up.   The electrostatic lens may comprise
an axially symmetrical body at a raised potential.
5      The structure described for the first time-of-flight
means enables spatial focusing which gives a
significant improvement in resolution.   The concept of
spatial focusing is a significant advance in this
field.

10     Three embodiments of the invention will now be
described by way of example and with reference to the
accompanying drawings, in which:

15          Fig. 1 is a diagrammatic illustration of tandem
mass spectrometry apparatus in accordance with the
first embodiment of the invention;
            Fig. 2 is a plan view in cross-section of the
first mass analyser of the embodiment of Fig. 1;
20          Fig. 3 schematically illustrates an ion "buncher"
used in the tandem mass spectrometry apparatus of Fig.
1;
            Fig. 4 schematically illustrates flight paths of
an undissociated precursor ion and two fragment ions.
25     The quadratic field in this arrangement is
perpendicular to the XZ plane in the direction of the
X axis;
            Figs. 5 and 6 show a transverse, cross-sectional
view and a perspective view respectively of one type
30     of ion mirror with a 2-dimensional quadratic field;
            Fig. 7 is a diagrammatic illustration of tandem
mass spectrometry apparatus in accordance with the

SUBSTITUTE SHEET (RULE 26)

QUESTMS-00000956

PCT/US2010/056461 26.01.2011

7

second embodiment of the invention; and

Fig. 8 is a diagrammatic illustration of tandem
mass spectrometry apparatus in accordance with the
third embodiment of the invention.

5        Referring to Fig. 1 of the drawings, the tandem mass
spectrometry system comprises a serial arrangement of
a pulsed ion source or a continuous source with a
"buncher" 10, a time-of-flight analyser 20, an ion
10       lens L and deflector plates $D_1$, an ion "buncher" 30, a
cell in which ions dissociate 40, deflector plates $D_1$
and a quadratic-field ion mirror for TOF (time-of-
flight) analysis.

15       Ions produced by the ion source 10 are admitted to the
mass analyser 20 in short pulses, typically less than
300-500 ns duration.

A sample under investigation could be ionised by using
20       either a laser beam or an ion beam, both of which can
be generated in a pulsed mode.  The pulses forming the
ionising beam may be of relatively short duration, the
resulting ions being extracted from the source, for
admittance to the time-of-flight analyser 20, using a
25       static extraction field.  Alternatively, longer
ionising pulses might be used, in which case the
extraction field would be pulsed.  The analyser 20 is

SUBSTITUTE SHEET (RULE 26)

QUESTMS-00000957

PCT/US2010/056461 26.01.2011

8

tuned to select only those ions having a chosen mass-
to-charge ratio.

In the example of a laser pulse, the pulse will ionize

5    and volatilize the target material and start the
timing for the first time-of-flight stage 20.  The
first time-of-flight mass analyser 20 comprises an "S"
configuration of four toroidal electrostatic analysers
feeding one to the next in an undulating path as shown

10   in Fig. 2.  A deflector $D_1$ will refocus the beam on the
first detector, an ion multiplier at the end of the
first mass analyser 20 and prior to the collision cell
40.  A preliminary time-of-flight spectrum will then
be recorded.  The timing from this preliminary

15   experiment will be used to time the deactivation of
the deflector $D_1$ allowing the ion packet of desired
mass to enter the dissociation cell 40.  Alternatively
all ions of all masses will be allowed to enter the
dissociation cell.  After collisional activation the

20   fragment ions will proceed to the second time-of-
flight mass spectrometer 50 for subsequent mass
separation and detection on the channel plate or other
detector assembly.

25   The two sets of electrostatic deflector plates $D_1$ and
$D_1$ are used to control angles of incidence at the
entrance of the ion mirror 50, with the aim of
optimising sensitivity.

SUBSTITUTE SHEET (RULE 26)

Joint Appendix 1474

QUESTMS-00000958

WO 95/33279                                              PCT/GB95/01252

9

It is known that the optimum mass revolving power R of
a TOF mass analyser is related to the duration or
time-width, $\Delta T$, of the ion pulses and to the flight
time, T, of the ions through the analyser by the
5        following expression:

$$R = \frac{T}{2 \Delta T}$$

10

Accordingly, the mass resolving power R can be
improved if the time width $\Delta T$ of the ion pulses is as
short as possible.  For example, ions entering the
flight path of the TOF mass analyser 50 may typically
15       have energies of the order of 10 keV and if the flight
path is 1m, a resolution of 5000 at mass 5000 can only
be achieved if the pulse width $\Delta T$ is of the order of
14 ns or less.

20       If an ion buncher is used in the initial stage then a
mass selected ion packet would be compressed by using
the preliminary time-of-flight spectrum to time a
ramping pulse across the buncher 10 which would have
the effect of compressing the ion spread in space or
25       time at a focus within the dissociation cell 40.

Alternatively all (parent and product) ions' times of

SUBSTITUTE SHEET (RULE 26)

QUESTMS-00000959

10

flight may be timed from the source. In this case the
deflector $D_1$ would not be used. After a satisfactory
spectrum had been obtained, the kinetic energy
imparted to the parent ions would be changed by a

5    small amount for another time-of-flight experiment.
In this second experiment the parent ions flight time
would be shifted by a time related to the energy
shift, however the fragment ions' times of flight
would remain fixed in relation to their respective

10   parent ions. This would allow all parent ion
fragmentations to be analysed simultaneously since
sets of fragments relating to individual parent ions
would be distinguishable.

15   An ion buncher 30 may be provided between the ion lens
L and the TOF mass analyser 50 in order to compress
the ion pulses produced by source 10 into pulses of
much shorter duration.

20   As shown in Fig. 3, the ion "buncher" 30 comprises a
pair of electrodes $P_1$, $P_2$ which are normally maintained
at ground potential. In order to compress a pulse of
the mass-selected parent ions into a much shorter
pulse, the electrode $P_1$, that is to say the electrode

25   nearer the mass analyser 20, is ramped up rapidly to a
positive voltage $V_s$ (for positive ions) when the pulse
lies wholly within the "buncher" space $S_1$ between the

SUBSTITUTE SHEET (RULE 26)

QUESTMS-00000960

11

electrodes.

This voltage subjects each ion in the pulse to an
electrostatic accelerating force in the direction of
5       the ion mirror 50, and accelerates the ion to a higher
energy by an amount proportional to its separation
from the grounded electrode $P_1$.  The ions in the pulse
which entered the buncher space first and are closer
to electrode $P_1$, spend less time in the accelerating
10      field than do the ions which entered the "buncher"
space later.  Accordingly, the "later ions" tend to
catch up with the "earlier ions".  The distance s
separating the two electrode plates, the distance d
separating the downstream plate and the entrance to
15      the TOF mass analyser 50, and the voltage $V_1$ applied to
electrode plate $P_1$ are chosen so that the ions in a
pulse all arrive at the entrance to the TOF mass
analyser at substantially the same time.

20      The significant consequence of subjecting the mass-
selected ions in each pulse to the accelerating
voltage $V_1$ is to introduce a significant spreading of
their energies.  If, for example, the ion pulses
produced by ion source 10 are spread out in space over
25      50mm so that they just span the electrodes $P_1$, $P_1$ of
the ion buncher, the energies of parent ions arriving
at the ion mirror 50 would range from 10 keV (if this

SUBSTITUTE SHEET (RULE 26)

QUESTMS-00000961

WO 95/33279                                    PCT/GB95/01252

12

were the energy of the leading ion in the pulse which
receives no energy from the accelerating field) and 14
keV (the energy of the trailing ion in the pulse which
receives the maximum energy of 4 keV from the
5     accelerating field).

The compressed ion pulse (which may typically have a
time width of 10 ns or less) passes through the cell
40 positioned at the entrance to the TOF mass analyser
10    50. One possibility is to fragment ions by gas
collision. An alternative is to use a laser pulse to
dissociate the mass-selected parent ions forming the
compressed pulse. Since the compressed ion pulse is
well defined in both time and space, the laser pulse
15    can be synchronised to coincide with the arrival of
each ion pulse at the time focal point.

The fragment ions, produced by dissociation of the
mass-selected parent ions, continue on the same
20    trajectory as the parent ions, with very nearly the
same velocity, and so little time-spread is introduced
prior to entering the ion mirror 50. Undissociated
precursor ions and fragment ions introduced into the
ion mirror 50 will have a substantial energy spread
25    for two reasons. Ions of the same mass have a large
energy spread due to the action of the ion buncher, as
described hereinbefore. Ions of different masses have

SUBSTITUTE SHEET (RULE 26)

QUESTMS-00000962

13

different energies (each fragment ion of mass $M_f$, say, will have a fraction $M_f/M_t$ of the energy of the precursor ion (mass $M_t$) from which it is derived).

5    The quadratic field E of the ion mirror 50 enables a high mass resolving power to be attained even though the ions introduced into the flight path of the analyser have different energies.  An ion is subjected to an electrostatic reflecting force F which increased

10   linearly as a function of the depth of penetration of the ion into the field region.  This force acts in the X-direction (Fig. 4) and has a magnitude directly proportional to the separation x of the ion from the Z-axis.

15

The electrostatic reflecting force F can be expressed as

$$F = - kqx$$

where k is a constant and q is charge.

20

The equation of motion of the ion in the field region is analogous to that associated with damped simple harmonic motion, and it can be shown that the time interval t during an ion mass m travels from the point

25   of entry 1 to the point of reflection 2 is given by the expression

SUBSTITUTE SHEET (RULE 26)

QUESTMS-00000963

14

$$t = \frac{\pi}{2} \left( \frac{m}{q} \cdot \frac{1}{k} \right)^{\frac{1}{2}}$$

Thus, the ion occupies the field region for a total
time interval t' given by

$$t' = 2t = \pi \left( \frac{m}{q} \cdot \frac{1}{k} \right)^{\frac{1}{2}}$$

As this result shows, the ion occupies the field
region E for the time interval which depends only on
its mass-to-charge ration (m/q), and this enables ions
to be distinguished from one another as a function of
their mass-to-charge rations, even if, as in the
present case, they have different energies.

It has been found that the flight times of ions
through the ion mirror are independent of angular
deviation in the X-Y plane over a relatively large
angular range as measured by a flat detector in the YZ
plane.

Fig. 4 shows, by way of example, the flight paths
followed by undissociated precursor ions $I$, and by two
daughter ions $I_s(1)$, $I_s(2)$ having masses $M_s(1)$, $M_s(2)$
respectively, wherein $M_s(1) > M_s(2)$ - it will be
assumed, in this example, that the ions all have the
same charge.

SUBSTITUTE SHEET (RULE 26)

QUESTMS-00000964

WO 95/33279                                                        PCT/GB95/01252

15

Fig. 4 shows, by way of example, the flight paths
followed by undissociated precursor ions $I_p$ and by two
daughter ions $I_g(1)$, $I_g(2)$ having masses $M_g(1)$, $M_g(2)$
respectively, wherein $M_g(1) > M_g(2)$ - it will be

5       assumed, in this example, that the ions all have the
same charge.

The undissociated precursor ions $I_p$, being the
heaviest, have the longest flight time through the

10      field region and they move along the outermost path,
whereas the light daughter ions $I_g(2)$ have the shortest
flight time and because they have lower energy they
follow the innermost path.

15      Ions having different masses exit the field region at
different positions.  The ions may be detected using,
for example, a multichannel plate detector mounted in
the time-focus plane.

20      As explained hereinbefore, the two sets of deflector
plates $D_1$, $D_2$ may be used to control the angles of
incidence ∝ of the ions entering the TOF mass
analyser.  The particular function of the second set
of deflector plates $D_2$ may be to reduce the spatial

25      spread of ions at the detector, enabling all ions to
be detected.  To that end, the deflector plates $D_2$
subject all the ions to an electrostatic deflecting

SUBSTITUTE SHEET (RULE 26)

QUESTMS-00000965

16

ions received at the detector.  In principle, it is
possible to collect all the undissociated precursor
ions and the fragment ions that constitute the entire
mass spectrum.

5

A feature of this form of energy-independent ion
mirror is that the dissociation cell 40 can be
maintained at ground potential, obviating the need for
retardation and consequent spatial defocusing of the
10    ion beam and obviating the need for any energy-
dependent extraction optics.

In a further embodiment, the quadratic field may have
rotational symmetry about an axis, the X axis say.
15    Such a field may be generated by an electrode
structure comprising one electrode having a conical
electrode surface and a second electrode having a
hyperbolic or spherical electrode surface facing the
conical electrode surface.  The second electrode would
20    be maintained at a retarding potential with respect to
the first electrode.

A tandem mass spectrometry system as described finds
particular application in the structural analysis of
25    large molecules, for example biological and polymer
samples.  Because the flight-times of ions through the
ion mirror depend on their mass-to-charge ratios, and

SUBSTITUTE SHEET (RULE 26)

QUESTMS-00000966

WO 95/33279                                                          PCT/GB95/01252

17

are entirely independent of their energies, a high
mass-resolution can be attained even though the ions
are subject to a substantial spreading of their
energies due to the effect of the ion buncher on the
5      precursor ions.

A second embodiment of the invention will now be
described which is similar to the first embodiment.
Only the differences from the first embodiment will be
10     described and the same reference numerals will be used
for equivalent features.

The second embodiment is again the same as the first
embodiment except that the first time-of-flight
15     analyser takes a further different form.  The same
reference numerals will be used for equivalent
features.  The first part of the first time-of-flight
mass analyser of the second embodiment compromises an
electrostatic lens 80 after which a planar ion mirror
20     is provided which has zero optical strength.  This
takes the form of two parallel planar charged grids 92
provided one above the other.  The elements 94 of each
grid are provided at a small angle to the
perpendicular to the optical path of the ions from the
25     electrostatic lens 80.  The ions are reflected by the
mirror 93 to pass through a further electrostatic lens
96 which is identical to the first electrostatic lens

SUBSTITUTE SHEET (RULE 26)

QUESTMS-00000967

WO 95/33279                                                    PCT/GB95/01252

18

80.   The ions are then directed into the dissociation
cell 40.   The electrostatic lenses 80 and 96 serve to
achieve the required spatial focusing.

5        The third embodiment is the same as the first
embodiment except that the first tandem mass analyser
20 is not in the form of four toroidal electrostatic
analysers but instead comprises a single electrostatic
lens 80.   The lens is in the form of a cylindrical
10       tube which is at a raised potential of some kV and
which has a surrounding tubular shroud or shield 82
which is connected to earth.   In use, a laser pulse of
about brief duration is focused through a lens 86 and
directed against the target material 88.   A portion of
15       the target material 88 on the surface is volatilised.
Two closely spaced apertured plates 90 adjacent the
laser focus point on the target material 88 are
maintained together with the target material at
potentials which are ramped serially such that the
20       emitted "cloud" of target material ions is directed to
the electrostatic lens 80 and to the remainder of the
apparatus.

         The first time-of-flight mass analyser in each of the
25       embodiments enables spatial focusing at or near the
entrance to the second mass analyser 50.   Time focus
is also provided and these features enable the

SUBSTITUTE SHEET (RULE 26)

QUESTMS-00000968

WO 95/33279                                         PCT/GB95/01252

19

apparatus of the three embodiments to provide a
significantly improved resolution over existing
apparatus.

5       The spatial focusing, concomitant with tiem focusing,
is the essential requirement for the quadratic field
mirror to give high resolution.

SUBSTITUTE SHEET (RULE 26)

Joint Appendix 1485

QUESTMS-00000969

WO 95/33279                                    PCT/GB95/01252

20

## CLAIMS

1.      Tandem mass spectrometry apparatus
comprising a serial arrangement of an ion source, a
5   first time-of-flight means, means for dissociating
ions from the first time-of-flight means to generate
fragment ions and a second time-of-flight means, the
second time-of-flight means comprising an ion mirror
which is arranged to produce a reflecting,
10  substantially quadratic field along the optical axis
of the apparatus, the first time-of-flight means
comprising electrostatic field means for providing
spatial focusing of ions at or near the entrance to
the ion mirror.

15

2.      Tandem mass spectrometry apparatus as
claimed in claim 1, wherein the ion mirror is arranged
to produce a parabolic field along the optical axis of
the apparatus.

20

3.      Tandem mass spectrometry apparatus as
claimed in claim 1 or claim 2, wherein the ion source
is arranged to emit a pulsed beam of ions.

25  4.      Tandem mass spectrometry apparatus as
claimed in claim 1, 2 or 3, wherein the apparatus
includes means for compressing or bunching ions into a

SUBSTITUTE SHEET (RULE 26)

Joint Appendix 1486

QUESTMS-00000970

21

pulse of ions.

5.       Tandem mass spectrometry apparatus as
claimed in claim 4, wherein the ion bunching means
5    comprises electrostatic means defining a buncher space
having an entrance by which a pulse of ions selected
by the first time-of-flight means enters the buncher
space and an exit by which the pulse exits the buncher
space, the electrostatic means being operable to apply
10   an electrostatic accelerating or decelerating force to
ions in a pulse as it enters the buncher space whereby
to accelerate or decelerate the ions to higher or
lower energies in proportion to their separation from
the exit of the buncher space.

15

6.       Tandem mass spectrometry apparatus as
claimed in claim 5, wherein the electrostatic means of
the ion bunching means comprises respective
electroplates at the entrance to and the exit from the
20   buncher space.

7.       Tandem mass spectrometry apparatus as
claimed in any preceding claim, wherein the first
time-of-flight means is arranged to provide focusing
25   of an isobaric ion packet with regard to spread normal
to the optical axis spread along the optical axis of
the machine, spread in the energy of the ions within

SUBSTITUTE SHEET (RULE 26)

QUESTMS-00000971

WO 95/33279

PCT/GB95/01252

22

the packet and focusing in time.

8.       Tandem mass spectrometry apparatus as
claimed in any preceding claim, wherein the first
5     time-of-flight means comprises a sequential S
configuration of a plurality of toroidal or
cylindrical electrostatic devices.

9.       Tandem mass spectrometry apparatus as
10    claimed in claim 8, wherein the first time-of-flight
means comprises two, three or four of said
electrostatic devices.

10.       Tandem mass spectrometry apparatus as
15    claimed in any of claims 1 to 7, wherein the first
time-of-flight means comprises an electrostatic lens.

11.       Tandem mass spectrometry apparatus as
claimed in claim 10, wherein the ion source includes
20    an electrostatic means to accelerate ions into the
electrostatic lens.

12.       Tandem mass spectrometry apparatus as
claimed in claim 10 or claim 11, wherein the
25    electrostatic lens comprises an axially symmetrical
body at a raised potential.

SUBSTITUTE SHEET (RULE 26)

QUESTMS-00000972

WO 95/33279                                        PCT/GB95/01252

23

13.        Tandem mass spectrometry apparatus as
claimed in claim 10, 11 or 12, wherein the first time-
of-flight means further comprises an ion mirror after
the electrostatic lens.

5

14.        Tandem mass spectrometry apparatus as
claimed in claim 13, wherein the first time-of-flight
means further comprises a second electrostatic lens
after the ion mirror.

10

15.        Tandem mass spectrometry apparatus as
claimed in claim 13 or claim 14, wherein the ion
mirror is a gridless planar mirror with substantially
zero optical strength.

15

SUBSTITUTE SHEET (RULE 26)

QUESTMS-00000973

PCT/US2010/056461 26.01.2011

WO 95/33279                                              PCT/GB95/01252

1/6



Fig. 1

SUBSTITUTE SHEET (RULE 26)

Joint Appendix 1490

QUESTMS-00000974

WO 95/33279                                                    PCT/GB95/01252

2/6



Fig.2

SUBSTITUTE SHEET (RULE 26)

QUESTMS-00000975

Fig.4



Fig.3

SUBSTITUTE SHEET (RULE 26)

QUESTMS-00000976

PCT/US2010/056461 26.01.2011

WO 95/33279

4/6

PCT/GB95/01252



*Fig.5.*



*Fig.6*

SUBSTITUTE SHEET (RULE 26)

QUESTMS-00000977

WO 95/33279                                    PCT/GB95/01252

5/6



SUBSTITUTE SHEET (RULE 26)

Joint Appendix 1494

QUESTMS-00000978

WO 95/33279                                    PCT/GB95/01252

6/6



Fig 8

SUBSTITUTE SHEET (RULE 26)

Joint Appendix 1495

QUESTMS-00000979

# INTERNATIONAL SEARCH REPORT

| Intern    al Application No |
|---|
| PCT/GB 95/01252 |

**A. CLASSIFICATION OF SUBJECT MATTER**
IPC 6   H01J49/40

According to International Patent Classification (IPC) or to both national classification and IPC

**B. FIELDS SEARCHED**

Minimum documentation searched (classification system followed by classification symbols)
IPC 6   H01J

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched

Electronic data base consulted during the international search (name of data base and, where practical, search terms used)

**C. DOCUMENTS CONSIDERED TO BE RELEVANT**

| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| X | EP,A,0 456 517 (KRATOS ANALYTICAL LTD.) 13 November 1991 | 1,3-5,7, 10-13 |
| Y | see page 2, line 1 - line 26 see page 2, line 54 - page 3, line 9 see page 3, line 18 - line 25 see page 4, line 45 - line 58 see page 7, line 29 - line 31 see figures | 6,8,9,15 |
| A | --- | 2,14 |
| Y | EP,A,0 403 965 (BRUKER FRANZEN ANALYTIK GMBH) 27 December 1990 see abstract see page 7, line 1 - line 47; figure 1 | 6 |
| Y | EP,A,0 408 288 (KRATOS ANALYTICAL LTD) 16 January 1991 see column 7, line 41 - line 46 | 8,9 |
|  | -/-- |  |

| X | Further documents are listed in the continuation of box C. |   | X | Patent family members are listed in annex. |

* Special categories of cited documents :

"A" document defining the general state of the art which is not considered to be of particular relevance

"E" earlier document but published on or after the international filing date

"L" document which may throw doubt on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified)

"O" document referring to an oral disclosure, use, exhibition or other means

"P" document published prior to the international filing date but later than the priority date claimed

"T" later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention

"X" document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone

"Y" document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art.

"&" document member of the same patent family

| Date of the actual completion of the international search | Date of mailing of the international search report |
|---|---|
| 19 September 1995 | 27. 09. 95 |

| Name and mailing address of the ISA | Authorized officer |
|---|---|
| European Patent Office, P.B. 5818 Patentlaan 2 NL - 2280 HV Rijswijk Tel. (+31-70) 340-2040, Tx. 31 651 epo nl, Fax: (+31-70) 340-3016 | Hulne, S |

Form PCT/ISA/210 (second sheet) (July 1992)

page 1 of 2

Joint Appendix 1496

QUESTMS-00000980

**INTERNATIONAL SEARCH REPORT**

| | Intern   al Application No |
|---|---|
| | PCT/GB 95/01252 |

C.(Continuation) DOCUMENTS CONSIDERED TO BE RELEVANT

| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| Y | DE,A,41 34 905 (UNISEARCH LTD) 23 April 1992<br>see abstract; figures 1,2<br>--- | 15 |
| A | DE,A,20 45 338 (SHELL INT RESEARCH) 18 March 1971<br>see claim 1; figure 2<br>--- | 8 |
| A | INTERNATIONAL JOURNAL OF MASS SPECTROMETRY AND ION PROCESSES,<br>vol. 103, no. 2 / 03, 1 January 1991<br>pages 117-128, XP 000172837<br>KUTSCHER R ET AL 'A TRANSVERSALLY AND LONGITUDINALLY FOCUSING TIME-OF-FLIGHT MASS SPECTROMETER'<br>see abstract; figure 1<br>----- | .1,15 |

2

Joint Appendix 1497

QUESTMS-00000981

PCT/US2010/056461 26.01.2011

## INTERNATIONAL SEARCH REPORT
information on patent family members

Intern      al Application No
PCT/GB  95/01252

| Patent document cited in search report | Publication date | Patent family member(s) | | Publication date |
|---|---|---|---|---|
| EP-A-0456517 | 13-11-91 | EP-A- | 0456516 | 13-11-91 |
| | | JP-A- | 4229543 | 19-08-92 |
| | | JP-A- | 4262358 | 17-09-92 |
| | | US-A- | 5180914 | 19-01-93 |
| | | US-A- | 5120958 | 09-06-92 |
| EP-A-0403965 | 27-12-90 | DE-A- | 3920566 | 10-01-91 |
| | | DE-D- | 59007546 | 01-12-94 |
| | | US-A- | 5032722 | 16-07-91 |
| EP-A-0408288 | 16-01-91 | DE-D- | 69012899 | 03-11-94 |
| | | DE-T- | 69012899 | 13-04-95 |
| | | JP-A- | 3046747 | 28-02-91 |
| | | US-A- | 5077472 | 31-12-91 |
| DE-A-4134905 | 23-04-92 | GB-A,B | 2250632 | 10-06-92 |
| | | US-A- | 5206508 | 27-04-93 |
| DE-A-2045338 | 18-03-71 | FR-A- | 2061381 | 18-06-71 |
| | | GB-A- | 1302195 | 04-01-73 |

Form PCT/ISA/210 (patent family annex) (July 1992)

QUESTMS-00000982



Europäisches
Patentamt
European
Patent Office
Office européen
des brevets

European Patent Office
80298 MUNICH
GERMANY
Tel. +49 (0)89 2399 - 0
Fax +49 (0)89 2399 - 4465

Dokter, Eric-Michael
Viering, Jentschura & Partner
Grillparzerstrasse 14
81675 München
ALLEMAGNE

VJP München
Erhalten / Received
2 2. Dez. 2010
Frist / Due Date:

**For any questions about
this communication:**
Tel :+31 (0)70 340 45 00

| | Date |
|---|---|
| | 22.12.10 |

| Reference | Application No./Patent No. |
|---|---|
| P 44436 | 08853843.4 - 2401 / 2215447   PCT/US2008084709 |

| Applicant/Proprietor |
|---|
| Quest Diagnostics Investments Incorporated |

## Communication

The extended European search report is enclosed.

The extended European search report includes, pursuant to Rule 62 EPC, the supplementary European search report (Art. 153(7) EPC) and the European search opinion.

Copies of documents cited in the European search report are attached.

☑   0 additional set(s) of copies of such documents is (are) enclosed as well.

### Refund of the search fee

If applicable under Article 9 Rules relating to fees, a separate communication from the Receiving Section on the refund of the search fee will be sent later.



EPO Form 1507S   08.10

QUESTMS-00000983



Europäisches
Patentamt
European
Patent Office
Office européen
des brevets

**SUPPLEMENTARY
EUROPEAN SEARCH REPORT**

Application Number

EP 08 85 3843

## DOCUMENTS CONSIDERED TO BE RELEVANT

| Category | Citation of document with indication, where appropriate, of relevant passages | Relevant to claim | CLASSIFICATION OF THE APPLICATION (IPC) |
|---|---|---|---|
| X | YEAUNG B., VOUROS P.: "Role of mass spectrometry in vitamin D research", MASS SPECTROMETRY REVIEWS, vol. 14, no. 3, May 1995 (1995-05), pages 179-194, XP002611766, * figures 12, 13 * * page 191 - page 192 * | 1-15 | INV. G01N1/18 |
| Y | KOBAYASHI NORIHIRO ET AL: "Tandem immunoaffinity chromatography for plasma 1-alpha,25-dihydroxyvitamin D-3 utilizing two antibodies having different specificities: A novel and powerful pretreatment tool for 1-alpha,25-dihydroxyvitamin D-3 radioreceptor assays", JOURNAL OF STEROID BIOCHEMISTRY AND MOLECULAR BIOLOGY, vol. 54, no. 5-6, 1995, pages 217-226, XP002611767, ISSN: 0960-0760 * the whole document * | 1-15 | |
| Y | KOBAYASHI N ET AL: "PRODUCTION OF A GROUP-SPECIFIC ANTIBODY TO 1ALPHA,25-DIHYDROXYVITAMIN D AND ITS DERIVATIVES HAVING THE 1ALPHA,3BETA-DIHYDROXYLATED A-RING STRUCTURE", STEROIDS, ELSEVIER SCIENCE PUBLISHERS, NEW YORK, NY, US, vol. 59, no. 7, 1 July 1994 (1994-07-01), pages 404-411, XP000570695, ISSN: 0039-128X, DOI: DOI:10.1016/0039-128X(94)90009-4 * the whole document * | 1-15 | TECHNICAL FIELDS SEARCHED (IPC) G01N |

The supplementary search report has been based on the last set of claims valid and available at the start of the search.

| Place of search | Date of completion of this search | Examiner |
|---|---|---|
| Munich | 29 November 2010 | Bayer, Martin |

CATEGORY OF CITED DOCUMENTS

X : particularly relevant if taken alone
Y : particularly relevant if combined with another document of the same category
A : technological background
O : non-written disclosure
P : intermediate document

T : theory or principle underlying the invention
E : earlier patent document, but published on, or after the filing date
D : document cited in the application
L : document cited for other reasons

& : member of the same patent family, corresponding document

QUESTMS-00000984

| Datum Date Date | ct Form 1507 | Blatt Sheet Feuille | 1 | Anmelde-Nr: Application No: Demande n°: | 08 853 843.4 |

The examination is being carried out on the **following application documents**

**Description, Pages**

1-28          as published

**Claims, Numbers**

1-15          filed with entry into the regional phase before the EPO

Reference is made to the following documents; the numbering will be adhered to in the rest of the procedure.

D1      YEAUNG B., VOUROS P.: "Role of mass spectrometry in vitamin D research",
MASS SPECTROMETRY REVIEWS, vol. 14. no. 3, May 1995 (1995-05), pages 179-194,

D2      KOBAYASHI NORIHIRO ET AL: "Tandem immunoaffinity chromatography for plasma 1-alpha,25-dihydroxyvitamin D-3 utilizing two antibodies having different specificities: A novel and powerful pretreatment tool for 1-alpha,25-dihydroxyvitamin D-3 radioreceptor assays",JOURNAL OF STEROID BIOCHEMISTRY AND MOLECULAR BIOLOGY, vol. 54, no. 5-6, 1995, pages 217-226

D3      KOBAYASHI N ET AL: "PRODUCTION OF A GROUP-SPECIFIC ANTIBODY TO 1ALPHA,25-DIHYDROXYVITAMIN D AND ITS DERIVATIVES HAVING THE 1ALPHA,3BETA-DIHYDROXYLATED A-RING STRUCTURE", STEROIDS, ELSEVIER SCIENCE PUBLISHERS, NEW YORK, NY, US, vol. 59, no. 7, 1 July 1994 (1994-07-01), pages 404-411

If not otherwise indicated, reference is made to the passages cited in the European supplementary search report.

EPO Form 1703 01.91 TRI

QUESTMS-00000985

| Datum<br>Date   cf Form 1507 | Blatt<br>Sheet   2 | Anmelde-Nr.<br>Application No:   08 853 843.4 |
|---|---|---|
| Date | Feuille | Demande n°: |

The application provides methods of detecting the presence or amount of a dihydroxyvitamin D metabolite in a sample using mass spectrometry. The methods generally comprise ionizing a dihydroxyvitamin D metabolite in a sample. The methods further include immunopurifying the dihydroxyvitamin D metabolites prior to mass spectrometry.

## 1.   Amendments (Article 123 EPC)

The entire set of the amended claims 1-15 filed with entry into the regional phase before the EPO is allowable under Article 123(2) EPC.

## 2.   Novelty (Article 54 EPC)

Document D1 discloses the mass spectrometric analysis of dihydroxyvitamin D metabolites. The spectra of derivatized dihydroxyvitamin D ($1,25(OH)_2D_3$-PTAD) are disclosed comprising the ions and fragments thereof with m/z values of 574, 314 and 298.

In the present wording of claim 1 the term "optionally" is not a limiting feature. Expressions of this kind have no limiting effect on the scope of a claim; that is to say, the feature following any such expression is to be regarded as entirely optional (Guidelines C-III, 4.9).

Hence, claims 1, 3-11 lack novelty over D1.

## 3.   Inventive Step (Article 56 EPC)

The remaining claims are considered to lack an inventive step over D1 since these claims merely state features which are within the scope of customary practice followed by persons skilled in the art, especially as the advantage thus achieved can be readily contemplated in advance as might be exemplified by the teaching of either D2 or D3.

D2 discloses two antibodies specific for the dihydroxyvitamin derivative 1-alpha,25-dihydroxyvitamin D-3 ($1,25(OH)_2D_3$). Said antibodies are used for immunoaffinity chromatography (IAC) of $1,25(OH)_2D_3$ from human plasma samples prior to analysis. It is further taught that IAC is also be useful for developing immunoassays or gas chromatography-mass spectrometry of $1,25(OH)_2D_3$.

EPO Form 1703 01.91TRI

QUESTMS-00000986

| Datum<br>Date<br>Date | cf Form 1507 | Blatt<br>Sheet<br>Feuille | 3 | Anmelde-Nr:<br>Application No:<br>Demande n°: | 08 853 843.4 |

Prior art D3 discloses a group-specific antibody to 1 alpha,25-dihydroxyvitamin D and its derivatives having the 1 alpha,3 beta-dihydroxylated A-ring structure for use in immunoaffinity chromatography. It is disclosed that IAC would allow specific extraction of dihydroxyvitamin derivatives from biological samples as a treatment step prior to highly sensitive analytical methods such as gas-liquid chromatography/mass spectrometry.

4.    Clarity (Article 84 EPC)

Claims 10 and 11 lack clarity in that the m/z values of step (c) appear not to correlate with the cognate analyte, .i.e. 1[alpha],25(OH)2D2 or 1 [alpha],25(OH)2D3.

5.    Remarks

The applicant is informed that a non-unity objection could have been raised since the unifying feature of all the different methods enclosed by the claims embracing both dihydroxyvitamin D metabolites, namely 1[alpha],25(OH)2D3, is known in the art (cf. item 2). Due to the insufficiencies as indicated above which demand suitable amendments no objection was done at the search stage but depending on the amendments to be done might become necessary at a later stage.

EPO Form 1703 01 91TRI

QUESTMS-00000987

Bitte beachten Sie, dass angeführte Nichtpatentliteratur (wie z. B. wissenschaftliche oder technische Dokumente) je nach geltendem Recht dem Urheberrechtsschutz und/oder anderen Schutzarten für schriftliche Werke unterliegen könnte. Die Vervielfältigung urheberrechtlich geschützter Texte, ihre Verwendung in anderen elektronischen oder gedruckten Publikationen und ihre Weitergabe an Dritte ist ohne ausdrückliche Zustimmung des Rechtsinhabers nicht gestattet.

Veuillez noter que les ouvrages de la littérature non-brevets qui sont cités, par exemple les documents scientifiques ou techniques, etc., peuvent être protégés par des droits d'auteur et/ou toute autre protection des écrits prévue par les législations applicables. Les textes ainsi protégés ne peuvent être reproduits ni utilisés dans d'autres publications électroniques ou imprimées, ni rediffusés sans l'autorisation expresse du titulaire du droit d'auteur.

Please be aware that cited works of non-patent literature such as scientific or technical documents or the like may be subject to copyright protection and/or any other protection of written works as appropriate based on applicable laws. Copyrighted texts may not be copied or used in other electronic or printed publications or re-distributed without the express permission of the copyright holder.

XS        CPRTENFRDE

BNSDOCID: <XS_____2006100103CF_I_>

QUESTMS-00000988

PCT/US2010/056461 26.01.2011

**PATENT COOPERATION TREATY**

From the INTERNATIONAL SEARCHING AUTHORITY

| | |
|---|---|
| To:<br>ANTHONY C. KUHLMANN<br>FOLEY & LARDNER LLP<br>3579 VALLEY CENTRE DRIVE, SUITE 300<br>SAN DIEGO, CA  92130 | **PCT**<br><br>NOTIFICATION OF TRANSMITTAL OF<br>THE INTERNATIONAL SEARCH REPORT AND<br>THE WRITTEN OPINION OF THE INTERNATIONAL<br>SEARCHING AUTHORITY, OR THE DECLARATION<br><br>(PCT Rule 44.1) |

| Date of mailing<br>(day/month/year) | **26 JAN 2011** |
|---|---|

| Applicant's or agent's file reference<br>034827-0381 | **FOR FURTHER ACTION**   See paragraphs 1 and 4 below |
|---|---|

| International application No.<br>PCT/US 10/56461 | International filing date<br>(day/month/year)   12 November 2010 (12.11.2010) |
|---|---|

| Applicant  QUEST DIAGNOSTICS INVESTMENTS INCORPORATED |
|---|

1. ☒ The applicant is hereby notified that the international search report and the written opinion of the International Searching Authority have been established and are transmitted herewith.

   **Filing of amendments and statement under Article 19:**
   The applicant is entitled, if he so wishes, to amend the claims of the international application (see Rule 46):

   **When?** The time limit for filing such amendments is normally two months from the date of transmittal of the international search report.

   **Where?** Directly to the International Bureau of WIPO, 34 chemin des Colombettes
   1211 Geneva 20, Switzerland, Facsimile No.: +41 22 338 82 70

   **For more detailed instructions,** see *PCT Applicant's Guide*, International Phase, paragraphs 9.004 – 9.011.

2. ☐ The applicant is hereby notified that no international search report will be established and that the declaration under Article 17(2)(a) to that effect and the written opinion of the International Searching Authority are transmitted herewith.

3. ☐ With regard to any protest against payment of (an) additional fee(s) under Rule 40.2, the applicant is notified that:

   ☐ the protest together with the decision thereon has been transmitted to the International Bureau together with any request to forward the texts of both the protest and the decision thereon to the designated Offices.

   ☐ no decision has been made yet on the protest; the applicant will be notified as soon as a decision is made.

4. **Reminders**

   The applicant may submit comments on an informal basis on the written opinion of the International Searching Authority to the International Bureau. The International Bureau will send a copy of such comments to all designated Offices unless an international preliminary examination report has been or is to be established. Following the expiration of 30 months from the priority date, these comments will also be made available to the public.

   Shortly after the expiration of **18 months** from the priority date, the international application will be published by the International Bureau. If the applicant wishes to avoid or postpone publication, a notice of withdrawal of the international application, or of the priority claim, must reach the International Bureau before the completion of the technical preparations for international publication (Rules 90*bis*.1 and 90*bis*.3).

   Within **19 months** from the priority date, but only in respect of some designated Offices, a demand for international preliminary examination must be filed if the applicant wishes to postpone the entry into the national phase **until 30 months** from the priority date (in some Offices even later); otherwise, the applicant must, **within 20 months** from the priority date, perform the prescribed acts for entry into the national phase before those designated Offices.

   In respect of other designated Offices, the time limit of **30 months** (or later) will apply even if no demand is filed within 19 months.

   For details about the applicable time limits, Office by Office, see www.wipo.int/pct/en/texts/time_limits.html and the *PCT Applicant's Guide*, National Chapters.

| Name and mailing address of the ISA/<br>Mail Stop PCT, Attn: ISA/US<br>Commissioner for Patents<br>P.O. Box 1450, Alexandria, Virginia 22313-1450 | Authorized officer<br><br>Lee W. Young<br>PCT Helpdesk: 571-272-4300 |
|---|---|
| Facsimile No. 571-273-3201 | Telephone No.   PCT OSP: 571-272-7774 |

Form PCT/ISA/220  (July 2010)

QUESTMS-00000989

PATENT COOPERATION TREATY

# PCT

INTERNATIONAL SEARCH REPORT

(PCT Article 18 and Rules 43 and 44)

| Applicant's or agent's file reference<br>034827-0381 | **FOR FURTHER<br>ACTION** | see Form PCT/ISA/220<br>as well as, where applicable, item 5 below. |
|---|---|---|
| International application No.<br>PCT/US 10/56461 | International filing date *(day/month/year)*<br>12 November 2010 (12.11.2010) | (Earliest) Priority Date *(day/month/year)*<br>03 December 2009 (03.12.2009) |
| Applicant<br>QUEST DIAGNOSTICS INVESTMENTS INCORPORATED | | |

This international search report has been prepared by this International Searching Authority and is transmitted to the applicant according to Article 18. A copy is being transmitted to the International Bureau.

This international search report consists of a total of ~~2~~ sheets.

☐ It is also accompanied by a copy of each prior art document cited in this report.

1. **Basis of the report**

    a. With regard to the **language**, the international search was carried out on the basis of:

    ☒ the international application in the language in which it was filed.

    ☐ a translation of the international application into _____ which is the language of a translation furnished for the purposes of international search (Rules 12.3(a) and 23.1(b)).

    b. ☐ This international search report has been established taking into account the **rectification of an obvious mistake** authorized by or notified to this Authority under Rule 91 (Rule 43.6bis(a)).

    c. ☐ With regard to any **nucleotide and/or amino acid sequence** disclosed in the international application, see Box No. I.

2. ☒ **Certain claims were found unsearchable** (see Box No. II).

3. ☐ **Unity of invention** is lacking (see Box No. III).

4. With regard to the **title**,

    ☒ the text is approved as submitted by the applicant.

    ☐ the text has been established by this Authority to read as follows:

5. With regard to the **abstract**,

    ☒ the text is approved as submitted by the applicant.

    ☐ the text has been established, according to Rule 38.2, by this Authority as it appears in Box No. IV. The applicant may, within one month from the date of mailing of this international search report, submit comments to this Authority.

6. With regard to the **drawings**,

    a. the figure of the drawings to be published with the abstract is Figure No. 1 _____

    ☒ as suggested by the applicant.

    ☐ as selected by this Authority, because the applicant failed to suggest a figure.

    ☐ as selected by this Authority, because this figure better characterizes the invention.

    b. ☐ none of the figures is to be published with the abstract.

Form PCT/ISA/210 (first sheet) (July 2009)

QUESTMS-00000990

### INTERNATIONAL SEARCH REPORT

| International application No. |
|---|
| PCT/US 10/56461 |

| **Box No. II** | **Observations where certain claims were found unsearchable (Continuation of item 2 of first sheet)** |
|---|---|

This international search report has not been established in respect of certain claims under Article 17(2)(a) for the following reasons:

1. ☐ Claims Nos.:
   because they relate to subject matter not required to be searched by this Authority, namely:

2. ☐ Claims Nos.:
   because they relate to parts of the international application that do not comply with the prescribed requirements to such an extent that no meaningful international search can be carried out, specifically:

3. ☒ Claims Nos.: 7-77 and 81-84
   because they are dependent claims and are not drafted in accordance with the second and third sentences of Rule 6.4(a).

| **Box No. III** | **Observations where unity of invention is lacking (Continuation of item 3 of first sheet)** |
|---|---|

This International Searching Authority found multiple inventions in this international application, as follows:

1. ☐ As all required additional search fees were timely paid by the applicant, this international search report covers all searchable claims.

2. ☐ As all searchable claims could be searched without effort justifying additional fees, this Authority did not invite payment of additional fees.

3. ☐ As only some of the required additional search fees were timely paid by the applicant, this international search report covers only those claims for which fees were paid, specifically claims Nos.:

4. ☐ No required additional search fees were timely paid by the applicant. Consequently, this international search report is restricted to the invention first mentioned in the claims; it is covered by claims Nos.:

**Remark on Protest**
- ☐ The additional search fees were accompanied by the applicant's protest and, where applicable, the payment of a protest fee.
- ☐ The additional search fees were accompanied by the applicant's protest but the applicable protest fee was not paid within the time limit specified in the invitation.
- ☐ No protest accompanied the payment of additional search fees.

Form PCT/ISA/210 (continuation of first sheet (2)) (July 2009)

QUESTMS-00000991

## INTERNATIONAL SEARCH REPORT

| | International application No. |
|---|---|
| | PCT/US 10/56461 |

**A. CLASSIFICATION OF SUBJECT MATTER**
IPC(8) - C12Q 1/68; G06F 19/00 (2010.01)
USPC - 435/6; 436/86; 702/19
According to International Patent Classification (IPC) or to both national classification and IPC

**B. FIELDS SEARCHED**

Minimum documentation searched (classification system followed by classification symbols)
USPC -- 435/6; 436/86; 702/19

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched
USPC - 435/6; 436/86; 702/19 (keyword delimited)

Electronic data base consulted during the international search (name of data base and, where practicable, search terms used)
PubWEST (USPT, PGPB, EPAB, JPAB), Google
Search terms used: vitamin D, mass spectrometry, ionization, laser, volatile, heat, liquid chromatography, sample, assay, detect, serum, plasma

**C. DOCUMENTS CONSIDERED TO BE RELEVANT**

| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| X --- Y | US 2006/0228809 A1 (Clarke et al.) 12 October 2006 (12.10.2006), entire document especially Abstract, para [0045], [0043], [0037], [0042], [0058], [0045] | 78, 79 ----------- 1-6, 80 |
| X --- Y | US 2009/0137056 A1 (Holmquist et al.) 28 May 2009 (28.05.2009), entire document | 78, 79 ----------- 1-6, 80 |
| Y | WO 1995/033279 A1 (Derrick et al.) 07 December 1995 (07.12.1995), pg 8, ln 4-6 | 1-6, 80 |
| Y | WO 2008/097246 A2 (Schroeder) 14 August 2008 (14.08.2008), para [0009] | 1-6, 80 |

☐ Further documents are listed in the continuation of Box C.  ☐

| * | Special categories of cited documents: | "T" | later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention |
|---|---|---|---|
| "A" | document defining the general state of the art which is not considered to be of particular relevance | | |
| "E" | earlier application or patent but published on or after the international filing date | "X" | document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone |
| "L" | document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified) | "Y" | document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art |
| "O" | document referring to an oral disclosure, use, exhibition or other means | | |
| "P" | document published prior to the international filing date but later than the priority date claimed | "&" | document member of the same patent family |

| Date of the actual completion of the international search | Date of mailing of the international search report |
|---|---|
| 06 January 2011 (06.01.2011) | **26 JAN 2011** |

| Name and mailing address of the ISA/US | Authorized officer: |
|---|---|
| Mail Stop PCT, Attn: ISA/US, Commissioner for Patents P.O. Box 1450, Alexandria, Virginia 22313-1450 Facsimile No. 571-273-3201 | Lee W. Young PCT Helpdesk: 571-272-4300 PCT OSP: 571-272-7774 |

Form PCT/ISA/210 (second sheet) (July 2009)

QUESTMS-00000992

PCT/US2010/056461 26.01.2011

## PATENT COOPERATION TREATY

From the
INTERNATIONAL SEARCHING AUTHORITY

To: ANTHONY C. KUHLMANN
FOLEY & LARDNER LLP
3579 VALLEY CENTRE DRIVE, SUITE 300
SAN DIEGO, CA  92130

# PCT

WRITTEN OPINION OF THE
INTERNATIONAL SEARCHING AUTHORITY

(PCT Rule 43*bis*.1)

| Date of mailing *(day/month/year)* | **26 JAN 2011** |
|---|---|

| Applicant's or agent's file reference | FOR FURTHER ACTION |
|---|---|
| 034827-0381 | See paragraph 2 below |

| International application No. | International filing date *(day/month/year)* | Priority date *(day/month/year)* |
|---|---|---|
| PCT/US 10/56461 | 12 November 2010 (12.11.2010) | 03 December 2009 (03.12.2009) |

International Patent Classification (IPC) or both national classification and IPC
IPC(8) -  C12Q 1/68; G06F 19/00 (2010.01)
USPC -  435/6; 436/86; 702/19

Applicant QUEST DIAGNOSTICS INVESTMENTS INCORPORATED

---

1. This opinion contains indications relating to the following items:

☒ Box No. I      Basis of the opinion

☐ Box No. II      Priority

☒ Box No. III     Non-establishment of opinion with regard to novelty, inventive step and industrial applicability

☐ Box No. IV     Lack of unity of invention

☒ Box No. V      Reasoned statement under Rule 43*bis*.1(a)(i) with regard to novelty, inventive step or industrial applicability;
citations and explanations supporting such statement

☐ Box No. VI     Certain documents cited

☐ Box No. VII    Certain defects in the international application

☐ Box No. VIII   Certain observations on the international application

2. **FURTHER ACTION**

If a demand for international preliminary examination is made, this opinion will be considered to be a written opinion of the
International Preliminary Examining Authority ("IPEA") except that this does not apply where the applicant chooses an Authority
other than this one to be the IPEA and the chosen IPEA has notified the International Bureau under Rule 66.1*bis*(b) that written
opinions of this International Searching Authority will not be so considered.

If this opinion is, as provided above, considered to be a written opinion of the IPEA, the applicant is invited to submit to the IPEA
a written reply together, where appropriate, with amendments, before the expiration of 3 months from the date of mailing of Form
PCT/ISA/220 or before the expiration of 22 months from the priority date, whichever expires later.

For further options, see Form PCT/ISA/220.

3. For further details, see notes to Form PCT/ISA/220.

---

| Name and mailing address of the ISA/US | Date of completion of this opinion | Authorized officer: |
|---|---|---|
| Mail Stop PCT, Attn: ISA/US<br>Commissioner for Patents<br>P.O. Box 1450, Alexandria, Virginia 22313-1450<br>Facsimile No.  571-273-3201 | 06 January 2010 (06.01.2010) | Lee W. Young<br><br>PCT Helpdesk: 571-272-4300<br>PCT OSP: 571-272-7774 |

Form PCT/ISA/237 (cover sheet) (July 2009)

QUESTMS-00000993

| WRITTEN OPINION OF THE<br>INTERNATIONAL SEARCHING AUTHORITY | International application No.<br>PCT/US 10/56461 |
|---|---|

**Box No. I     Basis of this opinion**

1.  With regard to the language, this opinion has been established on the basis of:

    ☒  the international application in the language in which it was filed.

    ☐  a translation of the international application into _____ which is the language of a
    translation furnished for the purposes of international search (Rules 12.3(a) and 23.1(b)).

2.  ☐  This opinion has been established taking into account the **rectification of an obvious mistake** authorized by or notified
    to this Authority under Rule 91 (Rule 43*bis*.1(a))

3.  With regard to any **nucleotide and/or amino acid sequence** disclosed in the international application, this opinion has been
    established on the basis of a sequence listing filed or furnished:

    a.  (means)

        ☐  on paper

        ☐  in electronic form

    b.  (time)

        ☐  in the international application as filed

        ☐  together with the international application in electronic form

        ☐  subsequently to this Authority for the purposes of search

4.  ☐  In addition, in the case that more than one version or copy of a sequence listing has been filed or furnished, the required
    statements that the information in the subsequent or additional copies is identical to that in the application as filed or
    does not go beyond the application as filed, as appropriate, were furnished.

5.  Additional comments:

Form PCT/ISA/237 (Box No. I) (July 2009)

QUESTMS-00000994

**WRITTEN OPINION OF THE
INTERNATIONAL SEARCHING AUTHORITY**

| | International application No.
PCT/US 10/56461 |

Box No. III    Non-establishment of opinion with regard to novelty, inventive step and industrial applicability

The questions whether the claimed invention appears to be novel, to involve an inventive step (to be non obvious), or to be industrially applicable have not been examined in respect of:

☐ the entire international application.

☒ claims Nos. 7-77, 81-84

because:

☐ the said international application, or the said claims Nos. _____ relate to the following
subject matter which does not require an international search (specify):

☒ the description, claims or drawings (indicate particular elements below) or said claims Nos. 7-77, 81-84
are so unclear that no meaningful opinion could be formed (specify):
Claims 7-77 and 81-84 are improper dependant claims pursuant to the second and third sentences of Rule 6.4(a).

☐ the claims, or said claims Nos. _____ are so inadequately supported
by the description that no meaningful opinion could be formed (specify):

☒ no international search report has been established for said claims Nos. 7-77, 81-84

☐ a meaningful opinion could not be formed without the sequence listing; the applicant did not, within the prescribed time limit:

☐ furnish a sequence listing on paper complying with the standard provided for in Annex C of the Administrative
Instructions, and such listing was not available to the International Searching Authority in a form and manner acceptable
to it.

☐ furnish a sequence listing in electronic form complying with the standard provided for in Annex C of the Administrative
Instructions, and such listing was not available to the International Searching Authority in a form and manner acceptable
to it.

☐ pay the required late furnishing fee for the furnishing of a sequence listing in response to an invitation under
Rule 13ter.1(a) or (b).

☐ See Supplemental Box for further details.

Form PCT/ISA/237 (Box No. III) (July 2009)

QUESTMS-00000995

**PCT/US2010/056461 26.01.2011**

| WRITTEN OPINION OF THE INTERNATIONAL SEARCHING AUTHORITY | International application No. |
|---|---|
| | PCT/US 10/56461 |

| Box No. V | Reasoned statement under Rule 43*bis*.1(a)(i) with regard to novelty, inventive step or industrial applicability; citations and explanations supporting such statement |
|---|---|

1.   Statement

| | | | | |
|---|---|---|---|---|
| Novelty (N) | Claims | 1-6, 80 | | YES |
| | Claims | 78, 79 | | NO |
| Inventive step (IS) | Claims | None | | YES |
| | Claims | 1-6, 78-80 | | NO |
| Industrial applicability (IA) | Claims | 1-6, 78-80 | | YES |
| | Claims | None | | NO |

2.   Citations and explanations:

Claims 78 and 79 lack novelty under PCT Article 33(2) as being anticipated by US 2006/0228809 A1 to Clarke et al. (hereinafter Clarke).

Regarding claim 78, Clarke teaches a method for determining the amount of one or more vitamin D metabolites in a sample, said method comprising:
a. ionizing one or more vitamin D metabolites in the volatilized sample to produce one or more ions detectable by mass spectrometry (para [0043] and Abstract); and
b. detecting the amount of one or more of the ions produced in step b) by mass spectrometry, wherein the amount of the one or more ions detected in step c) is related to the amount of the one or more vitamin D metabolites in the sample. (Abstract, para [0042]-[0043]) and wherein the sample is or is not subjected to liquid chromatography prior to mass spectrometry (para [0037]. samples MAY be purified by LC).

Regarding claim 79, Clarke further teaches wherein the sample comprises serum (para [0058]).

Claims 1-6 and 80 lack an inventive step under PCT Article 33(3) as being obvious over Clarke in view of WO 1995/033279 A1 to Derrick et al. (hereinafter Derrick).

Regarding claim 1, Clarke teaches a method for determining the amount of one or more vitamin D metabolites in a sample, said method comprising:
b. ionizing one or more vitamin D metabolites in the volatilized sample to produce one or more ions detectable by mass spectrometry (para [0043] and Abstract); and
c. detecting the amount of one or more of the ions produced in step b) by mass spectrometry, wherein the amount of the one or more ions detected in step c) is related to the amount of the one or more vitamin D metabolites in the sample. (Abstract, para [0042]-[0043]).
Clarke does not specifically disclose the further limitation, as disclosed by Derrick, namely, a. volatilizing the sample by heating the sample with a laser (pg 8, ln 4-6).  It would have been obvious to one of skill in the art to use the laser to volatilize the sample, as disclosed by Derrick, in the method for determining the amount of one or more vitamin D metabolites in a sample, as disclosed by Clarke, to facilitate the ionizing of the sample prior to mass spectrometry and increase the resulting resolution.

Regarding claims 2-5, Clarke further teaches wherein the sample is or is not subjected to liquid chromatography prior to mass spectrometry (para [0037], samples MAY be purified by LC).

Regarding claim 6, Clarke further teaches the method of anyone of claims 1-5, wherein the one or more vitamin D metabolites in the volatilized sample are ionized with atmospheric pressure chemical ionization (APCI) (para [0042]).

Regarding claim 80, Derrick further teaches the method of anyone of claims 78-79, further comprising volatilizing the biological sample by heating with a laser prior to ionizing (pg 8, ln 4-6).

Claims 1-6 and 78-80 have industrial applicability as defined by PCT Article 33(4) because the subject matter can be made or used in industry.

Form PCT/ISA/237 (Box No. V) (July 2009)

QUESTMS-00000996

## PATENT COOPERATION TREATY

From the INTERNATIONAL SEARCHING AUTHORITY

# PCT

| To: ANTHONY C. KUHLMANN FOLEY & LARDNER LLP 3579 VALLEY CENTRE DRIVE, SUITE 300 SAN DIEGO, CA 92130 | NOTIFICATION OF TRANSMITTAL OF THE INTERNATIONAL SEARCH REPORT AND THE WRITTEN OPINION OF THE INTERNATIONAL SEARCHING AUTHORITY, OR THE DECLARATION |
|---|---|

(PCT Rule 44.1)

| | Date of mailing *(day/month/year)* **27 JAN 2011** |
|---|---|
| Applicant's or agent's file reference 034827-0741 | **FOR FURTHER ACTION** See paragraphs 1 and 4 below |
| International application No. PCT/US 10/57627 | International filing date *(day/month/year)* 22 November 2010 (22.11.2010) |
| Applicant QUEST DIAGNOSTICS INVESTMENTS INC. | |

1. ☒ The applicant is hereby notified that the international search report and the written opinion of the International Searching Authority have been established and are transmitted herewith.

   **Filing of amendments and statement under Article 19:**
   The applicant is entitled, if he so wishes, to amend the claims of the international application (see Rule 46):
   **When?** The time limit for filing such amendments is normally two months from the date of transmittal of the international search report.
   **Where?** Directly to the International Bureau of WIPO, 34 chemin des Colombettes 1211 Geneva 20, Switzerland, Facsimile No.: +41 22 338 82 70
   **For more detailed instructions, see** *PCT Applicant's Guide*, International Phase, paragraphs 9.004 – 9.011.

2. ☐ The applicant is hereby notified that no international search report will be established and that the declaration under Article 17(2)(a) to that effect and the written opinion of the International Searching Authority are transmitted herewith.

3. ☐ **With regard to any protest** against payment of (an) additional fee(s) under Rule 40.2, the applicant is notified that:

   ☐ the protest together with the decision thereon has been transmitted to the International Bureau together with any request to forward the texts of both the protest and the decision thereon to the designated Offices.

   ☐ no decision has been made yet on the protest; the applicant will be notified as soon as a decision is made.

4. **Reminders**

   The applicant may submit comments on an informal basis on the written opinion of the International Searching Authority to the International Bureau. The International Bureau will send a copy of such comments to all designated Offices unless an international preliminary examination report has been or is to be established. Following the expiration of 30 months from the priority date, these comments will also be made available to the public.

   Shortly after the expiration of **18 months** from the priority date, the international application will be published by the International Bureau. If the applicant wishes to avoid or postpone publication, a notice of withdrawal of the international application, or of the priority claim, must reach the International Bureau before the completion of the technical preparations for international publication (Rules 90*bis*.1 and 90*bis*.3).

   Within **19 months** from the priority date, but only in respect of some designated Offices, a demand for international preliminary examination must be filed if the applicant wishes to postpone the entry into the national phase **until 30 months** from the priority date (in some Offices even later); otherwise, the applicant must, **within 20 months** from the priority date, perform the prescribed acts for entry into the national phase before those designated Offices.

   In respect of other designated Offices, the time limit of **30 months** (or later) will apply even if no demand is filed within 19 months.

   For details about the applicable time limits, Office by Office, see www.wipo.int/pct/en/texts/time_limits.html and the *PCT Applicant's Guide*, National Chapters.

| Name and mailing address of the ISA/ Mail Stop PCT, Attn: ISA/US Commissioner for Patents P.O. Box 1450, Alexandria, Virginia 22313-1450 Facsimile No. 571-273-3201 | Authorized officer Lee W. Young PCT Helpdesk: 571-272-4300 PCT OSP: 571-272-7774 Telephone No. |
|---|---|

Form PCT/ISA/220 (July 2010)

QUESTMS-00000997

PATENT COOPERATION TREATY

# PCT

## INTERNATIONAL SEARCH REPORT

(PCT Article 18 and Rules 43 and 44)

| Applicant's or agent's file reference<br>034827-0741 | **FOR FURTHER<br>ACTION** | see Form PCT/ISA/220<br>as well as, where applicable, item 5 below. | |
|---|---|---|---|
| International application No.<br>PCT/US 10/57627 | International filing date *(day/month/year)*<br>22 November 2010 (22.11.2010) | (Earliest) Priority Date *(day/month/year)*<br>03 December 2009 (03.12.2009) | |
| Applicant<br>QUEST DIAGNOSTICS INVESTMENTS INC. | | | |

This international search report has been prepared by this International Searching Authority and is transmitted to the applicant according to Article 18. A copy is being transmitted to the International Bureau.

This international search report consists of a total of ⌣3⌣ sheets.

☐ It is also accompanied by a copy of each prior art document cited in this report.

1. **Basis of the report**

    a. With regard to the **language**, the international search was carried out on the basis of:

        ☒ the international application in the language in which it was filed.

        ☐ a translation of the international application into _____ which is the language of
        a translation furnished for the purposes of international search (Rules 12.3(a) and 23.1(b)).

    b. ☐ This international search report has been established taking into account the **rectification of an obvious mistake** authorized by or notified to this Authority under Rule 91 (Rule 43.6bis(a)).

    c. ☐ With regard to any **nucleotide and/or amino acid sequence** disclosed in the international application, see Box No. I.

2. ☒ **Certain claims were found unsearchable** (see Box No. II).

3. ☐ **Unity of invention is lacking** (see Box No. III).

4. With regard to the **title**,

    ☒ the text is approved as submitted by the applicant.

    ☐ the text has been established by this Authority to read as follows:

5. With regard to the **abstract**,

    ☒ the text is approved as submitted by the applicant.

    ☐ the text has been established, according to Rule 38.2, by this Authority as it appears in Box No. IV. The applicant may, within one month from the date of mailing of this international search report, submit comments to this Authority.

6. With regard to the **drawings**,

    a. the figure of the **drawings** to be published with the abstract is Figure No. _____

        ☐ as suggested by the applicant.

        ☐ as selected by this Authority, because the applicant failed to suggest a figure.

        ☐ as selected by this Authority, because this figure better characterizes the invention.

    b. ☒ none of the figures is to be published with the abstract.

Form PCT/ISA/210 (first sheet) (July 2009)

QUESTMS-00000998

## INTERNATIONAL SEARCH REPORT

| | International application No. |
|---|---|
| | PCT/US 10/57627 |

**Box No. II    Observations where certain claims were found unsearchable (Continuation of item 2 of first sheet)**

This international search report has not been established in respect of certain claims under Article 17(2)(a) for the following reasons:

1. ☐ Claims Nos.:
   because they relate to subject matter not required to be searched by this Authority, namely:

2. ☐ Claims Nos.:
   because they relate to parts of the international application that do not comply with the prescribed requirements to such an extent that no meaningful international search can be carried out, specifically:

3. ☒ Claims Nos.: 5-29, 35-58, 64-82
   because they are dependent claims and are not drafted in accordance with the second and third sentences of Rule 6.4(a).

**Box No. III    Observations where unity of invention is lacking (Continuation of item 3 of first sheet)**

This International Searching Authority found multiple inventions in this international application, as follows:

1. ☐ As all required additional search fees were timely paid by the applicant, this international search report covers all searchable claims.

2. ☐ As all searchable claims could be searched without effort justifying additional fees, this Authority did not invite payment of additional fees.

3. ☐ As only some of the required additional search fees were timely paid by the applicant, this international search report covers only those claims for which fees were paid, specifically claims Nos.:

4. ☐ No required additional search fees were timely paid by the applicant. Consequently, this international search report is restricted to the invention first mentioned in the claims; it is covered by claims Nos.:

**Remark on Protest**    ☐ The additional search fees were accompanied by the applicant's protest and, where applicable, the payment of a protest fee.
    ☐ The additional search fees were accompanied by the applicant's protest but the applicable protest fee was not paid within the time limit specified in the invitation.
    ☐ No protest accompanied the payment of additional search fees.

Form PCT/ISA/210 (continuation of first sheet (2)) (July 2009)

QUESTMS-00000999

**INTERNATIONAL SEARCH REPORT**

| International application No. |
|---|
| PCT/US 10/57627 |

**A.  CLASSIFICATION OF SUBJECT MATTER**

IPC(8) -  G01N 33/00 (2010.01)
USPC -  436/127

According to International Patent Classification (IPC) or to both national classification and IPC

**B.  FIELDS SEARCHED**

Minimum documentation searched (classification system followed by classification symbols)
IPC(8): G01N 33/00 (2010.01)
USPC: 436/127

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched
IPC(8): G01N 33/00 (2010.01)
USPC: 436/127   (keyword delimited)

Electronic data base consulted during the international search (name of data base and, where practicable, search terms used)
PubWEST (PGPB,USPT,USOC,EPAB,JPAB); Google Scholar
Search terms used: mass spectrometry vitamin D metabolite ptad solid phase extraction urbulent flow liquid chromatography  HPLC
TFLC SPE LDTD laser diode extraction column

**C.  DOCUMENTS CONSIDERED TO BE RELEVANT**

| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| X | US 2009/0137056 A1 (HOLMQUIST et al.) 28 May 2009 (28.05.2009), entire document, especially: Abstract, para [0008]-[0011], [0019], [0037], [0040], [0051]-[0059], [0064] | 1-4, 30-34 |
| Y | | 59-63 |
| Y | US 2006/0054807 A1 (PICARD et al.) 16 March 2006 (16.03.2006), para [0019] | 59-63 |
| X | ARONOV et al., "Metabolic profiling of major vitamin D metabolites using Diels-Alder derivatization and ultra-performance liquid chromatography-tandem mass spectrometry," Anal Bioanal Chem, 391:1917-1930, 2008, (2008), entire document, especially: Abstract; pg. 1917, col. 2, para 2 - pg. 1918, col. 2, para 1; pg. 1919, col. 1, col. 2, para 4 - pg. 1920, col. 2, para 1; pg. 1929, col. 1, para 1 | 1-4, 30-34 |
| Y | | 59-63 |

☐  Further documents are listed in the continuation of Box C.    ☐

| * | Special categories of cited documents: | "T" | later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention |
|---|---|---|---|
| "A" | document defining the general state of the art which is not considered to be of particular relevance | | |
| "E" | earlier application or patent but published on or after the international filing date | "X" | document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone |
| "L" | document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified) | "Y" | document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art |
| "O" | document referring to an oral disclosure, use, exhibition or other means | | |
| "P" | document published prior to the international filing date but later than the priority date claimed | "&" | document member of the same patent family |

| Date of the actual completion of the international search | Date of mailing of the international search report |
|---|---|
| 6 January 2011 (06.01.2011) | **27 JAN 2011** |

| Name and mailing address of the ISA/US | Authorized officer: |
|---|---|
| Mail Stop PCT, Attn: ISA/US, Commissioner for Patents P.O. Box 1450, Alexandria, Virginia 22313-1450 Facsimile No.   571-273-3201 | Lee W. Young PCT Helpdesk: 571-272-4300 PCT OSP: 571-272-7774 |

Form PCT/ISA/210 (second sheet) (July 2009)

QUESTMS-00001000

## PATENT COOPERATION TREATY

From the
INTERNATIONAL SEARCHING AUTHORITY

To: ANTHONY C. KUHLMANN
FOLEY & LARDNER LLP
3579 VALLEY CENTRE DRIVE, SUITE 300
SAN DIEGO, CA 92130

# PCT

WRITTEN OPINION OF THE
INTERNATIONAL SEARCHING AUTHORITY

(PCT Rule 43*bis*.1)

| Date of mailing *(day/month/year)* | **27 JAN 2011** |
|---|---|

| Applicant's or agent's file reference | FOR FURTHER ACTION |
|---|---|
| 034827-0741 | See paragraph 2 below |

| International application No. | International filing date *(day/month/year)* | Priority date *(day/month/year)* |
|---|---|---|
| PCT/US 10/57627 | 22 November 2010 (22.11.2010) | 03 December 2009 (03.12.2009) |

International Patent Classification (IPC) or both national classification and IPC
IPC(8) - G01N 33/00 (2010.01)
USPC - 436/127

Applicant QUEST DIAGNOSTICS INVESTMENTS INC.

---

1. This opinion contains indications relating to the following items:

   ☒ Box No. I   Basis of the opinion

   ☐ Box No. II   Priority

   ☒ Box No. III   Non-establishment of opinion with regard to novelty, inventive step and industrial applicability

   ☐ Box No. IV   Lack of unity of invention

   ☒ Box No. V   Reasoned statement under Rule 43*bis*.1(a)(i) with regard to novelty, inventive step or industrial applicability;
   citations and explanations supporting such statement

   ☐ Box No. VI   Certain documents cited

   ☐ Box No. VII   Certain defects in the international application

   ☐ Box No. VIII   Certain observations on the international application

2. **FURTHER ACTION**

   If a demand for international preliminary examination is made, this opinion will be considered to be a written opinion of the International Preliminary Examining Authority ("IPEA") except that this does not apply where the applicant chooses an Authority other than this one to be the IPEA and the chosen IPEA has notified the International Bureau under Rule 66.1*bis*(b) that written opinions of this International Searching Authority will not be so considered.

   If this opinion is, as provided above, considered to be a written opinion of the IPEA, the applicant is invited to submit to the IPEA a written reply together, where appropriate, with amendments, before the expiration of 3 months from the date of mailing of Form PCT/ISA/220 or before the expiration of 22 months from the priority date, whichever expires later.

   For further options, see Form PCT/ISA/220.

3. For further details, see notes to Form PCT/ISA/220.

---

| Name and mailing address of the ISA/US | Date of completion of this opinion | Authorized officer: |
|---|---|---|
| Mail Stop PCT, Attn: ISA/US<br>Commissioner for Patents<br>P.O. Box 1450, Alexandria, Virginia 22313-1450<br>Facsimile No. 571-273-3201 | 6 January 2011 (06.01.2011) | Lee W. Young<br><br>PCT Helpdesk: 571-272-4300<br>PCT OSP: 571-272-7774 |

Form PCT/ISA/237 (cover sheet) (July 2009)

| | |
|---|---|
| **WRITTEN OPINION OF THE INTERNATIONAL SEARCHING AUTHORITY** | International application No. PCT/US 10/57627 |

**Box No. I**    **Basis of this opinion**

1. With regard to the language, this opinion has been established on the basis of:

   ☒   the international application in the language in which it was filed.

   ☐   a translation of the international application into _____ which is the language of a translation furnished for the purposes of international search (Rules 12.3(a) and 23.1(b)).

2. ☐   This opinion has been established taking into account the **rectification of an obvious mistake** authorized by or notified to this Authority under Rule 91 (Rule 43*bis*.1(a))

3. With regard to any **nucleotide and/or amino acid sequence** disclosed in the international application, this opinion has been established on the basis of a sequence listing filed or furnished:

   a. (means)

      ☐   on paper

      ☐   in electronic form

   b. (time)

      ☐   in the international application as filed

      ☐   together with the international application in electronic form

      ☐   subsequently to this Authority for the purposes of search

4. ☐   In addition, in the case that more than one version or copy of a sequence listing has been filed or furnished, the required statements that the information in the subsequent or additional copies is identical to that in the application as filed or does not go beyond the application as filed, as appropriate, were furnished.

5. Additional comments:

Form PCT/ISA/237 (Box No. I) (July 2009)

QUESTMS-00001002

| WRITTEN OPINION OF THE INTERNATIONAL SEARCHING AUTHORITY | International application No. PCT/US 10/57627 |
|---|---|

**Box No. III    Non-establishment of opinion with regard to novelty, inventive step and industrial applicability**

The questions whether the claimed invention appears to be novel, to involve an inventive step (to be non obvious), or to be industrially applicable have not been examined in respect of:

☐   the entire international application.

☒   claims Nos.  5-29, 35-58, 64-82

because:

☐   the said international application, or the said claims Nos. _____ relate to the following
subject matter which does not require an international search *(specify)*:

☒   the description, claims or drawings *(indicate particular elements below)* or said claims Nos.  5-29, 35-58, 64-82
are so unclear that no meaningful opinion could be formed *(specify)*:

Claims 5-29, 35-58, and 64-82 are improperly drafted multiple dependent claims, not in compliance with PCT Rule 6.4(a), second and third sentences.

☐   the claims, or said claims Nos. _____ are so inadequately supported
by the description that no meaningful opinion could be formed *(specify)*:

☒   no international search report has been established for said claims Nos.  5-29, 35-58, 64-82

☐   a meaningful opinion could not be formed without the sequence listing;  the applicant did not, within the prescribed time limit:

    ☐   furnish a sequence listing on paper complying with the standard provided for in Annex C of the Administrative Instructions, and such listing was not available to the International Searching Authority in a form and manner acceptable to it.

    ☐   furnish a sequence listing in electronic form complying with the standard provided for in Annex C of the Administrative Instructions, and such listing was not available to the International Searching Authority in a form and manner acceptable to it.

    ☐   pay the required late furnishing fee for the furnishing of a sequence listing in response to an invitation under Rule 13*ter*.1(a) or (b).

☐   See Supplemental Box for further details.

Form PCT/ISA/237 (Box No. III) (July 2009)

QUESTMS-00001003

| WRITTEN OPINION OF THE INTERNATIONAL SEARCHING AUTHORITY | International application No.<br>PCT/US 10/57627 |
|---|---|

| Box No. V | Reasoned statement under Rule 43*bis*.1(a)(i) with regard to novelty, inventive step or industrial applicability; citations and explanations supporting such statement |
|---|---|

**1.   Statement**

|  | | | |
|---|---|---|---|
| Novelty (N) | Claims | 59-63 | YES |
|  | Claims | 1-4, 30-34 | NO |
| Inventive step (IS) | Claims | NONE | YES |
|  | Claims | 1-4, 30-34, 59-63 | NO |
| Industrial applicability (IA) | Claims | 1-4, 30-34, 59-63 | YES |
|  | Claims | NONE | NO |

**2.   Citations and explanations:**

Claims 1-4 and 30-34 lack novelty under PCT Article 33(2) as being anticipated by US 2009/0137056 A1 to HOLMQUIST et al. (hereinafter "Holmquist").

As per claim 1, Holmquist teaches a method for determining the amount of one or more vitamin D metabolites in a sample by mass spectrometry (Abstract--"The methods generally comprise ionizing a dihydroxyvitamin D metabolite in a sample and detecting the amount of the ion to determine the presence or amount of the vitamin D metabolite in the sample..[using] mass spectrophotometry"), the method comprising the steps of:
(i) subjecting one or more 4-phenyl-1,2,4-triazoline-3,5-dione (PTAD)-derivatized vitamin D metabolites in the sample to an extraction column and an analytical column by tandem mass spectrometry (para [0008]--"methods are provided for determining the presence or amount of one or more dihydroxyvitamin D metabolites by tandem mass spectrometry"; [0009]--"In certain preferred embodiments the dihydroxyvitamin D metabolite(s) include 1.alpha.,25(OH).sub.2D.sub.2; the 1.alpha.,25(OH).sub.2D.sub.2 is derivatized with 4-phenyl-1,2,4-triazoline-3,5-dione (PTAD)"; [0019]--"Particularly preferred derivatizing reagents include 4-phenyl-1,2,4-triazoline-3,5-dione (PTAD); 4'-carboxyphenyl-TAD"; [0051]--"Various methods have been described involving the use of HPLC for sample clean-up prior to mass spectrometry analysis...[including] solid phase extraction...a C18 analytical column");
(ii) subjecting one or more PTAD-derivatized vitamin D metabolites in the sample to an ionization source to generate one or more ions detectable by mass spectrometry (para [0059]--"Mass spectrometry is performed using a mass spectrometer which includes an ion source for ionizing the fractionated sample and creating charged molecules for further analysis");
(iii) determining the amount of one or more of the PTAD-derivatized vitamin D metabolite ions by mass spectrometry (para [0008] --"methods are provided for determining the presence or amount of one or more dihydroxyvitamin D metabolites by tandem mass spectrometry"; [0009]--"In certain preferred embodiments the dihydroxyvitamin D metabolite(s) include 1.alpha.,25(OH).sub.2D.sub.2; the 1.alpha.,25(OH).sub.2D.sub.2 is derivatized with 4-phenyl-1,2,4-triazoline-3,5-dione (PTAD)"; [0019]--"Particularly preferred derivatizing reagents include 4-phenyl-1,2,4-triazoline-3,5-dione (PTAD); 4'-carboxyphenyl-TAD"; and
(iv) relating the amount of PTAD-derivatized vitamin D metabolite ions determined in step (iii) to the amount of a vitamin D metabolite in the sample (para [0008]--"relating the detected ions to the presence or amount of the dihydroxyvitamin D metabolite(s) in the sample"), wherein the sample is subjected to PTAD under conditions sufficient to generate one or more PTAD-derivatized vitamin D metabolites prior to step (i) (para [0009]--"In certain preferred embodiments the dihydroxyvitamin D metabolite(s) include 1.alpha.,25(OH).sub.2D.sub.2; the 1.alpha.,25(OH).sub.2D.sub.2 is derivatized with 4-phenyl-1,2,4-triazoline-3,5-dione (PTAD) prior to mass spectrometry").

As per claim 2, Holmquist further teaches wherein the extraction column of step (i) is a solid-phase extraction (SPE) column (para [0051]--"Various methods have been described involving the use of HPLC for sample clean-up prior to mass spectrometry analysis...[including] solid phase extraction").

As per claim 3, Holmquist further teaches wherein the extraction column of step (i) is a turbulent flow liquid chromatography (TFLC) column (para [0054]--"high turbulence liquid chromatography (HTLC), alone or in combination with one or more purification methods, may be used to purify the dihydroxyvitamin D metabolite of interest prior to mass spectrometry").

As per claim 4, Holmquist further teaches wherein the analytical column of step (i) is a high performance liquid chromatography (HPLC) column (para [0051]--"injection into an HPLC for chromatography on a C18 analytical column").

--------------------------------------------------PLEASE SEE NEXT SUPPLEMENTAL BOX------------------------------------------------

Form PCT/ISA/237 (Box No. V) (July 2009)

| WRITTEN OPINION OF THE<br>INTERNATIONAL SEARCHING AUTHORITY | International application No.<br><br>PCT/US 10/57627 |
| --- | --- |

**Supplemental Box**

In case the space in any of the preceding boxes is not sufficient.
Continuation of:
Box V.2 Citations and explanations:

As per claim 30, Holmquist teaches a method for determining the amount of one or more vitamin D metabolites in a sample by mass spectrometry (Abstract--"The methods generally comprise ionizing a dihydroxyvitamin D metabolite in a sample and detecting the amount of the ion to determine the presence or amount of the vitamin D metabolite in the sample...[using] mass spectrophotometry"), the method comprising the steps of:
(i) subjecting the sample to turbulent flow liquid chromatography (TFLC) (para [0054]--"it is believed that turbulent flow, such as that provided by HTLC columns and methods, may enhance the rate of mass transfer, improving the separation characteristics provided...high turbulence liquid chromatography (HTLC), alone or in combination with one or more purification methods, may be used to purify the dihydroxyvitamin D metabolite of interest prior to mass spectrometry");
(ii) ionizing one or more Cookson-type-derivatized vitamin D metabolites in the sample to generate one or more Cookson-type-derivatized vitamin D metabolite ions detectable by mass spectrometry (para [0009]--"in some particularly preferred embodiments the dihydroxyvitamin D metabolite(s) are derivatized with a Cookson-type reagent (e.g., a 4-substituted 1,2,4-tri azolino-3,5-dione; TAD); in certain particularly preferred embodiments the dihydroxyvitamin D metabolite(s) are derivatized with 4-phenyl-1,2,4-triazoline-3,5-dione (PTAD)"; [0059]--"Mass spectrometry is performed using a mass spectrometer which includes an ion source for ionizing the fractionated sample and creating charged molecules for further analysis");
(iii) determining the amount of one or more of the Cookson-type-derivatized vitamin D metabolite ions by mass spectrometry (para [0008]--"methods are provided for determining the presence or amount of one or more dihydroxyvitamin D metabolites by tandem mass spectrometry"; [0009]--"in some particularly preferred embodiments the dihydroxyvitamin D metabolite(s) are derivatized with a Cookson-type reagent (e.g., a 4-substituted 1,2,4-triazolino-3,5-dione; TAD); in certain particularly preferred embodiments the dihydroxyvitamin D metabolite(s) are derivatized with 4-phenyl-1,2,4-triazoline-3,5-dione (PTAD)"); and
(iv) relating the amount of Cookson-type-derivatized vitamin D metabolite ions determined in step (iv) to the amount of a vitamin D metabolite in the sample (para [0008]--"relating the detected ions to the presence or amount of dihydroxyvitamin D metabolite(s) in the sample"), wherein the sample is subjected to a Cookson-type derivatizing reagent under conditions sufficient to generate one or more Cookson-type-derivatized vitamin D metabolite ions prior to step (i) (para [0009]--"in some particularly preferred embodiments the dihydroxyvitamin D metabolite(s) are derivatized with a Cookson-type reagent (e.g., a 4-substituted 1,2,4-triazolino-3,5-dione; TAD); in certain particularly preferred embodiments the dihydroxyvitamin D metabolite(s) are derivatized with 4-phenyl-1,2,4-triazoline-3,5-dione (PTAD)").

As per claim 31, Holmquist further teaches wherein the sample is subjected to high performance liquid chromatography (HPLC) after step (i) but prior to step (ii) (para [0037]--"preferred methods disclosed herein utilize liquid chromatography (LC), most preferably HPLC, to purify selected analytes...in certain particularly preferred embodiments, dihydroxyvitamin D metabolites are immunopurified prior to mass spectrometry").

As per claim 32, Holmquist further teaches wherein the TFLC of step (i), the HPLC, and the ionization of step (ii) are conducted in an on-line fashion (para [0064]--"preferably all of the purification and mass spectrometry steps may be performed in an on-line fashion").

As per claim 33, Holmquist further teaches wherein the Cookson-type derivatizing reagent is selected from the group consisting of 4-phenyl-1,2,4-triazoline-3,5-dione (PTAD), 4-[2-(6,7-dimethoxy-4-methyl-3-oxo-3,4-dihydroquinoxalyl)ethyl]-1,2,4-triazoline-3,5-dione (DMEQTAD), 4-(4-nitrophenyl)-1,2,4-triazoline-3,5- dione (NPTAD), and 4-ferrocenylmethyl-1,2,4-triazoline-3,5-dione (FMTAD), and isotopically labeled variants thereof (para [0009]--"in some particularly preferred embodiments the dihydroxyvitamin D metabolite(s) are derivatized with a Cookson-type reagent (e.g., a 4-substituted 1,2,4-triazolino-3,5-dione; TAD); in certain particularly preferred embodiments the dihydroxyvitamin D metabolite(s) are derivatized with 4-phenyl-1,2,4-triazoline-3,5-dione (PTAD)").

As per claim 34, Holmquist further teaches wherein the Cookson-type derivatizing reagent is 4-phenyl-1,2,4-triazoline-3,5-dione (PTAD) or an isotopically labeled variant thereof (para [0009]--"in some particularly preferred embodiments the dihydroxyvitamin D metabolite(s) are derivatized with a Cookson-type reagent (e.g., a 4-substituted 1,2,4-triazolino-3,5-dione; TAD); in certain particularly preferred embodiments the dihydroxyvitamin D metabolite(s) are derivatized with 4-phenyl-1,2,4-triazoline-3,5-dione (PTAD)").

------------------------------------PLEASE SEE NEXT SUPPLEMENTAL BOX------------------------------------

Form PCT/ISA/237 (Supplemental Box) (July 2009)

QUESTMS-00001005

<table>
<tr><td>**WRITTEN OPINION OF THE<br>INTERNATIONAL SEARCHING AUTHORITY**</td><td>International application No.<br>PCT/US 10/57627</td></tr>
</table>

**Supplemental Box**

In case the space in any of the preceding boxes is not sufficient.
Continuation of:
Box V.2 Citations and explanations:

Claims 59-63 lack an inventive step under PCT Article 33(3) as being obvious over Holmquist, in view of US 2006/0054807 A1 to PICARD et al. (hereinafter "Picard").

As per claim 59, Holmquist teaches a method for determining the amount of one or more vitamin D metabolites in a sample by mass spectrometry (Abstract--"The methods generally comprise ionizing a dihydroxyvitamin D metabolite in a sample and detecting the amount of the ion to determine the presence or amount of the vitamin D metabolite in the sample...[using] mass spectrophotometry"). the method comprising the steps of:
(i) subjecting the sample to 4-phenyl-1,2,4-triazoline-3,5-dione (PTAD) under conditions sufficient to generate one or more PTAD-derivatized vitamin D metabolites (para [0008]--"methods are provided for determining the presence or amount of one or more dihydroxyvitamin D metabolites by tandem mass spectrometry"; [0009]--"In certain preferred embodiments the dihydroxyvitamin D metabolite(s) include 1.alpha.,25(OH).sub.2D.sub.2; the 1.alpha.,25(OH).sub.2D.sub.2 is derivatized with 4-phenyl-1,2,4-triazoline-3,5-dione (PTAD)"; [0019]--"Particularly preferred derivatizing reagents include 4-phenyl-1,2,4-triazoline-3,5-dione (PTAD); 4'-carboxyphenyl-TAD"; [0051]--"Various methods have been described involving the use of HPLC for sample clean-up prior to mass spectrometry analysis...[including] solid phase extraction...a C18 analytical column");
(ii) ionizing one or more PTAD-derivatized vitamin D metabolites in the sample to generate one or more PTAD-derivatized vitamin D metabolite ions detectable by mass spectrometry (para [0059]--"Mass spectrometry is performed using a mass spectrometer which includes an ion source for ionizing the fractionated sample and creating charged molecules for further analysis");
(iii) determining the amount of one or more of the PTAD-derivatized vitamin D metabolite ions by mass spectrometry (para [0008]--"methods are provided for determining the presence or amount of one or more dihydroxyvitamin D metabolites by tandem mass spectrometry"; [0009]--"In certain preferred embodiments the dihydroxyvitamin D metabolite(s) include 1.alpha.,25(OH).sub.2D.sub.2; the 1.alpha.,25(OH).sub.2D.sub.2 is derivatized with 4-phenyl-1,2,4-triazoline-3,5-dione (PTAD)"; [0019]--"Particularly preferred derivatizing reagents include 4-phenyl-1,2,4-triazoline-3,5-dione (PTAD); 4'-carboxyphenyl-TAD"); and
(v) relating the amount of PTAD-derivatized vitamin D metabolite ions determined in step (iv) to the amount of one or more vitamin D metabolite in the sample (para [0008]--"relating the detected ions to the presence or amount of the dihydroxyvitamin D metabolite(s) in the sample");
wherein said one or more vitamin D metabolites are selected from the group consisting of 25-hydroxyvitamin D2 (25OHD2), 25-hydroxyvitamin D3 (25OHD3), 1a,25-dihydroxyvitamin D2 (1a,25(OH)2D2)' and 1a,25-dihydroxyvitamin D3 (1a,25(OHhD3) (para [0073]--"Determination of 1.alpha.,25-dihydroxyvitamin D.sub.3 and 1.alpha.,25-dihydroxyvitamin D.sub.2 by LC-MS/MS").
Although Holmquist does teach ionizing by matrix assisted laser desorption ionization (MALDI) (para [0059]), Holmquist fails to specifically teach the further limitation taught by Picard, namely: wherein said ionizing comprises volatilizing said one or more PTAD-derivatized vitamin D metabolites by laser diode thermal desorption (LDTD) (para [0019]--"a new ionization source at atmospheric pressure, preferably interfaced with mass spectrometry, has been developed in response to industry's needs and requests. In its preferred embodiment, the ionization source is based on a process of thermal laser desorption and has thus been named LDTD (Laser Diode Thermal Desorption)").
It would have been obvious to one of ordinary skill in the art to combine the laser diode thermal desorption ionization of Picard with the method of Holmquist to provide a more commercially desirable high throughput mass spectrophotometry method with reduced contamination (Picard: para [0019]--"The LDTD technique being matrix and mobile phase free, cross contamination of samples is virtually eliminated").

As per claim 60, Holmquist teaches wherein one or more vitamin D metabolites comprise two or more selected from the group consisting of 25-hydroxyvitamin D2 (25OHD2), 25-hydroxyvitamin D3 (25OHD3), 1a,25-dihydroxyvitamin D2 (1a,25(OHhD2), and 1a,25-dihydroxyvitamin D3 (1a,25(OH)2D3); and
wherein step (i) generates two or more PTAD-derivatized vitamin D metabolites (para [0011]--"In particularly preferred embodiments, methods are provided for determining the amount of 1.alpha.,25(OH).sub.2D.sub.2 and 1.alpha.,25(OH).sub.2D.sub.3 in a human body sample by tandem mass spectrometry in a single assay that include: (a) immunopurifying the 1.alpha.,25(OH).sub.2D.sub.2 and 1.alpha.,25(OH).sub.2D.sub.3 from the sample; (b) derivatizing the 1.alpha.,25(OH).sub.2D.sub.2 and 1.alpha.,25(OH).sub.2D.sub.3 with 4-phenyl-1,2,4-triazoline-3,5-dione (PTAD): (c) purifying the derivatized 1.alpha.,25(OH).sub.2D.sub.2 and 1.alpha.,25(OH).sub.2D.sub.3 from step"; [0058]--"the methods of the invention can be used to detect and quantify two or more dihydroxyvitamin D metabolites in a single assay").

As per claim 61, Holmquist further teaches wherein the two or more PTAD-derivatized vitamin D metabolites are volatilized simultaneously (para [0008]--"in some particularly preferred embodiments, provided are methods for determining the presence or amount of 1.alpha.,25(OH).sub.2D.sub.2 and 1.alpha ,25(OH).sub.2D.sub.3 in a single assay").

As per claim 62, Holmquist further teaches wherein the sample is not subjected to chromatography (para [0040]--"the method involves...loading the supernatant directly onto the HPLC-mass spectrometer without using...high turbulence liquid chromatography ("HTLC")").

As per claim 63, Holmquist further teaches wherein the sample is not subjected to liquid chromatography (para [0040]--"the method involves...loading the supernatant directly onto the HPLC-mass spectrometer without using...high turbulence liquid chromatography ("HTLC")").

Claims 1-4, 30-34, and 59-63 have industrial applicability as defined by PCT Article 33(4) because the subject matter can be made or used in industry.

Form PCT/ISA/237 (Supplemental Box) (July 2009)

**QUESTMS-00001006**

## PATENT COOPERATION TREATY

From the INTERNATIONAL SEARCHING AUTHORITY

To:
ANTHONY C. KUHLMANN
FOLEY & LARDNER LLP
3579 VALLEY CENTRE DRIVE, SUITE 300
SAN DIEGO, CA  92130

# PCT

NOTIFICATION OF TRANSMITTAL OF
THE INTERNATIONAL SEARCH REPORT AND
THE WRITTEN OPINION OF THE INTERNATIONAL
SEARCHING AUTHORITY, OR THE DECLARATION

(PCT Rule 44.1)

| Date of mailing *(day/month/year)* | **07 FEB 2011** |
|---|---|

| Applicant's or agent's file reference | **FOR FURTHER ACTION**    See paragraphs 1 and 4 below |
|---|---|
| 034827-1052 | |

| International application No. | International filing date *(day/month/year)*   09 December 2010 (09.12.2010) |
|---|---|
| PCT/US 10/59765 | |

Applicant   QUEST DIAGNOSTICS INVESTMENTS INCORPORATED

1. ☒ The applicant is hereby notified that the international search report and the written opinion of the International Searching Authority have been established and are transmitted herewith.

   **Filing of amendments and statement under Article 19:**
   The applicant is entitled, if he so wishes, to amend the claims of the international application (see Rule 46):

   **When?** The time limit for filing such amendments is normally two months from the date of transmittal of the international search report.

   **Where?** Directly to the International Bureau of WIPO, 34 chemin des Colombettes 1211 Geneva 20, Switzerland, Facsimile No.: +41 22 338 82 70

   **For more detailed instructions,** see *PCT Applicant's Guide,* International Phase, paragraphs 9.004 – 9.011.

2. ☐ The applicant is hereby notified that no international search report will be established and that the declaration under Article 17(2)(a) to that effect and the written opinion of the International Searching Authority are transmitted herewith.

3. ☐ **With regard to any protest against payment of (an) additional fee(s) under Rule 40.2, the applicant is notified that:**

   ☐ the protest together with the decision thereon has been transmitted to the International Bureau together with any request to forward the texts of both the protest and the decision thereon to the designated Offices.

   ☐ no decision has been made yet on the protest; the applicant will be notified as soon as a decision is made.

4. **Reminders**

   The applicant may submit comments on an informal basis on the written opinion of the International Searching Authority to the International Bureau. The International Bureau will send a copy of such comments to all designated Offices unless an international preliminary examination report has been or is to be established. Following the expiration of 30 months from the priority date, these comments will also be made available to the public.

   Shortly after the expiration of **18 months** from the priority date, the international application will be published by the International Bureau. If the applicant wishes to avoid or postpone publication, a notice of withdrawal of the international application, or of the priority claim, must reach the International Bureau before the completion of the technical preparations for international publication (Rules 90*bis*.1 and 90*bis*.3).

   Within **19 months** from the priority date, but only in respect of some designated Offices, a demand for international preliminary examination must be filed if the applicant wishes to postpone the entry into the national phase **until 30 months** from the priority date (in some Offices even later); otherwise, the applicant must, **within 20 months** from the priority date, perform the prescribed acts for entry into the national phase before those designated Offices.

   In respect of other designated Offices, the time limit of 30 months (or later) will apply even if no demand is filed within 19 months.

   For details about the applicable time limits, Office by Office, see www.wipo.int/pct/en/texts/time_limits.html and the *PCT Applicant's Guide,* National Chapters.

| Name and mailing address of the ISA/ | Authorized officer |
|---|---|
| Mail Stop PCT, Attn: ISA/US Commissioner for Patents P.O. Box 1450, Alexandria, Virginia 22313-1450 | Lee W. Young |
| | PCT Helpdesk: 571-272-4300 |
| Facsimile No. 571-273-3201 | Telephone No.   PCT OSP: 571-272-7774 |

Form PCT/ISA/220 (July 2010)

QUESTMS-00001007

PATENT COOPERATION TREATY

# PCT

### INTERNATIONAL SEARCH REPORT
(PCT Article 18 and Rules 43 and 44)

| Applicant's or agent's file reference<br>034827-1052 | **FOR FURTHER<br>ACTION** | see Form PCT/ISA/220<br>as well as, where applicable, item 5 below. |
|---|---|---|
| International application No.<br>PCT/US 10/59765 | International filing date *(day/month/year)*<br>09 December 2010 (09.12.2010) | (Earliest) Priority Date *(day/month/year)*<br>11 December 2009 (11.12.2009) |
| Applicant<br>QUEST DIAGNOSTICS INVESTMENTS INCORPORATED | | |

This international search report has been prepared by this International Searching Authority and is transmitted to the applicant
according to Article 18. A copy is being transmitted to the International Bureau.

This international search report consists of a total of _____ 7 _____ sheets.

☐ It is also accompanied by a copy of each prior art document cited in this report.

1. **Basis of the report**

    a. With regard to the language, the international search was carried out on the basis of:

    ☒ the international application in the language in which it was filed.

    ☐ a translation of the international application into _____ which is the language of
    a translation furnished for the purposes of international search (Rules 12.3(a) and 23.1(b)).

    b. ☐ This international search report has been established taking into account the **rectification of an obvious mistake**
    authorized by or notified to this Authority under Rule 91 (Rule 43.6*bis*(a)).

    c. ☐ With regard to any **nucleotide and/or amino acid sequence** disclosed in the international application, see Box No. I.

2. ☒ **Certain claims were found unsearchable** (see Box No. II).

3. ☐ **Unity of invention is lacking** (see Box No. III).

4. With regard to the title,

    ☒ the text is approved as submitted by the applicant.

    ☐ the text has been established by this Authority to read as follows:

5. With regard to the abstract,

    ☒ the text is approved as submitted by the applicant.

    ☐ the text has been established, according to Rule 38.2, by this Authority as it appears in Box No. IV. The applicant
    may, within one month from the date of mailing of this international search report, submit comments to this Authority.

6. With regard to the **drawings**,

    a. the figure of the drawings to be published with the abstract is Figure No. _____

    ☐ as suggested by the applicant.

    ☐ as selected by this Authority, because the applicant failed to suggest a figure.

    ☐ as selected by this Authority, because this figure better characterizes the invention.

    b. ☒ none of the figures is to be published with the abstract.

Form PCT/ISA/210 (first sheet) (July 2009)

QUESTMS-00001008

**PCT/US2010/059765 07.02.2011**

## INTERNATIONAL SEARCH REPORT

| | International application No. |
|---|---|
| | PCT/US 10/59765 |

---

**Box No. II   Observations where certain claims were found unsearchable (Continuation of item 2 of first sheet)**

This international search report has not been established in respect of certain claims under Article 17(2)(a) for the following reasons:

1. ☐ Claims Nos.:
   because they relate to subject matter not required to be searched by this Authority, namely:

2. ☐ Claims Nos.:
   because they relate to parts of the international application that do not comply with the prescribed requirements to such an extent that no meaningful international search can be carried out, specifically:

3. ☒ Claims Nos.: 7-16, 23-32, 38-48
   because they are dependent claims and are not drafted in accordance with the second and third sentences of Rule 6.4(a).

---

**Box No. III   Observations where unity of invention is lacking (Continuation of item 3 of first sheet)**

This International Searching Authority found multiple inventions in this international application, as follows:

1. ☐ As all required additional search fees were timely paid by the applicant, this international search report covers all searchable claims.

2. ☐ As all searchable claims could be searched without effort justifying additional fees, this Authority did not invite payment of additional fees.

3. ☐ As only some of the required additional search fees were timely paid by the applicant, this international search report covers only those claims for which fees were paid, specifically claims Nos.:

4. ☐ No required additional search fees were timely paid by the applicant. Consequently, this international search report is restricted to the invention first mentioned in the claims; it is covered by claims Nos.:

**Remark on Protest**
☐ The additional search fees were accompanied by the applicant's protest and, where applicable, the payment of a protest fee.
☐ The additional search fees were accompanied by the applicant's protest but the applicable protest fee was not paid within the time limit specified in the invitation.
☐ No protest accompanied the payment of additional search fees.

Form PCT/ISA/210 (continuation of first sheet (2)) (July 2009)

QUESTMS-00001009

PCT/US2010/059765 07.02.2011

**INTERNATIONAL SEARCH REPORT**

| | International application No. |
|---|---|
| | PCT/US 10/59765 |

| A. CLASSIFICATION OF SUBJECT MATTER |
|---|
| IPC(8) - G01N 24/00 (2010.01) |
| USPC - 436/173 |
| According to International Patent Classification (IPC) or to both national classification and IPC |

| B. FIELDS SEARCHED |
|---|
| Minimum documentation searched (classification system followed by classification symbols) |
| IPC(8): G01N 24/00 (2010.01) |
| USPC: 436/173 |
| |
| Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched |
| USPC: 435/4 |
| |
| Electronic data base consulted during the international search (name of data base and, where practicable, search terms used) |
| WEST (DB=PGPB,USPT,USOC,EPAB,JPAB), PUBMED, Google Scholar: vitamin adj d$4 and ergocalciferol and mass adj spectrometry and tandem and fragment$3 near5 ion and extraction adj column and hplc and apci and spe and tlic and multiple near5 (reaction and monitor$4) and ion adj scan$4 |

| C. DOCUMENTS CONSIDERED TO BE RELEVANT |
|---|

| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| Y | US 2006/0228808 A1 (CLARKE et al.) 12 October 2006 (12.10.2006) para [0007]-[0013], [0033] -[0044], [0068], Table 9 | 1-6, 17-22, 33-37 |
| Y | US 2006/0094125 A1 (SINGH et al.) 4 May 2006 (04.05.2006) para [0006], [0018] and [0027]-[0028]; Fig. 2A-B | 1-6, 17-22, 33-37 |
| Y | COLDWELL et al. "Mass Fragmentographic Assay for 25-Hydroxyvitamin D in Plasma without Derivatization: Enhanced Sensitivity for Metabolites of Vitamins D2 and D3 after Pre-Column Dehydration" Journal of Mass Spectrometry 30(2):348 (Feb. 1995). p 355, col 2, para 1-2, Table 3 | 3, 19 37 |
| Y | US 2009/0137056 A1 (HOLMQUIST et al.) 28 May 2009 (28.05.2009) para [0007]-[0012] | 1-6, 17-22, 33-37 |
| Y | US 2006/0228809 A1 (CLARKE et al.) 12 October 2006 (12.10.2006) para [0008]-[0017] | 1-6, 17-22, 33-37 |
| Y | US 2004/0235193 A1 (SOLDIN) 25 November 2004 (25.11.2004) para [0024]-[0041], [0092] and [0113] | 1-6, 17-22, 33-37 |

| ☐ Further documents are listed in the continuation of Box C. | ☐ |
|---|---|

| * Special categories of cited documents: | "T" later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention |
|---|---|
| "A" document defining the general state of the art which is not considered to be of particular relevance | |
| "E" earlier application or patent but published on or after the international filing date | "X" document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone |
| "L" document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified) | "Y" document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art |
| "O" document referring to an oral disclosure, use, exhibition or other means | |
| "P" document published prior to the international filing date but later than the priority date claimed | "&" document member of the same patent family |

| Date of the actual completion of the international search | Date of mailing of the international search report |
|---|---|
| 20 January 2011 (20.01.2011) | 07 FEB 2011 |

| Name and mailing address of the ISA/US | Authorized officer: |
|---|---|
| Mail Stop PCT, Attn: ISA/US, Commissioner for Patents P.O. Box 1450, Alexandria, Virginia 22313-1450 | Lee W. Young |
| Facsimile No. 571-273-3201 | PCT Helpdesk: 571-272-4300 PCT OSP: 571-272-7774 |

Form PCT/ISA/210 (second sheet) (July 2009)

QUESTMS-00001010

## PATENT COOPERATION TREATY

From the
INTERNATIONAL SEARCHING AUTHORITY

To: ANTHONY C. KUHLMANN
FOLEY & LARDNER LLP
3579 VALLEY CENTRE DRIVE, SUITE 300
SAN DIEGO, CA  92130

# PCT

WRITTEN OPINION OF THE
INTERNATIONAL SEARCHING AUTHORITY

(PCT Rule 43*bis*.1)

| Date of mailing *(day/month/year)* | **07 FEB 2011** |
|---|---|

| Applicant's or agent's file reference | FOR FURTHER ACTION |
|---|---|
| 034827-1052 | See paragraph 2 below |

| International application No. | International filing date *(day/month/year)* | Priority date *(day/month/year)* |
|---|---|---|
| PCT/US 10/59765 | 09 December 2010 (09.12.2010) | 11 December 2009 (11.12.2009) |

International Patent Classification (IPC) or both national classification and IPC
IPC(8) - G01N 24/00 (2010.01)
USPC - 436/173

Applicant QUEST DIAGNOSTICS INVESTMENTS INCORPORATED

---

1. This opinion contains indications relating to the following items:

- ☒ Box No. I    Basis of the opinion
- ☐ Box No. II   Priority
- ☒ Box No. III  Non-establishment of opinion with regard to novelty, inventive step and industrial applicability
- ☐ Box No. IV   Lack of unity of invention
- ☒ Box No. V    Reasoned statement under Rule 43*bis*.1(a)(i) with regard to novelty, inventive step or industrial applicability; citations and explanations supporting such statement
- ☐ Box No. VI   Certain documents cited
- ☐ Box No. VII  Certain defects in the international application
- ☐ Box No. VIII Certain observations on the international application

2. **FURTHER ACTION**

If a demand for international preliminary examination is made, this opinion will be considered to be a written opinion of the International Preliminary Examining Authority ("IPEA") except that this does not apply where the applicant chooses an Authority other than this one to be the IPEA and the chosen IPEA has notified the International Bureau under Rule 66.1*bis*(b) that written opinions of this International Searching Authority will not be so considered.

If this opinion is, as provided above, considered to be a written opinion of the IPEA, the applicant is invited to submit to the IPEA a written reply together, where appropriate, with amendments, before the expiration of 3 months from the date of mailing of Form PCT/ISA/220 or before the expiration of 22 months from the priority date, whichever expires later.

For further options, see Form PCT/ISA/220.

3. For further details, see notes to Form PCT/ISA/220.

---

| Name and mailing address of the ISA/US | Date of completion of this opinion | Authorized officer: |
|---|---|---|
| Mail Stop PCT, Attn: ISA/US<br>Commissioner for Patents<br>P.O. Box 1450, Alexandria, Virginia 22313-1450<br>Facsimile No.  571-273-3201 | 20 January 2011 (20.01.2011) | Lee W. Young<br><br>PCT Helpdesk: 571-272-4300<br>PCT OSP: 571-272-7774 |

Form PCT/ISA/237 (cover sheet) (July 2009)

QUESTMS-00001011

| WRITTEN OPINION OF THE INTERNATIONAL SEARCHING AUTHORITY | International application No. PCT/US 10/59765 |
|---|---|

**Box No. I    Basis of this opinion**

1.  With regard to the **language**, this opinion has been established on the basis of:

    ☒  the international application in the language in which it was filed.

    ☐  a translation of the international application into _____ which is the language of a translation furnished for the purposes of international search (Rules 12.3(a) and 23.1(b)).

2.  ☐  This opinion has been established taking into account the **rectification of an obvious mistake** authorized by or notified to this Authority under Rule 91 (Rule 43*bis*.1(a))

3.  With regard to any **nucleotide and/or amino acid sequence** disclosed in the international application, this opinion has been established on the basis of a sequence listing filed or furnished:

    a.  (means)

        ☐  on paper

        ☐  in electronic form

    b.  (time)

        ☐  in the international application as filed

        ☐  together with the international application in electronic form

        ☐  subsequently to this Authority for the purposes of search

4.  ☐  In addition, in the case that more than one version or copy of a sequence listing has been filed or furnished, the required statements that the information in the subsequent or additional copies is identical to that in the application as filed or does not go beyond the application as filed, as appropriate, were furnished.

5.  Additional comments:

Form PCT/ISA/237 (Box No. I) (July 2009)

QUESTMS-00001012

**WRITTEN OPINION OF THE**
**INTERNATIONAL SEARCHING AUTHORITY**

| International application No. |
| PCT/US 10/59765 |

**Box No. III    Non-establishment of opinion with regard to novelty, inventive step and industrial applicability**

The questions whether the claimed invention appears to be novel, to involve an inventive step (to be non obvious), or to be industrially applicable have not been examined in respect of:

☐   the entire international application.

☒   claims Nos.   7-16, 23-32, 38-48

because:

☐   the said international application, or the said claims Nos. _____   relate to the following
subject matter which does not require an international search *(specify)*:

☒   the description, claims or drawings *(indicate particular elements below)* or said claims Nos.   7-16, 23-32, 38-48
are so unclear that no meaningful opinion could be formed *(specify)*:
because they are improper multiple dependent claims not formed in accordance with the second and third sentences of Rule 6.4(a).

☐   the claims, or said claims Nos. _____   are so inadequately supported
by the description that no meaningful opinion could be formed *(specify)*:

☒   no international search report has been established for said claims Nos.   7-16, 23-32, 38-48

☐   a meaningful opinion could not be formed without the sequence listing; the applicant did not, within the prescribed time limit:

☐   furnish a sequence listing on paper complying with the standard provided for in Annex C of the Administrative
Instructions, and such listing was not available to the International Searching Authority in a form and manner acceptable
to it.

☐   furnish a sequence listing in electronic form complying with the standard provided for in Annex C of the Administrative
Instructions, and such listing was not available to the International Searching Authority in a form and manner acceptable
to it.

☐   pay the required late furnishing fee for the furnishing of a sequence listing in response to an invitation under
Rule 13*ter*.1(a) or (b).

☐   See Supplemental Box for further details.

Form PCT/ISA/237 (Box No. III) (July 2009)

QUESTMS-00001013

**WRITTEN OPINION OF THE**
**INTERNATIONAL SEARCHING AUTHORITY**

International application No.

PCT/US 10/59765

| Box No. V | Reasoned statement under Rule 43bis.1(a)(i) with regard to novelty, inventive step or industrial applicability; citations and explanations supporting such statement |
|---|---|

1. **Statement**

| | | | | |
|---|---|---|---|---|
| Novelty (N) | Claims | 1-6, 17-22 and 33-37 | | YES |
| | Claims | None | | NO |
| Inventive step (IS) | Claims | None | | YES |
| | Claims | 1-6, 17-22 and 33-37 | | NO |
| Industrial applicability (IA) | Claims | 1-6, 17-22 and 33-37 | | YES |
| | Claims | None | | NO |

2. **Citations and explanations:**

Claims 1-2, 4-6, 17-18, 20-22, 33-36 lack inventive step under PCT Article 33(3) as being obvious over US 2006/0228808 A1 to Clarke et al. (hereinafter 'Clarke') in view of US 2008/0094125 A1 to Singh et al. (hereinafter 'Singh').

As to claim 1, Clarke teaches a method for determining the amount of vitamin D2 in a sample by tandem mass spectrometry, the method comprising the steps of:
(i) subjecting vitamin D2 from a sample to an ionization source under conditions suitable to generate one or more precursor ions detectable by mass spectrometry with a mass to charge ratio (m/z) of 397.2 . 0.5 (para [0007], [0011], [0068]; Table 9);
(ii) fragmenting at least one of said precursor ions to generate one or more fragment ions detectable by mass spectrometry (para [0008]);
(iii) determining the amount of one or more of the ions generated in steps (i) and (ii) by mass spectrometry (para [0007]); and
(iv) relating the presence of vitamin D2 ions determined in step (iii) to the presence of vitamin D2 in the sample (para [0010]).
While Clarke teaches a method for determining an amount of vitamin D2 in a sample, Clarke does not specifically teach fragmented precursor ions comprising the m/z values indicated.
Singh teaches a method for determining the amount of vitamin D2 in a sample wherein a plurality of fragmented precursor ions comprise ions with m/z of 159.0 . 0.5, 146.9 . 0.5, 133.1 . 0.5, and 121.0 . 0.5 (para [0018] and [0027]-[0028]; Fig. 2A).
It would have been obvious to one having ordinary skill in the art to combine the method of Clarke with the m/z values of Singh to achieve a method having improved accuracy for vitamin D2 because Singh suggests the accuracy of such values for vitamin D2 (para [0018] and [0027]-[0028]; Fig. 2A).

As to claim 2, the method of claim 1 is obvious as described above. Clarke further teaches a method wherein the fragmented precursor ion is an ion with a m/z of 397.2 . 0.5 (Table 9).

As to claims 4-5, the method of claims 1-2 are obvious as described above. Clarke further teaches a method wherein the sample is subjected to an extraction column, including a solid phase extraction (SPE) column, respectively, prior to ionization (para [0036]).

As to claim 6, the method of claim 4 is obvious as described above. Clarke further teaches a method wherein the extraction column is a turbulent flow liquid chromatography (TFLC) column (para [0016]).

As to claim 17, Clarke teaches a method for determining the amount of vitamin D3 in a sample by tandem mass spectrometry, the method comprising the steps of:
(i) subjecting vitamin D3 from a sample to an ionization source under conditions suitable to generate one or more precursor ions detectable by mass spectrometry selected from the group consisting of ions with a mass to charge ratio (m/z) of 385.2 . 0.5 (para [0007], [0011], [0068]; Table 9);
(ii) fragmenting at least one of said precursor ions to generate one or more fragment ions detectable by mass spectrometry (para [0007]-[0008]);
(iii) determining the amount of one or more of the ions generated in steps (i) and (ii) by mass spectrometry (para [0007]-[0008]); and
(iv) relating the presence of vitamin D3 ions determined in step (iii) to the presence of vitamin D3 in the sample (para [0010]).
While Clarke teaches a method for determining an amount of vitamin D2 in a sample, Clarke does not specifically teach fragmented precursor ions comprising the m/z values indicated.
Singh teaches a method for determining the amount of vitamin D2 in a sample wherein a plurality of fragmented precursor ions comprise ions with m/z of 159.0 . 0.5, 146.9 . 0.5, 133.1 . 0.5, and 121.0 . 0.5 (para [0018] and [0027]-[0028]; Fig. 2A).
It would have been obvious to one having ordinary skill in the art to combine the method of Clarke with the m/z values of Singh to achieve a method having improved accuracy for vitamin D2 because Singh suggests the accuracy of such values for vitamin D2 (para [0018] and [0027]-[0028]; Fig. 2B).

*****************************Continued in Supplemental Box*************************

Form PCT/ISA/237 (Box No. V) (July 2009)

| WRITTEN OPINION OF THE<br>INTERNATIONAL SEARCHING AUTHORITY | International application No.<br><br>PCT/US 10/59765 |
|---|---|

**Supplemental Box**

In case the space in any of the preceding boxes is not sufficient.
Continuation of:
Box V: Citations and Explanations

As to claim 18, the methods of claim 17 is obvious as described above. Clarke further teaches a method wherein the fragmented precursor ion is an ion with a m/z of 385.2 . 0.5 (Table 9).

As to claims 20-21, the methods of claims 17-18 are obvious as described above. Clarke further teaches a method wherein the sample is subjected to an extraction column, including a solid phase extraction (SPE) column, respectively, prior to ionization (para [0036]).

As to claim 22, the method of claim 20 is obvious as described above. Clarke further teaches a method wherein the extraction column is a turbulent flow liquid chromatography (TFLC) column (para [0016]).

As to claim 33, Clarke teaches a method for determining the amounts of vitamin D2 and vitamin D3 in a sample by tandem mass spectrometry, the method comprising the steps of:
   (i) subjecting vitamin D2 and vitamin D3 in the sample to an ionization source under conditions suitable to generate one or more vitamin D2 precursor ions detectable by mass spectrometry selected from the group of ions with a mass to charge ratio (m/z) of 397.2 . 0.5 (para [0007], [0011], [0068]; Table 9), and one or more vitamin D3 precursor ions detectable by mass spectrometry selected from the group of ions with a mass to charge ratio (m/z) of 385.2 . 0.5 (para [0007], [0011], [0068]; Table 9);
   (ii) fragmenting at least one of said vitamin D2 and D3 precursor ions to generate one or more vitamin D2 fragment ions detectable by mass spectrometry (para [0008]),
   (iv) determining the amount of one or more of the vitamin D2 and vitamin D3 ions generated in steps (i), (ii) and (iii) by mass spectrometry (para [0007]); and
   (v) relating the amounts of vitamin D2 and vitamin D3 ions determined in step (vi) to the amounts of vitamin D2 and vitamin D3 in the sample (para [0010]).
While Clarke teaches a method for determining an amount of vitamin D2 in a sample, Clarke does not specifically teach fragmented precursor ions comprising the m/z values indicated.
Singh teaches a method for determining the amount of vitamin D2 and D3 in a sample wherein a plurality of fragmented precursor ions comprise ions with m/z of 159.0 . 0.5, 146.9 . 0.5, 133.1 . 0.5, 107.1 . 0.5, and 121.0 . 0.5 (para [0018] and [0027]-[0028]; Fig. 2A).
It would have been obvious to one having ordinary skill in the art to combine the method of Clarke with the m/z values of Singh to achieve a method having improved accuracy for vitamin D2 because Singh suggests the accuracy of such values for vitamin D2 and D3 (para [0018] and [0027]-[0028]; Fig. 2A-B).

As to claims 34-36, the method of claim 33 is obvious as described above. Clarke further teaches a method wherein the fragmented vitamin D2 precursor ion is an ion with m/z of 397.2 . 0.5, 379.2 . 0.5 and 385.2 . 0.5 (Table 9), respectively.

Claims 3, 19 and 37 lack inventive step under PCT Article 33(3) as being obvious over Clarke in view of Singh and in further view of the article entitled "Mass Fragmentographic Assay for 25-Hydroxyvitamin D in Plasma without Derivatization: Enhanced Sensitivity for Metabolites of Vitamins D2 and D3 after Pre-Column Dehydration" by Coldwell et al. (hereinafter 'Coldwell").

As to claims 3, 19 and 37, the method of claim 1, 17 and 33 is obvious as described above. While Clarke teaches a fragmented precursor ion with an m/z of 397.2 . 0.5, Clarke does not specifically teach a fragmented precursor ion with an m/z of 379.2 . 0.5.
Coldwell teaches a method for determining the amount of vitamin D2 in a sample wherein a fragmented precursor ion is an ion with m/z of 379.2 . 0.5 (p 355, Table 3).
It would have been obvious to one having ordinary skill in the art to combine the method of Clarke and Singh with the ion of Coldwell to achieve a method having improved vitamin D2 detection because Coldwell suggests the accuracy of such an ion for dehydration products of vitamin D2 (p 355, col 2, para 1-2, Table 3).

Claims 1-6, 17-22 and 33-37 have industrial applicability as defined by PCT Article 33(4) because the subject matter can be made or used in industry.

Form PCT/ISA/237 (Supplemental Box) (July 2009)

QUESTMS-00001015

**PATENT COOPERATION TREATY**

From the INTERNATIONAL SEARCHING AUTHORITY

To:
ANTHONY C. KUHLMANN
FOLEY & LARDNER LLP
3579 VALLEY CENTRE DRIVE, SUITE 300
SAN DIEGO, CA 92130

# PCT

NOTIFICATION OF TRANSMITTAL OF
THE INTERNATIONAL SEARCH REPORT AND
THE WRITTEN OPINION OF THE INTERNATIONAL
SEARCHING AUTHORITY, OR THE DECLARATION

(PCT Rule 44.1)

| Date of mailing *(day/month/year)* | **0 8 FEB 2011** |
|---|---|

| Applicant's or agent's file reference | **FOR FURTHER ACTION**   See paragraphs 1 and 4 below |
|---|---|
| 034827-0771 | |

| International application No. | International filing date *(day/month/year)* |
|---|---|
| PCT/US 10/59746 | 09 December 2010 (09.12.2010) |

| Applicant   QUEST DIAGNOSTICS INVESTMENTS INCORPORATED |
|---|

1. ☒ The applicant is hereby notified that the international search report and the written opinion of the International Searching Authority have been established and are transmitted herewith.

   **Filing of amendments and statement under Article 19:**
   The applicant is entitled, if he so wishes, to amend the claims of the international application (see Rule 46):

   **When?**   The time limit for filing such amendments is normally two months from the date of transmittal of the international search report.

   **Where?**   Directly to the International Bureau of WIPO, 34 chemin des Colombettes
   1211 Geneva 20, Switzerland, Facsimile No.: +41 22 338 82 70

   For more detailed instructions, see *PCT Applicant's Guide*, International Phase, paragraphs 9.004 – 9.011.

2. ☐ The applicant is hereby notified that no international search report will be established and that the declaration under Article 17(2)(a) to that effect and the written opinion of the International Searching Authority are transmitted herewith.

3. ☐ With regard to any protest against payment of (an) additional fee(s) under Rule 40.2, the applicant is notified that:

   ☐ the protest together with the decision thereon has been transmitted to the International Bureau together with any request to forward the texts of both the protest and the decision thereon to the designated Offices.

   ☐ no decision has been made yet on the protest; the applicant will be notified as soon as a decision is made.

4. **Reminders**

   The applicant may submit comments on an informal basis on the written opinion of the International Searching Authority to the International Bureau. The International Bureau will send a copy of such comments to all designated Offices unless an international preliminary examination report has been or is to be established. Following the expiration of 30 months from the priority date, these comments will also be made available to the public.

   Shortly after the expiration of **18 months** from the priority date, the international application will be published by the International Bureau. If the applicant wishes to avoid or postpone publication, a notice of withdrawal of the international application, or of the priority claim, must reach the International Bureau before the completion of the technical preparations for international publication (Rules 90*bis*.1 and 90*bis*.3).

   Within **19 months** from the priority date, but only in respect of some designated Offices, a demand for international preliminary examination must be filed if the applicant wishes to postpone the entry into the national phase **until 30 months** from the priority date (in some Offices even later); otherwise, the applicant must, **within 20 months** from the priority date, perform the prescribed acts for entry into the national phase before those designated Offices.

   In respect of other designated Offices, the time limit of **30 months** (or later) will apply even if no demand is filed within 19 months.

   For details about the applicable time limits, Office by Office, see www.wipo.int/pct/en/texts/time_limits.html and the *PCT Applicant's Guide*, National Chapters.

| Name and mailing address of the ISA/ | Authorized officer |
|---|---|
| Mail Stop PCT, Attn: ISA/US<br>Commissioner for Patents<br>P.O. Box 1450, Alexandria, Virginia 22313-1450 | Lee W. Young |
| | PCT Helpdesk: 571-272-4300 |
| Facsimile No. 571-273-3201 | Telephone No.   PCT OSP: 571-272-7774 |

Form PCT/ISA/220 (July 2010)

QUESTMS-00001016

**PCT/US2010/059746 08.02.2011**

PATENT COOPERATION TREATY

# PCT

## INTERNATIONAL SEARCH REPORT

(PCT Article 18 and Rules 43 and 44)

| Applicant's or agent's file reference 034827-0771 | **FOR FURTHER ACTION** | see Form PCT/ISA/220 as well as, where applicable, item 5 below. |
|---|---|---|
| International application No. PCT/US 10/59746 | International filing date *(day/month/year)* 09 December 2010 (09.12.2010) | (Earliest) Priority Date *(day/month/year)* 11 December 2009 (11.12.2009) |

Applicant
QUEST DIAGNOSTICS INVESTMENTS INCORPORATED

---

This international search report has been prepared by this International Searching Authority and is transmitted to the applicant according to Article 18. A copy is being transmitted to the International Bureau.

This international search report consists of a total of ___3___ sheets.

☐ It is also accompanied by a copy of each prior art document cited in this report.

1. Basis of the report
   a. With regard to the **language**, the international search was carried out on the basis of:
      ☒ the international application in the language in which it was filed.
      ☐ a translation of the international application into _____ which is the language of a translation furnished for the purposes of international search (Rules 12.3(a) and 23.1(b)).
   b. ☐ This international search report has been established taking into account the **rectification of an obvious mistake** authorized by or notified to this Authority under Rule 91 (Rule 43.6*bis*(a)).
   c. ☐ With regard to any **nucleotide and/or amino acid sequence** disclosed in the international application, see Box No. I.

2. ☒ **Certain claims were found unsearchable** (see Box No. II).

3. ☐ **Unity of invention is lacking** (see Box No. III).

4. With regard to the **title**,
      ☒ the text is approved as submitted by the applicant.
      ☐ the text has been established by this Authority to read as follows:

5. With regard to the **abstract**,
      ☒ the text is approved as submitted by the applicant.
      ☐ the text has been established, according to Rule 38.2, by this Authority as it appears in Box No. IV. The applicant may, within one month from the date of mailing of this international search report, submit comments to this Authority.

6. With regard to the **drawings**,
   a. the figure of the drawings to be published with the abstract is Figure No. __1__
      ☒ as suggested by the applicant.
      ☐ as selected by this Authority, because the applicant failed to suggest a figure.
      ☐ as selected by this Authority, because this figure better characterizes the invention.
   b. ☐ none of the figures is to be published with the abstract.

Form PCT/ISA/210 (first sheet) (July 2009)

QUESTMS-00001017

PCT/US2010/059746 08.02.2011

**INTERNATIONAL SEARCH REPORT**

International application No.

PCT/US 10/59746

**Box No. II      Observations where certain claims were found unsearchable (Continuation of item 2 of first sheet)**

This international search report has not been established in respect of certain claims under Article 17(2)(a) for the following reasons:

1. ☐ Claims Nos.:
   because they relate to subject matter not required to be searched by this Authority, namely:

2. ☐ Claims Nos.:
   because they relate to parts of the international application that do not comply with the prescribed requirements to such an extent that no meaningful international search can be carried out, specifically:

3. ☒ Claims Nos.: 9-22, 31-45, 49-62
   because they are dependent claims and are not drafted in accordance with the second and third sentences of Rule 6.4(a).

**Box No. III      Observations where unity of invention is lacking (Continuation of item 3 of first sheet)**

This International Searching Authority found multiple inventions in this international application, as follows:

1. ☐ As all required additional search fees were timely paid by the applicant, this international search report covers all searchable claims.

2. ☐ As all searchable claims could be searched without effort justifying additional fees, this Authority did not invite payment of additional fees.

3. ☐ As only some of the required additional search fees were timely paid by the applicant, this international search report covers only those claims for which fees were paid, specifically claims Nos.:

4. ☐ No required additional search fees were timely paid by the applicant. Consequently, this international search report is restricted to the invention first mentioned in the claims; it is covered by claims Nos.:

**Remark on Protest**      ☐ The additional search fees were accompanied by the applicant's protest and, where applicable, the payment of a protest fee.

☐ The additional search fees were accompanied by the applicant's protest but the applicable protest fee was not paid within the time limit specified in the invitation.

☐ No protest accompanied the payment of additional search fees.

Form PCT/ISA/210 (continuation of first sheet (2)) (July 2009)

QUESTMS-00001018

| INTERNATIONAL SEARCH REPORT | International application No. |
|---|---|
| | PCT/US 10/59746 |

| A. | CLASSIFICATION OF SUBJECT MATTER |
|---|---|

IPC(8) - G01N 31/00 (2011.01)
USPC - 702/22

According to International Patent Classification (IPC) or to both national classification and IPC

| B. | FIELDS SEARCHED |
|---|---|

Minimum documentation searched (classification system followed by classification symbols)
USPC: 702/22

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched
USPC: 702/23; 436/173, 87 (text search) Find search terms below

Electronic data base consulted during the international search (name of data base and, where practicable, search terms used)
PubWEST (PGPB,USPT,EPAB,JPAB), Google Scholar
mass spectrometry, mass spectrometric analysis, vitamin D, vitamin D2, vitamin D3, 25(OH)D2, 25(OH)D3, 4-phenyl-1,2,4-triazoline-3,5-
-dione, PTAD, isotop$, carbon-13, Cookson reagent

| C. | DOCUMENTS CONSIDERED TO BE RELEVANT |
|---|---|

| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| Y | US 2009/0137056 A1 (HOLMQUIST et al.) 28 May 2009 (28.05.2009) para [0007]-[0009], [0011], [0024], [0029] | 1-8, 23-30, 46-48 |
| Y | US 2008/0241955 A1 (PURKAYASTHA et al.) 02 October 2008 (02.10.2008) para [0003], [0008]-[0009], [0015], [0171], [0173], [0176] | 1-8, 23-30, 46-48 |
| Y | US 2006/0094125 A1 (SINGH et al.) 04 May 2006 (04.05.2006) para [0005]-[0011] | 48 |

| ☐ Further documents are listed in the continuation of Box C. | ☐ |
|---|---|

| * | Special categories of cited documents: | "T" | later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention |
|---|---|---|---|
| "A" | document defining the general state of the art which is not considered to be of particular relevance | | |
| "E" | earlier application or patent but published on or after the international filing date | "X" | document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone |
| "L" | document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified) | "Y" | document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art |
| "O" | document referring to an oral disclosure, use, exhibition or other means | | |
| "P" | document published prior to the international filing date but later than the priority date claimed | "&" | document member of the same patent family |

| Date of the actual completion of the international search | Date of mailing of the international search report |
|---|---|
| 24 January 2011 (24.01.2011) | 08 FEB 2011 |

| Name and mailing address of the ISA/US | Authorized officer: |
|---|---|
| Mail Stop PCT, Attn: ISA/US, Commissioner for Patents | Lee W. Young |
| P.O. Box 1450, Alexandria, Virginia 22313-1450 | |
| Facsimile No.   571-273-3201 | PCT Helpdesk 571-272-4300 PCT OSP: 571-272-7774 |

Form PCT/ISA/210 (second sheet) (July 2009)

QUESTMS-00001019

PCT/US2010/059746 08.02.2011

PATENT COOPERATION TREATY

From the
INTERNATIONAL SEARCHING AUTHORITY

| To: ANTHONY C. KUHLMANN<br>FOLEY & LARDNER LLP<br>3579 VALLEY CENTRE DRIVE, SUITE 300<br>SAN DIEGO, CA 92130 | **PCT**<br><br>WRITTEN OPINION OF THE<br>INTERNATIONAL SEARCHING AUTHORITY<br><br>(PCT Rule 43*bis*.1) |
|---|---|

| | Date of mailing<br>*(day/month/year)* | **08 FEB 2011** |
|---|---|---|

| Applicant's or agent's file reference<br>034827-0771 | **FOR FURTHER ACTION**<br>See paragraph 2 below | |
|---|---|---|
| International application No.<br>PCT/US 10/59746 | International filing date *(day/month/year)*<br>09 December 2010 (09.12.2010) | Priority date *(day/month/year)*<br>11 December 2009 (11.12.2009) |

International Patent Classification (IPC) or both national classification and IPC
IPC(8) - G01N 31/00 (2011.01)
USPC - 702/22

Applicant QUEST DIAGNOSTICS INVESTMENTS INCORPORATED

1. This opinion contains indications relating to the following items:

   ☒ Box No. I      Basis of the opinion

   ☐ Box No. II     Priority

   ☒ Box No. III    Non-establishment of opinion with regard to novelty, inventive step and industrial applicability

   ☐ Box No. IV     Lack of unity of invention

   ☒ Box No. V      Reasoned statement under Rule 43*bis*.1(a)(i) with regard to novelty, inventive step or industrial applicability;
                    citations and explanations supporting such statement

   ☐ Box No. VI     Certain documents cited

   ☐ Box No. VII    Certain defects in the international application

   ☐ Box No. VIII   Certain observations on the international application

2. **FURTHER ACTION**

   If a demand for international preliminary examination is made, this opinion will be considered to be a written opinion of the
   International Preliminary Examining Authority ("IPEA") except that this does not apply where the applicant chooses an Authority
   other than this one to be the IPEA and the chosen IPEA has notified the International Bureau under Rule 66.1bis(b) that written
   opinions of this International Searching Authority will not be so considered.

   If this opinion is, as provided above, considered to be a written opinion of the IPEA, the applicant is invited to submit to the IPEA
   a written reply together, where appropriate, with amendments, before the expiration of 3 months from the date of mailing of Form
   PCT/ISA/220 or before the expiration of 22 months from the priority date, whichever expires later.

   For further options, see Form PCT/ISA/220.

3. For further details, see notes to Form PCT/ISA/220.

| Name and mailing address of the ISA/US<br>Mail Stop PCT, Attn: ISA/US<br>Commissioner for Patents<br>P.O. Box 1450, Alexandria, Virginia 22313-1450<br>Facsimile No. 571-273-3201 | Date of completion of this opinion<br><br>24 January 2011 (24.01.2011) | Authorized officer:<br><br>Lee W. Young<br><br>PCT Helpdesk: 571-272-4300<br>PCT OSP: 571-272-7774 |
|---|---|---|

Form PCT/ISA/237 (cover sheet) (July 2009)

QUESTMS-00001020

| WRITTEN OPINION OF THE<br>INTERNATIONAL SEARCHING AUTHORITY | International application No.<br>PCT/US 10/59746 |
|---|---|

| Box No. I | Basis of this opinion |
|---|---|

1. With regard to the **language**, this opinion has been established on the basis of:

 ☒ the international application in the language in which it was filed.

 ☐ a translation of the international application into _____ which is the language of a translation furnished for the purposes of international search (Rules 12.3(a) and 23.1(b)).

2. ☐ This opinion has been established taking into account the **rectification of an obvious mistake** authorized by or notified to this Authority under Rule 91 (Rule 43*bis*.1(a))

3. With regard to any **nucleotide and/or amino acid sequence** disclosed in the international application, this opinion has been established on the basis of a sequence listing filed or furnished:

 a. (means)

 ☐ on paper

 ☐ in electronic form

 b. (time)

 ☐ in the international application as filed

 ☐ together with the international application in electronic form

 ☐ subsequently to this Authority for the purposes of search

4. ☐ In addition, in the case that more than one version or copy of a sequence listing has been filed or furnished, the required statements that the information in the subsequent or additional copies is identical to that in the application as filed or does not go beyond the application as filed, as appropriate, were furnished.

5. Additional comments:

Form PCT/ISA/237 (Box No. I) (July 2009)

QUESTMS-00001021

| WRITTEN OPINION OF THE INTERNATIONAL SEARCHING AUTHORITY | International application No. PCT/US 10/59746 |
|---|---|

**Box No. III**   Non-establishment of opinion with regard to novelty, inventive step and industrial applicability

The questions whether the claimed invention appears to be novel, to involve an inventive step (to be non obvious), or to be industrially applicable have not been examined in respect of:

☐    the entire international application.

☒    claims Nos. 9-22, 31-45, 49-62

because:

☐    the said international application, or the said claims Nos. _____ relate to the following subject matter which does not require an international search *(specify)*:

☒    the description, claims or drawings *(indicate particular elements below)* or said claims Nos.   see below are so unclear that no meaningful opinion could be formed *(specify)*:

Claims 9-22, 31-45 and 49-62 are unsearchable because they are dependent claims and are not drafted in accordance with the second and third sentences of Rule 6.4(a).

☐    the claims, or said claims Nos. _____ are so inadequately supported by the description that no meaningful opinion could be formed *(specify)*:

☒    no international search report has been established for said claims Nos. 9-22, 31-45, 49-62

☐    a meaningful opinion could not be formed without the sequence listing; the applicant did not, within the prescribed time limit:

     ☐   furnish a sequence listing on paper complying with the standard provided for in Annex C of the Administrative Instructions, and such listing was not available to the International Searching Authority in a form and manner acceptable to it.

     ☐   furnish a sequence listing in electronic form complying with the standard provided for in Annex C of the Administrative Instructions, and such listing was not available to the International Searching Authority in a form and manner acceptable to it.

     ☐   pay the required late furnishing fee for the furnishing of a sequence listing in response to an invitation under Rule 13*ter*.1(a) or (b).

☐    See Supplemental Box for further details.

Form PCT/ISA/237 (Box No. III) (July 2009)

QUESTMS-00001022

| WRITTEN OPINION OF THE INTERNATIONAL SEARCHING AUTHORITY | International application No. |
|---|---|
| | PCT/US 10/59746 |

**Box No. V    Reasoned statement under Rule 43bis.1(a)(i) with regard to novelty, inventive step or industrial applicability; citations and explanations supporting such statement**

1.    Statement

| | | | |
|---|---|---|---|
| Novelty (N) | Claims | 1-8, 23-30, 46-48 | YES |
| | Claims | None | NO |
| Inventive step (IS) | Claims | None | YES |
| | Claims | 1-8, 23-30, 46-48 | NO |
| Industrial applicability (IA) | Claims | 1-8, 23-30, 46-48 | YES |
| | Claims | None | NO |

2.    Citations and explanations:

Claims 1-8, 23-30 and 46-47 lack an inventive step under PCT Article 33(3) as being obvious over US 2009/0137056 A1 to Holmquist et al. (hereinafter 'Holmquist') in view of US 2008/0241955 A1 Purkayastha et al. (hereinafter 'Purkayastha').

Regarding claim 1, Holmquist teaches a method for determining the amount of a steroidal compound in a test sample (para [0007], "dihydroxyvitamin metabolites"), the method comprising:
processing the test sample to form a processed sample (para [0009], "derivatized prior to mass spectrometry");
subjecting the sample to an ionization source under conditions suitable to generate one or more ions detectable by mass spectrometry (para [0008], [0024], "ionizer"; para [0029]);
detecting the amount of one or more ions from the steroidal compound from the processed sample by mass spectrometry; and relating the amount of one or more ions from the steroidal compound from the processed sample to the amount of the steroidal compound in the test sample (para [0032], "derivatized 1alpha,25(OH)2D2").
Holmquist does not teach a method of testing a plurality of test samples in a single assay by forming a multiplex sample. However, Purkayastha teaches a mass spectrometric method of determining an analyte (para [0003]), in each of a plurality of test samples with a single mass spectrometric assay, wherein the analyte prior to processing is the same in each test sample and wherein the test samples are processed to form processed samples, each test sample processed differently to form a plurality of processed samples, wherein as a result of said processing, the analyte in each processed sample is distinguishable by mass spectrometry from the analyte in other processed samples (para [0008]-[0009], "mass differential labeling reagents"; para [0171], "isotopically enriched");
combining the processed sample to form a multiplex sample and subjecting the multiplex sample to mass spectrometric analysis (para [0015], "differently labeled and then mixed"; para [0173], "multiplex analysis"), and
wherein one or more ions generated from each processed analyte sample are distinct from one or more ions from other processed samples (para [0015], "each unique reporter ion associated with each different labeling reagent"; para [0176]).
A skilled artisan would have been motivated to apply the multiplex mass spectrometric analysis method disclosed in Purkayastha to the steroid compound disclosed in Holmquist, in order to enable estimation of a steroid compound in multiple samples by a single assay, without undue experimentation, as use of isotopically enriched mass differential reagents to derivatize different samples of the steroid followed by combining and analyzing the multiplex sample as disclosed in the multiplex analysis method in Purkayastha, would be likely to generate unique ions corresponding to the steroid compound in each sample identifiable by mass spectrometric analysis, and thereby enable accurate estimation of the amount of steroid compound present in each of a plurality of samples in a single assay.

Regarding claim 2, Holmquist (para [0008]-[0009]) and Purkayastha (para [0015]) teach the method of claim 1, but do not expressly teach said plurality of processed samples comprising one processed sample with underivatized steroidal compounds. However, Purkayastha does teach generating both labeled and unlabeled fragments of the analyte to facilitate computer assisted analysis of the fragment ion spectra (para [0119]). A skilled artisan would have been motivated to include a sample containing an underivatized steroid compound to a multiplex steroid sample to be analyzed by the multiplex analysis method disclosed in Purkayastha, in order to enable generation of labeled and unlabeled fragment ions and thereby simplify identification of the analytes by computer assisted analysis, without undue experimentation, as generation of labeled and unlabeled fragment ions, disclosed to enhance the ease of identification of analytes by mass spectrometric method in Purkayastha, by incorporation of the underivatized steroid compound to the multiplex sample along with derivatized samples, would be likely to enhance the ease and accuracy of analyzing a plurality of steroid samples by the multiplex analysis method disclosed in Purkayastha.

Regarding claim 3, Holmquist further teaches the method of claim 1, wherein said processing comprises subjecting the test sample to a derivatizing agent under conditions suitable to generate derivatized steroidal compounds (para [0009], "derivatized with a Cookson-type reagent"). Neither Holmquist nor Purkayastha teaches subjecting each steroid test sample to a different derivatizing agent. However, Purkayastha does teach use of isotopic variants of labeling reagents to label different samples containing an analyte in a multiplex analysis method (para [0015], [0171]). A skilled artisan would have been motivated to generate derivatizing agents that are isotopic variants of Cookson reagent disclosed in Holmquist, for use in multiplex analysis of a steroid compound by a method analogous to that disclosed in Purkayastha, in order to enable estimation of steroid compound in multiple samples by a single assay, without undue experimentation, as use of isotopically enriched mass differential agents to derivatize different samples of the steroid followed by combining and analyzing the multiplex sample as disclosed in the multiplex analysis method in Purkayastha, would be likely to generate unique ions corresponding to the steroid compound in each sample, identifiable by mass spectrometric analysis, and thereby enable accurate estimation of the amount of steroid compound present in each of a plurality of samples in a single assay.

━━━━━━━━━━━━━━━━━━━━━━━Continued in Supplemental Box━━━━━━━━━━━━━━━━━━━━━━━

Form PCT/ISA/237 (Box No. V) (July 2009)

QUESTMS-00001023

<table>
<tr><td colspan="2">WRITTEN OPINION OF THE<br>INTERNATIONAL SEARCHING AUTHORITY</td><td>International application No.<br><br>PCT/US 10/59746</td></tr>
</table>

**Supplemental Box**

In case the space in any of the preceding boxes is not sufficient.
Continuation of:
Box V.2, Citations and Explanations:

Regarding claim 4, Purkayastha teaches the method of claim 3, wherein said different derivatizing agents are isotopic variants of each other (para [0171], "isotopically enriched").

Regarding claim 5, Holmquist further teaches the method of claim 3, wherein said different derivatizing agents are Cookson-type derivatizing agents (para [0009]).

Regarding claim 6, Holmquist further teaches the method of claim 5, wherein said Cookson-type derivatization agents are selected from the group consisting of 4-phenyl-l,2,4-triazoline-3,5-dione (PTAD) (para [0009]).

Regarding claim 7, Holmquist further teaches the method of claim 5, wherein said Cookson-type derivatization agents are selected from the group consisting of 4-phenyl-l ,2,4-triazoline-3,5-dione (PTAD) (para [0009]), but neither Holmquist nor Purkayastha teaches use of isotopic variants of PTAD in the method. However, Purkayastha does teach isotopic variants of labeling reagents to label different samples containing an analyte in a multiplex analysis method (para [0015], [0171]). A skilled artisan would have been motivated to generate derivatizing agents that are isotopic variants of PTAD disclosed in Holmquist, for use in multiplex analysis of a steroid compound by a method analogous to that disclosed in Purkayastha, in order to enable estimation of a steroid compound in multiple samples by a single assay, without undue experimentation, as use of isotopically enriched mass differential agents to derivatize different samples of the steroid followed by combining and analyzing the multiplex sample as disclosed in the multiplex analysis method in Purkayastha, would be likely to generate unique ions corresponding to the steroid compound in each sample, identifiable by mass spectrometric analysis, and thereby enable accurate estimation of the amount of steroid compound present in each of a plurality of samples in a single assay.

Regarding claim 8, Holmquist further teaches the method of claim 5, wherein the derivatizing agent is 4-phenyl-l,2,4-triazoline-3,5-dione (PTAD) (para [0009]), but neither Holmquist nor Purkayastha teaches use of 13C6-4-phenyl-l ,2,4-triazoline-3,5-dione (13C6-PTAD) as a second derivatizing agent in the method. However, Purkayastha does teach isotopic variants of labeling reagents to label different samples containing an analyte in a multiplex analysis method of analyzing two or more samples (para [0015], [0171]). A skilled artisan would have been motivated to generate a C13-labeled derivatizing agent that is an isotopic variant of PTAD disclosed in Holmquist, for use in multiplex analysis of a steroid compound by a method analogous to that disclosed in Purkayastha, in order to enable estimation of a steroid compound in multiple samples by a single assay, without undue experimentation, as use of unlabeled and C13-isotopically enriched PTAD to derivatize different samples of the steroid followed by combining and analyzing the multiplex sample as disclosed in the multiplex analysis method in Purkayastha, would be likely to generate unique ions corresponding to the steroid compound in each sample, identifiable by mass spectrometric analysis, and thereby enable accurate estimation of the amount of steroid compound present in each of a plurality of samples in a single assay.

Regarding claim 23, Holmquist teaches a method for determining the amount of two steroidal compounds with a single mass spectrometric assay (para [0007], "dihydroxyvitamin metabolites"; para [0011]. "1alpha,25(OH)2D2 and 1alpha,25(OH)2D3"), the method comprising:
processing the test sample to form a processed sample (para [0009], "derivatized prior to mass spectrometry");
subjecting the sample to an ionization source under conditions suitable to generate one or more ions detectable by mass spectrometry (para [0011], [0024], "ionizer"; para [0025]);
detecting the amount of one or more ions from the steroidal compounds from each processed sample by mass spectrometry; and relating the amount of one or more ions from the two steroidal compounds from the processed sample to the amount of the two steroidal compounds in the test sample (para [0011]).
Holmquist does not teach a method of testing a plurality of test samples in a single assay by forming a multiplex sample. However, Purkayastha teaches a mass spectrometric method of determining an analyte (para [0003]), in each of a plurality of test samples with a single mass spectrometric assay, wherein the analyte prior to processing is the same in each test sample and wherein the test samples are processed to form processed samples, each test sample processed differently to form a plurality of processed samples, wherein as a result of said processing, the analyte in each processed sample is distinguishable by mass spectrometry from the analyte in other processed samples (para [0008]-[0009], "mass differential labeling reagents"; para [0171], "isotopically enriched");
combining the processed samples to form a multiplex sample and subjecting the multiplex sample to mass spectrometric analysis (para [0015], "differently labeled and then mixed"; para [0173], "multiplex analysis"),
wherein one or more ions generated from each processed analyte samples are distinct from one or more ions from other processed samples (para [0015], "each unique reporter ion associated with each different labeling reagent"; para [0176]).
A skilled artisan would have been motivated to apply the multiplex mass spectrometric analysis method disclosed in Purkayastha to the steroid compounds disclosed in Holmquist, in order to enable estimation of two steroid compounds in multiple samples by a single assay, without undue experimentation, as use of isotopically enriched mass differential reagents to derivatize different samples of the steroids followed by combining and analyzing the multiplex sample as disclosed in the multiplex analysis method in Purkayastha, would be likely to generate unique ions corresponding to the two steroid samples in each sample, identifiable by mass spectrometric analysis, and thereby enable accurate estimation of the amount of the two steroid compounds present in each of a plurality of samples in a single mass spectrometric assay.

Regarding claim 24, Holmquist (para [0008]-[0009]) and Purkayastha (para [0015]) teach the method of claim 23, but do not expressly teach said plurality of processed samples comprising one processed sample with underivatized steroidal compounds. However, Purkayastha does teach generating both labeled and unlabeled fragments of the analyte to facilitate computer assisted analysis of the fragment ion spectra (para [0119]). A skilled artisan would have been motivated to include a sample containing an underivatized steroid compound to a multiplex steroid sample to be analyzed by the multiplex analysis method disclosed in Purkayastha, in order to enable generation of labeled and unlabeled fragment ions and thereby simplify identification of the analytes by computer assisted analysis, without undue experimentation, as generation of labeled and unlabeled fragment ions, disclosed to enhance the ease of identification of analytes in Purkayastha, by incorporation of the underivatized steroid compounds to the multiplex sample along with derivatized samples, would be likely to enhance the ease and accuracy of analyzing a plurality of steroid samples by the multiplex analysis method disclosed in Purkayastha.
=================Continued in Next Supplemental Box==========

Form PCT/ISA/237 (Supplemental Box) (July 2009)

QUESTMS-00001024

PCT/US2010/059746 08.02.2011

| WRITTEN OPINION OF THE INTERNATIONAL SEARCHING AUTHORITY | International application No. PCT/US 10/59746 |
|---|---|

**Supplemental Box**

In case the space in any of the preceding boxes is not sufficient.
Continuation of:
Prior Supplemental Box:

Regarding claim 25, Holmquist further teaches the method of claim 23, wherein said processing comprises subjecting the test sample to a derivatizing agent under conditions suitable to generate derivatized steroidal compounds (para [0009], "derivatized with a Cookson-type reagent"). Neither Holmquist nor Purkayastha teaches subjecting each of the steroid test sample to a different derivatizing agent. However, Purkayastha does teach use of isotopic variants of labeling reagents to label different samples containing an analyte in a multiplex analysis method (para [0015], [0171]). A skilled artisan would have been motivated to generate derivatizing agents that are isotopic variants of Cookson reagent disclosed in Holmquist, for use in multiplex analysis of two steroid compounds by a method analogous to that disclosed in Purkayastha, in order to enable estimation of steroid compounds in multiple samples by a single assay, without undue experimentation, as use of isotopically enriched mass differential agents to derivatize different samples of the steroids followed by combining and analyzing the multiplex sample as disclosed in the multiplex analysis method in Purkayastha, would be likely to generate unique ions corresponding to the two steroid compounds in each sample, identifiable by mass spectrometric analysis, and thereby enable accurate estimation of each of the two steroid compounds present in each of a plurality of samples in a single mass spectrometric assay.

Regarding claim 26, Purkayastha further teaches the method of claim 25, wherein said different derivatizing agents are isotopic variants of each another (para [0171], "isotopically enriched").

Regarding claim 27, Holmquist further teaches the method of claim 25, wherein said different derivatizing agents are Cookson-type derivatizing agents (para [0009]).

Regarding claim 28, Holmquist further teaches the method of claim 27, wherein said Cookson-type derivatization agents are selected from the group consisting of 4-phenyl-1,2,4-triazoline-3,5-dione (PTAD) (para [0009]).

Regarding claim 29, Holmquist further teaches the method of claim 27, wherein said Cookson-type derivatization agents are selected from the group consisting of 4-phenyl-1,2,4-triazoline-3,5-dione (PTAD) (para [0009]), but neither Holmquist nor Purkayastha teaches use of isotopic variants of PTAD in the method. However, Purkayastha does teach isotopic variants of labeling reagents to label different samples containing an analyte in a multiplex analysis method (para [0015], [0171]). A skilled artisan would have been motivated to generate derivatizing agents that are isotopic variants of PTAD disclosed in Holmquist, for use in multiplex analysis of steroid compounds by a method analogous to that disclosed in Purkayastha, in order to enable estimation of steroid compounds in each of multiple samples by a single assay, without undue experimentation, as use of isotopically enriched mass differential agents to derivatize different samples of steroids followed by combining and analyzing the multiplex sample as disclosed in the multiplex analysis method in Purkayastha, would be likely to generate unique ions corresponding to the steroids in each sample, identifiable by mass spectrometric analysis, and thereby enable accurate estimation of the amount of each steroid compound present in each of a plurality of samples in a single assay.

Regarding claim 30, Holmquist further teaches the method of claim 23, wherein the derivatizing agent is 4-phenyl-1,2,4-triazoline-3,5-dione (PTAD) (para [0009]), but neither Holmquist nor Purkayastha teaches isotopic variants of labeling reagents to label different samples as a second derivatizing agent in the method. However, Purkayastha does teach isotopic variants of labeling reagents to label different samples containing an analyte in a multiplex analysis method of analyzing two or more samples (para [0015], [0171]). A skilled artisan would have been motivated to generate a C13-labeled derivatizing agent that is an isotopic variant of PTAD disclosed in Holmquist, for use in multiplex analysis of steroid compounds by a method analogous to that disclosed in Purkayastha, in order to enable estimation of steroid compounds in two different samples by a single assay, without undue experimentation, as use of unlabeled and C13-isotopically enriched PTAD to derivatize different samples of steroids followed by combining and analyzing the multiplex sample as disclosed in the multiplex analysis method in Purkayastha, would be likely to generate unique ions corresponding to the steroids in each sample, identifiable by mass spectrometric analysis, and thereby enable accurate estimation of the amount of each steroid compound present in each of the two samples in a single assay.

===============================Continued in Next Supplemental Box===============================

Form PCT/ISA/237 (Supplemental Box) (July 2009)

QUESTMS-00001025

PCT/US2010/059746 08.02.2011

| WRITTEN OPINION OF THE INTERNATIONAL SEARCHING AUTHORITY | International application No. PCT/US 10/59746 |
|---|---|

**Supplemental Box**

In case the space in any of the preceding boxes is not sufficient.
Continuation of:
Prior Supplemental Box:

Regarding claim 46, Holmquist teaches a method for determining the amount of a vitamin D related compound in a test sample (para [0007], "dihydroxyvitamin metabolites"), the method comprising:
generating a processed sample by subjecting the test sample to a first isotopic variant of 4-phenyl-1,2,4-triazoline-3,5-dione (PTAD) under conditions suitable to generate a vitamin D related derivative (para [0009]);
subjecting a vitamin D derivative from the processed sample to an ionization source under conditions suitable to generate one or more ions detectable by mass spectrometry (para [0008], [0024], "ionizer"; para [0029]);
determining the amount of one or more ions from the vitamin D related derivative from each processed sample by mass spectrometry; and relating the amount of the determined ions to the amounts of the vitamin D related compound in the test sample (para [0032], "derivatized 1alpha,25(OH)2D2").
Holmquist does not teach a method of testing a plurality of test samples in a single assay by forming a multiplex sample. However, Purkayastha teaches a mass spectrometric method of determining an analyte (para [0003]) in a plurality of test samples with a single mass spectrometric assay, wherein the analyte prior to processing is the same in each test sample and wherein the test samples are processed to form processed samples, each test sample processed differently to form a plurality of processed samples, wherein as a result of said processing, the analyte in each processed sample is distinguishable by mass spectrometry from the analyte in other processed samples (para [0008]-[0009], "mass differential labeling reagents"; para [0171], "isotopically enriched");
combining the processed samples to form a multiplex sample and subjecting the multiplex sample to mass spectrometric analysis (para [0015], "differently labeled and then mixed"; para [0173], "multiplex analysis"), wherein
one or more ions generated from each processed analyte sample are distinct from one of more ions from other processed samples (para [0015], "each unique reporter ion associated with each different labeling reagent"; para [0176]).
A skilled artisan would have been motivated to apply the multiplex mass spectrometric analysis method disclosed in Purkayastha to analysis of a vitamin D derivative by derivatizing with the agent PTAD disclosed in Holmquist, and introduce the isotopic variant, C13-labeled PTAD, as the second derivatizing agent, in order to enable estimation of a vitamin D derivative in two different samples by a single assay, without undue experimentation, as use of unlabeled and isotopically enriched mass differential agents to derivatize two different samples of the vitamin D derivative, followed by combining and analyzing the multiplex sample as disclosed in the multiplex analysis method in Purkayastha, would be likely to generate unique ions corresponding to the vitamin D derivative in each sample, identifiable by mass spectrometric analysis, and thereby enable accurate estimation of the amount of vitamin D present in each of the two test samples in a single mass spectrometric assay.

Regarding claim 47, Holmquist further teaches the method of claim 46, wherein the derivatizing agent is 4-phenyl-1,2,4-triazoline-3,5-dione (PTAD) (para [0009]), but neither Holmquist nor Purkayastha teaches use of 13C6-4-phenyl-1,2,4-triazoline-3,5-dione (13C6-PTAD) as a second derivatizing agent in the method. However, Purkayastha does teach use of isotopic variants of labeling reagents to label different samples containing an analyte in a multiplex analysis method of analyzing two or more samples (para [0015], [0171]). A skilled artisan would have been motivated to generate a C13-labeled derivatizing agent that is an isotopic variant of PTAD disclosed in Holmquist, for use in multiplex analysis of a steroid compound by a method analogous to that disclosed in Purkayastha, in order to enable estimation of a vitamin D derivative in multiple samples by a single assay, without undue experimentation, as use of unlabeled and C13-isotopically enriched PTAD to derivatize different samples of the steroid followed by combining and analyzing the multiplex sample as disclosed in the multiplex analysis method in Purkayastha, would be likely to generate unique ions corresponding to the vitamin D derivative in each sample, identifiable by mass spectrometric analysis, and thereby enable accurate estimation of the amount of vitamin D derivative present in each of a plurality of samples in a single assay.

Claim 48 lacks an inventive step under PCT Article 33(3) as being obvious over Holmquist in view of Purkayastha and further in view of US 2006/0094125 A1 to Singh et al. (hereinafter 'Singh').

Regarding claim 48, Holmquist (para [0008]-[0009]) and Purkayastha (para [0015]) teach the method of claim 46, but do not expressly teach the vitamin D or vitamin D related compound being selected from the group consisting of 25-hydroxyvitamin D2 (25OHD2) and 25-hydroxyvitamin D3 (25OHD3). However, Singh teaches a mass spectrometric method of measuring 25OHD2 and 25OHD3 levels in a plasma sample, to aid in the diagnosis of vitamin D deficiency in a subject (para [0005]-[0011]). A skilled artisan would have been motivated to incorporate the multiplex analysis disclosed in Purkayastha comprising use of the derivatizing agent, PTAD, disclosed in Holmquist along with its C13-isotopic variant, in the method disclosed in Singh, in order to enable estimation of 25OHD2 and 25OHD3 in multiple plasma samples by a single assay, without undue experimentation, as use of PTAD disclosed to have efficacy in derivatizing dihydroxyvitamin D derivatives in Holmquist, to label samples of the analogous vitamin D derivatives 25OHD2 and 25OHD3 disclosed in Singh, with use of unlabeled and C13-isotopically enriched PTAD for the two different samples, followed by combining and analyzing the multiplex sample as disclosed in the multiplex analysis method in Purkayastha, would be likely to generate unique ions corresponding to 25OHD2 and 25OHD3 in each sample, identifiable by mass spectrometric analysis, and thereby enable accurate estimation of the amounts of 25OHD2 and 25OHD3 present in each of the two samples in a single assay.

Claims 1-8, 23-30 and 46-48 have industrial applicability as defined by PCT Article 33(4), because the subject matter can be made and used in industry.

Form PCT/ISA/237 (Supplemental Box) (July 2009)

QUESTMS-00001026

PATENT COOPERATION TREATY

# PCT

### INTERNATIONAL SEARCH REPORT

(PCT Article 18 and Rules 43 and 44)

| Applicant's or agent's file reference 096276-0201 | **FOR FURTHER ACTION** | see Form PCT/ISA/220 as well as, where applicable, item 5 below. |
|---|---|---|
| International application No. PCT/US 10/56886 | International filing date *(day/month/year)* 16 November 2010 (16.11.2010) | (Earliest) Priority Date *(day/month/year)* 03 December 2009 (03.12.2009) |
| Applicant QUEST DIAGNOSTICS INVESTMENTS INCORPORATED | | |

This international search report has been prepared by this International Searching Authority and is transmitted to the applicant according to Article 18. A copy is being transmitted to the International Bureau.

This international search report consists of a total of **3** sheets.

☐ It is also accompanied by a copy of each prior art document cited in this report.

1. **Basis of the report**

   a.  With regard to the **language**, the international search was carried out on the basis of:

      ☒ the international application in the language in which it was filed.

      ☐ a translation of the international application into _____ which is the language of a translation furnished for the purposes of international search (Rules 12.3(a) and 23.1(b)).

   b.  ☐ This international search report has been established taking into account the **rectification of an obvious mistake** authorized by or notified to this Authority under Rule 91 (Rule 43.6bis(a)).

   c.  ☐ With regard to any **nucleotide and/or amino acid sequence** disclosed in the international application, see Box No. I.

2. ☒ **Certain claims were found unsearchable** (see Box No. II).

3. ☐ **Unity of invention is lacking** (see Box No. III).

4. With regard to the **title**,

      ☒ the text is approved as submitted by the applicant.

      ☐ the text has been established by this Authority to read as follows:

5. With regard to the **abstract**,

      ☒ the text is approved as submitted by the applicant.

      ☐ the text has been established, according to Rule 38.2, by this Authority as it appears in Box No. IV. The applicant may, within one month from the date of mailing of this international search report, submit comments to this Authority.

6. With regard to the **drawings**,

   a.  the figure of the **drawings** to be published with the abstract is Figure No. 1 _____

      ☒ as suggested by the applicant.

      ☐ as selected by this Authority, because the applicant failed to suggest a figure.

      ☐ as selected by this Authority, because this figure better characterizes the invention.

   b.  ☐ none of the figures is to be published with the abstract.

Form PCT/ISA/210 (first sheet) (July 2009)

QUESTMS-00001027

## INTERNATIONAL SEARCH REPORT

| International application No. |
|---|
| PCT/US 10/56886 |

| **Box No. II** | **Observations where certain claims were found unsearchable (Continuation of item 2 of first sheet)** |
|---|---|

This international search report has not been established in respect of certain claims under Article 17(2)(a) for the following reasons:

1. ☐ Claims Nos.:
   because they relate to subject matter not required to be searched by this Authority, namely:

2. ☐ Claims Nos.:
   because they relate to parts of the international application that do not comply with the prescribed requirements to such an extent that no meaningful international search can be carried out, specifically:

3. ☒ Claims Nos.: 9-10, 14, 21-28, 33-40, 46 and 52
   because they are dependent claims and are not drafted in accordance with the second and third sentences of Rule 6.4(a).

| **Box No. III** | **Observations where unity of invention is lacking (Continuation of item 3 of first sheet)** |
|---|---|

This International Searching Authority found multiple inventions in this international application, as follows:

1. ☐ As all required additional search fees were timely paid by the applicant, this international search report covers all searchable claims.

2. ☐ As all searchable claims could be searched without effort justifying additional fees, this Authority did not invite payment of additional fees.

3. ☐ As only some of the required additional search fees were timely paid by the applicant, this international search report covers only those claims for which fees were paid, specifically claims Nos.:

4. ☐ No required additional search fees were timely paid by the applicant. Consequently, this international search report is restricted to the invention first mentioned in the claims; it is covered by claims Nos.:

**Remark on Protest**
☐ The additional search fees were accompanied by the applicant's protest and, where applicable, the payment of a protest fee.
☐ The additional search fees were accompanied by the applicant's protest but the applicable protest fee was not paid within the time limit specified in the invitation.
☐ No protest accompanied the payment of additional search fees.

Form PCT/ISA/210 (continuation of first sheet (2)) (July 2009)

QUESTMS-00001028

PCT/US2010/056886 14.01.2011

**INTERNATIONAL SEARCH REPORT**

| | International application No. |
|---|---|
| | PCT/US 10/56886 |

| | |
|---|---|
| **A.   CLASSIFICATION OF SUBJECT MATTER** | |
| IPC(8) -  G01N 24/00, 24/10 (2010.01) | |
| USPC -  436/173; 436/131 | |
| According to International Patent Classification (IPC) or to both national classification and IPC | |

| | |
|---|---|
| **B.   FIELDS SEARCHED** | |
| Minimum documentation searched (classification system followed by classification symbols) | |
| IPC(8): G01N 24/00, 24/10 (2010.01); USPC: 436/173; 436/131 | |

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched
USPC: 436/173; 436/131

Electronic data base consulted during the international search (name of data base and, where practicable, search terms used)
Google Patents, Google Scholar, PubWEST (PGPB,USPT,EPAB,JPAB) (vitamin D, calciferol, metabolite, mass, spectrometry, charge, ratio, tandem, HPLC, LDTD, laser, plasma, serum, purify, antibody, relate, ionize, alpha)

| | |
|---|---|
| **C.   DOCUMENTS CONSIDERED TO BE RELEVANT** | |

| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| Y | US 2009/0137056 A1 (Holmquist, et al.) 28 May 2009 (28.05.2009) paragraphs 0008-0010, 0019, 0024, 0032-0038, 0046, 0054-0059 | 1-8, 11-13, 15-20, 29-32, 41-45, 47-51 |
| Y | US 2006/0228809 A1 (Clarke, et al.) 12 Oct 2006 (12.10.2006) paragraphs 0035, 0051-0055 | 1-8, 11-13, 15-20, 29-32, 41-45, 47-51 |

| | | | |
|---|---|---|---|
| ☐ | Further documents are listed in the continuation of Box C. | ☐ | |

| * | Special categories of cited documents: | "T" | later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention |
|---|---|---|---|
| "A" | document defining the general state of the art which is not considered to be of particular relevance | | |
| "E" | earlier application or patent but published on or after the international filing date | "X" | document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone |
| "L" | document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified) | "Y" | document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art |
| "O" | document referring to an oral disclosure, use, exhibition or other means | | |
| "P" | document published prior to the international filing date but later than the priority date claimed | "&" | document member of the same patent family |

| Date of the actual completion of the international search | Date of mailing of the international search report |
|---|---|
| 02 Jan 2011 (02.01.2011) | **14 JAN 2011** |

| Name and mailing address of the ISA/US | Authorized officer: |
|---|---|
| Mail Stop PCT, Attn: ISA/US, Commissioner for Patents P.O. Box 1450, Alexandria, Virginia 22313-1450 | Lee W. Young |
| Facsimile No.   571-273-3201 | PCT Helpdesk: 571-272-4300 PCT OSP: 571-272-7774 |

Form PCT/ISA/210 (second sheet) (July 2009)

QUESTMS-00001029

PCT/US2010/056886 14.01.2011

## PATENT COOPERATION TREATY

From the
INTERNATIONAL SEARCHING AUTHORITY

To: ANTHONY C. KUHLMANN
FOLEY & LARDNER LLP
3579 VALLEY CENTRE DRIVE, SUITE 300
SAN DIEGO, CA  92130

# PCT

WRITTEN OPINION OF THE
INTERNATIONAL SEARCHING AUTHORITY

(PCT Rule 43*bis*.1)

| Date of mailing *(day/month/year)* | **14 JAN 2011** |
|---|---|

| Applicant's or agent's file reference | **FOR FURTHER ACTION** |
|---|---|
| 095276-0201 | See paragraph 2 below |

| International application No. | International filing date *(day/month/year)* | Priority date *(day/month/year)* |
|---|---|---|
| PCT/US 10/56886 | 16 November 2010 (16.11.2010) | 03 December 2009 (03.12.2009) |

International Patent Classification (IPC) or both national classification and IPC
IPC(8) - G01N 24/00, 24/10 (2010.01)
USPC - 436/173; 436/131

Applicant QUEST DIAGNOSTICS INVESTMENTS INCORPORATED

1. This opinion contains indications relating to the following items:

☒ Box No. I       Basis of the opinion

☐ Box No. II      Priority

☒ Box No. III     Non-establishment of opinion with regard to novelty, inventive step and industrial applicability

☐ Box No. IV      Lack of unity of invention

☒ Box No. V       Reasoned statement under Rule 43*bis*.1(a)(i) with regard to novelty, inventive step or industrial applicability;
                  citations and explanations supporting such statement

☐ Box No. VI      Certain documents cited

☐ Box No. VII     Certain defects in the international application

☐ Box No. VIII    Certain observations on the international application

2. **FURTHER ACTION**

If a demand for international preliminary examination is made, this opinion will be considered to be a written opinion of the
International Preliminary Examining Authority ("IPEA") except that this does not apply where the applicant chooses an Authority
other than this one to be the IPEA and the chosen IPEA has notified the International Bureau under Rule 66.1*bis*(b) that written
opinions of this International Searching Authority will not be so considered.

If this opinion is, as provided above, considered to be a written opinion of the IPEA, the applicant is invited to submit to the IPEA
a written reply together, where appropriate, with amendments, before the expiration of 3 months from the date of mailing of Form
PCT/ISA/220 or before the expiration of 22 months from the priority date, whichever expires later.

For further options, see Form PCT/ISA/220.

3. For further details, see notes to Form PCT/ISA/220.

| Name and mailing address of the ISA/US | Date of completion of this opinion | Authorized officer: |
|---|---|---|
| Mail Stop PCT, Attn: ISA/US<br>Commissioner for Patents<br>P.O. Box 1450, Alexandria, Virginia 22313-1450<br>Facsimile No.  571-273-3201 | 02 Jan 2011 (02.01.2011) | Lee W. Young<br><br>PCT Helpdesk: 571-272-4300<br>PCT OSP: 571-272-7774 |

Form PCT/ISA/237 (cover sheet) (July 2009)

QUESTMS-00001030

| WRITTEN OPINION OF THE<br>INTERNATIONAL SEARCHING AUTHORITY | International application No.<br>PCT/US 10/56886 |
|---|---|

**Box No. I      Basis of this opinion**

1.  With regard to the **language**, this opinion has been established on the basis of:

    ☒  the international application in the language in which it was filed.

    ☐  a translation of the international application into _____ which is the language of a translation furnished for the purposes of international search (Rules 12.3(a) and 23.1(b)).

2.  ☐  This opinion has been established taking into account the **rectification of an obvious mistake** authorized by or notified to this Authority under Rule 91 (Rule 43*bis*.1(a))

3.  With regard to any **nucleotide and/or amino acid sequence** disclosed in the international application, this opinion has been established on the basis of a sequence listing filed or furnished:

    a.  (means)

        ☐  on paper

        ☐  in electronic form

    b.  (time)

        ☐  in the international application as filed

        ☐  together with the international application in electronic form

        ☐  subsequently to this Authority for the purposes of search

4.  ☐  In addition, in the case that more than one version or copy of a sequence listing has been filed or furnished, the required statements that the information in the subsequent or additional copies is identical to that in the application as filed or does not go beyond the application as filed, as appropriate, were furnished.

5.  Additional comments:

Form PCT/ISA/237 (Box No. I) (July 2009)

QUESTMS-00001031

**PCT/US2010/056886 14.01.2011**

| WRITTEN OPINION OF THE<br>INTERNATIONAL SEARCHING AUTHORITY | International application No.<br>PCT/US 10/56886 |
|---|---|

**Box No. III     Non-establishment of opinion with regard to novelty, inventive step and industrial applicability**

The questions whether the claimed invention appears to be novel, to involve an inventive step (to be non obvious), or to be industrially applicable have not been examined in respect of:

☐   the entire international application.

☒   claims Nos.  9-10, 14, 21-28, 33-40, 46, 52

because:

☐   the said international application, or the said claims Nos. _____ relate to the following subject matter which does not require an international search *(specify)*:

☒   the description, claims or drawings *(indicate particular elements below)* or said claims Nos.  9-10, 14, 21-28, 33-40, 46, 52 are so unclear that no meaningful opinion could be formed *(specify)*:
Claims 9-10, 14, 21-28, 33-40, 46 and 52 are dependent claims and are not drafted in accordance with the second and third sentences of Rule 6.4(a).

☐   the claims, or said claims Nos. _____ are so inadequately supported by the description that no meaningful opinion could be formed *(specify)*:

☒   no international search report has been established for said claims Nos.  9-10, 14, 21-28, 33-40, 46, 52

☐   a meaningful opinion could not be formed without the sequence listing: the applicant did not, within the prescribed time limit:

☐   furnish a sequence listing on paper complying with the standard provided for in Annex C of the Administrative Instructions, and such listing was not available to the International Searching Authority in a form and manner acceptable to it.

☐   furnish a sequence listing in electronic form complying with the standard provided for in Annex C of the Administrative Instructions, and such listing was not available to the International Searching Authority in a form and manner acceptable to it.

☐   pay the required late furnishing fee for the furnishing of a sequence listing in response to an invitation under Rule 13*ter*.1(a) or (b).

☐   See Supplemental Box for further details.

Form PCT/ISA/237 (Box No. III) (July 2009)

QUESTMS-00001032

| | | |
|---|---|---|
| **WRITTEN OPINION OF THE INTERNATIONAL SEARCHING AUTHORITY** | International application No. | |
| | PCT/US 10/56886 | |

**Box No. V**     Reasoned statement under Rule 43bis.1(a)(i) with regard to novelty, inventive step or industrial applicability; citations and explanations supporting such statement

1. **Statement**

| | | | | |
|---|---|---|---|---|
| Novelty (N) | Claims | 1-8, 11-13, 15-20, 29-32, 41-45, 47-51 | YES | |
| | Claims | NONE | NO | |
| Inventive step (IS) | Claims | NONE | YES | |
| | Claims | 1-8, 11-13, 15-20, 29-32, 41-45, 47-51 | NO | |
| Industrial applicability (IA) | Claims | 1-8, 11-13, 15-20, 29-32, 41-45, 47-51 | YES | |
| | Claims | NONE | NO | |

2. **Citations and explanations:**

Claims 1-8, 11-13, 15-20, 29-32, 41-45 and 47-51 lack an inventive step under PCT Article 33(3) as being obvious over US 2009/0137056 A1 to Holmquist, et al. (hereinafter "Holmquist") in view of US 2006/0228809 A1 to Clarke, et al. (hereinafter "Clarke").

As per Claim 1, Holmquist discloses a method for determining the amount of 1alpha,25-dihydroxyvitamin D2 (1alpha,25(OH)2D2) in a sample by mass spectrometry (para [0008]), the method comprising the step of: ionizing non-dehydrated 1alpha,25(OH)2D2 from the sample (para [0024]) to generate one or more 1alpha,25(OH)2D2 ions detectable by mass spectrometry (para [0024]); and determining the amount of one or more of the 1alpha,25(OH)2D2 ions by mass spectrometry (para [0032]); and relating the determined amount of 1alpha,25(OH)2D2 ions to the amount of 1alpha,25(OH)2D2 in the sample (para [0035]). Holmquist does not disclose the further claim limitation taught by Clarke, namely: that said one or more 1alpha,25(OH)2D2 ions comprise one or more ions selected from the group consisting of a mass-to-charge ratio of 377, 395 (para [0054]) or 211.3 (para [0053]). From these disclosed mass-to-charge ratios, it would have fallen within the range of normal experimentation for a person of skill in the art to use ions with a mass-to-charge ratio of 375.1 . 0.5, 393.1 . 0.5, or 225.0 . 0.5. It would have been obvious to a person of skill in the art to use the ions that Clarke teaches in the process of Holmquist in order to incorporate specific functional groups into desired product formulations.

As per Claim 2, Holmquist discloses that the mass spectrometry is tandem mass spectrometry (para [0034]).

As per Claim 3, Holmquist does not expressly disclose ions with a mass-to-charge ratio of 375.1 . 0.5. However, Holmquist does disclose that the one or more 1alpha,25(OH)2D2 ions comprise a precursor ion with a mass-to-charge ratio of 377 (para [0054]). From this disclosure, it would have fallen within the range of normal experimentation for a person of skill in the art to use ions with a mass-to-charge ratio of 375.1 . 0.5. However, Holmquist does not expressly disclose using ions with a mass-to-charge ratio of 157.0 . 0.5. However, Holmquist discloses using one or more fragment ions with a mass-to-charge ratio of 151.12 . 0.5 (para [0010]). From this disclosure, it would have fallen within the range of normal experimentation for a person of skill in the art to use ions with a mass-to-charge ratio of 157.0 . 0.5.

As per Claim 4, Holmquist and Clarke do not expressly disclose that the one or more 1alpha,25(OH)2D2 ions comprise a precursor ion with a mass-to-charge ratio of 393.1 . 0.5. However, in light of Clarke's teaching of ions with a mass-to-charge ratio of 395 (para [0054]), it would have fallen within the range of normal experimentation for a person of skill in the art to use a precursor ion with a mass-to-charge ratio of 393.1 . 0.5. Holmquist discloses the further claim limitation taught by Clarke, namely: using one or more fragment ions with a mass-to-charge ratio of 151.12 . 0.5. From this disclosure, it would have fallen within the range of normal experimentation for a person of skill in the art to use a precursor ion selected from the group of ions with a mass-to-charge ratio of 157.0 . 0.5. It would have been obvious to a person of skill in the art to use the ions that Clarke teaches in the process of Holmquist in order to incorporate specific functional groups into desired product formulations.

As per Claim 5, Holmquist discloses that said ionizing comprises volatilizing the sample by heating the sample with a laser (para [0059]).

As per Claim 6, Holmquist does not expressly disclose that said volatizing is conducted by laser diode thermal desorption (LDTD). However, in light of Holmquist's teaching of matrix assisted laser desorption ionization (para [0059]), it would have been obvious to a person of skill in the art to use laser diode thermal desorption (LDTD).

As per Claim 7, Holmquist discloses that the sample is not subjected to liquid chromatography (without using online extraction or high turbulence liquid chromatography) prior to mass spectrometry (para [0040]).

As per Claim 8, Holmquist discloses that the sample is not subjected to chromatography derivitization is performed prior to chromatography (para [0019]).

---See Supplemental Sheet #1---

Form PCT/ISA/237 (Box No. V) (July 2009)

QUESTMS-00001033

| WRITTEN OPINION OF THE<br>INTERNATIONAL SEARCHING AUTHORITY | International application No.<br><br>PCT/US 10/56886 |
| --- | --- |

**Supplemental Box**

In case the space in any of the preceding boxes is not sufficient.
Continuation of:
Box No. V.2. Citations and explanations.  (Supplemental Sheet #1)

As per Claim 11, Holmquist discloses that 1alpha,25(OH)2D2 in the volatilized sample is ionized with atmospheric pressure chemical ionization (APel) (para [0059]).

As per Claim 12, Holmquist discloses that the sample is a biological sample (blood, plasma, serum, hair) (para [0038]).

As per Claim 13, Holmquist discloses that the sample is plasma or serum (para [0038]).

As per Claim 15, Holmquist discloses a method for determining the amount of 1alpha,25(OH)2D3 in a sample by mass spectrometry, the method comprising the steps of: ionizing non-dehydrated 1alpha,25(OH)2D3 from the sample (para [0024]) to generate one or more 1alpha,25(OH)2D3 ions detectable by mass spectrometry (para [0024]); determining the amount of one or more of the 1alpha,25(OH)2D3 ions by mass spectrometry (para [0032]); and relating the determined amount of 1alpha,25(OH)2D3 ions to the amount of 1alpha,25(OH)2D3 in the sample (para [0035]).  Holmquist does not disclose the further claim limitation taught by Clarke, namely: that said one or more 1alpha,25(OH)2D2 ions comprise one or more ions selected from the group consisting of ions with a mass-to-charge ratio of 365, 383 (para [0054]) or 211.3 (para [0053]).  From these disclosed mass-to-charge ratios, it would have fallen within the range of normal experimentation for a person of skill in the art to use ions with a mass-to-charge ratio of 363.1 . 0.5, or 381.1 . 0.5.  It would have been obvious to a person of skill in the art to use the ions that Clarke teaches in the process of Holmquist in order to incorporate specific functional groups into desired product formulations.

As per Claim 16, Holmquist discloses that the mass spectrometry is tandem mass spectrometry (para [0034]).

As per Claim 17, Holmquist does not expressly disclose ions with a mass-to-charge ratio of 363.1 . 0.5.  However, Holmquist does disclose that the one or more 1alpha,25(OH)2D2 ions comprise a precursor ion with a mass-to-charge ratio of 365 (para [0054]).  From this disclosure, it would have fallen within the range of normal experimentation for a person of skill in the art to use ions with a mass-to-charge ratio of 363.1 . 0.5.  Holmquist does not expressly disclose using ions with a mass-to-charge ratio of 157.0 . 0.5.  However, Holmquist discloses using one or more fragment ions with a mass-to-charge ratio of 151.12 + or - 0.5 (para [0010]).  From this disclosure, it would have fallen within the range of normal experimentation for a person of skill in the art to use a precursor ion selected from the group of ions with a mass-to-charge ratio of 157.0 . 0.5.

As per Claim 18, Holmquist and Clarke do not expressly disclose that the one or more 1alpha,25(OH)2D2 ions comprise a precursor ion with a mass-to-charge ratio of 381.1 . 0.5.  However, in light of Clarke's teaching of ions with a mass-to-charge ratio of 383 (para [0054]), it would have fallen within the range of normal experimentation for a person of skill in the art to use a precursor ion with a mass-to-charge ratio of 381.1 . 0.5.  Holmquist does not expressly disclose using ions with a mass-to-charge ratio of 157.0 . 0.5.  However, Holmquist does disclose using one or more fragment ions with a mass-to-charge ratio of 151.12 . 0.5 (para [0010]).  From this disclosure, it would have fallen within the range of normal experimentation for a person of skill in the art to use a precursor ion selected from the group of ions with a mass-to-charge ratio of 157.0 . 0.5.

As per Claim 19, Holmquist discloses that said ionizing comprises volatilizing the sample by heating the sample with a laser (para [0059]).

As per Claim 20, Holmquist does not expressly disclose that said volatizing is conducted by laser diode thermal desorption (LDTD).  However, in light of Holmquist's teaching of matrix assisted laser desorption ionization (para [0059]), it would have been obvious to a person of skill in the art to use laser diode thermal desorption (LDTD).

As per Claim 29, Holmquist discloses a method for determining the amount of 1alpha,25-dihydroxyvitamin D2 (1alpha,25(OH)2D2) and 1alpha,25-dihydroxyvitamin D3 (1alpha,25(OH)2D3) in a sample (para [0010]) by mass spectrometry (para [0024]), the method comprising the steps of: ionizing non-dehydrated 1alpha,25(OH)2D2 and non-dehydrated 1alpha,25(OH)2D3 from the sample (para [0032]) to generate one or more 1alpha,25(OH)2D2 ions and one or more 1alpha,25(OH)2D3 ions detectable by mass spectrometry (para [0032]); determining the amount of one or more of the 1alpha,25(OH)2D2 ions and the amount of one or more of the 1a,25(OH)2D3 ions by mass spectrometry (para [0032]); and relating the determined amount of 1alpha,25(OH)2D2 ions and 1alpha,25(OH)2D3 ions to the amount of 1alpha,25(OH)2D2 and 1alpha,25(OH)2D3 in the sample (para [0035]).  Holmquist does not disclose the further claim limitation taught by Clarke, namely: that said one or more 1alpha,25(OH)2D2 ions comprise one or more ions selected from the group consisting of ions with a mass-to-charge ratio of 377, 395 (para [0054]) or 211.3 (para [0053]).  From these disclosed mass-to-charge ratios, it would have fallen within the range of normal experimentation for a person of skill in the art to use ions with a mass-to-charge ratio of 375.1 . 0.5, 393.1 . 0.5, or 225.0 . 0.5.  and said one or more 1alpha,25(OH)2D3 ions comprise one or more ions selected from the group consisting of ions with a mass-to-charge ratio of 363.1 . 0.5, 381.1 . 0.5, 105.1 . 0.5, 109.0 . 0.5, 156.9 . 0.5, and 159.2 . 0.5.  Holmquist further discloses that that said one or more 1alpha,25(OH)2D2 ions comprise one or more ions selected from the group consisting of ions with a mass-to-charge ratio of 365 (para [0054]) or 211.3 (para [0053]).  From these disclosed mass-to-charge ratios, it would have fallen within the range of normal experimentation for a person of skill in the art to use ions with a mass-to-charge ratio of 363.1 . 0.5, or 381.1 . 0.5.  It would have been obvious to a person of skill in the art to use the ions that Clarke teaches in the process of Holmquist in order to incorporate specific functional groups into desired product formulations.

---See Supplemental Sheet #2---

Form PCT/ISA/237 (Supplemental Box) (July 2009)

| WRITTEN OPINION OF THE INTERNATIONAL SEARCHING AUTHORITY | International application No. PCT/US 10/56886 |
|---|---|

**Supplemental Box**

In case the space in any of the preceding boxes is not sufficient.
Continuation of:
Box No. V.2. Citations and explanations.  (Supplemental Sheet #2)

As per Claim 30, Holmquist discloses that the mass spectrometry is tandem mass spectrometry (para [0034]).

As per Claim 31, Holmquist discloses that said ionizing comprises volatilizing the sample by heating the sample with a laser (para [0059]).

As per Claim 32, Holmquist does not expressly disclose that said volatizing is conducted by laser diode thermal desorption (LDTD). However, in light of Holmquist's teaching of matrix assisted laser desorption ionization (para [0059]), it would have been obvious to a person of skill in the art to use laser diode thermal desorption (LDTD).

As per Claim 41, Holmquist discloses a method for determining the amount of 1alpha,25-dihydroxyvitamin D2 (1alpha,25(OH)2D2) in a sample by tandem mass spectrometry (para [0024]), comprising: (a) immunopurifying 1alpha,25(OH)2D2 from said sample (para [0011]); and (b) further purifying the immunopurified 1alpha,25(OH)2D2 from step (a) by high pressure liquid chromatography (HPLC) (para [0011]). Holmquist does not disclose the further claim limitation taught by Clarke, namely: that said one or more 1alpha,25(OH)2D2 ions comprise one or more ions selected from the group consisting of ions with a mass-to-charge ratio of 377, 395 (para [0054]) or 211.3 (para [0053]). From these disclosed mass-to-charge ratios, it would have fallen within the range of normal experimentation for a person of skill in the art to use ions with a mass-to-charge ratio of 375.1 . 0.5, or 393.1 . 0.5. Clarke further discloses: (ii) generating one or more 1alpha,25(OH)2D2 fragment ions (para [0034]); and (iii) detecting the amount of one or more of said ions generated in step (i) or (ii) or both (para [0034]) and relating the amount of detected ions to the amount of 1alpha,25(OH)2D2 in said sample (para [0034]). It would have been obvious to a person of skill in the art to use the ions that Clarke teaches in the process of Holmquist in order to incorporate specific functional groups into desired product formulations.

As per Claim 42, Holmquist does not expressly disclose ions with a mass-to-charge ratio of 375.1 . 0.5. However, Holmquist does disclose that the one or more 1alpha,25(OH)2D2 ions comprise a precursor ion with a mass-to-charge ratio of 377 (para [0054]). From this disclosure, it would have fallen within the range of normal experimentation for a person of skill in the art to use ions with a mass-to-charge ratio of 375.1 . 0.5.  However, Holmquist does not expressly disclose using ions with a mass-to-charge ratio of 157.0 . 0.5.  However, Holmquist discloses using one or more fragment ions with a mass-to-charge ratio of 151.12 . 0.5 (para [0010]).  From this disclosure, it would have fallen within the range of normal experimentation for a person of skill in the art to use a precursor ion selected from the group of ions with a mass-to-charge ratio of 157.0 . 0.5.

As per Claim 43, Holmquist and Clarke do not expressly disclose that the one or more 1alpha,25(OH)2D2 ions comprise a precursor ion with a mass-to-charge ratio of 393.1 . 0.5.  However, in light of Clarke's teaching of ions with a mass-to-charge ratio of 395 (para [0054]), it would have fallen within the range of normal experimentation for a person of skill in the art to use a precursor ion with a mass-to-charge ratio of 393.1 . 0.5.  Holmquist discloses using one or more fragment ions with a mass-to-charge ratio of 151.12 . 0.5 (para [0010]).  From this disclosure, it would have fallen within the range of normal experimentation for a person of skill in the art to use a precursor ion selected from the group of ions with a mass-to-charge ratio of 157.0 . 0.5.  It would have been obvious to a person of skill in the art to use the ions that Clarke teaches in the process of Holmquist in order to incorporate specific functional groups into desired product formulations.

As per Claim 44, Holmquist discloses that the immunopurifying step utilizes immunoparticles (para [0046]).

As per Claim 45, Holmquist discloses that said immunoparticles comprise antidihydroxyvitamin D antibodies (para [0046]).

As per Claim 47, Holmquist discloses a method for determining the amount of 1alpha,25-dihydroxyvitamin D3 (1alpha,25(OH)2D3) in a sample by tandem mass spectrometry (para [0024]), comprising: (a) immunopurifying 1alpha,25(OH)2D3 from said sample (para [0033]); and  (b) further purifying the immunopurified 1alpha,25(OH)2D3 from step (a) by high pressure liquid chromatography (HPLC) (para [0050]).  Holmquist does not disclose the further claim limitation taught by Clarke, namely: (c) determining the amount of the 1alpha,25(OH)2D3 obtained from step (b) by tandem mass spectrometry comprising (para [0035])' that said one or more 1alpha,25(OH)2D2 ions comprise one or more ions selected from the group consisting of ions with a mass-to-charge ratio of 377, 395 (para [0054]) or 211.3 (para [0053]).  From these disclosed mass-to-charge ratios, it would have fallen within the range of normal experimentation for a person of skill in the art to use ions with a mass-to-charge ratio of 375.1 . 0.5, or 393.1 . 0.5.  Clarke further discloses: (ii) generating one or more 1alpha,25(OH)2D3 fragment ions (para [0054]); and (iii) detecting the amount of one or more of said ions generated in step (i) or (ii) or both (para [0055]) and relating the amount of detected ions to the amount of 1alpha,25(OH)2D3 in said sample (para [0051]).  It would have been obvious to a person of skill in the art to use the ions that Clarke teaches in the process of Holmquist in order to incorporate specific functional groups into desired product formulations.

As per Claim 48, Holmquist does not expressly disclose ions with a mass-to-charge ratio of 363.1 . 0.5.  However, Holmquist does disclose that the one or more 1alpha,25(OH)2D2 ions comprise a precursor ion with a mass-to-charge ratio of 365 (para [0054]).  From this disclosure, it would have fallen within the range of normal experimentation for a person of skill in the art to use ions with a mass-to-charge ratio of 363.1 . 0.5.  However, Holmquist does not expressly disclose using ions with a mass-to-charge ratio of 157.0 . 0.5.  However, Holmquist discloses using one or more fragment ions with a mass-to-charge ratio of 151.12 + or - 0.5 (para [0010]).  From this disclosure, it would have fallen within the range of normal experimentation for a person of skill in the art to use a precursor ion selected from the group of ions with a mass-to-charge ratio of 157.0 . 0.5.

---See Supplemental Sheet #3---

Form PCT/ISA/237 (Supplemental Box) (July 2009)

QUESTMS-00001035

| WRITTEN OPINION OF THE INTERNATIONAL SEARCHING AUTHORITY | International application No. PCT/US 10/56886 |
|---|---|

**Supplemental Box**

In case the space in any of the preceding boxes is not sufficient.
Continuation of:
Box No. V.3. Citations and explanations.  (Supplemental Sheet #3)

As per Claim 49, Holmquist and Clarke do not expressly disclose that the one or more 1alpha,25(OH)2D2 ions comprise a precursor ion with a mass-to-charge ratio of 381.1 . 0.5.  However, in light of Clarke's teaching of ions with a mass-to-charge ratio of 383 (para [0054]), it would have fallen within the range of normal experimentation for a person of skill in the art to use a precursor ion with a mass-to-charge ratio of 381.1 . 0.5.  Holmquist does not expressly disclose using ions with a mass-to-charge ratio of 157.0 . 0.5.  However, Holmquist does disclose using one or more fragment ions with a mass-to-charge ratio of 151.12 . 0.5 (para [0010]).  From this disclosure, it would have fallen within the range of normal experimentation for a person of skill in the art to use a precursor ion selected from the group of ions with a mass-to-charge ratio of 157.0 . 0.5.

As per Claim 50, Holmquist discloses that the immunopurifying step utilizes immunoparticles (para [0046]).

As per Claim 51, Holmquist discloses that said immunoparticles comprise antidihydroxyvitamin D antibodies (para [0046]).

Claims 1-8, 11-13, 15-20, 29-32, 41-45 and 47-51 have industrial applicability as defined by PCT Article 33(4) because the subject matter can be made or used in industry.

Form PCT/ISA/237 (Supplemental Box) (July 2009)

QUESTMS-00001036

# Papers

XP 000570695



# Production of a group-specific antibody to 1α,25-dihydroxyvitamin D and its derivatives having the 1α,3β-dihydroxylated A-ring structure

Norihiro Kobayashi, Akiko Takama, Kazuko Shiomura, Yoshimi Tabata, Kanako Takagi, and Kazutake Shimada

*Faculty of Pharmaceutical Sciences, Kanazawa University, Kanazawa, Japan*

*To obtain a group-specific antibody to 1α,25-dihydroxyvitamin D and its derivatives having the 1α,3β-dihydroxylated A-ring structure, 1α-hydroxy-25,26,27-trinorvitamin D₃-24-oic acid was synthesized as a haptenic derivative by a new convenient synthetic route. Three kinds of polyclonal antibodies were elicited in rabbits against the hapten conjugated with bovine serum albumin, and their specificity was examined by cross-reactivities in a radioimmunoassay procedure. One of the antibodies was found to show a suitable binding property by addition of a small amount of the plasma from vitamin D-deficient rats. Dose-response curves with measurable ranges applicable to biological specimens were obtained for 1α,25-dihydroxyvitamin D₃, 1α,25-dihydroxyvitamin D₂, (24R)-1α,24,25-trihydroxyvitamin D₃, (23S,25R)-1α,25-dihydroxyvitamin D₃ 26,23-lactone, and 22-oxacalcitriol by the radioimmunoassay system using this improved antibody. The antibody will be widely useful for developing profile analyses of 1α,25-dihydroxyvitamin D and its derivatives (metabolites or synthetic analogs) having the 1α,3β-dihydroxylated A-ring, as well as immunoassays measuring each of these secosterols individually. (Steroids 59:404–411, 1994)*

Keywords: sterols; 1α,25-dihydroxyvitamin D derivatives; hapten synthesis; 1α-hydroxy-25,26,27-trinorvitamin D₃-24-oic acid; antibody production; specificity

## Introduction

Humans derive their vitamin D (vitamin $D_3$ [$D_3$] and vitamin $D_2$ [$D_2$]) from two sources. $D_3$ is mainly synthesized in the skin, upon irradiation of provitamin $D_3$ with ultraviolet (UV) light, whereas $D_2$ is absorbed solely from the diet. 1α,25-Dihydroxyvitamin $D_3$ [1,25-$(OH)_2D_3$, 1] and 1α,25-dihydroxyvitamin $D_2$ [1,25-$(OH)_2D_2$, 2] are the active forms of $D_3$ and $D_2$, respectively, playing an important role in calcium homeostasis (Figure 1). It has been shown that 1,25-$(OH)_2D_3$ is also associated with cell proliferation and differentiation. These active metabolites are further transformed into various 1α-hydroxylated compounds having additionally hydroxylated or lactonized side chains, such as (24R)-1α,24,25-trihydroxyvitamin $D_3$ [1,24,25-$(OH)_3D_3$, 3], and (23S, 25R)-1α,25-dihydroxyvitamin $D_3$ 26,23-lactone (1,25-lactone, 4). 1,25-Lactone

Address reprint requests to Dr. Kazutake Shimada, Faculty of Pharmaceutical Sciences, Kanazawa University, Takara-machi, Kanazawa 920, Japan.
Received October 12, 1993; accepted January 12, 1994

is one of the major metabolites of 1,25-$(OH)_2D_3$ and has received much attention due to its unique biological actions. The metabolite inhibits bone resorption induced by 1,25-$(OH)_2D_3$ and stimulates bone formation,[1,2] although the physiological role of the trihydroxylated metabolites is still obscure.

On the other hand, many attempts have recently been made to separate the cell-differentiating ability of 1,25-$(OH)_2D_3$ from calcemic activity by modifying its chemical structure. Consequently, some promising analogs of 1,25-$(OH)_2D_3$ having modified side chains, e.g., 22-oxacalcitriol (OCT, 5),[3] calcipotriol (MC 903),[4] and KH-1060[5] have been developed and are now expected to be novel agents with potent clinical utility.

Antibodies reacting equally with these vitamin D derivatives having the 1α,3β-dihydroxylated A-ring structure will be widely useful for developing profile analyses of 1α,25-dihydroxyvitamin D and its derivatives mentioned above, as well as immunoassays measuring each of these secosterols individually.

From these points of view, we synthesized a haptenic derivative, 1α-hydroxy-25,26,27-trinorvitamin $D_3$-24-oic acid [(5Z,7E)-(1S,3R)-1,3-dihydroxy-9,10-

© 1994 Butterworth–Heinemann

QUESTMS-00001037

**Figure 1** Structures of 1,25-(OH)$_2$D and its derivatives having the 1α,3β-dihydroxylated A-ring structure

secochola-5,7,10(19)-trien-24-oic acid, **6** (Figure 1), which was expected to generate the desired antibody, by a new convenient synthetic route. Three kinds of polyclonal antibodies were then elicited in rabbits against the hapten conjugated with bovine serum albumin (BSA), and their specificity was examined by cross-reactivities in a radioimmunoassay (RIA) procedure.

## Experimental

### Hapten synthesis

Melting points (mp) were recorded on a Yanagimoto micro melting point apparatus (Kyoto, Japan) and were uncorrected. Optical rotations were measured on a JASCO DIP-181 digital polarimeter (Tokyo, Japan) for solutions in CHCl$_3$. UV spectra were obtained on a Union Giken SM-401 spectrophotometer (Osaka, Japan) for solutions in EtOH. Proton nuclear magnetic resonance ($^1$H NMR) spectra were recorded on a JEOL JNM-FX-100 (100 MHz), a JNM-EX-270 (270 MHz), or a JNM-GX-400 (400 MHz) spectrometer (Tokyo, Japan) using Me$_4$Si as an internal standard. CDCl$_3$ was used as the solvent unless otherwise specified, and the following abbreviations were used: s (singlet), d (doublet), dd (doublet of doublets), q (quartet), and m (multiplet). Low- and high-resolution mass (MS) spectra (electron impact ionization) were determined with a Hitachi M-80 spectrometer (Tokyo, Japan). Column chromatography and preparative thin-layer chromatography (p-TLC) were carried out with silica gel 60 (70–230 mesh) and silica gel 60 F$_{254}$ (0.5 mm) (E. Merck, Darmstadt, Germany), respectively. Flash column chromatography was performed with Wakogel FC-40 (20–40 μm) (Wako Pure Chemical Ind., Osaka, Japan). The starting material, methyl 1α,3β-diacetoxychol-5-en-24-oate 7 was synthesized from 1α-hydroxy-dehydroepiandrosterone by a reported method[6] in our laboratory. All air-sensitive reactions in the synthesis were carried out under argon or nitrogen. The phrase "dried and evaporated" indicates drying with Na$_2$SO$_4$ followed by evaporation of the solvents under reduced pressure.

**Methyl 1α,3β-diacetoxy-3′,5′-dioxo-4′-phenyl-5,8-[1,2]epi-[1,2,4]triazolo-5α,8α-chol-6-en-24-oate (8).** A mixture of 5-ene 7 (710 mg, 1.45 mmol), N-bromosuccinimide (NBS) (360 mg,

2.02 mmol), and 2,2′-azobisisobutyronitrile (AIBN) (14 mg) in hexane (15 mL) was refluxed for 25 min. After the mixture had cooled to room temperature, the resulting precipitate was filtered off. The filtrate was concentrated under reduced pressure, and the residue thus obtained was dissolved in xylene (13 mL). After addition of 2,4,6-collidine (2.3 mL), the mixture was refluxed for 1 h. The resulting solution was diluted with AcOEt, washed (H$_2$O, chilled 5% HCl, H$_2$O, 5% NaHCO$_3$, and brine), dried, and evaporated. The residue was dissolved in CH$_2$Cl$_2$ (20 mL), and a solution of 4-phenyl-1,2,4-triazoline-3,5-dione (PTAD) (0.3% in CH$_2$Cl$_2$) was added dropwise to the solution until a faint red color due to PTAD persisted. After addition of the PTAD, the mixture was stirred for a further 1 h. The solvent was removed under reduced pressure, and the crude product thus obtained was purified by flash column chromatography (hexane/AcOEt, 1:1) to give compound 8 (549 mg, 57%) as a pale yellow oil: $^1$H NMR (100 MHz) δ 0.83 (3H, s, 18-H), 0.94 (3H, d, J = 5 Hz, 21-H), 1.06 (3H, s, 19-H), 2.01, 2.03 (each 3H, s, OAc), 3.24 (1H, dd, J = 14, 6 Hz, 9α-H), 3.66 (3H, s, COOMe), 5.11 (1H, m, 1β-H), 5.88 (1H, m, 3α-H), 6.28, 6.43 (2H, ABq, J = 8 Hz, 6, 7-H), 7.22–7.56 (5H, m, Ph); MS m/z 486 (M$^+$ – PTAD, 0.32%), 427 (486 – COOMe, 2.9), 426 (486 – AcOH, 9.1), 367 (427 – AcOH, 28), 366 (486 – 2 × AcOH, 100), 251 (366 – side chain, 9.8).

**Methyl 1α,3β-dihydroxy-3′,5′-dioxo-4′-phenyl-5,8-[1,2]epi-[1,2,4]triazolo-5α,8α-chol-6-en-24-oate (9).** A solution of adduct 8 (540 mg, 0.816 mmol) and KOH (168 mg, 3.00 mmol) in MeOH (30 mL) was stirred at room temperature for 2 h. After neutralization with 50% AcOH, the resulting mixture was extracted with AcOEt. The organic layer was washed (H$_2$O, 5% NaHCO$_3$, and brine), dried, and evaporated. The crude product was purified by flash column chromatography (hexane/AcOEt, 1:4) to give compound 9 (354 mg, 75%) as colorless needles: mp 198–198.5 C (recrystallized from MeOH); analysis calculated for C$_{33}$H$_{43}$O$_6$N$_3$·1/4H$_2$O: C, 68.06; H, 7.55; N, 7.22; found: C, 68.00; H, 7.78; N, 7.20; [α]$_D^{18}$ = –94.0° (c = 0.20%); $^1$H NMR (100 MHz) δ 0.82 (3H, s, 18-H), 0.89 (3H, s, 19-H), 3.09 (1H, dd, J = 14, 6 Hz, 9α-H), 3.66 (3H, s, COOMe), 3.75 (1H, m, 1β-H), 4.78 (1H, m, 3α-H), 6.19, 6.36 (2H, ABq, J = 8 Hz, 6, 7-H), 7.20–7.44 (5H, m, Ph).

**Methyl 1α,3β-dihydroxychola-5,7-dien-24-oate (10).** A solution of diol 9 (488 mg, 0.845 mmol) in 1,1,3,3-tetramethylguanidine (5 mL) was refluxed for 30 min. The resulting solution was diluted with AcOEt, washed (H$_2$O, chilled 5% HCl, brine, 5% NaHCO$_3$, and brine), dried, and evaporated. The crude product was purified by column chromatography (hexane/AcOEt, 1:2) to give compound 10 (287 mg, 84%) as colorless needles: mp 111–117 C (recrystallized from MeOH); [α]$_D^{18}$ = –63.5° (c = 0.20%); UV λ$_{max}$ (ε) 273 (10400), 283 (11300), 295 (6600) nm; $^1$H NMR (100 MHz) δ 0.63 (3H, s, 18-H), 0.95 (3H, s, 19-H), 3.67 (3H, s, COOMe), 3.75 (1H, m, 1β-H), 4.02 (1H, m, 3α-H), 5.36 (1H, m, 7-H), 5.68 (1H, m, 6-H); MS m/z 402 (M$^+$, 20%), 384 (M$^+$ – H$_2$O, 7.7), 366 (M$^+$ – 2 × H$_2$O, 11), 343 (M$^+$ – COOMe, 17), 251 (366 – side chain, 12), 343 (1 (100); high-resolution MS m/z 402.2772 (M$^+$) (calculated for C$_{25}$H$_{38}$O$_4$, 402.2768).

**Methyl (5Z,7E)-(1S,3R)-1,3-dihydroxy-9,10-secochola-5,7,10-(19)-trien-24-oate (11).** A solution of diene 10 (251 mg, 0.623 mmol) in Et$_2$O (400 mL) was irradiated intermittently (six times for 20 s each) with a 400 W high-pressure mercury lamp through a Vycor filter at 0 C under bubbling argon. After removal of the solvent under reduced pressure, the residue was dissolved in a mixture of hexane (20 mL) and tetrahydrofuran

BNSDOC D: <XP_____570395A__I_>

Joint Appendix 1554

QUESTMS-00001038

*Papers*

(THF) (10 mL) and stored in the dark at room temperature for 9 days. The solvent was evaporated off and the crude product thus obtained was purified successively by flash column chromatography (hexane/AcOEt, 2:1) and p-TLC (hexane/AcOEt, 1:1; developed three times) to give compound 11 (59.1 mg, 24%) as a colorless foam: UV $\lambda_{max}$ 267 nm, $\lambda_{min}$ 231 nm; [1]H NMR (400 MHz) $\delta$ 0.54 (3H, s, 18-H), 0.93 (3H, d, J = 6.4 Hz, 21-H), 3.66 (3H, s, COOMe), 4.22 (1H, m, 3-H), 4.42 (1H, m, 1-H), 4.99 (1H, s, 19-H), 5.32 (1H, s, 19-H), 6.01 (1H, d, J = 11.2 Hz, 7-H), 6.36 (1H, d, J = 11.2 Hz, 6-H); MS m/z 402 (M[+], 15%), 384 (M[+] - H₂O, 69), 366 (M[+] - 2 × H₂O, 36), 251 (366 - side chain, 18), 152 (A-ring + 6, 7-C, 25), 134 (100); high-resolution MS m/z 402.2760 (M[+]) (calculated for $C_{25}H_{38}O_4$, 402.2768).

(5Z,7E)-(1S,3R)-1,25-Dihydroxy-9,10-secochola-5,7,10(19)-trien-24-oic acid (6). A solution of triene 11 (25.9 mg, 64.3 $\mu$mol) and KOH (100 mg, 1.79 mmol) in MeOH (2.0 mL) was stirred at room temperature for 20 h. After neutralization with 50% AcOH, the resulting mixture was extracted with AcOEt. The organic layer was washed (H₂O and brine), dried, and evaporated. The crude product was purified by flash column chromatography (CHCl₃/MeOH, 10:1) to give the hapten 6 (24.2 mg, 97%) as a colorless solid: UV $\lambda_{max}$ 267 nm, $\lambda_{min}$ 229 nm; [1]H NMR (270 MHz; pyridine-d₅) $\delta$ 0.50 (3H, s, 18-H), 0.95 (3H, d, J = 5.9 Hz, 21-H), 4.74 (1H, m, 3-H), 5.08 (1H, m, 1-H), 5.29 (1H, d, J = 3.0 Hz, 19-H), 5.83 (1H, m, 19-H), 6.42 (1H, d, J = 11.2 Hz, 7-H), 6.63 (1H, d, J = 11.2 Hz, 6-H); MS m/z 388 (M[+], 16%), 370 (M[+] - H₂O, 67), 352 (M[+] - 2 × H₂O, 100), 251 (352 - side chain, 28), 134 (A-ring + 6, 7-C, 59), 116 (134 - H₂O, 53).

## Antibody production and characterization

Radioactivities were measured with an Aloka LSC-700 liquid scintillation spectrometer (Tokyo, Japan). D₃ and D₂ were purchased from Tokyo Kasei Kogyo Co. (Tokyo, Japan). 25-Hydroxyvitamin D₃ (25-OH-D₃) was obtained from Duphar B.V. Co. (Amsterdam, The Netherlands). 1,25-(OH)₂D₃, (24R)-24,25-dihydroxyvitamin D₃ [24,25-(OH)₂D₃], 1,24,25-(OH)₃D₃, OCT, (20S)-1α,20-dihydroxy-22,23,24,25,26,27-hexanorvitamin D₃ (1,20-hexanor-D₃),[7] (24R)-1α,24-dihydroxyvitamin D₂ [1,24-(OH)₂D₂],[8]*** 1,25-dihydroxy-26(23)-hydroxypropoxyvitamin D₃ (ED-71),[10] and the plasma from vitamin D-deficient rats [D(−)-plasma] were supplied from Chugai Pharmaceutical Co. (Tokyo, Japan). 1,25-Lactone and 1,25-(OH)₂D₂ were donated by Professor S. Takano of Tohoku University (Sendai, Japan) and Maruho Co. (Osaka, Japan), respectively. 25,26-Dihydroxyvitamin D₃ [(25R)- and (25S)-isomers; 25R,26- and 25S,25-(OH)₂D₃], 25-hydroxyvitamin D₃ 3-sulfate (25-OH-D₃ 3S), and 7-dehydro-1α,25-dihydroxycholesterol [pro-1,25-(OH)₂D₃] were synthesized in our laboratory by known methods. Poly(vinyl alcohol) (PVA, average mol wt 2000) was obtained from Aldrich Chemical Co. (Milwaukee, WI, USA). BSA (crystallized) and complete Freund's adjuvant were purchased from Sigma Chemical Co. (St. Louis, MO, USA) and DIFCO Laboratories (Detroit, MI, USA), respectively. [26,27-Methyl-[3]H]-1,25-(OH)₂D₃ (165 Ci/mmol) and the protein A column kit (Ampure™ PA kit) were obtained from Amersham Japan Co. (Tokyo, Japan). Dextran (mol wt 50,000–70,000) and activated charcoal powder (Norit® EXW) were purchased from Nacalai Tesque (Kyoto, Japan). Chem Elut™ extraction column (No. 1219–8008) and Sepharose® 4B were obtained from Varian Co. (Harbor City, CA, USA) and Pharmacia Co. (Uppsala, Sweden), respectively.

## Preparation of hapten–BSA conjugate

1-Ethyl-3-(3-dimethylaminopropyl)carbodiimide · HCl (EDC) (46.8 mg, 0.244 mmol) and N-hydroxysuccinimide (28.5 mg, 0.248 mmol) were added to a solution of the hapten 6 (24.2 mg, 62.3 $\mu$mol) in 95% dioxane (0.2 mL), and the mixture was stirred at room temperature for 2 h. The resulting mixture was extracted with AcOEt, and the organic solvent was washed (H₂O), dried, and evaporated. The crude N-succinimidyl ester 12 of the hapten 6 thus obtained (23.6 mg; determined by UV spectra at 267 nm on the assumption that the molar extinction coefficient is 16,600 [Ref. 11]) was dissolved in pyridine (1.2 mL). A solution of BSA (53.5 mg, 0.811 $\mu$mol) in 0.05 M sodium phosphate buffer (pH 7.4, 1.2 mL) was added to the solution of the ester. The resulting mixture was stirred overnight at 4 C and then dialyzed against cold H₂O for 1 day. After addition of acetone and a small amount of NaCl, the resulting suspension was centrifuged at 4 C (1000 × g for 20 min) and the supernatant was discarded. The procedure was repeated until free secosterols were removed. The precipitate was dissolved in 20% pyridine (8 mL), and the solution was dialyzed again as described above. Lyophilization of the resulting solution gave the desired conjugate (40.5 mg) as a fluffy powder. The number of hapten molecules linked to a BSA molecule was calculated from the UV absorption[11] (267 nm) of the conjugate on the assumption that the molar extinction coefficient of the hapten is 16,600.[11]

## Production of antisera and their IgG fractions

Three domestic albino rabbits (female, 3 months old) were used for immunization. The suspension of the hapten–BSA conjugate (3.0 mg) in isotonic saline (1.5 mL) was emulsified with complete Freund's adjuvant (1.5 mL), and a portion of the emulsion (∼ 1.0 mL) was injected into each rabbit subcutaneously at multiple sites along the back. This procedure was repeated further nine times at biweekly intervals, using the conjugate (1.5 mg). Blood was collected 8 days after the last immunization and allowed to stand overnight at 4 C. Centrifugation at 4 C (1000 × g for 20 min) afforded the three kinds of antisera. A portion of each antiserum (200 $\mu$L) was applied to the protein A column. The immunoglobulin G (IgG) fractions obtained (Ab-1, -2, and -3; the recoveries of IgG were not determined) were diluted with a sodium phosphate buffer (0.05 M, pH 7.3) containing 0.1% gelatin, 0.9% NaCl, 0.1% NaN₃, and 1% PVA (buffer A) (12 mL; corresponding to 1:60), and stored at 4 C prior to use.

## RIA procedure

A series of standard 1,25-(OH)₂D₃ (0–2000 pg) or other related compounds and [[3]H]-1,25-(OH)₂D₃ (∼ 15,000 disintegrations per minute [dpm]) each dissolved in EtOH (each 25 $\mu$L) were added to the antibody (IgG fraction) diluted with buffer A (500 $\mu$L), and the mixture was incubated at 4 C for 4 h. After addition of the charcoal (2%) suspension in buffer A containing dextran (0.05%) but no PVA (500 $\mu$L), the mixture was vortex-mixed, allowed to stand at 0 C for 20 min, and then centrifuged at 4 C (1000 × g for 10 min). The supernatant was transferred by decantation into a vial containing the cT 21 scintillation cocktail[13] (10 mL), and the radioactivity was measured.

## Cross-reaction study

Fifteen kinds of compounds having structures related to vitamin D were tested for their reactivity with the antibodies relative to that of 1,25-(OH)₂D₃. The relative amounts required

BNSDOCID: <XP_____670895A_I_>

Joint Appendix 1555

QUESTMS-00001039

to reduce the initial binding of [³H]-1,25-(OH)₂D₃ by half, where the mass of unlabeled 1,25-(OH)₂D₃ was arbitrarily taken as 100%, were calculated from standard curves.[14]

### Effect of addition of the D(−)-plasma on the specificity of the antibody

The cross-reactivities of the Ab-2 diluted with buffer A containing the D(−)-plasma (0.1%) were tested with 13 kinds of compounds, and the results were compared with those obtained without addition of the plasma.

### Measurement of human plasma 1,25-(OH)₂D₃ levels

A solution of [³H]-1,25-(OH)₂D₃ (∼ 2,500 dpm) in EtOH (25 μL) was added to each plasma (5.0 mL) and the mixture was left at room temperature for 1 h. The solution was then diluted with 0.01 M Na₂HPO₄ (5.0 mL) and applied to a Chem Elut™ column.[15] After addition of CH₂Cl₂/acetone (9:1, 10 mL) and being kept at room temperature for 30 min, the column was eluted with the same solvent (100 mL) to obtain a 1,25-(OH)₂D₃ fraction, which was then purified by a "heterospecific tandem" immunoaffinity chromatography (IAC).[16] Thus, the residue obtained by evaporation was dissolved in buffer A/EtOH(10:1, 3.2 mL) and applied to the first affinity column that is an Ab₁₁-3 (Ref. 17)-immobilized Sepharose™ 4B (2 mL) packed into a polypropylene minicolumn. The column was washed with H₂O (10 mL) and then eluted with 30% CH₃CN (15 mL). The eluate was diluted twice with H₂O and applied to the second column containing an antibody HS-1 (Ref. 12)-immobilized Sepharose™ 4B (1 mL). After washing with H₂O and 20% acetone (each 5 mL) serially, 1,25-(OH)₂D₃ was eluted with 95% MeOH (10 mL). The solvent was evaporated off and the residue obtained was dissolved in CH₂Cl₂ (3 mL), which was then washed once with H₂O (1.5 mL). The solvent was evaporated off and the residue obtained was dissolved in EtOH (50 μL). Half the solution (25 μL) was submitted to the RIA using the D(−)-plasma-added Ab-2, and radioactivity of the remaining solution was measured to calculate the recovery rate of 1,25-(OH)₂D₃.

## Results

### Synthesis of the haptenic derivative

The haptenic derivative 6 was synthesized from the 5-ene 7 in eight steps as shown in Scheme 1. All the compounds synthesized here exhibited satisfactory spectral and/or elemental analyses data. The overall yield of the hapten 6 from the 5-ene 7 was 8.4%.

### Preparation of hapten–BSA conjugate

The hapten–BSA conjugate was prepared by reacting 60-fold excess N-hydroxysuccinimidyl ester 12 of the hapten 6 (Scheme 1) with BSA in a mixture of pyridine and the phosphate buffer at 4 C.[18] The hapten/BSA molar ratio of the conjugate thus obtained was determined to be 21, and the value was judged to be adequate for use as an immunogen.

### Antibody production

Three kinds of antisera against hapten 6 were elicited by the repeated immunization of three rabbits with the conjugate prepared above. The IgG fractions of these



**Scheme 1** Synthetic route of the haptenic derivative. Reagents: (i) NBS, AIBN, hexane; (ii) 2,4,6-collidine, xylene; (iii) PTAD, CH₂Cl₂; (iv) KOH, MeOH; (v) 1,1,3,3-tetramethylguanidine; (vi) hv, Et₂O; (vii) room temperature, hexane THF; (viii) KOH, MeOH; (ix) N-hydroxysuccinimide, EDC, dioxane H₂O

antisera were then prepared using the protein A column kit. The titer of these polyclonal antibodies in the RIA was determined as the final dilution that was capable of binding 50% radioactivity, where the bound radioactivity obtained with the antibody diluted at 1:200 (a large excess antibody) was arbitrarily taken as 100% (Figure 2; Table I). Significantly lower specific binding and about five times higher nonspecific binding were observed when the antigen–antibody reaction was carried out in buffer A containing no PVA (Figure 2), indicating that addition of PVA is also effective in the 1,25-(OH)₂D₃ immunoassays as well as 25-OH-D₃



**Figure 2** Antibody dilution curves obtained with the Ab-1, -2, and -3. The bound radioactivity obtained with the antibody diluted at 1:200 was arbitrarily taken as 100%: (●——●) Ab-1; (▲——▲) Ab-2; (△——△) Ab-2 diluted with the buffer A containing no PVA (the binding by the Ab-2 with PVA [1:200] was taken as 100%); (×——×) Ab-3

BNSDOCID: <XP_____570695A__I_>

QUESTMS-0000104C

*Papers*

Table 1   Percent cross-reaction of antibodies

| Compound | Ab-1 | Ab-2 [D(−)-plasma]$^a$ | | Ab-3 |
|---|---|---|---|---|
| | | (−) | (+) | |
| 1,25-(OH)$_2$D$_3$ | 100 | 100 | 100 | 100 |
| D$_3$ | 0.28 | <0.2 | <0.05 | 0.24 |
| D$_2$ | 0.18 | <0.2 | <0.05 | 0.18 |
| 25-OH-D$_3$ | 20 | 4.5 | 1.1 | 17 |
| 25-OH-D$_3$ 3S | <0.1 | <0.1 | <0.05 | <0.1 |
| 24,25-(OH)$_2$D$_3$ | 40 | 9.1 | 2.8 | 30 |
| 25R,26-(OH)$_2$D$_3$ | — | 18 | 4.7 | — |
| 25S,26-(OH)$_2$D$_3$ | — | 13 | 6.5 | — |
| 1,25-(OH)$_2$D$_2$ | — | 42 | 30 | — |
| 1,24,25-(OH)$_3$D$_3$ | — | 140 | 100 | — |
| 1,25-Lactone | — | 58 | 83 | — |
| 1,20-Hexanor-D$_3$ | — | 130 | — | — |
| 1,24-(OH)$_2$D$_3$ | — | 75 | 70 | — |
| OCT | — | 130 | 160 | — |
| ED-71 | — | <0.06 | — | — |
| Pro-1,25-(OH)$_2$D$_3$ | — | <0.05 | <0.05 | — |
| Titer$^b$ | 1:110,000 | 1:33,000 | 1:22,000 | 1:165,000 |
| Ka$^c$ (M$^{-1}$ × 10$^{-9}$) | 4.0 | 1.7 | — | 3.8 |

$^a$ Ab-2 diluted with buffer A containing (+; 0.1%) or not containing (−) the D(−)-plasma was used.
$^b$ The final dilution of antibodies needed to bind 50% of labeled antigen.
$^c$ Affinity constant obtained by Scatchard analysis.[20]

immunoassays.[19] Affinity constants for 1,25-(OH)$_2$D$_3$ obtained by the Scatchard analysis[20] are also listed in Table 1. Every antibody afforded the dose-response curve for 1,25-(OH)$_2$D$_3$ whose measurable range was 20–2000 pg per tube (Figure 3).

### Cross-reaction study

To clarify the binding property of the antibodies, the cross-reactivities with various compounds were determined by taking the reactivity of 1,25-(OH)$_2$D$_3$ as 100%. First, the cross-reactions with five kinds of endogenous secosterols having the 1α-deoxygenated A-ring structure, D$_3$, D$_2$, 25-OH-D$_3$, 25-OH-D$_3$ 3S, and 24,25-(OH)$_2$D$_3$, were compared among the three antibodies (Table 1). Every antibody well discriminated D$_3$ (∼ 0.28%), D$_2$ (< 0.2%), and 25-OH-D$_3$ 3S (< 0.1%). However, a large variation was observed for the cross-reactivities with 25-OH-D$_3$ and 24,25-(OH)$_2$D$_3$, and Ab-2 afforded the lowest values (4.5% and 9.1%). The cross-reactivities of Ab-2 with 10 additional compounds were thus examined, and the results are also shown in Table 1. The five secosterols having the 1α,3β-dihydroxylated A-ring containing the synthetic analogs exhibited high cross-reactivities: 1,24,25-(OH)$_3$D$_3$ (140%), 1,25-lactone (58%), 1,24-(OH)$_2$D$_3$ (a synthetic analog having potent calcemic effect;[9] 75%), 1,25-(OH)$_2$D$_2$ (42%), OCT (130%), and 1,20-hexanor-D$_3$ (a major metabolite of OCT;[7] 130%), showing that Ab-2 has similar reactivity to these compounds, as expected. We found, however, significant cross-reactivities also with 25R,26- and 25S,26-(OH)$_2$D$_3$ (18% and 13%), though these metabolites lack the

1α-hydroxy group. On the contrary, only negligible cross-reactivity was found with ED-71, a recently synthesized analog having a rather large functional group at its A-ring (the 2-position)[10] (< 0.06%). A similar result with pro-1,25-(OH)$_2$D$_3$ (< 0.05%) demonstrated the high ability of the antibody to recognize the vitamin D skeleton.

### Effect of addition of the D(−)-plasma on the specificity of Ab-2

Improvement of the specificity of Ab-2 was investigated by addition of the D(−)-plasma. The optimum concentration of the D(−)-plasma was determined to be 0.1% by comparing the titers of the antibody and dose-response curves obtained with various concentrations of the plasma (data not shown). Higher concentration than 0.1% reduced both the titer and the RIA sensitivity, and, in addition, significantly increased nonspecific binding was observed. The cross-reactivities of the plasma-added Ab-2 are also listed in Table 1. The values obtained with four kinds of 1α-deoxy-type metabolites, 25-OH-D$_3$ (1.1%); 24,25-(OH)$_2$D$_3$ (2.8%); and 25R,26- and 25S,26-(OH)$_2$D$_3$ (4.7% and 6.5%, respectively), were significantly reduced compared with those of Ab-2 alone. There was no marked change for the cross-reactivities with D$_3$ (< 0.05%), D$_2$ (< 0.05%), 25-OH-D$_3$ 3S (< 0.05%), 1,24-(OH)$_2$D$_3$ (70%), and pro-1,25-(OH)$_2$D$_3$ (< 0.05%). On the other hand, somewhat lower or higher values were obtained with 1,25-(OH)$_2$D$_2$ (30%), 1,24,25-(OH)$_3$D$_3$ (100%), 1,25-lactone (83%), and OCT (160%).

BNSDOCID: <XP_____570695A__I_>

Joint Appendix 1557

QUESTMS-00001041

*Dose-response curves of RIA using the plasma-added Ab-2*

The dose-response curves for five 1α-hydroxylated secosterols were constructed by the RIA system using the plasma-added Ab-2 and [³H]-1,25-(OH)₂D₃ as a labeled antigen (Figure 4). The measurable ranges for each compound (per tube) were as follows: 1,25-(OH)₂D₃ (20–2000 pg), 1,25-(OH)₂D₂ (50–5000 pg), 1,24,25-(OH)₃D₃ (20–2000 pg), 1,25-lactone (20–2000 pg), and OCT (10–2000 pg).

*Measurement of human plasma 1,25-(OH)₂D₃ levels*

The 1,25-(OH)₂D₃ levels of five plasma specimens obtained from healthy volunteers (two males and three females) were measured by the RIA using the plasma-added Ab-2. Extraction of 1,25-(OH)₂D₃ from plasma was carried out with a Chem Elut column[15] and the extract was further purified by a "heterospecific tandem" IAC,[16] which has recently been developed in our laboratory. The IAC utilizes two immunosorbents, each immobilizing an antibody whose specificity differs from each other, to enable selective extraction of 1,25-(OH)₂D₃. Observed values were corrected on the basis of the recovery rate of the tracer added to the plasma (55.6 ± 3.3%). The plasma levels obtained were in the range of 34.0–83.8 pg/mL (55.9 ± 20.2 pg/mL), which seemed to be acceptable taking into account the normal values reported so far.[21]

**Discussion**

Antibodies reacting equally with vitamin D derivatives having the 1α,3β-dihydroxylated A-ring structure, including 1,25-(OH)₂D, are useful for separating them from 1α-deoxy-type endogenous D₃ metabolites circulating at much higher concentration in the blood and will be a valuable tool for analyses of these compounds.

It is well known that the specificity of antibodies to small molecules, such as vitamin D metabolites, is significantly influenced by the position on the compound used for the conjugation to carrier proteins. Because the antigen-binding site of antibodies is generally complementary to the hapten portion remote from this position, 1α-hydroxy-25,26,27-trinorvitamin D₃-24-oic acid 6, a vitamin D analog having a functional group for the conjugation on its side chain, seemed to be a suitable haptenic derivative for generation of the desired antibodies. This compound has already been synthesized from cholesta-1,4,6-triene-3,24-dione in 13 steps for the purpose of testing its biological activity.[22] However, the starting material used in this method is not always available in large amounts. Therefore, we devised a new convenient route starting from methyl 1α,3β-diacetoxychol
-5-en-24-oate 7 (Scheme 1). Compound 7 was readily prepared in three steps (~ 70% yield) from 1α-hydroxydehydroepiandrosterone,[6] which itself is largely available from dehydroepiandrosterone by microbial hydroxylation.[23] Consequently, we could obtain the desired hapten in acceptable total yield and in fewer (eight) steps.

Three kinds of polyclonal antibodies were then produced by repeated immunization of rabbits with the BSA conjugate of hapten 6. To speculate their binding property, cross-reactivities with various compounds having structures related to vitamin D were examined by an RIA system using [³H]-1,25-(OH)₂D₃ as a labeled antigen. In the RIA, the separation of bound and free fractions was performed by a dextran-coated charcoal method, and a sodium phosphate buffer containing PVA was used as an assay buffer. The addition of PVA was necessary to solubilize hydrophobic vitamin D derivatives substantially into the incubation mixture and make it possible to estimate their cross-reactivities correctly[19] (Figure 2). The antibodies used here were the IgG fractions of the rabbit antisera prepared by the protein A column. This partial purification was intended also to evaluate the specificity of the "antibody alone" adequately by removing vitamin D-binding protein (DBP) contained in the antisera.

All the antibodies exhibited satisfactorily high titer and affinity constant for 1,25-(OH)₂D₃ (Table 1) and afforded the dose-response curve for 1,25-(OH)₂D₃ with a reasonable measurable range (Figure 3). To compare the specificity of the three antibodies, the cross-reactivities with five kinds of secosterols having the 1α-deoxy-type A-ring were determined (Table 1). Among these compounds, 25-OH-D₃ and 24,25-(OH)₂D₃ are especially important for evaluating the utility of the antibodies, because these metabolites are estimated to circulate in blood at 10–1000 times higher concentration than that of the 1α-hydroxylated metabolites or synthetic analogs (the effective dose of the analogs is, in general, extremely low) and to interfere with the analyses of these compounds. Ab-1 and Ab-3 showed surprisingly large cross-reactivities with both the metabolites, though D₃, D₂, and 25-OH-D₃ 3S were easily discriminated. These results were rather unexpected, taking into account the hapten structure used in immunization. Ab-2 exhibited the lowest values among these antibodies, and thus further examination was done on the antibody using 10 additional derivatives including some synthetic analogs



**Figure 3**  Dose-response curves for 1,25-(OH)₂D₃ by the RIA using the Ab-1, -2, and -3: (●———●) Ab-1; (▲———▲) Ab-2; (×———×) Ab-3

QUESTMS-00001042

*Papers*

(Table 1). Ab-2 exhibited substantially large cross-reactivities with all 1α-hydroxylated secosterols tested [1,25-(OH)$_2$D$_2$, 1,24,25-(OH)$_3$D$_3$, 1,25-lactone, 1,20-hexanor-D$_3$, 1,24-(OH)$_2$D$_3$, and OCT]. On the contrary, ED-71 (a synthetic analog having strong calcemic activity)[10] and pro-1,25-(OH)$_2$D$_3$ were easily distinguished by the antibody. These results indicated that Ab-2 is group-specific to the vitamin D derivatives having the 1α,3β-dihydroxylated A-ring as expected and is suitable for our present purpose.

However, the cross-reactivities with 25-OH-D$_3$, 24,25-(OH)$_2$D$_3$, and 25,26-(OH)$_2$D$_3$ could not be ignored when taking into account the serum/plasma levels of these 1α-deoxy-type metabolites. It has been reported that the presence of DBP in the incubation mixture of the antigen–antibody reaction decreases the cross-reaction of these interfering metabolites.[24,25] This is due to the binding property of DBP. It shows an affinity for these 1α-deoxy-metabolites much higher than that for 1,25-(OH)$_2$D$_3$.[26,27] Thus, we tried to improve the specificity of Ab-2 by the addition of a small amount of the D(−)-plasma as a source of DBP. Consequently, significantly reduced cross-reactivities, which are acceptable from the view of practical use, were obtained with these metabolites (Table 1). For the other derivatives, unfavorable alteration of the reactivities could not be observed, indicating that the binding property of Ab-2 was obviously improved.

Dose-response curves for 1,25-(OH)$_2$D$_3$, 1,25-(OH)$_2$D$_2$, 1,24,25-(OH)$_3$D$_3$, 1,25-lactone, and OCT in the RIA system using the plasma-added Ab-2 are shown in Figure 4. These assays seemed to have measurable ranges applicable to biological fluids, although a relatively large amount of specimens may be required. We therefore attempted to measure the plasma 1,25-(OH)$_2$D$_3$ levels of healthy volunteers and obtained reasonable assay values, the detailed validation of which

is now in progress in our laboratory. This improved Ab-2 will be also useful to develop immunoassays measuring another 1α,3β-dihydroxylated metabolite by combining with proper pretreatment of the biological samples. The most promising one for this purpose is an IAC immobilizing an antibody specific to the side-chain structure of the desired secosterol. Indeed, the "heterospecific tandem" IAC gave us satisfactory results for 1,25-(OH)$_2$D$_3$ measurement. In this IAC, 1,25-(OH)$_2$D$_3$ is extracted by immobilized antibody HS-1 (Ref. 12), which is group-specific to the metabolites having a 25-monohydroxylated side chain after removal of cross-reacting 1α-deoxy-metabolites partially by passing the specimen through immobilized Ab$_{11}$-3 (Ref. 17) (for further details, see Ref. 16).

In addition, the IAC immobilizing Ab-2 would allow us group-specific extraction of the 1α-hydroxylated derivatives from biological specimens and would be useful as a pretreatment tool for profile analyses of these compounds by highly sensitive chromatographies (e.g., gas–liquid chromatography/mass spectrometry). In this case, the selectivity of the Ab-2 immobilized column toward the 1α-hydroxylated derivatives would be improved by applying the biological sample to the column after incubation with a proper amount of DBP. By combining with another pretreatment procedure having different selectivity, narrower and more desirable group-specificity [e.g., selective extraction of 1,25-(OH)$_2$D$_3$ and 1,25-(OH)$_2$D$_2$] could be obtained.

Since the development of IAC requires a relatively large amount of antibody, a monoclonal antibody is preferable for this purpose. We have recently produced some monoclonal antibodies against the BSA conjugate of hapten 6. Details of these results will be reported subsequently.

## Acknowledgments

This work was supported in part by grants from the Ministry of Education, Science and Culture of Japan. We thank Drs. N. Kubodera, S. Kamachi, and Y. Nishii of Chugai Pharmaceutical Co. for providing vitamin D derivatives and the D(−)-plasma. Our thanks are also due to Professor S. Takano of Pharmaceutical Institute, Tohoku University, and Maruho Co. for supplying 1,25-lactone and 1,25-(OH)$_2$D$_2$, respectively.

## References

1. Ohnuma N, Bannai K, Yamaguchi H, Hashimoto Y, Norman AW (1980). Isolation of a new metabolite of vitamin D produced in vivo, 1α,25-dihydroxyvitamin D$_3$-26,23-lactone. *Arch Biochem Biophys* **204**:387–391.

2. Ishizuka S, Yamaguchi H, Yamada S, Nakayama K, Takayama H (1981). Stereochemistry of 25-hydroxyvitamin D$_3$-26,23-lactone and 1α,25-dihydroxyvitamin D$_3$-26,23-lactone in rat serum. *FEBS Lett* **134**:207–211.

3. Murayama E, Miyamoto K, Kubodera N, Mori T, Matsunaga I (1986). Synthetic studies of vitamin D$_3$ analogues. VIII. Synthesis of 22-oxavitamin D$_3$ analogues. *Chem Pharm Bull* **34**:4410–4413.

4. Binderup L, Bramm E (1988). Effects of a novel vitamin D analogue MC 903 on cell proliferation and differentiation *in vitro*



**Figure 4** Dose-response curves for various vitamin D derivatives having the 1α,3β-dihydroxylated A-ring structure in the RIA using the plasma-added Ab-2. (●———●) 1,25-(OH)$_2$D$_3$; (○———○) 1,25-(OH)$_2$D$_2$; (▲———▲) 1,24,25-(OH)$_3$D$_3$; (△———△) 1,25-lactone; (×———×) OCT

BNBDOCID: <XP_____ 670695A_I_>

QUESTMS-00001043

*Group-specific antibody to 1,25-(OH)₂D derivatives: Kobayashi et al.*

and on calcium metabolism *in vivo. Biochem Pharmacol* 137:889–895.

5. Latini S, Binderup L (1991). KH 1060—a new vitamin D analogue with potent effects on cell-mediated immune responses *in vitro*. In: Norman AW, Bouillon R, Thomasset M (eds), *Vitamin D Gene Regulation Structure-Function Analysis and Clinical Application*. Walter de Gruyter, Berlin, New York, pp. 516–517.

6. Batcho AD, Berger DE, Uskoković MR (1981). C-20 stereospecific introduction of a steroid side chain. *J Am Chem Soc* 103:1293–1295.

7. Kobayashi N, Asano T, Kitahori J, Shimada K, Kubodera N, Watanabe H (1992). Production and specificity of anti-22-oxacalcitriol antisera. *Chem Pharm Bull (Tokyo)* 40:1520–1522.

8. Morisaki M, Koizumi N, Ikekawa N (1975). Synthesis of active forms of vitamin D. Part IX. Synthesis of 1α,24-dihydroxy-cholecalciferol. *J Chem Soc Perkin Trans 1* 1421–1424.

9. Kawashima H, Hoshina K, Hashimoto Y, Takeshita T, Ishimoto S, Noguchi T, Ikekawa N, Morisaki M, Orimo H (1977). Biological activity of 1α,24-dihydroxycholecalciferol; a new synthetic analog of the hormonal form of vitamin D. *FEBS Lett* 76:177–181.

10. Miyamoto K, Murayama E, Ochi K, Watanabe H, Kubodera N (1993). Synthetic studies of vitamin D analogues. XIV. Synthesis and calcium regulating activity of vitamin D₃ analogues bearing a hydroxyalkoxy group at the 2β-position. *Chem Pharm Bull (Tokyo)* 41:1111–1113.

11. Sato T, Yamauchi H, Ogata Y, Tsujii M, Kunii T, Kagei K, Toyoshima S, Kobayashi T (1978). Studies on 1α-hydroxyl derivatives of vitamin D₃. I. Synthesis of 1α-hydroxy vitamin D₃ and 1α,25-dihydroxyvitamin D₃. *Chem Pharm Bull (Tokyo)* 26:2933–2940.

12. Kobayashi N, Ueda K, Kitahori J, Shimada K (1992). Production and specificity of antisera raised against 25-hydroxyvitamin D₃-[C-3]-bovine serum albumin conjugates. *Steroids* 57:488–493.

13. Patterson MS, Greene RC (1965). Measurement of low energy beta-emitters in aqueous solution by liquid scintillation counting of emulsions. *Anal Chem* 37:854–857.

14. Abraham GE (1969). Solid-phase radioimmunoassay of estradiol-17β. *J Clin Endocrinol Metab* 29:866–870.

15. Dokoh S, Pike JW, Chandler JS, Mancini JM, Haussler MR (1981). An improved radioreceptor assay for 1,25-dihydroxyvitamin D in human plasma. *Anal Biochem* 116:211–222.

16. Kobayashi N, Mano H, Shimada K. A heterospecific tandem immunoaffinity chromatography for plasma 1α,25-dihydroxyvitamin D₃ that utilizes two antibodies with different specificity. A novel and powerful pretreatment method for 1α,25-dihydroxyvitamin D₃ radioreceptor assays (submitted)

17. Kobayashi N, Hisada A, Shimada K (1994). Specificity of the polyclonal antibodies raised against a novel 25-hydroxyvitamin D₃-bovine serum albumin conjugate linked through the C-11α position. *J Steroid Biochem Mol Biol* (in press).

18. Hosoda H, Sakai Y, Yoshica H, Miyairi S, Ishii K, Nambara T (1979). The preparation of steroid N-hydroxysuccinimide esters and their reactivities with bovine serum albumin. *Chem Pharm Bull (Tokyo)* 27:742–746.

19. Kobayashi N, Ueda K, Shimada K (1992). Evaluation of solubilizing agents for 25-hydroxyvitamin D₃ immunoassays. *Clin Chim Acta* 209:83–88.

20. Scatchard G (1949). The attraction of proteins for small molecules and ions. *Ann N Y Acad Sci* 51:660–672.

21. Porteous CE, Coldwell RD, Trafford DJH, Makin HLJ (1987). Recent developments in the measurement of vitamin D and its metabolites in human body fluids. *J Steroid Biochem* 28:785–801.

22. Koizumi N, Morisaki M, Ikekawa N, Tanaka Y, DeLuca HF (1979). Synthesis and biological activity of 25,26,27-trisnor-vitamin D₃ 24-oic acid and its 1α-hydroxyl analog. *J Steroid Biochem* 10:261–266.

23. Dodson RM, Goldkamp AH, Muir RD (1960). Microbiological transformations. V. 1α- and 2β-hydroxylations of C₁₉-steroids. *J Am Chem Soc* 82:4026–4033.

24. Bouillon R, De Moor P, Baggiolini EG, Uskokovic MR (1980). A radioimmunoassay for 1,25-dihydroxycholecalciferol. *Clin Chem* 26:562–567.

25. Brown WB, Peacock M (1986). Characteristics of antisera to antigenic forms of 1,25-dihydroxycholecalciferol. *Clin Chim Acta* 159:111–121.

26. Morris JF, Peacock M (1976). Assay of plasma 25-hydroxy vitamin D. *Clin Chim Acta* 72:383–391.

27. Bouillon R, Van Baelen H, De Moor P (1980). Comparative study of the affinity of the serum vitamin D-binding protein. *J Steroid Biochem* 13:1029–1034.

28. Mayer EB, Berry JL, Bessone J, Shany S, Smith H, White A (1985). Selection of high-affinity and high-specificity monoclonal antibodies for 1α,25-dihydroxyvitamin D. *Steroids* 46:741–754.

## Appendix

A hapten identical with compound 6 in this report has been already used for the production of monoclonal antibodies to 1,25-(OH)₂D₂.[28] However, the details of the synthesis and characterization of the hapten were not given in that report. The following trivial names of secosterols were used in this report: vitamin D₃ = (5Z, 7E)-(3S)-9,10-secocholesta-5,7,10(19)-triene-3-ol; vitamin D₂ = (5Z, 7E, 22E)-(3S)-9,10-secoergosta-5,7,10(19), 22-tetraen-3-ol; 25-hydroxyvitamin D₃ = (5Z, 7E)-(3S)-9,10-secocholesta-5,7,10(19)-triene-3,25-diol; 1α,25-dihydroxyvitamin D₃ = (5Z, 7E)-(1S, 3R)-9,10-secocholesta-5,7,10(19)-triene-1,3,25-triol; 1α,25-dihydroxyvitamin D₂ = (5Z, 7E, 22E)-(1S, 3R)-9,10-secoergosta-5,7,10(19),22-tetraene-1,3,25-triol; (24R)-24,25-dihydroxyvitamin D₃ = (5Z, 7E)-(3S, 25R)-9,10-secocholesta-5,7,10(19)-triene-3,24,25-triol; (25R)-25,26-dihydroxyvitamin D₃ = (5Z, 7E)-(3S, 25R)-9,10-secocholesta-5,7,10(19)-triene-3,25,26-triol; (25S)-25,26-dihydroxyvitamin D₃ = (5Z, 7E)-(3S, 25S)-9,10-secocholesta-5,7,10(19)-triene-3, 25,26-triol; (24R)-1α,24-dihydroxyvitamin D₃ = (5Z, 7E)-(1S, 3R,24R)-9,10-secocholesta-5,7,10(19)-triene-1,3,24-triol; (24R)-1α,24,25-trihydroxyvitamin D₃ = (5Z, 7E)-(1S,3R,24R)-9,10-secocholesta-5,7,10(19)-triene-1,3,24, 25-tetraol; (23S,25R)-1α,25-dihydroxyvitamin D₃ 26,23-lactone = (5Z, 7E)-(1S, 3R, 23S, 25R)-1,3,25-trihydroxy-9,10-secocholesta-5,7,10(19)-trieno-26,23-lactone; 25-hydroxyvitamin D₃ 3-sulfate = (5Z, 7E)-(3S)-25-hydroxy-9,10-secocholesta-5,7,10(19)-triene-3-yl sulfate; 22-oxacalcitriol = (5Z, 7E)-(1S, 3R)-22-oxa-9,10-secocholesta-5,7,10(19)-triene-1,3,25-triol; (20S)-1α,20-dihydroxy-22,23,24,25,26,27-hexanorvitamin D₃ = (5Z, 7E)-(1S, 3R, 20S)-9,10-secopregna-5,7,10(19)-triene-1,3,20-triol; 2β-dihydroxy-2β-(3-hydroxypropoxy)vitamin D₃ = (5Z, 7E)-(1R, 2R, 3R)-2-(3-hydroxypropoxy)-9,10-secocholesta-5,7,10(19)-triene-1,3,25-triol.

BNSDOCID: <XP_____570896A__>_>

Joint Appendix 1560

QUESTMS-00001044



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/946,765 | 11/28/2007 | Brett Holmquist | 054769-9991 | 9763 |

30542        7590        12/17/2010
FOLEY & LARDNER LLP
P.O. BOX 80278
SAN DIEGO, CA 92138-0278

| EXAMINER |
|---|
| COLE, MONIQUE T |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1773 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 12/17/2010 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)

QUESTMS-00001045

| | Application No. | Applicant(s) |
|---|---|---|
| **Office Action Summary** | 11/946,765 | HOLMQUIST ET AL. |
| | Examiner | Art Unit | |
| | M. COLE | 1773 | |

-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE _3_ MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on _22 October 2010_.

2a)☒ This action is **FINAL**.          2b)☐ This action is non-final.

3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒ Claim(s) _1, 4-7, 9-39 and 46-58_ is/are pending in the application.

    4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☒ Claim(s) _53-58_ is/are allowed.

6)☒ Claim(s) _1,5-7,9-15,20-39 and 46-52_ is/are rejected.

7)☒ Claim(s) _4 and 16-19_ is/are objected to.

8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☐ The specification is objected to by the Examiner.

10)☐ The drawing(s) filed on _____ is/are: a)☐ accepted or b)☐ objected to by the Examiner.

    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

11)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a)☐ All   b)☐ Some * c)☐ None of:

      1.☐ Certified copies of the priority documents have been received.

      2.☐ Certified copies of the priority documents have been received in Application No. _____.

      3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

    * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☐ Notice of References Cited (PTO-892)

2)☒ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3)☒ Information Disclosure Statement(s) (PTO/SB/08)
    Paper No(s)/Mail Date _See Office Action_.

4)☐ Interview Summary (PTO-413)
    Paper No(s)/Mail Date. _____ .

5)☐ Notice of Informal Patent Application

6)☐ Other: _____.

QUESTMS-00001046

Application/Control Number: 11/946,765                                           Page 2
Art Unit: 1773

### DETAILED ACTION

#### Information Disclosure Statement

The information disclosure statement (IDS) submitted on October 22, 2010 is in

compliance with the provisions of 37 CFR 1.97.  Accordingly, the information disclosure

statement has been considered by the Examiner.

#### Claim Rejections - 35 USC § 103

The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set
> forth in section 102 of this title, if the differences between the subject matter sought to be patented and
> the prior art are such that the subject matter as a whole would have been obvious at the time the
> invention was made to a person having ordinary skill in the art to which said subject matter pertains.
> Patentability shall not be negatived by the manner in which the invention was made.

Claims 1, 5-7, 9-15, 20-29, and 46-52 are rejected under 35 U.S.C. 103(a) as

being unpatentable over Higashi et al. "*Simultaneous Determination of 25-*

*Hydroxyvitamin $D_2$ and 25-Hydroxyvitamin $D_3$ in Human Plasma by Liquid*

*Chromatography-Tandem Mass Spectrometry Employing Derivatization with a*

*Cookson-Type Reagent*" ("Higashi") in view of USP 6,787,660 to Armbruster et al.

("Armbruster").

Higashi teaches the individual and simultaneous determination of vitamin $D_2$ and

vitamin $D_3$ after being derivatized with PTAD utilizing atmospheric pressure chemical

ionization (APCI).  The method is clearly directed to biological samples obtained from

human subjects.  The disclosed methodology also involves tandem mass spectrometry.

QUESTMS-00001047

Application/Control Number: 11/946,765                                      Page 3
Art Unit: 1773

*See* Abstract; page 738, last paragraph of the introduction; and page 739, 1st full

paragraph.

    With respect to claims 21, 22, 26, 27, 46, 47, 48, Higashi differs from the instant

claims in that it does not require immunopurifying the vitamin D metabolites.  It should

be noted that, at page 738, the third full paragraph, Higashi discloses that it is

conventionally known to purify the sample volumes with HPLC prior to quantification.

However, in the practice of the methodology therein, Higashi actually utilizes

commercially purchased vitamin D.

    Armbruster is assigned to Immunodiagnostik, a commercial supplier of vitamin D

metabolites.  Armbruster notes that its product is available for routine diagnostic use

and in research (col. 5, lines 47-54).  Armbruster teaches that to detect vitamin D

derivatives anti-vitamin D binding protein antibodies are used (col. 6, lines 52-63) and

may be combined with microparticles (col. 6, line 64 – col. 7, line 7).  This method

facilitates non-radioactive detection of vitamin D derivatives without extensive safety

measures being required.  Moreover, the competitive method is "*suitable for routine*

*investigations, . . . , for diagnostics is general, and in research.*"  *See* col. 7, lines 8-14.

    In the instances where the skilled artisan were using HPLC instead of and/or in

addition to APCI, it would have been obvious to one of ordinary skill in the art to modify

the Higashi methodology by the inclusion of immunopurification *via* anti-vitamin D

antibodies to ensure a purified initial product for further research.  Certainly, a

commercial supplier of vitamin D derivatives would perform a quality control process

such as that detailed by Armbruster to ensure the purity of the commercial product.

QUESTMS-00001048

Application/Control Number: 11/946,765                                    Page 4
Art Unit: 1773

With respect to the claims reciting specific mass/charge ratios, it is the

Examiner's position that the practice of the combined methodology of

Higashi/Armbruster would generate ions having similar mass/charge ratios, absent any

evidence to the contrary.

Claims 30, 31, 32, 33, 34, 35, 36, 37, 38, and 39 are rejected under 35 U.S.C.

103(a) as being unpatentable over Coldwell et al. "*Mass Fragmentographic Assay for

25-Hydroxyvitamin D in Plasma Without Derivatization: Enhanced Sensitivity for

Metabolites of Vitamins $D_2$ and $D_3$ After Pre-Column Dehydration*" ("Coldwell") in view of

Kissmeyer et al. "*Sensitive analysis of 1α, 25-dihydroxyvitamin $D_3$ in biological fluids by

liquid chromatography-tandem mass spectrometry*" ("Kissmeyer") and Armbruster.

Coldwell discloses a method for measuring at least one vitamin D metabolite

(i.e., 25-hydroxyvitamin $D_2$ and 25-hydroxyvitamin $D_3$), which comprises generating

dehydrated molecular ions and subjecting the ions to gas chromatography (GC). *See,

at least*, page 351, second paragraph in left column.

The samples were subjected to purification prior to ionization. *See* page 349,

discussing that a dehydrating pre-column is utilized to avoid problems such as poor

peak shape or destruction.

It is noted that Coldwell does not expressly disclose the measurement of 1, 25-

dihydroxyvitamin $D_2$. However, Coldwell does disclose "the possibility of extending this

method to include dihydroxylated metabolites has also been considered." *See* page

353, right column, last paragraph. *See also* Table 2, page 354. Thus, it is the

QUESTMS-00001049

Application/Control Number: 11/946,765                                    Page 5
Art Unit: 1773

Examiner's position that the method disclosed by Coldwell would be applicable to 1, 25-

dihydroxyvitamin $D_2$, absent any evidence to the contrary.

Coldwell differs from the instant claims in that it does not disclose the use of

HPLC as the purification method.   Coldwell suggests adding additional quality

assurance schemes to ensure precision and accuracy.  *See* page 348, second column,

first paragraph.

Kissmeyer teaches a method for the sensitive analysis of vitamin D metabolites

*via* liquid chromatography-tandem mass spectrometry.  *See* Title.  Kissmeyer discloses

that liquid chromatography-tandem mass spectrometry is an improvement over the

older gas chromatography method, by providing increased specificity and sensitivity of

analytes, and increased testing capacity.  *See* page 94, right column, first paragraph;

and page 102, Conclusion.

Kissmeyer further discloses that the purification step comprises protein

precipitation.  *See* abstract.

Given the noted advantages of liquid chromatography-tandem mass

spectrometry (LC-MS/MS) as taught by Kissmeyer, it would have been obvious to one

of ordinary skill in the art to modify the GC methodology of Coldwell to obtain an

improved LC-MS/MS process of measuring vitamin D metabolites.

Coldwell and Kissmeyer ("Coldwell/Kissmeyer") does not expressly disclose

immunopurifying the vitamin $D_3$ metabolites.

Armbruster discloses a method of purifying vitamin D metabolites available for

routine diagnostic use and in research (col. 5, lines 47-54).  Armbruster teaches that to

QUESTMS-00001050

Application/Control Number: 11/946,765                                    Page 6
Art Unit: 1773

detect vitamin D derivatives anti-vitamin D binding protein antibodies are used (col. 6,

lines 52-63) and may be combined with microparticles (col. 6, line 64 – col. 7, line 7).

Moreover, the competitive method is "*suitable for routine investigations*, . . . , *for*

*diagnostics is general, and in research*." *See* col. 7, lines 8-14.

It would have been obvious to one of ordinary skill in the art to modify

Coldwell/Kissmeyer by the inclusion of immunopurification *via* anti-vitamin D antibodies

to ensure a purified vitamin D metabolite product with precision and accuracy of the

results.

### *Double Patenting*

The nonstatutory double patenting rejection is based on a judicially created

doctrine grounded in public policy (a policy reflected in the statute) so as to prevent the

unjustified or improper timewise extension of the "right to exclude" granted by a patent

and to prevent possible harassment by multiple assignees.   A nonstatutory

obviousness-type double patenting rejection is appropriate where the conflicting claims

are not identical, but at least one examined application claim is not patentably distinct

from the reference claim(s) because the examined application claim is either anticipated

by, or would have been obvious over, the reference claim(s). See, e.g., *In re Berg*, 140

F.3d 1428, 46 USPQ2d 1226 (Fed. Cir. 1998); *In re Goodman*, 11 F.3d 1046, 29

USPQ2d 2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir.

1985); *In re Van Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422

QUESTMS-00001051

F.2d 438, 164 USPQ 619 (CCPA 1970); and  *In re Thorington*, 418 F.2d 528, 163

USPQ 644 (CCPA 1969).

A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) or 1.321(d)

may be used to overcome an actual or provisional rejection based on a nonstatutory

double patenting ground provided the conflicting application or patent either is shown to

be commonly owned with this application, or claims an invention made as a result of

activities undertaken within the scope of a joint research agreement.

Effective January 1, 1994, a registered attorney or agent of record may sign a

terminal disclaimer. A terminal disclaimer signed by the assignee must fully comply with

37 CFR 3.73(b).


Claims 1, 4, 9, 10, and 11 are provisionally rejected on the ground of

nonstatutory obviousness-type double patenting as being unpatentable over claims 1, 2,

3, 4, 5, 9, 10, 17, 18, 19, 20, 21, 22, 24, 28 and 29 of copending Application No.

11/386,215 ("the '215 application"). Although the conflicting claims are not identical,

they are not patentably distinct from each other because the '215 application overlaps

with the subject matter of the instant application.

The '215 application is directed to determining the presence or amount of vitamin

D metabolites (vitamin $D_2$, vitamin $D_3$, or both) *via* tandem mass spectrometry, wherein

purification (which embraces all forms of purification, including immunopurification and

HPLC) is performed prior to ionization. The skilled artisan would understand the need

to purify the vitamin D metabolites in such a way to ensure that extraneous materials

QUESTMS-00001052

Application/Control Number: 11/946,765                                    Page 8
Art Unit: 1773

would be eliminated. Immunopurification provides the requisite specificity to further this

goal. The claims of the '215 application do not include derivatization.

        This is a <u>provisional</u> obviousness-type double patenting rejection because the

conflicting claims have not in fact been patented.


        Claims 1, 6, 7, 9, 10, and 11 are provisionally rejected on the ground of

nonstatutory obviousness-type double patenting as being unpatentable over claims 1, 2,

4, 6, 7, 8, 9, 10, 11, 14, 17, 21, 25, 26, 28, 29, 30, 31, 32, 33, 34, 35, 38, 41, 45, 49, 50,

51, 54, 57, 60, and 64 of copending Application No. 12/630,790 ("the '790 application").

Although the conflicting claims are not identical, they are not patentably distinct from

each other because the '790 application overlaps with the subject matter of the instant

application.

        The '790 application is directed to determining the presence or amount of vitamin

D metabolites (vitamin $D_2$, vitamin $D_3$, or both) *via* tandem mass spectrometry, wherein

the sample is purified run through extraction and analytical columns prior to ionization.

For the purpose of claim interpretation, the instant specification defines

"immunopurifying" as being performed by various forms of columns. *See* instant

specification, paragraphs [0041] – [0046]. The skilled artisan would understand the

need to purify the vitamin D metabolites in such a way to ensure that extraneous

materials would be eliminated. Immunopurification provides the requisite specificity to

further this goal. The claims of the '790 application include PTAD-derivatization.

QUESTMS-00001053

Application/Control Number: 11/946,765                                    Page 9
Art Unit: 1773

This is a _provisional_ obviousness-type double patenting rejection because the conflicting claims have not in fact been patented.

Claims 1 and 4 are provisionally rejected on the ground of nonstatutory obviousness-type double patenting as being unpatentable over claims 38-49 of copending Application No. 12/630,796 ("the '796 application"). Although the conflicting claims are not identical, they are not patentably distinct from each other because the '790 application overlaps with the subject matter of the instant application.

The '796 application is directed to determining the presence or amount of vitamin D metabolites (vitamin $D_2$, vitamin $D_3$, or both) _via_ tandem mass spectrometry, wherein the sample is purified _via_ immunopurifying and HPLC. The present specification at paragraph [0008] teaches that dihydroxyvitamin D metabolites include $1\alpha,25(OH)_2D_2$. The instant application claims are broad enough to cover the mass/charge ratios recited in the '796 application. Since the present application method is similar to that of the '796 application, it would be obvious to expect similar mass to charge ratios (m/z) to be obtained. The claims of the '796 application do not include derivatization.

This is a _provisional_ obviousness-type double patenting rejection because the conflicting claims have not in fact been patented.

QUESTMS-00001054

### Response to Arguments

Applicant's arguments with respect to the Yeung reference have been considered but are moot in view of the new grounds of rejection.

Applicant's arguments filed October 22, 2010 have been fully considered but they are not persuasive.

With regard to the Armbruster reference, the Examiner respectfully submits that Applicant's arguments are moot in light of new grounds of rejection. Armbruster is still being used as a secondary reference for the purpose of demonstrating immunopurification *via* anti-vitamin D antibodies.

With regard to the Higashi reference, particularly Applicant's arguments at pages 17-18 of the response, the Examiner respectfully disagrees with the mischaracterization of the reference. First, Higashi is clearly testing biological fluids from humans. Second, it is the Examiner's position that the disclosure page 743 makes it clear that the disclosed derivitization method can be applied to both monohydroxyvitamin D metabolites and dihydroxyvitamin D metabolites in biological fluids, absent evidence to the contrary.

Applicant's arguments regarding the combination of Coldwell/Kissmeyer/Armbruster have been fully considered but they are not persuasive. First, the claims subject to the present rejection do not include APCI. Second, Applicant has mischaracterized the Coldwell reference by the assertion that it does not describe quantification of dihydroxyvitamin D metabolites. Rather, Coldwell discloses at page 350, the first paragraph in the right column, that the method is used to construct

QUESTMS-00001055

Application/Control Number: 11/946,765                          Page 11
Art Unit: 1773

calibration graphs from which the plasma and serum levels are calculated (i.e.,

quantified).  With regard to the recited mass/charge ratios, it is the Examiner's position

that the practice of the combined methodology of Coldwell/Kissmeyer/Armbruster would

generate ions having similar mass/charge ratios, absent any evidence to the contrary.

Applicant's arguments with respect to the double patenting rejection over USP

7,745,226 have been fully considered and are persuasive.  This rejection has been

withdrawn.  However, the remaining provisional double patenting rejections will remain

until such time that allowed subject matter in each application is determined.


### *Allowable Subject Matter*

Claims 53-58 are allowed.

Claims 4 and 16-19 are objected to as being dependent upon a rejected base

claim, but would be allowable if rewritten in independent form including all of the

limitations of the base claim and any intervening claims. The following is a statement of

reasons for the indication of allowable subject matter:  the prior art does not teach or

suggest a method according to the present invention, wherein the dihydroxyvitamin D

metabolite is underivatized and is ionized with APCI.

QUESTMS-00001056

Application/Control Number: 11/946,765                                    Page 12
Art Unit: 1773

### *Conclusion*

Applicant's amendment necessitated the new ground(s) of rejection presented in

this Office action. Accordingly, **THIS ACTION IS MADE FINAL**. See MPEP

§ 706.07(a). Applicant is reminded of the extension of time policy as set forth in 37

CFR 1.136(a).

A shortened statutory period for reply to this final action is set to expire THREE

MONTHS from the mailing date of this action. In the event a first reply is filed within

TWO MONTHS of the mailing date of this final action and the advisory action is not

mailed until after the end of the THREE-MONTH shortened statutory period, then the

shortened statutory period will expire on the date the advisory action is mailed, and any

extension fee pursuant to 37 CFR 1.136(a) will be calculated from the mailing date of

the advisory action. In no event, however, will the statutory period for reply expire later

than SIX MONTHS from the date of this final action.

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to M. COLE whose telephone number is 571-272-1463.

The examiner can normally be reached on M - Th (9-5).

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Jill Warden can be reached on 571-272-1267. The fax phone number for

the organization where this application or proceeding is assigned is 571-273-8300.

QUESTMS-00001057

Application/Control Number: 11/946,765                           Page 13
Art Unit: 1773

        Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system.  Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a

USPTO Customer Service Representative or access to the automated information

system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/Jill Warden/                                           M.  COLE
Supervisory Patent Examiner, Art Unit 1773              Examiner
                                                        Art Unit 1773

QUESTMS-00001058



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 12/630,790 | 12/03/2009 | Brett Holmquist | 034827-0740 | 1410 |

30,542     7590     01/06/2011
FOLEY & LARDNER LLP
P.O. BOX 80278
SAN DIEGO, CA 92138-0278

| EXAMINER |
|---|
| COLE, MONIQUE T |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1773 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 01/06/2011 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)

QUESTMS-00001059

| | Application No. | Applicant(s) |
|---|---|---|
| **Office Action Summary** | 12/630,790 | HOLMQUIST ET AL. |
| | Examiner | Art Unit | |
| | M. COLE | 1773 | |

-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE **3** MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on *27 October 2010*.

2a)☒ This action is **FINAL**.      2b)☐ This action is non-final.

3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒ Claim(s) *1-51 and 54-86* is/are pending in the application.

    4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☒ Claim(s) *83-86* is/are allowed.

6)☒ Claim(s) *1, 2, 4, 6-17, 21, 25, 26, 28-35, 38, 41, 45, 49, 50, 54, 57, 60, 64, 68, 69 and 70* is/are rejected.

7)☒ Claim(s) *3,5,18-20,22-24,27,36,37,39,40,42-44,46-48,51,55,56,58,61-63,65-67,69 and 71-82* is/are objected to.

8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☐ The specification is objected to by the Examiner.

10)☐ The drawing(s) filed on _____ is/are: a)☐ accepted or b)☐ objected to by the Examiner.

    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

11)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a)☐ All   b)☐ Some * c)☐ None of:

      1.☐ Certified copies of the priority documents have been received.

      2.☐ Certified copies of the priority documents have been received in Application No. _____.

      3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

    * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☐ Notice of References Cited (PTO-892)

2)☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3)☒ Information Disclosure Statement(s) (PTO/SB/08)
    Paper No(s)/Mail Date *See Office Action*.

4)☐ Interview Summary (PTO-413)
    Paper No(s)/Mail Date. _____.

5)☐ Notice of Informal Patent Application

6)☐ Other: _____.

U.S. Patent and Trademark Office

PTOL-326 (Rev. 08-06)

QUESTMS-00001060

## DETAILED ACTION

### *Information Disclosure Statement*

The information disclosure statement (IDS) submitted on October 27, 2010, is in

compliance with the provisions of 37 CFR 1.97. Accordingly, the information disclosure

statement has been considered by the Examiner.

### *Claim Rejections - 35 USC § 102*

The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that

form the basis for the rejections under this section made in this Office action:

A person shall be entitled to a patent unless –

(b) the invention was patented or described in a printed publication in this or a foreign country or in
public use or on sale in this country, more than one year prior to the date of application for patent in
the United States.

Claims 1, 2, 4, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 21, and 68-70 remain

rejected under 35 U.S.C. 102(b) as being anticipated by Aronov *et al.* "Metabolic

profiling of major vitamin D metabolites using Diels-Alder derivatization and ultra-

performance liquid chromatography-tandem mass spectrometry" ("Aronov").

Aronov discloses a method for the quantification of $1\alpha,25$-dihydroxyvitamin $D_3$,

$1\alpha,25$-dihydroxyvitamin $D_2$, 25-hydroxyvitamin $D_3$ and 25-hydroxyvitamin $D_2$ (collectively

"vitamin D metabolites") *via* ultra-performance liquid chromatography (a variant of high-

performance liquid chromatography) and tandem mass spectrometry. *See* abstract.

Aronov disclose that each of the vitamin D metabolites is derivatized with 4-phenyl-1,2-

4-triazoline-3,5-dione (PTAD). The methodology includes the use of a solid-phase

extraction column and a HPLC analytical column. *See* pages 1919 - 1920. Table 1

QUESTMS-00001061

Application/Control Number: 12/630,790                                    Page 3
Art Unit: 1773

discloses the mass spectrometry conditions of which the precursor ion (m/z) and

product ion (m/z) corresponds to instant claims 12, 13, 15 and 16.  *See* page 1920.


### *Double Patenting*

The nonstatutory double patenting rejection is based on a judicially created

doctrine grounded in public policy (a policy reflected in the statute) so as to prevent the

unjustified or improper timewise extension of the "right to exclude" granted by a patent

and to prevent possible harassment by multiple assignees.   A nonstatutory

obviousness-type double patenting rejection is appropriate where the conflicting claims

are not identical, but at least one examined application claim is not patentably distinct

from the reference claim(s) because the examined application claim is either anticipated

by, or would have been obvious over, the reference claim(s). See, e.g., *In re Berg*, 140

F.3d 1428, 46 USPQ2d 1226 (Fed. Cir. 1998); *In re Goodman*, 11 F.3d 1046, 29

USPQ2d 2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir.

1985); *In re Van Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422

F.2d 438, 164 USPQ 619 (CCPA 1970); and  *In re Thorington*, 418 F.2d 528, 163

USPQ 644 (CCPA 1969).

A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) or 1.321(d)

may be used to overcome an actual or provisional rejection based on a nonstatutory

double patenting ground provided the conflicting application or patent either is shown to

be commonly owned with this application, or claims an invention made as a result of

activities undertaken within the scope of a joint research agreement.

QUESTMS-00001062

Effective January 1, 1994, a registered attorney or agent of record may sign a

terminal disclaimer. A terminal disclaimer signed by the assignee must fully comply with

37 CFR 3.73(b).

Claims 1, 2, 4, 6, 7, 8, 9, 10, 11, 14, 17, 21, 25, 26, 28, 29, 30, 31, 32, 33, 34, 35,

38, 41, 45, 49, 50, 54, 57, 60 and 64 are provisionally rejected on the ground of

nonstatutory obviousness-type double patenting as being unpatentable over claims 7, 9,

10, 11, 40, 41, 42 and 45 of copending Application No. 11/946,765 ("the '765

application"). Although the conflicting claims are not identical, they are not patentably

distinct from each other because the scope of the '765 application overlaps with that of

the instant application.

The '765 application is directed to a method for determining the amount of one or

more dihydroxyvitamin D metabolites in a sample by tandem mass spectrometry

comprising immunopurifying the dihydroxyvitamin D metabolites; further purifying the

immunopurified metabolites by HPLC (analytical column); and determining the amount

of metabolites in the sample by tandem mass spectrometry. The metabolites are

derivatized by PTAD. The claims of '765 recite immunopurifying followed by HPLC,

whereas the instant claims recite subjecting the sample to an extraction column and an

analytical column. However, one of ordinary skill in the art would have recognized that

"Immunopurifying" is a specific separation method which may performed by an

extraction column, and that HPLC is a form of analytical column. It would have been

obvious to one of ordinary to employ an extraction column as the immunopurifying

QUESTMS-00001063

Application/Control Number: 12/630,790                                   Page 5
Art Unit: 1773

means as an extraction column would lend the requisite specificity to the assay to

ensure the separation of the vitamin D metabolites prior to analysis.

This is a <u>provisional</u> obviousness-type double patenting rejection because the

conflicting claims have not in fact been patented.

### *Allowable Subject Matter*

Claims 83-86 are allowed.

Claims 3, 5, 18-20, 22-24, 27, 36, 37, 39, 40, 42, 43, 44, 46, 47, 48, 51, 55, 56,

58, 69, 61, 62, 63, 65-67, and 71-82 are objected to as being dependent upon a

rejected base claim, but would be allowable if rewritten in independent form including all

of the limitations of the base claim and any intervening claims.

### *Response to Arguments*

Applicant's arguments filed October 27, 2010 with respect to the rejection under

35 USC 102 have been fully considered but they are not persuasive. Applicant has

argued that the Aronov does not anticipate the rejected claims because the Examiner

incorrectly stated that the metabolites are PTAD-derivatized.  However, Applicant is

incorrect and contradicts this argument at page 18 of the arguments. Specifically,

Applicant states that "Aronov utilizes electrospray ionization to ionize PTAD-derivatized

vitamin D metabolites from a solvent."  Since the crux of Applicant's arguments is based

on a mischaracterization of the Aronov disclosure, the outstanding rejection is being

maintained.

QUESTMS-00001064

Application/Control Number: 12/630,790                                             Page 6
Art Unit: 1773

Applicant's arguments, see pages 16-20, with respect to the rejections under 35

USC 103 have been fully considered and are persuasive.  The rejection of the claims

has been withdrawn.

### *Conclusion*

**THIS ACTION IS MADE FINAL.**  Applicant is reminded of the extension of time

policy as set forth in 37 CFR 1.136(a).

A shortened statutory period for reply to this final action is set to expire THREE

MONTHS from the mailing date of this action.  In the event a first reply is filed within

TWO MONTHS of the mailing date of this final action and the advisory action is not

mailed until after the end of the THREE-MONTH shortened statutory period, then the

shortened statutory period will expire on the date the advisory action is mailed, and any

extension fee pursuant to 37 CFR 1.136(a) will be calculated from the mailing date of

the advisory action.  In no event, however, will the statutory period for reply expire later

than SIX MONTHS from the mailing date of this final action.

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to M. COLE whose telephone number is 571-272-1463.

The examiner can normally be reached on M - Th (9-5).

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Jill Warden can be reached on 571-272-1267.  The fax phone number for

the organization where this application or proceeding is assigned is 571-273-8300.

QUESTMS-00001065

Application/Control Number: 12/630,790                                    Page 7
Art Unit: 1773

Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system. Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a

USPTO Customer Service Representative or access to the automated information

system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/Jill Warden/                                      M. COLE
Supervisory Patent Examiner, Art Unit 1773         Examiner
                                                   Art Unit 1773

QUESTMS-00001066



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 12/630,796 | 12/03/2009 | Brett Holmquist | 054769-9993 | 1419 |

30542      7590      12/17/2010
FOLEY & LARDNER LLP
P.O. BOX 80278
SAN DIEGO, CA 92138-0278

| EXAMINER |
|---|
| COLE, MONIQUE T |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1773 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 12/17/2010 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)

QUESTMS-00001067

| | Application No. | Applicant(s) |
|---|---|---|
| **Office Action Summary** | 12/630,796 | HOLMQUIST ET AL. |
| | Examiner | Art Unit | |
| | M. COLE | 1773 | |

-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE _3_ MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on _07 October 2010_.

2a)☒ This action is **FINAL**.     2b)☐ This action is non-final.

3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒ Claim(s) _1-6,9-19,22-30,33-37 and 50-69_ is/are pending in the application.

    4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☒ Claim(s) _50-69_ is/are allowed.

6)☒ Claim(s) _1-6,9-19,22-30,and 33-37_ is/are rejected.

7)☐ Claim(s) _____ is/are objected to.

8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☐ The specification is objected to by the Examiner.

10)☐ The drawing(s) filed on _____ is/are: a)☐ accepted or b)☐ objected to by the Examiner.

    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

11)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a)☐ All   b)☐ Some * c)☐ None of:

      1.☐ Certified copies of the priority documents have been received.

      2.☐ Certified copies of the priority documents have been received in Application No. _____.

      3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

    * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☐ Notice of References Cited (PTO-892)

2)☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3)☐ Information Disclosure Statement(s) (PTO/SB/08)
    Paper No(s)/Mail Date _____.

4)☐ Interview Summary (PTO-413)
    Paper No(s)/Mail Date. _____.

5)☐ Notice of Informal Patent Application

6)☐ Other: _____.

QUESTMS-00001068

Application/Control Number: 12/630,796                                   Page 2
Art Unit: 1773

### DETAILED ACTION

Claims 1-6, 9-19, 22-30, 33-37 and 50-69 are now currently pending in the

present application. An action on the merits is as follows.

### *Claim Rejections - 35 USC § 112*

Claims 1-6, 9-19, 22-30, and 33-37 are rejected under 35 U.S.C. 112, first

paragraph, as failing to comply with the written description requirement. The claim(s)

contains subject matter which was not described in the specification in such a way as to

reasonably convey to one skilled in the relevant art that the inventor(s), at the time the

application was filed, had possession of the claimed invention. In the present response,

Applicant points to Examples 3-5, in particular, to support the newly added claim

limitation that the ionized dihydroxyvitamin D metabolites are not dehydrated prior to

ionization.

The Examiner has reviewed the noted support in the specification, and it is not

convinced of the support for the present claim amendments. While it appears that

examples 3-5 do not dehydrate the metabolites prior to ionization, it is not clear that

these examples are representative of the present invention (i.e., there is no express

exclusion of hydrated metabolites). It is requested that Applicant further clarify the

support or remove the language from the claims.

QUESTMS-00001069

### Double Patenting

The nonstatutory double patenting rejection is based on a judicially created doctrine grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or improper timewise extension of the "right to exclude" granted by a patent and to prevent possible harassment by multiple assignees.   A nonstatutory obviousness-type double patenting rejection is appropriate where the conflicting claims are not identical, but at least one examined application claim is not patentably distinct from the reference claim(s) because the examined application claim is either anticipated by, or would have been obvious over, the reference claim(s). See, e.g., *In re Berg*, 140 F.3d 1428, 46 USPQ2d 1226 (Fed. Cir. 1998); *In re Goodman*, 11 F.3d 1046, 29 USPQ2d 2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir. 1985); *In re Van Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422 F.2d 438, 164 USPQ 619 (CCPA 1970); and  *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969).

A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) or 1.321(d) may be used to overcome an actual or provisional rejection based on a nonstatutory double patenting ground provided the conflicting application or patent either is shown to be commonly owned with this application, or claims an invention made as a result of activities undertaken within the scope of a joint research agreement.

Effective January 1, 1994, a registered attorney or agent of record may sign a terminal disclaimer. A terminal disclaimer signed by the assignee must fully comply with 37 CFR 3.73(b).

QUESTMS-00001070

Application/Control Number: 12/630,796                     Page 4
Art Unit: 1773

Claims 1, 2, 3, 4, 12, 13, 14, 15, 16, 17, 25, 26, 27, 28, 36, and 37 are provisionally rejected on the ground of nonstatutory obviousness-type double patenting as being unpatentable over claims 1, 9, 17, 18, 28 and 29 of copending Application No. 11/386,215 ("the '215 application"). Although the conflicting claims are not identical, they are not patentably distinct from each other because the claims of the '215 application overlap with those of the instant application.

The '215 application is directed to a method for determining the presence or amount of a vitamin D metabolite (1,25-dihydroxyvitamin $D_2$, 1,25-dihydroxyvitamin $D_3$, or both) by tandem mass spectrometry. While the '215 application does not recite the related mass-to-charge ratios from performing the claimed method, the related ratios, such as claimed in the instant application, would be derived from the practice of the same method. Therefore, the specific mass-to-charge ratios recited in the instant application are considered to be obvious.

With respect to the type of sample used, it would have been obvious to one of ordinary skill in the art to use a biological sample such as serum or plasma, as it is well known in the art to test these samples for vitamin D deficiency.

This is a _provisional_ obviousness-type double patenting rejection because the conflicting claims have not in fact been patented.

QUESTMS-00001071

Claims 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48 and 49 are provisionally rejected on the ground of nonstatutory obviousness-type double patenting as being unpatentable over claims 1, 2, 3, 4, 9, 10, 11, 40 and 41 of copending Application No. 11/946,765 ("the '765 application"). Although the conflicting claims are not identical, they are not patentably distinct from each other because the claims of the '765 application overlap with those of the instant application.

The '765 application is directed to a method for determining the amount of one or more vitamin D metabolites (vitamin $D_2$, vitamin $D_3$, or both) in a sample by tandem mass spectrometry comprising immunopurifying the vitamin D metabolites; and further purifying the vitamin D metabolites by HPLC. Since the '765 application claims have very similar method steps as those recited in the instant application, one of ordinary skill would expect to achieve similar mass-to-charge ratios for the precursor and fragment ions. Therefore, the claims of the instant application are deemed to be obvious variants of the '765 application.

This is a provisional obviousness-type double patenting rejection because the conflicting claims have not in fact been patented.

QUESTMS-00001072

Application/Control Number: 12/630,796                                    Page 6
Art Unit: 1773

### *Response to Arguments*

Applicant's arguments, see pages 12-15, filed October 7, 2010, with respect to
the rejections of the claims under 35 USC 103 have been fully considered and are
persuasive. Therefore, the rejection has been withdrawn. However, upon further
consideration, a new ground of rejection is made in view of the newly added claim
limitation that the ionized dihydroxyvitamin D metabolites are not dehydrated prior to
ionization.

### *Allowable Subject Matter*

Claims 50-69 are allowed.

### *Conclusion*

Applicant's amendment necessitated the new ground(s) of rejection presented in
this Office action. Accordingly, **THIS ACTION IS MADE FINAL**. See MPEP
§ 706.07(a). Applicant is reminded of the extension of time policy as set forth in 37
CFR 1.136(a).

A shortened statutory period for reply to this final action is set to expire THREE
MONTHS from the mailing date of this action. In the event a first reply is filed within
TWO MONTHS of the mailing date of this final action and the advisory action is not
mailed until after the end of the THREE-MONTH shortened statutory period, then the
shortened statutory period will expire on the date the advisory action is mailed, and any
extension fee pursuant to 37 CFR 1.136(a) will be calculated from the mailing date of

QUESTMS-00001073

Application/Control Number: 12/630,796                                    Page 7
Art Unit: 1773

the advisory action.  In no event, however, will the statutory period for reply expire later

than SIX MONTHS from the date of this final action.

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to M. COLE whose telephone number is 571-272-1463.

The examiner can normally be reached on M - Th (9-5).

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Jill Warden can be reached on 571-272-1267.  The fax phone number for

the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system.  Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a

USPTO Customer Service Representative or access to the automated information

system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/Jill Warden/                                             M.  COLE
Supervisory Patent Examiner, Art Unit 1773               Examiner
                                                         Art Unit 1773

QUESTMS-00001074

XP-002611766

# THE ROLE OF MASS SPECTROMETRY IN VITAMIN D RESEARCH

**Bernice Yeung\*** and Paul Vouros[†]
*Department of Chemistry & The Barnett Institute, Northeastern University, Boston, MA 02115, USA*

Abstract ............................................................................................. 179
  I. Introduction ................................................................................... 180
 II. Biochemistry of Natural Vitamin $D_3$ ....................................................... 181
     A. Nomenclature and Convention ........................................................... 181
     B. Metabolism of Vitamin $D_3$ ............................................................. 181
     C. Biological Actions and Functions of $1,25(OH)_2D_3$ ..................................... 181
        1. Mineral Homeostasis .................................................................. 181
        2. Immunoregulatory Functions .......................................................... 182
III. Development of Synthetic Analogs of $1,25(OH)_2D_3$ ........................................ 183
 IV. Non-MS Based Detection Methods for Vitamin D Analysis ..................................... 183
     A. Saturation Analysis ...................................................................... 184
     B. HPLC Analysis ............................................................................ 185
  V. MS-Based Detection Methods for Vitamin D Analysis ......................................... 186
     A. Structure Determination ................................................................. 186
     B. Quantitative Analysis .................................................................... 189
        1. GC-MS .................................................................................. 189
        2. LC-MS .................................................................................. 190
 VI. Conclusion and Perspectives ................................................................ 191
VII. Acknowledgments ............................................................................. 192
     References ................................................................................... 192

*1,25-dihydroxyvitamin $D_3$ is the active metabolite of vitamin $D_3$, and has been found to play important roles in mineral balance and immunological regulation. Recently, 1,25-dihydroxyvitamin $D_3$ and similar synthetic analogs in development have been found to possess potential therapeutic values in the treatment of proliferative diseases, including leukemia, breast cancer, and psoriasis. Current methods for the analysis of these compounds may either lack the necessary sensitivity (i.e., UV detection) or specificity (i.e., receptor binding assay). In addition, the synthetic analogs developed to date have not been found to uniformly bind with receptors in binding assays, a property that may render them to be difficult for measure-ment at the trace levels. Methods utilizing mass spectrometry (MS) have been used for either structural identification or quantification. Electron impact ionization has been the technique of choice for structural analysis, whereas newer ionization techniques have been utilized for the quantification of metabolites, often in conjunction with on-line separation. In this review, MS and non-MS based methods for vitamin D analysis will be discussed, with an emphasis on the former. Historical perspectives, the present state, and the future role of MS in vitamin D research will be discussed. © 1996 John Wiley & Sons, Inc.*

\* Present address: Genetics Institute, Inc., One Burtt Road, Andover, MA 01810.
[†] To whom all correspondence should be addressed: Prof. Paul Vouros, Department of Chemistry, Northeastern University, Boston, MA 02115; Phone: (617) 373-2840; FAX: (617) 373-8795.

Received 18 July 1995;
accepted 7 November 1995.

Mass Spectrometry Reviews, **1995**, *14*, 179–194
© 1996 by John Wiley & Sons, Inc.

CCC 0277-7037/96/030179-16

BNSDOCID: <XP_____2611766A_I>

QUESTMS-00001075

## 1. INTRODUCTION

Vitamin D encompasses a group of steroidal hormones that are essential for regulating the levels of calcium and phosphorus in the body of higher animals. Together with parathyroid hormone and calcitonin, two polypeptides found in the endocrine system, vitamin D is responsible for the maintenance of mineral levels. In the 1920s, it was recognized that rickets, a pediatric disease characterized by weak and malformed bones, might be prevented by treatment with vitamin D and by exposure to sunlight. In the following decade, the structures of vitamin $D_2$ (ergocalciferol) and vitamin $D_3$ (cholecalciferol) were subsequently characterized. It was also realized that the two vitamins were in fact secosteroids and are produced by UV irradiation of their precursors, provitamin $D_2$ (ergosterol) and provitamin $D_3$ ($\Delta 7$-dehydrocholesterol), in which the B-ring of the precursors is cleaved. The biosynthesis of vitamin $D_3$ is illustrated in Fig. 1 (1, 2).

Vitamin D is now recognized to be a steroid hormone rather than its misnomer, a vitamin. It possesses properties like other steroids such as testosterone and estradiol, in which its active metabolite, 1,25-dihydroxyvitamin $D_3$, is transported from the kidney to target cells, where interaction with specific receptors takes place. Of all vitamin D compounds, vitamin $D_3$ has been recognized to be the most physiologically important group. Other forms of vitamin D differing in side-chain structure have been synthesized and isolated, and they are listed in Fig. 2. Although both occur naturally, vitamin $D_3$ has been found to have higher biological activities than vitamin $D_2$ among mammals, and has been considered to be superior for the treatment of hypocalcemia since the 1970s (1, 2, 3).

In this review, the general biochemistry, metabolism, and biological functions of vitamin $D_3$ as related to the treatment of various diseases are discussed. Research on the synthetic analogs of vitamin $D_3$ and

**FIGURE 2.** Structures of various vitamin D molecules.

their development toward potential drugs are also presented, and these topics will demonstrate the rapid expansion in the field of vitamin D research. An overview of the current techniques for the detection and characterization of these vitamin D compounds is given, with specific emphasis on the contribution made by mass spectrometry (MS). Primarily, the utility of MS for vitamin D analysis has evolved in the areas of structural determination and quantitative studies. Historical perspectives and examples in these two areas

**FIGURE 1.** The biosynthesis of vitamin $D_3$.

Previtamin $D_3$
($\Delta 7$-Dehydrocholesterol)

Previtamin $D_3$

Vitamin $D_3$
(Cholecalciferol)

180

ENSDOCID: <XP_____2811788A_I_>

QUESTMS-00001076

are presented in this review. Finally, more recent developments in mass spectrometry for vitamin D analysis are discussed.

## II. BIOCHEMISTRY OF NATURAL VITAMIN $D_3$

### A. Nomenclature and Convention

Before proceeding to the description of the metabolism of vitamin $D_3$, it is essential at this point to discuss the common nomenclature used in the field of vitamin D. Figure 1 shows the numbering system used in naming vitamin $D_3$ compounds, and the structural relationship to its steroidal precursor provitamin $D_3$. As will be discussed next, the metabolism of vitamin $D_3$ in the body proceeds with successive hydroxylation and oxidation at different positions in the structure, and these metabolites are named and abbreviated according to this numbering system. For example, hydroxylation at the 1- and 25-positions of vitamin $D_3$ yields the metabolite 1,25-dihydroxyvitamin $D_3$, which is commonly abbreviated as $1,25(OH)_2D_3$. In the development of synthetic vitamin $D_3$ analogs, structural modification is reflected in the name of the compound according to the same system of nomenclature. For instance, an analog of $1,25(OH)_2D_3$ that contains an additional double bond inserted at the 16,17-position is named 1,25-dihydroxy-16-ene-vitamin $D_3$, and is abbreviated as $1,25(OH)_2$-16-ene $D_3$ or $\Delta^{16}1,25(OH)_2D_3$.

### B. Metabolism of Vitamin $D_3$

As illustrated in Fig. 1, vitamin $D_3$ is produced photochemically from provitamin $D_3$, which exists naturally on the skin surface. In addition, vitamin $D_2$ and vitamin $D_3$ can both be absorbed from food that naturally contains or has been fortified with vitamin D. Upon production, vitamin $D_3$ binds noncovalently with the vitamin D-binding protein, which transports the hormone through the blood stream to the liver for metabolism (1, 4). In the liver, vitamin $D_3$ is hydroxylated by 25-hydroxylase to form $25(OH)D_3$ (5), which is then transported to the kidney for further metabolism. The action of 25-hydroxylase does not appear to be tightly regulated, and, as a result, the plasma circulating level of $25(OH)D_3$ is relatively high (18–27 ng/mL) and may be used as an indicator of vitamin D status in the body (4, 6). In the kidney, $25(OH)D_3$ is enzymatically metabolized to $1,25(OH)_2D_3$ (7, 8) and $24,25(OH)_2D_3$(9). $1,25(OH)_2D_3$ is well-recognized to

be the active metabolite of vitamin $D_3$ that is responsible for a variety of biological functions, as will be discussed later. Its production by $25(OH)D_3$-1-hydroxylase seems to be related to the calcium level in the body, and is tightly controlled by the parathyroid hormone and $1,25(OH)_2D_3$ itself. When the calcium level is adequate, $1,25(OH)_2D_3$ stimulates the activation of $25(OH)D_3$-24-hydroxylase, resulting in the production of the less active metabolite, $24,25(OH)_2D_3$ (1, 4, 9, 10).

Besides the metabolites mentioned above, other metabolites have also been isolated and identified. Figure 3 depicts some of the further metabolites of vitamin $D_3$ (9–19). To date, over 30 natural metabolites of vitamin $D_3$ have been isolated and identified from humans and animals (4).

### C. Biological Actions and Functions of $1,25(OH)_2D_3$

Among the vitamin $D_3$ metabolites identified thus far, $1,25(OH)_2D_3$, a metabolite produced in the kidney, has been widely recognized to be the most biologically active compound (20). The actions of $1,25(OH)_2D_3$ are believed to be initiated by its noncovalent binding with a receptor protein in the target cells. In turn, this binding triggers the transcription of specific genes that code for the proteins responsible for the biological functions (21). The $1,25(OH)_2D_3$ receptor has been identified to be a DNA-binding protein with a molecular weight between 50–60 kdaltons, depending on the animal species (22). The receptor binds tightly with $1,25(OH)_2D_3$ ($K_d \approx 10^{-10}$–$10^{-11}$ M) and it has been found in many different types of tissues in the body, including the intestine, kidney, bone, skin, and mammary tissues, etc., as well as the immune system (4). In general, the biological functions of $1,25(OH)_2D_3$ may be divided into two basic categories: mineral homeostasis and immunoregulatory functions. These functions are discussed next.

#### 1. Mineral Homeostasis

In the early days after its first isolation and identification, it was discovered that $1,25(OH)_2D_3$ was active in stimulating calcium absorption in the intestine and bone (15, 16). Later, it was discovered that binding of $1,25(OH)_2D_3$ with its intestinal receptor induced the production of a calcium-binding protein called calbindin-D, which was involved in the intracellular transport of calcium (23). These observations, coupled with the early discovery of the link between vitamin D deficiency and rickets, pointed to the important role of

181

BNSDOCID: <XP_____2811766A_I_>

QUESTMS-00001077



**FIGURE 3.** Some natural metabolites of vitamin $D_3$. The R and R' groups represent structures of vitamin $D_3$ and 1,25(OH)$_2$D$_3$, respectively, minus the side chains.

$1,25(OH)_2D_3$ in calcium homeostasis. In addition to calcium, $1,25(OH)_2D_3$ also seems to have effects on the maintenance of phosphorus. When the levels of calcium and phosphorus in the body are adequate, the parathyroid hormone responsible for $1,25(OH)_2D_3$ production is inhibited by $1,25(OH)_2D_3$ itself, leading to a lower production of the metabolite (2, 4).

Beside the treatment of rickets, intake of vitamin $D_3$ and specifically $1,25(OH)_2D_3$ have been found to be beneficial for patients suffering from osteoporosis. It has been known that osteoporosis, commonly characterized as "brittle bones," is common among women, starting from the time of menopause. The stimulation of calcium absorption by $1,25(OH)_2D_3$ has been found to decrease the rate of bone loss within these patients (24).

## 2. Immunoregulatory Functions

In the area of immunoregulation, $1,25(OH)_2D_3$ exerts three principal actions: prodifferentiation, antiproliferation, and immunosuppression. Among the first investigations in this area, Abe et al. (25) and Miyaura et al. (26) reported the *in vitro* differentiation of myeloid leukemic cells in mice and humans induced by $1,25(OH)_2D_3$. Immature myeloid leukemic cells were found to be differentiated into more mature macrophage-like cells after treatment with $1,25(OH)_2D_3$. Later, the same experiment was demonstrated successfully *in vivo* with mice (27). $1,25(OH)_2D_3$ has also been used as an antiproliferation agent for the treatment of psoriasis, a skin disease characterized by the increase of basal cells in the epidermis (28, 29). As for

182

BNSDOCID: <XP_____2611786A_I_>

QUESTMS-00001078

immunosuppressive effects, $1,25(OH)_2D_3$ has been found to inhibit T-cell proliferation, thus suggesting a possible role of this metabolite in treating transplant patients (30, 31).

### III. DEVELOPMENT OF SYNTHETIC ANALOGS OF $1,25(OH)_2D_3$

Given the landmark discoveries by Abe et al. and Miyaura et al. of the effects of $1,25(OH)_2D_3$ on leukemic cells, a new territory in vitamin D research has been launched in which the hormone is being developed as a potential anticancer drug. However, it has been found that, in order to achieve any appreciable degree of cell differentiation, the concentration of $1,25(OH)_2D_3$ needed far exceeds the normal physiological level of the body and that hypercalcemia is induced in the process (30, 32, 33). Therefore, significant efforts have been devoted to the development of synthetic analogs of $1,25(OH)_2D_3$ that may maintain or exceed the cell differentiation capability of the natural hormone, but, at the same time, possess lower activity in calcium mobilization. These compounds have been termed "noncalcemic analogs" in the vitamin D literature.

A vast number of noncalcemic analogs has been developed and their biochemical properties have been evaluated. Figure 4 lists the structures and literature references of a few of these analogs. Several of the analogs have been found to be effective in cancer treatment and have since been marketed as commercial drugs in some parts of the world. Most notable are EB 1089[Fig. 4(b)] for the treatment of breast cancer, and calcipotriol (or calcipotriene, MC 903) [Fig. 4(c)] for the treatment of psoriasis, both developed by Leo Pharmaceuticals of Denmark (30, 34). Examples of other noncalcemic analogs include 1,25-dihydroxy-16-ene-23-yne vitamin $D_3$ [Fig. 4(d)], which has been found to be 7-fold more effective in inhibiting leukemic cell growth than $1,25(OH)_2D_3$ (35); 1α,25-dihydroxy-19-nor vitamin $D_3$ [Fig. 4(g)], which is effective in the in vitro differentiation of human leukemia cells (HL-60) (36); 22-oxo-$1,25(OH)_2D_3$ [Fig. 4(h)], which is a useful inhibitor of breast cancer cells, especially for patients who are insensitive to antiestrogen therapy, and has been found to be 10-fold more potent than $1,25(OH)_2D_3$ (37); 1,25-dihydroxy-16-ene vitamin $D_3$ [Fig. 4(e)], which has been shown to be effective in delaying graft rejection and as an antileukemic agent (38, 39); and 1,25-dihydroxy-24-oxo-16-ene vitamin $D_3$ [Figure 4(f)], which is an intermediary metabolite of 1,25-dihydroxy-16-ene vitamin $D_3$, and which has been

found to have higher immunosuppressive activity than $1,25(OH)_2D_3$ (40).

Because the biological actions and structure–function relationship of $1,25(OH)_2D_3$ are still not well understood, the same also remain unclear for the synthetic analogs of $1,25(OH)_2D_3$ at this point. For example, EB 1089 has been found to have a 40-fold lower binding affinity towards the vitamin D receptor (VDR) than $1,25(OH)_2D_3$, yet it is 50–100 times more effective in its antiproliferation of breast cancer cells, and has only half the calcemic effects of $1,25(OH)_2D_3$ (41). On the other hand, 1,25-dihydroxy-16-ene-23-yne vitamin $D_3$ possesses 75% of the binding affinity of $1,25(OH)_2D_3$ toward VDR in chick intestine cells and HL-60 cells, but it is 300 times less active in inducing intestinal calcium absorption in mice (35). It is, therefore, difficult to point to a specific structural feature in $1,25(OH)_2D_3$ or its analogs that may account only for their cell differentiating ability without also considering their affinity for VDR and the overall calcemic effects. Thus far, most noncalcemic analogs developed have involved structural modifications on the side chain. The reason behind these approaches is due to the fact that this 8-carbon side chain is uncommon among steroid hormones, and little conformational restriction is seen in this part of the molecule. In addition, it is also well established that the 1α-hydroxy group is necessary for the biological activities of $1,25(OH)_2D_3$ and its analogs (35). Thus, the flexible side chain in vitamin D analogs is believed to account for their varying degrees of biological activities compared to $1,25(OH)_2D_3$. Efforts are currently underway to study the structure–function relationships of these vitamin D analogs (42), the results of which will aid in the design of other analogs that may be suitable for therapeutic use.

### IV. NON-MS BASED DETECTION METHODS FOR VITAMIN D ANALYSIS

Measurements of vitamin D metabolites in plasma are essential for evaluating the vitamin D status in the body. Deficiency of vitamin D causes hypocalcemia and hypophosphatemia, both of which can lead to serious bone diseases among children and older women. On the other hand, the presence of excess vitamin D metabolites in the body can cause calcification of the intestine and bones as well as hypercalcemia, with the latter being fatal in severe cases. With the increasing use of the active metabolite $1,25(OH)_2D_3$ and its synthetic analogs for therapeutic purposes, it is essential to have sensitive and definitive assays for the measurements of these compounds in the body. However, there have been many difficulties in the analytical

BNSDOCID: <XP      2611760A_I_>

QUESTMS-00001079

■ YEUNG AND VOUROS



**FIGURE 4.** Examples of synthetic vitamin $D_3$ analogs: (a) 1,25(OH)$_2$D$_3$ (calcitriol) (8); (b) EB 1089 (34); (c) MC 903 (34); (d) Δ$^{16}$1,25(OH)$_2$-23-yne D$_3$ (35); (e) Δ$^{16}$1,25(OH)$_2$D$_3$ (38); (f) Δ$^{16}$1,25(OH)$_2$-24-oxo D$_3$ (40); (g) 1,25(OH)$_2$-19-nor D$_3$ (36); (h) 1,25(OH)$_2$-22-oxo D$_3$ (37); (i) MC 1288 (30).

measurements of these compounds, primarily due to the following reasons: (a) low circulating plasma concentration of 1,25(OH)$_2$D$_3$ (26–55 pg/mL) (6); (b) the large number of natural metabolites produced in the body and their chemical and structural similarities to each other; (c) the presence of other lipid-soluble compounds that may interfere with the measurement; (d) the sensitive nature of the triene bonds in vitamin D toward UV light and heat; and (e) the low binding affinity of some of the synthetic analogs of 1,25(OH)$_2$D$_3$ toward the receptor proteins, rendering them unsuitable for measurement by the receptor

assays. Table 1 lists the plasma circulating concentrations of some vitamin D metabolites (6).

Currently used methods other than MS for the assay of vitamin D compounds mainly include saturation analysis and high-performance liquid chromatography (HPLC). A discussion of these techniques is presented in the following section.

### A. Saturation Analysis

The principle of this analysis is based on substrate–receptor binding, in which the substrate is the vitamin

184

BNSDOCID: <XP_____2811766A___>

QUESTMS-00001080

**TABLE 1.** Concentrations of some natural vitamin $D_3$ metabolites circulating in human plasma (6)

| Metabolite | Concentration (mean ± SD) |
|---|---|
| Vitamin $D_3$ | $21 \pm 12$ pmol/mL or $8.1 \pm 4.8$ ng/mL |
| $25(OH)D_3$ | $45 \pm 18$ pmol/mL or $18 \pm 7$ ng/mL |
| $1,25(OH)_2D_3$ | $62 \pm 9.6$ fmol/mL or $26 \pm 4$ pg/mL |
| $24,25(OH)_2D_3$ | $3.8 \pm 1.4$ pmol/mL or $1.6 \pm 0.6$ ng/mL |
| $25,26(OH)_2D_3$ | $0.96 \pm 0.48$ pmol/mL or $0.4 \pm 0.2$ ng/mL |

D analyte, and the receptor may be a vitamin D-binding protein (43), a receptor protein (44), or an antibody (45). The method has been variously termed immunoassay, competitive protein binding assay, radioreceptor assay, radioligand assay, etc., depending on which kind of receptor is being used for binding. In general, the assay consists of the displacement of a bound radio-labeled substrate from its receptor by an unlabeled substrate. Successive additions of increasing amounts of the unlabeled substrate lead to an increase in free radio-labeled substrate, and a standard curve of this dose–response relationship may be drawn. Subsequently, the amount of the substrate in a sample may be quantified using the same principle by comparison to the standard curve. The sensitivity of detection for $1,25(OH)_2D_3$ in these assays is generally in the high fmol (low pg) per mL range.

Saturation analysis is the most widely used technique in clinical laboratories for measuring vitamin D compounds, due to its overall simplicity and the general availability of facility for handling radioactive materials. Assay kits for $25(OH)D_3$ and $1,25(OH)_2D_3$ are now commercially available (Nichols Institute, Incstar Corporation, Amersham Bioscience), which eliminates the need for researchers to isolate and purify the receptor needed for the assay. Although the sensitivity of these assay kits is generally adequate for the detection of vitamin D metabolites in plasma, it is recognized that the same receptor in the assay often cross-reacts with nontarget metabolites present in the sample. Further, the receptor cannot distinguish between vitamin $D_3$ and $D_2$ metabolites. It is, therefore, imperative to have each target metabolite completely separated from other interferences in a mixture prior to the saturation analysis. The separation is typically carried out by HPLC, and the procedure can often be laborious and time-consuming. In addition to the usual sample extraction, separation of vitamin D analytes usually involves several different HPLC systems (different stationary phases and solvent systems) for their successful isolation, especially when the sample contains large quantities of lipids and other interferences (46). The HPLC retention times and identities of the

metabolites are determined by comparison to synthetic standards. However, the nonavailability of some of these standards may present yet another difficulty in the assay.

### B. HPLC Analysis

HPLC has been primarily used as a tool for analyte purification in vitamin D analysis, where UV detection at 265 nm is usually employed. At 265 nm, the 5,7-diene system in vitamin D has molar absorptivities of 18,200 and 19,200 for vitamins $D_3$ and $D_2$, respectively (46). Despite the relatively high molar absorptivity, detection of vitamin D metabolites by UV has afforded only a practical detection limit of *ca.* low pmol (low ng). Without consuming large volumes of plasma, this level of sensitivity is sufficient only for the quantification of analytes such as vitamin $D_3$ and $25(OH)D_3$, but not $1,25(OH)_2D_3$, which has a low plasma circulating concentration ($\approx 132$ fmol/mL). Nevertheless, the HPLC-UV approach has been valuable for the determination of vitamin $D_2$ and $D_3$ in foodstuffs (milk, infant formula) and for the evaluation of vitamin D status [vitamin D and $25(OH)D_3$] in man (47, 48).

Although not widely used, electrochemical detection after HPLC separation has been described in the literature. Determination of vitamin D in milk (49) and liquid-formula diet (50) have been carried out in this fashion, and a detection limit of 521 fmol (200 pg) was achieved for vitamin $D_3$.

Fluorescence detection of derivatized vitamin D metabolites has also been reported. A dienophile (Cookson reagent) has been used to attach various fluorescent tags onto the vitamin D compounds via a Diels–Alder reaction across the 5,6 and 10,19 diene bonds (51–53). The fluorophores have included various polyaromatic hydrocarbons based on dihydroquinoxaline or phenylbenzoxazole. The derivatized vitamin D analytes are separated by reversed phase HPLC, where detection limits of 1.0 fmol for vitamin $D_3$ standard and 2.4 pmol for $24,25(OH)_2D_3$ in plasma have been obtained.

185

SNSDOCID: <XP _____ 2011700A_ 1 >

QUESTMS-00001081

## V. MS-BASED DETECTION METHODS FOR VITAMIN D ANALYSIS

MS detection is perhaps the most definitive analytical technique available. Compared to nuclear magnetic resonance spectroscopy and X-ray crystallography, the amount of sample required for structural characterization by MS techniques is low, and can often be readily collected in sufficient quantity after the HPLC purification procedure. MS techniques have found utility in two areas of vitamin D analysis: structure determination and quantitative study. These two areas are reviewed in the following sections.

### A. Structure Determination

The most widely used MS technique for structure determination is electron impact ionization (EI), where sample requirement is usually in the mid to high ng range. Beside the molecular ion, the EI spectra of vitamin D metabolites contain fragment ions derived from the vitamin D skeletal structure, and cleavage through the 7,8 diene bond produces the most prominent fragments at $m/z$ 136 and 118. Zaretskii (54) has summarized the common EI fragment ions of vitamin D as shown in Fig. 5. Structures of the major fragments found at $m/z$ 136 and 118 are depicted in Fig. 6, as proposed by Zaretskii (54) based on deuterium-labeling experiments. When the C-1 position is hydroxylated, these major fragments shift to $m/z$ 152 and 134, respectively. Figure 7 shows the typical EI mass spectra of vitamin $D_3$ [7(a)] and $1,25(OH)_2D_3$ [7(b)], in which the major fragment ions as described in Fig. 5 are seen. Recently, an approach based on the ion at $m/z$ 134 has been devised for determining the site of hydroxylation in the A ring of vitamin D compounds. The method involves a comparison of the collision-induced dissociation (CID) spectra of $m/z$ 134 between an unknown and the isomeric standards generated *in situ* via a McLafferty rearrangement. Variation in ion intensities

in the CID spectra may serve as fingerprints for identifying the hydroxylation site in the unknown (55). More fragment ions from the side chain of vitamin D compounds can be observed in the low mass range when an additional hydroxyl group is present and cleavage is seen next to the *a* carbon. For example, the EI mass spectra of $25(OH)D_3$, $1,25(OH)_2D_3$, and $24,25(OH)_2D_3$ all contain a fragment ion at $m/z$ 59 as a result of the cleavage between C-24 and C-25 (5, 8, 9).



Vitamin $D_3$    $M^+$= 384

| Fragment ion | $m/z$ |
|---|---|
| $(M - CH_3)^+$ | 369 |
| $(M - H_2O)^+$ | 366 |
| $(M - H_2O - CH_3)^+$ | 351 |
| a, $(a - H_2O)^+$ | 136, 118 |
| b, $(b - H_2O)^+$ | 176, 158 |
| c | 248 |
| d | 325 |
| e | 259 |
| f, $(f - H_2O)^+$ | 271, 253 |

**FIGURE 5.** Fragmentation of the molecular ion of vitamin $D_3$ under EI conditions.



$C_8H_{17}$

M⁺·            $m/z$ 136            $-H_2O$            $m/z$ 118

**FIGURE 6.** Proposed formation of $m/z$ 136 and 118, the two major EI fragment ions of vitamin $D_3$ (54).

186

BNSDOCID: <XP    2611768A_I_>

QUESTMS-00001082



**FIGURE 7.** Full scan EI spectra of: (a) vitamin D$_3$, 750 ng; (b) 1,25(OH)$_2$D$_3$, 500 ng.

In the past two decades, EI has been a valuable tool in the identification of newly discovered vitamin D metabolites. The structures of many of the natural metabolites of vitamin D$_3$ depicted in Fig. 3 were determined by EI, including those that are of biological importance (5, 8, 9, 19, 56, 57). In EI analyses, chemical derivatizations of vitamin D compounds have been found to be helpful for enhancing the intensity of some fragment ions and for aiding in structural elucidation. After the reactions, the derivatized analytes are typically purified by HPLC and retention times are compared to those of derivatized standards. The most commonly

187

ENSDOG D: <XP_____ 2811766A___.>

QUESTMS-00001083



**FIGURE 8.** EI mass spectra of 24,25(OH)₂D₃ standard: (a) underivatized; (b) TMS-derivatized; (c) periodate-derivatized. (Adapted from Ref. 9 with permission.)

used chemical derivatization method is silylation, using *N*-methyl-*N*-trimethyl silyltrifluoroacetamide, with which hydroxyl groups in the vitamin D structure are converted to trimethylsilyl (TMS) ethers. The fragment ion obtained by cleavage next to the *a*-carbon of the TMS group is more intense and definitive compared to the corresponding ion before derivatization. The fragmentation between C-24 and C-25 of the 1,25(OH)₂D₃ and 24,25(OH)₂D₃ TMS derivatives gives an intense ion at $m/z$ 131, which is typically the base peak in the mass spectra of these compounds (7, 8). An example is shown in Fig. 8(b), where the mass spectrum of the TMS derivative of 24,25(OH)₂D₃ is depicted (9).

Periodate cleavage is used to verify the presence of vicinal hydroxyl groups by cleaving off one hydroxyl function and oxidizing the other to an aldehyde. The method is also applicable for structures that contain a hydroxy group and a ketone next to each other. Sodium periodate is usually used for the reaction. EI spectra of the analyte before and after the periodate cleavage are compared, with differences in side-chain fragment ions being observed when vicinal hydroxyl groups are present. Examples of the application of this derivatization method include 24,25(OH)₂D₃ in the kidney (9), 1,24,25(OH)₃D₃ in intestine (57), and 24,25(OH)₂D₃ in human placenta (56). Figure 8(c)

shows an example of the periodate derivatization on the 24,25(OH)₂D₃ standard, where the mass spectrum of the underivatized compound is included [Fig. 8(a)] for comparison (9).

A lesser-used chemical method is reduction by sodium borohydride or lithium aluminum hydride. This method is used to reduce a suspected ketone in the structure to a hydroxyl function. The reduced analyte is purified by HPLC, and its retention time is compared to that of its corresponding hydroxylated metabolite. Comparison is also made between the EI mass spectra of the reduced analyte and a hydroxylated standard. This approach has been used in the determination of 24-oxo-25(OH)D₃ (13).

There have not been many reports that show the utility of other MS ionization techniques for the structural characterization of vitamin D metabolites due, presumably, to the lack of structurally informative ions in the mass spectra obtained by these techniques. Full scan detection of vitamin D₃ has been demonstrated by Wilson et al. (58, 59) via the use of electrospray ionization (ESI). The authors derivatized vitamin D₃ by attaching to it either a sodium-containing crown ether or a basic dibenzylazo moeity via the same dienophilic reaction as described earlier in Section V.B (51, 52, 53) (Fig. 9). Full-scan analyses of the vitamin

188

BNSDOCID: <XP_____2811788A___>

QUESTMS-00001084

**FIGURE 9.** Derivatizing reagent used for the ESI analysis of vitamin $D_3$ (58, 59).

$D_3$ derivatives yielded detection limits of *ca.* 200 fmol (with reagent A) and 120 pmol (with reagent B) for the protonated molecules (MH$^+$). Similar derivatizations have been demonstrated for pure standards by other researchers using on-line HPLC in conjunction with MS, and these data will be discussed in the next section.

## B. Quantitative Analysis

### 1. GC-MS

Quantification of vitamin D metabolites, especially at the trace levels, is ideally carried out via the use of combined GC-MS or LC-MS. This kind of multidimensional detection provides a definitive assay in which sensitivity and specificity of detection are both superior to those offered by a single detection technique. Analysis by GC-MS, however, requires that the analytes be thermally stable, because the oven temperature often exceeds 200°C. For vitamin D metabolites, this requirement means that the analytes need to be derivatized, usually into TMS ethers. Because the molecular

ions of these derivatives tend to be very weak in intensity as compared to their fragment ions in the low mass range, selected ion monitoring (SIM) of the fragments is generally used for detection purposes. Ions such as the fragment ion *a* or (*a*-H$_2$O)$^+$ as shown in Figs. 5 and 6, as well as $m/z$ 131 and other more intense fragments derived from the TMS ether derivative, are often used for detection by SIM. Stable isotopically labeled vitamin D compounds are employed as internal standards for quantification, and many of these compounds have been synthesized for this purpose (6). This method of quantification has sometimes been termed "mass fragmentography" in the literature. Example include the determination of 24,25(OH)$_2$D$_3$ and 1,25(OH)$_2$D$_3$ in serum (60, 61).

Detection of standard 1,25(OH)$_2$D$_3$ by GC-MS has been demonstrated to have a limit as low as 36 fmol (15 pg) (62), but this limit tends to be higher for detection in plasma samples. For detection of 1,25(OH)$_2$D$_3$ in plasma, the current detection limit is in the low to mid pmol range, and as much as 20 mL of plasma may be needed for a single GC-MS analysis. Recently, however, an SIM detection limit of 2 pg/mL was reported for a synthetic analog, 26,27-F$_6$-1,25(OH)$_2$D$_3$, consuming only 2 mL of plasma (63). The sensitivity of GC-MS is usually hampered by the fact that vitamin D compounds, whether derivatized as TMS or not, are thermally transformed into their pyro and isopyro isomers at temperature ≥125°C, as illustrated in Fig. 10 (62). Therefore, in essence, the SIM sensitivity for the analyte is decreased by the formation and separate elution of these two isomers. In addition, if full-scan analysis is performed for a mixture of compounds, then the appearance of the total ion chromatogram may be complicated by the doublet peaks derived from each analyte. An example of GC-MS analysis of the *n*-butyl boronate TMS derivative of 24,25(OH)$_2$D$_2$ is shown in Fig. 11 (64). The EI mass



**FIGURE 10.** Thermal rearrangement of the vitamin D molecule to the pyro and isopyro isomers.

189

QUESTMS-00001085





**FIGURE 11.** GC-MS analysis of 24,25(OH)₂D₃-TMS-*n*-butylboronate ester: (a) EI mass spectrum of the analyte; (b) SIM detection of the analyte and a labeled internal standard, using the [M-TMSiOH-CH₃]⁺ fragment ions. (Adapted from Ref. 64 with permission.)

spectrum [Fig. 11(a)] of this derivative shows a major ion at $m/z$ 461, which represents the [M-TMSiOH-CH₃]⁺ fragment of the analyte. SIM detection based on this fragment ion is shown in Fig. 11(b) along with a labeled internal standard, and quantification is carried out based on the signals from the more intense pyro peaks.

### 2. LC-MS

The use of a MS detector has proved to be ideal in terms of providing sensitivity and specificity for detection. Because vitamin D compounds are thermally labile and tend to isomerize under high temperature, the use of HPLC instead of GC for the coupling to MS may be a better method of detection. For a better compatibility with the continuous-flow nature of HPLC, thermospray (TSP), a softer MS ionization

technique than EI, has been utilized for the on-line coupling. The first of such reports came from Yergey et al. (65), who demonstrated the use of isotope dilution LC-TSP for the assays of six compounds in biological fluids, including 1,25(OH)₂D₃. The sensitivity of detection was 10 pmol (≈4 ng) for this vitamin D metabolite in plasma.

Watson et al. (66) demonstrated the use of a reversed-phase gradient LC-TSP system for the analysis of several vitamin D₃ standards. LC eluent at 0.9 mL/min was introduced into the TSP ion source along with a make-up flow of an ammonium acetate solution. Quantification was performed by UV and TSP via SIM detection. It was found that the precision of analysis by UV was superior due to an unstable ion beam in TSP. However, TSP was found to have better general detection sensitivity, where a detection limit of 0.6 pmol (250 pg) was obtained for 1,25(OH)₂D₃ via SIM. The method was also utilized for the assays of 1,25(OH)₂D₃ in renal mitochondrial incubations and human plasma. Human plasma (10 mL) was analyzed using SIM, and several of the vitamin D₃ metabolites were identified. Relying solely on SIM detection, the use of stable isotopically labeled standards was deemed necessary for quantitative analysis of vitamin D analytes in plasma.

Another example of the use of LC-TSP for analysis of vitamin D was reported by Vicchio et al. (67). An isocratic reversed-phase LC method was developed for 25(OH)D₃, and the eluent was combined with a post-column makeup flow of an ammonium acetate solution prior to TSP ionization. A detection limit of 2.5 pmol (1 ng) was obtained for 25(OH)D₃ standard using SIM detection by this method. To demonstrate the feasibility of the technique for the analysis of biological samples, adult subjects were intravenously infused with a stable isotopically labeled 25(OH)D₃, and the half-life of this metabolite in plasma was determined by the LC-TSP method. This half-life value was found to be ~50% less than the commonly accepted value measured by radioreceptor assay (67). In spite of this discrepancy, the authors considered the value obtained by the LC-TSP method to be more accurate, because the deuterated metabolite was known to be less prone to kinetic isotope effects during cytochrome-P₄₅₀ oxidation in the body than the commonly used tritium-labeled metabolite. The sensitivity of LC-TSP allowed low enrichment levels of the labeled 25(OH)D₃ to be analyzed so that as little as 0.5 mL of plasma needed to be consumed for analysis.

A final example of the utility of LC-TSP MS was reported by Vreeken et al. (68). In their work, the negative ion mode of SIM detection yielded a detection limit of 6–12 pmol (2.5–5 ng) for 1,25(OH)₂D₃. This

BN500CID: <XP_____2851766A__I_>

QUESTMS-00001086

detection limit was further improved by derivatizing the vitamin D analyte using the Cookson reagent, 4-phenyl-1,2,4-triazoline-3,5-dione (PTAD). The resulting $1,25(OH)_2D_3$-PTAD standard was detected at a level of 840 fmol (350 pg) by SIM with discharge ionization in the negative ion mode. No applications in plasma or other physiological media were demonstrated.

Using the same derivatizing reagent as Vreeken, Yeung et al. have evaluated the detection of various vitamin D derivatives first by LC-fast atom bombardment (FAB) MS (69, 70), and later by LC-ESI ionization MS (71). In the case of FAB, the full-scan spectra obtained for four vitamin D derivatives show primarily their $MH^+$ ions and a fragment ion at $m/z$ 298 or 314, depending on whether the C-1 position is hydroxylated. Product-ion analyses of these ions indicate that the fragment ions contain the vitamin D skeleton minus part of the side chain. Figure 12(a) shows the full-scan spectrum of $1,25(OH)_2D_3$-PTAD obtained by FAB MS. In this spectrum, additional peaks at 2 amu lower are seen for the $MH^+$ and $(MH^+$-$H_2O)$ ions. These peaks are presumed to be the results of an oxidative reaction with the matrix that occurs during the FAB process. Using the ion fragmentation observed (i.e., $MH^+ \rightarrow m/z$ 298 or 314), quantitative analyses of these PTAD derivatives have been carried out by multiple reaction monitoring (MRM), using a triple–quadruple instrument coupled to a capillary HPLC. The detection limit by MRM has been found to be *ca.* 360 fmol (150 pg) for $1,25(OH)_2D_3$-PTAD.

The same derivatizing vitamin D derivatives have also been examined by ESI. It has been realized that the intensities of the $MH^+$ ions may be optimized by carefully tuning the voltage settings on the nozzle and skimmer lenses in the ESI source. As a result, in-source fragmentation such as that seen in Fig. 12(a) (i.e., the appearance of $m/z$ 314) can be virtually avoided, thus preserving more $MH^+$ ion signal for later manipulation in the collision cell. Figure 12(b) shows the full scan ESI spectrum of $1,25(OH)_2D_3$-PTAD, where fragmentation of the $MH^+$ ion, and, hence, the in-source production of $m/z$ 314, is minimized. Consequently, the sensitivity in MRM detection is improved, where a detection limit of *ca.* 120 fmol (50 pg) is achieved for $1,25(OH)_2D_3$-PTAD by LC-ESI (Fig. 13). In addition, using the same ion fragmentation, a precursor ion scan may be carried out on these derivatives, which is useful for the detection of unknown analytes in a mixture. This LC-ESI methodology has been successfully applied toward the metabolic study of a synthetic vitamin D analog in rat kidney. Pharmacokinetic data of the metabolism of the synthetic analog and detection of a new metabolite have been achieved using the tandem mass spectrometric (MS/MS) techniques described (70, 71).

## VI. CONCLUSION AND PERSPECTIVES

Vitamin D is generally recognized to be a difficult class of compounds to analyze at the trace level, using either non-MS or MS-based methods. Structural and chemical similarities of the metabolites at extremely low plasma circulating levels require an analytical technique that is sensitive *and* selective. Saturation analysis based on vitamin D-binding protein or receptor has been the conventional method used by clinical researchers. Though time-consuming, these assays have been generally found to provide adequate sensitivity. However, the advent of synthetic vitamin D analogs introduces a potentially major problem on these binding assays, where some of the analogs do not bind with the receptors with equal affinity. This phenomenon may make quantitative comparison among the analogs difficult, especially at the low levels.



**FIGURE 12.** (a) Full scan FAB spectrum of $1,25(OH)_2D_3$-PTAD, 61 ng, $MH^+ = 592.5$; (b) full-scan ESI spectrum of $1,25(OH)_2D_3$-PTAD, 50 ng, $MH^+ = 592.9$. Structure of the derivatized analyte is shown in the inset. (Adapted from Refs. 70 and 71 with permission.)

191

SNSDOGIC <XP_____2611766A_I_>

QUESTMS-00001087



**FIGURE 13.** LC-ESI MRM detection of 1,25(OH)$_2$D$_3$-PTAD, ion transition = $m/z$ 592 → $m/z$ 314: (a) 50 pg; (b) 500 pg; (c) 50 ng. (Adapted from Ref. 71 with permission.)

In order to achieve sensitivity and selectivity in the detection of vitamin D-type compounds, MS-based techniques are the methods of choice. As reviewed in this article, two areas of research using MS exist for vitamin D analysis: structural determination using the more conventional EI MS, and trace level analysis using the newer and more innovative MS methodologies. Interestingly, many of the examples cited in this review involve the use of chemical derivatization, either as a means to induce specific fragmentation and/or to enhance ion intensity, depending on the purpose of the analysis. Ionization techniques compatible with HPLC sample introduction have afforded better methods of detection compared to GC-MS, where problems with sample thermal lability are avoided. Further combination of LC-MS with MS/MS detection techniques has introduced yet another dimension in the analysis. This added dimension is of particular importance when vitamin D compounds in complex biological samples are studied. Currently, however, GC-MS and LC-MS have not provided the same kind of sensitivity for the analysis of vitamin D in

biological samples as binding assays have, because sample requirements in these MS-based techniques still tends to be high (i.e., 10–20 mL of plasma).

In conclusion, MS detection offers advantages of sensitivity and specificity. Unlike binding assays, MS detection is unaffected by the biological nature and receptor-binding affinity of the vitamin D analytes. With further improvement in sensitivity, LC-MS will provide a viable alternative to binding assays for the trace level quantitative analysis of vitamin D, especially for the synthetic analogs. With the advent in the ion trap (72) and microelectrospray (73) technologies, it is anticipated that such improvement may be attained using either or both of these techniques in conjunction with on-line LC. On the other hand, EI MS will continue to play a significant role in the structural characterization of these compounds, as it always has. With the rapidly expanding research on synthetic vitamin D analogs, EI MS and LC-MS will both be valuable tools for the basis structural determination and the *in vivo* or *in vitro* metabolic studies of these compounds.

## VII. ACKNOWLEDGMENTS

We wish to acknowledge Drs. G. S. Reddy and M. L. Siu–Caldera of the Brown University Medical School for the scientific collaboration and inspiration over the years. Partial support from the USPHS Biomedical Support Grant (RR07143) is gratefully acknowledged. This is publication no. 652 from the Barnett Institute.

## REFERENCES

1. Norman, A. W. *Vitamin D: The Calcium Homeostatic Steroid Hormone;* Academic Press: London, 1979.

2. Zubay, G. *Biochemistry,* second edition; Macmillan Publishing Co: New York, 1988.

3. DeLuca, H. F. *The Vitamins;* Serbrell, W. H.; Harris, R. S., Eds; Academic Press: New York, 1971, 230–239.

4. Reichel, H.; Koeffler, H. P.; Norman, A. W. *New Engl. J. Med.* 1989, *320,* 980–991.

5. Blunt, J. W.; DeLuca, H. F.; Schnoes, H. K. *Biochem.* 1968, *7,* 3317–3322.

6. Coldwell, R. D.; Trafford, D. J. H.; Varley, M. J.; Kirk, D. N.; Makin, H. L. J. *Steroids* 1990, *55,* 418–432.

7. Holick, M. F.; Schnoes, H. K.; DeLuca, H. F. *Proc. Natl. Acad. Sci. USA* 1971, *68,* 803–804.

8. Holick, M. F.; Schnoes, H. K.; DeLuca, H. F.; Suda, T.; Cousins, R. J. *Biochem.* 1971, *10,* 2799–2804.

9. Holick, M. F.; Schnoes, H. K.; DeLuca, H. F.; Gray, R. W.; Boyle, I. T.; Suda, T. *Biochem.* 1972, *11,* 4251–4255.

192

BNSDOCID: <XP_____20 1766A_ J_>

QUESTMS-00001088

10. Napoli, J. L.; Horst, R. L. *Vitamin D: Basic Clinical Aspects*; Kumar, R., Ed.; Martinus Nijhoff Publishings: Boston, 1984, 91–123.

11. Wichman, J. K.; DeLuca, H. F.; Schnoes, H. K.; Horst, R. L.; Shepard, M.; Jorgensen, N. A. *Biochem.* 1979, *18*, 4775–4780.

12. Wichman, J.; Schnoes, H. K.; DeLuca, H. F. *Biochem.* 1981, *20*, 2350–2353.

13. Wichman, J.; Schnoes, H. K.; DeLuca, H. F. *Biochem.* 1981, *20*, 7385–7391.

14. Thierry-Palmer, M.; Richardson, K. A.; Schnoes, H. K.; Yamada, S.; Free, A. L. *Arch. Bioch. Biophys.* 1990, *277*, 277–282.

15. Frolik, C. A.; DeLuca, H. F. *Arch. Biochem. Biophys.* 1971, *147*, 143–147.

16. Frolik, C. A.; DeLuca, H. F. *J. Clin. Invest.* 1972, *51*, 2900–2906.

17. Reddy, G. S.; Tserng, K. Y.; Thomas, B. R.; Dayal, R.; Norman, A. W. *Biochem.* 1987, *26*, 324–331.

18. Reddy, G. S.; Tserng, K. Y. *Biochem.* 1989, *28*, 1763–1769.

19. Esvelt, R.; Schnoes, H. K.; DeLuca, H. F. *Biochem.* 1979, *18*, 3977–3983.

20. Norman, A. W. *J. Cell. Biochem.* 1992, *49*, 1–3.

21. Suda, T.; Shinki, T.; Takahashi, N. *Annu. Rev. Nutr.* 1990, *10*, 195–211.

22. Haussler, M. R. *Annu. Rev. Nutr.* 1986, *6*, 527–562.

23. Theofan, G.; Nguyen, A. P.; Norman, A. W. *J. Biol. Chem.* 1986, *261*, 16943–16947.

24. Nordin, B. E. C.; Morris, H. A. *J. Cell. Biochem.* 1992, *49*, 19–25.

25. Abe, E.; Miyaura, C.; Sakagami, H.; Takeda, M.; Konno, K.; Yamazaki, T.; Yoshiki, S.; Suda, T. *Proc. Natl. Acad. Sci. USA* 1981, *78*, 4990–4994.

26. Miyaura, C.; Abe, E.; Kuribayashi, T.; Tanaka, H.; Konno, K.; Nishii, Y.; Suda, T. *Biochem. Biophys. Res. Comm.* 1981, *102*, 937–943.

27. Honma, S.; Hozumi, M.; Abe, E.; Konno, K.; Fukushima, M.; Hata, S.; Nishii, Y.; DeLuca, H. F.; Suda, T. *Proc. Natl. Acad. Sci. USA* 1983, *80*, 201–204.

28. MacLaughlin, J. A.; Gange, W.; Taylor, D.; Smith, E.; Holick, M. F. *Proc. Natl. Acad. Sci. USA* 1985, *82*, 5409–5412.

29. Kragballe, K. *J. Cell. Biochem.* 1992, *49*, 46–52.

30. Binderup, L. *Biochem. Pharmcol.* 1992, *43*, 1885–1892.

31. Lemire, J. M. *J. Cell. Biochem.* 1992, *49*, 26–31.

32. Koeffler, H. P.; Kirji, K.; Itri, L. *Cancer Treat. Rep.* 1985, *69*, 1399–1407.

33. Bikle, D. D. *Endocrine Rev.* 1992, *13*, 765–784.

34. Colston, K. W.; Mackay, A. G.; James, S. Y.; Binderup, L.; Chander, S.; Coombes, R. C. *Biochem. Pharmacol.* 1992, *44*, 2273–2280.

35. Norman, A. W.; Zhou, J. Y.; Henry, H. L.; Uskokovic, M. R.; Koeffler, H. P. *Cancer Res.* 1990, *50*, 6857–6864.

36. Perlman, K. L.; Sicinski, R. R.; Schnoes, H. K.; DeLuca, H. F. *Tetrahedron Lett.* 1990, *31*, 1823–1824.

37. Abe, J.; Nakano, T.; Nishi, Y.; Matsumoto, T.; Ogata, E.; Ikeda, K. *Endocrinology* 1991, *129*, 832–837.

38. Lemire, J. M.; Archer, D. C.; Khulkarni, A.; Ince, A.; Uskokovic, M. R.; Stephkowski, S. *Transplantation* 1992, *54*, 762–763.

39. Jung, S. J.; Lee, Y. Y.; Pakkala, S.; De Vos, S.; Elstner, E.; Norman, A. W.; Green, J.; Uskokovic, M.R.; Koeffler, H. P. *Leuk. Res.* 1994, *18*, 453–463.

40. Lemire, J. M.; Archer, D. C.; Reddy, G. S. *Endocrinology* 1994, *135*, 2818–2821.

41. Mathiasen, I. S.; Colston, K. W.; Binderup, L. *J. Steroid Biochem. Molec. Biol.* 1993, *46*, 365–371.

42. Okamura, W. H.; Palenzuela, J. A.; Plumet, J.; Midland, M. M. *J. Cell. Biochem.* 1992, *49*, 10–18.

43. Belsey, R.; DeLuca, H. F.; Potts, J. T. *J. Endocrin. Metab.* 1971, *33*, 554–557.

44. Aksnes, L. *Clin. Chim. Acta* 1980, *104*, 147–159.

45. Bauwens, R. M.; Kint, J. A.; Devos, M. P.; Van Brussel, K. A.; DeLeenheer, A. P. *Clin. Chim. Acta* 1987, *170*, 37–44.

46. Napoli, J. L.; Koszewski, N. J.; Horst, R. L. *Meth. Enzymol.* 1986, *123*, 127–140.

47. Argarwal, V. K. *J. Assoc. Off. Anal. Chem.* 1989, *72*, 1007–1009.

48. Clemens, T. L.; Adams, J. S.; Nolan, J. M.; Holick, M. F. *Clin. Chim. Acta* 1982, *121*, 301–308.

49. Zamarreño, M. M. D.; Pérez, A. S.; Pérez, C. G.; Hernández, J. *J. Chromatogr.* 1992, *623*, 69–74.

50. Hasegawa, H. *J. Chromatogr.* 1992, *605*, 215–220.

51. Shimizu, M.; Takahashi, T.; Uratsuka, S.; Yamada, S. *J. Chem. Soc. Chem. Commun.* 1990, 1416–1417.

52. Shimizu, M.; Kamachi, S.; Nishii, Y.; Yamada, S. *Anal. Biochem.* 1991, *194*, 77–81.

53. Shimada, K.; Mizugushi, T. *J. Chromatogr.* 1992, *606*, 133–135.

54. Zaretskii, Z. V. I. *Recent Developments in Mass Spectrometry in Biochemistry, Medicine and Environmental Research*; Frigerio, A., Ed.; Elsevier Scientific: Amsterdam; 1981, *7*, 227–254.

55. Young, D. C.; Vouros, P.; Holick, M. F.; Higuchi, T. *Anal. Chem.* 1992, *64*, 837–842.

56. Rubin, L. P.; Yeung, B.; Vouros, P.; Vilner, L. M.; Reddy, G. S. *Pediatric Res.* 1993, *34*, 98–104.

57. Holick, M. F.; Kleiner-Bossaller, A.; Schnoes, H. K.; Kasten, P. M.; Boyle, I. T.; DeLuca, H. F. *J. Biol. Chem.* 1973, *248*, 6691–6696.

58. Wilson, S. R.; Lu, Q.; Tulchinsky, M. L.; Wu, Y. *J. Chem. Soc. Chem. Commun.* 1993, 664–665.

59. Wilson, S. R.; Tulchinsky, M. L.; Wu, Y. *Bioorg. Med. Chem. Letts.* 1993, *3*, 1805–1808.

60. Coldwell, R. D.; Trafford, D. J. H.; Makin, H. L.; Varley, M. J.; Kirk, D. N. *Clin. Chem.* 1984, *30*, 1193–1198.

BNSDOCID: <XP        2811/08A_|_>

Joint Appendix 1605

QUESTMS-00001089

61. Oftebro, H.; Falch, J. A.; Holmberg, I.; Haug, E. *Clin. Chim. Acta* **1988**, *176*, 157–168.

62. Jones, G.; Trafford, D. J. H.; Makin, H. L. J.; Hollis, B. W. *Modern Chromatographic Analysis of Vitamins*; De-Leenheer, A. P. et al., Eds.; Marcel Dekker: New York, **1992**, 73–151.

63. Komuro, S.; Nakatsuka, I.; Yoshitake, A.; Iba, K. *Biol. Mass Spec.* **1994**, *23*, 33–38.

64. Coldwell, R. D.; Trafford, D. J. H.; Varley, M. J.; Kirk, D. N.; Makin, H. L. J. *Clin. Chim. Acta* **1989**, *180*, 157–168.

65. Yergey, A. L.; Esteban, N. V.; Liberato, D. J. *Biomed. Environ. Mass Spec.* **1987**, *14*, 623–625.

66. Watson, D.; Setchell, K. D. R.; Ross, R. *Biomed. Chromatogr.* **1991**, *5*, 153–160.

67. Vicchio, D.; Yergey, A. L.; O'Brien, K.; Allen, L.; Ray, R.; Holick, M. *Biol. Mass Spec.* **193**, *22*, 53–58.

68. Vreeken, R. J.; Honing, M.; van Baar, B. L. M.; Ghijsen, R. T.; de Jong, G. J.; Brinkman, U. A. Th. *Biol. Mass Spec.* **1993**, *22*, 621–632.

69. Yeung, B.; Vouros, P.; Reddy, G. S. *Proc. 40th ASMS Conf. Mass Spec. Allied Topics*, Washington, DC, May 31–June 5, **1992**, 1089.

70. Yeung, B.; Vouros, P.; Reddy, G. S. *J. Chromatogr.* **1993**, *645*, 115–123.

71. Yeung, B.; Vouros, P.; Siu-Caldera, M. L.; Reddy, G. S. *Biochem. Pharmacol.* **1995**, *49*, 1059–1110.

72. Drevenkar, V.; Štengl, B.; Fröbe, Z. *Anal. Chim. Acta* **1994**, *290*, 277–286.

73. Wilm, M.; Mann, M. *Proc. of the 43rd ASMS Conference on Mass Spectrometry and Allied Topics*, Atlanta, Georgia, May 21–26, 1995.

BNSDOCID: <XP_____2611768A_I_>

Joint Appendix 1606

QUESTMS-00001090

Atty. Dkt. No. 034827-3603

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant: | Clarke, et al. | |
| Title: | METHODS FOR DETECTING VITAMIN D METABOLITES BY MASS SPECTROMETRY | |
| Appl. No.: | 11/386,215 | |
| Filing Date: | 3/21/2006 | |
| Examiner: | Monique T. Cole | |
| Art Unit: | 1773 | |
| Confirmation Number: | 2019 | |

### INFORMATION DISCLOSURE STATEMENT
### UNDER 37 CFR §1.56

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

Submitted herewith on Form PTO/SB/08 is a listing of documents known to Applicants in order to comply with Applicants' duty of disclosure pursuant to 37 CFR §1.56.

A copy of each non-U.S. patent document and each non-patent document is being submitted to comply with the provisions of 37 CFR §1.97 and §1.98.

The submission of any document herewith, which is not a statutory bar, is not intended as an admission that such document constitutes prior art against the claims of the present application or that such document is considered material to patentability as defined in 37 CFR §1.56(b). Applicants do not waive any rights to take any action which would be appropriate to

DLMR_852777.1

-1-

QUESTMS-00001091

Atty. Dkt. No. 034827-3603

antedate or otherwise remove as a competent reference any document which is determined to be a *prima facie* art reference against the claims of the present application.

## TIMING OF THE DISCLOSURE

The listed documents are being submitted in compliance with 37 CFR §1.97(c), before the mailing date of any of a final action under 37 CFR §1.113, a notice of allowance under 37 CFR §1.311, or an action that otherwise closes prosecution in the application.

## RELEVANCE OF EACH DOCUMENT

All of the documents are in English.

Applicants respectfully request that each listed document be considered by the Examiner and be made of record in the present application and that an initialed copy of Form PTO/SB/08 be returned in accordance with MPEP §609.

## FEE

Fees in the amount of $180.00 to cover the fee associated with an information disclosure statement under 37 CFR §1.97(c) are being paid by credit card via EFS-Web.

The Commissioner is hereby authorized to charge any additional fees which may be required regarding this submission under 37 C.F.R. §§ 1.16-1.17, or credit any overpayment, to Deposit Account No. 19-0741.

QUESTMS-00001092

Atty. Dkt. No. 034827-3603

Should no proper payment be enclosed herewith, as by the credit card payment instructions in EFS-Web being incorrect or absent, resulting in a rejected or incorrect credit card transaction, the Commissioner is authorized to charge the unpaid amount to Deposit Account No. 19-0741.

Respectfully submitted,

Date ____2/17/11____          By _____

FOLEY & LARDNER LLP          Barry S. Wilson, Reg. No. 39,431
Customer Number: 30542       Anthony C. Kuhlmann, Reg. No. 57,147
Telephone:    (858) 847-6722  Attorneys for Applicant
Facsimile:    (858) 792-6773

DLMR_852777.1                    -3-

QUESTMS-00001093

UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

| | | | |
|---|---|---|---|
| | | | EXAMINER |
| 30542 | 7590 | 03/02/2011 | COLE, MONIQUE T |

FOLEY & LARDNER LLP
P.O. BOX 80278
SAN DIEGO, CA 92138-0278

| ART UNIT | PAPER NUMBER |
|---|---|
| 1773 | |

DATE MAILED: 03/02/2011

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/386,215 | 03/21/2006 | Nigel Clarke | 034827-3603 | 2019 |

TITLE OF INVENTION: METHODS FOR DETECTING VITAMIN D METABOLITES BY MASS SPECTROMETRY

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | NO | $1510 | $300 | $0 | $1810 | 06/02/2011 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN <u>THREE MONTHS</u> FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. <u>THIS STATUTORY PERIOD CANNOT BE EXTENDED.</u> SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the SMALL ENTITY status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is the same, pay the TOTAL FEE(S) DUE shown above.

B. If the status above is to be removed, check box 5b on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and twice the amount of the ISSUE FEE shown above, or

If the SMALL ENTITY is shown as NO:

A. Pay TOTAL FEE(S) DUE shown above, or

B. If applicant claimed SMALL ENTITY status before, or is now claiming SMALL ENTITY status, check box 5a on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and 1/2 the ISSUE FEE shown above.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

PTOL-85 (Rev. 02/11)

QUESTMS-00001094

**PART B - FEE(S) TRANSMITTAL**

Complete and send this form, together with applicable fee(s), to: <u>Mail</u>    **Mail Stop ISSUE FEE**
**Commissioner for Patents**
**P.O. Box 1450**
**Alexandria, Virginia 22313-1450**
or <u>Fax</u>    **(571) 273-2885**

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

| 30542 | 7590 | 03/02/2011 |

FOLEY & LARDNER LLP
P.O. BOX 80278
SAN DIEGO, CA 92138-0278

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)
_____ (Signature)
_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/386,215 | 03/21/2006 | Nigel Clarke | 034827-3603 | 2019 |

TITLE OF INVENTION: METHODS FOR DETECTING VITAMIN D METABOLITES BY MASS SPECTROMETRY

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | NO | $1510 | $300 | $0 | $1810 | 06/02/2011 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| COLE, MONIQUE T | 1773 | 436-173000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list

(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,    1. _____

(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.    2. _____
3. _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE    (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) :    ☐ Individual    ☐ Corporation or other private group entity    ☐ Government

4a. The following fee(s) are submitted:
☐ Issue Fee
☐ Publication Fee (No small entity discount permitted)
☐ Advance Order - # of Copies _____

4b. Payment of Fee(s): **(Please first reapply any previously paid issue fee shown above)**
☐ A check is enclosed.
☐ Payment by credit card. Form PTO-2038 is attached.
☐ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

5. **Change in Entity Status** (from status indicated above)
☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.    ☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____    Date _____

Typed or printed name _____    Registration No. _____

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85 (Rev. 02/11) Approved for use through 08/31/2013.    OMB 0651-0033    U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

QUESTMS-00001095



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/386,215 | 03/21/2006 | Nigel Clarke | 034827-3603 | 2019 |

39542    7590    03/02/2011
FOLEY & LARDNER LLP
P.O. BOX 80278
SAN DIEGO, CA 92138-0278

| EXAMINER |
|---|
| COLE, MONIQUE T |

| ART UNIT | PAPER NUMBER |
|---|---|
| 773 | |

DATE MAILED: 03/02/2011

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(application filed on or after May 29, 2000)

The Patent Term Adjustment to date is 965 day(s). If the issue fee is paid on the date that is three months after the mailing date of this notice and the patent issues on the Tuesday before the date that is 28 weeks (six and a half months) after the mailing date of this notice, the Patent Term Adjustment will be 965 day(s).

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

PTOL-85 (Rev. 02/11)

QUESTMS-00001096

## Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

QUESTMS-00001097

| ***Notice of Allowability*** | Application No. | Applicant(s) |
|---|---|---|
| | 11/386,215 | CLARKE ET AL. |
| | Examiner | Art Unit | |
| | M. COLE | 1773 | |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *the response filed November 17, 2010*.

2. ☒ The allowed claim(s) is/are *1-8, 12, 17-23,and 26-40*.

3. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

     a) ☐ All   b) ☐ Some*   c) ☐ None   of the:

         1. ☐ Certified copies of the priority documents have been received.

         2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

         3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

     * Certified copies not received: _____ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

4. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.

     (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached

         1) ☐ hereto or 2) ☐ to Paper No./Mail Date _____ .

     (b) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____ .

     **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1. ☐ Notice of References Cited (PTO-892)

2. ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3. ☒ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date _____

4. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

5. ☐ Notice of Informal Patent Application

6. ☐ Interview Summary (PTO-413), Paper No./Mail Date _____ .

7. ☒ Examiner's Amendment/Comment

8. ☐ Examiner's Statement of Reasons for Allowance

9. ☐ Other _____ .

U.S. Patent and Trademark Office
PTOL-37 (Rev. 08-06)      Joint Appendix 1614    Notice of Allowability      Part of Paper No./Mail Date 20110127

QUESTMS-00001098

Application/Control Number: 11/386,215                                    Page 2
Art Unit: 1773

## REASONS FOR ALLOWANCE

The following is an examiner's statement of reasons for allowance:

The terminal disclaimer filed on November 3, 2010, disclaiming the terminal portion of any patent granted on this application which would extend beyond the expiration date of USP 7,745,226 has been reviewed and is accepted. The terminal disclaimer has been recorded. The rejection of record has been overcome.

Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

Any inquiry concerning this communication or earlier communications from the examiner should be directed to M. COLE whose telephone number is 571-272-1463. The examiner can normally be reached on M - Th (9-5).

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Jill Warden can be reached on 571-272-1267. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

QUESTMS-00001099

Application/Control Number: 11/386,215                                    Page 3
Art Unit: 1773

Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system.  Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a

USPTO Customer Service Representative or access to the automated information

system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/Jill Warden/                                          M. COLE
Supervisory Patent Examiner, Art Unit 1773            Examiner
                                                      Art Unit 1773

QUESTMS-00001100

| **Search Notes** | **Application/Control No.** | **Applicant(s)/Patent Under Reexamination** |
|---|---|---|
| | 11386215 | CLARKE ET AL. |
| | **Examiner** | **Art Unit** |
| | M. COLE | 1797 |

### SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| 436 | 131, 173 | 3/26/2010 | MC |
| updated | | 9/2010 | MC |
| | updated | 1/2011 | MC |

### SEARCH NOTES

| Search Notes | Date | Examiner |
|---|---|---|
| | | |

### INTERFERENCE SEARCH

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| 436 | 131, 173 | 1/2011 | MC |

| | |
|---|---|
| | |

U.S. Patent and Trademark Office    Part of Paper No.: 20110127

QUESTMS-00001101

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | *Complete if Known* | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | | Application Number | 11/386,215 |
| | | | Filing Date | 3/21/2006 |
| | | | First Named Inventor | Nigel Clarke |
| | | | Art Unit | 1797 |
| *(use as many sheets as necessary)* | | | Examiner Name | Monique T. Cole |
| Sheet | 1 | of | 1 | Attorney Docket Number | 034827-3603 |

| NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
| | A1 | Coldwell et al., Measurement of Vitamins D2 and D3 and Seven Major Metabolites in a Single Sample of Human Plasma Using Gas Chromatography/Mass Spectrometry, Biomedical and Environmental Mass Spectrometry, 16:81-85 (1988). | |
| | A2 | Office Action dated 09/29/2009 for EP Application No. 06749272.8 (034827-3605) | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Examiner Signature | /Monique Cole/ | Date Considered | 02/04/2011 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.* Joint Appendix 1609

DLMR_751495.1     ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /M.C./

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | *Complete if Known* | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | Application Number | 11/386,215 |
| | Filing Date | 3/21/2006 |
| Date Submitted: | First Named Inventor | Nigel Clarke |
| *(use as many sheets as necessary)* | Art Unit | 1773 |
| | Examiner Name | Monique T. Cole |
| Sheet | 1 | of | 2 | Attorney Docket Number | 034827-3603 |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | A1 | 6,787,660 | 09-07-2004 | ARMBRUSTER ET AL. | |
| | A2 | 7,321,116 | 01-22-2008 | PICARD ET AL. | |
| | A3 | 7,348,137 | 03-25-2008 | CAULFIELD ET AL. | |
| | A4 | 7,618,827 | 11-17-2009 | STEVEN ET AL. | |

### UNPUBLISHED U.S. PATENT APPLICATION DOCUMENTS

| Examiner Initials* | Cite No.[1] | U.S. Patent Application Document — Serial Number-Kind Code[2] (if known) | Filing Date of Cited Document MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | | | | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3] Number[4] Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Documents | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
|---|---|---|---|
| | A5 | International Preliminary Report on Patentability dated 10/9/2007 in application PCT/US2006/012539 (034827-3604) | |
| | A6 | International Preliminary Report on Patentability dated 6/10/2010 in application PCT/US2008/084709 (054769-9992) | |

| Examiner Signature | /Monique Cole/ | Date Considered | 02/04/2011 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /M.C./

DLMR_828014.1

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | Application Number | 11/386,215 |
| | Filing Date | 3/21/2006 |
| Date Submitted: | First Named Inventor | Nigel Clarke |
| | Art Unit | 1773 |
| *(use as many sheets as necessary)* | Examiner Name | Monique T. Cole |
| Sheet 2 of 2 | Attorney Docket Number | 034827-3603 |

| | | NON PATENT LITERATURE DOCUMENTS | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
| | A7 | US Office Action dated 6/24/2010 in application 11/946,765 (054769-9991) | |
| | A8 | US Office Action dated 6/28/2010 in application 12/630,790 (034827-0740) | |
| | A9 | US Office Action dated 7/7/2010 in application 12/630,796 (054769-9993) | |
| | | | |

| Examiner Signature | /Monique Cole/ | Date Considered | 02/04/2011 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

Joint Appendix 1620

DLMR_828014.1

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /M.C./

| Index of Claims | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 11386215 | CLARKE ET AL. |
| | Examiner | Art Unit |
| | M. COLE | 1773 |

| ✓ | Rejected | - | Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

☒ Claims renumbered in the same order as presented by applicant    ☐ CPA    ☐ T.D.    ☐ R.1.47

| CLAIM | | DATE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 01/27/2011 | | | | | | | |
| | 1 | = | | | | | | | |
| | 2 | = | | | | | | | |
| | 3 | = | | | | | | | |
| | 4 | = | | | | | | | |
| | 5 | = | | | | | | | |
| | 6 | = | | | | | | | |
| | 7 | = | | | | | | | |
| | 8 | = | | | | | | | |
| | 9 | - | | | | | | | |
| | 10 | - | | | | | | | |
| | 11 | - | | | | | | | |
| | 12 | = | | | | | | | |
| | 13 | - | | | | | | | |
| | 14 | - | | | | | | | |
| | 15 | - | | | | | | | |
| | 16 | - | | | | | | | |
| | 17 | = | | | | | | | |
| | 18 | = | | | | | | | |
| | 19 | = | | | | | | | |
| | 20 | = | | | | | | | |
| | 21 | = | | | | | | | |
| | 22 | = | | | | | | | |
| | 23 | = | | | | | | | |
| | 24 | - | | | | | | | |
| | 25 | - | | | | | | | |
| | 26 | = | | | | | | | |
| | 27 | = | | | | | | | |
| | 28 | = | | | | | | | |
| | 29 | = | | | | | | | |
| | 30 | = | | | | | | | |
| | 31 | = | | | | | | | |
| | 32 | = | | | | | | | |
| | 33 | = | | | | | | | |
| | 34 | = | | | | | | | |
| | 35 | = | | | | | | | |
| | 36 | = | | | | | | | |

U.S. Patent and Trademark Office

Joint Appendix 1621

Part of Paper No. : 20110127

QUESTMS-00001105

| Index of Claims | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 11386215 | CLARKE ET AL. |
| | Examiner | Art Unit |
| | M. COLE | 1773 |

| ✓ | Rejected | - | Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

☒ Claims renumbered in the same order as presented by applicant    ☐ CPA    ☐ T.D.    ☐ R.1.47

| CLAIM | | DATE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 01/27/2011 | | | | | | | | |
| | 37 | = | | | | | | | | |
| | 38 | = | | | | | | | | |
| | 39 | = | | | | | | | | |
| | 40 | = | | | | | | | | |

Joint Appendix 1622

QUESTMS-00001106

| *Issue Classification* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| (barcode) | 11386215 | CLARKE ET AL. |
| | Examiner | Art Unit |
| | M. COLE | 1773 |

| ORIGINAL | | INTERNATIONAL CLASSIFICATION | |
|---|---|---|---|
| CLASS | SUBCLASS | CLAIMED | NON-CLAIMED |
| 436 | 173 | G 0 1 N 24 / 10 (2006.01.01) | |

### CROSS REFERENCE(S)

| CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) |
|---|---|
| 436 | 131 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

☒ Claims renumbered in the same order as presented by applicant   ☐ CPA   ☐ T.D.   ☐ R.1.47

| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 10 | 17 | 24 | 33 | | | | | | | | | | |
| 2 | 2 | 11 | 18 | 25 | 34 | | | | | | | | | | |
| 3 | 3 | 12 | 19 | 26 | 35 | | | | | | | | | | |
| 4 | 4 | 13 | 20 | 27 | 36 | | | | | | | | | | |
| 5 | 5 | 14 | 21 | 28 | 37 | | | | | | | | | | |
| 6 | 6 | 15 | 22 | 29 | 38 | | | | | | | | | | |
| 7 | 7 | 16 | 23 | 30 | 39 | | | | | | | | | | |
| 8 | 8 | | 24 | 31 | 40 | | | | | | | | | | |
| | 9 | | 25 | | | | | | | | | | | | |
| | 10 | 17 | 26 | | | | | | | | | | | | |
| | 11 | 18 | 27 | | | | | | | | | | | | |
| 9 | 12 | 19 | 28 | | | | | | | | | | | | |
| | 13 | 20 | 29 | | | | | | | | | | | | |
| | 14 | 21 | 30 | | | | | | | | | | | | |
| | 15 | 22 | 31 | | | | | | | | | | | | |
| | 16 | 23 | 32 | | | | | | | | | | | | |

| /M. COLE/ Examiner.Art Unit 1773 | 1/27/2011 | Total Claims Allowed: | |
|---|---|---|---|
| (Assistant Examiner) | (Date) | 31 | |
| /JILL WARDEN/ Supervisory Patent Examiner.Art Unit 1773 | 01/28/2011 | O.G. Print Claim(s) | O.G. Print Figure |
| (Primary Examiner) | (Date) | 1 | 1 |

U.S. Patent and Trademark Office

Joint Appendix 1623

Part of Paper No. 20110127

QUESTMS-00001107

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office. U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | **Complete if Known** | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | Application Number | 11/386,215 |
| | | Filing Date | 3/21/2006 |
| | | First Named Inventor | Nigel Clarke |
| | | Art Unit | 1773 |
| *(use as many sheets as necessary)* | | Examiner Name | Monique T. Cole |
| Sheet | 1 | of | 1 | Attorney Docket Number | 034827-3603 |

## U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | | | | |

## UNPUBLISHED U.S. PATENT APPLICATION DOCUMENTS

| Examiner Initials* | Cite No.[1] | U.S. Patent Application Document Serial Number-Kind Code[2] (if known) | Filing Date of Cited Document MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | | | | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3] Number[4] Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Documents | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

## NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
|---|---|---|---|
| | A1 | US Notice of Allowance dated 3/3/2011 in application 11/946,765 (054769-9991) | |
| | | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.*

DLMR_869956.1

QUESTMS-00001108

## Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 11386215 |
| **Filing Date:** | 21-Mar-2006 |
| **Title of Invention:** | METHODS FOR DETECTING VITAMIN D METABOLITES BY MASS SPECTROMETRY |
| **First Named Inventor/Applicant Name:** | Nigel Clarke |
| **Filer:** | Anthony Charles Kuhlmann/Alison Lalonde |
| **Attorney Docket Number:** | 034827-3603 |

Filed as Large Entity

### Utility under 35 USC 111(a) Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |

QUESTMS-00001109

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| Submission- Information Disclosure Stmt | 1806 | 1 | 180 | 180 |
| **Total in USD ($)** | | | | **180** |

QUESTMS-00001110

## Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 9700181 |
| **Application Number:** | 11386215 |
| **International Application Number:** | |
| **Confirmation Number:** | 2019 |
| **Title of Invention:** | METHODS FOR DETECTING VITAMIN D METABOLITES BY MASS SPECTROMETRY |
| **First Named Inventor/Applicant Name:** | Nigel Clarke |
| **Customer Number:** | 30542 |
| **Filer:** | Anthony Charles Kuhlmann |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 034827-3603 |
| **Receipt Date:** | 21-MAR-2011 |
| **Filing Date:** | 21-MAR-2006 |
| **Time Stamp:** | 17:29:55 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Credit Card |
| Payment was successfully received in RAM | $180 |
| RAM confirmation Number | 4842 |
| Deposit Account | |
| Authorized User | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|

Joint Appendix 1627

QUESTMS-00001111

| 1 | NPL Documents | 054769-9991_NOA_3-3-11.pdf | 322938<br>ae6a6ca02346d3f022fbr4a33dbe4be7e68f9c292 | no | 5 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| 2 | | 034827-3603_IDS.pdf | 140557<br>aebfa20e978ad4917c1a23d02d0a98761d9209a7 | yes | 4 |
|---|---|---|---|---|---|

| Multipart Description/PDF files in .zip description | | | |
|---|---|---|---|
| **Document Description** | | **Start** | **End** |
| Transmittal Letter | | 1 | 3 |
| Information Disclosure Statement (IDS) Filed (SB/08) | | 4 | 4 |

**Warnings:**

The page size in the PDF is too large. The pages should be 8.5 x 11 or A4. If this PDF is submitted, the pages will be resized upon entry into the Image File Wrapper and may affect subsequent processing

**Information:**

| 3 | Fee Worksheet (PTO-875) | fee-info.pdf | 30416<br>81be79b575d3fd0f56aed068f4f2abd34c28aa0 | no | 2 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| | | | Total Files Size (in bytes): | 493911 |
|---|---|---|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

QUESTMS-00001112



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

## NOTICE OF ALLOWANCE AND FEE(S) DUE

20542    7590    03/03/2011

FOLEY & LARDNER LLP
P.O. BOX 80278
SAN DIEGO, CA 92138-0278

| EXAMINER |
| --- |
| COLE, MONIQUE T |

| ART UNIT | PAPER NUMBER |
| --- | --- |
| 1773 | |

DATE MAILED: 03/03/2011

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
| --- | --- | --- | --- | --- |
| 11/946,765 | 11/28/2007 | Brett Holmquist | 054769-9991 | 9763 |

TITLE OF INVENTION: METHODS FOR DETECTING DIHYDROXYVITAMIN D METABOLITES BY MASS SPECTROMETRY

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
| --- | --- | --- | --- | --- | --- | --- |
| nonprovisional | NO | $1510 | $300 | $0 | $1810 | 06/03/2011 |

THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. **PROSECUTION ON THE MERITS IS CLOSED.** THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.

THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN **THREE MONTHS** FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. **THIS STATUTORY PERIOD CANNOT BE EXTENDED.** SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.

### HOW TO REPLY TO THIS NOTICE:

I. Review the SMALL ENTITY status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is the same, pay the TOTAL FEE(S) DUE shown above.

B. If the status above is to be removed, check box 5b on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and twice the amount of the ISSUE FEE shown above, or

If the SMALL ENTITY is shown as NO:

A. Pay TOTAL FEE(S) DUE shown above, or

B. If applicant claimed SMALL ENTITY status before, or is now claiming SMALL ENTITY status, check box 5a on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and 1/2 the ISSUE FEE shown above.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

Page 1 of 3

PTOL-85 (Rev. 02/11)

QUESTMS-00001113

**PART B - FEE(S) TRANSMITTAL**

Complete and send this form, together with applicable fee(s), to: <u>Mail</u>   <u>Mail</u> Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450
or <u>Fax</u>   (571) 273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1 by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

30542        7590        03/03/2011

FOLEY & LARDNER LLP
P.O. BOX 80278
SAN DIEGO, CA 92138-0278

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)

_____ (Signature)

_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/946,765 | 11/28/2007 | Brett Holmquist | 054769-9991 | 9763 |

TITLE OF INVENTION: METHODS FOR DETECTING DIHYDROXYVITAMIN D METABOLITES BY MASS SPECTROMETRY

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | NO | $1510 | $300 | $0 | $1810 | 06/03/2011 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| COLE, MONIQUE T | 1773 | 436-173000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list

(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____
2 _____
3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE

(B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) : ☐ Individual ☐ Corporation or other private group entity ☐ Government

4a. The following fee(s) are submitted:
☐ Issue Fee
☐ Publication Fee (No small entity discount permitted)
☐ Advance Order - # of Copies _____

4b. Payment of Fee(s): **(Please first reapply any previously paid issue fee shown above)**
☐ A check is enclosed.
☐ Payment by credit card. Form PTO-2038 is attached.
☐ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

5. **Change in Entity Status** (from status indicated above)
☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.   ☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____   Date _____

Typed or printed name _____   Registration No. _____

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85 (Rev. 02/11) Approved for use through 08/31/2013.        OMB 0651-0033        U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

QUESTMS-00001114

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/946,765 | 11/28/2007 | Brett Holmquist | 054769-9991 | 9763 |

30542    7590    03/03/2011
FOLEY & LARDNER LLP
P.O. BOX 80278
SAN DIEGO, CA 92138-0278

| EXAMINER |
|---|
| COLE, MONIQUE T |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1773 | |

DATE MAILED: 03/03/2011

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(application filed on or after May 29, 2000)

The Patent Term Adjustment to date is 484 day(s). If the issue fee is paid on the date that is three months after the mailing date of this notice and the patent issues on the Tuesday before the date that is 28 weeks (six and a half months) after the mailing date of this notice, the Patent Term Adjustment will be 484 day(s).

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

Page 3 of 3

PTOL-85 (Rev. 02/11)

QUESTMS-00001115

**Privacy Act Statement**

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

QUESTMS-00001116

| ***Notice of Allowability*** | Application No. | Applicant(s) |
| | 11/946,765 | HOLMQUIST ET AL. |
| | Examiner | Art Unit | |
| | MONIQUE COLE | 1773 | |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address*--

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *the amendment received 2/16/2011*.

2. ☒ The allowed claim(s) is/are *1,9-11,16-19 and 53-64*.

3. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

     a) ☐ All    b) ☐ Some*    c) ☐ None   of the:

         1. ☐ Certified copies of the priority documents have been received.

         2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

         3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

     * Certified copies not received: _____ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

4. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.

     (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached

         1) ☐ hereto or 2) ☐ to Paper No./Mail Date _____ .

     (b) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____ .

     **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1. ☐ Notice of References Cited (PTO-892)

2. ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3. ☒ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date _____

4. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

5. ☐ Notice of Informal Patent Application

6. ☐ Interview Summary (PTO-413), Paper No./Mail Date _____ .

7. ☐ Examiner's Amendment/Comment

8. ☐ Examiner's Statement of Reasons for Allowance

9. ☐ Other _____ .

/Jill Warden/
Supervisory Patent Examiner, Art Unit 1773

QUESTMS-00001117

Atty. Dkt. No. 034827-3603

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:      Clarke, et al.

Title:          METHODS FOR DETECTING
                VITAMIN D METABOLITES
                BY MASS SPECTROMETRY

Appl. No.:      11/386,215

Filing Date:    3/21/2006

Examiner:       Monique T. Cole

Art Unit:       1773

Confirmation    2019
Number:

## INFORMATION DISCLOSURE STATEMENT
## UNDER 37 CFR §1.56

Mail Stop AF
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

Submitted herewith on Form PTO/SB/08 is a listing of a document known to Applicants in order to comply with Applicants' duty of disclosure pursuant to 37 CFR §1.56.

A copy of each non-U.S. patent document and each non-patent document is being submitted to comply with the provisions of 37 CFR §1.97 and §1.98.

The submission of any document herewith, which is not a statutory bar, is not intended as an admission that such document constitutes prior art against the claims of the present application or that such document is considered material to patentability as defined in 37 CFR §1.56(b). Applicants do not waive any rights to take any action which would be appropriate to

DLMR_869958.2                        -1-

QUESTMS-00001118

Atty. Dkt. No. 034827-3603

antedate or otherwise remove as a competent reference any document which is determined to be a *prima facie* art reference against the claims of the present application.

## TIMING OF THE DISCLOSURE

The listed documents are being submitted in compliance with 37 CFR §1.97(d), before payment of the issue fee.

## RELEVANCE OF EACH DOCUMENT

All of the documents are in English.

Applicants respectfully request that each listed document be considered by the Examiner and be made of record in the present application and that an initialed copy of Form PTO/SB/08 be returned in accordance with MPEP §609.

## STATEMENT

The undersigned hereby states in accordance with 37 CFR §1.97(e)(2) that no item of information contained in this information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application and, to the knowledge of the undersigned, after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR §1.56(c) more than three months prior to the filing of the information disclosure statement.

## FEE

Fees in the amount of $180.00 to cover the fee associated with an information disclosure statement under 37 CFR §1.97(d) are being paid by credit card via EFS-Web.

DLMR_869958.2

-2-

QUESTMS-00001119

Atty. Dkt. No. 034827-3603

The Commissioner is hereby authorized to charge any additional fees which may be required regarding this submission under 37 C.F.R. §§ 1.16-1.17, or credit any overpayment, to Deposit Account No. 19-0741.  Should no proper payment be enclosed herewith, as by the credit card payment instructions in EFS-Web being incorrect or absent, resulting in a rejected or incorrect credit card transaction, the Commissioner is authorized to charge the unpaid amount to Deposit Account No. 19-0741.

Respectfully submitted,

Date        3/18/11                                    By

FOLEY & LARDNER LLP                      Barry S. Wilson, Reg. No. 39,431
Customer Number: 30542                       Anthony C. Kuhlmann, Reg. No. 57,147
Telephone:      (858) 847-6776                  Attorneys for Applicant
Facsimile:      (858) 792-6773

CLMR_869958.2                                  -3-

QUESTMS-00001120



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/386,215 | 03/21/2006 | Nigel Clarke | 034827-3603 | 2019 |

30542        7590        04/15/2011
FOLEY & LARDNER LLP
P.O. BOX 80278
SAN DIEGO, CA 92138-0278

| EXAMINER |
|---|
| COLE, MONIQUE T |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1773 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 04/15/2011 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)

QUESTMS-00001121



**UNITED STATES DEPARTMENT OF COMMERCE**
**U.S. Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450

| APPLICATION NO./ CONTROL NO. | FILING DATE | FIRST NAMED INVENTOR / PATENT IN REEXAMINATION | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 11386215 | 3/21/2006 | CLARKE ET AL. | 034827-3603 |

FOLEY & LARDNER LLP
P.O. BOX 80278
SAN DIEGO, CA 92138-0278

| EXAMINER |
|---|
| MONIQUE COLE |

| ART UNIT | PAPER |
|---|---|
| 1773 | 20110411 |

DATE MAILED:

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner for Patents

Please find attached an initialed, signed and dated copy of the IDS submitted 2/17/2011 and 3/21/2011.

/Jill Warden/
Supervisory Patent Examiner, Art Unit 1773

PTO-90C (Rev.04-03)

QUESTMS-00001122

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | **Application Number** | 11/386,215 |
| | **Filing Date** | 3/21/2006 |
| | **First Named Inventor** | Nigel Clarke |
| | **Art Unit** | 1773 |
| *(use as many sheets as necessary)* | Examiner Name | Monique T. Cole |
| Sheet | 1 | of | 2 | Attorney Docket Number | 034827-3603 |

### U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | A1 | 2006/0054807 | 03-16-2006 | PICARD ET AL. | |
| | A2 | 2008/0241955 | 10-02-2008 | PURKAYASTHA ET AL. | |

### UNPUBLISHED U.S. PATENT APPLICATION DOCUMENTS

| Examiner Initials* | Cite No.[1] | U.S. Patent Application Document — Serial Number-Kind Code[2] (if known) | Filing Date of Cited Document MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | | | | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3] Number[4] Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Documents | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | A3 | WO-2008/097246 | 08-14-2008 | SCHROEDER ET AL | | |
| | A4 | WO-95/33279 | 12-07-1995 | DERRICK ET AL | | |

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
|---|---|---|---|
| | A5 | Extended Search Report dated 12/22/2010 in EP application 08853843 (054769-9997) | |
| | A6 | International Search Report and Written Opinion dated 1/26/2011 in application PCT/US2010/056461 (034827-0381) | |
| | A7 | International Search Report and Written Opinion dated 1/27/2011 in application PCT/US2010/057627 (034827-0741) | |

| Examiner Signature | /Monique Cole/ | Date Considered | 04/11/2011 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MEPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, Joint Appendix 1639 86-9199) and select option 2.*

DLMR_852729.1 ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /M.C./

QUESTMS-00001123

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Substitute for form 1449/PTO | | | Complete if Known | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | | Application Number | 11/386,215 |
| | | | Filing Date | 3/21/2006 |
| | | | First Named Inventor | Nigel Clarke |
| | | | Art Unit | 1773 |
| *(use as many sheets as necessary)* | | | Examiner Name | Monique T. Cole |
| Sheet | 2 | of | 2 | Attorney Docket Number | 034827-3603 |

| NON PATENT LITERATURE DOCUMENTS | | | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
| | A8 | International Search Report and Written Opinion dated 2/7/2011 in application PCT/US2010/059765 (034827-1052) | |
| | A9 | International Search Report and Written Opinion dated 2/8/2011 in application PCT/US2010/059746 (034827-0771) | |
| | A10 | International Search Report dated 1/14/2011 in PCT/US2010/056886 (095276-0201) | |
| | A11 | KOBAYASHI, et al, Production of a group-specific antibody to 1 alpha,25-dihydroxyvitamin D and its derivatives having the 1 alpha,3 beta-dihydroxylated A-ring structure, Steroids, (1994), 59(7):404-11 | |
| | A12 | U.S. Office Action dated 12/17/2010 in application 11/946,765 (054769-9991) | |
| | A13 | US Office Action dated 1/6/2011 in application 12/630,790 (034827-0740) | |
| | A14 | US Office Action dated 12/17/2010 in application 12/630,796 (054769-9993) | |
| | A15 | YEUNG, et al, The role of mass spectrometry in vitamin D research, Mass Spec Reviews, (1995), 14(3):179-194 | |
| | | | |

| Examiner Signature | 04/11/2011 | Date Considered | 04/11/2011 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call* Joint Appendix 1640 *66-9199) and select option 2.*

DLMR_852729.1

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /M.C./

Receipt date: 03/21/2011

PTO/SB/08 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office. U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid
OMB control number.

| Substitute for form 1449/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** (use as many sheets as necessary) | Application Number | 11/386,215 |
| | Filing Date | 3/21/2006 |
| | First Named Inventor | Nigel Clarke |
| | Art Unit | 1773 |
| | Examiner Name | Monique T. Cole |
| Sheet | 1 | of | 1 | Attorney Docket Number | 034827-3603 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials* | Cite No.[1] | Document Number — Number-Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | | | | |

**UNPUBLISHED U.S. PATENT APPLICATION DOCUMENTS**

| Examiner Initials* | Cite No.[1] | U.S. Patent Application Document Serial Number-Kind Code[2] (if known) | Filing Date of Cited Document MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | | | | |

**FOREIGN PATENT DOCUMENTS**

| Examiner Initials* | Cite No.[1] | Foreign Patent Document Country Code[3] Number[4] Kind Code[5] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Documents | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear | T[6] |
|---|---|---|---|---|---|---|
| | | | | | | |

**NON PATENT LITERATURE DOCUMENTS**

| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.) date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[6] |
|---|---|---|---|
| | A1 | US Notice of Allowance dated 3/3/2011 in application 11/946,765 (054769-9991) | |
| | | | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH.  /M.C./

| Examiner Signature | /Monique Cole/ | Date Considered | 04/11/2011 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant. 1 Applicant's unique citation designation number (optional). 2 See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901 04. 3 Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3). 4 For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 5 Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. 6 Applicant is to place a check mark here if English language Translation is attached. This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 2 hours to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.

DLMR_869956.1

QUESTMS-00001125

## PART B - FEE(S) TRANSMITTAL

**Complete and send this form, together with applicable fee(s), to:** <u>Mail</u>   Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450
**or <u>Fax</u>**   (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

30542      7590      03/02/2011

FOLEY & LARDNER LLP
P.O. BOX 80278
SAN DIEGO, CA 92138-0278

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)
_____ (Signature)
_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/386,215 | 03/21/2006 | Nigel Clarke | 034827-3603 | 2019 |

TITLE OF INVENTION: METHODS FOR DETECTING VITAMIN D METABOLITES BY MASS SPECTROMETRY

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | NO | $1510 | $300 | $0 | $1810 | 06/02/2011 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| COLE, MONIQUE T | 1773 | 436-173000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).
   ☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.
   ☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list
   (1) the names of up to 3 registered patent attorneys or agents OR, alternatively,      1  Foley & Lardner LLP
   (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.      2  _____
   3  _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                          (B) RESIDENCE: (CITY and STATE OR COUNTRY)
Quest Diagnostics Investments                 Wilmington, Delaware
Incorporated

Please check the appropriate assignee category or categories (will not be printed on the patent) :   ☐ Individual   ☒ Corporation or other private group entity   ☐ Government

4a. The following fee(s) are submitted:
   ☒ Issue Fee
   ☒ Publication Fee (No small entity discount permitted)
   ☐ Advance Order - # of Copies

4b. Payment of Fee(s): (Please first reapply any previously paid issue fee shown above)
   ☐ A check is enclosed.
   ☒ Payment by credit card XXXX XXXXXX XXXXXX via EFS-Web
   ☐ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number 19-0741 (enclose an extra copy of this form).

5. Change in Entity Status (from status indicated above)
   ☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.      ☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____      Date 5/25/11

Typed or printed name  Anthony C. Kuhlmann      Registration No. 57,147

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85 (Rev. 02/11) Approved for use through 08/31/2013.      OMB 0651-0033      U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

QUESTMS-00001126

## Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 11386215 |
| **Filing Date:** | 21-Mar-2006 |
| **Title of Invention:** | METHODS FOR DETECTING VITAMIN D METABOLITES BY MASS SPECTROMETRY |
| **First Named Inventor/Applicant Name:** | Nigel Clarke |
| **Filer:** | Anthony Charles Kuhlmann/Mercedes Dipasupil |
| **Attorney Docket Number:** | 034827-3603 |

Filed as Large Entity

### Utility under 35 USC 111(a) Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| Utility Appl issue fee | 1501 | 1 | 1510 | 1510 |
| Publ. Fee- early, voluntary, or normal | 1504 | 1 | 300 | 300 |

QUESTMS-00001127

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| Extension-of-Time: | | | | |
| Miscellaneous: | | | | |
| | | **Total in USD ($)** | | **1810** |

QUESTMS-00001128

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 10169615 |
| **Application Number:** | 11386215 |
| **International Application Number:** | |
| **Confirmation Number:** | 2019 |
| **Title of Invention:** | METHODS FOR DETECTING VITAMIN D METABOLITES BY MASS SPECTROMETRY |
| **First Named Inventor/Applicant Name:** | Nigel  Clarke |
| **Customer Number:** | 30542 |
| **Filer:** | Anthony Charles Kuhlmann/Mercedes Dipasupil |
| **Filer Authorized By:** | Anthony Charles Kuhlmann |
| **Attorney Docket Number:** | 034827-3603 |
| **Receipt Date:** | 25-MAY-2011 |
| **Filing Date:** | 21-MAR-2006 |
| **Time Stamp:** | 20:03:08 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Credit Card |
| Payment was successfully received in RAM | $1810 |
| RAM confirmation Number | 7947 |
| Deposit Account | |
| Authorized User | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|

QUESTMS-00001129

| 1 | | 034827-3603_IFT.pdf | 185868 | yes | 2 |
|---|---|---|---|---|---|
| | | | 36a18b2286aba4002d6f2d37b9bfe6aeddb4e891 | | |

| Multipart Description/PDF files in .zip description | | |
|---|---|---|
| Document Description | Start | End |
| Miscellaneous Incoming Letter | 1 | 1 |
| Issue Fee Payment (PTO-85B) | 2 | 2 |

Warnings:

Information:

| 2 | Fee Worksheet (PTO-875) | fee-info.pdf | 32151 | no | 2 |
|---|---|---|---|---|---|
| | | | 331'c70d92d8a8e6fbf6efe7fad6fb16f4ec9cd5ab | | |

Warnings:

Information:

| | Total Files Size (in bytes): | 218019 |
|---|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

QUESTMS-00001130

Atty. Dkt. No. 034827-3603

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:    Clarke, et al.

Title:    METHODS FOR DETECTING
VITAMIN D METABOLITES BY
MASS SPECTROMETRY

Appl. No.:    11/386,215

Filing Date:    3/21/2006

Examiner:    Monique T. Cole

Art Unit:    1773

Confirmation    2019
Number:

## ISSUE FEE TRANSMITTAL

Mail Stop Issue Fee
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

Enclosed herewith please find Issue Fee Transmittal Form PTOL-85(B).

Fees in the amount of $1,810.00 for payment of the Issue Fee and the Publication Fee are being paid by credit card via EFS-Web.

The Commissioner is hereby authorized to charge any additional fees which may be required regarding this application under 37 C.F.R. §§ 1.16-1.17, or credit any overpayment, to Deposit Account No. 19-0741. Should no proper payment be enclosed herewith, as by the credit card payment instructions in EFS-Web being incorrect or absent, resulting in a rejected or incorrect credit card transaction, the Commissioner is authorized to charge the unpaid amount to Deposit Account No. 19-0741.

Respectfully submitted,

Date   5/25/11

By

FOLEY & LARDNER LLP
Customer Number: 30542
Telephone:   (858) 847-6722
Facsimile:   (858) 792-6773

Barry S. Wilson, Reg. No. 39,431
Anthony C. Kuhlmann, Reg. No. 57,147
Attorneys for Applicant

DLMR_896019.1

QUESTMS-00001131

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | ISSUE DATE | PATENT NO. | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/386,215 | 07/05/2011 | 7972867 | 034827-3603 | 2019 |

30542      7590      06/15/2011
FOLEY & LARDNER LLP
P.O. BOX 80278
SAN DIEGO, CA 92138-0278

## ISSUE NOTIFICATION

The projected patent number and issue date are specified above.

### Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(application filed on or after May 29, 2000)

The Patent Term Adjustment is 1388 day(s). Any patent to issue from the above-identified application will include an indication of the adjustment on the front page.

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Application Assistance Unit (AAU) of the Office of Data Management (ODM) at (571)-272-4200.

APPLICANT(s) (Please see PAIR WEB site http://pair.uspto.gov for additional applicants):

Nigel Clarke, Oceanside, CA;
Brett Holmquist, Mission Viejo, CA;
Gloria Kwangja Lee, Irvine, CA;
Richard E. Reitz, San Clemente, CA;

IR103 (Rev. 10/09)

Joint Appendix 1648

QUESTMS-00001132

Atty. Dkt. No. 034827-3603

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:    Clarke, et al.

Title:    METHODS FOR DETECTING VITAMIN D
METABOLITES BY MASS SPECTROMETRY

Patent. No.:    7,972,867

Issue Date:    7/5/2011

Examiner:    Monique T. Cole

Art Unit:    1773

Confirmation    2019
Number:

## REQUEST FOR CERTIFICATE OF CORRECTION
## PURSUANT TO 37 C.F.R. § 1.323

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

Enclosed, in duplicate, is a Certificate of Correction, Form PTO-SB/44, for United States
Patent Number 7,972,867 issued July 5, 2011.

In claim 10, column 21, line 34, insert the phrase --further comprising determining the
presence or amount of-- following the phrase "claim 1,".

The inserted phrase was erroneously omitted in claim 17 (issued as claim 10) in
Applicant's Amendment and Reply Under 37 CFR 1.111 of November 17, 2010. This phrase
was properly inserted by amendment in claim 17 in Applicant's Amendment and Reply Under
37 CFR 1.111 of July 9, 2010 and was not subsequently amended during prosecution. Thus,

DLMR_928735.1

QUESTMS-00001133

Atty. Dkt. No. 034827-3603

issued claim 10, as corrected herein, reflects the correct and final amendment to original claim 17 examined during prosecution.

Applicant submits that the noted errors do not constitute new matter, and correction thereof would not require reexamination.

Pursuant to 37 C.F.R. §1.323, Applicant requests that the enclosed Certificate of Correction be approved.

Since at least one of the noted errors is not the fault of the Patent Office, payment is enclosed of the required fee of $100.00.

The above-identified fees are being paid by credit card via EFS-Web.

The Commissioner is hereby authorized to charge any additional fees which may be required regarding this application under 37 C.F.R. §§ 1.16-1.17, or credit any overpayment, to Deposit Account No. 19-0741. Should no proper payment be enclosed herewith, as by the credit card payment instructions in EFS-Web being incorrect or absent, resulting in a rejected or incorrect credit card transaction, the Commissioner is authorized to charge the unpaid amount to Deposit Account No. 19-0741.

Respectfully submitted,

Date _____ 8/23/11 _____          By _____

FOLEY & LARDNER LLP                Barry S. Wilson, Reg. No. 39,431
Customer Number: 30542             Anthony C. Kuhlmann, Reg. No. 57,147
Telephone:  (858) 847-6722         Attorneys for Applicant
Facsimile:  (858) 792-6773

DLMR_928735.1

QUESTMS-00001134

MODIFIED PTO/SB/44 (04-05)
Approved for use through 04/30/2007.  OMB 0651-0033
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.
(Also Form PTO-1050)

## UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

PATENT NO.            :   7,972,867

APPLICATION NO.    :   11/386,215

DATED                   :   7/5/2011

INVENTOR(S)          :   Nigel Clarke; Brett Holmquist; Kwang-Ja Lee; Richard E. Reitz

It is certified that an error appears or errors appear in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

In claim 10, column 21, line 34, insert the phrase --further comprising determining the presence or amount of-- following the phrase "claim 1,".

MAILING ADDRESS OF SENDER (Please do not use customer number below):

P.O. Box 80278
San Diego, California  92138-0278

This collection of information is required by 37 CFR 1.322, 1.323, and 1.324. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1.0 hour to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer.
U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Attention Certificate of Corrections Branch, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

DLMR_928738.1

QUESTMS-00001135

MODIFIED PTO/SB/44 (04-05)
Approved for use through 04/30/2007. OMB 0651-0033
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.
(Also Form PTO-1050)

## UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

PATENT NO.          :          7,972,867

APPLICATION NO.     :          11/386,215

DATED               :          7/5/2011

INVENTOR(S)         :          Nigel Clarke; Brett Holmquist; Kwang-Ja Lee; Richard E. Reitz

It is certified that an error appears or errors appear in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

In claim 10, column 21, line 34, insert the phrase --further comprising determining the presence or amount of-- following the phrase "claim 1,".

MAILING ADDRESS OF SENDER (Please do not use customer number below):

P.O. Box 80278
San Diego, California 92138-0278

This collection of information is required by 37 CFR 1.322, 1.323, and 1.324. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1.0 hour to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer,
U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: **Attention Certificate of Corrections Branch, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

DLMR_928739.1

QUESTMS-00001136

## Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 11386215 |
| **Filing Date:** | 21-Mar-2006 |
| **Title of Invention:** | METHODS FOR DETECTING VITAMIN D METABOLITES BY MASS SPECTROMETRY |
| **First Named Inventor/Applicant Name:** | Nigel Clarke |
| **Filer:** | Anthony Charles Kuhlmann/Lynn Morkunas |
| **Attorney Docket Number:** | 034827-3603 |

Filed as Large Entity

### Utility under 35 USC 111(a) Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| Certificate of correction | 1811 | 1 | 100 | 100 |
| **Extension-of-Time:** | | | | |

QUESTMS-00001137

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| Miscellaneous: | | | | |
| **Total in USD ($)** | | | | **100** |

Joint Appendix 1654

QUESTMS-00001138

## Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 10793481 |
| **Application Number:** | 11386215 |
| **International Application Number:** | |
| **Confirmation Number:** | 2019 |
| **Title of Invention:** | METHODS FOR DETECTING VITAMIN D METABOLITES BY MASS SPECTROMETRY |
| **First Named Inventor/Applicant Name:** | Nigel Clarke |
| **Customer Number:** | 30542 |
| **Filer:** | Anthony Charles Kuhlmann/Lynn Morkunas |
| **Filer Authorized By:** | Anthony Charles Kuhlmann |
| **Attorney Docket Number:** | 034827-3603 |
| **Receipt Date:** | 23-AUG-2011 |
| **Filing Date:** | 21-MAR-2006 |
| **Time Stamp:** | 15:07:52 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Credit Card |
| Payment was successfully received in RAM | $100 |
| RAM confirmation Number | 11368 |
| Deposit Account | |
| Authorized User | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|

QUESTMS-00001139

| 1 | Request for Certificate of Correction | 034827_3603_Req_Cert_of_Correct_23Aug2011.pdf | 269315<br>c48d9e3406623cc2d1ecd3da4aa697352<br>84ab5 | no | 4 |
|---|---|---|---|---|---|
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Fee Worksheet (SB06) | fee-info.pdf | 30178<br>c5d2580fe254f04a4e62c69183eabc654fe<br>b438d | no | 2 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| | | **Total Files Size (in bytes):** | 299493 | | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

QUESTMS-00001140

UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

PATENT NO.         : 7,972,867 B2                                    Page 1 of 1
APPLICATION NO.    : 11/386215
DATED              : July 5, 2011
INVENTOR(S)        : Clarke et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 21, line 34, insert the phrase --further comprising determining the presence or amount of-- following the phrase "claim 1,".

Signed and Sealed this
Fourth Day of October, 2011

*David J. Kappos*

David J. Kappos
*Director of the United States Patent and Trademark Office*

QUESTMS-00001141



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | PATENT NUMBER | GROUP ART UNIT | FILE WRAPPER LOCATION |
|---|---|---|---|
| 11/386,215 | 7972867 | 1773 | 9200 |

OC000000058402722

## Correspondence Address/Fee Address Change

The following fields have been set to Customer Number 23524 on 09/06/2012
• Correspondence Address

The address of record for Customer Number 23524 is:

23524
FOLEY & LARDNER LLP
150 EAST GILMAN STREET
P.O. BOX 1497
MADISON, WI 53701-1497

PART 1 - ATTORNEY/APPLICANT COPY
page 1 of 1

QUESTMS-00001142



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | PATENT NUMBER | GROUP ART UNIT | FILE WRAPPER LOCATION |
|---|---|---|---|
| 11/386,215 | 7972867 | 1773 | 9200 |

OC0000000088124770

## Correspondence Address/Fee Address Change

The following fields have been set to Customer Number 109855 on 01/15/2014
- Correspondence Address
- Maintenance Fee Address

The address of record for Customer Number 109855 is:

109855
Quest Diagnostics
1311 Calle Batido
San Clemente, CA 92673

PART 1 - ATTORNEY/APPLICANT COPY
page 1 of 1

Joint Appendix 1659

QUESTMS-00001143

AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>**Director of the U.S. Patent and Trademark Office**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been
filed in the U.S. District Court     District of Delaware     on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED<br>9/17/2018 | U.S. DISTRICT COURT<br>District of Delaware |
|---|---|---|
| PLAINTIFF<br><br>QUEST DIAGNOSTICS INVESTMENTS LLC | | DEFENDANT<br><br>LABORATORY CORPORATION OF AMERICA<br>HOLDINGS, ESOTERIX, INC. and ENDOCRINE<br>SCIENCES, INC. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 8,409,862 B2 | 4/2/2013 | Quest Diagnostics Investments LLC |
| 2 | 8,101,427 B2 | 1/24/2012 | Quest Diagnostics Investments LLC |
| 3 | 7,972,867 B2 | 7/5/2011 | Quest Diagnostics Investments LLC |
| 4 | 7,972,868 B2 | 7/5/2011 | Quest Diagnsotics Investments LLC |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1----Upon initiation of action, mail this copy to Director   Copy 3----Upon termination of action, mail this copy to Director
Copy 2----Upon filing document adding patent(s), mail this copy to Director   Copy 4----Case file copy

Joint Appendix 1680

QUESTMS-00001144

## Other Documents

1:18-cv-01436-MN Quest Diagnostics Investments LLC v. Laboratory Corporation of America Holdings et al

MEDIATION-MPT,PATENT

<div align="center">

**U.S. District Court**

**District of Delaware**

</div>

## Notice of Electronic Filing

The following transaction was entered by Dorsney, Kenneth on 12/5/2019 at 5:59 PM EST and filed on 12/5/2019

| | |
|---|---|
| **Case Name:** | Quest Diagnostics Investments LLC v. Laboratory Corporation of America Holdings et al |
| **Case Number:** | 1:18-cv-01436-MN |
| **Filer:** | Quest Diagnostics Investments LLC |
| **Document Number:** | 88 |

**Docket Text:**
**[SEALED] APPENDIX** *Joint Claim Construction Appendix Volume II* **by Quest Diagnostics Investments LLC. (Attachments: # (1) Exhibit G part 1, # (2) Exhibit G part 2) (Dorsney, Kenneth)**

**1:18-cv-01436-MN Notice has been electronically mailed to:**

Adam Gahtan     agahtan@fenwick.com

Edward G. Poplawski     epoplawski@wsgr.com, labrown@wsgr.com, twilliamsdavis@wsgr.com

Elizabeth B. Hagan     ehagan@fenwick.com, smcphee@fenwick.com

Eric M. Majchrzak     emajchrzak@fenwick.com, mcampion@fenwick.com

Erik J. Carlson     ecarlson@wsgr.com, anavarro@wsgr.com

Ian Robert Liston     IListon@wsgr.com, kkharris@wsgr.com, kramos@wsgr.com, rdean@wsgr.com, twilliamsdavis@wsgr.com

Kenneth Laurence Dorsney     kdorsney@morrisjames.com, ippara@morrisjames.com

Kevin X. McGann     kmcgann@fenwick.com, paola.guerrero@fenwick.com

Matias Ferrario     mferrario@kilpatricktownsend.com

Melanie M. Mayer     mmayer@fenwick.com

Olivia M. Kim     okim@wsgr.com, ctong@wsgr.com

**1:18-cv-01436-MN Filer will deliver document by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=12/5/2019] [FileNumber=4038588-0
] [39339f4c9f1fc3a98aa86ea175a9d16c8a0839abaf071062fd6dceca67a38f674e0
fdc80042cfdfbff8fbbeba5ff8e73e85062874503a45147065032ef429895]]
**Document description:**Exhibit G part 1
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=12/5/2019] [FileNumber=4038588-1
] [2518d9b64683db01c5b87ed6e7973cd555e4fe0a2704aa731a3fd8106eb639fcc73
10342e3acc0e0f57fccf4fe1d3976dcdab61b415946f3b69e5903f285ee60]]
**Document description:**Exhibit G part 2
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=12/5/2019] [FileNumber=4038588-2
] [a5850d8dcf62f0af25c4bff6e96f14f0b30802645ea0eeb8b52995c57dc19a2f1ff
17854b2dd41b234e914b8b2cd9518da8cebe4ce089522725b8630435c02f0]]