# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUEST DIAGNSTICS INVESTMENTS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>LABORATORY CORPORATION OF AMERICA HOLDINGS, ESOTERIX, INC., and ENDOCRINE SCIENCES, INC.,<br><br>Defendants. | C.A. No.:   1:18-CV-01436-MN |

## DEFENDANTS' AMENDED NOTICE OF DOCUMENT AND DEPOSITION SUBPOENAS TO VOON ONG

Defendants Laboratory Corporation of America Holdings, Esoterix, Inc., and Endocrine Sciences, Inc., hereby notify all parties in this case, in accordance with Federal Rule of Civil Procedure 45(a)(4), that they intend to serve the attached amended subpoenas on Mr. Voon Ong, commanding the production of documents, information, or objects by April 24, 2020 and the appearance for deposition on May 1, 2020.

| | |
|---|---|
| Dated:  April 7, 2020 | Respectfully submitted, |
| *Of Counsel*: | WILSON SONSINI GOODRICH & ROSATI, P.C. |
| Edward G. Poplawski*<br>Olivia M. Kim*<br>Erik J. Carlson*<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>633 West Fifth Street, Suite 1550<br>Los Angeles, CA 90071<br>(323) 210-2900<br>epoplawski@wsgr.com<br>okim@wsgr.com<br>ecarlson@wsgr.com | */s/ Ian R. Liston*<br>Ian R. Liston (#5507)<br>Johanna Peuscher-Funk (#6451)<br>222 Delaware Avenue, Suite 800<br>Wilmington, DE 19801<br>(302) 304-7600<br>iliston@wsgr.com<br>jpeuscherfunk@wsgr.com |
| Matias Ferrario*<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>1001 West Fourth Street<br>Winston-Salem, NC 27101-2400<br>(336) 607-7300<br>mferrario@kilpatricktownsend.com | Counsel for Defendants Laboratory Corporation of America Holdings; Esoterix, Inc.; and Endocrine Sciences, Inc. |

*Added Pro Hac Vice