IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUEST DIAGNOSTICS INVESTMENTS LLC,<br><br>Plaintiff,<br><br>v.<br><br>LABORATORY CORPORATION OF AMERICA HOLDINGS, ESOTERIX, INC., and ENDOCRINE SCIENCES, INC.,<br><br>Defendants. | C.A. No. 1:18-cv-01436 (MN) |

**JOINT STIPULATION AND ORDER OF**
**<u>VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Quest Diagnostics Investments LLC and Defendants Laboratory Corporation of America Holdings, Esoterix, Inc. and Endocrine Sciences, Inc., by and through their respective counsel and subject to the approval of the Court, jointly stipulate and agree that all claims and counterclaims regarding Patent No. 7,972,868 (Count IV of Complaint (D.I. 1); Fourth and Eighth Counterclaims (D.I. 11)) will be dismissed with prejudice. Each party is to bear its own costs and attorney fees.

- 2 -

Dated: August 26, 2020

| | |
|---|---|
| __/s/ Kenneth L. Dorsney__ | __/s/ Ian R. Liston__ |
| Kenneth L. Dorsney (#3726) | Ian R. Liston (#5507) |
| MORRIS JAMES LLP | WILSON SONSINI GOODRICH & ROSATI, P.C. |
| 500 Delaware Avenue, Suite 1500 | 222 Delaware Avenue, Suite 800 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 888-6800 | (302) 304-7600 |
| kdorsney@morrisjames.com | iliston@wsgr.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| *Quest Diagnostics Investments LLC* | *Laboratory Corporation of America Holdings, Esoterix, Inc. and Endocrine Sciences, Inc.* |

**SO ORDERED** this  26th  day of     August    , 2020.

_____
The Honorable Maryelle Noreika
United States District Judge