**WILSON SONSINI**

Wilson Sonsini Goodrich & Rosati
Professional Corporation

222 Delaware Avenue
Suite 800
Wilmington, Delaware 19801-1600

O: 302.304.7600
F: 866.974.7329

September 1, 2020

<u>VIA ELECTRONIC FILING</u>

The Honorable Maryellen Noreika
J. Caleb Boggs Federal Building
844 N. King Street, Room 4324
Wilmington, DE  19801-3555

**Re:  Quest Diagnostics Investments LLC v. Laboratory Corporation of America Holdings, et al., C.A. No. 18-cv-01436-MN**

Dear Judge Noreika:

I write on behalf of Defendants Laboratory Corporation of America Holdings, Esoterix, Inc., and Endocrine Sciences, Inc. (collectively "Defendants" or "LabCorp") to notify the Court of a subsequent development concerning Defendants' Motion to Stay (D.I. 137).  Specifically, Defendants respectfully submit the Final Written Decision from the U.S. Patent Trial and Appeal Board ("the Board") in IPR2019-00738, which concerns U.S. Patent No. 8,409,862 ("the '862 patent").

The Board in its Final Written Decision (attached hereto as Ex. 1) found asserted claims 1-2 and 4-14 of the '862 patent invalid as anticipated and/or obvious.  *Id*. at 61.  More specifically, the Board found:

- Asserted claims 1,2, 5-7, and 10-14 anticipated by Clarke. *Id* at 41.
- Asserted claims 8, 9 obvious over Clarke. *Id* at 47.
- Asserted claim 4 obvious based on Clarke in view of Fitzgerald. *Id* at 51.
- Asserted claims 1-2, 4-14 obvious based on Draisci in view of Clarke. *Id* at 58.

Although asserted claims 3 and 15-24 were not challenged in this *Inter Partes* Review, those claims all relate to methods using HTLC, which Defendants never used, made, or offered for sale during the relevant time period.  *See* D.I. 137 at 5.

The Honorable Maryellen Noreika
September 1, 2020
Page 2

Counsel is available should the Court have any questions or concerns.

                                      Respectfully submitted,

                                      /s/ *Ian R. Liston*
                                      Ian R. Liston (#5507)

Attachment

cc:    All counsel of record via CM/ECF