IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUEST DIAGNOSTICS INVESTMENTS LLC, | ) )  ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 18-1436 (MN) ) |
| LABORATORY CORPORATION OF AMERICA HOLDINGS, ESOTERIX, INC. and ENDOCRINE SCIENCES, INC., | ) ) ) ) |
| Defendants. | ) ) |

**ORDER**

At Wilmington this 4th day of September 2020, for the reasons stated on the record during the September 4, 2020 teleconference, IT IS HEREBY ORDERED that:

1. Subject only to the provisions of paragraph 2, Defendants' Motion for Stay Pending Resolution of *Inter Partes Review* (D.I. 136) is GRANTED and the matter is STAYED.

2. The parties have informed the Court that there is an issue to be addressed by the Special Master regarding allegations that Defendants production of certain information was untimely. That issue, the resolution of that issue, and any follow up that may be required is NOT subject to the stay and will continue.

3. Within seven (7) days of the final written decision by the PTAB on the patentability of the asserted claims of U.S. Patent No. 8,101,427, the parties shall inform the Court of the decision and their proposals for moving forward in this case.

_____
The Honorable Maryellen Noreika
United States District Judge