IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUEST DIAGNOSTICS INVESTMENTS LLC,<br><br>Plaintiff,<br>v.<br><br>LABORATORY CORPORATION OF AMERICA HOLDINGS, ESOTERIX, INC., and ENDOCRINE SCIENCES, INC.,<br><br>Defendants. | C.A. No. 1:18-cv-01436 (MN) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following documents:

**QUEST DIAGNOSTICS INVESTMENTS LLC'S
AMENDED FINAL INFRINGEMENT CONTENTIONS**

**QUEST DIAGNOSTICS INVESTMENTS LLC'S SUPPLEMENTAL
RESPONSES AND OBJECTIONS TO DEFENDANTS'
FIRST SET OF INTERRROGATORIES (NO. 8)**

were served upon the attorneys listed below as indicated via electronic mail on this 15th day of

January, 2021 prior to 6:00 p.m. EST:

| | |
|---|---|
| Ian R. Liston<br>Daniyal M. Iqbal<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>222 Delaware Avenue, Suite 800<br>Wilmington, DE 19801<br>iliston@wsgr.com<br>diqbal@wsgr.com<br><br>*Attorneys for Defendants* | Erik Carlson<br>Edward G. Poplawski<br>Olivia M. Kim<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>633 West Fifth Street, Suite 1550<br>Los Angeles, CA 90071<br>ecarlson@wsgr.com<br>epoplawski@wsgr.com<br>okim@wsgr.com<br><br>*Attorneys for Defendants* |

                    Matias Ferrario
                    KILPATRICK TOWNSEND & STOCKTON LLP
                    1001 West Fourth Street
                    Winston-Salem, NC 27101
                    mferrario@kilpatricktownsend.com
                    labcorp@wsgr.com

                    Bryon Chin
                    KILPATRICK TOWNSEND & STOCKTON LLP
                    Two Embarcadero Center Suite 1900
                    San Francisco, CA USA  94111
                    bchin@kilpatricktownsend.com

                    *Attorneys for Defendants*

Dated:  January 15, 2021

                      */s/ Kenneth L. Dorsney*
                    Kenneth L. Dorsney (#3726)
                    MORRIS JAMES LLP
                    500 Delaware Avenue, Suite 1500
                    Wilmington, DE 19801
                    Telephone: 302.888.6800
                    kdorsney@morrisjames.com

*Of Counsel*:

Adam R. Gahtan
Kevin X. McGann
Eric M. Majchrzak
Fenwick & West LLP
902 Broadway, Suite 14
New York, NY 10010
Telephone: 212.430.8500
   Email:    agahtan@fenwick.com
                kmcgann@fenwick.com
                emajchrzak@fenwick.com

Melanie L. Mayer
Elizabeth B. Hagan
Fenwick & West LLP
1191 Second Avenue, 10th Floor
Seattle, WA 98101
Telephone: 206.389.4510
   Email:    mmayer@fenwick.com
                ehagan@fenwick.com

                    *Attorneys for Plaintiff*
                    *Quest Diagnostics Investments LLC*