IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUEST DIAGNOSTICS INVESTMENTS LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>LABORATORY CORPORATION OF AMERICA HOLDINGS, ESOTERIX, INC., and ENDOCRINE SCIENCES, INC.,<br><br>    Defendants. | C.A. No. 18-1436 (MN)<br><br>**DEMAND FOR JURY TRIAL** |

**MOTION TO COMPEL PRODUCTION OF PATIENT RECORDS**

Plaintiff Quest Diagnostics Investments LLC ("Quest") respectfully moves for an order compelling Defendants Defendants Laboratory Corporation of America Holdings, Esoterix, Inc., and Endocrine Sciences, Inc. ("LCA") to produce patient records identified in LabCorp's supplemental response to Interrogatory No. 23. The grounds for this motion are fully set forth in Quest's supporting opening brief.

1

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1**

On January 19, 2021, lead counsel and Delaware counsel for the parties met and conferred by telephone regarding this dispute, and were unable to reach agreement.

Dated: February 1, 2021

       /s/ Kenneth L. Dorsney
Kenneth L. Dorsney (#3726)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
302.888.6800
kdorsney@morrisjames.com

*Attorneys for Plaintiff*
*Quest Diagnostics Investments LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUEST DIAGNOSTICS INVESTMENTS LLC, | |
| Plaintiff, | C.A. No. 18-1436 (MN) |
| v. | |
| LABORATORY CORPORATION OF AMERICA HOLDINGS, ESOTERIX, INC., and ENDOCRINE SCIENCES, INC., | **DEMAND FOR JURY TRIAL** |
| Defendants. | |

## [PROPOSED] ORDER

Having considered Plaintiff Quest Diagnostics Investments LLC's ("Quest") Motion to Compel Production of Patient Records;

IT IS HEREBY ORDERED that Quest's motion is GRANTED. LabCorp shall produce the patient records, with individually identifiable health information redacted, from which LabCorp derived its "Test Report Result" column in its Supplemental Response to Interrogatory No. 23.

**SO ORDERED** this _____ day of _____, 2021.

_____
Special Master Gregory B. Williams