IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUEST DIAGNOSTICS INVESTMENTS LLC,<br><br>Plaintiff,<br><br>v.<br><br>LABORATORY CORPORATION OF AMERICA HOLDINGS, ESOTERIX, INC., and ENDOCRINE SCIENCES, INC.,<br><br>Defendants. | C.A. No. 1:18-cv-01436 (MN) |

**JOINT STATUS REPORT AND STIPULATION
AND ORDER TO FURTHER STAY THE CASE**

Pursuant to this Court's Order Staying Case (D.I. 166) ordering the parties to inform the Court of the final written decision by the Patent Trial and Appeal Board ("PTAB") regarding U.S. Patent No. 8,101,427 (the "'427 patent") within seven days of such decision, and to provide their proposals for moving forward in this case, Defendants Laboratory Corporation of America Holdings, Esoterix, Inc., and Endocrine Sciences, Inc. (collectively, "Labcorp") and Plaintiff Quest Diagnostics Investments, LLC ("Quest") jointly and respectfully submit this Joint Status Report and Stipulation and [Proposed] Order to Further Stay the Case for the Court's consideration.

WHEREAS, on February 1, 2021, the PTAB issued a Final Written Decision in *inter partes* review ("IPR") case IPR2091-01425 regarding the '427 patent, finding all claims asserted in this case invalid;

1

WHEREAS, on September 1, 2020, the PTAB issued its Final Written Decision in IPR2019-00738 regarding U.S. Patent No. 8,409,862 (the "'862 patent"), finding asserted claims 1, 2, and 4-14 invalid, and Quest's appeal to the Court of Appeals for the Federal Circuit (*Quest Diagnostics Investments LLC v. Laboratory Corporation of America Holdings*, Appeal No. 21-1115) was docketed October 28, 2020;

WHEREAS, an IPR was not instituted regarding U.S. Patent No. 7,972,867, the other patent at issue in this case, ;

WHEREAS, the parties agree that a stay pending resolution of appeals of the PTAB's final written decisions regarding the '862 and '427 patents will simplify issues for trial and conserve both the parties' and judicial resources;

NOW, THEREFORE, in view of the foregoing, the parties hereby STIPULATE AND AGREE, subject to approval of the Court as follows:

1.  The stay of the case is continued, except for the events set forth below, until the final resolution of all appeals of the PTAB final written decisions identified above.

2.  Labcorp agrees to produce appropriately redacted versions of 17 patient records currently the subject of Quest's Motion to Compel (D.I. 200) by Monday, February 8, 2021; upon receipt of LabCorp's production, Quest will withdraw its motion to compel.

3.  Labcorp agrees to extend the deadline for Quest to apply for reimbursement of expert fees and costs pursuant to Special Master Order # 4 (D.I. 173) until 30 days after the exchange of opening expert reports with Labcorp's response contesting Quest's application due thirty days after Quest's application. Quest reserves the right to include in its application expert fees and costs for any modifications and/or re-work of its opening expert reports it asserts are appropriate under Special Master Order #4. Labcorp reserves the right to contest the

reimbursement of any fees or costs sought by Quest, including any fees or costs related to expert reports that LabCorp asserts are inconsistent with Order #4.  Quest will withdraw its motion for an extension regarding this issue (D.I. 199).

4. Any pending objections to the Special Master's Order may proceed to resolution at the Court's discretion.

| MORRIS JAMES LLP | WILSON SONSINI GOODRICH & ROSATI, P.C. |
|---|---|
| /s/ *Kenneth L. Dorsney* | /s/ *Ian R. Liston* |
| Kenneth L. Dorsney (#3726) | Ian R. Liston (#5507) |
| 500 Delaware Avenue, Suite 1500 | Johanna Peuscher-Funk (#6451) |
| Wilmington, DE 19801-1494 | 222 Delaware Avenue, Suite 800 |
| Telephone: 302.888.6800 | Wilmington, DE 19801 |
| kdorsney@morrisjames.com | Telephone: 302.304.7600 |
|  | iliston@wsgr.com |
|  | jpeuscherfunk@wsgr.com |

OF COUNSEL:

Adam R. Gahtan (admitted *Pro Hac Vice*)
Kevin X. McGann (admitted *Pro Hac Vice*)
Eric M. Majchrzak (admitted *Pro Hac Vice*)
FENWICK & WEST LLP
902 Broadway, Suite 14
New York, NY 10010-6035
Telephone: 212.921.2001
agahtan@fenwick.com
kmcgann@fenwick.com
emajchrzak@fenwick.com

Melanie L. Mayer (admitted *Pro Hac Vice*)
Elizabeth B. Hagan (admitted *Pro Hac Vice*)
FENWICK & WEST LLP
1191 Second Avenue, 10th Floor
Seattle, WA 98101
Telephone: 206.389.4510
mmayer@fenwick.com
ehagan@fenwick.com

*Attorneys for Plaintiff Quest Diagnostics Investments LLC*

OF COUNSEL:

Edward G. Poplawski
Oliva M. Kim
Erik Carlson
WILSON SONSINI GOODRICH & ROSATI, P.C.
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071
Telephone: 323.210.2900
epoplawski@wsgr.com
okim@wsgr.com
ecarlson@wsgr.com

Matias Ferrario
KILPATRICK TOWNSEND & STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC 27101-2400
Telephone: 336.607.7300
mferrario@kilpatricktownsend.com

*Attorneys for Defendants Laboratory Corporation of America Holdings, Esoterix, Inc., and Endocrine Sciences, Inc.*

Dated: February 8, 2021

**SO ORDERED** this __9th__ day of __February__, 2021.

_____
The Honorable Maryellen Noreika
United States District Judge