IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUEST DIAGNOSTICS INVESTMENTS LLC,<br><br>Plaintiff,<br><br>v.<br><br>LABORATORY CORPORATION OF AMERICA HOLDINGS, ESOTERIX, INC., and ENDOCRINE SCIENCES, INC.,<br><br>Defendants. | C.A. No. 1:18-cv-01436-MN |

**STIPULATED DISMISSAL**

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c), and an agreement by and between Plaintiff Quest Diagnostics Investments and Defendants Laboratory Corporation of American Holdings, Esoterix, Inc., and Endocrine Sciences, Inc. (collectively, the "Parties") dated October 20, 2021 (the "Agreement"), the Parties hereby stipulate and agree that all claims, counterclaims, and affirmative defenses asserted by the Parties against one another in the above-captioned action are hereby dismissed with prejudice, and without costs, disbursements, or attorneys' fees to any party. It is further stipulated that the U.S. District Court for the District of Delaware retains jurisdiction to enforce and resolve any disputes arising under the Agreement.

Dated: December 7, 2021

<table>
<tr><td>Morris James LLP<br><br>/s/ Kenneth L. Dorsney<br>Kenneth L. Dorsney (#3726)<br>Cortlan S. Hitch (#6720)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 888-6800<br>kdorsney@morrisjames.com<br>chitch@morrisjames.com<br><br>*Attorneys for Plaintiff*</td><td>Wilson Sonsini Goodrich & Rosati, P.C.<br><br>/s/ Ian R. Liston<br>Ian R. Liston (#5507)<br>222 Delaware Avenue, Suite 800<br>Wilmington, DE 19801<br>Telephone: (302) 304-7600<br>iliston@wsgr.com<br><br>*Attorneys for Defendants*</td></tr>
</table>

SO ORDERED this 8th day of December, 2021

_____
The Honorable Maryellen Noreika
United States District Judge

2